Civil Action No. **3:24-cv-305**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **The Lincoln National Life Insurance Company by and through Corporation Service Company** was recieved by me on **7/23/2024:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with **Jennifer Delagrange**, a person of suitable age and discretion who resides at **1301 S Harrison St, Fort Wayne, IN 46802**, on **07/24/2024 at 10:18 AM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date: 07/24/2024

[signature]

*Server's signature*

**Dawn Griffin-Luce**

*Printed name and title*

**519 Montclair Drive**
**New Haven, IN 46774**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Jennifer Delagrange who identified themselves as the director, co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 45-55 years of age, 5'6"-5'8" tall and weighing 160-180 lbs with glasses.**

Tracking #: **0138663296**