**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **SABRINA GUERRERO,** | ) | |
| | ) | CIVIL ACTION NO. 3:24-cv-00305-TAV-JEM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Thomas A. Varlan |
| | ) | |
| **THE LINCOLN NATIONAL LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | Magistrate Judge Jill E. McCook |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE OF THE ERISA ADMINISTRATIVE RECORD

Pursuant to the Scheduling Order (Document 11) entered by the Court on September 5, 2024, Notice is hereby given that on October 18, 2024, The Lincoln National Life Insurance Company served a full and complete bates-labeled copy the administrative record upon Plaintiff via electronic mail.

Respectfully submitted this 18th day of October 2024.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the **18th day of October 2024**, a true and correct copy of the foregoing **NOTICE OF SERVICE OF THE ERISA ADMINISTRATIVE RECORD** was filed via the Court's CM/ECF electronical filing system, which served the following counsel of record via electronic notification:

D. Seth Holliday, Esq.
Email: sholliday@mcmahanfirm.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers