**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **SABRINA GUERRERO,** | ) |
| | ) CIVIL ACTION NO. 3:24-cv-00305-TAV-JEM |
| Plaintiff, | ) |
| | ) |
| v. | ) Judge Thomas A. Varlan |
| | ) |
| **THE LINCOLN NATIONAL LIFE** | ) |
| **INSURANCE COMPANY,** | ) Magistrate Judge Jill E. McCook |
| | ) |
| Defendant. | ) |

**DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD**

Defendant The Lincoln National Life Insurance Company files Defendant's Submission of Administrative Record pursuant to the Scheduling Order entered by the Court on September 5, 2024 (Document 11).

1. Group Disability Income Policy (Lincoln/Guerrero 0001-0048);

2. June 17, 2024, correspondence containing decision on appeal (Lincoln/Guerrero 0076-0084); and

3. The Administrative Record pertaining to LTD claim (Lincoln/Guerrero 0049-0075 and 0085-2928).

Respectfully submitted this 19th day of November 2024.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the **19th day of November 2024**, a true and correct copy of the foregoing **DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD** was filed via the Court's CM/ECF electronical filing system, which served the following counsel of record via electronic notification:

D. Seth Holliday, Esq.
Email: sholliday@mcmahanfirm.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers