**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 12827197 Claim Last Updated 06/17/2024 Printed On 7/25/2024

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | SABRINA GUERRERO | SSN | | Birth Date | |
| Address | | Salary Amount $ | 5120.95 | Mode | M |
| | | Date of Hire | 09/26/2016 | | |
| | | Last Work Date | 02/25/2022 | | |
| | | Federal Tax | Employee Option | State Tax | No |
| Phone | | Phys Demands | Sedentary | | |

JobDesc SOCIAL WORKER MSW

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Own Occ | Received Date | 05/16/2022 |
| Disability Date | 02/26/2022 | Close Date | 07/28/2023 | Reopen Date | |
| Sick Days Left | 91 | Max Ben Date | 03/09/2036 | RTW FT / PT | |
| Ben Begin Date | 05/28/2022 | Apprv Thru Date | 07/27/2023 | Gross Ben $ | |

Diagnosis 1 Code/Desc U09.9 Post COVID-19 condition, unspecified

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 09 - LF0132 GENTIVA

Subsidiary HSP0 HOSPICE

Location 357Q0000 KINDRED AT HOME

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2020

Class 01 ALL FULL-TIME EMPLOYEES WITH 1 OR MORE YEARS OF SERVICE

Waiting Period: New/Mode-Current/Mode 12 Month 12 Month Days in WRKWK

Elimination Period: Days/Type 90 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value PSS

Partial Disability Type/Pct QRP+ 7.00 Survivor Ben Months/Wait Period 3 180

Non-Verifiable Symptoms Limit 24 Own Occupation Definition Limit 24 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind N

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 01 | 09/26/2017 |
| PD | 01 | STD | 01 | 11/01/2016 |

Additional Information:



**Lincoln/Guerrero 0049**

EXHIBIT

3, part 1

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 12532598 Claim Last Updated 05/16/2022 Printed On 7/25/2024

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | SABRINA GUERRERO | SSN | | Birth Date | |
| Address | | Salary Amount $ | 1181.76 | Mode | W |
| | | Date of Hire | 09/26/2016 | | |
| | | Last Work Date | 02/25/2022 | | |
| | | Federal Tax | Table | State Tax | No |
| Phone | | Phys Demands | Sedentary | | |

JobDesc SOCIAL WORKER MSW

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Max Dur/To LTD | Received Date | 02/24/2022 |
| Disability Date | 02/26/2022 | Close Date | 05/28/2022 | Reopen Date | |
| Sick Days Left | | Max Ben Date | 05/27/2022 | RTW FT / PT | |
| Ben Begin Date | 03/12/2022 | Apprv Thru Date | 05/27/2022 | Gross Ben $ | |

Diagnosis 1 Code/Desc U09.9 Post COVID-19 condition, unspecified

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 09 - LF0132 GENTIVA

Subsidiary HSP0 HOSPICE

Location 357Q0000 KINDRED AT HOME

Symb PD Numeral 01 Product STD Funding ASO Bank Y Calcs Y Cntr Eff 01/01/2020

Class 01 ALL FULL-TIME EMPLOYEES WITH ONE YEAR OR MORE OF EMPLOYMENT

Waiting Period: New/Mode-Current/Mode 1 Month 1 Month Days in WRKWK 5

Elimination Period: Days/Type 14 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 30 Day SS Integration:Type/Value

Partial Disability Type/Pct Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit Own Occupation Definition Limit M/N Limit

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 01 | 09/26/2017 |
| PD | 01 | STD | 01 | 11/01/2016 |

Additional Information:

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 12827197 **Accommodation Number**

**Note type:**

Primary Sort Order: Note Type, Note Number, ● Note Date/Time, Accm. No.

Sec ●

**07/25/2024 9:51 AM - CLAIM Note 106**
Claim/Event/Leave: 12827197
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [07/25/2024 - MAINELLI, DEBRA]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**06/14/2024 2:32 PM - PHONE Note 29**
Claim/Event/Leave: 12827197
NoteSubject : Called Other
Other Subject : ATTORNEY
Text: [06/14/2024 - BOYLE, SARAH]CALLED SETH HOLLIDAY WITH MCMAHAN LAW 706-217-6118 @ 2:30 - S/W SETH WHO CONFIRMED THIS COMPLETES THEIR RESPONSE, WE MAY PROCEED W/ OUR REVIEW.

**06/14/2024 2:29 PM - CLAIM Note 105**
Claim/Event/Leave: 12827197
NoteSubject : Other
Other Subject : LTR FROM ATTNY
Text: [06/14/2024 - BOYLE, SARAH]RCD LTR FROM ATTORNEY. IT IS UNCLEAR IF ADDTL INFO WILL BE SUBMITTED.

**05/21/2024 7:07 AM - CLAIM Note 104**
Claim/Event/Leave: 12827197
NoteSubject : Action Plan
Other Subject : CRS REVIEW
Text: [05/21/2024 - BOYLE, SARAH]APPEAL RECEIVED 04/01/2024. EE IS ATTORNEY REPRESENTED. ATTORNEY CONFIRMED APPEAL IS COMPLETE. REFERRED FOR PEER REVIEWS X2: 1) DUAL CERT INT MED/ OCC MED, AND 2) PSYCHIATRY. SENT BOTH PEER REVIEWS TO ATTORNEY, RTR 4/30/24 - 5/20/24. ATTNY REQUESTED A 30-DAY EXTENSION. RTR EXTENDED BY 30 DAYS, DUE 6/19/24. LETTER SENT TO ATTORNEY ADVISING AS SUCH, AND STATING NO FURTHER EXTENSIONS WILL BE GRANTED. NEW TENT DAY 90 = 8/20/24

**05/21/2024 7:02 AM - CLAIM Note 103**
Claim/Event/Leave: 12827197
NoteSubject : LTR to Atty
Other Subject : TOLLING EXTENSION
Text: [05/21/2024 - BOYLE, SARAH]RTR EXTENSION, RTR DUE 6/19/24

**05/21/2024 7:01 AM - CLAIM Note 102**
Claim/Event/Leave: 12827197
NoteSubject : Other
Other Subject : RQT EXTENSION
Text: [05/21/2024 - BOYLE, SARAH]RCD FAX FROM ATTORNEY REQUESTING ADDITIONAL 30 DAYS TO RESPOND TO MED REVIEW.

**04/30/2024 12:17 PM - CLAIM Note 101**
Claim/Event/Leave: 12827197
NoteSubject : Action Plan
Other Subject : CRS REVIEW
Text: [04/30/2024 - BOYLE, SARAH]APPEAL RECEIVED 04/01/2024. EE IS ATTORNEY REPRESENTED. ATTORNEY CONFIRMED APPEAL IS COMPLETE. REFERRED FOR PEER REVIEWS X2: 1) DUAL CERT INT MED/ OCC MED, AND 2) PSYCHIATRY. SENT BOTH PEER REVIEWS TO ATTORNEY, RTR 4/30/24 - 5/20/24. NEW TENT DAY 90 = 7/21/24

**04/30/2024 12:03 PM - CLAIM Note 100**
Claim/Event/Leave: 12827197

NoteSubject : LTR to Atty
Other Subject : RTR
Text: [04/30/2024 - BOYLE, SARAH]SENT BOTH PEER REVIEWS TO ATTNY, RTR 4/30/24 - 5/20/24

**04/29/2024 11:21 AM - CLAIM Note 99**
Claim/Event/Leave: 12827197
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [04/29/2024 - KONDRUP, BRIANNA]INVOICE RECEIVED ON 04/25/2024 AND DATED 04/25/2024 FROM EXAM COORDINATORS NETWORK, LLC. INV #BOCA 226820 , IN THE AMOUNT OF $2,006.50 FOR PEER REVIEW PERFORMED BY WARREN R TAFF, MD WITH A SPECIALTY IN PSYCHIATRY. DATEOF SERVICE 04/11/2024. INVOICE PAID IN FULL

**04/25/2024 7:08 AM - CLAIM Note 98**
Claim/Event/Leave: 12827197
NoteSubject : Peer Review
Other Subject : PSYCHIATRY
Text: [04/25/2024 - BOYLE, SARAH]DX: MDD, GAD, OCD.____ NO, TAKING INTO CONSIDERATION THE ENTIRE CLINICAL PICTURE, INCLUDING EVIDENCE-BASED MEDICINE AND ANY MEDICATION OR OTHER TREATMENT SIDE EFFECTS, THERE ARE NO SUPPORTED LEVEL OF IMPAIRMENT TRANSLATES INTO RESTRICTIONS AND LIMITATIONS FROM 07/28/2023 TO ONGOING.

**04/23/2024 10:51 AM - CLAIM Note 97**
Claim/Event/Leave: 12827197
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [04/23/2024 - HARRINGTON, SUSAN]INVOICE DATED 4/22/24 FROM ECN. INV #BOCA 226255 IN THE AMT OF $1426.50 FOR FAMILY MEDICINE/OCCUPATIONAL MEDICINE PEER REVIEW. INVOICE PAID IN FULL. IN THE AMT OF $ *** FOR *** PEER REVIEW. INVOICE PAID IN FULL.

**04/22/2024 2:58 PM - CLAIM Note 96**
Claim/Event/Leave: 12827197
NoteSubject : Peer Review
Other Subject : OCC/FAMILY MED
Text: [04/22/2024 - BOYLE, SARAH]COMPLETED.

**04/19/2024 4:02 PM - CLAIM Note 95**
Claim/Event/Leave: 12827197
NoteSubject : Other
Other Subject : FILE COPY
Text: [04/19/2024 - KEEFER, DAWN]COMPLETE FILE COPY REQUEST FOR 12827197 12532598 HAS BEEN COMPLETED AND SENT VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED JHOWARD@MCMAHANFIRM.COM

**04/19/2024 2:26 PM - PHONE Note 28**
Claim/Event/Leave: 12827197
NoteSubject : Other Called
Other Subject : ATTNY
Text: [04/19/2024 - BOYLE, SARAH]JULIE HOWARD RMC 4/18/24 @ 2:20 LM THAT SHE DID NOT GET THE FILE COPY. PLS RESEND IT TO HER JHOWARD@MCMAHANFIRM.COM[04/19/2024 - BOYLE, SARAH]SENT RQT FOR FILE COPY TO BE SENT.

**04/17/2024 10:15 AM - PHONE Note 27**
Claim/Event/Leave: 12827197
NoteSubject : Called Other
Other Subject : ATTNY
Text: [04/17/2024 - BOYLE, SARAH]CALLED (706) 217-6118 @ 10:12 - S/W BRITTANY, ASKED IF THEY EVER RCD COPY OF FILE? I THOUGHT IT HAD BEEN SENT ALREADY. I WOULD NEED TO S/W JULIE BUT SHE UNAVAILABLE TODAY. TOOK MESSAGE, WILL HAVE HER CALL ME BACK LIKELY TOMORROW. IF THEY DID NOT RCD THE FILE COPY I WILL GET THAT OUT TO THEM RIGHT AWAY.

**04/17/2024 10:11 AM - CLAIM Note 94**
Claim/Event/Leave: 12827197
NoteSubject : LTR to Atty
Other Subject : ATTNY RQT FOR FILE
Text: [04/17/2024 - BOYLE, SARAH]RCD 2ND RQT FOR FILE COPY

**04/10/2024 8:50 PM - CLAIM Note 93**
Claim/Event/Leave: 12827197
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 4/10/2024 - REFERRED TO EXAM COORDINATORS - ECN FOR PEER REVIEW.

**04/09/2024 1:03 PM - CLAIM Note 92**
Claim/Event/Leave: 12827197
NoteSubject : Action Plan
Other Subject : INITIAL CRS REVIEW

Text: [04/09/2024 - BOYLE, SARAH]PRESCREEN COMPLETED. CODING IS ACCURATE. LTD, FI, ERISA. JD ON FILE. AUTH ON FILE. CLAIM DENIED NOT TD OWN OCC. DATE OF DENIAL WAS 07/27/2023. APPEAL TIMEFRAME IS 180 DAYS, APPEAL FILING DUE DATE 01/23/2024. LETTER OF APPEAL RECEIVED 04/01/2024. APPEAL LATE BY 69 DAY(S).EE IS ATTORNEY REPRESENTED. 45TH DAY OF ACTIVE REVIEW : 05/16/2024. . . ACTION PLAN: ATTORNEY CONFIRMED APPEAL IS COMPLETE. REFERRED FOR PEER REVIEWS X2: 1) DUAL CERT INT MED/ OCC MED, AND 2) PSYCHIATRY. DAY 45 = 5/16/24, 90 = 6/30/24

**04/09/2024 1:02 PM - CLAIM Note 91**
Claim/Event/Leave: 12827197
NoteSubject : Peer Review
Other Subject : REFERRED X2
Text: [04/09/2024 - BOYLE, SARAH]REFERRED FOR 1) DUAL CERT INT MED/ OCC MED PEER AND 2) PSYCHIATRY PEER

**04/09/2024 12:39 PM - PHONE Note 26**
Claim/Event/Leave: 12827197
NoteSubject : Called Other
Other Subject : ATTNY
Text: [04/09/2024 - BOYLE, SARAH]CALLED SETH HOLLIDAY 706-217-6118 @ 12:29 - S/W NATALIE . ADVISED I RCD MEDICAL BUT NO LETTER. WE USUALLY RECEIVE A LETTER OFFICIALLY REQUESTING THE APPEAL AND OUTLINING THE REASON THE CLMT IS ELIGIBLE FOR THE BENEFITS.WE DON'T HAVE THAT LETTER, JUST A LETTER WITH A LIST OF EXHIBITS. I JUST WANT TO MAKE SURE WE HAVE THE COMPLETE APPEAL BEFORE PROCEEDING. T/F ME TO JULIE. SHE SAID THEY SENT AN APPEAL LETTER IN JANUARY BUT IT JUST SAYS THEY WANT TO APPEAL, THAT ISALL. CONFIRMED I DO HAVE THAT. JULIE CONFIRMED THE APPEAL IS COMPLETE. I WILL PROCEED W/ THE REVIEW, THANKED HER FOR TAKING THE TIME TO SPEAK WITH ME AND ENSURE WE HAVE EVERYTHING THEY INTENDED TO SUBMIT.

**04/09/2024 12:26 PM - CLAIM Note 90**
Claim/Event/Leave: 12827197
NoteSubject : Med Records Rcvd
Other Subject : TENNOVA SURGICAL
Text: [04/09/2024 - BOYLE, SARAH]116 PAGES: TENNOVA SURGICAL: 2/22/21, 4/27/22 TO 11/13/23, LABS 5/3/22 TO 11/13/23

**04/08/2024 2:54 PM - CLAIM Note 89**
Claim/Event/Leave: 12827197
NoteSubject : Med Records Rcvd
Other Subject : ST LUKE/ TENNOVA BAR
Text: [04/08/2024 - BOYLE, SARAH]45 PAGES: ST LUKES THPY: 3/28/22 TO 6/22/22 _____ TENNOVA BARIATRIC SURG: 12/13/23, 10/16/23

**04/08/2024 2:52 PM - CLAIM Note 88**
Claim/Event/Leave: 12827197
NoteSubject : Med Records Rcvd
Other Subject :
Text: [04/08/2024 - BOYLE, SARAH]50 PAGES: ST LUKES PHYS TH: 5/2/22, 3/21/22 _____ TENNOVA: 4/28/22, 7/12/21 ______ PFT 4/14/22, 11/12/21 _____ ENDOCRINOLOGY: LABS, 11/16/21

**04/08/2024 2:49 PM - CLAIM Note 87**
Claim/Event/Leave: 12827197
NoteSubject : Med Records Rcvd
Other Subject :
Text: [04/08/2024 - BOYLE, SARAH]60 PAGES: DR PHILLIPS: MED CERT 7/11/22, RF 6/7/22 ______ TENNOVA: 6/20/22, 5/20/22 ____ BALLAD POST COVID: 6/9/22 ____DR PHILLIPS: MED CERT 6/7/22, TESTING 5/27/22; RF 5/20/22, 4/6/22, 5/9/22

**04/08/2024 2:23 PM - CLAIM Note 86**
Claim/Event/Leave: 12827197
NoteSubject : Med Records Rcvd
Other Subject :
Text: [04/08/2024 - BOYLE, SARAH]40PGS: TENNOVA: 10/19/22, 8/25/22, 7/18/22 _________ ENDOCRINOLOGY: 5/31/22 ______ BALLAD POST COVID: 9/6/22, 7/20/22 ____ ST LUKES PT: D/C 6/22/22

**04/08/2024 2:19 PM - CLAIM Note 85**
Claim/Event/Leave: 12827197
NoteSubject : Med Records Rcvd
Other Subject :
Text: [04/08/2024 - BOYLE, SARAH]40 PGS: BALLAD: 1/24/23, 11/2/22 ______ TENNOVA: 2/13/23, 1/19/23, 12/7/22 ___ ENDOCRINOLOGY: 11/28/22

**04/08/2024 2:17 PM - CLAIM Note 84**
Claim/Event/Leave: 12827197
NoteSubject : Med Records Rcvd
Other Subject : ST LUKE/ TENNO/ BALL
Text: [04/08/2024 - BOYLE, SARAH]45PGS: ST LUKE'S PHYS THPY: 8/7/23 ______ BALLAD POST-COVID: 8/3/23, 6/9/23, 4/12/23 ______ TENNOVA: 7/18/23 XR,

**04/08/2024 2:15 PM - CLAIM Note 83**
Claim/Event/Leave: 12827197
NoteSubject : Med Records Rcvd

NoteSubject : Med Records Rcvd
Other Subject :
Text: [04/08/2024 - BOYLE, SARAH]45 PAGES: ST LUKES PHYS THPY: 6/7/23 TO 7/24/23 ________ ORTHO TN: 12/19/23 _____ TENNOVA: 11/13/23

**04/08/2024 2:10 PM - CLAIM Note 82**
Claim/Event/Leave: 12827197
NoteSubject : Med Records Rcvd
Other Subject :
Text: [04/08/2024 - BOYLE, SARAH]TENNOVA SURGICAL: 11/13/23 _________ ST LUKE'S THERAPY: 10/13/23 TO 10/20/23 ______ BALLAD POST COVID CLINIC: 10/12/23 ________ ORTHO TN: 0/27/23 ____ ST LUKE'S THPY: 8/7/23 RECERT NOTE

**04/08/2024 1:54 PM - CLAIM Note 81**
Claim/Event/Leave: 12827197
NoteSubject : Med Records Rcvd
Other Subject : ST LUKES PHYS THPY
Text: [04/08/2024 - BOYLE, SARAH]ST LUKES PHYS THPY: 6/7/23 TO 10/20/23

**04/08/2024 1:52 PM - CLAIM Note 80**
Claim/Event/Leave: 12827197
NoteSubject : Med Records Rcvd
Other Subject : LIFESTANCE/PHILLIPS
Text: [04/08/2024 - BOYLE, SARAH]75 PGS: LIFESTANCE: 12/5/23 - 2/13/24 _____ PHILLIPS HEALTHCARE: 2/24/22 TO 10/23/23

**04/08/2024 1:49 PM - CLAIM Note 79**
Claim/Event/Leave: 12827197
NoteSubject : Med Records Rcvd
Other Subject : PHILLIPS/ TENNOVA
Text: [04/08/2024 - BOYLE, SARAH]PHILLIPS HEALTHCARE: 7/7/21 TO 2/7/22 _____ TENNOVA: 7/12/21, LABS 11/14/21 TO 10/23/23

**04/08/2024 1:43 PM - CLAIM Note 78**
Claim/Event/Leave: 12827197
NoteSubject : Med Records Rcvd
Other Subject :
Text: [04/08/2024 - BOYLE, SARAH]BALLAD HEALTH POST COVID CLINIC: 7/20/22 __________ DR HUSSAIN (P 47): 2/7/23 THROUGH 12/12/23, BRAIN MRI (91), LABS 4/28/23 _____ EAST TN PULM & SLEEP, DR BAKSHI OFFICE: PINYAN, CFNP:(P 127) 7/14/22 TO 10/24/23 _______ ENDOCRINOLOGY CONSULTANT: DR. MOFFITT: 11/16/21 (P 174), 5/31/22, 11/28/22 LABS AND OVN, 8/2/23 ____ FAST PACE HEALTH: 12/26/23 (P 206) _____ ORTHO TN: 12/19/23 (P 217), 9/27/23 _____ LIFESTANCE HEALTH PSYCHIATRIC: 8/10/22 (P 241) - 12/5/23

**04/08/2024 1:22 PM - CLAIM Note 77**
Claim/Event/Leave: 12827197
NoteSubject : Med Records Rcvd
Other Subject :
Text: [04/08/2024 - BOYLE, SARAH]AMBER MOORE, FNP: APS 3/2/22 ____ MED CERT FORM BY CLMT AND MS MOORE: 2/28/22 _____ DR PHILLIPS: MED SOURCE STATEMENT 3/19/24 (P 22); TX NOTES 2/20/23 ______ BALLAD HEALTH POST COVID CARE CLINIC: 12/20/23 (33), 10/11/23 (86), 6/9/23 (164), 4/12/23 (209), 1/24/23 (255), 11/1/22 (PG 299), 10/13/22 LETTER (P 372), 9/6/22 (P375), 7/20/22 (P 399)

**04/04/2024 8:51 AM - CLAIM Note 76**
Claim/Event/Leave: 12827197
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [04/04/2024 - AVERILL, REBECCA]ASSIGNED TO SARAH BOYLE

**04/03/2024 8:50 PM - CLAIM Note 75**
Claim/Event/Leave: 12827197
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 4/3/2024 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**04/03/2024 8:52 AM - CLAIM Note 74**
Claim/Event/Leave: 12827197
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [04/03/2024 - HAERTJENS, BRITTANY]AGREE WITH REFERRAL TO ARU BASED ON APPEAL PACKAGE RECEIVED FROM ATTORNEY

**04/02/2024 5:46 PM - CLAIM Note 73**
Claim/Event/Leave: 12827197
NoteSubject : Ref to Appeals
Other Subject : APPEALS REQUEST
Text: [04/02/2024 - MOULTRIE, ASHLEY]55 YOF, SOCIAL WORKER (SEDENTARY), LD: 2/25/25, DOD: 2/26/22, LTD BBD: 5/28/22, CID: 5/27/24, MBD: 3/9/36. *SUPPORTED DX: POST COVID-19 CONDITION. THE CLAIM WAS CLOSED ON 7/27/23 DUE TO NOT

TD OO. EE ORIGINALLY REQUESTED AN APPEAL ON 1/30/24, SHE WAS GRANTED A 30 DAY EXTENSION AND THE DEADLINE WAS 3/6/24. SHE THEN ASKED FOR ANOTHER EXTENSION AND SHE WAS GIVEN A FINAL 15 DAY EXTENSION WITH A DEADLINE OF 3/21/24. DCM RECEIVED ADDITIONAL MEDICALS AS OF TODAY, 4/2/24, ALONG WITH LETTER FROM HER LAWYER. REQUESTING TO REFER CLAIM TO APPEALS. REFERRING TO MANGER FOR APPROVAL.

**03/07/2024 3:32 PM - CLAIM Note 72**
Claim/Event/Leave: 12827197
NoteSubject : Other
Other Subject : FILE COPY
Text: [03/07/2024 - ROSZELLE, MICHAEL]REQUEST COMPLETED FOR FULL CLAIM FILE REQUEST FOR CLAIM #12827197. SUBMITTED TO THE CLAIMANT VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED SHOLLIDAY@MCMAHANFIRM.COM

**03/07/2024 9:33 AM - CLAIM Note 71**
Claim/Event/Leave: 12827197
NoteSubject : Appeal
Other Subject : APP EXT REQ
Text: [03/07/2024 - AVRETT, MARY]RECEIVED REQUEST FOR APPEAL EXTENSION OF ANOTHER 60 DAYS FROM ATTORNEY. APPEAL WAS DUE PER COVID 1/22/24. AGREE TO AN EXTENSION OF 15 DAYS FROM TODAY AND NO FURTHER EXTENSION WILL BE GRANTED.

**02/23/2024 7:21 AM - OVERPMT Note 9**
Claim/Event/Leave: 12827197
NoteSubject : OP/Ck Adj
Other Subject : ADJ-NCL
Text: [02/23/2024 - PATTON, LAURA]THE OVERPAYMENT DUE ON THE CLAIM OF $00.80 WAS REMOVED AS A RECEIVABLE.

**02/08/2024 7:47 AM - OVERPMT Note 8**
Claim/Event/Leave: 12827197
NoteSubject : OP/SS
Other Subject : WRITE OFF
Text: [02/08/2024 - ZARNOWSKI, SARAH]THE OVERPAYMENT DUE IN THE AMOUNT OF $00.80 HAS BEEN APPROVED TO BE REMOVED AS A RECEIVABLE.

**02/02/2024 1:10 PM - CLAIM Note 70**
Claim/Event/Leave: 12827197
NoteSubject : Appeal
Other Subject : APPEAL EXT REQ
Text: [02/02/2024 - AVRETT, MARY]RECEIVED REQUEST FOR APPEAL EXTENSION FROM ATTORNEY. APPEAL WAS DUE PER COVID 1/22/24. AGREE TO EXTENSION OF 30 DAYS FROM TODAY'S DATE. NEW APPEAL DUE DATE IS 3/4/24.[02/02/2024 - AVRETT, MARY]CORRECTION - 30 DAYS FROM MONDAY IS 3/6/2024

**01/29/2024 2:11 PM - PHONE Note 25**
Claim/Event/Leave: 12827197
NoteSubject : EE Called
Other Subject : TAXES
Text: [01/29/2024 - RIVERA, LILLIAN]EE: SABRINA GUERREERO DOB: ER: GENTIVA PH: EE CALLED TO SEE HOW TAXES WILL BE RECEIVED, ADV WILL BE SENT OUT BY MAIL BY 1/31. CC ADV CAN EMAIL, CX EMAIL ON FILE AND ADV WILL SEND. EE THANKEDAND NFQ

**01/03/2024 8:50 PM - CLAIM Note 69**
Claim/Event/Leave: 12827197
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN REASSIGNED TO REBEKAH LATOUR.

**01/03/2024 11:32 AM - OVERPMT Note 7**
Claim/Event/Leave: 12827197
NoteSubject : OP/Waiver-Non Collect
Other Subject : WRITE-OFF REQUEST
Text: [01/03/2024 - WAHL, HENRY]OVERPAYMENT AMOUNT CALCULATED IS $22,965.80. RECOVERED $22,965.00 AS OF 12/22/2023. OP BALANCE OF $0.80 HAS BEEN REQUESTED FOR WRITE-OFF DUE TO THE AMOUNT BEING UNDER $1.00 AND NOT WORTH PURSUING. SUBMITTED FILE FOR WRITE-OFF

**01/03/2024 11:19 AM - OVERPMT Note 6**
Claim/Event/Leave: 12827197
NoteSubject : OP/Refund
Other Subject : VOID
Text: [01/03/2024 - WAHL, HENRY]OP RECOVERY COMPLETE. FILE CLOSED[01/03/2024 - WAHL, HENRY]VOID

**12/11/2023 9:48 AM - OVERPMT Note 5**
Claim/Event/Leave: 12827197
NoteSubject : OP/SS
Other Subject : B&B EFT

Text: [12/11/2023 - WAHL, HENRY]FROM: JAMIE BRILEY <JBRILEY@BBABSENCE.COM> SENT: MONDAY, DECEMBER 11, 2023 9:34 AM TO: WAHL, HENRY <HENRY.WAHL@LFG.COM> SUBJECT: RE: SABRINA GUERRERO 12827197 ***THIS EMAIL IS FROM AN EXTERNAL SOURCE. ONLY OPEN LINKSAND ATTACHMENTS FROM A TRUSTED SENDER.*** GOOD MORNING, HENRY PLEASE BE ADVISED THE ABOVE CLAIMANT PROVIDED AUTHORIZATION TO OUR OFFICE TO CONDUCT THE EFT TODAY FOR FULL REIMBURSEMENT OF $3,019.50. ONCE THE FUNDS HAVE CLEARED WE WILL FORWARD PAYMENT TO YOUR OFFICE AS SOON AS POSSIBLE. PLEASE LET US KNOW IF YOU HAVE ANY QUESTIONS. THANK YOU, JAMIE BRILEY PRONOUNS SHE/HER REIMBURSEMENT FACILITATION SPECIALIST

**11/03/2023 5:16 PM - PHONE Note 24**
Claim/Event/Leave: 12827197
NoteSubject : EE Called
Other Subject : REQUEST
Text: [11/03/2023 - MOULTRIE, ASHLEY]EE CALLED AND REQUESTED A COPY OF THE LTD POLICY FOR HER CLAIM. DCM EMAILED A COPY TO THE EMAIL ADDRESS WE HAVE ON FILE.

**11/01/2023 3:21 PM - PHONE Note 23**
Claim/Event/Leave: 12827197
NoteSubject : EE Called
Other Subject : ACD*APPEAL
Text: [11/01/2023 - MUEX, PHYLLIS]CLMNT CALLED WANTED A COPY OF POLICY, DCM ADV CLMNT WE DO NOT NORMALLY SENT OUT COPIES OF POLICY. CLMNT ASK IF DCM CAN TRANSFER TO ADCM? DCM ADV CLMNT WILL TRANSFER TO ADCM TO ASK QUESTIONS, CLMNT STATED WANTED TO APPEAL DECISION THAT WAS ON CLM. DCM TRANSFERRED CALL.

**10/13/2023 3:32 PM - OVERPMT Note 4**
Claim/Event/Leave: 12827197
NoteSubject : OP/SS
Other Subject : B&B EFT
Text: [10/13/2023 - WAHL, HENRY]FROM: JAMIE BRILEY <JBRILEY@BBABSENCE.COM> SENT: FRIDAY, OCTOBER 13, 2023 3:22 PM TO: WAHL, HENRY <HENRY.WAHL@LFG.COM> SUBJECT: RE: SABRINA GUERRERO 12827197 ***THIS EMAIL IS FROM AN EXTERNAL SOURCE. ONLY OPEN LINKS AND ATTACHMENTS FROM A TRUSTED SENDER.*** GOOD AFTERNOON, HENRY PLEASE BE ADVISED THE ABOVE CLAIMANT PROVIDED AUTHORIZATION TO OUR OFFICE TO CONDUCT THE EFT TODAY FOR PARTIAL REIMBURSEMENT OF $19,945.50. ONCE THE FUNDS HAVE CLEARED WE WILL FORWARD PAYMENT TO YOUR OFFICE AS SOON AS POSSIBLE. WE WILL CONTINUE TO FOLLOW UP ON THE REMAINING AMOUNT OWED. CLAIMANT IS DUE THE ATTORNEY FEES SOCIAL SECURITY WITHHELD IN ERROR. I CALLED SOCIAL SECURITY AND THEY ARE AWARE SO THEY JUST NEED MORE TIME. PLEASE LET US KNOW IF YOU HAVE ANY QUESTIONS. THANK YOU! JAMIE BRILEY

**10/10/2023 9:22 AM - OVERPMT Note 3**
Claim/Event/Leave: 12827197
NoteSubject : OP/SS
Other Subject : OP CREATED
Text: [10/10/2023 - WAHL, HENRY]THE OVERPAYMENT DUE IS $22,965.80 FOR THE PERIOD OF 07/28/22 THRU 07/27/23. CLAIMANT WAS ORIGINALLY PAID $26,635.79. PAY WAS RECALCULATED DUE TO SS DISABILITY AND CLAIMANT SHOULD HAVE BEEN PAID $3,669.99. DETAILED OP LETTER SENT TO CLAIMANT REQUESTING FULL PAYMENT. FOLLOW UP SET FOR REPAYMENT. S1 CHECK #108277255 WAS ADJUSTED BY AN ADDITIONAL $100.00 TO AVOID A NON-S1 OP ON CHECK # 108353659

**10/09/2023 7:22 AM - OVERPMT Note 2**
Claim/Event/Leave: 12827197
NoteSubject : OP/SS
Other Subject : OFFSET
Text: [10/09/2023 - WAHL, HENRY]UPDATED OFFSET TO $1932.00 EFF 1/1/2023 TO INCLUDE CAE. F/U SET TO COMPLETE CALC

**10/06/2023 8:50 PM - CLAIM Note 68**
Claim/Event/Leave: 12827197
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN RECEIVED AND ASSIGNED TO HENRY WAHL.

**10/05/2023 8:51 PM - CLAIM Note 67**
Claim/Event/Leave: 12827197
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY DISABILITY INCOME (SSDI).WITH A REASON OF .COMMENTS: PLEASE CALC SSDI OP.

**10/05/2023 4:14 PM - CLAIM Note 66**
Claim/Event/Leave: 12827197
NoteSubject : Social Security
Other Subject : SSDI NOA
Text: [10/05/2023 - ALLEN, AUDREY]SS VENDOR: BB DATE OF ENTITLEMENT 08/22. BENEFIT AMOUNT IS $1,927. OFFSET IN SYSTEM. NO DEPENDENTS. PLEASE REFER TO DOC LIST FOR DETAILED AWARD INFORMATION. OP REFERRAL TO FRS TO CALCULATE POTENTIAL OVERPAYMENT. NO PH CALL MADE TO EE AS I HAVE PREVIOUSLY DISCUSSED NEXT STEPS WITH EE (PH NOTE 22).

**09/25/2023 4:04 PM - PHONE Note 22**
Claim/Event/Leave: 12827197
NoteSubject : EE Called
Other Subject : SSDI
Text: [09/25/2023 - ALLEN, AUDREY]RECEIVED VM FROM EE. EE HAS BEEN APPROVED FOR SSDI AND RETRO WAS DEPOSITED INTO HER ACCT ON FRIDAY. WANTED TO CALL AND PROVIDE THIS INFO TO ME. REQUESTED A CALL BACK. //// RETURNED CALL TO EE AND LEFT VM. THANKED EE FOR NOTIFYING. ENCOURAGED EE TO NOT SPEND RETRO BENEFIT AS THERE WILL LIKELY BE AN OP DUE BACK TO LFG. REMINDED OF SSDI OFFSET AND POTENTIAL FOR OP. ADVISED ONCE NOA RECEIVED FROM BB, FRS WILL REVIEW AND IF THERE IS AN OP FRS WILL PROVIDE VIA LETTER AND WILL LIKELY INFORM BB AS WELL. REQUESTED A CALL BACK IF SHE HAS ANY FURTHER QUESTIONS.

**09/25/2023 8:19 AM - PHONE Note 21**
Claim/Event/Leave: 12827197
NoteSubject : EE Called
Other Subject : ACD CALL
Text: [09/25/2023 - WHITAKER, WILLANDA]EE REQUESTED ADCM TO NOTIFY OF THE SSDI APPROVAL. DCM GAVE EE THE INFORMATION FOR SSDI DCM. EE REQUESTED TO BE TRANSFERRED. TRANSFER COMPLETE.

**08/04/2023 11:23 AM - CLAIM Note 65**
Claim/Event/Leave: 12827197
NoteSubject : Social Security
Other Subject : CLOSED
Text: [08/04/2023 - WAGNER, IAN]CLOSED REFERRAL, SS APPLICATION PENDING; SENDING CLOSED CLM LTR

**08/03/2023 7:09 AM - OVERPMT Note 1**
Claim/Event/Leave: 12827197
NoteSubject : OP/SS
Other Subject : SS PENDING
Text: [08/03/2023 - PATTON, LAURA]REFERRAL CLOSED. FILE CURRENTLY WITH VENDOR/ATTORNEY (B&B). IF AWARDED WILL RE-OPEN REFERRAL AND CALC OVERPAYMENT.

**07/27/2023 8:50 PM - CLAIM Note 64**
Claim/Event/Leave: 12827197
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY PENDING HAS BEEN RECEIVED AND ASSIGNED TO REBEKAH LATOUR.

**07/27/2023 8:50 PM - CLAIM Note 63**
Claim/Event/Leave: 12827197
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY PENDING.WITH A REASON OF .COMMENTS: THANKS!

**07/27/2023 10:46 AM - PHONE Note 20**
Claim/Event/Leave: 12827197
NoteSubject : Called EE
Other Subject : NOTIFY OF CLOSURE
Text: [07/27/2023 - MOULTRIE, ASHLEY]CALLED EE TO LET HER KNOW THAT HER CLAIM HAS BEEN CLOSED DUE TO NOT TD OO. DCM EXPLAINED THAT AFTER THE ADDENDUM OF THE FFR CAME BACK WITH THE SAME SEDENTARY R&L'S AND THE JOB DESCRIPTION WAS SENT OUT FOR OA AND IT CAME BACK AS SEDENTARY AS WELL. EE ASKED QUESTION ON HOW TO APPEAL AND DCM WENT OVER IT WITH LETTING HER KNOW HOW TO APPEAL AND WHAT WE WILL LOOKING FOR. DCM EXPLAINED THAT SHE MAY NEED ADDITIONAL TESTING TO SUBMIT ALONG WITH HER APPEAL INFO. DCM LETHER KNOW THAT IF SHE HAD ANY ADDITIONAL QUESTION TO FEEL FREE TO REACH OUT. EE THANKED DCM FOR ALL HER HELP AND STATED THAT SHE WOULD BE IN TOUCH.

**07/26/2023 6:51 PM - CLAIM Note 62**
Claim/Event/Leave: 12827197
NoteSubject : Other
Other Subject : MGR REV
Text: [07/26/2023 - MENDEZ, YESENIA]AGREE WITH NOT TD OWN OCC CLOSURE FFR ADV NO RLS AND THEN ADDL INFO WAS RECVD AND REVIEWED AND NO RLS WERE SUPPORTED THAT WOULD PRECLUDE EE FORM THEIR OWN OCC

**07/25/2023 6:23 PM - CLAIM Note 61**
Claim/Event/Leave: 12827197
NoteSubject : Closed
Other Subject : NOT TD OO
Text: [07/25/2023 - MOULTRIE, ASHLEY]EE IS OUT OF WORK DUE TO POST COVID-19 CONDITION SINCE 2/26/22. THE CLAIM WAS SENT OUT FOR FFR AND CAME BACK STATING THAT THERE WERE RESTRICTIONS OF NO MORE THAN SEDENTARY WORK FROM 2/8/23 - 9/8/23. DCM ALLOWED EXTRA TIME FOR EE TO PROVIDE MORE MEDICALS AND SENT THE CLAIM OUT FOR AN ADDENDUM WHICH CAME BACK AS THE SAME R&L'S OF SEDENTARY WORK. TO CONFIRM HER OCC THE CLAIM WAS SENT OUT FOR OA AND IT WAS DETERMINED THAT SHE HAS AN SEDENTARY OCC. REFERRING TO MANAGER FOR APPROVAL TO CLOSE CLAIM DUE TO NOT TD OO.

**07/25/2023 12:28 PM - PHONE Note 19**
Claim/Event/Leave: 12827197
NoteSubject : Called EE
Other Subject : RETURN CALL
Text: [07/25/2023 - GAYLE, TAMARA]RETURN PHONE CALL TO EE REGARDING VM. CM ADVISED EE WAS NOT ABLE TO PULL CLAIM AT THE TIME OF VM AS NO CLAIM NUMBER PROVIDED. EE PROVIDED CLAIM NUMBER. CM ADVISED EE ADCM DID RECEIVE RECORDS FROM PROVIDERS REQUESTED AND SENT FOR REVIEW. ADCM IS AWAITING COMPLETION. EE STATED IS SEEING ANOTHER PROVIDER AND SAW NEW PROVIDER ON 7/3/23 AND NOV:8/2/23.CM ENQUIRE DON REASON FOR VISIT AND EE STATED FOR MEDICATION MANAGEMENT FOR HER DEPRESSION. CM ADVISED EE TO PROVIDE OVN FOR VISIT ON 7/3/23 IF NEEDING TO BE INCLUDED IN REVIEW. EE STATED WILL GET THOSE AND SEND OVER. EE STATED THAT ALSO HAD A VISIT AND XRAY DONE LAST WEEK AS KNEE HAS BEEN BOTHERING EE AND WAS WITH PRIMARY CARE. EE INDICATE SHE WILL ALSO TRY AND GET THAT SENT OVER AS WELL AS BELIEVES THAT WAS NOT SENT. CM ACK THANKED EE AND C.E[07/25/2023 - GAYLE, TAMARA]NEW PROVIDER INFO SHANNON LEAH HUTCHISON APN LIFESTANCE HEALTH PHONE 8656066110 . ADDRESS 10025 INVESTMENT DRIVE, KNOXVILLE TN, 37932

**07/25/2023 12:23 PM - PHONE Note 18**
Claim/Event/Leave: 12827197
NoteSubject : EE Called
Other Subject : VM
Text: [07/25/2023 - GAYLE, TAMARA]EE CALLED LVM FOR ADCM WANTING TO KNOW STATUS OF CLAIM AND IF ANYTHING IS NEEDED.

**07/24/2023 12:34 PM - CLAIM Note 60**
Claim/Event/Leave: 12827197
NoteSubject : Voc Rehab
Other Subject : OA
Text: [07/24/2023 - VALLIER, DESIRAE]RCVD REFERRAL FOR OA REPORT; COMPLETED OA AND PLACED REPORT IN S1 WITH NOTIFICATION TO CCM. OA SUMMARY PROVIDED BELOW:THE OCCUPATION IS PERFORMED AT THE SEDENTARY PHYSICAL DEMAND LEVEL.

**07/21/2023 8:51 PM - CLAIM Note 59**
Claim/Event/Leave: 12827197
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 7/21/2023-REFERRAL RECEIVED BY VCM AND ASSIGNED TO VALLIER, DESIRAE. CLAIM/AS EVENT IS PENDING REVIEW.

**07/19/2023 8:50 PM - CLAIM Note 58**
Claim/Event/Leave: 12827197
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 7/19/2023 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**07/17/2023 7:10 PM - CLAIM Note 57**
Claim/Event/Leave: 12827197
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [07/17/2023 - SRP042, SRP042]INVOICE RECEIVED FROM RELEASEPOINT. , INV #719536, IN THE AMOUNT OF $202.99 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**07/07/2023 9:45 AM - CLAIM Note 56**
Claim/Event/Leave: 12827197
NoteSubject : Social Security
Other Subject : SSDI
Text: [07/07/2023 - ALLEN, AUDREY]PER BB PORTAL, INITIAL SSDI APP IS STILL PENDING. WILL SET TASK TO FOLLOW UP.

**06/17/2023 6:18 PM - DOCUMENT Note 6**
Claim/Event/Leave: 12827197
NoteSubject : eSignature
Other Subject : Document Signed

**06/16/2023 11:22 AM - DOCUMENT Note 5**
Claim/Event/Leave: 12827197
NoteSubject : eSignature
Other Subject : Document Requested

**06/12/2023 5:07 PM - CLAIM Note 55**
Claim/Event/Leave: 12827197
NoteSubject : Other
Other Subject : EMAIL TO EE
Text: [06/12/2023 - MOULTRIE, ASHLEY]DCM EMAILED EE TO LET HER KNOW THAT WE ARE PLACING HER ON N&P FOR THE ADDITIONAL MEDICALS RECORDS THAT WE NEED. DCM WILL FOLLOW UP WITH HER SOON THE GET HER TO REACH OUT TO HER PROVIDERS IF MEDICALS HAVE NOT BEEN RECEIVED. A COPY OF THE EMAIL HAS BEEN ADDED TO THE DOCLIST. WE HAVE ALREADY RECEIVED MEDICALS FROM 2 OF HER PROVIDERS.

**06/07/2023 3:33 PM - PHONE Note 17**
Claim/Event/Leave: 12827197
NoteSubject : Called EE
Other Subject : FFR FOLLOW UP
Text: [06/07/2023 - MOULTRIE, ASHLEY]CALLED EE BECAUSE THE INTERNAL MED FFR THAT WAS SENT OUT CAME BACK STATING: R&L'S FOR MIGRAINE HEADACHES FROM 1/1/23 - 2/7/23 NO MORE THAN ADL'S, AND FROM 2/8/23 - 4/4/23 AND POSSIBLY BEYOND PENDING UPDATED RECORDS R&L'S OF OCCASIONAL WALKING AND STANDING, LIFTING, CARRYING , PUSHING, AND PULLING UP TO 10 POUNDS OCCASIONALLY, NO CLIMBING LADDERS, AND NO WORKING FROM UNPROTECTED HEIGHTS. ADDITIONAL MEDICALS ARE NEEDED FROM PCP, POST COVID CLINIC, NEUROLOGY, AND PULMONOLOGY. DCM EXPLAINED THAT WE WILL REQUEST MEDICALS FROM THESE PROVIDERS AGAIN AND SEND THE FFR OUT FOR AN ADDENDUM, AND WE ALSO WENT OVER HER PROVIDERS AND LOV SO WE MAKE SURE WE GET THE MOST UP TO DATE MEDICALS. EE LAST SAW PAMELA POORE, NP (POST-COVID CLINIC) ON 4/12/23 AND HER NOV IS 6/9/23. DR. BAKSHI (PULM) LOV 4/26/23, DR. MOHAMMAD HUSSAIN (NEURO) LOV 6/6/23 AND NOV 9/11/23, DR. PHILLIP FLOYD (PCP) LOV WAS 5/14/23 AND SHE DOES NOT HAVE A FOLLOW UP AS SHE WAS REFERRED TO ST. LUKE'S THERAPY FOR AQUA THERAPY 2 TIMES A WEEK. LOV WAS 6/7/23, NOV IS 6/14/23 AND 6/16/23. EE WILL BE GETTING THE MEDICALS FROM ST. LUKE'S FOR US AND WE WILL BE REQUESTING ALL OTHER MEDICALS ON 6/9/23 TO MAKE SURE WE GET THE MOST UP TO DATE INFO. EE THANKED DCM FOR NOT CLOSING THE CLAIM AND GIVING HER THE CHANCE TO GET THE ADDITIONAL MEDICALS IN. DCM IS GOING TO FOLLOW UP WITH EE IN 2 WEEKS IF MEDICALS ARE NOT COMING IN TO FOLLOW UP WITH HER PROVIDERS ON OUR REQUEST.

**05/31/2023 11:15 AM - CLAIM Note 54**
Claim/Event/Leave: 12827197
NoteSubject : LTR to AP
Other Subject :
Text: [05/31/2023 - MOULTRIE, ASHLEY] SENT LETTER REQUEST-PROVIDER-MEDICAL TO DR. CYDNEY VANOSDALE VIA FAX AT 8652187109. INCLUDED ATTACHMENT(S): AUTHORIZATION.

**05/30/2023 7:22 PM - CLAIM Note 53**
Claim/Event/Leave: 12827197
NoteSubject : Other
Other Subject : MGR REV
Text: [05/30/2023 - MENDEZ, YESENIA]AGREE WITH PSYCH AND IM FFR

**05/30/2023 6:04 PM - CLAIM Note 52**
Claim/Event/Leave: 12827197
NoteSubject : Ref to Other
Other Subject : FFR
Text: [05/30/2023 - MOULTRIE, ASHLEY]REQUESTING FFR FOR THIS CLAIM. EE HAS POST COVID CONDITION AND SEES A LOT OF DOCTORS AND A FULL FILE REVIEW WITH INTERNAL MED IS NEEDED DO THEY CAN LOOK AT EACH ONE OF HER CONDITIONS TO DETERMINE IF SHE IS STILL IMPAIRED AND UPDATED R&L'S. REFERRING TO MANAGER FOR APPROVAL.

**05/08/2023 12:25 PM - CLAIM Note 51**
Claim/Event/Leave: 12827197
NoteSubject : Social Security
Other Subject : SSDI
Text: [05/08/2023 - ALLEN, AUDREY]PER BB PORTAL, INITIAL SSDI APP IS STILL PENDING. WILL SET TASK TO FOLLOW UP.

**03/31/2023 2:06 PM - DOCUMENT Note 4**
Claim/Event/Leave: 12827197
NoteSubject : eSignature
Other Subject : Document Signed

**03/31/2023 2:03 PM - DOCUMENT Note 3**
Claim/Event/Leave: 12827197
NoteSubject : eSignature
Other Subject : Document Signed

**03/31/2023 2:00 PM - DOCUMENT Note 2**
Claim/Event/Leave: 12827197
NoteSubject : eSignature
Other Subject : Document Requested

**03/31/2023 1:58 PM - DOCUMENT Note 1**
Claim/Event/Leave: 12827197
NoteSubject : eSignature
Other Subject : Document Requested

**03/31/2023 1:00 PM - PHONE Note 16**
Claim/Event/Leave: 12827197
NoteSubject : EE Called
Other Subject : CLAIM UPDATE
Text: [03/31/2023 - MOULTRIE, ASHLEY]EE CALLED TO LET ME KNOW THAT SHE HAS BEEN WORKING ON THE LTD FORMS AND THAT SHE HAS MEDICAL RECORDS FROM SOME OF DOCTORS AND WILL BE UPLOADING THEM VIA THE PORTAL THIS WEEKEND. SHE ALSO LET ME KNOW WHAT DOCTORS SHE ISSTILL CURRENTLY SEEING AND WHO SHE IS NOT SO THAT HER CURRENT N&P COULD BE UPDATED ACCURATELY. DCM WILL BE SENDING SUB REQUEST TO DR. LUCAS, DR.

HER CURRENT R&L COULD BE UPDATED ACCURATELY. DCM WILL BE SENDING OOD REQUEST TO DR. LUCAS, DR. PHILLIPS, AND DR. MOFFITT. DCM ALSO WENT OVER DAY 30 OF N&P WITH EE AND THAT THE NEXT TIME I WILL BE REACHING OUT IS ON DAY 45 (4/12/23). EE PROMISED TO CALL BACK WITH ANY UPDATES AND THE CLAIM WILL BE SENT OUT FOR FFR ONCE ALL MEDICALS COME BACK. SHE ALSO LET ME KNOW THAT SHE NEEDS TO HAVE SURGERY TO HAVE A ABDOMINAL HERNIA REMOVED BUT IT HAS NOTBEEN SCHEDULED YET BECAUSE SHE HAS TO GET SOME OTHER THINGS UNDER CONTROL FIRST.

**03/24/2023 4:25 PM - CLAIM Note 50**
Claim/Event/Leave: 12827197
NoteSubject : Med Records Rcvd
Other Subject : MULT PROVIDERS
Text: [03/24/2023 - HAERTJENS, BRITTANY]EE SUBMITTED OVN FROM DR. BAKSHI FROM 7/14/22 - 2/28/23, DR. HUSSAIN OVN AND MRI FROM 2/7/23 - 2/24/23, AND PAMMELA POORE NP FROM 6/8/2022 - 1/24/23

**03/13/2023 4:04 PM - CLAIM Note 49**
Claim/Event/Leave: 12827197
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [03/13/2023 - MICHAUD, ROBIN]INVOICE DATED 3/6/2023 FROM EAST TENNESSEE PULMONARY & SLEEP MED. INVOICE # N/A IN THE AMOUNT OF $ 10.00 FOR MEDICAL RECORDS . INVOICE PAID IN FULL

**03/10/2023 3:15 PM - CLAIM Note 48**
Claim/Event/Leave: 12827197
NoteSubject : LTR to AP
Other Subject : VANOSDALE
Text: [03/10/2023 - HAERTJENS, BRITTANY]RCVD REJECTION FROM CYDNEY VANOSDALE FOR REQUIRING AUTH. FAXED NEW REQ TO AP WITH AUTH ATTACHED

**03/07/2023 8:57 AM - CLAIM Note 47**
Claim/Event/Leave: 12827197
NoteSubject : Social Security
Other Subject : SSDI
Text: [03/07/2023 - ALLEN, AUDREY]PER BB PORTAL, INITIAL SSDI APP IS STILL PENDING. WILL SET TASK TO FOLLOW UP.

**03/02/2023 12:56 PM - PHONE Note 15**
Claim/Event/Leave: 12827197
NoteSubject : AP Called
Other Subject : LIFE STANCE
Text: [03/02/2023 - SIEGENTHALER, HAILEY]MED REQ CALLED IN FROM LIFE STANCE. EE ONLY SSEN DR CAROL B LUKES NOW. REP WANTS A NEW MED REQ SENT OUT WITH CORRECT AP NAME. ADVISED I WILL FWD OVER TO DCM.

**02/27/2023 1:57 PM - CLAIM Note 46**
Claim/Event/Leave: 12827197
NoteSubject : LTR to EE
Other Subject : NP
Text: [02/27/2023 - BROOKS, MAUREEN]NP LETTER SENT TO EE FOR MR FROM DR. JONES, DR. KANNA, DR. PHILLIPS, DR. VANOSDALE, DR. MOFFITT, AND DR. BAKSHI, LTD FORMS, AND CONTACT. DUE DAY 45 4/12/23, DAY 75 5/12/23

**02/27/2023 1:52 PM - CLAIM Note 45**
Claim/Event/Leave: 12827197
NoteSubject : LTR to AP
Other Subject : MEDICAL REQUEST
Text: [02/27/2023 - BROOKS, MAUREEN] CONTACTED DR. JONES, DR. KANNA, DR. PHILLIPS, DR. VANOSDALE, DR. MOFFITT, AND DR. BAKSHI FOR MEDICAL RECORDS. - REQUEST - PROVIDER - MEDICAL

**02/27/2023 1:41 PM - CLAIM Note 44**
Claim/Event/Leave: 12827197
NoteSubject : Other
Other Subject : CIF
Text: [02/27/2023 - BROOKS, MAUREEN]CIF IN DOC LIST---PROVIDERS UPDATED.

**02/27/2023 1:41 PM - CLAIM Note 43**
Claim/Event/Leave: 12827197
NoteSubject : Action Plan
Other Subject : MED REV JUL 2023
Text: [02/27/2023 - BROOKS, MAUREEN]CLAIM INFO:53 YOF, SOCIAL WORKER (SEDENTARY), LD: 2/25/25, DOD: 2/26/22, LTD BBD: 5/28/22, CID: 5/27/24, MBD: 3/9/36. *SUPPORTED DX: POST COVID-19 CONDITION. *PROVIDERS/TX PLAN: DR. BAKSHI (PULM), NP VANOSDALE (BARIATRIC), FR. FLOYD (PCP) AND DR. MOORE (POST COVID CLINIC). *CLAIM SUMMARY/ASSESSMENT: SYMPTOMS INCLUDE SHORTNESS OF BREATH, JOINT PAINS, HEADACHES, CHRONIC COUGH, BRAIN FOG, WORSENED ANXIETY, AND WORSENED DEPRESSION. THE RECORDS INDICATE THAT THE CLAIMANT S SYMPTOMS HAVE BEGUN TO IMPROVE. SHE HAS BEEN INSTRUCTED BY HER PULMONOLOGIST TO TRY A NEW REGIMEN TO HELP REDUCE HER COUGH. HER PULMONOLOGIST ALSO PLANS TO ADDRESS HER CHRONIC FATIGUE WITH MEDICATION, IF NEEDED. R&LS DURING THE TIMEPERIODOF 02/25/2022 TO 07/25/2022 AND BEYOND OF NOT MORE THAN ADLS ARE SUPPORTED. IN VIEW OF THE NATURE AND COURSE OF THE MEDICAL CONDITION AS OF 07/25/2022, IT IS NOT LIKELY THAT THERE WILL BEA CHANGE IN R&LS IN LESS THAN THREE MONTHS.*RTW INFO:

NO ERTW. *FINANCIAL / OTHER: SSDI IS PENDING WITH BROWN AND BROWN. *INFO DUE: LTD FORMS ARE UP TO DATE. *ONGOING ACTION PLAN: EE ON NP FOR ALL UPDATED RECORDS, CONTACT, AND UPDATED FORMS. ONCE RCVD, DCM TO CONSIDER COVID CCS TO DETERMINE APPROPRIATESPECIALTY FOR PEER REVIEW.[06/05/2023 - MOULTRIE, ASHLEY] UPDATING HEADER TO REFLECT THAT CLAIM IS OUT FOR FFR CURRENTLY.[07/05/2023 - MOULTRIE, ASHLEY]FFR HAD TO BE SENT OUT FOR ADDENDUM AND IS DUE BACK BY 7/17/23.

**02/27/2023 1:38 PM - PHONE Note 14**
Claim/Event/Leave: 12827197
NoteSubject : Called EE
Other Subject : UPDATE/NP
Text: [02/27/2023 - BROOKS, MAUREEN]DCM CALLED EE FOR CLINICAL UPDATE. LVM REQ RTC TO ADCM FOR UPDATE, ADVISED OF NOTICE AND PROOF, CONSEQUENCES, AND DUE DATES. LEFT ADCM CONTACT INFO.

**01/06/2023 10:45 AM - CLAIM Note 42**
Claim/Event/Leave: 12827197
NoteSubject : Social Security
Other Subject : SSDI
Text: [01/06/2023 - ALLEN, AUDREY]PER BB PORTAL, INITIAL SSDI APP IS STILL PENDING. WILL SET TASK TO FOLLOW UP.

**12/08/2022 1:44 PM - CLAIM Note 41**
Claim/Event/Leave: 12827197
NoteSubject : LTR to EE
Other Subject : CI FORM
Text: [12/08/2022 - PELLETIER, BRANDY]REQUESTED UPDATED CI FORM AND AUTH FORM

**12/08/2022 1:42 PM - PHONE Note 13**
Claim/Event/Leave: 12827197
NoteSubject : Called EE
Other Subject : STATUS
Text: [12/08/2022 - PELLETIER, BRANDY]CALLED CLMT AT AND SP/W CLMT. CONFIRMED SHE CONTINUES WITH SOB WITH ANY EXERTION. THE BRAIN FOG AND MEMORY ISSUES CONTINUE TO CONCERN HER. CONFIRMED SHE IS SEEING SOMEONE IN SPEECH THERAPY DEPT TO WORKON THIS, AND CONTINUES TO SEE PULMONOLOGIST OFFICE, COVID CLINIC AND M/N COUNSELOR. HER LOV WITH HER ENDOCRINOLOGIST WAS 11/28 AND THAT ONE DID GO WELL. SHE SAW NEURO, DR HANNAH IN NEWPORT, ON 11/11, BUT SHE'LL NEED TO ESTABLISH CARE WITH A NEW NEURO DUE TO THIS DOCTOR LEAVING THE PRACTICE. SINCE COVID, SHE'S EXPERIENCED DAILY HEADACHES AND WAS DIAGNOSED WITH MIGRAINES WITHOUT AURA. SHE WAS ALSO DIAGNOSED WITH AMNESIA, WHICH SHE THOUGHT WAS A BIT ODD. DCM ASKED IF THEY'VE DONE ANY SORT OF NEUROPSYCHOLOGICAL TESTING TO HELP ESTABLISH A BASELINE AND SHE SAID NO, BUT SHE DID SPEAK WITH THE COVID CLINIC WHO WILL HELP HER GET ESTABLISHED WITH A NEUROLOGIST MOVING FORWARD. DCM ACK AND THANKED FOR HER UPDATE. EXPLAINED WE WOULD SEND AN UPDATED CI FORM FOR FUTURE, AS SHE WILL BE ESTABLISHING CARE WITH A NEW NEUROLOGIST AND WE WOULD LIKE HER TO CONFIRM THE ACTIVE PROVIDERS FOR WHEN WE UPDATE THE MR. CONFIRMED NO QUESTIONS. THANKED. C/E

**11/30/2022 8:50 PM - CLAIM Note 40**
Claim/Event/Leave: 12827197
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF OTHER HAS BEEN RECEIVED AND ASSIGNED TO JESSICA KEEFER.

**11/30/2022 8:50 PM - CLAIM Note 39**
Claim/Event/Leave: 12827197
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR OTHER. COMMENTS: PLEASE REFUND SSET. EE HAS GIVEN VERBAL AUTH THAT SHE NO LONGER WISHES TO HAVE SSET ADDED PER DPO SELECTION.

**11/30/2022 2:38 PM - CLAIM Note 38**
Claim/Event/Leave: 12827197
NoteSubject : Other
Other Subject : SSET REFUND
Text: [11/30/2022 - KEEFER, JESSICA]REFERRAL RECEIVED AND MANUAL PAYMENT ISSUED FROM 10/28/22 THRU 11/27/22 FOR $1,744.00 AS REQUESTED BY CS TO REFUND THE SSET OFFSET. COPY OF CALC WORKSHEET HAS BEEN SAVED TO THE DOC LIST. ENDED SSET OFFSET AS OF 11/27/22

**11/30/2022 12:42 PM - PHONE Note 12**
Claim/Event/Leave: 12827197
NoteSubject : Called EE
Other Subject : DPO
Text: [11/30/2022 - ALLEN, AUDREY]RECEIVED RESPONSE FROM DCM. SSET OFFSET WOULD HAVE TO BE FULL EST BENEFIT AMOUNT. RETURNED CALL TO EE TO INFORM. EE REQUESTED THAT SSET OFFSET BE ENDED AS SHE CANNOT PAY HER BILLS WITH SSET ADDED. I EXPRESSED UNDERSTANDING AND ADVISED I WILL END OFFSET AND REF TO PMU TO REFUND SSET. EE THANKED AND WISHED ME A GOOD HOLIDAY SEASON. I WISHED HER THE SAME. SSET OFFSET ENDED. REF TO PMU TO REFUND SSET.

**11/29/2022 3:21 PM - PHONE Note 11**

**11/29/2022 3:21 PM - PHONE Note 11**
Claim/Event/Leave: 12827197
NoteSubject : EE Called
Other Subject : DPO
Text: [11/29/2022 - ALLEN, AUDREY]RECEIVED VM FROM EE. EE WAS RETURNING MY CALL SHE WAS IN AN APPT WHEN I CALLED YESTERDAY. SHE DOES HAVE A FEW QUESTIONS REGARDING SSDI AND DPO. SHE HAD FILLED OUT FORMS IN 06/22 AND THINKS I MIGHT HAVE RECEIVED IT LATER. SHE HAS A FEW QUESTIONS REGARDING PAYMENTS AND REDUCED PAYMENTS. REQUESTED A CALL BACK. ///// RETURNED CALL TO EE. EE HAS QUESTIONS REGARDING SSET REDUCTION. HER LTD BENEFIT WAS FOR ABOUT $300.00 AND ASKED IF THAT WOULD BE HER LTD BENEFIT ONGOING WITH THE REDUCTION. I CONFIRMED THAT WE USE AN EST FOR SSDI BENEFIT AMOUNT TO CALCULATE HOW MUCH THE REDUCTION WOULD BE. EE ASKED IF IT WOULD BE POSSIBLE TO HAVE THE REDUCTION, BUT FOR A DIFFERENT AMOUNT. EE STATED THAT SHE COULD TAKE CARE OFWHAT SHE NEEDS FINANCIALLY WITH ABOUT $1,000.00 MONTHLY, BUT CANNOT WITH THE FULL REDUCTION. EE MENTIONED THAT SHE HAS $1,000.00 REDUCED FOR TAXES BECAUSE SHE HAS NOT HAD ANYTHING WITHHELD THIS YEAR AND DOES NOT WANT TO END UP OWING MONEY BACK. IEXPRESSED UNDERSTANDING AND ADVISED I WILL CONTACT M1 TO ASK. EE THANKED. EE MENTIONED THAT SHE IS AWARE SHE WILL HAVE TO PAY BACK RETRO ONCE APPROVED FOR SSDI AND ASKED IF SHE WILL OWE LTD BACK IF DENIED SSDI. I ADVISED SHE WILL NOT OWE LTD BACKIF DENIED. EXPLAINED SSET REDUCTION ON DPO IS TO HELP PREVENT OP ONCE APPROVED. AS EE IS OK WITH REPAYING OP WITH RETRO, ASKED IF SHE WOULD STILL LIKE TO HAVE REDUCTION. EE AGREED AND MENTIONED THAT SHE IS CONCERNED ABOUT OP BEING GREATER THAN RETRO. I ADVISED OP IS RARELY GREATER THAN RETRO, MIGHT OCCUR IF SSDI IS PAID ONGOING WHILE AWAITING NOA. EE UNDERSTOOD AND ASKED ME TO GO AHEAD AND ASK M1. I AGREED.

**11/28/2022 2:19 PM - PHONE Note 10**
Claim/Event/Leave: 12827197
NoteSubject : EE Called
Other Subject : DPO
Text: [11/28/2022 - ALLEN, AUDREY]RECEIVED VM FROM EE. EE ADVISED SHE WAS CLEARING OUT HER OLD VMS AND NOTICED SHE HAD RECEIVED A VM FROM ME THAT SHE HAD NOT RETURNED. MY VM WAS REGARDING LTD PAYMENTS. EE MENTIONED THAT SHE RECEIVED LTD PAYMENT FOR ABOUT $300.00 AND RECALLED FILLING OUT DPO, BUT NOT TO HAVE LTD REDUCED BY THAT MUCH. REQUESTED A CALL BACK. ////// RETURNED CALL TO EE AND LEFT VM. ADVISED I WAS RETURNING HER CALL. INFORMED OF DPO SELECTION TO HAVE SSET OFFSET ADDED. IF SHE NO LONGER WISHES TO HAVE SSET OFFSET ON LTD PAYMENTS, I CAN TAKE VERBAL AUTH IF SHE GIVES ME A CALL BACK.

**10/31/2022 10:41 AM - CLAIM Note 37**
Claim/Event/Leave: 12827197
NoteSubject : Social Security
Other Subject : SSET
Text: [10/31/2022 - ALLEN, AUDREY]NO RESPONSE FROM EE REGARDING DPO SELECTION. SSET OFFSET OF $1,744.00 ADDED TO LTD PAYMENT.

**10/24/2022 12:17 PM - PHONE Note 9**
Claim/Event/Leave: 12827197
NoteSubject : Called EE
Other Subject : DPO
Text: [10/24/2022 - ALLEN, AUDREY]RECEIVED EDM CONTAINING LTD FORMS INCLUDING DPO. PER DPO, EE WISHES TO HAVE SSET OFFSET ADDED TO LTD PAYMENT. CALLED AND LEFT VM WITH EE. REQUESTED A CALL BACK TO CONFIRM OPTION SELECTED ON DPO.

**10/21/2022 8:50 PM - CLAIM Note 36**
Claim/Event/Leave: 12827197
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF TAX WITHHOLDINGS HAS BEEN RECEIVED AND ASSIGNED TO KIRSTIE MCGARY.

**10/21/2022 8:26 AM - CLAIM Note 35**
Claim/Event/Leave: 12827197
NoteSubject : Ref to Other
Other Subject : PAYMENT SERVICES
Text: [10/21/2022 - MCGARY, KIRSTIE]REFERRAL RECEIVED AND FEDERAL TAX WITHHOLDING HAS BEEN SET UP IN THE AMOUNT OF $1,000.00 PER MONTH PER EE SUBMISSION OF THE W4-S FORM LOCATED IN THE DOC LIST ON 6/29/22.

**10/20/2022 8:50 PM - CLAIM Note 34**
Claim/Event/Leave: 12827197
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR REQUEST FOR TAX WITHHOLDINGS. COMMENTS: THE COMPLETED W4-S IS IN THE DOC LIST DATED 6/28/22 UNDER EMPLOYEE FORMS.

**10/20/2022 2:11 PM - PHONE Note 8**
Claim/Event/Leave: 12827197
NoteSubject : EE Called
Other Subject : TAX INQURY
Text: [10/20/2022 - MOULTRIE, ASHLEY]EE CALLED BECAUSE SHE SUBMITTED IN JUNE HAVE TAXES COME OUT OF HER CHECK BUT IT WAS NEVER COMPLETED. DCM FOUND THE COMPLETED W-4S AND SCORED TO PSU. EE HAS A F/U ON

10/25/22 FOR US TO GET ADDITIONAL INFORMATION AND DCMWILL GET NEW DOCTOR INFO DURING THAT CALL.

**10/03/2022 9:39 PM - CLAIM Note 33**
Claim/Event/Leave: 12827197
NoteSubject : Action Plan
Other Subject : RTW OO MAR 2023
Text: [10/03/2022 - MOULTRIE, ASHLEY]* CLAIM INFO:53 YOF, SOCIAL WORKER (SEDENTARY), LD: 2/25/25, DOD: 2/26/22, LTD BBD: 5/28/22, CID: 5/27/24, MBD: 3/9/36. *SUPPORTED DX: POST COVID-19 CONDITION. *PROVIDERS/TX PLAN: DR. BAKSHI (PULM), NP VANOSDALE (BARIATRIC), FR. FLOYD (PCP) AND DR. MOORE (POST COVID CLINIC). *CLAIM SUMMARY/ASSESSMENT: CLAIM WAS SENT OUT FOR FFR AND CAME BACK ON 9/8/22. EE INITIALLY DEVELOPED COVID ON 2/7/22. SHE WAS NEVER HOSPITALIZED WITH COVID BUT DID EXPERIENCE ILLNESS THAT REQUIRED MULTIPLE MEDICATIONS TO KEEP HER SYMPTOMS UNDER CONTROL. EE HAS HAD DIFFICULTY RECOVERING FROM COVID AND STARTED GOING TO A POST COVID CLINIC. SYMPTOMS INCLUDE SHORTNESS OF BREATH, JOINT PAINS, HEADACHES, CHRONIC COUGH, BRAIN FOG, WORSENED ANXIETY, AND WORSENED DEPRESSION. THE RECORDS INDICATE THAT THE CLAIMANT S SYMPTOMS HAVE BEGUN TO IMPROVE. SHE HAS BEEN INSTRUCTED BY HER PULMONOLOGIST TO TRY A NEW REGIMEN TO HELP REDUCE HER COUGH. HER PULMONOLOGIST ALSO PLANS TO ADDRESS HER CHRONIC FATIGUE WITH MEDICATION, IF NEEDED. R&LS DURING THE TIME PERIOD OF 02/25/2022 TO 07/25/2022 AND BEYOND OF NOT MORE THAN ADLS ARE SUPPORTED. IN VIEW OF THE NATURE AND COURSE OF THE MEDICAL CONDITION AS OF 07/25/2022, IT IS NOT LIKELY THAT THERE WILLBEA CHANGE IN R&LS IN LESS THAN THREE MONTHS. *RTW INFO: NO ERTW. *FINANCIAL / OTHER: SSDI IS PENDING WITH BROWN AND BROWN. *INFO DUE: LTD FORMS ARE UP TO DATE. *ONGOING ACTION PLAN: PLACE EE ON N&P IN NOV 2022 TO GET UPDATE ON R&LS,ALSO SEND OUT APS FORMS TO ALL DOCTORS. GET ADDENDUM ON FFR TO GET UPDATED P&LS. ALSO CHECK AND SEE IF EE MAY BE READY TO RTW SINCE SHE WAS IMPROVING DURING LAST N&P PERIOD.[12/02/2022 - MOULTRIE, ASHLEY]UPDATING HEADER DUE TO PLACING EE ONN&P THIS MONTH. WILL BE GETTING AN UPDATE ON TX AND SEE IF EE IS READY TO RTW YET.

**09/26/2022 2:12 PM - CLAIM Note 32**
Claim/Event/Leave: 12827197
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [09/26/2022 - SRP042, SRP042]INVOICE RECEIVED FROM RELEASEPOINT. , INV #717384, IN THE AMOUNT OF $110.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**08/23/2022 7:10 PM - CLAIM Note 31**
Claim/Event/Leave: 12827197
NoteSubject : Other
Other Subject : MGR REV
Text: [08/23/2022 - MENDEZ, YESENIA]AGREE WITH FFR

**08/23/2022 2:15 PM - CLAIM Note 30**
Claim/Event/Leave: 12827197
NoteSubject : Ref to Other
Other Subject : FFR
Text: [08/23/2022 - MOULTRIE, ASHLEY]DCM RECEIVED ALL THE MEDICALS REQUESTED FOR THIS LAST NOTICE AND PROOF PERIOD. AFTER REVIEWING WITH MENTOR BRITTANY H. IT WAS DETERMINED THAT SHE IS BEING TREATED FOR COMORBID OF OBESITY AND VERY LITTLE FOR HER COVID LONG HAULER SYMPTOMS. REFERRED TO MANAGER FOR APPROVAL ON FFR.

**08/09/2022 1:31 PM - CLAIM Note 29**
Claim/Event/Leave: 12827197
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [08/09/2022 - DOW, KAITLYN]INVOICE RECEIVED ON 8/8/2022 AND DATED 8/2/2022 FROM EAST TENNESSEE PULM. INV #1 , IN THE AMOUNT OF $20.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**08/05/2022 5:31 PM - CLAIM Note 28**
Claim/Event/Leave: 12827197
NoteSubject : Other
Other Subject : INVOICE
Text: [08/05/2022 - MOULTRIE, ASHLEY]INVOICE RECEIVED VIA RELEASE POINT FOR $20.00 DR. MANDEEP BAKSHI'S OFFICE AT EAST TENNESSEE PULMONARY AND SLEEP MEDICINE. ASSIGNED TO JAMES BEST FOR PROCESSING.

**08/02/2022 4:13 PM - CLAIM Note 27**
Claim/Event/Leave: 12827197
NoteSubject : Other
Other Subject :
Text: [08/02/2022 - MOULTRIE, ASHLEY]EE RETURNED MY CALL TO LET ME KNOW THAT SHE GOT THE EMAIL REQUESTING THE FACILITY AUTH BE COMPLETED. SHE STATED THAT SHE WILL BE GETTING IT PRINTED AND SENT BACK TO ME IN THE NEXT DAY OR SO. EE ALSO UPDATED ME ON NOV WITH PAM POORE, IT IS RESCHEDULED FOR 9/6/22. MEDICALS RECEIVED FROM ST. LUKE'S ON 8/2/22 IN RP AND UPLOADED TO THE DOCLIST.

**08/02/2022 9:19 AM - PHONE Note 7**
Claim/Event/Leave: 12827197
NoteSubject : Called EE
Other Subject : REQ AUTH FOR RP

Text: [08/02/2022 - MOULTRIE, ASHLEY]CALLED EE AND LVM LETTING HER KNOW THAT DR. CYDNEY VANOSDALE IS REQUIRING THEIR OWN AUTH BE COMPLETED TO OBTAIN THE MEDICALS. EMAIL A COPY OF THE AUTH VIA HER EMAIL ADDRESS ON FILE, WILL REACHBACK OUT TO EE FOR F/U.

**07/22/2022 3:17 PM - CLAIM Note 26**
Claim/Event/Leave: 12827197
NoteSubject : Other
Other Subject : MED REC REQ IN RP
Text: [07/22/2022 - MOULTRIE, ASHLEY]REQUESTED MEDICALS IN RELEASE POINT FOR N&P ON 7/22/22. DR. BASKI FROM 1/1/22-P, DR. VANOSDALE FROM 5/4/22-P, DR. FLOYD FROM 5/10/22-P, DR. POORE FROM 6/9/22-P AND ST. LUKES FROM 5/1/22 - 7/1/22.

**07/22/2022 2:53 PM - PHONE Note 6**
Claim/Event/Leave: 12827197
NoteSubject : Called EE
Other Subject : NOTICE AND PROOF
Text: [07/22/2022 - MOULTRIE, ASHLEY]CALLED EE TO GET AN UPDATE ON TX, NOTIFIED HER THAT I WOULD BE PLACING HER ON N&P AND REQUESTING MEDS FROM DOCS ON FILE TO COMPLETE A REVIEW FOR CLAIM EXTENSION. EE HAD AN APPT WITH PULMONOLOGIST DR. BAKSHI ON 7/14/22.HE ADDED NEW MEDICATIONS, FLONASE, PEPCID AC DUE TO IT BEING AN ANTIHISTAMINE. HE WANTS EE TO STOP TAKING SYMBICORT INHALER AND WANTS HER TO F/U WITH PCP DR. FLOYD TO CHANGE BLOOD PRESSURE MEDICATION, THOSE TWO MEDICATION MAY BE EXTUBATING HER COUGH / SHORTNESS OF BREATH AND CHANGING THEM MAY HELP. NOV WITH DR. BAKSHI IS 10/13/22 AND DR. FLOYD ON 8/8/22. EE HAS NOT TAKEN PT SINCE JUNE, SAYS IT IS CAUSING JOINT PAINS AND SHE IS GOING TO ASK HER PCP IF SHE CAN DO WATER THERAPY INSTEAD. EE HAD A TELEHEALTH APPT ON 7/18/22 WITH DR. CYDNEY VANOSDALE TO GO OVER HER WEIGHT LOSS PROGRESS. NOV IS 8/18/22. EE HAD APPT WITH DR. PAMELA MOORE (POST COVID CLINIC) ON 7/20/22. THEY ARE FOCUSING ON ANTI-INFLAMMATORY DIET WHICH SHOULD HELP WITH HEADACHES AND BRAIN FOG, WENT OVER LABS, TALKED ABOUT HER DEPRESSION AND ANXIETY, AND TALKED ABOUT HER SHORTNESS OF BREATH. REMINDED HER TO CONTINUE BREATHING EXERCISES. NOV WILL BE A TELEHEALTH VISIT ON 8/31/22, SHE WILL GETTING A REFERRAL TO SEE A NEUROLOGIST AND THERAPIST AT THAT TIME. EE STATES THAT SHE HAS EXTREME FATIGUE, BRAIN FOG WHICH IS GETTING WORST AND HER DAUGHTER STATES THAT SHE ASK THE SAME QUESTION OVER AND OVER AGAIN EVERY 30 MINUTES, SHE HAS DEPRESSION BECAUSE SHE DOES NOT FEEL LIKE HERSELF ANYMORE, AND SHE DRIVES BUT FOR SHORT DISTANCES ONLY. DRIVING FOR LONGER THAN 15 MINUTES AT A TIME EXHAUST HER AND HER DAUGHTER OR HUSBAND TAKES HER FOR LONGER DISTANCES. SHE ALSO CANNOT GO INTO THE GROCERY STORE BECAUSE SHE WILL FORGETTHINGS AND IT IS TOO MUCH WALKING, SHE PLACES HER ORDERS ONLINE FOR STORE PICK UP. EE WILL FOLLOW UP WITH INFORMATION ON NEW REFERRALS, WHEN SHE RECEIVES APPTS, AND ANY CHANGES TO CONDITION. LET EE KNOW THAT DCM F/U WITH HER IN SEPT, WITH GO OVER CID WITH EE AT THAT TIME.

**07/12/2022 10:00 AM - CLAIM Note 25**
Claim/Event/Leave: 12827197
NoteSubject : Social Security
Other Subject : SSDI
Text: [07/12/2022 - ALLEN, AUDREY]PER BB PORTAL, INITIAL SSDI APP FILED 07/07/2022. WILL SET TASK TO FOLLOW UP ON SSDI CLAIM STATUS.

**07/09/2022 7:37 AM - CLAIM Note 24**
Claim/Event/Leave: 12827197
NoteSubject : Employee Info
Other Subject : UPDATE DUP EMPLOYEE
Text: THE EMPLOYEE RECORD WAS UPDATED BY HAYLEY GRATON ON 07/09/2022

**06/30/2022 8:59 AM - PHONE Note 5**
Claim/Event/Leave: 12827197
NoteSubject : EE Called
Other Subject : INFO RECEIVED
Text: [06/30/2022 - MOULTRIE, ASHLEY]EE CALLED ON 6/29/22 TO SEE IF MEDICAL RECORDS AND EE FORMS HAD BEEN RECEIVED, WHICH THEY HAVE. MEDICAL REC UP TO DATE FROM DR. PAMMELA POORE THROUGH 6/8/22, NOV 7/20/22. EE WILL SEE DR. BAKSHI (PULMONOLOGIST) ON 7/14/22 AND HAS A TELE HEALTH APPOINTMENT ON 7/18/22 WITH DR. CYDNEY VANOSDALE AT TENNOVA BARIATRIC. EE IS ALSO SEEING A DR. GREG MOFFITT AT ENDO CONSULTANTS OF EAST TN FOR A PARATHYROID CONDITION THAT EE HAD PRIOR TO COVID, LOV WAS 5/31/22. NOT SURE OF WHEN SHE CAN RTW. HER CONDITION IS NOT GETTING ANY BETTER. SHE IS IN TALKS TO GO TO A NEUROLOGIST SOME TIME SOON FOR HER BRAIN FOG, HEADACHES, AND MEMORY LOSS ISSUES. EE WILL BE GOING BACK TO PT AT ST. LUKE S THERAPY SERVICES ONCE HER INSURANCETRANSITION IS COMPLETE, SHE WILL CALL BACK TO UPDATE ME WITH A DATE. DR. POORE TOLD HER THAT SHE COULD BE OUT FOR 12-18 MONTHS. I LET EE KNOW THAT I WILL BE REQUESTING UPDATED MEDICALS AFTER HER JULY APPOINTMENTS AND REVIEW EXTENDING HER CLAIM AT THAT TIME. EE UNDERSTOOD THAT SHE WILL BE PLACED ON N&P AT THAT TIME.

**06/23/2022 1:53 PM - CLAIM Note 23**
Claim/Event/Leave: 12827197
NoteSubject : Other
Other Subject : DOCUMENT CHANGE
Text: [06/23/2022 - KEEFER, DAWN]DOCUMENT PROVIDED HAS BEEN ROTATED AND ADDED TO CLAIM

**06/15/2022 8:50 PM - CLAIM Note 22**
Claim/Event/Leave: 12827197
NoteSubject : Ref to Other

NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN REASSIGNED TO RYAN LEMIRE.

**06/15/2022 3:43 PM - CLAIM Note 21**
Claim/Event/Leave: 12827197
NoteSubject : Other
Other Subject : REASSIGN
Text: [06/15/2022 - MOULTRIE, ASHLEY]CLAIM REASSIGNED TO ASHLEY MOULTRIE AND CICM LTR SENT TO EE

**06/15/2022 12:42 PM - CLAIM Note 20**
Claim/Event/Leave: 12827197
NoteSubject : Other
Other Subject : INITIAL CALCULATION
Text: [06/15/2022 - LEMIRE, RYAN]SET UP SCHEDULED PAYMENT FROM 05/28/2022 THROUGH 05/27/2024 BASED ON ELIGIBILITY: $61,451.34 /12= $5120.95 MONTHLY. THE BENEFIT IS 60% OR $3,072.57. MAX BEN DATE CALCULATE AT 03/09/2036 . THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**06/13/2022 8:50 PM - CLAIM Note 19**
Claim/Event/Leave: 12827197
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN REASSIGNED TO KATHLEEN LANDRY.

**06/10/2022 2:44 PM - PHONE Note 4**
Claim/Event/Leave: 12827197
NoteSubject : Called EE
Other Subject : SSDI
Text: [06/10/2022 - ALLEN, AUDREY]LEFT VM WITH EE REGARDING SSDI APP REQUIREMENT AND BB REFERRAL. BB T2

**06/09/2022 8:51 PM - CLAIM Note 18**
Claim/Event/Leave: 12827197
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO DONNA MILLS.

**06/09/2022 10:03 AM - CLAIM Note 17**
Claim/Event/Leave: 12827197
NoteSubject : Med Records Rcvd
Other Subject : JEFFERSON
Text: [06/09/2022 - GENTRY, KECHELE]REC'D RF & OVNS

**06/08/2022 8:52 PM - CLAIM Note 16**
Claim/Event/Leave: 12827197
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION. COMMENTS: THANK YOU

**06/08/2022 5:09 PM - PHONE Note 3**
Claim/Event/Leave: 12827197
NoteSubject : Called EE
Other Subject : F/U
Text: [06/08/2022 - GENTRY, KECHELE]CALLED EE AT LVM REGARDING APPROVAL & SCORING TO PSU & NEXT F/U CALL, PROVIDED DCM PHONE # & EXT

**06/08/2022 5:05 PM - CLAIM Note 15**
Claim/Event/Leave: 12827197
NoteSubject : Ref to Other
Other Subject : PSU
Text: [06/08/2022 - GENTRY, KECHELE]SCORED; THANK YOU

**06/08/2022 5:05 PM - CLAIM Note 14**
Claim/Event/Leave: 12827197
NoteSubject : LTR to EE
Other Subject : APPROVAL LTR
Text: [06/08/2022 - GENTRY, KECHELE]SENT APPROVAL LTR TO EE

**06/08/2022 4:58 PM - CLAIM Note 13**
Claim/Event/Leave: 12827197
NoteSubject : Other
Other Subject : MGR REV
Text: [06/08/2022 - MENDEZ, YESENIA]AGREE WITH APPROVAL AND ACTION PLAN

**06/07/2022 1:33 PM - CLAIM Note 12**
Claim/Event/Leave: 12827197
NoteSubject : Action Plan
Other Subject : MED REV SEP 2022
Text: [06/07/2022 - GENTRY, KECHELE]53 YOF; SOCIAL WORKER MSW (PRESUMED SED); LDW: 02/25/22; DOD: 02/26/22; EDOC: 09/26/17; DX: OBSTRUCTIVE SLEEP APNEA; SHORTNESS OF BREATH WHAT IS PREVENTING RTW: EE EXPRESSED EXHAUSTION; WEAKNESS & SHORTNESS OFBREATH; CPA; COMORBIDS: CHRONIC BENIGN ESSENTIAL HYPERTENSION, VITAMIN B12 DEFICIENCY, VITAMIN D DEFICIENCY, POST-GASTROINTESTINAL TRACK SURGERY MALNUTRITION CHRONIC, IRON DEFICIENCY ANEMIA ***ACTON PLAN: 1)F/U W/ EE; IF NO RTW, NP[07/06/2022 - MOULTRIE, ASHLEY]*** TASK SET TO FOLLOW UP WITH EE AFTER JULY APPTS. WILL BE PLACING EE ON N&P AND REQUESTING MEDICALS FROM AP'S ON FILE.***[08/23/2022 - MOULTRIE, ASHLEY]UPDATING ACTION PLAN SINCE MEDICALS HAVE COME BACK BUT NEED TO GO OUT FORA FFR. CHANGED HEADER TO REFLECT THAT CLAIM IS OUT FOR MEDICAL REVIEW.

**06/07/2022 1:31 PM - CLAIM Note 11**
Claim/Event/Leave: 12827197
NoteSubject : Approved
Other Subject : RECOMMENDATION
Text: [06/07/2022 - GENTRY, KECHELE]RECOMMEND APPROVING CLAIM DUE TO 06/06/2022 MDS STATING R&LS OF NO MORE THAN ACTIVITIES OF DAILY LIVING IS REASONABLE AND SUPPORTED THROUGH 6/20/22

**06/07/2022 1:30 PM - CLAIM Note 10**
Claim/Event/Leave: 12827197
NoteSubject : Other
Other Subject : 6/6/22 MDS
Text: [06/07/2022 - GENTRY, KECHELE]6/6/22 MDS STATES BASED ON THE MEDICAL AVAILABLE FOR REVIEW WITH INDICATION OF CONTINUED PHYSICAL THERAPY, FATIGUE, ONGOING SHORTNESS OF BREATH AND REFERRAL FOR ONGOING WORK UP NDC FINDS THAT R&LS OF NO MORE THAN ACTIVITIES OF DAILY LIVING IS REASONABLE AND SUPPORTED THROUGH 6/20/22. SHOULD RTW NOT OCCUR NDC RECOMMENDS CS OBTAIN UPDATED MEDICAL FROM DR. PHILLIPS AND PHYSICAL THERAPY TO INCLUDE PLAN OF CARE, ASSESSMENTS, UPDATED DIAGNOSTICS, THERAPY NOTES, ERTWAND R&LS.

**06/06/2022 11:44 AM - MDS Note**
Claim/Leave: 12827197
Episode #: 1
Nurse Name: SENS, CAROLYNN
Service #: 17416038
Service Date: 06/06/2022
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, KECHELE, GENTRY
Note Type: INFORMATION OBTAINED DESC
Text: PLEASE SEE NURSE MEMORANDUM IN DOC LIST

**06/02/2022 3:38 PM - CLAIM Note 9**
Claim/Event/Leave: 12827197
NoteSubject : Medical Status
Other Subject : TENNOVA
Text: [06/02/2022 - GENTRY, KECHELE]REC'D NOTICE THAT AP NEED AUTH FOR MED REQ

**06/01/2022 8:18 AM - MDS Note**
Claim/Leave: 12827197
Episode #: 1
Nurse Name: CONNELL, STEPHANIE
Service #: 17412400
Service Date: 06/01/2022
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: NO CONTACT, ,
Note Type: ACTION PLAN DESCRIPTION
Text: 03

**06/01/2022 8:18 AM - MDS Note**
Claim/Leave: 12827197
Episode #: 1
Nurse Name: CONNELL, STEPHANIE
Service #: 17412400
Service Date: 06/01/2022
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: NO CONTACT, ,
Note Type: INFORMATION OBTAINED DESC
Text: 03 QUEUE

**05/27/2022 8:31 AM - CLAIM Note 8**
Claim/Event/Leave: 12827197
NoteSubject : Med Records Rcvd

Other Subject : URGENT CARE
Text: [05/27/2022 - GENTRY, KECHELE]REC'D OVNS

**05/27/2022 8:29 AM - CLAIM Note 7**
Claim/Event/Leave: 12827197
NoteSubject : Ref to Managed Care
Other Subject : REQ MDS
Text: [05/27/2022 - GENTRY, KECHELE]BASED UPON MEDICAL IN DOC LIST DATED 05/20/22, IS EE PRECLUDED FROM EE'S OWN OCC PASS BBD 5/28/22? IF SO, FOR HOW LONG?[05/27/2022 - GENTRY, KECHELE]& MEDS IN DOC LIST DATED 5/25/22

**05/27/2022 8:26 AM - CLAIM Note 6**
Claim/Event/Leave: 12827197
NoteSubject : Med Records Rcvd
Other Subject : PHILLIPS
Text: [05/27/2022 - GENTRY, KECHELE]REC'D RF & OVNS

**05/18/2022 10:46 AM - PHONE Note 2**
Claim/Event/Leave: 12827197
NoteSubject : AP Called
Other Subject : UT URGENT CARE
Text: [05/18/2022 - KAYLOR, ROBERT]UT URGENT CARE - MEGAN, REGIONAL MANAGER- CALLED TO ADVISE EE ONLY SAW AP OFFICE ONE TIME ON 2/15/2022 AND THE EE HAS NOT FOLLOWED UP SINCE. EE AWS SEEN FOR ACUTE BRONCHITIS DUE TO COVID 19. SECONDARY INFECTION. DCM THANKED AND WILL RELAY INFO TO ADCM FOR REMOVE FROM FURTHER FOLLOW UPS. THANKED

**05/16/2022 2:16 PM - CLAIM Note 5**
Claim/Event/Leave: 12827197
NoteSubject : Notice/Proof Review
Other Subject : 45 DAY 6/29/22
Text: [05/16/2022 - GENTRY, KECHELE]21 DAY 6/5/22 F/U W/ EE FOR FORMS & REQ MEDS; JEFFERSON 2/26/22-P(), PHILLIPS 4/7/22-P(), ST LUKE 5/11/22-P(), UT 2/26/22-P(), TENNOVA 5/4/22-P(); 40 DAY 6/24/22 F/U W/ EE FOR FORMS & REQ MEDS; JEFFERSON 2/26/22-P(), PHILLIPS 4/7/22-P(), ST LUKE 5/11/22-P(), UT 2/26/22-P(), TENNOVA 5/4/22-P(); 45 DAY 6/29/22 DENY DUE TO FTPP FOR FORMS & REQ MEDS; JEFFERSON 2/26/22-P(), PHILLIPS 4/7/22-P(), ST LUKE 5/11/22-P(), UT 2/26/22-P(), TENNOVA 5/4/22-P()

**05/16/2022 2:11 PM - CLAIM Note 4**
Claim/Event/Leave: 12827197
NoteSubject : LTR to EE
Other Subject : ACK/NP LTR
Text: [05/16/2022 - GENTRY, KECHELE]SENT ACK/NP LTR TO EE FOR FORMS & REQ MEDS

**05/16/2022 2:11 PM - CLAIM Note 3**
Claim/Event/Leave: 12827197
NoteSubject : LTR to AP
Other Subject : REQ MEDS
Text: [05/16/2022 - GENTRY, KECHELE]SENT REQ FOR MEDS TO ALL AP'S VIA MAIL & FAX

**05/16/2022 2:10 PM - CLAIM Note 2**
Claim/Event/Leave: 12827197
NoteSubject : Action Plan
Other Subject : NP JUN 2022
Text: [05/16/2022 - GENTRY, KECHELE]53 YOF; SOCIAL WORKER MSW (PRESUMED SED); LDW: 02/25/22; DOD: 02/26/22; EDOC: 09/26/17; DX: OBSTRUCTIVE SLEEP APNEA; SHORTNESS OF BREATH WHAT IS PREVENTING RTW: EE EXPRESSED EXHAUSTION; WEAKNESS & SHORTNESS OF BREATH;CPA; COMORBIDS: CHRONIC BENIGN ESSENTIAL HYPERTENSION, VITAMIN B12 DEFICIENCY, VITAMIN D DEFICIENCY, POST-GASTROINTESTINAL TRACK SURGERY MALNUTRITION CHRONIC, IRON DEFICIENCY ANEMIA ***ACTON PLAN: 1) REQ MEDS FROM ALL AP'S. 2) SEND ACK/NP LTR TO EEFOR FORMS & REQ MEDS. 3) REQ JD & CX OF EDOC FROM ER; ONCE REC'D REQ OA.

**05/16/2022 1:53 PM - PHONE Note 1**
Claim/Event/Leave: 12827197
NoteSubject : Initial EE Interview
Other Subject : COMPLETED
Text: [05/16/2022 - GENTRY, KECHELE]NAME: SABRINA GUERRERO AGE: 53 CLAIM #: 12827197 LDW: 02/25/22 DOD: 02/26/22 EDOC: 09/26/17 DOH: 09/26/16 DOB: TIME ZONE: EASTERN JOB DESCRIPTION: SOCIAL WORKER MSW CURRENT TREATING PROVIDERS: 1. JEFFERSON MEMORIAL HX 2. PHILLIPS HEALTHCARE; LOV: 5/9/22; NOV: MUST HAVE HEART ECHO COMPLETED 1ST (HAS EE OOW) 3. ST. LUKE'S THERAPY (PT); TWICE/WK, ATTEMPT EXCERCISES AT HOME 4. UT URGENT CARE; 1 TIME VISIT, BRONCHITIS; P: 865-365-3074; F: 865-305-8889 5. TENNOVA BARIATRIC NOV: 5/20/22; P: 865-218-7011; F: 865-218-7109 NO OTHER TREATING PROVIDERS AT THIS TIME. DISABLING DX: OBSTRUCTIVE SLEEP APNEA; SHORTNESS OF BREATH WHAT IS PREVENTING RTW: EEEXPRESSED EXHAUSTION; WEAKNESS & SHORTNESS OF BREATH; CPAP; EE IS WANTING TO GO BACK TO WORK; EE STATED HAVING EXTREME FATIGUE & THINKING PROCESS ISN'T WHERE IT WAS BEFORE, ENDURANC IS LOW; EE STATED EE SPOUSE HAD COVID W/ COMORBIDS YET COVID DIDN'TEFFECT SPOUSE THE WAY IT DID EE ANY ISSUES WITH ADL'S: EE STATED EE SIT IN CHAIR TO COOK, CLEANING, SHOWERING SIT/STAND TO GET READY AT TIMES EE FEEL LIKE ABOUT TO PASS OUT, EE NEED TO REST W/ BREAKS TO GET ADL'S COMPLETED, EE DOESN'T DO MUCH DRIVING; EE STATED IT IS VERY DEPRESSING WHEN USE TO DO THINGS THAT EE CAN NO LONGER DO COMORBIDS: CHRONIC BENIGN ESSENTIAL HYPERTENSION, VITAMIN B12 DEFICIENCY

THAT EE CAN NO LONGER DO COMORBIDS: CHRONIC BENIGN ESSENTIAL HYPERTENSION, VITAMIN B12 DEFICIENCY, VITAMIN D DEFICIENCY, POST-GASTROINTESTINAL TRACK SURGERY MALNUTRITION CHRONIC, IRON DEFICIENCY ANEMIA; OBESITY, PRE-DIABETIC, DEPRESSION, ANXIETY, STRESS MAKES EE GO BACK & FORTH W/ CONSTIPATION/DIARRHEA, FIBROMYALGIA, HIGH BLOOD PRESSURE, ARTHRITIS, ROSACEA ERTW: 05/20/22 DCM CONFIRMED ADDRESS, PHONE NUMBER, E-MAIL ADDRESSAND DATE OF BIRTH. ADDITIONAL INCOME: NONE MARITIAL STATUS: MARRIED SPOUSE DOB: DEPENDENTS: NONE SSD STATUS: NOT FILED W/C: NONE UNEMPLOYMENT: NONE DCM THEN ASKED IF EE HAD ANY FURTHER QUESTIONS. DCM ADVISED OF FORMS IN THE MAIL AND FOR EE TO CALL IF THERE ARE ANY QUESTIONS ON THEM. DCM CONFIRMED EE HAD NAME, PHONE NUMBER AND EXTENSION TO CALL WITH ANY QUESTION IN THE FUTURE. DCM DISCUSSED MY LINCOLN PORTAL WITH EE. DCM ADVISED HE WOULD BESENDING EE AN E-MAIL THAT GIVES AN OVERVIEW OF MLP AND PROVIDES THE LINK. EE UNDERSTOOD. COMPANY CODE: KINDREDATHOME

**05/16/2022 1:13 PM - CLAIM Note 1**
Claim/Event/Leave: 12827197
NoteSubject : Action Plan
Other Subject : PENDED
Text: [05/16/2022 - GENTRY, KECHELE]53 YOF; SOCIAL WORKER MSW (PRESUMED SED); LDW: 02/25/22; DOD: 02/26/22; EDOC: 09/26/17; DX: OBSTRUCTIVE SLEEP APNEA; SHORTNESS OF BREATH WHAT IS PREVENTING RTW: EE EXPRESSED EXHAUSTION; WEAKNESS & SHORTNESS OF BREATH;CPA; COMORBIDS: CHRONIC BENIGN ESSENTIAL HYPERTENSION, VITAMIN B12 DEFICIENCY, VITAMIN D DEFICIENCY, POST-GASTROINTESTINAL TRACK SURGERY MALNUTRITION CHRONIC, IRON DEFICIENCY ANEMIA ***ACTON PLAN: 1) COMPLETE II W/ EE. 2) REQ MEDS FROM ALL AP'S. 3)SEND ACK/NP LTR TO EE FOR FORMS & REQ MEDS

**Note Report**

Report | Clear | Print | Help

AS Accom | AS Event | Add Note | Appeal | Claim | Coord Claim Note | Correspond | Doc List | Employee | Leave | Life Claim | Lve Addtl Info | Lve Correspondence | Lve Program | Lve Work Sched | Medical | Medical History | Note | SPELL Letters | Scheduled Pmt | Task Print | Task Rpt | Tasks

Claim

* **Claim/Event/Leave Number** 12532598 **Accommodation Number**

**Note type:**

Primary Sort Order
- Note Type
- Note Number
- ● Note Date/Time
- Accm. No.

Sec
●

**05/20/2022 10:16 PM - CLAIM Note 28**
Claim/Event/Leave: 12532598
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE COORDINATED LEAVE WAS CLOSED FOR MAXIMUM ENTITLEMENT

**05/16/2022 10:15 PM - CLAIM Note 27**
Claim/Event/Leave: 12532598
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE COORDINATED LEAVE WAS CLOSED FOR REQUESTED LEAVE COMPLETE

**05/16/2022 12:48 PM - CLAIM Note 26**
Claim/Event/Leave: 12532598
NoteSubject : FMLA
Other Subject : REQUEST END DATE CHG
Text: THE REQUESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**05/16/2022 12:46 PM - CLAIM Note 25**
Claim/Event/Leave: 12532598
NoteSubject : Closed
Other Subject : MAX DUR/TO LTD
Text: [05/16/2022 - GENTRY, KECHELE]RECOMMEND CLOSING DUE TO MAX DUR/TO LTD

**05/16/2022 12:40 PM - CLAIM Note 24**
Claim/Event/Leave: 12532598
NoteSubject : Med Records Rcvd
Other Subject : VANOSDALE
Text: [05/16/2022 - GENTRY, KECHELE]REC'D OVN

**05/12/2022 8:02 AM - CLAIM Note 23**
Claim/Event/Leave: 12532598
NoteSubject : Other
Other Subject : REASSIGNMENT
Text: [05/12/2022 - HARTLEY, NATASHA]R/A TO K. GENTRY

**05/11/2022 4:28 PM - CLAIM Note 22**
Claim/Event/Leave: 12532598
NoteSubject : Other
Other Subject : M1 REVIEW
Text: [05/11/2022 - CHILTON, JUSTINE]AGREE WITH ESCALATION AT THIS TIME

**05/11/2022 2:50 PM - PHONE Note 6**
Claim/Event/Leave: 12532598
NoteSubject : Called EE
Other Subject : RC
Text: [05/11/2022 - HARRIS, JORDYN]EE IS BEING REFERRED TO VANDERBILT LUNG. EE DOESN'T KNOW IF WILL BE ABLE TO RTW. EE HAS NOT SEEN CARDIO YET NEEDS TO HAVE ECHO DONE. EE ASKED ABOUT DIFFERENT ACCOM OPTIONS. EXPLAINED RTW W/ R/LS AND RWS. ADV TO DISCUSS W/AP IF EE SHOULD HAVE EXT OOW OR TO RTW ON RWS OR W/ R/LS. WENT OVER STD MAX BEN DATE. CONFIRMED DOCUMENTS REC'V AND ENCOURAGED EE TO DISCUSS NEXT STEPS AFTER 5/16 AND CONTACT DCM SO RECORDS CAN BE REVIEWED. EE EXPRESSED EXHAUSTION AND DISCLOSED THATDCM THAT AFTER PT EE WAS UNABLE TO WALK INTO HOUSE AND HAD TO NAP FOR AN HOUR IN HER CAR. EE

EXPRESSED MENTAL HEALTH AFFECT COVID HAS CAUSED HER. PROVIDED EE WITH DCM DIRECT EXT.

**05/11/2022 2:38 PM - CLAIM Note 21**
Claim/Event/Leave: 12532598
NoteSubject : Med Records Rcvd
Other Subject :
Text: [05/11/2022 - HARRIS, JORDYN]REC'V PT NOTES 4/14 - 5/10, AP OVN 5/9

**05/11/2022 2:30 PM - PHONE Note 5**
Claim/Event/Leave: 12532598
NoteSubject : EE Called
Other Subject : LVM
Text: [05/11/2022 - HARRIS, JORDYN]EE LVM 5/10 @ 2:17 PM - EE REQ R/C

**05/10/2022 2:03 PM - PHONE Note 4**
Claim/Event/Leave: 12532598
NoteSubject : EE Called
Other Subject :
Text: [05/10/2022 - HANKS, PARIS]EE HAD QUESTIONS SURROUNDING LTD, DOESN'T THINK SHE WILL ABLE TO RETURN AND PERFORM JOB DUTIES, TRANS TO FCO

**04/25/2022 8:50 AM - CLAIM Note 20**
Claim/Event/Leave: 12532598
NoteSubject : Escalation
Other Subject : SEVERE
Text: [04/25/2022 - HARRIS, JORDYN]DX POST COVID CLAIM APPROVED THROUGH 5/16 MAX BBD: 5/27. DCM IS REFERRING CLAIM TO BE ESCALATED TO SEVERE FOR ONGOING CLAIM MANAGEMENT.

**04/25/2022 8:25 AM - CLAIM Note 19**
Claim/Event/Leave: 12532598
NoteSubject : Extended Benefits
Other Subject :
Text: [04/25/2022 - HARRIS, JORDYN]BASED ON MDS REVIEW, DCM IS EXTENDED CLAIM THROUGH 5/16. ACTION PLAN: REQUEST UPDATED MEDICAL IF EE DOES NOT RTW.

**04/25/2022 8:05 AM - MDS Note**
Claim/Leave: 12532598
Episode #: 1
Nurse Name: CRUISE, CRYSTAL
Service #: 17383557
Service Date: 04/25/2022
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, JORDYN, HARRIS
Note Type: INFORMATION OBTAINED DESC
Text: PLEASE SEE NURSE MEMORANDUM IN DOC LIST.

**04/21/2022 10:14 PM - CLAIM Note 18**
Claim/Event/Leave: 12532598
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE COORDINATED LEAVE WAS CLOSED FOR NO ADDITIONAL MEDICAL RECEIVED

**04/21/2022 4:11 PM - LEAVE Note 1**
Claim/Event/Leave: 12532598
NoteSubject : FMLA
Other Subject :
Text: [04/21/2022 - ORAGE, JACQUELINE] EE CALLED ON 4/21 AT 343 EST---TO ASK ABOUT EXT. I ADVISED THE LV IS COORDINATED AND THE STD IS REVIEWING THE MEDICAL. EE UNDERSTOOD

**04/20/2022 10:48 AM - MDS Note**
Claim/Leave: 12532598
Episode #: 1
Nurse Name: KILCOLLUM, CASSANDRA
Service #: 17380511
Service Date: 04/20/2022
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: NO CONTACT, ,
Note Type: ACTION PLAN DESCRIPTION
Text: 03

**04/20/2022 10:48 AM - MDS Note**
Claim/Leave: 12532598
Episode #: 1
Nurse Name: KILCOLLUM, CASSANDRA

Service #: 17380511
Service Date: 04/20/2022
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: NO CONTACT, ,
Note Type: INFORMATION OBTAINED DESC
Text: 03 QUEUE

**04/19/2022 8:19 AM - CLAIM Note 17**
Claim/Event/Leave: 12532598
NoteSubject : LTR to EE
Other Subject : MDS NOTIFY
Text: [04/19/2022 - HARRIS, JORDYN]EXPECTED COMPLETION: 4/28

**04/19/2022 8:18 AM - CLAIM Note 16**
Claim/Event/Leave: 12532598
NoteSubject : Ref to Managed Care
Other Subject : MDS
Text: [04/19/2022 - HARRIS, JORDYN]DX: LONG HAUL COVID WITH WEAKNESS AND SHORTNESS OF BREATH. EE TO ATTEND PT FOR 8 WEEKS. CLAIM IS CURRENTLY APPROVED THROUGH 4/9 AND MAX BENEFIT DATE IS 5/27. MR FROM PCP AND PT ON FILE. PLEASE REVIEW MEDICAL TO DETERMINEIF R/LS ARE SUPPORTED. ARE R/LS SUPPORTED? IF SO, WHAT DURATION?

**04/19/2022 8:11 AM - CLAIM Note 15**
Claim/Event/Leave: 12532598
NoteSubject : Med Records Rcvd
Other Subject : ST. LUKE'S THERAPY S
Text: [04/19/2022 - HARRIS, JORDYN]3/21 AND 3/28 PT NOTES

**04/13/2022 8:20 AM - CLAIM Note 14**
Claim/Event/Leave: 12532598
NoteSubject : Med Records Rcvd
Other Subject : PHILLIPS
Text: [04/13/2022 - HARRIS, JORDYN]4/6 OVN

**04/13/2022 8:20 AM - CLAIM Note 13**
Claim/Event/Leave: 12532598
NoteSubject : Notice/Proof Review
Other Subject : ONGOING
Text: [04/13/2022 - HARRIS, JORDYN]NP FOR MED 3/17 - PRESENT AND AP INFO TO REQUEST MED FROM PT AND RESP THERAPY. D/L 5/27

**03/31/2022 12:02 PM - DOCUMENT Note 5**
Claim/Event/Leave: 12532598
NoteSubject : eSignature
Other Subject : Document Signed

**03/31/2022 8:50 AM - DOCUMENT Note 4**
Claim/Event/Leave: 12532598
NoteSubject : eSignature
Other Subject : Document Not Signed Day 2

**03/29/2022 8:50 AM - DOCUMENT Note 3**
Claim/Event/Leave: 12532598
NoteSubject : eSignature
Other Subject : Document Requested

**03/29/2022 8:48 AM - CLAIM Note 12**
Claim/Event/Leave: 12532598
NoteSubject : Other
Other Subject : FORMS RECV
Text: [03/29/2022 - HARRIS, JORDYN]RECEIVED DD APPLICATION WITH BANK INFO, BUT FORM IS NOT SIGNED. UNABLE TO SET UP DD. WILL NOTIFY EE THAT NO SIGNATURE WAS RECIEVED

**03/28/2022 6:32 PM - DOCUMENT Note 2**
Claim/Event/Leave: 12532598
NoteSubject : eSignature
Other Subject : Document Signed

**03/28/2022 9:41 AM - PHONE Note 3**
Claim/Event/Leave: 12532598
NoteSubject : EE Called
Other Subject : ACD
Text: [03/28/2022 - BRAZEAU, DAWN]EE CALLED ABOUT HER PAYMENTS. REVIEWED THE CHECK DETAIL THAT WAS AVAIL. EE THANKED. ALSO ASKED ABOUT DD. I TOLD HER I COULD SEND DOCUSIGN FOR THAT. SENT. EE THANKED.

**03/28/2022 9:41 AM - DOCUMENT Note 1**
Claim/Event/Leave: 12532598
NoteSubject : eSignature
Other Subject : Document Requested

**03/22/2022 10:30 AM - NOTIFICATION Note 1**
Claim/Event/Leave: 12532598
NoteSubject : Text Message
Other Subject : Extension
Text: Recipient Name : Lincoln Financial Group: Claim 12532598. Your approved through date has been changed from 03/21/2022 to 04/09/2022.
**TEXT Life Cycle**
Sent ON: 03/22/2022 10:30 AM EST
Current Status: DELIVERED
Delivered ON: 03/22/2022 10:32 AM EST

**03/22/2022 10:30 AM - CLAIM Note 11**
Claim/Event/Leave: 12532598
NoteSubject : FMLA
Other Subject : REQUEST END DATE CHG
Text: THE REQUESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**03/22/2022 10:30 AM - CLAIM Note 10**
Claim/Event/Leave: 12532598
NoteSubject : Extended Benefits
Other Subject :
Text: [03/22/2022 - HARRIS, JORDYN]EE HAVING ONGOING FATIGUE, SOB, COUGH. EE HAS COMORBID OF OBESITY (BMI 63.2). EE IS TREATING WITH RESPIRATORY THERAPIST. EE WILL BEGIN PT ON 3/21. NOV IS 3 WEEKS FROM 3/17. REASONABLE TO EXTEND THROUGH 4/9 TO ALLOW EE TOBEGIN PT AND HAVE F/U WITH RESPIRATORY THERAPIST. ACTION PLAN: IF NO RTW, OBTAIN MR FROM PCP, RESPIRATORY THERAPIST AND PT. DUE TO DURATION OF CLAIM IN RELATION TO MAX BEN, MDS REVIEW MAY BE REASONABLE.

**03/22/2022 10:22 AM - CLAIM Note 9**
Claim/Event/Leave: 12532598
NoteSubject : Med Records Rcvd
Other Subject : MOORE
Text: [03/22/2022 - HARRIS, JORDYN]3/17 OVN

**03/17/2022 10:02 AM - CLAIM Note 8**
Claim/Event/Leave: 12532598
NoteSubject : LTR to EE
Other Subject :
Text: [03/17/2022 - HARRIS, JORDYN]GOOD MORNING SABRINA, THIS EMAIL IS TO NOTIFY YOU THAT YOUR CLAIM HAS BEEN APPROVED THROUGH MARCH 21, 2022. PLEASE LET US KNOW IF YOU WILL BE RETURNING TO WORK MARCH 22, 2022. KIND REGARDS,

**03/17/2022 9:58 AM - CLAIM Note 7**
Claim/Event/Leave: 12532598
NoteSubject : Approved
Other Subject :
Text: [03/17/2022 - HARRIS, JORDYN]BASED ON MEDICAL RECV CONFIRMING ONGOING SYMPTOMS AND ENDORSEMENT OOW THROUGH 3/21, IT IS REASONABLE TO APPROVE THROUGH 3/21. ACTION PLAN: CX RTW. IF NO RTW, REQUEST UPDATED MEDICAL RECORDS.

**03/17/2022 9:53 AM - CLAIM Note 6**
Claim/Event/Leave: 12532598
NoteSubject : Med Records Rcvd
Other Subject : MOORE
Text: [03/17/2022 - HARRIS, JORDYN]2/7-2/23 OVN AND HCP

**03/15/2022 4:29 PM - PHONE Note 2**
Claim/Event/Leave: 12532598
NoteSubject : EE Called
Other Subject :
Text: [03/15/2022 - HACKNEY, BRITTANY]EE CALLED TO GET A STATUS UPDATE ON THEIR CLM. EE WAS INFORMED THAT WE ARE STILL WAITING FOR MEDICAL DOCUMENTS FROM DR. MOORE. EE WAS PROVIDED WITH OUR FAX NUMBER

**03/01/2022 4:13 PM - CLAIM Note 5**
Claim/Event/Leave: 12532598
NoteSubject : Notice/Proof Review
Other Subject :
Text: [03/01/2022 - RANDOLPH, JADE]SET UP

**03/01/2022 4:13 PM - PHONE Note 1**
Claim/Event/Leave: 12532598
NoteSubject : Initial EE Interview
Other Subject : COMPLETED
Text: [03/01/2022 - RANDOLPH, JADE]CX ALL CONTACT INFO. LDW: 2/25. DOD: 2/26. DX: POST COVID SYMPTOMS. FATIGUE, COUGHING, SHORTNESS OF BREATHE AND DIZZY. EE WAS POSITIVE FOR COVID 2/7. CX AP IS DR. MOORE ( PCP). NOV 3/17. WILL REQ MR AND WILL FU ONCE RECVD. EE THANKED

**02/24/2022 4:16 PM - CLAIM Note 4**
Claim/Event/Leave: 12532598
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 02/26/2022 AND THE LEAVE END DATE IS 03/19/2022.

**02/24/2022 4:16 PM - CLAIM Note 3**
Claim/Event/Leave: 12532598
NoteSubject : Initial Entry
Other Subject : PROVIDER INFORMATION
Text: A NEW PROVIDER WAS NOT CREATED FOR THIS CLAIM. PLEASE REVIEW THE PROVIDER INFORMATION: AMBER MOORE 4238392120

**02/24/2022 4:16 PM - CLAIM Note 1**
Claim/Event/Leave: 12532598
NoteSubject : Internet Intake
Other Subject : SURGERY INFO
Text: AFFECTS OF COVID

**02/24/2022 4:16 PM - CLAIM Note 2**
Claim/Event/Leave: 12532598
NoteSubject : Internet Intake
Other Subject : ADDITIONAL INFO
Text: EXTREME FATIGUE, TIREDNESS, SHORTNESS OF BREATH WITH LIGHT ACTIVITY, COUGH, STOMACH PAIN, DIZZINESS/LIGHTHEADED ESSENTIAL, AND HEADACHE

**From:**Alovor, Richard
**Sent:**Fri, 14 Jun 2024 14:42:52 +0000
**To:**SCU
**Subject:**FW: Guerrero 12827197

Hello,
Sys1 Claim.


**Richard Alovor**
Claimant Excellence Initiation & Data Integrity Specialist
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

800-423-2765 Office

877-843-3950
Fax - Disability
800-462-4660
Fax – Life
LincolnFinancial.com

**Follow us on:**


---

**From:** LFGAppeals <LFGAppeals@lfg.com>
**Sent:** Friday, June 14, 2024 8:41 AM
**To:** entrprserip <sa-emlrip112-p@lfg.com>
**Subject:** FW: Guerrero 12827197

---

From: Julie Howard <jhoward@mcmahanfirm.com>
Sent: Friday, June 14, 2024 7:41:03 AM (UTC-06:00) Central Time (US & Canada)
To: LFGAppeals <LFGAppeals@lfg.com>
Subject: Guerrero 12827197


***This email is from an external source. Only open links and attachments from a Trusted Sender.***


Attached please find our response to your medical review.  Thanks
Guerrero-fax to Lincoln response to medical review.pdf

Kind Regards,

*Julie Howard*

*Office.* 706-217-6118
*Fax.* 706-217-6880
*Email.* jhoward@mcmahanfirm.com
700 S. Thornton Ave. Dalton, GA 30720

**Lincoln/Guerrero 0075**

**From:**Boyle, Sarah
**Sent:**Mon, 17 Jun 2024 17:12:27 +0000
**To:**'LEAVEMANAGEMENT@CUROHS.COM'
**Subject:**Sabrina Guerrero

Hello,

RE: Sabrina Guerrero
Employee id: 70879
Claim: 12827197

We have completed the appeal assessment of this claim and maintained the prior denial of LTD benefits beyond 07/27/2023. A letter has been sent today to notify them of our decision.

Thank you!

Sarah Boyle
Claims Resolution Specialist
Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68172-9688

888-437-7611 Office
X16117
Fax: 603-334-0401

LincolnFinancial.com

Follow us on:



Barton C. Solomon
Licensed Georgia and Tennessee
bsolomon@mcmahanfirm.com

D. Seth Holliday
Licensed Georgia, Tennessee and Illinois
sholliday@mcmahanfirm.com

MCMAHAN LAW FIRM, LLC

*Fighting for the Injured and Disabled*
700 S. Thornton Avenue
P.O. Box 1607
Dalton, GA 30722
706-217-6118 • Fax 706-217-6880

Dakota Tankersley
Licensed Georgia
dtankersley@mcmahanfirm.com

June 13, 2024

VIA FACSIMILE (603-334-0401)
And EMAIL LFGAppeals@lfg.com

Sara Boyle
Claim Resolution Specialist
The Lincoln National Life Insurance Company
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68103-2578

| | |
|---|---|
| Re: | Sabrina Guerrero (our client, your insured) |
| Policy Holder: | Gentiva Health Services, Inc. |
| Policy Number(s): | GF3-890-LF0132-01 and/or Group Policy No. 000010248767 |
| Claim Number: | 12827197 |

Dear Ms. Boyle:

We are in receipt of your April 30, 2024, correspondence, and attachments. We have also reviewed the April 19, 2024, peer review by Mahdy Flores, D.O. (family medicine, preventive medicine, occupational medicine), as well as the April 23, 2024, peer review by Warren Taff, M.D. (psychiatry), both consultants for The Lincoln National Life Insurance Company ("Lincoln") via Exam Coordinators Network.

The relevant long-term disability policy of Lincoln in this matter initially defines total disability as being unable to perform each of the main duties of her own occupation and, thereafter, unable to perform each of the main duties of any occupation which her training, education, or experience will reasonably allow.

Ms. Guerrero was employed by Gentiva Health Services, Inc., as a Licensed Advanced Practice Social Worker (Hospice/Medical Social Worker), from September

2016 to February 25, 2022, at its location in Morristown, Tennessee, when she became disabled. Ms. Guerrero's LTD benefits were approved from May 8, 2022, through May 27, 2024.

Ms. Guerrero suffers from post-Covid 19 condition, fatigue, bilateral knee osteoarthritis, generalized muscle weakness, right knee contusion, major depressive disorder, generalized anxiety disorder, and obsessive-compulsive disorder. On March 19, 2024, Floyd E. Phillips, Jr., M.D., Ms. Guerrero's treating internal medicine specialist, indicated his patient continues with post-Covid fatigue, shortness of breath with activity, poor concentration, requires frequent daytime napping, and is unsteady on her feet. In terms of restrictions and limitations, Dr. Phillips indicated Ms. Guerrero can sit for 3 hours out of an 8-hour day for 1-hour at a time; stand or walk for 30 minutes for 10 minutes at a time; frequently lift/carry 1-5 pounds, occasionally 1-10 pounds but nothing heavier; occasionally reach above shoulders and use hands for fine manipulation, infrequently stand on a hard surface, and never bend at her waist; it is reasonable if she elevates one or both lower extremities for at least 1-hour during a normal workday; requires at least 30-minutes of bed-rest during a normal workday; has problems with stamina and endurance which would require her to take, at least 3 days a week, an extra, unscheduled rest-break of at least 10-minutes in addition to the breaks normally allowed in a competitive work environment; has moderately severe pain; has extreme fatigue; would be off-task more than 10% of any given workday; and would be absent from work at least 2 days during any given month. Accordingly, Dr. Phillips said Ms. Guerrero would not be a reliable and dependable employee in a normal workday or workweek.

Lincoln consultant Dr. Flores indicated Ms. Guerrero has functional deficits secondary to post-Covid symptoms including shortness of breath, dyspnea on exertion, fatigue and generalized muscle weakness. She also has functional deficits secondary to bilateral knee pain and right knee contusion. Dr. Flores admitted these impairments warranted the placement of restrictions and limitations within the period of review and on-going. However, Dr. Flores placed Ms. Guerrero within a sedentary residual functional capacity. This is inconsistent with the evidence in the medical record which indicates a less than sedentary level of functioning. However, Dr. Flores did concede that the medical management recommended by the provider and followed by Ms. Guerrero is clinically reasonable and consistent with the level of severity of the medical conditions. With respect to Lincoln consultant Dr. Taff, he indicated that Ms. Guerrero suffered from no psychiatric deficits requiring restrictions and limitations.

Several issues need to be highlighted. First, there is no requirement that the insured provide *only* objective medical evidence or other objective indica of disability.

Since the policy does not say it, Lincoln does not have the authority to require it. *See, e.g.*, 29 U.S.C. § 1104(a)(1)(d); *Fifth Third Bancorp. v. Dudenhoeffer*, 134 S.Ct. 2459, 2468 (2014), *Salomaa v. Honda*, 642 F.3d 666, 678 (9th Cir. 2011); *Carradine v. Barnhart*, 360 F.3d 751,755 (7th Cir. 2004); *Abdullah v. Accentcare Long Term Disability Plan*, 2012 WL 4112291 *11 (N.D. Cal); *Krupp v. Liberty Life Assurance Company of Boston*, 936 F.Supp.2d 908, 917 (N.D. Ill. 2013). Lincoln's consultants dismissed Ms. Guerrero's subjective complaints out of hand without meaningful analysis. This was unreasonable.

Second, the relevant policy allows for independent medical examinations and functional capacity examinations. Lincoln failed to conduct any such examinations. All of Lincoln's medical opinions come from file reviews. Non-examining evidence has little value in evaluating pain, fatigue or impaired focus, concentration, or cognition. *See, e.g., Kalish v. Liberty Mutual*, 419 F. 3d 501, 508 (6th Cir. 2005); *Calvert v. Firstar Finance, Inc.*, 409 F. 3d 286, 295 (6th Cir. 2005); *Smith v. Aetna*, 312 F. Supp. 2d 942, 954 (S.D. Ohio 2004); *Meyer v. MetLife*, 341 F. Supp. 2d 865 (S.D. Ohio 2004); *Black v. Unum Life Insurance Company of America*, 324 F. Supp. 2d 206, 215 fn.8 (D. Me. 2004).

Third, ignoring evidence of pain, fatigue, or other disabling conditions because they are subjective is arbitrary and capricious. *Miles v. Prudential Life Insurance Co.*, 720 F.3d 472, 486 (2d Cir. 2013). This is precisely what Lincoln's medical consultants did. Fourth, an ability to perform material and substantial duties requires reliability, consistency, substantial capacity, psychological stability, and steady attendance. *Rhines v. Harris*, 634 F.2d 1076, 1079 (8th Cir. 1980); *Tippitt v. Reliance Std. Life Ins. Co.*, 457 F.3d 1227, 1236 (11th Cir. 2006); *McIntyre-Handy v. APAC Customer Services, Inc.*, 2005 WL 5369158, *6 (E.D. Va. 2005); *Tyndall v. Nat'l Educ. Centers, Inc. of California*, 31 F.3d 209, 213 (4th Cir. 1994). Indeed, job preclusive vocational limitations include, *inter alia*, needing additional, unscheduled work breaks, and being off task more than 10% of the work period. *Johnson v. Saul*, 2019 WL 6876012, at *3 (E.D.Mo., 2019); *Ricardo C. v. Saul*, 2019 WL 4034484, at *2 (N.D.Ill., 2019); *Hicks v. Commissioner of Social Security*, 2016 WL 2605234, at *4 (E.D.Mich., 2016); *Mershad v. Commissioner of Social Security*, 2016 WL 659307, at *12 (S.D.Ohio, 2016); *Coffman v. Commissioner of Social Security*, 2015 WL 9311522, at *3 (E.D.Mich., 2015); *Williams v. Commissioner of Social Sec.*, 2013 WL 3771381, at *6 (E.D.Mich., 2013). Lincoln's medical consultants provided no meaningful analysis on any of these issues.

Fifth, consideration must be given regarding the modifications and help an individual requires for activities. *Hoover v. Berryhill*, 2017 WL 5494565, at *4 (N.D.

Ind. Nov. 16, 2017); *Diedrich v. Berryhill*, 874 F.3d 634, 642-643 (9th Cir. 2017 (court improperly took note of certain daily activities that plaintiff could perform, such as bathing, cooking, taking care of her cat, chores around the house, shopping, paying bills, and using a checkbook, but ignored other evidence showing the difficulties plaintiff faced in everyday life); *Brown v. Commissioner Social Security Administration*, 873 F.3d 251, 269-270 (4th Cir. 2017) (court noted various of plaintiff's activities such as cooking, driving, doing laundry, collecting coins, attending church and shopping, but failed to acknowledge the limited extent of those activities as described by the plaintiff or explain how those activities showed that he could sustain a full-time job); *Herrold v. Colvin*, 2015 WL 1243293, at *6 (N.D. Ind. Mar. 17, 2015) (7th Circuit repeatedly criticizes credibility determinations based on a plaintiff's ability to take care of her personal hygiene, children, or household chores) (citing *Moss v. Astrue*, 555 F.3d 556, 562 (7th Cir. 2009); and *Blow v. Astrue*, 2012 WL 3233621, at *9 (N.D. Ind. Aug. 6, 2012) (finding improper reliance on daily activities when others performed almost all of the household chores and any activities the plaintiff could perform were at a slower pace with frequent breaks).

Sixth, Lincoln relied, *inter alia*, on third party vendors, including Exam Coordinators Network (Dr. Flores and Dr. Taff), to conduct file reviews during the administrative appeal of Ms. Guerrero's disability claim and medical consultants working for said vendors opined, *inter alia*, that she had minor impairments which had no meaningful impact on her functionality without addressing her work reliability, consistency, substantial capacity, and steady attendance.

With respect to Exam Coordinators Network, it works for disability insurance companies like Lincoln. Exam Coordinators Network is a subsidiary of Genex. In 2010, Genex bought the Life Insurance Company of North America's disability case management business. At one time Genex's website provided context for its "cost cutting" mission and the fact that it only serves the insurance industry: "For over 30 years, Genex has been the recognized industry leader for managing disabilities" and "Genex's Disability…Absence Management Services provide high-quality, customizable services driven by specialized disability management expertise to help payers reduce claims costs…" and "Specialized, customizable services delivered by in-house disability experts help you reduce claims costs…" *See, e.g., Jones v. Life Insurance Company of North America*, Case No. 2:19-cv-04669-DLR (D. Ariz.). The conflict of interest is clear.

Seventh, Lincoln's policy contained an "offset" provision that required Ms. Guerrero to apply to the Social Security Administration for benefits. If she won her Social Security case, then not only are future benefits from Lincoln reduced by the

amount of the monthly check from Social Security, but to the extent that any back benefits from Social Security overlap with benefits Lincoln has already paid, Lincoln gets to recoup these benefits from the Ms. Guerrero. Ms. Guerrero applied for and received her Social Security disability benefits. The Social Security Administration found Ms. Guerrero be disabled as of February 26, 2022.

Seventh, Lincoln, as a fiduciary, will have to show it exercised care, skill, prudence, diligence, and loyalty solely for the benefit of Ms. Guerrero like that borne by a trustee under common law. *See* § 1002(21)(A)(i) and (iii); *Aetna Health Inc. v. Davila*, 542 U.S. 200, 220, 124 S. Ct. 2488, 2502 (2004); *Mondry v. Am. Fam. Mut. Ins. Co.*, 557 F.3d 781, 803 (7th Cir.), *cert. denied*, 130 S. Ct. 200 (2009). Indeed, Liberty Life Assurance Company of Boston, now Lincoln, answered an ERISA complaint in *Ansari v. Liberty Life Assurance Company of Boston*, Case No.: 1:17-cv-4674-MHC (N.D. Ga. 2017). In paragraph 38 of its answer Lincoln admitted that as an ERISA fiduciary it must "carry out its duties with respect to the plan by placing the interests of the Plan and its participants *ahead* of its own." Lincoln's answer in the *Ansari* matter is part of Ms. Guerrero's claim file. Accordingly, if Lincoln continues to deny Ms. Guerrero's long-term disability benefits it will fail to have behaved as a fiduciary in the instant matter.

And finally, there are no challenges to Ms. Guerrero's credibility. In other words, Ms. Guerrero's treating physicians have directly addressed her reliability, consistency, substantial capacity, psychological stability, and steady attendance. Lincoln's medical consultant has failed to substantively account for, much less address, any of these issues. Additionally, the claim Ms. Guerrero could work in her own occupation or full-time in any occupation is simply unreasonable and not believable. Accordingly, Ms. Guerrero has satisfied her obligations of providing proof of her disability under the policy. Please pay her long-term disability benefits and collateral benefits under the policies.

Sincerely,

D. Seth Holliday

DSH/jh

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | May 21, 2024 |
| To: | MCMAHEN LAW FIRM, LLC<br>700 S. THORNTON AVE<br>PO BOX 1607<br>DALTON GA 30722 |
| Attn: | |
| Fax: | (706) 217-6880 |
| From: | Sarah Boyle<br>Claims Resolution Specialist<br>Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Gentiva Health Services, LLC |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

May 21, 2024

McMahen Law Firm, LLC
700 S. THORNTON AVE
PO BOX 1607
DALTON, GA 30722

RE: Long Term Disability (LTD) Benefits
Gentiva Health Services, LLC
Claim #: 12827197
Claimant: Sabrina Guerrero

To Whom It May Concern:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Gentiva Health Services, LLC Group Disability Policy. We are writing regarding Ms. Guerrero's claim for LTD benefits under the Policy.

In a letter dated April 30, 2024, you were afforded until May 20, 2024 to provide any and all additional information you wish to have considered as your appeal for LTD benefits under the Policy.

In a letter dated May 20, 2024, you reported that you would require additional time to provide information, you requested an additional 30 days.

For Lincoln to conduct a timely review of your appeal, we ask that you submit any additional information you wish to have considered by June 19, 2024. This is a final extension, no further extensions will be granted.

If we do not hear from you and do not receive additional information by June 19, 2024, we will proceed with our appeal review and make a final determination based on the information currently contained in Ms. Guerrero's file.

In our correspondence dated April 30, 2024, you were advised that since our appeal review was suspended for you submit additional documentation, we exercised our right to take an extension under the Employee Retirement Income Security Act.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you

will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sarah Boyle
Claims Resolution Specialist
Phone No.: (800) 210-0268 Ext. 16117
Secure Fax No.: (603) 334-0401

**Barton C. Solomon**
Licensed Georgia and Tennessee
bsolomon@mcmahanfirm.com

**D. Seth Holliday**
Licensed Georgia, Tennessee and Illinois
sholliday@mcmahanfirm.com

# MCMAHAN LAW FIRM, LLC

*Fighting for the Injured and Disabled*

700 S. Thornton Avenue
P.O. Box 1607
Dalton, GA 30722
706-217-6118 • Fax 706-217-6880

**Dakota Tankersley**
Licensed Georgia
dtankersley@mcmahanfirm.com

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO:<br>Ashley Moultrie | FROM:<br>Julie Howard |
| COMPANY:<br>***Lincoln*** | DATE:<br>*5/20/24* |
| FAX NUMBER:<br>603-334-0380 | TOTAL NO. OF PAGES INCLUDING COVER: |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE:<br>Sabrina Guerrero 12827197 | YOUR REFERENCE NUMBER: |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

I respectfully request an additional 30 days in order to respond to your latest medical review.

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

Barton C. Solomon
Licensed Georgia and Tennessee
bsolomon@mcmahanfirm.com

D. Seth Holliday
Licensed Georgia, Tennessee and Illinois
sholliday@mcmahanfirm.com

# McMAHAN LAW FIRM, LLC

*Fighting for the Injured and Disabled*

700 S. Thornton Avenue
P.O. Box 1607
Dalton, GA 30722
706-217-6118 • Fax 706-217-6880

Dakota Tankersley
Licensed Georgia
dtankersley@mcmahanfirm.com

**FACSIMILE TRANSMITTAL SHEET**

| | |
|---|---|
| TO: Ashley Moultrie | FROM: Julie Howard |
| COMPANY: ***Lincoln*** | DATE: *5/20/24* |
| FAX NUMBER: 603-334-0380 | TOTAL NO. OF PAGES INCLUDING COVER: |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: Sabrina Guerrero 12827197 | YOUR REFERENCE NUMBER: |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

I respectfully request an additional 30 days in order to respond to your latest medical review.

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | April 30, 2024 |
| To: | MCMAHEN LAW FIRM, LLC<br>700 S. THORNTON AVE<br>PO BOX 1607<br>DALTON GA 30722 |
| Attn: | |
| Fax: | (706) 217-6880 |
| From: | Sarah Boyle<br>Claims Resolution Specialist<br>Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): | 24 |
| RE:<br><br>Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Gentiva Health Services, LLC | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

April 30, 2024

McMahen Law Firm, LLC
700 S. THORNTON AVE
PO BOX 1607
DALTON, GA 30722

RE: Long Term Disability (LTD) Benefits
Gentiva Health Services, LLC
Claim #: 12827197
Claimant: Sabrina Guerrero

To Whom It May Concern:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Gentiva Health Services, LLC Group Disability Policy. We are writing regarding Ms. Guerrero's claim for LTD benefits under the Policy.

We are in the process of reviewing your appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on your appeal.

Please find attached Peer Reviews, which is new or additional evidence in connection with your appeal. You may review these and provide a response to us, which we will consider in making our decision on your appeal. If we do not receive your response within 21 days of the date of this letter or by May 20, 2024, we will proceed with making a determination on your appeal.

You may wish to review these reports with Ms. Guerrero's treating providers.

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. If your response is not received by May 20, 2024 (21 days from the date of this letter), we will render a determination based on the information contained in Ms. Guerrero's file.

*****Please note, this is not a denial notice, but rather an opportunity for you to review our assessment and submit additional information should you wish to do so.*****

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate Ms. Guerrero's claim. (Tolled: accumulation of time is suspended.)]

If you have any questions regarding this matter, please contact me.

Sincerely,

Sarah Boyle
Claims Resolution Specialist
Phone No.: (800) 210-0268 Ext. 16117
Secure Fax No.: (603) 334-0401

Attachments: 12827197-MEDICAL-MEDICAL RECORDS-04.22.2024
12827197-MEDICAL-CP/PEER REVIEW-04.24.2024

# Mahdy Flores, DO

***Board-Certified in Family Medicine***
***Preventive Medicine***
***Occupational medicine***

**CLAIMANT NAME: Guerrero, Sabrina**
**EXAMINER: Mahdy Flores, DO**
**ECN #: 264497-2**
**CLAIM #: 12827197**
**DATE OF LOSS: 2/26/2022**
**DATE OF SERVICE: 4/19/2024**

**Peer Review**

This is a peer review regarding Guerrero, Sabrina. I have been asked to review the medical records on behalf of ECN. I reviewed records from 05/14/2014 through 03/19/2024 including:

- Job Description, on 05/14/2014
- Cydney Vanosdale, NP / Nurse Practitioner, extending from 02/22/2021 to 12/07/2022
- Amber Moore, FNP / Family Nurse Practitioner, extending from 07/07/2021 to 03/17/2022
- Gregory Moffitt, MD / Endocrinology, extending from 07/12/2021 to 02/14/2024
- Hong Tjoa, MD / Cardiology, extending from 07/12/2021 to 05/27/2022
- Snap Diagnostics, on 11/12/2021
- Daniel McCammon, MD / Endocrinology, on 11/16/2021
- Quest Diagnostics, extending from 11/16/2021 to 04/26/2023
- Diatherix, on 12/01/2021
- Amy Epling, APN / Advanced Practice Nurse, extending from 12/01/2021 to 10/23/2023
- Kristy Williams, NP / Nurse Practitioner, on 02/15/2022
- St. Luke's Therapy Services of Sevierville, extending from 03/21/2022 to 10/20/2023
- Tennova Healthcare, on 04/14/2022
- LabCorp, on 05/03/2022
- Floyd Phillips, Jr., MD / Internal Medicine, extending from 05/09/2022 to 03/19/2024
- Stage Report, on 05/27/2022
- Pammela Poore, NP / Nurse Practitioner, extending from 06/08/2022 to 12/20/2023
- Mandeep Bakshi, MD / Pulmonology, on 07/14/2022
- Seanna Jones, LPC / Licensed Professional Counselor, extending from 08/10/2022 to 12/30/2022
- Michaela Johnson, SLP / Speech-Language Pathology, extending from 09/27/2022 to 03/16/2023
- Ballad Health, extending from 11/01/2022 to 12/20/2023

- Arvo Kanna, MD / Neurology, on 11/11/2022
- Shea Pitts, NP / Nurse Practitioner, extending from 11/15/2022 to 01/31/2023
- Stephen Boyce, MD / Bariatric Surgery, on 01/10/2023
- Lana Spence, DNP / Nurse Practitioner, on 01/19/2023
- Mohammad Hussain, MD / Internal Medicine, extending from 02/07/2023 to 12/12/2023
- Carol Lucas, LCSW / Licensed Clinical Social Worker, extending from 02/08/2023 to 02/13/2024
- Adam Carrera, MD / Ophthalmology, on 02/20/2023
- Jason Deen, MD / Radiology, on 02/24/2023
- Thuy Vu, MD / Radiology, on 02/24/2023
- Alice Pinyan, CFNP / Certified Family Nurse Practitioner, extending from 02/28/2023 to 10/24/2023
- Paul Jett, MD / Physical Medicine & Rehabilitation, extending from 04/12/2023 to 12/20/2023
- Taylor Spoo, NP / Nurse Practitioner, extending from 04/26/2023 to 11/13/2023
- Michael Meadows, MD / Radiology, on 04/28/2023
- Mayo Clinic Laboratories, on 04/28/2023
- Unknown provider, on 06/06/2023
- Shannon Hutchison, APN / Advanced Practice Nurse, extending from 07/03/2023 to 10/03/2023
- Barrett Thomas, DO / Radiology, on 07/18/2023
- Desirae Vallier, CRC / Vocational Rehabilitation Consultant I, on 07/24/2023
- Herman Botero, DO / Orthopedic Surgery, extending from 09/27/2023 to 12/19/2023
- Erica Hubbard / Mental Health Therapist, extending from 10/11/2023 to 12/20/2023
- Julia Pool, RD / Registered Dietitian, extending from 10/16/2023 to 12/13/2023
- Nitin Rangnekar, MD / General Surgery, on 11/13/2023
- Edelyn Bishop, PMHNP / Psychiatric Mental Health Nurse Practitioner, extending from 11/14/2023 to 01/15/2024
- Sam's Club Pharmacy, extending from 12/12/2023 to 02/14/2024
- Motej Bosnjak, APN / Advanced Practice Nurse, on 12/19/2023
- Knoxville Orthopaedic Clinic, on 12/19/2023
- Kelsey Jenkins, NP / Nurse Practitioner, on 12/26/2023
- McMahan Law Firm, on 03/06/2024

Following review of the available medical documentation, along with the treating provider's recommendation(s) for activity restrictions, there was sufficient information available to form an opinion as detailed below, and there was no need to consult the treating provider for clarification.

The claimant is a 55-year-old female with a medical history significant for post-COVID-19 condition, unspecified, MDD, GAD, OCD.

05/27/2022, Floyd Phillips, Jr., MD / Internal Medicine: The claimant presents for a TTE stress test. The procedure showed normal sinus rhythm and negative findings for

ischemia. global LVEF at rest was normal at >50%, with stress was hyperkinetic at >70%.

02/24/2023, Jason Deen, MD / Radiology: The claimant presents for an MRI of the brain. The procedure showed non-specific signal changes in the cerebral white matter, most commonly seen as a sequela of chronic small vessel ischemia are non-specific and can be seen in other types of vasculopathy, demyelinating/dysmyelinating condition, and there is no evidence of acute or recent infarction and no abnormal post-contrast enhancement.

02/24/2023, Thuy Vu, MD / Radiology: The claimant presents for an MRI of the skull. The procedure showed no radiopaque foreign body.

04/28/2023, Michael Meadows, MD / Radiology: The claimant presents for an X-ray for LP. The procedure showed a successful lumbar puncture under fluoroscopy.

07/18/2023, Barrett Thomas, DO / Radiology: The claimant presents for an X-ray of the left knee. The procedure showed no acute findings, but it did show severe tricompartmental osteoarthritis.

08/02/2023, Pammela Poore, NP / Nurse Practitioner: The claimant presents for a follow-up visit. She complains of symptoms of fatigue, headache, brain fog, and SOB on exertion. It was noted that she has post-COVID SOB and fatigue, it was also noted that she gets SOB when doing activity, she does not have a history of asthma, but she reports getting SOB after one flight of stairs and with one block of walking. It was also noted that she follows a pulmonologist for her symptoms, the claimant also uses a CPAP and is compliant most of the time, and her SOB continues without improvement. She also noted that she feels tired all throughout the day. Her physical exam showed congestion and rhinorrhea. Her assessment showed post-Covid syndrome and post-Covid chronic fatigue.

08/03/2023, Pammela Poore, NP / Nurse Practitioner: A letter was issued noting that the claimant was seen for post-Covid care today for an evaluation.

08/07/2023, Dr. Jan Paul Dela Cruz, PT, DPT / Physical Therapist: The claimant presents for a PT recertification. Her PT diagnosis was chronic fatigue, generalized muscle weakness, and difficulty in walking. It was noted that she had a history of Covid in 2022 and later developed long-term Covid. It was also noted that she has had PT in the past but claimed that it only helped some. Her pain severity was noted to be 3/10. She also complained of decreased endurance with SOB limiting the claimant’s mobility and function. She reported that she is doing good. Her lower extremity functional scale score was 36/80, her physical exam showed increased thoracic kyphosis, abnormal posture, decreased lumbar lordosis, lack of proper heel strike/toe-off, 3+/5 in the BUE/BLE. Her assessment showed that she is voicing decreasing pain and is continuing to progress with strength, posture, and gait patterns.

08/16/2023, Dr. Ma. Paz Corazon Alana, PT, DPT / Physical Therapist: The claimant presents for a PT note. The claimant continues to report feeling good, she noted that her

pain is coming down, but she gets out of breath easily when she tries to walk longer distances. Her pulmonologist says she has scarring on her lungs from Covid. It was also noted that she uses an assistive device for mobility. Her assessment showed that the claimant is voicing mild pain and increased SOB when walking on land, she is also exhibiting improving strength and posture. It was also noted that she is tolerating ambulation in shallow water with an incline well with no adverse effects. It was also noted that her rehab potential was good.

08/24/2023, Taylor Spoo, NP / Nurse Practitioner: The claimant presents for a follow-up visit. Her chief complaint showed bariatric follow-up: RNY gastric Bypass. Her HPI showed that she is fatigued which is improving but has had decreased energy ever since her Covid injection, she also complained of occasional nausea managed with Zofran, and diarrhea with constipation managed with dietary changes. Her physical exam showed an abdominal hernia. Her assessment showed gastroesophageal reflux disease with esophagitis, a history of bariatric surgical procedures, and morbid obesity.

09/11/2023, Dr. Jan Paul Dela Cruz, PT, DPT / Physical Therapist: The claimant presents for a PT note. She reported that she is doing okay, she also noted that she is still tired from activity on Friday. She also noted that she is still having a lot of coughing and congestion with a little bit of pain. Her physical exam showed decreased cervical ROM, normal muscle tone in the BUE/BLE, and a wide-based gait. Her assessment showed abnormal MRI of the brain, chronic post-COVID syndrome, migraine without aura, abnormal gait due to impairment of balance, and cerebral ischemia.

09/20/2023, Dr. Jan Paul Dela Cruz, PT, DPT / Physical Therapist: The claimant presents for a PT note. She reported that she is having more pain in her left knee, she also noted that she is going to see an orthopedic surgeon about getting a knee replacement. She also noted that she is still having some issues. Her assessment showed that she is having mild pain in the lower back as well as increased pain in the left knee and is continuing to improve with postural awareness. Her SLS exercises were reduced due to increased pain in the left knee. She did not exhibit any episodes of SOB or coughing and did not require any rest breaks.

09/27/2023, Herman Botero, DO / Orthopedic Surgery: The claimant presents for an evaluation of the bilateral knee. It was noted that she has a BMI of 57 as well as symptoms of pain. It was noted that she is not a surgical candidate at this time due to her weight, she wished to proceed with bilateral knee intra-articular injection. She received a Lidocaine and Marcaine injection. She has also had imaging of the bilateral knees which showed advanced degenerative joint disease of the bilateral knees with complete bone-on-bone joint space loss, the study also showed peripheral osteophyte formation and sclerosis. Her assessment showed advanced degenerative joint disease of the bilateral knees and morbid obesity with a BMI of 57. Her physical exam showed decreased ROM in the bilateral knee and antalgic gait.

09/29/2023, Dr. Jan Paul Dela Cruz, PT, DPT / Physical Therapist: The claimant presents for a PT note. She noted that she is doing okay but the orthopedic surgeon opines that the

claimant needs a knee replacement, but she has to lose weight. She also continues to have pain in her bilateral knees. Her assessment showed that she is voicing moderate pain in her lower back and bilateral knees and is slowly progression with ROM, strength, stability, and postural awareness.

10/11/2023, Pammela Poore, NP / Nurse Practitioner: The claimant presents for a follow-up visit for post-COVID syndrome, chronic fatigue, and chronic dyspnea. She reports that she is still experiencing fatigue, SOB on exertion, brain fog, and headaches. It was also noted that she is currently taking an Albuterol inhaler 90mcg every 6 hours PRN. It was also noted that her oxygen saturation has never dropped below 90% with activity that she had documented. Her physical exam showed bilateral lower lobes and decreased air movement.

10/12/2023, Floyd Phillips, Jr., MD / Internal Medicine: The claimant presents for a follow-up visit for post-Covid. No changes were noted in her conditions or symptoms since her last visit. Her physical exam showed bilateral lower lobes and decreased air movement.

10/13/2023, Dr. Jan Paul Dela Cruz, PT, DPT / Physical Therapist: The claimant presents for a PT recertification. The claimant presents for a PT recertification. Her PT diagnosis was chronic fatigue, generalized muscle weakness, and difficulty in walking. It was noted that she had a history of Covid in 2022 and later developed long-term Covid. She also continues to follow specialists for chronic fatigue. Her lower extremity functional scale score was 36/80, her physical exam showed increased thoracic kyphosis, abnormal posture, decreased lumbar lordosis, lack of proper heel strike/toe-off, 3+/5 in the BUE/BLE. Her assessment showed that she is voicing decreasing pain and is continuing to progress with strength, posture, and gait patterns.

10/16/2023, Julia Pool, RD / Registered Dietitian: The claimant presents for a follow-up visit. for diet recheck. It was noted that there have been no changes in his diet/lifestyle.

10/23/2023, Amy Epling, APN / Advanced Practice Nurse: The claimant presents for a follow-up visit. She complained of heavy menstrual bleeding, she also stated that she had not had a period in 7 years, and she also stated that she thought she had gone through menopause already. She also stated that she is bleeding through a tampon and a pad about every 2 hours. Her assessment showed abnormal uterine as well as vaginal bleeding and menopausal and female climacteric states.

12/12/2023, Mohammad Hussain, MD / Internal Medicine: The claimant presents for a follow-up visit for headaches. She reported a headache severity of 10/10, her headaches have been ongoing for more than a week located in the frontal region. Her associated symptoms are nausea, sensitivity to light/sound, tingling, weakness, confusion, neck pain, neck stiffness, and fatigue. Her neurological symptoms include confusion, weakness, headaches, memory loss, muscle twitching, and difficulty with gait. Her assessment showed abnormal MRI of the brain, chronic post-COVID syndrome, migraine without aura, abnormal gait due to impairment of balance, and cerebral ischemia.

12/19/2023, Motej Bosnjak, APN / Advanced Practice Nurse: The claimant presents for a follow-up visit for right knee pain. She reported having a fall on 12/16/23 while opening the door to let her dog out. She sustained a fall onto her right knee, and she complains of pain with some weight-bearing while elevating gives her the most relief. Her radiographs revealed no acute bony abnormality or fracture; however, she does have extensive degenerative joint disease with complete loss of joint space to both of the patella as well as the medial and lateral aspects. Her physical exam showed that she does have a small area of ecchymosis over the anterior knee. She complains of pain in the inferior pole of the patella. Her assessment showed a right knee contusion.

12/26/2023, Kelsey Jenkins, NP / Nurse Practitioner: The claimant presents for a follow-up visit. She had a chief complaint of non-productive moderate constant cough of the chest since 12/24/23 exacerbated by deep breathing. She also reported associated symptoms of chills, headache, nasal discharge, sweats, sore throat, and congestion. Her physical exam showed mild erythema, rhinorrhea, and trace clear discharge. Her assessment showed a history of covid-19.

03/19/2024, Floyd Phillips, Jr., MD / Internal Medicine: A correspondence showed that the claimant has the functional capacity to sustain sitting for up to 3 hours, standing/walking for up to 0.5 hours, occasional lifting up to 10 lbs/fingering/reaching above the shoulders, no bending, it was noted that she has stamina/endurance issues, it was also noted that she has moderately severe pain, extreme fatigue. It was also noted that she continues with post-COVID fatigue, SOB with activity, and poor concentration, the claimant requires frequent daytime napping, and she is unsteady on her feet.

**DIAGNOSES:**

Primary Diagnosis: Post-COVID-19 condition, unspecified

Secondary Diagnosis: MDD, GAD, OCD

**RESPONSE TO QUESTIONS:**

1. **Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Post-COVID-19 condition- U09. 9
Fatigue- R53. 83
Bilateral knee osteoarthritis- M17. 0
Generalized muscle weakness
Right knee contusion

2. **If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

N/A.

3. **Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 07/28/2023 to - ongoing, and comment on the expected duration.**

Yes. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, the claimant has a supported level of impairment that translates into restrictions and limitations from - 07/28/2023 to - ongoing.

The claimant is a 55-year-old female with a medical history significant for post-COVID-19 condition, unspecified, MDD, GAD, OCD.

The claimant was seen on 8/2/23 by Pammela Poore, NP / Nurse Practitioner for a follow-up visit. She complains of symptoms of fatigue, headache, brain fog, and SOB on exertion. It was noted that she has post-COVID SOB and fatigue, it was also noted that she gets SOB when doing activity, she does not have a history of asthma, but she reports getting SOB after one flight of stairs and with one block of walking. It was also noted that she follows a pulmonologist for her symptoms, the claimant also uses a CPAP and is compliant most of the time, and her SOB continues without improvement. She also noted that she feels tired all throughout the day. Her physical exam showed congestion and rhinorrhea. Her assessment showed post-Covid syndrome and post-Covid chronic fatigue. Dr. Jan Paul Dela Cruz, PT, DPT / Physical Therapist saw her on 8/7/23 for a PT recertification. Her PT diagnosis was chronic fatigue, generalized muscle weakness, and difficulty in walking. It was noted that she had a history of Covid in 2022 and later developed long-term Covid. It was also noted that she has had PT in the past but claimed that it only helped some. Her pain severity was noted to be 3/10. She also complained of decreased endurance with SOB limiting the claimant's mobility and function. She reported that she is doing good. Her lower extremity functional scale score was 36/80, her physical exam showed increased thoracic kyphosis, abnormal posture, decreased lumbar lordosis, lack of proper heel strike/toe-off, 3+/5 in the BUE/BLE. Her assessment showed that she is voicing decreasing pain and is continuing to progress with strength, posture, and gait patterns. Dr. Ma. Paz Corazon Alana, PT, DPT / Physical Therapist saw her on 8/16/23 for a PT note. The claimant continues to report feeling good, she noted that her pain is coming down, but she gets out of breath easily when she tries to walk longer distances. Her pulmonologist says she has scarring on her lungs from Covid. It was also noted that she uses an assistive device for mobility. Her assessment showed that the claimant is voicing mild pain and increased SOB when walking on land, she is also exhibiting improving strength and posture. It was also noted that she is tolerating ambulation in shallow water with an incline well with no adverse effects. It was also noted that her rehab potential was good.

Taylor Spoo, NP / Nurse Practitioner saw the claimant on 8/24/23 for a follow-up visit. Her chief complaint showed bariatric follow-up: RNY gastric Bypass. Her HPI showed that she is fatigued which is improving but has had decreased energy ever since her

Covid injection, she also complained of occasional nausea managed with Zofran, and diarrhea with constipation managed with dietary changes. Her physical exam showed an abdominal hernia. Her assessment showed gastroesophageal reflux disease with esophagitis, a history of bariatric surgical procedures, and morbid obesity. Dr. Jan Paul Dela Cruz, PT, DPT / Physical Therapist saw her on 9/11/23 for a PT note. She reported that she is doing okay, she also noted that she is still tired from activity on Friday. She also noted that she is still having a lot of coughing and congestion with a little bit of pain. Her physical exam showed decreased cervical ROM, normal muscle tone in the BUE/BLE, and a wide-based gait. Her assessment showed abnormal MRI of the brain, chronic post-COVID syndrome, migraine without aura, abnormal gait due to impairment of balance, and cerebral ischemia. She was seen on 9/20/23 for a PT note. She reported that she is having more pain in her left knee, she also noted that she is going to see an orthopedic surgeon about getting a knee replacement. She also noted that she is still having some issues. Her assessment showed that she is having mild pain in the lower back as well as increased pain in the left knee and is continuing to improve with postural awareness. Her SLS exercises were reduced due to increased pain in the left knee. She did not exhibit any episodes of SOB or coughing and did not require any rest breaks.

Herman Botero, DO / Orthopedic Surgery saw the claimant on 9/27/23 for an evaluation of the bilateral knee. It was noted that she has a BMI of 57 as well as symptoms of pain. It was noted that she is not a surgical candidate at this time due to her weight, she wished to proceed with bilateral knee intra-articular injection. She received a Lidocaine and Marcaine injection. She has also had imaging of the bilateral knees which showed advanced degenerative joint disease of the bilateral knees with complete bone-on-bone joint space loss, the study also showed peripheral osteophyte formation and sclerosis. Her assessment showed advanced degenerative joint disease of the bilateral knees and morbid obesity with a BMI of 57. Her physical exam showed decreased ROM in the bilateral knee and antalgic gait. Dr. Jan Paul Dela Cruz, PT, DPT / Physical Therapist saw her on 9/29/23 for a PT note. She noted that she is doing okay but the orthopedic surgeon opines that the claimant needs a knee replacement, but she has to lose weight. She also continues to have pain in her bilateral knees. Her assessment showed that she is voicing moderate pain in her lower back and bilateral knees and is slowly progression with ROM, strength, stability, and postural awareness. Pammela Poore, NP / Nurse Practitioner saw her on 10/11/23 for a follow-up visit for post-COVID syndrome, chronic fatigue, and chronic dyspnea. She reports that she is still experiencing fatigue, SOB on exertion, brain fog, and headaches. It was also noted that she is currently taking an Albuterol inhaler 90mcg every 6 hours PRN. It was also noted that her oxygen saturation has never dropped below 90% with activity that she had documented. Her physical exam showed bilateral lower lobes and decreased air movement. Dr. Jan Paul Dela Cruz, PT, DPT / Physical Therapist saw her on 10/13/23 for a PT recertification. The claimant presents for a PT recertification. Her PT diagnosis was chronic fatigue, generalized muscle weakness, and difficulty in walking. It was noted that she had a history of Covid in 2022 and later developed long-term Covid. She also continues to follow specialists for chronic fatigue. Her lower extremity functional scale score was 36/80, her physical exam showed increased thoracic kyphosis, abnormal posture, decreased lumbar lordosis, lack of proper

heel strike/toe-off, 3+/5 in the BUE/BLE. Her assessment showed that she is voicing decreasing pain and is continuing to progress with strength, posture, and gait patterns.

Amy Epling, APN / Advanced Practice Nurse saw the claimant on 10/23/23 for a follow-up visit. She complained of heavy menstrual bleeding, she also stated that she had not had a period in 7 years, and she also stated that she thought she had gone through menopause already. She also stated that she is bleeding through a tampon and a pad about every 2 hours. Her assessment showed abnormal uterine as well as vaginal bleeding and menopausal and female climacteric states. Mohammad Hussain, MD / Internal Medicine saw her on 12/12/23 for a follow-up visit for headaches. She reported a headache severity of 10/10, her headaches have been ongoing for more than a week located in the frontal region. Her associated symptoms are nausea, sensitivity to light/sound, tingling, weakness, confusion, neck pain, neck stiffness, and fatigue. Her neurological symptoms include confusion, weakness, headaches, memory loss, muscle twitching, and difficulty with gait. Her assessment showed abnormal MRI of the brain, chronic post-COVID syndrome, migraine without aura, abnormal gait due to impairment of balance, and cerebral ischemia. Motej Bosnjak, APN / Advanced Practice Nurse saw her on 12.19/23 for a follow-up visit for right knee pain. She reported having a fall on 12/16/23 while opening the door to let her dog out. She sustained a fall onto her right knee, and she complains of pain with some weight-bearing while elevating gives her the most relief. Her radiographs revealed no acute bony abnormality or fracture; however, she does have extensive degenerative joint disease with complete loss of joint space to both of the patella as well as the medial and lateral aspects. Her physical exam showed that she does have a small area of ecchymosis over the anterior knee. She complains of pain in the inferior pole of the patella. Her assessment showed a right knee contusion. Kelsey Jenkins, NP / Nurse Practitioner saw her on 12/26/23 for a follow-up visit. She had a chief complaint of non-productive moderate constant cough of the chest since 12/24/23 exacerbated by deep breathing. She also reported associated symptoms of chills, headache, nasal discharge, sweats, sore throat, and congestion. Her physical exam showed mild erythema, rhinorrhea, and trace clear discharge. Her assessment showed a history of covid-19. Floyd Phillips, Jr., MD / Internal Medicine issued a correspondence on 3/19/24 noting that the claimant has the functional capacity to sustain sitting for up to 3 hours, standing/walking for up to 0.5 hours, occasional lifting up to 10 lbs/fingering/reaching above the shoulders, no bending, it was noted that she has stamina/endurance issues, it was also noted that she has moderately severe pain, extreme fatigue. It was also noted that she continues with post-COVID fatigue, SOB with activity, and poor concentration, the claimant requires frequent daytime napping, and she is unsteady on her feet.

The claimant has a history of Covid infection with ongoing post-COVID syndrome. Associated symptoms include SOB and chronic fatigue. She reported that she gets short of breath when doing activity, she does not have a history of asthma, but she reports getting SOB after one flight of stairs and with one block of walking. She follows pulmonology and she uses a CPAP. She also experienced congestion and rhinorrhea. She was seen by PT for chronic fatigue, generalized muscle weakness, and difficulty in walking. She also complained of decreased endurance with SOB limiting the claimant's

mobility and function. Her physical exam showed increased thoracic kyphosis, abnormal posture, decreased lumbar lordosis, lack of proper heel strike/toe-off, and 3+/5 in the BUE/BLE. Her lower extremity functional scale score was 36/80. Her pulmonologist says she has scarring on her lungs from Covid. It was also noted that she uses an assistive device for mobility. She was seen on 8/24/23 for an abdominal hernia and a bariatric follow-up: RNY gastric Bypass. The claimant also has a history of pain in the left knee which was also treated by PT. Her assessment showed that she is having mild pain in the lower back as well as increased pain in the left knee and is continuing to improve with postural awareness. The claimant also has a history of bilateral knee pain and morbid obesity which has also been treated by PT. She had imaging of the bilateral knee which showed severe degenerative changes in the joints. She also received a Lidocaine and Marcaine injection on 9/27/23. She continued to follow up for post-Covid symptoms of fatigue, SOB, and DOE, and she demonstrated bilateral lower lobes and decreased air movement. The claimant also has a history of neurologic conditions with her MRI of the brain showing cerebral ischemia. She has symptoms including headaches, nausea, neck pain, neck stiffness, fatigue, weakness, muscle twitching, and difficulty with gait. Her symptoms associated with headaches include nausea and sensitivity to light/sound. The claimant had a fall on 12/16/23 hurting her right knee exacerbating her ongoing issues in the bilateral knee. Her radiographs revealed no acute bony abnormality or fracture; however, she does have extensive degenerative joint disease with complete loss of joint space to both of the patella as well as the medial and lateral aspects. The sum of the findings revealed that the claimant has functional deficits secondary to post-COVID symptoms including SOB, DOE, fatigue, and generalized muscle weakness. She also has functional deficits secondary to bilateral knee pain and right knee contusion that warrant the placement of restrictions and limitations within the period of review.

Sitting: Unrestricted
Standing: Occasionally
Walking: Occasionally
Lifting: Occasionally, up to 10 lbs. BUE
Carrying: Occasionally, up to 10 lbs. BUE
Pushing: Occasionally, up to 10 lbs. BUE
Pulling: Occasionally, up to 10 lbs. BUE
Climbing stairs: Occasionally with an assistive device as needed
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Crawling: Occasionally
Reaching: Occasionally overhead and below the waist BUE; Unrestricted to desk level, BUE
Use lower extremities for foot control: Occasionally BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

The above-recommended restrictions and limitations are indicated from - 07/28/2023 to - ongoing with reassessment on or around 07/30/24.

**4. Do medical records support any Restrictions and Limitations that were recommended by treating providers for the timeframes in question?**

03/19/2024, Floyd Phillips, Jr., MD / Internal Medicine: A correspondence showed that the claimant has the functional capacity to sustain sitting for up to 3 hours, standing/walking for up to 0.5 hours, occasional lifting up to 10 lbs/fingering/reaching above the shoulders, no bending, it was noted that she has stamina/endurance issues, it was also noted that she has moderately severe pain, extreme fatigue. It was also noted that she continues with post-COVID fatigue, SOB with activity, and poor concentration, the claimant requires frequent daytime napping, and she is unsteady on her feet.

No, the medical records do not support the restrictions and limitations that were recommended by treating providers for the timeframes in question.

Despite the claimant's significant limitations secondary to the use of the bilateral lower extremities evidenced in the medical records revealing severe degenerative changes in the joints of the bilateral knees, generalized weakness, and symptoms of the post-COVID syndrome, she has unrestricted functional capacity with her bilateral upper extremity. Despite noting 3+/5 strength in the BUE, she had no complaints with fingering and grip strength. She also has no function deficits that would preclude her from continuous sitting within the period of review.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts child or elder care issues, or legal issues) that may adversely impact work?**

No, there are no non-medical circumstances identified in the medical records (e.g. workplace conflicts child or elder care issues, or legal issues) that may adversely impact work.

**7. Does the medical evidence support any side effects from the prescribed medications for the time frames noted above? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

No, the medical evidence does not support any side effects from the prescribed medications for the time frames noted above.

Sincerely,

**Mahdy Flores, DO**
**ABMS Board Certification Family Medicine**
**ABMS Board Certification Occupational Medicine**
**Medical License Number CA 11663**

Corporate Office
Exam Coordinators Network A division of Genex Services, LLC

Claimant Name: Sabrina Guerrero
Claim Number: 12827197
Case Number: 264497-2

"I, Mahdy A Flores, DO, am a physician duly licensed to practice medicine in the State of _____CA________. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered
- All opinions are rendered within a reasonable degree of medical certainty

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

4/22/2024

Signature of Physician Date

Medical/Professional License # **CA 11663**

**Lincoln/Guerrero 0111**

# Warren Taff, MD
***Board-Certified in Psychiatry***

**CLAIMANT NAME: Guerrero, Sabrina**
**EXAMINER: Warren Taff, MD**
**ECN #: 264497-1**
**CLAIM #: 12827197**
**DATE OF LOSS: 2/26/2022**
**DATE OF SERVICE: 4/23/2024**

**Peer Review**

This is a peer review regarding Guerrero, Sabrina. I have been asked to review the medical records on behalf of ECN. I reviewed records from 02/22/2021 through 02/18/2024 including:

- Hong Tjoa, MD / Cardiovascular Disease, extending from 07/12/2021 to 06/01/2022
- Jason B. Deen, MD / Diagnostic Radiology, on 02/24/2023
- Thuy Vu, MD / Diagnostic Radiology, on 02/24/2023
- Meadows Michael Leonard, MD / Diagnostic Radiology, on 04/28/2023
- Barrett Thomas, DO / Diagnostic Radiology, on 07/18/2023
- Moore M. Amber, FNP / Family Nurse Practitioner, extending from 07/11/2021 to 03/02/2022
- Muhammad Najjar, MD / Neurologist & Sleep Medicine, on 12/01/2021
- Kristy L. Williams, NP / Nurse Practitioner, on 02/15/2022
- Ben Christopher, PT / Physical Therapist, extending from 03/21/2022 to 07/13/2022
- Jennifer Hurst, PTA / Physical Therapist Assistant, extending from 04/06/2022 to 06/16/2022
- H.F Nadrous, MD / Pulmonologist, on 04/14/2022
- Christina Noel Caughron, PT / Physical Therapist, extending from 05/03/2022 to 05/10/2022
- Dr. Ma. Paz Corazon Alana, DPT / Physical Therapist, extending from 04/12/2022 to 09/29/2023
- Ellen Starr, PTA / Physical Therapist Assistant, extending from 03/28/2022 to 09/29/2023
- Remy Baso, PT / Physical Therapist, on 08/28/2023
- Taylor Spoo, NP / Nurse Practitioner, extending from 04/26/2023 to 08/24/2023
- Michaela J. Johnson, SP / Speech Pathologist, extending from 09/27/2022 to 03/16/2023
- Seanna Jones, LPC / Licensed Professional Counselor, extending from 08/10/2022 to 12/26/2022
- Shea Pitts, FNP / Family Nurse Practitioner, extending from 11/17/2022 to 01/31/2023
- Cydney Vanosdale, NP / Nurse Practitioner, extending from 02/22/2021 to 12/07/2022
- Stephen Boyce, MD / Cardiothoracic Surgeon, on 01/10/2023
- Lana Spence, DNP / Nurse Practitioner, on 12/07/2022
- Adam L. Carrera, MD / Ophthalmologist, on 02/20/2023

- Christian Dillard, PT / Physical Therapist, extending from 04/26/2022 to 06/14/2023
- Dr. Floyd E. Phillips Je., MD / Internal Medicine, extending from 04/12/2022 to 05/15/2023
- Dr. Arvo Kanna, MD / Neurologist, on 11/27/2022
- Dr. Mandeep Bakshi, MD / Pulmonologist, extending from 07/14/2022 to 06/20/2023
- Dr. Mohammad I. Hussain, MD / Neurology, extending from 02/07/2023 to 12/12/2023
- Pamela M. Poore, NP / Nurse Practitioner, extending from 06/08/2022 to 12/20/2023
- Dr. Greg A. Moffitt, MD / Endocrinology, Diabetes & Metabolism, extending from 07/12/2021 to 08/02/2023
- Shannon Hutchison, APN / Advanced Practice Nurse, extending from 07/03/2023 to 10/03/2023
- Julia Barroso, RD / Registered Dietitian, on 10/16/2023
- Jan Paul Dela Cruz, PT / Physical Therapist, extending from 04/06/2022 to 11/02/2023
- Epling Amy, FNP-C / Family Nurse Practitioner, extending from 12/06/2021 to 10/29/2023
- Alice Pinyan Yutzy, CFNP / Family Nurse Practitioner, extending from 02/28/2023 to 10/24/2023
- Nitin Rangnekar, MD / General Surgery, extending from 02/14/2023 to 11/13/2023
- Julia Pool, RD / Registered Dietitian, extending from 10/16/2023 to 12/13/2023
- Matej Bosnjak, APN / Advanced Practice Nurse, on 12/20/2023
- Herman G. Botero, DO / Orthopedic Surgery, extending from 10/01/2023 to 12/21/2023
- Jett Paul L., MD / Physical Medicine & Rehabilitation, extending from 01/24/2023 to 01/03/2024
- Erica L. Hubbard, LPCC / Licensed Professional Clinical Counselor, extending from 01/24/2023 to 12/20/2023
- Jenkins Kelsey, NP / Nurse Practitioner, on 12/26/2023
- Edelyn Bishop, PMHNP / Psych Mental Health Nurse Practitioner, extending from 11/16/2023 to 01/15/2024
- Carol Lucas, LCSW / Licensed Clinical Social Worker, extending from 02/10/2023 to 02/18/2024

The claimant is a 55-year-old female with a medical history significant for major depressive disorder, generalized anxiety disorder and obsessive-compulsive disorder. There is also a listed diagnosis of post COVID-19, unspecified, however, this is beyond the scope of a mental health evaluation and therefore, I defer comments to the appropriate specialty.

7/26/23, Ellen Starr, PT / Physical Therapy: No psychiatric information.

8/2/23, Shannon Hutchison, APN / Advanced Practice Nurse: The claimant has been seen for medication management. The claimant endorsed feeling stressed and sad, feeling panicky at times, feeling up and down. The exam revealed sad and anxious mood, tearful

affect, normal speech, logical thought, normal memory and focused attention. GAD-7 score was 11 and PHQ-9 score was 15. Rexulti was increased to 0.5 mg and Trintellix 10 mg was continued.

8/9/23, Ellen Starr, PT / Physical Therapy: No psychiatric information.

8/16/23, Ellen Starr, PT / Physical Therapy: No psychiatric information.

8/22/23, Carol Lucas, LCSW / Licensed Clinical Social Worker: The claimant reported feeling sad, anxious, frustrated and overwhelmed. GAD-7 score was 10, PHQ-9 score was 14. The exam revealed an anxious, frustrated and sad mood.

9/5/23, Carol Lucas, LCSW / Licensed Clinical Social Worker: The claimant attended counseling. She endorsed increased feelings of anxiety and nervousness. The exam revealed an anxious, depressed and frustrated mood.

9/19/23, Carol Lucas, LCSW / Licensed Clinical Social Worker: The claimant attended counseling. She endorsed high anxiety, depression and rumination. PHQ-9 score was 17. The exam revealed an anxious and frustrated mood.

9/26/23, Carol Lucas, LCSW / Licensed Clinical Social Worker: The claimant attended counseling. The exam revealed an anxious mood and tearful affect.

10/3/23, Shannon Hutchison, APN / Advanced Practice Nurse: The claimant endorsed depression and anxiety. The exam revealed an anxious mood. Rexulti was increased to 1 mg.

10/24/23, Carol Lucas, LCSW / Licensed Clinical Social Worker: The claimant reported depression is a little bit better. The exam revealed a depressed, anxious and frustrated mood.

11/8/23, Carol Lucas, LCSW / Licensed Clinical Social Worker: The claimant attended counseling. The exam revealed an anxious, depressed and irritable mood.

11/14/23, Edelyn Bishop, PMHNP / Psychiatric-Mental Health Nurse Practitioner: The claimant has been seen for medication management. She endorsed anxiety, depression and excessive worry. The exam revealed a depressed and anxious mood and some tearfulness. Trintellix 10 mg and Rexulti 1 mg were continued.

11/22/23, Carol Lucas, LCSW / Licensed Clinical Social Worker: The claimant endorsed up and down mood and anxiety. The exam revealed an anxious, depressed and frustrated mood.

12/5/23, Carol Lucas, LCSW / Licensed Clinical Social Worker: The claimant reported anxious, frustrated and sad. The exam revealed an anxious, frustrated and sad mood.

1/15/24, Edelyn Bishop, PMHNP / Psychiatric-Mental Health Nurse Practitioner: The claimant endorsed panic-like feelings when she goes into stores and anxiety. The exam revealed lessened depressive moods and anxiety, normal affect, normal thought content and intact attention. Medications were continued.

1/23/24, Carol Lucas, LCSW / Licensed Clinical Social Worker: The claimant reported feeling anxious, sad and confused. The exam revealed an anxious, frustrated and sad mood.

2/13/24, Carol Lucas, LCSW / Licensed Clinical Social Worker: The claimant attended counseling. She reported feeling sad and anxious.

**DIAGNOSES:**

Post COVID-19, unspecified, MDD, GAD, OCD

**CALL ATTEMPTS:**

9:13 AM, Friday 04/12 Called Dr. Phillips. Left a message at Phillips Healthcare Group on the nurse's line. Contact number used for outreach: 423-839-2120

9:15 AM, Friday 04/12 Called Dr. Kanna. Unable to leave a message at Tennova Neurology due to no answer with no option to leave a voicemail. Contact number used for outreach: 423-613-6379

9:24 AM, Monday 04/15 Called Dr. Phillips. Left an additional message at Phillips Healthcare Group on the nurse's line. Contact number used for outreach: 423-839-2120

9:27 AM, Monday 04/15 Called Dr. Kanna. Left a message at Tennova Neurology on the nurse's line. Contact number used for outreach: 423-613-6379

11:44 AM, Monday 04/22 Called Lifestance Health. Left a message on the medical records line. Contact number used for outreach: 865-588-3173

11:48 AM, Monday 04/22 Called Dr. Bakshi. Left a message at the office of Dr. Bakshi on the assistants' line. Contact number used for outreach: 423-798-8052

11:51 AM, Monday 04/22 Called Tennova Bariatric Surgery. Unidentified office staff stated she is not allowed to take messages. Contact number used for outreach: 865-218-7011

11:55 AM, Monday 04/22 Called Dr. Hussain. Number provided is incorrect, alternate number given on recorded prompt as 865-471-2760. Left a message at Healthstar Neurology on the general office line. Contact number used for outreach: 865-475-9062

12:11 PM, Monday 04/22 Called Pamela Poore, NP. Left a message at Palliative Medicine on the general office line. Contact number used for outreach: 423-578-8400

12:15 PM, Monday 04/22 Called Dr. Moffitt. Unable to leave a message at Endocrinology Consultants of East Tennessee due to hold times exceeding 10 minutes with no option to leave a message. Contact number used for outreach: 865-637-8812

4/23/24, 10:00AM, return call - Front desk, Carol from NP, Pamela Poore's office requested to have the questions faxed to 423-224-2368.

9:28 AM, Tuesday 04/23 Called Lifestance Health. Left an additional message on the medical records line. Contact number used for outreach: 865-588-3173

9:30 AM, Tuesday 04/23 Called Dr. Bakshi. Left a message at the office of Dr. Bakshi with medical assistant, Ashley. Contact number used for outreach: 423-798-8052

9:35 AM, Tuesday 04/23 Called Dr. Hussain. Left an additional message at Healthstar Neurology on the general office line. Contact number used for outreach: 865-471-2760

9:47 AM, Tuesday 04/23 Called Dr. Moffitt. Left a message at Endocrinology Consultants of East Tennessee on the nurses' line. Contact number used for outreach: 865-637-8812

**RESPONSE TO QUESTIONS:**

**1. Please identify the primary impairing Diagnosis (es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Major depressive disorder (F32. 9)
Generalized anxiety disorder (F41. 1)
Obsessive compulsive disorder (F42. 9)

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

N/A.

**3. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 07/28/2023 to - ongoing, and comment on the expected duration.**

No, taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, there are no supported level of impairment translates into restrictions and limitations from 07/28/2023 to ongoing.

The claimant is a 55-year-old female with a medical history significant for major depressive disorder, generalized anxiety disorder and obsessive-compulsive disorder. There is also a listed diagnosis of post COVID-19, unspecified, however, this is beyond the scope of a mental health evaluation and therefore, I defer comments to the appropriate specialty.

Based on the medical records, the claimant endorsed depression, anxiety, tearfulness, feeling panicky at times and feeling overwhelmed. Per the treatment course, the claimant receives medication management and attends counseling. On 8/2/23, the claimant has been seen by Shannon Hutchison, APN for medication management. The claimant endorsed feeling stressed and sad, feeling panicky at times, feeling up and down. The exam revealed sad and anxious mood, tearful affect, normal speech, logical thought, normal memory and focused attention. GAD-7 score was 11 and PHQ-9 score was 15. Rexulti was increased to 0.5 mg and Trintellix 10 mg was continued. On 9/5/23, Carol Lucas, LCSW noted that the claimant endorsed increased feeling of anxiety and nervousness. The exam revealed an anxious, depressed and frustrated mood. On 10/3/23, Shannon Hutchison, APN noted that the claimant endorsed depression and anxiety. The exam revealed an anxious mood. Rexulti was increased to 1 mg. On 11/14/23, Edelyn Bishop, PMHNP noted that the claimant endorsed anxiety, depression and excessive worry. The exam revealed a depressed and anxious mood and some tearfulness. Trintellix 10 mg and Rexulti 1 mg were continued. On 1/15/24, Edelyn Bishop, PMHNP noted that the claimant endorsed panic-like feelings when she goes into stores and anxiety. The exam revealed lessened depressive moods and anxiety, normal affect, normal thought content and intact attention. Medications were continued. On 2/13/24, Carol Lucas, LCSW noted that the claimant attended counseling. She reported feeling sad and anxious.

While the claimant's reported symptoms of depression, anxiety, tearfulness, feeling panicky at times and feeling overwhelmed are acknowledged; the available records do not include any evidence regarding a psychiatric condition to recommend activity restrictions. For instance, there are no incapacitating observations such as suicidality, extreme mood lability, difficulties with reality testing, observed deficits in thought processing, impaired hygiene, psychomotor disturbances, distractedness, crying spells, hallucinations, impairments in activities of daily living or cognitive impairment. The mental status exams were mostly unremarkable apart from sad and anxious mood. In addition, there are no referrals to a higher level of care such as hospitalization or intensive outpatient program (IOP). Therefore, there are no psychiatric limitations requiring occupational restrictions.

**4. Do medical records support any Restrictions and Limitations that were recommended by treating providers for the timeframes in question?**

N/A. There are no reported restrictions and limitations that were recommended by treating providers for the timeframes in question.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts child or elder care issues, or legal issues) that may adversely impact work?**

No, there are no non-medical circumstances identified in the medical records (e.g. workplace conflicts child or elder care issues, or legal issues) that may adversely impact work.

**7. Does the medical evidence support any side effects from the prescribed medications for the time frames noted above? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

No, the medical evidence does not support any side effects from the prescribed medications for the time frames noted above.

Sincerely,

Warren R Taff MD

**Warren Taff, MD**
**ABMS Board Certification Psychiatry**
**Medical License Number CA A29577**

Corporate Office
[illegible]
Boca Raton, Florida [illegible]
Toll Free: [illegible]
Local: [illegible]
Fax: [illegible]

Exam Coordinators Network A division of Genex Services, LLC
E-mail: [illegible] ♦ Web: [illegible]

Claimant Name: Sabrina Guerrero
Claim Number: 12827197
Case Number: 264497-1

"I, Warren R Taff, MD, am a physician duly licensed to practice medicine in the State of ____________. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered
- All opinions are rendered within a reasonable degree of medical certainty

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

Warren R Taff MD

_______________________________________________________4/23/24_________________
Signature of Physician Date

Medical/Professional License # CA A29577

**From:**Palkewick, Dave <Dave.Palkewick@genexservices.com>
**Sent:**Thu, 25 Apr 2024 15:56:12 +0000
**To:**VendorReferrals
**Subject:**S. Guerrero Claim # 12827197 - 264497-1
**Attachments:**Invoice_12049153BOCA.docx.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good morning,

Attached please find the invoice for the above-named claimant.

If we can further assist you with this file, please don't hesitate to give us a call.

Thank you for trusting ECN/Genex with your referral. We value your partnership and look forward to working with you.

Thank you,

**Dave Palkewick**
**Accounting Coordinator**
**Finance Team | IME Division**
**T**: 855-644-4298 option 5 | **F**: 561-287-4486

genex
AN ENLYTE COMPANY

Mitchell, Genex and Coventry have aligned as Enlyte, a family of businesses with one shared vision.
Transform Today. Navigate Next.

urac
ACCREDITED
Independent Medical Examinations
Expires 04/01/2024

The information and any attachments contained in this email are confidential and proprietary, and may be protected under the law, including federal and state privacy laws. The information and attachments are intended solely for use by the individual or entity to whom this email is addressed. If you are not the intended recipient, you are notified that any use, dissemination, forwarding, or copying of this information or attachments is strictly prohibited. If you received this email in error, please notify the sender immediately and delete all copies of this email. Thank you.

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881

ECN

Exam Coordinators Network A division of Genex Services, LLC

E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 226820** **Date** **4/25/2024**

***Bill To:***

**Sarah Boyle**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

**Claim #** 12827197
**Date of Loss:** 2/26/2022
**ECN #** 264497-1
**Account #**

**Claimant** Sabrina Guerrero

| | | |
|---|---|---|
| 4/11/2024 | Peer Review - Long Term Disability: Service<br>Provider: Warren R Taff, MD<br>Specialty: Psychiatry | $1626.50 |
| 4/11/2024 | Peer Review - Long Term Disability: Additional AP Contact - 4 AP Contacts<br>Provider: Warren R Taff, MD<br>Specialty: Psychiatry | $380.00 |

| | |
|---|---|
| **SubTotal** | $2006.50 |
| **Final Invoice Total** | $2006.50 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

**Lincoln/Guerrero 0121**

# Warren Taff, MD

## *Board-Certified in Psychiatry*

**CLAIMANT NAME: Guerrero, Sabrina**
**EXAMINER: Warren Taff, MD**
**ECN #: 264497-1**
**CLAIM #: 12827197**
**DATE OF LOSS: 2/26/2022**
**DATE OF SERVICE: 4/23/2024**

**Peer Review**

This is a peer review regarding Guerrero, Sabrina. I have been asked to review the medical records on behalf of ECN. I reviewed records from 02/22/2021 through 02/18/2024 including:

- Hong Tjoa, MD / Cardiovascular Disease, extending from 07/12/2021 to 06/01/2022
- Jason B. Deen, MD / Diagnostic Radiology, on 02/24/2023
- Thuy Vu, MD / Diagnostic Radiology, on 02/24/2023
- Meadows Michael Leonard, MD / Diagnostic Radiology, on 04/28/2023
- Barrett Thomas, DO / Diagnostic Radiology, on 07/18/2023
- Moore M. Amber, FNP / Family Nurse Practitioner, extending from 07/11/2021 to 03/02/2022
- Muhammad Najjar, MD / Neurologist & Sleep Medicine, on 12/01/2021
- Kristy L. Williams, NP / Nurse Practitioner, on 02/15/2022
- Ben Christopher, PT / Physical Therapist, extending from 03/21/2022 to 07/13/2022
- Jennifer Hurst, PTA / Physical Therapist Assistant, extending from 04/06/2022 to 06/16/2022
- H.F Nadrous, MD / Pulmonologist, on 04/14/2022
- Christina Noel Caughron, PT / Physical Therapist, extending from 05/03/2022 to 05/10/2022
- Dr. Ma. Paz Corazon Alana, DPT / Physical Therapist, extending from 04/12/2022 to 09/29/2023
- Ellen Starr, PTA / Physical Therapist Assistant, extending from 03/28/2022 to 09/29/2023
- Remy Baso, PT / Physical Therapist, on 08/28/2023
- Taylor Spoo, NP / Nurse Practitioner, extending from 04/26/2023 to 08/24/2023
- Michaela J. Johnson, SP / Speech Pathologist, extending from 09/27/2022 to 03/16/2023
- Seanna Jones, LPC / Licensed Professional Counselor, extending from 08/10/2022 to 12/26/2022
- Shea Pitts, FNP / Family Nurse Practitioner, extending from 11/17/2022 to 01/31/2023
- Cydney Vanosdale, NP / Nurse Practitioner, extending from 02/22/2021 to 12/07/2022
- Stephen Boyce, MD / Cardiothoracic Surgeon, on 01/10/2023
- Lana Spence, DNP / Nurse Practitioner, on 12/07/2022
- Adam L. Carrera, MD / Ophthalmologist, on 02/20/2023

- Christian Dillard, PT / Physical Therapist, extending from 04/26/2022 to 06/14/2023
- Dr. Floyd E. Phillips Je., MD / Internal Medicine, extending from 04/12/2022 to 05/15/2023
- Dr. Arvo Kanna, MD / Neurologist, on 11/27/2022
- Dr. Mandeep Bakshi, MD / Pulmonologist, extending from 07/14/2022 to 06/20/2023
- Dr. Mohammad I. Hussain, MD / Neurology, extending from 02/07/2023 to 12/12/2023
- Pamela M. Poore, NP / Nurse Practitioner, extending from 06/08/2022 to 12/20/2023
- Dr. Greg A. Moffitt, MD / Endocrinology, Diabetes & Metabolism, extending from 07/12/2021 to 08/02/2023
- Shannon Hutchison, APN / Advanced Practice Nurse, extending from 07/03/2023 to 10/03/2023
- Julia Barroso, RD / Registered Dietitian, on 10/16/2023
- Jan Paul Dela Cruz, PT / Physical Therapist, extending from 04/06/2022 to 11/02/2023
- Epling Amy, FNP-C / Family Nurse Practitioner, extending from 12/06/2021 to 10/29/2023
- Alice Pinyan Yutzy, CFNP / Family Nurse Practitioner, extending from 02/28/2023 to 10/24/2023
- Nitin Rangnekar, MD / General Surgery, extending from 02/14/2023 to 11/13/2023
- Julia Pool, RD / Registered Dietitian, extending from 10/16/2023 to 12/13/2023
- Matej Bosnjak, APN / Advanced Practice Nurse, on 12/20/2023
- Herman G. Botero, DO / Orthopedic Surgery, extending from 10/01/2023 to 12/21/2023
- Jett Paul L., MD / Physical Medicine & Rehabilitation, extending from 01/24/2023 to 01/03/2024
- Erica L. Hubbard, LPCC / Licensed Professional Clinical Counselor, extending from 01/24/2023 to 12/20/2023
- Jenkins Kelsey, NP / Nurse Practitioner, on 12/26/2023
- Edelyn Bishop, PMHNP / Psych Mental Health Nurse Practitioner, extending from 11/16/2023 to 01/15/2024
- Carol Lucas, LCSW / Licensed Clinical Social Worker, extending from 02/10/2023 to 02/18/2024

The claimant is a 55-year-old female with a medical history significant for major depressive disorder, generalized anxiety disorder and obsessive-compulsive disorder. There is also a listed diagnosis of post COVID-19, unspecified, however, this is beyond the scope of a mental health evaluation and therefore, I defer comments to the appropriate specialty.

7/26/23, Ellen Starr, PT / Physical Therapy: No psychiatric information.

8/2/23, Shannon Hutchison, APN / Advanced Practice Nurse: The claimant has been seen for medication management. The claimant endorsed feeling stressed and sad, feeling panicky at times, feeling up and down. The exam revealed sad and anxious mood, tearful

affect, normal speech, logical thought, normal memory and focused attention. GAD-7 score was 11 and PHQ-9 score was 15. Rexulti was increased to 0.5 mg and Trintellix 10 mg was continued.

8/9/23, Ellen Starr, PT / Physical Therapy: No psychiatric information.

8/16/23, Ellen Starr, PT / Physical Therapy: No psychiatric information.

8/22/23, Carol Lucas, LCSW / Licensed Clinical Social Worker: The claimant reported feeling sad, anxious, frustrated and overwhelmed. GAD-7 score was 10, PHQ-9 score was 14. The exam revealed an anxious, frustrated and sad mood.

9/5/23, Carol Lucas, LCSW / Licensed Clinical Social Worker: The claimant attended counseling. She endorsed increased feelings of anxiety and nervousness. The exam revealed an anxious, depressed and frustrated mood.

9/19/23, Carol Lucas, LCSW / Licensed Clinical Social Worker: The claimant attended counseling. She endorsed high anxiety, depression and rumination. PHQ-9 score was 17. The exam revealed an anxious and frustrated mood.

9/26/23, Carol Lucas, LCSW / Licensed Clinical Social Worker: The claimant attended counseling. The exam revealed an anxious mood and tearful affect.

10/3/23, Shannon Hutchison, APN / Advanced Practice Nurse: The claimant endorsed depression and anxiety. The exam revealed an anxious mood. Rexulti was increased to 1 mg.

10/24/23, Carol Lucas, LCSW / Licensed Clinical Social Worker: The claimant reported depression is a little bit better. The exam revealed a depressed, anxious and frustrated mood.

11/8/23, Carol Lucas, LCSW / Licensed Clinical Social Worker: The claimant attended counseling. The exam revealed an anxious, depressed and irritable mood.

11/14/23, Edelyn Bishop, PMHNP / Psychiatric-Mental Health Nurse Practitioner: The claimant has been seen for medication management. She endorsed anxiety, depression and excessive worry. The exam revealed a depressed and anxious mood and some tearfulness. Trintellix 10 mg and Rexulti 1 mg were continued.

11/22/23, Carol Lucas, LCSW / Licensed Clinical Social Worker: The claimant endorsed up and down mood and anxiety. The exam revealed an anxious, depressed and frustrated mood.

12/5/23, Carol Lucas, LCSW / Licensed Clinical Social Worker: The claimant reported anxious, frustrated and sad. The exam revealed an anxious, frustrated and sad mood.

1/15/24, Edelyn Bishop, PMHNP / Psychiatric-Mental Health Nurse Practitioner: The claimant endorsed panic-like feelings when she goes into stores and anxiety. The exam revealed lessened depressive moods and anxiety, normal affect, normal thought content and intact attention. Medications were continued.

1/23/24, Carol Lucas, LCSW / Licensed Clinical Social Worker: The claimant reported feeling anxious, sad and confused. The exam revealed an anxious, frustrated and sad mood.

2/13/24, Carol Lucas, LCSW / Licensed Clinical Social Worker: The claimant attended counseling. She reported feeling sad and anxious.

**DIAGNOSES:**

Post COVID-19, unspecified, MDD, GAD, OCD

**CALL ATTEMPTS:**

9:13 AM, Friday 04/12 Called Dr. Phillips. Left a message at Phillips Healthcare Group on the nurse's line. Contact number used for outreach: 423-839-2120

9:15 AM, Friday 04/12 Called Dr. Kanna. Unable to leave a message at Tennova Neurology due to no answer with no option to leave a voicemail. Contact number used for outreach: 423-613-6379

9:24 AM, Monday 04/15 Called Dr. Phillips. Left an additional message at Phillips Healthcare Group on the nurse's line. Contact number used for outreach: 423-839-2120

9:27 AM, Monday 04/15 Called Dr. Kanna. Left a message at Tennova Neurology on the nurse's line. Contact number used for outreach: 423-613-6379

11:44 AM, Monday 04/22 Called Lifestance Health. Left a message on the medical records line. Contact number used for outreach: 865-588-3173

11:48 AM, Monday 04/22 Called Dr. Bakshi. Left a message at the office of Dr. Bakshi on the assistants' line. Contact number used for outreach: 423-798-8052

11:51 AM, Monday 04/22 Called Tennova Bariatric Surgery. Unidentified office staff stated she is not allowed to take messages. Contact number used for outreach: 865-218-7011

11:55 AM, Monday 04/22 Called Dr. Hussain. Number provided is incorrect, alternate number given on recorded prompt as 865-471-2760. Left a message at Healthstar Neurology on the general office line. Contact number used for outreach: 865-475-9062

12:11 PM, Monday 04/22 Called Pamela Poore, NP. Left a message at Palliative Medicine on the general office line. Contact number used for outreach: 423-578-8400

12:15 PM, Monday 04/22 Called Dr. Moffitt. Unable to leave a message at Endocrinology Consultants of East Tennessee due to hold times exceeding 10 minutes with no option to leave a message. Contact number used for outreach: 865-637-8812

4/23/24, 10:00AM, return call - Front desk, Carol from NP, Pamela Poore's office requested to have the questions faxed to 423-224-2368.

9:28 AM, Tuesday 04/23 Called Lifestance Health. Left an additional message on the medical records line. Contact number used for outreach: 865-588-3173

9:30 AM, Tuesday 04/23 Called Dr. Bakshi. Left a message at the office of Dr. Bakshi with medical assistant, Ashley. Contact number used for outreach: 423-798-8052

9:35 AM, Tuesday 04/23 Called Dr. Hussain. Left an additional message at Healthstar Neurology on the general office line. Contact number used for outreach: 865-471-2760

9:47 AM, Tuesday 04/23 Called Dr. Moffitt. Left a message at Endocrinology Consultants of East Tennessee on the nurses' line. Contact number used for outreach: 865-637-8812

**RESPONSE TO QUESTIONS:**

**1. Please identify the primary impairing Diagnosis (es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Major depressive disorder (F32. 9)
Generalized anxiety disorder (F41. 1)
Obsessive compulsive disorder (F42. 9)

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

N/A.

**3. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 07/28/2023 to - ongoing, and comment on the expected duration.**

No, taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, there are no supported level of impairment translates into restrictions and limitations from 07/28/2023 to ongoing.

The claimant is a 55-year-old female with a medical history significant for major depressive disorder, generalized anxiety disorder and obsessive-compulsive disorder. There is also a listed diagnosis of post COVID-19, unspecified, however, this is beyond the scope of a mental health evaluation and therefore, I defer comments to the appropriate specialty.

Based on the medical records, the claimant endorsed depression, anxiety, tearfulness, feeling panicky at times and feeling overwhelmed. Per the treatment course, the claimant receives medication management and attends counseling. On 8/2/23, the claimant has been seen by Shannon Hutchison, APN for medication management. The claimant endorsed feeling stressed and sad, feeling panicky at times, feeling up and down. The exam revealed sad and anxious mood, tearful affect, normal speech, logical thought, normal memory and focused attention. GAD-7 score was 11 and PHQ-9 score was 15. Rexulti was increased to 0.5 mg and Trintellix 10 mg was continued. On 9/5/23, Carol Lucas, LCSW noted that the claimant endorsed increased feeling of anxiety and nervousness. The exam revealed an anxious, depressed and frustrated mood. On 10/3/23, Shannon Hutchison, APN noted that the claimant endorsed depression and anxiety. The exam revealed an anxious mood. Rexulti was increased to 1 mg. On 11/14/23, Edelyn Bishop, PMHNP noted that the claimant endorsed anxiety, depression and excessive worry. The exam revealed a depressed and anxious mood and some tearfulness. Trintellix 10 mg and Rexulti 1 mg were continued. On 1/15/24, Edelyn Bishop, PMHNP noted that the claimant endorsed panic-like feelings when she goes into stores and anxiety. The exam revealed lessened depressive moods and anxiety, normal affect, normal thought content and intact attention. Medications were continued. On 2/13/24, Carol Lucas, LCSW noted that the claimant attended counseling. She reported feeling sad and anxious.

While the claimant's reported symptoms of depression, anxiety, tearfulness, feeling panicky at times and feeling overwhelmed are acknowledged; the available records do not include any evidence regarding a psychiatric condition to recommend activity restrictions. For instance, there are no incapacitating observations such as suicidality, extreme mood lability, difficulties with reality testing, observed deficits in thought processing, impaired hygiene, psychomotor disturbances, distractedness, crying spells, hallucinations, impairments in activities of daily living or cognitive impairment. The mental status exams were mostly unremarkable apart from sad and anxious mood. In addition, there are no referrals to a higher level of care such as hospitalization or intensive outpatient program (IOP). Therefore, there are no psychiatric limitations requiring occupational restrictions.

**4. Do medical records support any Restrictions and Limitations that were recommended by treating providers for the timeframes in question?**

N/A. There are no reported restrictions and limitations that were recommended by treating providers for the timeframes in question.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts child or elder care issues, or legal issues) that may adversely impact work?**

No, there are no non-medical circumstances identified in the medical records (e.g. workplace conflicts child or elder care issues, or legal issues) that may adversely impact work.

**7. Does the medical evidence support any side effects from the prescribed medications for the time frames noted above? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

No, the medical evidence does not support any side effects from the prescribed medications for the time frames noted above.

Sincerely,

Warren R Taff MD

**Warren Taff, MD**
**ABMS Board Certification Psychiatry**
**Medical License Number CA A29577**

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Sabrina Guerrero
Claim Number: 12827197
Case Number: 264497-1

"I, Warren R Taff, MD, am a physician duly licensed to practice medicine in the State of _____________. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered
- All opinions are rendered within a reasonable degree of medical certainty

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

Warren R Taff MD

______________________________________________4/23/24______________

Signature of Physician Date

Medical/Professional License # CA A29577

**Lincoln/Guerrero 0129**

**From:**Norman, Kyras <Kyras.Norman@genexservices.com>
**Sent:**Wed, 24 Apr 2024 15:31:44 +0000
**To:**VendorReferrals
**Subject:**S. Guerrero Claim # 12827197
**Attachments:**Peer Review Report_12040592BOCA.PDF

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,

Attached is the Peer Review Report for the above referenced claimant; the Invoice will follow.

If we can further assist you with this file, please don't hesitate to give us a call.

Thanks for the referral,

**Kyras Norman**
***Quality Assurance Coordinator***
***IME/Peer Services, Boca Raton, FL***
ECN, a division of Genex Services
**T**: 424-292-4317 | **F**: 561-314-0965

urac
ACCREDITED
Independent
Medical
Examinations
Expires 04/01/2024

**Access our portal at: View My Cases**

All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

The information and any attachments contained in this email are confidential and proprietary, and may be protected under the law, including federal and state privacy laws. The information and attachments are intended solely for use by the individual or entity to whom this email is addressed. If you are not the intended recipient, you are notified that any use, dissemination, forwarding, or copying of this information or attachments is strictly prohibited. If you received this email in error, please notify the sender immediately and delete all copies of this email. Thank you.

# Mahdy Flores, DO

***Board-Certified in Family Medicine***
***Preventive Medicine***
***Occupational medicine***

**CLAIMANT NAME: Guerrero, Sabrina**
**EXAMINER: Mahdy Flores, DO**
**ECN #: 264497-2**
**CLAIM #: 12827197**
**DATE OF LOSS: 2/26/2022**
**DATE OF SERVICE: 4/19/2024**

**Peer Review**

This is a peer review regarding Guerrero, Sabrina. I have been asked to review the medical records on behalf of ECN. I reviewed records from 05/14/2014 through 03/19/2024 including:

- Job Description, on 05/14/2014
- Cydney Vanosdale, NP / Nurse Practitioner, extending from 02/22/2021 to 12/07/2022
- Amber Moore, FNP / Family Nurse Practitioner, extending from 07/07/2021 to 03/17/2022
- Gregory Moffitt, MD / Endocrinology, extending from 07/12/2021 to 02/14/2024
- Hong Tjoa, MD / Cardiology, extending from 07/12/2021 to 05/27/2022
- Snap Diagnostics, on 11/12/2021
- Daniel McCammon, MD / Endocrinology, on 11/16/2021
- Quest Diagnostics, extending from 11/16/2021 to 04/26/2023
- Diatherix, on 12/01/2021
- Amy Epling, APN / Advanced Practice Nurse, extending from 12/01/2021 to 10/23/2023
- Kristy Williams, NP / Nurse Practitioner, on 02/15/2022
- St. Luke's Therapy Services of Sevierville, extending from 03/21/2022 to 10/20/2023
- Tennova Healthcare, on 04/14/2022
- LabCorp, on 05/03/2022
- Floyd Phillips, Jr., MD / Internal Medicine, extending from 05/09/2022 to 03/19/2024
- Stage Report, on 05/27/2022
- Pammela Poore, NP / Nurse Practitioner, extending from 06/08/2022 to 12/20/2023
- Mandeep Bakshi, MD / Pulmonology, on 07/14/2022
- Seanna Jones, LPC / Licensed Professional Counselor, extending from 08/10/2022 to 12/30/2022
- Michaela Johnson, SLP / Speech-Language Pathology, extending from 09/27/2022 to 03/16/2023
- Ballad Health, extending from 11/01/2022 to 12/20/2023

- Arvo Kanna, MD / Neurology, on 11/11/2022
- Shea Pitts, NP / Nurse Practitioner, extending from 11/15/2022 to 01/31/2023
- Stephen Boyce, MD / Bariatric Surgery, on 01/10/2023
- Lana Spence, DNP / Nurse Practitioner, on 01/19/2023
- Mohammad Hussain, MD / Internal Medicine, extending from 02/07/2023 to 12/12/2023
- Carol Lucas, LCSW / Licensed Clinical Social Worker, extending from 02/08/2023 to 02/13/2024
- Adam Carrera, MD / Ophthalmology, on 02/20/2023
- Jason Deen, MD / Radiology, on 02/24/2023
- Thuy Vu, MD / Radiology, on 02/24/2023
- Alice Pinyan, CFNP / Certified Family Nurse Practitioner, extending from 02/28/2023 to 10/24/2023
- Paul Jett, MD / Physical Medicine & Rehabilitation, extending from 04/12/2023 to 12/20/2023
- Taylor Spoo, NP / Nurse Practitioner, extending from 04/26/2023 to 11/13/2023
- Michael Meadows, MD / Radiology, on 04/28/2023
- Mayo Clinic Laboratories, on 04/28/2023
- Unknown provider, on 06/06/2023
- Shannon Hutchison, APN / Advanced Practice Nurse, extending from 07/03/2023 to 10/03/2023
- Barrett Thomas, DO / Radiology, on 07/18/2023
- Desirae Vallier, CRC / Vocational Rehabilitation Consultant I, on 07/24/2023
- Herman Botero, DO / Orthopedic Surgery, extending from 09/27/2023 to 12/19/2023
- Erica Hubbard / Mental Health Therapist, extending from 10/11/2023 to 12/20/2023
- Julia Pool, RD / Registered Dietitian, extending from 10/16/2023 to 12/13/2023
- Nitin Rangnekar, MD / General Surgery, on 11/13/2023
- Edelyn Bishop, PMHNP / Psychiatric Mental Health Nurse Practitioner, extending from 11/14/2023 to 01/15/2024
- Sam's Club Pharmacy, extending from 12/12/2023 to 02/14/2024
- Motej Bosnjak, APN / Advanced Practice Nurse, on 12/19/2023
- Knoxville Orthopaedic Clinic, on 12/19/2023
- Kelsey Jenkins, NP / Nurse Practitioner, on 12/26/2023
- McMahan Law Firm, on 03/06/2024

Following review of the available medical documentation, along with the treating provider's recommendation(s) for activity restrictions, there was sufficient information available to form an opinion as detailed below, and there was no need to consult the treating provider for clarification.

The claimant is a 55-year-old female with a medical history significant for post-COVID-19 condition, unspecified, MDD, GAD, OCD.

05/27/2022, Floyd Phillips, Jr., MD / Internal Medicine: The claimant presents for a TTE stress test. The procedure showed normal sinus rhythm and negative findings for

ischemia. global LVEF at rest was normal at >50%, with stress was hyperkinetic at >70%.

02/24/2023, Jason Deen, MD / Radiology: The claimant presents for an MRI of the brain. The procedure showed non-specific signal changes in the cerebral white matter, most commonly seen as a sequela of chronic small vessel ischemia are non-specific and can be seen in other types of vasculopathy, demyelinating/dysmyelinating condition, and there is no evidence of acute or recent infarction and no abnormal post-contrast enhancement.

02/24/2023, Thuy Vu, MD / Radiology: The claimant presents for an MRI of the skull. The procedure showed no radiopaque foreign body.

04/28/2023, Michael Meadows, MD / Radiology: The claimant presents for an X-ray for LP. The procedure showed a successful lumbar puncture under fluoroscopy.

07/18/2023, Barrett Thomas, DO / Radiology: The claimant presents for an X-ray of the left knee. The procedure showed no acute findings, but it did show severe tricompartmental osteoarthritis.

08/02/2023, Pammela Poore, NP / Nurse Practitioner: The claimant presents for a follow-up visit. She complains of symptoms of fatigue, headache, brain fog, and SOB on exertion. It was noted that she has post-COVID SOB and fatigue, it was also noted that she gets SOB when doing activity, she does not have a history of asthma, but she reports getting SOB after one flight of stairs and with one block of walking. It was also noted that she follows a pulmonologist for her symptoms, the claimant also uses a CPAP and is compliant most of the time, and her SOB continues without improvement. She also noted that she feels tired all throughout the day. Her physical exam showed congestion and rhinorrhea. Her assessment showed post-Covid syndrome and post-Covid chronic fatigue.

08/03/2023, Pammela Poore, NP / Nurse Practitioner: A letter was issued noting that the claimant was seen for post-Covid care today for an evaluation.

08/07/2023, Dr. Jan Paul Dela Cruz, PT, DPT / Physical Therapist: The claimant presents for a PT recertification. Her PT diagnosis was chronic fatigue, generalized muscle weakness, and difficulty in walking. It was noted that she had a history of Covid in 2022 and later developed long-term Covid. It was also noted that she has had PT in the past but claimed that it only helped some. Her pain severity was noted to be 3/10. She also complained of decreased endurance with SOB limiting the claimant’s mobility and function. She reported that she is doing good. Her lower extremity functional scale score was 36/80, her physical exam showed increased thoracic kyphosis, abnormal posture, decreased lumbar lordosis, lack of proper heel strike/toe-off, 3+/5 in the BUE/BLE. Her assessment showed that she is voicing decreasing pain and is continuing to progress with strength, posture, and gait patterns.

08/16/2023, Dr. Ma. Paz Corazon Alana, PT, DPT / Physical Therapist: The claimant presents for a PT note. The claimant continues to report feeling good, she noted that her

pain is coming down, but she gets out of breath easily when she tries to walk longer distances. Her pulmonologist says she has scarring on her lungs from Covid. It was also noted that she uses an assistive device for mobility. Her assessment showed that the claimant is voicing mild pain and increased SOB when walking on land, she is also exhibiting improving strength and posture. It was also noted that she is tolerating ambulation in shallow water with an incline well with no adverse effects. It was also noted that her rehab potential was good.

08/24/2023, Taylor Spoo, NP / Nurse Practitioner: The claimant presents for a follow-up visit. Her chief complaint showed bariatric follow-up: RNY gastric Bypass. Her HPI showed that she is fatigued which is improving but has had decreased energy ever since her Covid injection, she also complained of occasional nausea managed with Zofran, and diarrhea with constipation managed with dietary changes. Her physical exam showed an abdominal hernia. Her assessment showed gastroesophageal reflux disease with esophagitis, a history of bariatric surgical procedures, and morbid obesity.

09/11/2023, Dr. Jan Paul Dela Cruz, PT, DPT / Physical Therapist: The claimant presents for a PT note. She reported that she is doing okay, she also noted that she is still tired from activity on Friday. She also noted that she is still having a lot of coughing and congestion with a little bit of pain. Her physical exam showed decreased cervical ROM, normal muscle tone in the BUE/BLE, and a wide-based gait. Her assessment showed abnormal MRI of the brain, chronic post-COVID syndrome, migraine without aura, abnormal gait due to impairment of balance, and cerebral ischemia.

09/20/2023, Dr. Jan Paul Dela Cruz, PT, DPT / Physical Therapist: The claimant presents for a PT note. She reported that she is having more pain in her left knee, she also noted that she is going to see an orthopedic surgeon about getting a knee replacement. She also noted that she is still having some issues. Her assessment showed that she is having mild pain in the lower back as well as increased pain in the left knee and is continuing to improve with postural awareness. Her SLS exercises were reduced due to increased pain in the left knee. She did not exhibit any episodes of SOB or coughing and did not require any rest breaks.

09/27/2023, Herman Botero, DO / Orthopedic Surgery: The claimant presents for an evaluation of the bilateral knee. It was noted that she has a BMI of 57 as well as symptoms of pain. It was noted that she is not a surgical candidate at this time due to her weight, she wished to proceed with bilateral knee intra-articular injection. She received a Lidocaine and Marcaine injection. She has also had imaging of the bilateral knees which showed advanced degenerative joint disease of the bilateral knees with complete bone-on-bone joint space loss, the study also showed peripheral osteophyte formation and sclerosis. Her assessment showed advanced degenerative joint disease of the bilateral knees and morbid obesity with a BMI of 57. Her physical exam showed decreased ROM in the bilateral knee and antalgic gait.

09/29/2023, Dr. Jan Paul Dela Cruz, PT, DPT / Physical Therapist: The claimant presents for a PT note. She noted that she is doing okay but the orthopedic surgeon opines that the

claimant needs a knee replacement, but she has to lose weight. She also continues to have pain in her bilateral knees. Her assessment showed that she is voicing moderate pain in her lower back and bilateral knees and is slowly progression with ROM, strength, stability, and postural awareness.

10/11/2023, Pammela Poore, NP / Nurse Practitioner: The claimant presents for a follow-up visit for post-COVID syndrome, chronic fatigue, and chronic dyspnea. She reports that she is still experiencing fatigue, SOB on exertion, brain fog, and headaches. It was also noted that she is currently taking an Albuterol inhaler 90mcg every 6 hours PRN. It was also noted that her oxygen saturation has never dropped below 90% with activity that she had documented. Her physical exam showed bilateral lower lobes and decreased air movement.

10/12/2023, Floyd Phillips, Jr., MD / Internal Medicine: The claimant presents for a follow-up visit for post-Covid. No changes were noted in her conditions or symptoms since her last visit. Her physical exam showed bilateral lower lobes and decreased air movement.

10/13/2023, Dr. Jan Paul Dela Cruz, PT, DPT / Physical Therapist: The claimant presents for a PT recertification. The claimant presents for a PT recertification. Her PT diagnosis was chronic fatigue, generalized muscle weakness, and difficulty in walking. It was noted that she had a history of Covid in 2022 and later developed long-term Covid. She also continues to follow specialists for chronic fatigue. Her lower extremity functional scale score was 36/80, her physical exam showed increased thoracic kyphosis, abnormal posture, decreased lumbar lordosis, lack of proper heel strike/toe-off, 3+/5 in the BUE/BLE. Her assessment showed that she is voicing decreasing pain and is continuing to progress with strength, posture, and gait patterns.

10/16/2023, Julia Pool, RD / Registered Dietitian: The claimant presents for a follow-up visit. for diet recheck. It was noted that there have been no changes in his diet/lifestyle.

10/23/2023, Amy Epling, APN / Advanced Practice Nurse: The claimant presents for a follow-up visit. She complained of heavy menstrual bleeding, she also stated that she had not had a period in 7 years, and she also stated that she thought she had gone through menopause already. She also stated that she is bleeding through a tampon and a pad about every 2 hours. Her assessment showed abnormal uterine as well as vaginal bleeding and menopausal and female climacteric states.

12/12/2023, Mohammad Hussain, MD / Internal Medicine: The claimant presents for a follow-up visit for headaches. She reported a headache severity of 10/10, her headaches have been ongoing for more than a week located in the frontal region. Her associated symptoms are nausea, sensitivity to light/sound, tingling, weakness, confusion, neck pain, neck stiffness, and fatigue. Her neurological symptoms include confusion, weakness, headaches, memory loss, muscle twitching, and difficulty with gait. Her assessment showed abnormal MRI of the brain, chronic post-COVID syndrome, migraine without aura, abnormal gait due to impairment of balance, and cerebral ischemia.

12/19/2023, Motej Bosnjak, APN / Advanced Practice Nurse: The claimant presents for a follow-up visit for right knee pain. She reported having a fall on 12/16/23 while opening the door to let her dog out. She sustained a fall onto her right knee, and she complains of pain with some weight-bearing while elevating gives her the most relief. Her radiographs revealed no acute bony abnormality or fracture; however, she does have extensive degenerative joint disease with complete loss of joint space to both of the patella as well as the medial and lateral aspects. Her physical exam showed that she does have a small area of ecchymosis over the anterior knee. She complains of pain in the inferior pole of the patella. Her assessment showed a right knee contusion.

12/26/2023, Kelsey Jenkins, NP / Nurse Practitioner: The claimant presents for a follow-up visit. She had a chief complaint of non-productive moderate constant cough of the chest since 12/24/23 exacerbated by deep breathing. She also reported associated symptoms of chills, headache, nasal discharge, sweats, sore throat, and congestion. Her physical exam showed mild erythema, rhinorrhea, and trace clear discharge. Her assessment showed a history of covid-19.

03/19/2024, Floyd Phillips, Jr., MD / Internal Medicine: A correspondence showed that the claimant has the functional capacity to sustain sitting for up to 3 hours, standing/walking for up to 0.5 hours, occasional lifting up to 10 lbs/fingering/reaching above the shoulders, no bending, it was noted that she has stamina/endurance issues, it was also noted that she has moderately severe pain, extreme fatigue. It was also noted that she continues with post-COVID fatigue, SOB with activity, and poor concentration, the claimant requires frequent daytime napping, and she is unsteady on her feet.

**DIAGNOSES:**

Primary Diagnosis: Post-COVID-19 condition, unspecified

Secondary Diagnosis: MDD, GAD, OCD

**RESPONSE TO QUESTIONS:**

1. **Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Post-COVID-19 condition- U09. 9
Fatigue- R53. 83
Bilateral knee osteoarthritis- M17. 0
Generalized muscle weakness
Right knee contusion

2. **If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

N/A.

3. **Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 07/28/2023 to - ongoing, and comment on the expected duration.**

Yes. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, the claimant has a supported level of impairment that translates into restrictions and limitations from - 07/28/2023 to - ongoing.

The claimant is a 55-year-old female with a medical history significant for post-COVID-19 condition, unspecified, MDD, GAD, OCD.

The claimant was seen on 8/2/23 by Pammela Poore, NP / Nurse Practitioner for a follow-up visit. She complains of symptoms of fatigue, headache, brain fog, and SOB on exertion. It was noted that she has post-COVID SOB and fatigue, it was also noted that she gets SOB when doing activity, she does not have a history of asthma, but she reports getting SOB after one flight of stairs and with one block of walking. It was also noted that she follows a pulmonologist for her symptoms, the claimant also uses a CPAP and is compliant most of the time, and her SOB continues without improvement. She also noted that she feels tired all throughout the day. Her physical exam showed congestion and rhinorrhea. Her assessment showed post-Covid syndrome and post-Covid chronic fatigue. Dr. Jan Paul Dela Cruz, PT, DPT / Physical Therapist saw her on 8/7/23 for a PT recertification. Her PT diagnosis was chronic fatigue, generalized muscle weakness, and difficulty in walking. It was noted that she had a history of Covid in 2022 and later developed long-term Covid. It was also noted that she has had PT in the past but claimed that it only helped some. Her pain severity was noted to be 3/10. She also complained of decreased endurance with SOB limiting the claimant's mobility and function. She reported that she is doing good. Her lower extremity functional scale score was 36/80, her physical exam showed increased thoracic kyphosis, abnormal posture, decreased lumbar lordosis, lack of proper heel strike/toe-off, 3+/5 in the BUE/BLE. Her assessment showed that she is voicing decreasing pain and is continuing to progress with strength, posture, and gait patterns. Dr. Ma. Paz Corazon Alana, PT, DPT / Physical Therapist saw her on 8/16/23 for a PT note. The claimant continues to report feeling good, she noted that her pain is coming down, but she gets out of breath easily when she tries to walk longer distances. Her pulmonologist says she has scarring on her lungs from Covid. It was also noted that she uses an assistive device for mobility. Her assessment showed that the claimant is voicing mild pain and increased SOB when walking on land, she is also exhibiting improving strength and posture. It was also noted that she is tolerating ambulation in shallow water with an incline well with no adverse effects. It was also noted that her rehab potential was good.

Taylor Spoo, NP / Nurse Practitioner saw the claimant on 8/24/23 for a follow-up visit. Her chief complaint showed bariatric follow-up: RNY gastric Bypass. Her HPI showed that she is fatigued which is improving but has had decreased energy ever since her

Covid injection, she also complained of occasional nausea managed with Zofran, and diarrhea with constipation managed with dietary changes. Her physical exam showed an abdominal hernia. Her assessment showed gastroesophageal reflux disease with esophagitis, a history of bariatric surgical procedures, and morbid obesity. Dr. Jan Paul Dela Cruz, PT, DPT / Physical Therapist saw her on 9/11/23 for a PT note. She reported that she is doing okay, she also noted that she is still tired from activity on Friday. She also noted that she is still having a lot of coughing and congestion with a little bit of pain. Her physical exam showed decreased cervical ROM, normal muscle tone in the BUE/BLE, and a wide-based gait. Her assessment showed abnormal MRI of the brain, chronic post-COVID syndrome, migraine without aura, abnormal gait due to impairment of balance, and cerebral ischemia. She was seen on 9/20/23 for a PT note. She reported that she is having more pain in her left knee, she also noted that she is going to see an orthopedic surgeon about getting a knee replacement. She also noted that she is still having some issues. Her assessment showed that she is having mild pain in the lower back as well as increased pain in the left knee and is continuing to improve with postural awareness. Her SLS exercises were reduced due to increased pain in the left knee. She did not exhibit any episodes of SOB or coughing and did not require any rest breaks.

Herman Botero, DO / Orthopedic Surgery saw the claimant on 9/27/23 for an evaluation of the bilateral knee. It was noted that she has a BMI of 57 as well as symptoms of pain. It was noted that she is not a surgical candidate at this time due to her weight, she wished to proceed with bilateral knee intra-articular injection. She received a Lidocaine and Marcaine injection. She has also had imaging of the bilateral knees which showed advanced degenerative joint disease of the bilateral knees with complete bone-on-bone joint space loss, the study also showed peripheral osteophyte formation and sclerosis. Her assessment showed advanced degenerative joint disease of the bilateral knees and morbid obesity with a BMI of 57. Her physical exam showed decreased ROM in the bilateral knee and antalgic gait. Dr. Jan Paul Dela Cruz, PT, DPT / Physical Therapist saw her on 9/29/23 for a PT note. She noted that she is doing okay but the orthopedic surgeon opines that the claimant needs a knee replacement, but she has to lose weight. She also continues to have pain in her bilateral knees. Her assessment showed that she is voicing moderate pain in her lower back and bilateral knees and is slowly progression with ROM, strength, stability, and postural awareness. Pammela Poore, NP / Nurse Practitioner saw her on 10/11/23 for a follow-up visit for post-COVID syndrome, chronic fatigue, and chronic dyspnea. She reports that she is still experiencing fatigue, SOB on exertion, brain fog, and headaches. It was also noted that she is currently taking an Albuterol inhaler 90mcg every 6 hours PRN. It was also noted that her oxygen saturation has never dropped below 90% with activity that she had documented. Her physical exam showed bilateral lower lobes and decreased air movement. Dr. Jan Paul Dela Cruz, PT, DPT / Physical Therapist saw her on 10/13/23 for a PT recertification. The claimant presents for a PT recertification. Her PT diagnosis was chronic fatigue, generalized muscle weakness, and difficulty in walking. It was noted that she had a history of Covid in 2022 and later developed long-term Covid. She also continues to follow specialists for chronic fatigue. Her lower extremity functional scale score was 36/80, her physical exam showed increased thoracic kyphosis, abnormal posture, decreased lumbar lordosis, lack of proper

heel strike/toe-off, 3+/5 in the BUE/BLE. Her assessment showed that she is voicing decreasing pain and is continuing to progress with strength, posture, and gait patterns.

Amy Epling, APN / Advanced Practice Nurse saw the claimant on 10/23/23 for a follow-up visit. She complained of heavy menstrual bleeding, she also stated that she had not had a period in 7 years, and she also stated that she thought she had gone through menopause already. She also stated that she is bleeding through a tampon and a pad about every 2 hours. Her assessment showed abnormal uterine as well as vaginal bleeding and menopausal and female climacteric states. Mohammad Hussain, MD / Internal Medicine saw her on 12/12/23 for a follow-up visit for headaches. She reported a headache severity of 10/10, her headaches have been ongoing for more than a week located in the frontal region. Her associated symptoms are nausea, sensitivity to light/sound, tingling, weakness, confusion, neck pain, neck stiffness, and fatigue. Her neurological symptoms include confusion, weakness, headaches, memory loss, muscle twitching, and difficulty with gait. Her assessment showed abnormal MRI of the brain, chronic post-COVID syndrome, migraine without aura, abnormal gait due to impairment of balance, and cerebral ischemia. Motej Bosnjak, APN / Advanced Practice Nurse saw her on 12.19/23 for a follow-up visit for right knee pain. She reported having a fall on 12/16/23 while opening the door to let her dog out. She sustained a fall onto her right knee, and she complains of pain with some weight-bearing while elevating gives her the most relief. Her radiographs revealed no acute bony abnormality or fracture; however, she does have extensive degenerative joint disease with complete loss of joint space to both of the patella as well as the medial and lateral aspects. Her physical exam showed that she does have a small area of ecchymosis over the anterior knee. She complains of pain in the inferior pole of the patella. Her assessment showed a right knee contusion. Kelsey Jenkins, NP / Nurse Practitioner saw her on 12/26/23 for a follow-up visit. She had a chief complaint of non-productive moderate constant cough of the chest since 12/24/23 exacerbated by deep breathing. She also reported associated symptoms of chills, headache, nasal discharge, sweats, sore throat, and congestion. Her physical exam showed mild erythema, rhinorrhea, and trace clear discharge. Her assessment showed a history of covid-19. Floyd Phillips, Jr., MD / Internal Medicine issued a correspondence on 3/19/24 noting that the claimant has the functional capacity to sustain sitting for up to 3 hours, standing/walking for up to 0.5 hours, occasional lifting up to 10 lbs/fingering/reaching above the shoulders, no bending, it was noted that she has stamina/endurance issues, it was also noted that she has moderately severe pain, extreme fatigue. It was also noted that she continues with post-COVID fatigue, SOB with activity, and poor concentration, the claimant requires frequent daytime napping, and she is unsteady on her feet.

The claimant has a history of Covid infection with ongoing post-COVID syndrome. Associated symptoms include SOB and chronic fatigue. She reported that she gets short of breath when doing activity, she does not have a history of asthma, but she reports getting SOB after one flight of stairs and with one block of walking. She follows pulmonology and she uses a CPAP. She also experienced congestion and rhinorrhea. She was seen by PT for chronic fatigue, generalized muscle weakness, and difficulty in walking. She also complained of decreased endurance with SOB limiting the claimant's

mobility and function. Her physical exam showed increased thoracic kyphosis, abnormal posture, decreased lumbar lordosis, lack of proper heel strike/toe-off, and 3+/5 in the BUE/BLE. Her lower extremity functional scale score was 36/80. Her pulmonologist says she has scarring on her lungs from Covid. It was also noted that she uses an assistive device for mobility. She was seen on 8/24/23 for an abdominal hernia and a bariatric follow-up: RNY gastric Bypass. The claimant also has a history of pain in the left knee which was also treated by PT. Her assessment showed that she is having mild pain in the lower back as well as increased pain in the left knee and is continuing to improve with postural awareness. The claimant also has a history of bilateral knee pain and morbid obesity which has also been treated by PT. She had imaging of the bilateral knee which showed severe degenerative changes in the joints. She also received a Lidocaine and Marcaine injection on 9/27/23. She continued to follow up for post-Covid symptoms of fatigue, SOB, and DOE, and she demonstrated bilateral lower lobes and decreased air movement. The claimant also has a history of neurologic conditions with her MRI of the brain showing cerebral ischemia. She has symptoms including headaches, nausea, neck pain, neck stiffness, fatigue, weakness, muscle twitching, and difficulty with gait. Her symptoms associated with headaches include nausea and sensitivity to light/sound. The claimant had a fall on 12/16/23 hurting her right knee exacerbating her ongoing issues in the bilateral knee. Her radiographs revealed no acute bony abnormality or fracture; however, she does have extensive degenerative joint disease with complete loss of joint space to both of the patella as well as the medial and lateral aspects. The sum of the findings revealed that the claimant has functional deficits secondary to post-COVID symptoms including SOB, DOE, fatigue, and generalized muscle weakness. She also has functional deficits secondary to bilateral knee pain and right knee contusion that warrant the placement of restrictions and limitations within the period of review.

Sitting: Unrestricted
Standing: Occasionally
Walking: Occasionally
Lifting: Occasionally, up to 10 lbs. BUE
Carrying: Occasionally, up to 10 lbs. BUE
Pushing: Occasionally, up to 10 lbs. BUE
Pulling: Occasionally, up to 10 lbs. BUE
Climbing stairs: Occasionally with an assistive device as needed
Balancing: Occasionally
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Crawling: Occasionally
Reaching: Occasionally overhead and below the waist BUE; Unrestricted to desk level, BUE
Use lower extremities for foot control: Occasionally BLE
Fine manipulation: Unrestricted BUE
Simple and firm grasping: Unrestricted BUE

The above-recommended restrictions and limitations are indicated from - 07/28/2023 to - ongoing with reassessment on or around 07/30/24.

4. **Do medical records support any Restrictions and Limitations that were recommended by treating providers for the timeframes in question?**

03/19/2024, Floyd Phillips, Jr., MD / Internal Medicine: A correspondence showed that the claimant has the functional capacity to sustain sitting for up to 3 hours, standing/walking for up to 0.5 hours, occasional lifting up to 10 lbs/fingering/reaching above the shoulders, no bending, it was noted that she has stamina/endurance issues, it was also noted that she has moderately severe pain, extreme fatigue. It was also noted that she continues with post-COVID fatigue, SOB with activity, and poor concentration, the claimant requires frequent daytime napping, and she is unsteady on her feet.

No, the medical records do not support the restrictions and limitations that were recommended by treating providers for the timeframes in question.

Despite the claimant's significant limitations secondary to the use of the bilateral lower extremities evidenced in the medical records revealing severe degenerative changes in the joints of the bilateral knees, generalized weakness, and symptoms of the post-COVID syndrome, she has unrestricted functional capacity with her bilateral upper extremity. Despite noting 3+/5 strength in the BUE, she had no complaints with fingering and grip strength. She also has no function deficits that would preclude her from continuous sitting within the period of review.

5. **Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

6. **Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts child or elder care issues, or legal issues) that may adversely impact work?**

No, there are no non-medical circumstances identified in the medical records (e.g. workplace conflicts child or elder care issues, or legal issues) that may adversely impact work.

7. **Does the medical evidence support any side effects from the prescribed medications for the time frames noted above? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

No, the medical evidence does not support any side effects from the prescribed medications for the time frames noted above.

Sincerely,

**Mahdy Flores, DO**
**ABMS Board Certification Family Medicine**
**ABMS Board Certification Occupational Medicine**
**Medical License Number CA 11663**

Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Sabrina Guerrero
Claim Number: 12827197
Case Number: 264497-2

"I, Mahdy A Flores, DO, am a physician duly licensed to practice medicine in the State of ______CA_________. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered
- All opinions are rendered within a reasonable degree of medical certainty

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

4/22/2024
_______________________________________________________________________
Signature of Physician Date

Medical/Professional License # **CA 11663**

**Lincoln/Guerrero 0144**

**From:**Jean, Sabrina <Sabrina.Jean@genexservices.com>
**Sent:**Mon, 22 Apr 2024 15:28:07 +0000
**To:**VendorReferrals
**Subject:**S. Guerrero Claim #12827197
**Attachments:**Peer Review Report.pdf, Invoice.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good afternoon,

Attached is the Peer Review and invoice for the above referenced claimant. If we can further assist you with this file, please don't hesitate to give us a call.

Thanks for the referral.


**Sabrina Jean**
*Quality Assurance Coordinator*
*Boca Raton, FL*
ECN, a division of Genex Services
**T**: 424.246.9764 | **F**: 561.392.5881


urac®
ACCREDITED
Independent Medical Examinations
Expires 04/01/2024

**Access our portal at View My Cases**


All email communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender above. Please note the following from the HIPAA Privacy Rule Standards: "A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault." See 45 CFR 164.512(I).

The information and any attachments contained in this email are confidential and proprietary, and may be protected under the law, including federal and state privacy laws. The information

and attachments are intended solely for use by the individual or entity to whom this email is addressed. If you are not the intended recipient, you are notified that any use, dissemination, forwarding, or copying of this information or attachments is strictly prohibited. If you received this email in error, please notify the sender immediately and delete all copies of this email. Thank you.

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 226255**

**Date** **4/22/2024**

***Bill To:***

**Sarah Boyle**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

**Claim #** 12827197
**Date of Loss:** 2/26/2022
**ECN #** 264497-2
**Account #**

**Claimant** Sabrina Guerrero

| | | |
|---|---|---|
| 4/11/2024 | Peer Review - Long Term Disability: Service<br>Provider: Mahdy A Flores, DO<br>Specialty: Family Medicine/Occupational Medicine | $1426.50 |
| | **SubTotal** | $1426.50 |
| | **Final Invoice Total** | $1426.50 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

MCMAHEN LAW FIRM, LLC
700 S. THORNTON AVE
PO BOX 1607
DALTON GA 30722

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

April 19, 2024

McMahen Law Firm, LLC
700 S. THORNTON AVE
PO BOX 1607
DALTON, GA 30722

RE: Long Term Disability (LTD) Benefits
Gentiva Health Services, LLC
Claim #: 12827197
Claimant: Sabrina Guerrero

To Whom It May Concern:

Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under the Gentiva Health Services, LLC LTD Policy. We are writing in reference to Sabrina Guerrero's claim for LTD benefits under the Policy.

We received your request for a copy Ms. Guerrero's complete LTD claim file.

A OneDrive link with a complete copy of Ms. Guerrero's LTD file will be sent under separate cover.

This includes if any, all inter office memoranda, notes, reports, communications or documents used in the analysis of claimant's claims for benefits; any and all correspondence between Lincoln and any third party regarding the claimant; all emails discussing the claimant's claim; correspondence of every kind relating to the claim, including those to record reviewers and doctors selected to evaluate the claimant; any and all financial analysis, notes or reports in the file; any vocational assessment reports, labor market analysis reports, or vocational reports regarding the claimant's occupation or any occupation; CV of all doctors and other professionals who evaluated the claimant; documentation of any payments made by Lincoln to any doctors that reviewed the claimant's medical records; medical reports and/or record reviews completed by or at the request of Lincoln; copies of medical records summaries completed; and any other document, reports, communications or information used to review the claimant's claim for disability benefits including the LTD Policy under which she is covered. There was no surveillance obtained on Ms. Guerrero. Phone recordings are for quality assurance purposes only, and not made part of the claim file.

We do not provide CVs of any internal Lincoln staff; including nurses, disability case managers, claim managers, or internal vocational consultants.

The vocational consultant's credentials are on his/her report. Each nurse is a graduate of an accredited nursing school and is required to maintain a current registered nurse license in their state of residence or as required by law. Additionally, our nurses attend clinical seminars and conferences on an ongoing basis to maintain additional certifications such as Certified Rehabilitation Registered Nurse (C.R.R.N.), Certified Disability Management Specialist (C.D.M.S.) and Certified Case Manager (C.C.M.).

Your request for copies of other Plan documents such as the SPD, certificate of insurance, and the date on which the actual contents of the policy coverage was made available to plan participants must be properly directed by you to the Plan Administrator, Charter Communications. We must defer to Ms. Guerrero's employer to provide you with the date the policy or the Summary Plan Description available to their employees.

With regards to your request for internal guidelines, document retention policy, training materials and other statements of policy or guidance Lincoln disagrees with your interpretation of our disclosure obligations under ERISA and we decline your request for this type of information. Lincoln adheres to all ERISA regulations and procedural requirements. No internal claims and/or appeal administration guidelines and/or protocols, medical literature, or training materials were used to make this claim determination.

Any LTD benefits will be paid by Lincoln Financial Group, the monthly gross LTD benefit amount is outlined in the policy.

Ms. Guerrero's LTD claim is currently closed, pending an appeal determination.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sarah Boyle
Claims Resolution Specialist
Phone No.: (800) 210-0268 Ext. 16117
Secure Fax No.: (603) 334-0401

**********************
*** FAX TX REPORT ***
**********************

TRANSMISSION OK

| | |
|---|---|
| JOB NO. | 2998 |
| DESTINATION ADDRESS | 16033340380 |
| SUBADDRESS | |
| DESTINATION ID | |
| ST. TIME | 03/07 11:36 |
| TX/RX TIME | 02'26 |
| PGS. | 9 |
| RESULT | OK |

2nd Request


MCMAHAN LAW FIRM, LLC

*Fighting for the Injured and Disabled*

700 S. Thornton Avenue
P.O. Box 1607
Dalton, GA 30722
706-217-6118 • Fax 706-217-6880

**Barton C. Solomon**
Licensed Georgia and Tennessee
csolomon@mcmahanfirm.com

**D. Seth Holliday**
Licensed Georgia, Tennessee and Illinois
sholliday@mcmahanfirm.com

**Dakota Tankersley**
Licensed Georgia
dtankersley@mcmahanfirm.com


March 6, 2024

VIA FAX 603-334-0380

Ashley Moultire
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68103-2578

Re: Sabrina Guerrero
Claim No. 12827197

Dear Sir or Madam:

I represent Sabrina Guerrero in her claim for Long Term Disability (LTD) benefits under the Group Policy held by Gentiva Health Services, LLC. Pursuant to my contract with Ms. Guerrero and the fact that she is now represented by counsel, I would appreciate any further correspondence or communication regarding this claim be made through my office. This includes any disbursements of any funds, whether from a settlement or otherwise.

Also, this letter serves as your notice that any prior releases signed by my client to obtain medical records, medical information, personal information, or other information of any kind are hereby revoked to the extent that such authorization allows you to contact any sources of information in any manner other than by writing. You may continue to use the previously signed releases or authorizations to obtain records and reports in writing, or by telephone conference arranged through our office and electronically recorded so as to be made part of the record. Any

Barton C. Solomon
Licensed Georgia and Tennessee
bsolomon@mcmahanfirm.com

D. Seth Holliday
Licensed Georgia, Tennessee and Illinois
sholliday@mcmahanfirm.com

# McMAHAN LAW FIRM, LLC

*Fighting for the Injured and Disabled*

700 S. Thornton Avenue
P.O. Box 1607
Dalton, GA 30722
706-217-6118 • Fax 706-217-6880

Dakota Tankersley
Licensed Georgia
dtankersley@mcmahanfirm.com

March 6, 2024

VIA FAX 603-334-0380

Ashley Moultire
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68103-2578

Re: Sabrina Guerrero
Claim No. 12827197

Dear Sir or Madam:

I represent Sabrina Guerrero in her claim for Long Term Disability (LTD) benefits under the Group Policy held by Gentiva Health Services, LLC. Pursuant to my contract with Ms. Guerrero and the fact that she is now represented by counsel, I would appreciate any further correspondence or communication regarding this claim be made through my office. This includes any disbursements of any funds, whether from a settlement or otherwise.

Also, this letter serves as your notice that any prior releases signed by my client to obtain medical records, medical information, personal information, or other information of any kind are hereby revoked to the extent that such authorization allows you to contact any sources of information in any manner other than by writing. You may continue to use the previously signed releases or authorizations to obtain records and reports in writing, or by telephone conference arranged through our office and electronically recorded so as to be made part of the record. Any other direct communication outside of a writing will be considered an invasion of my client's privacy.

At this time, I request the following information pertaining to this claim:

1. Please provide a copy of the entire claim file, including but not limited to:

a) any document, record or other information that was relied upon in making the benefit determination;

b) any document, record or other information that was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination;

c) any document, record or other information that demonstrates compliance with the administrative processes and safeguards required pursuant to 29 C.F.R. §2560.503-1(b)(5) in making the benefit determination; specifically any evidence or document that shows the claim procedures contain administrative processes and safeguards designed to ensure and to verify that benefit claim determinations are made in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants;

d) any document, record or other information that constitutes a statement of policy or guidance with respect to the plan concerning the denied benefit for the claimant, without regard to whether such advice or statement was relied upon in making the benefit determination;

e) any documents, reports or memorandums generated by any of the medical advisors as well as any medical text, treatises or other sources of general medical information;

f) the names and qualifications of the medical and vocational experts whose advice was obtained on behalf of the plan without regard to whether their opinion was relied upon in making the benefit determination;

g) any internal memorandum, e-mail or other similar documents generated in the course of making the benefit determination without regard to whether they were relied upon in making the benefit determination.

h) if an internal rule, guideline, protocol, or other similar criterion was relied upon in making the adverse determination, either the specific rule, guideline, protocol, or other similar criterion.

i) if any recordings have been made relative to this claim in any way, please provide complete audio copies or these tapes.

2. Please provide us a copy of any claims manuals, procedures, policies or any other internal guidelines regardless of whether they were used in this case.

3. Please provide a complete copy of the Long Term Disability Policy and Summary Plan Description.

4. Please provide the date on which the actual contents of the policy coverage or the Summary Plan Description was made available to plan participants.

5. Please provide a copy of the contract for Long Term Disability coverage between you and Gentiva Health Services, LLC.

6. Please provide the name of the employee benefit plan.

7. Please provide the name and address of the Plan Administrator.

8. Please provide the name and address of the registered agent for service of process for both the plan and the Plan Administrator.

9. Please state whether the funds for any potential benefits paid under this plan will be paid by the insurance company, by the employer, or by some other party.

10. Please state the amount of monthly benefits Ms. Guerrero will receive if a favorable determination is made.

11. Please state whether the money deducted from Ms. Guerrero's paycheck for her portion of the premium for the coverage in question was pre-tax or after-tax dollars;

12. If this plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to this claimant.

13. Please provide me with the status of this claim.

14. Please provide the last date on which the claimant can bring a legal action on this claim.

Please be advised that we intend to send you send you information and documents electronically unless you specify otherwise.

We ask that you preserve any documents relative to the claim, as well as copies of any electronic documents, E-mails or computer data, and also any audio or video recordings relative to this case.

Enclosed is a release authorization signed by our client authorizing you to provide the above information as well as a release authorization signed by our client giving permission for you to send any back benefits and future benefits to my office.

**You have an affirmative, legal, and fiduciary duty to provide the information requested. Pursuant to ERISA § 502(c), 29 USC §1132(c), documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days after the request or the plan administrator can be held personally liable for a failure or refusal to comply with this regulation with a maximum penalty of $110.00 per day.**

If you would like to discuss this claim or have any questions, please do not hesitate to contact my office.

Sincerely,

D. Seth Holliday

D. Seth Holliday

DSH/jh

Enclosure

**NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS**

**RE:** Sabrina Guerrero **SSN:**

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained D. Seth Holliday and McMahan Law Firm, LLC, as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that McMahan Law Firm, LLC, are properly paid under the legal service contract, I hereby agree that McMahan Law Firm, LLC, are granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys:

McMahan Law Firm, LLC
700 S. Thornton Avenue
Dalton, GA 30722

This direction shall remain valid until McMahan Law Firm, LLC, notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to McMahan Law Firm, LLC, (to include D. Seth Holliday) to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to D. Seth Holliday and McMahan Law Firm, LLC.

Sabrina Guerrero (signature)    02 / 05 / 2024

Signature    Date

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by McMahan Law Firm, LLC,

By: D. Seth Holliday (signature)

Doc ID: 7c839052e24227d1391b30794aefdfdb86835e64

**LIMITED POWER OF ATTORNEY**

I, Sabrina Guerrero , hereby constitute and appoint, **D. Seth Holliday,** as my attorney at law and in fact, with the limited authority to act as my attorney-in-fact solely with respect to my claim for disability insurance, long-term disability benefits, health insurance, life insurance, pension benefits or other employee benefits or insurance benefits. By this document I give my attorney-in-fact the authority to collect any and all documents related to my claim, the authority to collect any benefits or payments, and the authority to execute any documents necessary to prosecute my case. Specifically, I assign my benefits to McMahan Law Firm, LLC, (who has a property interest therein) solely to the extent of the attorneys fees and costs I owe him, and further, I request that any payment of benefits be made to me or my attorney-in-fact, McMahan Law Firm, LLC at the following address:

McMahan Law Firm, LLC
700 S. Thornton Avenue
Dalton, GA 30722

I also authorize and empower said attorney to endorse and affix a facsimile of my signature to documents of settlement, release, payment, or papers whatsoever expedient to the prosecution or settlement of my case. Provided however, my attorney in fact shall not approve any settlement or release on my behalf without my prior written approval in each instance. In the event of payment or payments under my case, he shall cause the proceeds thereof to become deposited into his IOLTA trust account and to make payment there from, after deduction of attorney's fees and advance expenses, and within ten (10) business days to disburse the balance of the proceeds to me. Upon my request, my attorney in fact shall promptly provide me with copies of any and all documents executed by him or on my behalf pursuant to this limited power of attorney.

This authority is valid indefinitely until revoked by me in writing at any time in the future.

This day of____________________.

________________________
Signature

STATE OF __________________
COUNTY OF _________________

On this_____day of_________________, 20____, personally appeared_________________, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who acknowledged that he/she executed this document as his/her own free act and deed for the purposes therein contained.

________________________
NOTARY PUBLIC

My Commission Expires: _________________

Doc ID: 7c839052e24227d1391b30794aefdfdb66835e64

**ELECTRONIC MEDICAL RECORDS RELEASE AUTHORIZATION**

I hereby request that Lincoln release electronic copies of my medical records pursuant to the Heath Information Technology for Economic and Clinical Health Act (HITECH Act) to my attorney, McMahan Law Firm, LLC. Please email my records to my attorney's address listed below. Or, if unable to email the electronic records, please mail a CD or a flash drive of my records to my attorney's address as listed below. If there is a fee of more than **$50.00** please send an invoice in advance to my attorney's office.

Please email the records to: ylopez@mcmahanfirm.com

**OR**

Please mail a CD or a flash drive of my records to:

McMahan Law Firm, LLC
P.O. Box 1607
Dalton, GA 30722

Patients' Name: Sabrina Guerrero

Patient's Social Security Number: ____________

DOB: ____________

Name of Physician/Facility: Lincoln
Address: ____________

**Patient or Authorized Representative's Signature:** [signature]

**Date:** 3-6-24 **Relationship to Patient:** ____________

**A PHOTOSTATIC OF THIS AUTHORIZATION SHALL BECONSIDERED AS VALID AS THE ORIGINAL**

Doc ID: 7c839052e24227d1391b30794aefdfdb86835e64

## RELEASE AUTHORIZATION

To: Lincoln

Dear________________________,

I have retained McMahan Law Firm, LLC, to act on my behalf. Please furnish any information requested by McMahan Law Firm, LLC, or its employees. I intend this form to be a broad waiver to allow McMahan Law Firm, LLC, access to any information that his employees may find helpful in my case. This release is valid for employment records, school records, medical records of all kinds relating to all physical and or/mental health problems, hospital/clinic records, insurance records, government records, records about my worker's compensation case, records held by any organization or other person or any other information about me that is requested by McMahan Law Firm, LLC.

Sabrina Guerrero (signature)
Signature

Social Security Number

Sabrina Guerrero
Name

3-6-24
Date

**A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL**

Doc ID: 7c839052e24227d1391b30794aefdfdb86835e64

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Requested By: Shelley Plaisted
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(603) 200-6750 x99999
Fax: (866) 841-1415

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: VendorReferrals@lfg.com**

| | | | |
|---|---|---|---|
| Customer Name: | GENTIVA | Date Sent: | 4/10/2024 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | SABRINA GUERRERO | Claim #: | 12827197 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 2/26/2022 |
| Zip: | | Primary Diagnosis: | Post COVID-19 condition, unspecified |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | General Psychiatry | Physician: Phone/Fax | See Contacts in Questions |

Referral Questions:

Vendor Chosen: Exam Coordinators - ECN

Claimant Name: SABRINA GUERRERO

# Lincoln Financial Group - Independent Evaluation

## Peer Review

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.
2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.
3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 07/28/2023 to - ongoing, and comment on the expected duration.
4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?
5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?
6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?
7. Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information:

Name: Tennova Bariartic Surgery
Phone Number: 1 (865) 218 7011 ex -----
Fax Number: (865) 218-7109
Name: Dr. Flloyd Phillips, Primary Care
Phone Number: 1 (423) 839 2120 ex -----
Fax Number: (423) 839-2125
Name: Pamela Poore, NP, post-COVID Clinic
Phone Number: 1 (423) 578 8400 ex -----
Fax Number: (423) 578-8403
Name: Dr. Greg Moffitt, Endocrinology
Phone Number: 1 (865) 637 8812 ex -----
Fax Number: (865) 637-8865
Name: Lifestance Health, Counseling
Phone Number: 1 (865) 588 3173 ex -----
Fax Number: (865) 312-6442
Additional Questions
Other - Additional providers: Dr. Arvo Kanna, Neurology ph: (423) 613-6379, fx: (423) 613-6380 Dr. Mohammad Hussain, Neurosurgery ph: (865) 475-9062, fx: (865) 475-9063 Dr. Mandeep Bakshi, Pulmonology/sleep Medicine ph: (423) 798-8052 fx: (423) 798-8055
Other - Does the medical evidence support any side effects from the prescribed medications for the time frames noted above? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.
Other - File cannot be reviewed by: Gregory Schwaid, DO, MPH, FAOCOPM, Rafael Y. Lefkowitz, MD MPH FACOEM

Instructions For Vendor:

Claimant Name: SABRINA GUERRERO

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Please assign to a board certified, preferably university affiliated provider.
Questions or issues with this referral should be directed to: Sarah.Boyle@lfg.com
Medical / Surgical Condition: post-covid, MDD, GAD, OCD

Attorney Information (if applicable):

Claimant Name: SABRINA GUERRERO

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Requested By: Shelley Plaisted
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(603) 200-6750 x99999
Fax: (866) 841-1415

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: VendorReferrals@lfg.com**

| | | | |
|---|---|---|---|
| Customer Name: | GENTIVA | Date Sent: | 4/10/2024 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | SABRINA GUERRERO | Claim #: | 12827197 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 2/26/2022 |
| Zip: | | Primary Diagnosis: | Post COVID-19 condition, unspecified |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | Other | Physician: Phone/Fax | See Contacts in Questions |

Referral Questions:

Vendor Chosen: Exam Coordinators - ECN

Claimant Name: SABRINA GUERRERO

**Lincoln/Guerrero 0163**

# Lincoln Financial Group - Independent Evaluation

## Peer Review

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.
2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.
3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 07/28/2023 to - ongoing, and comment on the expected duration.
4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?
5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?
6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?
7. Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information:

Name: Tennova Bariatric Surgery
Phone Number: 1 (865) 218 7011 ex -----
Fax Number: (865) 218-7109
Name: Dr. Floyd Phillips, Internal Med
Phone Number: 1 (423) 839 2120 ex -----
Fax Number: (423) 839-2125
Name: Pamela Poore, NP, COVIC Clinic
Phone Number: 1 (423) 578 8400 ex -----
Fax Number: (423) 578-8403
Name: Dr. Greg Moffitt, Endocrinology
Phone Number: 1 (865) 637 8812 ex -----
Fax Number: (865) 637-8865
Name: Lifestance Health, Counseling
Phone Number: 1 (865) 588 3173 ex -----
Fax Number: (865) 312-6442

Additional Questions

Other - Additional providers: Dr. Arvo Kanna, Neurology ph: (423) 613-6379, fx: (423) 613-6380 Dr. Mohammad Hussain, Neurosurgery ph: (865) 475-9062, fx: (865) 475-9063 Dr. Mandeep Bakshi, Pulmonology/sleep Medicine ph: (423) 798-8052 fx: (423) 798-8055

Other - Does the medical evidence support any side effects from the prescribed medications for the time frames noted above? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.

Other - File cannot be reviewed by: Gregory Schwaid, DO, MPH, FAOCOPM, Rafael Y. Lefkowitz, MD MPH FACOEM

Instructions For Vendor:

Claimant Name: SABRINA GUERRERO

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Please assign to a board certified, preferably university affiliated provider.
Questions or issues with this referral should be directed to: Sarah.Boyle@lfg.com
Medical / Surgical Condition: post-COVID, MDD, GAD, OCD

Specialty: Please assign to dual certified Internal Medicine/ Occupational Medicine

Attorney Information (if applicable):

Claimant Name: SABRINA GUERRERO

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | April 9, 2024 |
| To: | MCMAHEN LAW FIRM, LLC<br>700 S. THORNTON AVE<br>PO BOX 1607<br>DALTON GA 30722 |
| Attn: | |
| Fax: | (706) 217-6880 |
| From: | Sarah Boyle<br>Claims Resolution Specialist<br>Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Gentiva Health Services, LLC | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

April 9, 2024

McMahen Law Firm, LLC
700 S. THORNTON AVE
PO BOX 1607
DALTON, GA 30722

RE: Long Term Disability (LTD) Benefits
Gentiva Health Services, LLC
Claim #: 12827197
Claimant: Sabrina Guerrero

To Whom It May Concern:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Gentiva Health Services, LLC Group Disability Policy. We are writing in reference to Ms. Guerrero's claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on Ms. Guerrero's LTD claim on April 1, 2024.

We understand this is all of the information you intend to submit for our consideration of your LTD appeal. Consequently, Ms. Guerrero's file has been forwarded to Lincoln's Claims Resolution Services for a full, and fair review.

I will be your dedicated Claims Resolution Specialist. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 16117. You may also contact me via fax as listed below or via email to DisabilityDocuments@lfg.com.

To assist us in evaluating Ms. Guerrero's eligibility for benefits we have referred her file for a medical review and assessment. We anticipate a response from the review in approximately 30 days. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of Ms. Guerrero's eligibility for benefits under the terms of the Policy.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We

will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sarah Boyle
Claims Resolution Specialist
Phone No.: (800) 210-0268 Ext. 16117
Secure Fax No.: (603) 334-0401

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **CHARLOTTE**

Office: 587 | Manager: HAERTJENS, BRITTANY | Case Mgr: MOULTRIE, ASHLEY

Claimant Name: SABRINA GUERRERO | Claim #: 12827197

Occupation (Job Title): SOCIAL WORKER | Date Sent: 4/3/2024

Diagnosis: U09.9 Post COVID-19 condition, unspecified,

Date of Disability: 2/26/2022 | Date Benefits Began: 5/28/2022

Maximum Duration: 3/9/2036 | Paid Through: 7/27/2023

Date of Denial or (DB451): 7/27/2023 | Date Appeal Received: 4/1/2024

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: GENTIVA

Product: LTD | Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

Gentiva

ER Contact Addresses (including email address):

leavemanagement@curohs.com

Phone No.: | FAX No.:

Account Specific or Unique Contract Issues / Additional Info:

Social Security Administration
# Retirement, Survivors, and Disability Insurance
Important Information

BNC#: 23B1607B06981

SABRINA GUERRERO

## Your 2024 Social Security Cost of Living Adjustment

Your Social Security benefit will increase by **3.2%** in 2024 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

| **How Much You Will Get** | |
|---|---|
| Your monthly benefit before deductions<br>**Deductions:** | $2,166.00 |
| Medicare Medical Insurance<br>(If you did not have Medicare as of November 16, 2023 or if someone else pays your premium, we show $0.00) | -$0.00 |
| Medicare Prescription Drug Plan<br>(We will notify you if the amount changes in 2024. If you did not elect withholding as of November 1, 2023, we show $0.00) | -$0.00 |
| U.S. Federal tax withholding | -$0.00 |
| Voluntary Federal tax withholding<br>(If you did not elect voluntary tax withholding as of November 16, 2023, we show $0.00) | -$0.00 |
| After we take any other deductions, you will receive the payment you are due for December 2023 on or about **January 10, 2024**. | **$2,166.00** |

The information above shows your monthly benefit amount before and after deductions. Please remember, we will pay you in the month following the month for which it is due.

If you still get a paper check, you must visit the Department of the Treasury's website at www.godirect.gov to request electronic payments.

See Next Page

If you disagree with any of these amounts, you must file an appeal with us in writing within 60 days from the date you get this letter. We will assume you got this letter 5 days after the date of the letter, unless you show us that you did not get it within the 5-day period. You must have good reason for waiting more than 60 days to file an appeal. You can go to www.ssa.gov/non-medical/appeal to complete and submit the "Request for Reconsideration" form, SSA-561-U2 online. You may also contact us by phone to request the form or go to our website at www.ssa.gov/forms to locate the form. If you need help with the form, please call us.

## Need more help?

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-866-331-9091**.

SOCIAL SECURITY
9031 CROSS PARK DR
KNOXVILLE TN 37923

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

## If You Work Or Want To Return To Work

We have a free and voluntary program called *Ticket to Work* that helps people who get disability benefits go to work. If you participate in this program, we may set aside review of your medical condition. Special rules may allow you to keep your Medicare or Medicaid and some or all of your disability benefits during your transition to work. Over time, you can replace your benefit payments with earnings from work. Please visit www.choosework.ssa.gov to find service providers who will explain how work will affect your benefits and help you find, prepare for, and keep a job. For more information, contact the *Ticket to Work* Help Line at **1-866-968-7842** (TTY **1-866-833-2967**).

If you receive disability benefits, you must call us right away at **1-800-772-1213** (TTY **1-800-325-0778**) and tell us if you start or return to work. When you get Supplemental Security Income, you must also tell us each month if there are changes in the amount of your earnings. If you do not report your earnings and get paid too much, you may have to repay benefits received. When you report your earnings, we will give you a receipt to verify your report. Keep this receipt with your other important papers from us. To learn more, visit www.ssa.gov/pubs/EN-05-10095.pdf and read *Working While Disabled: How We Can Help* (Publication No. 05-10095). For information on employment support programs, visit www.ssa.gov/redbook and read *The Red Book - A Guide to Work Incentives and Employment Supports for People Who Have a Disability Under the Social Security Disability Insurance (SSDI) and Supplemental Security Income (SSI) Programs* (Publication No. 64-030).

## Easy Ways To Report Wages

You may be able to report wages using the "myWageReport" tool. This tool lets you report wages securely online using a computer, tablet, or smartphone through your *my* Social Security account. Go to www.ssa.gov/myaccount to sign in or create your account.

To find out if you can use our automated service, please contact us.

## If You Receive A Pension From Employment Not Covered By Social Security

Please let us know right away if you start receiving a retirement or disability pension for work in which you did not pay Social Security taxes. If you receive spouse's or surviving spouse's benefits, you must also report any changes to the pension you already receive.

## If You Receive Workers' Compensation Or Public Disability Benefits

Please let us know right away about any changes to your workers' compensation or public disability benefit payments or lump sum awards. You must also report any new payments you receive.

## *my* Social Security Online Services

Your personal *my* Social Security account gives you immediate access to important information and tools, putting you in control of your time. If you have an account, you can check your benefits, change your address or telephone number, start or change direct deposit, get a replacement Medicare card, and get a benefit verification letter. You can also choose to opt out of mailed notices for those available online. Please visit www.ssa.gov/myaccount to sign in or create your account.

## Life Changes May Affect Your Benefits

Certain life changes may affect your eligibility for benefits. It is important to tell us if you marry, divorce, or your spouse or ex-spouse dies. If you have a child or stepchild who gets benefits on your record and no longer lives with you, please let us know. Visit www.ssa.gov/potentialentitlement to find out more.

## Suspect Social Security Fraud?

If you suspect Social Security fraud, please visit https://oig.ssa.gov/report or call the Inspector General's Fraud Hotline at **1-800-269-0271** (TTY **1-866-501-2101**).

## Help Prevent Identity Theft

Be aware of scams through the mail, internet, telephone, or in person. You should be careful when someone asks for personal information like your Social Security number. Please visit www.usa.gov/identity-theft to find out more.

## Medicare Information

- To learn about Medicare eligibility or to apply, visit www.ssa.gov/medicare or call Social Security at **1-800-772-1213** (TTY **1-800-325-0778**).
- If you do not sign up for Medicare Part B (Medical Insurance) when you are first eligible, or if you cancel Part B and then get it later, you may have to pay a late enrollment penalty for as long as you have Part B.
- You can choose how you get your Medicare coverage - Original Medicare and Medicare Advantage. Visit www.medicare.gov for more information.
- For questions about Medicare coverage and billing, visit www.medicare.gov or call **1-800-MEDICARE** (**1-800-633-4227**) (TTY **1-877-486-2048**).
- Starting January 1, 2024, the Inflation Reduction Act will expand the Extra Help Program. New Extra Help income and resource limits will help people with Medicare qualify for more prescription drug savings. To get Extra Help, apply online at www.ssa.gov/medicare/part-d-extra-help or call Social Security at **1-800-772-1213** (TTY **1-800-325-0778**).
- The Medicare Savings Programs may help pay for Medicare premiums and other out-of-pocket costs for people with limited income and resources. You can start the application process when you apply for Extra Help or you can contact your state or local medical assistance (Medicaid) office. Visit www.medicare.gov/medicare-savings-programs to get information on how to contact your state.

## Need Health Insurance Or Know Someone Who Does?

Visit www.healthcare.gov or call **1-800-318-2596** (TTY **1-855-889-4325**) to learn more.

## Other Help For Older Adults and People with Disabilities

The Administration for Community Living offers older adults and people with disabilities a way to connect to a variety of community services and resources.

**For Older Adults:** Eldercare Locator at **1-800-677-1116** or www.eldercare.acl.gov
**For People with Disabilities:** Disability Information and Access Line (DIAL) at **1-888-677-1199** or www.acl.gov/DIAL

*Social Security Administration*

Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Southeastern Program Service Center
1200 Rev. Abraham Woods, Jr. Blvd.
Birmingham, AL 35285-0001
Date: September 26, 2023
BNC#: 23MS536A43905-HA

*03014TEPO02848* 0000411 0000000100

0000411 00010404 3 MB 0.561 0922M3MCS3PI T72 P7
SABRINA GUERRERO

You are entitled to monthly disability benefits beginning August 2022.

## The Date You Became Disabled

We found that you became disabled under our rules on February 26, 2022.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is August 2022.

## What We Will Pay And When

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $19,945.50 around September 27, 2023.
- This is the money you are due for August 2022 through August 2023.
- Your next payment of $2,099.00, which is for September 2023, will be received on or about the second Wednesday of October 2023.
- After that you will receive $2,099.00 on or about the second Wednesday of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.
- Later in this letter, we will show you how we figured these amounts.

Enclosure(s):
Pub 05-10075
Pub 05-10153

**Your Benefits**

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | | Benefit Amount | Reason |
|---|---|---|---|
| August | 2022 | $1,927.00 | Entitlement began |
| December | 2022 | $2,094.60 | Cost-of-living adjustment |
| January | 2023 | $2,099.20 | Credit for additional earnings |

**Information About Representatives Fees**

When a representative wants to charge for helping with a Social Security claim, we must first approve the fee. We usually withhold 25 percent of past due benefits in order to pay the approved representative's fee.

Because a representative helped with this claim, we withheld $6,648.50 from your first check.

When the amount of the fee is decided, we will pay the representative from the benefits we withheld.

If the approved fee is more than the money we have withheld, the Social Security Administration is not involved in paying the rest of the fee.

If the approved fee is less than the money we have withheld, we will send you the rest of the money.

*0324TEPO02848* 000411

Any request for fee approval should be sent to:

Southeastern Program Service Center
1200 Rev. Abraham Woods, Jr. Blvd
Birmingham, Alabama 35285-0001

## Information About Past-Due Benefits Withheld To Pay A Representative

We are paying the representative from the benefits we withheld. Therefore, we must collect a service charge from him or her. The service charge is 6.3 percent of the fee amount we pay, but not more than $113, which is the most we can collect in each case under the law. We will subtract the service charge from the amount payable to the representative. After we subtract the amount we are paying towards the fee, we will send you the balance of the amount we withheld.

The representative cannot ask you to pay for the service charge. If the representative disagrees with the amount of the service charge, he or she must write to the address shown at the top of this letter. The representative must tell us why he or she disagrees within 15 days from the day he or she gets this letter.

## Other Social Security Benefits

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

## Your Responsibilities

We based our decision on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits." It tells you what you must report and how to report. Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits please contact us. You can also visit our website at www.ssa.gov/pubs to find the following publications with additional information:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).

Exhibit 16 MLF000003

**Lincoln/Guerrero 0176**

- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

**Your Benefits May Be Taxed**

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

**Other Information**

We are sending a copy of this notice to SEAN PATRICK SULLIVAN.

**Do You Disagree With The Decision?**

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for an appeal.
- You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.ssa.gov/forms/ to locate the form. You can also contact us to request the form, or if you need help filling out the form.

**Things To Remember For The Future**

Doctors and other trained staff decided that you are disabled under our rules. However, we must review all disability cases. Therefore, we will review your case in 5 to 7 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

*0304TEPO002848* 0000411

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

**Need more help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.
3. You may also call your local office at 1-866-331-9091.

SOCIAL SECURITY
9031 CROSS PARK DR
KNOXVILLE TN 37923

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

Exhibit 16 MLF000005

**Lincoln/Guerrero 0178**

## PAYMENT SUMMARY

**Your Payment Of $19,945.50**

Here is how we figured your first payment:

Benefits due for August 2022 through August 2023 including any cost of living increase and considering work and earnings through 2022, less monthly rounding of benefits ........................$26,594.00

Amount we subtracted because of

- money to pay your representative ........................... 6,648.50

This equals the amount of your first payment .........................................$19,945.50

**Your Regular Monthly Payment**

Here is how we figured your regular monthly payment effective September 2023:

You are entitled to a monthly benefit of ..................$ 2,099.20

Amount we subtracted because of

- rounding (we must round down to a whole dollar) ................................ .20

This equals the amount of your regular monthly payment ..............................$ 2,099.00

Exhibit 16 MLF000006

**Lincoln/Guerrero 0179**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 27, 2023

Dr. Floyd Phillips
Phillips Healthcare
6890 W. ANDREW JOHNSON HWY.
TALBOTT, TN 37877

RE: Long Term Disability (LTD) Benefits
Gentiva
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

Dear Dr. Floyd Phillips:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2022 through present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by March 6, 2023. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Maureen Brooks
LTD Claims Specialist
On Behalf Of: Ashley Moultrie
Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

Return To: Ashley Moultrie

| Sabrina Guerrero | | 12827197 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

**To be completed by physician:**

1. DATE FIRST TREATED –
   DATE LAST TREATED –
   NEXT OFFICE VISIT –

   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM ______ TO ______.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ______

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______ TO ______.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

Lincoln/Guerrero 0183

FAXED 3·2·22

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4405

| | |
|---|---|
| Date: | March 1, 2022 |
| To: | DR. AMBER MOORE |
| Attn: | Medical Records |
| Fax: | (877) 414-6983 |
| From: | Jade Randolph<br>Disability Claims Examiner II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 12532598<br>Claimant: Sabrina Guerrero<br><br>Kindred At Home |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4405

March 1, 2022

Dr. Amber Moore

RE: Short Term Disability (STD) Benefits
Kindred At Home
Claim #: 12532598
Claimant: Sabrina Guerrero
Claimant D.O.B.:

Dear Dr. Amber Moore:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2022 through the present

- Completion of the Enclosed Forms:

  X Attending Physician's Statement
  X Medical Records

We ask that you provide this information by March 8, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jade Randolph
Disability Claims Examiner II
Phone No.: (800) 291-0112 Ext. 14152
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No. (800) 291-0112
Secure Fax No.: (603) 285-4405

Return To: Jade Randolph

**To be completed by treating provider:**

**1. Patient Information**

Full Name (First): Sabrina
(M.I.):
(Last Name): Guerrero
Claim Number: 12532598

Height: 5'5"
Weight: 378
Blood Pressure: 124/80
Employer Name:

**2. Diagnosis**

Primary ICD diagnostic Code (Required): Covid, SOB, fatigue J1282 U099
Primary ICD diagnosis Description: J1282

Secondary ICD Diagnosis Code: U099
Secondary ICD Diagnosis Description:

Pregnancy: First Treated: / / Estimated Delivery: / / Date of Delivery: / / ☐ Vaginal ☐ C-Section

Symptoms:

SOB - fatigue - cough

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☒ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| | | |
|---|---|---|
| Symptoms first Appeared: 2/7/22 | Reduced Ability to work: / / | Advised to stop work: 2/7/22 |
| Initial Treatment: 2/7/22 | Most Recent Treatment: 2/24/22 | Next Treatment: 3/21/22 |

Dates hospital confined: / / to / /

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4405

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ___ | Standing | ___ | Crouching | ___ | Overhead | ___ |
| 6-10 lbs. | ___ | Walking | ___ | Crawling | ___ | Desk Level | ___ |
| 11-25 lbs. | ___ | Sitting | ___ | Grasping | ___ | Below Waist | ___ |
| 26-50 lbs. | ___ | Balancing | ___ | Climbing | ___ | | |
| 51-100 lbs. | ___ | Stooping | ___ | Pushing | ___ | | |
| 100 + lbs. | ___ | Kneeling | ___ | Pulling | ___ | | |
| | | Fingering | ___ | Bending | ___ | | |

N/A

What job modifications would allow the patient to return to work?

## 5. Treatment

pt getting her strength back walking c resting intervals - and getting cough under control

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

good

Describe the patients prognosis for recovery

## 7. Physician's Information

Amber Moore FNP
Name

6890 W AJ Hwy
Street Address

| City | State | Zip Code |
|---|---|---|
| Talbott | TN | 37877 |

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

| | |
|---|---|
| Continence | ___/___/___ |
| Dressing | ___/___/___ |
| Transferring | ___/___/___ |
| Bathing | ___/___/___ |
| Toileting | ___/___/___ |
| Eating | ___/___/___ |

Date patient experienced loss of Cognitive Functioning: ___/___/___

Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

2/7/22 to 3/21/22

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

| Phone Number | Fax Number |
|---|---|
| 423839 2120 | 877 4146983 |

| Signature | Date |
|---|---|
| Amber M Moore [illegible] | 3/2/22 |

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

**Certification of Health Care Provider for Employee's Serious Health Condition Family and Medical Leave Act (FMLA)**

FAXED
Leave Services
P.O. Box 8700,
Dover, NH 03821-8700
Fax: 800-694-6312

## SECTION I: TO BE COMPLETED BY PATIENT/EMPLOYEE

**INSTRUCTIONS TO THE EMPLOYEE:** Please complete Section I before providing this form to your health care provider. The FMLA permits an employer to require that you submit a medical certification to support a request for FMLA leave. Failure to timely provide a complete and sufficient medical form will result in a denial of your FMLA Request.

**Company Name:** Avalon Hospice

**Employee Name:** Sabrina Guerrero **Leave ID#:** 1253259

**Employee Date of Birth:** 1 '9 **Employee Phone:** ____

**Employee Job Title:** Medical Social Worker

**Employee Regular Work Schedule: Shift Begin Time:** 8AM **Shift End Time:** 5PM

**Regular Days Worked:** ☐ Sunday ☒ Monday ☒ Tuesday ☒ Wednesday ☒ Thursday ☒ Friday ☐ Saturday

**Work Schedule Comments:** ____

**Note:** If you need a part time or a consistent reduced work schedule, it is your responsibility to provide this information to your employer in order for them to plan accordingly.

**Leave Begin Date:** 2/28/2022 **Leave End Date:** Tentativelly 3/21/22

**Medical Release:** I authorize the release and verification of medical information in order to process this FMLA request.

**Signature of Patient/Employee:** Sabrina Guerrero **Date:** 2/25/2022

## SECTION II: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

**INSTRUCTIONS TO THE HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. Please answer all questions so a determination for FMLA coverage can be made.

**For residents of California, do not disclose the underlying diagnosis unless you have received consent from the patient.**

**The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic Information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.**

Employee Name: Sabrina Guerrero Leave ID#: 12532598

## SECTION II CONTINUED: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

1. **MEDICAL FACTS:** *This may include symptoms, diagnosis or any regimen of continuing treatment, such as the use of specialized equipment.*

**(1A) Other than residents of CA**, describe the patient's medical facts (symptoms/diagnosis) related to the serious health condition:
COVID, Shortness of breath, Cough, fever - tested positive 2-7-2022.

**(1B)** Approximate Date condition commenced: 2-7-2022 Probable duration of condition: 3-21-2022

If the medical condition is **pregnancy**, provide the expected delivery date: ______

---

2. **TREATMENT:** This includes examinations to determine if a serious health condition exists, evaluations of the condition and actual treatment by or under the supervision of a qualified health care provider.

**(2A)** Was the patient seen within 7 days of the requested leave begin date? ☒ YES ☐ NO

**(2B)** Was medication, other than over-the-counter medication, prescribed? ☒ YES ☐ NO

**(2C)** Will the patient need to have treatment visits at least twice per year due to the condition? ☐ YES ☒ NO

**(2D)** Was the patient admitted for an overnight stay in a hospital, hospice, or medical care facility? ☐ YES ☒ NO

**If yes:** Admission Date: ______ Discharge Date: ______

**(2E)** Was the patient referred to another health care provider(s) for evaluation or treatment? ☐ YES ☒ NO

**If yes**, Provider Name: ______

Provider Specialty: ______

Provider Phone Number: (____) ______

Describe the nature of the treatment: ______

---

3. **ABSENCE FROM WORK:** Please refer to the list of the patient's job description if one has been provided. If one has not been provided, please answer this question based on the patient's own description of his/her job function.

**(3A)** Is the patient unable to perform any of his/her job functions due to his/her serious health condition? ☐ YES ☒ NO

**If yes**, identify the job functions patient is unable to perform:
Pt has weakness, Shortness of breath, Cough

**(3B)** Is it medically necessary for patient to be absent from work? ☒ YES ☐ NO

**If yes,** specify the appropriate reason(s) below. **Select ALL that apply.**

☒ Due to Incapacity (The employee may need time off work due to experiencing episodic flare-ups)

☐ Due to Treatment/Visits (The employee may need time off to attend appointments)

Employee Name: Sabrina Guerrero Leave ID#:

## SECTION II CONTINUED: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

4. **LEAVE DATES/FREQUENCY: For an extension of a leave.** there should be <u>no gap in time</u> from the end date shown on page 1 and begin date provided.

**(4A)** Will the patient be incapacitated and absent from work for a single continuous period of time? ☒ YES ☐ NO

**If yes:** Leave Begin Date: 2-28-2022 Leave End Date: 3-21-2022

**(4B)** Will the patient need recurring absences taken at separate periods of time? ☐ YES ☒ NO

**If yes:** Leave Begin Date: ____________ Leave End Date: ____________

**Frequency:** Based on your medical knowledge, experience and examination of the patient, please estimate a frequency. If unsure, a reasonable range should be provided. Terms such as "n/a", "unknown", "undetermined" or "as needed" are not acceptable.

i. Frequency for Incapacity:

a) Number of episodes: N/A per ☐ Week OR ☐ Month and

b) How many hours, days or weeks per episode?

N/A Hour(s) ______ Day(s) ______ Week(s)

ii. Frequency for Treatment/Visits:

Number of Appointments: N/A per ☐ Week OR ☐ Month

**(4C)** Is it medically necessary for the employee to work a part-time or a <u>consistent</u> reduced work schedule due to the patient's health condition? ☐ YES ☒ NO

**If yes**, specify below, including time and duration for the reduced work schedule: (Example: Cannot work more than 5 hours a day for one month)

pt unable to work at this time until She gets her strength back and cough subsides.

I certify that the information provided in this Certification of Health Care Provider form (Section II) is accurate to the best of my knowledge.

Signature of Provider: Amber Moore FNP-BC Date: 2.28.22

Print Provider Name: Amber Moore FNP-BC Phone: (423) 839-2120

Provider Medical Specialty: Int Med / Family

Medical Credentials (Example: MD, DO, *DC): FNP Fax: (423) 839-2125

*IF the medical credential is listed as "DC", please confirm if x-rays have been taken for the patient's condition. ☐ YES ☐ NO

Please **FAX** the completed Certification of Health Care Provider form to Lincoln Financial Group. Retain a copy of the form AND the successful fax confirmation report for your records. If you wish to mail or contact Lincoln Financial Group, the information is provided at the top of page one.

Lincoln Financial Group®

Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone: 800-291-0112
Secure Fax: 888-443-4212

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

*My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records, other work related information and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be redisclosed as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written notice to the Company in the Lincoln Financial Group companies to which I have submitted a claim, except when action has been taken in reliance on this authorization, or when other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the health care services available to me are not dependent on if I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** will be in force for 24 months from the date of signature, except if state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Sabrina Guerrero

Name of legal representative, if applicable (print) ______________ Relationship Self

Signature of claimant or legal representative Sabrina Guerrero Date: 2/25/22

Date of Birth Claim Number: 12532598

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

**Authorization to Obtain and Release Information**
**(Excluding Psychotherapy notes)**

EMPLOYEE NAME Sabrina Guerrero CLAIM NO: 12532598
EMPLOYER/SPONSOR/CUSTOMER NAME Avalon Hospice / Curo
Return to: 800-694-6812 Fax.

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Lincoln Financial Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**
2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.
3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Lincoln Financial Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Lincoln Financial Group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Lincoln Financial Group receiving notice of revocation.

Sabrina Guerrero
Claimant Name (Print)

[signature]
Claimant Signature

12532598
Claim Number:

Date of Birth

2/25/2022
Date

DP 432 (rev 12/18)

Lincoln/Guerrero 0195

Lincoln Financial Group®

## Certification of Health Care Provider for Employee's Serious Health Condition Family and Medical Leave Act (FMLA)

Leave Services
P.O. Box 8700,
Dover, NH 03821-8700
Fax: 800-694-6312

### SECTION I: TO BE COMPLETED BY PATIENT/EMPLOYEE

**INSTRUCTIONS TO THE EMPLOYEE**: Please complete Section I before providing this form to your health care provider. The FMLA permits an employer to require that you submit a medical certification to support a request for FMLA leave. Failure to timely provide a complete and sufficient medical form will result in a denial of your FMLA Request.

**Company Name:** Avalon Hospice

**Employee Name:** Sabina Guerrero **Leave ID#:** 12532598

**Employee Date of Birth:** **Employee Phone:** (

**Employee Job Title:** Medical Social Worker

**Employee Regular Work Schedule: Shift Begin Time:** 8AM **Shift End Time:** 5PM

**Regular Days Worked:** ☐ Sunday ☒ Monday ☒ Tuesday ☒ Wednesday ☒ Thursday ☒ Friday ☐ Saturday

**Work Schedule Comments:** ______

**Note:** If you need a part time or a consistent reduced work schedule, it is your responsibility to provide this information to your employer in order for them to plan accordingly.

**Leave Begin Date:** 2/28/2022 **Leave End Date:** Tentatively 3/21/22

**Medical Release:** I authorize the release and verification of medical information in order to process this FMLA request.

**Signature of Patient/Employee:** Sabina Guerrero **Date:** 2/25/2022

### SECTION II: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

**INSTRUCTIONS TO THE HEALTH CARE PROVIDER**: Your patient has requested leave under the FMLA. Please answer all questions so a determination for FMLA coverage can be made.

**For residents of California, do not disclose the underlying diagnosis unless you have received consent from the patient.**

**The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic Information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.**

Employee Name: Sabrina Guerrero Leave ID#: 12534598

## SECTION II CONTINUED: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

1. **MEDICAL FACTS:** *This may include symptoms, diagnosis or any regimen of continuing treatment, such as the use of specialized equipment*

(1A) **Other than residents of CA**, describe the patient's medical facts (symptoms/diagnosis) related to the serious health condition:
CoviD, Shortness of breath, Cough fever - tested positive 2-7-2022.

(1B) Approximate Date condition commenced: 2-7-2022 Probable duration of condition: 3-21-2022

If the medical condition is **pregnancy**, provide the expected delivery date: ______

2. **TREATMENT:** This includes examinations to determine if a serious health condition exists, evaluations of the condition and actual treatment by or under the supervision of a qualified health care provider.

| | | |
|---|---|---|
| (2A) Was the patient seen within 7 days of the requested leave begin date? | ☒ YES | ☐ NO |
| (2B) Was medication, other than over-the-counter medication, prescribed? | ☒ YES | ☐ NO |
| (2C) Will the patient need to have treatment visits at least twice per year due to the condition? | ☐ YES | ☒ NO |
| (2D) Was the patient admitted for an overnight stay in a hospital, hospice, or medical care facility? | ☐ YES | ☒ NO |

**If yes:** Admission Date: ______ Discharge Date: ______

| | | |
|---|---|---|
| (2E) Was the patient referred to another health care provider(s) for evaluation or treatment? | ☐ YES | ☒ NO |

**If yes**, Provider Name: ______

Provider Specialty: ______

Provider Phone Number: (____) ______

Describe the nature of the treatment: ______

3. **ABSENCE FROM WORK:** Please refer to the list of the patient's job description if one has been provided. If one has not been provided, please answer this question based on the patient's own description of his/her job function.

| | | |
|---|---|---|
| (3A) Is the patient unable to perform any of his/her job functions due to his/her serious health condition? | ☐ YES | ☒ NO |

**If yes**, identify the job functions patient is unable to perform:
Pt has weakness, Shortness of breath, Cough

| | | |
|---|---|---|
| (3B) Is it medically necessary for patient to be absent from work? | ☒ YES | ☐ NO |

**If yes**, specify the appropriate reason(s) below. **Select ALL that apply.**

☒ Due to Incapacity (The employee may need time off work due to experiencing episodic flare-ups)

☐ Due to Treatment/Visits (The employee may need time off to attend appointments)

Employee Name: Sabrina Guerrero Leave ID#:

## SECTION II CONTINUED: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

4. **LEAVE DATES/FREQUENCY: For an extension of a leave,** there should be no gap in time from the end date shown on page 1 and begin date provided.

(4A) Will the patient be incapacitated and absent from work for a single continuous period of time? ☒ YES ☐ NO

If yes: Leave Begin Date: 2-28-2022 Leave End Date: 3-21-2022

(4B) Will the patient need recurring absences taken at separate periods of time? ☐ YES ☒ NO

If yes: Leave Begin Date: ________ Leave End Date: ________

**Frequency:** Based on your medical knowledge, experience and examination of the patient, please estimate a frequency. If unsure, a reasonable range should be provided. Terms such as "n/a", "unknown", "undetermined" or "as needed" are not acceptable.

i. Frequency for Incapacity:

a) Number of episodes: N/A per ☐ Week OR ☐ Month and

b) How many hours, days or weeks per episode?

N/A Hour(s) ______ Day(s) ______ Week(s)

ii. Frequency for Treatment/Visits:

Number of Appointments: N/A per ☐ Week OR ☐ Month

(4C) Is it medically necessary for the employee to work a part-time or a consistent reduced work schedule due to the patient's health condition? ☐ YES ☒ NO

If yes, specify below, including time and duration for the reduced work schedule: (Example: Cannot work more than 5 hours a day for one month)

pt unable to work at this time until she gets her strength back and cough subsides.

I certify that the information provided in this Certification of Health Care Provider form (Section II) is accurate to the best of my knowledge.

Signature of Provider: Amber Moore FNP-BC Date: 2.28.22

Print Provider Name: Amber Moore FNP-BC Phone: (423) 839-2120

Provider Medical Specialty: Int Med / Family

Medical Credentials (Example: MD, DO, *DC): FNP Fax: (423) 839-2125

*IF the medical credential is listed as "DC", please confirm if x-rays have been taken for the patient's condition. ☐ YES ☐ NO

Please FAX the completed Certification of Health Care Provider form to Lincoln Financial Group. Retain a copy of the form AND the successful fax confirmation report for your records. If you wish to mail or contact Lincoln Financial Group, the information is provided at the top of page one.



**Lincoln/Guerrero 0198**

Lincoln Financial Group®

Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone: 800-291-0112
Secure Fax: 888-443-4212

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

- My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- Job duties, earnings, personnel records, other work related information and federal and state tax returns.
- Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be redisclosed as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written notice to the Company in the Lincoln Financial Group companies to which I have submitted a claim, except when action has been taken in reliance on this authorization, or when other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the health care services available to me are not dependent on if I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** will be in force for 24 months from the date of signature, except if state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Sabrina Guerrero

Name of legal representative, if applicable (print) __________ Relationship Self

Signature of claimant or legal representative [signature] Date: 2/25/22

Date of Birth: Claim Number: 12532598

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

EMPLOYEE NAME Sabrina Guerrero CLAIM NO: 12532598
EMPLOYER/SPONSOR/CUSTOMER NAME Avalon Hospice / Curo
Return to: 800-694-1026 Fax

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Lincoln Financial Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**
2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.
3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Lincoln Financial Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Lincoln Financial Group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Lincoln Financial Group receiving notice of revocation.

Sabrina Guerrero
Claimant Name (Print)

Sabrina Guerrero
Claimant Signature

Date of Birth

2/25/2022
Date

12532598
Claim Number:

DP 432 (rev 12/18)

Lincoln/Guerrero 0200

## MEDICAL SOURCE STATEMENT (physical)

Patient: Sabrina Guerrero SSN: ____________

Dear Dr. Phillips ____________:

The above noted patient has applied for a private disability benefit, and your opinion will help make sure the correct decision is made in this patient's case. The opinion should be based upon a reasonable degree of medical certainty in light of your treatment and clinical observations of the patient, as well as your education, training and experience.

1. In an 8-hour workday, 40-hour work week, on a full-time basis, the patient can be reasonably expected to be physically capable of the following:

   Sit: 3 hours out of an 8-hour day for 1 (hours)/minutes at one time

   Stand or walk: 0.5 hours out of 8-hour day for 10 hours/(minutes) at one time

2. Patient can be reasonably expected to lift/carry:

| | Never | Infrequently (very few times a day) | Occasionally (1/3 of workday) | Frequently (2/3 of workday) |
|---|---|---|---|---|
| 1-5 pounds | | | | X |
| 1-10 pounds | | | X | |
| 11-20 pounds | X | | | |
| 21-25 pounds | X | | | |
| 50 pounds or greater | X | | | |

3. Patient can be reasonably expected to perform the following activities to the extent indicated:

| | Never | Infrequently (very few times a day) | Occasionally (1/3 of workday) | Frequently (2/3 of workday) |
|---|---|---|---|---|
| Bend at waist | X | | | |
| Reach Above Shoulders | | | X | |
| Stand on a hard surface | | X | | |
| Use Hands for fine Manipulation (i.e., use typewriter, cash register, writing) | | | X | |

4. Would it be reasonable if the patient elevates one or both lower extremities for at least 1-hour of time during a normal workday due to the patient's medical condition? Yes X No ____

5. Does the patient require at least 30-minutes of bed-rest during a normal workday? Yes X No _____

6. Does the patient have problems with stamina and/or endurance? Yes X No _____

If yes, is it reasonable that this would require the patient, at least 3 days a week, to take an extra, unscheduled rest-break of at least 10-minutes or more *in addition to* the one 30-minute break and two 15-minute breaks normally allowed in full-time competitive employment?

Yes X No _____

7. Do the patient's subjective complaints seem reasonable in view of your observations and diagnoses?

Yes X No _____

8. Is it reasonable that the patient could NOT be expected to be reliable and dependable in regularly attending an 8-hour a day, 40-hour work week (in view of the degree of pain, fatigue, medication side-effects, diminished concentration or memory, or other limitations the patient experiences)?

Yes X No _____

9. How severe is the pain reasonably suffered by the patient?

Extreme ____ Severe ____ Moderately Severe X Moderate ____ Mild ____

10. How severe is the fatigue reasonably suffered by the patient?

Extreme X Severe ____ Moderately Severe ____ Moderate ____ Mild ____

11. Would the medications taken by the patient reasonably cause lapses in concentration or focus?

Yes X No ______

12. Is it reasonable that the patient's pain, fatigue, medical condition, or medication would cause the patient to be off-task at least more than ten percent (10%) of any given workday? Yes X No ______

13. Are there environmental restrictions reasonably caused by the patient's condition (i.e., avoid heat, humidity, heights, dust etc.)? Avoid heat + poor air quality

14. Is it reasonably likely that the patient would be absent from full-time work at least 2 days during any given month (due to any one medical condition or related conditions, including absences for required medical treatment including appointments, diagnostic testing, treatment, and so on)?

Yes X No ____

Do you have any other comments related to the patient's medical restrictions/limitations?

Pt conts with post-Covid fatigue, shortness of breath with activity, poor concentration and pt requires frequent daytime napping. Pt is unsteady on her feet.

By my signature below I acknowledge that my opinion in this matter is based upon a reasonable degree of medical certainty in light of my treatment and clinical observations of the patient as well as my education, training and experience.

[signature]
Doctor's signature

3/19/24
Date

Floyd E. Phillips, Jr. MD
Doctor's printed name

**VISIT - DOS:** 2/20/2023
**Type:** Comprehensive / Visit-Office
**Baptist Eye Surgeons**
**Location:** TVEC: 140 Capital Drive Knoxville, TN 37922
**Main:** (865) 579-3920 **Fax:** (865) 579-3963
**Provider:** Adam L Carrera, MD
**Referring Provider:** Dr. F. Edward "Ward" Phillips
**PM Pt ID:** 17041441 **Chart Number:** 4227401

GUERRERO, SABRINA M Gender: FEMALE DOB: Age: 53

### Ocular History
None

### Ocular Surgical History
None

### Eye Medications
Calcidol
None

### Medical History
Anemia
Arthritis
Cancer-skin
Fibromyalgia
ICD9: 729.1 ICD10: M60.9
Headaches
Hypertension (High BP)
Migraines
Thyroid disease (parathyroid/long covid)

### Surgical History
foot surgery (unspec.)
gastric bypass
Hernia Repair

### Systemic Medications
albuterol sulfate
aspirin
benznidazole
cetirizine
hyoscyamine sulfate
magnesium oxide
meloxicam
minocycline
multivitamin
Omega 3-6-9
ondansetron
Ozempic
Pepcid AC
topiramate
Trintellix
Ubrelvy
valsartan
Vitamin D2
zinc

## Chief Complaint

decreased vision

**Severity:** moderate

**Quality:** started getting worse after covid in 02-07-22 has had long term covis going to covis clinic in Johnson Ciity

**Location:** in both eyes

**Timing:** None

**Context:** uses readers when she looks at her phone can read a little bit and has to stop.

**Factors:** Pt was told to take zinc and omega 3 but was told this could have adverse reaction on eyes

**Associated:** vision is getting blurry night time driving not good

## Workup

### Visual Acuity

| | OD | OS | OU |
|---|---|---|---|
| CC | | | |
| SC | 20/20 | 20/20 | |
| PH | | | |

Test Used: Sn Type: Spectacles

### Near Vision Test

| | OD | OS | OU |
|---|---|---|---|
| CC | | | |
| SC | | | J3 |

### Pupils

| | Dark | Light | Near | Shape | APD |
|---|---|---|---|---|---|
| OD | 2mm | 1mm | | round | absent |
| OS | 2mm | 1mm | | round | absent |

### Extraocular Motility

OD **FULL**

OS **FULL**

### Confrontational Visual Field

OS **FULL**

OD **FULL**

## Family History
Arthritis
Cancer
Cataracts
Diabetes
Heart Disease
High Blood Pressure (hypertension)
Stroke
History & Physical Note: 02-20-23

## Allergies
**Sulfamide**

## Social History
Smoking Status: former smoker
Alcohol: No
Drugs: No

## Review of Systems
**Patient Indicated:** Shortness of Breath & Difficulty Lying Flat & Fatigue/Weakness & Weight Gain/Loss & Cough & Anxiety/Depression & Skeletal Stiffness & Arthritis & Runny Nose & Sinus Pressure
**All Other Indications Negative**
**Systems Reviewed:** Eyes, Ear/Nose/Throat, Cardiovascular, Constitutional, Respiratory, Gastrointestinal, Genito-Urinary, Psychiatric, Endocrine, Blood/Lymphnodes, MusculoSkeletal, Skin, Neurological, Immunologic

## Intraocular Pressure

| Time | | OD | OS | Notes |
|---|---|---|---|---|
| 10:27:39 AM : Goldmann | IOP | 18 | 18 | |
| | CC | | | |

## Glare

| | OD | OS |
|---|---|---|
| Low | 20/25 | 20/25 |
| Med | 20/ | 20/ |
| High | 20/25 | 20/25 |
| Type: Standard Glare Test | | |

## Psyc
**Mood** Appropriate
**Orientation** Normal

## Dilated
Yes OU At 10:27 AM
Agent: 1% Tropicamide
Frequency: 1 gtt

# Exam

## Slit Lamp Exam

| OD | | OS |
|---|---|---|
| WNL | **Lids** | WNL |
| WNL | **Lashes** | WNL |
| WNL | **Adnexa** | WNL |
| White and Quiet | **Conjunctiva** | White and Quiet |
| White and Quiet | **Sclera** | White and Quiet |
| dry | **Cornea** | dry |
| Deep and Quiet | **Anterior Chamber** | Deep and Quiet |
| Flat and Round | **Iris** | Flat and Round |
| Clear | **Lens** | Clear |

## Fundus Exam

**Cup/Disc Ratio**: OD Vt 0.3 Hz 0.3 OS Vt 0.3 Hz 0.3

| OD | | OS |
|---|---|---|
| Normal Color and Contour | **Disc** | Normal Color and Contour |
| WNL | **Choroid** | WNL |
| See Macula/Vessels/Periphery exam | **Retina** | See Macula/Vessels/Periphery exam |
| drusen | **Macula** | drusen |
| WNL | **Vessels** | WNL |
| WNL | **Periph** | WNL |
| Clear | **Vitreous** | Clear |

# Refractions and Contacts

## Refractions

**Auto Refraction**

| | Sphere | Cylinder | Axis | ADD | Prism | Prism Type |
|---|---|---|---|---|---|---|
| **OD** | -0.25 | +0.25 | x 127 | | | |
| **OS** | -1.00 | sphere | | | | |

| | Va D | Va N | Va I |
|---|---|---|---|
| **OD** | | | |
| **OS** | | | |
| **OU** | | | |

**Manifest Refraction**

| | Sphere | Cylinder | Axis | ADD | Prism | Prism Type |
|---|---|---|---|---|---|---|
| **OD** | Plano | +0.25 | x 127 | +1.75 | | |
| **OS** | -1.00 | sphere | | +1.75 | | |

| | Va D | Va N | Va I |
|---|---|---|---|
| **OD** | 20/20 | J1+ | |
| **OS** | 20/20 | J1+ | |
| **OU** | | | |

**Final/Rx** **Expires:** 1 year

| | Sphere | Cylinder | Axis | ADD | Prism | Prism Type |
|---|---|---|---|---|---|---|
| **OD** | Plano | +0.25 | x 127 | +1.75 | | |
| **OS** | -1.00 | sphere | | +1.75 | | |

| | Va D | Va N | Va I |
|---|---|---|---|
| **OD** | | | |
| **OS** | | | |
| **OU** | | | |

# Assessment

### Corneal-Dry Eye Syndrome
Location: OU
ICD10: H04.123

### Refractive Error
Location: OU
ICD10: Z01.00

### Retina-Drusen
Location: OU
ICD10: H35.363

# Plan

## Discussion

**Corneal-Dry Eye Syndrome:** Dry Eye Syndrome- Art Tears QID and prn

**Retina-Drusen:** Drusen OU - Discussed Findings with patient. Amsler grid discussed with patient. Significant risk factor for macular degeneration.

**Refractive Error:** Glasses RX today

## Discussed With Patient

**Corneal-Dry Eye Syndrome:** Dry Eye Syndrome- Discussed condition and educated on the use of artificial tears to lubricate the eyes. Told this is a chronic condition. All questions answered to the patient's satisfaction.

**Retina-Drusen:** Drusen - Patient educated on condition. Stressed the need for follow up exams. All questions were answered to the patient's satisfaction.

## Patient Instructions

**Corneal·Dry Eye Syndrome:** Dry eyes is a chronic condition requiring lubrication with Tears.

**Retina·Drusen:** Drusen - Spots in the macula that need to be monitored closely to make sure that they do not turn into Macular Degeneration. The type of drusen you have is a risk factor for macular degeneration.
Follow up as recommended.

## Eye Medications

**Artificial Tears Eye Drops**
Sig: 1 gtt in both eyes qid and prn
Disp: 1 Bottle
Refills: 12

## Return to Office

1 year

Chart Electronically Signed By: Adam L Carrera, MD 2/20/2023 10:58 AM

Printed: 2/09/2024 3:01 PM

# 12/20/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care

## Reason for Visit

### Chief Complaint

- Post Covid Follow Up

### Visit Diagnoses

- **Post-COVID syndrome (primary) [U09.9]**
- Post-COVID chronic fatigue [G93.32, U09.9]
- Brain fog [R41.89]

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Poore, Pammela M, NP | Poore, Pammela M, NP |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| BHMA Center for Post Covid Care | 2204 Pavilion Dr<br>Suite 110<br>Kingsport TN 37660-4651 | 423-224-2369 | 423-224-2368 |

### Follow-up and Dispositions

- Return in about 8 weeks (around 2/14/2024).

### Level of Service

| Level of Service | Modifiers |
|---|---|
| **TELEHEALTH PR OFFICE VISIT EST PT LOS 4** | SYNCHRONOUS TELEMEDICINE |

**Log History**

LOS History

## Events

No documentation.

## Medication List

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**meloxicam (Mobic) 15 MG tablet**

Instructions: meloxicam 15 mg tablet
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Start date: 2/15/2022

**minocycline (Minocin) 100 MG capsule**

Instructions: 2 (two) times a day.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule**

Instructions: Every other week
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**cetirizine (ZyrTEC) 10 MG tablet**

**Medication List (continued)**

Instructions: Take 10 mg by mouth.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Start date: 2/15/2022

**calcitriol (Rocaltrol) 0.5 MCG capsule**

Instructions: Take 0.5 mcg by mouth.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Start date: 2/15/2022

**ondansetron (Zofran) 4 MG tablet**

Instructions: Take 4 mg by mouth every 8 (eight) hours as needed.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Start date: 2/15/2022

**Magnesium Oxide (MAG-OX PO)**

Instructions: Take 400 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**ALBUTEROL IN**

Instructions: Inhale 90 mcg into the lungs.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Start date: 2/15/2022

**topiramate (Topamax) 50 MG tablet**

Instructions: Take 75 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Informant: Self

**benzonatate (Tessalon) 100 MG capsule**

Instructions: Take 100 mg by mouth 3 (three) times a day as needed for cough.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**Hyoscyamine Sulfate (HYOSCYAMINE PO)**

Instructions: Take 4 mg by mouth daily as needed (bowel).
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**CALCIUM CITRATE PO**

Instructions: Take by mouth.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**Ascorbic Acid (vitamin C) 1000 MG tablet**

Instructions: Take 1,000 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**UNABLE TO FIND**

Instructions: Bari life complete 3 in morning, 3 in evening
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**VITAMIN A PO**

Instructions: Take by mouth daily. 30,000 mcg
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Action: Patient not taking

**Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab**

Instructions: Place under the tongue. Every other day
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**Medication List (continued)**

**Omega-3 1000 MG Cap**

Instructions: Take 1,000 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN — Entered on: 7/20/2022
Informant: Self

**Probiotic Product (PROBIOTIC PO)**

Instructions: Take 1 capsule by mouth.
Entered by: Vaughn, Ashley B, RN — Entered on: 7/20/2022
Informant: Self

**valsartan (Diovan) 80 MG tablet**

Instructions: Take 80 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN — Entered on: 9/6/2022

**famotidine (Pepcid) 40 MG tablet**

Instructions: Take 40 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN — Entered on: 9/6/2022

**vortioxetine (Trintellix) 10 MG tablet**

Instructions: Take 10 mg by mouth daily.
Entered by: Woods, Selma K, RN — Entered on: 1/24/2023
Start date: 1/23/2023

**hydrOXYzine (Atarax) 25 MG tablet**

Instructions: Take 25 mg by mouth daily as needed for itching.
Entered by: Woods, Selma K, RN — Entered on: 1/24/2023
Informant: Self

**modafinil (Provigil) 100 MG tablet**

Instructions: Take 200 mg by mouth daily.
Entered by: Woods, Selma K, RN — Entered on: 1/24/2023
Informant: Self

**fluticasone (Flonase) 50 MCG/ACT nasal spray**

Instructions: Administer 2 sprays into nostril(s) daily.
Entered by: Rogers, Alex M, RN — Entered on: 4/12/2023
Informant: Self

**Qulipta 60 MG tablet**

Instructions: Take 60 mg by mouth daily.
Entered by: Woods, Selma K, RN — Entered on: 6/9/2023
Start date: 6/7/2023

**pantoprazole (Protonix) 20 MG tablet**

Instructions: Take 20 mg by mouth 2 (two) times a day.
Entered by: Woods, Selma K, RN — Entered on: 6/9/2023

**sucralfate (Carafate) 1 g tablet**

Instructions: Take 1 g by mouth daily.
Entered by: Woods, Selma K, RN — Entered on: 6/9/2023

**Ubrelvy 100 MG tablet**

Instructions: Take 100 mg by mouth daily as needed for migraine.
Entered by: Woods, Selma K, RN — Entered on: 6/9/2023
Start date: 5/30/2023

**Medication List (continued)**

**clopidogrel (Plavix) 75 MG tablet**

Instructions: Take 75 mg by mouth daily.
Entered by: Woods, Selma K, RN — Entered on: 6/9/2023
Informant: Self

**Saxenda 18 MG/3ML pen**

Instructions: Inject 18 mg under the skin daily.
Entered by: Woods, Selma K, RN — Entered on: 8/3/2023
Start date: 7/17/2023 — Action: Patient not taking

**brexpiprazole (Rexulti) 1 MG tablet**

Instructions: Take 1 mg by mouth daily.
Entered by: Woods, Selma K, RN — Entered on: 8/3/2023
Start date: 7/5/2023 — Informant: Self

**UNABLE TO FIND**

Instructions: Take 1 tablet by mouth daily. Med Name: Cerefolin NAC. Prescription from Neurologist for memory loss
Entered by: Woods, Selma K, RN — Entered on: 8/3/2023

**Stopped in Visit**

None

## ED Provider Note

No documentation.

## ED Notes

No documentation.

## OP Notes

No documentation.

## ED Care Timeline

No documentation.

## H&P Notes

No documentation.

## Consult Notes

No documentation.

## Discharge Summary Note

No documentation.

## Clinical Notes

### Assessment & Plan Note

**Poore, Pammela M, NP at 12/20/2023 1437**

Author: Poore, Pammela M, NP — Service: — — Author Type: Nurse Practitioner
Filed: 12/20/2023 3:18 PM — Encounter Date: 12/20/2023 — Status: Edited
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Post-COVID syndrome

This patient has been seen within the Center for Post-COVID Care via Telemedicine, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

Date of onset of symptoms: 2/7/22
Date of last positive test:2/7/22
Were you hospitalized due to COVID: No
Were you seen by a provider for COVID as an outpatient? PCP
Have you received experimental drugs for COVID treatment?: Yes

Ms. Guerrero reports POST-COVID symptoms of Fatigue, Shortness of Breath on exertion, Brain fog, Headache (improved), Anxiety, Depression

The patient was offered telemedicine as an option for care delivery and consented to this option.

I examined the patient remotely with the observations listed above in the history and physical exam. I spent 30 minutes in record review, assessment, evaluation and management of this patient via telehealth. Time Start: 2:45 Time End: 3:15 This involved communicating with the clinical team, evaluating the patient; and making decisions on management and data analysis.

This consultation was provided via telemedicine using two-way, real-time interactive telecommunication technology between the patient and the physician. The interactive telecommunication technology was facilitated via audio and video.
Patient location: home.
Provider location: CPCC Kingsport TN
Other participants present with provider, with patient's verbal consent: None
Other participants present with patient: none
Platform Used: Hatch
Connection lost during call 2 - 3 times due to patient getting a call during visit - otherwise no issues.

Electronically signed by Poore, Pammela M, NP at 12/20/2023 3:18 PM

**Poore, Pammela M, NP at 12/20/2023 1526**

| | | |
|---|---|---|
| Author: Poore, Pammela M, NP | Service: — | Author Type: Nurse Practitioner |
| Filed: 12/20/2023 3:26 PM | Encounter Date: 12/20/2023 | Status: Written |
| Editor: Poore, Pammela M, NP (Nurse Practitioner) | | |
| Related Problem: Post-COVID chronic fatigue | | |

**Lab Work drawn 11/13/23 ordered by Taylor Spoo, NP Tennova Bariatric results:**
- CMP: Glucose 113, BUN/Creat Ratio 24, Chlor 115, Albumin 3.2, Alb/Glob Ratio 0.9, Alk Phos 151, Osmo Calc 301
- PTH: 116.0
- Vit D unremarkable

Currently taking:
- Trinrellix 10 mg HS
- Provigil 200 mg daily
- Rexulti 1 mg HS

Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12 (decreased to every other week), Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

Will consider patient return to Aquatic Therapy at follow up visit after patient's Right Knee Injury Heels.

Electronically signed by Poore, Pammela M, NP at 12/20/2023 3:26 PM

**Poore, Pammela M, NP at 12/20/2023 1543**

Author: Poore, Pammela M, NP — Service: — — Author Type: Nurse Practitioner
Filed: 12/20/2023 3:43 PM — Encounter Date: 12/20/2023 — Status: Edited
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Brain fog

Dx 9/11/23: Mixed Cortical and Subcortical Vascular Dementia

Currently taking:
- Cerefolin NAC 6 mg/90.3 mg/2 mg/600 mg 1 tablet daily

Patient sees Dr. Mohammad Hussain, Neurologist - last visit on 12/1223 (will obtain records) - Brain Testing scheduled 1/8/23 - follow up visit scheduled to be scheduled post Brain Testing. Per Dr. Mohammad Hussain, Neurologist visit note 9/11/23 patient diagnosed with Mixed Cortical and Subcortical Vascular Dementia.

Encouraged patient to complete Brain Testing as scheduled, schedule follow up with Dr. Mohammad Hussain, Neurologist post Brain Testing, continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12 (decreased to every other week), Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to continue painting, follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Electronically signed by Poore, Pammela M, NP at 12/20/2023 3:43 PM

**Progress Notes**

**Progress Notes**

**Poore, Pammela M, NP at 12/20/2023 1400**

Author: Poore, Pammela M, NP — Service: — — Author Type: Nurse Practitioner
Filed: 12/20/2023 3:45 PM — Encounter Date: 12/20/2023 — Status: Signed
Editor: Poore, Pammela M, NP (Nurse Practitioner)

Patient Name: Guerrero, Sabrina — Today's Date: 12/20/2023
Preferred Name: Sabrina — Date of Encounter: 12/20/2023
Patient MRN / CSN: 12141403 / 10114055825 — Appt. Time: 2:00 PM EST
Patient Age / DOB: 54-year old / — Encounter Provider: Pammela M Poore, NP
PCP: Phillips, Floyd E Jr., MD

Center for Post-Covid Care (CPCC)
Follow - Up Telemedicine

**Subjective**

Sabrina Guerrero is a 54-year old who presents for Post Covid Follow Up.
Patient complains of the following Symptoms: Fatigue, Shortness of Breath on exertion, Brain fog, Headache (improved), Anxiety, Depression

HPI

**Post-COVID Fatigue (Improvement)**

Patient reports having symptoms of Post-COVID fatigue. Patient does feel tired all throughout the day. Patient reports not being able to complete tasks throughout the day without taking a break in between. Patient states they are able to do activities of daily living with limitations, unable to work, and able to do house work with limitations. Patient reports that they do take naps during the day. States that they do snore. Patient does use CPAP and is compliant most of the time. Reports that she attended Aquatic Therapy from 6/2023 - 11/2023 and felt that it was very beneficial. Patient is not exercising due to knee injury from fall 12/16/23, drinking 64-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin A, B-12 (decreased to every other week), Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. States she tries to follow the Anti-inflammatory diet difficult with the Holidays. Patient has learned to pace herself and to plan for a recuperation period. Patient reports the Fatigue continues with some improvement.

**Post-COVID Brain Fog (Improvement)**

Patient reports symptoms of Post-COVID Brain Fog. Patient reports having problems with memory, finding words, ability to focus, reading comprehension, misplacing items, and losing train of thought in the middle of a conversation. Reports that she continues to see Dr. Mohammad Hussain, Neurologist for Brain Fog and Migraines. Patient is not exercising due to knee injury, drinking 64-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin A, B-12 (decreased to every other week), Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. States she is painting to keep brain active. Reports that she tries to follow the Anti-inflammatory diet. Patient reports Brain Fog continues with slight improvement.

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:
**Outpatient Encounter Medications as of 12/20/2023**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • benzonatate (Tessalon) 100 | Take 100 mg by | | |

| | |
|---|---|
| MG capsule | mouth 3 (three) times a day as needed for cough. |
| • brexpiprazole (Rexulti) 1 MG tablet | Take 1 mg by mouth daily. |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. |
| • CALCIUM CITRATE PO | Take by mouth. |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. |
| • clopidogrel (Plavix) 75 MG tablet | Take 75 mg by mouth daily. |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other week |
| • famotidine (Pepcid) 40 MG tablet | Take 40 mg by mouth daily. |
| • fluticasone (Flonase) 50 MCG/ACT nasal spray | Administer 2 sprays into nostril(s) daily. |
| • hydrOXYzine (Atarax) 25 MG tablet | Take 25 mg by mouth daily as needed for itching. |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth daily as needed (bowel). |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. |
| • modafinil (Provigil) 100 MG tablet | Take 200 mg by mouth daily. |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth every 8 (eight) hours as needed. |
| • pantoprazole (Protonix) 20 MG tablet | Take 20 mg by mouth 2 (two) times a day. |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Qulipta 60 MG tablet | Take 60 mg by mouth daily. |
| • sucralfate (Carafate) 1 g tablet | Take 1 g by mouth daily. |
| • topiramate (Topamax) 50 MG | Take 75 mg by |

| | |
|---|---|
| tablet | mouth daily. |
| • Ubrelvy 100 MG tablet | Take 100 mg by mouth daily as needed for migraine. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • UNABLE TO FIND | Take 1 tablet by mouth daily. Med Name: Cerefolin NAC. Prescription from Neurologist for memory loss |
| • valsartan (Diovan) 80 MG tablet | Take 80 mg by mouth daily. |
| • vortioxetine (Trintellix) 10 MG tablet | Take 10 mg by mouth daily. |
| • [DISCONTINUED] Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. |
| • Saxenda 18 MG/3ML pen | Inject 18 mg under the skin daily. (Patient not taking: Reported on 10/11/2023) |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg (Patient not taking: Reported on 12/20/2023) |

Last reviewed on 12/20/2023 2:36 PM by Poore, Pammela M, NP

Medical History:
Sabrina has a past medical history of Allergic rhinitis, Anemia (Unsure), Anxiety, Arthropathy (Unsure), Asthma, Bronchitis, COVID-19, Depression, Disorder of thyroid (Unsure), Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), Mixed cortical and subcortical vascular dementia (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Cancer in her father; Depression in her mother; Diabetes in her brother and father; Heart disease in her father, maternal grandfather, and sister; Hyperlipidemia in her mother; Hypertension in her father; Migraines in her brother; Pancreatic cancer in her father; Scoliosis in her mother; Stroke in her father and paternal grandfather; Thyroid disease in her daughter.

Sabrina reports that she does not currently use alcohol.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports no history of drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath.
**Exertion**
Neurological: Positive for headaches.

Psychiatric/Behavioral: Positive for decreased concentration and dysphoric mood. The patient is nervous/anxious.

**Objective**

**There were no vitals filed for this visit.**

Telemedicine Visit

No LMP recorded. Patient is postmenopausal.

Physical Exam

Telemedicine Visit

**Assessment Plan**

**Problem List Items Addressed This Visit**

- **Post-COVID syndrome - Primary**

  This patient has been seen within the Center for Post-COVID Care via Telemedicine, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero reports POST-COVID symptoms of Fatigue, Shortness of Breath on exertion, Brain fog, Headache (improved), Anxiety, Depression

  The patient was offered telemedicine as an option for care delivery and consented to this option.

  I examined the patient remotely with the observations listed above in the history and physical exam. I spent 30 minutes in record review, assessment, evaluation and management of this patient via telehealth. Time Start: 2:45 Time End: 3:15 This involved communicating with the clinical team, evaluating the patient; and making decisions on management and data analysis.

  This consultation was provided via telemedicine using two-way, real-time interactive telecommunication technology between the patient and the physician. The interactive telecommunication technology was facilitated via audio and video.
  Patient location: home.
  Provider location: CPCC Kingsport TN
  Other participants present with provider, with patient's verbal consent: None
  Other participants present with patient: none
  Platform Used: Hatch
  Connection lost during call 2 - 3 times due to patient getting a call during visit - otherwise no issues.

- **Post-COVID chronic fatigue**

**Lab Work drawn 11/13/23 ordered by Taylor Spoo, NP Tennova Bariatric results:**
- CMP: Glucose 113, BUN/Creat Ratio 24, Chlor 115, Albumin 3.2, Alb/Glob Ratio 0.9, Alk Phos 151, Osmo Calc 301
- PTH: 116.0
- Vit D unremarkable

Currently taking:
- Trinrellix 10 mg HS
- Provigil 200 mg daily
- Rexulti 1 mg HS

Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12 (decreased to every other week), Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

Will consider patient return to Aquatic Therapy at follow up visit after patient's Right Knee Injury Heels.

- **Brain fog**

  Dx 9/11/23: Mixed Cortical and Subcortical Vascular Dementia

  Currently taking:
  - Cerefolin NAC 6 mg/90.3 mg/2 mg/600 mg 1 tablet daily

  Patient sees Dr. Mohammad Hussain, Neurologist - last visit on 12/1223 (will obtain records) - Brain Testing scheduled 1/8/23 - follow up visit scheduled to be scheduled post Brain Testing. Per Dr. Mohammad Hussain, Neurologist visit note 9/11/23 patient diagnosed with Mixed Cortical and Subcortical Vascular Dementia.

  Encouraged patient to complete Brain Testing as scheduled, schedule follow up with Dr. Mohammad Hussain, Neurologist post Brain Testing, continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12 (decreased to every other week), Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to continue painting, follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Return in about 8 weeks (around 2/14/2024).

*Portions of this chart may have been created with Fluency M-Modal voice recognition software.Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred.*

**Progress Notes (continued)**

Electronically signed by Poore, Pammela M, NP at 12/20/2023 3:45 PM

**Jett, Paul L, MD at 12/20/2023 1400**

| | | |
|---|---|---|
| Author: Jett, Paul L, MD | Service: — | Author Type: Physician |
| Filed: 1/3/2024 2:35 PM | Encounter Date: 12/20/2023 | Status: Signed |
| Editor: Jett, Paul L, MD (Physician) | | |

Patient was seen independently by Nurse Practitioner unless otherwise noted. I have reviewed chart in full including the asessments and planned treatments. If any changes in care are necessary, these have been communicated to the ordering provider. I was available at the time of the visit either in person or via telephone. I have reviewed the chart and agree with the assessment and plan as written. Paul L Jett, MD, MD.

Electronically signed by Jett, Paul L, MD at 1/3/2024 2:35 PM

**Labs**

No documentation.

**Imaging**

No documentation.

**Delivery Summary**

**History**

No documentation.

**Medication Administrations**

No documentation.

**Immunizations Given**

No documentation.

**Other Orders**

No documentation.

**Dental**

No documentation.

**Ophthalmology**

No documentation.

**Rheumatology**

No documentation.

**Flowsheets**

No documentation.

**Patient Education**

## 12/20/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

### Patient Education (continued)

No documentation.

### Patient Instructions

No documentation.

### After Visit Summary

After Visit Summary (AVS) (below)

# AFTER VISIT SUMMARY

BalladHealth

**Sabrina Guerrero** MRN: 12141403 12/20/2023 2:00 PM BHMA Center for Post Covid Care 423-224-2369

## Instructions

Return in about 8 weeks (around 2/14/2024).

## Today's Visit

You saw Pammela M Poore on Wednesday December 20, 2023 for: Post Covid Follow Up.

## What's Next

You currently have no upcoming appointments scheduled.

## MyChart

View your After Visit Summary and more online at https://mychart.balladhealth.org/mychart/.

## Your Medication List as of December 20, 2023 3:49 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| ALBUTEROL IN | Inhale 90 mcg into the lungs. |
| **benzonatate** 100 MG capsule<br>Commonly known as: Tessalon | Take 100 mg by mouth 3 (three) times a day as needed for cough. |
| **brexpiprazole** 1 MG tablet<br>Commonly known as: Rexulti | Take 1 mg by mouth daily. |
| **calcitriol** 0.5 MCG capsule<br>Commonly known as: Rocaltrol | Take 0.5 mcg by mouth. |
| CALCIUM CITRATE PO | Take by mouth. |
| **cetirizine** 10 MG tablet<br>Commonly known as: ZyrTEC | Take 10 mg by mouth. |
| **clopidogrel** 75 MG tablet<br>Commonly known as: Plavix | Take 75 mg by mouth daily. |
| **ergocalciferol** 1.25 MG (50000 UT) capsule<br>Commonly known as: Vitamin D2 | Every other week |
| **famotidine** 40 MG tablet<br>Commonly known as: Pepcid | Take 40 mg by mouth daily. |
| **fluticasone** 50 MCG/ACT nasal spray<br>Commonly known as: Flonase | Administer 2 sprays into nostril(s) daily. |
| **hydrOXYzine** 25 MG tablet<br>Commonly known as: Atarax | Take 25 mg by mouth daily as needed for itching. |
| HYOSCYAMINE PO | Take 4 mg by mouth daily as needed (bowel). |
| MAG-OX PO | Take 400 mg by mouth daily. |
| **meloxicam** 15 MG tablet<br>Commonly known as: Mobic | meloxicam 15 mg tablet |
| **minocycline** 100 MG capsule<br>Commonly known as: Minocin | 2 (two) times a day. |
| **modafinil** 100 MG tablet<br>Commonly known as: Provigil | Take 200 mg by mouth daily. |
| **Omega-3** 1000 MG Caps | Take 1,000 mg by mouth daily. |
| **ondansetron** 4 MG tablet<br>Commonly known as: Zofran | Take 4 mg by mouth every 8 (eight) hours as needed. |
| **pantoprazole** 20 MG tablet | Take 20 mg by mouth 2 (two) times a day. |

Your Medication List (continued) as of December 20, 2023 3:49 PM

Commonly known as: Protonix

| | |
|---|---|
| PROBIOTIC PO | Take 1 capsule by mouth. |
| Qulipta 60 MG tablet<br>Generic drug: atogepant | Take 60 mg by mouth daily. |
| Saxenda 18 MG/3ML pen<br>Generic drug: liraglutide -Weight Management | Inject 18 mg under the skin daily. |
| sucralfate 1 g tablet<br>Commonly known as: Carafate | Take 1 g by mouth daily. |
| topiramate 50 MG tablet<br>Commonly known as: Topamax | Take 75 mg by mouth daily. |
| Ubrelvy 100 MG tablet<br>Generic drug: ubrogepant | Take 100 mg by mouth daily as needed for migraine. |
| * UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| * UNABLE TO FIND | Take 1 tablet by mouth daily. Med Name: Cerefolin NAC. Prescription from Neurologist for memory loss |
| valsartan 80 MG tablet<br>Commonly known as: Diovan | Take 80 mg by mouth daily. |
| VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| Vitamin B-12 1000 MCG Subl | Place under the tongue. Every other day |
| vitamin C 1000 MG tablet | Take 1,000 mg by mouth daily. |
| vortioxetine 10 MG tablet<br>Commonly known as: Trintellix | Take 10 mg by mouth daily. |

*** This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

Future Appointment Instructions

**Patient Reminders:**

- Please bring all of your medications in the original bottles to each of your visits. Your doctor needs to see medications prescribed by other doctors as well as any over-the-counter medications and supplements you are taking. If you fail to do so then you may be asked to reschedule your appointment. This is crucial to your HEALTH and our health care team.
- At your next appointment, please let us know if you have been seen by another health care provider, especially the ER/Urgent Care/Hospital, to ensure our records are complete.
- Please notify the nurse/doctor if you have had any of the following procedures performed and where you have had them.
  - Labs/radiology
  - Vaccinations
  - Eye exam
  - Podiatry exam
  - Colonoscopy
  - Gynecological visit
  - Mammogram

## Health Maintenance

| | Date Due |
|---|---|
| Colorectal Cancer Screening | **Never done** |
| Mammogram | **Never done** |
| Lipid Panel | **Never done** |
| Pneumococcal Vaccine Age 2-64 High Risk | **Never done** |
| Pap Smear | **Never done** |
| Covid 19 Vaccine Series (3 - 2023-24 season) | **09/01/2023** |
| Influenza Vaccine (1) | **Never done** |

## View Your Health Information Online

Our records indicate that you have an active MyChart account.

You can view your After Visit Summary at **www.balladhealth.org/mychart** by logging in with your MyChart username and password. If you don't have a MyChart username and password, but a parent or guardian has access to your record, the parent or guardian should log in with their own information to access your record to view the After Visit Summary.

View Your Health Information Online (continued)

🗋 Encounter-Level Documents:

There are no encounter-level documents.



**Letters**

**Letter by Poore, Pammela M, NP on 12/20/2023**

Status: Sent

Letter body:

December 20, 2023

Floyd E Phillips Jr., MD
6890 W A J Hwy
Talbott TN 37877

Patient: **Sabrina Guerrero**
MR Number: **12141403**
Date of Birth:
Date of Visit: **12/20/2023**

Dear Dr. Phillips:

Sabrina Guerrero was seen at the Center for Post-COVID Care on 12/20/23 via Telemedicine for evaluation. Below are the relevant portions of my assessment and plan of care.

If you have questions, please do not hesitate to call me. I look forward to following Sabrina along with you.

Sincerely,

Pammela M Poore, NP

CC
No Recipients

**Poore, Pammela M, NP 12/20/2023 3:44 PM Sign when Signing Visit**

Patient Name: Guerrero, Sabrina Today's Date: 12/20/2023
Preferred Name: Sabrina Date of Encounter: 12/20/2023
Patient MRN / CSN: 12141403 / 10114055825 Appt. Time: 2:00 PM EST
Patient Age / DOB: 54-year old / Encounter Provider: Pammela M Poore, NP
PCP: Phillips, Floyd E Jr., MD

Center for Post-Covid Care (CPCC)
Follow - Up Telemedicine

Sabrina Guerrero is a 54-year old who presents for Post Covid Follow Up.
Patient complains of the following Symptoms: Fatigue, Shortness of Breath on exertion, Brain fog, Headache (improved), Anxiety, Depression

HPI

**Post-COVID Fatigue (Improvement)**

Patient reports having symptoms of Post-COVID fatigue. Patient does feel tired all throughout the day. Patient reports not being able to complete tasks throughout the day without taking a break in between. Patient states they are able to do activities of daily living with limitations, unable to work, and able to do house work with limitations. Patient reports that they do take naps during the day. States that they do snore. Patient does use CPAP and is compliant most of the time. Reports that she attended Aquatic Therapy from 6/2023 - 11/2023 and felt that it was very beneficial. Patient is not exercising due to knee injury from fall 12/16/23, drinking 64-72 oz of water daily,

and does take supplements: Calcium, Vitamin C, Vitamin A, B-12 (decreased to every other week), Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. States she tries to follow the Anti-inflammatory diet difficult with the Holidays. Patient has learned to pace herself and to plan for a recuperation period. Patient reports the Fatigue continues with some improvement.

**Post-COVID Brain Fog (Improvement)**
Patient reports symptoms of Post-COVID Brain Fog. Patient reports having problems with memory, finding words, ability to focus, reading comprehension, misplacing items, and losing train of thought in the middle of a conversation. Reports that she continues to see Dr. Mohammad Hussain, Neurologist for Brain Fog and Migraines. Patient is not exercising due to knee injury, drinking 64-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin A, B-12 (decreased to every other week), Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. States she is painting to keep brain active. Reports that she tries to follow the Anti-inflammatory diet. Patient reports Brain Fog continues with slight improvement.

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:
**Outpatient Encounter Medications as of 12/20/2023**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • brexpiprazole (Rexulti) 1 MG tablet | Take 1 mg by mouth daily. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. | | |
| • clopidogrel (Plavix) 75 MG tablet | Take 75 mg by mouth daily. | | |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day | | |

**Letters (continued)**

| | |
|---|---|
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other week |
| • famotidine (Pepcid) 40 MG tablet | Take 40 mg by mouth daily. |
| • fluticasone (Flonase) 50 MCG/ACT nasal spray | Administer 2 sprays into nostril(s) daily. |
| • hydrOXYzine (Atarax) 25 MG tablet | Take 25 mg by mouth daily as needed for itching. |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth daily as needed (bowel). |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. |
| • modafinil (Provigil) 100 MG tablet | Take 200 mg by mouth daily. |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth every 8 (eight) hours as needed. |
| • pantoprazole (Protonix) 20 MG tablet | Take 20 mg by mouth 2 (two) times a day. |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Qulipta 60 MG tablet | Take 60 mg by mouth daily. |
| • sucralfate (Carafate) 1 g tablet | Take 1 g by mouth daily. |
| • topiramate (Topamax) 50 MG tablet | Take 75 mg by mouth daily. |
| • Ubrelvy 100 MG tablet | Take 100 mg by mouth daily as needed for migraine. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • UNABLE TO FIND | Take 1 tablet by mouth daily. Med Name: Cerefolin NAC. Prescription from Neurologist for memory loss |
| • valsartan (Diovan) 80 MG tablet | Take 80 mg by mouth daily. |

| | |
|---|---|
| • vortioxetine (Trintellix) 10 MG tablet | Take 10 mg by mouth daily. |
| • [DISCONTINUED] Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. |
| • Saxenda 18 MG/3ML pen | Inject 18 mg under the skin daily. (Patient not taking: Reported on 10/11/2023) |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg (Patient not taking: Reported on 12/20/2023) |

Last reviewed on 12/20/2023 2:36 PM by Poore, Pammela M, NP

Medical History:
Sabrina has a past medical history of Allergic rhinitis, Anemia (Unsure), Anxiety, Arthropathy (Unsure), Asthma, Bronchitis, COVID-19, Depression, Disorder of thyroid (Unsure), Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), Mixed cortical and subcortical vascular dementia (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Cancer in her father; Depression in her mother; Diabetes in her brother and father; Heart disease in her father, maternal grandfather, and sister; Hyperlipidemia in her mother; Hypertension in her father; Migraines in her brother; Pancreatic cancer in her father; Scoliosis in her mother; Stroke in her father and paternal grandfather; Thyroid disease in her daughter.

Sabrina reports that she does not currently use alcohol.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports no history of drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath.
**Exertion**
Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for decreased concentration and dysphoric mood. The patient is nervous/anxious.

**There were no vitals filed for this visit.**
Telemedicine Visit

No LMP recorded. Patient is postmenopausal.

Physical Exam

Telemedicine Visit

## Problem List Items Addressed This Visit

- **Post-COVID syndrome - Primary**

  This patient has been seen within the Center for Post-COVID Care via Telemedicine, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero reports POST-COVID symptoms of Fatigue, Shortness of Breath on exertion, Brain fog, Headache (improved), Anxiety, Depression

  The patient was offered telemedicine as an option for care delivery and consented to this option.

  I examined the patient remotely with the observations listed above in the history and physical exam. I spent 30 minutes in record review, assessment, evaluation and management of this patient via telehealth. Time Start: 2:45 Time End: 3:15 This involved communicating with the clinical team, evaluating the patient; and making decisions on management and data analysis.

  This consultation was provided via telemedicine using two-way, real-time interactive telecommunication technology between the patient and the physician. The interactive telecommunication technology was facilitated via audio and video.
  Patient location: home.
  Provider location: CPCC Kingsport TN
  Other participants present with provider, with patient's verbal consent: None
  Other participants present with patient: none
  Platform Used: Hatch
  Connection lost during call 2 - 3 times due to patient getting a call during visit - otherwise no issues.

- **Post-COVID chronic fatigue**

  **Lab Work drawn 11/13/23 ordered by Taylor Spoo, NP Tennova Bariatric results:**
  - CMP: Glucose 113, BUN/Creat Ratio 24, Chlor 115, Albumin 3.2, Alb/Glob Ratio 0.9, Alk Phos 151, Osmo Calc 301
  - PTH: 116.0
  - Vit D unremarkable

  Currently taking:
  - Trinrellix 10 mg HS
  - Provigil 200 mg daily
  - Rexulti 1 mg HS

  Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12 (decreased to every other week), Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, and practice fatigue management: planning,

pacing, prioritizing, and positioning.

Will consider patient return to Aquatic Therapy at follow up visit after patient's Right Knee Injury Heels.

- **Brain fog**
  Dx 9/11/23: Mixed Cortical and Subcortical Vascular Dementia

  Currently taking:
  - Cerefolin NAC 6 mg/90.3 mg/2 mg/600 mg 1 tablet daily

  Patient sees Dr. Mohammad Hussain, Neurologist - last visit on 12/1223 (will obtain records) - Brain Testing scheduled 1/8/23 - follow up visit scheduled to be scheduled post Brain Testing. Per Dr. Mohammad Hussain, Neurologist visit note 9/11/23 patient diagnosed with Mixed Cortical and Subcortical Vascular Dementia.

  Encouraged patient to complete Brain Testing as scheduled, schedule follow up with Dr. Mohammad Hussain, Neurologist post Brain Testing, continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12 (decreased to every other week), Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to continue painting, follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Return in about 8 weeks (around 2/14/2024).

*Portions of this chart may have been created with Fluency M-Modal voice recognition software.Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred.*

**Messages**

**Patient Medical History**

| From | To | Sent |
|---|---|---|
| Guerrero, Sabrina | Pammela M Poore, NP | 12/13/2023 12:00 PM |

History questionnaire submitted on Wednesday December 13, 2023 at 11:59:49 AM
Questionnaire: Patient Medical History

Patient: Sabrina Guerrero [12141403]

Medical History:

Question: Anemia
Response: Yes
Date: Unsure Comments: History

Question: Diabetes Type 1 or 2
Response: No
Date: Comments:

Question: Previous Heart Attack
Response: No
Date: Comments:

Question: Anxiety
Response: Yes
Date: Comments:

Question: Emphysema
Response: No
Date: Comments:

Question: Nerve or Muscle Disease
Response: No
Date: Comments:

Question: Arthritis
Response: Yes
Date: Unsure Comments:

Question: Acid Reflux
Response: No
Date: Comments:

Question: Brittle Bones
Response: No
Date: Comments:

Question: Asthma
Response: Yes

Date: Comments:

Question: Glaucoma
Response: No
Date: Comments:

Question: Seizures
Response: No
Date: Comments:

Question: Cancer
Response: Yes
Date: Comments: Basal cell forhead

Question: Heart Murmur
Response: No
Date: Comments:

Question: Sickle Cell Anemia
Response: No
Date: Comments:

Question: Cataracts
Response: No
Date: Comments:

Question: Hepatitis
Response: No
Date: Comments:

Question: Stroke
Response: No
Date: Comments:

Question: Congestive Heart Failure
Response: No
Date: Comments:

Question: HIV or AIDS
Response: No
Date: Comments:

Question: Substance Abuse

Response: No
Date: Comments:

Question: Bleeding Problems
Response: No
Date: Comments:

Question: High Blood Pressure
Response: Yes
Date: Comments:

Question: Thyroid Disease
Response: Yes
Date: Unsure Comments: Parathyroid

Question: COPD or Chronic Bronchitis
Response: No
Date: Comments:

Question: Kidney Disease
Response: No
Date: Comments:

Question: Tuberculosis (TB)
Response: No
Date: Comments:

Question: Depression
Response: Yes
Date: Comments:

Question: Brain or Spinal Cord Infection
Response: No
Date: Comments:

Question: Ulcers
Response: No
Date: Comments:

Question: High Cholesterol
Response: No
Date: Comments:

Question: Seasonal Allergies
Response: Yes
Date: Comments:

Question: Overactive Thyroid
Response: No
Date: Comments:

Question: Coronary Artery Disease
Response: No
Date: Comments:

Question: Underactive Thyroid
Response: No
Date: Comments:

Surgical History:

Question: Appendectomy
Response: No
Date: Comments:

Question: Brain surgery
Response: No
Date: Comments:

Question: Breast surgery
Response: No
Date: Comments:

Question: Heart bypass
Response: No
Date: Comments:

Question: Gallbladder removal
Response: Yes
Date: 10/2001 Comments:

Question: Colon / large intestine surgery
Response: No
Date: Comments:

Question: Colonoscopy
Response: Yes
Date: Comments:

Question: Plastic surgery
Response: No
Date: Comments:

Question: C-Section
Response: No
Date: Comments:

Question: Fracture surgery
Response: No
Date: Comments:

Question: Eye surgery
Response: No
Date: Comments:

Question: Joint replacement
Response: No
Date: Comments:

Question: Hernia repair
Response: Yes
Date: 3/2020 Comments:

Question: Hysterectomy
Response: No
Date: Comments:

Question: Lumpectomy
Response: No
Date: Comments:

Question: Small intestine surgery
Response: No
Date: Comments:

Question: Spine surgery
Response: No

Date: Comments:

Question: Tonsillectomy
Response: No
Date: Comments:

Question: Tubes tied
Response: No
Date: Comments:

Question: Heart valve replacement
Response: No
Date: Comments:

Family History:

Problem: Cancer

Relation: Father
Name: Edward White Jr
Comments: Pancreatic cancer Stage IV Deceased

Problem: Heart Disease

Relation: Father
Name: Edward White Jr
Comments: Deceased

Relation: Maternal Grandfather
Name: Leomia House
Comments: Deceased

Relation: Sister
Name: Joyce White Foster
Comments: Deceased

Problem: High Blood Pressure

Relation: Father
Name: Edward White Jr
Comments:

Problem: High Cholesterol

Relation: Mother
Name: Brenda White
Comments:

Problem: Diabetes Type 1 or 2

Relation: Father
Name: Edward White Jr
Comments:

Relation: Brother
Name: Gregory White
Comments: Type II

Problem: Migraines or Headaches

Relation: Brother
Name: Gregory White
Comments:

Problem: Stroke

Relation: Father
Name: Edward White Jr
Comments:

Relation: Paternal Grandfather
Name: Edward H White
Comments:

Problem: Thyroid Disease

Relation: Daughter
Name: Isabella
Comments:

Tobacco History:

Question: How often do you smoke?

Response: Former
What type of smoking tobacco do you use?:
How many packs do you smoke per day?:
How many years have you been smoking Tobacco?:
If you are/were a smoker, when did you start?:
If you are a former smoker, when did you quit?:
Question: How often do you use smokeless tobacco?
Response: Never
Question: Are you ready to quit smoking?
Response: No Response
Comments: Light smoker when I did smoke

Substance and Sexual Activity History:

Question: Do you consume Alcohol?
Response: Not Currently
How many drinks per week do you consume?: 0 Glasses of wine, 0 Cans of beer, 0 Shots of liquor, 0 Standard drinks or equivalent
Comments:

Question: Do you use any illicit drugs?
Response: Never

Question: Are you sexually active?
Response: Not Currently
Partners: Male
What types of Birth control or Proctection do you use?: Post-menopausal, None
Comments:

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Guerrero, Sabrina | Pammela M Poore, NP | 12/13/2023 11:58 AM |

Patient Questionnaire Submission
-------------------------------

Questionnaire: Primary Reason for Visit

Question: What is the primary reason for your visit?
Answer: Other

Questionnaire: Other

Question: Please describe your symptoms.
Answer: Chronic post covid symptoms

Question: Have you had these symptoms before?
Answer: Yes

Question: How long have you been having these symptoms?
Answer: For more than a month

Question: Please list any medications you are currently taking for this condition.
Answer:

Question: Please describe any probable cause for these symptoms.
Answer: Post covid syndrome

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Guerrero, Sabrina | Pammela M Poore, NP | 12/13/2023 11:56 AM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Communicable Disease Screening

Question: Do you have any of the following new or worsening symptoms?
Answer: Fatigue
Joint pain
Runny nose
Severe headache
Shortness of breath

Question: Have you recently been in contact with someone who was sick?
Answer: No / Unsure

## 12/20/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

**Messages (continued)**

**Questionnaires**

**Legend:**

Triggered a BPA Scoring question

**Travel Screening**

| Question | 12/13/2023 11:56 AM EST - Filed by Patient |
|---|---|
| Do you have any of the following new or worsening symptoms? | Fatigue<br>Joint pain<br>Runny nose<br>Severe headache<br>Shortness of breath |
| Have you recently been in contact with someone who was sick? | No / Unsure |

**Mychart Patient-Entered Hpi Selection Questionnaire**

| Question | 12/13/2023 11:58 AM EST - Filed by Patient |
|---|---|
| What is the primary reason for your visit? | Other |
| Please describe your symptoms. | Chronic post covid symptoms |
| Have you had these symptoms before? | Yes |
| How long have you been having these symptoms? | For more than a month |
| Please list any medications you are currently taking for this condition. | |
| Please describe any probable cause for these symptoms. | Post covid syndrome |

**Referral**

No documentation.

**Documents**

**Confirmation of Email Address - Electronic signature on 12/13/2023 12:00 PM (effective from 12/13/2023) - E-signed**

BalladHealth
Ballad Health Medical Associates

## Confirmation of Email Address

**Page 1 of 1**

**Patient Medical Record Documentation and Your Email Address**

As part of Ballad Health's commitment to ensuring accurate and complete electronic medical records, we need to collect an email address as part of your patient information.

----------------------------------------------------------------------------------------------------------------

**Use of Email Address**

In this age of technological communication, email addresses are as common - if not more so - than phone or fax numbers. As email use becomes more prevalent, Ballad must ensure it maintains complete and comprehensive records - including contact information - to communicate with patients under certain circumstances.

Your email address will not be sold to other entities for any reason or otherwise provided to third parties for non-Ballad use unless required for legal reasons. Just as Wellmont takes the security of your health information seriously, we commit to responsibly maintaining and using your email address and contact information.

We may communicate with you periodically about important health topics. However, patient medical information will not be communicated using your email address.

Patients who do not have an email address should denote below and sign this form, which will remain on file as part of their patient record.

----------------------------------------------------------------------------------------------------------------

**Confirmation of Email Address**

Email Address:

Patient Signature: Confirmation of Email Address — Sabrina Guerrero — Electronically signed for Sabrina Guerrero

Form # MS- 6783

**After Visit Summary - Document on 12/20/2023 3:49 PM: After Visit Summary (AVS)**

Document (below)

# AFTER VISIT SUMMARY

**Sabrina Guerrero** MRN: 12141403 12/20/2023 2:00 PM BHMA Center for Post Covid Care 423-224-2369

## Instructions

Return in about 8 weeks
(around 2/14/2024).

## Today's Visit

You saw Pammela M Poore on Wednesday December 20, 2023 for: Post Covid Follow Up.

## What's Next

You currently have no upcoming appointments scheduled.

## MyChart

View your After Visit Summary and more online at https://mychart.balladhealth.org/mychart/.

## Your Medication List as of December 20, 2023 3:49 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| ALBUTEROL IN | Inhale 90 mcg into the lungs. |
| benzonatate 100 MG capsule<br>Commonly known as: Tessalon | Take 100 mg by mouth 3 (three) times a day as needed for cough. |
| brexpiprazole 1 MG tablet<br>Commonly known as: Rexulti | Take 1 mg by mouth daily. |
| calcitriol 0.5 MCG capsule<br>Commonly known as: Rocaltrol | Take 0.5 mcg by mouth. |
| CALCIUM CITRATE PO | Take by mouth. |
| cetirizine 10 MG tablet<br>Commonly known as: ZyrTEC | Take 10 mg by mouth. |
| clopidogrel 75 MG tablet<br>Commonly known as: Plavix | Take 75 mg by mouth daily. |
| ergocalciferol 1.25 MG (50000 UT) capsule<br>Commonly known as: Vitamin D2 | Every other week |
| famotidine 40 MG tablet<br>Commonly known as: Pepcid | Take 40 mg by mouth daily. |
| fluticasone 50 MCG/ACT nasal spray<br>Commonly known as: Flonase | Administer 2 sprays into nostril(s) daily. |
| hydrOXYzine 25 MG tablet<br>Commonly known as: Atarax | Take 25 mg by mouth daily as needed for itching. |
| HYOSCYAMINE PO | Take 4 mg by mouth daily as needed (bowel). |
| MAG-OX PO | Take 400 mg by mouth daily. |
| meloxicam 15 MG tablet<br>Commonly known as: Mobic | meloxicam 15 mg tablet |
| minocycline 100 MG capsule<br>Commonly known as: Minocin | 2 (two) times a day. |
| modafinil 100 MG tablet<br>Commonly known as: Provigil | Take 200 mg by mouth daily. |
| Omega-3 1000 MG Caps | Take 1,000 mg by mouth daily. |
| ondansetron 4 MG tablet<br>Commonly known as: Zofran | Take 4 mg by mouth every 8 (eight) hours as needed. |
| pantoprazole 20 MG tablet | Take 20 mg by mouth 2 (two) times a day. |

Your Medication List (continued) as of December 20, 2023 3:49 PM

| | |
|---|---|
| Commonly known as: Protonix | |
| PROBIOTIC PO | Take 1 capsule by mouth. |
| **Qulipta** 60 MG tablet<br>Generic drug: atogepant | Take 60 mg by mouth daily. |
| **Saxenda** 18 MG/3ML pen<br>Generic drug: liraglutide -Weight Management | Inject 18 mg under the skin daily. |
| **sucralfate** 1 g tablet<br>Commonly known as: Carafate | Take 1 g by mouth daily. |
| **topiramate** 50 MG tablet<br>Commonly known as: Topamax | Take 75 mg by mouth daily. |
| **Ubrelvy** 100 MG tablet<br>Generic drug: ubrogepant | Take 100 mg by mouth daily as needed for migraine. |
| * UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| * UNABLE TO FIND | Take 1 tablet by mouth daily. Med Name: Cerefolin NAC. Prescription from Neurologist for memory loss |
| **valsartan** 80 MG tablet<br>Commonly known as: Diovan | Take 80 mg by mouth daily. |
| VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| **Vitamin B-12** 1000 MCG Subl | Place under the tongue. Every other day |
| **vitamin C** 1000 MG tablet | Take 1,000 mg by mouth daily. |
| **vortioxetine** 10 MG tablet<br>Commonly known as: Trintellix | Take 10 mg by mouth daily. |

*** This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

Future Appointment Instructions

**Patient Reminders:**

- Please bring all of your medications in the original bottles to each of your visits. Your doctor needs to see medications prescribed by other doctors as well as any over-the-counter medications and supplements you are taking. If you fail to do so then you may be asked to reschedule your appointment. This is crucial to your HEALTH and our health care team.
- At your next appointment, please let us know if you have been seen by another health care provider, especially the ER/Urgent Care/Hospital, to ensure our records are complete.
- Please notify the nurse/doctor if you have had any of the following procedures performed and where you have had them.
  - Labs/radiology
  - Vaccinations
  - Eye exam
  - Podiatry exam
  - Colonoscopy
  - Gynecological visit
  - Mammogram

## Health Maintenance

| | Date Due |
|---|---|
| Colorectal Cancer Screening | **Never done** |
| Mammogram | **Never done** |
| Lipid Panel | **Never done** |
| Pneumococcal Vaccine Age 2-64 High Risk | **Never done** |
| Pap Smear | **Never done** |
| Covid 19 Vaccine Series (3 - 2023-24 season) | **09/01/2023** |
| Influenza Vaccine (1) | **Never done** |

## View Your Health Information Online

Our records indicate that you have an active MyChart account.

You can view your After Visit Summary at **www.balladhealth.org/mychart** by logging in with your MyChart username and password. If you don't have a MyChart username and password, but a parent or guardian has access to your record, the parent or guardian should log in with their own information to access your record to view the After Visit Summary.

View Your Health Information Online (continued)

🗋 Encounter-Level Documents:

There are no encounter-level documents.



**Medical Records Release - Scan on 12/20/2023 3:58 PM**

Scan (below)

**AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION**

RC0200

BalladHealth

(identification)

Patient Name: Sabrina Guerrero | Birth Date | No. (Last 4 digits)

Address | Telephone No.

I hereby authorize ____________________ to
Facility Name

☐ Disclose or ☐ Obtain Information from the medical records of ____________________
Patient Name

☒ To or ☐ From Pammela Poore, AP Ballad Post Covid Clinic FAX 423-224-2368
2204 Pavillion Dr Ste 110, Kingsport TN 37660 ph 423-224-2369
Name/Address of Person/Organization to which disclosure or request is to be made

For the following purpose: Post Covid Care

For treatment dates: ____________________
Specific dates must be indicated

| Type of Access Requested | Description of Information to be Used / Disclosed | | |
|---|---|---|---|
| ☐ Paper copies of the record | ☐ Physician/Clinic Office Records | ☐ Consultation | ☐ Pathology |
| ☐ Inspection of the record | ☐ Abstract | ☐ Operative/Procedure Report | ☐ Nursing Notes |
| ☐ Ballad Health electronic thumb / jump drive | ☐ Emergency Room | ☐ Lab | ☐ MD Progress Notes/Orders |
| ☐ E-mail address | ☐ Discharge Summary | ☐ Radiology | ☐ Entire Record |
| | ☐ History & Physical | ☐ Cardiac Studies/EKG | ☐ Other ______ |

Expiration Date: ___/___/___ OR Expiration Event: ____________________
(Note: Date or Event not to exceed one year from date of signature.)

SG Initials — I acknowledge, and hereby consent to such, that the released information may contain psychiatric, alcohol, drug abuse, HIV testing, HIV results, or AIDS information.

SG Initials — I acknowledge, and hereby consent to such, that there is a level of risk that my unencrypted PHI could be read or otherwise accessed by a third party while in transit via unencrypted email. Further I understand that I am directing the organization to comply with my request to send my PHI via unencrypted email.

In workers' compensation cases, this medical authorization form only permits the employer or the division of workers' compensation to obtain medical information through oral or written communication, including, but not limited to, charts, files, records, and reports in the possession of a medical provider authorized by the employer pursuant to T.C.A. § 50-6-204 and a medical provider that is reimbursed by the employer for the employee's treatment.

State of Virginia, § 65.2-604. Furnishing copy of medical report: 1) Any health care provider attending an injured employee shall, upon request of the injured employee, employer, insurer, or a certified rehabilitation provider as provided in Article 2 (§ 54.1-3510 et seq.) of Chapter 35 of Title 54.1 providing services to the injured employee, or of any representation thereof, furnish a copy of any medical report to the injured employee, employer, insurer, or a certified rehabilitation provider as provided in Article 2 (§ 54.1-3510 et seq.) of Chapter 35 of Title 54.1.

Worker's compensation records to be released is limited to the treatment records for worker's compensation injury only.

I understand that I may revoke this authorization at any time by notifying in writing the Medical Record Department of this Ballad Health facility or Ballad Medical Group office. Such notice will not affect any actions already made prior to this authorization. I understand that my healthcare, payment for my healthcare, enrollment or eligibility of benefits will not be affected if I do not sign this form. I understand that information used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient and no longer protected by the privacy rules. This facility is released and discharged of any liability, and the undersigned will hold the facility harmless for complying with this Authorization for Release of Medical Information.

| 12-20-23 | Sabrina Guerrero | | |
|---|---|---|---|
| Time/Date | Signature of Patient/Parent/Conservator/Guardian | Printed Name | Relationship to Patient |
| 12-20-23 | Carrie Teller | | |
| Time/Date | Signature of Witness | Photo ID Provided | |
| Time/Date | Team Member who Processed Release | | |

Fees/charges will comply with all laws and regulations applicable to release of information.

KEY: MD=Medical Doctor, PHI=Personal Health Information, EKG=Electrocardiogram, HIV=Human Immunodeficiency Virus, AIDS=acquired immune deficiency syndrome

FORM NO. MS-5864 Rev. 5/18/2018 ORIGINAL – FILE ON MEDICAL RECORD COPY – TO REQUESTOR

1011405585825

## 12/20/2023 - Clinical Support in BHMA Center for Post Covid Care

### Reason for Visit

#### Chief Complaint

- TM Social Work FU

#### Visit Diagnoses

- **Anxiety (primary) [F41.9]**
- Other depression [F32.89]

### Visit Information

#### Provider Information

**Encounter Provider**

Hubbard, Erica L, Mental Health Therapist

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| BHMA Center for Post Covid Care | 2204 Pavilion Dr<br>Suite 110<br>Kingsport TN 37660-4651 | 423-224-2369 | 423-224-2368 |

### Events

No documentation.

### Medication List

#### Medication List

**ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**meloxicam (Mobic) 15 MG tablet**

Instructions: meloxicam 15 mg tablet
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022

**minocycline (Minocin) 100 MG capsule**

Instructions: 2 (two) times a day.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

**ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule**

Instructions: Every other week
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

**cetirizine (ZyrTEC) 10 MG tablet**

Instructions: Take 10 mg by mouth.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022

**calcitriol (Rocaltrol) 0.5 MCG capsule**

Instructions: Take 0.5 mcg by mouth.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022

**ondansetron (Zofran) 4 MG tablet**

Instructions: Take 4 mg by mouth every 8 (eight) hours as needed.

**Medication List (continued)**

Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Start date: 2/15/2022

**Magnesium Oxide (MAG-OX PO)**

Instructions: Take 400 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**ALBUTEROL IN**

Instructions: Inhale 90 mcg into the lungs.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Start date: 2/15/2022

**topiramate (Topamax) 50 MG tablet**

Instructions: Take 75 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Informant: Self

**benzonatate (Tessalon) 100 MG capsule**

Instructions: Take 100 mg by mouth 3 (three) times a day as needed for cough.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**Hyoscyamine Sulfate (HYOSCYAMINE PO)**

Instructions: Take 4 mg by mouth daily as needed (bowel).
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**CALCIUM CITRATE PO**

Instructions: Take by mouth.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**Ascorbic Acid (vitamin C) 1000 MG tablet**

Instructions: Take 1,000 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**UNABLE TO FIND**

Instructions: Bari life complete 3 in morning, 3 in evening
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**VITAMIN A PO**

Instructions: Take by mouth daily. 30,000 mcg
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Action: Patient not taking

**Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab**

Instructions: Place under the tongue. Every other day
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**Omega-3 1000 MG Cap**

Instructions: Take 1,000 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 7/20/2022
Informant: Self

**Probiotic Product (PROBIOTIC PO)**

Instructions: Take 1 capsule by mouth.
Entered by: Vaughn, Ashley B, RN Entered on: 7/20/2022
Informant: Self

**Medication List (continued)**

**valsartan (Diovan) 80 MG tablet**

Instructions: Take 80 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN — Entered on: 9/6/2022

**famotidine (Pepcid) 40 MG tablet**

Instructions: Take 40 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN — Entered on: 9/6/2022

**vortioxetine (Trintellix) 10 MG tablet**

Instructions: Take 10 mg by mouth daily.
Entered by: Woods, Selma K, RN — Entered on: 1/24/2023
Start date: 1/23/2023

**hydrOXYzine (Atarax) 25 MG tablet**

Instructions: Take 25 mg by mouth daily as needed for itching.
Entered by: Woods, Selma K, RN — Entered on: 1/24/2023
Informant: Self

**modafinil (Provigil) 100 MG tablet**

Instructions: Take 200 mg by mouth daily.
Entered by: Woods, Selma K, RN — Entered on: 1/24/2023
Informant: Self

**fluticasone (Flonase) 50 MCG/ACT nasal spray**

Instructions: Administer 2 sprays into nostril(s) daily.
Entered by: Rogers, Alex M, RN — Entered on: 4/12/2023
Informant: Self

**Qulipta 60 MG tablet**

Instructions: Take 60 mg by mouth daily.
Entered by: Woods, Selma K, RN — Entered on: 6/9/2023
Start date: 6/7/2023

**pantoprazole (Protonix) 20 MG tablet**

Instructions: Take 20 mg by mouth 2 (two) times a day.
Entered by: Woods, Selma K, RN — Entered on: 6/9/2023

**sucralfate (Carafate) 1 g tablet**

Instructions: Take 1 g by mouth daily.
Entered by: Woods, Selma K, RN — Entered on: 6/9/2023

**Ubrelvy 100 MG tablet**

Instructions: Take 100 mg by mouth daily as needed for migraine.
Entered by: Woods, Selma K, RN — Entered on: 6/9/2023
Start date: 5/30/2023

**clopidogrel (Plavix) 75 MG tablet**

Instructions: Take 75 mg by mouth daily.
Entered by: Woods, Selma K, RN — Entered on: 6/9/2023
Informant: Self

**Saxenda 18 MG/3ML pen**

Instructions: Inject 18 mg under the skin daily.
Entered by: Woods, Selma K, RN — Entered on: 8/3/2023
Start date: 7/17/2023 — Action: Patient not taking

**Medication List (continued)**

**brexpiprazole (Rexulti) 1 MG tablet**

Instructions: Take 1 mg by mouth daily.
Entered by: Woods, Selma K, RN — Entered on: 8/3/2023
Start date: 7/5/2023 — Informant: Self

**UNABLE TO FIND**

Instructions: Take 1 tablet by mouth daily. Med Name: Cerefolin NAC. Prescription from Neurologist for memory loss
Entered by: Woods, Selma K, RN — Entered on: 8/3/2023

**Stopped in Visit**

None

**ED Provider Note**

No documentation.

**ED Notes**

No documentation.

**OP Notes**

No documentation.

**ED Care Timeline**

No documentation.

**H&P Notes**

No documentation.

**Consult Notes**

No documentation.

**Discharge Summary Note**

No documentation.

**Clinical Notes**

No documentation.

**Progress Notes**

**Progress Notes**

**Hubbard, Erica L, Mental Health Therapist at 12/20/2023 1300**

| | | |
|---|---|---|
| Author: Hubbard, Erica L, Mental Health Therapist | Service: — | Author Type: Therapist |
| Filed: 12/20/2023 2:00 PM | Encounter Date: 12/20/2023 | Status: Signed |

Editor: Hubbard, Erica L, Mental Health Therapist (Therapist)

The patient was offered telemedicine as an option for care delivery and consented to this option. Patient reports improvement in symptoms of panic. Discussed her desire to get serious about her weight loss. Provided her the phone number of Dr. Bulawa. States her energy level remains low and she continues to struggle with identity since she is unable to work. Encouraged her to continue to give herself grace and good self-care. We will follow-up same day as her next follow-up with Pammela Poore, NP. Denies SI/HI

**Progress Notes (continued)**

I spent 60 minutes in record review, assessment, evaluation and management of this patient via telehealth. Time Start: 1:00 Time End: 2:00 This involved communicating with the clinical team, evaluating the patient; and making decisions on management and data analysis.

This consultation was provided via telemedicine using two-way, real-time interactive telecommunication technology between the patient and the physician. The interactive telecommunication technology was facilitated via audio.
Patient location: home.
Provider location: CPCC
Other participants present with provider, with patient's verbal consent: None
Other participants present with patient: none
Platform Used: telephone
There were no issues in two way, real time audio communication.

Electronically signed by Hubbard, Erica L, Mental Health Therapist at 12/20/2023 2:00 PM

**Labs**

No documentation.

**Imaging**

No documentation.

**Delivery Summary**

**History**

No documentation.

**Medication Administrations**

No documentation.

**Immunizations Given**

No documentation.

**Other Orders**

No documentation.

**Dental**

No documentation.

**Ophthalmology**

No documentation.

**Rheumatology**

No documentation.

**Flowsheets**

No documentation.

**Patient Education**

**Patient Education (continued)**

No documentation.

**Patient Instructions**

No documentation.

**After Visit Summary**

After Visit Summary (AVS) (below)

# AFTER VISIT SUMMARY

**Sabrina Guerrero** MRN: 12141403 12/20/2023 1:00 PM BHMA Center for Post Covid Care 423-224-2369

## Today's Visit

You saw ERICA L HUBBARD on Wednesday December 20, 2023 for: TM Social Work FU.

## What's Next

You currently have no upcoming appointments scheduled.

## MyChart

View your After Visit Summary and more online at https://mychart.balladhealth.org/mychart/.

## Your Medication List as of December 20, 2023 1:55 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| ALBUTEROL IN | Inhale 90 mcg into the lungs. |
| **benzonatate** 100 MG capsule<br>Commonly known as: Tessalon | Take 100 mg by mouth 3 (three) times a day as needed for cough. |
| **brexpiprazole** 1 MG tablet<br>Commonly known as: Rexulti | Take 1 mg by mouth daily. |
| **calcitriol** 0.5 MCG capsule<br>Commonly known as: Rocaltrol | Take 0.5 mcg by mouth. |
| CALCIUM CITRATE PO | Take by mouth. |
| **cetirizine** 10 MG tablet<br>Commonly known as: ZyrTEC | Take 10 mg by mouth. |
| **clopidogrel** 75 MG tablet<br>Commonly known as: Plavix | Take 75 mg by mouth daily. |
| **ergocalciferol** 1.25 MG (50000 UT) capsule<br>Commonly known as: Vitamin D2 | Every other week |
| **famotidine** 40 MG tablet<br>Commonly known as: Pepcid | Take 40 mg by mouth daily. |
| **fluticasone** 50 MCG/ACT nasal spray<br>Commonly known as: Flonase | Administer 2 sprays into nostril(s) daily. |
| **hydrOXYzine** 25 MG tablet<br>Commonly known as: Atarax | Take 25 mg by mouth daily as needed for itching. |
| HYOSCYAMINE PO | Take 4 mg by mouth daily as needed (bowel). |
| MAG-OX PO | Take 400 mg by mouth daily. |
| **meloxicam** 15 MG tablet<br>Commonly known as: Mobic | meloxicam 15 mg tablet |
| **minocycline** 100 MG capsule<br>Commonly known as: Minocin | 2 (two) times a day. |
| **modafinil** 100 MG tablet<br>Commonly known as: Provigil | Take 200 mg by mouth daily. |
| **Omega-3** 1000 MG Caps | Take 1,000 mg by mouth daily. |
| **ondansetron** 4 MG tablet<br>Commonly known as: Zofran | Take 4 mg by mouth every 8 (eight) hours as needed. |
| **pantoprazole** 20 MG tablet | Take 20 mg by mouth 2 (two) times a day. |

Your Medication List (continued) as of December 20, 2023 1:55 PM

Commonly known as: Protonix

| | |
|---|---|
| PROBIOTIC PO | Take 1 capsule by mouth. |
| Qulipta 60 MG tablet<br>Generic drug: atogepant | Take 60 mg by mouth daily. |
| Saxenda 18 MG/3ML pen<br>Generic drug: liraglutide -Weight Management | Inject 18 mg under the skin daily. |
| sucralfate 1 g tablet<br>Commonly known as: Carafate | Take 1 g by mouth daily. |
| topiramate 50 MG tablet<br>Commonly known as: Topamax | Take 75 mg by mouth daily. |
| Ubrelvy 100 MG tablet<br>Generic drug: ubrogepant | Take 100 mg by mouth daily as needed for migraine. |
| * UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| * UNABLE TO FIND | Take 1 tablet by mouth daily. Med Name: Cerefolin NAC. Prescription from Neurologist for memory loss |
| valsartan 80 MG tablet<br>Commonly known as: Diovan | Take 80 mg by mouth daily. |
| VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| Vitamin B-12 1000 MCG Subl | Place under the tongue. Every other day |
| vitamin C 1000 MG tablet | Take 1,000 mg by mouth daily. |
| vortioxetine 10 MG tablet<br>Commonly known as: Trintellix | Take 10 mg by mouth daily. |

* This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

Future Appointment Instructions

**Patient Reminders:**

- Please bring all of your medications in the original bottles to each of your visits. Your doctor needs to see medications prescribed by other doctors as well as any over-the-counter medications and supplements you are taking. If you fail to do so then you may be asked to reschedule your appointment. This is crucial to your HEALTH and our health care team.
- At your next appointment, please let us know if you have been seen by another health care provider, especially the ER/Urgent Care/Hospital, to ensure our records are complete.
- Please notify the nurse/doctor if you have had any of the following procedures performed and where you have had them.
  - Labs/radiology
  - Vaccinations
  - Eye exam
  - Podiatry exam
  - Colonoscopy
  - Gynecological visit
  - Mammogram

## Health Maintenance

| | Date Due |
|---|---|
| Colorectal Cancer Screening | **Never done** |
| Mammogram | **Never done** |
| Lipid Panel | **Never done** |
| Pneumococcal Vaccine Age 2-64 High Risk | **Never done** |
| Pap Smear | **Never done** |
| Covid 19 Vaccine Series (3 - 2023-24 season) | **09/01/2023** |
| Influenza Vaccine (1) | **Never done** |

## View Your Health Information Online

Our records indicate that you have an active MyChart account.

You can view your After Visit Summary at **www.balladhealth.org/mychart** by logging in with your MyChart username and password. If you don't have a MyChart username and password, but a parent or guardian has access to your record, the parent or guardian should log in with their own information to access your record to view the After Visit Summary.

View Your Health Information Online (continued)

Encounter-Level Documents:

There are no encounter-level documents.



**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|

**Messages (continued)**

| | | |
|---|---|---|
| Guerrero, Sabrina | Erica L Hubbard, Mental Health Therapist | 12/13/2023 11:56 AM |

Patient Questionnaire Submission
-------------------------------

Questionnaire: Communicable Disease Screening

Question: Do you have any of the following new or worsening symptoms?
Answer: Fatigue
Joint pain
Runny nose
Severe headache
Shortness of breath

Question: Have you recently been in contact with someone who was sick?
Answer: No / Unsure

**Questionnaires**

**Legend:**

**Triggered a BPA Scoring question**

**Travel Screening**

| **Question** | **12/13/2023 11:56 AM EST - Filed by Patient** |
|---|---|
| Do you have any of the following new or worsening symptoms? | Fatigue<br>Joint pain<br>Runny nose<br>Severe headache<br>Shortness of breath |
| Have you recently been in contact with someone who was sick? | No / Unsure |

**Referral**

No documentation.

**Documents**

**After Visit Summary - Document on 12/20/2023 1:55 PM: After Visit Summary (AVS)**

Document (below)

# AFTER VISIT SUMMARY

BalladHealth

**Sabrina Guerrero** MRN: 12141403 12/20/2023 1:00 PM BHMA Center for Post Covid Care 423-224-2369

## Today's Visit

You saw ERICA L HUBBARD on Wednesday December 20, 2023 for: TM Social Work FU.

## What's Next

You currently have no upcoming appointments scheduled.

## MyChart

View your After Visit Summary and more online at **https://mychart.balladhealth.org/mychart/**.

## Your Medication List as of December 20, 2023 1:55 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| ALBUTEROL IN | Inhale 90 mcg into the lungs. |
| **benzonatate** 100 MG capsule<br>Commonly known as: Tessalon | Take 100 mg by mouth 3 (three) times a day as needed for cough. |
| **brexpiprazole** 1 MG tablet<br>Commonly known as: Rexulti | Take 1 mg by mouth daily. |
| **calcitriol** 0.5 MCG capsule<br>Commonly known as: Rocaltrol | Take 0.5 mcg by mouth. |
| CALCIUM CITRATE PO | Take by mouth. |
| **cetirizine** 10 MG tablet<br>Commonly known as: ZyrTEC | Take 10 mg by mouth. |
| **clopidogrel** 75 MG tablet<br>Commonly known as: Plavix | Take 75 mg by mouth daily. |
| **ergocalciferol** 1.25 MG (50000 UT) capsule<br>Commonly known as: Vitamin D2 | Every other week |
| **famotidine** 40 MG tablet<br>Commonly known as: Pepcid | Take 40 mg by mouth daily. |
| **fluticasone** 50 MCG/ACT nasal spray<br>Commonly known as: Flonase | Administer 2 sprays into nostril(s) daily. |
| **hydrOXYzine** 25 MG tablet<br>Commonly known as: Atarax | Take 25 mg by mouth daily as needed for itching. |
| HYOSCYAMINE PO | Take 4 mg by mouth daily as needed (bowel). |
| MAG-OX PO | Take 400 mg by mouth daily. |
| **meloxicam** 15 MG tablet<br>Commonly known as: Mobic | meloxicam 15 mg tablet |
| **minocycline** 100 MG capsule<br>Commonly known as: Minocin | 2 (two) times a day. |
| **modafinil** 100 MG tablet<br>Commonly known as: Provigil | Take 200 mg by mouth daily. |
| **Omega-3** 1000 MG Caps | Take 1,000 mg by mouth daily. |
| **ondansetron** 4 MG tablet<br>Commonly known as: Zofran | Take 4 mg by mouth every 8 (eight) hours as needed. |
| **pantoprazole** 20 MG tablet | Take 20 mg by mouth 2 (two) times a day. |

Your Medication List (continued) as of December 20, 2023 1:55 PM

| | |
|---|---|
| Commonly known as: Protonix | |
| PROBIOTIC PO | Take 1 capsule by mouth. |
| Qulipta 60 MG tablet<br>Generic drug: atogepant | Take 60 mg by mouth daily. |
| Saxenda 18 MG/3ML pen<br>Generic drug: liraglutide -Weight Management | Inject 18 mg under the skin daily. |
| sucralfate 1 g tablet<br>Commonly known as: Carafate | Take 1 g by mouth daily. |
| topiramate 50 MG tablet<br>Commonly known as: Topamax | Take 75 mg by mouth daily. |
| Ubrelvy 100 MG tablet<br>Generic drug: ubrogepant | Take 100 mg by mouth daily as needed for migraine. |
| * UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| * UNABLE TO FIND | Take 1 tablet by mouth daily. Med Name: Cerefolin NAC. Prescription from Neurologist for memory loss |
| valsartan 80 MG tablet<br>Commonly known as: Diovan | Take 80 mg by mouth daily. |
| VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| Vitamin B-12 1000 MCG Subl | Place under the tongue. Every other day |
| vitamin C 1000 MG tablet | Take 1,000 mg by mouth daily. |
| vortioxetine 10 MG tablet<br>Commonly known as: Trintellix | Take 10 mg by mouth daily. |

*** This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

Future Appointment Instructions

**Patient Reminders:**

- Please bring all of your medications in the original bottles to each of your visits. Your doctor needs to see medications prescribed by other doctors as well as any over-the-counter medications and supplements you are taking. If you fail to do so then you may be asked to reschedule your appointment. This is crucial to your HEALTH and our health care team.
- At your next appointment, please let us know if you have been seen by another health care provider, especially the ER/Urgent Care/Hospital, to ensure our records are complete.
- Please notify the nurse/doctor if you have had any of the following procedures performed and where you have had them.
  - Labs/radiology
  - Vaccinations
  - Eye exam
  - Podiatry exam
  - Colonoscopy
  - Gynecological visit
  - Mammogram

## Health Maintenance

| | Date Due |
|---|---|
| Colorectal Cancer Screening | **Never done** |
| Mammogram | **Never done** |
| Lipid Panel | **Never done** |
| Pneumococcal Vaccine Age 2-64 High Risk | **Never done** |
| Pap Smear | **Never done** |
| Covid 19 Vaccine Series (3 - 2023-24 season) | **09/01/2023** |
| Influenza Vaccine (1) | **Never done** |

## View Your Health Information Online

Our records indicate that you have an active MyChart account.

You can view your After Visit Summary at **www.balladhealth.org/mychart** by logging in with your MyChart username and password. If you don't have a MyChart username and password, but a parent or guardian has access to your record, the parent or guardian should log in with their own information to access your record to view the After Visit Summary.

View Your Health Information Online (continued)

🗋 Encounter-Level Documents:

There are no encounter-level documents.

## 10/11/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care

### Reason for Visit

#### Chief Complaint

- Post Covid Follow Up

#### Visit Diagnoses

- **Post-COVID syndrome (primary) [U09.9]**
- Post-COVID chronic dyspnea [R06.09, U09.9]
- Post-COVID chronic fatigue [G93.32, U09.9]
- Brain fog [R41.89]

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Poore, Pammela M, NP | Poore, Pammela M, NP |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| BHMA Center for Post Covid Care | 2204 Pavilion Dr<br>Suite 110<br>Kingsport TN 37660-4651 | 423-224-2369 | 423-224-2368 |

#### Follow-up and Dispositions

- Return in about 10 weeks (around 12/20/2023).

#### Level of Service

| Level of Service |
|---|
| **PR OFFICE/OUTPATIENT ESTABLISHED HIGH MDM 40-54 MIN** |

### Events

No documentation.

### Medication List

#### Medication List

**This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

##### Active at the End of Visit

**meloxicam (Mobic) 15 MG tablet**

Instructions: meloxicam 15 mg tablet
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022

**minocycline (Minocin) 100 MG capsule**

Instructions: 2 (two) times a day.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

**ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule**

Instructions: Every other week
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

**cetirizine (ZyrTEC) 10 MG tablet**

Instructions: Take 10 mg by mouth.

**Medication List (continued)**

Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Start date: 2/15/2022

**calcitriol (Rocaltrol) 0.5 MCG capsule**

Instructions: Take 0.5 mcg by mouth.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Start date: 2/15/2022

**ondansetron (Zofran) 4 MG tablet**

Instructions: Take 4 mg by mouth every 8 (eight) hours as needed.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Start date: 2/15/2022

**Magnesium Oxide (MAG-OX PO)**

Instructions: Take 400 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**ALBUTEROL IN**

Instructions: Inhale 90 mcg into the lungs.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Start date: 2/15/2022

**topiramate (Topamax) 50 MG tablet**

Instructions: Take 75 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Informant: Self

**benzonatate (Tessalon) 100 MG capsule**

Instructions: Take 100 mg by mouth 3 (three) times a day as needed for cough.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**Hyoscyamine Sulfate (HYOSCYAMINE PO)**

Instructions: Take 4 mg by mouth daily as needed (bowel).
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**CALCIUM CITRATE PO**

Instructions: Take by mouth.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**Ascorbic Acid (vitamin C) 1000 MG tablet**

Instructions: Take 1,000 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**UNABLE TO FIND**

Instructions: Bari life complete 3 in morning, 3 in evening
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**VITAMIN A PO**

Instructions: Take by mouth daily. 30,000 mcg
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Action: Patient not taking

**Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab**

Instructions: Place under the tongue. Every other day
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**Medication List (continued)**

**Multiple Vitamins-Minerals (ZINC PO)**

Discontinued by: Roberts, Jennifer L, RN — Discontinued on: 12/20/2023
Reason for discontinuation: Patient Reports Not Taking - See Med Notes
Instructions: Take 100 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
End date: 12/20/2023

**Omega-3 1000 MG Cap**

Instructions: Take 1,000 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN — Entered on: 7/20/2022
Informant: Self

**Probiotic Product (PROBIOTIC PO)**

Instructions: Take 1 capsule by mouth.
Entered by: Vaughn, Ashley B, RN — Entered on: 7/20/2022
Informant: Self

**valsartan (Diovan) 80 MG tablet**

Instructions: Take 80 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN — Entered on: 9/6/2022

**famotidine (Pepcid) 40 MG tablet**

Instructions: Take 40 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN — Entered on: 9/6/2022

**vortioxetine (Trintellix) 10 MG tablet**

Instructions: Take 10 mg by mouth daily.
Entered by: Woods, Selma K, RN — Entered on: 1/24/2023
Start date: 1/23/2023

**hydrOXYzine (Atarax) 25 MG tablet**

Instructions: Take 25 mg by mouth daily as needed for itching.
Entered by: Woods, Selma K, RN — Entered on: 1/24/2023
Informant: Self

**modafinil (Provigil) 100 MG tablet**

Instructions: Take 200 mg by mouth daily.
Entered by: Woods, Selma K, RN — Entered on: 1/24/2023
Informant: Self

**fluticasone (Flonase) 50 MCG/ACT nasal spray**

Instructions: Administer 2 sprays into nostril(s) daily.
Entered by: Rogers, Alex M, RN — Entered on: 4/12/2023
Informant: Self

**Qulipta 60 MG tablet**

Instructions: Take 60 mg by mouth daily.
Entered by: Woods, Selma K, RN — Entered on: 6/9/2023
Start date: 6/7/2023

**pantoprazole (Protonix) 20 MG tablet**

Instructions: Take 20 mg by mouth 2 (two) times a day.
Entered by: Woods, Selma K, RN — Entered on: 6/9/2023

**sucralfate (Carafate) 1 g tablet**

Instructions: Take 1 g by mouth daily.

## 10/11/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

### Medication List (continued)

Entered by: Woods, Selma K, RN Entered on: 6/9/2023

**Ubrelvy 100 MG tablet**

Instructions: Take 100 mg by mouth daily as needed for migraine.
Entered by: Woods, Selma K, RN Entered on: 6/9/2023
Start date: 5/30/2023

**clopidogrel (Plavix) 75 MG tablet**

Instructions: Take 75 mg by mouth daily.
Entered by: Woods, Selma K, RN Entered on: 6/9/2023
Informant: Self

**Saxenda 18 MG/3ML pen**

Instructions: Inject 18 mg under the skin daily.
Entered by: Woods, Selma K, RN Entered on: 8/3/2023
Start date: 7/17/2023 Action: Patient not taking

**brexpiprazole (Rexulti) 1 MG tablet**

Instructions: Take 1 mg by mouth daily.
Entered by: Woods, Selma K, RN Entered on: 8/3/2023
Start date: 7/5/2023 Informant: Self

**UNABLE TO FIND**

Instructions: Take 1 tablet by mouth daily. Med Name: Cerefolin NAC. Prescription from Neurologist for memory loss
Entered by: Woods, Selma K, RN Entered on: 8/3/2023

**Stopped in Visit**

None

### ED Provider Note

No documentation.

### ED Notes

No documentation.

### OP Notes

No documentation.

### ED Care Timeline

No documentation.

### H&P Notes

No documentation.

### Consult Notes

No documentation.

### Discharge Summary Note

No documentation.

### Clinical Notes

**Assessment & Plan Note**

**Poore, Pammela M, NP at 10/11/2023 1426**

Author: Poore, Pammela M, NP    Service: —    Author Type: Nurse Practitioner
Filed: 10/11/2023 2:26 PM    Encounter Date: 10/11/2023    Status: Written
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Post-COVID syndrome

This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

Date of onset of symptoms: 2/7/22
Date of last positive test:2/7/22
Were you hospitalized due to COVID: No
Were you seen by a provider for COVID as an outpatient? PCP
Have you received experimental drugs for COVID treatment?: Yes

Ms. Guerrero reports POST-COVID symptoms of Fatigue, Shortness of Breath on exertion, Brain fog, Headache (improved), Anxiety, Depression.

I have spent greater than 40 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

Electronically signed by Poore, Pammela M, NP at 10/11/2023 2:26 PM

**Poore, Pammela M, NP at 10/11/2023 1439**

Author: Poore, Pammela M, NP    Service: —    Author Type: Nurse Practitioner
Filed: 10/12/2023 9:44 AM    Encounter Date: 10/11/2023    Status: Edited
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Post-COVID chronic dyspnea

Hx: Asthma

Currently taking:
- Albuterol Inhaler 90 mcg every 6 hours PRN

Patient sees Dr. Mandeep Bakshi, Pulmonologist - last visit 6/2023 - with follow up visit scheduled in 10/31/2023.

Encouraged patient to continue taking all medications as prescribed and follow up with Dr. Mandeep Bakshi, Pulmonologist as scheduled.

Electronically signed by Poore, Pammela M, NP at 10/12/2023 9:44 AM

**Poore, Pammela M, NP at 10/11/2023 1448**

Author: Poore, Pammela M, NP    Service: —    Author Type: Nurse Practitioner
Filed: 10/11/2023 4:15 PM    Encounter Date: 10/11/2023    Status: Edited
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Post-COVID chronic fatigue

**Lab Work drawn 8/2/23 results:**

**Clinical Notes (continued)**

- CMP: Chl 110, Alk Phos 141
- B12 >2000
- A1C 5.8
- CBC, IPTH, Calcium, Mag, Vit D unremarkable

**Lab work drawn 8/3/23 results:**
- Iron TIBC, Ferritin, TSH, Free T 4 unremarkable

Currently taking:
- Trinrellix 10 mg HS
- Provigil 200 mg daily
- Rexulti 1 mg HS

Encouraged patient to continue Anti-Inflammatory Diet (provided comprehensive anti-Inflammatory diet food list), trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, continue Aquatic Therapy twice a week, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12 (decreased to every other week), Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

Electronically signed by Poore, Pammela M, NP at 10/11/2023 4:15 PM

**Poore, Pammela M, NP at 10/11/2023 1503**

Author: Poore, Pammela M, NP | Service: — | Author Type: Nurse Practitioner
Filed: 10/12/2023 9:46 AM | Encounter Date: 10/11/2023 | Status: Edited
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Brain fog

**MRI Brain WOW Contrast completed 2/24/23 results:**
Impression:
Non-specific signal changes in the Cerebral White Matter. Most commonly seen as a sequela of chronic small vessel ischemia but are non-specific and can be seen in other types of vasculopathy, demyelinating/dysmyelinating condition, prior infection, inflammation, others. No evidence of acute or recent infarction. No abnormal post contrast enhancement.

**Lumbar Puncture completed 4/28/23 results:**
Results obtained - scanned to Media - unreadable - will request readable test results

Patient sees Dr. Mohammad Hussain, Neurologist - last visit on 9/11/23 - follow up visit scheduled for 12/12/23. Per Dr. Mohammad Hussain, Neurologist visit note 9/11/23 patient diagnosed with Mixed Cortical and Subcortical Vascular Dementia.

Encouraged patient to follow up with Dr. Mohammad Hussain, Neurologist as scheduled, continue Anti-Inflammatory Diet (comprehensive anti-inflammatory food list booklet provided), trying to drink eight 8 oz glasses of water a day, continue Aquatic Therapy twice a week, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12 (decreased to every other week), Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Electronically signed by Poore, Pammela M, NP at 10/12/2023 9:46 AM

**Progress Notes**

**Progress Notes**

**Poore, Pammela M, NP at 10/11/2023 1400**

Author: Poore, Pammela M, NP | Service: — | Author Type: Nurse Practitioner
Filed: 10/12/2023 9:47 AM | Encounter Date: 10/11/2023 | Status: Signed
Editor: Poore, Pammela M, NP (Nurse Practitioner)

Patient Name: Guerrero, Sabrina  Today's Date: 10/12/2023
Preferred Name: Sabrina  Date of Encounter: 10/11/2023
Patient MRN / CSN: 12141403 / 10113026363  Appt. Time: 2:00 PM EDT
Patient Age / DOB: 54-year old /  Encounter Provider: Pammela M Poore, NP
PCP: Phillips, Floyd E Jr., MD

Center for Post-Covid Care (CPCC)
Follow - Up

**Subjective**
Sabrina Guerrero is a 54-year old who presents for Post Covid Follow Up.
Patient complains of the following Symptoms: Fatigue, Shortness of Breath on exertion, Brain fog, Headache (improved), Anxiety, Depression

**Shortness of Breath**
Patient reports Post-COVID Shortness of Breath. Patient states that she gets short of breath when doing activity. Patient does not have a history of Asthma. Patient reports getting short of breath after one flight stairs and with one block walking. Patient does follow with a pulmonologist, Dr. Bakshi, MD with her last visit 6, 2023 with a follow up visit scheduled 10-31-23. Patient states that they recently had no procedures/testing
of the chest. Reports that she has been checking Oxygen Saturation with activity. States that she was walking from house to car and noted a drop in oxygen saturation of six points. Reports that her oxygen saturation has never dropped below 90% with activity that she had documented. Patient states does use CPAP and is compliant most of the time. Reports that when she becomes Short of Breath she sits down, pursed lip breathing, uses Albuterol if Shortness of Breath is real bad, and usually recovers within 15 - 30 minutes. States that Fall Allergies usually flair up this time of year irritates Shortness of Breath. Patient reports Shortness of Breath continues with some improvement.

**Post-COVID Fatigue**
Patient reports having symptoms of Post-COVID fatigue. Patient does feel tired all throughout the day. Patient reports not being able to complete tasks throughout the day without taking a break in between. Patient states they are able to do activities of daily living with limitations, unable to work, and able to do house work with limitations. Patient reports that they do take naps during the day. States that they do snore. Patient does use CPAP and is compliant most of the time. Patient is exercising by going to the aquatic therapy twice a week referred by her PCP, Floyd Phillips, MD., drinking 64-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin A, B-12 (decreased to every other week), Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. States she tries to follow the Anti-inflammatory diet but states she could do better. Patient reports the Fatigue continues with some improvement.

**Post-COVID Brain Fog**

Patient reports symptoms of Post-COVID Brain Fog. Patient reports having problems with memory, finding words, inability to focus, reading comprehension, misplacing items, forgetting names of people they should know and losing train of thought in the middle of a conversation. Reports that she continues to see Dr. Mohammad Hussain, Neurologist for Brain Fog and Migraines. Patient is exercising by going to the aquatic therapy twice a week referred by her PCP, Floyd Phillips, MD., drinking 64-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin A, B-12 (decreased to every other week), Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. States she tries to follow the Anti-inflammatory diet but states she could do better. Patient reports Brain Fog continues with slight improvement.

COVID-19 Vaccination Screening - Wed October 11, 2023

| Row Name | 1403 |
|---|---|
| COVID-19 Vaccine Screen - Year Round | |
| Have you had the COVID-19 Vaccine? | Yes |

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:
**Outpatient Encounter Medications as of 10/11/2023**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. | | |
| • clopidogrel (Plavix) 75 MG | Take 75 mg by | | |

| | |
|---|---|
| tablet | mouth daily. |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other week |
| • famotidine (Pepcid) 40 MG tablet | Take 40 mg by mouth daily. |
| • fluticasone (Flonase) 50 MCG/ACT nasal spray | Administer 2 sprays into nostril(s) daily. |
| • hydrOXYzine (Atarax) 25 MG tablet | Take 25 mg by mouth daily as needed for itching. |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. |
| • modafinil (Provigil) 100 MG tablet | Take 200 mg by mouth daily. |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth every 8 (eight) hours as needed. |
| • pantoprazole (Protonix) 20 MG tablet | Take 20 mg by mouth 2 (two) times a day. |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Qulipta 60 MG tablet | Take 60 mg by mouth daily. |
| • Rexulti 0.25 MG tablet | Take 1 mg by mouth daily. |
| • sucralfate (Carafate) 1 g tablet | Take 1 g by mouth daily. |
| • topiramate (Topamax) 50 MG tablet | Take 75 mg by mouth daily. |
| • Ubrelvy 100 MG tablet | Take 100 mg by mouth daily. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • UNABLE TO FIND | Take 1 tablet by mouth daily. Med |

| | |
|---|---|
| | Name: Cerefolin NAC. Prescription from Neurologist for memory loss |
| • valsartan (Diovan) 80 MG tablet | Take 80 mg by mouth daily. |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| • vortioxetine (Trintellix) 10 MG tablet | Take 10 mg by mouth daily. |
| • Saxenda 18 MG/3ML pen | Inject 18 mg under the skin daily. (Patient not taking: Reported on 10/11/2023) |

Last reviewed on 10/11/2023 2:24 PM by Poore, Pammela M, NP

Medical History:
Sabrina has a past medical history of Anemia (Unsure), Anxiety, Arthropathy (Unsure), Asthma, Bronchitis, COVID-19, Depression, Disorder of thyroid (Unsure), Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Cancer in her father; Depression in her mother; Diabetes in her brother and father; Heart disease in her father, maternal grandfather, and sister; Hyperlipidemia in her mother; Hypertension in her father; Migraines in her brother; Pancreatic cancer in her father; Scoliosis in her mother; Stroke in her father and paternal grandfather; Thyroid disease in her daughter.

Sabrina reports that she does not currently use alcohol.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports no history of drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath.
**Exertion**
Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for decreased concentration and dysphoric mood. The patient is nervous/anxious.

**Objective**
**Vitals:**

| | 10/11/23 1403 |
|---|---|
| BP: | 147/83 |
| Pulse: | 81 |
| Resp: | 18 |
| Temp: | 98.2 °F (36.8 °C) |
| TempSrc: | Tympanic |
| SpO2: | 98% |
| Weight: | 150.1 kg (331 lb) |
| Height: | 5' 5" (1.651 m) |

No LMP recorded.

**Physical Exam**

Constitutional:
  Appearance: Normal appearance.
HENT:
  Head: Normocephalic and atraumatic.
  Nose: Rhinorrhea present.
  Mouth/Throat:
  Mouth: Mucous membranes are moist.
Eyes:
  Pupils: Pupils are equal, round, and reactive to light.
  Comments: **Glasses**
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Pulses: Normal pulses.
  Heart sounds: Normal heart sounds.
Pulmonary:
  Effort: Pulmonary effort is normal.
  Comments: **Bilateral lower lobes decreased air movement**
Abdominal:
  General: Bowel sounds are normal.
  Palpations: Abdomen is soft.
Musculoskeletal:
  General: Normal range of motion.
  Cervical back: Normal range of motion.
Skin:
  General: Skin is warm and dry.
  Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
  Mental Status: She is alert and oriented to person, place, and time.
Psychiatric:
  Attention and Perception: Attention normal.
  Mood and Affect: Mood normal.
  Speech: Speech normal.
  Behavior: Behavior normal.
  Thought Content: Thought content normal.
  Judgment: Judgment normal.

**Assessment Plan**

**Problem List Items Addressed This Visit**

- **Post-COVID syndrome - Primary**
  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

Date of onset of symptoms: 2/7/22
Date of last positive test:2/7/22
Were you hospitalized due to COVID: No
Were you seen by a provider for COVID as an outpatient? PCP
Have you received experimental drugs for COVID treatment?: Yes

Ms. Guerrero reports POST-COVID symptoms of Fatigue, Shortness of Breath on exertion, Brain fog, Headache (improved), Anxiety, Depression.

I have spent greater than 40 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

  **Lab Work drawn 8/2/23 results:**
  - CMP: Chl 110, Alk Phos 141
  - B12 >2000
  - A1C 5.8
  - CBC, IPTH, Calcium, Mag, Vit D unremarkable

  **Lab work drawn 8/3/23 results:**
  - Iron TIBC, Ferritin, TSH, Free T 4 unremarkable

  Currently taking:
  - Trinrellix 10 mg HS
  - Provigil 200 mg daily
  - Rexulti 1 mg HS

  Encouraged patient to continue Anti-Inflammatory Diet (provided comprehensive anti-Inflammatory diet food list), trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, continue Aquatic Therapy twice a week, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12 (decreased to every other week), Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

- **Post-COVID chronic dyspnea**
  Hx: Asthma

  Currently taking:
  - Albuterol Inhaler 90 mcg every 6 hours PRN

  Patient sees Dr. Mandeep Bakshi, Pulmonologist - last visit 6/2023 - with follow up visit scheduled in 10/31/2023.

  Encouraged patient to continue taking all medications as prescribed and follow up with Dr. Mandeep Bakshi, Pulmonologist as scheduled.

- **Brain fog**

**MRI Brain WOW Contrast completed 2/24/23 results:**
Impression:
Non-specific signal changes in the Cerebral White Matter. Most commonly seen as a sequela of chronic small vessel ischemia but are non-specific and can be seen in other types of vasculopathy, demyelinating/dysmyelinating condition, prior infection, inflammation, others. No evidence of acute or recent infarction. No abnormal post contrast enhancement.

**Lumbar Puncture completed 4/28/23 results:**
Results obtained - scanned to Media - unreadable - will request readable test results

Patient sees Dr. Mohammad Hussain, Neurologist - last visit on 9/11/23 - follow up visit scheduled for 12/12/23. Per Dr. Mohammad Hussain, Neurologist visit note 9/11/23 patient diagnosed with Mixed Cortical and Subcortical Vascular Dementia.

Encouraged patient to follow up with Dr. Mohammad Hussain, Neurologist as scheduled, continue Anti-Inflammatory Diet (comprehensive anti-inflammatory food list booklet provided), trying to drink eight 8 oz glasses of water a day, continue Aquatic Therapy twice a week, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12 (decreased to every other week), Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Return in about 10 weeks (around 12/20/2023).

*Portions of this chart may have been created with Fluency M-Modal voice recognition software.Occasional wrong-word or “sound-alike” substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred.*

Electronically signed by Poore, Pammela M, NP at 10/12/2023 9:47 AM

**Jett, Paul L, MD at 10/11/2023 1400**

| | | |
|---|---|---|
| Author: Jett, Paul L, MD | Service: — | Author Type: Physician |
| Filed: 10/17/2023 7:50 PM | Encounter Date: 10/11/2023 | Status: Signed |
| Editor: Jett, Paul L, MD (Physician) | | |

Patient was seen independently by Nurse Practitioner unless otherwise noted. I have reviewed chart in full including the asessments and planned treatments. If any changes in care are necessary, these have been communicated to the ordering provider. I was available at the time of the visit either in person or via telephone. I have reviewed the chart and agree with the assessment and plan as written. Paul L Jett, MD, MD.

Electronically signed by Jett, Paul L, MD at 10/17/2023 7:50 PM

## 10/11/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

### Labs
No documentation.

### Imaging
No documentation.

### Delivery Summary

#### History
No documentation.

### Medication Administrations
No documentation.

### Immunizations Given
No documentation.

### Other Orders
No documentation.

### Dental
No documentation.

### Ophthalmology
No documentation.

### Rheumatology
No documentation.

### Flowsheets

#### Amb Complex Vitals Nav

| Row Name | 10/11/23 1403 |
| --- | --- |
| **Measurements** | |
| Weight | 150.1 kg (331 lb) |
| Height | 5' 5" (1.651 m) |
| BSA (Calculated - sq m) | 2.62 sq meters |
| BMI (Calculated) | 55.1 |
| **Vitals** | |
| BP | 147/83 |
| BP Location | Left arm |
| Patient Position | Sitting |
| Pulse | 81 |
| Resp | 18 |
| Temp | 98.2 °F (36.8 °C) |
| Temp src | Tympanic |
| **Pulse Oximetry** | |
| SpO2 | 98 % |

#### Anthropometrics

| Row Name | 10/11/23 1403 |
| --- | --- |
| **Anthropometrics** | |

## 10/11/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Weight Change | 0 |

**COVID-19 Vaccination Screening**

| Row Name | 10/11/23 1403 |
|---|---|
| COVID-19 Vaccine Screen - Year Round | |
| Have you had the COVID-19 Vaccine? | Yes |

**Custom Formula Data**

| Row Name | 10/11/23 1403 |
|---|---|
| OTHER | |
| BMI | 3723088 |
| IBW (kg) | 57 |
| Adjusted Body Weight (kg) | 94.2564 |
| IBW | 49.2973 |
| Adjusted Body Weight (kg) | 94.26 kg |
| IBW/kg (Calculated) Male | 61.5 kg |
| IBW/kg (Calculated) FEMALE | 57 kg |
| BSA (Calculated - sq m) | 2.62 sq meters |
| Weight in (lb) to have BMI = 25 | 149.9 |
| % Weight Change Since Birth | 0 |
| Height and Weight | |
| BSA (DuBois Calculated - sq m) | 2.45 sq meters |
| Height and Weight | |
| Gestational Status | Birth wt unknown |
| Post-Hemodialysis Assessment | |
| Treatment Weight Change | 331 |
| Adult IBW/VT Calculations | |
| IBW/kg (Calculated) | 57 |
| Low Range Vt 6mL/kg | 342 mL/kg |
| Adult Moderate Range Vt 8mL/kg | 456 mL/kg |

**Patient Education**

No documentation.

## 10/11/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

### Patient Instructions

No documentation.

### After Visit Summary

After Visit Summary (AVS) (below)

# AFTER VISIT SUMMARY

BalladHealth

**Sabrina Guerrero** MRN: 12141403 10/11/2023 2:00 PM BHMA Center for Post Covid Care 423-224-2369

## Instructions

Return in about 10 weeks (around 12/20/2023).

## What's Next

DEC 20 2023 — SOCIAL WORK COUNSELING with ERICA L HUBBARD, Mental Health Therapist
**Wednesday December 20 1:00 PM**
BHMA Center for Post Covid Care
2204 Pavilion Dr
Suite 110
Kingsport TN 37660-4651
423-224-2369

DEC 20 2023 — Post Covid Follow Up Visit with Pammela M Poore, NP
**Wednesday December 20 2:00 PM**
BHMA Center for Post Covid Care
2204 Pavilion Dr
Suite 110
Kingsport TN 37660-4651
423-224-2369

## Today's Visit

You saw Pammela M Poore, NP on Wednesday October 11, 2023 for: Post Covid Follow Up.

| | |
|---|---|
| Blood Pressure 147/83 | BMI 55.08 |
| Weight 331 lb | Height 5' 5" |
| Temperature (Tympanic) 98.2 °F | Pulse 81 |
| Respiration 18 | Oxygen Saturation 98% |

## MyChart

View your After Visit Summary and more online at https://mychart.balladhealth.org/mychart/.

Sabrina Guerrero (MRN: 12141403) (CSN: 10113026363) • Printed at 10/11/2023 3:15 PM Page 1 of 5 Epic

## Your Medication List as of October 11, 2023 3:15 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| ALBUTEROL IN | Inhale 90 mcg into the lungs. |
| **benzonatate** 100 MG capsule<br>Commonly known as: Tessalon | Take 100 mg by mouth 3 (three) times a day as needed for cough. |
| **calcitriol** 0.5 MCG capsule<br>Commonly known as: Rocaltrol | Take 0.5 mcg by mouth. |
| CALCIUM CITRATE PO | Take by mouth. |
| **cetirizine** 10 MG tablet<br>Commonly known as: ZyrTEC | Take 10 mg by mouth. |
| **clopidogrel** 75 MG tablet<br>Commonly known as: Plavix | Take 75 mg by mouth daily. |
| **ergocalciferol** 1.25 MG (50000 UT) capsule<br>Commonly known as: Vitamin D2 | Every other week |
| **famotidine** 40 MG tablet<br>Commonly known as: Pepcid | Take 40 mg by mouth daily. |
| **fluticasone** 50 MCG/ACT nasal spray<br>Commonly known as: Flonase | Administer 2 sprays into nostril(s) daily. |
| **hydrOXYzine** 25 MG tablet<br>Commonly known as: Atarax | Take 25 mg by mouth daily as needed for itching. |
| HYOSCYAMINE PO | Take 4 mg by mouth. |
| MAG-OX PO | Take 400 mg by mouth daily. |
| **meloxicam** 15 MG tablet<br>Commonly known as: Mobic | meloxicam 15 mg tablet |
| **minocycline** 100 MG capsule<br>Commonly known as: Minocin | 2 (two) times a day. |
| **modafinil** 100 MG tablet<br>Commonly known as: Provigil | Take 200 mg by mouth daily. |
| **Omega-3** 1000 MG Caps | Take 1,000 mg by mouth daily. |
| **ondansetron** 4 MG tablet<br>Commonly known as: Zofran | Take 4 mg by mouth every 8 (eight) hours as needed. |
| **pantoprazole** 20 MG tablet<br>Commonly known as: Protonix | Take 20 mg by mouth 2 (two) times a day. |
| PROBIOTIC PO | Take 1 capsule by mouth. |

## Your Medication List (continued) as of October 11, 2023 3:15 PM

| | |
|---|---|
| **Qulipta** 60 MG tablet<br>Generic drug: atogepant | Take 60 mg by mouth daily. |
| **Rexulti** 0.25 MG tablet<br>Generic drug: brexpiprazole | Take 1 mg by mouth daily. |
| **Saxenda** 18 MG/3ML pen<br>Generic drug: liraglutide -Weight Management | Inject 18 mg under the skin daily. |
| **sucralfate** 1 g tablet<br>Commonly known as: Carafate | Take 1 g by mouth daily. |
| **topiramate** 50 MG tablet<br>Commonly known as: Topamax | Take 75 mg by mouth daily. |
| **Ubrelvy** 100 MG tablet<br>Generic drug: ubrogepant | Take 100 mg by mouth daily. |
| * UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| * UNABLE TO FIND | Take 1 tablet by mouth daily. Med Name: Cerefolin NAC. Prescription from Neurologist for memory loss |
| **valsartan** 80 MG tablet<br>Commonly known as: Diovan | Take 80 mg by mouth daily. |
| VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| **Vitamin B-12** 1000 MCG Subl | Place under the tongue. Every other day |
| **vitamin C** 1000 MG tablet | Take 1,000 mg by mouth daily. |
| **vortioxetine** 10 MG tablet<br>Commonly known as: Trintellix | Take 10 mg by mouth daily. |
| ZINC PO | Take 100 mg by mouth daily. |

* This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

Future Appointment Instructions

**Patient Reminders:**

- Please bring all of your medications in the original bottles to each of your visits. Your doctor needs to see medications prescribed by other doctors as well as any over-the-counter medications and supplements you are taking. If you fail to do so then you may be asked to reschedule your appointment. This is crucial to your HEALTH and our health care team.
- At your next appointment, please let us know if you have been seen by another health care provider, especially the ER/Urgent Care/Hospital, to ensure our records are complete.
- Please notify the nurse/doctor if you have had any of the following procedures performed and where you have had them.
  - Labs/radiology
  - Vaccinations
  - Eye exam
  - Podiatry exam
  - Colonoscopy
  - Gynecological visit
  - Mammogram

## Health Maintenance

| | Date Due |
|---|---|
| Colorectal Cancer Screening | **Never done** |
| Mammogram | **Never done** |
| Lipid Panel | **Never done** |
| Pneumococcal Vaccine Age 2-64 High Risk | **Never done** |
| Pap Smear | **Never done** |
| Covid 19 Vaccine Series (3 - Pfizer series) | **03/22/2021** |
| Influenza Vaccine (1) | **Never done** |

## View Your Health Information Online

Our records indicate that you have an active MyChart account.

You can view your After Visit Summary at **www.balladhealth.org/mychart** by logging in with your MyChart username and password. If you don't have a MyChart username and password, but a parent or guardian has access to your record, the parent or guardian should log in with their own information to access your record to view the After Visit Summary.

View Your Health Information Online (continued)

Encounter-Level Documents:

There are no encounter-level documents.



**Letters**

**Letter by Poore, Pammela M, NP on 10/12/2023**

Status: Sent

Letter body:
October 12, 2023

Floyd E Phillips Jr., MD
6890 W A J Hwy
Talbott TN 37877

Patient: **Sabrina Guerrero**
MR Number: **12141403**
Date of Birth:
Date of Visit: **10/11/2023**

Dear Dr. Phillips:

Sabrina Guerrero was seen at the Center for Post-COVID Care on 10/11/23 for evaluation. Below are the relevant portions of my assessment and plan of care.

If you have questions, please do not hesitate to call me. I look forward to following Sabrina along with you.

Sincerely,

Pammela M Poore, NP

CC
No Recipients

**Poore, Pammela M, NP 10/12/2023 9:46 AM Sign when Signing Visit**

Patient Name: Guerrero, Sabrina Today's Date: 10/12/2023
Preferred Name: Sabrina Date of Encounter: 10/11/2023
Patient MRN / CSN: 12141403 / 10113026363 Appt. Time: 2:00 PM EDT
Patient Age / DOB: 54-year old / Encounter Provider: Pammela M Poore, NP
PCP: Phillips, Floyd E Jr., MD

Center for Post-Covid Care (CPCC)
Follow - Up

Sabrina Guerrero is a 54-year old who presents for Post Covid Follow Up.
Patient complains of the following Symptoms: Fatigue, Shortness of Breath on exertion, Brain fog, Headache (improved), Anxiety, Depression

**Shortness of Breath**

Patient reports Post-COVID Shortness of Breath. Patient states that she gets short of breath when doing activity. Patient does not have a history of Asthma. Patient reports getting short of breath after one flight stairs and with one block walking. Patient does follow with a pulmonologist, Dr. Bakshi, MD with her last visit 6, 2023 with a follow up visit scheduled 10-31-23. Patient states that they recently had no procedures/testing
of the chest. Reports that she has been checking Oxygen Saturation with activity. States that she was walking from house to car and noted a drop in oxygen saturation of six points. Reports that her oxygen saturation has never

dropped below 90% with activity that she had documented. Patient states does use CPAP and is compliant most of the time. Reports that when she becomes Short of Breath she sits down, pursed lip breathing, uses Albuterol if Shortness of Breath is real bad, and usually recovers within 15 - 30 minutes. States that Fall Allergies usually flair up this time of year irritates Shortness of Breath. Patient reports Shortness of Breath continues with some improvement.

**Post-COVID Fatigue**
Patient reports having symptoms of Post-COVID fatigue. Patient does feel tired all throughout the day. Patient reports not being able to complete tasks throughout the day without taking a break in between. Patient states they are able to do activities of daily living with limitations, unable to work, and able to do house work with limitations. Patient reports that they do take naps during the day. States that they do snore. Patient does use CPAP and is compliant most of the time. Patient is exercising by going to the aquatic therapy twice a week referred by her PCP, Floyd Phillips, MD., drinking 64-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin A, B-12 (decreased to every other week), Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. States she tries to follow the Anti-inflammatory diet but states she could do better. Patient reports the Fatigue continues with some improvement.

**Post-COVID Brain Fog**
Patient reports symptoms of Post-COVID Brain Fog. Patient reports having problems with memory, finding words, inability to focus, reading comprehension, misplacing items, forgetting names of people they should know and losing train of thought in the middle of a conversation. Reports that she continues to see Dr. Mohammad Hussain, Neurologist for Brain Fog and Migraines. Patient is exercising by going to the aquatic therapy twice a week referred by her PCP, Floyd Phillips, MD., drinking 64-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin A, B-12 (decreased to every other week), Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. States she tries to follow the Anti-inflammatory diet but states she could do better. Patient reports Brain Fog continues with slight improvement.

COVID-19 Vaccination Screening - Wed October 11, 2023

| Row Name | 1403 |
|---|---|
| COVID-19 Vaccine Screen - Year Round | |
| Have you had the COVID-19 Vaccine? | Yes |

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:

**Outpatient Encounter Medications as of 10/11/2023**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. | | |
| • clopidogrel (Plavix) 75 MG tablet | Take 75 mg by mouth daily. | | |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day | | |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other week | | |
| • famotidine (Pepcid) 40 MG tablet | Take 40 mg by mouth daily. | | |
| • fluticasone (Flonase) 50 MCG/ACT nasal spray | Administer 2 sprays into nostril(s) daily. | | |
| • hydrOXYzine (Atarax) 25 MG tablet | Take 25 mg by mouth daily as needed for itching. | | |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. | | |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. | | |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet | | |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. | | |
| • modafinil (Provigil) 100 MG tablet | Take 200 mg by mouth daily. | | |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. | | |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. | | |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth every 8 (eight) hours as needed. | | |
| • pantoprazole (Protonix) 20 MG tablet | Take 20 mg by mouth 2 (two) times | | |

| | |
|---|---|
| | a day. |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Qulipta 60 MG tablet | Take 60 mg by mouth daily. |
| • Rexulti 0.25 MG tablet | Take 1 mg by mouth daily. |
| • sucralfate (Carafate) 1 g tablet | Take 1 g by mouth daily. |
| • topiramate (Topamax) 50 MG tablet | Take 75 mg by mouth daily. |
| • Ubrelvy 100 MG tablet | Take 100 mg by mouth daily. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • UNABLE TO FIND | Take 1 tablet by mouth daily. Med Name: Cerefolin NAC. Prescription from Neurologist for memory loss |
| • valsartan (Diovan) 80 MG tablet | Take 80 mg by mouth daily. |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| • vortioxetine (Trintellix) 10 MG tablet | Take 10 mg by mouth daily. |
| • Saxenda 18 MG/3ML pen | Inject 18 mg under the skin daily. (Patient not taking: Reported on 10/11/2023) |

Last reviewed on 10/11/2023 2:24 PM by Poore, Pammela M, NP

Medical History:
Sabrina has a past medical history of Anemia (Unsure), Anxiety, Arthropathy (Unsure), Asthma, Bronchitis, COVID-19, Depression, Disorder of thyroid (Unsure), Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Cancer in her father; Depression in her mother; Diabetes in her brother and father; Heart disease in her father, maternal grandfather, and sister; Hyperlipidemia in her mother; Hypertension in her father; Migraines in her brother; Pancreatic cancer in her father; Scoliosis in her mother; Stroke in her father and paternal grandfather; Thyroid disease in her daughter.

Sabrina reports that she does not currently use alcohol.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports no history of drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath.
**Exertion**
Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for decreased concentration and dysphoric mood. The patient is nervous/anxious.

**Vitals:**

| | 10/11/23 1403 |
|---|---|
| BP: | 147/83 |
| Pulse: | 81 |
| Resp: | 18 |
| Temp: | 98.2 °F (36.8 °C) |
| TempSrc: | Tympanic |
| SpO2: | 98% |
| Weight: | 150.1 kg (331 lb) |
| Height: | 5' 5" (1.651 m) |

No LMP recorded.

**Physical Exam**
Constitutional:
Appearance: Normal appearance.
HENT:
Head: Normocephalic and atraumatic.
Nose: Rhinorrhea present.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Comments: **Glasses**
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal.
Comments: **Bilateral lower lobes decreased air movement**
Abdominal:
General: Bowel sounds are normal.
Palpations: Abdomen is soft.
Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion.
Skin:
General: Skin is warm and dry.
Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
Mental Status: She is alert and oriented to person, place, and time.

Psychiatric:
Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

**Problem List Items Addressed This Visit**

- **Post-COVID syndrome - Primary**
  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero reports POST-COVID symptoms of Fatigue, Shortness of Breath on exertion, Brain fog, Headache (improved), Anxiety, Depression.

  I have spent greater than 40 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

  **Lab Work drawn 8/2/23 results:**
  - CMP: Chl 110, Alk Phos 141
  - B12 >2000
  - A1C 5.8
  - CBC, IPTH, Calcium, Mag, Vit D unremarkable

  **Lab work drawn 8/3/23 results:**
  - Iron TIBC, Ferritin, TSH, Free T 4 unremarkable

  Currently taking:
  - Trinrellix 10 mg HS
  - Provigil 200 mg daily
  - Rexulti 1 mg HS

  Encouraged patient to continue Anti-Inflammatory Diet (provided comprehensive anti-Inflammatory diet food list), trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated,

continue Aquatic Therapy twice a week, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12 (decreased to every other week), Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

- **Post-COVID chronic dyspnea**
  Hx: Asthma

  Currently taking:
  - Albuterol Inhaler 90 mcg every 6 hours PRN

  Patient sees Dr. Mandeep Bakshi, Pulmonologist - last visit 6/2023 - with follow up visit scheduled in 10/31/2023.

  Encouraged patient to continue taking all medications as prescribed and follow up with Dr. Mandeep Bakshi, Pulmonologist as scheduled.

- **Brain fog**

  **MRI Brain WOW Contrast completed 2/24/23 results:**
  Impression:
  Non-specific signal changes in the Cerebral White Matter. Most commonly seen as a sequela of chronic small vessel ischemia but are non-specific and can be seen in other types of vasculopathy, demyelinating/dysmyelinating condition, prior infection, inflammation, others. No evidence of acute or recent infarction. No abnormal post contrast enhancement.

  **Lumbar Puncture completed 4/28/23 results:**
  Results obtained - scanned to Media - unreadable - will request readable test results

  Patient sees Dr. Mohammad Hussain, Neurologist - last visit on 9/11/23 - follow up visit scheduled for 12/12/23. Per Dr. Mohammad Hussain, Neurologist visit note 9/11/23 patient diagnosed with Mixed Cortical and Subcortical Vascular Dementia.

  Encouraged patient to follow up with Dr. Mohammad Hussain, Neurologist as scheduled, continue Anti-Inflammatory Diet (comprehensive anti-inflammatory food list booklet provided), trying to drink eight 8 oz glasses of water a day, continue Aquatic Therapy twice a week, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12 (decreased to every other week), Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Return in about 10 weeks (around 12/20/2023).

*Portions of this chart may have been created with Fluency M-Modal voice recognition software.Occasional wrong-word or “sound-alike” substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred.*

**Messages**

**Patient Medical History**

| From | To | Sent |
|---|---|---|
| Guerrero, Sabrina | Pammela M Poore, NP | 10/10/2023 3:11 PM |

History questionnaire submitted on Tuesday October 10, 2023 at 3:10:41 PM
Questionnaire: Patient Medical History
Patient: Sabrina Guerrero [12141403]

Medical History:

Question: Anemia
Response: Yes
Date: Unsure Comments: History

Question: Diabetes Type 1 or 2
Response: No
Date: Comments:

Question: Previous Heart Attack
Response: No
Date: Comments:

Question: Anxiety
Response: Yes
Date: Comments:

Question: Emphysema
Response: No
Date: Comments:

Question: Nerve or Muscle Disease
Response: No
Date: Comments:

Question: Arthritis

Response: Yes
Date: Unsure Comments:

Question: Acid Reflux
Response: No
Date: Comments:

Question: Brittle Bones
Response: No
Date: Comments:

Question: Asthma
Response: Yes
Date: Comments:

Question: Glaucoma
Response: No
Date: Comments:

Question: Seizures
Response: No
Date: Comments:

Question: Cancer
Response: Yes
Date: Comments: Basal cell forhead

Question: Heart Murmur
Response: No
Date: Comments:

Question: Sickle Cell Anemia
Response: No
Date: Comments:

Question: Cataracts
Response: No
Date: Comments:

Question: Hepatitis
Response: No
Date: Comments:

**Messages (continued)**

Question: Stroke
Response: No
Date: Comments:

Question: Congestive Heart Failure
Response: No
Date: Comments:

Question: HIV or AIDS
Response: No
Date: Comments:

Question: Substance Abuse
Response: No
Date: Comments:

Question: Bleeding Problems
Response: No
Date: Comments:

Question: High Blood Pressure
Response: Yes
Date: Comments:

Question: Thyroid Disease
Response: Yes
Date: Unsure Comments: Parathyroid

Question: COPD or Chronic Bronchitis
Response: No
Date: Comments:

Question: Kidney Disease
Response: No
Date: Comments:

Question: Tuberculosis (TB)
Response: No
Date: Comments:

Question: Depression
Response: Yes
Date: Comments:

Question: Brain or Spinal Cord Infection
Response: No
Date: Comments:

Question: Ulcers
Response: No
Date: Comments:

Question: High Cholesterol
Response: No
Date: Comments:

Question: Seasonal Allergies
Response: Yes
Date: Comments:

Question: Overactive Thyroid
Response: No
Date: Comments:

Question: Coronary Artery Disease
Response: No
Date: Comments:

Question: Underactive Thyroid
Response: No
Date: Comments:

Surgical History:

Question: Appendectomy
Response: No
Date: Comments:

Question: Brain surgery
Response: No
Date: Comments:

Question: Breast surgery
Response: No

Date: Comments:

Question: Heart bypass
Response: No
Date: Comments:

Question: Gallbladder removal
Response: Yes
Date: Comments:

Question: Colon / large intestine surgery
Response: No
Date: Comments:

Question: Colonoscopy
Response: Yes
Date: Comments:

Question: Plastic surgery
Response: No
Date: Comments:

Question: C-Section
Response: No
Date: Comments:

Question: Fracture surgery
Response: No
Date: Comments:

Question: Eye surgery
Response: No
Date: Comments:

Question: Joint replacement
Response: No
Date: Comments:

Question: Hernia repair
Response: Yes
Date: Comments:

Question: Hysterectomy

Response: No
Date: Comments:

Question: Lumpectomy
Response: No
Date: Comments:

Question: Small intestine surgery
Response: No
Date: Comments:

Question: Spine surgery
Response: No
Date: Comments:

Question: Tonsillectomy
Response: No
Date: Comments:

Question: Tubes tied
Response: No
Date: Comments:

Question: Heart valve replacement
Response: No
Date: Comments:

Family History:

Problem: Cancer

Relation: Father
Name: Edward White Jr
Comments: Pancreatic cancer Stage IV Deceased

Problem: Heart Disease

Relation: Father
Name: Edward White Jr
Comments: Deceased

Relation: Maternal Grandfather
Name: Leomia House
Comments: Deceased

Relation: Sister
Name: Joyce White Foster
Comments: Deceased

Problem: High Blood Pressure

Relation: Father
Name: Edward White Jr
Comments:

Problem: High Cholesterol

Relation: Mother
Name: Brenda White
Comments:

Problem: Diabetes Type 1 or 2

Relation: Father
Name: Edward White Jr
Comments:

Relation: Brother
Name: Gregory White
Comments: Type II

Problem: Migraines or Headaches

Relation: Brother
Name: Gregory White
Comments:

Problem: Stroke

Relation: Father
Name: Edward White Jr
Comments:

Relation: Paternal Grandfather

Name: Edward H White
Comments:

Problem: Thyroid Disease

Relation: Daughter
Name: Isabella
Comments:

Tobacco History:

Question: How often do you smoke?
Response: Former
What type of smoking tobacco do you use?:
How many packs do you smoke per day?: 0
How many years have you been smoking Tobacco?: 0
If you are/were a smoker, when did you start?:
If you are a former smoker, when did you quit?:
Question: How often do you use smokeless tobacco?
Response: Former
What types of smokeless tobacco do you use?:
Question: Are you ready to quit smoking?
Response: No Response
Comments: Light smoker when I did smoke

Substance and Sexual Activity History:

Question: Do you consume Alcohol?
Response: Not Currently
How many drinks per week do you consume?: 0 Glasses of wine, 0 Cans of beer, 0 Shots of liquor, 0 Standard drinks or equivalent
Comments:

Question: Do you use any illicit drugs?
Response: Never

Question: Are you sexually active?
Response: Not Currently
Partners: Male

What types of Birth control or Proctection do you use?: Post-menopausal, None
Comments:

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Guerrero, Sabrina | Pammela M Poore, NP | 10/10/2023 3:10 PM |

Patient Questionnaire Submission
-------------------------------

Questionnaire: Primary Reason for Visit

Question: What is the primary reason for your visit?
Answer: Shortness of Breath

Questionnaire: Shortness of Breath Questionnaire

Question: Your shortness of breath is a...
Answer: chronic problem

Question: When did you first notice your shortness of breath?
Answer: More than 1 year ago

Question: How often do you feel short of breath?
Answer: Daily

Question: Since you first noticed this problem, how has it changed?
Answer: Always present, but gets better and worse

Question: When you have shortness of breath, how long does it last?
Answer: 30 Minutes

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Are you experiencing any of the following symptoms with your shortness of breath?
Question: Abdominal pain
Answer: No

Question: Chest pain
Answer: No
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Question: Leg muscle pain with activity
Answer: No

Question: Stuffy nose
Answer: Yes

Question: Ear pain
Answer: No

Question: Fever
Answer: No

Question: Headaches
Answer: Yes

Question: Coughing up blood
Answer: No

Question: Leg pain
Answer: No

Question: Leg swelling
Answer: No

Question: Neck pain
Answer: No

Question: Shortness of breath while lying down
Answer: Yes

Question: Difficulty breathing that wakes you up
Answer: No

Question: Rash
Answer: No

Question: Runny nose
Answer: Yes

Question: Sore throat
Answer: Yes

Question: Coughing up phlegm or mucus

Answer: No

Question: Swollen glands
Answer: No

Question: Fainting
Answer: No

Question: Vomiting
Answer: No

Question: Wheezing
Answer: Yes

Question: Which of the following makes your shortness of breath worse?
Answer: Smoke
Exercise
Odors
Cold or sinus infection
Any activity
Fumes
Pollens
Changes in weather
Eating
Lying flat

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Guerrero, Sabrina | Pammela M Poore, NP | 10/4/2023 6:25 AM |

Patient Questionnaire Submission
-------------------------------

Questionnaire: Communicable Disease Screening

Question: Do you have any of the following new or worsening symptoms?
Answer: Cough
Fatigue
Joint pain

**Messages (continued)**

Muscle pain
Severe headache
Shortness of breath

Question: Have you recently been in contact with someone who was sick?
Answer: No / Unsure

**Questionnaires**

**Legend:**

**Triggered a BPA Scoring question**

**Travel Screening**

| Question | 10/4/2023 6:25 AM EST - Filed by Patient |
|---|---|
| Do you have any of the following new or worsening symptoms? | Cough<br>Fatigue<br>Joint pain<br>Muscle pain<br>Severe headache<br>Shortness of breath |
| Have you recently been in contact with someone who was sick? | No / Unsure |

**Mychart Patient-Entered Hpi Selection Questionnaire**

| Question | 10/10/2023 3:10 PM EST - Filed by Patient |
|---|---|
| What is the primary reason for your visit? | Shortness of Breath |
| Your shortness of breath is a... | chronic problem |
| When did you first notice your shortness of breath? | More than 1 year ago |
| How often do you feel short of breath? | Daily |
| Since you first noticed this problem, how has it changed? | Always present, but gets better and worse |
| When you have shortness of breath, how long does it last? | 30 Minutes |
| Are you experiencing any of the following symptoms with your shortness of breath? | |
| Abdominal pain | No |
| Chest pain | No |
| Leg muscle pain with activity | No |
| Stuffy nose | Yes |
| Ear pain | No |
| Fever | No |
| Headaches | Yes |
| Coughing up blood | No |
| Leg pain | No |
| Leg swelling | No |
| Neck pain | No |
| Shortness of breath while lying down | Yes |
| Difficulty breathing that wakes you up | No |
| Rash | No |
| Runny nose | Yes |
| Sore throat | Yes |

## 10/11/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

**Questionnaires (continued)**

| | |
|---|---|
| Coughing up phlegm or mucus | No |
| Swollen glands | No |
| Fainting | No |
| Vomiting | No |
| Wheezing | Yes |
| Which of the following makes your shortness of breath worse? | Smoke<br>Exercise<br>Odors<br>Cold or sinus infection<br>Any activity<br>Fumes<br>Pollens<br>Changes in weather<br>Eating<br>Lying flat |

**Referral**

No documentation.

**Documents**

**Confirmation of Email Address - Electronic signature on 10/10/2023 3:11 PM (effective from 10/10/2023) - E-signed**

Ballad Health Medical Associates

## Confirmation of Email Address

**Page 1 of 1**

**Patient Medical Record Documentation and Your Email Address**

As part of Ballad Health's commitment to ensuring accurate and complete electronic medical records, we need to collect an email address as part of your patient information.

---------------------------------------------------------------------------------------------------------------------

**Use of Email Address**

In this age of technological communication, email addresses are as common - if not more so - than phone or fax numbers. As email use becomes more prevalent, Ballad must ensure it maintains complete and comprehensive records - including contact information - to communicate with patients under certain circumstances.

Your email address will not be sold to other entities for any reason or otherwise provided to third parties for non-Ballad use unless required for legal reasons. Just as Wellmont takes the security of your health information seriously, we commit to responsibly maintaining and using your email address and contact information.

We may communicate with you periodically about important health topics. However, patient medical information will not be communicated using your email address.

Patients who do not have an email address should denote below and sign this form, which will remain on file as part of their patient record.

---------------------------------------------------------------------------------------------------------------------

**Confirmation of Email Address**

Email Address:

Patient Signature: Confirmation of Email Address — Sabrina Guerrero — Electronically signed for Sabrina Guerrero

Form # MS- 6783

**After Visit Summary - Document on 10/11/2023 3:15 PM: After Visit Summary (AVS)**

Document (below)

# AFTER VISIT SUMMARY

**Sabrina Guerrero** MRN: 12141403 10/11/2023 2:00 PM BHMA Center for Post Covid Care 423-224-2369

## Instructions

Return in about 10 weeks (around 12/20/2023).

## What's Next

DEC 20 2023 — SOCIAL WORK COUNSELING with ERICA L HUBBARD, Mental Health Therapist
Wednesday December 20 1:00 PM
BHMA Center for Post Covid Care
2204 Pavilion Dr
Suite 110
Kingsport TN
37660-4651
423-224-2369

DEC 20 2023 — Post Covid Follow Up Visit with Pammela M Poore, NP
Wednesday December 20 2:00 PM
BHMA Center for Post Covid Care
2204 Pavilion Dr
Suite 110
Kingsport TN
37660-4651
423-224-2369

## Today's Visit

You saw Pammela M Poore, NP on Wednesday October 11, 2023 for: Post Covid Follow Up.

Blood Pressure 147/83
BMI 55.08
Weight 331 lb
Height 5' 5"
Temperature (Tympanic) 98.2 °F
Pulse 81
Respiration 18
Oxygen Saturation 98%

## MyChart

View your After Visit Summary and more online at https://mychart.balladhealth.org/mychart/.

## Your Medication List as of October 11, 2023 3:15 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| ALBUTEROL IN | Inhale 90 mcg into the lungs. |
| **benzonatate** 100 MG capsule<br>Commonly known as: Tessalon | Take 100 mg by mouth 3 (three) times a day as needed for cough. |
| **calcitriol** 0.5 MCG capsule<br>Commonly known as: Rocaltrol | Take 0.5 mcg by mouth. |
| CALCIUM CITRATE PO | Take by mouth. |
| **cetirizine** 10 MG tablet<br>Commonly known as: ZyrTEC | Take 10 mg by mouth. |
| **clopidogrel** 75 MG tablet<br>Commonly known as: Plavix | Take 75 mg by mouth daily. |
| **ergocalciferol** 1.25 MG (50000 UT) capsule<br>Commonly known as: Vitamin D2 | Every other week |
| **famotidine** 40 MG tablet<br>Commonly known as: Pepcid | Take 40 mg by mouth daily. |
| **fluticasone** 50 MCG/ACT nasal spray<br>Commonly known as: Flonase | Administer 2 sprays into nostril(s) daily. |
| **hydrOXYzine** 25 MG tablet<br>Commonly known as: Atarax | Take 25 mg by mouth daily as needed for itching. |
| HYOSCYAMINE PO | Take 4 mg by mouth. |
| MAG-OX PO | Take 400 mg by mouth daily. |
| **meloxicam** 15 MG tablet<br>Commonly known as: Mobic | meloxicam 15 mg tablet |
| **minocycline** 100 MG capsule<br>Commonly known as: Minocin | 2 (two) times a day. |
| **modafinil** 100 MG tablet<br>Commonly known as: Provigil | Take 200 mg by mouth daily. |
| **Omega-3** 1000 MG Caps | Take 1,000 mg by mouth daily. |
| **ondansetron** 4 MG tablet<br>Commonly known as: Zofran | Take 4 mg by mouth every 8 (eight) hours as needed. |
| **pantoprazole** 20 MG tablet<br>Commonly known as: Protonix | Take 20 mg by mouth 2 (two) times a day. |
| PROBIOTIC PO | Take 1 capsule by mouth. |

Your Medication List (continued) as of October 11, 2023 3:15 PM

| | |
|---|---|
| **Qulipta** 60 MG tablet<br>Generic drug: atogepant | Take 60 mg by mouth daily. |
| **Rexulti** 0.25 MG tablet<br>Generic drug: brexpiprazole | Take 1 mg by mouth daily. |
| **Saxenda** 18 MG/3ML pen<br>Generic drug: liraglutide -Weight Management | Inject 18 mg under the skin daily. |
| **sucralfate** 1 g tablet<br>Commonly known as: Carafate | Take 1 g by mouth daily. |
| **topiramate** 50 MG tablet<br>Commonly known as: Topamax | Take 75 mg by mouth daily. |
| **Ubrelvy** 100 MG tablet<br>Generic drug: ubrogepant | Take 100 mg by mouth daily. |
| * UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| * UNABLE TO FIND | Take 1 tablet by mouth daily. Med Name: Cerefolin NAC. Prescription from Neurologist for memory loss |
| **valsartan** 80 MG tablet<br>Commonly known as: Diovan | Take 80 mg by mouth daily. |
| VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| **Vitamin B-12** 1000 MCG Subl | Place under the tongue. Every other day |
| **vitamin C** 1000 MG tablet | Take 1,000 mg by mouth daily. |
| **vortioxetine** 10 MG tablet<br>Commonly known as: Trintellix | Take 10 mg by mouth daily. |
| ZINC PO | Take 100 mg by mouth daily. |

*** This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

Future Appointment Instructions

**Patient Reminders:**

- Please bring all of your medications in the original bottles to each of your visits. Your doctor needs to see medications prescribed by other doctors as well as any over-the-counter medications and supplements you are taking. If you fail to do so then you may be asked to reschedule your appointment. This is crucial to your HEALTH and our health care team.
- At your next appointment, please let us know if you have been seen by another health care provider, especially the ER/Urgent Care/Hospital, to ensure our records are complete.
- Please notify the nurse/doctor if you have had any of the following procedures performed and where you have had them.
  - Labs/radiology
  - Vaccinations
  - Eye exam
  - Podiatry exam
  - Colonoscopy
  - Gynecological visit
  - Mammogram

## Health Maintenance

| | Date Due |
|---|---|
| Colorectal Cancer Screening | **Never done** |
| Mammogram | **Never done** |
| Lipid Panel | **Never done** |
| Pneumococcal Vaccine Age 2-64 High Risk | **Never done** |
| Pap Smear | **Never done** |
| Covid 19 Vaccine Series (3 - Pfizer series) | **03/22/2021** |
| Influenza Vaccine (1) | **Never done** |

## View Your Health Information Online

Our records indicate that you have an active MyChart account.

You can view your After Visit Summary at **www.balladhealth.org/mychart** by logging in with your MyChart username and password. If you don't have a MyChart username and password, but a parent or guardian has access to your record, the parent or guardian should log in with their own information to access your record to view the After Visit Summary.

View Your Health Information Online (continued)

🗋 Encounter-Level Documents:

There are no encounter-level documents.

# 10/11/2023 - Clinical Support in BHMA Center for Post Covid Care

## Reason for Visit

### Visit Diagnoses

- **Anxiety (primary) [F41.9]**
- Other depression [F32.89]

## Visit Information

### Provider Information

#### Encounter Provider

Hubbard, Erica L, Mental Health Therapist

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| BHMA Center for Post Covid Care | 2204 Pavilion Dr<br>Suite 110<br>Kingsport TN 37660-4651 | 423-224-2369 | 423-224-2368 |

### Follow-up and Dispositions

- Return in about 8 weeks (around 12/6/2023).

## Events

No documentation.

## Medication List

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

**meloxicam (Mobic) 15 MG tablet**

Instructions: meloxicam 15 mg tablet
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Start date: 2/15/2022

**minocycline (Minocin) 100 MG capsule**

Instructions: 2 (two) times a day.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule**

Instructions: Every other week
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**cetirizine (ZyrTEC) 10 MG tablet**

Instructions: Take 10 mg by mouth.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Start date: 2/15/2022

**calcitriol (Rocaltrol) 0.5 MCG capsule**

Instructions: Take 0.5 mcg by mouth.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Start date: 2/15/2022

**ondansetron (Zofran) 4 MG tablet**

**Medication List (continued)**

Instructions: Take 4 mg by mouth every 8 (eight) hours as needed.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Start date: 2/15/2022

**Magnesium Oxide (MAG-OX PO)**

Instructions: Take 400 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**ALBUTEROL IN**

Instructions: Inhale 90 mcg into the lungs.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Start date: 2/15/2022

**topiramate (Topamax) 50 MG tablet**

Instructions: Take 75 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Informant: Self

**benzonatate (Tessalon) 100 MG capsule**

Instructions: Take 100 mg by mouth 3 (three) times a day as needed for cough.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**Hyoscyamine Sulfate (HYOSCYAMINE PO)**

Instructions: Take 4 mg by mouth daily as needed (bowel).
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**CALCIUM CITRATE PO**

Instructions: Take by mouth.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**Ascorbic Acid (vitamin C) 1000 MG tablet**

Instructions: Take 1,000 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**UNABLE TO FIND**

Instructions: Bari life complete 3 in morning, 3 in evening
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**VITAMIN A PO**

Instructions: Take by mouth daily. 30,000 mcg
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Action: Patient not taking

**Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab**

Instructions: Place under the tongue. Every other day
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**Multiple Vitamins-Minerals (ZINC PO)**

Discontinued by: Roberts, Jennifer L, RN Discontinued on: 12/20/2023
Reason for discontinuation: Patient Reports Not Taking - See Med Notes
Instructions: Take 100 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
End date: 12/20/2023

**Omega-3 1000 MG Cap**

Instructions: Take 1,000 mg by mouth daily.

**Medication List (continued)**

Entered by: Vaughn, Ashley B, RN Entered on: 7/20/2022
Informant: Self

**Probiotic Product (PROBIOTIC PO)**

Instructions: Take 1 capsule by mouth.
Entered by: Vaughn, Ashley B, RN Entered on: 7/20/2022
Informant: Self

**valsartan (Diovan) 80 MG tablet**

Instructions: Take 80 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 9/6/2022

**famotidine (Pepcid) 40 MG tablet**

Instructions: Take 40 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 9/6/2022

**vortioxetine (Trintellix) 10 MG tablet**

Instructions: Take 10 mg by mouth daily.
Entered by: Woods, Selma K, RN Entered on: 1/24/2023
Start date: 1/23/2023

**hydrOXYzine (Atarax) 25 MG tablet**

Instructions: Take 25 mg by mouth daily as needed for itching.
Entered by: Woods, Selma K, RN Entered on: 1/24/2023
Informant: Self

**modafinil (Provigil) 100 MG tablet**

Instructions: Take 200 mg by mouth daily.
Entered by: Woods, Selma K, RN Entered on: 1/24/2023
Informant: Self

**fluticasone (Flonase) 50 MCG/ACT nasal spray**

Instructions: Administer 2 sprays into nostril(s) daily.
Entered by: Rogers, Alex M, RN Entered on: 4/12/2023
Informant: Self

**Qulipta 60 MG tablet**

Instructions: Take 60 mg by mouth daily.
Entered by: Woods, Selma K, RN Entered on: 6/9/2023
Start date: 6/7/2023

**pantoprazole (Protonix) 20 MG tablet**

Instructions: Take 20 mg by mouth 2 (two) times a day.
Entered by: Woods, Selma K, RN Entered on: 6/9/2023

**sucralfate (Carafate) 1 g tablet**

Instructions: Take 1 g by mouth daily.
Entered by: Woods, Selma K, RN Entered on: 6/9/2023

**Ubrelvy 100 MG tablet**

Instructions: Take 100 mg by mouth daily as needed for migraine.
Entered by: Woods, Selma K, RN Entered on: 6/9/2023
Start date: 5/30/2023

**clopidogrel (Plavix) 75 MG tablet**

Instructions: Take 75 mg by mouth daily.

**Medication List (continued)**

Entered by: Woods, Selma K, RN — Entered on: 6/9/2023
Informant: Self

**Saxenda 18 MG/3ML pen**

Instructions: Inject 18 mg under the skin daily.
Entered by: Woods, Selma K, RN — Entered on: 8/3/2023
Start date: 7/17/2023 — Action: Patient not taking

**brexpiprazole (Rexulti) 1 MG tablet**

Instructions: Take 1 mg by mouth daily.
Entered by: Woods, Selma K, RN — Entered on: 8/3/2023
Start date: 7/5/2023 — Informant: Self

**UNABLE TO FIND**

Instructions: Take 1 tablet by mouth daily. Med Name: Cerefolin NAC. Prescription from Neurologist for memory loss
Entered by: Woods, Selma K, RN — Entered on: 8/3/2023

**Stopped in Visit**

None

**ED Provider Note**

No documentation.

**ED Notes**

No documentation.

**OP Notes**

No documentation.

**ED Care Timeline**

No documentation.

**H&P Notes**

No documentation.

**Consult Notes**

No documentation.

**Discharge Summary Note**

No documentation.

**Clinical Notes**

No documentation.

**Progress Notes**

**Progress Notes**

**Hubbard, Erica L, Mental Health Therapist at 10/11/2023 1300**

| | | |
|---|---|---|
| Author: Hubbard, Erica L, Mental Health Therapist | Service: — | Author Type: Therapist |
| Filed: 10/11/2023 3:18 PM | Encounter Date: 10/11/2023 | Status: Signed |

Editor: Hubbard, Erica L, Mental Health Therapist (Therapist)

Patient presents for follow-up. Patient reports symptoms remain about the same, assessment scores reflect this. Discussed panic today and importance of not using avoidance as a way to cope. Patient remains engaged in additional counseling and aquatic physical therapy. We will follow-up in 8 weeks. Denies SI/HI

PHQ-9 Depression Scale - Wed October 11, 2023

| Row Name | 1306 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Little interest or pleasure in doing things | Several days 10/11/23 1307 |
| Feeling down, depressed, or hopeless | Several days 10/11/23 1307 |
| PHQ-2 Total Score | 2 10/11/23 1307 |
| Trouble falling or staying asleep, or sleeping too much | Nearly every day 10/11/23 1307 |
| Feeling tired or having little energy | Nearly every day 10/11/23 1307 |
| Poor appetite or overeating | Nearly every day 10/11/23 1307 |
| Feeling bad about yourself - or that you are a failure or have let yourself or your family down | Not at all 10/11/23 1307 |
| Trouble concentrating on things, such as reading the newspaper or watching television | More than half the days 10/11/23 1307 |
| Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual | Not at all 10/11/23 1307 |
| Thoughts that you would be better off dead, or of hurting yourself in some way | Not at all 10/11/23 1307 |
| PHQ-9 Total Score | 13 10/11/23 1307 |
| If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Very difficult 10/11/23 1307 |

GAD-7 Anxiety Scale - Wed October 11, 2023

| Row Name | 1307 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Feeling nervous, anxious, or on edge | More than half the days 10/11/23 1307 |
| Not being able to stop or control worrying | Several days 10/11/23 1307 |
| Worrying too much about different things | Several days 10/11/23 1307 |
| Trouble relaxing | Several days 10/11/23 1307 |
| Being so restless that it is hard to sit still | Not at all 10/11/23 1307 |
| Becoming easily annoyed or irritable | More than half the days 10/11/23 1307 |
| Feeling afraid as if something awful might happen | Not at all 10/11/23 1307 |

**Progress Notes (continued)**

| | |
|---|---|
| GAD-7 Total Score | 7 10/11/23 1307 |
| If you checked off any problems on this questionnaire, How difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Very difficult 10/11/23 1307 |

**Mental Status Exam:**

General Appearance: well groomed.
Behavior: Cooperative.
Level of Consciousness: awake, alert, and oriented
Speech: clear
Mood: anxious and depressed
Affect: mood-incongruent
Thought Content: negative for SI.
Thought Processes/Associations: goal directed
Perception: without perceptual disturbances

**Cognitive function**
Recent Memory: impaired
Attention: normal.
Language: intact.
Fund of Knowledge: aware of current events.
Insight: good.
Judgment: good

Electronically signed by Hubbard, Erica L, Mental Health Therapist at 10/11/2023 3:18 PM

**Labs**

No documentation.

**Imaging**

No documentation.

**Delivery Summary**

**History**

No documentation.

**Medication Administrations**

No documentation.

## 10/11/2023 - Clinical Support in BHMA Center for Post Covid Care (continued)

### Immunizations Given

No documentation.

### Other Orders

No documentation.

### Dental

No documentation.

### Ophthalmology

No documentation.

### Rheumatology

No documentation.

### Flowsheets

**Custom Formula Data**

| Row Name | 10/11/23 1306 |
|---|---|
| Over the past 2 weeks, how often have you been bothered by any of the following problems? | |
| Patient Health Questionnaire-2 Score | 2 |

**GAD-7 Anxiety Scale**

| Row Name | 10/11/23 1307 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Feeling nervous, anxious, or on edge | More than half the days |
| Not being able to stop or control worrying | Several days |
| Worrying too much about different things | Several days |
| Trouble relaxing | Several days |
| Being so restless that it is hard to sit still | Not at all |
| Becoming easily annoyed or irritable | More than half the days |
| Feeling afraid as if something awful might happen | Not at all |
| GAD-7 Total Score | 7 |
| If you checked off any problems on this questionnaire, | |
| How difficult have these problems made it for you to do your work, take care of things at home, or get along with | Very difficult |

other people?

**PHQ-9 Depression Scale**

| Row Name | 10/11/23 1306 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Little interest or pleasure in doing things | Several days |
| Feeling down, depressed, or hopeless | Several days |
| PHQ-2 Total Score | 2 |
| Trouble falling or staying asleep, or sleeping too much | Nearly every day |
| Feeling tired or having little energy | Nearly every day |
| Poor appetite or overeating | Nearly every day |
| Feeling bad about yourself - or that you are a failure or have let yourself or your family down | Not at all |
| Trouble concentrating on things, such as reading the newspaper or watching television | More than half the days |
| Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual | Not at all |
| Thoughts that you would be better off dead, or of hurting yourself in some way | Not at all |
| PHQ-9 Total Score | 13 |
| If you checked off any problems, how difficult have these problems | Very difficult |

**Flowsheets (continued)**

made it for you to do your work, take care of things at home, or get along with other people?

**Patient Education**

No documentation.

**Patient Instructions**

No documentation.

**After Visit Summary**

After Visit Summary (AVS) (below)

# AFTER VISIT SUMMARY

BalladHealth

**Sabrina Guerrero** MRN: 12141403 10/11/2023 1:00 PM BHMA Center for Post Covid Care 423-224-2369

## Instructions

Return in about 8 weeks
(around 12/6/2023).

## Today's Visit

You saw ERICA L HUBBARD, Mental Health Therapist on Wednesday October 11, 2023.

## What's Next

| | | |
|---|---|---|
| DEC 20 2023 | SOCIAL WORK COUNSELING with ERICA L HUBBARD, Mental Health Therapist<br>Wednesday December 20 1:00 PM | BHMA Center for Post Covid Care<br>2204 Pavilion Dr<br>Suite 110<br>Kingsport TN 37660-4651<br>423-224-2369 |
| DEC 20 2023 | Post Covid Follow Up Visit with Pammela M Poore, NP<br>Wednesday December 20 2:00 PM | BHMA Center for Post Covid Care<br>2204 Pavilion Dr<br>Suite 110<br>Kingsport TN 37660-4651<br>423-224-2369 |

## MyChart

View your After Visit Summary and more online at https://mychart.balladhealth.org/mychart/.

## Your Medication List as of October 11, 2023 3:18 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| ALBUTEROL IN | Inhale 90 mcg into the lungs. |
| **benzonatate** 100 MG capsule<br>Commonly known as: Tessalon | Take 100 mg by mouth 3 (three) times a day as needed for cough. |
| **calcitriol** 0.5 MCG capsule<br>Commonly known as: Rocaltrol | Take 0.5 mcg by mouth. |
| CALCIUM CITRATE PO | Take by mouth. |
| **cetirizine** 10 MG tablet<br>Commonly known as: ZyrTEC | Take 10 mg by mouth. |
| **clopidogrel** 75 MG tablet<br>Commonly known as: Plavix | Take 75 mg by mouth daily. |
| **ergocalciferol** 1.25 MG (50000 UT) capsule<br>Commonly known as: Vitamin D2 | Every other week |
| **famotidine** 40 MG tablet<br>Commonly known as: Pepcid | Take 40 mg by mouth daily. |
| **fluticasone** 50 MCG/ACT nasal spray<br>Commonly known as: Flonase | Administer 2 sprays into nostril(s) daily. |
| **hydrOXYzine** 25 MG tablet<br>Commonly known as: Atarax | Take 25 mg by mouth daily as needed for itching. |
| HYOSCYAMINE PO | Take 4 mg by mouth. |
| MAG-OX PO | Take 400 mg by mouth daily. |
| **meloxicam** 15 MG tablet<br>Commonly known as: Mobic | meloxicam 15 mg tablet |
| **minocycline** 100 MG capsule<br>Commonly known as: Minocin | 2 (two) times a day. |
| **modafinil** 100 MG tablet<br>Commonly known as: Provigil | Take 200 mg by mouth daily. |
| **Omega-3** 1000 MG Caps | Take 1,000 mg by mouth daily. |
| **ondansetron** 4 MG tablet<br>Commonly known as: Zofran | Take 4 mg by mouth every 8 (eight) hours as needed. |
| **pantoprazole** 20 MG tablet<br>Commonly known as: Protonix | Take 20 mg by mouth 2 (two) times a day. |
| PROBIOTIC PO | Take 1 capsule by mouth. |

Your Medication List (continued) as of October 11, 2023 3:18 PM

| | |
|---|---|
| **Qulipta** 60 MG tablet<br>Generic drug: atogepant | Take 60 mg by mouth daily. |
| **Rexulti** 0.25 MG tablet<br>Generic drug: brexpiprazole | Take 1 mg by mouth daily. |
| **Saxenda** 18 MG/3ML pen<br>Generic drug: liraglutide -Weight Management | Inject 18 mg under the skin daily. |
| **sucralfate** 1 g tablet<br>Commonly known as: Carafate | Take 1 g by mouth daily. |
| **topiramate** 50 MG tablet<br>Commonly known as: Topamax | Take 75 mg by mouth daily. |
| **Ubrelvy** 100 MG tablet<br>Generic drug: ubrogepant | Take 100 mg by mouth daily. |
| * UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| * UNABLE TO FIND | Take 1 tablet by mouth daily. Med Name: Cerefolin NAC. Prescription from Neurologist for memory loss |
| **valsartan** 80 MG tablet<br>Commonly known as: Diovan | Take 80 mg by mouth daily. |
| VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| **Vitamin B-12** 1000 MCG Subl | Place under the tongue. Every other day |
| **vitamin C** 1000 MG tablet | Take 1,000 mg by mouth daily. |
| **vortioxetine** 10 MG tablet<br>Commonly known as: Trintellix | Take 10 mg by mouth daily. |
| ZINC PO | Take 100 mg by mouth daily. |

*** This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

Future Appointment Instructions

**Patient Reminders:**

- Please bring all of your medications in the original bottles to each of your visits. Your doctor needs to see medications prescribed by other doctors as well as any over-the-counter medications and supplements you are taking. If you fail to do so then you may be asked to reschedule your appointment. This is crucial to your HEALTH and our health care team.
- At your next appointment, please let us know if you have been seen by another health care provider, especially the ER/Urgent Care/Hospital, to ensure our records are complete.
- Please notify the nurse/doctor if you have had any of the following procedures performed and where you have had them.
  - Labs/radiology
  - Vaccinations
  - Eye exam
  - Podiatry exam
  - Colonoscopy
  - Gynecological visit
  - Mammogram

## Health Maintenance

| | Date Due |
|---|---|
| Colorectal Cancer Screening | **Never done** |
| Mammogram | **Never done** |
| Lipid Panel | **Never done** |
| Pneumococcal Vaccine Age 2-64 High Risk | **Never done** |
| Pap Smear | **Never done** |
| Covid 19 Vaccine Series (3 - Pfizer series) | **03/22/2021** |
| Influenza Vaccine (1) | Never done |

## View Your Health Information Online

Our records indicate that you have an active MyChart account.

You can view your After Visit Summary at **www.balladhealth.org/mychart** by logging in with your MyChart username and password. If you don't have a MyChart username and password, but a parent or guardian has access to your record, the parent or guardian should log in with their own information to access your record to view the After Visit Summary.

View Your Health Information Online (continued)

Encounter-Level Documents:

There are no encounter-level documents.



**Messages**

**Patient Medical History**

| From | To | Sent |
| --- | --- | --- |

**Messages (continued)**

| | | |
|---|---|---|
| Guerrero, Sabrina | Erica L Hubbard, Mental Health Therapist | 10/4/2023 6:28 AM |

History questionnaire submitted on Wednesday October 04, 2023 at 6:28:29 AM
Questionnaire: Patient Medical History
Patient: Sabrina Guerrero [12141403]

Medical History:

Question: Anemia
Response: Yes
Date: Unsure Comments: History

Question: Diabetes Type 1 or 2
Response: No
Date: Comments:

Question: Previous Heart Attack
Response: No
Date: Comments:

Question: Anxiety
Response: Yes
Date: Comments:

Question: Emphysema
Response: No
Date: Comments:

Question: Nerve or Muscle Disease
Response: No
Date: Comments:

Question: Arthritis
Response: Yes
Date: Unsure Comments:

Question: Acid Reflux
Response: No
Date: Comments:

Question: Brittle Bones

Response: No
Date: Comments:

Question: Asthma
Response: Yes
Date: Comments:

Question: Glaucoma
Response: No
Date: Comments:

Question: Seizures
Response: No
Date: Comments:

Question: Cancer
Response: Yes
Date: Comments: Basal cell forhead

Question: Heart Murmur
Response: No
Date: Comments:

Question: Sickle Cell Anemia
Response: No
Date: Comments:

Question: Cataracts
Response: No
Date: Comments:

Question: Hepatitis
Response: No
Date: Comments:

Question: Stroke
Response: No
Date: Comments:

Question: Congestive Heart Failure
Response: No
Date: Comments:

Question: HIV or AIDS
Response: No
Date: Comments:

Question: Substance Abuse
Response: No
Date: Comments:

Question: Bleeding Problems
Response: No
Date: Comments:

Question: High Blood Pressure
Response: Yes
Date: Comments:

Question: Thyroid Disease
Response: Yes
Date: Unsure Comments: Parathyroid

Question: COPD or Chronic Bronchitis
Response: No
Date: Comments:

Question: Kidney Disease
Response: No
Date: Comments:

Question: Tuberculosis (TB)
Response: No
Date: Comments:

Question: Depression
Response: Yes
Date: Comments:

Question: Brain or Spinal Cord Infection
Response: No
Date: Comments:

Question: Ulcers
Response: No
Date: Comments:

Question: High Cholesterol
Response: No
Date: Comments:

Question: Seasonal Allergies
Response: Yes
Date: Comments:

Question: Overactive Thyroid
Response: No
Date: Comments:

Question: Coronary Artery Disease
Response: No
Date: Comments:

Question: Underactive Thyroid
Response: No
Date: Comments:

Surgical History:

Question: Appendectomy
Response: No
Date: Comments:

Question: Brain surgery
Response: No
Date: Comments:

Question: Breast surgery
Response: No
Date: Comments:

Question: Heart bypass
Response: No
Date: Comments:

Question: Gallbladder removal
Response: Yes

Date: Comments:

Question: Colon / large intestine surgery
Response: No
Date: Comments:

Question: Colonoscopy
Response: Yes
Date: Comments:

Question: Plastic surgery
Response: No
Date: Comments:

Question: C-Section
Response: No
Date: Comments:

Question: Fracture surgery
Response: No
Date: Comments:

Question: Eye surgery
Response: No
Date: Comments:

Question: Joint replacement
Response: No
Date: Comments:

Question: Hernia repair
Response: Yes
Date: Comments:

Question: Hysterectomy
Response: No
Date: Comments:

Question: Lumpectomy
Response: No
Date: Comments:

Question: Small intestine surgery

Response: No
Date: Comments:

Question: Spine surgery
Response: No
Date: Comments:

Question: Tonsillectomy
Response: No
Date: Comments:

Question: Tubes tied
Response: No
Date: Comments:

Question: Heart valve replacement
Response: No
Date: Comments:

Family History:

Problem: Cancer

Relation: Father
Name: Edward White Jr
Comments: Pancreatic cancer Stage IV Deceased

Problem: Heart Disease

Relation: Father
Name: Edward White Jr
Comments: Deceased

Relation: Maternal Grandfather
Name: Leomia House
Comments: Deceased

Relation: Sister
Name: Joyce White Foster
Comments: Deceased

Problem: High Blood Pressure

Relation: Father
Name: Edward White Jr
Comments:

Problem: High Cholesterol

Relation: Mother
Name: Brenda White
Comments:

Problem: Diabetes Type 1 or 2

Relation: Father
Name: Edward White Jr
Comments:

Relation: Brother
Name: Gregory White
Comments: Type II

Problem: Migraines or Headaches

Relation: Brother
Name: Gregory White
Comments:

Problem: Stroke

Relation: Father
Name: Edward White Jr
Comments:

Relation: Paternal Grandfather
Name: Edward H White
Comments:

Problem: Thyroid Disease

Relation: Daughter
Name: Isabella
Comments:

Tobacco History:

Question: How often do you smoke?
Response: Former
What type of smoking tobacco do you use?:
How many packs do you smoke per day?: 0
How many years have you been smoking Tobacco?: 0
If you are/were a smoker, when did you start?:
If you are a former smoker, when did you quit?:
Question: How often do you use smokeless tobacco?
Response: Former
What types of smokeless tobacco do you use?:
Question: Are you ready to quit smoking?
Response: No Response
Comments: Light smoker when I did smoke

Substance and Sexual Activity History:

Question: Do you consume Alcohol?
Response: Not Currently
How many drinks per week do you consume?: 0 Glasses of wine, 0 Cans of beer, 0 Shots of liquor, 0 Standard drinks or equivalent
Comments:

Question: Do you use any illicit drugs?
Response: Never

Question: Are you sexually active?
Response: Not Currently
Partners: Male
What types of Birth control or Proctection do you use?: Post-menopausal, None
Comments:

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Guerrero, Sabrina | Erica L Hubbard, Mental Health Therapist | 10/4/2023 6:26 AM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Primary Reason for Visit

Question: What is the primary reason for your visit?
Answer: Other

Questionnaire: Other

Question: Please describe your symptoms.
Answer: Anxiousness, farigue,

Question: Have you had these symptoms before?
Answer: Yes

Question: How long have you been having these symptoms?
Answer: For more than a month

Question: Please list any medications you are currently taking for this condition.
Answer:

Question: Please describe any probable cause for these symptoms.
Answer:

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Guerrero, Sabrina | Erica L Hubbard, Mental Health Therapist | 10/4/2023 6:25 AM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Communicable Disease Screening

Question: Do you have any of the following new or worsening symptoms?
Answer: Cough
Fatigue
Joint pain
Muscle pain

**Messages (continued)**

Severe headache
Shortness of breath

Question: Have you recently been in contact with someone who was sick?
Answer: No / Unsure

**Questionnaires**

**Legend:**

**Triggered a BPA Scoring question**

**Travel Screening**

| Question | 10/4/2023 6:25 AM EST - Filed by Patient |
|---|---|
| Do you have any of the following new or worsening symptoms? | Cough<br>Fatigue<br>Joint pain<br>Muscle pain<br>Severe headache<br>Shortness of breath |
| Have you recently been in contact with someone who was sick? | No / Unsure |

**Mychart Patient-Entered Hpi Selection Questionnaire**

| Question | 10/4/2023 6:26 AM EST - Filed by Patient |
|---|---|
| What is the primary reason for your visit? | Other |
| Please describe your symptoms. | Anxiousness, farigue, |
| Have you had these symptoms before? | Yes |
| How long have you been having these symptoms? | For more than a month |
| Please list any medications you are currently taking for this condition. | |
| Please describe any probable cause for these symptoms. | |

**Referral**

No documentation.

**Documents**

**Confirmation of Email Address - Electronic signature on 10/4/2023 6:28 AM (effective from 10/4/2023) - E-signed**

Ballad Health Medical Associates

## Confirmation of Email Address

**Page 1 of 1**

**Patient Medical Record Documentation and Your Email Address**

As part of Ballad Health's commitment to ensuring accurate and complete electronic medical records, we need to collect an email address as part of your patient information.

-----------------------------------------------------------------------------------------------------------------

**Use of Email Address**

In this age of technological communication, email addresses are as common - if not more so - than phone or fax numbers. As email use becomes more prevalent, Ballad must ensure it maintains complete and comprehensive records - including contact information - to communicate with patients under certain circumstances.

Your email address will not be sold to other entities for any reason or otherwise provided to third parties for non-Ballad use unless required for legal reasons. Just as Wellmont takes the security of your health information seriously, we commit to responsibly maintaining and using your email address and contact information.

We may communicate with you periodically about important health topics. However, patient medical information will not be communicated using your email address.

Patients who do not have an email address should denote below and sign this form, which will remain on file as part of their patient record.

-----------------------------------------------------------------------------------------------------------------

**Confirmation of Email Address**

Email Address:

Patient Signature: Confirmation of Email Address — *Sabrina Guerrero* — Electronically signed for Sabrina Guerrero

Form # MS- 6783

**Documents (continued)**

**After Visit Summary - Document on 10/11/2023 3:18 PM: After Visit Summary (AVS)**

Document (below)

# AFTER VISIT SUMMARY

**Sabrina Guerrero** MRN: 12141403 10/11/2023 1:00 PM BHMA Center for Post Covid Care 423-224-2369

## Instructions

Return in about 8 weeks
(around 12/6/2023).

## Today's Visit

You saw ERICA L HUBBARD, Mental Health Therapist on Wednesday October 11, 2023.

## What's Next

DEC 20 2023 SOCIAL WORK COUNSELING with ERICA L HUBBARD, Mental Health Therapist
Wednesday December 20 1:00 PM

BHMA Center for Post Covid Care
2204 Pavilion Dr
Suite 110
Kingsport TN 37660-4651
423-224-2369

DEC 20 2023 Post Covid Follow Up Visit with Pammela M Poore, NP
Wednesday December 20 2:00 PM

BHMA Center for Post Covid Care
2204 Pavilion Dr
Suite 110
Kingsport TN 37660-4651
423-224-2369

## MyChart

View your After Visit Summary and more online at https://mychart.balladhealth.org/mychart/.

## Your Medication List as of October 11, 2023 3:18 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| ALBUTEROL IN | Inhale 90 mcg into the lungs. |
| **benzonatate** 100 MG capsule<br>Commonly known as: Tessalon | Take 100 mg by mouth 3 (three) times a day as needed for cough. |
| **calcitriol** 0.5 MCG capsule<br>Commonly known as: Rocaltrol | Take 0.5 mcg by mouth. |
| CALCIUM CITRATE PO | Take by mouth. |
| **cetirizine** 10 MG tablet<br>Commonly known as: ZyrTEC | Take 10 mg by mouth. |
| **clopidogrel** 75 MG tablet<br>Commonly known as: Plavix | Take 75 mg by mouth daily. |
| **ergocalciferol** 1.25 MG (50000 UT) capsule<br>Commonly known as: Vitamin D2 | Every other week |
| **famotidine** 40 MG tablet<br>Commonly known as: Pepcid | Take 40 mg by mouth daily. |
| **fluticasone** 50 MCG/ACT nasal spray<br>Commonly known as: Flonase | Administer 2 sprays into nostril(s) daily. |
| **hydrOXYzine** 25 MG tablet<br>Commonly known as: Atarax | Take 25 mg by mouth daily as needed for itching. |
| HYOSCYAMINE PO | Take 4 mg by mouth. |
| MAG-OX PO | Take 400 mg by mouth daily. |
| **meloxicam** 15 MG tablet<br>Commonly known as: Mobic | meloxicam 15 mg tablet |
| **minocycline** 100 MG capsule<br>Commonly known as: Minocin | 2 (two) times a day. |
| **modafinil** 100 MG tablet<br>Commonly known as: Provigil | Take 200 mg by mouth daily. |
| **Omega-3** 1000 MG Caps | Take 1,000 mg by mouth daily. |
| **ondansetron** 4 MG tablet<br>Commonly known as: Zofran | Take 4 mg by mouth every 8 (eight) hours as needed. |
| **pantoprazole** 20 MG tablet<br>Commonly known as: Protonix | Take 20 mg by mouth 2 (two) times a day. |
| PROBIOTIC PO | Take 1 capsule by mouth. |

**Documents (continued)**

Your Medication List (continued) as of October 11, 2023 3:18 PM

| | |
|---|---|
| **Qulipta** 60 MG tablet<br>Generic drug: atogepant | Take 60 mg by mouth daily. |
| **Rexulti** 0.25 MG tablet<br>Generic drug: brexpiprazole | Take 1 mg by mouth daily. |
| **Saxenda** 18 MG/3ML pen<br>Generic drug: liraglutide -Weight Management | Inject 18 mg under the skin daily. |
| **sucralfate** 1 g tablet<br>Commonly known as: Carafate | Take 1 g by mouth daily. |
| **topiramate** 50 MG tablet<br>Commonly known as: Topamax | Take 75 mg by mouth daily. |
| **Ubrelvy** 100 MG tablet<br>Generic drug: ubrogepant | Take 100 mg by mouth daily. |
| * UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| * UNABLE TO FIND | Take 1 tablet by mouth daily. Med Name: Cerefolin NAC. Prescription from Neurologist for memory loss |
| **valsartan** 80 MG tablet<br>Commonly known as: Diovan | Take 80 mg by mouth daily. |
| VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| **Vitamin B-12** 1000 MCG Subl | Place under the tongue. Every other day |
| **vitamin C** 1000 MG tablet | Take 1,000 mg by mouth daily. |
| **vortioxetine** 10 MG tablet<br>Commonly known as: Trintellix | Take 10 mg by mouth daily. |
| ZINC PO | Take 100 mg by mouth daily. |

*** This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

Future Appointment Instructions

**Patient Reminders:**

- Please bring all of your medications in the original bottles to each of your visits. Your doctor needs to see medications prescribed by other doctors as well as any over-the-counter medications and supplements you are taking. If you fail to do so then you may be asked to reschedule your appointment. This is crucial to your HEALTH and our health care team.
- At your next appointment, please let us know if you have been seen by another health care provider, especially the ER/Urgent Care/Hospital, to ensure our records are complete.
- Please notify the nurse/doctor if you have had any of the following procedures performed and where you have had them.
  - Labs/radiology
  - Vaccinations
  - Eye exam
  - Podiatry exam
  - Colonoscopy
  - Gynecological visit
  - Mammogram

## Health Maintenance

| | Date Due |
|---|---|
| Colorectal Cancer Screening | **Never done** |
| Mammogram | **Never done** |
| Lipid Panel | **Never done** |
| Pneumococcal Vaccine Age 2-64 High Risk | **Never done** |
| Pap Smear | **Never done** |
| Covid 19 Vaccine Series (3 - Pfizer series) | **03/22/2021** |
| Influenza Vaccine (1) | **Never done** |

## View Your Health Information Online

Our records indicate that you have an active MyChart account.

You can view your After Visit Summary at **www.balladhealth.org/mychart** by logging in with your MyChart username and password. If you don't have a MyChart username and password, but a parent or guardian has access to your record, the parent or guardian should log in with their own information to access your record to view the After Visit Summary.

View Your Health Information Online (continued)

Encounter-Level Documents:

There are no encounter-level documents.

## 06/09/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care

### Reason for Visit

#### Chief Complaint

- Post Covid Follow Up

#### Visit Diagnoses

- **Post-COVID syndrome (primary) [U09.9]**
- Other depression [F32.89]
- Post-COVID chronic fatigue [G93.32, U09.9]
- Brain fog [R41.89]

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Poore, Pammela M, NP | Poore, Pammela M, NP |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| BHMA Center for Post Covid Care | 2204 Pavilion Dr<br>Suite 110<br>Kingsport TN 37660-4651 | 423-224-2369 | 423-224-2368 |

#### Follow-up and Dispositions

- Return in about 8 weeks (around 8/4/2023).

#### Level of Service

**Level of Service**

**PR OFFICE/OUTPATIENT ESTABLISHED HIGH MDM 40-54 MIN**

**Log History**

Additional EM Code History

### Events

No documentation.

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**meloxicam (Mobic) 15 MG tablet**

Instructions: meloxicam 15 mg tablet
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022

**minocycline (Minocin) 100 MG capsule**

Instructions: 2 (two) times a day.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

**ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule**

Instructions: Every other week
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

**Medication List (continued)**

**cetirizine (ZyrTEC) 10 MG tablet**

Instructions: Take 10 mg by mouth.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022

**calcitriol (Rocaltrol) 0.5 MCG capsule**

Instructions: Take 0.5 mcg by mouth.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022

**ondansetron (Zofran) 4 MG tablet**

Instructions: Take 4 mg by mouth every 8 (eight) hours as needed.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022

**Semaglutide (OZEMPIC, 1 MG/DOSE, SC)**

Discontinued by: Woods, Selma K, RN — Discontinued on: 8/3/2023
Reason for discontinuation: Patient Reports Not Taking - See Med Notes
Instructions: Inject under the skin.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022 — End date: 8/3/2023

**Magnesium Oxide (MAG-OX PO)**

Instructions: Take 400 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

**ALBUTEROL IN**

Instructions: Inhale 90 mcg into the lungs.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022

**topiramate (Topamax) 50 MG tablet**

Instructions: Take 75 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Informant: Self

**benzonatate (Tessalon) 100 MG capsule**

Instructions: Take 100 mg by mouth 3 (three) times a day as needed for cough.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

**Hyoscyamine Sulfate (HYOSCYAMINE PO)**

Instructions: Take 4 mg by mouth daily as needed (bowel).
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

**CALCIUM CITRATE PO**

Instructions: Take by mouth.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

**Ascorbic Acid (vitamin C) 1000 MG tablet**

Instructions: Take 1,000 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

**UNABLE TO FIND**

Instructions: Bari life complete 3 in morning, 3 in evening
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

## 06/09/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

**Medication List (continued)**

**VITAMIN A PO**

Instructions: Take by mouth daily. 30,000 mcg
Entered by: Vaughn, Ashley B, RN    Entered on: 6/8/2022
Action: Patient not taking

**Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab**

Instructions: Place under the tongue. Every other day
Entered by: Vaughn, Ashley B, RN    Entered on: 6/8/2022

**Multiple Vitamins-Minerals (ZINC PO)**

Discontinued by: Roberts, Jennifer L, RN    Discontinued on: 12/20/2023
Reason for discontinuation: Patient Reports Not Taking - See Med Notes
Instructions: Take 100 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN    Entered on: 6/8/2022
End date: 12/20/2023

**Omega-3 1000 MG Cap**

Instructions: Take 1,000 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN    Entered on: 7/20/2022
Informant: Self

**Probiotic Product (PROBIOTIC PO)**

Instructions: Take 1 capsule by mouth.
Entered by: Vaughn, Ashley B, RN    Entered on: 7/20/2022
Informant: Self

**valsartan (Diovan) 80 MG tablet**

Instructions: Take 80 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN    Entered on: 9/6/2022

**famotidine (Pepcid) 40 MG tablet**

Instructions: Take 40 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN    Entered on: 9/6/2022

**vortioxetine (Trintellix) 10 MG tablet**

Instructions: Take 10 mg by mouth daily.
Entered by: Woods, Selma K, RN    Entered on: 1/24/2023
Start date: 1/23/2023

**hydrOXYzine (Atarax) 25 MG tablet**

Instructions: Take 25 mg by mouth daily as needed for itching.
Entered by: Woods, Selma K, RN    Entered on: 1/24/2023
Informant: Self

**modafinil (Provigil) 100 MG tablet**

Instructions: Take 200 mg by mouth daily.
Entered by: Woods, Selma K, RN    Entered on: 1/24/2023
Informant: Self

**fluticasone (Flonase) 50 MCG/ACT nasal spray**

Instructions: Administer 2 sprays into nostril(s) daily.
Entered by: Rogers, Alex M, RN    Entered on: 4/12/2023
Informant: Self

**Qulipta 60 MG tablet**

Instructions: Take 60 mg by mouth daily.

## 06/09/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

### Medication List (continued)

Entered by: Woods, Selma K, RN    Entered on: 6/9/2023
Start date: 6/7/2023

**pantoprazole (Protonix) 20 MG tablet**

Instructions: Take 20 mg by mouth 2 (two) times a day.
Entered by: Woods, Selma K, RN    Entered on: 6/9/2023

**sucralfate (Carafate) 1 g tablet**

Instructions: Take 1 g by mouth daily.
Entered by: Woods, Selma K, RN    Entered on: 6/9/2023

**Ubrelvy 100 MG tablet**

Instructions: Take 100 mg by mouth daily as needed for migraine.
Entered by: Woods, Selma K, RN    Entered on: 6/9/2023
Start date: 5/30/2023

**clopidogrel (Plavix) 75 MG tablet**

Instructions: Take 75 mg by mouth daily.
Entered by: Woods, Selma K, RN    Entered on: 6/9/2023
Informant: Self

**Stopped in Visit**

None

### ED Provider Note

No documentation.

### ED Notes

No documentation.

### OP Notes

No documentation.

### ED Care Timeline

No documentation.

### H&P Notes

No documentation.

### Consult Notes

No documentation.

### Discharge Summary Note

No documentation.

### Clinical Notes

**Assessment & Plan Note**

**Poore, Pammela M, NP at 6/9/2023 1515**

Author: Poore, Pammela M, NP    Service: —    Author Type: Nurse Practitioner
Filed: 6/9/2023 3:18 PM    Encounter Date: 6/9/2023    Status: Written
Editor: Poore, Pammela M, NP (Nurse Practitioner)

Related Problem: Post-COVID syndrome

This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

Date of onset of symptoms: 2/7/22
Date of last positive test:2/7/22
Were you hospitalized due to COVID: No
Were you seen by a provider for COVID as an outpatient? PCP
Have you received experimental drugs for COVID treatment?: Yes

Ms. Guerrero reports POST-COVID symptoms of Fatigue, Headache, Anxiety, Depression, Brain fog and Shortness of Breath on exertion.

I have spent greater than 40 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

Electronically signed by Poore, Pammela M, NP at 6/9/2023 3:18 PM

**Poore, Pammela M, NP at 6/9/2023 1518**

Author: Poore, Pammela M, NP    Service: —    Author Type: Nurse Practitioner
Filed: 6/9/2023 5:58 PM    Encounter Date: 6/9/2023    Status: Edited
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Post-COVID chronic fatigue

Currently taking:
- Trinrellix 10 mg daily
- Provigil 200 mg daily

Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated and begin Aquatic Therapy, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

Will obtain recent lab work drawn 4/26/23 at Tennova Bariatric.

Electronically signed by Poore, Pammela M, NP at 6/9/2023 5:58 PM

**Poore, Pammela M, NP at 6/9/2023 1526**

Author: Poore, Pammela M, NP    Service: —    Author Type: Nurse Practitioner
Filed: 6/9/2023 6:03 PM    Encounter Date: 6/9/2023    Status: Edited
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Brain fog

Patient sees Dr. Mohammad Hussain, Neurologist with last visit on 6/6/23 - follow up visit scheduled for 8/11/23.

Will request recently completed MRI and Lumbar Puncture CFS Lab work ordered by Dr. Mohammad Hussain, Neurologist

Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, begin Aquatic Therapy as scheduled, use CPAP HS, taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Electronically signed by Poore, Pammela M, NP at 6/9/2023 6:03 PM

**Poore, Pammela M, NP at 6/9/2023 1536**

Author: Poore, Pammela M, NP | Service: — | Author Type: Nurse Practitioner
Filed: 6/9/2023 3:41 PM | Encounter Date: 6/9/2023 | Status: Written
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Depression

PHQ-9 Score Today: 14
GAD-7 Score Today: 7

Currently taking:
- Trinrellix 10 mg daily
- Provigil 200 mg daily

Patient denies any suicidal thoughts or ideation. Patient advised to call 911, National Suicide Hot Line at 1-800-SUICIDE, or go to ED with Mental Health emergencies and/or patient feels there is potential for harm to self or others.

Patient sees Carol Lucas Counselor every other week with last visit 6/5/23 and follow up scheduled for 6/20/23.

Encouraged patient to continue taking all medications as prescribed, Do Not stop taking any medications without speaking with a Provider, and follow up with Carol Lucas Counselor as scheduled.

Electronically signed by Poore, Pammela M, NP at 6/9/2023 3:41 PM

**Progress Notes**

**Progress Notes**

**Poore, Pammela M, NP at 6/9/2023 1400**

Author: Poore, Pammela M, NP | Service: — | Author Type: Nurse Practitioner
Filed: 6/9/2023 6:07 PM | Encounter Date: 6/9/2023 | Status: Signed
Editor: Poore, Pammela M, NP (Nurse Practitioner)

Patient Name: Guerrero, Sabrina    Today's Date: 6/9/2023
Preferred Name: Sabrina    Date of Encounter: 6/9/2023
Patient MRN / CSN: 12141403 / 10107325834    Appt. Time: 2:00 PM EDT
Patient Age / DOB: 54-year old /    Encounter Provider: Pammela M Poore, NP
PCP: Phillips, Floyd E Jr., MD

Center for Post-Covid Care (CPCC)
Follow - Up

**Subjective**

Sabrina Guerrero is a 54-year old who presents for Post Covid Follow Up.
Patient complains of the following Symptoms: Fatigue, Headache, Anxiety, Depression, Brain fog and Shortness of Breath on exertion.

HPI

**Depression**

Patient reports Post-COVID Depression. Patient reports she did have depression prior to COVID but worse Post Covid. Patient reports having depressed mood, loss of energy, loss of interests/pleasure, thoughts of worthlessness or guilt, trouble concentrating. Patient reports does see a counselor, Carol Lucas. Reports Depression has not changed.

**Post-COVID Fatigue**

Patient reports having symptoms of Post-COVID fatigue. Patient does feel tired all throughout the day. Patient reports not being able to complete tasks throughout the day without taking a break in between. Patient states they are able to do activities of daily living with limitations , unable to work and able to do house work with limitations . Patient reports that they do take naps during the day. States that they do snore. Patient does use CPAP and is compliant most of the time. Patient is not exercising but states she is going to start aquatic therapy referred by her PCP, Floyd Phillips, MD. week of 6-12-23 two days per week, drinking 64-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. States she tries to follow the Anti-inflammatory diet but states she could do better. Patient reports the Fatigue has worsened and got teary when talking about it and stated she just can't help it.

**Post-COVID Brain Fog**

Patient reports symptoms of Post-COVID Brain Fog. Patient reports having problems with memory, finding words, inability to focus, reading comprehension, misplacing items, forgetting names of people they should know and losing train of thought in the middle of a conversation. Patient is not exercising but states she is going to start aquatic therapy referred by her PCP, Floyd Phillips, MD. week of 6-12-23 two days per week, drinking 64-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. States she tries to follow the Anti-inflammatory diet but states she could do better. States that she was discharged from Speech Therapy 4/20/23 due to completed highest level patient was able to and has no further visits. Patient reports Brain Fog continues without improvement.

COVID-19 Vaccination Screening - Fri June 09, 2023

| Row Name | 1411 |
|---|---|
| COVID-19 Vaccine Screen - Year Round | |
| Have you had the COVID-19 Vaccine? | Yes |

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:

**Outpatient Encounter Medications as of 6/9/2023**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. | | |
| • clopidogrel (Plavix) 75 MG tablet | Take 75 mg by mouth daily. | | |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day | | |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other week | | |
| • famotidine (Pepcid) 40 MG tablet | Take 40 mg by mouth daily. | | |
| • fluticasone (Flonase) 50 MCG/ACT nasal spray | Administer 2 sprays into nostril(s) daily. | | |
| • hydrOXYzine (Atarax) 25 MG tablet | Take 25 mg by mouth daily as needed for itching. | | |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. | | |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. | | |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet | | |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. | | |
| • modafinil (Provigil) 100 MG tablet | Take 200 mg by mouth daily. | | |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. | | |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. | | |
| • ondansetron (Zofran) 4 MG | Take 4 mg by mouth | | |

| | |
|---|---|
| tablet | every 8 (eight) hours as needed. |
| • pantoprazole (Protonix) 20 MG tablet | Take 20 mg by mouth 2 (two) times a day. |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Qulipta 60 MG tablet | Take 60 mg by mouth daily. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • sucralfate (Carafate) 1 g tablet | Take 1 g by mouth daily. |
| • topiramate (Topamax) 50 MG tablet | Take 75 mg by mouth daily. |
| • Ubrelvy 100 MG tablet | Take 100 mg by mouth daily. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • valsartan (Diovan) 80 MG tablet | Take 80 mg by mouth daily. |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| • vortioxetine (Trintellix) 10 MG tablet | Take 10 mg by mouth daily. |
| • [DISCONTINUED] aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. |

Last reviewed on 6/9/2023 3:05 PM by Poore, Pammela M, NP

Medical History:
Sabrina has a past medical history of Anemia (Unsure), Anxiety, Arthropathy (Unsure), Bronchitis, COVID-19, Depression, Disorder of thyroid (Unsure), Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Cancer in her father; Depression in her mother; Diabetes in her brother and father; Heart disease in her father, maternal grandfather, and sister; Hyperlipidemia in her mother; Hypertension in her father; Migraines in her brother; Pancreatic cancer in her father; Scoliosis in her mother; Stroke in her father and paternal grandfather; Thyroid disease in her daughter.

Sabrina reports that she does not currently use alcohol.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports no history of drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath.
Neurological: Positive for headaches.

Psychiatric/Behavioral: Positive for decreased concentration and dysphoric mood. The patient is nervous/anxious.

**Objective**

**Vitals:**

| | 06/09/23 1411 | 06/09/23 1450 |
|---|---|---|
| BP: | 140/83 | 128/79 |
| Pulse: | 74 | 72 |
| Resp: | 18 | |
| Temp: | 97.8 °F (36.6 °C) | |
| TempSrc: | Tympanic | |
| SpO2: | 99% | |
| Weight: | 152.4 kg (336 lb) | |
| Height: | 5' 5" (1.651 m) | |

No LMP recorded.

**Physical Exam**

Constitutional:
  Appearance: Normal appearance. She is obese.
HENT:
  Head: Normocephalic and atraumatic.
  Nose: Nose normal.
  Mouth/Throat:
  Mouth: Mucous membranes are moist.
Eyes:
  Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Pulses: Normal pulses.
  Heart sounds: Normal heart sounds.
Pulmonary:
  Effort: Pulmonary effort is normal.
  Breath sounds: Normal breath sounds.
Abdominal:
  General: Bowel sounds are normal.
  Palpations: Abdomen is soft.
Musculoskeletal:
  General: Normal range of motion.
  Cervical back: Normal range of motion.
  Right lower leg: Edema **(1+)** present.
  Left lower leg: Edema **(1+)** present.
Skin:
  General: Skin is warm and dry.
  Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
  Mental Status: She is alert and oriented to person, place, and time.
Psychiatric:
  Attention and Perception: Attention normal.

**06/09/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)**

**Progress Notes (continued)**

Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

PHQ-9 Depression Scale - Fri June 09, 2023

| Row Name | 1421 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Little interest or pleasure in doing things | More than half the days 06/09/23 1422 |
| Feeling down, depressed, or hopeless | Several days 06/09/23 1422 |
| PHQ-2 Total Score | 3 06/09/23 1422 |
| Trouble falling or staying asleep, or sleeping too much | Nearly every day 06/09/23 1422 |
| Feeling tired or having little energy | Nearly every day 06/09/23 1422 |
| Poor appetite or overeating | More than half the days 06/09/23 1422 |
| Feeling bad about yourself - or that you are a failure or have let yourself or your family down | Several days 06/09/23 1422 |
| Trouble concentrating on things, such as reading the newspaper or watching television | More than half the days 06/09/23 1422 |
| Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual | Not at all 06/09/23 1422 |
| Thoughts that you would be better off dead, or of hurting yourself in some way | Not at all 06/09/23 1422 |
| PHQ-9 Total Score | 14 06/09/23 1422 |
| If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Very difficult 06/09/23 1422 |

GAD-7 Anxiety Scale - Fri June 09, 2023

| Row Name | 1422 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Feeling nervous, anxious, or on edge | More than half the days 06/09/23 1422 |
| Not being able to stop or control worrying | Several days 06/09/23 1422 |
| Worrying too much about different things | More than half the days 06/09/23 1422 |
| Trouble relaxing | Not at all 06/09/23 1422 |
| Being so restless that it is hard to sit still | Not at all 06/09/23 1422 |
| Becoming easily annoyed or irritable | More than half the days 06/09/23 1422 |
| Feeling afraid as if something awful might happen | Not at all 06/09/23 1422 |

**Progress Notes (continued)**

| | |
|---|---|
| GAD-7 Total Score | 7 06/09/23 1422 |

If you checked off any problems on this questionnaire,

| | |
|---|---|
| How difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Very difficult 06/09/23 1422 |

**Assessment Plan**

**Problem List Items Addressed This Visit**

- **Post-COVID syndrome - Primary**

  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero reports POST-COVID symptoms of Fatigue, Headache, Anxiety, Depression, Brain fog and Shortness of Breath on exertion.

  I have spent greater than 40 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

  Currently taking:
  - Trinrellix 10 mg daily
  - Provigil 200 mg daily

  Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated and begin Aquatic Therapy, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

  Will obtain recent lab work drawn 4/26/23 at Tennova Bariatric.

- **Depression**

  PHQ-9 Score Today: 14
  GAD-7 Score Today: 7

  Currently taking:
  - Trinrellix 10 mg daily
  - Provigil 200 mg daily

  Patient denies any suicidal thoughts or ideation. Patient advised to call 911, National Suicide Hot

Line at 1-800-SUICIDE, or go to ED with Mental Health emergencies and/or patient feels there is potential for harm to self or others.

Patient sees Carol Lucas Counselor every other week with last visit 6/5/23 and follow up scheduled for 6/20/23.

Encouraged patient to continue taking all medications as prescribed, Do Not stop taking any medications without speaking with a Provider, and follow up with Carol Lucas Counselor as scheduled.

- **Brain fog**

Patient sees Dr. Mohammad Hussain, Neurologist with last visit on 6/6/23 - follow up visit scheduled for 8/11/23.

Will request recently completed MRI and Lumbar Puncture CFS Lab work ordered by Dr. Mohammad Hussain, Neurologist

Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, begin Aquatic Therapy as scheduled, use CPAP HS, taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Return in about 8 weeks (around 8/4/2023).

*Portions of this chart may have been created with Fluency M-Modal voice recognition software.Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred.*

Electronically signed by Poore, Pammela M, NP at 6/9/2023 6:07 PM

**Labs**

No documentation.

**Imaging**

No documentation.

**Delivery Summary**

**History**

No documentation.

## 06/09/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

### Medication Administrations

No documentation.

### Immunizations Given

No documentation.

### Other Orders

No documentation.

### Dental

No documentation.

### Ophthalmology

No documentation.

### Rheumatology

No documentation.

### Flowsheets

#### Amb Complex Vitals Nav

| Row Name | 06/09/23 1411 | 06/09/23 1450 |
|---|---|---|
| **Measurements** | | |
| Weight | 152.4 kg (336 lb) | — |
| Height | 5' 5" (1.651 m) | — |
| BSA (Calculated - sq m) | 2.64 sq meters | — |
| BMI (Calculated) | 55.9 | — |
| **Vitals** | | |
| BP | 140/83 | 128/79 |
| BP Location | Left arm | Left arm |
| Patient Position | Sitting | Sitting |
| Pulse | 74 | 72 |
| Resp | 18 | — |
| Temp | 97.8 °F (36.6 °C) | — |
| Temp src | Tympanic | — |
| **Pulse Oximetry** | | |
| SpO2 | 99 % | — |

#### Anthropometrics

| Row Name | 06/09/23 1411 |
|---|---|
| **Anthropometrics** | |
| Weight Change | 0 |

#### COVID-19 Vaccination Screening

| Row Name | 06/09/23 1411 |
|---|---|
| **COVID-19 Vaccine Screen - Year Round** | |
| Have you had the COVID-19 Vaccine? | Yes |

#### Custom Formula Data

**Flowsheets (continued)**

| Row Name | 06/09/23 1411 | 06/09/23 1421 |
|---|---|---|
| OTHER | | |
| BMI | 3779328 | — |
| IBW (kg) | 57 | — |
| Adjusted Body Weight (kg) | 95.1636 | — |
| IBW | 49.2973 | — |
| Adjusted Body Weight (kg) | 95.16 kg | — |
| IBW/kg (Calculated) Male | 61.5 kg | — |
| IBW/kg (Calculated) FEMALE | 57 kg | — |
| BSA (Calculated - sq m) | 2.64 sq meters | — |
| Weight in (lb) to have BMI = 25 | 149.9 | — |
| % Weight Change Since Birth | 0 | — |
| Height and Weight | | |
| BSA (DuBois Calculated - sq m) | 2.47 sq meters | — |
| Height and Weight | | |
| Gestational Status | Birth wt unknown | — |
| Post-Hemodialysis Assessment | | |
| Treatment Weight Change | 336 | — |
| Adult IBW/VT Calculations | | |
| IBW/kg (Calculated) | 57 | — |
| Low Range Vt 6mL/kg | 342 mL/kg | — |
| Adult Moderate Range Vt 8mL/kg | 456 mL/kg | — |
| Over the past 2 weeks, how often have you been bothered by any of the following problems? | | |
| Patient Health Questionnaire-2 Score | — | 3 |

**GAD-7 Anxiety Scale**

| Row Name | 06/09/23 1422 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Feeling nervous, anxious, or on edge | More than half the days |
| Not being able to stop or control worrying | Several days |
| Worrying too much about different things | More than half the days |
| Trouble relaxing | Not at all |

## 06/09/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Being so restless that it is hard to sit still | Not at all |
| Becoming easily annoyed or irritable | More than half the days |
| Feeling afraid as if something awful might happen | Not at all |
| GAD-7 Total Score | 7 |
| If you checked off any problems on this questionnaire, | |
| How difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Very difficult |

**PHQ-9 Depression Scale**

| Row Name | 06/09/23 1421 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Little interest or pleasure in doing things | More than half the days |
| Feeling down, depressed, or hopeless | Several days |
| PHQ-2 Total Score | 3 |
| Trouble falling or staying asleep, or sleeping too much | Nearly every day |
| Feeling tired or having little energy | Nearly every day |
| Poor appetite or overeating | More than half the days |
| Feeling bad about yourself - or that you are a failure or have let yourself or your family down | Several days |
| Trouble concentrating on things, such as reading the newspaper or watching television | More than half the days |
| Moving or speaking so slowly that other | Not at all |



Lincoln/Guerrero 0358

**Flowsheets (continued)**

| | |
|---|---|
| people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual | |
| Thoughts that you would be better off dead, or of hurting yourself in some way | Not at all |
| PHQ-9 Total Score | 14 |
| If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Very difficult |

**Patient Education**

No documentation.

**Patient Instructions**

No documentation.

**After Visit Summary**

After Visit Summary (AVS) (below)

# AFTER VISIT SUMMARY

**Sabrina Guerrero** MRN: 12141403 6/9/2023 2:00 PM BHMA Center for Post Covid Care 423-224-2369

## Instructions

Return in about 8 weeks (around 8/4/2023).

## Today's Visit

You saw Pammela M Poore, NP on Friday June 9, 2023 for: Post Covid Follow Up.

Blood Pressure 128/79

BMI 55.91

Weight 336 lb

Height 5' 5"

Temperature (Tympanic) 97.8 °F

Pulse 72

Respiration 18

Oxygen Saturation 99%

## What's Next

AUG 3 2023 — SOCIAL WORK COUNSELING with ERICA L HUBBARD, Mental Health Therapist
Thursday August 3 10:00 AM
Indian Path Spine and Rehabilitation
2205 Pavilion Dr
Suite 201
KINGSPORT TN
37660-4641
423-224-2370

AUG 3 2023 — Post Covid Follow Up Visit with Pammela M Poore, NP
Thursday August 3 11:00 AM
BHMA Center for Post Covid Care
2204 Pavilion Dr
Suite 110
Kingsport TN
37660-4651
423-224-2369

## MyChart

View your After Visit Summary and more online at https://mychart.balladhealth.org/mychart/.

## Your Medication List as of June 9, 2023 3:51 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| ALBUTEROL IN | Inhale 90 mcg into the lungs. |
| **benzonatate** 100 MG capsule<br>Commonly known as: Tessalon | Take 100 mg by mouth 3 (three) times a day as needed for cough. |
| **calcitriol** 0.5 MCG capsule<br>Commonly known as: Rocaltrol | Take 0.5 mcg by mouth. |
| CALCIUM CITRATE PO | Take by mouth. |
| **cetirizine** 10 MG tablet<br>Commonly known as: ZyrTEC | Take 10 mg by mouth. |
| **clopidogrel** 75 MG tablet<br>Commonly known as: Plavix | Take 75 mg by mouth daily. |
| **ergocalciferol** 1.25 MG (50000 UT) capsule<br>Commonly known as: Vitamin D2 | Every other week |
| **famotidine** 40 MG tablet<br>Commonly known as: Pepcid | Take 40 mg by mouth daily. |
| **fluticasone** 50 MCG/ACT nasal spray<br>Commonly known as: Flonase | Administer 2 sprays into nostril(s) daily. |
| **hydrOXYzine** 25 MG tablet<br>Commonly known as: Atarax | Take 25 mg by mouth daily as needed for itching. |
| HYOSCYAMINE PO | Take 4 mg by mouth. |
| MAG-OX PO | Take 400 mg by mouth daily. |
| **meloxicam** 15 MG tablet<br>Commonly known as: Mobic | meloxicam 15 mg tablet |
| **minocycline** 100 MG capsule<br>Commonly known as: Minocin | 2 (two) times a day. |
| **modafinil** 100 MG tablet<br>Commonly known as: Provigil | Take 200 mg by mouth daily. |
| **Omega-3** 1000 MG Caps | Take 1,000 mg by mouth daily. |
| **ondansetron** 4 MG tablet<br>Commonly known as: Zofran | Take 4 mg by mouth every 8 (eight) hours as needed. |
| OZEMPIC (1 MG/DOSE) SC | Inject under the skin. |
| **pantoprazole** 20 MG tablet<br>Commonly known as: Protonix | Take 20 mg by mouth 2 (two) times a day. |

Your Medication List (continued) as of June 9, 2023 3:51 PM

| | |
|---|---|
| PROBIOTIC PO | Take 1 capsule by mouth. |
| Qulipta 60 MG tablet<br>Generic drug: atogepant | Take 60 mg by mouth daily. |
| sucralfate 1 g tablet<br>Commonly known as: Carafate | Take 1 g by mouth daily. |
| topiramate 50 MG tablet<br>Commonly known as: Topamax | Take 75 mg by mouth daily. |
| Ubrelvy 100 MG tablet<br>Generic drug: ubrogepant | Take 100 mg by mouth daily. |
| UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| valsartan 80 MG tablet<br>Commonly known as: Diovan | Take 80 mg by mouth daily. |
| VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| Vitamin B-12 1000 MCG Subl | Place under the tongue. Every other day |
| vitamin C 1000 MG tablet | Take 1,000 mg by mouth daily. |
| vortioxetine 10 MG tablet<br>Commonly known as: Trintellix | Take 10 mg by mouth daily. |
| ZINC PO | Take 100 mg by mouth daily. |

Future Appointment Instructions

**Patient Reminders:**

- Please bring all of your medications in the original bottles to each of your visits. Your doctor needs to see medications prescribed by other doctors as well as any over-the-counter medications and supplements you are taking. If you fail to do so then you may be asked to reschedule your appointment. This is crucial to your HEALTH and our health care team.
- At your next appointment, please let us know if you have been seen by another health care provider, especially the ER/Urgent Care/Hospital, to ensure our records are complete.
- Please notify the nurse/doctor if you have had any of the following procedures performed and where you have had them.
  - Labs/radiology
  - Vaccinations
  - Eye exam
  - Podiatry exam
  - Colonoscopy
  - Gynecological visit
  - Mammogram

## Health Maintenance

| | Date Due |
|---|---|
| Colorectal Cancer Screening | Never done |
| Mammogram | Never done |
| Lipid Panel | Never done |
| Pap Smear | Never done |
| Covid 19 Vaccine Series (3 - Booster for Pfizer series) | 03/22/2021 |
| Influenza Vaccine (Season Ended) | 09/01/2023 |

## View Your Health Information Online

Our records indicate that you have an active MyChart account.

You can view your After Visit Summary by going to **www.balladhealth.org/mychart** and logging in with your MyChart username and password. If you don't have a MyChart username and password but a parent or guardian has access to your record, the parent or guardian should login with their own MyChart username and password and access your record to view the After Visit Summary.

## Encounter-Level Documents:

There are no encounter-level documents.



**Letters**

**Letter by Poore, Pammela M, NP on 6/9/2023**

Status: Sent

Letter body:

June 9, 2023

Floyd E Phillips Jr., MD
6890 W A J Hwy
Talbott TN 37877

Patient: **Sabrina Guerrero**
MR Number: **12141403**
Date of Birth:
Date of Visit: **6/9/2023**

Dear Dr. Phillips:

Sabrina Guerrero was seen at the Center for Post-COVID Care on 6/923 for evaluation. Below are the relevant portions of my assessment and plan of care.

If you have questions, please do not hesitate to call me. I look forward to following Sabrina along with you.

Sincerely,

Pammela M Poore, NP

CC
No Recipients

**Poore, Pammela M, NP 6/9/2023 6:05 PM Sign when Signing Visit**

Patient Name: Guerrero, Sabrina Today's Date: 6/9/2023
Preferred Name: Sabrina Date of Encounter: 6/9/2023
Patient MRN / CSN: 12141403 / 10107325834 Appt. Time: 2:00 PM EDT
Patient Age / DOB: 54-year old / Encounter Provider: Pammela M Poore, NP
PCP: Phillips, Floyd E Jr., MD

Center for Post-Covid Care (CPCC)
Follow - Up

Sabrina Guerrero is a 54-year old who presents for Post Covid Follow Up.
Patient complains of the following Symptoms: Fatigue, Headache, Anxiety, Depression, Brain fog and Shortness of Breath on exertion.

HPI

**Depression**
Patient reports Post-COVID Depression. Patient reports she did have depression prior to COVID but worse Post Covid. Patient reports having depressed mood, loss of energy, loss of interests/pleasure, thoughts of worthlessness

or guilt, trouble concentrating. Patient reports does see a counselor, Carol Lucas. Reports Depression has not changed.

**Post-COVID Fatigue**
Patient reports having symptoms of Post-COVID fatigue. Patient does feel tired all throughout the day. Patient reports not being able to complete tasks throughout the day without taking a break in between. Patient states they are able to do activities of daily living with limitations , unable to work and able to do house work with limitations . Patient reports that they do take naps during the day. States that they do snore. Patient does use CPAP and is compliant most of the time. Patient is not exercising but states she is going to start aquatic therapy referred by her PCP, Floyd Phillips, MD. week of 6-12-23 two days per week, drinking 64-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. States she tries to follow the Anti-inflammatory diet but states she could do better. Patient reports the Fatigue has worsened and got teary when talking about it and stated she just can't help it.

**Post-COVID Brain Fog**
Patient reports symptoms of Post-COVID Brain Fog. Patient reports having problems with memory, finding words, inability to focus, reading comprehension, misplacing items, forgetting names of people they should know and losing train of thought in the middle of a conversation. Patient is not exercising but states she is going to start aquatic therapy referred by her PCP, Floyd Phillips, MD. week of 6-12-23 two days per week, drinking 64-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. States she tries to follow the Anti-inflammatory diet but states she could do better. States that she was discharged from Speech Therapy 4/20/23 due to completed highest level patient was able to and has no further visits. Patient reports Brain Fog continues without improvement.

COVID-19 Vaccination Screening - Fri June 09, 2023

| Row Name | 1411 |
|---|---|
| COVID-19 Vaccine Screen - Year Round | |
| Have you had the COVID-19 Vaccine? | Yes |

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:

**Outpatient Encounter Medications as of 6/9/2023**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. | | |
| • clopidogrel (Plavix) 75 MG tablet | Take 75 mg by mouth daily. | | |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day | | |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other week | | |
| • famotidine (Pepcid) 40 MG tablet | Take 40 mg by mouth daily. | | |
| • fluticasone (Flonase) 50 MCG/ACT nasal spray | Administer 2 sprays into nostril(s) daily. | | |
| • hydrOXYzine (Atarax) 25 MG tablet | Take 25 mg by mouth daily as needed for itching. | | |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. | | |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. | | |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet | | |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. | | |
| • modafinil (Provigil) 100 MG tablet | Take 200 mg by mouth daily. | | |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. | | |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. | | |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth every 8 (eight) hours as needed. | | |
| • pantoprazole (Protonix) 20 MG tablet | Take 20 mg by mouth 2 (two) times a day. | | |
| • Probiotic Product (PROBIOTIC | Take 1 capsule by | | |

| | |
|---|---|
| PO) | mouth. |
| • Qulipta 60 MG tablet | Take 60 mg by mouth daily. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • sucralfate (Carafate) 1 g tablet | Take 1 g by mouth daily. |
| • topiramate (Topamax) 50 MG tablet | Take 75 mg by mouth daily. |
| • Ubrelvy 100 MG tablet | Take 100 mg by mouth daily. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • valsartan (Diovan) 80 MG tablet | Take 80 mg by mouth daily. |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| • vortioxetine (Trintellix) 10 MG tablet | Take 10 mg by mouth daily. |
| • [DISCONTINUED] aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. |

Last reviewed on 6/9/2023 3:05 PM by Poore, Pammela M, NP

Medical History:
Sabrina has a past medical history of Anemia (Unsure), Anxiety, Arthropathy (Unsure), Bronchitis, COVID-19, Depression, Disorder of thyroid (Unsure), Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Cancer in her father; Depression in her mother; Diabetes in her brother and father; Heart disease in her father, maternal grandfather, and sister; Hyperlipidemia in her mother; Hypertension in her father; Migraines in her brother; Pancreatic cancer in her father; Scoliosis in her mother; Stroke in her father and paternal grandfather; Thyroid disease in her daughter.

Sabrina reports that she does not currently use alcohol.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports no history of drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath.
Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for decreased concentration and dysphoric mood. The patient is nervous/anxious.

**Vitals:**

| | 06/09/23 1411 | 06/09/23 1450 |
|---|---|---|

| | | |
|---|---|---|
| BP: | 140/83 | 128/79 |
| Pulse: | 74 | 72 |
| Resp: | 18 | |
| Temp: | 97.8 °F (36.6 °C) | |
| TempSrc: | Tympanic | |
| SpO2: | 99% | |
| Weight: | 152.4 kg (336 lb) | |
| Height: | 5' 5" (1.651 m) | |

No LMP recorded.

**Physical Exam**

Constitutional:
Appearance: Normal appearance. She is obese.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.
Abdominal:
General: Bowel sounds are normal.
Palpations: Abdomen is soft.
Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion.
Right lower leg: Edema **(1+)** present.
Left lower leg: Edema **(1+)** present.
Skin:
General: Skin is warm and dry.
Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
Mental Status: She is alert and oriented to person, place, and time.
Psychiatric:
Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

PHQ-9 Depression Scale - Fri June 09, 2023

| Row Name | 1421 |
|---|---|
| **Over the last 2 weeks, how often have you been bothered by any of the following problems?** | |
| Little interest or pleasure in doing things | More than half the days 06/09/23 1422 |
| Feeling down, depressed, or hopeless | Several days 06/09/23 1422 |
| PHQ-2 Total Score | 3 06/09/23 1422 |
| Trouble falling or staying asleep, or sleeping too much | Nearly every day 06/09/23 1422 |
| Feeling tired or having little energy | Nearly every day 06/09/23 1422 |
| Poor appetite or overeating | More than half the days 06/09/23 1422 |
| Feeling bad about yourself - or that you are a failure or have let yourself or your family down | Several days 06/09/23 1422 |
| Trouble concentrating on things, such as reading the newspaper or watching television | More than half the days 06/09/23 1422 |
| Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual | Not at all 06/09/23 1422 |
| Thoughts that you would be better off dead, or of hurting yourself in some way | Not at all 06/09/23 1422 |
| PHQ-9 Total Score | 14 06/09/23 1422 |
| If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Very difficult 06/09/23 1422 |

GAD-7 Anxiety Scale - Fri June 09, 2023

| Row Name | 1422 |
|---|---|
| **Over the last 2 weeks, how often have you been bothered by any of the following problems?** | |
| Feeling nervous, anxious, or on edge | More than half the days 06/09/23 1422 |
| Not being able to stop or control worrying | Several days 06/09/23 1422 |
| Worrying too much about different things | More than half the days 06/09/23 1422 |
| Trouble relaxing | Not at all 06/09/23 1422 |
| Being so restless that it is hard to sit still | Not at all 06/09/23 1422 |
| Becoming easily annoyed or irritable | More than half the days 06/09/23 1422 |
| Feeling afraid as if something awful might happen | Not at all 06/09/23 1422 |
| GAD-7 Total Score | 7 06/09/23 1422 |

If you checked off any problems on this questionnaire,

| | |
|---|---|
| How difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Very difficult 06/09/23 1422 |

## Problem List Items Addressed This Visit

- **Post-COVID syndrome - Primary**

  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero reports POST-COVID symptoms of Fatigue, Headache, Anxiety, Depression, Brain fog and Shortness of Breath on exertion.

  I have spent greater than 40 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

  Currently taking:
  - Trinrellix 10 mg daily
  - Provigil 200 mg daily

  Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated and begin Aquatic Therapy, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

  Will obtain recent lab work drawn 4/26/23 at Tennova Bariatric.

- **Depression**

  PHQ-9 Score Today: 14
  GAD-7 Score Today: 7

  Currently taking:
  - Trinrellix 10 mg daily
  - Provigil 200 mg daily

  Patient denies any suicidal thoughts or ideation. Patient advised to call 911, National Suicide Hot

**Letters (continued)**

Line at 1-800-SUICIDE, or go to ED with Mental Health emergencies and/or patient feels there is potential for harm to self or others.

Patient sees Carol Lucas Counselor every other week with last visit 6/5/23 and follow up scheduled for 6/20/23.

Encouraged patient to continue taking all medications as prescribed, Do Not stop taking any medications without speaking with a Provider, and follow up with Carol Lucas Counselor as scheduled.

- **Brain fog**

Patient sees Dr. Mohammad Hussain, Neurologist with last visit on 6/6/23 - follow up visit scheduled for 8/11/23.

Will request recently completed MRI and Lumbar Puncture CFS Lab work ordered by Dr. Mohammad Hussain, Neurologist

Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, begin Aquatic Therapy as scheduled, use CPAP HS, taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Return in about 8 weeks (around 8/4/2023).

*Portions of this chart may have been created with Fluency M-Modal voice recognition software.Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred.*

**Messages**

**Patient Medical History**

| From | To | Sent |
|---|---|---|
| Guerrero, Sabrina | Pammela M Poore, NP | 6/8/2023 4:37 PM |

History questionnaire submitted on Thursday June 08, 2023 at 4:36:38 PM
Questionnaire: Patient Medical History
Patient: Sabrina Guerrero [12141403]

Medical History:

Question: Anemia
Response: Yes
Date: Unsure Comments: History

Question: Diabetes Type 1 or 2
Response: No
Date: Comments:

Question: Previous Heart Attack
Response: No
Date: Comments:

Question: Anxiety
Response: Yes
Date: Unsure Comments:

Question: Emphysema
Response: No
Date: Comments:

Question: Nerve or Muscle Disease
Response: No
Date: Comments:

Question: Arthritis
Response: Yes
Date: Unsure Comments:

Question: Acid Reflux
Response: No
Date: Comments:

Question: Brittle Bones
Response: No
Date: Comments:

Question: Asthma
Response: No
Date: Comments:

**Messages (continued)**

Question: Glaucoma
Response: No
Date: Comments:

Question: Seizures
Response: No
Date: Comments:

Question: Cancer
Response: Yes
Date: Unsure Comments: Basal cell forhead

Question: Heart Murmur
Response: No
Date: Comments:

Question: Sickle Cell Anemia
Response: No
Date: Comments:

Question: Cataracts
Response: No
Date: Comments:

Question: Hepatitis
Response: No
Date: Comments:

Question: Stroke
Response: No
Date: Comments:

Question: Congestive Heart Failure
Response: No
Date: Comments:

Question: HIV or AIDS
Response: No
Date: Comments:

Question: Substance Abuse
Response: No
Date: Comments:

Question: Bleeding Problems
Response: No
Date: Comments:

Question: High Blood Pressure
Response: Yes
Date: Unsure Comments:

Question: Thyroid Disease
Response: Yes
Date: Unsure Comments: Parathyroid

Question: COPD or Chronic Bronchitis
Response: No
Date: Comments:

Question: Kidney Disease
Response: No
Date: Comments:

Question: Tuberculosis (TB)
Response: No
Date: Comments:

Question: Depression
Response: Yes
Date: Unsure Comments:

Question: Brain or Spinal Cord Infection
Response: No
Date: Comments:

Question: Ulcers
Response: No
Date: Comments:

Question: High Cholesterol
Response: No
Date: Comments:

Question: Seasonal Allergies
Response: No

Date: Comments:

Question: Overactive Thyroid
Response: No
Date: Comments:

Question: Coronary Artery Disease
Response: No
Date: Comments:

Question: Underactive Thyroid
Response: No
Date: Comments:

Surgical History:

Question: Appendectomy
Response: No
Date: Comments:

Question: Brain surgery
Response: No
Date: Comments:

Question: Breast surgery
Response: No
Date: Comments:

Question: Heart bypass
Response: No
Date: Comments:

Question: Gallbladder removal
Response: Yes
Date: 2001 Comments:

Question: Colon / large intestine surgery
Response: No
Date: Comments:

Question: Colonoscopy

Response: Yes
Date: Comments:

Question: Plastic surgery
Response: No
Date: Comments:

Question: C-Section
Response: No
Date: Comments:

Question: Fracture surgery
Response: No
Date: Comments:

Question: Eye surgery
Response: No
Date: Comments:

Question: Joint replacement
Response: No
Date: Comments:

Question: Hernia repair
Response: Yes
Date: 2020 Comments:

Question: Hysterectomy
Response: No
Date: Comments:

Question: Lumpectomy
Response: No
Date: Comments:

Question: Small intestine surgery
Response: No
Date: Comments:

Question: Spine surgery
Response: No
Date: Comments:

Question: Tonsillectomy
Response: No
Date: Comments:

Question: Tubes tied
Response: No
Date: Comments:

Question: Heart valve replacement
Response: No
Date: Comments:

Family History:

Problem: Cancer

Relation: Father
Name: Edward White Jr
Comments: Pancreatic cancer Stage IV Deceased

Problem: Heart Disease

Relation: Father
Name: Edward White Jr
Comments: Deceased

Relation: Maternal Grandfather
Name: Leomia House
Comments: Deceased

Relation: Sister
Name: Joyce White Foster
Comments: Deceased

Problem: High Blood Pressure

Relation: Father
Name: Edward White Jr
Comments:

Problem: High Cholesterol

Relation: Mother
Name: Brenda White
Comments:

Problem: Diabetes Type 1 or 2

Relation: Father
Name: Edward White Jr
Comments:

Relation: Brother
Name: Gregory White
Comments: Type II

Problem: Migraines or Headaches

Relation: Brother
Name: Gregory White
Comments:

Problem: Stroke

Relation: Father
Name: Edward White Jr
Comments:

Relation: Paternal Grandfather
Name: Edward H White
Comments:

Problem: Thyroid Disease

Relation: Daughter
Name: Isabella
Comments:

Tobacco History:

Question: How often do you smoke?
Response: Former
What type of smoking tobacco do you use?:

How many packs do you smoke per day?: 0
How many years have you been smoking Tobacco?: 0
If you are/were a smoker, when did you start?: 1/4/1988
If you are a former smoker, when did you quit?:
7/14/1990
Question: How often do you use smokeless tobacco?
Response: Never
Question: Are you ready to quit smoking?
Response: No Response
Comments: Light smoker when I did smoke

Substance and Sexual Activity History:

Question: Do you consume Alcohol?
Response: Not Currently
How many drinks per week do you consume?: 0 Glasses of
wine, 0 Cans of beer, 0 Shots of liquor, 0 Standard
drinks or equivalent
Comments:

Question: Do you use any illicit drugs?
Response: Never

Question: Are you sexually active?
Response: Not Currently
Partners: Male
What types of Birth control or Proctection do you
use?: Post-menopausal, None
Comments:

**Questionnaire Submission**

| From | To | Sent |
| --- | --- | --- |
| Guerrero, Sabrina | Pammela M Poore, NP | 6/8/2023 4:34 PM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Primary Reason for Visit

Question: What is the primary reason for your visit?
Answer: Other

Questionnaire: Other

Question: Please describe your symptoms.
Answer: Chronic post covid syndrome with fatigue, weakness, headaches, shortness of breath with activity

Question: Have you had these symptoms before?
Answer: Yes

Question: How long have you been having these symptoms?
Answer: For more than a month

Question: Please list any medications you are currently taking for this condition.
Answer: See medocation list

Question: Please describe any probable cause for these symptoms.
Answer: Chronic post covid syndrom, Long Haulers Covid 19 with chronic fatigue

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Guerrero, Sabrina | Pammela M Poore, NP | 6/8/2023 4:31 PM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Communicable Disease Screening

Question: Do you have any of the following new or worsening symptoms?
Answer: Fatigue
Joint pain
Severe headache
Shortness of breath
Weakness

Question: In the last 10 days, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19?
Answer: No / Unsure

**Messages (continued)**

Question: Have you had a COVID-19 viral test in the last 10 days?
Answer: No

**Questionnaires**

**Legend:**

**Triggered a BPA Scoring question**

**Travel Screening**

| Question | 6/8/2023 4:31 PM EST - Filed by Patient |
|---|---|
| Do you have any of the following new or worsening symptoms? | Fatigue<br>Joint pain<br>Severe headache<br>Shortness of breath<br>Weakness |
| In the last 10 days, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19? | No / Unsure |
| Have you had a COVID-19 viral test in the last 10 days? | No |

**Mychart Patient-Entered Hpi Selection Questionnaire**

| Question | 6/8/2023 4:34 PM EST - Filed by Patient |
|---|---|
| What is the primary reason for your visit? | Other |
| Please describe your symptoms. | Chronic post covid syndrome with fatigue, weakness, headaches, shortness of breath with activity |
| Have you had these symptoms before? | Yes |
| How long have you been having these symptoms? | For more than a month |
| Please list any medications you are currently taking for this condition. | See medocation list |
| Please describe any probable cause for these symptoms. | Chronic post covid syndrom, Long Haulers Covid 19 with chronic fatigue |

**Referral**

No documentation.

**Documents**

**Confirmation of Email Address - Electronic signature on 6/8/2023 4:37 PM (effective from 6/8/2023) - E-signed**

BalladHealth
Ballad Health Medical Associates

## Confirmation of Email Address

**Page 1 of 1**

**Patient Medical Record Documentation and Your Email Address**

As part of Ballad Health's commitment to ensuring accurate and complete electronic medical records, we need to collect an email address as part of your patient information.

-------------------------------------------------------------------------------------------------------------------

**Use of Email Address**

In this age of technological communication, email addresses are as common - if not more so - than phone or fax numbers. As email use becomes more prevalent, Ballad must ensure it maintains complete and comprehensive records - including contact information - to communicate with patients under certain circumstances.

Your email address will not be sold to other entities for any reason or otherwise provided to third parties for non-Ballad use unless required for legal reasons. Just as Wellmont takes the security of your health information seriously, we commit to responsibly maintaining and using your email address and contact information.

We may communicate with you periodically about important health topics. However, patient medical information will not be communicated using your email address.

Patients who do not have an email address should denote below and sign this form, which will remain on file as part of their patient record.

-------------------------------------------------------------------------------------------------------------------

**Confirmation of Email Address**

Email Address:

Patient Signature: Confirmation of Email Address — *Sabrina Guerrero* — Electronically signed for Sabrina Guerrero

Form # MS- 6783

**After Visit Summary - Document on 6/9/2023 3:51 PM: After Visit Summary (AVS)**

Document (below)

# AFTER VISIT SUMMARY

BalladHealth

**Sabrina Guerrero** MRN: 12141403 6/9/2023 2:00 PM BHMA Center for Post Covid Care 423-224-2369

## Instructions

Return in about 8 weeks
(around 8/4/2023).

## What's Next

AUG 3 2023 — SOCIAL WORK COUNSELING with ERICA L HUBBARD, Mental Health Therapist
Thursday August 3 10:00 AM
Indian Path Spine and Rehabilitation
2205 Pavilion Dr
Suite 201
KINGSPORT TN
37660-4641
423-224-2370

AUG 3 2023 — Post Covid Follow Up Visit with Pammela M Poore, NP
Thursday August 3 11:00 AM
BHMA Center for Post Covid Care
2204 Pavilion Dr
Suite 110
Kingsport TN
37660-4651
423-224-2369

## Today's Visit

You saw Pammela M Poore, NP on Friday June 9, 2023 for: Post Covid Follow Up.

Blood Pressure 128/79
BMI 55.91
Weight 336 lb
Height 5' 5"
Temperature (Tympanic) 97.8 °F
Pulse 72
Respiration 18
Oxygen Saturation 99%

## MyChart

View your After Visit Summary and more online at https://mychart.balladhealth.org/mychart/.

Sabrina Guerrero (MRN: 12141403) (CSN: 10107325834) • Printed at 6/9/2023 3:51 PM Page 1 of 4 Epic

## Your Medication List as of June 9, 2023 3:51 PM

ⓘ Always use your most recent med list.

| Medication | Instructions |
|---|---|
| ALBUTEROL IN | Inhale 90 mcg into the lungs. |
| **benzonatate** 100 MG capsule<br>Commonly known as: Tessalon | Take 100 mg by mouth 3 (three) times a day as needed for cough. |
| **calcitriol** 0.5 MCG capsule<br>Commonly known as: Rocaltrol | Take 0.5 mcg by mouth. |
| CALCIUM CITRATE PO | Take by mouth. |
| **cetirizine** 10 MG tablet<br>Commonly known as: ZyrTEC | Take 10 mg by mouth. |
| **clopidogrel** 75 MG tablet<br>Commonly known as: Plavix | Take 75 mg by mouth daily. |
| **ergocalciferol** 1.25 MG (50000 UT) capsule<br>Commonly known as: Vitamin D2 | Every other week |
| **famotidine** 40 MG tablet<br>Commonly known as: Pepcid | Take 40 mg by mouth daily. |
| **fluticasone** 50 MCG/ACT nasal spray<br>Commonly known as: Flonase | Administer 2 sprays into nostril(s) daily. |
| **hydrOXYzine** 25 MG tablet<br>Commonly known as: Atarax | Take 25 mg by mouth daily as needed for itching. |
| HYOSCYAMINE PO | Take 4 mg by mouth. |
| MAG-OX PO | Take 400 mg by mouth daily. |
| **meloxicam** 15 MG tablet<br>Commonly known as: Mobic | meloxicam 15 mg tablet |
| **minocycline** 100 MG capsule<br>Commonly known as: Minocin | 2 (two) times a day. |
| **modafinil** 100 MG tablet<br>Commonly known as: Provigil | Take 200 mg by mouth daily. |
| **Omega-3** 1000 MG Caps | Take 1,000 mg by mouth daily. |
| **ondansetron** 4 MG tablet<br>Commonly known as: Zofran | Take 4 mg by mouth every 8 (eight) hours as needed. |
| OZEMPIC (1 MG/DOSE) SC | Inject under the skin. |
| **pantoprazole** 20 MG tablet<br>Commonly known as: Protonix | Take 20 mg by mouth 2 (two) times a day. |

Your Medication List (continued) as of June 9, 2023 3:51 PM

| | |
|---|---|
| PROBIOTIC PO | Take 1 capsule by mouth. |
| **Qulipta** 60 MG tablet<br>Generic drug: atogepant | Take 60 mg by mouth daily. |
| **sucralfate** 1 g tablet<br>Commonly known as: Carafate | Take 1 g by mouth daily. |
| **topiramate** 50 MG tablet<br>Commonly known as: Topamax | Take 75 mg by mouth daily. |
| **Ubrelvy** 100 MG tablet<br>Generic drug: ubrogepant | Take 100 mg by mouth daily. |
| UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| **valsartan** 80 MG tablet<br>Commonly known as: Diovan | Take 80 mg by mouth daily. |
| VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| **Vitamin B-12** 1000 MCG Subl | Place under the tongue. Every other day |
| **vitamin C** 1000 MG tablet | Take 1,000 mg by mouth daily. |
| **vortioxetine** 10 MG tablet<br>Commonly known as: Trintellix | Take 10 mg by mouth daily. |
| ZINC PO | Take 100 mg by mouth daily. |

Future Appointment Instructions

**Patient Reminders:**

- Please bring all of your medications in the original bottles to each of your visits. Your doctor needs to see medications prescribed by other doctors as well as any over-the-counter medications and supplements you are taking. If you fail to do so then you may be asked to reschedule your appointment. This is crucial to your HEALTH and our health care team.
- At your next appointment, please let us know if you have been seen by another health care provider, especially the ER/Urgent Care/Hospital, to ensure our records are complete.
- Please notify the nurse/doctor if you have had any of the following procedures performed and where you have had them.
  - Labs/radiology
  - Vaccinations
  - Eye exam
  - Podiatry exam
  - Colonoscopy
  - Gynecological visit
  - Mammogram

## Health Maintenance

| | Date Due |
|---|---|
| Colorectal Cancer Screening | Never done |
| Mammogram | Never done |
| Lipid Panel | Never done |
| Pap Smear | Never done |
| Covid 19 Vaccine Series (3 - Booster for Pfizer series) | 03/22/2021 |
| Influenza Vaccine (Season Ended) | 09/01/2023 |

## View Your Health Information Online

Our records indicate that you have an active MyChart account.

You can view your After Visit Summary by going to **www.balladhealth.org/mychart** and logging in with your MyChart username and password. If you don't have a MyChart username and password but a parent or guardian has access to your record, the parent or guardian should login with their own MyChart username and password and access your record to view the After Visit Summary.

## Encounter-Level Documents:

There are no encounter-level documents.

# 04/12/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care

## Reason for Visit

### Chief Complaint

- Post Covid Follow Up

### Visit Diagnoses

- **Post-COVID syndrome (primary) [U09.9]**
- Post-COVID chronic fatigue [G93.32, U09.9]
- Brain fog [R41.89]
- Anxiety and depression [F41.9, F32.A]

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Poore, Pammela M, NP | Poore, Pammela M, NP |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| BHMA Center for Post Covid Care | 2204 Pavilion Dr<br>Suite 110<br>Kingsport TN 37660-4651 | 423-224-2369 | 423-224-2368 |

### Follow-up and Dispositions

- Return in about 8 weeks (around 6/7/2023).

### Level of Service

**Level of Service**

**PR OFFICE/OUTPATIENT ESTABLISHED HIGH MDM 40-54 MIN**

**Log History**

Additional EM Code History

## Events

No documentation.

## Medication List

### Medication List

**This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

**meloxicam (Mobic) 15 MG tablet**

Instructions: meloxicam 15 mg tablet
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022

**minocycline (Minocin) 100 MG capsule**

Instructions: 2 (two) times a day.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

**ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule**

Instructions: Every other week
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

**Medication List (continued)**

**cetirizine (ZyrTEC) 10 MG tablet**

Instructions: Take 10 mg by mouth.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022

**aspirin (Ecotrin) 81 MG EC tablet**

Discontinued by: Woods, Selma K, RN — Discontinued on: 6/9/2023
Reason for discontinuation: Patient Reports Not Taking - See Med Notes
Instructions: Take 81 mg by mouth.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022 — End date: 6/9/2023

**calcitriol (Rocaltrol) 0.5 MCG capsule**

Instructions: Take 0.5 mcg by mouth.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022

**ondansetron (Zofran) 4 MG tablet**

Instructions: Take 4 mg by mouth every 8 (eight) hours as needed.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022

**Semaglutide (OZEMPIC, 1 MG/DOSE, SC)**

Discontinued by: Woods, Selma K, RN — Discontinued on: 8/3/2023
Reason for discontinuation: Patient Reports Not Taking - See Med Notes
Instructions: Inject under the skin.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022 — End date: 8/3/2023

**Magnesium Oxide (MAG-OX PO)**

Instructions: Take 400 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

**ALBUTEROL IN**

Instructions: Inhale 90 mcg into the lungs.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022

**topiramate (Topamax) 50 MG tablet**

Instructions: Take 75 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Informant: Self

**benzonatate (Tessalon) 100 MG capsule**

Instructions: Take 100 mg by mouth 3 (three) times a day as needed for cough.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

**Hyoscyamine Sulfate (HYOSCYAMINE PO)**

Instructions: Take 4 mg by mouth daily as needed (bowel).
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

**CALCIUM CITRATE PO**

Instructions: Take by mouth.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

**Ascorbic Acid (vitamin C) 1000 MG tablet**

**Medication List (continued)**

Instructions: Take 1,000 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN    Entered on: 6/8/2022

**UNABLE TO FIND**

Instructions: Bari life complete 3 in morning, 3 in evening
Entered by: Vaughn, Ashley B, RN    Entered on: 6/8/2022

**VITAMIN A PO**

Instructions: Take by mouth daily. 30,000 mcg
Entered by: Vaughn, Ashley B, RN    Entered on: 6/8/2022
Action: Patient not taking

**Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab**

Instructions: Place under the tongue. Every other day
Entered by: Vaughn, Ashley B, RN    Entered on: 6/8/2022

**Multiple Vitamins-Minerals (ZINC PO)**

Discontinued by: Roberts, Jennifer L, RN    Discontinued on: 12/20/2023
Reason for discontinuation: Patient Reports Not Taking - See Med Notes
Instructions: Take 100 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN    Entered on: 6/8/2022
End date: 12/20/2023

**Omega-3 1000 MG Cap**

Instructions: Take 1,000 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN    Entered on: 7/20/2022
Informant: Self

**Probiotic Product (PROBIOTIC PO)**

Instructions: Take 1 capsule by mouth.
Entered by: Vaughn, Ashley B, RN    Entered on: 7/20/2022
Informant: Self

**valsartan (Diovan) 80 MG tablet**

Instructions: Take 80 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN    Entered on: 9/6/2022

**famotidine (Pepcid) 40 MG tablet**

Instructions: Take 40 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN    Entered on: 9/6/2022

**vortioxetine (Trintellix) 10 MG tablet**

Instructions: Take 10 mg by mouth daily.
Entered by: Woods, Selma K, RN    Entered on: 1/24/2023
Start date: 1/23/2023

**hydrOXYzine (Atarax) 25 MG tablet**

Instructions: Take 25 mg by mouth daily as needed for itching.
Entered by: Woods, Selma K, RN    Entered on: 1/24/2023
Informant: Self

**modafinil (Provigil) 100 MG tablet**

Instructions: Take 200 mg by mouth daily.
Entered by: Woods, Selma K, RN    Entered on: 1/24/2023
Informant: Self

**Medication List (continued)**

**fluticasone (Flonase) 50 MCG/ACT nasal spray**

Instructions: Administer 2 sprays into nostril(s) daily.
Entered by: Rogers, Alex M, RN Entered on: 4/12/2023
Informant: Self

**Stopped in Visit**

None

**ED Provider Note**

No documentation.

**ED Notes**

No documentation.

**OP Notes**

No documentation.

**ED Care Timeline**

No documentation.

**H&P Notes**

No documentation.

**Consult Notes**

No documentation.

**Discharge Summary Note**

No documentation.

**Clinical Notes**

**Assessment & Plan Note**

**Poore, Pammela M, NP at 4/12/2023 1410**

| | | |
|---|---|---|
| Author: Poore, Pammela M, NP | Service: — | Author Type: Nurse Practitioner |
| Filed: 4/12/2023 2:12 PM | Encounter Date: 4/12/2023 | Status: Written |

Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Post-COVID syndrome

This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

Date of onset of symptoms: 2/7/22
Date of last positive test:2/7/22
Were you hospitalized due to COVID: No
Were you seen by a provider for COVID as an outpatient? PCP
Have you received experimental drugs for COVID treatment?: Yes

Ms. Guerrero reports POST-COVID symptoms of Fatigue, Headache, Anxiety, Depression, Brain fog and Shortness of Breath on exertion.

**Clinical Notes (continued)**

I have spent greater than 40 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

Electronically signed by Poore, Pammela M, NP at 4/12/2023 2:12 PM

**Poore, Pammela M, NP at 4/12/2023 1413**

Author: Poore, Pammela M, NP
Service: —
Author Type: Nurse Practitioner
Filed: 4/12/2023 4:43 PM
Encounter Date: 4/12/2023
Status: Edited
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Post-COVID chronic fatigue

Currently taking:
- Trinrellix 10 mg daily
- Provigil 200 mg daily

Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

Patient to see Tennova Bariatric for follow up 4/24/23 when **comprehensive lab work will be obtained - patient to provide Lab work results.**

Patient scheduled for follow up visit with PCP 4/17/23 - patient will request referral to Water Physical Therapy in Sevier County.

Electronically signed by Poore, Pammela M, NP at 4/12/2023 4:43 PM

**Poore, Pammela M, NP at 4/12/2023 1444**

Author: Poore, Pammela M, NP
Service: —
Author Type: Nurse Practitioner
Filed: 4/12/2023 2:50 PM
Encounter Date: 4/12/2023
Status: Written
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Brain fog

Continue Speech Therapy with Michaela Johnson at UT.

Encouraged patient to follow up with Dr. Mohammad Hussain, Neurologist 6/6/23 and have Lumbar Puncture once approved by Insurance.

Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Electronically signed by Poore, Pammela M, NP at 4/12/2023 2:50 PM

**Poore, Pammela M, NP at 4/12/2023 1451**

Author: Poore, Pammela M, NP
Service: —
Author Type: Nurse Practitioner
Filed: 4/12/2023 2:58 PM
Encounter Date: 4/12/2023
Status: Edited

Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Anxiety and depression

PHQ-9 Score Today: 16
GAD-7 Score: Today: 9

Currently taking:
- Trintellix 10 mg daily
- Hydroxyzine 25 mg PRN

Patient denies any suicidal thoughts or ideation.

Patient advised to call 91 or go to ED with Mental Health emergencies and/or patient feels there is potential for harm to self or others.

Patient is seeing Erica Hubbard CPCC Counselor with last visit 01/24/23 and follow up visit scheduled today.

Patient seeing Carol Lucas, LCSW Counselor at Life Stance Healthy Minds Counseling with last visit on 4/10/23 and follow up scheduled for 4/18/23.

Encouraged patient to continue taking all medications as prescribed, Do Not stop taking any medications without talking to a Provider, follow up with Carol Lucas and Erica Hubbard as scheduled.

Electronically signed by Poore, Pammela M, NP at 4/12/2023 2:58 PM

**Progress Notes**

**Progress Notes**

**Poore, Pammela M, NP at 4/12/2023 1300**

| | | |
|---|---|---|
| Author: Poore, Pammela M, NP | Service: — | Author Type: Nurse Practitioner |
| Filed: 4/12/2023 4:47 PM | Encounter Date: 4/12/2023 | Status: Signed |
| Editor: Poore, Pammela M, NP (Nurse Practitioner) | | |

Patient Name: Guerrero, Sabrina Today's Date: 4/12/2023
Preferred Name: Sabrina Date of Encounter: 4/12/2023
Patient MRN / CSN: 12141403 / 10105942390 Appt. Time: 1:00 PM EDT
Patient Age / DOB: 54-year old / Encounter Provider: Pammela M Poore, NP
PCP: Phillips, Floyd E Jr., MD

Center for Post-Covid Care (CPCC)
Follow - Up

**Subjective**
Sabrina Guerrero is a 54-year old who presents for Post Covid Follow Up.

Patient complains of the following Symptoms: Fatigue, Headache, Anxiety, Depression, Brain fog and Shortness of Breath on exertion.

HPI

**Post-COVID Fatigue**
Patient reports having symptoms of Post-COVID fatigue. Patient does feel tired all throughout the day. Patient reports not being able to complete tasks throughout the day without taking a break in between. Patient states they are unable to work and able to do very little household chores and activities of daily living and takes her a long time to complete one task. Patient reports that they do take naps during the day. States that they do snore. Patient does use CPAP and is compliant. Patient is following Anti-Inflammatory Diet, is exercising 5-15 minutes 2 times a week on sitting eliptical, drinking 48-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin D 50,000 UT every other week per PCP, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, Zinc. Patient reports continued fatigue without improvement.

**Post-COVID Brain Fog**
Patient reports symptoms of Post-COVID Brain Fog. Patient reports having problems with memory, finding words, inability to focus, reading comprehension, misplacing items and losing train of thought in the middle of a conversation. Patient continues Speech Therapy at UT with Michaela Johnson. Reports that Speech Therapist informed her that her Therapy has leveled out and plans to discharge her after next visit. Reports that she was seen by Dr. Mohammad Hussain Neurologist for Headaches with last visit 4/4/23. States that Dr. Mohammad Hussain, Neurologist ordered an MRI of Brain and Brain Check test. Reports that MRI showed abnormalities and Dr. Mohammad Hussain has now ordered a Lumbar Puncture to rule out MS which is pending insurance approval. Patient is following Anti-Inflammatory Diet, is exercising 5-15 minutes 2 times a week on sitting eliptical, drinking 48-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin D 50,000 UT every other week per PCP, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, Zinc. Patient reports Brain Fog continues without improvement.

**Depression**
Patient reports Post-COVID Depression. Patient reports she did have depression prior to COVID. Patient states that they have had depressed mood, loss of energy, loss of interests/pleasure, thoughts of worthlessness or guilt, trouble concentrating. Patient reports does see a counselor. Reports Depression has worsened.

**Anxiety**
Patient reports Post-COVID Anxiety. Patient reports she did have anxiety prior to COVID. Patient reports racing thoughts, sweating when feeling anxious. Patient takes Trentellix and it is helping with anxiety. Patient states that anxiety has worsened.

COVID-19 Vaccination Screening - Wed April 12, 2023

| Row Name | 1309 |
|---|---|
| COVID-19 Vaccine Screen - Year Round | |
| Have you had the COVID-19 Vaccine? | Yes |

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:
**Outpatient Encounter Medications as of 4/12/2023**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. | | |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day | | |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other week | | |
| • famotidine (Pepcid) 40 MG tablet | Take 40 mg by mouth daily. | | |
| • fluticasone (Flonase) 50 MCG/ACT nasal spray | Administer 2 sprays into nostril(s) daily. | | |
| • hydrOXYzine (Atarax) 25 MG tablet | Take 25 mg by mouth daily as needed for itching. | | |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. | | |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. | | |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet | | |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. | | |
| • modafinil (Provigil) 100 MG tablet | Take 200 mg by mouth daily. | | |
| • Multiple Vitamins-Minerals | Take 100 mg by | | |

| | |
|---|---|
| (ZINC PO) | mouth daily. |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth every 8 (eight) hours as needed. |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • topiramate (Topamax) 50 MG tablet | Take 75 mg by mouth daily. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • valsartan (Diovan) 80 MG tablet | Take 80 mg by mouth daily. |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| • vortioxetine (Trintellix) 10 MG tablet | Take 10 mg by mouth daily. |
| • [DISCONTINUED] SUMAtriptan (Imitrex) 100 MG tablet | Take 100 mg by mouth daily as needed. Can take up to 2 doses within a 24 hour period |

Last reviewed on 4/12/2023 1:51 PM by Poore, Pammela M, NP

Medical History:
Sabrina has a past medical history of Anemia (Unsure), Anxiety, Arthropathy (Unsure), Bronchitis, COVID-19, Depression, Disorder of thyroid (Unsure), Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Cancer in her father; Depression in her mother; Diabetes in her brother and father; Heart disease in her father, maternal grandfather, and sister; Hyperlipidemia in her mother; Hypertension in her father; Migraines in her brother; Pancreatic cancer in her father; Scoliosis in her mother; Stroke in her father and paternal grandfather; Thyroid disease in her daughter.

Sabrina reports that she does not currently use alcohol.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports no history of drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath.
Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for decreased concentration and dysphoric mood. The patient is nervous/anxious.

**Objective**
**Vitals:**

| | 04/12/23 1309 |
|---|---|
| BP: | 128/69 |
| Pulse: | 73 |
| Resp: | 18 |
| Temp: | 98.4 °F (36.9 °C) |
| TempSrc: | Tympanic |
| SpO2: | 94% |
| Weight: | 154 kg (339 lb 9.6 oz) |
| Height: | 5' 5" (1.651 m) |

No LMP recorded.

**MRI of Brain completed 2/24/23 results:**
(full report scanned)
Impression:
Nonspecific signal changes in the cerebral white matter. Most commonly seen as a sequela of chronic small vessel ischemia but are nonspecific and can be seen in other types of vasculopathy, demyelinating/dysmylinating condition, prior infection/inflammation, others. No evidence of acute or recent infarction. No abnormal postcontrast enhancement.

**Brain Check Test 3/7/23 results:**
Brain Check Combined Test Results: 87/200
Individual Test Results:
Trials A: 99/200
Trials B: 94/200
Digit Symbol Substitution: 99/200
Stroop: 99/200
Memory Immediate Recognition: 74/200
Memory Delayed Recognition: 99/200

**Physical Exam**
Constitutional:
Appearance: Normal appearance. She is obese.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.
Abdominal:

General: Bowel sounds are normal.
Palpations: Abdomen is soft.

Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion.

Skin:
General: Skin is warm and dry.
Capillary Refill: Capillary refill takes less than 2 seconds.

Neurological:
Mental Status: She is alert and oriented to person, place, and time.

Psychiatric:
Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.

PHQ-9 Depression Scale - Wed April 12, 2023

| Row Name | 1319 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Little interest or pleasure in doing things | More than half the days 04/12/23 1319 |
| Feeling down, depressed, or hopeless | More than half the days 04/12/23 1319 |
| PHQ-2 Total Score | 4 04/12/23 1319 |
| Trouble falling or staying asleep, or sleeping too much | Nearly every day 04/12/23 1319 |
| Feeling tired or having little energy | Nearly every day 04/12/23 1319 |
| Poor appetite or overeating | More than half the days 04/12/23 1319 |
| Feeling bad about yourself - or that you are a failure or have let yourself or your family down | More than half the days 04/12/23 1319 |
| Trouble concentrating on things, such as reading the newspaper or watching television | More than half the days 04/12/23 1319 |
| Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual | Not at all 04/12/23 1319 |
| Thoughts that you would be better off dead, or of hurting yourself in some way | Not at all 04/12/23 1319 |
| PHQ-9 Total Score | 16 04/12/23 1319 |
| If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Very difficult 04/12/23 1319 |

GAD-7 Anxiety Scale - Wed April 12, 2023

| Row Name | 1319 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Feeling nervous, anxious, or on edge | More than half the days 04/12/23 1320 |
| Not being able to stop or control worrying | More than half the days 04/12/23 1320 |
| Worrying too much about different things | More than half the days 04/12/23 1320 |
| Trouble relaxing | Several days 04/12/23 1320 |
| Being so restless that it is hard to sit still | Not at all 04/12/23 1320 |
| Becoming easily annoyed or irritable | More than half the days 04/12/23 1320 |
| Feeling afraid as if something awful might happen | Not at all 04/12/23 1320 |
| GAD-7 Total Score | 9 04/12/23 1320 |
| If you checked off any problems on this questionnaire, | |
| How difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Very difficult 04/12/23 1320 |

**Assessment Plan**

**Problem List Items Addressed This Visit**

- **Post-COVID syndrome - Primary**

  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero reports POST-COVID symptoms of Fatigue, Headache, Anxiety, Depression, Brain fog and Shortness of Breath on exertion.

  I have spent greater than 40 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

  Currently taking:
  - Trinrellix 10 mg daily
  - Provigil 200 mg daily

  Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

  Patient to see Tennova Bariatric for follow up 4/24/23 when **comprehensive lab work will be obtained - patient to provide Lab work results.**

Patient scheduled for follow up visit with PCP 4/17/23 - patient will request referral to Water Physical Therapy in Sevier County.

- **Brain fog**

  Continue Speech Therapy with Michaela Johnson at UT.

  Encouraged patient to follow up with Dr. Mohammad Hussain, Neurologist 6/6/23 and have Lumbar Puncture once approved by Insurance.

  Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

- **Anxiety and depression**

  PHQ-9 Score Today: 16
  GAD-7 Score: Today: 9

  Currently taking:
  - Trintellix 10 mg daily
  - Hydroxyzine 25 mg PRN

  Patient denies any suicidal thoughts or ideation.

  Patient advised to call 91 or go to ED with Mental Health emergencies and/or patient feels there is potential for harm to self or others.

  Patient is seeing Erica Hubbard CPCC Counselor with last visit 01/24/23 and follow up visit scheduled today.

  Patient seeing Carol Lucas, LCSW Counselor at Life Stance Healthy Minds Counseling with last visit on 4/10/23 and follow up scheduled for 4/18/23.

  Encouraged patient to continue taking all medications as prescribed, Do Not stop taking any medications without talking to a Provider, follow up with Carol Lucas and Erica Hubbard as scheduled.

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred*

Return in about 8 weeks (around 6/7/2023).

**Progress Notes (continued)**

Electronically signed by Poore, Pammela M, NP at 4/12/2023 4:47 PM

**Jett, Paul L, MD at 4/12/2023 1300**

| | | |
|---|---|---|
| Author: Jett, Paul L, MD | Service: — | Author Type: Physician |
| Filed: 4/21/2023 9:50 AM | Encounter Date: 4/12/2023 | Status: Signed |
| Editor: Jett, Paul L, MD (Physician) | | |

Patient was seen independently by Nurse Practitioner unless otherwise noted. I have reviewed chart in full including the asessments and planned treatments. If any changes in care are necessary, these have been communicated to the ordering provider. I was available at the time of the visit either in person or via telephone. I have reviewed the chart and agree with the assessment and plan as written. Paul L Jett, MD.

Electronically signed by Jett, Paul L, MD at 4/21/2023 9:50 AM

**Labs**

No documentation.

**Imaging**

No documentation.

**Delivery Summary**

**History**

No documentation.

**Medication Administrations**

No documentation.

**Immunizations Given**

No documentation.

**Other Orders**

No documentation.

**Dental**

No documentation.

**Ophthalmology**

No documentation.

**Rheumatology**

No documentation.

**Flowsheets**

**Amb Complex Vitals Nav**

| Row Name | 04/12/23 1309 |
|---|---|
| Measurements | |
| Weight | 154 kg (339 lb 9.6 |

## 04/12/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

**Flowsheets (continued)**

| | |
|---|---|
| | oz) |
| Height | 5' 5" (1.651 m) |
| BSA (Calculated - sq m) | 2.66 sq meters |
| BMI (Calculated) | 56.5 |
| Vitals | |
| BP | 128/69 |
| BP Location | Left arm |
| Patient Position | Sitting |
| Pulse | 73 |
| Resp | 18 |
| Temp | 98.4 °F (36.9 °C) |
| Temp src | Tympanic |
| Pulse Oximetry | |
| SpO2 | 94 % |

**Anthropometrics**

| Row Name | 04/12/23 1309 |
|---|---|
| Anthropometrics | |
| Weight Change | 0 |

**COVID-19 Vaccination Screening**

| Row Name | 04/12/23 1309 |
|---|---|
| COVID-19 Vaccine Screen - Year Round | |
| Have you had the COVID-19 Vaccine? | Yes |

**Custom Formula Data**

| Row Name | 04/12/23 1309 | 04/12/23 1319 |
|---|---|---|
| OTHER | | |
| BMI | 3819820.8 | — |
| IBW (kg) | 57 | — |
| Adjusted Body Weight (kg) | 95.8168 | — |
| IBW | 49.2973 | — |
| Adjusted Body Weight (kg) | 95.82 kg | — |
| IBW/kg (Calculated) Male | 61.5 kg | — |
| IBW/kg (Calculated) FEMALE | 57 kg | — |
| BSA (Calculated - sq m) | 2.66 sq meters | — |
| Weight in (lb) to have BMI = 25 | 149.9 | — |
| % Weight Change Since Birth | 0 | — |
| Height and Weight | | |
| BSA (DuBois | 2.48 sq meters | — |

**Flowsheets (continued)**

| | | |
|---|---|---|
| Calculated - sq m) | | |
| **Height and Weight** | | |
| Gestational Status | Birth wt unknown | — |
| **Post-Hemodialysis Assessment** | | |
| Treatment Weight Change | 339.6 | — |
| **Adult IBW/VT Calculations** | | |
| IBW/kg (Calculated) | 57 | — |
| Low Range Vt 6mL/kg | 342 mL/kg | — |
| Adult Moderate Range Vt 8mL/kg | 456 mL/kg | — |
| **Over the past 2 weeks, how often have you been bothered by any of the following problems?** | | |
| Patient Health Questionnaire-2 Score | — | 4 |

**GAD-7 Anxiety Scale**

| Row Name | 04/12/23 1319 |
|---|---|
| **Over the last 2 weeks, how often have you been bothered by any of the following problems?** | |
| Feeling nervous, anxious, or on edge | More than half the days |
| Not being able to stop or control worrying | More than half the days |
| Worrying too much about different things | More than half the days |
| Trouble relaxing | Several days |
| Being so restless that it is hard to sit still | Not at all |
| Becoming easily annoyed or irritable | More than half the days |
| Feeling afraid as if something awful might happen | Not at all |
| GAD-7 Total Score | 9 |
| **If you checked off any problems on this questionnaire,** | |
| How difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Very difficult |

**PHQ-9 Depression Scale**

## 04/12/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

**Flowsheets (continued)**

| Row Name | 04/12/23 1319 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Little interest or pleasure in doing things | More than half the days |
| Feeling down, depressed, or hopeless | More than half the days |
| PHQ-2 Total Score | 4 |
| Trouble falling or staying asleep, or sleeping too much | Nearly every day |
| Feeling tired or having little energy | Nearly every day |
| Poor appetite or overeating | More than half the days |
| Feeling bad about yourself - or that you are a failure or have let yourself or your family down | More than half the days |
| Trouble concentrating on things, such as reading the newspaper or watching television | More than half the days |
| Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual | Not at all |
| Thoughts that you would be better off dead, or of hurting yourself in some way | Not at all |
| PHQ-9 Total Score | 16 |
| If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with | Very difficult |

**Flowsheets (continued)**

other people?

**Patient Education**

No documentation.

**Patient Instructions**

No documentation.

**After Visit Summary**

After Visit Summary (AVS) (below)

# AFTER VISIT SUMMARY

BalladHealth

**Sabrina Guerrero** MRN: 12141403 4/12/2023 1:00 PM BHMA Center for Post Covid Care 423-224-2369

## Instructions

Return in about 8 weeks
(around 6/7/2023).

## What's Next

MAY 3 2023 — SOCIAL WORK COUNSELING with ERICA L HUBBARD, Mental Health Therapist
Wednesday May 3 2:15 PM
BHMA Center for Post Covid Care
2204 Pavilion Dr
Suite 110
Kingsport TN
37660-4651
423-224-2369

JUN 9 2023 — Post Covid Follow Up Visit with Pammela M Poore, NP
Friday June 9 2:00 PM
BHMA Center for Post Covid Care
2204 Pavilion Dr
Suite 110
Kingsport TN
37660-4651
423-224-2369

## Today's Visit

You saw Pammela M Poore, NP on Wednesday April 12, 2023 for: Post Covid Follow Up. The following issue was addressed: Anxiety and depression.

- Blood Pressure: 128/69
- BMI: 56.51
- Weight: 339 lb 9.6 oz
- Height: 5' 5"
- Temperature (Tympanic): 98.4 °F
- Pulse: 73
- Respiration: 18
- Oxygen Saturation: 94%

## MyChart

View your After Visit Summary and more online at https://mychart.balladhealth.org/mychart/.

Sabrina Guerrero (MRN: 12141403) (CSN: 10105942390) • Printed at 4/12/2023 3:08 PM    Page 1 of 4 Epic

## Your Medication List as of April 12, 2023 3:08 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| ALBUTEROL IN | Inhale 90 mcg into the lungs. |
| **aspirin** 81 MG EC tablet<br>Commonly known as: Ecotrin | Take 81 mg by mouth. |
| **benzonatate** 100 MG capsule<br>Commonly known as: Tessalon | Take 100 mg by mouth 3 (three) times a day as needed for cough. |
| **calcitriol** 0.5 MCG capsule<br>Commonly known as: Rocaltrol | Take 0.5 mcg by mouth. |
| CALCIUM CITRATE PO | Take by mouth. |
| **cetirizine** 10 MG tablet<br>Commonly known as: ZyrTEC | Take 10 mg by mouth. |
| **ergocalciferol** 1.25 MG (50000 UT) capsule<br>Commonly known as: Vitamin D2 | Every other week |
| **famotidine** 40 MG tablet<br>Commonly known as: Pepcid | Take 40 mg by mouth daily. |
| **fluticasone** 50 MCG/ACT nasal spray<br>Commonly known as: Flonase | Administer 2 sprays into nostril(s) daily. |
| **hydrOXYzine** 25 MG tablet<br>Commonly known as: Atarax | Take 25 mg by mouth daily as needed for itching. |
| HYOSCYAMINE PO | Take 4 mg by mouth. |
| MAG-OX PO | Take 400 mg by mouth daily. |
| **meloxicam** 15 MG tablet<br>Commonly known as: Mobic | meloxicam 15 mg tablet |
| **minocycline** 100 MG capsule<br>Commonly known as: Minocin | 2 (two) times a day. |
| **modafinil** 100 MG tablet<br>Commonly known as: Provigil | Take 200 mg by mouth daily. |
| **Omega-3** 1000 MG Caps | Take 1,000 mg by mouth daily. |
| **ondansetron** 4 MG tablet<br>Commonly known as: Zofran | Take 4 mg by mouth every 8 (eight) hours as needed. |
| OZEMPIC (1 MG/DOSE) SC | Inject under the skin. |
| PROBIOTIC PO | Take 1 capsule by mouth. |

Your Medication List (continued) as of April 12, 2023 3:08 PM

| | |
|---|---|
| **topiramate** 50 MG tablet<br>Commonly known as: Topamax | Take 75 mg by mouth daily. |
| UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| **valsartan** 80 MG tablet<br>Commonly known as: Diovan | Take 80 mg by mouth daily. |
| VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| **Vitamin B-12** 1000 MCG Subl | Place under the tongue. Every other day |
| **vitamin C** 1000 MG tablet | Take 1,000 mg by mouth daily. |
| **vortioxetine** 10 MG tablet<br>Commonly known as: Trintellix | Take 10 mg by mouth daily. |
| ZINC PO | Take 100 mg by mouth daily. |

Future Appointment Instructions

**Patient Reminders:**

- Please bring all of your medications in the original bottles to each of your visits. Your doctor needs to see medications prescribed by other doctors as well as any over-the-counter medications and supplements you are taking. If you fail to do so then you may be asked to reschedule your appointment. This is crucial to your HEALTH and our health care team.
- At your next appointment, please let us know if you have been seen by another health care provider, especially the ER/Urgent Care/Hospital, to ensure our records are complete.
- Please notify the nurse/doctor if you have had any of the following procedures performed and where you have had them.
  - Labs/radiology
  - Vaccinations
  - Eye exam
  - Podiatry exam
  - Colonoscopy
  - Gynecological visit
  - Mammogram

## Health Maintenance

| | Date Due |
|---|---|
| Colorectal Cancer Screening | **Never done** |
| Mammogram | **Never done** |
| Lipid Panel | **Never done** |
| Pap Smear | **Never done** |
| Covid 19 Vaccine Series (3 - Booster for Pfizer series) | **03/22/2021** |
| Influenza Vaccine (1) | **Never done** |

## View Your Health Information Online

Our records indicate that you have an active MyChart account.

You can view your After Visit Summary by going to **www.balladhealth.org/mychart** and logging in with your MyChart username and password. If you don't have a MyChart username and password but a parent or guardian has access to your record, the parent or guardian should login with their own MyChart username and password and access your record to view the After Visit Summary.

## 🗋 Encounter-Level Documents:

There are no encounter-level documents.



**Letters**

**Letter by Poore, Pammela M, NP on 4/12/2023**

Status: Sent

Letter body:

April 12, 2023

Floyd E Phillips Jr., MD
6890 W A J Hwy
Talbott TN 37877

Patient: **Sabrina Guerrero**
MR Number: **12141403**
Date of Birth:
Date of Visit: **4/12/2023**

Dear Dr. Phillips:

Sabrina Guerrero was seen at the Center for Post-COVID Care on 4/12/23 for evaluation. Below are the relevant portions of my assessment and plan of care.

If you have questions, please do not hesitate to call me. I look forward to following Sabrina along with you.

Sincerely,

Pammela M Poore, NP

CC
No Recipients

**Poore, Pammela M, NP 4/12/2023 4:44 PM Sign when Signing Visit**

Patient Name: Guerrero, Sabrina Today's Date: 4/12/2023
Preferred Name: Sabrina Date of Encounter: 4/12/2023
Patient MRN / CSN: 12141403 / 10105942390 Appt. Time: 1:00 PM EDT
Patient Age / DOB: 54-year old / Encounter Provider: Pammela M Poore, NP
PCP: Phillips, Floyd E Jr., MD

Center for Post-Covid Care (CPCC)
Follow - Up

Sabrina Guerrero is a 54-year old who presents for Post Covid Follow Up.
Patient complains of the following Symptoms: Fatigue, Headache, Anxiety, Depression, Brain fog and Shortness of Breath on exertion.

HPI

**Post-COVID Fatigue**

Patient reports having symptoms of Post-COVID fatigue. Patient does feel tired all throughout the day. Patient reports not being able to complete tasks throughout the day without taking a break in between. Patient states they

are unable to work and able to do very little household chores and activities of daily living and takes her a long time to complete one task. Patient reports that they do take naps during the day. States that they do snore. Patient does use CPAP and is compliant. Patient is following Anti-Inflammatory Diet, is exercising 5-15 minutes 2 times a week on sitting eliptical, drinking 48-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin D 50,000 UT every other week per PCP, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, Zinc. Patient reports continued fatigue without improvement.

**Post-COVID Brain Fog**
Patient reports symptoms of Post-COVID Brain Fog. Patient reports having problems with memory, finding words, inability to focus, reading comprehension, misplacing items and losing train of thought in the middle of a conversation. Patient continues Speech Therapy at UT with Michaela Johnson. Reports that Speech Therapist informed her that her Therapy has leveled out and plans to discharge her after next visit. Reports that she was seen by Dr. Mohammad Hussain Neurologist for Headaches with last visit 4/4/23. States that Dr. Mohammad Hussain, Neurologist ordered an MRI of Brain and Brain Check test. Reports that MRI showed abnormalities and Dr. Mohammad Hussain has now ordered a Lumbar Puncture to rule out MS which is pending insurance approval. Patient is following Anti-Inflammatory Diet, is exercising 5-15 minutes 2 times a week on sitting eliptical, drinking 48-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin D 50,000 UT every other week per PCP, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, Zinc. Patient reports Brain Fog continues without improvement.

**Depression**
Patient reports Post-COVID Depression. Patient reports she did have depression prior to COVID. Patient states that they have had depressed mood, loss of energy, loss of interests/pleasure, thoughts of worthlessness or guilt, trouble concentrating. Patient reports does see a counselor. Reports Depression has worsened.

**Anxiety**
Patient reports Post-COVID Anxiety. Patient reports she did have anxiety prior to COVID. Patient reports racing thoughts, sweating when feeling anxious. Patient takes Trentellix and it is helping with anxiety. Patient states that anxiety has worsened.

COVID-19 Vaccination Screening - Wed April 12, 2023

| Row Name | 1309 |
|---|---|
| COVID-19 Vaccine Screen - Year Round | |
| Have you had the COVID-19 Vaccine? | Yes |

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:

**Outpatient Encounter Medications as of 4/12/2023**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. | | |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day | | |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other week | | |
| • famotidine (Pepcid) 40 MG tablet | Take 40 mg by mouth daily. | | |
| • fluticasone (Flonase) 50 MCG/ACT nasal spray | Administer 2 sprays into nostril(s) daily. | | |
| • hydrOXYzine (Atarax) 25 MG tablet | Take 25 mg by mouth daily as needed for itching. | | |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. | | |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. | | |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet | | |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. | | |
| • modafinil (Provigil) 100 MG tablet | Take 200 mg by mouth daily. | | |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. | | |
| • Omega-3 1000 MG Cap | Take 1,000 mg by | | |

| | |
|---|---|
| | mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth every 8 (eight) hours as needed. |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • topiramate (Topamax) 50 MG tablet | Take 75 mg by mouth daily. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • valsartan (Diovan) 80 MG tablet | Take 80 mg by mouth daily. |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| • vortioxetine (Trintellix) 10 MG tablet | Take 10 mg by mouth daily. |
| • [DISCONTINUED] SUMAtriptan (Imitrex) 100 MG tablet | Take 100 mg by mouth daily as needed. Can take up to 2 doses within a 24 hour period |

Last reviewed on 4/12/2023 1:51 PM by Poore, Pammela M, NP

Medical History:
Sabrina has a past medical history of Anemia (Unsure), Anxiety, Arthropathy (Unsure), Bronchitis, COVID-19, Depression, Disorder of thyroid (Unsure), Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Cancer in her father; Depression in her mother; Diabetes in her brother and father; Heart disease in her father, maternal grandfather, and sister; Hyperlipidemia in her mother; Hypertension in her father; Migraines in her brother; Pancreatic cancer in her father; Scoliosis in her mother; Stroke in her father and paternal grandfather; Thyroid disease in her daughter.

Sabrina reports that she does not currently use alcohol.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports no history of drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath.
Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for decreased concentration and dysphoric mood. The patient is nervous/anxious.

**Vitals:**

| | 04/12/23 1309 |
|---|---|
| BP: | 128/69 |
| Pulse: | 73 |
| Resp: | 18 |
| Temp: | 98.4 °F (36.9 °C) |
| TempSrc: | Tympanic |
| SpO2: | 94% |
| Weight: | 154 kg (339 lb 9.6 oz) |
| Height: | 5' 5" (1.651 m) |

No LMP recorded.

**MRI of Brain completed 2/24/23 results:**
(full report scanned)
Impression:
Nonspecific signal changes in the cerebral white matter. Most commonly seen as a sequela of chronic small vessel ischemia but are nonspecific and can be seen in other types of vasculopathy, demyelinating/dysmylinating condition, prior infection/inflammation, others. No evidence of acute or recent infarction. No abnormal postcontrast enhancement.

**Brain Check Test 3/7/23 results:**
Brain Check Combined Test Results: 87/200
Individual Test Results:
Trials A: 99/200
Trials B: 94/200
Digit Symbol Substitution: 99/200
Stroop: 99/200
Memory Immediate Recognition: 74/200
Memory Delayed Recognition: 99/200

**Physical Exam**
Constitutional:
  Appearance: Normal appearance. She is obese.
HENT:
  Head: Normocephalic and atraumatic.
  Nose: Nose normal.
  Mouth/Throat:
  Mouth: Mucous membranes are moist.
Eyes:
  Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Pulses: Normal pulses.
  Heart sounds: Normal heart sounds.
Pulmonary:
  Effort: Pulmonary effort is normal.
  Breath sounds: Normal breath sounds.
Abdominal:
  General: Bowel sounds are normal.
  Palpations: Abdomen is soft.

Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion.
Skin:
General: Skin is warm and dry.
Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
Mental Status: She is alert and oriented to person, place, and time.
Psychiatric:
Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.

PHQ-9 Depression Scale - Wed April 12, 2023

| Row Name | 1319 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Little interest or pleasure in doing things | More than half the days 04/12/23 1319 |
| Feeling down, depressed, or hopeless | More than half the days 04/12/23 1319 |
| PHQ-2 Total Score | 4 04/12/23 1319 |
| Trouble falling or staying asleep, or sleeping too much | Nearly every day 04/12/23 1319 |
| Feeling tired or having little energy | Nearly every day 04/12/23 1319 |
| Poor appetite or overeating | More than half the days 04/12/23 1319 |
| Feeling bad about yourself - or that you are a failure or have let yourself or your family down | More than half the days 04/12/23 1319 |
| Trouble concentrating on things, such as reading the newspaper or watching television | More than half the days 04/12/23 1319 |
| Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual | Not at all 04/12/23 1319 |
| Thoughts that you would be better off dead, or of hurting yourself in some way | Not at all 04/12/23 1319 |
| PHQ-9 Total Score | 16 04/12/23 1319 |
| If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Very difficult 04/12/23 1319 |

GAD-7 Anxiety Scale - Wed April 12, 2023

| Row Name | 1319 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Feeling nervous, anxious, or on edge | More than half the days 04/12/23 1320 |
| Not being able to stop or control worrying | More than half the days 04/12/23 1320 |
| Worrying too much about different things | More than half the days 04/12/23 1320 |
| Trouble relaxing | Several days 04/12/23 1320 |
| Being so restless that it is hard to sit still | Not at all 04/12/23 1320 |
| Becoming easily annoyed or irritable | More than half the days 04/12/23 1320 |
| Feeling afraid as if something awful might happen | Not at all 04/12/23 1320 |
| GAD-7 Total Score | 9 04/12/23 1320 |
| If you checked off any problems on this questionnaire, | |
| How difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Very difficult 04/12/23 1320 |

## Problem List Items Addressed This Visit

- **Post-COVID syndrome - Primary**

  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero reports POST-COVID symptoms of Fatigue, Headache, Anxiety, Depression, Brain fog and Shortness of Breath on exertion.

  I have spent greater than 40 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

  Currently taking:
  - Trinrellix 10 mg daily
  - Provigil 200 mg daily

  Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a

day, continue exercising as tolerated, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

Patient to see Tennova Bariatric for follow up 4/24/23 when **comprehensive lab work will be obtained - patient to provide Lab work results.**

Patient scheduled for follow up visit with PCP 4/17/23 - patient will request referral to Water Physical Therapy in Sevier County.

- **Brain fog**

  Continue Speech Therapy with Michaela Johnson at UT.

  Encouraged patient to follow up with Dr. Mohammad Hussain, Neurologist 6/6/23 and have Lumbar Puncture once approved by Insurance.

  Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

- **Anxiety and depression**

  PHQ-9 Score Today: 16
  GAD-7 Score: Today: 9

  Currently taking:
  - Trintellix 10 mg daily
  - Hydroxyzine 25 mg PRN

  Patient denies any suicidal thoughts or ideation.

  Patient advised to call 91 or go to ED with Mental Health emergencies and/or patient feels there is potential for harm to self or others.

  Patient is seeing Erica Hubbard CPCC Counselor with last visit 01/24/23 and follow up visit scheduled today.

  Patient seeing Carol Lucas, LCSW Counselor at Life Stance Healthy Minds Counseling with last visit on 4/10/23 and follow up scheduled for 4/18/23.

  Encouraged patient to continue taking all medications as prescribed, Do Not stop taking any medications without talking to a Provider, follow up with Carol Lucas and Erica Hubbard as scheduled.

**Letters (continued)**

*word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred*

Return in about 8 weeks (around 6/7/2023).

**Messages**

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Guerrero, Sabrina | Pammela M Poore, NP | 4/11/2023 8:40 PM |

Patient Questionnaire Submission
-------------------------------

Questionnaire: Primary Reason for Visit

Question: What is the primary reason for your visit?
Answer: Other

Questionnaire: Other

Question: Please describe your symptoms.
Answer: Shortness of breath, extreme fatigue, poor activity tolerance, brain fog with memory concerns

Question: Have you had these symptoms before?
Answer: Yes

Question: How long have you been having these symptoms?
Answer: For more than a month

Question: Please list any medications you are currently taking for this condition.
Answer: Please see medication list too many to type here

Question: Please describe any probable cause for these symptoms.
Answer: Post Covid

**Patient Medical History**

**Messages (continued)**

| From | To | Sent |
|---|---|---|
| Guerrero, Sabrina | Pammela M Poore, NP | 4/11/2023 8:39 PM |

History questionnaire submitted on Tuesday April 11, 2023 at 8:38:32 PM
Questionnaire: Patient Medical History
Patient: Sabrina Guerrero [12141403]

Medical History:

Question: Anemia
Response: Yes
Date: Unsure Comments: History

Question: Diabetes Type 1 or 2
Response: No
Date: Comments:

Question: Previous Heart Attack
Response: No
Date: Comments:

Question: Anxiety
Response: Yes
Date: Unsure Comments:

Question: Emphysema
Response: No
Date: Comments:

Question: Nerve or Muscle Disease
Response: No
Date: Comments:

Question: Arthritis
Response: Yes
Date: Unsure Comments:

Question: Acid Reflux
Response: No
Date: Comments:

Question: Brittle Bones
Response: No
Date: Comments:

Question: Asthma
Response: No
Date: Comments:

Question: Glaucoma
Response: No
Date: Comments:

Question: Seizures
Response: No
Date: Comments:

Question: Cancer
Response: Yes
Date: Unsure Comments: Basal cell forhead

Question: Heart Murmur
Response: No
Date: Comments:

Question: Sickle Cell Anemia
Response: No
Date: Comments:

Question: Cataracts
Response: No
Date: Comments:

Question: Hepatitis
Response: No
Date: Comments:

Question: Stroke
Response: No
Date: Comments:

Question: Congestive Heart Failure
Response: No
Date: Comments:

Question: HIV or AIDS
Response: No
Date: Comments:

Question: Substance Abuse
Response: No
Date: Comments:

Question: Bleeding Problems
Response: No
Date: Comments:

Question: High Blood Pressure
Response: Yes
Date: Unsure Comments:

Question: Thyroid Disease
Response: Yes
Date: Unsure Comments: Parathyroid

Question: COPD or Chronic Bronchitis
Response: No
Date: Comments:

Question: Kidney Disease
Response: No
Date: Comments:

Question: Tuberculosis (TB)
Response: No
Date: Comments:

Question: Depression
Response: Yes
Date: Unsure Comments:

Question: Brain or Spinal Cord Infection
Response: No
Date: Comments:

Question: Ulcers
Response: No

Date: Comments:

Question: High Cholesterol
Response: No
Date: Comments:

Question: Seasonal Allergies
Response: No
Date: Comments:

Question: Overactive Thyroid
Response: No
Date: Comments:

Question: Coronary Artery Disease
Response: No
Date: Comments:

Question: Underactive Thyroid
Response: No
Date: Comments:

Surgical History:

Question: Appendectomy
Response: No
Date: Comments:

Question: Brain surgery
Response: No
Date: Comments:

Question: Breast surgery
Response: No
Date: Comments:

Question: Heart bypass
Response: No
Date: Comments:

Question: Gallbladder removal

Response: Yes
Date: 2001 Comments:

Question: Colon / large intestine surgery
Response: No
Date: Comments:

Question: Colonoscopy
Response: Yes
Date: Comments:

Question: Plastic surgery
Response: No
Date: Comments:

Question: C-Section
Response: No
Date: Comments:

Question: Fracture surgery
Response: No
Date: Comments:

Question: Eye surgery
Response: No
Date: Comments:

Question: Joint replacement
Response: No
Date: Comments:

Question: Hernia repair
Response: Yes
Date: 2020 Comments:

Question: Hysterectomy
Response: No
Date: Comments:

Question: Lumpectomy
Response: No
Date: Comments:

Question: Small intestine surgery
Response: No
Date: Comments:

Question: Spine surgery
Response: No
Date: Comments:

Question: Tonsillectomy
Response: No
Date: Comments:

Question: Tubes tied
Response: No
Date: Comments:

Question: Heart valve replacement
Response: No
Date: Comments:

Family History:

Problem: Cancer

Relation: Father
Name: Edward White Jr
Comments: Pancreatic cancer Stage IV Deceased

Problem: Heart Disease

Relation: Father
Name: Edward White Jr
Comments: Deceased

Relation: Sister
Name: Joyce White Foster
Comments: Deceased

Relation: Maternal Grandfather
Name: Leomia House
Comments: Deceased

Problem: High Blood Pressure

Relation: Father
Name: Edward White Jr
Comments:

Problem: High Cholesterol

Relation: Mother
Name: Brenda White
Comments:

Problem: Diabetes Type 1 or 2

Relation: Father
Name: Edward White Jr
Comments:

Relation: Brother
Name: Gregory White
Comments: Type II

Problem: Migraines or Headaches

Relation: Brother
Name: Gregory White
Comments:

Problem: Stroke

Relation: Father
Name: Edward White Jr
Comments:

Relation: Paternal Grandfather
Name: Edward H White
Comments:

Problem: Thyroid Disease

Relation: Daughter
Name: Isabella

Comments:

Tobacco History:

Question: How often do you smoke?
Response: Former
What type of smoking tobacco do you use?:
How many packs do you smoke per day?: 0
How many years have you been smoking Tobacco?: 0
If you are/were a smoker, when did you start?: 1/4/1988
If you are a former smoker, when did you quit?:
7/14/1990
Question: How often do you use smokeless tobacco?
Response: Never
Question: Are you ready to quit smoking?
Response: No Response
Comments: Light smoker when I did smoke

Substance and Sexual Activity History:

Question: Do you consume Alcohol?
Response: Not Currently
How many drinks per week do you consume?: 0 Glasses of
wine, 0 Cans of beer, 0 Shots of liquor, 0 Standard
drinks or equivalent
Comments:

Question: Do you use any illicit drugs?
Response: Never

Question: Are you sexually active?
Response: Not Currently
Partners: Male
What types of Birth control or Proctection do you
use?: Post-menopausal, None
Comments:

Questionnaires

## 04/12/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

### Questionnaires (continued)

**Legend:**

Triggered a BPA Scoring question

**Travel Screening**

| Question | 3/6/2023 4:29 PM EST - Filed by Patient |
|---|---|
| Do you have any of the following new or worsening symptoms? | Abdominal pain<br>Fatigue<br>Joint pain<br>Severe headache<br>Shortness of breath |
| In the last 10 days, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19? | No / Unsure |
| Have you had a COVID-19 viral test in the last 10 days? | No |

**Mychart Patient-Entered Hpi Selection Questionnaire**

| Question | 4/11/2023 8:40 PM EST - Filed by Patient |
|---|---|
| What is the primary reason for your visit? | Other |
| Please describe your symptoms. | Shortness of breath, extreme fatigue, poor activity tolerance, brain fog with memory concerns |
| Have you had these symptoms before? | Yes |
| How long have you been having these symptoms? | For more than a month |
| Please list any medications you are currently taking for this condition. | Please see medication list too many to type here |
| Please describe any probable cause for these symptoms. | Post Covid |

### Referral

No documentation.

### Documents

**Confirmation of Email Address - Electronic signature on 4/11/2023 8:40 PM (effective from 4/11/2023) - E-signed**

BalladHealth
Ballad Health Medical Associates

## Confirmation of Email Address

**Page 1 of 1**

**Patient Medical Record Documentation and Your Email Address**

As part of Ballad Health's commitment to ensuring accurate and complete electronic medical records, we need to collect an email address as part of your patient information.

--------------------------------------------------------------------------------------------------------------------

**Use of Email Address**

In this age of technological communication, email addresses are as common - if not more so - than phone or fax numbers. As email use becomes more prevalent, Ballad must ensure it maintains complete and comprehensive records - including contact information - to communicate with patients under certain circumstances.

Your email address will not be sold to other entities for any reason or otherwise provided to third parties for non-Ballad use unless required for legal reasons. Just as Wellmont takes the security of your health information seriously, we commit to responsibly maintaining and using your email address and contact information.

We may communicate with you periodically about important health topics. However, patient medical information will not be communicated using your email address.

Patients who do not have an email address should denote below and sign this form, which will remain on file as part of their patient record.

--------------------------------------------------------------------------------------------------------------------

**Confirmation of Email Address**

Email Address:

Patient Signature: Confirmation of Email Address
*Sabrina Guerrero*
Electronically signed for Sabrina Guerrero

Form # MS- 6783

**After Visit Summary - Document on 4/12/2023 3:08 PM: After Visit Summary (AVS)**

Document (below)

# AFTER VISIT SUMMARY

BalladHealth

**Sabrina Guerrero** MRN: 12141403 4/12/2023 1:00 PM BHMA Center for Post Covid Care 423-224-2369

## Instructions

Return in about 8 weeks (around 6/7/2023).

## Today's Visit

You saw Pammela M Poore, NP on Wednesday April 12, 2023 for: Post Covid Follow Up. The following issue was addressed: Anxiety and depression.

| | | | |
|---|---|---|---|
| Blood Pressure | 128/69 | BMI | 56.51 |
| Weight | 339 lb 9.6 oz | Height | 5' 5" |
| Temperature (Tympanic) | 98.4 °F | Pulse | 73 |
| Respiration | 18 | Oxygen Saturation | 94% |

## What's Next

| | | |
|---|---|---|
| MAY 3 2023 | SOCIAL WORK COUNSELING with ERICA L HUBBARD, Mental Health Therapist<br>Wednesday May 3 2:15 PM | BHMA Center for Post Covid Care<br>2204 Pavilion Dr<br>Suite 110<br>Kingsport TN<br>37660-4651<br>423-224-2369 |
| JUN 9 2023 | Post Covid Follow Up Visit with Pammela M Poore, NP<br>Friday June 9 2:00 PM | BHMA Center for Post Covid Care<br>2204 Pavilion Dr<br>Suite 110<br>Kingsport TN<br>37660-4651<br>423-224-2369 |

## MyChart

View your After Visit Summary and more online at https://mychart.balladhealth.org/mychart/.

## Your Medication List as of April 12, 2023 3:08 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| ALBUTEROL IN | Inhale 90 mcg into the lungs. |
| **aspirin** 81 MG EC tablet<br>Commonly known as: Ecotrin | Take 81 mg by mouth. |
| **benzonatate** 100 MG capsule<br>Commonly known as: Tessalon | Take 100 mg by mouth 3 (three) times a day as needed for cough. |
| **calcitriol** 0.5 MCG capsule<br>Commonly known as: Rocaltrol | Take 0.5 mcg by mouth. |
| CALCIUM CITRATE PO | Take by mouth. |
| **cetirizine** 10 MG tablet<br>Commonly known as: ZyrTEC | Take 10 mg by mouth. |
| **ergocalciferol** 1.25 MG (50000 UT) capsule<br>Commonly known as: Vitamin D2 | Every other week |
| **famotidine** 40 MG tablet<br>Commonly known as: Pepcid | Take 40 mg by mouth daily. |
| **fluticasone** 50 MCG/ACT nasal spray<br>Commonly known as: Flonase | Administer 2 sprays into nostril(s) daily. |
| **hydrOXYzine** 25 MG tablet<br>Commonly known as: Atarax | Take 25 mg by mouth daily as needed for itching. |
| HYOSCYAMINE PO | Take 4 mg by mouth. |
| MAG-OX PO | Take 400 mg by mouth daily. |
| **meloxicam** 15 MG tablet<br>Commonly known as: Mobic | meloxicam 15 mg tablet |
| **minocycline** 100 MG capsule<br>Commonly known as: Minocin | 2 (two) times a day. |
| **modafinil** 100 MG tablet<br>Commonly known as: Provigil | Take 200 mg by mouth daily. |
| **Omega-3** 1000 MG Caps | Take 1,000 mg by mouth daily. |
| **ondansetron** 4 MG tablet<br>Commonly known as: Zofran | Take 4 mg by mouth every 8 (eight) hours as needed. |
| OZEMPIC (1 MG/DOSE) SC | Inject under the skin. |
| PROBIOTIC PO | Take 1 capsule by mouth. |

Your Medication List (continued) as of April 12, 2023 3:08 PM

| | |
|---|---|
| **topiramate** 50 MG tablet<br>Commonly known as: Topamax | Take 75 mg by mouth daily. |
| UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| **valsartan** 80 MG tablet<br>Commonly known as: Diovan | Take 80 mg by mouth daily. |
| VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| **Vitamin B-12** 1000 MCG Subl | Place under the tongue. Every other day |
| **vitamin C** 1000 MG tablet | Take 1,000 mg by mouth daily. |
| **vortioxetine** 10 MG tablet<br>Commonly known as: Trintellix | Take 10 mg by mouth daily. |
| ZINC PO | Take 100 mg by mouth daily. |

Future Appointment Instructions

**Patient Reminders:**

- Please bring all of your medications in the original bottles to each of your visits. Your doctor needs to see medications prescribed by other doctors as well as any over-the-counter medications and supplements you are taking. If you fail to do so then you may be asked to reschedule your appointment. This is crucial to your HEALTH and our health care team.
- At your next appointment, please let us know if you have been seen by another health care provider, especially the ER/Urgent Care/Hospital, to ensure our records are complete.
- Please notify the nurse/doctor if you have had any of the following procedures performed and where you have had them.
  - Labs/radiology
  - Vaccinations
  - Eye exam
  - Podiatry exam
  - Colonoscopy
  - Gynecological visit
  - Mammogram

## Health Maintenance

| | Date Due |
|---|---|
| Colorectal Cancer Screening | Never done |
| Mammogram | Never done |
| Lipid Panel | Never done |
| Pap Smear | Never done |
| Covid 19 Vaccine Series (3 - Booster for Pfizer series) | 03/22/2021 |
| Influenza Vaccine (1) | Never done |

## View Your Health Information Online

Our records indicate that you have an active MyChart account.

You can view your After Visit Summary by going to **www.balladhealth.org/mychart** and logging in with your MyChart username and password. If you don't have a MyChart username and password but a parent or guardian has access to your record, the parent or guardian should login with their own MyChart username and password and access your record to view the After Visit Summary.

## Encounter-Level Documents:

There are no encounter-level documents.

Sabrina Guerrero (MRN: 12141403) (CSN: 10105942390) • Printed at 4/12/2023 3:08 PM

Page 4 of 4 Epic

# 01/24/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care

## Reason for Visit

### Chief Complaint

- Post Covid Follow Up

### Visit Diagnoses

- **Post-COVID syndrome (primary) [U09.9]**
- Anxiety and depression [F41.9, F32.A]
- Post-COVID chronic headache [R51.9, U09.9, G89.29]
- Post-COVID chronic fatigue [G93.32, U09.9]
- Cognitive impairment [R41.89]

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Poore, Pammela M, NP | Poore, Pammela M, NP | Rajoo, Shari K, MD |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| BHMA Center for Post Covid Care | 2204 Pavilion Dr<br>Suite 110<br>Kingsport TN 37660-4651 | 423-224-2369 | 423-224-2368 |

### Follow-up and Dispositions

- Return in about 6 weeks (around 3/7/2023).

### Level of Service

**Level of Service**

**PR OFFICE/OUTPATIENT ESTABLISHED HIGH MDM 40-54 MIN**

**Log History**

Additional EM Code History

## Events

No documentation.

## Medication List

### Medication List

**This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

**meloxicam (Mobic) 15 MG tablet**

Instructions: meloxicam 15 mg tablet
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022

**minocycline (Minocin) 100 MG capsule**

Instructions: 2 (two) times a day.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

**ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule**

Instructions: Every other week
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

**Medication List (continued)**

**cetirizine (ZyrTEC) 10 MG tablet**

Instructions: Take 10 mg by mouth.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022

**aspirin (Ecotrin) 81 MG EC tablet**

Discontinued by: Woods, Selma K, RN — Discontinued on: 6/9/2023
Reason for discontinuation: Patient Reports Not Taking - See Med Notes
Instructions: Take 81 mg by mouth.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022 — End date: 6/9/2023

**calcitriol (Rocaltrol) 0.5 MCG capsule**

Instructions: Take 0.5 mcg by mouth.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022

**ondansetron (Zofran) 4 MG tablet**

Instructions: Take 4 mg by mouth every 8 (eight) hours as needed.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022

**Semaglutide (OZEMPIC, 1 MG/DOSE, SC)**

Discontinued by: Woods, Selma K, RN — Discontinued on: 8/3/2023
Reason for discontinuation: Patient Reports Not Taking - See Med Notes
Instructions: Inject under the skin.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022 — End date: 8/3/2023

**Magnesium Oxide (MAG-OX PO)**

Instructions: Take 400 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

**ALBUTEROL IN**

Instructions: Inhale 90 mcg into the lungs.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022

**topiramate (Topamax) 50 MG tablet**

Instructions: Take 75 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Informant: Self

**benzonatate (Tessalon) 100 MG capsule**

Instructions: Take 100 mg by mouth 3 (three) times a day as needed for cough.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

**Hyoscyamine Sulfate (HYOSCYAMINE PO)**

Instructions: Take 4 mg by mouth daily as needed (bowel).
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

**CALCIUM CITRATE PO**

Instructions: Take by mouth.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

**Medication List (continued)**

**Ascorbic Acid (vitamin C) 1000 MG tablet**

Instructions: Take 1,000 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**UNABLE TO FIND**

Instructions: Bari life complete 3 in morning, 3 in evening
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**VITAMIN A PO**

Instructions: Take by mouth daily. 30,000 mcg
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Action: Patient not taking

**Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab**

Instructions: Place under the tongue. Every other day
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**Multiple Vitamins-Minerals (ZINC PO)**

Discontinued by: Roberts, Jennifer L, RN Discontinued on: 12/20/2023
Reason for discontinuation: Patient Reports Not Taking - See Med Notes
Instructions: Take 100 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
End date: 12/20/2023

**Omega-3 1000 MG Cap**

Instructions: Take 1,000 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 7/20/2022
Informant: Self

**Probiotic Product (PROBIOTIC PO)**

Instructions: Take 1 capsule by mouth.
Entered by: Vaughn, Ashley B, RN Entered on: 7/20/2022
Informant: Self

**valsartan (Diovan) 80 MG tablet**

Instructions: Take 80 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 9/6/2022

**famotidine (Pepcid) 40 MG tablet**

Instructions: Take 40 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 9/6/2022

**vortioxetine (Trintellix) 10 MG tablet**

Instructions: Take 10 mg by mouth daily.
Entered by: Woods, Selma K, RN Entered on: 1/24/2023
Start date: 1/23/2023

**SUMAtriptan (Imitrex) 100 MG tablet**

Discontinued by: Rogers, Alex M, RN Discontinued on: 4/12/2023
Reason for discontinuation: Patient Reports Therapy Completed
Instructions: Take 100 mg by mouth daily as needed. Can take up to 2 doses within a 24 hour period
Entered by: Woods, Selma K, RN Entered on: 1/24/2023
Start date: 11/28/2022 End date: 4/12/2023

**hydrOXYzine (Atarax) 25 MG tablet**

Instructions: Take 25 mg by mouth daily as needed for itching.

**Medication List (continued)**

Entered by: Woods, Selma K, RN Entered on: 1/24/2023
Informant: Self

**modafinil (Provigil) 100 MG tablet**

Instructions: Take 200 mg by mouth daily.
Entered by: Woods, Selma K, RN Entered on: 1/24/2023
Informant: Self

**Stopped in Visit**

None

**ED Provider Note**

No documentation.

**ED Notes**

No documentation.

**OP Notes**

No documentation.

**ED Care Timeline**

No documentation.

**H&P Notes**

No documentation.

**Consult Notes**

No documentation.

**Discharge Summary Note**

No documentation.

**Clinical Notes**

**Assessment & Plan Note**

**Poore, Pammela M, NP at 1/30/2023 2014**

Author: Poore, Pammela M, NP Service: — Author Type: Nurse Practitioner
Filed: 1/30/2023 8:52 PM Encounter Date: 1/24/2023 Status: Edited
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Post-COVID syndrome

This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

Date of onset of symptoms: 2/7/22
Date of last positive test:2/7/22
Were you hospitalized due to COVID: No
Were you seen by a provider for COVID as an outpatient? PCP
Have you received experimental drugs for COVID treatment?: Yes

Ms. Guerrero reports Post-COVID symptoms of Anxiety/Depression, Fatigue, Headache, Brain Fog, SOB on exertion.

I have spent greater than 60 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

Electronically signed by Poore, Pammela M, NP at 1/30/2023 8:52 PM

**Poore, Pammela M, NP at 1/30/2023 2016**

Author: Poore, Pammela M, NP    Service: —    Author Type: Nurse Practitioner
Filed: 1/30/2023 8:35 PM    Encounter Date: 1/24/2023    Status: Edited
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Anxiety and depression

PHQ-9 Score Today: 15
GAD-7 Score Today: 7

Currently taking:
- Trintellix 10 mg daily
- Hydroxyzine 25 mg PRN

Patient denies any suicidal thoughts or ideation. Patient advised to call 911 or go to ED with Mental Health emergencies and/or patient feels there is potential for harm to self or others.

Patient is seeing Erica Hubbard CPCC Counselor with last visit 01/24/23 and follow up visit scheduled on 3/8/23.

Patient is scheduled with New Counselor a Life Stance Healthy Minds Counseling on 2/8/23.

Encouraged patient to continue taking all medications as prescribed, Do Not stop taking any medications without talking to a Provider, follow up with Erica Hubbard 3/8/23 and New Counselor on 2/8/23.

Electronically signed by Poore, Pammela M, NP at 1/30/2023 8:35 PM

**Poore, Pammela M, NP at 1/30/2023 2023**

Author: Poore, Pammela M, NP    Service: —    Author Type: Nurse Practitioner
Filed: 1/30/2023 8:27 PM    Encounter Date: 1/24/2023    Status: Written
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Post-COVID chronic fatigue

Currently taking:
Provigil 200 mg daily

Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, Zinc, and Ferrous Sulfate. Encouraged to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

Lab Work ordered: Vitamin D, and Iron TIBC.

Electronically signed by Poore, Pammela M, NP at 1/30/2023 8:27 PM

**Poore, Pammela M, NP at 1/30/2023 2037**

Author: Poore, Pammela M, NP | Service: — | Author Type: Nurse Practitioner
Filed: 1/30/2023 8:43 PM | Encounter Date: 1/24/2023 | Status: Written
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Cognitive impairment

Encouraged patient to get back to following Anti-Inflammatory Diet, drinking eight 8 oz glasses of water a day, start walking as tolerated, and continue taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, Zinc and Ferrous Sulfate. Encourage patient to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Encouraged patient to continue Speech Therapy with Michaela Johnson at UT Medical Center. .

Electronically signed by Poore, Pammela M, NP at 1/30/2023 8:43 PM

**Poore, Pammela M, NP at 1/30/2023 2044**

Author: Poore, Pammela M, NP | Service: — | Author Type: Nurse Practitioner
Filed: 1/30/2023 8:49 PM | Encounter Date: 1/24/2023 | Status: Written
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Post-COVID chronic headache

Currently taking:
- Imitrex 100 mg daily PRN

Patient is scheduled to see New Dr. Mohammad Hussain Neurologist with Health Star Physicians 2/30/23.

Encouraged patient to take all medications as prescribed, follow up with New Neurologist on 2/30/23, drink plenty of fluids, take OTC pain reliever, rest in quiet darkened room, and apply hot/cold compresses to head and neck to help relieve headaches.

Electronically signed by Poore, Pammela M, NP at 1/30/2023 8:49 PM

**Progress Notes**

**Progress Notes**

**Poore, Pammela M, NP at 1/24/2023 1515**

Author: Poore, Pammela M, NP | Service: — | Author Type: Nurse Practitioner
Filed: 1/30/2023 8:55 PM | Encounter Date: 1/24/2023 | Status: Signed
Editor: Poore, Pammela M, NP (Nurse Practitioner)

Patient Name: Guerrero, Sabrina    Today's Date: 1/30/2023
Preferred Name: Sabrina    Date of Encounter: 1/24/2023
Patient MRN / CSN: 12141403 / 10103247493    Appt. Time: 3:15 PM EST
Patient Age / DOB: 53-year old /    Encounter Provider: Pammela M Poore, NP
PCP: Floyd E Phillips Jr, MD

Center for Post-Covid Care (CPCC)
Follow - Up

**Subjective**
Sabrina Guerrero is a 53-year old who presents for Post Covid Follow Up.
Patient complains of the following Symptoms: Anxiety/Depression, Fatigue, Headache, Brain Fog, SOB on exertion.

Ms. Guerrero reports Chronic Anxiety/Depression that worsened Post-COVID has worsened. States that she feels like her Brain Fog has made her like a stroke patient which causes increased Depression. Reports that she is unable to enjoy things like reading, watching television, and cooking like she did prior to COVID which decreases her joy. States that her PCP Dr. Floyd Phillips stopped Lexapro and started Trentellix 10 mg daily at last visit on 1/19/23 and she started Trentellix on 1/20/23. Reports that she saw Erica Hubbard CPCC Counselor today for initial visit and will have a follow up visit. States that her Counselor Seanna Jones with Life Stance Healthy Minds Counseling in Knoxville has left her position and she has been rescheduled with new Counselor on 2/8/23. Reports that she has thoughts that it would be better off if she was not here but denies having any plan.

Ms. Guerrero reports Post-COVID Brain Fog has worsened. States that she does not feel like herself any more. States that she is not able to Multi task and do math in her head like she could before COVID. States that now she is unable to remember things, multitask, and find words when speaking. Reports that she feels sluggish in her Brain. States that she continues going to Speech Therapy at UT Hospital and feels like it is helping her Brain Fog but is stressful. Reports that she has been off the Anti-Inflammatory Diet since the Holidays but is planning to get back on track, is drinking some water, is exercising some, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, Zinc and Ferrous Sulfate. States that she talked to PCP Floyd Phillips about elevated Vitamin D level and was instructed to only take Vitamin D2 50,000 UT once a week versus twice a week.

Ms. Guerrero reports Post-COVID Headache continues without improvement. States that headaches at times are minor and at other times can be severe. Reports that headache intensity waxes and wanes. States that she was prescribed Sumatriptan by Dr. Arvo Kanna Neurologist after being diagnosed with Margarines without Aura and Amnesia. Reports that Sumatriptan makes her very tired/sleepy and she only takes it when Headache gets severe. States that Dr. Arvo Kanna is leaving and she has been scheduled to see new Neurologist Dr. Mohammad Hussain with Heath Star Physicians on 2/20/23.

Ms. Guerrero reports Post-COVID Fatigue continues without improvement. Reports that she feels that Depression adds to Fatigue level. States that she continues taking Ferrous Sulfate to help increase low iron levels. States that Dr. Bakshi Pulmonology prescribed Provigil two months ago to help with Fatigue. Reports that she can not tell if Provigil is helping Fatigue or not. States that she is compliant with CPAP every night. Reports that she has been off the Anti-Inflammatory Diet since the Holidays but is planning to get back on track, is drinking some water, is exercising some, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, Zinc and Ferrous Sulfate. States that she talked to PCP Floyd Phillips about elevated Vitamin D level and was instructed to only take Vitamin D2 50,000 UT once a week versus twice a week.

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:

**Outpatient Encounter Medications as of 1/24/2023**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. | | |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day | | |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other day | | |
| • famotidine (Pepcid) 40 MG tablet | Take 40 mg by mouth daily. | | |
| • hydrOXYzine (Atarax) 25 MG tablet | Take 25 mg by mouth daily as needed for itching. | | |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. | | |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. | | |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet | | |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. | | |
| • modafinil (Provigil) 100 MG tablet | Take 200 mg by mouth daily. | | |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. | | |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. | | |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth every 8 (eight) hours as needed. | | |

| | |
|---|---|
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • SUMAtriptan (Imitrex) 100 MG tablet | Take 100 mg by mouth daily as needed. Can take up to 2 doses within a 24 hour period |
| • topiramate (Topamax) 50 MG tablet | Take 75 mg by mouth daily. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • valsartan (Diovan) 80 MG tablet | Take 80 mg by mouth daily. |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| • vortioxetine (Trintellix) 10 MG tablet | Take 10 mg by mouth daily. |
| • [DISCONTINUED] escitalopram (Lexapro) 20 MG tablet | Take 20 mg by mouth daily. |

Last reviewed on 1/24/2023 4:06 PM by Pammela M Poore, NP

Medical History:
Sabrina has a past medical history of Anxiety, Bronchitis, COVID-19, Depression, Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Depression in her mother; Diabetes in her father; Heart disease in her father; Hyperlipidemia in her mother; Hypertension in her father; Pancreatic cancer in her father; Scoliosis in her mother.

Sabrina reports that she does not currently use alcohol.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports that she does not currently use drugs.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath **(with exertion)**.
Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for decreased concentration and dysphoric mood. The patient is nervous/anxious.

**Objective**
**Vitals:**

| | 01/24/23 1535 |
|---|---|
| BP: | 137/66 |

| | |
|---|---|
| Pulse: | 73 |
| Resp: | 18 |
| Temp: | 97.4 °F (36.3 °C) |
| TempSrc: | Oral |
| SpO2: | 97% |
| Weight: | 155.6 kg (343 lb) |
| Height: | 5' 5" (1.651 m) |

No LMP recorded.

**Physical Exam**

Constitutional:
Appearance: Normal appearance. She is obese.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.
Abdominal:
General: Bowel sounds are normal.
Palpations: Abdomen is soft.
Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion.
Skin:
General: Skin is warm and dry.
Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
Mental Status: She is alert and oriented to person, place, and time.
Psychiatric:
Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal.

**Assessment Plan**

**Problem List Items Addressed This Visit**

- **Post-COVID syndrome - Primary**

  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero reports Post-COVID symptoms of Anxiety/Depression, Fatigue, Headache, Brain Fog, SOB on exertion.

  I have spent greater than 60 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

  Currently taking:
  Provigil 200 mg daily

  Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, Zinc, and Ferrous Sulfate. Encouraged to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

  Lab Work ordered: Vitamin D, and Iron TIBC.

  Relevant Orders
  Vitamin D,1,25-Dihydroxy Level
  Iron and TIBC

- **Post-COVID chronic headache**

  Currently taking:
  - Imitrex 100 mg daily PRN

  Patient is scheduled to see New Dr. Mohammad Hussain Neurologist with Health Star Physicians 2/30/23.

  Encouraged patient to take all medications as prescribed, follow up with New Neurologist on 2/30/23, drink plenty of fluids, take OTC pain reliever, rest in quiet darkened room, and apply hot/cold compresses to head and neck to help relieve headaches.

  Relevant Medications
  vortioxetine (Trintellix) 10 MG tablet
  SUMAtriptan (Imitrex) 100 MG tablet

- **Cognitive impairment**

Encouraged patient to get back to following Anti-Inflammatory Diet, drinking eight 8 oz glasses of water a day, start walking as tolerated, and continue taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, Zinc and Ferrous Sulfate. Encourage patient to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Encouraged patient to continue Speech Therapy with Michaela Johnson at UT Medical Center. .

- **Anxiety and depression**

PHQ-9 Score Today: 15
GAD-7 Score Today: 7

Currently taking:
- Trintellix 10 mg daily
- Hydroxyzine 25 mg PRN

Patient denies any suicidal thoughts or ideation. Patient advised to call 911 or go to ED with Mental Health emergencies and/or patient feels there is potential for harm to self or others.

Patient is seeing Erica Hubbard CPCC Counselor with last visit 01/24/23 and follow up visit scheduled on 3/8/23.

Patient is scheduled with New Counselor a Life Stance Healthy Minds Counseling on 2/8/23.

Encouraged patient to continue taking all medications as prescribed, Do Not stop taking any medications without talking to a Provider, follow up with Erica Hubbard 3/8/23 and New Counselor on 2/8/23.

Relevant Medications
vortioxetine (Trintellix) 10 MG tablet
hydrOXYzine (Atarax) 25 MG tablet
modafinil (Provigil) 100 MG tablet

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or “sound-alike” substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred*

Return in about 6 weeks (around 3/7/2023).

Electronically signed by Poore, Pammela M, NP at 1/30/2023 8:55 PM

**Jett, Paul L, MD at 1/24/2023 1515**

| | | |
|---|---|---|
| Author: Jett, Paul L, MD | Service: — | Author Type: Physician |
| Filed: 2/1/2023 5:50 PM | Encounter Date: 1/24/2023 | Status: Signed |

Editor: Jett, Paul L, MD (Physician)

Patient was seen independently by Nurse Practitioner unless otherwise noted. I have reviewed chart in full including the asessments and planned treatments. If any changes in care are necessary, these have been communicated to the ordering provider. I was available at the time of the visit either in person or via telephone. I have reviewed the chart and agree with the assessment and plan as written. Paul L Jett, MD.

Electronically signed by Jett, Paul L, MD at 2/1/2023 5:50 PM

## Labs

### Vitamin D,1,25-Dihydroxy Level (Completed)

Electronically signed by: **Poore, Pammela M, NP on 01/24/23 1713** Status: **Completed**
Ordering user: Poore, Pammela M, NP 01/24/23 1713 Ordering provider: Poore, Pammela M, NP
Authorized by: Poore, Pammela M, NP Ordering mode: Standard
Frequency: Routine 01/24/23 - Class: Lab Collect
Quantity: 1
Diagnoses
Post-COVID chronic fatigue [G93.32, U09.9]

**Questionnaire**

| Question | Answer |
|---|---|
| Release to MyChart | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Blood | — | — |

**Indications**

Post-COVID chronic fatigue [G93.32, U09.9 (ICD-10-CM)]

### Iron and TIBC (Completed)

Electronically signed by: **Poore, Pammela M, NP on 01/24/23 1713** Status: **Completed**
Ordering user: Poore, Pammela M, NP 01/24/23 1713 Ordering provider: Poore, Pammela M, NP
Authorized by: Poore, Pammela M, NP Ordering mode: Standard
Frequency: Routine 01/24/23 - Class: Lab Collect
Quantity: 1
Diagnoses
Post-COVID chronic fatigue [G93.32, U09.9]

**Questionnaire**

| Question | Answer |
|---|---|
| Release to MyChart | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Blood | — | — |

**Indications**

Post-COVID chronic fatigue [G93.32, U09.9 (ICD-10-CM)]

## Imaging

## 01/24/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

### Imaging (continued)

No documentation.

### Delivery Summary

#### History

No documentation.

### Medication Administrations

No documentation.

### Immunizations Given

No documentation.

### Other Orders

No documentation.

### Dental

No documentation.

### Ophthalmology

No documentation.

### Rheumatology

No documentation.

### Flowsheets

#### Amb Complex Vitals Nav

| Row Name | 01/24/23 1535 |
|---|---|
| **Measurements** | |
| Weight | 155.6 kg (343 lb) |
| Height | 5' 5" (1.651 m) |
| BSA (Calculated - sq m) | 2.67 sq meters |
| BMI (Calculated) | 57.1 |
| **Vitals** | |
| BP | 137/66 |
| BP Location | Left arm |
| Patient Position | Sitting |
| Pulse | 73 |
| Resp | 18 |
| Temp | 97.4 °F (36.3 °C) |
| Temp src | Oral |
| **Pulse Oximetry** | |
| SpO2 | 97 % |

#### Anthropometrics

| Row Name | 01/24/23 1535 |
|---|---|
| **Anthropometrics** | |
| Weight Change | 0 |

**Flowsheets (continued)**

**COVID-19 Vaccination Screening**

| Row Name | 01/24/23 1535 |
|---|---|
| COVID-19 Vaccine Screen - Year Round | |
| Have you had the COVID-19 Vaccine? | Yes |

**Custom Formula Data**

| Row Name | 01/24/23 1535 | 01/24/23 1558 |
|---|---|---|
| OTHER | | |
| BMI | 3858064 | — |
| IBW (kg) | 57 | — |
| Adjusted Body Weight (kg) | 96.4336 | — |
| IBW | 49.2973 | — |
| Adjusted Body Weight (kg) | 96.43 kg | — |
| IBW/kg (Calculated) Male | 61.5 kg | — |
| IBW/kg (Calculated) FEMALE | 57 kg | — |
| BSA (Calculated - sq m) | 2.67 sq meters | — |
| Weight in (lb) to have BMI = 25 | 149.9 | — |
| % Weight Change Since Birth | 0 | — |
| Height and Weight | | |
| BSA (DuBois Calculated - sq m) | 2.49 sq meters | — |
| Height and Weight | | |
| Gestational Status | Birth wt unknown | — |
| Post-Hemodialysis Assessment | | |
| Treatment Weight Change | 343 | — |
| Adult IBW/VT Calculations | | |
| IBW/kg (Calculated) | 57 | — |
| Low Range Vt 6mL/kg | 342 mL/kg | — |
| Adult Moderate Range Vt 8mL/kg | 456 mL/kg | — |
| Over the past 2 weeks, how often have you been bothered by any of the following problems? | | |
| Patient Health Questionnaire-2 Score | — | 4 |

**GAD-7 Anxiety Scale**

| Row Name | 01/24/23 1558 |
|---|---|

**Flowsheets (continued)**

| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
|---|---|
| Feeling nervous, anxious, or on edge | Several days |
| Not being able to stop or control worrying | More than half the days |
| Worrying too much about different things | More than half the days |
| Trouble relaxing | Not at all |
| Being so restless that it is hard to sit still | Not at all |
| Becoming easily annoyed or irritable | More than half the days |
| Feeling afraid as if something awful might happen | Not at all |
| GAD-7 Total Score | 7 |
| **If you checked off any problems on this questionnaire,** | |
| How difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Somewhat difficult |

**PHQ-9 Depression Scale**

| Row Name | 01/24/23 1558 |
|---|---|
| **Over the last 2 weeks, how often have you been bothered by any of the following problems?** | |
| Little interest or pleasure in doing things | More than half the days |
| Feeling down, depressed, or hopeless | More than half the days |
| PHQ-2 Total Score | 4 |
| Trouble falling or staying asleep, or sleeping too much | More than half the days |
| Feeling tired or having little energy | Nearly every day |
| Poor appetite or overeating | More than half the days |
| Feeling bad about yourself - or that you are a failure or have let yourself or your | Several days |

**Flowsheets (continued)**

| | |
|---|---|
| family down | |
| Trouble concentrating on things, such as reading the newspaper or watching television | More than half the days |
| Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual | Not at all |
| Thoughts that you would be better off dead, or of hurting yourself in some way | Several days |
| PHQ-9 Total Score | 15 |
| If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Somewhat difficult |

**Patient Education**

No documentation.

**Patient Instructions**

No documentation.

**After Visit Summary**

After Visit Summary (AVS) (below)

# AFTER VISIT SUMMARY

**Sabrina Guerrero** MRN: 12141403 1/24/2023 3:15 PM BHMA Center for Post Covid Care 423-224-2369

## Instructions

### Labs ordered today

**Iron and TIBC**
Please complete by 2/7/2023
Go to IPCH CANCER CNTR LAB

**Vitamin D,1,25-Dihydroxy Level**
Please complete by 2/7/2023
Go to BALLAD HEALTH (BEAKER) LAB

Return in about 6 weeks
(around 3/7/2023).

## What's Next

You currently have no upcoming appointments scheduled.

## Today's Visit

You saw Pammela M Poore, NP on Tuesday January 24, 2023 for: Post Covid Follow Up. The following issue was addressed: Anxiety and depression.

Blood Pressure
137/66

BMI
57.08

Weight
343 lb

Height
5' 5"

Temperature (Oral)
97.4 °F

Pulse
73

Respiration
18

Oxygen Saturation
97%

## MyChart

View your After Visit Summary and more online at https://mychart.balladhealth.org/mychart/.

Sabrina Guerrero (MRN: 12141403) (CSN: 10103247493) • Printed at 1/24/2023 5:16 PM Page 1 of 4 Epic

Your Medication List as of January 24, 2023 5:16 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| ALBUTEROL IN | Inhale 90 mcg into the lungs. |
| **aspirin** 81 MG EC tablet<br>Commonly known as: Ecotrin | Take 81 mg by mouth. |
| **benzonatate** 100 MG capsule<br>Commonly known as: Tessalon | Take 100 mg by mouth 3 (three) times a day as needed for cough. |
| **calcitriol** 0.5 MCG capsule<br>Commonly known as: Rocaltrol | Take 0.5 mcg by mouth. |
| CALCIUM CITRATE PO | Take by mouth. |
| **cetirizine** 10 MG tablet<br>Commonly known as: ZyrTEC | Take 10 mg by mouth. |
| **ergocalciferol** 1.25 MG (50000 UT) capsule<br>Commonly known as: Vitamin D2 | Every other day |
| **famotidine** 40 MG tablet<br>Commonly known as: Pepcid | Take 40 mg by mouth daily. |
| **hydrOXYzine** 25 MG tablet<br>Commonly known as: Atarax | Take 25 mg by mouth daily as needed for itching. |
| HYOSCYAMINE PO | Take 4 mg by mouth. |
| MAG-OX PO | Take 400 mg by mouth daily. |
| **meloxicam** 15 MG tablet<br>Commonly known as: Mobic | meloxicam 15 mg tablet |
| **minocycline** 100 MG capsule<br>Commonly known as: Minocin | 2 (two) times a day. |
| **modafinil** 100 MG tablet<br>Commonly known as: Provigil | Take 200 mg by mouth daily. |
| **Omega-3** 1000 MG Caps | Take 1,000 mg by mouth daily. |
| **ondansetron** 4 MG tablet<br>Commonly known as: Zofran | Take 4 mg by mouth every 8 (eight) hours as needed. |
| OZEMPIC (1 MG/DOSE) SC | Inject under the skin. |
| PROBIOTIC PO | Take 1 capsule by mouth. |
| **SUMAtriptan** 100 MG tablet<br>Commonly known as: Imitrex | Take 100 mg by mouth daily as needed. Can take up to 2 doses within a 24 hour period |
| **topiramate** 50 MG tablet | Take 75 mg by mouth daily. |

Your Medication List (continued) as of January 24, 2023 5:16 PM

Commonly known as: Topamax

| | |
|---|---|
| UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| **valsartan** 80 MG tablet<br>Commonly known as: Diovan | Take 80 mg by mouth daily. |
| VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| **Vitamin B-12** 1000 MCG Subl | Place under the tongue. Every other day |
| **vitamin C** 1000 MG tablet | Take 1,000 mg by mouth daily. |
| **vortioxetine** 10 MG tablet<br>Commonly known as: Trintellix | Take 10 mg by mouth daily. |
| ZINC PO | Take 100 mg by mouth daily. |

Future Appointment Instructions

**Patient Reminders:**

- Please bring all of your medications in the original bottles to each of your visits. Your doctor needs to see medications prescribed by other doctors as well as any over-the-counter medications and supplements you are taking. If you fail to do so then you may be asked to reschedule your appointment. This is crucial to your HEALTH and our health care team.
- At your next appointment, please let us know if you have been seen by another health care provider, especially the ER/Urgent Care/Hospital, to ensure our records are complete.
- Please notify the nurse/doctor if you have had any of the following procedures performed and where you have had them.
  - Labs/radiology
  - Vaccinations
  - Eye exam
  - Podiatry exam
  - Colonoscopy
  - Gynecological visit
  - Mammogram

Health Maintenance

| | Date Due |
|---|---|
| Colorectal Cancer Screening | Never done |
| Mammogram | Never done |
| Lipid Panel | Never done |
| Pap Smear | Never done |
| Covid 19 Vaccine Series (3 - Booster for Pfizer series) | 06/25/2021 |
| Influenza Vaccine (1) | Never done |

View Your Health Information Online
Our records indicate that you have an active MyChart account.

You can view your After Visit Summary by going to **www.balladhealth.org/mychart** and logging in with your MyChart username and password. If you don't have a MyChart username and password but a parent or guardian has access to your record, the parent or guardian should login with their own MyChart username and password and access your record to view the After Visit Summary.

Encounter-Level Documents:
There are no encounter-level documents.



**Letters**

**Letter by Poore, Pammela M, NP on 1/30/2023**

Status: Sent

Letter body:

January 30, 2023

Floyd E Phillips Jr., MD
6890 W A J Hwy
Talbott TN 37877

Patient: **Sabrina Guerrero**
MR Number: **12141403**
Date of Birth:
Date of Visit: **1/24/2023**

Dear Dr. Phillips:

Sabrina Guerrero was seen at the Center for Post-COVID Care on 01/24/23 for evaluation. Below are the relevant portions of my assessment and plan of care.

If you have questions, please do not hesitate to call me. I look forward to following Sabrina along with you.

Sincerely,

Pammela M Poore, NP

CC
No Recipients

**Pammela M Poore, NP 1/30/2023 8:53 PM Sign when Signing Visit**

Patient Name: Guerrero, Sabrina Today's Date: 1/30/2023
Preferred Name: Sabrina Date of Encounter: 1/24/2023
Patient MRN / CSN: 12141403 / 10103247493 Appt. Time: 3:15 PM EST
Patient Age / DOB: 53-year old / Encounter Provider: Pammela M Poore, NP
PCP: Floyd E Phillips Jr, MD

Center for Post-Covid Care (CPCC)
Follow - Up

Sabrina Guerrero is a 53-year old who presents for Post Covid Follow Up.
Patient complains of the following Symptoms: Anxiety/Depression, Fatigue, Headache, Brain Fog, SOB on exertion.

Ms. Guerrero reports Chronic Anxiety/Depression that worsened Post-COVID has worsened. States that she feels like her Brain Fog has made her like a stroke patient which causes increased Depression. Reports that she is unable to enjoy things like reading, watching television, and cooking like she did prior to COVID which decreases her joy. States that her PCP Dr. Floyd Phillips stopped Lexapro and started Trentellix 10 mg daily at last visit on 1/19/23 and she started Trentellix on 1/20/23. Reports that she saw Erica Hubbard CPCC Counselor today for initial visit and will have a follow up visit. States that her Counselor Seanna Jones with Life Stance Healthy Minds Counseling in Knoxville has left her position and she has been rescheduled with new Counselor on 2/8/23. Reports

that she has thoughts that it would be better off if she was not here but denies having any plan.

Ms. Guerrero reports Post-COVID Brain Fog has worsened. States that she does not feel like herself any more. States that she is not able to Multi task and do math in her head like she could before COVID. States that now she is unable to remember things, multitask, and find words when speaking. Reports that she feels sluggish in her Brain. States that she continues going to Speech Therapy at UT Hospital and feels like it is helping her Brain Fog but is stressful. Reports that she has been off the Anti-Inflammatory Diet since the Holidays but is planning to get back on track, is drinking some water, is exercising some, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, Zinc and Ferrous Sulfate. States that she talked to PCP Floyd Phillips about elevated Vitamin D level and was instructed to only take Vitamin D2 50,000 UT once a week versus twice a week.

Ms. Guerrero reports Post-COVID Headache continues without improvement. States that headaches at times are minor and at other times can be severe. Reports that headache intensity waxes and wanes. States that she was prescribed Sumatriptan by Dr. Arvo Kanna Neurologist after being diagnosed with Margarines without Aura and Amnesia. Reports that Sumatriptan makes her very tired/sleepy and she only takes it when Headache gets severe. States that Dr. Arvo Kanna is leaving and she has been scheduled to see new Neurologist Dr. Mohammad Hussain with Heath Star Physicians on 2/20/23.

Ms. Guerrero reports Post-COVID Fatigue continues without improvement. Reports that she feels that Depression adds to Fatigue level. States that she continues taking Ferrous Sulfate to help increase low iron levels. States that Dr. Bakshi Pulmonology prescribed Provigil two months ago to help with Fatigue. Reports that she can not tell if Provigil is helping Fatigue or not. States that she is compliant with CPAP every night. Reports that she has been off the Anti-Inflammatory Diet since the Holidays but is planning to get back on track, is drinking some water, is exercising some, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, Zinc and Ferrous Sulfate. States that she talked to PCP Floyd Phillips about elevated Vitamin D level and was instructed to only take Vitamin D2 50,000 UT once a week versus twice a week.

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:
**Outpatient Encounter Medications as of 1/24/2023**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) | | |

| | |
|---|---|
| | times a day as needed for cough. |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. |
| • CALCIUM CITRATE PO | Take by mouth. |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other day |
| • famotidine (Pepcid) 40 MG tablet | Take 40 mg by mouth daily. |
| • hydrOXYzine (Atarax) 25 MG tablet | Take 25 mg by mouth daily as needed for itching. |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. |
| • modafinil (Provigil) 100 MG tablet | Take 200 mg by mouth daily. |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth every 8 (eight) hours as needed. |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • SUMAtriptan (Imitrex) 100 MG tablet | Take 100 mg by mouth daily as needed. Can take up to 2 doses within a 24 hour period |
| • topiramate (Topamax) 50 MG tablet | Take 75 mg by mouth daily. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • valsartan (Diovan) 80 MG tablet | Take 80 mg by |

| | |
|---|---|
| | mouth daily. |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| • vortioxetine (Trintellix) 10 MG tablet | Take 10 mg by mouth daily. |
| • [DISCONTINUED] escitalopram (Lexapro) 20 MG tablet | Take 20 mg by mouth daily. |

Last reviewed on 1/24/2023 4:06 PM by Pammela M Poore, NP

Medical History:
Sabrina has a past medical history of Anxiety, Bronchitis, COVID-19, Depression, Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Depression in her mother; Diabetes in her father; Heart disease in her father; Hyperlipidemia in her mother; Hypertension in her father; Pancreatic cancer in her father; Scoliosis in her mother.

Sabrina reports that she does not currently use alcohol.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports that she does not currently use drugs.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath **(with exertion)**.
Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for decreased concentration and dysphoric mood. The patient is nervous/anxious.

**Vitals:**

| | |
|---|---|
| | 01/24/23 1535 |
| BP: | 137/66 |
| Pulse: | 73 |
| Resp: | 18 |
| Temp: | 97.4 °F (36.3 °C) |
| TempSrc: | Oral |
| SpO2: | 97% |
| Weight: | 155.6 kg (343 lb) |
| Height: | 5' 5" (1.651 m) |

No LMP recorded.

**Physical Exam**
Constitutional:
Appearance: Normal appearance. She is obese.
HENT:
Head: Normocephalic and atraumatic.

Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.

Eyes:
Pupils: Pupils are equal, round, and reactive to light.

Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds.

Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.

Abdominal:
General: Bowel sounds are normal.
Palpations: Abdomen is soft.

Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion.

Skin:
General: Skin is warm and dry.
Capillary Refill: Capillary refill takes less than 2 seconds.

Neurological:
Mental Status: She is alert and oriented to person, place, and time.

Psychiatric:
Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal.

**Problem List Items Addressed This Visit**

- **Post-COVID syndrome - Primary**

  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero reports Post-COVID symptoms of Anxiety/Depression, Fatigue, Headache, Brain Fog, SOB on exertion.

  I have spent greater than 60 minutes with patient today of which 50% or greater has been spent

counseling and coordinating care.

- **Post-COVID chronic fatigue**
  Currently taking:
  Provigil 200 mg daily

  Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, Zinc, and Ferrous Sulfate. Encouraged to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

  Lab Work ordered: Vitamin D, and Iron TIBC.

  Relevant Orders
  Vitamin D,1,25-Dihydroxy Level
  Iron and TIBC
- **Post-COVID chronic headache**
  Currently taking:
  - Imitrex 100 mg daily PRN

  Patient is scheduled to see New Dr. Mohammad Hussain Neurologist with Health Star Physicians 2/30/23.

  Encouraged patient to take all medications as prescribed, follow up with New Neurologist on 2/30/23, drink plenty of fluids, take OTC pain reliever, rest in quiet darkened room, and apply hot/cold compresses to head and neck to help relieve headaches.

  Relevant Medications
  vortioxetine (Trintellix) 10 MG tablet
  SUMAtriptan (Imitrex) 100 MG tablet
- **Cognitive impairment**
  Encouraged patient to get back to following Anti-Inflammatory Diet, drinking eight 8 oz glasses of water a day, start walking as tolerated, and continue taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, Zinc and Ferrous Sulfate. Encourage patient to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

  Encouraged patient to continue Speech Therapy with Michaela Johnson at UT Medical Center. .
- **Anxiety and depression**
  PHQ-9 Score Today: 15
  GAD-7 Score Today: 7

  Currently taking:
  - Trintellix 10 mg daily

**Letters (continued)**

- Hydroxyzine 25 mg PRN

Patient denies any suicidal thoughts or ideation. Patient advised to call 911 or go to ED with Mental Health emergencies and/or patient feels there is potential for harm to self or others.

Patient is seeing Erica Hubbard CPCC Counselor with last visit 01/24/23 and follow up visit scheduled on 3/8/23.

Patient is scheduled with New Counselor a Life Stance Healthy Minds Counseling on 2/8/23.

Encouraged patient to continue taking all medications as prescribed, Do Not stop taking any medications without talking to a Provider, follow up with Erica Hubbard 3/8/23 and New Counselor on 2/8/23.

Relevant Medications
vortioxetine (Trintellix) 10 MG tablet
hydrOXYzine (Atarax) 25 MG tablet
modafinil (Provigil) 100 MG tablet

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred*

Return in about 6 weeks (around 3/7/2023).

**Messages**

**Patient Medical History**

| From | To | Sent |
|---|---|---|
| Guerrero, Sabrina | Pammela M Poore, NP | 1/23/2023 9:21 PM |

History questionnaire submitted on Monday January 23, 2023 at 9:20:45 PM
Questionnaire: Patient Medical History
Patient: Sabrina Guerrero [12141403]

Medical History:

Question: Anemia
Response: Yes

Date: Unsure Comments: History

Question: Diabetes Type 1 or 2
Response: No
Date: Comments:

Question: Previous Heart Attack
Response: No
Date: Comments:

Question: Anxiety
Response: Yes
Date: Unsure Comments:

Question: Emphysema
Response: No
Date: Comments:

Question: Nerve or Muscle Disease
Response: No
Date: Comments:

Question: Arthritis
Response: Yes
Date: Unsure Comments:

Question: Acid Reflux
Response: No
Date: Comments:

Question: Brittle Bones
Response: No
Date: Comments:

Question: Asthma
Response: No
Date: Comments:

Question: Glaucoma
Response: No
Date: Comments:

Question: Seizures

Response: No
Date: Comments:

Question: Cancer
Response: Yes
Date: Unsure Comments: Basal cell forhead

Question: Heart Murmur
Response: No
Date: Comments:

Question: Sickle Cell Anemia
Response: No
Date: Comments:

Question: Cataracts
Response: No
Date: Comments:

Question: Hepatitis
Response: No
Date: Comments:

Question: Stroke
Response: No
Date: Comments:

Question: Congestive Heart Failure
Response: No
Date: Comments:

Question: HIV or AIDS
Response: No
Date: Comments:

Question: Substance Abuse
Response: No
Date: Comments:

Question: Bleeding Problems
Response: No
Date: Comments:

**Messages (continued)**

Question: High Blood Pressure
Response: Yes
Date: Unsure Comments:

Question: Thyroid Disease
Response: Yes
Date: Unsure Comments: Parathyroid

Question: COPD or Chronic Bronchitis
Response: No
Date: Comments:

Question: Kidney Disease
Response: No
Date: Comments:

Question: Tuberculosis (TB)
Response: No
Date: Comments:

Question: Depression
Response: Yes
Date: Unsure Comments:

Question: Brain or Spinal Cord Infection
Response: No
Date: Comments:

Question: Ulcers
Response: No
Date: Comments:

Question: High Cholesterol
Response: No
Date: Comments:

Question: Seasonal Allergies
Response: No
Date: Comments:

Question: Overactive Thyroid
Response: No
Date: Comments:

Question: Coronary Artery Disease
Response: No
Date: Comments:

Question: Underactive Thyroid
Response: No
Date: Comments:

Surgical History:

Question: Appendectomy
Response: No
Date: Comments:

Question: Brain surgery
Response: No
Date: Comments:

Question: Breast surgery
Response: No
Date: Comments:

Question: Heart bypass
Response: No
Date: Comments:

Question: Gallbladder removal
Response: Yes
Date: 2001 Comments:

Question: Colon / large intestine surgery
Response: No
Date: Comments:

Question: Colonoscopy
Response: Yes
Date: Comments:

Question: Plastic surgery
Response: No

Date: Comments:

Question: C-Section
Response: No
Date: Comments:

Question: Fracture surgery
Response: No
Date: Comments:

Question: Eye surgery
Response: No
Date: Comments:

Question: Joint replacement
Response: No
Date: Comments:

Question: Hernia repair
Response: Yes
Date: 2020 Comments:

Question: Hysterectomy
Response: No
Date: Comments:

Question: Lumpectomy
Response: No
Date: Comments:

Question: Small intestine surgery
Response: No
Date: Comments:

Question: Spine surgery
Response: No
Date: Comments:

Question: Tonsillectomy
Response: No
Date: Comments:

Question: Tubes tied

Response: No
Date: Comments:

Question: Heart valve replacement
Response: No
Date: Comments:

Family History:

Problem: Cancer

Relation: Father
Name: Edward White Jr
Comments: Pancreatic cancer Stage IV Deceased

Problem: Heart Disease

Relation: Father
Name: Edward White Jr
Comments: Deceased

Relation: Sister
Name: Joyce White Foster
Comments: Deceased

Relation: Maternal Grandfather
Name: Leomia House
Comments: Deceased

Problem: High Blood Pressure

Relation: Father
Name: Edward White Jr
Comments:

Problem: High Cholesterol

Relation: Mother
Name: Brenda White
Comments:

Problem: Diabetes Type 1 or 2

Relation: Father
Name: Edward White Jr
Comments:

Relation: Brother
Name: Gregory White
Comments: Type II

Problem: Migraines or Headaches

Relation: Brother
Name: Gregory White
Comments:

Problem: Stroke

Relation: Father
Name: Edward White Jr
Comments:

Relation: Paternal Grandfather
Name: Edward H White
Comments:

Problem: Thyroid Disease

Relation: Daughter
Name: Isabella
Comments:

Tobacco History:

Question: How often do you smoke?
Response: Former
What type of smoking tobacco do you use?:
How many packs do you smoke per day?: 0
How many years have you been smoking Tobacco?: 0
If you are/were a smoker, when did you start?: 1/4/1988
If you are a former smoker, when did you quit?:
7/14/1990

Question: How often do you use smokeless tobacco?
Response: Never
Question: Are you ready to quit smoking?
Response: No Response
Comments: Light smoker when I did smoke

Substance and Sexual Activity History:

Question: Do you consume Alcohol?
Response: Not Currently
How many drinks per week do you consume?: 0 Glasses of wine, 0 Cans of beer, 0 Shots of liquor, 0 Standard drinks or equivalent
Comments:

Question: Do you use any illicit drugs?
Response: Never

Question: Are you sexually active?
Response: Not Currently
Partners: Male
What types of Birth control or Proctection do you use?: Post-menopausal, None
Comments:

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Guerrero, Sabrina | Pammela M Poore, NP | 1/23/2023 9:17 PM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Primary Reason for Visit

Question: What is the primary reason for your visit?
Answer: Other

Questionnaire: Other

**Messages (continued)**

Question: Please describe your symptoms.
Answer: Post covid symptoms severe fatigue, daily headaches, brain fog/memory, continued coughing shortness of breath with activity

Question: Have you had these symptoms before?
Answer: Yes

Question: How long have you been having these symptoms?
Answer: For more than a month

Question: Please list any medications you are currently taking for this condition.
Answer: See list

Question: Please describe any probable cause for these symptoms.
Answer: Long Covid

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Guerrero, Sabrina | Pammela M Poore, NP | 1/23/2023 9:14 PM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Communicable Disease Screening

Question: Do you have any of the following new or worsening symptoms?
Answer: Abdominal pain
Cough
Diarrhea
Fatigue
Severe headache
Shortness of breath
Sore throat

Question: In the last 10 days, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19?
Answer: No / Unsure

Question: Have you had a COVID-19 viral test in the last 10 days?
Answer: No

## Messages (continued)

## Questionnaires

**Legend:**

**Triggered a BPA Scoring question**

### Travel Screening

| Question | 1/23/2023 9:14 PM EST - Filed by Patient |
|---|---|
| Do you have any of the following new or worsening symptoms? | Abdominal pain<br>Cough<br>Diarrhea<br>Fatigue<br>Severe headache<br>Shortness of breath<br>Sore throat |
| In the last 10 days, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19? | No / Unsure |
| Have you had a COVID-19 viral test in the last 10 days? | No |

### Mychart Patient-Entered Hpi Selection Questionnaire

| Question | 1/23/2023 9:17 PM EST - Filed by Patient |
|---|---|
| What is the primary reason for your visit? | Other |
| Please describe your symptoms. | Post covid symptoms severe fatigue, daily headaches, brain fog/memory, continued coughing shortness of breath with activity |
| Have you had these symptoms before? | Yes |
| How long have you been having these symptoms? | For more than a month |
| Please list any medications you are currently taking for this condition. | See list |
| Please describe any probable cause for these symptoms. | Long Covid |

## Referral

No documentation.

## Documents

**Confirmation of Email Address - Electronic signature on 1/23/2023 9:21 PM (effective from 1/23/2023) - E-signed**

BalladHealth
Ballad Health Medical Associates

## Confirmation of Email Address

**Page 1 of 1**

**Patient Medical Record Documentation and Your Email Address**

As part of Ballad Health's commitment to ensuring accurate and complete electronic medical records, we need to collect an email address as part of your patient information.

--------------------------------------------------------------------------------------------------------------------

**Use of Email Address**

In this age of technological communication, email addresses are as common - if not more so - than phone or fax numbers. As email use becomes more prevalent, Ballad must ensure it maintains complete and comprehensive records - including contact information - to communicate with patients under certain circumstances.

Your email address will not be sold to other entities for any reason or otherwise provided to third parties for non-Ballad use unless required for legal reasons. Just as Wellmont takes the security of your health information seriously, we commit to responsibly maintaining and using your email address and contact information.

We may communicate with you periodically about important health topics. However, patient medical information will not be communicated using your email address.

Patients who do not have an email address should denote below and sign this form, which will remain on file as part of their patient record.

--------------------------------------------------------------------------------------------------------------------

**Confirmation of Email Address**

Email Address:

Patient Signature: Confirmation of Email Address
Sabrina Guerrero
Electronically signed for Sabrina Guerrero

Form # MS- 6783

**After Visit Summary - Document on 1/24/2023 5:16 PM: After Visit Summary (AVS)**

Document (below)

# AFTER VISIT SUMMARY

**Sabrina Guerrero** MRN: 12141403 1/24/2023 3:15 PM BHMA Center for Post Covid Care 423-224-2369

## Instructions

### Labs ordered today

Iron and TIBC
Please complete by 2/7/2023
Go to IPCH CANCER CNTR LAB

Vitamin D,1,25-Dihydroxy Level
Please complete by 2/7/2023
Go to BALLAD HEALTH (BEAKER) LAB

### Return in about 6 weeks

(around 3/7/2023).

## What's Next

You currently have no upcoming appointments scheduled.

## Today's Visit

You saw Pammela M Poore, NP on Tuesday January 24, 2023 for: Post Covid Follow Up. The following issue was addressed: Anxiety and depression.

Blood Pressure 137/66
BMI 57.08
Weight 343 lb
Height 5' 5"
Temperature (Oral) 97.4 °F
Pulse 73
Respiration 18
Oxygen Saturation 97%

## MyChart

View your After Visit Summary and more online at https://mychart.balladhealth.org/mychart/.

Your Medication List as of January 24, 2023 5:16 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| ALBUTEROL IN | Inhale 90 mcg into the lungs. |
| **aspirin** 81 MG EC tablet<br>Commonly known as: Ecotrin | Take 81 mg by mouth. |
| **benzonatate** 100 MG capsule<br>Commonly known as: Tessalon | Take 100 mg by mouth 3 (three) times a day as needed for cough. |
| **calcitriol** 0.5 MCG capsule<br>Commonly known as: Rocaltrol | Take 0.5 mcg by mouth. |
| CALCIUM CITRATE PO | Take by mouth. |
| **cetirizine** 10 MG tablet<br>Commonly known as: ZyrTEC | Take 10 mg by mouth. |
| **ergocalciferol** 1.25 MG (50000 UT) capsule<br>Commonly known as: Vitamin D2 | Every other day |
| **famotidine** 40 MG tablet<br>Commonly known as: Pepcid | Take 40 mg by mouth daily. |
| **hydrOXYzine** 25 MG tablet<br>Commonly known as: Atarax | Take 25 mg by mouth daily as needed for itching. |
| HYOSCYAMINE PO | Take 4 mg by mouth. |
| MAG-OX PO | Take 400 mg by mouth daily. |
| **meloxicam** 15 MG tablet<br>Commonly known as: Mobic | meloxicam 15 mg tablet |
| **minocycline** 100 MG capsule<br>Commonly known as: Minocin | 2 (two) times a day. |
| **modafinil** 100 MG tablet<br>Commonly known as: Provigil | Take 200 mg by mouth daily. |
| **Omega-3** 1000 MG Caps | Take 1,000 mg by mouth daily. |
| **ondansetron** 4 MG tablet<br>Commonly known as: Zofran | Take 4 mg by mouth every 8 (eight) hours as needed. |
| OZEMPIC (1 MG/DOSE) SC | Inject under the skin. |
| PROBIOTIC PO | Take 1 capsule by mouth. |
| **SUMAtriptan** 100 MG tablet<br>Commonly known as: Imitrex | Take 100 mg by mouth daily as needed. Can take up to 2 doses within a 24 hour period |
| **topiramate** 50 MG tablet | Take 75 mg by mouth daily. |

Your Medication List (continued) as of January 24, 2023 5:16 PM

Commonly known as: Topamax

| | |
|---|---|
| UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| **valsartan** 80 MG tablet<br>Commonly known as: Diovan | Take 80 mg by mouth daily. |
| VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| **Vitamin B-12** 1000 MCG Subl | Place under the tongue. Every other day |
| **vitamin C** 1000 MG tablet | Take 1,000 mg by mouth daily. |
| **vortioxetine** 10 MG tablet<br>Commonly known as: Trintellix | Take 10 mg by mouth daily. |
| ZINC PO | Take 100 mg by mouth daily. |

Future Appointment Instructions

**Patient Reminders:**

- Please bring all of your medications in the original bottles to each of your visits. Your doctor needs to see medications prescribed by other doctors as well as any over-the-counter medications and supplements you are taking. If you fail to do so then you may be asked to reschedule your appointment. This is crucial to your HEALTH and our health care team.
- At your next appointment, please let us know if you have been seen by another health care provider, especially the ER/Urgent Care/Hospital, to ensure our records are complete.
- Please notify the nurse/doctor if you have had any of the following procedures performed and where you have had them.
  - Labs/radiology
  - Vaccinations
  - Eye exam
  - Podiatry exam
  - Colonoscopy
  - Gynecological visit
  - Mammogram

Health Maintenance

| | Date Due |
|---|---|
| Colorectal Cancer Screening | Never done |
| Mammogram | Never done |
| Lipid Panel | Never done |
| Pap Smear | Never done |
| Covid 19 Vaccine Series (3 - Booster for Pfizer series) | 06/25/2021 |
| Influenza Vaccine (1) | Never done |

View Your Health Information Online

Our records indicate that you have an active MyChart account.

You can view your After Visit Summary by going to **www.balladhealth.org/mychart** and logging in with your MyChart username and password. If you don't have a MyChart username and password but a parent or guardian has access to your record, the parent or guardian should login with their own MyChart username and password and access your record to view the After Visit Summary.

Encounter-Level Documents:

There are no encounter-level documents.

Sabrina Guerrero (MRN: 12141403) (CSN: 10103247493) • Printed at 1/24/2023 5:16 PM Page 4 of 4 Epic

# 11/01/2022 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care

## Reason for Visit

### Chief Complaint

- Post Covid Follow Up

### Visit Diagnoses

- **Post-COVID syndrome (primary) [U09.9]**
- Post-COVID chronic fatigue [G93.32, U09.9]
- Brain fog [R41.89]
- Post-COVID chronic dyspnea [R06.09, U09.9]
- Post-COVID chronic headache [R51.9, U09.9, G89.29]

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Poore, Pammela M, NP | Poore, Pammela M, NP | Rajoo, Shari K, MD |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| BHMA Center for Post Covid Care | 2204 Pavilion Dr<br>Suite 110<br>Kingsport TN 37660-4651 | 423-224-2369 | 423-224-2368 |

### Follow-up and Dispositions

- Return in about 8 weeks (around 12/27/2022).

### Level of Service

| Level of Service |
|---|
| **PR OFFICE/OUTPATIENT ESTABLISHED HIGH MDM 40-54 MIN** |

## Events

No documentation.

## Medication List

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

**meloxicam (Mobic) 15 MG tablet**

Instructions: meloxicam 15 mg tablet
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022

**minocycline (Minocin) 100 MG capsule**

Instructions: 2 (two) times a day.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

**ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule**

Instructions: Every other week
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

**cetirizine (ZyrTEC) 10 MG tablet**

**Medication List (continued)**

Instructions: Take 10 mg by mouth.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Start date: 2/15/2022

**escitalopram (Lexapro) 20 MG tablet**

Discontinued by: Woods, Selma K, RN Discontinued on: 1/24/2023
Reason for discontinuation: Patient Reports Not Taking - See Med Notes
Instructions: Take 20 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Start date: 2/15/2022 End date: 1/24/2023

**aspirin (Ecotrin) 81 MG EC tablet**

Discontinued by: Woods, Selma K, RN Discontinued on: 6/9/2023
Reason for discontinuation: Patient Reports Not Taking - See Med Notes
Instructions: Take 81 mg by mouth.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Start date: 2/15/2022 End date: 6/9/2023

**calcitriol (Rocaltrol) 0.5 MCG capsule**

Instructions: Take 0.5 mcg by mouth.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Start date: 2/15/2022

**ondansetron (Zofran) 4 MG tablet**

Instructions: Take 4 mg by mouth every 8 (eight) hours as needed.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Start date: 2/15/2022

**Semaglutide (OZEMPIC, 1 MG/DOSE, SC)**

Discontinued by: Woods, Selma K, RN Discontinued on: 8/3/2023
Reason for discontinuation: Patient Reports Not Taking - See Med Notes
Instructions: Inject under the skin.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Start date: 2/15/2022 End date: 8/3/2023

**Magnesium Oxide (MAG-OX PO)**

Instructions: Take 400 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**ALBUTEROL IN**

Instructions: Inhale 90 mcg into the lungs.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Start date: 2/15/2022

**topiramate (Topamax) 50 MG tablet**

Instructions: Take 75 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Informant: Self

**benzonatate (Tessalon) 100 MG capsule**

Instructions: Take 100 mg by mouth 3 (three) times a day as needed for cough.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**Hyoscyamine Sulfate (HYOSCYAMINE PO)**

Instructions: Take 4 mg by mouth daily as needed (bowel).
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**Medication List (continued)**

**CALCIUM CITRATE PO**

Instructions: Take by mouth.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**Ascorbic Acid (vitamin C) 1000 MG tablet**

Instructions: Take 1,000 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**UNABLE TO FIND**

Instructions: Bari life complete 3 in morning, 3 in evening
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**VITAMIN A PO**

Instructions: Take by mouth daily. 30,000 mcg
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Action: Patient not taking

**Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab**

Instructions: Place under the tongue. Every other day
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**Multiple Vitamins-Minerals (ZINC PO)**

Discontinued by: Roberts, Jennifer L, RN Discontinued on: 12/20/2023
Reason for discontinuation: Patient Reports Not Taking - See Med Notes
Instructions: Take 100 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
End date: 12/20/2023

**Omega-3 1000 MG Cap**

Instructions: Take 1,000 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 7/20/2022
Informant: Self

**Probiotic Product (PROBIOTIC PO)**

Instructions: Take 1 capsule by mouth.
Entered by: Vaughn, Ashley B, RN Entered on: 7/20/2022
Informant: Self

**valsartan (Diovan) 80 MG tablet**

Instructions: Take 80 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 9/6/2022

**famotidine (Pepcid) 40 MG tablet**

Instructions: Take 40 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 9/6/2022

**Stopped in Visit**

None

**ED Provider Note**

No documentation.

**ED Notes**

No documentation.

**OP Notes**

No documentation.

**ED Care Timeline**

No documentation.

**H&P Notes**

No documentation.

**Consult Notes**

No documentation.

**Discharge Summary Note**

No documentation.

**Clinical Notes**

**Assessment & Plan Note**

**Poore, Pammela M, NP at 11/1/2022 1424**

Author: Poore, Pammela M, NP | Service: — | Author Type: Nurse Practitioner
Filed: 11/1/2022 2:28 PM | Encounter Date: 11/1/2022 | Status: Written
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Post-COVID syndrome

This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

Date of onset of symptoms: 2/7/22
Date of last positive test:2/7/22
Were you hospitalized due to COVID: No
Were you seen by a provider for COVID as an outpatient? PCP
Have you received experimental drugs for COVID treatment?: Yes

Ms. Guerrero reports continued Post-COVID symptoms of Fatigue, Headache, Brain Fog, and Shortness of Breath (mostly on exertion).

I have spent greater than 40 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

Electronically signed by Poore, Pammela M, NP at 11/1/2022 2:28 PM

**Poore, Pammela M, NP at 11/1/2022 1454**

Author: Poore, Pammela M, NP | Service: — | Author Type: Nurse Practitioner
Filed: 11/2/2022 8:05 AM | Encounter Date: 11/1/2022 | Status: Edited
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Post-COVID chronic fatigue

Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to continue breathing exercises, try to follow good sleep regimen, and practice fatigue

management: planning, pacing, prioritizing, and positioning.

Patient declines Physical Therapy for strengthening and endurance at this time. Will consider Physical Therapy after she finishes Speech Therapy.

Lab Work ordered: TSH, Free T 3, Total T 4, B12, CBC, CMP, Vitamin D, Iron TIBC, and Ferritin to further evaluate Fatigue.

Electronically signed by Poore, Pammela M, NP at 11/2/2022 8:05 AM

**Poore, Pammela M, NP at 11/2/2022 0805**

Author: Poore, Pammela M, NP Service: — Author Type: Nurse Practitioner
Filed: 11/2/2022 8:14 AM Encounter Date: 11/1/2022 Status: Written
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Post-COVID chronic headache

Encouraged patient to drink plenty of fluids, continue to take OTC pain reliever, rest in quiet darkened room, applying Cold Cap to head, and try to avoid stress to help relieve headaches.

Patient was referred to Neurology for Headaches via CPCC and is scheduled to see Dr. Arvo Kanna Neurologist with Tennova on 11/11/22.

Scheduled for Vision Check at Baptist Eye Surgeons on 12/8/22.

Electronically signed by Poore, Pammela M, NP at 11/2/2022 8:14 AM

**Poore, Pammela M, NP at 11/2/2022 2034**

Author: Poore, Pammela M, NP Service: — Author Type: Nurse Practitioner
Filed: 11/2/2022 8:50 PM Encounter Date: 11/1/2022 Status: Written
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Brain fog

Encourage patient to continue Anti-Inflammatory Diet, drinking eight 8 oz glasses of water a day, start walking as tolerated, and continue taking Zinc, Omega 3's, B12, Probiotic, Magnesium, Vitamin A, Vitamin C, Calcium and Multivitamin. Encourage patient to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Continue Speech Therapy with Michaela Johnson at UT Medical Center.

Electronically signed by Poore, Pammela M, NP at 11/2/2022 8:50 PM

**Poore, Pammela M, NP at 11/2/2022 2050**

Author: Poore, Pammela M, NP Service: — Author Type: Nurse Practitioner
Filed: 11/2/2022 8:55 PM Encounter Date: 11/1/2022 Status: Written
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Post-COVID chronic dyspnea

Patient currently using Albuterol 90 mcg PRN, Zyrtec 10 mg, and CPAP HS.

Encouraged patient to continue taking all medications as prescribed. Continue breathing exercises to improve lung function.

Follow up appointment with Dr. Bakshi Pulmonologist scheduled for 11/08/22.

Electronically signed by Poore, Pammela M, NP at 11/2/2022 8:55 PM

## Progress Notes

### Progress Notes

**Poore, Pammela M, NP at 11/1/2022 1300**

Author: Poore, Pammela M, NP | Service: — | Author Type: Nurse Practitioner
Filed: 11/2/2022 9:06 PM | Encounter Date: 11/1/2022 | Status: Signed
Editor: Poore, Pammela M, NP (Nurse Practitioner)

Patient Name: Guerrero, Sabrina    Today's Date: 11/2/2022
Preferred Name: Sabrina    Date of Encounter: 11/1/2022
Patient MRN / CSN: 12141403 / 10099042914    Appt. Time: 1:00 PM EDT
Patient Age / DOB: 53-year old /    Encounter Provider: Pammela M Poore, NP
PCP: Floyd E Phillips Jr, MD

Center for Post-Covid Care (CPCC)
Follow - Up

**Subjective**
Sabrina Guerrero is a 53-year old who presents for Post Covid Follow Up.
Patient complains of the following Symptoms: Fatigue, Headache, Brain Fog, and Shortness of Breath (mostly on exertion).

Ms. Guerrero reports Post-COVID Fatigue has improved on some days. States that when she gets to feeling better and tries to add more tasks in the day it takes her 3 - 5 days to recover back to baseline. Reports that she is trying to pace herself and take breaks. States that she is trying to stop taking naps but still has to take a nap on some days. Reports that she still is unable to complete tasks without taking breaks. States that she is following Anti-Inflammatory Diet the best that she can, drinking increased amount of water, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Reports that she does exercise moving arms and legs 3 times per week.

Ms. Guerrero reports Post-COVID Headaches have not improved. States that she has some kind of headache every day. Reports that some days are worse than others. States that stress makes headaches become worse and there are days that when she wakes with a pounding Headache. Reports that she also wakes up in the middle of the night wearing CPAP with a pounding Headache and thinks it could be related to CPAP use. States that she is scheduled to see Dr. Kanna Neurologist with Tennova on 11/11/22 for Headaches. Reports that when she gets a Headache she sometimes takes Tylenol which does not really help, tries to relax/rest, closes her eyes, sometimes uses a cold cap, and creates a very calm quite environment which helps at times depending on intensity of Headache. States that she has made an appointment to have vision check at Baptist Eye 12/8/22.

Ms. Guerrero reports Post-COVID Brain Fog has improved some. State that her family reports that her Brain Fog has not improved. Reports that she continues to have memory issues, has to write stuff down to keep up with things, has difficulty finding words, and loses her train of thought during conversations. States that she is unable to multi-task

which was unusual for her Pre-COVID. Reports that she is following Anti-Inflammatory Diet the best that she can, drinking increased amount of water, and taking Zinc, Omega 3's, B12, Probiotic, Magnesium, Vitamin A, Vitamin C, Calcium and Multivitamin. States that she continues to go to Speech Therapy at UT Medical Center with Michaela Johnson with follow visit scheduled for next week.

Ms. Guerrero reports Post-COVID Shortness of Breath has not improved. States that she only becomes Short of Breath with activity/exertion. Reports that doing chores such as putting laundry in to wash, hanging up clothes, or sweeping the floor causes increased Shortness of Breath. States that she tries to walk at a leisurely pace so that she does not become Short of Breath. Reports that when she becomes Short of Breath she uses Albuterol Inhaler, sits down to rest, and usually recovers within 30 minutes. States that she continues to see Dr. Bakshi Pulmonologist and has her doing breathing exercises daily.

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:
**Outpatient Encounter Medications as of 11/1/2022**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. | | |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day | | |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other day | | |
| • escitalopram (Lexapro) 20 MG tablet | Take 20 mg by mouth daily. | | |
| • famotidine (Pepcid) 40 MG | Take 40 mg by | | |

| | |
|---|---|
| tablet | mouth daily. |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth every 8 (eight) hours as needed. |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • topiramate (Topamax) 50 MG tablet | Take 50 mg by mouth daily. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • valsartan (Diovan) 80 MG tablet | Take 80 mg by mouth daily. |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |

Last reviewed on 11/1/2022 1:53 PM by Pammela M Poore, NP

Medical History:
Sabrina has a past medical history of Anxiety, Bronchitis, COVID-19, Depression, Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Depression in her mother; Diabetes in her father; Heart disease in her father; Hyperlipidemia in her mother; Hypertension in her father; Pancreatic cancer in her father; Scoliosis in her mother.

Sabrina reports previous alcohol use.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports previous drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath **(on exertion)**.
Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for decreased concentration.

**Objective**

**Vitals:**

| | 11/01/22 1313 |
|---|---|
| BP: | 134/85 |
| Pulse: | 77 |
| Resp: | 18 |
| Temp: | 97.3 °F (36.3 °C) |
| TempSrc: | Oral |
| SpO2: | 96% |
| Weight: | **(!) 161 kg (355 lb)** |
| Height: | 5' 5" (1.651 m) |

No LMP recorded.

**Physical Exam**

Constitutional:
 Appearance: Normal appearance. She is obese.
HENT:
 Head: Normocephalic and atraumatic.
 Nose: Nose normal.
 Mouth/Throat:
 Mouth: Mucous membranes are moist.
Eyes:
 Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
 Rate and Rhythm: Normal rate and regular rhythm.
 Pulses: Normal pulses.
 Heart sounds: Normal heart sounds.
Pulmonary:
 Effort: Pulmonary effort is normal.
 Comments: **Decreased breath sounds**
Abdominal:
 General: Bowel sounds are normal.
 Palpations: Abdomen is soft.
Musculoskeletal:
 General: Normal range of motion.
 Cervical back: Normal range of motion.
Skin:
 General: Skin is warm and dry.
 Capillary Refill: Capillary refill takes 2 to 3 seconds.
Neurological:
 General: No focal deficit present.
 Mental Status: She is alert and oriented to person, place, and time.
Psychiatric:
 Attention and Perception: Attention normal.
 Mood and Affect: Mood normal.
 Speech: Speech normal.

Behavior: Behavior normal.
Thought Content: Thought content normal.

PHQ-9 Depression Scale - Tue November 01, 2022

| Row Name | 1329 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Little interest or pleasure in doing things | Several days 11/01/22 1331 |
| Feeling down, depressed, or hopeless | Several days 11/01/22 1331 |
| PHQ-2 Total Score | 2 11/01/22 1331 |
| Trouble falling or staying asleep, or sleeping too much | More than half the days 11/01/22 1331 |
| Feeling tired or having little energy | More than half the days 11/01/22 1331 |
| Poor appetite or overeating | Several days 11/01/22 1331 |
| Feeling bad about yourself - or that you are a failure or have let yourself or your family down | Several days 11/01/22 1331 |
| Trouble concentrating on things, such as reading the newspaper or watching television | Several days 11/01/22 1331 |
| Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual | Not at all 11/01/22 1331 |
| Thoughts that you would be better off dead, or of hurting yourself in some way | Not at all 11/01/22 1331 |
| PHQ-9 Total Score | 9 11/01/22 1331 |
| If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Somewhat difficult 11/01/22 1331 |

**Assessment Plan**

**Problem List Items Addressed This Visit**

- **Post-COVID syndrome - Primary**

  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero reports continued Post-COVID symptoms of Fatigue, Headache, Brain Fog, and

Shortness of Breath (mostly on exertion).

I have spent greater than 40 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**
  Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to continue breathing exercises, try to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

  Patient declines Physical Therapy for strengthening and endurance at this time. Will consider Physical Therapy after she finishes Speech Therapy.

  Lab Work ordered: TSH, Free T 3, Total T 4, B12, CBC, CMP, Vitamin D, Iron TIBC, and Ferritin to further evaluate Fatigue.

  Relevant Orders
  *Thyroid Stimulating Hormone (TSH) (Completed)*
  *T3, Free (Completed)*
  *T4 Total (Thyroxine) (Completed)*
  *Vitamin B12 Level (Completed)*
  *CBC with Differential (Automated or Manual Diff as Indicated) (Completed)*
  *Comprehensive Metabolic Panel (Completed)*
  Vitamin D,1,25-Dihydroxy Level
  *Iron and TIBC (Completed)*
  *Ferritin (Completed)*
- **Post-COVID chronic headache**
  Encouraged patient to drink plenty of fluids, continue to take OTC pain reliever, rest in quiet darkened room, applying Cold Cap to head, and try to avoid stress to help relieve headaches.

  Patient was referred to Neurology for Headaches via CPCC and is scheduled to see Dr. Arvo Kanna Neurologist with Tennova on 11/11/22.

  Scheduled for Vision Check at Baptist Eye Surgeons on 12/8/22.

- **Post-COVID chronic dyspnea**
  Patient currently using Albuterol 90 mcg PRN, Zyrtec 10 mg, and CPAP HS.

  Encouraged patient to continue taking all medications as prescribed. Continue breathing exercises to improve lung function.

  Follow up appointment with Dr. Bakshi Pulmonologist scheduled for 11/08/22.

- **Brain fog**
  Encourage patient to continue Anti-Inflammatory Diet, drinking eight 8 oz glasses of water a day, start walking as tolerated, and continue taking Zinc, Omega 3's, B12, Probiotic, Magnesium, Vitamin A, Vitamin C, Calcium and Multivitamin. Encourage patient to follow good sleep regimen,

read, do puzzles, and word searches to keep brain active.

Continue Speech Therapy with Michaela Johnson at UT Medical Center.

**Results for orders placed or performed in visit on 11/01/22**

**Thyroid Stimulating Hormone (TSH)**

| Result | Value | Ref Range |
|---|---|---|
| TSH | 2.73 | 0.36 - 3.70 uIU/mL |
| Comment: | High serum biotin levels will interfere with this test causing artifactually low results. This may occur with high dose supplementation/therapy. If results do not correlate with other clinical and laboratory findings, biotin interference should be considered. Repeat testing at least 72 hours after discontinuing biotin is recommended. | |

**T3, Free**

| Result | Value | Ref Range |
|---|---|---|
| Free T3 (Triiodothyronine) | 2.9 | 2.3 - 4.2 pg/mL |
| Comment: | High serum biotin levels will interfere with this test causing artifactually low results. This may occur with high dose supplementation/therapy. If results do not correlate with other clinical and laboratory findings, biotin interference should be considered. Repeat testing at least 72 hours after discontinuing biotin is recommended. | |

**T4 Total (Thyroxine)**

| Result | Value | Ref Range |
|---|---|---|
| T4, Total | 8.5 | 5.5 - 11.0 ug/dL |

**Vitamin B12 Level**

| Result | Value | Ref Range |
|---|---|---|
| Vitamin B12 | 832 | 193 - 986 pg/mL |
| Comment: | High serum biotin levels will interfere with this test causing artifactually low results. This may occur with high dose supplementation/therapy. If results do not correlate with other clinical and laboratory findings, biotin interference should be considered. Repeat testing at least 72 hours after discontinuing biotin is recommended. | |

**CBC with Differential (Automated or Manual Diff as Indicated)**

| Result | Value | Ref Range |
|---|---|---|
| WBC | 10.1 | 3.5 - 10.5 K/uL |
| RBC | 5.51 (H) | 3.90 - 5.10 M/uL |
| Hemoglobin | 16.6 (H) | 12.4 - 15.2 g/dL |
| Hematocrit | 49.3 (H) | 36.0 - 46.0 % |
| MCV | 89.5 | 80.0 - 100.0 fL |
| MCH | 30.1 | 26.0 - 34.0 pg |
| MCHC | 33.6 | 31.0 - 37.0 g/dL |
| RDW | 14.1 | 12.0 - 15.0 % |
| Platelet Count | 262 | 150 - 450 K/uL |

| | | |
|---|---|---|
| MPV | 8.7 | 7.4 - 10.4 fL |
| Neutrophils % | 65 | 45 - 75 % |
| Lymphocytes % | 26 | 20 - 50 % |
| Monocytes % | 6 | 0 - 8 % |
| Eosinophils % | 3 | 0 - 5 % |
| Basophils % | 1 | 0 - 2 % |
| nRBC | 0 | /100 WBC |
| Neutrophils # | 6.5 | 1.5 - 7.0 K/uL |
| Lymphocytes # | 2.6 | 0.8 - 4.0 K/uL |
| Monocytes # | 0.6 | 0.0 - 0.9 K/uL |
| Eosinophils # | 0.3 | 0.0 - 0.6 K/uL |
| Basophils # | 0.1 | 0.0 - 0.2 K/uL |
| nRBC # | 0.0 | % /100 WBCs |

**Comprehensive Metabolic Panel**

| Result | Value | Ref Range |
|---|---|---|
| Sodium | 141 | 136 - 145 mmol/L |
| Potassium | 3.8 | 3.5 - 5.1 mmol/L |
| Chloride | 113 (H) | 98 - 107 mmol/L |
| CO2 | 17 (L) | 22 - 32 mmol/L |
| Anion Gap | 11 | 5 - 15 mmol/L |
| BUN | 17 | 7 - 18 mg/dL |
| Creatinine | 0.57 (L) | 0.60 - 1.10 mg/dL |
| Glucose | 71 | 70 - 99 mg/dL |
| Calcium | 9.2 | 8.5 - 10.6 mg/dL |
| Albumin | 3.7 | 3.4 - 5.0 g/dL |
| Total Protein | 8.2 | 6.4 - 8.2 g/dL |
| Alkaline Phosphatase | 167 (H) | 45 - 117 U/L |
| ALT | 48 | 13 - 59 U/L |
| AST | 16 | 15 - 37 U/L |
| Bilirubin, Total | 0.2 | 0.2 - 1.0 mg/dL |
| BUN Creatinine Ratio | 30 | Ratio |
| Calcium (Corrected For Albumin) | 9.4 | 8.5 - 10.6 mg/dL |
| Calculated Osmolality | 281 | 266 - 293 mOsm/L |
| eGFR Non-African American | 106 | >=60 ml/min/SA |
| eGFR African American | 123 | >=60 ml/min/SA |

Comment:

eGFR Interpretative Data:
Expected Reference Interval: >= 60 mL/min/1.73 square meters
Value is based on the CKD-EPI equation

CKD stages: I:>90 II:60-89 III:30-59 IV:15-29 V:<15

Estimated GFR (eGFR) calculated using the CKD-EPI equation. Results should be interpreted with caution in situations that predispose to inaccuracies of the eGFR, including non-steady state creatinine (acute kidney injury), extremes of muscle mass/body size, high protein diets/supplement use, dialysis, loss of extracellular fluid, drugs interfering with renal tubular secretion (eg cimetidine, trimethoprim) or gut creatinase activity (antibiotics),and analytic

interferences related to altered metabolites (glucose, ketones, bilirubin) or drugs. This equation has been validated using predominantly US/European black and white populations; accuracy in other races/ethnicities is not well defined.

**Iron and TIBC**

| Result | Value | Ref Range |
|---|---|---|
| Iron | 73 | 50 - 175 ug/dL |
| % Saturation | 13 (L) | 20 - 50 % |
| TIBC | 554 (H) | 250 - 450 ug/dL |

**Ferritin**

| Result | Value | Ref Range |
|---|---|---|
| Ferritin | 47 | 8-388 ng/mL ng/mL |
| Comment: | High serum biotin levels will interfere with this test causing artifactually low results. This may occur with high dose supplementation/therapy. If results do not correlate with other clinical and laboratory findings, biotin interference should be considered. Repeat testing at least 72 hours after discontinuing biotin is recommended. | |

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred*

Return in about 8 weeks (around 12/27/2022).

Electronically signed by Poore, Pammela M, NP at 11/2/2022 9:06 PM

**Labs**

**Thyroid Stimulating Hormone (TSH) (Final result)**

Electronically signed by: **Poore, Pammela M, NP on 11/01/22 1411** Status: **Completed**

Ordering user: Poore, Pammela M, NP 11/01/22 1411
Ordering provider: Poore, Pammela M, NP
Authorized by: Poore, Pammela M, NP
Ordering mode: Standard
Frequency: Routine 11/01/22 -
Class: Lab Collect
Quantity: 1
Lab status: Final result
Diagnoses
Post-COVID chronic fatigue [G93.32, U09.9]

**Questionnaire**

| Question | Answer |
|---|---|
| Release to MyChart | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| IP22-305C0377 | Blood | — | 11/01/22 1710 |

**Thyroid Stimulating Hormone (TSH) (Normal)** Resulted: 11/01/22 1839, Result status: Final result

## 11/01/2022 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

**Labs (continued)**

Ordering provider: Poore, Pammela M, NP 11/01/22 1411
Filed by: Day, Sarah L, MT 11/01/22 1839
Resulting lab: IPCH CLINICAL LAB
Acknowledged by: Poore, Pammela M, NP on 11/28/22 1208
Order status: Completed
Collected by: 11/01/22 1710

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TSH | 2.73 | 0.36 - 3.70 uIU/mL | — | IPCH LAB |

Comment:
High serum biotin levels will interfere with this test causing artifactually low results. This may occur with high dose supplementation/therapy. If results do not correlate with other clinical and laboratory findings, biotin interference should be considered. Repeat testing at least 72 hours after discontinuing biotin is recommended.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230000069 - IPCH LAB** | IPCH CLINICAL LAB | Barklow, Thomas, MD | Indian Path Community Hospital<br>Medical Director:<br>Thomas A. Barklow, M.D.<br>2000 Brookside Drive<br>Kingsport TN 37660 | 03/13/19 1803 - Present |

**Indications**

Post-COVID chronic fatigue [G93.32, U09.9 (ICD-10-CM)]

**All Reviewers List**

Poore, Pammela M, NP on 11/28/2022 12:08

### T3, Free (Final result)

Electronically signed by: **Poore, Pammela M, NP on 11/01/22 1411**
Status: **Completed**
Ordering user: Poore, Pammela M, NP 11/01/22 1411
Authorized by: Poore, Pammela M, NP
Frequency: Routine 11/01/22 -
Quantity: 1
Diagnoses
Post-COVID chronic fatigue [G93.32, U09.9]
Ordering provider: Poore, Pammela M, NP
Ordering mode: Standard
Class: Lab Collect
Lab status: Final result

**Questionnaire**

| Question | Answer |
|---|---|
| Release to MyChart | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| IP22-305C0376 | Blood | — | 11/01/22 1710 |

**T3, Free (Normal)**
Resulted: 11/01/22 1751, Result status: Final result

Ordering provider: Poore, Pammela M, NP 11/01/22 1411
Filed by: Lab, Background User 11/01/22 1751
Resulting lab: IPCH CLINICAL LAB
Acknowledged by: Poore, Pammela M, NP on 11/28/22 1208
Order status: Completed
Collected by: 11/01/22 1710

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Free T3 (Triiodothyronine) | 2.9 | 2.3 - 4.2 pg/mL | — | IPCH LAB |

## 11/01/2022 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

**Labs (continued)**

Comment:
High serum biotin levels will interfere with this test causing artifactually low results. This may occur with high dose supplementation/therapy. If results do not correlate with other clinical and laboratory findings, biotin interference should be considered. Repeat testing at least 72 hours after discontinuing biotin is recommended.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230000069 - IPCH LAB** | IPCH CLINICAL LAB | Barklow, Thomas, MD | Indian Path Community Hospital Medical Director: Thomas A. Barklow, M.D. 2000 Brookside Drive Kingsport TN 37660 | 03/13/19 1803 - Present |

**Indications**

Post-COVID chronic fatigue [G93.32, U09.9 (ICD-10-CM)]

**All Reviewers List**

Poore, Pammela M, NP on 11/28/2022 12:08

### T4 Total (Thyroxine) (Final result)

Electronically signed by: **Poore, Pammela M, NP on 11/01/22 1411** Status: **Completed**
Ordering user: Poore, Pammela M, NP 11/01/22 1411
Authorized by: Poore, Pammela M, NP
Frequency: Routine 11/01/22 -
Quantity: 1
Diagnoses
Post-COVID chronic fatigue [G93.32, U09.9]

Ordering provider: Poore, Pammela M, NP
Ordering mode: Standard
Class: Lab Collect
Lab status: Final result

**Questionnaire**

| Question | Answer |
|---|---|
| Release to MyChart | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| JC22-305C1492 | Blood | — | 11/01/22 1710 |

**T4 Total (Thyroxine) (Normal)** Resulted: 11/01/22 2139, Result status: Final result

Ordering provider: Poore, Pammela M, NP 11/01/22 1411
Filed by: Lab, Background User 11/01/22 2139
Resulting lab: JCMC CLINICAL LAB
Acknowledged by: Poore, Pammela M, NP on 11/28/22 1208

Order status: Completed
Collected by: 11/01/22 1710

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| T4, Total | 8.5 | 5.5 - 11.0 ug/dL | — | JCMC LAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230000068 - JCMC LAB** | JCMC CLINICAL LAB | Costello, Patrick Nicholas, MD | Johnson City Medical Center Medical Director: Patrick | 03/13/19 1803 - Present |

N. Costello, M.D.
400 N. State of Franklin Road
Johnson City TN 37604-6094

**Indications**

Post-COVID chronic fatigue [G93.32, U09.9 (ICD-10-CM)]

**All Reviewers List**

Poore, Pammela M, NP on 11/28/2022 12:08

**Vitamin B12 Level (Final result)**

Electronically signed by: **Poore, Pammela M, NP on 11/01/22 1411** Status: **Completed**
Ordering user: Poore, Pammela M, NP 11/01/22 1411
Authorized by: Poore, Pammela M, NP
Frequency: Routine 11/01/22 -
Quantity: 1
Diagnoses
Post-COVID chronic fatigue [G93.32, U09.9]

Ordering provider: Poore, Pammela M, NP
Ordering mode: Standard
Class: Lab Collect
Lab status: Final result

**Questionnaire**

| Question | Answer |
|---|---|
| Release to MyChart | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| IP22-305C0377 | Blood | — | 11/01/22 1710 |

**Vitamin B12 Level (Normal)** Resulted: 11/01/22 1839, Result status: Final result

Ordering provider: Poore, Pammela M, NP 11/01/22 1411
Filed by: Day, Sarah L, MT 11/01/22 1839
Resulting lab: IPCH CLINICAL LAB
Acknowledged by: Poore, Pammela M, NP on 11/28/22 1208

Order status: Completed
Collected by: 11/01/22 1710

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Vitamin B12 | 832 | 193 - 986 pg/mL | — | IPCH LAB |

Comment:
High serum biotin levels will interfere with this test causing artifactually low results. This may occur with high dose supplementation/therapy. If results do not correlate with other clinical and laboratory findings, biotin interference should be considered. Repeat testing at least 72 hours after discontinuing biotin is recommended.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230000069 - IPCH LAB** | IPCH CLINICAL LAB | Barklow, Thomas, MD | Indian Path Community Hospital Medical Director: Thomas A. Barklow, M.D. 2000 Brookside Drive Kingsport TN 37660 | 03/13/19 1803 - Present |

**Indications**

Post-COVID chronic fatigue [G93.32, U09.9 (ICD-10-CM)]

**Labs (continued)**

**All Reviewers List**

Poore, Pammela M, NP on 11/28/2022 12:08

**CBC with Differential (Automated or Manual Diff as Indicated) (Final result)**

Electronically signed by: **Poore, Pammela M, NP on 11/01/22 1411** Status: **Completed**

Ordering user: Poore, Pammela M, NP 11/01/22 1411
Authorized by: Poore, Pammela M, NP
Frequency: Routine 11/01/22 -
Quantity: 1
Diagnoses
Post-COVID chronic fatigue [G93.32, U09.9]

Ordering provider: Poore, Pammela M, NP
Ordering mode: Standard
Class: Lab Collect
Lab status: Final result

**Questionnaire**

| Question | Answer |
|---|---|
| Release to MyChart | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| IP22-305H0171 | Blood | — | 11/01/22 1710 |

**CBC with Differential (Automated or Manual Diff as Indicated) (Abnormal)** Resulted: 11/01/22 1714, Result status: Final result

Ordering provider: Poore, Pammela M, NP 11/01/22 1411
Filed by: Lab, Background User 11/01/22 1714
Resulting lab: IPCH CLINICAL LAB
Acknowledged by: Poore, Pammela M, NP on 11/28/22 1208

Order status: Completed
Collected by: 11/01/22 1710

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 10.1 | 3.5 - 10.5 K/uL | — | IPCH LAB |
| RBC | 5.51 | 3.90 - 5.10 M/uL | H ^ | IPCH LAB |
| Hemoglobin | 16.6 | 12.4 - 15.2 g/dL | H ^ | IPCH LAB |
| Hematocrit | 49.3 | 36.0 - 46.0 % | H ^ | IPCH LAB |
| MCV | 89.5 | 80.0 - 100.0 fL | — | IPCH LAB |
| MCH | 30.1 | 26.0 - 34.0 pg | — | IPCH LAB |
| MCHC | 33.6 | 31.0 - 37.0 g/dL | — | IPCH LAB |
| RDW | 14.1 | 12.0 - 15.0 % | — | IPCH LAB |
| Platelet Count | 262 | 150 - 450 K/uL | — | IPCH LAB |
| MPV | 8.7 | 7.4 - 10.4 fL | — | IPCH LAB |
| Neutrophils % | 65 | 45 - 75 % | — | IPCH LAB |
| Lymphocytes % | 26 | 20 - 50 % | — | IPCH LAB |
| Monocytes % | 6 | 0 - 8 % | — | IPCH LAB |
| Eosinophils % | 3 | 0 - 5 % | — | IPCH LAB |
| Basophils % | 1 | 0 - 2 % | — | IPCH LAB |
| nRBC | 0 | /100 WBC | — | IPCH LAB |
| Neutrophils # | 6.5 | 1.5 - 7.0 K/uL | — | IPCH LAB |
| Lymphocytes # | 2.6 | 0.8 - 4.0 K/uL | — | IPCH LAB |
| Monocytes # | 0.6 | 0.0 - 0.9 K/uL | — | IPCH LAB |
| Eosinophils # | 0.3 | 0.0 - 0.6 K/uL | — | IPCH LAB |
| Basophils # | 0.1 | 0.0 - 0.2 K/uL | — | IPCH LAB |
| nRBC # | 0.0 | % /100 WBCs | — | IPCH LAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|

**11/01/2022 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)**

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| **1230000069 - IPCH LAB** | IPCH CLINICAL LAB | Barklow, Thomas, MD | Indian Path Community Hospital<br>Medical Director:<br>Thomas A. Barklow, M.D.<br>2000 Brookside Drive<br>Kingsport TN 37660 | 03/13/19 1803 - Present |

**Indications**

Post-COVID chronic fatigue [G93.32, U09.9 (ICD-10-CM)]

**All Reviewers List**

Poore, Pammela M, NP on 11/28/2022 12:08

**Comprehensive Metabolic Panel (Final result)**

Electronically signed by: **Poore, Pammela M, NP on 11/01/22 1411** Status: **Completed**
Ordering user: Poore, Pammela M, NP 11/01/22 1411
Authorized by: Poore, Pammela M, NP
Frequency: Routine 11/01/22 -
Quantity: 1
Diagnoses
Post-COVID chronic fatigue [G93.32, U09.9]
Ordering provider: Poore, Pammela M, NP
Ordering mode: Standard
Class: Lab Collect
Lab status: Final result

**Questionnaire**

| Question | Answer |
|---|---|
| Release to MyChart | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| IP22-305C0377 | Blood | — | 11/01/22 1710 |

**Comprehensive Metabolic Panel (Abnormal)** Resulted: 11/01/22 1839, Result status: Final result

Ordering provider: Poore, Pammela M, NP 11/01/22 1411
Filed by: Day, Sarah L, MT 11/01/22 1839
Resulting lab: IPCH CLINICAL LAB
Acknowledged by: Poore, Pammela M, NP on 11/28/22 1208
Order status: Completed
Collected by: 11/01/22 1710

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 141 | 136 - 145 mmol/L | — | IPCH LAB |
| Potassium | 3.8 | 3.5 - 5.1 mmol/L | — | IPCH LAB |
| Chloride | 113 | 98 - 107 mmol/L | H ^ | IPCH LAB |
| CO2 | 17 | 22 - 32 mmol/L | L v | IPCH LAB |
| Anion Gap | 11 | 5 - 15 mmol/L | — | IPCH LAB |
| BUN | 17 | 7 - 18 mg/dL | — | IPCH LAB |
| Creatinine | 0.57 | 0.60 - 1.10 mg/dL | L v | IPCH LAB |
| Glucose | 71 | 70 - 99 mg/dL | — | IPCH LAB |
| Calcium | 9.2 | 8.5 - 10.6 mg/dL | — | IPCH LAB |
| Albumin | 3.7 | 3.4 - 5.0 g/dL | — | IPCH LAB |
| Total Protein | 8.2 | 6.4 - 8.2 g/dL | — | IPCH LAB |
| Alkaline Phosphatase | 167 | 45 - 117 U/L | H ^ | IPCH LAB |
| ALT | 48 | 13 - 59 U/L | — | IPCH LAB |
| AST | 16 | 15 - 37 U/L | — | IPCH LAB |
| Bilirubin, Total | 0.2 | 0.2 - 1.0 mg/dL | — | IPCH LAB |
| BUN Creatinine Ratio | 30 | Ratio | — | IPCH LAB |
| Calcium (Corrected For Albumin) | 9.4 | 8.5 - 10.6 mg/dL | — | IPCH LAB |

## 11/01/2022 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| Calculated Osmolality | 281 | 266 - 293 mOsm/L | — | IPCH LAB |
| eGFR | 106 | >=60 ml/min/SA | — | IPCH LAB |
| eGFR African American | 123 | >=60 ml/min/SA | — | IPCH LAB |

Comment:
eGFR Interpretative Data:
Expected Reference Interval: >= 60 mL/min/1.73 square meters
Value is based on the CKD-EPI equation

CKD stages: I:>90 II:60-89 III:30-59 IV:15-29 V:<15
Estimated GFR (eGFR) calculated using the CKD-EPI equation. Results should be interpreted with caution in situations that predispose to inaccuracies of the eGFR, including non-steady state creatinine (acute kidney injury), extremes of muscle mass/body size, high protein diets/supplement use, dialysis, loss of extracellular fluid, drugs interfering with renal tubular secretion (eg cimetidine, trimethoprim) or gut creatinase activity (antibiotics),and analytic interferences related to altered metabolites (glucose, ketones, bilirubin) or drugs. This equation has been validated using predominantly US/European black and white populations; accuracy in other races/ethnicities is not well defined.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230000069 - IPCH LAB** | IPCH CLINICAL LAB | Barklow, Thomas, MD | Indian Path Community Hospital<br>Medical Director: Thomas A. Barklow, M.D.<br>2000 Brookside Drive<br>Kingsport TN 37660 | 03/13/19 1803 - Present |

**Indications**

Post-COVID chronic fatigue [G93.32, U09.9 (ICD-10-CM)]

**All Reviewers List**

Poore, Pammela M, NP on 11/28/2022 12:08

**Vitamin D,1,25-Dihydroxy Level (Final result)**

Electronically signed by: **Poore, Pammela M, NP on 11/01/22 1411** Status: **Completed**
Ordering user: Poore, Pammela M, NP 11/01/22 1411
Authorized by: Poore, Pammela M, NP
Frequency: Routine 11/01/22 -
Quantity: 1
Diagnoses
Post-COVID chronic fatigue [G93.32, U09.9]

Ordering provider: Poore, Pammela M, NP
Ordering mode: Standard
Class: Lab Collect
Lab status: Final result

**Questionnaire**

| Question | Answer |
|---|---|
| Release to MyChart | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| AR22-305R0208 | Blood | — | 11/01/22 1710 |

**Vitamin D,1,25-Dihydroxy Level (Abnormal)** Resulted: 11/04/22 1900, Result status: Final result

Ordering provider: Poore, Pammela M, NP 11/01/22 1411
Filed by: Interface, Lab Orders In 11/04/22 2129
Resulting lab: ARUP REFERENCE LAB
Acknowledged by: Poore, Pammela M, NP on 11/28/22 1208

Order status: Completed
Collected by: 11/01/22 1710

**Components**

## 11/01/2022 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

**Labs (continued)**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Vitamin D, 1,25-Dihydroxy | 121.0 | 19.9 - 79.3 pg/mL | H ^ | 1230000019 |

Comment:
INTERPRETIVE INFORMATION: Vitamin D, 1,25-Dihydroxy

This test is primarily indicated during patient evaluation for hypercalcemia and renal failure. A normal result does not rule out Vitamin D deficiency. The recommended test for diagnosing Vitamin D deficiency is Vitamin D 25-hydroxy.
Performed By: ARUP Laboratories
500 Chipeta Way
Salt Lake City, UT 84108
Laboratory Director: Jonathan R. Genzen, MD, PhD

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230000019 - Unknown** | ARUP REFERENCE LAB | JULIO DELGADO, MD | 500 Chipeta Way Salt Lake City UT 84108 | 02/27/19 1340 - Present |

**Indications**

Post-COVID chronic fatigue [G93.32, U09.9 (ICD-10-CM)]

**All Reviewers List**

Poore, Pammela M, NP on 11/28/2022 12:08

**Iron and TIBC (Final result)**

Electronically signed by: **Poore, Pammela M, NP on 11/01/22 1411** Status: **Completed**
Ordering user: Poore, Pammela M, NP 11/01/22 1411
Authorized by: Poore, Pammela M, NP
Frequency: Routine 11/01/22 -
Quantity: 1
Diagnoses
Post-COVID chronic fatigue [G93.32, U09.9]
Ordering provider: Poore, Pammela M, NP
Ordering mode: Standard
Class: Lab Collect
Lab status: Final result

**Questionnaire**

| Question | Answer |
|---|---|
| Release to MyChart | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| IP22-305C0377 | Blood | — | 11/01/22 1710 |

**Iron and TIBC (Abnormal)** Resulted: 11/01/22 1839, Result status: Final result

Ordering provider: Poore, Pammela M, NP 11/01/22 1411
Filed by: Day, Sarah L, MT 11/01/22 1839
Resulting lab: IPCH CLINICAL LAB
Acknowledged by: Poore, Pammela M, NP on 11/28/22 1208
Order status: Completed
Collected by: 11/01/22 1710

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Iron | 73 | 50 - 175 ug/dL | — | IPCH LAB |
| % Saturation | 13 | 20 - 50 % | L ˅ | IPCH LAB |
| TIBC | 554 | 250 - 450 ug/dL | H ^ | IPCH LAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230000069 - IPCH LAB** | IPCH CLINICAL LAB | Barklow, Thomas, MD | Indian Path Community Hospital<br>Medical Director:<br>Thomas A. Barklow, M.D.<br>2000 Brookside Drive<br>Kingsport TN 37660 | 03/13/19 1803 - Present |

**Indications**

Post-COVID chronic fatigue [G93.32, U09.9 (ICD-10-CM)]

**All Reviewers List**

Poore, Pammela M, NP on 11/28/2022 12:08

**Ferritin (Final result)**

Electronically signed by: **Poore, Pammela M, NP on 11/01/22 1411** Status: **Completed**
Ordering user: Poore, Pammela M, NP 11/01/22 1411
Authorized by: Poore, Pammela M, NP
Frequency: Routine 11/01/22 -
Quantity: 1
Diagnoses
Post-COVID chronic fatigue [G93.32, U09.9]

Ordering provider: Poore, Pammela M, NP
Ordering mode: Standard
Class: Lab Collect
Lab status: Final result

**Questionnaire**

| Question | Answer |
|---|---|
| Release to MyChart | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| IP22-305C0377 | Blood | — | 11/01/22 1710 |

**Ferritin (Normal)** Resulted: 11/01/22 1839, Result status: Final result

Ordering provider: Poore, Pammela M, NP 11/01/22 1411
Filed by: Day, Sarah L, MT 11/01/22 1839
Resulting lab: IPCH CLINICAL LAB
Acknowledged by: Poore, Pammela M, NP on 11/28/22 1208

Order status: Completed
Collected by: 11/01/22 1710

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ferritin | 47 | 8-388 ng/mL ng/mL | — | IPCH LAB |

Comment:
High serum biotin levels will interfere with this test causing artifactually low results. This may occur with high dose supplementation/therapy. If results do not correlate with other clinical and laboratory findings, biotin interference should be considered. Repeat testing at least 72 hours after discontinuing biotin is recommended.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230000069 - IPCH LAB** | IPCH CLINICAL LAB | Barklow, Thomas, MD | Indian Path Community Hospital<br>Medical Director:<br>Thomas A. Barklow, | 03/13/19 1803 - Present |

## Labs (continued)

M.D.
2000 Brookside Drive
Kingsport TN 37660

### Indications

Post-COVID chronic fatigue [G93.32, U09.9 (ICD-10-CM)]

### All Reviewers List

Poore, Pammela M, NP on 11/28/2022 12:08

## Imaging

No documentation.

## Delivery Summary

### History

No documentation.

## Medication Administrations

No documentation.

## Immunizations Given

No documentation.

## Other Orders

No documentation.

## Dental

No documentation.

## Ophthalmology

No documentation.

## Rheumatology

No documentation.

## Flowsheets

### Amb Complex Vitals Nav

| Row Name | 11/01/22 1313 |
|---|---|
| Measurements | |
| Weight | **161 kg (355 lb)** ↑ |
| Height | 5' 5" (1.651 m) |
| BSA (Calculated - sq m) | 2.72 sq meters |
| BMI (Calculated) | 59.1 |
| Vitals | |
| BP | 134/85 |
| BP Location | Left arm |
| Patient Position | Sitting |
| Pulse | 77 |
| Resp | 18 |

## 11/01/2022 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Temp | 97.3 °F (36.3 °C) |
| Temp src | Oral |
| **Pulse Oximetry** | |
| SpO2 | 96 % |

**Anthropometrics**

| Row Name | 11/01/22 1313 |
|---|---|
| **Anthropometrics** | |
| Weight Change | 0 |

**COVID-19 Vaccination Screening**

| Row Name | 11/01/22 1313 |
|---|---|
| **COVID-19 Vaccine Screen - Year Round** | |
| Have you had the COVID-19 Vaccine? | Yes |

**Custom Formula Data**

| Row Name | 11/01/22 1313 |
|---|---|
| **OTHER** | |
| BMI | 3993040 |
| IBW (kg) | 57 |
| Adjusted Body Weight (kg) | 98.6108 |
| IBW | 49.2973 |
| Adjusted Body Weight (kg) | 98.61 kg |
| IBW/kg (Calculated) Male | 61.5 kg |
| IBW/kg (Calculated) FEMALE | 57 kg |
| BSA (Calculated - sq m) | 2.71 sq meters |
| Weight in (lb) to have BMI = 25 | 149.9 |
| % Weight Change Since Birth | 0 |
| **Height and Weight** | |
| BSA (DuBois Calculated - sq m) | 2.52 sq meters |
| **Height and Weight** | |
| Gestational Status | Birth wt unknown |
| **Post-Hemodialysis Assessment** | |
| Treatment Weight Change | 355 |
| **Adult IBW/VT Calculations** | |
| IBW/kg (Calculated) | 57 |

**Flowsheets (continued)**

| | |
|---|---|
| Low Range Vt 6mL/kg | 342 mL/kg |
| Adult Moderate Range Vt 8mL/kg | 456 mL/kg |

**GAD-7 Anxiety Scale**

| Row Name | 11/01/22 1331 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Feeling nervous, anxious, or on edge | More than half the days |
| Not being able to stop or control worrying | Several days |
| Worrying too much about different things | Several days |
| Trouble relaxing | Several days |
| Being so restless that it is hard to sit still | Not at all |
| Becoming easily annoyed or irritable | Nearly every day |
| Feeling afraid as if something awful might happen | Not at all |
| GAD-7 Total Score | 8 |
| If you checked off any problems on this questionnaire, | |
| How difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Somewhat difficult |

**PHQ-9 Depression Scale**

| Row Name | 11/01/22 1329 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Little interest or pleasure in doing things | Several days |
| Feeling down, depressed, or hopeless | Several days |
| PHQ-2 Total Score | 2 |
| Trouble falling or staying asleep, or sleeping too much | More than half the days |
| Feeling tired or | More than half the |

## 11/01/2022 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

### Flowsheets (continued)

| | |
|---|---|
| having little energy | days |
| Poor appetite or overeating | Several days |
| Feeling bad about yourself - or that you are a failure or have let yourself or your family down | Several days |
| Trouble concentrating on things, such as reading the newspaper or watching television | Several days |
| Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual | Not at all |
| Thoughts that you would be better off dead, or of hurting yourself in some way | Not at all |
| PHQ-9 Total Score | 9 |
| If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Somewhat difficult |

### Patient Education

No documentation.

### Patient Instructions

No documentation.

### After Visit Summary

After Visit Summary (AVS) (below)

# AFTER VISIT SUMMARY

BalladHealth

**Sabrina Guerrero** MRN: 12141403 11/1/2022 1:00 PM BHMA Center for Post Covid Care 423-224-2369

## Instructions

Return in about 8 weeks (around 12/27/2022).

## What's Next

| Date | Appointment | Location |
|---|---|---|
| DEC 28 2022 | Post Covid Follow Up Visit with Pammela M Poore, NP<br>Wednesday December 28 1:00 PM | BHMA Center for Post Covid Care<br>2204 Pavilion Dr<br>Suite 110<br>Kingsport TN<br>37660-4651<br>423-224-2369 |
| DEC 28 2022 | INITIAL SOCIAL WORK EVALUATION with ERICA L HUBBARD, Mental Health Therapist<br>Wednesday December 28 2:00 PM | BHMA Center for Post Covid Care<br>2204 Pavilion Dr<br>Suite 110<br>Kingsport TN<br>37660-4651<br>423-224-2369 |

## Today's Visit

You saw Pammela M Poore, NP on Tuesday November 1, 2022 for: Post Covid Follow Up.

| | |
|---|---|
| Blood Pressure 134/85 | BMI 59.08 |
| Weight 355 lb | Height 5' 5" |
| Temperature (Oral) 97.3 °F | Pulse 77 |
| Respiration 18 | Oxygen Saturation 96% |

### Done Today

- Thyroid Stimulating Hormone (TSH)
- T3, Free
- T4 Total (Thyroxine)
- Vitamin B12 Level
- CBC with Differential (Automated or Manual Diff as Indicated)
- Comprehensive Metabolic Panel
- Vitamin D,1,25-Dihydroxy Level
- Iron and TIBC
- Ferritin

## MyChart

View your After Visit Summary and more online at https://mychart.balladhealth.org/mychart/.

Your Medication List as of November 1, 2022 3:04 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| ALBUTEROL IN | Inhale 90 mcg into the lungs. |
| **aspirin** 81 MG EC tablet<br>Commonly known as: Ecotrin | Take 81 mg by mouth. |
| **benzonatate** 100 MG capsule<br>Commonly known as: Tessalon | Take 100 mg by mouth 3 (three) times a day as needed for cough. |
| **calcitriol** 0.5 MCG capsule<br>Commonly known as: Rocaltrol | Take 0.5 mcg by mouth. |
| CALCIUM CITRATE PO | Take by mouth. |
| **cetirizine** 10 MG tablet<br>Commonly known as: ZyrTEC | Take 10 mg by mouth. |
| **ergocalciferol** 1.25 MG (50000 UT) capsule<br>Commonly known as: Vitamin D2 | Every other day |
| **escitalopram** 20 MG tablet<br>Commonly known as: Lexapro | Take 20 mg by mouth daily. |
| **famotidine** 40 MG tablet<br>Commonly known as: Pepcid | Take 40 mg by mouth daily. |
| HYOSCYAMINE PO | Take 4 mg by mouth. |
| MAG-OX PO | Take 400 mg by mouth daily. |
| **meloxicam** 15 MG tablet<br>Commonly known as: Mobic | meloxicam 15 mg tablet |
| **minocycline** 100 MG capsule<br>Commonly known as: Minocin | 2 (two) times a day. |
| **Omega-3** 1000 MG Caps | Take 1,000 mg by mouth daily. |
| **ondansetron** 4 MG tablet<br>Commonly known as: Zofran | Take 4 mg by mouth every 8 (eight) hours as needed. |
| OZEMPIC (1 MG/DOSE) SC | Inject under the skin. |
| PROBIOTIC PO | Take 1 capsule by mouth. |
| **topiramate** 50 MG tablet<br>Commonly known as: Topamax | Take 50 mg by mouth daily. |
| UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| **valsartan** 80 MG tablet<br>Commonly known as: Diovan | Take 80 mg by mouth daily. |

## Your Medication List (continued) as of November 1, 2022 3:04 PM

| | |
|---|---|
| VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| Vitamin B-12 1000 MCG Subl | Place under the tongue. Every other day |
| vitamin C 1000 MG tablet | Take 1,000 mg by mouth daily. |
| ZINC PO | Take 100 mg by mouth daily. |

## Future Appointment Instructions

**Patient Reminders:**

- Please bring all of your medications in the original bottles to each of your visits. Your doctor needs to see medications prescribed by other doctors as well as any over-the-counter medications and supplements you are taking. If you fail to do so then you may be asked to reschedule your appointment. This is crucial to your HEALTH and our health care team.
- At your next appointment, please let us know if you have been seen by another health care provider, especially the ER/Urgent Care/Hospital, to ensure our records are complete.
- Please notify the nurse/doctor if you have had any of the following procedures performed and where you have had them.
  - Labs/radiology
  - Vaccinations
  - Eye exam
  - Podiatry exam
  - Colonoscopy
  - Gynecological visit
  - Mammogram

## Health Maintenance

| | Date Due |
|---|---|
| Colorectal Cancer Screening | **Never done** |
| Mammogram | **Never done** |
| Lipid Panel | **Never done** |
| Pap Smear | **Never done** |
| Covid 19 Vaccine Series (3 - Booster for Pfizer series) | **06/25/2021** |
| Influenza Vaccine (1) | **Never done** |

## View Your Health Information Online

Our records indicate that you have an active MyChart account.

You can view your After Visit Summary by going to **www.balladhealth.org/mychart** and logging in with your MyChart username and password. If you don't have a MyChart username and password but a parent or guardian has access to your record, the parent or guardian should login with their own MyChart username and password and access your record to view the After Visit Summary.

View Your Health Information Online (continued)

Encounter-Level Documents:
There are no encounter-level documents.



**Letters**

**Letter by Poore, Pammela M, NP on 11/2/2022**

Status: Sent

**Letters (continued)**

Letter body:

November 2, 2022

Floyd E Phillips Jr., MD
6890 W A J Hwy
Talbott TN 37877

Patient: **Sabrina Guerrero**
MR Number: **12141403**
Date of Birth:
Date of Visit: **11/1/2022**

Dear Dr. Phillips:

Sabrina Guerrero was seen at the Center for Post-COVID Care on 11/01/22 for evaluation. Below are the relevant portions of my assessment and plan of care.

If you have questions, please do not hesitate to call me. I look forward to following Sabrina along with you.

Sincerely,

Pammela M Poore, NP

CC
No Recipients

**Pammela M Poore, NP 11/2/2022 8:57 PM Sign when Signing Visit**

Patient Name: Guerrero, Sabrina Today's Date: 11/2/2022
Preferred Name: Sabrina Date of Encounter: 11/1/2022
Patient MRN / CSN: 12141403 / 10099042914 Appt. Time: 1:00 PM EDT
Patient Age / DOB: 53-year old / Encounter Provider: Pammela M Poore, NP
PCP: Floyd E Phillips Jr, MD

Center for Post-Covid Care (CPCC)
Follow - Up

Sabrina Guerrero is a 53-year old who presents for Post Covid Follow Up.
Patient complains of the following Symptoms: Fatigue, Headache, Brain Fog, and Shortness of Breath (mostly on exertion).

Ms. Guerrero reports Post-COVID Fatigue has improved on some days. States that when she gets to feeling better and tries to add more tasks in the day it takes her 3 - 5 days to recover back to baseline. Reports that she is trying to pace herself and take breaks. States that she is trying to stop taking naps but still has to take a nap on some days. Reports that she still is unable to complete tasks without taking breaks. States that she is following Anti-Inflammatory Diet the best that she can, drinking increased amount of water, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Reports that she does exercise moving arms and

legs 3 times per week.

Ms. Guerrero reports Post-COVID Headaches have not improved. States that she has some kind of headache every day. Reports that some days are worse than others. States that stress makes headaches become worse and there are days that when she wakes with a pounding Headache. Reports that she also wakes up in the middle of the night wearing CPAP with a pounding Headache and thinks it could be related to CPAP use. States that she is scheduled to see Dr. Kanna Neurologist with Tennova on 11/11/22 for Headaches. Reports that when she gets a Headache she sometimes takes Tylenol which does not really help, tries to relax/rest, closes her eyes, sometimes uses a cold cap, and creates a very calm quite environment which helps at times depending on intensity of Headache. States that she has made an appointment to have vision check at Baptist Eye 12/8/22.

Ms. Guerrero reports Post-COVID Brain Fog has improved some. State that her family reports that her Brain Fog has not improved. Reports that she continues to have memory issues, has to write stuff down to keep up with things, has difficulty finding words, and loses her train of thought during conversations. States that she is unable to multi-task which was unusual for her Pre-COVID. Reports that she is following Anti-Inflammatory Diet the best that she can, drinking increased amount of water, and taking Zinc, Omega 3's, B12, Probiotic, Magnesium, Vitamin A, Vitamin C, Calcium and Multivitamin. States that she continues to go to Speech Therapy at UT Medical Center with Michaela Johnson with follow visit scheduled for next week.

Ms. Guerrero reports Post-COVID Shortness of Breath has not improved. States that she only becomes Short of Breath with activity/exertion. Reports that doing chores such as putting laundry in to wash, hanging up clothes, or sweeping the floor causes increased Shortness of Breath. States that she tries to walk at a leisurely pace so that she does not become Short of Breath. Reports that when she becomes Short of Breath she uses Albuterol Inhaler, sits down to rest, and usually recovers within 30 minutes. States that she continues to see Dr. Bakshi Pulmonologist and has her doing breathing exercises daily.

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:
**Outpatient Encounter Medications as of 11/1/2022**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as | | |

| | |
|---|---|
| | needed for cough. |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. |
| • CALCIUM CITRATE PO | Take by mouth. |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other day |
| • escitalopram (Lexapro) 20 MG tablet | Take 20 mg by mouth daily. |
| • famotidine (Pepcid) 40 MG tablet | Take 40 mg by mouth daily. |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth every 8 (eight) hours as needed. |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • topiramate (Topamax) 50 MG tablet | Take 50 mg by mouth daily. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • valsartan (Diovan) 80 MG tablet | Take 80 mg by mouth daily. |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |

Last reviewed on 11/1/2022 1:53 PM by Pammela M Poore, NP

Medical History:
Sabrina has a past medical history of Anxiety, Bronchitis, COVID-19, Depression, Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).

This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Depression in her mother; Diabetes in her father; Heart disease in her father; Hyperlipidemia in her mother; Hypertension in her father; Pancreatic cancer in her father; Scoliosis in her mother.

Sabrina reports previous alcohol use.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports previous drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath **(on exertion)**.
Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for decreased concentration.

**Vitals:**

| | 11/01/22 1313 |
|---|---|
| BP: | 134/85 |
| Pulse: | 77 |
| Resp: | 18 |
| Temp: | 97.3 °F (36.3 °C) |
| TempSrc: | Oral |
| SpO2: | 96% |
| Weight: | **(!) 161 kg (355 lb)** |
| Height: | 5' 5" (1.651 m) |

No LMP recorded.

**Physical Exam**
Constitutional:
Appearance: Normal appearance. She is obese.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal.
Comments: **Decreased breath sounds**
Abdominal:

General: Bowel sounds are normal.
Palpations: Abdomen is soft.

Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion.

Skin:
General: Skin is warm and dry.
Capillary Refill: Capillary refill takes 2 to 3 seconds.

Neurological:
General: No focal deficit present.
Mental Status: She is alert and oriented to person, place, and time.

Psychiatric:
Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.

PHQ-9 Depression Scale - Tue November 01, 2022

| Row Name | 1329 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Little interest or pleasure in doing things | Several days 11/01/22 1331 |
| Feeling down, depressed, or hopeless | Several days 11/01/22 1331 |
| PHQ-2 Total Score | 2 11/01/22 1331 |
| Trouble falling or staying asleep, or sleeping too much | More than half the days 11/01/22 1331 |
| Feeling tired or having little energy | More than half the days 11/01/22 1331 |
| Poor appetite or overeating | Several days 11/01/22 1331 |
| Feeling bad about yourself - or that you are a failure or have let yourself or your family down | Several days 11/01/22 1331 |
| Trouble concentrating on things, such as reading the newspaper or watching television | Several days 11/01/22 1331 |
| Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual | Not at all 11/01/22 1331 |
| Thoughts that you would be better off dead, or of hurting yourself in some way | Not at all 11/01/22 1331 |
| PHQ-9 Total Score | 9 11/01/22 1331 |
| If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Somewhat difficult 11/01/22 1331 |

**Problem List Items Addressed This Visit**

- **Post-COVID syndrome - Primary**

  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero reports continued Post-COVID symptoms of Fatigue, Headache, Brain Fog, and Shortness of Breath (mostly on exertion).

  I have spent greater than 40 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

  Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to continue breathing exercises, try to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

  Patient declines Physical Therapy for strengthening and endurance at this time. Will consider Physical Therapy after she finishes Speech Therapy.

  Lab Work ordered: TSH, Free T 3, Total T 4, B12, CBC, CMP, Vitamin D, Iron TIBC, and Ferritin to further evaluate Fatigue.

  Relevant Orders
  *Thyroid Stimulating Hormone (TSH) (Completed)*
  *T3, Free (Completed)*
  *T4 Total (Thyroxine) (Completed)*
  *Vitamin B12 Level (Completed)*
  *CBC with Differential (Automated or Manual Diff as Indicated) (Completed)*
  *Comprehensive Metabolic Panel (Completed)*
  Vitamin D,1,25-Dihydroxy Level
  *Iron and TIBC (Completed)*
  *Ferritin (Completed)*

- **Post-COVID chronic headache**

  Encouraged patient to drink plenty of fluids, continue to take OTC pain reliever, rest in quiet darkened room, applying Cold Cap to head, and try to avoid stress to help relieve headaches.

  Patient was referred to Neurology for Headaches via CPCC and is scheduled to see Dr. Arvo Kanna Neurologist with Tennova on 11/11/22.

Scheduled for Vision Check at Baptist Eye Surgeons on 12/8/22.

- **Post-COVID chronic dyspnea**
  Patient currently using Albuterol 90 mcg PRN, Zyrtec 10 mg, and CPAP HS.

  Encouraged patient to continue taking all medications as prescribed. Continue breathing exercises to improve lung function.

  Follow up appointment with Dr. Bakshi Pulmonologist scheduled for 11/08/22.

- **Brain fog**
  Encourage patient to continue Anti-Inflammatory Diet, drinking eight 8 oz glasses of water a day, start walking as tolerated, and continue taking Zinc, Omega 3's, B12, Probiotic, Magnesium, Vitamin A, Vitamin C, Calcium and Multivitamin. Encourage patient to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

  Continue Speech Therapy with Michaela Johnson at UT Medical Center.

**Results for orders placed or performed in visit on 11/01/22**

**Thyroid Stimulating Hormone (TSH)**

| Result | Value | Ref Range |
|---|---|---|
| TSH | 2.73 | 0.36 - 3.70 uIU/mL |
| Comment: | High serum biotin levels will interfere with this test causing artifactually low results. This may occur with high dose supplementation/therapy. If results do not correlate with other clinical and laboratory findings, biotin interference should be considered. Repeat testing at least 72 hours after discontinuing biotin is recommended. | |

**T3, Free**

| Result | Value | Ref Range |
|---|---|---|
| Free T3 (Triiodothyronine) | 2.9 | 2.3 - 4.2 pg/mL |
| Comment: | High serum biotin levels will interfere with this test causing artifactually low results. This may occur with high dose supplementation/therapy. If results do not correlate with other clinical and laboratory findings, biotin interference should be considered. Repeat testing at least 72 hours after discontinuing biotin is recommended. | |

**T4 Total (Thyroxine)**

| Result | Value | Ref Range |
|---|---|---|
| T4, Total | 8.5 | 5.5 - 11.0 ug/dL |

**Vitamin B12 Level**

| Result | Value | Ref Range |
|---|---|---|
| Vitamin B12 | 832 | 193 - 986 pg/mL |
| Comment: | High serum biotin levels will interfere with this test causing artifactually low results. This may occur with high dose supplementation/therapy. If results do not | |

correlate with other clinical and laboratory findings, biotin interference should be considered. Repeat testing at least 72 hours after discontinuing biotin is recommended.

**CBC with Differential (Automated or Manual Diff as Indicated)**

| Result | Value | Ref Range |
|---|---|---|
| WBC | 10.1 | 3.5 - 10.5 K/uL |
| RBC | 5.51 (H) | 3.90 - 5.10 M/uL |
| Hemoglobin | 16.6 (H) | 12.4 - 15.2 g/dL |
| Hematocrit | 49.3 (H) | 36.0 - 46.0 % |
| MCV | 89.5 | 80.0 - 100.0 fL |
| MCH | 30.1 | 26.0 - 34.0 pg |
| MCHC | 33.6 | 31.0 - 37.0 g/dL |
| RDW | 14.1 | 12.0 - 15.0 % |
| Platelet Count | 262 | 150 - 450 K/uL |
| MPV | 8.7 | 7.4 - 10.4 fL |
| Neutrophils % | 65 | 45 - 75 % |
| Lymphocytes % | 26 | 20 - 50 % |
| Monocytes % | 6 | 0 - 8 % |
| Eosinophils % | 3 | 0 - 5 % |
| Basophils % | 1 | 0 - 2 % |
| nRBC | 0 | /100 WBC |
| Neutrophils # | 6.5 | 1.5 - 7.0 K/uL |
| Lymphocytes # | 2.6 | 0.8 - 4.0 K/uL |
| Monocytes # | 0.6 | 0.0 - 0.9 K/uL |
| Eosinophils # | 0.3 | 0.0 - 0.6 K/uL |
| Basophils # | 0.1 | 0.0 - 0.2 K/uL |
| nRBC # | 0.0 | % /100 WBCs |

**Comprehensive Metabolic Panel**

| Result | Value | Ref Range |
|---|---|---|
| Sodium | 141 | 136 - 145 mmol/L |
| Potassium | 3.8 | 3.5 - 5.1 mmol/L |
| Chloride | 113 (H) | 98 - 107 mmol/L |
| CO2 | 17 (L) | 22 - 32 mmol/L |
| Anion Gap | 11 | 5 - 15 mmol/L |
| BUN | 17 | 7 - 18 mg/dL |
| Creatinine | 0.57 (L) | 0.60 - 1.10 mg/dL |
| Glucose | 71 | 70 - 99 mg/dL |
| Calcium | 9.2 | 8.5 - 10.6 mg/dL |
| Albumin | 3.7 | 3.4 - 5.0 g/dL |
| Total Protein | 8.2 | 6.4 - 8.2 g/dL |
| Alkaline Phosphatase | 167 (H) | 45 - 117 U/L |
| ALT | 48 | 13 - 59 U/L |
| AST | 16 | 15 - 37 U/L |
| Bilirubin, Total | 0.2 | 0.2 - 1.0 mg/dL |
| BUN Creatinine Ratio | 30 | Ratio |
| Calcium (Corrected For Albumin) | 9.4 | 8.5 - 10.6 mg/dL |
| Calculated Osmolality | 281 | 266 - 293 mOsm/L |
| eGFR Non-African American | 106 | >=60 ml/min/SA |
| eGFR African American | 123 | >=60 ml/min/SA |
| Comment: | eGFR Interpretative Data: | |

Expected Reference Interval: >= 60 mL/min/1.73 square meters
Value is based on the CKD-EPI equation

CKD stages: I:>90 II:60-89 III:30-59 IV:15-29 V:<15
Estimated GFR (eGFR) calculated using the CKD-EPI equation. Results should be interpreted with caution in situations that predispose to inaccuracies of the eGFR, including non-steady state creatinine (acute kidney injury), extremes of muscle mass/body size, high protein diets/supplement use, dialysis, loss of extracellular fluid, drugs interfering with renal tubular secretion (eg cimetidine, trimethoprim) or gut creatinase activity (antibiotics),and analytic interferences related to altered metabolites (glucose, ketones, bilirubin) or drugs. This equation has been validated using predominantly US/European black and white populations; accuracy in other races/ethnicities is not well defined.

**Iron and TIBC**

| Result | Value | Ref Range |
|---|---|---|
| Iron | 73 | 50 - 175 ug/dL |
| % Saturation | 13 (L) | 20 - 50 % |
| TIBC | 554 (H) | 250 - 450 ug/dL |

**Ferritin**

| Result | Value | Ref Range |
|---|---|---|
| Ferritin | 47 | 8-388 ng/mL ng/mL |
| Comment: | High serum biotin levels will interfere with this test causing artifactually low results. This may occur with high dose supplementation/therapy. If results do not correlate with other clinical and laboratory findings, biotin interference should be considered. Repeat testing at least 72 hours after discontinuing biotin is recommended. | |

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or “sound-alike” substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred*

Return in about 8 weeks (around 12/27/2022).

**Messages**

**Patient Medical History**

| From | To | Sent |
| --- | --- | --- |
| Guerrero, Sabrina | Pammela M Poore, NP | 10/31/2022 4:16 PM |

History questionnaire submitted on Monday October 31, 2022 at 4:15:46 PM
Questionnaire: Patient Medical History
Patient: Sabrina Guerrero [12141403]

Medical History:

Question: Anemia
Response: Yes
Date: Unsure Comments: History

Question: Diabetes Type 1 or 2
Response: No
Date: Comments:

Question: Previous Heart Attack
Response: No
Date: Comments:

Question: Anxiety
Response: Yes
Date: Unsure Comments:

Question: Emphysema
Response: No
Date: Comments:

Question: Nerve or Muscle Disease
Response: No
Date: Comments:

Question: Arthritis
Response: Yes
Date: Unsure Comments:

Question: Acid Reflux
Response: No
Date: Comments:

Question: Brittle Bones
Response: No
Date: Comments:

Question: Asthma
Response: No
Date: Comments:

Question: Glaucoma
Response: No
Date: Comments:

Question: Seizures
Response: No
Date: Comments:

Question: Cancer
Response: Yes
Date: Unsure Comments: Basal cell forhead

Question: Heart Murmur
Response: No
Date: Comments:

Question: Sickle Cell Anemia
Response: No
Date: Comments:

Question: Cataracts
Response: No
Date: Comments:

Question: Hepatitis
Response: No
Date: Comments:

Question: Stroke
Response: No
Date: Comments:

Question: Congestive Heart Failure
Response: No
Date: Comments:

Question: HIV or AIDS
Response: No
Date: Comments:

Question: Substance Abuse
Response: No
Date: Comments:

Question: Bleeding Problems
Response: No
Date: Comments:

Question: High Blood Pressure
Response: Yes
Date: Unsure Comments:

Question: Thyroid Disease
Response: Yes
Date: Unsure Comments: Parathyroid

Question: COPD or Chronic Bronchitis
Response: No
Date: Comments:

Question: Kidney Disease
Response: No
Date: Comments:

Question: Tuberculosis (TB)
Response: No
Date: Comments:

Question: Depression
Response: Yes
Date: Unsure Comments:

Question: Brain or Spinal Cord Infection
Response: No
Date: Comments:

Question: Ulcers
Response: No

Date: Comments:

Question: High Cholesterol
Response: No
Date: Comments:

Question: Seasonal Allergies
Response: No
Date: Comments:

Question: Overactive Thyroid
Response: No
Date: Comments:

Question: Coronary Artery Disease
Response: No
Date: Comments:

Question: Underactive Thyroid
Response: No
Date: Comments:

Surgical History:

Question: Appendectomy
Response: No
Date: Comments:

Question: Brain surgery
Response: No
Date: Comments:

Question: Breast surgery
Response: No
Date: Comments:

Question: Heart bypass
Response: No
Date: Comments:

Question: Gallbladder removal

Response: Yes
Date: 2001 Comments:

Question: Colon / large intestine surgery
Response: No
Date: Comments:

Question: Colonoscopy
Response: Yes
Date: Comments:

Question: Plastic surgery
Response: No
Date: Comments:

Question: C-Section
Response: No
Date: Comments:

Question: Fracture surgery
Response: No
Date: Comments:

Question: Eye surgery
Response: No
Date: Comments:

Question: Joint replacement
Response: No
Date: Comments:

Question: Hernia repair
Response: Yes
Date: 2020 Comments:

Question: Hysterectomy
Response: No
Date: Comments:

Question: Lumpectomy
Response: No
Date: Comments:

Question: Small intestine surgery
Response: No
Date: Comments:

Question: Spine surgery
Response: No
Date: Comments:

Question: Tonsillectomy
Response: No
Date: Comments:

Question: Tubes tied
Response: No
Date: Comments:

Question: Heart valve replacement
Response: No
Date: Comments:

Family History:

Problem: Cancer

Relation: Father
Name: Edward White Jr
Comments: Pancreatic cancer Stage IV Deceased

Problem: Heart Disease

Relation: Father
Name: Edward White Jr
Comments: Deceased

Relation: Maternal Grandfather
Name: Leomia House
Comments: Deceased

Relation: Sister
Name: Joyce White Foster
Comments: Deceased

Problem: High Blood Pressure

Relation: Father
Name: Edward White Jr
Comments:

Problem: High Cholesterol

Relation: Mother
Name: Brenda White
Comments:

Problem: Diabetes Type 1 or 2

Relation: Father
Name: Edward White Jr
Comments:

Relation: Brother
Name: Gregory White
Comments: Type II

Problem: Migraines or Headaches

Relation: Brother
Name: Gregory White
Comments:

Problem: Stroke

Relation: Father
Name: Edward White Jr
Comments:

Relation: Paternal Grandfather
Name: Edward H White
Comments:

Tobacco History:

Question: How often do you smoke?

Response: Former Smoker
What type of smoking tobacco do you use?:
How many packs do you smoke per day?: 0
How many years have you been smoking Tobacco?: 0
If you are/were a smoker, when did you start?: 1/4/1988
If you are a former smoker, when did you quit?:
7/14/1990
Question: How often do you use smokeless tobacco?
Response: Never Used
Question: Are you ready to quit smoking?
Response: No Response
Comments: Light smoker when I did smoke

Substance and Sexual Activity History:

Question: Do you consume Alcohol?
Response: Not Currently
How many drinks per week do you consume?: 0 Glasses of wine, 0 Cans of beer, 0 Shots of liquor, 0 Standard drinks or equivalent
Comments:

Question: Do you use any illicit drugs?
Response: Never

Question: Are you sexually active?
Response: Yes
Partners: Male
What types of Birth control or Proctection do you use?: Post-menopausal, None
Comments:

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Guerrero, Sabrina | Pammela M Poore, NP | 10/31/2022 4:07 PM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Primary Reason for Visit

Question: What is the primary reason for your visit?
Answer: Other

Questionnaire: Other

Question: Please describe your symptoms.
Answer: Continued Long Covid Symptoms: brain fog, memory deficits, extreme fatigue, lethargy, shortness of breath with activity, headaches

Question: Have you had these symptoms before?
Answer: Yes

Question: How long have you been having these symptoms?
Answer: For more than a month

Question: Please list any medications you are currently taking for this condition.
Answer:

Question: Please describe any probable cause for these symptoms.
Answer: Long covid

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Guerrero, Sabrina | Pammela M Poore, NP | 10/31/2022 4:03 PM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Communicable Disease Screening

Question: Do you have any of the following new or worsening symptoms?
Answer: Cough
Fatigue
Joint pain
Severe headache
Shortness of breath

Question: In the last 10 days, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19?

**Messages (continued)**

Answer: No / Unsure

Question: Have you had a COVID-19 viral test in the last 10 days?
Answer: No

**Questionnaires**

**Legend:**

**Triggered a BPA Scoring question**

**Travel Screening**

| **Question** | **10/31/2022 4:03 PM EST - Filed by Patient** |
|---|---|
| Do you have any of the following new or worsening symptoms? | Cough<br>Fatigue<br>Joint pain<br>Severe headache<br>Shortness of breath |
| In the last 10 days, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19? | No / Unsure |
| Have you had a COVID-19 viral test in the last 10 days? | No |

**Mychart Patient-Entered Hpi Selection Questionnaire**

| **Question** | **10/31/2022 4:07 PM EST - Filed by Patient** |
|---|---|
| What is the primary reason for your visit? | Other |
| Please describe your symptoms. | Continued Long Covid Symptoms: brain fog, memory deficits, extreme fatigue, lethargy, shortness of breath with activity, headaches |
| Have you had these symptoms before? | Yes |
| How long have you been having these symptoms? | For more than a month |
| Please list any medications you are currently taking for this condition. | |
| Please describe any probable cause for these symptoms. | Long covid |

**Referral**

No documentation.

**Documents**

**Confirmation of Email Address - Electronic signature on 10/31/2022 4:17 PM (effective from 10/31/2022) - E-signed**

Ballad Health Medical Associates

## Confirmation of Email Address

**Page 1 of 1**

**Patient Medical Record Documentation and Your Email Address**

As part of Ballad Health's commitment to ensuring accurate and complete electronic medical records, we need to collect an email address as part of your patient information.

----------------------------------------------------------------------------------------------------------------------

**Use of Email Address**

In this age of technological communication, email addresses are as common - if not more so - than phone or fax numbers. As email use becomes more prevalent, Ballad must ensure it maintains complete and comprehensive records - including contact information - to communicate with patients under certain circumstances.

Your email address will not be sold to other entities for any reason or otherwise provided to third parties for non-Ballad use unless required for legal reasons. Just as Wellmont takes the security of your health information seriously, we commit to responsibly maintaining and using your email address and contact information.

We may communicate with you periodically about important health topics. However, patient medical information will not be communicated using your email address.

Patients who do not have an email address should denote below and sign this form, which will remain on file as part of their patient record.

----------------------------------------------------------------------------------------------------------------------

**Confirmation of Email Address**

Email Address:

Patient Signature: Confirmation of Email Address — *Sabrina Guerrero* — Electronically signed for Sabrina Guerrero

Form # MS- 6783

**After Visit Summary - Document on 11/1/2022 3:04 PM: After Visit Summary (AVS)**

Document (below)

# AFTER VISIT SUMMARY

BalladHealth

**Sabrina Guerrero** MRN: 12141403 — 11/1/2022 1:00 PM — BHMA Center for Post Covid Care 423-224-2369

## Instructions

Return in about 8 weeks
(around 12/27/2022).

## What's Next

| Date | Appointment | Location |
|---|---|---|
| DEC 28 2022 | Post Covid Follow Up Visit with Pammela M Poore, NP<br>Wednesday December 28 1:00 PM | BHMA Center for Post Covid Care<br>2204 Pavilion Dr<br>Suite 110<br>Kingsport TN<br>37660-4651<br>423-224-2369 |
| DEC 28 2022 | INITIAL SOCIAL WORK EVALUATION with ERICA L HUBBARD, Mental Health Therapist<br>Wednesday December 28 2:00 PM | BHMA Center for Post Covid Care<br>2204 Pavilion Dr<br>Suite 110<br>Kingsport TN<br>37660-4651<br>423-224-2369 |

## Today's Visit

You saw Pammela M Poore, NP on Tuesday November 1, 2022 for: Post Covid Follow Up.

| | |
|---|---|
| Blood Pressure: 134/85 | BMI: 59.08 |
| Weight: 355 lb | Height: 5' 5" |
| Temperature (Oral): 97.3 °F | Pulse: 77 |
| Respiration: 18 | Oxygen Saturation: 96% |

### Done Today

- Thyroid Stimulating Hormone (TSH)
- T3, Free
- T4 Total (Thyroxine)
- Vitamin B12 Level
- CBC with Differential (Automated or Manual Diff as Indicated)
- Comprehensive Metabolic Panel
- Vitamin D,1,25-Dihydroxy Level
- Iron and TIBC
- Ferritin

## MyChart

View your After Visit Summary and more online at https://mychart.balladhealth.org/mychart/.

Your Medication List as of November 1, 2022 3:04 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| ALBUTEROL IN | Inhale 90 mcg into the lungs. |
| **aspirin** 81 MG EC tablet<br>Commonly known as: Ecotrin | Take 81 mg by mouth. |
| **benzonatate** 100 MG capsule<br>Commonly known as: Tessalon | Take 100 mg by mouth 3 (three) times a day as needed for cough. |
| **calcitriol** 0.5 MCG capsule<br>Commonly known as: Rocaltrol | Take 0.5 mcg by mouth. |
| CALCIUM CITRATE PO | Take by mouth. |
| **cetirizine** 10 MG tablet<br>Commonly known as: ZyrTEC | Take 10 mg by mouth. |
| **ergocalciferol** 1.25 MG (50000 UT) capsule<br>Commonly known as: Vitamin D2 | Every other day |
| **escitalopram** 20 MG tablet<br>Commonly known as: Lexapro | Take 20 mg by mouth daily. |
| **famotidine** 40 MG tablet<br>Commonly known as: Pepcid | Take 40 mg by mouth daily. |
| HYOSCYAMINE PO | Take 4 mg by mouth. |
| MAG-OX PO | Take 400 mg by mouth daily. |
| **meloxicam** 15 MG tablet<br>Commonly known as: Mobic | meloxicam 15 mg tablet |
| **minocycline** 100 MG capsule<br>Commonly known as: Minocin | 2 (two) times a day. |
| **Omega-3** 1000 MG Caps | Take 1,000 mg by mouth daily. |
| **ondansetron** 4 MG tablet<br>Commonly known as: Zofran | Take 4 mg by mouth every 8 (eight) hours as needed. |
| OZEMPIC (1 MG/DOSE) SC | Inject under the skin. |
| PROBIOTIC PO | Take 1 capsule by mouth. |
| **topiramate** 50 MG tablet<br>Commonly known as: Topamax | Take 50 mg by mouth daily. |
| UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| **valsartan** 80 MG tablet<br>Commonly known as: Diovan | Take 80 mg by mouth daily. |

Your Medication List (continued) as of November 1, 2022 3:04 PM

| | |
|---|---|
| **VITAMIN A PO** | Take by mouth daily. 30,000 mcg |
| **Vitamin B-12** 1000 MCG Subl | Place under the tongue. Every other day |
| **vitamin C** 1000 MG tablet | Take 1,000 mg by mouth daily. |
| **ZINC PO** | Take 100 mg by mouth daily. |

Future Appointment Instructions

**Patient Reminders:**

- Please bring all of your medications in the original bottles to each of your visits. Your doctor needs to see medications prescribed by other doctors as well as any over-the-counter medications and supplements you are taking. If you fail to do so then you may be asked to reschedule your appointment. This is crucial to your HEALTH and our health care team.
- At your next appointment, please let us know if you have been seen by another health care provider, especially the ER/Urgent Care/Hospital, to ensure our records are complete.
- Please notify the nurse/doctor if you have had any of the following procedures performed and where you have had them.
  - Labs/radiology
  - Vaccinations
  - Eye exam
  - Podiatry exam
  - Colonoscopy
  - Gynecological visit
  - Mammogram

Health Maintenance

| | Date Due |
|---|---|
| Colorectal Cancer Screening | **Never done** |
| Mammogram | **Never done** |
| Lipid Panel | **Never done** |
| Pap Smear | **Never done** |
| Covid 19 Vaccine Series (3 - Booster for Pfizer series) | **06/25/2021** |
| Influenza Vaccine (1) | **Never done** |

View Your Health Information Online

Our records indicate that you have an active MyChart account.

You can view your After Visit Summary by going to **www.balladhealth.org/mychart** and logging in with your MyChart username and password. If you don't have a MyChart username and password but a parent or guardian has access to your record, the parent or guardian should login with their own MyChart username and password and access your record to view the After Visit Summary.

**11/01/2022 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)**

**Documents (continued)**

View Your Health Information Online (continued)

Encounter-Level Documents:

There are no encounter-level documents.

Sabrina Guerrero (MRN: 12141403) (CSN: 10099042914) • Printed at 11/1/2022 3:04 PM Page 4 of 4 Epic

**Orders - Scan on 12/14/2022 8:44 PM**

Scan (below)

## 11/01/2022 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

**Documents (continued)**

Guerrero, Sabrina (MRN: 12141403) DOB:

Label Here

**Hospital Lab (Beaker) E-Req Ballad Health System**

**Hospital Lab (Beaker)** **E-Req - Ballad Health System** **Page 1 of 1**

| | |
|---|---|
| **Account #:** 11306992 | **Collection Date:** |
| **BH Lab (Beaker)** | **Collection Time:** |

| **Client / Ordering Site Information:** | | **Physician Information:** | |
|---|---|---|---|
| Account Name: | BHMA Center for Post Covid Care | Ordering: | Poore, Pammela M |
| Address 1: | 2204 Pavilion Dr | Degree: | NP |
| Address 2: | Suite 110 | NPI: | 1982175501 |
| City, State Zip: | Kingsport, TN 37660-4651 | UPIN: | |
| Phone: | 423-224-2369 | Physician ID: | 1982175501 |

| **Patient Information:** | | | |
|---|---|---|---|
| Name: | GUERRERO,SABRINA | Date of Birth: | (53 years) |
| Gender: | Female | Phone: | |
| SSN: | | Address: | |
| Patient ID: | 12141403 | | |

**Comments:**

| Order Code | Tests Ordered (Total: 1) | Order Code | Tests Ordered |
|---|---|---|---|
| LAB68 | Ferritin | | |

**Specimen Source:**

**Diagnosis Codes:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| G93.32 | U09.9 | | | | | | |

**Bill Type:** Third-Party

GUERRERO, SABRINA 10099042914
BHMA Center 53 yrs F

## 11/01/2022 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

**Documents (continued)**

Guerrero, Sabrina (MRN: 12141403) DOB:

| Responsible Party / Guarantor Information: | |
|---|---|
| Name: | GUERRERO,SABRINA |
| Address: | |
| City, State Zip: | |
| Phone: | |
| Relation to Pt: | Self |
| Employer Name: | |

| ABN: | Worker's Comp: N | Date of Injury: |
|---|---|---|

**Insurance Information:**

| Primary Insurance: | | Secondary Insurance: | |
|---|---|---|---|
| Ins Co Name: | BLUE CROSS TN NETWORK S | Ins Co Name: | |
| Address 1: | 1 Cameron Hill Circle Ste 0002 | Address 1: | |
| Address 2: | | Address 2: | |
| City, State Zip: | Chattanooga, TN 37402-0002 | City, State Zip: | |
| Policy Number: | STTS00402622 | Policy Number: | |
| Group #: | 80860 | Group #: | |
| **Primary Policy Holder / Insured:** | | **Secondary Policy Holder / Insured:** | |
| Name: | GUERRERO,SABRINA | Name: | |
| Address: | | Address: | |
| Pt Relation to Subscriber: | Self | Pt Relation to Subscriber: | |

Electronically signed by: Pammela M Poore, NP

GUERRERO, SABRINA 10099042914
BHMA Center 53 yrs F

Guerrero, Sabrina (MRN: 12141403) DOB:

| Label Here | **WMA Lab at Kingsport E-Req <Wellmont Health System>** |
|---|---|

**WMA Lab at Kingsport** **E-Req - <Wellmont Health System>** **Page 1 of 1**

| | |
|---|---|
| **Account #:** | **Collection Date:** |
| **WMA Lab** | **Collection Time:** |

| **Client / Ordering Site Information:** | **Physician Information:** |
|---|---|
| Account Name: | Ordering: Poore, Pammela M |
| Address 1: | Degree: NP |
| Address 2: | NPI: 1982175501 |
| City, State Zip: | UPIN: |
| Phone: | Physician ID: 1982175501 |

| **Patient Information:** | |
|---|---|
| Name: GUERRERO,SABRINA | Date of Birth: (53 years) |
| Gender: Female | Phone: |
| SSN: | Address: |
| Patient ID: 12141403 | |

**Comments:**

| Order Code | Tests Ordered | (Total: 1) | Order Code | Tests Ordered |
|---|---|---|---|---|
| Not on file | Iron and TIBC | | | |

**Specimen Source:**

| **Diagnosis Codes:** | | | | | | | |
|---|---|---|---|---|---|---|---|
| G93.32 | U09.9 | | | | | | |

**Bill Type:** Third-Party

GUERRERO, SABRINA 10099042914
BHMA Cente 53 yrs F

Guerrero, Sabrina (MRN: 12141403) DOB:

| **Responsible Party / Guarantor Information:** | |
|---|---|
| **Name:** | GUERRERO,SABRINA |
| **Address:** | |
| **City, State Zip:** | |
| **Phone:** | |
| **Relation to Pt:** | Self |
| **Employer Name:** | |

| **ABN:** | **Worker's Comp:** N | **Date of Injury:** |
|---|---|---|

**Insurance Information:**

| **Primary Insurance:** | | **Secondary Insurance:** | |
|---|---|---|---|
| **Ins Co Name:** | BLUE CROSS TN NETWORK S | **Ins Co Name:** | |
| **Address 1:** | 1 Cameron Hill Circle Ste 0002 | **Address 1:** | |
| **Address 2:** | | **Address 2:** | |
| **City, State Zip:** | Chattanooga, TN 37402-0002 | **City, State Zip:** | |
| **Policy Number:** | STTS00402622 | **Policy Number:** | |
| **Group #:** | 80860 | **Group #:** | |
| **Primary Policy Holder / Insured:** | | **Secondary Policy Holder / Insured:** | |
| **Name:** | GUERRERO,SABRINA | **Name:** | |
| **Address:** | | **Address:** | |
| **Pt Relation to Subscriber:** | Self | **Pt Relation to Subscriber:** | |

Electronically signed by: Pammela M Poore, NP

GUERRERO, SABRINA 10099042914
BHMA Center 53 yrs F

## 11/01/2022 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

**Documents (continued)**

Guerrero, Sabrina (MRN: 12141403) DOB:

| Label Here |
|---|
| |

**Hospital Lab (Beaker) E-Req Ballad Health System**

**Hospital Lab (Beaker)** **E-Req - Ballad Health System** **Page 1 of 1**

| | |
|---|---|
| **Account #:** 11306992 | **Collection Date:** |
| **BH Lab (Beaker)** | **Collection Time:** |

| **Client / Ordering Site Information:** | | **Physician Information:** | |
|---|---|---|---|
| Account Name: | BHMA Center for Post Covid Care | Ordering: | Poore, Pammela M |
| Address 1: | 2204 Pavilion Dr | Degree: | NP |
| Address 2: | Suite 110 | NPI: | 1982175501 |
| City, State Zip: | Kingsport, TN 37660-4651 | UPIN: | |
| Phone: | 423-224-2369 | Physician ID: | 1982175501 |

| **Patient Information:** | | | |
|---|---|---|---|
| Name: | GUERRERO,SABRINA | Date of Birth: | (53 years) |
| Gender: | Female | Phone: | |
| SSN: | | Address: | |
| Patient ID: | 12141403 | | |

**Comments:**

| Order Code | Tests Ordered (Total: 1) | Order Code | Tests Ordered |
|---|---|---|---|
| LAB536 | Vitamin D,1,25-Dihydroxy Level | | |

**Specimen Source:**

| **Diagnosis Codes:** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| G93.32 | U09.9 | | | | | | | |
| Bill Type: Third-Party | | | | | | | | |

GUERRERO, SABRINA 10089042914
BHMA Center 53 yrs F

Guerrero, Sabrina (MRN: 12141403) DOB:

| **Responsible Party / Guarantor Information:** | |
|---|---|
| **Name:** | GUERRERO,SABRINA |
| **Address:** | |
| **City, State Zip:** | |
| **Phone:** | |
| **Relation to Pt:** | Self |
| **Employer Name:** | |

| | | | |
|---|---|---|---|
| **ABN:** | **Worker's Comp:** N | **Date of Injury:** | |

**Insurance Information:**

| **Primary Insurance:** | | **Secondary Insurance:** | |
|---|---|---|---|
| **Ins Co Name:** | BLUE CROSS TN NETWORK S | **Ins Co Name:** | |
| **Address 1:** | 1 Cameron Hill Circle Ste 0002 | **Address 1:** | |
| **Address 2:** | | **Address 2:** | |
| **City, State Zip:** | Chattanooga, TN 37402-0002 | **City, State Zip:** | |
| **Policy Number:** | STTS00402622 | **Policy Number:** | |
| **Group #:** | 80860 | **Group #:** | |
| **Primary Policy Holder / Insured:** | | **Secondary Policy Holder / Insured:** | |
| **Name:** | GUERRERO,SABRINA | **Name:** | |
| **Address:** | | **Address:** | |
| **Pt Relation to Subscriber:** | Self | **Pt Relation to Subscriber:** | |

Electronically signed by: Pammela M Poore, NP

GUERRERO, SABRINA 10099042914
BHMA Center 53 yrs F

Documents (continued)

Guerrero, Sabrina (MRN: 12141403) DOB:

| Label Here | WMA Lab at Kingsport E-Req <Wellmont Health System> |
|---|---|

WMA Lab at Kingsport    E-Req - <Wellmont Health System>    Page 1 of 1

| | |
|---|---|
| Account #: | Collection Date: |
| WMA Lab | Collection Time: |

| Client / Ordering Site Information: | Physician Information: |
|---|---|
| Account Name: | Ordering: Poore, Pammela M |
| Address 1: | Degree: NP |
| Address 2: | NPI: 1982175501 |
| City, State Zip: | UPIN: |
| Phone: | Physician ID: 1982175501 |

| Patient Information: | |
|---|---|
| Name: GUERRERO,SABRINA | Date of Birth: (53 years) |
| Gender: Female | Phone: |
| SSN: | Address: |
| Patient ID: 12141403 | |

Comments:

| Order Code | Tests Ordered (Total: 1) | Order Code | Tests Ordered |
|---|---|---|---|
| CMP | Comprehensive Metabolic Panel | | |

Specimen Source:

| Diagnosis Codes: | | | | | | | |
|---|---|---|---|---|---|---|---|
| G93.32 | U09.9 | | | | | | |

Bill Type: Third-Party

GUERRERO, SABRINA 10099042914
BHMA Center 53 yrs F

**Documents (continued)**

Guerrero, Sabrina (MRN: 12141403) DOB:

| Responsible Party / Guarantor Information: | |
|---|---|
| Name: | GUERRERO,SABRINA |
| Address: | |
| City, State Zip: | 4 |
| Phone: | |
| Relation to Pt: | Self |
| Employer Name: | |

| ABN: | Worker's Comp: N | Date of Injury: |
|---|---|---|

**Insurance Information:**

| Primary Insurance: | | Secondary Insurance: | |
|---|---|---|---|
| Ins Co Name: | BLUE CROSS TN NETWORK S | Ins Co Name: | |
| Address 1: | 1 Cameron Hill Circle Ste 0002 | Address 1: | |
| Address 2: | | Address 2: | |
| City, State Zip: | Chattanooga, TN 37402-0002 | City, State Zip: | |
| Policy Number: | STTS00402622 | Policy Number: | |
| Group #: | 80860 | Group #: | |
| **Primary Policy Holder / Insured:** | | **Secondary Policy Holder / Insured:** | |
| Name: | GUERRERO,SABRINA | Name: | |
| Address: | | Address: | |
| Pt Relation to Subscriber: | Self | Pt Relation to Subscriber: | |

Electronically signed by: Pammela M Poore, NP

GUERRERO, SABRINA 10098042914
BHMA Center 53 yrs F



Lincoln/Guerrero 0540

Guerrero, Sabrina (MRN: 12141403) DOB

| Label Here | **WMA Lab at Kingsport E-Req <Wellmont Health System>** |
|---|---|

**WMA Lab at Kingsport** **E-Req - <Wellmont Health System>** **Page 1 of 1**

| | |
|---|---|
| **Account #:** | **Collection Date:** |
| **WMA Lab** | **Collection Time:** |

| Client / Ordering Site Information: | | Physician Information: | |
|---|---|---|---|
| Account Name: | | Ordering: | Poore, Pammela M |
| Address 1: | | Degree: | NP |
| Address 2: | | NPI: | 1982175501 |
| City, State Zip: | | UPIN: | |
| Phone: | | Physician ID: | 1982175501 |

| Patient Information: | | | |
|---|---|---|---|
| Name: | GUERRERO,SABRINA | Date of Birth: | 9 (53 years) |
| Gender: | Female | Phone: | |
| SSN: | | Address: | |
| Patient ID: | 12141403 | | |

**Comments:**

| Order Code | Tests Ordered (Total: 1) | Order Code | Tests Ordered |
|---|---|---|---|
| ABC | CBC with Differential (Automated or Manual Diff as Indicated) | | |

**Specimen Source:**

| Diagnosis Codes: | | | | | | | |
|---|---|---|---|---|---|---|---|
| G93.32 | U09.9 | | | | | | |

**Bill Type:** Third-Party

GUERRERO, SABRINA 10099042914
BHMA Center 53 yrs F

**Documents (continued)**

Guerrero, Sabrina (MRN: 12141403) DOB:

| Responsible Party / Guarantor Information: | |
|---|---|
| Name: | GUERRERO,SABRINA |
| Address: | |
| City, State Zip: | |
| Phone: | |
| Relation to Pt: | Self |
| Employer Name: | |

| ABN: | Worker's Comp: N | Date of Injury: |
|---|---|---|

**Insurance Information:**

| Primary Insurance: | | Secondary Insurance: | |
|---|---|---|---|
| Ins Co Name: | BLUE CROSS TN NETWORK S | Ins Co Name: | |
| Address 1: | 1 Cameron Hill Circle Ste 0002 | Address 1: | |
| Address 2: | | Address 2: | |
| City, State Zip: | Chattanooga, TN 37402-0002 | City, State Zip: | |
| Policy Number: | STTS00402622 | Policy Number: | |
| Group #: | 80860 | Group #: | |
| **Primary Policy Holder / Insured:** | | **Secondary Policy Holder / Insured:** | |
| Name: | GUERRERO,SABRINA | Name: | |
| Address: | | Address: | |
| Pt Relation to Subscriber: | Self | Pt Relation to Subscriber: | |

Electronically signed by: Pammela M Poore, NP

GUERRERO, SABRINA 10099042914
BHMA Center 53 yrs F

Guerrero, Sabrina (MRN: 12141403) DOB:

Label Here

**Hospital Lab (Beaker) E-Req Ballad Health System**

**Hospital Lab (Beaker)** **E-Req - Ballad Health System** **Page 1 of 1**

| | |
|---|---|
| **Account #:** 11306992 | **Collection Date:** |
| **BH Lab (Beaker)** | **Collection Time:** |

| Client / Ordering Site Information: | Physician Information: |
|---|---|
| **Account Name:** BHMA Center for Post Covid Care | **Ordering:** Poore, Pammela M |
| **Address 1:** 2204 Pavilion Dr | **Degree:** NP |
| **Address 2:** Suite 110 | **NPI:** 1982175501 |
| **City, State Zip:** Kingsport, TN 37660-4651 | **UPIN:** |
| **Phone:** 423-224-2369 | **Physician ID:** 1982175501 |

| Patient Information: | |
|---|---|
| **Name:** GUERRERO,SABRINA | **Date of Birth:** (53 years) |
| **Gender:** Female | **Phone:** |
| **SSN:** | **Address:** |
| **Patient ID:** 12141403 | |

**Comments:**

| Order Code | Tests Ordered (Total: 1) | Order Code | Tests Ordered |
|---|---|---|---|
| LAB67 | Vitamin B12 Level | | |

**Specimen Source:**

**Diagnosis Codes:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| G93.32 | U09.9 | | | | | | |

**Bill Type:** Third-Party

GUERRERO, SABRINA 10089042914
BHMA Center 53 yrs F

**Orders - Scan on 12/14/2022 8:44 PM**

Scan (below)

Guerrero, Sabrina (MRN: 12141403) DOB:

| Label Here | Hospital Lab (Beaker) E-Req Ballad Health System |
|---|---|

Hospital Lab (Beaker) E-Req - Ballad Health System Page 1 of 1

| | |
|---|---|
| Account #: 11306992 | Collection Date: |
| BH Lab (Beaker) | Collection Time: |

| Client / Ordering Site Information: | | Physician Information: | |
|---|---|---|---|
| Account Name: | BHMA Center for Post Covid Care | Ordering: | Poore, Pammela M |
| Address 1: | 2204 Pavilion Dr | Degree: | NP |
| Address 2: | Suite 110 | NPI: | 1982175501 |
| City, State Zip: | Kingsport, TN 37660-4651 | UPIN: | |
| Phone: | 423-224-2369 | Physician ID: | 1982175501 |

| Patient Information: | | | |
|---|---|---|---|
| Name: | GUERRERO,SABRINA | Date of Birth: | (53 years) |
| Gender: | Female | Phone: | |
| SSN: | | Address: | |
| Patient ID: | 12141403 | | |

Comments:

| Order Code | Tests Ordered (Total: 1) | Order Code | Tests Ordered |
|---|---|---|---|
| LAB126 | T4 Total (Thyroxine) | | |

Specimen Source:

| Diagnosis Codes: | | | | | | | |
|---|---|---|---|---|---|---|---|
| G93.32 | U09.9 | | | | | | |
| Bill Type: | Third-Party | | | | | | |

GUERRERO, SABRINA 10099042914
BHMA Center 53 yrs F

**Documents (continued)**

Guerrero, Sabrina (MRN: 12141403) DOB:

| Responsible Party / Guarantor Information: | |
|---|---|
| Name: | GUERRERO,SABRINA |
| Address: | |
| City, State Zip: | |
| Phone: | |
| Relation to Pt: | Self |
| Employer Name: | |

| ABN: | Worker's Comp: N | Date of Injury: |
|---|---|---|

**Insurance Information:**

| Primary Insurance: | | Secondary Insurance: | |
|---|---|---|---|
| Ins Co Name: | BLUE CROSS TN NETWORK S | Ins Co Name: | |
| Address 1: | 1 Cameron Hill Circle Ste 0002 | Address 1: | |
| Address 2: | | Address 2: | |
| City, State Zip: | Chattanooga, TN 37402-0002 | City, State Zip: | |
| Policy Number: | STTS00402622 | Policy Number: | |
| Group #: | 80860 | Group #: | |
| **Primary Policy Holder / Insured:** | | **Secondary Policy Holder / Insured:** | |
| Name: | GUERRERO,SABRINA | Name: | |
| Address: | | Address: | |
| Pt Relation to Subscriber: | Self | Pt Relation to Subscriber: | |

Electronically signed by: Pammela M Poore, NP

GUERRERO, SABRINA 10033042914
BHMA Center 53 yrs F

## 11/01/2022 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

**Documents (continued)**

Guerrero, Sabrina (MRN: 12141403) DOB:

| Label Here | **Hospital Lab (Beaker) E-Req Ballad Health System** |
|---|---|

**Hospital Lab (Beaker)** **E-Req - Ballad Health System** **Page 1 of 1**

| | | | |
|---|---|---|---|
| **Account #:** | 11306992 | **Collection Date:** | |
| **BH Lab (Beaker)** | | **Collection Time:** | |

| **Client / Ordering Site Information:** | | **Physician Information:** | |
|---|---|---|---|
| Account Name: | BHMA Center for Post Covid Care | Ordering: | Poore, Pammela M |
| Address 1: | 2204 Pavilion Dr | Degree: | NP |
| Address 2: | Suite 110 | NPI: | 1982175501 |
| City, State Zip: | Kingsport, TN 37660-4651 | UPIN: | |
| Phone: | 423-224-2369 | Physician ID: | 1982175501 |

| **Patient Information:** | | | |
|---|---|---|---|
| Name: | GUERRERO,SABRINA | Date of Birth: | (53 years) |
| Gender: | Female | Phone: | |
| SSN: | | Address: | |
| Patient ID: | 12141403 | | |

**Comments:**

| Order Code | Tests Ordered | (Total: 1) | Order Code | Tests Ordered |
|---|---|---|---|---|
| LAB137 | T3, Free | | | |

**Specimen Source:**

| **Diagnosis Codes:** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| G93.32 | U09.9 | | | | | | | |
| Bill Type: Third-Party | | | | | | | | |

GUERRERO, SABRINA 10099042914
BHMA Center 53 yrs F

**Documents (continued)**

Guerrero, Sabrina (MRN: 12141403) DOB:

| Responsible Party / Guarantor Information: | |
|---|---|
| Name: | GUERRERO,SABRINA |
| Address: | |
| City, State Zip: | |
| Phone: | |
| Relation to Pt: | Self |
| Employer Name: | |

| ABN: | Worker's Comp: N | Date of Injury: |
|---|---|---|

**Insurance Information:**

| Primary Insurance: | | Secondary Insurance: | |
|---|---|---|---|
| Ins Co Name: | BLUE CROSS TN NETWORK S | Ins Co Name: | |
| Address 1: | 1 Cameron Hill Circle Ste 0002 | Address 1: | |
| Address 2: | | Address 2: | |
| City, State Zip: | Chattanooga, TN 37402-0002 | City, State Zip: | |
| Policy Number: | STTS00402622 | Policy Number: | |
| Group #: | 80860 | Group #: | |
| **Primary Policy Holder / Insured:** | | **Secondary Policy Holder / Insured:** | |
| Name: | GUERRERO,SABRINA | Name: | |
| Address: | | Address: | |
| Pt Relation to Subscriber: | Self | Pt Relation to Subscriber: | |

Electronically signed by: Pammela M Poore, NP

GUERRERO, SABRINA 10099042914
BHMA Center 53 yrs F

## 11/01/2022 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

**Documents (continued)**

Guerrero, Sabrina (MRN: 12141403) DOB

| Label Here | Hospital Lab (Beaker) E-Req Ballad Health System |
|---|---|

**Hospital Lab (Beaker)** **E-Req - Ballad Health System** **Page 1 of 1**

| | |
|---|---|
| **Account #:** 11306992 | **Collection Date:** |
| **BH Lab (Beaker)** | **Collection Time:** |

| Client / Ordering Site Information: | | Physician Information: | |
|---|---|---|---|
| Account Name: | BHMA Center for Post Covid Care | Ordering: | Poore, Pammela M |
| Address 1: | 2204 Pavilion Dr | Degree: | NP |
| Address 2: | Suite 110 | NPI: | 1982175501 |
| City, State Zip: | Kingsport, TN 37660-4651 | UPIN: | |
| Phone: | 423-224-2369 | Physician ID: | 1982175501 |

| Patient Information: | | | |
|---|---|---|---|
| Name: | GUERRERO,SABRINA | Date of Birth: | 9 (53 years) |
| Gender: | Female | Phone: | |
| SSN: | | Address: | |
| Patient ID: | 12141403 | | |

**Comments:**

| Order Code | Tests Ordered (Total: 1) | Order Code | Tests Ordered |
|---|---|---|---|
| LAB129 | Thyroid Stimulating Hormone (TSH) | | |

**Specimen Source:**

| Diagnosis Codes: | | | | | | | |
|---|---|---|---|---|---|---|---|
| G93.32 | U09.9 | | | | | | |
| Bill Type: Third-Party | | | | | | | |

GUERRERO, SABRINA 10099042914
BHMA Center 53 yrs F

Guerrero, Sabrina (MRN: 12141403) DOB:

| Responsible Party / Guarantor Information: | |
|---|---|
| Name: | GUERRERO,SABRINA |
| Address: | ᵖ |
| City, State Zip: | 4 |
| Phone: | |
| Relation to Pt: | Self |
| Employer Name: | |

| ABN: | Worker's Comp: N | Date of Injury: |
|---|---|---|

**Insurance Information:**

| Primary Insurance: | | Secondary Insurance: | |
|---|---|---|---|
| Ins Co Name: | BLUE CROSS TN NETWORK S | Ins Co Name: | |
| Address 1: | 1 Cameron Hill Circle Ste 0002 | Address 1: | |
| Address 2: | | Address 2: | |
| City, State Zip: | Chattanooga, TN 37402-0002 | City, State Zip: | |
| Policy Number: | STTS00402622 | Policy Number: | |
| Group #: | 80860 | Group #: | |
| **Primary Policy Holder / Insured:** | | **Secondary Policy Holder / Insured:** | |
| Name: | GUERRERO,SABRINA | Name: | |
| Address: | | Address: | |
| Pt Relation to Subscriber: | Self | Pt Relation to Subscriber: | |

Electronically signed by: Pammela M Poore, NP

GUERRERO, SABRINA 10099042914
BHMA Center 53 yrs F

**Documents (continued)**

Guerrero, Sabrina (MRN: 12141403) DOB:

| Responsible Party / Guarantor Information: | |
|---|---|
| Name: | GUERRERO,SABRINA |
| Address: | |
| City, State Zip: | |
| Phone: | |
| Relation to Pt: | Self |
| Employer Name: | |

| ABN: | Worker's Comp: N | Date of Injury: |
|---|---|---|

**Insurance Information:**

| Primary Insurance: | | Secondary Insurance: | |
|---|---|---|---|
| Ins Co Name: | BLUE CROSS TN NETWORK S | Ins Co Name: | |
| Address 1: | 1 Cameron Hill Circle Ste 0002 | Address 1: | |
| Address 2: | | Address 2: | |
| City, State Zip: | Chattanooga, TN 37402-0002 | City, State Zip: | |
| Policy Number: | STTS00402622 | Policy Number: | |
| Group #: | 80860 | Group #: | |
| **Primary Policy Holder / Insured:** | | **Secondary Policy Holder / Insured:** | |
| Name: | GUERRERO,SABRINA | Name: | |
| Address: | | Address: | |
| Pt Relation to Subscriber: | Self | Pt Relation to Subscriber: | |

Electronically signed by: Pammela M Poore, NP

GUERRERO, SABRINA 10039042914
BHMA Center 53 yrs F

# 10/13/2022 - Letter (Out) in BHMA Center for Post Covid Care

## Reason for Visit

No documentation.

## Visit Information

### Provider Information

#### Encounter Provider

Poore, Pammela M, NP

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| BHMA Center for Post Covid Care | 2204 Pavilion Dr<br>Suite 110<br>Kingsport TN 37660-4651 | 423-224-2369 | 423-224-2368 |

## Events

No documentation.

## ED Provider Note

No documentation.

## ED Notes

No documentation.

## OP Notes

No documentation.

## ED Care Timeline

No documentation.

## H&P Notes

No documentation.

## Consult Notes

No documentation.

## Discharge Summary Note

No documentation.

## Clinical Notes

No documentation.

## Progress Notes

No documentation.

## Labs

No documentation.

## Imaging

No documentation.

## Delivery Summary

### History

No documentation.

**Delivery Summary (continued)**

**Medication Administrations**

No documentation.

**Immunizations Given**

No documentation.

**Other Orders**

No documentation.

**Dental**

No documentation.

**Ophthalmology**

No documentation.

**Rheumatology**

No documentation.

**Flowsheets**

No documentation.

**Patient Education**

No documentation.

**Patient Instructions**

No documentation.

**Letters**

**Letter by Poore, Pammela M, NP on 10/13/2022**

Status: Sent
Letter body:

October 13, 2022

Sabrina Guerrero

Dear Sabrina:

This letter is stating that you are currently a patient of this clinic.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Pammela M Poore, NP

**10/13/2022 - Letter (Out) in BHMA Center for Post Covid Care (continued)**

**Letters (continued)**

**Questionnaires**

No documentation.

**Referral**

No documentation.

# 09/06/2022 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care

## Reason for Visit

### Chief Complaint

- Post Covid Follow Up

### Visit Diagnoses

- **Post-COVID syndrome (primary) [U09.9]**
- Post-COVID chronic fatigue [R53.82, U09.9]
- Post-COVID chronic headache [R51.9, U09.9, G89.29]
- Post-COVID chronic dyspnea [R06.09, U09.9]
- Brain fog [R41.89]
- Anxiety [F41.9]
- Other depression [F32.89]

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Poore, Pammela M, NP | Poore, Pammela M, NP |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| BHMA Center for Post Covid Care | 2204 Pavilion Dr<br>Suite 110<br>Kingsport TN 37660-4651 | 423-224-2369 | 423-224-2368 |

### Follow-up and Dispositions

- Return in about 8 weeks (around 11/1/2022).

### Level of Service

| Level of Service |
|---|
| **PR PHYS/QHP TELEPHONE EVALUATION 21-30 MIN** |

## Events

No documentation.

## Medication List

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

**meloxicam (Mobic) 15 MG tablet**

Instructions: meloxicam 15 mg tablet
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Start date: 2/15/2022

**minocycline (Minocin) 100 MG capsule**

Instructions: 2 (two) times a day.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule**

Instructions: Every other week
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**Medication List (continued)**

**cetirizine (ZyrTEC) 10 MG tablet**

Instructions: Take 10 mg by mouth.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022

**escitalopram (Lexapro) 20 MG tablet**

Discontinued by: Woods, Selma K, RN — Discontinued on: 1/24/2023
Reason for discontinuation: Patient Reports Not Taking - See Med Notes
Instructions: Take 20 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022 — End date: 1/24/2023

**aspirin (Ecotrin) 81 MG EC tablet**

Discontinued by: Woods, Selma K, RN — Discontinued on: 6/9/2023
Reason for discontinuation: Patient Reports Not Taking - See Med Notes
Instructions: Take 81 mg by mouth.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022 — End date: 6/9/2023

**calcitriol (Rocaltrol) 0.5 MCG capsule**

Instructions: Take 0.5 mcg by mouth.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022

**ondansetron (Zofran) 4 MG tablet**

Instructions: Take 4 mg by mouth every 8 (eight) hours as needed.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022

**Semaglutide (OZEMPIC, 1 MG/DOSE, SC)**

Discontinued by: Woods, Selma K, RN — Discontinued on: 8/3/2023
Reason for discontinuation: Patient Reports Not Taking - See Med Notes
Instructions: Inject under the skin.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022 — End date: 8/3/2023

**Magnesium Oxide (MAG-OX PO)**

Instructions: Take 400 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

**ALBUTEROL IN**

Instructions: Inhale 90 mcg into the lungs.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022

**topiramate (Topamax) 50 MG tablet**

Instructions: Take 75 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Informant: Self

**benzonatate (Tessalon) 100 MG capsule**

Instructions: Take 100 mg by mouth 3 (three) times a day as needed for cough.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

**Hyoscyamine Sulfate (HYOSCYAMINE PO)**

Instructions: Take 4 mg by mouth daily as needed (bowel).

**Medication List (continued)**

Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**CALCIUM CITRATE PO**

Instructions: Take by mouth.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**Ascorbic Acid (vitamin C) 1000 MG tablet**

Instructions: Take 1,000 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**UNABLE TO FIND**

Instructions: Bari life complete 3 in morning, 3 in evening
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**VITAMIN A PO**

Instructions: Take by mouth daily. 30,000 mcg
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Action: Patient not taking

**Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab**

Instructions: Place under the tongue. Every other day
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**Multiple Vitamins-Minerals (ZINC PO)**

Discontinued by: Roberts, Jennifer L, RN Discontinued on: 12/20/2023
Reason for discontinuation: Patient Reports Not Taking - See Med Notes
Instructions: Take 100 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
End date: 12/20/2023

**Omega-3 1000 MG Cap**

Instructions: Take 1,000 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 7/20/2022
Informant: Self

**Probiotic Product (PROBIOTIC PO)**

Instructions: Take 1 capsule by mouth.
Entered by: Vaughn, Ashley B, RN Entered on: 7/20/2022
Informant: Self

**valsartan (Diovan) 80 MG tablet**

Instructions: Take 80 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 9/6/2022

**famotidine (Pepcid) 40 MG tablet**

Instructions: Take 40 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 9/6/2022

**Stopped in Visit**

None

**ED Provider Note**

**ED Provider Note (continued)**

No documentation.

**ED Notes**

No documentation.

**OP Notes**

No documentation.

**ED Care Timeline**

No documentation.

**H&P Notes**

No documentation.

**Consult Notes**

No documentation.

**Discharge Summary Note**

No documentation.

**Clinical Notes**

**Assessment & Plan Note**

**Poore, Pammela M, NP at 9/6/2022 1411**

Author: Poore, Pammela M, NP    Service: —    Author Type: Nurse Practitioner
Filed: 9/6/2022 2:15 PM    Encounter Date: 9/6/2022    Status: Written
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Post-COVID syndrome

This patient has been seen within the Center for Post-COVID Care via telemedicine, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

Date of onset of symptoms: 2/7/22
Date of last positive test:2/7/22
Were you hospitalized due to COVID: No
Were you seen by a provider for COVID as an outpatient? PCP
Have you received experimental drugs for COVID treatment?: Yes

The patient was offered telemedicine as an option for care delivery and consented to this option.

I examined the patient remotely with the observations listed above in the history and physical exam. I spent 30 minutes in record review, assessment, evaluation and management of this patient via telehealth. Time Start: 1:30 Time End: 2:00 This involved communicating with the clinical team, evaluating the patient; and making decisions on management.

This consultation was provided via telemedicine using two-way, real-time interactive telecommunication technology between the patient and the physician. The interactive telecommunication technology was facilitated via audio only.
Patient location: home.
Provider location: Palliative Care CPCC Office Kingsport, TN
Other participants present with provider, with patient's verbal consent: None
Other participants present with patient: none
Platform Used: Telephone
Patient could not participate in two way audio and video due to: Patient preferred and requested audio only

*Due to the Covid-19 pandemic and the declaration of emergency status by the federal government, certain laws and regulations regarding telemedicine have been relaxed and this visit conforms to the new rules, with the consent of the patient.*

I have spent 30 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

Electronically signed by Poore, Pammela M, NP at 9/6/2022 2:15 PM

**Poore, Pammela M, NP at 9/6/2022 1607**

Author: Poore, Pammela M, NP Service: — Author Type: Nurse Practitioner
Filed: 9/6/2022 4:16 PM Encounter Date: 9/6/2022 Status: Edited
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Anxiety

Ms. Guerrero repots that Chronic Anxiety that worsened Post-COVID has improved some.

Currently taking Escitalopram 20 mg daily.

Has Follow up visit scheduled with Counselor Seana Jones 9/13/22.

Encouraged patient to continue taking all medications as prescribed, keeping scheduled appointment with Counselor Seana Jones, following Anti-Inflammatory Diet, decreased caffeine and sugar intake, trying to drink 4 16 oz bottles of water a day, avoiding alcohol/nicotine, and following a regular sleep regimen.

Electronically signed by Poore, Pammela M, NP at 9/6/2022 4:16 PM

**Poore, Pammela M, NP at 9/6/2022 1608**

Author: Poore, Pammela M, NP Service: — Author Type: Nurse Practitioner
Filed: 9/6/2022 4:15 PM Encounter Date: 9/6/2022 Status: Edited
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Depression

Ms. Guerrero repots that Chronic Depression that worsened Post-COVID has improved some.

Currently taking Escitalopram 20 mg daily.

Has Follow up visit scheduled with Counselor Seana Jones 9/13/22.

Encouraged patient to continue taking all medications as prescribed, keeping scheduled appointment with Counselor Seana Jones, following Anti-Inflammatory Diet, decreased caffeine and sugar intake, trying to drink 4 16 oz bottles of water a day, avoiding alcohol/nicotine, and following a regular sleep regimen.

Electronically signed by Poore, Pammela M, NP at 9/6/2022 4:15 PM

**Poore, Pammela M, NP at 9/6/2022 1616**

Author: Poore, Pammela M, NP Service: — Author Type: Nurse Practitioner
Filed: 9/6/2022 4:23 PM Encounter Date: 9/6/2022 Status: Written
Editor: Poore, Pammela M, NP (Nurse Practitioner)

Related Problem: Brain fog

Ms. Guerrero reports that Post-COVID Brain Fog/Memory Loss continues without improvement.

Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Practice breathing exercises, try to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Referred Patient to Speech Therapy to help with Brain Fog.

Electronically signed by Poore, Pammela M, NP at 9/6/2022 4:23 PM

**Poore, Pammela M, NP at 9/6/2022 1624**

Author: Poore, Pammela M, NP | Service: — | Author Type: Nurse Practitioner
Filed: 9/6/2022 4:41 PM | Encounter Date: 9/6/2022 | Status: Edited
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Post-COVID chronic dyspnea

Ms. Guerrero reports that Post-COVID Shortness of Breath with any activity continues without improvement.

Patient currently using Albuterol 90 mcg PRN, Zyrtec 10 mg, and CPAP HS.

Encouraged patient to continue taking all medications as prescribed. Continue breathing exercises to improve lung function.

Follow up appointment with Dr. Bakshi Pulmonologist scheduled for 10/13/22.

Electronically signed by Poore, Pammela M, NP at 9/6/2022 4:41 PM

**Poore, Pammela M, NP at 9/6/2022 1641**

Author: Poore, Pammela M, NP | Service: — | Author Type: Nurse Practitioner
Filed: 9/6/2022 4:59 PM | Encounter Date: 9/6/2022 | Status: Edited
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Post-COVID chronic fatigue

Ms. Guerrero reports that Post-COVID Fatigue has improved some but continues to experience extreme Fatigue with any activity.

Encouraged patient to call Pro Therapy and begin Aquatic Therapy, continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Practice breathing exercises, try to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

Will obtain TSH, T 4, B-12, CBC, CMP, Vit D, and Iron at follow up visit if not further improvement.

Electronically signed by Poore, Pammela M, NP at 9/6/2022 4:59 PM

**Poore, Pammela M, NP at 9/6/2022 1659**

Author: Poore, Pammela M, NP | Service: — | Author Type: Nurse Practitioner
Filed: 9/6/2022 5:16 PM | Encounter Date: 9/6/2022 | Status: Edited
Editor: Poore, Pammela M, NP (Nurse Practitioner)

**Clinical Notes (continued)**

Related Problem: Post-COVID chronic headache

Ms. Guerrero reports that Post-COVID Headaches continue without improvement.

Currently taking Tylenol and using Cold Cap.

Instructed patient to make appointment with Optometrist to have vision/eyes checked as soon as possible.

Referred Patient to Neurology to further evaluate Headaches.

Electronically signed by Poore, Pammela M, NP at 9/6/2022 5:16 PM

**Progress Notes**

**Progress Notes**

**Poore, Pammela M, NP at 9/6/2022 1300**

Author: Poore, Pammela M, NP Service: — Author Type: Nurse Practitioner
Filed: 9/6/2022 5:17 PM Encounter Date: 9/6/2022 Status: Addendum
Editor: Poore, Pammela M, NP (Nurse Practitioner)

Patient Name: Guerrero, Sabrina Today's Date: 9/6/2022
Preferred Name: Sabrina Date of Encounter: 9/6/2022
Patient MRN / CSN: 12141403 / 10097456991 Appt. Time: 1:00 PM EDT
Patient Age / DOB: 53-year old / Encounter Provider: Pammela M Poore, NP
PCP: Floyd E Phillips Jr, MD

Center for Post-Covid Care (CPCC)
Follow - Up/Telemed

**Subjective**

Sabrina Guerrero is a 53-year old who presents for Post Covid Follow Up.
Patient complains of the following Symptoms: Fatigue, Headache, Shortness of Breath, Brain Fog, Memory loss, Anxiety, Depression, and Cough.

Ms. Guerrero reports that Post-COVID Fatigue has improved some but continues to experience extreme Fatigue with any activity. States that she is not taking naps as often and when she does they are not as long. Reports that she does try to pace out her activities and allow herself rest periods when available. States that her fatigue has decreased her quality of life as she is not able to function and perform task like she previously did. Reports that PCP ordered Water Therapy and she called to start Aquatic Therapy but the facility has had problems with the pool and they are in the process of getting it fixed. States that she is going to call Pro Therapy today to see if she could start Aquatic Therapy there. Reports that she is exercising five days a week using a chair that moves her arms and legs. States that she is following Anti-Inflammatory Diet to the best of her ability, taking supplements, trying to drink increased amount of water, and eating less sugar.

Ms. Guerrero reports that Post-COVID Headaches continue without improvement. States that Headaches continue to randomly occur daily lasting 30 minutes to several hours. Reports that she sometimes takes Tylenol which relives Headache occasionally. States that she tries not to take to much Tylenol. Reports that she has been using Cold Cap

to help relieve headaches but it has not helped much. States that she does not remember the last time she had her vision/eyes checked.

Ms. Guerrero reports that Post-COVID Shortness of Breath with any activity continues without improvement. States that she checks oxygen saturation when Short of Breath and it is usually around 92% - 93%. Reports that she continues to use CPAP at night and Albuterol Inhaler which does help Shortness of Breath.

Ms. Guerrero reports that Post-COVID Brain Fog/Memory Loss continues without improvement. States that she is following Anti-Inflammatory Diet to the best of her ability, trying to drink increased amount of water, taking supplements, reading, and exercising five days a week using exercise chair that moves her arms and legs. Reports that her husband and daughter tell her that she continues to have trouble finding words, forgetting what she is talking about, and has difficulty focusing.

Ms. Guerrero repots that Chronic Anxiety and Depression that worsened Post-COVID has improved some since she started seeing Counselor Seana Jones at Life Stance Health Tennessee via Behavorial Health. States that she started seeing Seana Jones 8/10/22 and had a second visit on 8/17/22. Reports that she plans to continue seeing Seana Jones twice a month if she can. States that she continues to take Escitalopram 20 mg daily.

COVID-19 Vaccination Screening - Tue September 06, 2022

| Row Name | 1004 |
|---|---|
| **COVID-19 Vaccine Screen - Year Round** | |
| Have you had the COVID-19 Vaccine? | Yes |

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:
**Outpatient Encounter Medications as of 9/6/2022**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |

**09/06/2022 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)**

**Progress Notes (continued)**

| | |
|---|---|
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. |
| • CALCIUM CITRATE PO | Take by mouth. |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other day |
| • escitalopram (Lexapro) 20 MG tablet | Take 20 mg by mouth daily. |
| • famotidine (Pepcid) 40 MG tablet | Take 40 mg by mouth daily. |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth every 8 (eight) hours as needed. |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • topiramate (Topamax) 50 MG tablet | Take 50 mg by mouth daily. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • valsartan (Diovan) 80 MG tablet | Take 80 mg by mouth daily. |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| • [DISCONTINUED] benazepril (Lotensin) 20 MG tablet | Take 20 mg by mouth. |

Last reviewed on 9/6/2022 1:12 PM by Pammela M Poore, NP

Medical History:
Sabrina has a past medical history of Anxiety, Bronchitis, COVID-19, Depression, Epstein Barr infection, Hypertensive

disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Depression in her mother; Diabetes in her father; Heart disease in her father; Hyperlipidemia in her mother; Hypertension in her father; Pancreatic cancer in her father; Scoliosis in her mother.

Sabrina reports previous alcohol use.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports previous drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath.
Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for decreased concentration.

**Objective**

**There were no vitals filed for this visit.**
No LMP recorded.

Physical Exam

Telemedicine

**Assessment Plan**

**Problem List Items Addressed This Visit**

- **Post-COVID syndrome - Primary**

  This patient has been seen within the Center for Post-COVID Care via telemedicine, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  The patient was offered telemedicine as an option for care delivery and consented to this option.

  I examined the patient remotely with the observations listed above in the history and physical exam. I spent 30 minutes in record review, assessment, evaluation and management of this patient via telehealth. **Time Start:** 1:30 **Time End:** 2:00 This involved communicating with the clinical team, evaluating the patient; and making decisions on management.

  This consultation was provided via telemedicine using two-way, real-time interactive

telecommunication technology between the patient and the physician. The interactive telecommunication technology was facilitated via audio only.
Patient location: home.
Provider location: Palliative Care CPCC Office Kingsport, TN
Other participants present with provider, with patient's verbal consent: None
Other participants present with patient: none
Platform Used: Telephone
Patient could not participate in two way audio and video due to: Patient preferred and requested audio only

*Due to the Covid-19 pandemic and the declaration of emergency status by the federal government, certain laws and regulations regarding telemedicine have been relaxed and this visit conforms to the new rules, with the consent of the patient.*

I have spent 30 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

  Ms. Guerrero reports that Post-COVID Fatigue has improved some but continues to experience extreme Fatigue with any activity.

  Encouraged patient to call Pro Therapy and begin Aquatic Therapy, continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Practice breathing exercises, try to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

  Will obtain TSH, T 4, B-12, CBC, CMP, Vit D, and Iron at follow up visit if not further improvement.

- **Post-COVID chronic headache**

  Ms. Guerrero reports that Post-COVID Headaches continue without improvement.

  Currently taking Tylenol and using Cold Cap.

  Referred Patient to Neurology to further evaluate Headaches.

  Relevant Orders
  Ambulatory referral to Neurology

- **Anxiety**

  Ms. Guerrero repots that Chronic Anxiety that worsened Post-COVID has improved some.

  Currently taking Escitalopram 20 mg daily.

  Has Follow up visit scheduled with Counselor Seana Jones 9/13/22.

  Encouraged patient to continue taking all medications as prescribed, keeping scheduled

appointment with Counselor Seana Jones, following Anti-Inflammatory Diet, decreased caffeine and sugar intake, trying to drink 4 16 oz bottles of water a day, avoiding alcohol/nicotine, and following a regular sleep regimen.

- **Depression**

  Ms. Guerrero repots that Chronic Depression that worsened Post-COVID has improved some.

  Currently taking Escitalopram 20 mg daily.

  Has Follow up visit scheduled with Counselor Seana Jones 9/13/22.

  Encouraged patient to continue taking all medications as prescribed, keeping scheduled appointment with Counselor Seana Jones, following Anti-Inflammatory Diet, decreased caffeine and sugar intake, trying to drink 4 16 oz bottles of water a day, avoiding alcohol/nicotine, and following a regular sleep regimen.

- **Post-COVID chronic dyspnea**

  Ms. Guerrero reports that Post-COVID Shortness of Breath with any activity continues without improvement.

  Patient currently using Albuterol 90 mcg PRN, Zyrtec 10 mg, and CPAP HS.

  Encouraged patient to continue taking all medications as prescribed. Continue breathing exercises to improve lung function.

  Follow up appointment with Dr. Bakshi Pulmonologist scheduled for 10/13/22.

- **Brain fog**

  Ms. Guerrero reports that Post-COVID Brain Fog/Memory Loss continues without improvement.

  Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Practice breathing exercises, try to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

  Referred Patient to Speech Therapy to help with Brain Fog.

  Relevant Orders
  Ambulatory referral to Speech Therapy

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software,*

## 09/06/2022 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

### Progress Notes (continued)

*and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred*

Return in about 8 weeks (around 11/1/2022).

Electronically signed by Poore, Pammela M, NP at 9/6/2022 5:17 PM

### Labs

No documentation.

### Imaging

No documentation.

### Delivery Summary

#### History

No documentation.

### Medication Administrations

No documentation.

### Immunizations Given

No documentation.

### Other Orders

#### Outpatient Referral

**Ambulatory referral to Neurology (Discontinued)**

Electronically signed by: **Poore, Pammela M, NP on 09/06/22 1431** Status: **Discontinued**
Ordering user: Poore, Pammela M, NP 09/06/22 1431
Ordering provider: Poore, Pammela M, NP
Authorized by: Poore, Pammela M, NP
Ordering mode: Standard
Frequency: Routine 09/06/22 -
Class: Internal Referral
Quantity: 1
Discontinued by: Administrator, Whs 09/09/23 0318 [Order Expired]

Diagnoses
Post-COVID chronic headache [R51.9, U09.9, G89.29]
Order comments: Continued Post-COVID daily Headaches lasting 30 minutes to several hours.

**Indications**

Post-COVID chronic headache [R51.9, U09.9, G89.29 (ICD-10-CM)]

**Ambulatory referral to Speech Therapy (Discontinued)**

Electronically signed by: **Poore, Pammela M, NP on 09/06/22 1431** Status: **Discontinued**
Ordering user: Poore, Pammela M, NP 09/06/22 1431
Ordering provider: Poore, Pammela M, NP
Authorized by: Poore, Pammela M, NP
Ordering mode: Standard
Frequency: Routine 09/06/22 -
Class: Internal Referral
Quantity: 1
Discontinued by: Administrator, Whs 09/09/23 0318 [Order Expired]

Diagnoses
Brain fog [R41.89]
Order comments: Continued Post-COVID Brain Fog/Poor Concentration.

**Other Orders (continued)**

**Indications**

Brain fog [R41.89 (ICD-10-CM)]

**Dental**

No documentation.

**Ophthalmology**

No documentation.

**Rheumatology**

No documentation.

**Flowsheets**

**COVID-19 Vaccination Screening**

| Row Name | 09/06/22 1004 |
|---|---|
| COVID-19 Vaccine Screen - Year Round | |
| Have you had the COVID-19 Vaccine? | Yes |

**Patient Education**

No documentation.

**Patient Instructions**

No documentation.

**Letters**

**Letter by Poore, Pammela M, NP on 9/6/2022**

Status: Sent
Letter body:

September 6, 2022

Floyd E Phillips Jr., MD
6890 W A J Hwy
Talbott TN 37877

Patient: **Sabrina Guerrero**
MR Number: **12141403**
Date of Birth:
Date of Visit: **9/6/2022**

Dear Dr. Phillips:

Sabrina Guerrero was seen at the Center for Post-COVID Care via Telemedicine today for evaluation. Below are the relevant portions of my assessment and plan of care.

If you have questions, please do not hesitate to call me. I look forward to following Sabrina along with you.

Sincerely,

Pammela M Poore, NP

CC
No Recipients

**Pammela M Poore, NP 9/6/2022 5:04 PM Sign when Signing Visit**

Patient Name: Guerrero, Sabrina Today's Date: 9/6/2022
Preferred Name: Sabrina Date of Encounter: 9/6/2022
Patient MRN / CSN: 12141403 / 10097456991 Appt. Time: 1:00 PM EDT
Patient Age / DOB: 53-year old / Encounter Provider: Pammela M Poore, NP
PCP: Floyd E Phillips Jr, MD

Center for Post-Covid Care (CPCC)
Follow - Up/Telemed

Sabrina Guerrero is a 53-year old who presents for Post Covid Follow Up.
Patient complains of the following Symptoms: Fatigue, Headache, Shortness of Breath, Brain Fog, Memory loss, Anxiety, Depression, and Cough.

Ms. Guerrero reports that Post-COVID Fatigue has improved some but continues to experience extreme Fatigue with any activity. States that she is not taking naps as often and when she does they are not as long. Reports that she does try to pace out her activities and allow herself rest periods when available. States that her fatigue has decreased her quality of life as she is not able to function and perform task like she previously did. Reports that PCP ordered Water Therapy and she called to start Aquatic Therapy but the facility has had problems with the pool and they are in the process of getting it fixed. States that she is going to call Pro Therapy today to see if she could start Aquatic Therapy there. Reports that she is exercising five days a week using a chair that moves her arms and legs. States that she is following Anti-Inflammatory Diet to the best of her ability, taking supplements, trying to drink increased amount of water, and eating less sugar.

Ms. Guerrero reports that Post-COVID Headaches continue without improvement. States that Headaches continue to randomly occur daily lasting 30 minutes to several hours. Reports that she sometimes takes Tylenol which relives Headache occasionally. States that she tries not to take to much Tylenol. Reports that she has been using Cold Cap to help relieve headaches but it has not helped much.

Ms. Guerrero reports that Post-COVID Shortness of Breath with any activity continues without improvement. States that she checks oxygen saturation when Short of Breath and it is usually around 92% - 93%. Reports that she continues to use CPAP at night and Albuterol Inhaler which does help Shortness of Breath.

Ms. Guerrero reports that Post-COVID Brain Fog/Memory Loss continues without improvement. States that she is following Anti-Inflammatory Diet to the best of her ability, trying to drink increased amount of water, taking supplements, reading, and exercising five days a week using exercise chair that moves her arms and legs. Reports that her husband and daughter tell her that she continues to have trouble finding words, forgetting what she is talking about, and has difficulty focusing.

Ms. Guerrero repots that Chronic Anxiety and Depression that worsened Post-COVID has improved some since she started seeing Counselor Seana Jones at Life Stance Health Tennessee via Behavorial Health. States that she started seeing Seana Jones 8/10/22 and had a second visit on 8/17/22. Reports that she plans to continue seeing Seana Jones twice a month if she can. States that she continues to take Escitalopram 20 mg daily.

COVID-19 Vaccination Screening - Tue September 06, 2022

| Row Name | 1004 |
|---|---|
| COVID-19 Vaccine Screen - Year Round | |
| Have you had the COVID-19 Vaccine? | Yes |

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:
**Outpatient Encounter Medications as of 9/6/2022**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. | | |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day | | |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other day | | |
| • escitalopram (Lexapro) 20 MG tablet | Take 20 mg by mouth daily. | | |

**Letters (continued)**

| | |
|---|---|
| • famotidine (Pepcid) 40 MG tablet | Take 40 mg by mouth daily. |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth every 8 (eight) hours as needed. |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • topiramate (Topamax) 50 MG tablet | Take 50 mg by mouth daily. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • valsartan (Diovan) 80 MG tablet | Take 80 mg by mouth daily. |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| • [DISCONTINUED] benazepril (Lotensin) 20 MG tablet | Take 20 mg by mouth. |

Last reviewed on 9/6/2022 1:12 PM by Pammela M Poore, NP

Medical History:
Sabrina has a past medical history of Anxiety, Bronchitis, COVID-19, Depression, Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Depression in her mother; Diabetes in her father; Heart disease in her father; Hyperlipidemia in her mother; Hypertension in her father; Pancreatic cancer in her father; Scoliosis in her mother.

Sabrina reports previous alcohol use.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports previous drug use.

Review of Systems
Constitutional: Positive for fatigue.

Respiratory: Positive for shortness of breath.
Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for decreased concentration.

**There were no vitals filed for this visit.**
No LMP recorded.

Physical Exam

Telemedicine

**Problem List Items Addressed This Visit**

- **Post-COVID syndrome - Primary**

  This patient has been seen within the Center for Post-COVID Care via telemedicine, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  The patient was offered telemedicine as an option for care delivery and consented to this option.

  I examined the patient remotely with the observations listed above in the history and physical exam. I spent 30 minutes in record review, assessment, evaluation and management of this patient via telehealth. Time Start: 1:30 Time End: 2:00 This involved communicating with the clinical team, evaluating the patient; and making decisions on management.

  This consultation was provided via telemedicine using two-way, real-time interactive telecommunication technology between the patient and the physician. The interactive telecommunication technology was facilitated via audio only.
  Patient location: home.
  Provider location: Palliative Care CPCC Office Kingsport, TN
  Other participants present with provider, with patient's verbal consent: None
  Other participants present with patient: none
  Platform Used: Telephone
  Patient could not participate in two way audio and video due to: Patient preferred and requested audio only

  *Due to the Covid-19 pandemic and the declaration of emergency status by the federal government, certain laws and regulations regarding telemedicine have been relaxed and this visit conforms to the new rules, with the consent of the patient.*

I have spent 30 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

  Ms. Guerrero reports that Post-COVID Fatigue has improved some but continues to experience extreme Fatigue with any activity.

  Encouraged patient to call Pro Therapy and begin Aquatic Therapy, continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Practice breathing exercises, try to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

  Will obtain TSH, T 4, B-12, CBC, CMP, Vit D, and Iron at follow up visit if not further improvement.

- **Post-COVID chronic headache**

  Ms. Guerrero reports that Post-COVID Headaches continue without improvement.

  Currently taking Tylenol and using Cold Cap.

  Referred Patient to Neurology to further evaluate Headaches.

  Relevant Orders
  Ambulatory referral to Neurology

- **Anxiety**

  Ms. Guerrero repots that Chronic Anxiety that worsened Post-COVID has improved some.

  Currently taking Escitalopram 20 mg daily.

  Has Follow up visit scheduled with Counselor Seana Jones 9/13/22.

  Encouraged patient to continue taking all medications as prescribed, keeping scheduled appointment with Counselor Seana Jones, following Anti-Inflammatory Diet, decreased caffeine and sugar intake, trying to drink 4 16 oz bottles of water a day, avoiding alcohol/nicotine, and following a regular sleep regimen.

- **Depression**

  Ms. Guerrero repots that Chronic Depression that worsened Post-COVID has improved some.

  Currently taking Escitalopram 20 mg daily.

  Has Follow up visit scheduled with Counselor Seana Jones 9/13/22.

  Encouraged patient to continue taking all medications as prescribed, keeping scheduled

**Letters (continued)**

appointment with Counselor Seana Jones, following Anti-Inflammatory Diet, decreased caffeine and sugar intake, trying to drink 4 16 oz bottles of water a day, avoiding alcohol/nicotine, and following a regular sleep regimen.

- **Post-COVID chronic dyspnea**

  Ms. Guerrero reports that Post-COVID Shortness of Breath with any activity continues without improvement.

  Patient currently using Albuterol 90 mcg PRN, Zyrtec 10 mg, and CPAP HS.

  Encouraged patient to continue taking all medications as prescribed. Continue breathing exercises to improve lung function.

  Follow up appointment with Dr. Bakshi Pulmonologist scheduled for 10/13/22.

- **Brain fog**

  Ms. Guerrero reports that Post-COVID Brain Fog/Memory Loss continues without improvement.

  Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Practice breathing exercises, try to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

  Referred Patient to Speech Therapy to help with Brain Fog.

  Relevant Orders
  Ambulatory referral to Speech Therapy

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred*

Return in about 8 weeks (around 11/1/2022).

**Questionnaires**

No documentation.

**Referral**

**Referral (continued)**

No documentation.

# 07/20/2022 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care

## Reason for Visit

### Chief Complaint

- Post Covid Follow Up

### Visit Diagnoses

- Anxiety [F41.9]
- Other depression [F32.89]
- **Post-COVID syndrome (primary) [U09.9]**
- Post-COVID chronic dyspnea [R06.09, U09.9]
- Post-COVID chronic fatigue [R53.82, U09.9]
- Brain fog [R41.89]
- Poor concentration [R41.840]
- Post-COVID chronic joint pain [M25.50, U09.9, G89.29]
- Post-COVID chronic cough [R05.3, U09.9]
- Post-COVID chronic headache [R51.9, U09.9, G89.29]
- Memory loss [R41.3]

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Poore, Pammela M, NP | Poore, Pammela M, NP | Rajoo, Shari K, MD |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| BHMA Center for Post Covid Care | 2204 Pavilion Dr<br>Suite 110<br>Kingsport TN 37660-4651 | 423-224-2369 | 423-224-2368 |

### Follow-up and Dispositions

- Return in about 6 weeks (around 8/31/2022) for Telemed.

### Level of Service

| Level of Service |
|---|
| **PR OFFICE/OUTPATIENT ESTABLISHED HIGH MDM 40-54 MIN** |

## Events

No documentation.

## Medication List

### Medication List

**This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

**meloxicam (Mobic) 15 MG tablet**

Instructions: meloxicam 15 mg tablet
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022

**minocycline (Minocin) 100 MG capsule**

Instructions: 2 (two) times a day.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

## 07/20/2022 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

**Medication List (continued)**

**ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule**

Instructions: Every other week
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

**benazepril (Lotensin) 20 MG tablet**

Discontinued by: Vaughn, Ashley B, RN — Discontinued on: 9/6/2022
Reason for discontinuation: Patient Reports Not Taking - See Med Notes
Instructions: Take 20 mg by mouth.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022 — End date: 9/6/2022

**cetirizine (ZyrTEC) 10 MG tablet**

Instructions: Take 10 mg by mouth.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022

**escitalopram (Lexapro) 20 MG tablet**

Discontinued by: Woods, Selma K, RN — Discontinued on: 1/24/2023
Reason for discontinuation: Patient Reports Not Taking - See Med Notes
Instructions: Take 20 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022 — End date: 1/24/2023

**aspirin (Ecotrin) 81 MG EC tablet**

Discontinued by: Woods, Selma K, RN — Discontinued on: 6/9/2023
Reason for discontinuation: Patient Reports Not Taking - See Med Notes
Instructions: Take 81 mg by mouth.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022 — End date: 6/9/2023

**calcitriol (Rocaltrol) 0.5 MCG capsule**

Instructions: Take 0.5 mcg by mouth.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022

**ondansetron (Zofran) 4 MG tablet**

Instructions: Take 4 mg by mouth every 8 (eight) hours as needed.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022

**Semaglutide (OZEMPIC, 1 MG/DOSE, SC)**

Discontinued by: Woods, Selma K, RN — Discontinued on: 8/3/2023
Reason for discontinuation: Patient Reports Not Taking - See Med Notes
Instructions: Inject under the skin.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022 — End date: 8/3/2023

**Magnesium Oxide (MAG-OX PO)**

Instructions: Take 400 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022

**ALBUTEROL IN**

Instructions: Inhale 90 mcg into the lungs.
Entered by: Vaughn, Ashley B, RN — Entered on: 6/8/2022
Start date: 2/15/2022

**topiramate (Topamax) 50 MG tablet**

**Medication List (continued)**

Instructions: Take 75 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Informant: Self

**benzonatate (Tessalon) 100 MG capsule**

Instructions: Take 100 mg by mouth 3 (three) times a day as needed for cough.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**Hyoscyamine Sulfate (HYOSCYAMINE PO)**

Instructions: Take 4 mg by mouth daily as needed (bowel).
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**CALCIUM CITRATE PO**

Instructions: Take by mouth.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**Ascorbic Acid (vitamin C) 1000 MG tablet**

Instructions: Take 1,000 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**UNABLE TO FIND**

Instructions: Bari life complete 3 in morning, 3 in evening
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**VITAMIN A PO**

Instructions: Take by mouth daily. 30,000 mcg
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
Action: Patient not taking

**Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab**

Instructions: Place under the tongue. Every other day
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022

**Multiple Vitamins-Minerals (ZINC PO)**

Discontinued by: Roberts, Jennifer L, RN Discontinued on: 12/20/2023
Reason for discontinuation: Patient Reports Not Taking - See Med Notes
Instructions: Take 100 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 6/8/2022
End date: 12/20/2023

**Omega-3 1000 MG Cap**

Instructions: Take 1,000 mg by mouth daily.
Entered by: Vaughn, Ashley B, RN Entered on: 7/20/2022
Informant: Self

**Probiotic Product (PROBIOTIC PO)**

Instructions: Take 1 capsule by mouth.
Entered by: Vaughn, Ashley B, RN Entered on: 7/20/2022
Informant: Self

**Stopped in Visit**

None

**Medication List (continued)**

**ED Provider Note**

No documentation.

**ED Notes**

No documentation.

**OP Notes**

No documentation.

**ED Care Timeline**

No documentation.

**H&P Notes**

No documentation.

**Consult Notes**

No documentation.

**Discharge Summary Note**

No documentation.

**Clinical Notes**

**Assessment & Plan Note**

**Poore, Pammela M, NP at 7/25/2022 1954**

Author: Poore, Pammela M, NP | Service: — | Author Type: Nurse Practitioner
Filed: 7/25/2022 7:59 PM | Encounter Date: 7/20/2022 | Status: Written
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Post-COVID syndrome

This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

Date of onset of symptoms: 2/7/22
Date of last positive test:2/7/22
Were you hospitalized due to COVID: No
Were you seen by a provider for COVID as an outpatient? PCP
Have you received experimental drugs for COVID treatment?: Yes

Ms. Guerrero presents to the CPCC today reporting continued Post-COVID symptoms of Fatigue, Headache, Joint pain, Anxiety, Depression, Activity Intolerance, Palpitations, Shortness of breath, Cough, Brain fog, Memory loss, Poor concentration, Dizziness and Weakness.

I have spent greater than 50 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

Electronically signed by Poore, Pammela M, NP at 7/25/2022 7:59 PM

**Poore, Pammela M, NP at 7/25/2022 2133**

Author: Poore, Pammela M, NP | Service: — | Author Type: Nurse Practitioner
Filed: 7/25/2022 9:42 PM | Encounter Date: 7/20/2022 | Status: Edited

Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Anxiety

Ms. Guerrero reports that Chronic Anxiety that worsened Post-COVID has improved some.

Escitalopram Increased to 20 mg daily per PCP.

Encouraged continuation of Anti-Inflammatory Diet, decreased caffeine and sugar intake, drinking eight 8 oz glasses of water daily, avoidance of nicotine and alcohol, try to follow regular sleep regimen.

Referral to Behavioral Health placed.

Electronically signed by Poore, Pammela M, NP at 7/25/2022 9:42 PM

**Poore, Pammela M, NP at 7/25/2022 2143**

Author: Poore, Pammela M, NP | Service: — | Author Type: Nurse Practitioner
Filed: 7/25/2022 9:43 PM | Encounter Date: 7/20/2022 | Status: Written
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Depression

Ms. Guerrero reports that Chronic Depression that worsened Post-COVID has improved some.

Escitalopram Increased to 20 mg daily per PCP.

Encouraged continuation of Anti-Inflammatory Diet, decreased caffeine and sugar intake, drinking eight 8 oz glasses of water daily, avoidance of nicotine and alcohol, try to follow regular sleep regimen.

Referral to Behavioral Health placed.

Electronically signed by Poore, Pammela M, NP at 7/25/2022 9:43 PM

**Poore, Pammela M, NP at 7/25/2022 2144**

Author: Poore, Pammela M, NP | Service: — | Author Type: Nurse Practitioner
Filed: 7/25/2022 9:54 PM | Encounter Date: 7/20/2022 | Status: Written
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Brain fog

Ms. Guerrero reports continued Post-COVID Brain Fog that continues without improvement.

Re-educated patient related to benefits of Anti-Inflammatory Diet, drink eight 8 oz glasses of water a day. Encourage patient to continue taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, and Zinc. Encouraged patient to begin taking Probiotic and Omega 3's. Practice breathing exercises, try to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Patient declined prescription for Nufola at this time. States that she wants to do better at following Anti-Inflammatory Diet first.

Will consider Nufola at follow up visit if not improvement.

Electronically signed by Poore, Pammela M, NP at 7/25/2022 9:54 PM

**Poore, Pammela M, NP at 7/25/2022 2154**

Author: Poore, Pammela M, NP | Service: — | Author Type: Nurse Practitioner
Filed: 7/25/2022 9:57 PM | Encounter Date: 7/20/2022 | Status: Written
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Memory loss

Ms. Guerrero reports continued Post-COVID Memory Loss that continues without improvement.

Re-educated patient to benefits of Anti-Inflammatory Diet, practice good sleep regimen, read, do puzzles, and play word games to keep brain active.

Electronically signed by Poore, Pammela M, NP at 7/25/2022 9:57 PM

**Poore, Pammela M, NP at 7/25/2022 2157**

Author: Poore, Pammela M, NP | Service: — | Author Type: Nurse Practitioner
Filed: 7/25/2022 9:58 PM | Encounter Date: 7/20/2022 | Status: Written
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Poor concentration

Ms. Guerrero reports continued Post-COVID Poor Concentration that continues without improvement.

Re-educated patient to benefits of Anti-Inflammatory Diet, practice good sleep regimen, read, do puzzles, and play word games to keep brain active.

Electronically signed by Poore, Pammela M, NP at 7/25/2022 9:58 PM

**Poore, Pammela M, NP at 7/25/2022 2201**

Author: Poore, Pammela M, NP | Service: — | Author Type: Nurse Practitioner
Filed: 7/25/2022 10:09 PM | Encounter Date: 7/20/2022 | Status: Written
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Post-COVID chronic cough

Non-Productive Cough continues without improvement.

Pulmonologist was seen on 7/14/22 and informed patient to contact PCP and inform to stop Benazepril and change blood pressure medication to one without Coughing as a listed side effect. Patient to follow up with PCP 8/8/22.

Encouraged patient that persistent cough after COVID could take time to resolve.

Encouraged patient to continue Tessalon Perles and obtain OTC Guaifenesin to help with cough.

Electronically signed by Poore, Pammela M, NP at 7/25/2022 10:09 PM

**Clinical Notes (continued)**

**Poore, Pammela M, NP at 7/25/2022 2215**

Author: Poore, Pammela M, NP Service: — Author Type: Nurse Practitioner
Filed: 7/25/2022 10:36 PM Encounter Date: 7/20/2022 Status: Written
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Post-COVID chronic dyspnea

Ms. Guerrero reports Shortness of Breath continues without improvement and is at times accompanied by dizziness and increased heart rate.

Chest XR 6/8/22 ordered completed 6/16/22 results: Detail limited due to patient factors. No definite signs of acute cardiopulmonary disease.

PFT ordered 6/8/22 not completed. Patient states that she had PFT completed in May 2022 at Jefferson Memorial Hospital.

Referred patient to Pulmonology. Patient saw Dr. Bakshi Pulmonologist on 7/14/22. Patient reports that Dr. Bakshi informed her that PFT's from May 2022 looked good, and Chest XR completed 6/16/22 showed some scarring. Dr. Bakshi instructed patient to do Breathing exercises daily, use CPAP every night, Stop Symbicort Inhaler related to increased heart rate, request that PCP stop Benazepril and change to blood pressure medication that does not have coughing as a side effect, Continue Albuterol as needed, take Tessalon Perles twice a day, take Cetirizine and Flonase 1 - 2 times a day, lose weight, and take Pepcid 20 mg 1 - 2 times a day.

Educated patient related to Pursed Lip Breathing exercises. Encouraged patient to do breathing exercises 5 - 10 minutes a day to help increase lung capacity and improve Lung function.

Patient has follow up visit with Dr. Bakshi Pulmonologist 10/13/22.

Electronically signed by Poore, Pammela M, NP at 7/25/2022 10:36 PM

**Poore, Pammela M, NP at 7/25/2022 2237**

Author: Poore, Pammela M, NP Service: — Author Type: Nurse Practitioner
Filed: 7/25/2022 10:56 PM Encounter Date: 7/20/2022 Status: Written
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Post-COVID chronic fatigue

Ms. Guerrero reports that Fatigue continues without improvement.

Lab work orderd 06/08/22 results:

TSH, T 4, B-12, Unremarkable

CMP - mildly elevated BUN 24, Na 145, Chloride 107, ALT 134 - Alk Phos elevated 159.5.30. Hgb 16.2. Hct 19.1

CBC - mildly elevated RBC 5.30. Hgb 16.2. Hct 19.1

Vitamin D elevated 93.8 -encouraged patient to inform Endocrinologist and inquire if any changes are needed for prescribed Vitamin D dose.

Re-educated patient related to the benefits of following an Anti-Inflammatory Diet and decreasing sugar intake. Encouraged Patient to continuje taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc, and drinking plenty of water. Encourage adequate rest, good sleep hygiene, and fatigue

management: planning, pacing, prioritizing, and positioning.

Patient report that PCP plans to re-refer patient to Physical Therapy.

Electronically signed by Poore, Pammela M, NP at 7/25/2022 10:56 PM

**Poore, Pammela M, NP at 7/25/2022 2257**

Author: Poore, Pammela M, NP    Service: —    Author Type: Nurse Practitioner
Filed: 7/25/2022 11:01 PM    Encounter Date: 7/20/2022    Status: Written
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Post-COVID chronic headache

Headaches continue to occur at random times on a daily basis and last 30 minutes to several hours.

Encouraged patient to continue to take Tylenol to relieve headaches and apply Cold Cap to relieve headache pain. Encouraged patient to drink plenty of fluids, rest in quiet darkened room, and apply hot/cold compresses to head and neck to help relieve headaches.

Patient declines Neurology Referral at this time. States that she wants to try Cold Cap to see if it will help.

Electronically signed by Poore, Pammela M, NP at 7/25/2022 11:01 PM

**Poore, Pammela M, NP at 7/25/2022 2302**

Author: Poore, Pammela M, NP    Service: —    Author Type: Nurse Practitioner
Filed: 7/25/2022 11:06 PM    Encounter Date: 7/20/2022    Status: Written
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Post-COVID chronic joint pain

Chronic Joint Pain of neck, shoulders, elbows, and ankles worsened after COVID and randomly comes and goes without improvement.

Lab work ordered and drawn 6/8/22:
ANA, HLA-B27, Sed Rate, RF, CRP unremarkable

Encouraged patiet to continue taking Meloxicam and to try alternating cold/heat to affected areas to help with pain.

Electronically signed by Poore, Pammela M, NP at 7/25/2022 11:06 PM

**Progress Notes**

**Progress Notes**

**Poore, Pammela M, NP at 7/20/2022 1545**

Author: Poore, Pammela M, NP    Service: —    Author Type: Nurse Practitioner
Filed: 7/25/2022 11:13 PM    Encounter Date: 7/20/2022    Status: Signed

Editor: Poore, Pammela M, NP (Nurse Practitioner)

Patient Name: Guerrero, Sabrina Today's Date: 7/25/2022
Preferred Name: Sabrina Date of Encounter: 7/20/2022
Patient MRN / CSN: 12141403 / 10095897466 Appt. Time: 3:45 PM EDT
Patient Age / DOB: 53-year old / Encounter Provider: Pammela M Poore, NP
PCP: Floyd E Phillips Jr, MD

Center for Post-Covid Care (CPCC)
Follow - Up

**Subjective**

Sabrina Guerrero is a 53-year old that presents for 6 week Post Covid Follow Up. Ms. Guerrero initially tested positive for COVID and symptoms began on 2/7/22. Over the course of two weeks she was prescribed Paxlovid, Steroid Injection, Antibiotic Injection, Tessalon Perles, Inhaler, Cough Medicine, and a Steroid Dose Pak. In the following weeks she was prescribed another Inhaler, two Steroid Dose Paks, Antibiotics, and was referred to Physical Therapy. Patient went to Physical Therapy two times a week through the end of June 2022 when she could no longer go due to insurance purposes. States that PCP is going to try to re-refer her to Physical Therapy.

Ms. Guerrero reports continued Post-COVID symptoms of: Fatigue, Headache, Joint pain, Anxiety, Depression, Activity Intolerance, Palpitations, Shortness of breath, Cough, Brain fog, Memory loss, Poor concentration, Dizziness and Weakness. Ms. Guerrero reports that Fatigue continues without improvement. Reports that she stays tired all the time. States that she has not being doing well at following the Anti-Inflammatory Diet, but is drinking increased water intake, and taking Supplements. Reports that Headaches continue to occur at random times on a daily basis and last 30 minutes to several hours. States that she takes Tylenol and at times it helps to relieve headache. Reports that she bought a COLD CAP to see if it would help with pain. Reports that Chronic Joint Pain of neck, shoulders, elbows, and ankles worsened after COVID and randomly comes and goes without improvement. States that she takes Meloxicam, applies cold/hot compresses, and goes to Physical Therapy which helps with Joint Pain. Ms. Guerrero reports that Chronic Anxiety and Depression that worsened Post-COVID has improved some. States that she was seen by Dr. Philips PCP and informed that Anxiety and Depression had not improved and he increased Escitalopram to 20 mg daily which has helped. States that she has not done will following Anti-Inflammatory Diet and plans to start doing better. Reports that Shortness of Breath continues without improvement and is at times accompanied by dizziness and increased heart rate. States that she stopped using Symbicort Inhaler per Dr. Bakshi but continues to use Albuterol Inhaler to help when she becomes short of breath. Reports that Non-Productive Cough continues without improvement. States that she continues to take Tessalon Perles for cough which helps.
Ms. Guerrero reports continued Post-COVID Brain Fog, Memory Loss, and Poor
Concentration that continues without improvement. States that she has trouble finding words, loses her place in a conversation, and has difficulty focusing. States that she has not been doing well at following Anti-Inflammatory Diet and states that she is going to try to do better.

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:
**Outpatient Encounter Medications as of 7/20/2022**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. | | |
| • benazepril (Lotensin) 20 MG tablet | Take 20 mg by mouth. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. | | |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day | | |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other day | | |
| • escitalopram (Lexapro) 10 MG tablet | Take 20 mg by mouth daily. | | |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. | | |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. | | |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet | | |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. | | |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. | | |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. | | |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth. | | |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. | | |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. | | |

| | |
|---|---|
| • topiramate (Topamax) 25 MG capsule | Take 25 mg by mouth 2 (two) times a day. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| • [DISCONTINUED] Budesonide-Formoterol Fumarate (SYMBICORT IN) | Inhale into the lungs as needed. |

Last reviewed on 7/20/2022 4:06 PM by Ashley B Vaughn, RN

Medical History:
Sabrina has a past medical history of Anxiety, Bronchitis, COVID-19, Depression, Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Depression in her mother; Diabetes in her father; Heart disease in her father; Hyperlipidemia in her mother; Hypertension in her father; Pancreatic cancer in her father; Scoliosis in her mother.

Sabrina reports previous alcohol use.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports previous drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for cough and shortness of breath.
Cardiovascular: Positive for palpitations.
Musculoskeletal: Positive for arthralgias.
Neurological: Positive for dizziness, weakness and headaches.
Psychiatric/Behavioral: Positive for decreased concentration. The patient is nervous/anxious.

**Objective**
**Vitals:**

| | 07/20/22 1559 |
|---|---|
| BP: | 132/87 |
| Pulse: | 93 |
| Resp: | 19 |
| Temp: | 98.3 °F (36.8 °C) |
| TempSrc: | Temporal |
| SpO2: | 97% |
| Weight: | **(!) 164.2 kg (362 lb)** |
| Height: | 5' 5" (1.651 m) |

No LMP recorded.

**Physical Exam**
Constitutional:
Appearance: Normal appearance. She is obese.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.
Abdominal:
Palpations: Abdomen is soft.
Musculoskeletal:
Cervical back: Normal range of motion.
Left lower leg: Edema present.
Comments: **LLE 2 + edema**
Skin:
General: Skin is warm and dry.
Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
Mental Status: She is alert and oriented to person, place, and time.
Psychiatric:
Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal.

**Assessment Plan**

**Problem List Items Addressed This Visit**

- **Post-COVID syndrome - Primary**
  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP

Have you received experimental drugs for COVID treatment?: Yes

Ms. Guerrero presents to the CPCC today reporting continued Post-COVID symptoms of Fatigue, Headache, Joint pain, Anxiety, Depression, Activity Intolerance, Palpitations, Shortness of breath, Cough, Brain fog, Memory loss, Poor concentration, Dizziness and Weakness.

I have spent greater than 50 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

Ms. Guerrero reports that Fatigue continues without improvement.

Lab work orderd 06/08/22 results:

TSH, T 4, B-12, Unremarkable

CMP - mildly elevated BUN 24, Na 145, Chloride 107, ALT 134 - Alk Phos elevated 159.5.30. Hgb 16.2. Hct 19.1

CBC - mildly elevated RBC 5.30. Hgb 16.2. Hct 19.1

Vitamin D elevated 93.8 -encouraged patient to inform Endocrinologist and inquire if any changes are needed for prescribed Vitamin D dose.

Re-educated patient related to the benefits of following an Anti-Inflammatory Diet and decreasing sugar intake. Encouraged Patient to continuje taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc, and drinking plenty of water. Encourage adequate rest, good sleep hygiene, and fatigue management: planning, pacing, prioritizing, and positioning.

Patient report that PCP plans to re-refer patient to Physical Therapy.

- **Post-COVID chronic headache**

Headaches continue to occur at random times on a daily basis and last 30 minutes to several hours.

Encouraged patient to continue to take Tylenol to relieve headaches and apply Cold Cap to relieve headache pain. Encouraged patient to drink plenty of fluids, rest in quiet darkened room, and apply hot/cold compresses to head and neck to help relieve headaches.

Patient declines Neurology Referral at this time. States that she wants to try Cold Cap to see if it will help.

- **Anxiety**

  Ms. Guerrero reports that Chronic Anxiety that worsened Post-COVID has improved some.

  Escitalopram Increased to 20 mg daily per PCP.

  Encouraged continuation of Anti-Inflammatory Diet, decreased caffeine and sugar intake, drinking eight 8 oz glasses of water daily, avoidance of nicotine and alcohol, try to follow regular sleep regimen.

  Referral to Behavioral Health placed.

  Relevant Orders
  Ambulatory referral to Behavioral Health

- **Depression**

  Ms. Guerrero reports that Chronic Depression that worsened Post-COVID has improved some.

  Escitalopram Increased to 20 mg daily per PCP.

  Encouraged continuation of Anti-Inflammatory Diet, decreased caffeine and sugar intake, drinking eight 8 oz glasses of water daily, avoidance of nicotine and alcohol, try to follow regular sleep regimen.

  Referral to Behavioral Health placed.

  Relevant Orders
  Ambulatory referral to Behavioral Health

- **Post-COVID chronic dyspnea**

  Ms. Guerrero reports Shortness of Breath continues without improvement and is at times accompanied by dizziness and increased heart rate.

  Chest XR 6/8/22 ordered completed 6/16/22 results: Detail limited due to patient factors. No definite signs of acute cardiopulmonary disease.

  PFT ordered 6/8/22 not completed. Patient states that she had PFT completed in May 2022 at Jefferson Memorial Hospital.

  Referred patient to Pulmonology. Patient saw Dr. Bakshi Pulmonologist on 7/14/22. Patient reports that Dr. Bakshi informed her that PFT's from May 2022 looked good, and Chest XR completed 6/16/22 showed some scarring. Dr. Bakshi instructed patient to do Breathing exercises daily, use CPAP every night, Stop Symbicort Inhaler related to increased heart rate, request that PCP stop Benazepril and change to blood pressure medication that does not have coughing as a side effect, Continue Albuterol as needed, take Tessalon Perles twice a day, take Cetirizine and Flonase 1 - 2 times a day, lose weight, and take Pepcid 20 mg 1 - 2 times a day.

  Educated patient related to Pursed Lip Breathing exercises. Encouraged patient to do breathing exercises 5 - 10 minutes a day to help increase lung capacity and improve Lung function.

Patient has follow up visit with Dr. Bakshi Pulmonologist 10/13/22.

- **Brain fog**

  Ms. Guerrero reports continued Post-COVID Brain Fog that continues without improvement.

  Re-educated patient related to benefits of Anti-Inflammatory Diet, drink eight 8 oz glasses of water a day. Encourage patient to continue taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, and Zinc. Encouraged patient to begin taking Probiotic and Omega 3's. Practice breathing exercises, try to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

  Patient declined prescription for Nufola at this time. States that she wants to do better at following Anti-Inflammatory Diet first.

  Will consider Nufola at follow up visit if not improvement.

- **Memory loss**

  Ms. Guerrero reports continued Post-COVID Memory Loss that continues without improvement.

  Re-educated patient to benefits of Anti-Inflammatory Diet, practice good sleep regimen, read, do puzzles, and play word games to keep brain active.

- **Poor concentration**

  Ms. Guerrero reports continued Post-COVID Poor Concentration that continues without improvement.

  Re-educated patient to benefits of Anti-Inflammatory Diet, practice good sleep regimen, read, do puzzles, and play word games to keep brain active.

- **Post-COVID chronic joint pain**

  Chronic Joint Pain of neck, shoulders, elbows, and ankles worsened after COVID and randomly comes and goes without improvement.

  Lab work ordered and drawn 6/8/22:
  ANA, HLA-B27, Sed Rate, RF, CRP unremarkable

  Encouraged patiet to continue taking Meloxicam and to try alternating cold/heat to affected areas to help with pain.

- **Post-COVID chronic cough**

  Non-Productive Cough continues without improvement.

  Pulmonologist was seen on 7/14/22 and informed patient to contact PCP and inform to stop Benazepril and change blood pressure medication to one without Coughing as a listed side effect. Patient to follow up with PCP 8/8/22.

  Encouraged patient that persistent cough after COVID could take time to resolve.

  Encouraged patient to continue Tessalon Perles and obtain OTC Guaifenesin to help with cough.

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred*

Return in about 6 weeks (around 8/31/2022) for Telemed.

Electronically signed by Poore, Pammela M, NP at 7/25/2022 11:13 PM

**Labs**

No documentation.

**Imaging**

No documentation.

**Delivery Summary**

**History**

No documentation.

**Medication Administrations**

No documentation.

**Immunizations Given**

No documentation.

**Other Orders**

**Outpatient Referral**

**Other Orders (continued)**

**Ambulatory referral to Behavioral Health (Discontinued)**

Electronically signed by: **Poore, Pammela M, NP on 07/20/22 1722** Status: **Discontinued**

Ordering user: Poore, Pammela M, NP 07/20/22 1722
Authorized by: Poore, Pammela M, NP
Frequency: Routine 07/20/22 -
Quantity: 1
Ordering provider: Poore, Pammela M, NP
Ordering mode: Standard
Class: Internal Referral
Discontinued by: Administrator, Whs 07/29/23 0316 [Order Expired]

Diagnoses
Anxiety [F41.9]
Other depression [F32.89]
Order comments: Patient with Chronic Anxiety and Depression that worsened Post-COVID.

**Indications**

Anxiety [F41.9 (ICD-10-CM)]
Other depression [F32.89 (ICD-10-CM)]

**Dental**

No documentation.

**Ophthalmology**

No documentation.

**Rheumatology**

No documentation.

**Flowsheets**

**Amb Complex Vitals Nav**

| Row Name | 07/20/22 1559 |
|---|---|
| Measurements | |
| Weight | **164.2 kg (362 lb)** † |
| Height | 5' 5" (1.651 m) |
| BSA (Calculated - sq m) | 2.74 sq meters |
| BMI (Calculated) | 60.2 |
| Vitals | |
| BP | 132/87 |
| Pulse | 93 |
| Resp | 19 |
| Temp | 98.3 °F (36.8 °C) |
| Temp src | Temporal |
| Pulse Oximetry | |
| SpO2 | 97 % |

**Anthropometrics**

| Row Name | 07/20/22 1559 |
|---|---|
| Anthropometrics | |
| Weight Change | 0 |

**COVID-19 Vaccination Screening**

| Row Name | 07/20/22 1559 |
|---|---|

## 07/20/2022 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

### Flowsheets (continued)

COVID-19 Vaccine Screen - Year Round

| | |
|---|---|
| Have you had the COVID-19 Vaccine? | Yes |

**Custom Formula Data**

| Row Name | 07/20/22 1559 |
|---|---|
| OTHER | |
| BMI | 4071776 |
| IBW/kg (Calculated) Male | 61.5 kg |
| IBW/kg (Calculated) FEMALE | 57 kg |
| BSA (Calculated - sq m) | 2.74 sq meters |
| Weight in (lb) to have BMI = 25 | 149.9 |
| % Weight Change Since Birth | 0 |
| Height and Weight | |
| BSA (DuBois Calculated - sq m) | 2.55 sq meters |
| Height and Weight | |
| Gestational Status | Birth wt unknown |
| Post-Hemodialysis Assessment | |
| Treatment Weight Change | 362 |
| Adult IBW/VT Calculations | |
| IBW/kg (Calculated) | 57 |
| Low Range Vt 6mL/kg | 342 mL/kg |
| Adult Moderate Range Vt 8mL/kg | 456 mL/kg |

### Patient Education

No documentation.

### Patient Instructions

No documentation.

### After Visit Summary

After Visit Summary (AVS) (below)

AFTER VISIT SUMMARY

BalladHealth

**Sabrina Guerrero** MRN: 12141403 7/20/2022 3:45 PM BHMA Center for Post Covid Care 423-578-8400

## Instructions

Ambulatory referral to Behavioral Health
Expires: 7/20/2023 (requested)

Return in about 6 weeks
(around 8/31/2022) for Telemed.

## What's Next

AUG 31 2022 — Post Covid Follow Up Visit with Pammela M Poore, NP
Wednesday August 31 1:00 PM

BHMA Center for Post Covid Care
2202 N. John B. Dennis Hwy
Suite 110
Kingsport TN 37660-4651
423-578-8400

## Today's Visit

You saw Pammela M Poore, NP on Wednesday July 20, 2022 for: Post Covid Follow Up.

| | |
|---|---|
| Blood Pressure 132/87 | BMI 60.24 |
| Weight 362 lb | Height 5' 5" |
| Temperature (Temporal) 98.3 °F | Pulse 93 |
| Respiration 19 | Oxygen Saturation 97% |

## MyChart

View your After Visit Summary and more online at https://mychart.balladhealth.org/mychart/.

Your Medication List as of July 20, 2022 5:31 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| ALBUTEROL IN | Inhale 90 mcg into the lungs. |
| **aspirin** 81 MG EC tablet<br>Commonly known as: Ecotrin | Take 81 mg by mouth. |
| **benazepril** 20 MG tablet<br>Commonly known as: Lotensin | Take 20 mg by mouth. |
| **benzonatate** 100 MG capsule<br>Commonly known as: Tessalon | Take 100 mg by mouth 3 (three) times a day as needed for cough. |
| **calcitriol** 0.5 MCG capsule<br>Commonly known as: Rocaltrol | Take 0.5 mcg by mouth. |
| CALCIUM CITRATE PO | Take by mouth. |
| **cetirizine** 10 MG tablet<br>Commonly known as: ZyrTEC | Take 10 mg by mouth. |
| **ergocalciferol** 1.25 MG (50000 UT) capsule<br>Commonly known as: Vitamin D2 | Every other day |
| **escitalopram** 10 MG tablet<br>Commonly known as: Lexapro | Take 20 mg by mouth daily. |
| HYOSCYAMINE PO | Take 4 mg by mouth. |
| MAG-OX PO | Take 400 mg by mouth daily. |
| **meloxicam** 15 MG tablet<br>Commonly known as: Mobic | meloxicam 15 mg tablet |
| **minocycline** 100 MG capsule<br>Commonly known as: Minocin | 2 (two) times a day. |
| **Omega-3** 1000 MG Caps | Take 1,000 mg by mouth daily. |
| **ondansetron** 4 MG tablet<br>Commonly known as: Zofran | Take 4 mg by mouth. |
| OZEMPIC (1 MG/DOSE) SC | Inject under the skin. |
| PROBIOTIC PO | Take 1 capsule by mouth. |
| **topiramate** 25 MG capsule<br>Commonly known as: Topamax | Take 25 mg by mouth 2 (two) times a day. |
| UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| VITAMIN A PO | Take by mouth daily. 30,000 mcg |

Sabrina Guerrero (MRN: 12141403) (CSN: 10095897466) • Printed at 7/20/2022 5:31 PM Page 2 of 4 Epic

## Your Medication List (continued) as of July 20, 2022 5:31 PM

| | |
|---|---|
| **Vitamin B-12** 1000 MCG Subl | Place under the tongue. Every other day |
| **vitamin C** 1000 MG tablet | Take 1,000 mg by mouth daily. |
| **ZINC PO** | Take 100 mg by mouth daily. |

### Future Appointment Instructions

**Patient Reminders:**

- Please bring all of your medications in the original bottles to each of your visits. Your doctor needs to see medications prescribed by other doctors as well as any over-the-counter medications and supplements you are taking. If you fail to do so then you may be asked to reschedule your appointment. This is crucial to your HEALTH and our health care team.
- At your next appointment, please let us know if you have been seen by another health care provider, especially the ER/Urgent Care/Hospital, to ensure our records are complete.
- Please notify the nurse/doctor if you have had any of the following procedures performed and where you have had them.
  - Labs/radiology
  - Vaccinations
  - Eye exam
  - Podiatry exam
  - Colonoscopy
  - Gynecological visit
  - Mammogram

## Health Maintenance

| | Date Due |
|---|---|
| Colorectal Cancer Screening | **Never done** |
| Mammogram | **Never done** |
| Lipid Panel | **Never done** |
| Pap Smear | **Never done** |
| Covid 19 Vaccine Series (3 - Booster for Pfizer series) | **06/25/2021** |
| Influenza Vaccine (1) | 09/01/2022 |

## View Your Health Information Online

Our records indicate that you have an active MyChart account.

You can view your After Visit Summary by going to **www.balladhealth.org/mychart** and logging in with your MyChart username and password. If you don't have a MyChart username and password but a parent or guardian has access to your record, the parent or guardian should login with their own MyChart username and password and access your record to view the After Visit Summary.

View Your Health Information Online (continued)

Encounter-Level Documents:
There are no encounter-level documents.

Sabrina Guerrero (MRN: 12141403) (CSN: 10095897466) • Printed at 7/20/2022 5:31 PM Page 4 of 4 Epic

**Letters**

**Letter by Poore, Pammela M, NP on 7/25/2022**

Status: Sent

**Letters (continued)**

Letter body:

July 25, 2022

Floyd E Phillips Jr., MD
6890 W A J Hwy
Talbott TN 37877

Patient: **Sabrina Guerrero**
MR Number: **12141403**
Date of Birth:
Date of Visit: **7/20/2022**

Dear Dr. Phillips:

Sabrina Guerrero was seen at the Center for Post-COVID care for evaluation. Below are the relevant portions of my assessment and plan of care.

If you have questions, please do not hesitate to call me. I look forward to following Sabrina along with you.

Sincerely,

Pammela M Poore, NP

CC
No Recipients

**Pammela M Poore, NP 7/25/2022 11:10 PM Sign when Signing Visit**

Patient Name: Guerrero, Sabrina Today's Date: 7/25/2022
Preferred Name: Sabrina Date of Encounter: 7/20/2022
Patient MRN / CSN: 12141403 / 10095897466 Appt. Time: 3:45 PM EDT
Patient Age / DOB: 53-year old / Encounter Provider: Pammela M Poore, NP
PCP: Floyd E Phillips Jr, MD

Center for Post-Covid Care (CPCC)
Follow - Up

Sabrina Guerrero is a 53-year old that presents for 6 week Post Covid Follow Up. Ms. Guerrero initially tested positive for COVID and symptoms began on 2/7/22. Over the course of two weeks she was prescribed Paxlovid, Steroid Injection, Antibiotic Injection, Tessalon Perles, Inhaler, Cough Medicine, and a Steroid Dose Pak. In the following weeks she was prescribed another Inhaler, two Steroid Dose Paks, Antibiotics, and was referred to Physical Therapy. Patient went to Physical Therapy two times a week through the end of June 2022 when she could no longer go due to insurance purposes. States that PCP is going to try to re-refer her to Physical Therapy.

Ms. Guerrero reports continued Post-COVID symptoms of: Fatigue, Headache, Joint pain, Anxiety, Depression, Activity Intolerance, Palpitations, Shortness of breath, Cough, Brain fog, Memory loss, Poor concentration, Dizziness and Weakness. Ms. Guerrero reports that Fatigue continues without improvement. Reports that she stays

**Letters (continued)**

tired all the time. States that she has not being doing well at following the Anti-Inflammatory Diet, but is drinking increased water intake, and taking Supplements. Reports that Headaches continue to occur at random times on a daily basis and last 30 minutes to several hours. States that she takes Tylenol and at times it helps to relieve headache. Reports that she bought a COLD CAP to see if it would help with pain. Reports that Chronic Joint Pain of neck, shoulders, elbows, and ankles worsened after COVID and randomly comes and goes without improvement. States that she takes Meloxicam, applies cold/hot compresses, and goes to Physical Therapy which helps with Joint Pain. Ms. Guerrero reports that Chronic Anxiety and Depression that worsened Post-COVID has improved some. States that she was seen by Dr. Philips PCP and informed that Anxiety and Depression had not improved and he increased Escitalopram to 20 mg daily which has helped. States that she has not done will following Anti-Inflammatory Diet and plans to start doing better. Reports that Shortness of Breath continues without improvement and is at times accompanied by dizziness and increased heart rate. States that she stopped using Symbicort Inhaler per Dr. Bakshi but continues to use Albuterol Inhaler to help when she becomes short of breath. Reports that Non-Productive Cough continues without improvement. States that she continues to take Tessalon Perles for cough which helps.

Ms. Guerrero reports continued Post-COVID Brain Fog, Memory Loss, and Poor Concentration that continues without improvement. States that she has trouble finding words, loses her place in a conversation, and has difficulty focusing. States that she has not been doing well at following Anti-Inflammatory Diet and states that she is going to try to do better.

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:
**Outpatient Encounter Medications as of 7/20/2022**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. | | |
| • benazepril (Lotensin) 20 MG tablet | Take 20 mg by mouth. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG | Take 10 mg by | | |

| | |
|---|---|
| tablet | mouth. |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other day |
| • escitalopram (Lexapro) 10 MG tablet | Take 20 mg by mouth daily. |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth. |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • topiramate (Topamax) 25 MG capsule | Take 25 mg by mouth 2 (two) times a day. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| • [DISCONTINUED] Budesonide-Formoterol Fumarate (SYMBICORT IN) | Inhale into the lungs as needed. |

Last reviewed on 7/20/2022 4:06 PM by Ashley B Vaughn, RN

Medical History:
Sabrina has a past medical history of Anxiety, Bronchitis, COVID-19, Depression, Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC). This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Depression in her mother; Diabetes in her father; Heart disease in her father; Hyperlipidemia in her mother; Hypertension in her father; Pancreatic cancer in her father; Scoliosis in her mother.

Sabrina reports previous alcohol use.

Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports previous drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for cough and shortness of breath.
Cardiovascular: Positive for palpitations.
Musculoskeletal: Positive for arthralgias.
Neurological: Positive for dizziness, weakness and headaches.
Psychiatric/Behavioral: Positive for decreased concentration. The patient is nervous/anxious.

**Vitals:**

| | 07/20/22 1559 |
|---|---|
| BP: | 132/87 |
| Pulse: | 93 |
| Resp: | 19 |
| Temp: | 98.3 °F (36.8 °C) |
| TempSrc: | Temporal |
| SpO2: | 97% |
| Weight: | **(!) 164.2 kg (362 lb)** |
| Height: | 5' 5" (1.651 m) |

No LMP recorded.

**Physical Exam**
Constitutional:
Appearance: Normal appearance. She is obese.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.
Abdominal:
Palpations: Abdomen is soft.
Musculoskeletal:
Cervical back: Normal range of motion.
Left lower leg: Edema present.
Comments: **LLE 2 + edema**

Skin:
General: Skin is warm and dry.
Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
Mental Status: She is alert and oriented to person, place, and time.
Psychiatric:
Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal.

**Problem List Items Addressed This Visit**

- **Post-COVID syndrome - Primary**

  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero presents to the CPCC today reporting continued Post-COVID symptoms of Fatigue, Headache, Joint pain, Anxiety, Depression, Activity Intolerance, Palpitations, Shortness of breath, Cough, Brain fog, Memory loss, Poor concentration, Dizziness and Weakness.

  I have spent greater than 50 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

  Ms. Guerrero reports that Fatigue continues without improvement.

  Lab work orderd 06/08/22 results:

  TSH, T 4, B-12, Unremarkable

  CMP - mildly elevated BUN 24, Na 145, Chloride 107, ALT 134 - Alk Phos elevated 159.5.30. Hgb 16.2. Hct 19.1

  CBC - mildly elevated RBC 5.30. Hgb 16.2. Hct 19.1

  Vitamin D elevated 93.8 -encouraged patient to inform Endocrinologist and inquire if any changes

are needed for prescribed Vitamin D dose.

Re-educated patient related to the benefits of following an Anti-Inflammatory Diet and decreasing sugar intake. Encouraged Patient to continuje taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc, and drinking plenty of water. Encourage adequate rest, good sleep hygiene, and fatigue management: planning, pacing, prioritizing, and positioning.

Patient report that PCP plans to re-refer patient to Physical Therapy.

- **Post-COVID chronic headache**

  Headaches continue to occur at random times on a daily basis and last 30 minutes to several hours.

  Encouraged patient to continue to take Tylenol to relieve headaches and apply Cold Cap to relieve headache pain. Encouraged patient to drink plenty of fluids, rest in quiet darkened room, and apply hot/cold compresses to head and neck to help relieve headaches.

  Patient declines Neurology Referral at this time. States that she wants to try Cold Cap to see if it will help.

- **Anxiety**

  Ms. Guerrero reports that Chronic Anxiety that worsened Post-COVID has improved some.

  Escitalopram Increased to 20 mg daily per PCP.

  Encouraged continuation of Anti-Inflammatory Diet, decreased caffeine and sugar intake, drinking eight 8 oz glasses of water daily, avoidance of nicotine and alcohol, try to follow regular sleep regimen.

  Referral to Behavioral Health placed.

  Relevant Orders
  Ambulatory referral to Behavioral Health

- **Depression**

  Ms. Guerrero reports that Chronic Depression that worsened Post-COVID has improved some.

  Escitalopram Increased to 20 mg daily per PCP.

  Encouraged continuation of Anti-Inflammatory Diet, decreased caffeine and sugar intake, drinking eight 8 oz glasses of water daily, avoidance of nicotine and alcohol, try to follow regular sleep regimen.

Referral to Behavioral Health placed.

Relevant Orders
Ambulatory referral to Behavioral Health

- **Post-COVID chronic dyspnea**

Ms. Guerrero reports Shortness of Breath continues without improvement and is at times accompanied by dizziness and increased heart rate.

Chest XR 6/8/22 ordered completed 6/16/22 results: Detail limited due to patient factors. No definite signs of acute cardiopulmonary disease.

PFT ordered 6/8/22 not completed. Patient states that she had PFT completed in May 2022 at Jefferson Memorial Hospital.

Referred patient to Pulmonology. Patient saw Dr. Bakshi Pulmonologist on 7/14/22. Patient reports that Dr. Bakshi informed her that PFT's from May 2022 looked good, and Chest XR completed 6/16/22 showed some scarring. Dr. Bakshi instructed patient to do Breathing exercises daily, use CPAP every night, Stop Symbicort Inhaler related to increased heart rate, request that PCP stop Benazepril and change to blood pressure medication that does not have coughing as a side effect, Continue Albuterol as needed, take Tessalon Perles twice a day, take Cetirizine and Flonase 1 - 2 times a day, lose weight, and take Pepcid 20 mg 1 - 2 times a day.

Educated patient related to Pursed Lip Breathing exercises. Encouraged patient to do breathing exercises 5 - 10 minutes a day to help increase lung capacity and improve Lung function.

Patient has follow up visit with Dr. Bakshi Pulmonologist 10/13/22.

- **Brain fog**

Ms. Guerrero reports continued Post-COVID Brain Fog that continues without improvement.

Re-educated patient related to benefits of Anti-Inflammatory Diet, drink eight 8 oz glasses of water a day. Encourage patient to continue taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, and Zinc. Encouraged patient to begin taking Probiotic and Omega 3's. Practice breathing exercises, try to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Patient declined prescription for Nufola at this time. States that she wants to do better at following Anti-Inflammatory Diet first.

Will consider Nufola at follow up visit if not improvement.

- **Memory loss**

Ms. Guerrero reports continued Post-COVID Memory Loss that continues without improvement.

Re-educated patient to benefits of Anti-Inflammatory Diet, practice good sleep regimen, read, do

puzzles, and play word games to keep brain active.

- **Poor concentration**

  Ms. Guerrero reports continued Post-COVID Poor Concentration that continues without improvement.

  Re-educated patient to benefits of Anti-Inflammatory Diet, practice good sleep regimen, read, do puzzles, and play word games to keep brain active.

- **Post-COVID chronic joint pain**

  Chronic Joint Pain of neck, shoulders, elbows, and ankles worsened after COVID and randomly comes and goes without improvement.

  Lab work ordered and drawn 6/8/22:
  ANA, HLA-B27, Sed Rate, RF, CRP unremarkable

  Encouraged patiet to continue taking Meloxicam and to try alternating cold/heat to affected areas to help with pain.

- **Post-COVID chronic cough**

  Non-Productive Cough continues without improvement.

  Pulmonologist was seen on 7/14/22 and informed patient to contact PCP and inform to stop Benazepril and change blood pressure medication to one without Coughing as a listed side effect. Patient to follow up with PCP 8/8/22.

  Encouraged patient that persistent cough after COVID could take time to resolve.

  Encouraged patient to continue Tessalon Perles and obtain OTC Guaifenesin to help with cough.

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred*

**Letters (continued)**

Return in about 6 weeks (around 8/31/2022) for Telemed.

**Messages**

**Patient Medical History**

| From | To | Sent |
|---|---|---|
| Guerrero, Sabrina | Pammela M Poore, NP | 7/13/2022 11:19 AM |

History questionnaire submitted on Wednesday July 13, 2022 at 11:19:35 AM
Questionnaire: Patient Medical History
Patient: Sabrina Guerrero [12141403]

Medical History:

Question: Anemia
Response: Yes
Date: Unsure Comments: History

Question: Diabetes Type 1 or 2
Response: No
Date: Comments:

Question: Previous Heart Attack
Response: No
Date: Comments:

Question: Anxiety
Response: Yes
Date: Unsure Comments:

Question: Emphysema
Response: No
Date: Comments:

Question: Nerve or Muscle Disease
Response: No
Date: Comments:

Question: Arthritis
Response: Yes
Date: Unsure  Comments:

Question: Acid Reflux
Response: No
Date:   Comments:

Question: Brittle Bones
Response: No
Date:   Comments:

Question: Asthma
Response: No
Date:   Comments:

Question: Glaucoma
Response: No
Date:   Comments:

Question: Seizures
Response: No
Date:   Comments:

Question: Cancer
Response: Yes
Date: Unsure  Comments: Basal cell forhead

Question: Heart Murmur
Response: No
Date:   Comments:

Question: Sickle Cell Anemia
Response: No
Date:   Comments:

Question: Cataracts
Response: No
Date:   Comments:

Question: Hepatitis
Response: No
Date:   Comments:

Question: Stroke
Response: No
Date: Comments:

Question: Congestive Heart Failure
Response: No
Date: Comments:

Question: HIV or AIDS
Response: No
Date: Comments:

Question: Substance Abuse
Response: No
Date: Comments:

Question: Bleeding Problems
Response: No
Date: Comments:

Question: High Blood Pressure
Response: Yes
Date: Unsure Comments:

Question: Thyroid Disease
Response: Yes
Date: Unsure Comments: Parathyroid

Question: COPD or Chronic Bronchitis
Response: No
Date: Comments:

Question: Kidney Disease
Response: No
Date: Comments:

Question: Tuberculosis (TB)
Response: No
Date: Comments:

Question: Depression
Response: Yes

Date: Unsure Comments:

Question: Brain or Spinal Cord Infection
Response: No
Date: Comments:

Question: Ulcers
Response: No
Date: Comments:

Question: High Cholesterol
Response: No
Date: Comments:

Question: Seasonal Allergies
Response: No
Date: Comments:

Question: Overactive Thyroid
Response: No
Date: Comments:

Question: Coronary Artery Disease
Response: No
Date: Comments:

Question: Underactive Thyroid
Response: No
Date: Comments:

Surgical History:

Question: Appendectomy
Response: No
Date: Comments:

Question: Brain surgery
Response: No
Date: Comments:

Question: Breast surgery

Response: No
Date: Comments:

Question: Heart bypass
Response: No
Date: Comments:

Question: Gallbladder removal
Response: Yes
Date: 2001 Comments:

Question: Colon / large intestine surgery
Response: No
Date: Comments:

Question: Colonoscopy
Response: Yes
Date: Comments:

Question: Plastic surgery
Response: No
Date: Comments:

Question: C-Section
Response: No
Date: Comments:

Question: Fracture surgery
Response: No
Date: Comments:

Question: Eye surgery
Response: No
Date: Comments:

Question: Joint replacement
Response: No
Date: Comments:

Question: Hernia repair
Response: Yes
Date: 2020 Comments:

Question: Hysterectomy
Response: No
Date: Comments:

Question: Lumpectomy
Response: No
Date: Comments:

Question: Small intestine surgery
Response: No
Date: Comments:

Question: Spine surgery
Response: No
Date: Comments:

Question: Tonsillectomy
Response: No
Date: Comments:

Question: Tubes tied
Response: No
Date: Comments:

Question: Heart valve replacement
Response: No
Date: Comments:

Family History:

Problem: Heart Disease

Relation: Father
Name: Edward White Jr
Comments:

Problem: High Blood Pressure

Relation: Father
Name: Edward White Jr
Comments:

Problem: High Cholesterol

Relation: Mother
Name: Brenda White
Comments:

Problem: Diabetes Type 1 or 2

Relation: Father
Name: Edward White Jr
Comments:

Tobacco History:

Question: How often do you smoke?
Response: Former Smoker
What type of smoking tobacco do you use?:
How many packs do you smoke per day?: 0
How many years have you been smoking Tobacco?: 0
If you are/were a smoker, when did you start?: 1/4/1988
If you are a former smoker, when did you quit?:
7/14/1990
Question: How often do you use smokeless tobacco?
Response: Never Used
Question: Are you ready to quit smoking?
Response: No Response
Comments: Light smoker when I did smoke

Substance and Sexual Activity History:

Question: Do you consume Alcohol?
Response: Not Currently
How many drinks per week do you consume?: 0 Glasses of
wine, 0 Cans of beer, 0 Shots of liquor, 0 Standard
drinks or equivalent
Comments:

Question: Do you use any illicit drugs?
Response: Never

Question: Are you sexually active?
Response: Yes
Partners: Male
What types of Birth control or Proctection do you use?: Post-menopausal, None
Comments:

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Guerrero, Sabrina | Pammela M Poore, NP | 7/13/2022 11:09 AM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Primary Reason for Visit

Question: What is the primary reason for your visit?
Answer: Other

Questionnaire: Other

Question: Please describe your symptoms.
Answer: Post Covid

Question: Have you had these symptoms before?
Answer: Yes

Question: How long have you been having these symptoms?
Answer: For more than a month

Question: Please list any medications you are currently taking for this condition.
Answer: See medication list

Question: Please describe any probable cause for these symptoms.
Answer: Post covid

**Questionnaire Submission**

| From | To | Sent |
|---|---|---|
| Guerrero, Sabrina | Pammela M Poore, NP | 7/13/2022 11:08 AM |

Patient Questionnaire Submission
--------------------------------

Questionnaire: Communicable Disease Screening

Question: Do you have any of the following new or worsening symptoms?
Answer: Fatigue
Joint pain
Severe headache
Shortness of breath

Question: In the last 10 days, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19?
Answer: No / Unsure

Question: Have you had a COVID-19 viral test in the last 10 days?
Answer: No

**Questionnaires**

**Legend:**

**Triggered a BPA Scoring question**

**Travel Screening**

| Question | 7/13/2022 11:08 AM EST - Filed by Patient |
|---|---|
| Do you have any of the following new or worsening symptoms? | Fatigue<br>Joint pain<br>Severe headache<br>Shortness of breath |
| In the last 10 days, have you been in contact with someone who was confirmed or suspected to have Coronavirus / COVID-19? | No / Unsure |
| Have you had a COVID-19 viral test in the last 10 days? | No |

**Mychart Patient-Entered Hpi Selection Questionnaire**

| Question | 7/13/2022 11:09 AM EST - Filed by Patient |
|---|---|
| What is the primary reason for your visit? | Other |
| Please describe your symptoms. | Post Covid |
| Have you had these symptoms before? | Yes |
| How long have you been having these symptoms? | For more than a month |
| Please list any medications you are currently taking for this condition. | See medication list |
| Please describe any probable cause for these symptoms. | Post covid |

**Referral**

No documentation.

**Documents**

**Confirmation of Email Address - Electronic signature on 7/13/2022 11:20 AM (effective from 7/13/2022) - E-signed**

BalladHealth
Ballad Health Medical Associates

## Confirmation of Email Address

**Page 1 of 1**

**Patient Medical Record Documentation and Your Email Address**

As part of Ballad Health's commitment to ensuring accurate and complete electronic medical records, we need to collect an email address as part of your patient information.

--------------------------------------------------------------------------------------------------------------------

**Use of Email Address**

In this age of technological communication, email addresses are as common - if not more so - than phone or fax numbers. As email use becomes more prevalent, Ballad must ensure it maintains complete and comprehensive records - including contact information - to communicate with patients under certain circumstances.

Your email address will not be sold to other entities for any reason or otherwise provided to third parties for non-Ballad use unless required for legal reasons. Just as Wellmont takes the security of your health information seriously, we commit to responsibly maintaining and using your email address and contact information.

We may communicate with you periodically about important health topics. However, patient medical information will not be communicated using your email address.

Patients who do not have an email address should denote below and sign this form, which will remain on file as part of their patient record.

--------------------------------------------------------------------------------------------------------------------

**Confirmation of Email Address**

Email Address:

Patient Signature: Confirmation of Email Address
Sabrina Guerrero
Electronically signed for Sabrina Guerrero

Form # MS- 6783

# AFTER VISIT SUMMARY

**Sabrina Guerrero** MRN: 12141403 7/20/2022 3:45 PM BHMA Center for Post Covid Care 423-578-8400

## Instructions

Ambulatory referral to Behavioral Health
Expires: 7/20/2023 (requested)

Return in about 6 weeks
(around 8/31/2022) for Telemed.

## What's Next

AUG 31 2022 — Post Covid Follow Up Visit with Pammela M Poore, NP
Wednesday August 31 1:00 PM

BHMA Center for Post Covid Care
2202 N. John B. Dennis Hwy
Suite 110
Kingsport TN 37660-4651
423-578-8400

## Today's Visit

You saw Pammela M Poore, NP on Wednesday July 20, 2022 for: Post Covid Follow Up.

| | |
|---|---|
| Blood Pressure 132/87 | BMI 60.24 |
| Weight 362 lb | Height 5' 5" |
| Temperature (Temporal) 98.3 °F | Pulse 93 |
| Respiration 19 | Oxygen Saturation 97% |

## MyChart

View your After Visit Summary and more online at https://mychart.balladhealth.org/mychart/.

Sabrina Guerrero (MRN: 12141403) (CSN: 10095897466) • Printed at 7/20/2022 5:31 PM Page 1 of 4 Epic

Your Medication List as of July 20, 2022 5:31 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| ALBUTEROL IN | Inhale 90 mcg into the lungs. |
| **aspirin** 81 MG EC tablet<br>Commonly known as: Ecotrin | Take 81 mg by mouth. |
| **benazepril** 20 MG tablet<br>Commonly known as: Lotensin | Take 20 mg by mouth. |
| **benzonatate** 100 MG capsule<br>Commonly known as: Tessalon | Take 100 mg by mouth 3 (three) times a day as needed for cough. |
| **calcitriol** 0.5 MCG capsule<br>Commonly known as: Rocaltrol | Take 0.5 mcg by mouth. |
| CALCIUM CITRATE PO | Take by mouth. |
| **cetirizine** 10 MG tablet<br>Commonly known as: ZyrTEC | Take 10 mg by mouth. |
| **ergocalciferol** 1.25 MG (50000 UT) capsule<br>Commonly known as: Vitamin D2 | Every other day |
| **escitalopram** 10 MG tablet<br>Commonly known as: Lexapro | Take 20 mg by mouth daily. |
| HYOSCYAMINE PO | Take 4 mg by mouth. |
| MAG-OX PO | Take 400 mg by mouth daily. |
| **meloxicam** 15 MG tablet<br>Commonly known as: Mobic | meloxicam 15 mg tablet |
| **minocycline** 100 MG capsule<br>Commonly known as: Minocin | 2 (two) times a day. |
| **Omega-3** 1000 MG Caps | Take 1,000 mg by mouth daily. |
| **ondansetron** 4 MG tablet<br>Commonly known as: Zofran | Take 4 mg by mouth. |
| OZEMPIC (1 MG/DOSE) SC | Inject under the skin. |
| PROBIOTIC PO | Take 1 capsule by mouth. |
| **topiramate** 25 MG capsule<br>Commonly known as: Topamax | Take 25 mg by mouth 2 (two) times a day. |
| UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| VITAMIN A PO | Take by mouth daily. 30,000 mcg |

## Your Medication List (continued) as of July 20, 2022 5:31 PM

| | |
|---|---|
| **Vitamin B-12** 1000 MCG Subl | Place under the tongue. Every other day |
| **vitamin C** 1000 MG tablet | Take 1,000 mg by mouth daily. |
| **ZINC PO** | Take 100 mg by mouth daily. |

## Future Appointment Instructions

**Patient Reminders:**

- Please bring all of your medications in the original bottles to each of your visits. Your doctor needs to see medications prescribed by other doctors as well as any over-the-counter medications and supplements you are taking. If you fail to do so then you may be asked to reschedule your appointment. This is crucial to your HEALTH and our health care team.
- At your next appointment, please let us know if you have been seen by another health care provider, especially the ER/Urgent Care/Hospital, to ensure our records are complete.
- Please notify the nurse/doctor if you have had any of the following procedures performed and where you have had them.
  - Labs/radiology
  - Vaccinations
  - Eye exam
  - Podiatry exam
  - Colonoscopy
  - Gynecological visit
  - Mammogram

## Health Maintenance

| | Date Due |
|---|---|
| Colorectal Cancer Screening | **Never done** |
| Mammogram | **Never done** |
| Lipid Panel | **Never done** |
| Pap Smear | **Never done** |
| Covid 19 Vaccine Series (3 - Booster for Pfizer series) | **06/25/2021** |
| Influenza Vaccine (1) | 09/01/2022 |

## View Your Health Information Online

Our records indicate that you have an active MyChart account.

You can view your After Visit Summary by going to **www.balladhealth.org/mychart** and logging in with your MyChart username and password. If you don't have a MyChart username and password but a parent or guardian has access to your record, the parent or guardian should login with their own MyChart username and password and access your record to view the After Visit Summary.

**Documents (continued)**

View Your Health Information Online (continued)

Encounter-Level Documents:
There are no encounter-level documents.

# Facesheet

### Demographics

| | |
|---|---|
| Patient Name | GUERRERO, SABRINA M |
| Sex | F |
| DOB | |
| Address | |
| City/State/Zip | |
| Home Phone | |
| Mobile Phone | |
| Insurance | Med Primary: BCBS-TN - NETWORK S (PPO)<br>Insurance # : STTS00402622<br>Med Contracts: AMEDISYS HOME HEALTH HOSPICE MORRISTOWN<br>Insurance # :<br>Prescription: check now |
| Patient Privacy | • **Information Release Authorization (HIPAA) Form** [signed: 04/03/2023 effective: 04/03/2023 expires: 04/02/2024] Information Release Authorization Details: 1. Release Information to: Darwin Guerrero Isabella Guerrero |
| Default Pharmacy | SAM'S CLUB PHARMACY 6572 (ERX)<br>2920 KNOXVILLE CENTER DRIVE<br>KNOXVILLE<br>TN 37924<br>Ph (865) 637-0643<br>Fax (865) 637-1803 |

### Height / Weight / BMI / BP

| | |
|---|---|
| Height | 65 in 12/12/2023 |
| Weight | 332 lbs 0 oz<br>12/12/2023 |
| BMI | 55.2 12/12/2023 |
| Blood Pressure | 136 / 89 12/12/2023 |

### Problems

- Migraine - Onset: 02/07/2023
- Memory loss care - Onset: 02/07/2023

### Surgical History

Procedure on foot
Hernia Repair
Gastric bypass for obesity

### Medications

**albuterol sulfate HFA 90 mcg/actuation aerosol inhaler** 11/01/23 filled
INHALE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED FOR COUGH, WHEEZE, OR SHORTNESS OF BREATH

| | | |
|---|---|---|
| **AplisoL 5 tub. unit/0.1 mL intradermal injection solution**<br>Take by intradermal route. Administer Note: Amedysis empolyee-- advised pt to have her right arm checked within 48-72 hours. | 02/17/16 | administered |
| **aspirin** | 02/07/23 | entered |
| **BD Ultra-Fine Short Pen Needle 31 gauge x 5/16"**<br>USE ONCE DAILY TO INJECT SAXENDA | 07/20/23 | filled |
| **benazepriL 10 mg tablet**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 06/27/22 | filled |
| **benzonatate 100 mg capsule**<br>TAKE 1 TO 2 CAPSULES BY MOUTH THREE TIMES DAILY AS NEEDED | 02/07/22 | filled |
| **benzonatate 200 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 08/08/22 | filled |
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 11/20/23 | filled |
| **cefdinir 300 mg capsule**<br>TAKE 2 CAPSULES BY MOUTH ONCE DAILY | 01/19/23 | filled |
| **cephALEXin 500 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 05/18/23 | filled |
| **Cerefolin NAC (algal oil) 6 mg-600 mg-2 mg-90.314 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 12/12/23 | prescribed |
| **Chlo Hist 1 mg-12.5 mg/5 mL oral solution**<br>TAKE 10 ML BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH AND CONGESTION FOR 7 DAYS | 02/16/22 | filled |
| **clopidogreL 75 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 12/12/23 | prescribed |
| **clotrimazole-betamethasone 1 %-0.05 % topical cream** | 01/03/13 | filled |
| **dexAMETHasone 4 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY FOR 7 DAYS | 02/16/22 | filled |
| **doxycycline hyclate 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY FOR 10 DAYS | 02/16/22 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 12/28/23 | filled |

| | | |
|---|---|---|
| **escitalopram 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/27/22 | filled |
| **escitalopram 20 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/29/22 | filled |
| **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 07/29/23 | filled |
| **FeroSuL 325 mg (65 mg iron) tablet**<br>TAKE 1 TABLET BY MOUTH ON MONDAY, WEDNESDAY AND FRIDAY FOR 24 DOSES. TAKE WITH ORANGE JUICE OR VITAMIN C ON AN EMPTY STOMACH. | 11/28/22 | filled |
| **fluconazole 150 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 72 HOURS FOR 7 DAYS | 02/16/22 | filled |
| **HYDROcodone 5 mg-acetaminophen 500 mg tablet** | 07/11/12 | filled |
| **hydrocortisone 2.5 % topical cream**<br>APPLY CREAM TO AFFECTED AREA(S) TWICE DAILY MONDAY-FRIDAY, SKIP WEEKENDS. | 11/14/22 | filled |
| **hydrOXYzine HCL 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME | 12/15/23 | filled |
| **ibuprofen 800 mg tablet** | 12/05/23 | filled |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/20/23 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/11/23 | filled |
| **methylPREDNISolone 4 mg tablets in a dose pack**<br>TAKE BY MOUTH AS DIRECTED ON INSIDE OF PACKAGE | 03/17/22 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 12/21/23 | filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/09/23 | filled |
| **modafiniL 200 mg tablet**<br>TAKE 1 TABLET BY MOUTH IN THE MORNING | 12/20/23 | filled |
| **mupirocin 2 % topical ointment** | 01/03/13 | filled |
| **Nyamyc 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY ON THE SKIN THREE TIMES DAILY. MAY USE UP TO 4 GRAMS PER DAY OVER THE ENTIRE BODY AS NEEDED. | 05/16/23 | filled |

| | | |
|---|---|---|
| **ondansetron HCL 4 mg tablet** | 12/06/22 | filled |
| **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG UNDER THE SKIN ONCE PER WEEK AS DIRECTED | 03/14/23 | filled |
| **pantoprazole 20 mg tablet,delayed release**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 12/09/23 | filled |
| **Paxlovid 300 mg (150 mg x 2)-100 mg tablets in a dose pack**<br>TAKE 3 TABLETS BY MOUTH TWICE A DAY FOR 5 DAYS AS DIRECTED ON PACK | 12/26/23 | filled |
| **predniSONE 10 mg tablet**<br>TAKE 6 TABLETS ON DAY 1, THEN TAKE 5 TABLETS ON DAY 2, THEN TAKE 4 TABLETS ON DAY 3, THEN TAKE 3 TABLETS ON DAY 4, THEN TAKE 2 TABLETS ON DAY 5, AND THEN TAKE 1 TABLET ON DAY 6. TAKE ALL DOSES WITH FOOD. | 07/17/23 | filled |
| **Qulipta 60 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/28/23 | filled |
| **Rexulti 0.25 mg tablet** | 07/05/23 | filled |
| **Rexulti 0.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 09/20/23 | filled |
| **Rexulti 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/29/23 | filled |
| **Saxenda 3 mg/0.5 mL (18 mg/3 mL) subcutaneous pen injector**<br>PLEASE SEE ATTACHED FOR DETAILED DIRECTIONS | 07/17/23 | filled |
| **sucralfate 1 gram tablet**<br>TAKE 1 TABLET BY MOUTH 4 TIMES DAILY | 05/20/23 | filled |
| **SUMAtriptan 100 mg tablet** | 11/28/22 | filled |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH TWICE DAILY, RINSE MOUTH AFTER USE | 02/24/22 | filled |
| **topiramate 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 30 DAYS | 02/20/23 | filled |
| **topiramate 50 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/19/23 | filled |
| **traZODone 50 mg tablet** | 10/25/12 | filled |
| **Trintellix 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/03/23 | filled |

**GUERRERO, Sabrina M (id #170487, dob:**

**Ubrelvy 100 mg tablet** 11/30/23 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY

**valsartan 80 mg tablet** 11/19/23 filled
TAKE 1 TABLET BY MOUTH EVERY DAY

calcium, vit c, vit d, bariatric multi vit, vit a, vit b12 twice weekly, zinc, probiotic

**Vaccines**
None recorded.

**Allergies / Adverse Reactions**

**SULFA (SULFONAMIDE ANTIBIOTICS)**

**Past Medical History**

| | | | |
|---|---|---|---|
| Aneurysm | N | Hypothyroidism | N |
| Anxiety Disorder | Y | Kidney Disease | N |
| Arthritis | N | Liver Disease | N |
| Asthma | N | Lupus | N |
| Back Problems | N | MRI | N |
| Bleeding Disorder | N | Migraines | Y |
| COPD | N | Multiple Sclerosis | N |
| Coronary Artery Disease | N | Neck Injury | N |
| Depression | Y | Osteoporosis | Y |
| Diabetes | N | Other | N |
| ECHO 2D | N | PTSD | N |
| Epistaxis | N | Parathyroid disorder | N |
| Fibromyalgia | Y | Parkinsonism | N |
| Head Trauma/Injury | N | Seizures/Epilepsy | N |
| Headaches | Y | Sleep Disorder | Y |
| Heart Attack (MI) | N | Stroke | N |
| Heart Problems | N | Thyroid Problems | Y |
| Hepatitis | N | Tremor disorder | N |
| Hyperparathyroidism | N | Ulcers | N |
| Hyperthyroidism | N | Notes | hypertension |

**Social History**

**Public Health and Travel**

Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No

**Substance Use**

Do you or have you ever smoked tobacco?: Former smoker
What is your level of alcohol consumption?: None
What is your level of caffeine consumption?: Moderate

**Family History**

| | |
|---|---|
| Brother | - Headache |
| Mother | - Scoliosis deformity of spine |

**GYN History**

None recorded.

**Patient History - Other**

None recorded.

**Past Pregnancies**

None recorded.

**Obstetric History**

None recorded.

**Screening**

| | |
|---|---|
| Katz ADL | 02/07/2023 |
| STEADI Fall Risk | 02/07/2023 |
| PHQ-2/PHQ-9 | 02/07/2023 |
| Mini-Cog | 02/07/2023 |

**GUERRERO, Sabrina M (id #170487, dob:**

**Encounter Date: 12/12/2023**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GUERRERO, SABRINA (54yo, F) ID# 170487 | **Appt. Date/Time** | 12/12/2023 10:20AM |
| **DOB** | | **Service Dept.** | HS_JC1_MULTI |
| **Provider** | MOHAMMAD I. HUSSAIN, MD | | |
| **Insurance** | Med Primary: BCBS-TN - NETWORK S (PPO)<br>Insurance # : STTS00402622<br>Med Contracts: AMEDISYS HOME HEALTH HOSPICE MORRISTOWN<br>Insurance # :<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

## Chief Complaint

- Patient here for a 3 month follow up and refills
- Patient reports magnetic resonance imaging of brain abnormal
- Patient reports chronic post-COVID-19 syndrome
- Patient reports mixed cortical and subcortical vascular dementia
- Patient reports migraine without aura, taking Qulipta
- Patient reports abnormal gait due to impairment of balance
- Patient reports minimal cognitive impairment, taking Cerefolin
- Patient reports moderate recurrent major depression
- Patient reports cerebral ischemia, taking clopidogrel
- Patient reports still having headaches but not as bad- taking ubrelvy
- Patient reports screen time makes it worse
- Patient reports having a hard time concentrating to be able to read books
- Patient reports memory issues

## Patient's Care Team

**Primary Care Provider:** WARD PHILLIPS MD: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (877) 414-6983 NPI: 1942297916

## Patient's Pharmacies

**SAM'S CLUB PHARMACY 6572 (ERX): 2920 KNOXVILLE CENTER DRIVE, KNOXVILLE, TN 37924, Ph (865) 637-0643, Fax (865) 637-1803**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 5 in Stated<br>12/12/2023 10:38 am | **Wt:** | 332 lbs With clothes<br>12/12/2023 10:41 am | **BMI:** | 55.2 12/12/2023 10:41 am |
| **BP:** | 136/89 sitting R arm<br>12/12/2023 10:44 am | **Pulse:** | 78 bpm regular<br>12/12/2023 10:44 am | **O2Sat:** | 99% Room Air at Rest 12/12/2023 10:44 am |

## Allergies

Reviewed Allergies

**SULFA (SULFONAMIDE ANTIBIOTICS)**

## Medications

Reviewed Medications

**albuterol sulfate HFA 90 mcg/actuation aerosol inhaler** — 11/01/23 filled
INHALE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED FOR COUGH, WHEEZE, OR SHORTNESS OF BREATH

**AplisoL 5 tub. unit/0.1 mL intradermal injection solution** — 02/17/16 administered
Take by intradermal route. Administer Note: Amedysis empolyee-- advised pt to have her right arm checked within 48-72 hours.

**aspirin** — 02/07/23 entered

| | | |
|---|---|---|
| **BD Ultra-Fine Short Pen Needle 31 gauge x 5/16"**<br>USE ONCE DAILY TO INJECT SAXENDA | 07/20/23 | filled |
| **benazepriL 10 mg tablet**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 06/27/22 | filled |
| **benzonatate 100 mg capsule**<br>TAKE 1 TO 2 CAPSULES BY MOUTH THREE TIMES DAILY AS NEEDED | 02/07/22 | filled |
| **benzonatate 200 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 08/08/22 | filled |
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 11/20/23 | filled |
| **cefdinir 300 mg capsule**<br>TAKE 2 CAPSULES BY MOUTH ONCE DAILY | 01/19/23 | filled |
| **cephALEXin 500 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 05/18/23 | filled |
| **Cerefolin NAC (algal oil) 6 mg-600 mg-2 mg-90.314 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 12/12/23 | prescribed |
| **Chlo Hist 1 mg-12.5 mg/5 mL oral solution**<br>TAKE 10 ML BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH AND CONGESTION FOR 7 DAYS | 02/16/22 | filled |
| **clopidogreL 75 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 12/12/23 | prescribed |
| **clotrimazole-betamethasone 1 %-0.05 % topical cream** | 01/03/13 | filled |
| **dexAMETHasone 4 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY FOR 7 DAYS | 02/16/22 | filled |
| **doxycycline hyclate 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY FOR 10 DAYS | 02/16/22 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 12/01/23 | filled |
| **escitalopram 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/27/22 | filled |
| **escitalopram 20 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/29/22 | filled |

**GUERRERO, Sabrina M (id #170487, dob:**

| | | |
|---|---|---|
| **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 07/29/23 | filled |
| **FeroSuL 325 mg (65 mg iron) tablet**<br>TAKE 1 TABLET BY MOUTH ON MONDAY, WEDNESDAY AND FRIDAY FOR 24 DOSES. TAKE WITH ORANGE JUICE OR VITAMIN C ON AN EMPTY STOMACH. | 11/28/22 | filled |
| **fluconazole 150 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 72 HOURS FOR 7 DAYS | 02/16/22 | filled |
| **HYDROcodone 5 mg-acetaminophen 500 mg tablet** | 07/11/12 | filled |
| **hydrocortisone 2.5 % topical cream**<br>APPLY CREAM TO AFFECTED AREA(S) TWICE DAILY MONDAY-FRIDAY, SKIP WEEKENDS. | 11/14/22 | filled |
| **hydrOXYzine HCL 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME | 11/20/23 | filled |
| **ibuprofen 800 mg tablet** | 12/05/23 | filled |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/04/23 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/11/23 | filled |
| **methylPREDNISolone 4 mg tablets in a dose pack**<br>TAKE BY MOUTH AS DIRECTED ON INSIDE OF PACKAGE | 03/17/22 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 08/15/23 | filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 09/16/23 | filled |
| **modafiniL 200 mg tablet**<br>TAKE 1 TABLET BY MOUTH IN THE MORNING | 10/16/23 | filled |
| **mupirocin 2 % topical ointment** | 01/03/13 | filled |
| **Nyamyc 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY ON THE SKIN THREE TIMES DAILY. MAY USE UP TO 4 GRAMS PER DAY OVER THE ENTIRE BODY AS NEEDED. | 05/16/23 | filled |
| **ondansetron HCL 4 mg tablet** | 12/06/22 | filled |
| **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG UNDER THE SKIN ONCE PER WEEK AS DIRECTED | 03/14/23 | filled |

| | | |
|---|---|---|
| **pantoprazole 20 mg tablet,delayed release**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 12/09/23 | filled |
| **Paxlovid 300 mg (150 mg x 2)-100 mg tablets in a dose pack**<br>TAKE 3 TABLETS TOGETHER (TWO 150 MG NIRMATRELVIR TABLETS AND ONE 100 MG RITONAVIR TABLET) BY MOUTH TWICE DAILY FOR 5 DAYS. | 02/08/22 | filled |
| **predniSONE 10 mg tablet**<br>TAKE 6 TABLETS ON DAY 1, THEN TAKE 5 TABLETS ON DAY 2, THEN TAKE 4 TABLETS ON DAY 3, THEN TAKE 3 TABLETS ON DAY 4, THEN TAKE 2 TABLETS ON DAY 5, AND THEN TAKE 1 TABLET ON DAY 6. TAKE ALL DOSES WITH FOOD. | 07/17/23 | filled |
| **Qulipta 60 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 12/12/23 | prescribed |
| **Rexulti 0.25 mg tablet** | 07/05/23 | filled |
| **Rexulti 0.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 09/20/23 | filled |
| **Rexulti 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 10/04/23 | filled |
| **Saxenda 3 mg/0.5 mL (18 mg/3 mL) subcutaneous pen injector**<br>PLEASE SEE ATTACHED FOR DETAILED DIRECTIONS | 07/17/23 | filled |
| **sucralfate 1 gram tablet**<br>TAKE 1 TABLET BY MOUTH 4 TIMES DAILY | 05/20/23 | filled |
| **SUMAtriptan 100 mg tablet** | 11/28/22 | filled |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH TWICE DAILY, RINSE MOUTH AFTER USE | 02/24/22 | filled |
| **topiramate 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 30 DAYS | 02/20/23 | filled |
| **topiramate 50 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/21/23 | filled |
| **traZODone 50 mg tablet** | 10/25/12 | filled |
| **Trintellix 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/03/23 | filled |
| **Ubrelvy 100 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/30/23 | filled |

**GUERRERO, Sabrina M (id #170487, dob:**

**valsartan 80 mg tablet** 11/19/23 filled
TAKE 1 TABLET BY MOUTH EVERY DAY

calcium, vit c, vit d, bariatric multi vit, vit a, vit b12 twice weekly, zinc, probiotic

## Problems

Reviewed Problems
- Memory loss care - Onset: 02/07/2023
- Migraine - Onset: 02/07/2023

## Family History

Family History not reviewed (last reviewed 06/06/2023)

| | |
|---|---|
| Brother | - Headache |
| Mother | - Scoliosis deformity of spine |

## Social History

Social History not reviewed (last reviewed 06/06/2023)
**Public Health and Travel**
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Former smoker
What is your level of alcohol consumption?: None
What is your level of caffeine consumption?: Moderate

## Surgical History

Surgical History not reviewed (last reviewed 06/06/2023)
Procedure on foot
Hernia Repair
Gastric bypass for obesity

## GYN History

(not configured)

## Past Medical History

Past Medical History not reviewed (last reviewed 02/07/2023)
Anxiety Disorder: **Y**
Depression: **Y**
Fibromyalgia: **Y**
Headaches: **Y**
Migraines: **Y**
Osteoporosis: **Y**
Sleep Disorder: **Y**
Thyroid Problems: **Y**
Notes: hypertension

## Screening

None recorded.

## HPI

**Headache - Neurology**
Reported by patient.

Location: frontal; in changing locations
Quality: **throbbing/pounding**; **blinding**; **steady**; **dull/aching/boring**; **pressure**
Severity: pain level 10/10
Duration: more than a week
Onset/Timing: episodes worse recently
Context: caffeine (1-2 carbonated drinks per day)
Alleviating Factors: sleep; medication; darkness
Associated Symptoms: **nausea ()**; **sensitivity to light ()**; **sensitivity to sound ()**; **tingling ()**; **weakness ()**; **confusion ()**; **neck pain ()**; **neck stiffness**; **depression**; **anxiety**; **sleep ()**; **preceded by fatigue**
Other: **under stress at work and at home**
Medical History: missed work due to headache

**GUERRERO, Sabrina M (id #170487, dob:**

**Memory Loss**

Reported by patient.

Severity: moderate
Duration: has noted for months
Onset/Timing: gradual onset
Associated Symptoms: **decreased vocabulary**; **agitation/restlessness**; **depression**; **change in personality**; **sleeping problems**

## ROS

**Neurologic:** Symptoms: **confusion**, **weakness**, **headaches**, **memory loss**, **muscle twitching**, and **difficulty with gait or walking**.

## Physical Exam

AA O x 3
Speech fluent with word finding difficulty
Pupils reactive extraocular eye movements limited.
neck supple decreased ROM.
Symmetrical face
motor tone normal upper extremities
Decrease tone in lower extremities.
Upper extremities 5/5
Lower Extremities 5-/5
upper extremities reflex 3+
Lower extremities unable elicit
FTN normal
HTS difficulty
gait wide base.

## Procedure Documentation

None recorded.

## Assessment / Plan

**1. Magnetic resonance imaging of brain abnormal**
R90.89: Other abnormal findings on diagnostic imaging of central nervous system

**2. Chronic post-COVID-19 syndrome**
Z86.16: Personal history of COVID-19

**3. Mixed cortical and subcortical vascular dementia**
F01.50: Vascular dementia, unspecified severity, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety

**4. Migraine without aura** -
since COVID daily
vary in intensity
fluctuate from side
G43.009: Migraine without aura, not intractable, without status migrainosus
- Qulipta 60 mg tablet - Take 1 tablet(s) every day by oral route for 30 days. Qty: (30) tablet Refills: 2 Pharmacy: SAM'S CLUB PHARMACY 6572

**5. Abnormal gait due to impairment of balance**
R26.89: Other abnormalities of gait and mobility

**6. Minimal cognitive impairment**
R41.89: Other symptoms and signs involving cognitive functions and awareness
- Cerefolin NAC (algal oil) 6 mg-600 mg-2 mg-90.314 mg tablet - Take 1 tablet(s) every day by oral route for 30 days. Qty: (30) tablet Refills: 2 Pharmacy: BRAND DIRECT HEALTH

**7. Moderate recurrent major depression**
F33.1: Major depressive disorder, recurrent, moderate

**8. Cerebral ischemia**
I67.82: Cerebral ischemia
- clopidogrel 75 mg tablet - Take 1 tablet(s) every day by oral route for 30 days. Qty: (30) tablet Refills: 2 Pharmacy: SAM'S CLUB PHARMACY 6572

**Discussion Notes**

Patient is here for 3-month follow-up.
Patient states her memory is the same. Husband feels as if it's worse.
Brain check complete in March. Will repeat neurocognitive assessment next year
Reiterated cognitive planning to the patient and the importance.

**GUERRERO, Sabrina M (id #170487, dob:**

Around 5 headaches a month. Migraines are better with medications
Patient states she enrolled in a paint class.
Goes to covid clinic
Try to listen to books instead of reading books
Patient emotional today and states she misses how she use to be.
Explained the importance of diet and exercise to assist.
Renew medications and RTC in 3 months

Return to Office

- HUSSAIN_EEG for Brain Check at HS_JC1_MULTI on 01/08/2024 at 02:00 PM
- Mohammad I. Hussain, MD for ESTABLISHED PATIENT 10 at HS_JC1_MULTI on 03/12/2024 at 02:30 PM

Encounter Sign-Off

Encounter signed-off by Mohammad I. Hussain, MD, 12/12/2023.

Encounter performed and documented by Mohammad I. Hussain, MD
Encounter reviewed & signed by Mohammad I. Hussain, MD on 12/12/2023 at 11:29am

**GUERRERO, Sabrina M (id #170487, dob:**
**Encounter Date: 09/11/2023**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GUERRERO, SABRINA (54yo, F) ID# 170487 | **Appt. Date/Time** | 09/11/2023 01:15PM |
| **DOB** | | **Service Dept.** | HS_JC1_MULTI |
| **Provider** | MOHAMMAD I. HUSSAIN, MD | | |
| **Insurance** | Med Primary: BCBS-TN - NETWORK S (PPO)<br>Insurance # : STTS00402622<br>Med Contracts: AMEDISYS HOME HEALTH HOSPICE MORRISTOWN<br>Insurance # :<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

## Chief Complaint

- Patient here for a 3 month follow up and refills
- Patient reports magnetic resonance imaging of brain abnormal
- Patient reports chronic post-COVID-19 syndrome
- Patient reports mixed cortical and subcortical vascular dementia
- Patient reports migraine without aura, taking Qulipta
- Patient reports abnormal gait due to impairment of balance
- Patient reports minimal cognitive impairment, taking Cerefolin
- Patient reports moderate recurrent major depression
- Patient reports cerebral ischemia
- Patient reports clopidogrel
- Patient reports no medication issues
- Patient reports when she does have headaches she is wondering if her brain function is changing
- Patient reports memory & attention span decreasing

## Patient's Care Team

**Primary Care Provider:** WARD PHILLIPS MD: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (877) 414-6983 NPI: 1942297916

## Patient's Pharmacies

**SAM'S CLUB PHARMACY 6572 (ERX): 2920 KNOXVILLE CENTER DRIVE, KNOXVILLE, TN 37924, Ph (865) 637-0643, Fax (865) 637-1803**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 5 in Stated 09/11/2023 01:16 pm | **Wt:** | 341 lbs With clothes 09/11/2023 01:22 pm | **BMI:** | 56.7 09/11/2023 01:22 pm |
| **BP:** | 127/77 sitting 09/11/2023 01:27 pm | **Pulse:** | 104 bpm regular 09/11/2023 01:27 pm | **O2Sat:** | 99% Room Air at Rest 09/11/2023 01:27 pm |

## Allergies

Reviewed Allergies

**SULFA (SULFONAMIDE ANTIBIOTICS)**

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 08/06/23 | filled |
| **AplisoL 5 tub. unit/0.1 mL intradermal injection solution**<br>Take by intradermal route. Administer Note: Amedysis empolyee-- advised pt to have her right arm checked within 48-72 hours. | 02/17/16 | administered |
| **aspirin** | 02/07/23 | entered |

| | | |
|---|---|---|
| **BD Ultra-Fine Short Pen Needle 31 gauge x 5/16"**<br>USE ONCE DAILY TO INJECT SAXENDA | 07/20/23 | filled |
| **benazepriL 10 mg tablet**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 06/27/22 | filled |
| **benzonatate 100 mg capsule**<br>TAKE 1 TO 2 CAPSULES BY MOUTH THREE TIMES DAILY AS NEEDED | 02/07/22 | filled |
| **benzonatate 200 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 08/08/22 | filled |
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 06/05/23 | filled |
| **cefdinir 300 mg capsule**<br>TAKE 2 CAPSULES BY MOUTH ONCE DAILY | 01/19/23 | filled |
| **cephALEXin 500 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 05/18/23 | filled |
| **Cerefolin NAC (algal oil) 6 mg-600 mg-2 mg-90.314 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 09/11/23 | prescribed |
| **Chlo Hist 1 mg-12.5 mg/5 mL oral solution**<br>TAKE 10 ML BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH AND CONGESTION FOR 7 DAYS | 02/16/22 | filled |
| **clopidogreL 75 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 09/11/23 | prescribed |
| **clotrimazole-betamethasone 1 %-0.05 % topical cream** | 01/03/13 | filled |
| **dexAMETHasone 4 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY FOR 7 DAYS | 02/16/22 | filled |
| **doxycycline hyclate 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY FOR 10 DAYS | 02/16/22 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 09/08/23 | filled |
| **escitalopram 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/27/22 | filled |
| **escitalopram 20 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/29/22 | filled |

| | | |
|---|---|---|
| **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 07/29/23 | filled |
| **FeroSuL 325 mg (65 mg iron) tablet**<br>TAKE 1 TABLET BY MOUTH ON MONDAY, WEDNESDAY AND FRIDAY FOR 24 DOSES. TAKE WITH ORANGE JUICE OR VITAMIN C ON AN EMPTY STOMACH. | 11/28/22 | filled |
| **fluconazole 150 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 72 HOURS FOR 7 DAYS | 02/16/22 | filled |
| **HYDROcodone 5 mg-acetaminophen 500 mg tablet** | 07/11/12 | filled |
| **hydrocortisone 2.5 % topical cream**<br>APPLY CREAM TO AFFECTED AREA(S) TWICE DAILY MONDAY-FRIDAY, SKIP WEEKENDS. | 11/14/22 | filled |
| **hydrOXYzine HCL 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME | 05/20/23 | filled |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/04/23 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 07/03/23 | filled |
| **methylPREDNISolone 4 mg tablets in a dose pack**<br>TAKE BY MOUTH AS DIRECTED ON INSIDE OF PACKAGE | 03/17/22 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 08/15/23 | filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 06/23/23 | filled |
| **modafiniL 200 mg tablet**<br>TAKE 1 TABLET BY MOUTH IN THE MORNING | 09/06/23 | filled |
| **mupirocin 2 % topical ointment** | 01/03/13 | filled |
| **Nyamyc 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY ON THE SKIN THREE TIMES DAILY. MAY USE UP TO 4 GRAMS PER DAY OVER THE ENTIRE BODY AS NEEDED. | 05/16/23 | filled |
| **ondansetron HCL 4 mg tablet** | 12/06/22 | filled |
| **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG UNDER THE SKIN ONCE PER WEEK AS DIRECTED | 03/14/23 | filled |

| | | |
|---|---|---|
| **pantoprazole 20 mg tablet,delayed release**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 08/25/23 | filled |
| **Paxlovid 300 mg (150 mg x 2)-100 mg tablets in a dose pack**<br>TAKE 3 TABLETS TOGETHER (TWO 150 MG NIRMATRELVIR TABLETS AND ONE 100 MG RITONAVIR TABLET) BY MOUTH TWICE DAILY FOR 5 DAYS. | 02/08/22 | filled |
| **predniSONE 10 mg tablet**<br>TAKE 6 TABLETS ON DAY 1, THEN TAKE 5 TABLETS ON DAY 2, THEN TAKE 4 TABLETS ON DAY 3, THEN TAKE 3 TABLETS ON DAY 4, THEN TAKE 2 TABLETS ON DAY 5, AND THEN TAKE 1 TABLET ON DAY 6. TAKE ALL DOSES WITH FOOD. | 07/17/23 | filled |
| **Qulipta 60 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 09/11/23 | prescribed |
| **Rexulti 0.25 mg tablet** | 07/05/23 | filled |
| **Rexulti 0.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 08/03/23 | filled |
| **Saxenda 3 mg/0.5 mL (18 mg/3 mL) subcutaneous pen injector**<br>PLEASE SEE ATTACHED FOR DETAILED DIRECTIONS | 07/17/23 | filled |
| **sucralfate 1 gram tablet**<br>TAKE 1 TABLET BY MOUTH 4 TIMES DAILY | 05/20/23 | filled |
| **SUMAtriptan 100 mg tablet** | 11/28/22 | filled |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH TWICE DAILY, RINSE MOUTH AFTER USE | 02/24/22 | filled |
| **topiramate 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 30 DAYS | 02/20/23 | filled |
| **topiramate 50 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 09/06/23 | filled |
| **traZODone 50 mg tablet** | 10/25/12 | filled |
| **Trintellix 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 08/07/23 | filled |
| **Ubrelvy 100 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 05/30/23 | filled |
| **valsartan 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 08/14/23 | filled |

calcium, vit c, vit d, bariatric multi vit, vit a, vit b12 twice weekly, zinc, probiotic

Problems

**GUERRERO, Sabrina M (id #170487, dob:**

Reviewed Problems

- Memory loss care - Onset: 02/07/2023
- Migraine - Onset: 02/07/2023

## Family History

Family History not reviewed (last reviewed 06/06/2023)

| | |
|---|---|
| Brother | - Headache |
| Mother | - Scoliosis deformity of spine |

## Social History

Social History not reviewed (last reviewed 06/06/2023)
**Public Health and Travel**
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Former smoker
What is your level of alcohol consumption?: None
What is your level of caffeine consumption?: Moderate

## Surgical History

Surgical History not reviewed (last reviewed 06/06/2023)
Procedure on foot
Hernia Repair
Gastric bypass for obesity

## GYN History

(not configured)

## Past Medical History

Past Medical History not reviewed (last reviewed 02/07/2023)
Anxiety Disorder: **Y**
Depression: **Y**
Fibromyalgia: **Y**
Headaches: **Y**
Migraines: **Y**
Osteoporosis: **Y**
Sleep Disorder: **Y**
Thyroid Problems: **Y**
Notes: hypertension

## Screening

None recorded.

## HPI

**Headache - Neurology**
Reported by patient.

Location: frontal; in changing locations
Quality: **throbbing/pounding**; **blinding**; **steady**; **dull/aching/boring**; **pressure**
Severity: pain level 10/10
Duration: more than a week
Onset/Timing: episodes worse recently
Context: caffeine (1-2 carbonated drinks per day)
Alleviating Factors: sleep; medication; darkness
Associated Symptoms: **nausea ()**; **sensitivity to light ()**; **sensitivity to sound ()**; **tingling ()**; **weakness ()**; **confusion ()**; **neck pain ()**; **neck stiffness**; **depression**; **anxiety**; **sleep ()**; **preceded by fatigue**
Other: **under stress at work and at home**
Medical History: missed work due to headache

**Memory Loss**
Reported by patient.

Severity: moderate
Duration: has noted for months
Onset/Timing: gradual onset
Associated Symptoms: **decreased vocabulary**; **agitation/restlessness**; **depression**; **change in personality**; **sleeping problems**

**GUERRERO, Sabrina M (id #170487, dob:**

## ROS

**Neurologic:** Symptoms: **confusion**, **weakness**, **headaches**, **memory loss**, **muscle twitching**, and **difficulty with gait or walking**.

## Physical Exam

AA O x 3
Speech fluent with word finding difficulty
Pupils reactive extraocular eye movements limited.
neck supple decreased ROM.
Symmetrical face
motor tone normal upper extremities
Decrease tone in lower extremities.
Upper extremities 5/5
Lower Extremities 5-/5
upper extremities reflex 3+
Lower extremities unable elicit
FTN normal
HTS difficulty
gait wide base.

## Procedure Documentation

None recorded.

## Assessment / Plan

**1. Magnetic resonance imaging of brain abnormal**
R90.89: Other abnormal findings on diagnostic imaging of central nervous system

**2. Chronic post-COVID-19 syndrome**
Z86.16: Personal history of COVID-19

**3. Mixed cortical and subcortical vascular dementia**
F01.50: Vascular dementia, unspecified severity, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety

**4. Migraine without aura** -
since COVID daily
vary in intensity
fluctuate from side
G43.009: Migraine without aura, not intractable, without status migrainosus
- Qulipta 60 mg tablet - Take 1 tablet(s) every day by oral route for 30 days. Qty: (30) tablet Refills: 2 Pharmacy: SAM'S CLUB PHARMACY 6572

**5. Abnormal gait due to impairment of balance**
R26.89: Other abnormalities of gait and mobility

**6. Minimal cognitive impairment**
R41.89: Other symptoms and signs involving cognitive functions and awareness
- Cerefolin NAC (algal oil) 6 mg-600 mg-2 mg-90.314 mg tablet - Take 1 tablet(s) every day by oral route for 30 days. Qty: (30) tablet Refills: 2 Pharmacy: BRAND DIRECT HEALTH

**7. Moderate recurrent major depression**
F33.1: Major depressive disorder, recurrent, moderate

**8. Cerebral ischemia**
I67.82: Cerebral ischemia
- clopidogrel 75 mg tablet - Take 1 tablet(s) every day by oral route for 30 days. Qty: (30) tablet Refills: 2 Pharmacy: SAM'S CLUB PHARMACY 6572

**Discussion Notes**
Patient doing better
Headache / migraine decreased in frequency and intensity
Concerned memory issues
Will discuss further and give information.

## Return to Office

Patient will return to the office as needed.

## Encounter Sign-Off

**GUERRERO, Sabrina M (id #170487, dob:**

Encounter signed-off by Mohammad I. Hussain, MD, 09/11/2023.

Encounter performed and documented by Mohammad I. Hussain, MD
Encounter reviewed & signed by Mohammad I. Hussain, MD on 09/11/2023 at 2:32pm

**GUERRERO, Sabrina M (id #170487, dob:**

**Encounter Date: 06/06/2023**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GUERRERO, SABRINA (54yo, F) ID# 170487 | **Appt. Date/Time** | 06/06/2023 09:20AM |
| **DOB** | | **Service Dept.** | HS_JC1_MULTI |
| **Provider** | MOHAMMAD I. HUSSAIN, MD | | |
| **Insurance** | Med Primary: BCBS-TN - NETWORK S (PPO)<br>Insurance # : STTS00402622<br>Med Contracts: AMEDISYS HOME HEALTH HOSPICE MORRISTOWN<br>Insurance # :<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

## Chief Complaint

- Patient is here for a follow up and test results
- Patient is accompanied by her daughter
- Patient reports magnetic resonance imaging of brain abnormal
- Patient reports chronic post-COVID-19 syndrome
- Patient reports mixed cortical and subcortical vascular dementia
- Patient reports migraine without aura
- Patient reports abnormal gait due to impairment of balance
- Patient reports minimal cognitive impairment
- Patient reports moderate recurrent major depression
- Patient reports she has questions about most recent MRI
- Patient reports olfactory hallucination
- Patient reports hallucinations began about 3.5 weeks ago. Patient states hallucination was constant for 1 week and has slowly improved some
- Patient reports smell is based upon a trauma from the past

## Patient's Care Team

**Primary Care Provider:** WARD PHILLIPS MD: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (877) 414-6983 NPI: 1942297916

## Patient's Pharmacies

**SAM'S CLUB PHARMACY 6572 (ERX): 2920 KNOXVILLE CENTER DRIVE, KNOXVILLE, TN 37924, Ph (865) 637-0643, Fax (865) 637-1803**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 5 in 06/06/2023 09:41 am | **Wt:** | 336 lbs With clothes 06/06/2023 09:41 am | **BMI:** | 55.9 06/06/2023 09:41 am |
| **BP:** | 137/77 sitting L arm 06/06/2023 09:43 am | **Pulse:** | 70 bpm regular 06/06/2023 09:43 am | **O2Sat:** | 97% Room Air at Rest 06/06/2023 09:43 am |

## Allergies

Reviewed Allergies

**SULFA (SULFONAMIDE ANTIBIOTICS)**

## Medications

Reviewed Medications

**albuterol sulfate HFA 90 mcg/actuation aerosol inhaler** — 05/28/23 filled
USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH

**AplisoL 5 tub. unit/0.1 mL intradermal injection solution** — 02/17/16 administered
Take by intradermal route. Administer Note: Amedysis empolyee-- advised pt to have her right arm checked within 48-72 hours.

| | | |
|---|---|---|
| **aspirin** | 02/07/23 | entered |
| **benazepriL 10 mg tablet**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 06/27/22 | filled |
| **benzonatate 100 mg capsule**<br>TAKE 1 TO 2 CAPSULES BY MOUTH THREE TIMES DAILY AS NEEDED | 02/07/22 | filled |
| **benzonatate 200 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 08/08/22 | filled |
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 06/05/23 | filled |
| **cefdinir 300 mg capsule**<br>TAKE 2 CAPSULES BY MOUTH ONCE DAILY | 01/19/23 | filled |
| **cephALEXin 500 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 05/18/23 | filled |
| **Cerefolin NAC (algal oil) 6 mg-600 mg-2 mg-90.314 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 06/06/23 | prescribed |
| **Chlo Hist 1 mg-12.5 mg/5 mL oral solution**<br>TAKE 10 ML BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH AND CONGESTION FOR 7 DAYS | 02/16/22 | filled |
| **clopidogreL 75 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 06/06/23 | prescribed |
| **clotrimazole-betamethasone 1 %-0.05 % topical cream** | 01/03/13 | filled |
| **dexAMETHasone 4 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY FOR 7 DAYS | 02/16/22 | filled |
| **doxycycline hyclate 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY FOR 10 DAYS | 02/16/22 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 06/05/23 | filled |
| **escitalopram 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/27/22 | filled |
| **escitalopram 20 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/29/22 | filled |
| **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 04/27/23 | filled |

| | | |
|---|---|---|
| **FeroSuL 325 mg (65 mg iron) tablet**<br>TAKE 1 TABLET BY MOUTH ON MONDAY, WEDNESDAY AND FRIDAY FOR 24 DOSES. TAKE WITH ORANGE JUICE OR VITAMIN C ON AN EMPTY STOMACH. | 11/28/22 | filled |
| **fluconazole 150 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 72 HOURS FOR 7 DAYS | 02/16/22 | filled |
| **HYDROcodone 5 mg-acetaminophen 500 mg tablet** | 07/11/12 | filled |
| **hydrocortisone 2.5 % topical cream**<br>APPLY CREAM TO AFFECTED AREA(S) TWICE DAILY MONDAY-FRIDAY, SKIP WEEKENDS. | 11/14/22 | filled |
| **hydrOXYzine HCL 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME | 05/20/23 | filled |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/04/23 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 06/03/23 | filled |
| **methylPREDNISolone 4 mg tablets in a dose pack**<br>TAKE BY MOUTH AS DIRECTED ON INSIDE OF PACKAGE | 03/17/22 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 03/23/23 | filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/10/23 | filled |
| **modafiniL 200 mg tablet**<br>TAKE 1 TABLET BY MOUTH IN THE MORNING FOR DAYTIME HYPERSOMNIA | 04/03/23 | filled |
| **mupirocin 2 % topical ointment** | 01/03/13 | filled |
| **Nyamyc 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY ON THE SKIN THREE TIMES DAILY. MAY USE UP TO 4 GRAMS PER DAY OVER THE ENTIRE BODY AS NEEDED. | 05/16/23 | filled |
| **ondansetron HCL 4 mg tablet** | 12/06/22 | filled |
| **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG UNDER THE SKIN ONCE PER WEEK AS DIRECTED | 03/14/23 | filled |
| **pantoprazole 20 mg tablet,delayed release**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 05/20/23 | filled |

| | | |
|---|---|---|
| **Paxlovid 300 mg (150 mg x 2)-100 mg tablets in a dose pack**<br>TAKE 3 TABLETS TOGETHER (TWO 150 MG NIRMATRELVIR TABLETS AND ONE 100 MG RITONAVIR TABLET) BY MOUTH TWICE DAILY FOR 5 DAYS. | 02/08/22 | filled |
| **Qulipta 60 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 06/06/23 | prescribed |
| **sucralfate 1 gram tablet**<br>TAKE 1 TABLET BY MOUTH 4 TIMES DAILY | 05/20/23 | filled |
| **SUMAtriptan 100 mg tablet** | 11/28/22 | filled |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH TWICE DAILY, RINSE MOUTH AFTER USE | 02/24/22 | filled |
| **topiramate 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 30 DAYS | 02/20/23 | filled |
| **topiramate 50 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 03/22/23 | filled |
| **traZODone 50 mg tablet** | 10/25/12 | filled |
| **Trintellix 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 05/08/23 | filled |
| **Ubrelvy 100 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 05/30/23 | filled |
| **valsartan 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 05/17/23 | filled |

calcium, vit c, vit d, bariatric multi vit, vit a, vit b12 twice weekly, zinc, probiotic

## Problems

Reviewed Problems

- Memory loss care - Onset: 02/07/2023
- Migraine - Onset: 02/07/2023

## Family History

Reviewed Family History

| | |
|---|---|
| Brother | - Headache |
| Mother | - Scoliosis deformity of spine |

## Social History

Reviewed Social History

**Substance Use**

Do you or have you ever smoked tobacco?: Former smoker
What is your level of alcohol consumption?: None
What is your level of caffeine consumption?: Moderate

**Public Health and Travel**

Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No

**GUERRERO, Sabrina M (id #170487, dob:**

## Surgical History

Reviewed Surgical History
Procedure on foot
Hernia Repair
Gastric bypass for obesity

## GYN History

(not configured)

## Past Medical History

Past Medical History not reviewed (last reviewed 02/07/2023)
Anxiety Disorder: **Y**
Depression: **Y**
Fibromyalgia: **Y**
Headaches: **Y**
Migraines: **Y**
Osteoporosis: **Y**
Sleep Disorder: **Y**
Thyroid Problems: **Y**
Notes: hypertension

## Screening

None recorded.

## HPI

**Headache - Neurology**
Reported by patient.

Location: frontal; in changing locations
Quality: **throbbing/pounding**; **blinding**; **steady**; **dull/aching/boring**; **pressure**
Severity: pain level 10/10
Duration: more than a week
Onset/Timing: episodes worse recently
Context: caffeine (1-2 carbonated drinks per day)
Alleviating Factors: sleep; medication; darkness
Associated Symptoms: **nausea ()**; **sensitivity to light ()**; **sensitivity to sound ()**; **tingling ()**; **weakness ()**; **confusion ()**; **neck pain ()**; **neck stiffness**; **depression**; **anxiety**; **sleep ()**; **preceded by fatigue**
Other: **under stress at work and at home**
Medical History: missed work due to headache

**Memory Loss**
Reported by patient.

Severity: moderate
Duration: has noted for months
Onset/Timing: gradual onset
Associated Symptoms: **decreased vocabulary**; **agitation/restlessness**; **depression**; **change in personality**; **sleeping problems**

## ROS

**Neurologic:** Symptoms: **confusion**, **weakness**, **headaches**, **memory loss**, **muscle twitching**, and **difficulty with gait or walking**.

## Physical Exam

AA O x 3
Speech fluent with word finding difficulty
Pupils reactive extraocular eye movements limited.
neck supple decreased ROM.
Symmetrical face
motor tone normal upper extremities
Decrease tone in lower extremities.
Upper extremities 5/5
Lower Extremities 5-/5
upper extremities reflex 3+
Lower extremities unable elicit
FTN normal
HTS difficulty
gait wide base.

## Procedure Documentation

None recorded.

**GUERRERO, Sabrina M (id #170487, dob:**

Assessment / Plan

**1. Magnetic resonance imaging of brain abnormal**
R90.89: Other abnormal findings on diagnostic imaging of central nervous system

**2. Chronic post-COVID-19 syndrome**
Z86.16: Personal history of COVID-19

**3. Mixed cortical and subcortical vascular dementia**
F01.50: Vascular dementia, unspecified severity, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety

**4. Migraine without aura** -
since COVID daily
vary in intensity
fluctuate from side
G43.009: Migraine without aura, not intractable, without status migrainosus
- Qulipta 60 mg tablet - Take 1 tablet(s) every day by oral route for 30 days. Qty: (30) tablet Refills: 2 Pharmacy: SAM'S CLUB PHARMACY 6572

**5. Abnormal gait due to impairment of balance**
R26.89: Other abnormalities of gait and mobility

**6. Minimal cognitive impairment**
R41.89: Other symptoms and signs involving cognitive functions and awareness
- Cerefolin NAC (algal oil) 6 mg-600 mg-2 mg-90.314 mg tablet - Take 1 tablet(s) every day by oral route for 30 days. Qty: (30) tablet Refills: 2 Pharmacy: BRAND DIRECT HEALTH

**7. Moderate recurrent major depression**
F33.1: Major depressive disorder, recurrent, moderate

**8. Cerebral ischemia**
I67.82: Cerebral ischemia
- clopidogrel 75 mg tablet - Take 1 tablet(s) every day by oral route for 30 days. Qty: (30) tablet Refills: 2 Pharmacy: SAM'S CLUB PHARMACY 6572

**Discussion Notes**
Review CSF studies
Negative for immune mediate condition including MS.
Negative for infectious etiology including lyme disease, HSV, Cryptococcal condition.
Paraneoplastic antibodies negative
No other abnormality noted.
this is case of cerebral ischemia and will add plavix.

Return to Office
Patient will return to the office as needed.

Encounter Sign-Off
Encounter signed-off by Mohammad I. Hussain, MD, 06/06/2023.

Encounter performed and documented by Mohammad I. Hussain, MD
Encounter reviewed & signed by Mohammad I. Hussain, MD on 06/06/2023 at 11:13am

**GUERRERO, Sabrina M (id #170487, dob:**
**Encounter Date: 04/04/2023**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GUERRERO, SABRINA (54yo, F) ID# 170487 | **Appt. Date/Time** | 04/04/2023 10:20AM |
| **DOB** | | **Service Dept.** | HS_JC1_MULTI |
| **Provider** | MOHAMMAD I. HUSSAIN, MD | | |
| **Insurance** | Med Primary: BCBS-TN - NETWORK S (PPO)<br>Insurance # : STTS00402622<br>Med Contracts: AMEDISYS HOME HEALTH HOSPICE MORRISTOWN<br>Insurance # :<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

## Chief Complaint

- Patient is here for a follow up and test results
- Patient completed MRI on 02/24/2023. Report is in chart
- Patient completed BC on 03/07/2023. Report is in chart
- Patient reports migraine without aura, taking Ubrelvy
- Patient reports Ubrelvy is helping for migraines
- Patient reports abnormal gait due to impairment of balance
- Patient reports minimal cognitive impairment

## Patient's Care Team

**Primary Care Provider:** WARD PHILLIPS MD: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (877) 414-6983 NPI: 1942297916

## Patient's Pharmacies

**SAM'S CLUB PHARMACY 6572 (ERX): 2920 KNOXVILLE CENTER DRIVE, KNOXVILLE, TN 37924, Ph (865) 637-0643, Fax (865) 637-1803**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 5 in 04/04/2023 10:44 am | **Wt:** | 340 lbs With clothes 04/04/2023 10:44 am | **BMI:** | 56.6 04/04/2023 10:44 am |
| **BP:** | 121/66 sitting L arm 04/04/2023 10:45 am | **Pulse:** | 82 bpm regular 04/04/2023 10:45 am | **O2Sat:** | 93% Room Air at Rest 04/04/2023 10:45 am |

## Allergies

Reviewed Allergies

**SULFA (SULFONAMIDE ANTIBIOTICS)**

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 11/07/22 | filled |
| **AplisoL 5 tub. unit/0.1 mL intradermal injection solution**<br>Take by intradermal route. Administer Note: Amedysis empolyee-- advised pt to have her right arm checked within 48-72 hours. | 02/17/16 | administered |
| **aspirin** | 02/07/23 | entered |
| **benazepriL 10 mg tablet**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 06/27/22 | filled |

| | | |
|---|---|---|
| **benzonatate 100 mg capsule**<br>TAKE 1 TO 2 CAPSULES BY MOUTH THREE TIMES DAILY AS NEEDED | 02/07/22 | filled |
| **benzonatate 200 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 08/08/22 | filled |
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 03/13/23 | filled |
| **cefdinir 300 mg capsule**<br>TAKE 2 CAPSULES BY MOUTH ONCE DAILY | 01/19/23 | filled |
| **cephALEXin 500 mg capsule** | 08/11/12 | filled |
| **Chlo Hist 1 mg-12.5 mg/5 mL oral solution**<br>TAKE 10 ML BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH AND CONGESTION FOR 7 DAYS | 02/16/22 | filled |
| **clotrimazole-betamethasone 1 %-0.05 % topical cream** | 01/03/13 | filled |
| **dexAMETHasone 4 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY FOR 7 DAYS | 02/16/22 | filled |
| **doxycycline hyclate 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY FOR 10 DAYS | 02/16/22 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 01/20/23 | filled |
| **escitalopram 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/27/22 | filled |
| **escitalopram 20 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/29/22 | filled |
| **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 01/27/23 | filled |
| **FeroSuL 325 mg (65 mg iron) tablet**<br>TAKE 1 TABLET BY MOUTH ON MONDAY, WEDNESDAY AND FRIDAY FOR 24 DOSES. TAKE WITH ORANGE JUICE OR VITAMIN C ON AN EMPTY STOMACH. | 11/28/22 | filled |
| **fluconazole 150 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 72 HOURS FOR 7 DAYS | 02/16/22 | filled |
| **HYDROcodone 5 mg-acetaminophen 500 mg tablet** | 07/11/12 | filled |

| | | |
|---|---|---|
| **hydrocortisone 2.5 % topical cream**<br>APPLY CREAM TO AFFECTED AREA(S) TWICE DAILY MONDAY-FRIDAY, SKIP WEEKENDS. | 11/14/22 | filled |
| **hydrOXYzine HCL 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME | 03/18/23 | filled |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/04/23 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 03/13/23 | filled |
| **methylPREDNISolone 4 mg tablets in a dose pack**<br>TAKE BY MOUTH AS DIRECTED ON INSIDE OF PACKAGE | 03/17/22 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 03/23/23 | filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 03/03/23 | filled |
| **modafiniL 200 mg tablet**<br>TAKE 1 TABLET BY MOUTH IN THE MORNING FOR DAYTIME HYPERSOMNIA | 04/03/23 | filled |
| **mupirocin 2 % topical ointment** | 01/03/13 | filled |
| **Nystop 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY THREE TIMES DAILY, MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED | 05/16/22 | filled |
| **ondansetron HCL 4 mg tablet** | 12/06/22 | filled |
| **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG UNDER THE SKIN ONCE PER WEEK AS DIRECTED | 03/14/23 | filled |
| **Paxlovid 300 mg (150 mg x 2)-100 mg tablets in a dose pack (EUA)**<br>TAKE 3 TABLETS TOGETHER (TWO 150 MG NIRMATRELVIR TABLETS AND ONE 100 MG RITONAVIR TABLET) BY MOUTH TWICE DAILY FOR 5 DAYS. | 02/08/22 | filled |
| **SUMAtriptan 100 mg tablet** | 11/28/22 | filled |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH TWICE DAILY, RINSE MOUTH AFTER USE | 02/24/22 | filled |
| **topiramate 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 30 DAYS | 02/20/23 | filled |

| | | |
|---|---|---|
| **topiramate 50 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 03/22/23 | filled |
| **traZODone 50 mg tablet** | 10/25/12 | filled |
| **Trintellix 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/10/23 | filled |
| **Ubrelvy 100 mg tablet**<br>Take by oral route for 16 days. | 04/03/23 | auth requested |
| **valsartan 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 02/14/23 | filled |

calcium, vit c, vit d, bariatric multi vit, vit a, vit b12 twice weekly, zinc, probiotic

## Problems

Reviewed Problems
- Memory loss care - Onset: 02/07/2023
- Migraine - Onset: 02/07/2023

## Family History

Family History not reviewed (last reviewed 02/07/2023)

| | |
|---|---|
| Brother | - Headache |
| Mother | - Scoliosis deformity of spine |

## Social History

Social History not reviewed (last reviewed 02/07/2023)
**Substance Use**
Do you or have you ever smoked tobacco?: Former smoker
What is your level of alcohol consumption?: None
What is your level of caffeine consumption?: Moderate
**Public Health and Travel**
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No

## Surgical History

Surgical History not reviewed (last reviewed 02/07/2023)
Procedure on foot
Hernia Repair
Gastric bypass for obesity

## GYN History

(not configured)

## Past Medical History

Past Medical History not reviewed (last reviewed 02/07/2023)
Anxiety Disorder: **Y**
Depression: **Y**
Fibromyalgia: **Y**
Headaches: **Y**
Migraines: **Y**
Osteoporosis: **Y**
Sleep Disorder: **Y**
Thyroid Problems: **Y**
Notes: hypertension

## Screening

None recorded.

## HPI

**Headache - Neurology**

Reported by patient.

Location: frontal; in changing locations
Quality: **throbbing/pounding**; **blinding**; **steady**; **dull/aching/boring**; **pressure**
Severity: pain level 10/10
Duration: more than a week
Onset/Timing: episodes worse recently
Context: caffeine (1-2 carbonated drinks per day)
Alleviating Factors: sleep; medication; darkness
Associated Symptoms: **nausea ()**; **sensitivity to light ()**; **sensitivity to sound ()**; **tingling ()**; **weakness ()**; **confusion ()**; **neck pain ()**; **neck stiffness**; **depression**; **anxiety**; **sleep ()**; **preceded by fatigue**
Other: **under stress at work and at home**
Medical History: missed work due to headache

**Memory Loss**

Reported by patient.

Severity: moderate
Duration: has noted for months
Onset/Timing: gradual onset
Associated Symptoms: **decreased vocabulary**; **agitation/restlessness**; **depression**; **change in personality**; **sleeping problems**

## ROS

**Neurologic:** Symptoms: **confusion**, **weakness**, **headaches**, **memory loss**, **muscle twitching**, and **difficulty with gait or walking**.

## Physical Exam

AA O x 3
Speech fluent with word finding difficulty
Pupils reactive extraocular eye movements limited.
neck supple decreased ROM.
Symmetrical face
motor tone normal upper extremities
Decrease tone in lower extremities.
Upper extremities 5/5
Lower Extremities 5-/5
upper extremities reflex 3+
Lower extremities unable elicit
FTN normal
HTS difficulty
gait wide base.

## Procedure Documentation

None recorded.

## Assessment / Plan

**1. Magnetic resonance imaging of brain abnormal**
R90.89: Other abnormal findings on diagnostic imaging of central nervous system
- LUMBAR PUNCTURE (PROC)
- AQUAPORIN 4 ANTIBODY (NMO IGG), ELISA

**2. Chronic post-COVID-19 syndrome**
Z86.16: Personal history of COVID-19

**3. Mixed cortical and subcortical vascular dementia**
F01.50: Vascular dementia, unspecified severity, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety

**4. Migraine without aura** -
since COVID daily
vary in intensity
fluctuate from side
G43.009: Migraine without aura, not intractable, without status migrainosus

**5. Abnormal gait due to impairment of balance**
R26.89: Other abnormalities of gait and mobility

**6. Minimal cognitive impairment**
R41.89: Other symptoms and signs involving cognitive functions and awareness

Exhibit 6 MLF000032

**7. Moderate recurrent major depression**

**GUERRERO, Sabrina M (id #170487, dob:**

F33.1: Major depressive disorder, recurrent, moderate

**Discussion Notes**

Review MRI Brain:
Nonspecific signal changes in the cerebral white matter. Most commonly seen as a sequela of chronic small vessel ischemia but are nonspecific and can be seen in other types of vasculopathy, demyelinating/dysmyelinating condition, prior infection/inflammation, others. No evidence of acute or recent infarction. No abnormal postcontrast enhancement.
Neurocognitive Assessment:
recommendation next visit for cognitive planning:
1. Medication needed for memory at some point.
2. Diet Mediterranean diet with Berries, NUTS and Walnuts as snack.
3. Exercise 10 minutes walking to begin with a goal 20 minutes a day
4. life style adjustment with hobbies including:
a. Bake or cook simple recipes together.
b. Clean around the house. Sweep the patio, wipe the table, fold towels or try other household tasks that help the person feel a sense of accomplishment.
c. Do arts and crafts, such as knitting and painting. Keep patterns and tools simple.
d. Look at books the person used to enjoy.
e. Organize household or office items, particularly if the person used to take pleasure in organizational tasks.
f. Read the newspaper.
g. Play music or sing songs.
h. Tend the garden or visit a botanical garden.
i. Watch family videos.
j. Work on puzzles.
5. Appear patient is in early stage with no deficit in ADLs.
Had difficulty concentrating, decreased memory of recent events, and difficulties managing finances or traveling alone to new locations.
She have trouble completing complex tasks efficiently or accurately and may be in denial about their symptoms.
6. AT present patient is not withdrawing from family or friends because socialization
7. To Improve Executive function should use follow techniques; Emotional Control, Impulse Control, Flexible Thinking, Work Memory, Working memory helps to keep key information in mind. Use memory games or apps like Fit Brains Trainer or Lumosity, or use memory-based team-building games that require to remember something as part of activity–names, colors, favorite things, etc., and then celebrate their success. Self-Monitoring, Planning & prioritizing, Task Initiation, Organization
8. PHQ9 score is 15/ GDS score is 10 reflects moderate depression.

Return to Office

Patient will return to the office as needed.

Encounter Sign-Off

Encounter signed-off by Mohammad I. Hussain, MD, 04/04/2023.

Encounter performed and documented by Mohammad I. Hussain, MD
Encounter reviewed & signed by Mohammad I. Hussain, MD on 04/04/2023 at 11:22am

**GUERRERO, Sabrina M (id #170487, dob:**
**Encounter Date: 03/07/2023**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GUERRERO, SABRINA (54yo, F) ID# 170487 | **Appt. Date/Time** | 03/07/2023 09:00AM |
| **DOB** | | **Service Dept.** | HS_JC1_MULTI |
| **Provider** | MOHAMMAD I. HUSSAIN, MD | | |
| **Insurance** | Med Primary: BCBS-TN - NETWORK S (PPO)<br>Insurance # : STTS00402622<br>Med Contracts: AMEDISYS HOME HEALTH HOSPICE MORRISTOWN<br>Insurance # :<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

## Chief Complaint

Pt here for neuro-cognitive exam, GDS, and PHQ-9 testing. Pt was given instructions and placed in a quiet room under technician supervision. Tests administered via Ipad with Brain Check App.

## Patient's Care Team

**Primary Care Provider:** WARD PHILLIPS MD: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (877) 414-6983 NPI: 1942297916

## Patient's Pharmacies

**SAM'S CLUB PHARMACY 6572 (ERX): 2920 KNOXVILLE CENTER DRIVE, KNOXVILLE, TN 37924, Ph (865) 637-0643, Fax (865) 637-1803**

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 02/07/2023)

**SULFA (SULFONAMIDE ANTIBIOTICS)**

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 11/07/22 | filled |
| **AplisoL 5 tub. unit/0.1 mL intradermal injection solution**<br>Take by intradermal route. Administer Note: Amedysis empolyee-- advised pt to have her right arm checked within 48-72 hours. | 02/17/16 | administered |
| **aspirin** | 02/07/23 | entered |
| **benazepriL 10 mg tablet**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 06/27/22 | filled |
| **benzonatate 100 mg capsule**<br>TAKE 1 TO 2 CAPSULES BY MOUTH THREE TIMES DAILY AS NEEDED | 02/07/22 | filled |
| **benzonatate 200 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 08/08/22 | filled |
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 01/05/23 | filled |

**GUERRERO, Sabrina M (id #170487, dob:**

| | | |
|---|---|---|
| **cefdinir 300 mg capsule**<br>TAKE 2 CAPSULES BY MOUTH ONCE DAILY | 01/19/23 | filled |
| **cephALEXin 500 mg capsule** | 08/11/12 | filled |
| **Chlo Hist 1 mg-12.5 mg/5 mL oral solution**<br>TAKE 10 ML BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH AND CONGESTION FOR 7 DAYS | 02/16/22 | filled |
| **clotrimazole-betamethasone 1 %-0.05 % topical cream** | 01/03/13 | filled |
| **dexAMETHasone 4 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY FOR 7 DAYS | 02/16/22 | filled |
| **doxycycline hyclate 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY FOR 10 DAYS | 02/16/22 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 01/20/23 | filled |
| **escitalopram 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/27/22 | filled |
| **escitalopram 20 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/29/22 | filled |
| **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 01/27/23 | filled |
| **FeroSuL 325 mg (65 mg iron) tablet**<br>TAKE 1 TABLET BY MOUTH ON MONDAY, WEDNESDAY AND FRIDAY FOR 24 DOSES. TAKE WITH ORANGE JUICE OR VITAMIN C ON AN EMPTY STOMACH. | 11/28/22 | filled |
| **fluconazole 150 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 72 HOURS FOR 7 DAYS | 02/16/22 | filled |
| **HYDROcodone 5 mg-acetaminophen 500 mg tablet** | 07/11/12 | filled |
| **hydrocortisone 2.5 % topical cream**<br>APPLY CREAM TO AFFECTED AREA(S) TWICE DAILY MONDAY-FRIDAY, SKIP WEEKENDS. | 11/14/22 | filled |
| **hydrOXYzine HCL 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME | 02/20/23 | filled |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/04/23 | filled |

**GUERRERO, Sabrina M (id #170487, dob:**

| | | |
|---|---|---|
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/15/23 | filled |
| **methylPREDNISolone 4 mg tablets in a dose pack**<br>TAKE BY MOUTH AS DIRECTED ON INSIDE OF PACKAGE | 03/17/22 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 11/22/22 | filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/04/23 | filled |
| **modafiniL 200 mg tablet**<br>TAKE 1 TABLET BY MOUTH IN THE MORNING FOR DAYTIME HYPERSOMNIA | 03/04/23 | filled |
| **mupirocin 2 % topical ointment** | 01/03/13 | filled |
| **Nystop 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY THREE TIMES DAILY, MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED | 05/16/22 | filled |
| **ondansetron HCL 4 mg tablet** | 12/06/22 | filled |
| **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG UNDER THE SKIN ONCE PER WEEK AS DIRECTED | 11/03/22 | filled |
| **Paxlovid 300 mg (150 mg x 2)-100 mg tablets in a dose pack (EUA)**<br>TAKE 3 TABLETS TOGETHER (TWO 150 MG NIRMATRELVIR TABLETS AND ONE 100 MG RITONAVIR TABLET) BY MOUTH TWICE DAILY FOR 5 DAYS. | 02/08/22 | filled |
| **SUMAtriptan 100 mg tablet** | 11/28/22 | filled |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH TWICE DAILY, RINSE MOUTH AFTER USE | 02/24/22 | filled |
| **topiramate 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 30 DAYS | 02/20/23 | filled |
| **topiramate 50 mg tablet** | 01/05/23 | filled |
| **traZODone 50 mg tablet** | 10/25/12 | filled |
| **Trintellix 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/10/23 | filled |
| **Ubrelvy 100 mg tablet**<br>Take by oral route for 30 days. | 02/09/23 | filled |

**valsartan 80 mg tablet** 02/14/23 filled
TAKE 1 TABLET BY MOUTH EVERY DAY

calcium, vit c, vit d, bariatric multi vit, vit a, vit b12 twice weekly, zinc, probiotic

## Problems

Problems not reviewed (last reviewed 02/07/2023)
- Memory loss care - Onset: 02/07/2023
- Migraine - Onset: 02/07/2023

## Family History

Family History not reviewed (last reviewed 02/07/2023)

| | |
|---|---|
| Brother | - Headache |
| Mother | - Scoliosis deformity of spine |

## Social History

Social History not reviewed (last reviewed 02/07/2023)
**Substance Use**
Do you or have you ever smoked tobacco?: Former smoker
What is your level of alcohol consumption?: None
What is your level of caffeine consumption?: Moderate
**Public Health and Travel**
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No

## Surgical History

Surgical History not reviewed (last reviewed 02/07/2023)
Procedure on foot
Hernia Repair
Gastric bypass for obesity

## GYN History

(not configured)

## Past Medical History

Past Medical History not reviewed (last reviewed 02/07/2023)
Anxiety Disorder: **Y**
Depression: **Y**
Fibromyalgia: **Y**
Headaches: **Y**
Migraines: **Y**
Osteoporosis: **Y**
Sleep Disorder: **Y**
Thyroid Problems: **Y**
Notes: hypertension

## Screening

None recorded.

## HPI

None recorded.

## ROS

None recorded.

## Physical Exam

NeuroCognitive Testing Evaluation
This 53 year old Female was administered a battery of neurocognitive testing on 03/07/2023.

Tests Administered:

Trails A, Trails B, Digit Symbol Substitution, Stroop, Immediate Recognition, Delayed Recognition
The combined test administration time was 10 minutes
Test Results:
Cognitive testing was provided via a battery of cognitive assessments. The pattern of test scores indicate that results are valid.

A Clinical Report with further description of scores and results is also available.
Overall: Patient tested in the 20th percentile (standard score of 87).
Trails A: Patient tested in the 47th percentile (scaled standard score of 99).
Trails B: Patient tested in the 35th percentile (scaled standard score of 94).
Digit Symbol Substitution: Patient tested in the 47th percentile (scaled standard score of 99).
Stroop: Patient tested in the 46th percentile (scaled standard score of 99).
Immediate Recognition: Patient tested in the 4th percentile (scaled standard score of 74).
Delayed Recognition: Patient tested in the 47th percentile (scaled standard score of 99).
Interpretation of Test Scores:

Examination of individual component tests shows:
Attention - Trails A: unlikely impairment
Mental Flexibility - Trails B: unlikely impairment
Executive Function - Digit Symbol Substitution: unlikely impairment
Executive Function - Stroop: unlikely impairment
Memory - Immediate Recognition: possible impairment
Memory - Delayed Recognition: unlikely impairment

The patient's overall cognitive test performance was in the 20th percentile when compared to individuals of a similar age and gender, suggesting unlikely presence of cognitive impairment.
I would like to discuss following recommendation next visit for cognitive planning:
1. Medication needed for memory at some point.
2. Diet Mediterranean diet with Berries, NUTS and Walnuts as snack.
3. Exercise 10 minutes walking to begin with a goal 20 minutes a day
4. life style adjustment with hobbies including:
a. Bake or cook simple recipes together.
b. Clean around the house. Sweep the patio, wipe the table, fold towels or try other household tasks that help the person feel a sense of accomplishment.
c. Do arts and crafts, such as knitting and painting. Keep patterns and tools simple.
d. Look at books the person used to enjoy.
e. Organize household or office items, particularly if the person used to take pleasure in organizational tasks.
f. Read the newspaper.
g. Play music or sing songs.
h. Tend the garden or visit a botanical garden.
i. Watch family videos.
j. Work on puzzles.
5. Appear patient is in early stage with no deficit in ADLs.
Had difficulty concentrating, decreased memory of recent events, and difficulties managing finances or traveling alone to new locations.
She have trouble completing complex tasks efficiently or accurately and may be in denial about their symptoms.
6. AT present patient is not withdrawing from family or friends because socialization
7. To Improve Executive function should use follow techniques; Emotional Control, Impulse Control, Flexible Thinking, Work Memory, Working memory helps to keep key information in mind. Use memory games or apps like Fit Brains Trainer or Lumosity, or use memory-based team-building games that require to remember something as part of activity–names, colors, favorite things, etc., and then celebrate their success. Self-Monitoring, Planning & prioritizing, Task Initiation, Organization
8. PHQ9 score is 15/ GDS score is 10 reflects moderate depression.

## Procedure Documentation

None recorded.

## Assessment / Plan

**1. Chronic post-COVID-19 syndrome**
Z86.16: Personal history of COVID-19

**2. Mixed cortical and subcortical vascular dementia**
F01.50: Vascular dementia, unspecified severity, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety

**3. Migraine without aura -**
since COVID daily
vary in intensity
fluctuate from side
G43.009: Migraine without aura, not intractable, without status migrainosus

**4. Abnormal gait due to impairment of balance**
R26.89: Other abnormalities of gait and mobility

**5. Minimal cognitive impairment**
R41.89: Other symptoms and signs involving cognitive functions and awareness

**6. Moderate recurrent major depression**

**GUERRERO, Sabrina M (id #170487, dob:**

F33.1: Major depressive disorder, recurrent, moderate

**Discussion Notes**

Interpretation of Test Scores:

Examination of individual component tests shows:
Attention - Trails A: unlikely impairment
Mental Flexibility - Trails B: unlikely impairment
Executive Function - Digit Symbol Substitution: unlikely impairment
Executive Function - Stroop: unlikely impairment
Memory - Immediate Recognition: possible impairment
Memory - Delayed Recognition: unlikely impairment

The patient's overall cognitive test performance was in the 20th percentile when compared to individuals of a similar age and gender, suggesting unlikely presence of cognitive impairment.
I would like to discuss following recommendation next visit for cognitive planning:
1. Medication needed for memory at some point.
2. Diet Mediterranean diet with Berries, NUTS and Walnuts as snack.
3. Exercise 10 minutes walking to begin with a goal 20 minutes a day
4. life style adjustment with hobbies including:
a. Bake or cook simple recipes together.
b. Clean around the house. Sweep the patio, wipe the table, fold towels or try other household tasks that help the person feel a sense of accomplishment.
c. Do arts and crafts, such as knitting and painting. Keep patterns and tools simple.
d. Look at books the person used to enjoy.
e. Organize household or office items, particularly if the person used to take pleasure in organizational tasks.
f. Read the newspaper.
g. Play music or sing songs.
h. Tend the garden or visit a botanical garden.
i. Watch family videos.
j. Work on puzzles.
5. Appear patient is in early stage with no deficit in ADLs.
Had difficulty concentrating, decreased memory of recent events, and difficulties managing finances or traveling alone to new locations.
She have trouble completing complex tasks efficiently or accurately and may be in denial about their symptoms.
6. AT present patient is not withdrawing from family or friends because socialization
7. To Improve Executive function should use follow techniques; Emotional Control, Impulse Control, Flexible Thinking, Work Memory, Working memory helps to keep key information in mind. Use memory games or apps like Fit Brains Trainer or Lumosity, or use memory-based team-building games that require to remember something as part of activity–names, colors, favorite things, etc., and then celebrate their success. Self-Monitoring, Planning & prioritizing, Task Initiation, Organization
8. PHQ9 score is 15/ GDS score is 10 reflects moderate depression.

Return to Office

- Mohammad I. Hussain, MD for ESTABLISHED PATIENT 10 at HS_JC1_MULTI on 04/04/2023 at 10:20 AM

Encounter Sign-Off

Encounter signed-off by Mohammad I. Hussain, MD, 03/28/2023.

Encounter performed and documented by Mohammad I. Hussain, MD
Encounter reviewed & signed by Mohammad I. Hussain, MD on 03/28/2023 at 9:18pm

BrainCheck RESULTS & REPORTS (/) TEST TAKERS (/test_takers)

(/) TESTING APP (/take_tests) ADMIN AA ?

< Back (https://app.braincheck.com/)

# Standard Battery

Name: **Sabrina Guerrero** Test Taker ID: **324497** Date: **03/07/2023** Age: **53** Sex: **F**
Completed: **Yes**

Print Report | Copy Summary | Add No

# BRAINCHECK CQ™ REPORT

ASSESSMENT DATE: 03/07/2023

**IDENTIFYING INFORMATION**

**Name:** Sabrina Guerrero **DOB:** **Age**

**NEUROCOGNITIVE ASSESSMENT**

**BRAINCHECK COMBINED TEST RESULTS:**

**87**

STANDARD SCORE RANGE: 0-200




20th Population Percentile, **LOW AV**

Presence of cognitive impairment: **U**

Presence of depression: **MODERATE**

**BRAINCHECK INDIVIDUAL TEST RESULTS:**

## ATTENTION

**Trails A**

*Patients with impairment may struggle with processing speed, reaction time, paying attention, and visual scanning, having a harder time with busy environments. Lower scores strongly predict a decline in mobility*




99 /200 Standar

47th Population

Impression: **UN**

## MENTAL FLEXIBILITY

**Trails B**

*Patients with impairment may struggle with navigating familiar places, driving, following a map, paying bills correctly, playing familiar games. Lower scores strongly predict a decline in mobility and the inability to drive.*




94 /200 Standar

35th Population

Impression: **UN**

## EXECUTIVE FUNCTION

**Digit Symbol Substitution**

*Patients with impairment may struggle with paying attention for longer periods, reading, basic arithmetic. Lower scores have been associated with poor sleep, low mood, anxiety, and substance use*




99 /200 Standar

47th Population

Impression: **UN**

**Stroop**

*Patients with impairment may struggle with following complex instructions,*



99 /200 Standar

*decision making, poor judgment, socially inappropriate behavior, apathy, withdrawal, maintaining a healthy diet.*




46th Population

Impression: **UN**

## MEMORY

**Immediate Recognition**

*Patients with impairment may struggle with repeating themselves or asking the same question repeatedly within a few minutes of each other, forgetting what they were going to do, forgetting where they placed something or paying attention to the TV*




74 /200 Standar

4th Population F

Impression: **PO!**

**Delayed Recognition**

*Patients with impairment may struggle with repeating themselves later the same day or next day, forgetting the content of a conversation, or needing to rely on a calendar or alarm for reminders, not knowing current events.*




99 /200 Standar

47th Population

Impression: **UN**

## BRAINCHECK CQ™ REPORT

ASSESSMENT DATE: 03/07/2023

**PSYCHOLOGICAL SCALES**

| MOOD SCALE - GDS SHORT FORM | | MOOD SCALE - PHQ-9 |
|---|---|---|
| 03/07/2023 | **10** | 03/07/2023 |
| Lower is better | 0 - 15 range | Lower is better |

**RECOMMENDATIONS**

☐ **Conduct cognitive care planning**

NOTES:

**SIGNATURE**

**Signed by:** ______________________ **Date:** __________

**Practice:** Healthstar Physicians Neurology

**Address:**

**Phone:**

**Standard Score:** Score scaled after comparing with the normative population in the same age group and using the san
and the standard deviation is 15. Scores above (below) 100 indicate superior (inferior) performance compared to the a

**Population Percentile:** Relative rank of Standard Score within the normative population in the same age group and us
Percentile indicates 70% of test takers performed lower than the current test taker, or, said another way, the current t
population.

**Skipped:** The assessment was skipped intentionally. This is only applicable to the Coordination assessment.

**Timeout:** The assessment was not completed within the time limit, possibly due to the test taker being distracted, not
complete testing. This is only applicable to the Stroop and Trail Making assessments.

**Malingering:** Indicates intentional production of lower performance based on performance on the immediate and dela

**Validity:** Indicates whether enough testing is completed to provide a score and whether the score is within the bound
indicates the test taker was likely distracted or not providing full effort.

**Disclaimer:** BrainCheck Assessment is a computerized cognitive assessment aid. THIS DEVICE IS NOT INTENDED TO F
NOT BE RELIED UPON TO DIAGNOSE ANY SPECIFIC DISEASE OR CONDITION. IT IS AN AID IN THE DIAGNOSIS OF COGI
DIAGNOSTIC DEVICE AND SHOULD BE CONFIRMED BY OTHER TESTING. Nothing in the BrainCheck Assessment, Brair
should be considered or used as a substitute for medical advice or diagnosis of any disease or condition by a qualified
Assessment with the intended use population and in the intended use environment. Reference our clinical user guide f

**GUERRERO, Sabrina M (id #170487, dob:**
**Encounter Date: 02/07/2023**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GUERRERO, SABRINA (53yo, F) ID# 170487 | **Appt. Date/Time** | 02/07/2023 12:40PM |
| **DOB** | | **Service Dept.** | HS_JC1_MULTI |
| **Provider** | MOHAMMAD I. HUSSAIN, MD | | |
| **Insurance** | Med Primary: BCBS-TN - NETWORK S (PPO)<br>Insurance # : STTS00402622<br>Med Contracts: AMEDISYS HOME HEALTH HOSPICE MORRISTOWN<br>Insurance # :<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

## Chief Complaint

- New patient referred by Pamela Poore with the post covid clinic
- Patient is being seen for post covid headaches
- Patient was sent to Dr. Kanna for one visit
- Patient was diagnosised with migraines by dr. kana
- Patient is getting a migraine daily since covid
- Patient had covid 2/7/2022
- Patient reports memory loss since covid
- Patient reports has trouble finding words since covid.
- Patient has been going to a speech therapist.
- Dr. kana gave patient sumatriptan but is not taking it unless needed due to causing increased fatigue

## Patient's Care Team

**Primary Care Provider:** WARD PHILLIPS MD: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (877) 414-6983 NPI: 1942297916

## Patient's Pharmacies

**SAM'S CLUB PHARMACY 6572 (ERX): 2920 KNOXVILLE CENTER DRIVE, KNOXVILLE, TN 37924, Ph (865) 637-0643, Fax (865) 637-1803**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 5 in 02/07/2023 01:24 pm | **Wt:** | 343 lbs 02/07/2023 01:24 pm | **BMI:** | 57.1 02/07/2023 01:24 pm |
| **BP:** | 113/69 02/07/2023 01:28 pm | **Pulse:** | 71 bpm 02/07/2023 01:27 pm | **O2Sat:** | 99% 02/07/2023 01:28 pm |

## Allergies

Reviewed Allergies

**SULFA (SULFONAMIDE ANTIBIOTICS)**

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 11/07/22 | filled |
| **AplisoL 5 tub. unit/0.1 mL intradermal injection solution**<br>Take by intradermal route. Administer Note: Amedysis empolyee-- advised pt to have her right arm checked within 48-72 hours. | 02/17/16 | administered |
| **aspirin** | 02/07/23 | entered |
| **benazepriL 10 mg tablet**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 06/27/22 | filled |

**GUERRERO, Sabrina M (id #170487, dob:**

| | | |
|---|---|---|
| **benzonatate 100 mg capsule**<br>TAKE 1 TO 2 CAPSULES BY MOUTH THREE TIMES DAILY AS NEEDED | 02/07/22 | filled |
| **benzonatate 200 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 08/08/22 | filled |
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 01/05/23 | filled |
| **cefdinir 300 mg capsule**<br>TAKE 2 CAPSULES BY MOUTH ONCE DAILY | 01/19/23 | filled |
| **cephALEXin 500 mg capsule** | 08/11/12 | filled |
| **Chlo Hist 1 mg-12.5 mg/5 mL oral solution**<br>TAKE 10 ML BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH AND CONGESTION FOR 7 DAYS | 02/16/22 | filled |
| **clotrimazole-betamethasone 1 %-0.05 % topical cream** | 01/03/13 | filled |
| **dexAMETHasone 4 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY FOR 7 DAYS | 02/16/22 | filled |
| **doxycycline hyclate 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY FOR 10 DAYS | 02/16/22 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 01/20/23 | filled |
| **escitalopram 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/27/22 | filled |
| **escitalopram 20 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/29/22 | filled |
| **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 01/27/23 | filled |
| **FeroSuL 325 mg (65 mg iron) tablet**<br>TAKE 1 TABLET BY MOUTH ON MONDAY, WEDNESDAY AND FRIDAY FOR 24 DOSES. TAKE WITH ORANGE JUICE OR VITAMIN C ON AN EMPTY STOMACH. | 11/28/22 | filled |
| **fluconazole 150 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 72 HOURS FOR 7 DAYS | 02/16/22 | filled |
| **HYDROcodone 5 mg-acetaminophen 500 mg tablet** | 07/11/12 | filled |

| | | |
|---|---|---|
| **hydrocortisone 2.5 % topical cream**<br>APPLY CREAM TO AFFECTED AREA(S) TWICE DAILY MONDAY-FRIDAY, SKIP WEEKENDS. | 11/14/22 | filled |
| **hydrOXYzine HCL 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME | 01/24/23 | filled |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/08/22 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/09/22 | filled |
| **methylPREDNISolone 4 mg tablets in a dose pack**<br>TAKE BY MOUTH AS DIRECTED ON INSIDE OF PACKAGE | 03/17/22 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 11/22/22 | filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 01/05/23 | filled |
| **modafiniL 200 mg tablet**<br>TAKE 1 TABLET BY MOUTH IN THE MORNING FOR DAYTIME HYPERSOMNIA | 02/02/23 | filled |
| **mupirocin 2 % topical ointment** | 01/03/13 | filled |
| **Nystop 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY THREE TIMES DAILY, MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED | 05/16/22 | filled |
| **ondansetron HCL 4 mg tablet** | 12/06/22 | filled |
| **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG UNDER THE SKIN ONCE PER WEEK AS DIRECTED | 11/03/22 | filled |
| **Paxlovid 300 mg (150 mg x 2)-100 mg tablets in a dose pack (EUA)**<br>TAKE 3 TABLETS TOGETHER (TWO 150 MG NIRMATRELVIR TABLETS AND ONE 100 MG RITONAVIR TABLET) BY MOUTH TWICE DAILY FOR 5 DAYS. | 02/08/22 | filled |
| **SUMAtriptan 100 mg tablet** | 11/28/22 | filled |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH TWICE DAILY, RINSE MOUTH AFTER USE | 02/24/22 | filled |
| **topiramate 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 30 DAYS | 01/23/23 | filled |
| **topiramate 50 mg tablet** | 01/05/23 | filled |

| | | |
|---|---|---|
| **traZODone 50 mg tablet** | 10/25/12 | filled |
| **Trintellix 10 mg tablet** | 02/06/23 | filled |
| **Ubrelvy 100 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 02/07/23 | prescribed |
| **valsartan 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 11/08/22 | filled |

calcium, vit c, vit d, bariatric multi vit, vit a, vit b12 twice weekly, zinc, probiotic

## Problems

Reviewed Problems
- Memory loss care - Onset: 02/07/2023
- Migraine - Onset: 02/07/2023

## Family History

Reviewed Family History

| | |
|---|---|
| Brother | - Headache |
| Mother | - Scoliosis deformity of spine |

## Social History

Reviewed Social History
**Substance Use**
Do you or have you ever smoked tobacco?: Former smoker
What is your level of alcohol consumption?: None
What is your level of caffeine consumption?: Moderate
**Public Health and Travel**
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No

## Surgical History

Reviewed Surgical History
Procedure on foot
Hernia Repair
Gastric bypass for obesity

## GYN History

(not configured)

## Past Medical History

Reviewed Past Medical History
Anxiety Disorder: **Y**
Depression: **Y**
Fibromyalgia: **Y**
Headaches: **Y**
Migraines: **Y**
Osteoporosis: **Y**
Sleep Disorder: **Y**
Thyroid Problems: **Y**
Notes: hypertension

## Screening

| Name | Score | Notes |
|---|---|---|
| PHQ-2/PHQ-9 | Not scored | |
| Mini-Cog | Not scored | |
| STEADI Fall Risk | Not scored | |
| Katz ADL | Not scored | |

## HPI

**Headache - Neurology**
Reported by patient.

Location: frontal; in changing locations
Quality: **throbbing/pounding**; **blinding**; **steady**; **dull/aching/boring**; **pressure**
Severity: pain level 10/10
Duration: more than a week
Onset/Timing: episodes worse recently
Context: caffeine (1-2 carbonated drinks per day)
Alleviating Factors: sleep; medication; darkness
Associated Symptoms: **nausea ()**; **sensitivity to light ()**; **sensitivity to sound ()**; **tingling ()**; **weakness ()**; **confusion ()**; **neck pain ()**; **neck stiffness**; **depression**; **anxiety**; **sleep ()**; **preceded by fatigue**
Other: **under stress at work and at home**
Medical History: missed work due to headache

**Memory Loss**
Reported by patient.

Severity: moderate
Duration: has noted for months
Onset/Timing: gradual onset
Associated Symptoms: **decreased vocabulary**; **agitation/restlessness**; **depression**; **change in personality**; **sleeping problems**

## ROS

**Neurologic:** Symptoms: **confusion**, **weakness**, **headaches**, **memory loss**, **muscle twitching**, and **difficulty with gait or walking**.

## Physical Exam

AA O x 3
Speech fluent with word finding difficulty
Pupils reactive extraocular eye movements limited.
neck supple decreased ROM.
Symmetrical face
motor tone normal upper extremities
Decrease tone in lower extremities.
Upper extremities 5/5
Lower Extremities 5-/5
upper extremities reflex 3+
Lower extremities unable elicit
FTN normal
HTS difficulty
gait wide base.

## Procedure Documentation

None recorded.

## Assessment / Plan

**1. Chronic post-COVID-19 syndrome**
Z86.16: Personal history of COVID-19

**2. Migraine without aura** -
since COVID daily
vary in intensity
fluctuate from side
G43.009: Migraine without aura, not intractable, without status migrainosus
- Ubrelvy 100 mg tablet - Take 1 tablet(s) every day by oral route for 30 days. Qty: (30) tablet Refills: 2 Pharmacy: SAM'S CLUB PHARMACY 6572

Exhibit 6 MLF000049

**3. Abnormal gait due to impairment of balance**

**GUERRERO, Sabrina M (id #170487, dob:**

R26.89: Other abnormalities of gait and mobility
- MRI, BRAIN + BRAIN STEM, W/WO CONTRAST

Height (ft.): 5 ft 5 in     Weight (lbs): 343

**4. Minimal cognitive impairment**

R41.89: Other symptoms and signs involving cognitive functions and awareness
- NEUROCOGNITIVE ASSESSMENT*

**Discussion Notes**

Referred by Pamela Poore with the post covid clinic
Post covid headaches by description it is migraine like daily effecting memory as well , also has trouble finding words since covid., patient has been going to a speech therapist.
Use to take sumatriptan but is not taking it unless needed due to causing increased fatigue.
I would like to check MRI Brain, Neurocognitive assessment.
Would like to start on CGRP antagonist.

Return to Office
- HUSSAIN_EMG_NCS for Brain Check at HS_JC1_MULTI on 03/07/2023 at 09:00 AM
- Mohammad I. Hussain, MD for ESTABLISHED PATIENT 10 at HS_JC1_MULTI on 04/04/2023 at 10:20 AM

Encounter Sign-Off

Encounter signed-off by Mohammad I. Hussain, MD, 02/07/2023.

Encounter performed and documented by Mohammad I. Hussain, MD
Encounter reviewed & signed by Mohammad I. Hussain, MD on 02/07/2023 at 2:21pm

## Imaging Results

Covenant HEALTH

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894

| | | | |
|---|---|---|---|
| Patient: | **GUERRERO, SABRINA MICHELLE** | | |
| DOB/Sex: | Female | Admit: | 4/28/2023 |
| CMRN: | 1274424 | Disch: | |
| MRN: | MHHS0000923597 | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| FIN: | 5311800614 | Ordering: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Accession: | 03-XR-23-113110 |

## *Interventional Radiology*

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER |
|---|---|---|---|
| 03-XR-23-113110 | 4/28/2023 13:17 EDT | IR XR Spinal Interventional Proc | HUSSAIN,MOHAMMAD ISLAM MD |

**Reason For Exam**
(IR XR Spinal Interventional Proc) abnormal brain MRI

**Report**
INDICATION: abnormal brain MRI

Fluoroscopy time: 3.4 minutesTECHNIQUE: Lumbar puncture performed under fluoroscopy.

COMPARISON: No relevant recent prior study.

FINDINGS: The risks, benefits, and alternatives were explained to the patient including, but not limited to bleeding, infection, CSF leak, and nerve damage. The patient expressed understanding and desired to continue. Signed informed consent was obtained.

Following patient identification and site verification time-out procedure the back was prepped in the usual sterile fashion. 1% lidocaine solution was used to locally anesthetize the skin. Under fluoroscopic guidance, a 22-gauge spinal needle was advanced to the L3-4 space with return of clear, colorless CSF.

Opening presssure: measured at twelfthcmH20, with addition of 12.7cm needle, measurement is: 24.7cmH2O.

Approximately 10 ml of fluid was collected and split over four tubes. The needle was removed. The patient tolerated procedure well without immediate complication.

ESTIMATED BLOOD LOSS: <25 ml

IMPRESSION: Successful lumbar puncture under fluoroscopy as above.

***** Final *****

Dictated by: MEADOWS, MICHAEL LEON
Dictated DT/TM: 04/28/2023 3:51 pm
Signed by: MEADOWS, MICHAEL LEONARD MD
Signed (Electronic Signature): 04/28/2023 3:51 pm
Transcribed by: MLM

## SKULL LESS THAN 4 VIEWS (#63432073, Final, 02/24/2023 10:30am)

HEALTHSTAR PHYSICIANS
420 West Morris Boulevard; Suite 400H
Morristown, TN 37813
Phone:(423) 586-4545

NAME: GUERRERO, SABRINA M
DOB:
GENDER: F
ACCT#: 170487
DATE OF EXAM: 02/24/2023
PHYSICIAN: HUSSAIN, MOHAMMAD

DIAGNOSIS: MRI CLEARLANCE

EXAM: Skull less than 4 views

TECHNIQUE: Frontal and lateral views of the orbits

COMPARISON: None

No radiopaque foreign body is seen over either orbit. Paranasal sinuses are grossly clear. No acute osseous or soft tissue abnormality.

IMPRESSION:

No radiopaque foreign body.

Thuy Vu M.D.
Electronic Signature
Date Signed: Feb 24 2023 2:11PM

DD: 2/24/23/DT: 02/24/2023

Name: GUERRERO, SABRINA M
MRI CLEARLANCE

## MRI BRAIN; WITH AND WITHOUT CONTRAST (#63427009, Final, 02/24/2023 10:15am)

HEALTHSTAR PHYSICIANS
420 West Morris Boulevard; Suite 400H
Morristown, TN 37813
Phone:(423) 586-4545

NAME: GUERRERO, SABRINA M
DOB:
GENDER: F
ACCT#: 170487
DATE OF EXAM: 02/24/2023
PHYSICIAN: HUSSAIN, MOHAMMAD

DIAGNOSIS: ABNORMAL GAIT DUE TO IMPAIRMENT OF BALANCE

EXAM: MRI Brain; with and without contrast

TECHNIQUE: Multiplanar multisequence MR imaging of the brain performed per protocol. 11 mL ProHance.

COMPARISON: No available relevant recent prior imaging study.

FINDINGS:

ACUTE ISCHEMIA: None detected.

VISUALIZED UPPER CERVICAL SPINE: Normal cervical cord.
PITUITARY AND PINEAL REGIONS: Appear unremarkable.

VASCULAR SYSTEM: Normal flow voids in visualized vessels.
VISUALIZED PARANASAL SINUSES: Clear.
VISUALIZED ORBITS: Unremarkable.

EXTRAAXIAL SPACES/BASAL CISTERNS/VENTRICLES: Normal in size and morphology for age.
CEREBRUM/CEREBELLUM/BRAINSTEM: There are a few scattered foci of nonspecific signal changes in the cerebral white matter. No hemorrhage, mass, mass-effect or midline shift.

No abnormal postcontrast enhancement.

IMPRESSION: Nonspecific signal changes in the cerebral white matter. Most commonly seen as a sequela of chronic small vessel ischemia but are nonspecific and can be seen in other types of vasculopathy, demyelinating/dysmyelinating condition, prior infection/inflammation, others. No evidence of acute or recent infarction. No abnormal postcontrast enhancement.

Jason B. Deen M.D.
Electronic Signature
Date Signed: Feb 24 2023 12:00PM

DD: 2/24/23/DT: 02/24/2023

Name: GUERRERO, SABRINA M
ABNORMAL GAIT DUE TO IMPAIRMENT OF BALANCE
bun 15 crea 0.7 gfr 87.5 2/17/23
prohance 11 ml

## Lab Results

Covenant HEALTH

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex | Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | | |

***Body Fluids-Other Sources***

**CSF**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| IgG Index CSF+ | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-1078 | 4/28/2023 13:05 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| IgG Index CSF | 0.44 o1 | | [<=0.85] | 5/5/2023 19:00 EDT |
| IgG CSF | 3.1 o1 | mg/dL | [<=8.1] | 5/5/2023 19:00 EDT |
| Albumin CSF | **27.8** H o1 | mg/dL | [<=27.0] | 5/5/2023 19:00 EDT |
| IgG/Albumin CSF | 0.11 o1 | | [<=0.21] | 5/5/2023 19:00 EDT |
| Synthesis Rate CSF | 0.00 o1 | mg/24hr | [<=12] | 5/5/2023 19:00 EDT |
| IgG Serum | 1080 o1 | mg/dL | [767 -1590] | 5/5/2023 19:00 EDT |
| Albumin Serum | 4400 f1 o1 | mg/dL | [3500 -5000] | 5/5/2023 19:00 EDT |
| IgG/Albumin Serum | 0.25 o1 | | [<=0.40] | 5/5/2023 19:00 EDT |

Result Comments
f1: Albumin Serum

Test Performed by:
Mayo Clinic Laboratories - Rochester Superior Drive
3050 Superior Drive NW, Rochester, MN 55905
Lab Director: William G. Morice M.D. Ph.D.; CLIA# 24D1040592

Test Performed by:
Mayo Clinic Laboratories - Rochester Main Campus
200 First Street SW, Rochester, MN 55905
Lab Director: William G. Morice M.D. Ph.D.; CLIA# 24D0404292

Order Comments
O1: IgG Index CSF+
Tube #1

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

Covenant HEALTH

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex | Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | | |

## *Immunology-Serology*

**Autoimmune**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Multiple Sclerosis Profile | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-1079 | 4/28/2023 13:05 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Kappa Free Light Chain,CSF | 0.0143 [f1 01] | mg/dL | [<0.1000] | 5/8/2023 13:59 EDT |
| Add'l sample for reflex OLIGS | Collected [f2 01] | | | 5/8/2023 13:59 EDT |

Result Comments

f1: Kappa Free Light Chain, CSF
Negative.
The kappa free light concentration measured in CSF is lower than the threshold associated with multiple sclerosis. Clinical correlation recommended.

-------------------ADDITIONAL INFORMATION-------------------
This test has been modified from the manufacturer's instructions. Its performance characteristics were determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

A Mayo Clinic study published in 2018 with 325 patients suggested that a kappa free light chain concentration in CSF greater than or equal to 0.06 mg/dL has 92% clinical sensitivity in the diagnosis of multiple sclerosis (ref 1). A second, larger Mayo Clinic study with 1355 patients published in 2021 showed that a kappa CSF concentration greater than or equal to 0.06 mg/dL had approximately 89% sensitivity. When kappa was greater than or equal to 0.1 mg/dL it had similar sensitivity (87%) to the finding of 2 unique CSF oligoclonal bands (89%) (ref 2). Given the difference in thresholds based on these studies and highest sensitivity at the threshold of 0.06mg/dL, any CSF kappa free light chain result greater than or equal to

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894

| | | | |
|---|---|---|---|
| Patient Name: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex | Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |

***Immunology-Serology***

Autoimmune

Result Comments
f1: Kappa Free Light Chain, CSF
0.06 mg/dL will reflex to oligoclonal banding when the
multiple sclerosis profile tests are ordered.
A result less than 0.06 mg/dL is considered negative.
A result between 0.06 and 0.099 mg/dL is considered
borderline; look for oligoclonal banding test results.
A result greater than or equal to 0.1 mg/dL is considered
positive; look for oligoclonal banding test results.

References:
1.Gurtner KM, Shosha E, Bryant SC, Andreguetto BD,
Murray DL, Pittock SJ, et al. CSF free light chain
identification of demyelinating disease: comparison
with oligoclonal banding and other CSF indexes.
Clin Chem Lab Med. 2018;56(7):1071-80.
2.Saadeh RS, Bryant SC, McKeon A, Weinshenker B,
Murray DL, Pittock SJ, et al. CSF Kappa Free Light
Chains: Cutoff Validation for Diagnosing Multiple
Sclerosis. Mayo Clin Proc. 2021;
S0025-6196(21)00710-2. doi: 10.1016/j.mayocp.2021.09.014.
f2: Add'l sample for reflex OLIGS

Test Performed by:
Mayo Clinic Laboratories - Rochester Superior Drive
3050 Superior Drive NW, Rochester, MN 55905
Lab Director: William G. Morice M.D. Ph.D.; CLIA# 24D1040592

Order Comments
O1: Multiple Sclerosis Profile
Tube #1

Covenant HEALTH

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex | Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | | |

***Immunology-Serology***

**Autoimmune**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| NMO IgG (Neuromyelitis Optica), CSF | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-1081 | 4/28/2023 13:05 EDT |

| **Procedure** | **Result** | **Units** | **Reference Range** | **Verified Date/Time** |
|---|---|---|---|---|
| NMO/AQP4-IgG FACS, CSF | Negative f1 01 | | [Negative] | 5/6/2023 01:41 EDT |

Result Comments
f1: NMO/AQP4-IgG FACS, CSF
Aquaporin-4 antibody testing is more sensitive in serum than in spinal fluid. Recommend serum testing now if not completed, and repeating in 6 months if clinical suspicion is high. Negative result can occur in the setting of immunosuppression.

-------------------ADDITIONAL INFORMATION-------------------
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

Test Performed by:
Mayo Clinic Laboratories - Rochester Main Campus
200 First Street SW, Rochester, MN 55905
Lab Director: William G. Morice M.D. Ph.D.; CLIA# 24D0404292

Order Comments
O1: NMO IgG (Neuromyelitis Optica), CSF
Tube #3

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

Covenant HEALTH

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex | Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr Kent M. McGinley | | |

*Immunology-Serology*

**Infectious Disease**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Lyme Panel | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-1078 | 4/28/2023 13:05 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Lyme Infection IgG CSF | Negative *1 | | [Negative] | 5/5/2023 11:57 EDT |
| Lyme Infection IgG Interp | SEE NOTE f1 *1 | | | 5/5/2023 11:57 EDT |
| Lyme Infection IgG S | SEE NOTE f2 *1 | | | 5/5/2023 11:57 EDT |

Result Comments

f1: Lyme Infection IgG Interp
No antibodies to Lyme Borrelia species detected in cerebrospinal fluid. A negative result in a patient with appropriate exposure history and symptoms consistent with neuroinvasive Lyme disease should not be used to exclude infection. If not already performed, testing for antibodies to Lyme Borrelia species in serum should be performed.

-------------------ADDITIONAL INFORMATION-------------------
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

f2: Lyme Infection IgG S
CSF screen was negative for IgG-class antibodies to Lyme Borrelia species. Testing for IgG-class antibodies to Borrelia in serum is not indicated and was not performed.

Test Performed by:
Mayo Clinic Laboratories - Rochester Superior Drive
3050 Superior Drive NW, Rochester, MN 55905
Lab Director: William G. Morice M.D. Ph.D.; CLIA# 24D1040592

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894

| | | | |
|---|---|---|---|
| Patient Name: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex | Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |

***Immunology-Serology***

Order Comments
01: Lyme Panel
Tube #4

Covenant HEALTH

Morristown-Hamblen Healthcare System
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient: | GUERRERO, SABRINA MICHELLE | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex | Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | | |

## *Immunology-Serology*

**Autoimmune**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Paraneoplastic Autoantibodi CSF+ | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-1079 | 4/28/2023 13:05 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| AGNA-1,CSF | Negative f1 | | [Negative] | 5/5/2023 10:09 EDT |
| Amphiphysin Ab, CSF | Negative f1 | | [Negative] | 5/5/2023 10:09 EDT |
| ANNA-1,CSF | Negative f1 | | [Negative] | 5/5/2023 10:09 EDT |
| ANNA-2,CSF | Negative f1 | | [Negative] | 5/5/2023 10:09 EDT |
| ANNA-3,CSF | Negative f1 | | [Negative] | 5/5/2023 10:09 EDT |
| CRMP-5-IgG,CSF | Negative f1 | | [Negative] | 5/5/2023 10:09 EDT |
| PCA-1,CSF | Negative f1 | | [Negative] | 5/5/2023 10:09 EDT |
| PCA-Tr,CSF | Negative f1 | | [Negative] | 5/5/2023 10:09 EDT |
| PCA-2,CSF | Negative f2 | | [Negative] | 5/5/2023 10:09 EDT |
| Paraneoplastic Interp,CSF | SEE NOTE f3 | | | 5/5/2023 10:09 EDT |
| Paraneoplastic IFA Notes,CSF | None. | | | 5/5/2023 10:09 EDT |

Result Comments
f1: AGNA-1, CSF, Amphiphysin Ab, CSF, ANNA-1, CSF, ANNA-2, CSF, ANNA-3, CSF, CRMP-5-IgG, CSF, PCA-1, CSF, PCA-Tr, CSF

-------------------ADDITIONAL INFORMATION-------------------
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894

| | | | |
|---|---|---|---|
| Patient Name: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex | Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |

***Immunology-Serology***

**Autoimmune**

Result Comments

f2: PCA-2, CSF

-------------------ADDITIONAL INFORMATION-------------------
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

Test Performed by:
Mayo Clinic Laboratories - Rochester Main Campus
200 First Street SW, Rochester, MN 55905
Lab Director: William G. Morice M.D. Ph.D.; CLIA# 24D0404292

f3: Paraneoplastic Interp, CSF
A negative basic paraneoplastic evaluation result does not rule out all clinically relevant antibodies. If indicated, a comprehensive neurological phenotype-specific autoimmune/paraneoplastic evaluation (e.g. encephalopathy, movement disorders, myelopathy, or axonal neuropathy) should be considered https://news.mayocliniclabs.com/autoimmune-neurology-evoluti on/. These evaluations include screening cell-based assays optimized for detection of recently discovered antibodies.

Covenant HEALTH

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex | Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | | |

***Body Fluids-Other Sources***

<u>CSF</u>

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Myelin Basic Protein CSF | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-1083 | 4/28/2023 13:05 EDT |

| **Procedure** | **Result** | **Units** | **Reference Range** | **Verified Date/Time** |
|---|---|---|---|---|
| Myelin Basic Protein CSF. | <2.0 f1 01 | mcg/L | [<=4.0] | 5/4/2023 15:23 EDT |

Result Comments
f1: Myelin Basic Protein CSF.
Result Interpretation
< or- 4.0 mcg/L Negative
4.1-6.0 mcg/L Weakly Positive
>6.0 mcg/L Positive
This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute, Chantilly, VA. It has not been cleared or approved by the U.S. Food and Drug Administration. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.
Lab test performed by:
Lab Mnemonic: 49D0221801
Quest Diagnostics Nichols Institute
14225 Newbrook Drive
Chantilly, VA 20151-0841
Patrick W Mason, M.D., Ph.D.,Director of Laboratories

Order Comments
O1: Myelin Basic Protein CSF
Tube #4

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

Covenant HEALTH

Morristown-Hamblen Healthcare System
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient: | GUERRERO, SABRINA MICHELLE | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex | Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | | |

## *Immunology-Serology*

**Autoimmune**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| ANA Screen with Reflex to Titer | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-0511 | 4/28/2023 10:34 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| ANA Screen | Negative f1 | | [Negative] | 5/4/2023 13:52 EDT |

Result Comments
f1: ANA Screen
ANA IFA is a first line screen for detecting the presence of up to approximately 150 autoantibodies in various autoimmune diseases. A negative ANA IFA result suggests ANA-associated autoimmune disease is not present at this time, but is not definitive. If there is high clinical suspicion for Sjogren's Syndrome, testing for anti-SS-A/Ro antibody should be considered. Anti-Jo-1 antibody should be considered for clinically suspected inflammatory myopathies.
AC-0: Negative
International Consensus on ANA Patterns
https://doi.org/10.1515/cclm-2018-0052
For additional information, please refer to
http://education.QuestDiagnostics.com/faq/FAQ177
(This link is being provided for informational/ educational purposes only.)
Lab test performed by:
Lab Mnemonic: 49D0221801
Quest Diagnostics Nichols Institute
14225 Newbrook Drive
Chantilly, VA 20151-0841
Patrick W Mason, M.D., Ph.D.,Director of Laboratories

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

Covenant HEALTH

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex | Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr Kent M. McGinley | | |

***Bacteriology***

| | | | |
|---|---|---|---|
| Procedure: | Cerebrospinal Fluid Culture [01] | | |
| Source: | Cerebrospinal Fluid | Accession: | 03-23-118-1080 |
| Collected Date/Time: | 4/28/2023 13:05 EDT | Body Site: | |
| Start Date/Time: | 4/28/2023 20:26 EDT | Free Text Source: | |
| Ordering Physician: | HUSSAIN,MOHAMMAD ISLAM MD | | |

***AMENDED REPORTS***
Amended Report
Verified Date/Time: 5/1/2023 10:00 EDT
No growth at 3 days.

***FINAL REPORTS***
Final Report
Verified Date/Time: 4/28/2023 22:42 EDT
No WBCs seen
No organisms seen

Order Comments
01: Cerebrospinal Fluid Culture
Tube #2

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

**MORRISTOWN-HAMBLEN HEALTHCARE SYSTEM**
**Department of Pathology**
908 West Fourth North Street
Morristown, TN 37814-3894
Phone: (423) 492-6603
Fax: (423) 492-6601

K. McGinley, MD, Medical Director
I. Burja, MD

| | | | |
|---|---|---|---|
| Patient: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex | Female | Ordering: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |

## *Pathology Reports*

| Accession: | Collected Date/Time: | Received Date/Time: | Pathologist: |
|---|---|---|---|
| 03-NG-23-000174 | 4/28/2023 13:05 EDT | 5/1/2023 12:09 EDT | MCGINLEY,KENT MICHAEL MD |

### Non-Gyn Pathology Report

**Diagnosis**

**CEREBROSPINAL FLUID: NEGATIVE FOR MALIGNANCY**

KENT M MCGINLEY, MD
(Electronically signed by)
Verified: 05/02/2023 10:56 AM EDT
KMM/KMM

**Clinical Information**
Abnormal Brain MRI

Pre-operative Diagnosis: Unknown
Post-operative Diagnosis: Unknown

**Specimen Source**
CSF

**Gross Description**
Received is 0 5 cc of clear, colorless fluid. Two cytospin slides are prepared.

KMM/KMM
Performed: 05/02/2023 10:56 AM EDT

**Statement of Adequacy**
ADEQUATE

Covenant HEALTH

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
**Lab Phone:** (423) 492-6600

| | | | |
|---|---|---|---|
| Patient: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex | Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | | |

## *Immunology-Serology*

**Protein Electrophoresis/Immunofixation**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Monoclonal Protein Study+ | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-0512 | 4/28/2023 10:34 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Immunofixation Serum | SEE NOTE f1 01 | | | 5/1/2023 23:14 EDT |
| Immunofixation Flag | Negative f2 01 | | [Negative] | 5/1/2023 23:14 EDT |
| Total Protein IFE/PE | 6.9 01 | g/dL | [6.3 -7.9] | 5/1/2023 23:14 EDT |
| Albumin IFE/PE | 3.5 01 | g/dL | [3.4-4.7] | 5/1/2023 23:14 EDT |
| Alpha-1 Globulin IFE/PE | 0.2 01 | g/dL | [0.1-0.3] | 5/1/2023 23:14 EDT |
| Alpha-2 Globulin IFE/PE | 1.0 01 | g/dL | [0.6-1.0] | 5/1/2023 23:14 EDT |
| Beta-Globulin IFE/PE | 1.1 01 | g/dL | [0.7-1.2] | 5/1/2023 23:14 EDT |
| Gamma-Globulin IFE/PE | 1.1 01 | g/dL | [0.6-1.6] | 5/1/2023 23:14 EDT |
| A/G Ratio IFE/PE | 1.00 01 | | | 5/1/2023 23:14 EDT |
| M Spike 1 IFE/PE | Not Reportable 01 | | | 5/1/2023 23:14 EDT |
| M Spike 2 IFE/PE | Not Reportable 01 | | | 5/1/2023 23:14 EDT |
| Impression IFE/PE | SEE NOTE f3 01 | | | 5/1/2023 23:14 EDT |

Result Comments
f1: Immunofixation Serum
No monoclonal protein detected.

Reviewed and interpreted by: Kirk Bourgeois, M.D.

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894

| | | | |
|---|---|---|---|
| Patient Name: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex | Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |

***Immunology-Serology***

Protein Electrophoresis/Immunofixation

Result Comments
f2: Immunofixation Flag

Test Performed by:
Mayo Clinic Jacksonville Clinical Lab
4500 San Pablo Rd, Jacksonville, FL 32224
Lab Director: Gretchen Johns MD; CLIA# 10D0269502
f3: Impression IFE/PE
No apparent monoclonal protein on serum electrophoresis.

Reviewed and interpreted by: Kirk Bourgeois, M.D.

Order Comments
01: Monoclonal Protein Study+
When Immunofixation, Serum and Protein Electrophoresis, Serum+ are ordered together, cancel and reorder as Monoclonal Protein Study+ per Mayo protocol.

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

Covenant HEALTH

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex | Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | | |

***Immunology-Serology***

**Sensitive Infectious Disease**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| VDRL Qualitative CSF | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-1081 | 4/28/2023 13:05 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| VDRL | Negative f1 01 | | [Negative] | 5/1/2023 14:36 EDT |

Result Comments
f1: VDRL

Test Performed by:
Mayo Clinic Jacksonville Clinical Lab
4500 San Pablo Rd, Jacksonville, FL 32224
Lab Director: Gretchen Johns MD; CLIA# 10D0269502

Order Comments
01: VDRL Qualitative CSF
Tube #2

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

Covenant HEALTH

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
**Lab Phone:** (423) 492-6600

| | | | |
|---|---|---|---|
| Patient: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex | Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | | |

## *Immunology-Serology*

**Sensitive Infectious Disease**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| HSV Molecular Detection CSF+ | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-1081 | 4/28/2023 13:05 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| HSV 1 PCR CSF | Negative [O1] | | [Negative] | 5/1/2023 11:46 EDT |
| HSV 2 PCR CSF | Negative [f1 O1] | | [Negative] | 5/1/2023 11:46 EDT |

Result Comments
f1: HSV 2 PCR CSF

Test Performed by:
Mayo Clinic Jacksonville Clinical Lab
4500 San Pablo Rd, Jacksonville, FL 32224
Lab Director: Gretchen Johns MD; CLIA# 10D0269502

Order Comments
O1: HSV Molecular Detection CSF+
Tube #4

Covenant HEALTH

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
**Lab Phone:** (423) 492-6600

| | | | |
|---|---|---|---|
| Patient: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex | Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | | |

## *Bacteriology*

| | | | |
|---|---|---|---|
| Procedure: | Cerebrospinal Fluid Culture [01] | | |
| Source: | Cerebrospinal Fluid | Accession: | 03-23-118-1080 |
| Collected Date/Time: | 4/28/2023 13:05 EDT | Body Site: | |
| Start Date/Time: | 4/28/2023 20:26 EDT | Free Text Source: | |
| Ordering Physician: | HUSSAIN,MOHAMMAD ISLAM MD | | |

***AMENDED REPORTS***
Amended Report
Verified Date/Time: 5/1/2023 10:09 EDT
No growth at 3 days.

***FINAL REPORTS***
Final Report
Verified Date/Time: 4/28/2023 22:42 EDT
No WBCs seen
No organisms seen

Order Comments
01: Cerebrospinal Fluid Culture
Tube #2

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

Covenant HEALTH

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
**Lab Phone:** (423) 492-6600

| | | | |
|---|---|---|---|
| Patient: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex | Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | | |

***Bacteriology***

| | | | |
|---|---|---|---|
| Procedure: | Cerebrospinal Fluid Culture [O1] | | |
| Source: | Cerebrospinal Fluid | Accession: | 03-23-118-1080 |
| Collected Date/Time: | 4/28/2023 13:05 EDT | Body Site: | |
| Start Date/Time: | 4/28/2023 20:26 EDT | Free Text Source: | |
| Ordering Physician: | HUSSAIN,MOHAMMAD ISLAM MD | | |

***AMENDED REPORTS***
Amended Report
Verified Date/Time: 4/30/2023 11:19 EDT
No growth at 2 days.

***FINAL REPORTS***
Final Report
Verified Date/Time: 4/28/2023 22:42 EDT
No WBCs seen
No organisms seen

Order Comments
01: Cerebrospinal Fluid Culture
Tube #2

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

Covenant HEALTH

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
**Lab Phone:** (423) 492-6600

| | | | |
|---|---|---|---|
| Patient: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex | Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | | |

## *Bacteriology*

| | | | |
|---|---|---|---|
| Procedure: | Cerebrospinal Fluid Culture [01] | | |
| Source: | Cerebrospinal Fluid | Accession: | 03-23-118-1080 |
| Collected Date/Time: | 4/28/2023 13:05 EDT | Body Site: | |
| Start Date/Time: | 4/28/2023 20:26 EDT | Free Text Source: | |
| Ordering Physician: | HUSSAIN,MOHAMMAD ISLAM MD | | |

***AMENDED REPORTS***
Amended Report
Verified Date/Time: 4/29/2023 13:15 EDT
No growth at 1 day.

***FINAL REPORTS***
Final Report
Verified Date/Time: 4/28/2023 22:42 EDT
No WBCs seen
No organisms seen

Order Comments
01: Cerebrospinal Fluid Culture
Tube #2

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

Covenant HEALTH

Morristown-Hamblen Healthcare System
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient: | GUERRERO, SABRINA MICHELLE | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | |
| DOB/Sex | Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | | |

## *Immunology-Serology*

**Infectious Disease**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Cryptococcal Antigen CSF | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-1077 | 4/28/2023 13:05 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Cryptococcal Ag CSF | Negative [c1] | | [Negative] | 4/28/2023 21:32 EDT |

Order Comments
01: Cryptococcal Antigen CSF
Tube #2

## *Body Fluids-Other Sources*

**CSF**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| CSF Cell Count with Differential | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-1077 | 4/28/2023 13:05 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| WBC CSF | 0 [c2] | cells/mm3 | | 4/28/2023 21:41 EDT |
| RBC CSF | 1 [c2] | cells/mm3 | | 4/28/2023 21:41 EDT |
| Tube Number CSF | 3 [c2] | | | 4/28/2023 21:41 EDT |
| Color CSF | Colorless [c2] | | | 4/28/2023 21:41 EDT |
| Clarity CSF | Clear [c2] | | | 4/28/2023 21:41 EDT |

Order Comments
02: CSF Cell Count with Differential
Tube #3

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894

| | | | |
|---|---|---|---|
| Patient Name: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | |
| DOB/Sex | Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |

***Bacteriology***

| | | | |
|---|---|---|---|
| Procedure: | Cerebrospinal Fluid Culture [03] | | |
| Source: | Cerebrospinal Fluid | Accession: | 03-23-118-1080 |
| Collected Date/Time: | 4/28/2023 13:05 EDT | Body Site: | |
| Start Date/Time: | 4/28/2023 20:26 EDT | Free Text Source: | |
| Ordering Physician: | HUSSAIN,MOHAMMAD ISLAM MD | | |

***FINAL REPORTS***
Final Report
Verified Date/Time: 4/28/2023 22:42 EDT

No WBCs seen
No organisms seen

Order Comments
03: Cerebrospinal Fluid Culture
Tube #2

Covenant HEALTH

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | |
| DOB/Sex | Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | | |

***Body Fluids-Other Sources***

**CSF**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Glucose Level, CSF | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-1077 | 4/28/2023 13:05 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Glucose CSF | 52 [01] | mg/dL | [40-70] | 4/28/2023 20:17 EDT |

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Protein, CSF | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-1077 | 4/28/2023 13:05 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Protein CSF | **46.0** H [02] | mg/dL | [15.0-45.0] | 4/28/2023 20:17 EDT |

Order Comments
01: Glucose Level, CSF
Tube #1
02: Protein, CSF
Tube #1

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

Report Request ID: 338753970 Page 1 of 1 Print Date/Time: 4/28/2023 20:30 EDT

Exhibit 6 MLF000093

**Lincoln/Guerrero 0692**

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | |
| DOB/Sex | Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | | |

***Immunology-Serology***

**Autoimmune**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Rheumatoid Factor | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-0510 | 4/28/2023 10:34 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| RF Qnt | <10 *1 | IntlUnit/mL | [0-14] | 4/28/2023 16:04 EDT |

Performing Locations
*1: This test was performed at:
FSR Laboratory, Fort Sanders Regional Medical Center, 1901 Clinch Avenue, Knoxville, TN, 37916- , US

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

Covenant HEALTH

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
**Lab Phone:** (423) 492-6600

| | | | |
|---|---|---|---|
| Patient: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | |
| DOB/Sex | Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | | |

## *Hematology*

**Miscellaneous Hematology**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Sed Rate, Automated | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-0515 | 4/28/2023 10:34 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Sed Rate Automated | 18 H | mm/hr | [0-15] | 4/28/2023 11:31 EDT |

## *Coagulation-Thrombosis*

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Fibrinogen Lvl | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-0503 | 4/28/2023 10:34 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Fibrinogen Lvl | 460 H | mg/dL | [200-450] | 4/28/2023 11:30 EDT |

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Prothrombin Time and INR | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-0503 | 4/28/2023 10:34 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Prothrombin Time | 13.4 | seconds | [11.5-15.0] | 4/28/2023 11:30 EDT |
| INR | 1.02 | | [0.80-1.20] | 4/28/2023 11:30 EDT |

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894

| | | | |
|---|---|---|---|
| Patient Name: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | |
| DOB/Sex | Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |

## *Coagulation-Thrombosis*

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| PTT (Partial Thromboplastin Time) | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-0509 | 4/28/2023 10:34 EDT |

| **Procedure** | **Result** | **Units** | **Reference Range** | **Verified Date/Time** |
|---|---|---|---|---|
| Partial Thromboplastin Time | 32.9 | seconds | [23.5-37.5] | 4/28/2023 11:30 EDT |

## *Chemistry*

**Routine Chemistry**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| C-Reactive Protein | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-0510 | 4/28/2023 10:34 EDT |

| **Procedure** | **Result** | **Units** | **Reference Range** | **Verified Date/Time** |
|---|---|---|---|---|
| CRP | 0.33 | mg/dL | [0.00-0.50] | 4/28/2023 11:02 EDT |

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Glucose Level | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-0510 | 4/28/2023 10:34 EDT |

| **Procedure** | **Result** | **Units** | **Reference Range** | **Verified Date/Time** |
|---|---|---|---|---|
| Glucose Lvl | 92 | mg/dL | [70-99] | 4/28/2023 11:03 EDT |

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894

| | | | |
|---|---|---|---|
| Patient Name: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | |
| DOB/Sex | Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |

***Chemistry***

**Routine Chemistry**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Protein, Total | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-0510 | 4/28/2023 10:34 EDT |

| **Procedure** | **Result** | **Units** | **Reference Range** | **Verified Date/Time** |
|---|---|---|---|---|
| Protein Total | 7.5 | g/dL | [6.6-8.7] | 4/28/2023 11:03 EDT |

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | |
| DOB/Sex | Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | | |

## *Hematology*

**CBC and Differential**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Automated Diff | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-0509 | 4/28/2023 10:34 EDT |

| **Procedure** | **Result** | **Units** | **Reference Range** | **Verified Date/Time** |
|---|---|---|---|---|
| Neutrophil % Auto | 58.5 | % | [40.0-78.0] | 4/28/2023 10:42 EDT |
| Lymphocyte % Auto | 31.4 | % | [15.0-45.0] | 4/28/2023 10:42 EDT |
| Monocyte % Auto | 6.0 | % | [3.0-14.0] | 4/28/2023 10:42 EDT |
| Eosinophil % Auto | 2.9 | % | [0.0-5.0] | 4/28/2023 10:42 EDT |
| Basophil % Auto | 1.2 | % | [0.0-2.0] | 4/28/2023 10:42 EDT |
| Absolute Neuts | 4.1 | 10x3/uL | [1.5-8.0] | 4/28/2023 10:42 EDT |
| Absolute Lymphs | 2.2 | 10x3/uL | [1.0-4.0] | 4/28/2023 10:42 EDT |
| Absolute Monos | 0.4 | 10x3/uL | [0.3-1.1] | 4/28/2023 10:42 EDT |
| Absolute Eos | 0.2 | 10x3/uL | [0.0-0.6] | 4/28/2023 10:42 EDT |
| Absolute Basos | 0.1 | 10x3/uL | [0.0-0.2] | 4/28/2023 10:42 EDT |

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| CBC w/ Automated Differential | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-0509 | 4/28/2023 10:34 EDT |

| **Procedure** | **Result** | **Units** | **Reference Range** | **Verified Date/Time** |
|---|---|---|---|---|
| WBC | 6.9 | 10x3/uL | [4.0-11.0] | 4/28/2023 10:42 EDT |

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894

| | | | |
|---|---|---|---|
| Patient Name: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | |
| DOB/Sex | Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |

## *Hematology*

**CBC and Differential**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| CBC w/ Automated Differential | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-0509 | 4/28/2023 10:34 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| RBC | **5.11 H** | 10x6/uL | [3.90-4.98] | 4/28/2023 10:42 EDT |
| Hgb | 15.2 | g/dL | [12.0-15.5] | 4/28/2023 10:42 EDT |
| Hct | **46.0 H** | % | [35.0-45.0] | 4/28/2023 10:42 EDT |
| MCV | 90.1 | fL | [81.0-93.0] | 4/28/2023 10:42 EDT |
| MCH | 29.7 | pg | [28.0-35.0] | 4/28/2023 10:42 EDT |
| MCHC | **32.9 L** | g/dL | [33.0-37.0] | 4/28/2023 10:42 EDT |
| RDW | 13.7 | % | [10.9-14.7] | 4/28/2023 10:42 EDT |
| Platelets | 252 | 10x3/uL | [140-400] | 4/28/2023 10:42 EDT |
| MPV | 7.7 | fL | [6.0-11.1] | 4/28/2023 10:42 EDT |

## *Canceled Laboratory Orders*

Order: **Immunofixation, Serum**
Order Start Date/Time: 4/28/2023 10:34 EDT
Order Status: Canceled Department Status: Canceled Activity Type: General Lab
End-state Date/Time: 4/28/2023 10:37 EDT End-state Reason: Lab Operations Cancel
Order Details: Blood, ST, 4/28/23 10:34:00 AM EDT, by FSWEET, HUSSAIN, MOHAMMAD ISLAM MD, ~INHERIT

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894

| | | | |
|---|---|---|---|
| Patient Name: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | |
| DOB/Sex | Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |

***Canceled Laboratory Orders***

Order: **Protein Electrophoresis,Serum+**
Order Start Date/Time: 4/28/2023 10:34 EDT
Order Status: Canceled Department Status: Canceled Activity Type: General Lab
End-state Date/Time: 4/28/2023 10:37 EDT End-state Reason: Lab Operations Cancel
Order Details: Blood, ST, 4/28/23 10:34:00 AM EDT, by FSWEET, HUSSAIN, MOHAMMAD ISLAM MD, ~INHERIT

**GUERRERO, Sabrina M (id #170487, dob:**

## GFR 02/15/2023 (#63200429, Final, 02/14/2023 1:56pm)

| | | | |
|---|---|---|---|
| Ordering Provider | MOHAMMAD I. HUSSAIN, MD | Performing Lab | 420 W. MORRIS BLVD., SUITE 400-E (MAIN LAB)<br>DIRECTOR: PAUL B. CARDALI, M.D.<br>MAIN LAB<br>MORRISTOWN, TN 37813 |
| Specimen/Accession ID | 2802955 | Specimen Source | |
| Specimen Coll. Date | 02/14/2023 13:56 | Result Status | Final |
| Specimen Rec. Date | 02/14/2023 16:49 | Report Status | |
| Specimen Reported Date | 02/15/2023 09:54 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| EGFR | 87.5 | >60.0 | mL/min | | Final | |
| | Note: The GFR result is based on a patient of the Caucasian Race.<br>If the patient is African American, please multiply the result value by 1.21<br>to obtain the accurate GFR value. | | | | | |
| RESULT NOTE | Specimen Details:<br>Collected by: LS<br>Performed by: TF | | | | | |
| NOTE FROM LAB | FASTING UNKNOWN | | | | | |

## COMP METABOLIC 02/15/2023 (#63200426, Final, 02/14/2023 1:56pm)

| | | | |
|---|---|---|---|
| Ordering Provider | MOHAMMAD I. HUSSAIN, MD | Performing Lab | 420 W. MORRIS BLVD., SUITE 400-E (MAIN LAB)<br>DIRECTOR: PAUL B. CARDALI, M.D.<br>MAIN LAB<br>MORRISTOWN, TN 37813 |
| Specimen/Accession ID | 2802955 | Specimen Source | |
| Specimen Coll. Date | 02/14/2023 13:56 | Result Status | Final |
| Specimen Rec. Date | 02/14/2023 16:49 | Report Status | |
| Specimen Reported Date | 02/15/2023 09:54 | | |

**GUERRERO, Sabrina M (id #170487, dob:**

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| GLUCOSE | 93 | 74-100 | MG/DL | | Final | |
| | IMPAIRED FASTING GLUCOSE - >100-125<br>IMPAIRED 2HR POST PRANDIAL - >140<br>IMPAIRED RANDOM GLUCOSE - >140-200 | | | | | |
| BUN | 15 | 7-17 | MG/DL | | Final | |
| CREA | 0.7 | 0.5-1.1 | MG/DL | | Final | |
| NA | 142 | 137-145 | MMOL/L | | Final | |
| **K** | **5.3** | **3.5-5.1** | **MMOL/L** | **High** | **Final** | |
| **CL** | **110** | **98-107** | **MMOL/L** | **High** | **Final** | |
| TCO2 | 26 | 22-33 | MMOL/L | | Final | |
| ANION GAP | 11.3 | 10.0-20.0 | MMOL/L | | Final | |
| CALCIUM | 9.3 | 8.4-10.2 | MG/DL | | Final | |
| TOTAL PROTEIN | 7.3 | 6.3-8.2 | G/DL | | Final | |
| | *** Ortho Diagnositics has determined Eltrombopag interferes slightly with Vitros TP results, when administered to patients. Eltrombopag is a bone marrow stimulant used to treat thrombocytopenia and aplastic anemia.**** | | | | | |
| ALBUMIN | 4.1 | 3.5-5.0 | G/DL | | Final | |
| GLOBULIN | 3.2 | 2.2-4.2 | G/DL | | Final | |
| A/G RATIO | 1.3 | 1.0-2.0 | CALC | | Final | |
| **ALT(SGPT)** | **37** | **0-35** | **IU/L** | **High** | **Final** | |
| | **NOTE: AS OF 01/08/2019, DUE TO A REAGENT CHANGE BY THE MANUFACTURER, THE REFERENCE RANGES FOR ALT HAVE CHANGED FOR MALE AND FEMALE.** | | | | | |
| AST(SGOT) | 24 | 15-46 | IU/L | | Final | |
| **ALK PHOS** | **147** | **38-126** | **IU/L** | **High** | **Final** | |
| TBIL | 0.2 | 0.2-1.3 | MG/DL | | Final | |
| | *** Ortho Diagnositics has determined Eltrombopag interferes with Vitros TBIL and Vitros BuBc results when administered to patients. Eltrombopag is a bone marrow stimulant used to treat thrombocytopenia and aplastic anemia.**** | | | | | |
| RESULT NOTE | athenaNet Order ID: 63060911H3525<br>Specimen Details:<br>Collected by: LS<br>Performed by: TF | | | | | |
| NOTE FROM LAB | FASTING UNKNOWN | | | | | |

## Medication List

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED FOR COUGH, WHEEZE, OR SHORTNESS OF BREATH | 11/01/23 | filled |
| **AplisoL 5 tub. unit/0.1 mL intradermal injection solution**<br>Take by intradermal route. Administer Note: Amedysis empolyee-- advised pt to have her right arm checked within 48-72 hours. | 02/17/16 | administered |
| **aspirin** | 02/07/23 | entered |
| **BD Ultra-Fine Short Pen Needle 31 gauge x 5/16"**<br>USE ONCE DAILY TO INJECT SAXENDA | 07/20/23 | filled |
| **benazepriL 10 mg tablet**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 06/27/22 | filled |
| **benzonatate 100 mg capsule**<br>TAKE 1 TO 2 CAPSULES BY MOUTH THREE TIMES DAILY AS NEEDED | 02/07/22 | filled |
| **benzonatate 200 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 08/08/22 | filled |
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 11/20/23 | filled |
| **cefdinir 300 mg capsule**<br>TAKE 2 CAPSULES BY MOUTH ONCE DAILY | 01/19/23 | filled |
| **cephALEXin 500 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 05/18/23 | filled |
| **Cerefolin NAC (algal oil) 6 mg-600 mg-2 mg-90.314 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 12/12/23 | prescribed |
| **Chlo Hist 1 mg-12.5 mg/5 mL oral solution**<br>TAKE 10 ML BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH AND CONGESTION FOR 7 DAYS | 02/16/22 | filled |
| **clopidogreL 75 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 12/12/23 | prescribed |
| **clotrimazole-betamethasone 1 %-0.05 % topical cream** | 01/03/13 | filled |
| **dexAMETHasone 4 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY FOR 7 DAYS | 02/16/22 | filled |
| **doxycycline hyclate 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY FOR 10 DAYS | 02/16/22 | filled |

| | | |
|---|---|---|
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 12/28/23 | filled |
| **escitalopram 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/27/22 | filled |
| **escitalopram 20 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/29/22 | filled |
| **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 07/29/23 | filled |
| **FeroSuL 325 mg (65 mg iron) tablet**<br>TAKE 1 TABLET BY MOUTH ON MONDAY, WEDNESDAY AND FRIDAY FOR 24 DOSES. TAKE WITH ORANGE JUICE OR VITAMIN C ON AN EMPTY STOMACH. | 11/28/22 | filled |
| **fluconazole 150 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 72 HOURS FOR 7 DAYS | 02/16/22 | filled |
| **HYDROcodone 5 mg-acetaminophen 500 mg tablet** | 07/11/12 | filled |
| **hydrocortisone 2.5 % topical cream**<br>APPLY CREAM TO AFFECTED AREA(S) TWICE DAILY MONDAY-FRIDAY, SKIP WEEKENDS. | 11/14/22 | filled |
| **hydrOXYzine HCL 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME | 12/15/23 | filled |
| **ibuprofen 800 mg tablet** | 12/05/23 | filled |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/20/23 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/11/23 | filled |
| **methylPREDNISolone 4 mg tablets in a dose pack**<br>TAKE BY MOUTH AS DIRECTED ON INSIDE OF PACKAGE | 03/17/22 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 12/21/23 | filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/09/23 | filled |
| **modafiniL 200 mg tablet**<br>TAKE 1 TABLET BY MOUTH IN THE MORNING | 12/20/23 | filled |
| **mupirocin 2 % topical ointment** | 01/03/13 | filled |

| | | |
|---|---|---|
| **Nyamyc 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY ON THE SKIN THREE TIMES DAILY. MAY USE UP TO 4 GRAMS PER DAY OVER THE ENTIRE BODY AS NEEDED. | 05/16/23 | filled |
| **ondansetron HCL 4 mg tablet** | 12/06/22 | filled |
| **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG UNDER THE SKIN ONCE PER WEEK AS DIRECTED | 03/14/23 | filled |
| **pantoprazole 20 mg tablet,delayed release**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 12/09/23 | filled |
| **Paxlovid 300 mg (150 mg x 2)-100 mg tablets in a dose pack**<br>TAKE 3 TABLETS BY MOUTH TWICE A DAY FOR 5 DAYS AS DIRECTED ON PACK | 12/26/23 | filled |
| **predniSONE 10 mg tablet**<br>TAKE 6 TABLETS ON DAY 1, THEN TAKE 5 TABLETS ON DAY 2, THEN TAKE 4 TABLETS ON DAY 3, THEN TAKE 3 TABLETS ON DAY 4, THEN TAKE 2 TABLETS ON DAY 5, AND THEN TAKE 1 TABLET ON DAY 6. TAKE ALL DOSES WITH FOOD. | 07/17/23 | filled |
| **Qulipta 60 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/28/23 | filled |
| **Rexulti 0.25 mg tablet** | 07/05/23 | filled |
| **Rexulti 0.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 09/20/23 | filled |
| **Rexulti 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/29/23 | filled |
| **Saxenda 3 mg/0.5 mL (18 mg/3 mL) subcutaneous pen injector**<br>PLEASE SEE ATTACHED FOR DETAILED DIRECTIONS | 07/17/23 | filled |
| **sucralfate 1 gram tablet**<br>TAKE 1 TABLET BY MOUTH 4 TIMES DAILY | 05/20/23 | filled |
| **SUMAtriptan 100 mg tablet** | 11/28/22 | filled |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH TWICE DAILY, RINSE MOUTH AFTER USE | 02/24/22 | filled |
| **topiramate 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 30 DAYS | 02/20/23 | filled |
| **topiramate 50 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/19/23 | filled |
| **traZODone 50 mg tablet** | 10/25/12 | filled |

**Trintellix 10 mg tablet** 11/03/23 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY

**Ubrelvy 100 mg tablet** 11/30/23 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY

**valsartan 80 mg tablet** 11/19/23 filled
TAKE 1 TABLET BY MOUTH EVERY DAY

calcium, vit c, vit d, bariatric multi vit, vit a, vit b12 twice weekly, zinc, probiotic

GUERRERO, Sabrina DOB: (54 yo F) Acc No. 36053 DOS: 10/24/2023

**Guerrero, Sabrina**

54 Y old Female, DOB:
Account Number: 36053

Home:
Guarantor: Guerrero, Sabrina Insurance: Blue Cross Blue Shield
PCP: Edward F Phillips Referring: Edward F Phillips
Appointment Facility: 4395Mandeep S. Bakshi, MD

10/24/2023

Progress note: Alice Pinyan, CFNP

**Current Medications**

**Taking**

- Rexulti 1 mg tablet 1 tab(s) orally once a day
- Clopidogrel 75 mg tablet 1 tab(s) orally once a day
- Saxenda 18 mg/3 mL solution as directed subcutaneously once a day
- Carafate
- pantoprazole
- Ubrelvy
- Iron
- Trintellix 10 mg tablet 1 tab(s) orally once a day
- valsartan 80 mg tablet 1 tab(s) orally once a day
- Albuterol 90 MCg inhaler 2 puffs QID
- Topiramate 25 mg tablet 1 tab(s) orally 2 times a day, Notes: 75mg now
- benzonatate 100 mg capsule 1 cap(s) orally 3 times a day
- Hyoscyamine
- Ondansetron 4 mg tablet 1 tab(s) orally every 8 hours
- Calcitriol 0.5 mcg capsule 1 cap(s) orally once a day
- cetirizine 10 mg tablet 1 tab(s) orally once a day
- Vitamin D
- minocycline 100 mg capsule 1 cap(s) orally every 12 hours
- meloxicam 15 mg tablet 1 tab(s) orally once a day
- calcium citrate
- Vitamin C
- vitamin A
- Vitamin B-12
- Omega-3 Fish Oil
- Zinc
- hydrOXYzine hydrochloride 25 mg tablet 1 tab(s) orally at bedtime
- modafinil 200 mg tablet 1 tab(s) orally once a day (in the morning)

**Reason for Appointment**

1. Follow Up

**Assessments**

1. Obstructive Sleep Apnea (Unspecified) - G47.30 (Primary)
2. Hypersomnia due to medical condition - G47.14

**Treatment**

**1. Obstructive Sleep Apnea (Unspecified)**

Refill hydrOXYzine tablet, hydrochloride 25 mg, 1 tab(s), orally, at bedtime, 30 days, 30, Refills 4

Notes: For obstructive sleep apnea hypopnea syndrome, I explained the pathophysiology of sleep apnea to the patient. I advised the patient regarding long-term consequences untreated sleep apnea with increased risk of stroke, hypertension, heart disease. She has been trying to use the machine every night. She continues to have extreme fatigue. I have advised her to continue CPAP every night during all sleeping hours.

**2. Hypersomnia due to medical condition**

Refill modafinil tablet, 200 mg, 1 tab(s), orally, once a day (in the morning), 30 day(s), 30, Refills 5

Notes: I have advised her about hypersomnia. Advised her to continue CPAP during all sleeping hours. She has hypersomnia even with CPAP use. Continue modafinil 200 mg daily as this has been beneficial for her.

**Follow Up**

6 Months

**History of Present Illness**

Obstructive Sleep Apnea:

Ms Guerrero is here today for follow up for sleep apnea. She continues to use and benefit from the CPAP except when her sinuses flare up. She continues to take modafinil and does well with.

**Vital Signs**

GUERRERO, Sabrina DOB: (54 yo F) Acc No. 36053 DOS: 10/24/2023

**Not-Taking/PRN**
- Ozempic (1 mg dose) 4 mg/3 mL solution as directed subcutaneously once a week
- SUMAtriptan 100 mg tablet 1 tab(s) orally once

Medication List reviewed and reconciled with the patient

## Past Medical History
Asthma No.
COPD No.
Sleep Apnea Yes.
GERD/Heartburn No.
Ulcers No.
Diabetes No.
Thyroid problems Yes.
Hypertension Yes.
Stroke No.
Coronary Artery Disease No.
Fibromyalgia Yes.
Arthritis Yes.

## Surgical History
Denies Past Surgical History

## Family History
Mother: High Cholesterol
Father: Heart Attack,Heart Disease,Stroke,Hypertension,Diabetes Mellitus,Cancer
Siblings: Heart Disease,Hypertension,High Cholesterol,Diabetes Mellitus
Non-Contributory

## Social History
Marital status: Married.
Number of Children: 1.
Occupation: Fulltime,.
Smoking Previous,.
Cigars,Pipes,Chewing Tobacco: Never.
Caffeinated Coffee: none.
Caffeinated Tea: 1-4.
Caffeinated Soft Drink: 1-4.
Alcohol: Rare.
Illegal drug use: Never.

## Allergies
sulfa

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
CONSTITUTIONAL:
Extreme Fatigue YES. Recent Weight loss YES. Recent Weight gain no. Difficulty Sleeping no. Night sweats no. Fever no.
SKIN:

Wt: **338.2**, Ht: 65, Temp: **97.2**, BP: **118/78**, O2 sat: **99%**, RR: **18**, HR: **70**, BMI: **56.27**.

## Physical Examination
GENERAL:
General Appearence: in no acute distress.
HEENT:
Pupils: ERRLA. EOM: intact. Nasal septum: midline. Oral cavity: normal. Nose: normal. Turbinates: pale. Pharynx: normal.
NECK:
Neck: supple. Cervical lymph nodes: normal. ROM: normal. Masses: no. JVD: no.
RESPIRATORY:
Breath sounds bilaterally: clear to auscultation bilaterally.
HEART:
PMI: normal. Rhythm: regular. Murmurs: no. Heart sounds: normal. Clicks: no.
ABDOMEN:
Masses: no. Exam shows: the abdomen is soft and non-tender.
EXTREMITIES:
Edema: no. Cyanosis: no. Clubbing: no. Pulses: 2+ bilateral.
NEUROLOGICAL:
Sensory: normal. Coordination: normal. Reflexes: 2+ bilaterally. Gait: normal. Cortical functions: alert and oriented x 3. Motor grossly intact/symmetrically: yes.

Alice Pinyan Yutzy

**Electronically signed by Alice Pinyan-Yutzy on 10/24/2023 at 10:22 AM EDT**

**Sign off status: Completed**

4395Mandeep S. Bakshi, MD
801 East Church Street
GREENEVILLE, TN 37745-4395
Tel: 423-798-8052
Fax: 423-798-8055

GUERRERO, Sabrina DOB: (54 yo F) Acc No. 36053 DOS: 10/24/2023

Mole or lesions no. Unusual or Prolonged Rashes no.

EENT:
Change in vision YES. Frequent nosebleed no. Sinus drainage or congestion YES. Allergies YES. Voice changes no. Frequent Sore throat YES. Difficulty swallowing no.

RESPIRATORY:
Shortness of breath YES. Chronic cough no. Asthma no. Lung Disease no. History of Pneumonia no. History of Tuberculosis no.

CARDIAC/Pheripheral Vascular Disease:
Chest Pain no. Irregular Heart Rhythm no. Shortness of breath YES. Swelling of Leg,Ankles,Feet no. Cramping in legs w/ walking YES.

GASTROENTEROLOGY:
Change in Appetite no. Heartburn/Reflux no. Stomach Ulcers no. Abdominal pain YES. Nausea/Vomiting no.

URINARY:
Burning with urinating no. Blood in urine no. Frequent urination no. Decreased Urine Stream no. Lack of bladder control no.

ENDOCRINE:
Heat or Cold Intolerance YES. Excessive thirst no. Excessive urination no.

MUSCULOSKELETAL:
Arthritis/Joint pain YES. History of Gout no. Back pain YES. Muscle Pain YES.

NEUROLOGIC:
Poor Concentration YES. Frequent Headache YES. Change in memory YES. History of Seizures no. Numbness/Tingling no.

PSYCHIATRIC:
Depression YES. Anxiety YES. Bipolar no. Schizophrenia no. Panic Attack no.

GUERRERO, Sabrina DOB: (54 yo F) Acc No. 36053 DOS: 04/26/2023

# Guerrero, Sabrina

**54 Y old Female, DOB:**
**Account Number: 36053**

**Home:**
**Guarantor: Guerrero, Sabrina Insurance: Blue Cross Blue Shield**
**PCP: Edward F Phillips Referring: Edward F Phillips**
**Appointment Facility: 4395Mandeep S. Bakshi, MD**

**04/26/2023** **Progress note: Alice Pinyan, CFNP**

## Current Medications

Taking

- Carafate
- pantoprazole
- Ubrelvy
- Iron
- Trintellix 10 mg tablet 1 tab(s) orally once a day
- valsartan 80 mg tablet 1 tab(s) orally once a day
- Albuterol 90 MCg inhaler 2 puffs QID
- Topiramate 25 mg tablet 1 tab(s) orally 2 times a day, Notes: 75mg now
- benzonatate 100 mg capsule 1 cap(s) orally 3 times a day
- Hyoscyamine
- Ondansetron 4 mg tablet 1 tab(s) orally every 8 hours
- Ozempic (1 mg dose) 4 mg/3 mL solution as directed subcutaneously once a week
- Calcitriol 0.5 mcg capsule 1 cap(s) orally once a day
- cetirizine 10 mg tablet 1 tab(s) orally once a day
- Vitamin D
- minocycline 100 mg capsule 1 cap(s) orally every 12 hours
- meloxicam 15 mg tablet 1 tab(s) orally once a day
- calcium citrate
- Vitamin C
- vitamin A
- Vitamin B-12
- Omega-3 Fish Oil
- Zinc
- hydrOXYzine hydrochloride 25 mg tablet 1 tab(s) orally at bedtime
- modafinil 200 mg tablet 1 tab(s) orally once a day (in the morning)

Not-Taking/PRN

- SUMAtriptan 100 mg tablet 1 tab(s) orally once

Medication List reviewed and reconciled with the patient

## Reason for Appointment

1. 1 month f/u

## Assessments

1. Dyspnea, unspecified - R06.00 (Primary)
2. Cough - R05
3. Obstructive Sleep Apnea (Unspecified) - G47.30
4. Hypersomnia due to medical condition - G47.14

## Treatment

### 1. Dyspnea, unspecified

Notes: I have advised her about the causes of dyspnea. I have advised her that breathing can be worsened by allergies and GERD. I have advised her that obesity can contribute to shortness of breath. I have advised her this is normal. I have advised her that she can continue albuterol as needed for wheezing. Advised her to practice deep breathing exercises.

### 2. Cough

Notes: I have advised her about cough. I advised her that this could be multifactorial. I advised that this could be related to GERD/Allergy problems. I would recommend her to avoid caffeine. I advised her to avoid allergen exposure. She has stopped benazepril with improvement in cough. I have advised her to continue cetirizine 10 mg daily. As she is having difficulty with allergy/sinus symptoms I would send her hydroxyzine 25 mg to use at bedtime. May continue benzonatate as needed for cough. Advised she may use Flonase OTC for allergy symptoms as needed. Advised her she may take famotidine 40 mg daily for GERD symptoms. Continue to sleep elevated. Avoid eating late at night.

### 3. Obstructive Sleep Apnea (Unspecified)

Notes: For obstructive sleep apnea hypopnea syndrome, I explained the pathophysiology of sleep apnea to the patient. I advised the patient regarding long-term consequences untreated sleep apnea with increased risk of stroke, hypertension, heart disease. She has been trying to use the machine every night. She continues to have extreme fatigue. Continue modafinil 200 mg daily as this has been

GUERRERO, Sabrina DOB: (54 yo F) Acc No. 36053 DOS: 04/26/2023

**Past Medical History**

Asthma No.
COPD No.
Sleep Apnea Yes.
GERD/Heartburn No.
Ulcers No.
Diabetes No.
Thyroid problems Yes.
Hypertension Yes.
Stroke No.
Coronary Artery Disease No.
Fibromyalgia Yes.
Arthritis Yes.

**Surgical History**

Denies Past Surgical History

**Family History**

Mother: High Cholesterol
Father: Heart Attack,Heart Disease,Stroke,Hypertension,Diabetes Mellitus,Cancer
Siblings: Heart Disease,Hypertension,High Cholesterol,Diabetes Mellitus

**Social History**

Marital status: Married.
Number of Children: 1.
Occupation: Fulltime,.
Smoking Previous,.
Cigars,Pipes,Chewing Tobacco: Never.
Caffeinated Coffee: none.
Caffeinated Tea: 1-4.
Caffeinated Soft Drink: 1-4.
Alcohol: Rare.
Illegal drug use: Never.

**Allergies**

sulfa

**Hospitalization/Major Diagnostic Procedure**

Denies Past Hospitalization

**Review of Systems**

CONSTITUTIONAL:
Extreme Fatigue YES. Recent Weight loss YES. Recent Weight gain no. Difficulty Sleeping no. Night sweats no. Fever no.
SKIN:
Mole or lesions no. Unusual or Prolonged Rashes no.
EENT:
Change in vision YES. Frequent nosebleed no. Sinus drainage or congestion YES. Allergies YES. Voice changes no. Frequent Sore throat YES. Difficulty swallowing no.

RESPIRATORY:
Shortness of breath YES. Chronic

beneficial for her. I have written her a prescription today. I have advised her to continue CPAP every night during all sleeping hours.

**4. Hypersomnia due to medical condition**
Refill modafinil tablet, 200 mg, 1 tab(s), orally, once a day (in the morning), 30 day(s), 30, Refills 5
Notes: I have advised her about hypersomnia. Advised her to continue CPAP during all sleeping hours. She has hypersomnia even with CPAP use. Continue modafinil 200 mg daily as this has been beneficial for her.

**Preventive Medicine**

Counseling: Smoking Patient counseled on the dangers of smoking 04/26/2023. Education: Patient given education material Yes.

**Follow Up**

6 Months

**History of Present Illness**

Obstructive Sleep Apnea:
Ms Guerrero is here today for follow up for sleep apnea. She continues to use and benefit from the CPAP except when her sinuses flare up. She continues to take modafinial and does well with.

**Vital Signs**

Wt 338.2, Ht 65, Temp 97.4, BP 130/87, O2 sat 94%, RR 20, HR 88, BMI 56.27.

**Physical Examination**

GENERAL:
General Appearence: in no acute distress.
HEENT:
Pupils: ERRLA. EOM: intact. Nasal septum: midline. Oral cavity: normal. Nose: normal. Turbinates: pale. Pharynx: normal.
NECK:
Neck: supple. Cervical lymph nodes: normal. ROM: normal. Masses: no. JVD: no.
RESPIRATORY:
Breath sounds bilaterally: clear to auscultation bilaterally.
HEART:
PMI: normal. Rhythm: regular. Murmurs: no. Heart sounds: normal. Clicks: no.
ABDOMEN:
Masses: no. Exam shows: the abdomen is soft and non-tender.
EXTREMITIES:
Edema: no. Cyanosis: no. Clubbing: no. Pulses: 2+ bilateral.
NEUROLOGICAL:
Sensory: normal. Coordination: normal. Reflexes: 2+ bilaterally. Gait: normal. Cortical functions: alert and oriented x

GUERRERO, Sabrina DOB: (54 yo F) Acc No. 36053 DOS: 04/26/2023

cough no. Asthma no. Lung Disease no. History of Pneumonia no. History of Tuberculosis no.

CARDIAC/Pheripheral Vascular Disease:

Chest Pain no. Irregular Heart Rhythm no. Shortness of breath YES. Swelling of Leg,Ankles,Feet no. Cramping in legs w/ walking YES.

GASTROENTEROLOGY:

Change in Appetite no. Heartburn/Reflux no. Stomach Ulcers no. Abdominal pain YES. Nausea/Vomiting no.

URINARY:

Burning with urinating no. Blood in urine no. Frequent urination no. Decreased Urine Stream no. Lack of bladder control no.

ENDOCRINE:

Heat or Cold intolerance YES. Excessive thirst no. Excessive urination no.

MUSCULOSKELETAL:

Arthritis/Joint pain YES. History of Gout no. Back pain YES. Muscle Pain YES.

NEUROLOGIC:

Poor Concentration YES. Frequent Headache YES. Change in memory YES. History of Seizures no. Numbness/Tingling no.

PSYCHIATRIC:

Depression YES. Anxiety YES. Bipolar no. Schizophrenia no. Panic Attack no.

3. Motor grossly intact/symmetrically: yes.

**Electronically signed by Alice Pinyan-Yutzy , DNP on 04/26/2023 at 02:25 PM EDT**

**Sign off status: Completed**

---

**4395Mandeep S. Bakshi, MD**
**801 East Church Street**
**GREENEVILLE, TN 37745-4395**
**Tel: 423-798-8052**
**Fax: 423-798-8055**

---

**Progress Note: Alice Pinyan, CFNP 04/26/2023**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

GUERRERO, Sabrina DOB: (54 yo F) Acc No. 36053 DOS: 03/27/2023

# Guerrero, Sabrina

54 Y old Female, DOB:
Account Number: 36053
905 River Road,
Home:
Guarantor: Guerrero, Sabrina Insurance: Blue Cross Blue Shield
Appointment Facility: 4395Mandeep S. Bakshi, MD

03/27/2023

Progress note: Alice Pinyan, CFNP

### Current Medications

Taking

- Ubrelvy
- Iron
- Trintellix 10 mg tablet 1 tab(s) orally once a day
- valsartan 80 mg tablet 1 tab(s) orally once a day
- Albuterol 90 MCg inhaler 2 puffs QID
- Topiramate 25 mg tablet 1 tab(s) orally 2 times a day, Notes: 75mg now
- benzonatate 100 mg capsule 1 cap(s) orally 3 times a day
- Hyoscyamine
- Ondansetron 4 mg tablet 1 tab(s) orally every 8 hours
- Ozempic (1 mg dose) 4 mg/3 mL solution as directed subcutaneously once a week
- Calcitriol 0.5 mcg capsule 1 cap(s) orally once a day
- cetirizine 10 mg tablet 1 tab(s) orally once a day
- Vitamin D
- minocycline 100 mg capsule 1 cap(s) orally every 12 hours
- meloxicam 15 mg tablet 1 tab(s) orally once a day
- calcium citrate
- Vitamin C
- vitamin A
- Vitamin B-12
- Omega-3 Fish Oil
- Zinc
- hydrOXYzine hydrochloride 25 mg tablet 1 tab(s) orally at bedtime
- modafinil 200 mg tablet 1 tab(s) orally once a day (in the morning)

Not-Taking/PRN

- SUMAtriptan 100 mg tablet 1 tab(s) orally once

Medication List reviewed and reconciled with the patient

### Past Medical History

Asthma No.

### Reason for Appointment

1. 1 month f/u

### Assessments

1. Dyspnea, unspecified - R06.00 (Primary)
2. Cough - R05
3. Obstructive Sleep Apnea (Unspecified) - G47.30
4. Hypersomnia due to medical condition - G47.14

### Treatment

**1. Dyspnea, unspecified**

Notes: I have advised her about the causes of dyspnea. I have advised her that breathing can be worsened by allergies and GERD. I have advised her that obesity can contribute to shortness of breath. I have advised her this is normal. I have advised her that she can continue albuterol as needed for wheezing. Advised her to practice deep breathing exercises.

**2. Cough**

Notes: I have advised her about cough. I advised her that this could be multifactorial. I advised that this could be related to GERD/Allergy problems. I would recommend her to avoid caffeine. I advised her to avoid allergen exposure. She has stopped benazepril with improvement in cough. I have advised her to continue cetirizine 10 mg daily. As she is having difficulty with allergy/sinus symptoms I would send her hydroxyzine 25 mg to use at bedtime. May continue benzonatate as needed for cough. Advised she may use Flonase OTC for allergy symptoms as needed. Advised her she may take famotidine 40 mg daily for GERD symptoms. Continue to sleep elevated. Avoid eating late at night.

**3. Obstructive Sleep Apnea (Unspecified)**

Notes: For obstructive sleep apnea hypopnea syndrome, I explained the pathophysiology of sleep apnea to the patient. I advised the patient regarding long-term consequences untreated sleep apnea with increased risk of stroke, hypertension, heart disease. She has been trying to use the machine every night. She continues to have extreme fatigue. Continue modafinil 200 mg daily as this has been beneficial for her. I have written her a prescription today. I have

GUERRERO, Sabrina DOB: (54 yo F) Acc No. 36053 DOS: 03/27/2023

COPD No.
Sleep Apnea Yes.
GERD/Heartburn No.
Ulcers No.
Diabetes No.
Thyroid problems Yes.
Hypertension Yes.
Stroke No.
Coronary Artery Disease No.
Fibromyalgia Yes.
Arthritis Yes.

### Surgical History

Denies Past Surgical History

### Family History

Mother: High Cholesterol
Father: Heart Attack,Heart Disease,Stroke,Hypertension,Diabetes Mellitus,Cancer
Siblings: Heart Disease,Hypertension,High Cholesterol,Diabetes Mellitus

### Social History

Marital status: Married.
Number of Children: 1.
Occupation: Fulltime,.
Smoking Previous,.
Cigars,Pipes,Chewing Tobacco: Never.
Caffeinated Coffee: none.
Caffeinated Tea: 1-4.
Caffeinated Soft Drink: 1-4.
Alcohol: Rare.
Illegal drug use: Never.

### Allergies

sulfa

### Hospitalization/Major Diagnostic Procedure

Denies Past Hospitalization

### Review of Systems

CONSTITUTIONAL:
Extreme Fatigue YES. Recent Weight loss YES. Recent Weight gain no. Difficulty Sleeping no. Night sweats no. Fever no.
SKIN:
Mole or lesions no. Unusual or Prolonged Rashes no.
EENT:
Change in vision YES. Frequent nosebleed no. Sinus drainage or congestion YES. Allergies YES. Voice changes no. Frequent Sore throat YES. Difficulty swallowing no.

RESPIRATORY:
Shortness of breath YES. Chronic cough no. Asthma no. Lung Disease no. History of

advised her to continue CPAP every night during all sleeping hours.

**4. Hypersomnia due to medical condition**
Refill modafinil tablet, 200 mg, 1 tab(s), orally, once a day (in the morning), 30 day(s), 30, Refills 0
Notes: I have advised her about hypersomnia. Advised her to continue CPAP during all sleeping hours. She has hypersomnia even with CPAP use. Continue modafinil 200 mg daily as this has been beneficial for her.

### Preventive Medicine

Counseling: Smoking Patient counseled on the dangers of smoking 03/27/2023. Education: Patient given education material Yes.

### Follow Up

4 Weeks

### History of Present Illness

Dyspnea:
Ms. Guerrero is here today for follow up of dyspnea status post COVID 02/22. She was treated at home and never admitted to the hospital. She has noted her breathing is improved slowly since having COVID, but she continues to have trouble with breathing with any kind of exertion. She has albuterol to use. She only uses these when she feels extremely short of breath. She continues to have extreme fatigue and brain fog. Her family reports she asks the same questions multiple times. She has occasional wheezing. She does have intermittent coughing. This is worsened by exertion. She was diagnosed with migraines and amnesia. She states she has been very down as she continues to have no energy at all.
Hypersomnia:
She has been started on modafinil 200 mg daily. She does note some improvement in her daytime hypersomnia. She does not nap during the day. She does still feel really tired during the daytime, but the medication helps somewhat.

### Vital Signs

Wt 342.2, Ht 65, Temp 96.9, BP 118/61, O2 sat 96%, RR 19, HR 81, BMI 56.94.

### Physical Examination

GENERAL:
General Appearence: in no acute distress.
HEENT:
Pupils: ERRLA. EOM: intact. Nasal septum: midline. Oral cavity: normal. Nose: normal. Turbinates: pale. Pharynx: normal.
NECK:
Neck: supple. Cervical lymph nodes: normal. ROM: normal. Masses: no. JVD: no.
RESPIRATORY:

GUERRERO, Sabrina DOB: (54 yo F) Acc No. 36053 DOS: 03/27/2023

Pneumonia no. History of Tuberculosis no.

CARDIAC/Pheripheral Vascular Disease:

Chest Pain no. Irregular Heart Rhythm no. Shortness of breath YES. Swelling of Leg,Ankles,Feet no. Cramping in legs w/ walking YES.

GASTROENTEROLOGY:

Change in Appetite no. Heartburn/Reflux no. Stomach Ulcers no. Abdominal pain YES. Nausea/Vomiting no.

URINARY:

Burning with urinating no. Blood in urine no. Frequent urination no. Decreased Urine Stream no. Lack of bladder control no.

ENDOCRINE:

Heat or Cold intolerance YES. Excessive thirst no. Excessive urination no.

MUSCULOSKELETAL:

Arthritis/Joint pain YES. History of Gout no. Back pain YES. Muscle Pain YES.

NEUROLOGIC:

Poor Concentration YES. Frequent Headache YES. Change in memory YES. History of Seizures no. Numbness/Tingling no.

PSYCHIATRIC:

Depression YES. Anxiety YES. Bipolar no. Schizophrenia no. Panic Attack no.

Breath sounds bilaterally: clear to auscultation bilaterally.

HEART:

PMI: normal. Rhythm: regular. Murmurs: no. Heart sounds: normal. Clicks: no.

ABDOMEN:

Masses: no. Exam shows: the abdomen is soft and non-tender.

EXTREMITIES:

Edema: no. Cyanosis: no. Clubbing: no. Pulses: 2+ bilateral.

NEUROLOGICAL:

Sensory: normal. Coordination: normal. Reflexes: 2+ bilaterally. Gait: normal. Cortical functions: alert and oriented x 3. Motor grossly intact/symmetrically: yes.

**Electronically signed by Alice Pinyan-Yutzy , DNP on 03/27/2023 at 02:45 PM EDT**

**Sign off status: Completed**

**4395Mandeep S. Bakshi, MD**
**801 East Church Street**
**GREENEVILLE, TN 37745-4395**
**Tel: 423-798-8052**
**Fax: 423-798-8055**

**Progress Note: Alice Pinyan, CFNP 03/27/2023**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

GUERRERO, Sabrina DOB: (53 yo F) Acc No. 36053 DOS: 02/28/2023

**Guerrero, Sabrina**
**53 Y old Female, DOB:**
**Account Number: 36053**
**Home:**
**Guarantor: Guerrero, Sabrina Insurance: Blue Cross Blue Shield**
**Appointment Facility: 4395Mandeep S. Bakshi, MD**

**02/28/2023** **Progress note: Alice Pinyan, CFNP**

### Current Medications

Taking

- Ubrelvy
- modafinil 200 mg tablet 1 tab(s) orally once a day (in the morning)
- Iron
- Trintellix 10 mg tablet 1 tab(s) orally once a day
- valsartan 80 mg tablet 1 tab(s) orally once a day
- Albuterol 90 MCg inhaler 2 puffs QID
- Topiramate 25 mg tablet 1 tab(s) orally 2 times a day, Notes: 75mg now
- benzonatate 100 mg capsule 1 cap(s) orally 3 times a day
- Hyoscyamine
- Ondansetron 4 mg tablet 1 tab(s) orally every 8 hours
- Ozempic (1 mg dose) 4 mg/3 mL solution as directed subcutaneously once a week
- Calcitriol 0.5 mcg capsule 1 cap(s) orally once a day
- cetirizine 10 mg tablet 1 tab(s) orally once a day
- Vitamin D
- minocycline 100 mg capsule 1 cap(s) orally every 12 hours
- meloxicam 15 mg tablet 1 tab(s) orally once a day
- calcium citrate
- Vitamin C
- vitamin A
- Vitamin B-12
- Omega-3 Fish Oil
- Zinc
- hydrOXYzine hydrochloride 25 mg tablet 1 tab(s) orally at bedtime

Not-Taking/PRN

- SUMAtriptan 100 mg tablet 1 tab(s) orally once

Medication List reviewed and reconciled with the patient

### Past Medical History

Asthma No.

### Reason for Appointment

1. Followup

### Assessments

1. Dyspnea, unspecified - R06.00 (Primary)
2. Cough - R05
3. Obstructive Sleep Apnea (Unspecified) - G47.30
4. Hypersomnia due to medical condition - G47.14

### Treatment

**1. Dyspnea, unspecified**

Notes: I have advised her about the causes of dyspnea. I have advised her that breathing can be worsened by allergies and GERD. I have advised her that obesity can contribute to shortness of breath. Previous spirometry 06/22 suggest FEV1 of 100%. I have advised her this is normal. I have advised her that she can continue albuterol as needed for wheezing. Advised her to practice deep breathing exercises.

**2. Cough**

Notes: I have advised her about cough. I advised her that this could be multifactorial. I advised that this could be related to GERD/Allergy problems. I would recommend her to avoid caffeine. I advised her to avoid allergen exposure. She has stopped benazepril with improvement in cough. I have advised her to continue cetirizine 10 mg daily. As she is having difficulty with allergy/sinus symptoms I would send her hydroxyzine 25 mg to use at bedtime. May continue benzonatate as needed for cough. Advised she may use Flonase OTC for allergy symptoms as needed. Advised her she may take famotidine 40 mg daily for GERD symptoms. Continue to sleep elevated. Avoid eating late at night.

**3. Obstructive Sleep Apnea (Unspecified)**

Notes: For obstructive sleep apnea hypopnea syndrome, I explained the pathophysiology of sleep apnea to the patient. I advised the patient regarding long-term consequences untreated sleep apnea with increased risk of stroke, hypertension, heart disease. She has started on CPAP in 04/22. She has changed masks with improvement in CPAP use. She has been trying to use the machine

COPD No.
Sleep Apnea Yes.
GERD/Heartburn No.
Ulcers No.
Diabetes No.
Thyroid problems Yes.
Hypertension Yes.
Stroke No.
Coronary Artery Disease No.
Fibromyalgia Yes.
Arthritis Yes.

### Surgical History

Denies Past Surgical History

### Family History

Mother: High Cholesterol
Father: Heart Attack,Heart Disease,Stroke,Hypertension,Diabetes Mellitus,Cancer
Siblings: Heart Disease,Hypertension,High Cholesterol,Diabetes Mellitus
Non-Contributory

### Social History

Marital status: Married.
Number of Children: 1.
Occupation: Fulltime,.
Smoking Previous,.
Cigars,Pipes,Chewing Tobacco: Never.
Caffeinated Coffee: none.
Caffeinated Tea: 1-4.
Caffeinated Soft Drink: 1-4.
Alcohol: Rare.
Illegal drug use: Never.

### Allergies

sulfa

### Hospitalization/Major Diagnostic Procedure

Denies Past Hospitalization

every night. She continues to have extreme fatigue. Continue modafinil 200 mg daily as this has been beneficial for her. I have written her a prescription today 01/31/23. I have advised her to continue CPAP every night during all sleeping hours.

**4. Hypersomnia due to medical condition**
Refill modafinil tablet, 200 mg, 1 tab(s), orally, once a day (in the morning), 30 day(s), 30, Refills 0
Notes: I have advised her about hypersomnia. Advised her to continue CPAP during all sleeping hours. She has hypersomnia even with CPAP use. Continue modafinil 200 mg daily as this has been beneficial for her.

### Preventive Medicine

Counseling: Smoking Patient counseled on the dangers of smoking 02/28/2023. Education: Patient given education material Yes.

### Follow Up

4 Weeks

### History of Present Illness

Dyspnea:
Ms. Guerrero is here today for follow up of dyspnea status post COVID 02/22. She was treated at home and never admitted to the hospital. She has noted her breathing is improved slowly since having COVID, but she continues to have trouble with breathing with any kind of exertion. She has albuterol to use. She only uses these when she feels extremely short of breath. She continues to have extreme fatigue and brain fog. Her family reports she asks the same questions multiple times. She has occasional wheezing. She does have intermittent coughing. This is worsened by exertion. She was diagnosed with migraines and amnesia. She states she has been very down as she continues to have no energy at all.
Hypersomnia:
She has been started on modafinil 200 mg daily. She does note some improvement in her daytime hypersomnia. She does not nap during the day. She does still feel really tired during the daytime, but the medication helps somewhat.

### Vital Signs

Wt 338.8, Ht 65, Temp 97.4, BP 124/80, O2 sat 98, RR 18, HR 82, BMI 56.37.

### Physical Examination

GENERAL:
General Appearence: in no acute distress.
HEENT:
Pupils: ERRLA. EOM: intact. Nasal septum: midline. Oral cavity: normal. Nose: normal. Turbinates: pale. Pharynx: normal.
NECK:
Neck: supple. Cervical lymph nodes: normal. ROM: normal.

GUERRERO, Sabrina DOB: (53 yo F) Acc No. 36053 DOS: 02/28/2023

Masses: no. JVD: no.
RESPIRATORY:
Breath sounds bilaterally; clear to auscultation bilaterally.
HEART:
PMI: normal. Rhythm: regular. Murmurs: no. Heart sounds: normal. Clicks: no.
ABDOMEN:
Masses: no. Exam shows: the abdomen is soft and non-tender.
EXTREMITIES:
Edema: no. Cyanosis: no. Clubbing: no. Pulses: 2+ bilateral.
NEUROLOGICAL:
Sensory: normal. Coordination: normal. Reflexes: 2+ bilaterally. Gait: normal. Cortical functions: alert and oriented x 3. Motor grossly intact/symmetrically: yes.

**Electronically signed by Alice Pinyan , DNP on 02/28/2023 at 03:11 PM EST**

**Sign off status: Completed**

**4395Mandeep S. Bakshi, MD**
**801 East Church Street**
**GREENEVILLE, TN 37745-4395**
**Tel: 423-798-8052**
**Fax: 423-798-8055**

GUERRERO, Sabrina DOB: (53 yo F) Acc No. 36053 DOS: 01/31/2023

# Guerrero, Sabrina

53 Y old Female, DOB:
Account Number: 36053

Home:
Guarantor: Guerrero, Sabrina Insurance: Blue Cross Blue Shield
Appointment Facility: 4395Mandeep S. Bakshi, MD

01/31/2023 Progress note: Shea Pitts, NP

## Current Medications

Taking
- Iron
- Trintellix 10 mg tablet 1 tab(s) orally once a day
- SUMAtriptan 100 mg tablet 1 tab(s) orally once
- hydrOXYzine hydrochloride 25 mg tablet 1 tab(s) orally at bedtime
- valsartan 80 mg tablet 1 tab(s) orally once a day
- Albuterol 90 MCg inhaler 2 puffs QID
- Topiramate 25 mg tablet 1 tab(s) orally 2 times a day, Notes: 75mg
- benzonatate 100 mg capsule 1 cap(s) orally 3 times a day
- Hyoscyamine
- Ondansetron 4 mg tablet 1 tab(s) orally every 8 hours
- Ozempic (1 mg dose) 4 mg/3 mL solution as directed subcutaneously once a week
- Calcitriol 0.5 mcg capsule 1 cap(s) orally once a day
- cetirizine 10 mg tablet 1 tab(s) orally once a day
- Vitamin D
- minocycline 100 mg capsule 1 cap(s) orally every 12 hours
- meloxicam 15 mg tablet 1 tab(s) orally once a day
- calcium citrate
- Vitamin C
- vitamin A
- Vitamin B-12
- Omega-3 Fish Oil
- Zinc
- modafinil 200 mg tablet 1 tab(s) orally once a day (in the morning)

Medication List reviewed and reconciled with the patient

## Past Medical History

Asthma No.
COPD No.
Sleep Apnea Yes.

## Reason for Appointment

1. Follow up

## Assessments

1. Dyspnea, unspecified - R06.00 (Primary)
2. Cough - R05
3. Obstructive Sleep Apnea (Unspecified) - G47.30
4. Hypersomnia due to medical condition - G47.14

## Treatment

### 1. Dyspnea, unspecified

Notes: I have advised her about the causes of dyspnea. I have advised her that breathing can be worsened by allergies and GERD. I have advised her that obesity can contribute to shortness of breath. Previous spirometry 06/22 suggest FEV1 of 100%. I have advised her this is normal. I have advised her that she can continue albuterol as needed for wheezing. Advised her to practice deep breathing exercises.

### 2. Cough

Refill hydrOXYzine tablet, hydrochloride 25 mg, 1 tab(s), orally, at bedtime, 30 days, 30, Refills 4

Notes: I have advised her about cough. I advised her that this could be multifactorial. I advised that this could be related to GERD/Allergy problems. I would recommend her to avoid caffeine. I advised her to avoid allergen exposure. She has stopped benazepril with improvement in cough. I have advised her to continue cetirizine 10 mg daily. As she is having difficulty with allergy/sinus symptoms I would send her hydroxyzine 25 mg to use at bedtime. May continue benzonatate as needed for cough. Advised she may use Flonase OTC for allergy symptoms as needed. Advised her she may take famotidine 40 mg daily for GERD symptoms. Continue to sleep elevated. Avoid eating late at night.

### 3. Obstructive Sleep Apnea (Unspecified)

Notes: For obstructive sleep apnea hypopnea syndrome, I explained the pathophysiology of sleep apnea to the patient. I advised the patient regarding long-term consequences untreated sleep apnea with increased risk of stroke, hypertension, heart disease. She has

GUERRERO, Sabrina DOB: (53 yo F) Acc No. 36053 DOS: 01/31/2023

GERD/Heartburn No.
Ulcers No.
Diabetes No.
Thyroid problems Yes.
Hypertension Yes.
Stroke No.
Coronary Artery Disease No.
Fibromyalgia Yes.
Arthritis Yes.

**Surgical History**
Denies Past Surgical History

**Family History**
Mother: High Cholesterol
Father: Heart Attack,Heart Disease,Stroke,Hypertension,Diabetes Mellitus,Cancer
Siblings: Heart Disease,Hypertension,High Cholesterol,Diabetes Mellitus
Non-Contributory

**Social History**
Marital status: Married.
Number of Children: 1.
Occupation: Fulltime,.
Smoking Previous,.
Cigars,Pipes,Chewing Tobacco: Never.
Caffeinated Coffee: none.
Caffeinated Tea: 1-4.
Caffeinated Soft Drink: 1-4.
Alcohol: Rare.
Illegal drug use: Never.

**Allergies**
sulfa

**Hospitalization/Major Diagnostic Procedure**
Denies Past Hospitalization

started on CPAP in 04/22. She has changed masks with improvement in CPAP use. She has been trying to use the machine every night. She continues to have extreme fatigue. Continue modafinil 200 mg daily as this has been beneficial for her. I have written her a prescription today 01/31/23. I have advised her to continue CPAP every night during all sleeping hours.

**4. Hypersomnia due to medical condition**
Refill modafinil tablet, 200 mg, 1 tab(s), orally, once a day (in the morning), 30 day(s), 30, Refills 0
Notes: I have advised her about hypersomnia. Advised her to continue CPAP during all sleeping hours. She has hypersomnia even with CPAP use. Continue modafinil 200 mg daily as this has been beneficial for her. Refill this today 1/31/23.

**Preventive Medicine**
Counseling: Smoking Patient counseled on the dangers of smoking 01/31/2023. Education: Patient given education material Yes.

**Follow Up**
4 Weeks

**History of Present Illness**
Dyspnea:
Ms. Guerrero is here today for follow up of dyspnea status post COVID 02/22. She was treated at home and never admitted to the hospital. She has noted her breathing is improved slowly since having COVID, but she continues to have trouble with breathing with any kind of exertion. She has albuterol to use. She only uses these when she feels extremely short of breath. She continues to have extreme fatigue and brain fog. Her family reports she asks the same questions multiple times. She has occasional wheezing. She does have intermittent coughing. This is worsened by exertion. She was diagnosed with migraines and amnesia.
Hypersomnia:
She has been started on modafinil 200 mg daily. She does note some improvement in her daytime hypersomnia. She does not nap during the day. She does still feel really tired during the daytime, but the medication helps somewhat.

**Vital Signs**
Wt 345.4, Ht 65, Temp 97.5, BP 129/84, O2 sat 97, RR 18, HR 75, BMI 57.47.

**Physical Examination**
GENERAL:
General Appearence: in no acute distress.
HEENT:
Pupils: ERRLA. EOM: intact. Nasal septum: midline. Oral cavity: normal. Nose: normal. Turbinates: pale. Pharynx: normal.
NECK:

GUERRERO, Sabrina DOB: (53 yo F) Acc No. 36053 DOS: 01/31/2023

Neck: supple. Cervical lymph nodes: normal. ROM: normal. Masses: no. JVD: no.

RESPIRATORY:

Breath sounds bilaterally: clear to auscultation bilaterally.

HEART:

PMI: normal. Rhythm: regular. Murmurs: no. Heart sounds: normal. Clicks: no.

ABDOMEN:

Masses: no. Exam shows: the abdomen is soft and non-tender.

EXTREMITIES:

Edema: no. Cyanosis: no. Clubbing: no. Pulses: 2+ bilateral.

NEUROLOGICAL:

Sensory: normal. Coordination: normal. Reflexes: 2+ bilaterally. Gait: normal. Cortical functions: alert and oriented x 3. Motor grossly intact/symmetrically: yes.

**Electronically signed by Shea Pitts , FNP on 01/31/2023 at 01:20 PM EST**

**Sign off status: Completed**

**4395Mandeep S. Bakshi, MD**
**801 East Church Street**
**GREENEVILLE, TN 37745-4395**
**Tel: 423-798-8052**
**Fax: 423-798-8055**

GUERRERO, Sabrina DOB: (53 yo F) Acc No. 36053 DOS: 12/29/2022

# Guerrero, Sabrina

53 Y old Female, DOB:
Account Number: 36053

Home:
Guarantor: Guerrero, Sabrina Insurance: Blue Cross Blue Shield
Appointment Facility: 4395Mandeep S. Bakshi, MD

12/29/2022 Progress note: Shea Pitts, NP

**Current Medications**

Taking

- SUMAtriptan 100 mg tablet 1 tab(s) orally once
- hydrOXYzine hydrochloride 25 mg tablet 1 tab(s) orally at bedtime
- valsartan 80 mg tablet 1 tab(s) orally once a day
- Albuterol 90 MCg inhaler 2 puffs QID
- Topiramate 25 mg tablet 1 tab(s) orally 2 times a day
- benzonatate 100 mg capsule 1 cap(s) orally 3 times a day
- Hyoscyamine
- Ondansetron 4 mg tablet 1 tab(s) orally every 8 hours
- Ozempic (1 mg dose) 4 mg/3 mL solution as directed subcutaneously once a week
- Calcitriol 0.5 mcg capsule 1 cap(s) orally once a day
- escitalopram 10 mg tablet 1 tab(s) orally once a day
- cetirizine 10 mg tablet 1 tab(s) orally once a day
- Vitamin D
- minocycline 100 mg capsule 1 cap(s) orally every 12 hours
- meloxicam 15 mg tablet 1 tab(s) orally once a day
- calcium citrate
- Vitamin C
- vitamin A
- Vitamin B-12
- Omega-3 Fish Oil
- Zinc
- modafinil 200 mg tablet 1 tab(s) orally once a day (in the morning)

**Past Medical History**

Asthma No.
COPD No.
Sleep Apnea Yes.
GERD/Heartburn No.
Ulcers No.
Diabetes No.

**Reason for Appointment**

1. Follow Up

**Assessments**

1. Dyspnea, unspecified - R06.00 (Primary)
2. Cough - R05
3. Obstructive Sleep Apnea (Unspecified) - G47.30
4. Hypersomnia due to medical condition - G47.14

**Treatment**

**1. Dyspnea, unspecified**

Notes: I have advised her about the causes of dyspnea. I have advised her that breathing can be worsened by allergies and GERD. I have advised her that obesity can contribute to shortness of breath. Previous spirometry 06/22 suggest FEV1 of 100%. I have advised her this is normal. I have advised her that she can continue albuterol as needed for wheezing. Advised her to practice deep breathing exercises.

**2. Cough**

Notes: I have advised her about cough. I advised her that this could be multifactorial. I advised that this could be related to GERD/Allergy problems. I would recommend her to avoid caffeine. I advised her to avoid allergen exposure. She has stopped benazepril with improvement in cough. I have advised her to continue cetirizine 10 mg daily. As she is having difficulty with allergy/sinus symptoms I would send her hydroxyzine 25 mg to use at bedtime. May continue benzonatate as needed for cough. Advised she may use Flonase OTC for allergy symptoms as needed. Advised her she may take famotidine 40 mg daily for GERD symptoms. Continue to sleep elevated. Avoid eating late at night.

**3. Obstructive Sleep Apnea (Unspecified)**

Notes: For obstructive sleep apnea hypopnea syndrome, I explained the pathophysiology of sleep apnea to the patient. I advised the patient regarding long-term consequences untreated sleep apnea with increased risk of stroke, hypertension, heart disease. She has started on CPAP in 04/22. She has changed masks with improvement in CPAP use. She has been trying to use the machine

GUERRERO, Sabrina DOB: (53 yo F) Acc No. 36053 DOS: 12/29/2022

Thyroid problems Yes.
Hypertension Yes.
Stroke No.
Coronary Artery Disease No.
Fibromyalgia Yes.
Arthritis Yes.

**Surgical History**
No Surgical History documented.

**Family History**
Mother: High Cholesterol
Father: Heart Attack,Heart Disease,Stroke,Hypertension,Diabetes Mellitus,Cancer
Siblings: Heart Disease,Hypertension,High Cholesterol,Diabetes Mellitus

**Social History**
Marital status: Married.
Number of Children: 1.
Occupation: Fulltime,.
Smoking Previous,.
Cigars,Pipes,Chewing Tobacco: Never.
Caffeinated Coffee: none.
Caffeinated Tea: 1-4.
Caffeinated Soft Drink: 1-4.
Alcohol: Rare.
Illegal drug use: Never.

**Allergies**
sulfa

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

every night. She continues to have extreme fatigue. Continue modafinil 200 mg daily as this has been beneficial for her. I have written her a prescription today 12/29/22. I have advised her to continue CPAP every night during all sleeping hours.

**4. Hypersomnia due to medical condition**
Notes: I have advised her about hypersomnia. Advised her to continue CPAP during all sleeping hours. She has hypersomnia even with CPAP use. Continue modafinil 200 mg daily as this has been beneficial for her. Refill this today 12/29/22.

**Follow Up**
4 Weeks

**History of Present Illness**
Dyspnea:
Ms. Guerrero is here today for follow up of dyspnea status post COVID 02/22. She was treated at home and never admitted to the hospital. She has noted her breathing is improved slowly since having COVID, but she continues to have trouble with breathing with any kind of exertion. She has albuterol to use. She only uses these when she feels extremely short of breath. She continues to have extreme fatigue and brain fog. Her family reports she asks the same questions multiple times. She has occasional wheezing. She does have intermittent coughing. This is worsened by exertion. The cough is productive of brown/green sputum. She does think this is related to recent congestion she has over the last few days. She has been on a leave of absence since February from work. She has been seen by neurology since last visit. She was diagnosed with migraines and amnesia.
Hypersomnia:
She has been started on modafinil 200 mg daily. She does note some improvement in her daytime hypersomnia. She does not nap during the day. She does still feel really tired during the daytime.

**Vital Signs**
Wt 348.6, Ht 65, Temp 97.2, BP 129/104, O2 sat 98%, RR 18, HR 68, BMI 58.00.

**Physical Examination**
GENERAL:
General Appearence: in no acute distress.
HEENT:
Pupils: ERRLA. EOM: intact. Nasal septum: midline. Oral cavity: normal. Nose: normal. Turbinates: pale. Pharynx: normal.
NECK:
Neck: supple. Cervical lymph nodes: normal. ROM: normal. Masses: no. JVD: no.
RESPIRATORY:
Breath sounds bilaterally: clear to auscultation bilaterally.
HEART:

PMI: normal. Rhythm: regular. Murmurs: no. Heart sounds: normal. Clicks: no.

ABDOMEN:

Masses: no. Exam shows: the abdomen is soft and non-tender.

EXTREMITIES:

Edema: no. Cyanosis: no. Clubbing: no. Pulses: 2+ bilateral.

NEUROLOGICAL:

Sensory: normal. Coordination: normal. Reflexes: 2+ bilaterally. Gait: normal. Cortical functions: alert and oriented x 3. Motor grossly intact/symmetrically: yes.

**Electronically signed by Shea Pitts , FNP on 12/29/2022 at 02:15 PM EST**

**Sign off status: Completed**

---

**4395Mandeep S. Bakshi, MD**
**801 East Church Street**
**GREENEVILLE, TN 37745-4395**
**Tel: 423-798-8052**
**Fax: 423-798-8055**

---

GUERRERO, Sabrina DOB: (53 yo F) Acc No. 36053 DOS: 11/15/2022

**Guerrero, Sabrina**
53 Y old Female, DOB:
Account Number: 36053

Home:
Guarantor: Guerrero, Sabrina Insurance: Blue Cross Blue Shield
Appointment Facility: 4395Mandeep S. Bakshi, MD

11/15/2022 Progress note: Shea Pitts, NP

### Current Medications

Taking
- valsartan 80 mg tablet 1 tab(s) orally once a day
- Albuterol 90 MCg inhaler 2 puffs QID
- Topiramate 25 mg tablet 1 tab(s) orally 2 times a day
- benzonatate 100 mg capsule 1 cap(s) orally 3 times a day
- Hyoscyamine
- Ondansetron 4 mg tablet 1 tab(s) orally every 8 hours
- Ozempic (1 mg dose) 4 mg/3 mL solution as directed subcutaneously once a week
- Calcitriol 0.5 mcg capsule 1 cap(s) orally once a day
- escitalopram 10 mg tablet 1 tab(s) orally once a day
- cetirizine 10 mg tablet 1 tab(s) orally once a day
- Vitamin D
- minocycline 100 mg capsule 1 cap(s) orally every 12 hours
- meloxicam 15 mg tablet 1 tab(s) orally once a day
- calcium citrate
- Vitamin C
- vitamin A
- Vitamin B-12
- Omega-3 Fish Oil
- Zinc

Medication List reviewed and reconciled with the patient

### Past Medical History

Asthma No.
COPD No.
Sleep Apnea Yes.
GERD/Heartburn No.
Ulcers No.
Diabetes No.
Thyroid problems Yes.
Hypertension Yes.
Stroke No.
Coronary Artery Disease No.

### Reason for Appointment

1. Follow Up

### Assessments

1. Dyspnea, unspecified - R06.00 (Primary)
2. Cough - R05
3. Obstructive Sleep Apnea (Unspecified) - G47.30
4. Hypersomnia due to medical condition - G47.14

### Treatment

**1. Dyspnea, unspecified**

Notes: I have advised her about the causes of dyspnea. I have advised her that breathing can be worsened by allergies and GERD. I have advised her that obesity can contribute to shortness of breath. Previous spirometry 06/22 suggest FEV1 of 100%. I have advised her this is normal. I have advised her that she can continue albuterol as needed for wheezing. Advised her to practice deep breathing exercises.

**2. Cough**

Start hydrOXYzine tablet, hydrochloride 25 mg, 1 tab(s), orally, at bedtime, 30 days, 30, Refills 2

Notes: I have advised her about cough. I advised her that this could be multifactorial. I advised that this could be related to GERD/Allergy problems. I would recommend her to avoid caffeine. I advised her to avoid allergen exposure. She has stopped benazepril with improvement in cough. I have advised her to continue cetirizine 10 mg daily. As she is having difficulty with allergy/sinus symptoms I would send her hydroxyzine 25 mg to use at bedtime. May continue benzonatate as needed for cough. Advised she may use Flonase OTC for allergy symptoms as needed. Advised her she may take famotidine 40 mg daily for GERD symptoms. Continue to sleep elevated. Avoid eating late at night.

**3. Obstructive Sleep Apnea (Unspecified)**

Notes: For obstructive sleep apnea hypopnea syndrome, I explained the pathophysiology of sleep apnea to the patient. I advised the patient regarding long-term consequences untreated sleep apnea with increased risk of stroke, hypertension, heart disease. She has

GUERRERO, Sabrina DOB: (53 yo F) Acc No. 36053 DOS: 11/15/2022

Fibromyalgia Yes.
Arthritis Yes.

### Surgical History
Denies Past Surgical History

### Family History
Mother: High Cholesterol
Father: Heart Attack,Heart Disease,Stroke,Hypertension,Diabetes Mellitus,Cancer
Siblings: Heart Disease,Hypertension,High Cholesterol,Diabetes Mellitus

### Social History
Marital status: Married.
Number of Children: 1.
Occupation: Fulltime,.
Smoking Previous,.
Cigars,Pipes,Chewing Tobacco: Never.
Caffeinated Coffee: none.
Caffeinated Tea: 1-4.
Caffeinated Soft Drink: 1-4.
Alcohol: Rare.
Illegal drug use: Never.

### Allergies
sulfa

### Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

started on CPAP in 04/22. She has difficulty with mask fit due to her headaches. I have advised to try Airfit F30i mask to see if this improves her comfort. She continues to have extreme fatigue. She has recently taken Provigil with benefit but her PCP discontinued it. I would start her on modafinil 200 mg daily. I have written her a prescription today 11/15/22. I have advised her to continue CPAP every night.

**4. Hypersomnia due to medical condition**
Start modafinil tablet, 200 mg, 1 tab(s), orally, once a day (in the morning), 30 day(s), 30, Refills 0
Notes: I have advised her about hypersomnia. Advised her to continue CPAP during all sleeping hours. She has previously used modafinil with benefit. I would start her on modafinil 200 mg daily.

### Preventive Medicine
Counseling: Smoking Patient counseled on the dangers of smoking 11/15/2022. Education: Patient given education material Yes.

### Follow Up
4 Weeks

### History of Present Illness
Dyspnea:
Ms. Guerrero is here today for follow up of dyspnea status post COVID 02/22. She was treated at home and never admitted to the hospital. She has noted her breathing is improved slowly since having COVID, but she continues to have trouble with breathing with any kind of exertion. She has albuterol to use. She only uses these when she feels extremely short of breath. She continues to have extreme fatigue and brain fog. Her family reports she asks the same questions multiple times. She has occasional wheezing. She does have intermittent coughing. This is worsened by exertion. The cough is productive of brown/green sputum. She does think this is related to recent congestion she has over the last few days. She has been on a leave of absence since February from work.

### Vital Signs
Wt **355.8**, Ht 65, Temp **97.4**, BP **120/76**, O2 sat **96%**, RR **18**, HR **71**, BMI **59.20**.

### Physical Examination
GENERAL:
General Appearence: in no acute distress.
HEENT:
Pupils: ERRLA. EOM: intact. Nasal septum: midline. Oral cavity: normal. Nose: normal. Turbinates: pale. Pharynx: normal.
NECK:
Neck: supple. Cervical lymph nodes: normal. ROM: normal. Masses: no. JVD: no.

GUERRERO, Sabrina **DOB:** (53 yo F) **Acc No.** 36053 **DOS:** 11/15/2022

RESPIRATORY:
Breath sounds bilaterally: clear to auscultation bilaterally.
HEART:
PMI: normal. Rhythm: regular. Murmurs: no. Heart sounds: normal. Clicks: no.
ABDOMEN:
Masses: no. Exam shows: the abdomen is soft and non-tender.
EXTREMITIES:
Edema: no. Cyanosis: no. Clubbing: no. Pulses: 2+ bilateral.
NEUROLOGICAL:
Sensory: normal. Coordination: normal. Reflexes: 2+ bilaterally. Gait: normal. Cortical functions: alert and oriented x 3. Motor grossly intact/symmetrically: yes.

**Electronically signed by Shea Pitts , FNP on 11/17/2022 at 08:30 AM EST**

**Sign off status: Completed**

**Addendum:**

11/29/2022 03:21 PM Pitts, Shea P > G47.14 Idiopathic Hypersomnia Have tried to get modafinil covered for patient. States this is not approved by her insurance. She continues to have hypersomnia even with CPAP use.This is interfering with patient's daily activities.

---

**4395Mandeep S. Bakshi, MD**
**801 East Church Street**
**GREENEVILLE, TN 37745-4395**
**Tel: 423-798-8052**
**Fax: 423-798-8055**

GUERRERO, Sabrina DOB: (53 yo F) Acc No. 36053 DOS: 07/14/2022

# Guerrero, Sabrina

**53 Y old Female, DOB:**
**Account Number: 36053**

**Home:**
**Guarantor: Guerrero, Sabrina Insurance: Blue Cross Blue Shield**
**Appointment Facility: 4395Mandeep S. Bakshi, MD**

**07/14/2022** **Mandeep S. Bakshi, M.D.**

### Current Medications

Taking

- Albuterol 90 MCg inhaler 2 puffs QID
- Symbicort 160 mcg-4.5 mcg/inh aerosol 2 puff(s) inhaled 2 times a day
- Topiramate 25 mg tablet 1 tab(s) orally 2 times a day
- benzonatate 100 mg capsule 1 cap(s) orally 3 times a day
- Hyoscyamine
- Ondansetron 4 mg tablet 1 tab(s) orally every 8 hours
- Ozempic (1 mg dose) 4 mg/3 mL solution as directed subcutaneously once a week
- Calcitriol 0.5 mcg capsule 1 cap(s) orally once a day
- escitalopram 10 mg tablet 1 tab(s) orally once a day
- cetirizine 10 mg tablet 1 tab(s) orally once a day
- Vitamin D
- minocycline 100 mg capsule 1 cap(s) orally every 12 hours
- meloxicam 15 mg tablet 1 tab(s) orally once a day
- calcium citrate
- Vitamin C
- vitamin A
- Vitamin B-12
- Omega-3 Fish Oil
- Zinc

Medication List reviewed and reconciled with the patient

### Past Medical History

Asthma No.
COPD No.
Sleep Apnea Yes.
GERD/Heartburn No.
Ulcers No.
Diabetes No.
Thyroid problems Yes.
Hypertension Yes.
Stroke No.
Coronary Artery Disease No.

### Reason for Appointment

1. NP referred for Post Covid chronic dyspnea

### Assessments

1. Dyspnea, unspecified - R06.00 (Primary)
2. Cough - R05
3. Obstructive Sleep Apnea (Unspecified) - G47.30

### Treatment

**1. Dyspnea, unspecified**

Notes: I have advised her about the causes of dyspnea. I have advised her that breathing can be worsened by allergies and GERD. I have advised her that obesity can contribute to shortness of breath. Previous spirometry 06/22 suggest FEV1 of 100%. I have advised her this is normal. I have advised her to stop Symbicort. I have advised her that she can continue albuterol as needed for wheezing. Advised her to practice deep breathing exercises.

**2. Cough**

Notes: I have advised her about cough. I advised her that this could be multifactorial. I advised that this could be related to GERD/Allergy problems. I would recommend her to avoid caffeine. I advised her to avoid allergen exposure. I have advised her to stop benazepril. She will discuss this with her PCP. I have advised her to continue cetirizine 10 mg daily. May continue benzonatate as needed for cough. Advised she may use Flonase OTC for allergy symptoms as needed. Advised her she may take famotidine 40 mg daily for GERD symptoms. Continue to sleep elevated. Avoid eating late at night.

**3. Obstructive Sleep Apnea (Unspecified)**

Notes: For obstructive sleep apnea hypopnea syndrome, I explained the pathophysiology of sleep apnea to the patient. I advised the patient regarding long-term consequences untreated sleep apnea with increased risk of stroke, hypertension, heart disease. She has started on CPAP in 04/22. She is doing well with CPAP and has followed with her PCP for compliance. She continues to have extreme fatigue. I have advised her we may consider medications for daytime hypersomnia at a next visit. I have advised her to continue

GUERRERO, Sabrina DOB: (53 yo F) Acc No. 36053 DOS: 07/14/2022

Fibromyalgia Yes.
Arthritis Yes.

### Surgical History
Denies Past Surgical History

### Family History
Mother: High Cholesterol
Father: Heart Attack,Heart Disease,Stroke,Hypertension,Diabetes Mellitus,Cancer
Siblings: Heart Disease,Hypertension,High Cholesterol,Diabetes Mellitus
Non-Contributory

### Social History
Marital status: Married.
Number of Children: 1.
Occupation: Fulltime,.
Smoking Previous,.
Cigars,Pipes,Chewing Tobacco: Never.
Caffeinated Coffee: none.
Caffeinated Tea: 1-4.
Caffeinated Soft Drink: 1-4.
Alcohol: Rare.
Illegal drug use: Never.

### Allergies
sulfa

### Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems
CONSTITUTIONAL:
Extreme Fatigue YES. Recent Weight loss YES. Recent Weight gain no. Difficulty Sleeping no. Night sweats no. Fever no.
SKIN:
Mole or lesions no. Unusual or Prolonged Rashes no.
EENT:
Change in vision YES. Frequent nosebleed no. Sinus drainage or congestion YES. Allergies YES. Voice changes no. Frequent Sore throat YES. Difficulty swallowing no.

RESPIRATORY:
Shortness of breath YES. Chronic cough no. Asthma no. Lung Disease no. History of Pneumonia no. History of Tuberculosis no.
CARDIAC/Pheripheral Vascular Disease:
Chest Pain no. Irregular Heart Rhythm no. Shortness of breath YES. Swelling of Leg,Ankles,Feet no. Cramping in legs w/ walking YES.

CPAP every night. Advised her to bring the machine or a download at next visit.

### Procedures
CXR:
suggested Detail limited due to patient factors. No definite signs of acute cardiopulmonary disease.

### Preventive Medicine
Counseling: Smoking Patient counseled on the dangers of smoking 07/14/2022. Education: Patient given education material Yes.

### Follow Up
2-3 Months

### History of Present Illness
Dyspnea:
Ms. Guerrero is here today to establish care for dyspnea status post COVID 02/22. She was treated at home and never admitted to the hospital. She has noted her breathing is improved slowly since having COVID, but she continues to have trouble with breathing with any kind of exertion. She reports her oxygen saturation, chest x-ray, and PFT have all been okay. She has completed physical therapy. She was given Symbicort and albuterol, but she has been using them sparingly due to cost. She only uses these when she feels extremely short of breath. She does not improvement with the inhaler. She has undergone home sleep study and was started on CPAP machine 04/22. The post-COVID center in Kingsport wanted her to see pulmonology and referred her to our office. She continues to have extreme fatigue and brain fog. Her family reports she asks the same questions multiple times. She has occasional wheezing. She does have intermittent coughing. This is worsened by exertion. The cough is productive of brown/green sputum. She does think this is related to recent congestion she has over the last few days. She has been on a leave of absence since February from work.

### Vital Signs
Wt 364.8, Ht 65, Temp 97.1, BP 118/86, O2 sat 96%, RR 19, HR 84, BMI 60.70.

### Physical Examination
GENERAL:
General Appearence: in no acute distress.
HEENT:
Pupils: ERRLA. EOM: intact. Nasal septum: midline. Oral cavity: normal. Nose: normal. Turbinates: pale. Pharynx: normal.
NECK:
Neck: supple. Cervical lymph nodes: normal. ROM: normal. Masses: no. JVD: no.
RESPIRATORY:
Breath sounds bilaterally: clear to auscultation bilaterally.

GUERRERO, Sabrina DOB: (53 yo F) Acc No. 36053 DOS: 07/14/2022

GASTROENTEROLOGY:
Change in Appetite no. Heartburn/Reflux no. Stomach Ulcers no. Abdominal pain YES. Nausea/Vomiting no.
URINARY:
Burning with urinating no. Blood in urine no. Frequent urination no. Decreased Urine Stream no. Lack of bladder control no.
ENDOCRINE:
Heat or Cold intolerance YES. Excessive thirst no. Excessive urination no.
MUSCULOSKELETAL:
Arthritis/Joint pain YES. History of Gout no. Back pain YES. Muscle Pain YES.
NEUROLOGIC:
Poor Concentration YES. Frequent Headache YES. Change in memory YES. History of Seizures no. Numbness/Tingling no.
PSYCHIATRIC:
Depression YES. Anxiety YES. Bipolar no. Schizophrenia no. Panic Attack no.

HEART:
PMI: normal. Rhythm: regular. Murmurs: no. Heart sounds: normal. Clicks: no.
ABDOMEN:
Masses: no. Exam shows: the abdomen is soft and non-tender.
EXTREMITIES:
Edema: no. Cyanosis: no. Clubbing: no. Pulses: 2+ bilateral.
NEUROLOGICAL:
Sensory: normal. Coordination: normal. Reflexes: 2+ bilaterally. Gait: normal. Cortical functions: alert and oriented x 3. Motor grossly intact/symmetrically: yes.



**Electronically signed by Mandeep Bakshi , MD on 07/14/2022 at 04:29 PM EDT**

**Sign off status: Completed**

---

**4395Mandeep S. Bakshi, MD**
**801 East Church Street**
**GREENEVILLE, TN 37745-4395**
**Tel: 423-798-8052**
**Fax: 423-798-8055**

---

**Progress Note: Mandeep S. Bakshi, M.D. 07/14/2022**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

| **Main Office** | *02/14/2024 1:56 PM* |
|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | |
| (865) 637-8812 Fax: (865) 637-8865 | |

| **Sabrina Guerrero** | Home: | Alternate: ( |
|---|---|---|
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

**Patient Information**

| | | | |
|---|---|---|---|
| **Name:** | Sabrina Guerrero | **Phone (Home):** | |
| **Address:** | | **Phone (Alternate):** | |
| **Patient ID:** | 542368 | **Phone 3:** | |
| **Birth Date:** | | **Status** | Active |
| **Gender:** | Female | **Marital Status** | Married |
| **Contact By:** | Home Phone | **Race** | |
| **Soc Sec No:** | | **Language** | |
| **Resp Prov:** | Gregory A Moffitt MD | **MRN** | |
| **Referred By:** | Amber M Moore FNP-BC | **Emp. Status** | |
| **Email:** | | **Sens Chart** | No |
| **Home LOC:** | Main Office | **External ID:** | |

| Main Office | | | 02/14/2024 1:56 PM |
|---|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | | |
| (865) 637-8812 Fax: (865) 637-8865 | | | |
| | | | |
| **Sabrina Guerrero** | | Home: | Alternate: |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 | |

## Active Problems

**Secondary Hyperparathyroidism - Non-Renal**

```
Problem Type: Diagnosis of
Problem Code: 252.02
  Onset Date: 11/01/2018
 Entered By: Gregory A Moffitt MD
  Signed By: Gregory A Moffitt MD
    Comment:
```

Exhibit 8 MLF000002

**Lincoln/Guerrero 0731**

**Main Office** 02/14/2024 1:56 PM

1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444

(865) 637-8812 Fax: (865) 637-8865

**Sabrina Guerrero** Home: Alternate: (

54 years Old Female DOB: Pat ID: 542368 Ins: BCBS Commercial Network S Grp: 80860

**Hypomagnesemia**

```
     Problem Type: Diagnosis of
     Problem Code: 275.2
       Onset Date: 01/23/2019
       Entered By: Gregory A Moffitt MD
        Signed By: Gregory A Moffitt MD
          Comment:
```

**Assessments:**

```
       08/02/2023: Unchanged - Gregory A Moffitt MD - Diagnosed in 2018, with
                   patient.  Presently receiving  MgOx 400 mg daily
- Magnesium oxide 400 mg by mouth daily
       11/28/2022: Unchanged - Gregory A Moffitt MD - Diagnosed in 2018, with
                   patient.  Presently receiving  MgOx 400 mg daily
- Magnesium oxide 400 mg by mouth daily
       05/31/2022: Unchanged - Gregory A Moffitt MD - Diagnosed in 2018, with
                   patient.  Presently receiving  MgOx 400 mg daily
- Magnesium oxide 400 mg by mouth daily
       11/16/2021: Unchanged - Gregory A Moffitt MD - Diagnosed in 2018, with
                   patient.  Presently receiving  MgOx 400 mg daily
- Magnesium oxide 400 mg by mouth daily
       07/12/2021: Unchanged - Gregory A Moffitt MD - Diagnosed in 2018, with
                   patient.  Presently receiving  MgOx 400 mg daily
- Magnesium oxide 400 mg by mouth daily
       01/11/2021: Unchanged - Gregory A Moffitt MD - Diagnosed in 2018, with
                   patient.  Presently receiving  MgOx 400 mg daily
- Magnesium oxide 400 mg by mouth daily
       07/07/2020: Unchanged - Gregory A Moffitt MD - Diagnosed in 2018, with
                   patient.  Presently receiving  MgOx 400 mg daily
- Magnesium oxide 400 mg by mouth daily
       10/03/2019: Unchanged - Gregory A Moffitt MD - Diagnosed in 2018, with
                   patient.  Presently receiving  MgOx 400 mg daily
- Magnesium oxide 400 mg by mouth daily
       04/01/2019: Improved - Gregory A Moffitt MD - Diagnosed in 2018, with patient.
                   Presently receiving  MgOx 400 mg daily
- Magnesium oxide 400 mg by mouth daily
       01/23/2019: New - Gregory A Moffitt MD - Diagnosed in 2018, with patient.
                   Presently receiving no targeted therapy
- Magnesium oxide 400 mg by mouth daily
```

| Main Office | 02/14/2024 1:56 PM |
|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | |
| (865) 637-8812 Fax: (865) 637-8865 | |

**Sabrina Guerrero** Home: Alternate:

54 years Old Female DOB: Pat ID: 542368 Ins: BCBS Commercial Network S Grp: 80860

**Vitamin D Deficiency**

```
     Problem Type: Diagnosis of
     Problem Code: 268.9
       Onset Date: 10/03/2019
       Entered By: Gregory A Moffitt MD
        Signed By: Gregory A Moffitt MD
          Comment:
```

**Assessments:**

```
       08/02/2023: Unchanged - Gregory A Moffitt MD - Diagnosed in 2019, doing well
                   with drisdol twice a week
- THERAPY: drisdol - 50 K twice a week
       11/28/2022: Improved - Gregory A Moffitt MD - Diagnosed in 2019, doing well
                   with drisdol twice a week
- THERAPY: drisdol - 50 K twice a week
       05/31/2022: Unchanged - Gregory A Moffitt MD - Diagnosed in 2019, doing well
                   with drisdol twice a week
- THERAPY: drisdol - 50 K twice a week
       11/16/2021: Unchanged - Gregory A Moffitt MD - Diagnosed in 2019, doing well
                   with drisdol twice a week
- THERAPY: drisdol - 50 K twice a week
       07/12/2021: Unchanged - Gregory A Moffitt MD - Diagnosed in 2019, doing well
                   with drisdol once a week
- THERAPY: drisdol - 50 K once a week
       01/11/2021: Unchanged - Gregory A Moffitt MD - Diagnosed in 2019, doing well
                   with drisdol once a week
- THERAPY: Change drisdol to 50 K once a week
       07/07/2020: Deteriorated - Gregory A Moffitt MD - Diagnosed in 2019, doing
                   well with drisdol 2x/week
- THERAPY: Change drisdol to 50 K once a week
       10/03/2019: Unchanged - Gregory A Moffitt MD - Diagnosed in 2019
```

| Main Office | 02/14/2024 1:56 PM |
|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | |
| (865) 637-8812 Fax: (865) 637-8865 | |

**Sabrina Guerrero** Home: Alternate:

54 years Old Female DOB: Pat ID: 542368 Ins: BCBS Commercial Network S Grp: 80860

**Vitamin B12 deficiency**

```
     Problem Type: Diagnosis of
     Problem Code:
       Onset Date: 07/07/2020
       Entered By: Gregory A Moffitt MD
        Signed By: Gregory A Moffitt MD
          Comment:
```

**Assessments:**

```
       08/02/2023: Deteriorated - Gregory A Moffitt MD - Patient to initiate 1000 µg
                   of over-the-counter B12 2x/week, levels to high
- B12 - 1,000 mcg once a week
       11/28/2022: Unchanged - Gregory A Moffitt MD - Patient to initiate 1000 µg of
                   over-the-counter B12 2x/week
- B12 - 1,000 mcg twice a week
       05/31/2022: Improved - Gregory A Moffitt MD - Patient to initiate 1000 µg of
                   over-the-counter B12 2x/week
- B12 - 1,000 mcg twice a week
       11/16/2021: Unchanged - Gregory A Moffitt MD - Patient to initiate 1000 µg of
                   over-the-counter B12 daily.  She is on too much
- B12 - 1,000 mcg twice a week
       07/12/2021: Deteriorated - Gregory A Moffitt MD - Patient to initiate 1000 µg
                   of over-the-counter B12 daily.  She is on too much
- B12 - 1,000 mcg Q.O.D.
       01/11/2021: Unchanged - Gregory A Moffitt MD - Patient to initiate 1000 µg of
                   over-the-counter B12 daily
       07/07/2020: Deteriorated - Gregory A Moffitt MD - Patient to initiate 1000 µg
                   of over-the-counter B12 daily
```

## Main Office
02/14/2024 1:56 PM

1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444

(865) 637-8812 Fax: (865) 637-8865

## Sabrina Guerrero
Home: Alternate:

54 years Old Female DOB: Pat ID: 542368 Ins: BCBS Commercial Network S Grp: 80860

**Prediabetes**

Problem Type: Diagnosis of
Problem Code:
Onset Date: 07/12/2021
Entered By: Gregory A Moffitt MD
Signed By: Gregory A Moffitt MD
Comment:

**Assessments:**

08/02/2023: Improved - Gregory A Moffitt MD - The goals of diabetes prevention include preventing or delaying the onset of diabetes, preserving beta cell function, and preventing or delaying microvascular and cardiovascular complications. Lifestyle modification (predominantly exercise and weight loss) successfully decreases the development of diabetes. Therefore, I have promoted lifestyle changes (healthy diet and regular exercise). In particular, would like to see the individual ingests no more than 100 g of carbohydrates daily. Patients who are at high risk should be followed closely, with repeat examination and measurements of fasting blood glucose or A1C on an annual basis. For select patients (age <60 years and/or BMI =35 kg/m2, women with a history of gestational diabetes) with impaired fasting glucose (IFG), impaired glucose tolerance (IGT), or A1C of 5.7 to 6.4 percent, in whom lifestyle interventions fail to improve glycemic indices, we suggest metformin for diabetes prevention. I would like her to increase GLP-1

- THERAPY: Saxenda 1.8 mg weekly
- RTC in 6 months

11/28/2022: Improved - Gregory A Moffitt MD - The goals of diabetes prevention include preventing or delaying the onset of diabetes, preserving beta cell function, and preventing or delaying microvascular and cardiovascular complications. Lifestyle modification (predominantly exercise and weight loss) successfully decreases the development of diabetes. Therefore, I have promoted lifestyle changes (healthy diet and regular exercise). In particular, would like to see the individual ingests no more than 100 g of carbohydrates daily. Patients who are at high risk should be followed closely, with repeat examination and measurements of fasting blood glucose or A1C on an annual basis. For select patients (age <60 years and/or BMI =35 kg/m2, women with a history of gestational diabetes) with impaired fasting glucose (IFG), impaired glucose tolerance (IGT), or A1C of 5.7 to 6.4 percent, in whom lifestyle interventions fail to improve glycemic indices, we suggest metformin for diabetes prevention. I would like her to increase GLP-1

- THERAPY: Ozempic 1 mg weekly
- RTC in 6 months

05/31/2022: Unchanged - Gregory A Moffitt MD - The goals of diabetes prevention include preventing or delaying the onset of diabetes, preserving beta cell function, and preventing or delaying

| Main Office | 02/14/2024 1:56 PM |
|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | |
| (865) 637-8812 Fax: (865) 637-8865 | |

**Sabrina Guerrero** Home: Alternate:

54 years Old Female DOB: Pat ID: 542368 Ins: BCBS Commercial Network S Grp: 80860

microvascular and cardiovascular complications. Lifestyle modification (predominantly exercise and weight loss) successfully decreases the development of diabetes. Therefore, I have promoted lifestyle changes (healthy diet and regular exercise). In particular, would like to see the individual ingests no more than 100 g of carbohydrates daily. Patients who are at high risk should be followed closely, with repeat examination and measurements of fasting blood glucose or A1C on an annual basis. For select patients (age <60 years and/or BMI =35 kg/m2, women with a history of gestational diabetes) with impaired fasting glucose (IFG), impaired glucose tolerance (IGT), or A1C of 5.7 to 6.4 percent, in whom lifestyle interventions fail to improve glycemic indices, we suggest metformin for diabetes prevention. I would like her to increase GLP-1

- THERAPY: Ozempic 1 mg weekly
- RTC in 6 months

11/16/2021: Improved - Gregory A Moffitt MD - The goals of diabetes prevention include preventing or delaying the onset of diabetes, preserving beta cell function, and preventing or delaying microvascular and cardiovascular complications. Lifestyle modification (predominantly exercise and weight loss) successfully decreases the development of diabetes. Therefore, I have promoted lifestyle changes (healthy diet and regular exercise). In particular, would like to see the individual ingests no more than 100 g of carbohydrates daily. Patients who are at high risk should be followed closely, with repeat examination and measurements of fasting blood glucose or A1C on an annual basis. For select patients (age <60 years and/or BMI =35 kg/m2, women with a history of gestational diabetes) with impaired fasting glucose (IFG), impaired glucose tolerance (IGT), or A1C of 5.7 to 6.4 percent, in whom lifestyle interventions fail to improve glycemic indices, we suggest metformin for diabetes prevention. I would like her to increase GLP-1

- THERAPY: Ozempic 1 mg weekly
- RTC in 6 months

07/12/2021: Deteriorated - Gregory A Moffitt MD - The goals of diabetes prevention include preventing or delaying the onset of diabetes, preserving beta cell function, and preventing or delaying microvascular and cardiovascular complications. Lifestyle modification (predominantly exercise and weight loss) successfully decreases the development of diabetes. Therefore, I have promoted lifestyle changes (healthy diet and regular exercise). In particular, would like to see the individual ingests no more than 100 g of carbohydrates daily. Patients who are at high risk should be followed closely, with repeat examination and measurements of fasting blood glucose or A1C on an annual basis. For select patients (age <60 years and/or BMI =35 kg/m2, women with a history of gestational diabetes) with impaired fasting glucose (IFG), impaired glucose tolerance (IGT), or A1C of 5.7 to 6.4 percent, in whom lifestyle interventions fail to improve glycemic indices, we suggest metformin for diabetes prevention. I

| Main Office | 02/14/2024 1:56 PM |
|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | |
| (865) 637-8812 Fax: (865) 637-8865 | |
| | |
| **Sabrina Guerrero** Home: Alternate: ( | |
| 54 years Old Female DOB: Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

```
                  would like her to try a GLP-1.  I reviewed the mechanism of
                  action, and the side effects of this medication including, but not
                  limited to the following: FDA blackbox warning on the risk of
                  thyroid C-cell tumors, GI side effects, retinopathy
                  (Ozempic/Trulicity),  injection site reactions and acute
                  pancreatitis risk
- THERAPY: Ozempic 0.25 to 0.5 mg weekly
- RTC in 3 months
```

**Body mass index (BMI) 60.0-69.99, adult**

```
     Problem Type: Diagnosis of
     Problem Code:
       Onset Date: 01/23/2019
       Entered By: Gregory A Moffitt MD
        Signed By: Gregory A Moffitt MD
          Comment:
```

**Assessments:**

```
      11/28/2022: Improved - Gregory A Moffitt MD - Patient is currently working
                  with her bariatric surgeon
      05/31/2022: Comment Only - Gregory A Moffitt MD - Patient is currently working
                  with her bariatric surgeon
      11/16/2021: Comment Only - Gregory A Moffitt MD - Patient is currently working
                  with her bariatric surgeon
      07/12/2021: Deteriorated - Gregory A Moffitt MD - Patient is currently working
                  with her bariatric surgeon
      01/11/2021: Comment Only - Gregory A Moffitt MD - Patient is currently working
                  with her bariatric surgeon
      07/07/2020: Comment Only - Gregory A Moffitt MD - Patient is currently working
                  with her bariatric surgeon
      10/03/2019: Unchanged - Gregory A Moffitt MD - Patient is currently working
                  with her bariatric surgeon
      04/01/2019: Unchanged - Gregory A Moffitt MD - Patient is currently working
                  with her bariatric surgeon
      01/23/2019: Comment Only - Gregory A Moffitt MD - Patient is currently working
                  with her bariatric surgeon
```

| Main Office | | *02/14/2024 1:56 PM* |
|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | |
| (865) 637-8812 Fax: (865) 637-8865 | | |
| | | |
| **Sabrina Guerrero** | Home: | Alternate: |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

## Active Medications

**apple cider vinegar 500 mg tablet (apple cider vinegar), Take 1 tablet by mouth twice a day** — **Prescriptions / Refills**

```
Entered By: Candice Justice RN
 Signed By: Candice Justice RN
   Comment:
```

**ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule (ergocalciferol (vitamin d2)), twice a week** — **Prescriptions / Refills**

```
Entered By: Candice Justice RN
 Signed By: Candice Justice RN
   Comment:
```

**VITAMIN A (), Take 1 tablet by mouth once a day** — **Prescriptions / Refills**

```
Entered By: Candice Justice RN
 Signed By: Candice Justice RN
   Comment:
```

**meloxicam 15 mg tablet (meloxicam), Take 1 tablet by mouth once a day** — **Prescriptions / Refills**

```
Entered By: Candice Justice RN
 Signed By: Candice Justice RN
   Comment:
```

**minocycline 100 mg capsule (minocycline), Take 1 tablet by mouth twice a day** — **Prescriptions / Refills**

```
Entered By: Candice Justice RN
 Signed By: Candice Justice RN
   Comment:
```

**hyoscyamine sulfate 0.125 mg tablet, sublingual (hyoscyamine sulfate), Take 1 tablet by mouth once a day as needed** — **Prescriptions / Refills**

```
Entered By: Candice Justice RN
 Signed By: Candice Justice RN
   Comment:
```

| Main Office | | 02/14/2024 1:56 PM |
|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | |
| (865) 637-8812 Fax: (865) 637-8865 | | |
| | | |
| Sabrina Guerrero | Home: | Alternate: |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

**VITAMIN C CAPSULE (), Take 1 tablet by mouth twice a day** — **Prescriptions / Refills**

Entered By: Candice Justice RN
Signed By: Candice Justice RN
Comment:

**CALCIUM 600 MG TABS (CALCIUM), Take 1 tablet by mouth twice a day** — **Prescriptions / Refills**

Entered By: Candice Justice RN
Signed By: Candice Justice RN
Comment:

**ondansetron HCl 8 mg tablet (ondansetron hcl), as needed** — **Prescriptions / Refills**

Entered By: Candice Justice RN
Signed By: Candice Justice RN
Comment:

**multivitamin tablet (multivitamin), Take 1 tablet by mouth once a day** — **Prescriptions / Refills**

Entered By: Candice Justice RN
Signed By: Candice Justice RN
Comment:

**albuterol sulfate 90 mcg/actuation HFA aerosol inhaler (albuterol sulfate), INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS** — **Prescriptions / Refills**

Entered By: Candice Justice RN
Signed By: Candice Justice RN
Comment:

**cyanocobalamin (vitamin B-12) 1,000 mcg tablet (cyanocobalamin (vitamin b-12)), Take 1 tablet by mouth twice a week** — **Prescriptions / Refills**

Entered By: Candice Justice RN
Signed By: Candice Justice RN
Comment:

| Main Office | | 02/14/2024 1:56 PM |
|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | |
| (865) 637-8812 Fax: (865) 637-8865 | | |
| | | |
| **Sabrina Guerrero** | Home: | Alternate: |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

| Medication | Prescriptions / Refills |
|---|---|
| **valsartan 80 mg tablet (valsartan), Take 1 tablet by mouth once a day**<br>Entered By: Candice Justice RN<br>Signed By: Candice Justice RN<br>Comment: | |
| **topiramate 50 mg tablet (topiramate), Take 1 tablet by mouth once a day**<br>Entered By: Candice Justice RN<br>Signed By: Candice Justice RN<br>Comment: | |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet (magnesium oxide), Take 1 tablet by mouth once daily**<br>Entered By: Thabita Cocan RN<br>Signed By: Thabita Cocan RN<br>Comment: | 06/22/2023 - #0 x 2<br>Thabita Cocan RN |
| **Pen Needle 31 gauge x 1/4" needle (pen needle, diabetic), USE ONE A DAY TO INJECT SAXENDA**<br>Entered By: Candice Justice RN<br>Signed By: Candice Justice RN<br>Comment: | 07/20/2023 - #0 x 4<br>Candice Justice RN |
| **clopidogrel 75 mg tablet (clopidogrel), Take 1 tablet by mouth once a day**<br>Entered By: Candice Justice RN<br>Signed By: Candice Justice RN<br>Comment: | |
| **hydroxyzine HCl 25 mg tablet (hydroxyzine hcl), Take 1 tablet by mouth once a day**<br>Entered By: Candice Justice RN<br>Signed By: Candice Justice RN<br>Comment: | |

| Main Office | | 02/14/2024 1:56 PM |
|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | |
| (865) 637-8812 Fax: (865) 637-8865 | | |
| | | |
| **Sabrina Guerrero** | Home: | Alternate: |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

---

**sucralfate 1 gram tablet (sucralfate), TAKE ONE TABLET BY MOUTH FOUR TIMES DAILY** — **Prescriptions / Refills**

Entered By: Candice Justice RN
Signed By: Candice Justice RN
Comment:

---

**pantoprazole 20 mg tablet,delayed release (DR/EC) (pantoprazole), Take 1 tablet by mouth twice a day** — **Prescriptions / Refills**

Entered By: Candice Justice RN
Signed By: Candice Justice RN
Comment:

---

**Qulipta 60 mg tablet (atogepant), Take 1 tablet by mouth once a day** — **Prescriptions / Refills**

Entered By: Candice Justice RN
Signed By: Candice Justice RN
Comment:

---

**Trintellix 10 mg tablet (vortioxetine), Take 1 tablet by mouth once a day** — **Prescriptions / Refills**

Entered By: Candice Justice RN
Signed By: Candice Justice RN
Comment:

---

**Saxenda 3 mg/0.5 mL (18 mg/3 mL) pen injector (liraglutide (weight loss)), Inject 1.8 mg subcutaneously once a day Slowly increase dose after every week. Goal dose is 3 mg daily** — **Prescriptions / Refills**

Entered By: Candice Justice RN — 09/27/2023 - #0 x 11
Signed By: Candice Justice RN — Candice Justice RN
Comment:

---

**calcitriol 0.5 mcg capsule (calcitriol), Take 1 capsule by mouth once daily** — **Prescriptions / Refills**

Entered By: Candice Justice RN — 11/20/2023 - #0 x 2
Signed By: Candice Justice RN — Candice Justice RN
Comment:

| Main Office | | *02/14/2024 1:56 PM* |
|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | |
| (865) 637-8812 Fax: (865) 637-8865 | | |
| | | |
| **Sabrina Guerrero** | Home: | Alternate: |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

## Allergies

**SULFA**

```
   Category: Drug
   Critical: I
 Onset Date: 11/01/2018
 Entered By: Amanda Tomlinson RN
  Signed By: Gregory A Moffitt MD
Description: rash
```

| Main Office | | 02/14/2024 1:56 PM |
|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | |
| (865) 637-8812 Fax: (865) 637-8865 | | |
| Sabrina Guerrero | Home: | Alternate: |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

**07/12/2021 - Lab Report: BMP, iPTH, PHOSPHORUS, MAGNESIUM, GLYCATED A1C, VIT D OH-25...**
**Provider: Gregory A Moffitt MD**
**Location of Care: Main Office**

Patient: Sabrina M Guerrero
ID: ORCHARD 542368
Note: All result statuses are Final unless otherwise noted.
Patient Note: Fasting

Tests: (1) BMP (OC2)

| | | | |
|---|---|---|---|
| SODIUM | | 143 mEq/L | 135-145 |
| POTASSIUM | | 4.1 mEq/L | 3.5-5.0 |
| CL | [H] | 109 mEq/L | 98-108 |
| CO2 | | 27 mEq/L | 21-31 |
| GLUCOSE | | 98 mg/dl | 70-105 |
| BUN | | 13 mg/dl | 7-24 |
| CREATININE | | 0.61 mg/dl | 0.60-1.30 |
| eGFR | | 104 ml/min/1.73m2 | >60 |
| CALCIUM | | 9.2 mg/dl | 8.4-10.2 |

Tests: (2) iPTH (OC2214)

| | | | |
|---|---|---|---|
| IPTH | [H] | 92.1 pg/ml | 14.0-72.0 |
| CALCIUM | | 9.2 mg/dl | 8.4-10.2 |

Tests: (3) PHOSPHORUS (OC20)

| | | | |
|---|---|---|---|
| PHOSPHORUS | | 2.9 mg/dl | 2.5-4.6 |

Tests: (4) MAGNESIUM (OC1904)

| | | | |
|---|---|---|---|
| MAGNESIUM | | 1.83 mg/dL | 1.50-2.50 |

Tests: (5) GLYCATED A1C (OC46)

| | | | |
|---|---|---|---|
| GLYCATED A1C | | 5.9 % | 4.4-6.3 |
| ESTIMATED AVG GLU | | 123 | |

Tests: (6) VIT D OH-25 (OC30)

| | | | |
|---|---|---|---|
| VIT D OH-25 | | 81.1 ng/mL | 30.0-100.0 |

Tests: (7) VITAMIN B12 (OC42)

| | | | |
|---|---|---|---|
| VITAMIN B12 | [H] | 1585.0 pg/ml | 200.0-1000.0 |

Tests: (8) 24 HR URINE CA (OC4)

| | | | |
|---|---|---|---|
| URINE CREATININE | | 80.4 mg/dl | 27.0-300.0 |
| RANDOM URINE CA | [L] | 5.4 mg/dl | 10.0-30.0 |
| URINE TOTAL VOLUME | | 1825 ml | |
| TOTAL COLLECT TIME | | 24.0 Hours | |
| 24 HR URINE CREAT. | | 1467.3 mg/24hr | 800.0-2800.0 |
| 24 HR URINE CALCIUM | [L] | 98.6 mg/24hr | 100.0-300.0 |
| ! Note | | Performed at ECET (R) | |

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.

Exhibit 8 MLF000014

**Lincoln/Guerrero 0743**

| Main Office | 02/14/2024 1:56 PM |
|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | |
| (865) 637-8812 Fax: (865) 637-8865 | |

**Sabrina Guerrero** Home: Alternate: (

54 years Old Female DOB: Pat ID: 542368 Ins: BCBS Commercial Network S Grp: 80860

Document Creation Date: 07/12/2021 9:38 AM

-----------------

The following lab values were dispersed to the flowsheet
with no units conversion:

POTASSIUM, 4.1 MEQ/L, (F) expected units: mmol/L

-----------------

The following results were not dispersed to the flowsheet:

Note, Performed at ECET, (R)

**Signed by Gregory A Moffitt MD on 07/12/2021 at 9:49 AM**

| Main Office | | 02/14/2024 1:56 PM |
|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | |
| (865) 637-8812 Fax: (865) 637-8865 | | |
| | | |
| Sabrina Guerrero | Home: | Alternate: ( |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

**07/12/2021 - Office Visit: Office Visit**
**Provider: Gregory A Moffitt MD**
**Location of Care: Main Office**

## History of Present Illness

Sabrina M Guerrero is seen in follow up for secondary hyperparathyroidism, hypomagnesemia, low vitamin B12 and prediabetes. Following last visit, the patient has remained on Rocaltrol 0.5 µg daily, tolerating it well. Unfortunately, she continues to have a lot of ongoing medical issues, most of them arising from nutritional issues secondary to her bariatric surgery. She is also having a lot of problems with fatigue, as it is present most days. She canceled identify any factors that make her fatigue better or worse. Her medications have remained unchanged, as have her supplements. She also continues to worry about her weight, her weight has remained relatively stable, but this is impacting her legs, causing chronic knee pain, causing issues with fluid retention. She also is having ongoing difficulty with back pain because of the weight. She admits that her diet throughout the day is not great, she typically grazes and eats continuously.

## Past Medical History:

Reviewed history from 01/11/2021 and no changes required:
Fibromyalgia
Osteoarthritis
IBS
Anemia
Anxiety
Depression
Hypertension
Hiatal Hernia

## Past Surgical History:

Reviewed history from 01/11/2021 and no changes required:
Gastric Bypass
Bowel and Hernia Repair 3-9-2020

**Family History Summary***(Last Reviewed on 07/12/2021)*

Mother
- High Cholesterol
- Depression
- Anxiety
- Other Medical Problem

Father
- Cancer, Pancreatic: Deceased. 83
- Diabetes, Type 2: Deceased. 83

Brother

- Diabetes, Type 2

Sister

- Hypertension
- Heart Disease

**Social History Summary***(Last Reviewed on 07/12/2021)*

Patient is a former smoker.
Marital Status: Married
Employment Status: Social Worker
Alcohol Use: Occasional
Highest Level of Education: Graduate School

## Allergies/Medications

Allergies and medications verified by C. Zollner RN on 07/12/2021

Allergies

- SULFA (severity: Mild; reaction: rash)

Medications (active at visit today)

- VITAMIN C CAPSULE (Take one (1) tablet by mouth twice daily.)
- ASPIR-81 81 MG ORAL TABLET DELAYED RELEASE (Take one (1) tablet by mouth daily.)
- MAGNESIUM OXIDE 400 (241.3 MG) MG TABS (Take 1 tablet by mouth once daily)
- B-12 1000 MCG ORAL TABLET (Take one (1) tablet by mouth daily.)
- APPLE CIDER VINEGAR TABLET (Take one (1) tablet by mouth twice daily.)
- VITAMIN A (Take one (1) tablet by mouth daily.)
- CALCITRIOL 0.5 MCG ORAL CAPSULE (Take 1 capsule by mouth once daily)
- CALCIUM 600 MG ORAL TABLET (Take one (1) tablet by mouth twice daily.)
- DICYCLOMINE HCL 20 MG ORAL TABLET (Take one (1) tablet by mouth daily as needed)
- HYOSCYAMINE SULFATE SL 0.125 MG SUBLINGUAL TABLET SUBLINGUAL (Take one (1) tablet by mouth daily as needed)
- ONDANSETRON HCL 8 MG ORAL TABLET (as needed)
- ESCITALOPRAM OXALATE 10 MG ORAL TABLET (Take one (1) tablet by mouth daily.)
- BENAZEPRIL HCL 20 MG ORAL TABLET (BENAZEPRIL HCL) (Take one (1) tablet by mouth daily.)
- VITAMIN D (ERGOCALCIFEROL) 50000 UNIT ORAL CAPSULE (twice weekly)
- MINOCYCLINE HCL 100 MG ORAL CAPSULE (Take one (1) tablet by mouth twice daily.)
- MELOXICAM 15 MG ORAL TABLET (Take one (1) tablet by mouth daily.)

## Review of Systems

**General Health**

- **Reports: Weight gain**

**Eyes**
- Denies: Double vision

**ENT (Ears, Nose, Throat/Neck, Mouth)**
- **Reports: Nasal congestion, Nasal discharge**

**Cardiovascular**
- **Reports: Chest discomfort/pain**
- Comments: seeing Dr. Tgoa today

**Respiratory**
- **Reports: Shortness of breath**

**Gastrointestinal**
- **Reports: Diarrhea**
- Denies: Abdominal pain

**Musculoskeletal**
- **Reports: Muscle or joint stiffness, Muscle or joint pain, Muscle or joint swelling**

**Neurological**
- Denies: Headaches

**Psychiatric**
- Denies: Anxiety, Depression

**Endocrine**
- Denies: High blood sugar, Low blood sugar

**Hematologic/Lymphatic**
- Denies: Recurrent infections

**Vital Signs:**

| | |
|---|---|
| Patient Profile: | 52 Years Old Female |
| Height: | 64.5 inches |
| Weight: | 390 pounds |
| BMI: | 65.90 |
| Pulse rate: | 80 / minute |
| BP Sitting: | 132 / 80 (left arm) |
| Cuff size: | large |

Medications: Medications were reviewed with the patient during this visit.

| Main Office | | 02/14/2024 1:56 PM |
|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | |
| (865) 637-8812 Fax: (865) 637-8865 | | |
| | | |
| **Sabrina Guerrero** | Home: | Alternate: ( |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

Vitals Entered By: Candice Zollner RN (July 12, 2021 10:00 AM)

## Physical Exam

**General:**
Appears stated age; well developed; in no acute distress
**Head:**
Symmetric; no excessive rounding; no excessive thickening of features
**Eyes:**
EOMI
**Ears:**
No deformity of pinna; hearing acuity sufficient for normal conversation
**Mouth:**
Mask worn
**Neck:**
No thyromegaly, palpable thyroid masses or abnormal cervical nodes
**Lungs:**
Respirations unlabored; clear to auscultation bilaterally
**Heart:**
Regular rate and rhythm without murmurs, rubs, or gallops
**Abdomen:**
Bowel sounds positive; abdomen soft and non-tender
**Msk:**
No abnormal spinal curvature; normal posture and gait
**Pulses:**
Pulses normal in all 4 extremities
**Extremities:**
No clubbing; no cyanosis; no edema noted
**Neurologic:**
No tremor
**Skin:**
No pigmentation abnormality; intact without lesions or rashes on exposed areas
**Psych:**
Alert and cooperative; normal mood and affect; normal attention span and concentration

**Labwork:**
Most Recent Lab Results:
**HbA1c:** : 5.9 % 07/12/2021

Tests: (1) BMP (OC2)

| | | | |
|---|---|---|---|
| SODIUM | | 143 mEq/L | 135-145 |
| POTASSIUM | | 4.1 mEq/L | 3.5-5.0 |
| CL | [H] | 109 mEq/L | 98-108 |
| CO2 | | 27 mEq/L | 21-31 |
| GLUCOSE | | 98 mg/dl | 70-105 |
| BUN | | 13 mg/dl | 7-24 |
| CREATININE | | 0.61 mg/dl | 0.60-1.30 |
| eGFR | | 104 ml/min/1.73m2 | >60 |
| CALCIUM | | 9.2 mg/dl | 8.4-10.2 |

**Main Office** *02/14/2024 1:56 PM*

1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444

(865) 637-8812 Fax: (865) 637-8865

**Sabrina Guerrero** Home: Alternate: (

54 years Old Female DOB: Pat ID: 542368 Ins: BCBS Commercial Network S Grp: 80860

| | | | |
|---|---|---|---|
| Tests: (2) iPTH (OC2214) | | | |
| IPTH | [H] | 92.1 pg/ml | 14.0-72.0 |
| CALCIUM | | 9.2 mg/dl | 8.4-10.2 |
| Tests: (3) PHOSPHORUS (OC20) | | | |
| PHOSPHORUS | | 2.9 mg/dl | 2.5-4.6 |
| Tests: (4) MAGNESIUM (OC1904) | | | |
| MAGNESIUM | | 1.83 mg/dL | 1.50-2.50 |
| Tests: (5) GLYCATED A1C (OC46) | | | |
| GLYCATED A1C | | 5.9 % | 4.4-6.3 |
| ESTIMATED AVG GLU | | 123 | |
| Tests: (6) VIT D OH-25 (OC30) | | | |
| VIT D OH-25 | | 81.1 ng/mL | 30.0-100.0 |
| Tests: (7) VITAMIN B12 (OC42) | | | |
| VITAMIN B12 | [H] | 1585.0 pg/ml | 200.0-1000.0 |
| Tests: (8) 24 HR URINE CA (OC4) | | | |
| URINE CREATININE | | 80.4 mg/dl | 27.0-300.0 |
| RANDOM URINE CA | [L] | 5.4 mg/dl | 10.0-30.0 |
| URINE TOTAL VOLUME | | 1825 ml | |
| TOTAL COLLECT TIME | | 24.0 Hours | |
| 24 HR URINE CREAT. | | 1467.3 mg/24hr | 800.0-2800.0 |
| 24 HR URINE CALCIUM | [L] | 98.6 mg/24hr | 100.0-300.0 |
| ! Note | | Performed at ECET (R) | |

## Impression & Recommendations:

**Problem # 1:** Secondary Hyperparathyroidism - Non-Renal (ICD-252.02) (ICD10-E21.1)
**Assessment:** Unchanged

Diagnosed in 2018, appears to be secondary, etiology undetermined, with patient receiving Rocaltrol 0.5 µg daily. Her parathyroid level remained slightly elevated. We will continue to be very mindful of her calcium levels, following it closely. I did review with her the signs and symptoms of hypercalcemia, should she have any problems tolerating this medication, she is to contact us. Her 24 hour UFC from 2021 was still on the low side, no concer for nephrolithiasis.
- THERAPY: Rocaltrol 0.5 µg once daily
- OTC calcium 600 mg po tid
- RTC in 6 months
- 24 hour for calcium in 2023

**Problem # 2:** Hypomagnesemia (ICD-275.2) (ICD10-E83.42)
**Assessment:** Unchanged

| Main Office | 02/14/2024 1:56 PM |
|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | |
| (865) 637-8812 Fax: (865) 637-8865 | |
| | |
| **Sabrina Guerrero** Home: | Alternate: ( |
| 54 years Old Female DOB: Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

Diagnosed in 2018, with patient. Presently receiving MgOx 400 mg daily
- Magnesium oxide 400 mg by mouth daily

**Problem # 3:** Body mass index (BMI) 60.0-69.99, adult (ICD-V85.44) (ICD10-Z68.44)
**Assessment:** Deteriorated

Patient is currently working with her bariatric surgeon

**Problem # 4:** Vitamin D Deficiency (ICD-268.9) (ICD10-E55.9)
**Assessment:** Unchanged

Diagnosed in 2019, doing well with drisdol once a week
- THERAPY: drisdol - 50 K once a week

**Problem # 5:** Vitamin B12 deficiency (ICD10-Z86.39)
**Assessment:** Deteriorated

Patient to initiate 1000 µg of over-the-counter B12 daily. She is on too much
- B12 - 1,000 mcg Q.O.D.

**Problem # 6:** Prediabetes (ICD10-R73.03)
**Assessment:** Deteriorated
The goals of diabetes prevention include preventing or delaying the onset of diabetes, preserving beta cell function, and preventing or delaying microvascular and cardiovascular complications. Lifestyle modification (predominantly exercise and weight loss) successfully decreases the development of diabetes. Therefore, I have promoted lifestyle changes (healthy diet and regular exercise). In particular, would like to see the individual ingests no more than 100 g of carbohydrates daily. Patients who are at high risk should be followed closely, with repeat examination and measurements of fasting blood glucose or A1C on an annual basis. For select patients (age <60 years and/or BMI =35 kg/m2, women with a history of gestational diabetes) with impaired fasting glucose (IFG), impaired glucose tolerance (IGT), or A1C of 5.7 to 6.4 percent, in whom lifestyle interventions fail to improve glycemic indices, we suggest metformin for diabetes prevention. I would like her to try a GLP-1. I reviewed the mechanism of action, and the side effects of this medication including, but not limited to the following: FDA blackbox warning on the risk of thyroid C-cell tumors, GI side effects, retinopathy (Ozempic/Trulicity), injection site reactions and acute pancreatitis risk
- THERAPY: Ozempic 0.25 to 0.5 mg weekly
- RTC in 3 months

**Signed by Gregory A Moffitt MD on 07/12/2021 at 10:21 AM**

| Main Office | | 02/14/2024 1:56 PM |
|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | |
| (865) 637-8812 Fax: (865) 637-8865 | | |
| Sabrina Guerrero | Home: | Alternate: |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

**11/16/2021 - Lab Report: CMP, CBC, MAGNESIUM, PHOSPHORUS, iPTH, GLYCATED A1C...**
**Provider: Gregory A Moffitt MD**
**Location of Care: Main Office**

Patient: Sabrina M Guerrero
ID: ORCHARD 542368
Note: All result statuses are Final unless otherwise noted.
Patient Note: Not Fasting

Tests: (1) CMP (OC5)

| Test | Flag | Result | Reference |
|---|---|---|---|
| SODIUM | | 141 mEq/L | 135-145 |
| POTASSIUM | | 4.0 mEq/L | 3.5-5.0 |
| CL | | 107 mEq/L | 98-108 |
| CO2 | | 28 mEq/L | 21-31 |
| GLUCOSE | | 95 mg/dl | 70-105 |
| BUN | | 18 mg/dl | 7-24 |
| CREATININE | [L] | 0.54 mg/dl | 0.60-1.30 |
| eGFR | | 108 ml/min/1.73m2 | >60 |
| CALCIUM | | 9.5 mg/dl | 8.4-10.2 |
| TOTAL BILIRUBIN | | 0.40 mg/dl | 0.20-1.30 |
| T. PROTEIN | | 7.7 g/dl | 6.0-8.0 |
| ALBUMIN | | 4.1 g/dl | 3.5-5.0 |
| AST | | 13 IU/L | 10-42 |
| ALT | | 27 IU/L | 10-55 |
| ALKALINE PHOS | | 101 IU/L | 38-124 |

Tests: (2) CBC (OC23)

| Test | Flag | Result | Reference |
|---|---|---|---|
| WBC | | 7.4 K/uL | 4.6-10.2 |
| RBC | | 4.90 M/uL | 3.70-5.30 |
| HGB | | 14.5 g/dl | 12.0-16.0 |
| HCT | | 44.5 % | 37.0-47.0 |
| MCV | | 90.6 fl | 81.0-99.0 |
| MCH | | 29.5 pg | 27.0-31.2 |
| MCHC | | 32.6 g/dl | 31.8-35.4 |
| RDW | | 13.5 % | 11.6-14.8 |
| PLT | | 257 K/uL | 142-424 |
| MPV | | 9.4 fl | 7.4-10.4 |

Tests: (3) MAGNESIUM (OC1904)

| Test | Flag | Result | Reference |
|---|---|---|---|
| MAGNESIUM | | 1.82 mg/dL | 1.50-2.50 |

Tests: (4) PHOSPHORUS (OC20)

| Test | Flag | Result | Reference |
|---|---|---|---|
| PHOSPHORUS | | 3.2 mg/dl | 2.5-4.6 |

Tests: (5) iPTH (OC2214)

| Test | Flag | Result | Reference |
|---|---|---|---|
| IPTH | [H] | 80.4 pg/ml | 14.0-72.0 |
| CALCIUM | | 9.5 mg/dl | 8.4-10.2 |

Tests: (6) GLYCATED A1C (OC46)

| Test | Flag | Result | Reference |
|---|---|---|---|
| GLYCATED A1C | | 5.6 % | 4.4-6.3 |
| ESTIMATED AVG GLU | | 114 | |

| Main Office | | 02/14/2024 1:56 PM |
|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | |
| (865) 637-8812 Fax: (865) 637-8865 | | |
| | | |
| **Sabrina Guerrero** | Home: | Alternate: |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

```
Tests: (7) LIPID PANEL (OC12)
  CHOLESTEROL                        188 mg/dl                  0-200
  TRIGLYCERIDES                      113 mg/dl                  0-150
  HDL                                50 mg/dl                   >40
  LDL-CALCULATED                     115.3 mg/dl
    <70  Goal for patients with very high CV risk factors
    <100 Goal for patients with high CV risk factors
    <130 Goal for patients with moderate CV risk factors
  CHOL/HDL RATIO                     3.8 Ratio                  1.0-5.0

Tests: (8) RANDOM M-ALB (OC15)
  URINE CREATININE                   120.3 mg/dl                27.0-300.0
  URINE MICRO-ALB                    0.90 mg/dl                 0.00-1.90
  MICRO-ALB/CREAT                    7.5 mg/g                   0.0-29.9

Tests: (9) VIT D OH-25 (OC30)
  VIT D OH-25                        80.6 ng/mL                 30.0-100.0

Tests: (10) VITAMIN B12 (OC42)
  VITAMIN B12                   [H]  1313.0 pg/ml               200.0-1000.0
! Note                               Performed at ECET (R)

Note: An exclamation mark (!) indicates a result that was not dispersed into the
flowsheet.
Document Creation Date: 11/16/2021 9:27 AM
```

---

-----------------

The following lab values were dispersed to the flowsheet
with no units conversion:

  POTASSIUM, 4.0 MEQ/L, (F)  expected units: mmol/L
  RBC, 4.90 M/UL, (F)  expected units: 10*6/mm3

-----------------

The following results were not dispersed to the flowsheet:

  Note, Performed at ECET, (R)

**Signed by Gregory A Moffitt MD on 11/16/2021 at 9:28 AM**

---

Exhibit 8 MLF000023

**Lincoln/Guerrero 0752**

| Main Office | 02/14/2024 1:56 PM |
|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | |
| (865) 637-8812 Fax: (865) 637-8865 | |

| Sabrina Guerrero | Home: | Alternate: |
|---|---|---|
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

**11/16/2021 - Office Visit: Office Visit**
**Provider: Gregory A Moffitt MD**
**Location of Care: Main Office**

## History of Present Illness

Sabrina M Guerrero is seen in follow up for secondary hyperparathyroidism, hypomagnesemia, low vitamin B12 and prediabetes. Following last visit, the patient has remained on Rocaltrol 0.5 µg daily, tolerating it well. Unfortunately, she continues to have a lot of ongoing medical issues, most of them arising from nutritional issues secondary to her bariatric surgery. She is also having a lot of problems with fatigue, as it is present most days. She can not identify any factors that make her fatigue better or worse. Her medications have remained unchanged, as have her supplements. She also continues to worry about her weight, her weight has remained relatively stable, but this is impacting her legs, causing chronic knee pain, causing issues with fluid retention. She also is having ongoing difficulty with back pain because of the weight. She admits that her diet throughout the day is not great, she typically grazes and eats continuously. For her weight and her blood sugars, the patient has been receiving ozempic, presently receiving 0.5 mg subcutaneous once weekly.

## Past Medical History:

Reviewed and updated today:
Fibromyalgia
Osteoarthritis
IBS
Anemia
Anxiety
Depression
Hypertension
Hiatal Hernia
UTI

## Past Surgical History:

Reviewed history from 07/12/2021 and no changes required:
Gastric Bypass
Bowel and Hernia Repair 3-9-2020

**Family History Summary***(Last Reviewed on 11/16/2021)*

Mother

- High Cholesterol
- Depression
- Anxiety
- Other Medical Problem

Father

**Main Office** *02/14/2024 1:56 PM*
1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444
(865) 637-8812 Fax: (865) 637-8865

**Sabrina Guerrero** Home: Alternate:
54 years Old Female DOB: Pat ID: 542368 Ins: BCBS Commercial Network S Grp: 80860

- Cancer, Pancreatic: Deceased. 83
- Diabetes, Type 2: Deceased. 83

Brother
- Diabetes, Type 2

Sister
- Hypertension
- Heart Disease

**Social History Summary** *(Last Reviewed on 11/16/2021)*

Patient is a former smoker.
Marital Status: Married
Employment Status: Social Worker
Alcohol Use: Occasional
Highest Level of Education: Graduate School

## Review of Systems

**General Health**
- Denies: Weight loss, Weight gain

**Cardiovascular**
- Denies: Chest discomfort/pain

**Respiratory**
- Denies: Shortness of breath

**Gastrointestinal**
- Denies: Abdominal pain, Nausea

**Genitourinary**
- Denies: Frequent urination

**Musculoskeletal**
- Denies: Muscle or joint stiffness

**Neurological**
- Denies: Headaches

**Psychiatric**
- Denies: Anxiety, Depression

**Endocrine**
- Denies: High blood sugar

**Hematologic/Lymphatic**
- Denies: Recurrent infections

| Main Office | | 02/14/2024 1:56 PM |
|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | |
| (865) 637-8812 Fax: (865) 637-8865 | | |
| | | |
| **Sabrina Guerrero** | Home: | Alternate: |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 52 Years Old Female |
| Height: | 64.5 inches |
| Weight: | 389 pounds |
| BMI: | 65.73 |
| Pulse rate: | 82 / minute |
| BP Sitting: | 136 / 82 (left arm) |
| Cuff size: | regular |

Medications: Medications were reviewed with the patient during this visit.
Allergies: Allergies were reviewed with the patient during this visit.

Vitals Entered By: Candice Zollner RN (November 16, 2021 9:16 AM)

## Physical Exam

**General:**
Appears stated age; well developed; in no acute distress
**Head:**
Symmetric; no excessive rounding; no excessive thickening of features
**Eyes:**
EOMI
**Ears:**
No deformity of pinna; hearing acuity sufficient for normal conversation
**Mouth:**
Mask worn
**Neck:**
No thyromegaly, palpable thyroid masses or abnormal cervical nodes
**Lungs:**
Respirations unlabored; clear to auscultation bilaterally
**Heart:**
Regular rate and rhythm without murmurs, rubs, or gallops
**Abdomen:**
Bowel sounds positive; abdomen soft and non-tender
**Msk:**
No abnormal spinal curvature; normal posture and gait
**Pulses:**
Pulses normal in all 4 extremities
**Extremities:**
No clubbing; no cyanosis; no edema noted
**Neurologic:**

| Main Office | | | 02/14/2024 1:56 PM |
|---|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | | |
| (865) 637-8812 Fax: (865) 637-8865 | | | |
| | | | |
| **Sabrina Guerrero** | | Home: | Alternate: |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 | |

No tremor

**Skin:**
No pigmentation abnormality; intact without lesions or rashes on exposed areas

**Cervical Nodes:**
No significant adenopathy

**Psych:**
Alert and cooperative; normal mood and affect; normal attention span and concentration

**Labwork:**
Most Recent Lab Results:
**HbA1c:** : 5.9 % 07/12/2021

**Medication Changes and Prescriptions At This Visit:**

Added new medication of cephalexin 500 mg capsule (cephalexin) Take 1 capsule by mouth twice a day UTI; Route: BY MOUTH - Signed
Changed medication from cyanocobalamin (vitamin B-12) 1,000 mcg tablet (cyanocobalamin (vitamin b-12)) Take 1 tablet by mouth once a day to cyanocobalamin (vitamin B-12) 1,000 mcg tablet (cyanocobalamin (vitamin b-12)) Take 1 tablet by mouth every other day ; Route: BY MOUTH - Signed
Added new medication of Ozempic 1 mg/dose (4 mg/3 mL) pen injector (semaglutide) Inject 1 mg subcutaneously once a week as directed ; Route: SUBCUTANEOUSLY - Signed
Deleted medication of Ozempic 0.25 mg or 0.5 mg(2 mg/1.5 mL) pen injector (semaglutide) Inject 0.5 mg once a week as directed
Rx of Ozempic 1 mg/dose (4 mg/3 mL) pen injector (semaglutide) Inject 1 mg subcutaneously once a week as directed ; #3 ml x 3; Signed; Entered by: Gregory A Moffitt MD; Authorized by: Gregory A Moffitt MD; Method used: Electronically to Sam's Club Pharmacy 6572 2920 KNOXVILLE CENTER DRIVE, KNOXVILLE, TN 37924, Ph: (865) 637-0643 Fax: (865) 637-1803, ; Note to Pharmacy: CRX: |Eligible patients may qualify for savings. Direct patients to www.novocare.com. Sponsored by Novo Nordisk.|

**Active Medication List:**

Ozempic 1 mg/dose (4 mg/3 mL) pen injector (semaglutide) Inject 1 mg subcutaneously once a week as directed
cyanocobalamin (vitamin B-12) 1,000 mcg tablet (cyanocobalamin (vitamin b-12)) Take 1 tablet by mouth every other day
cephalexin 500 mg capsule (cephalexin) Take 1 capsule by mouth twice a day UTI
magnesium oxide 400 mg (241.3 mg magnesium) tablet (magnesium oxide) Take 1 tablet by mouth once daily
ondansetron HCl 8 mg tablet (ondansetron hcl) as needed
* CALCIUM 600 MG TABS (CALCIUM) Take 1 tablet by mouth twice a day
* VITAMIN C CAPSULE Take 1 tablet by mouth twice a day
hyoscyamine sulfate 0.125 mg tablet, sublingual (hyoscyamine sulfate) Take 1 tablet by mouth once a day as needed
minocycline 100 mg capsule (minocycline) Take 1 tablet by mouth twice a day
* ASPIR-81 81 MG ORAL TABLET DELAYED RELEASE Take 1 tablet by mouth once a day
meloxicam 15 mg tablet (meloxicam) Take 1 tablet by mouth once a day
* VITAMIN A Take 1 tablet by mouth once a day
* BENAZEPRIL HCL 20 MG ORAL TABLET (BENAZEPRIL HCL) Take 1 tablet by mouth once a day
ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule (ergocalciferol (vitamin d2)) twice a week
escitalopram oxalate 10 mg tablet (escitalopram oxalate) Take 1 tablet by mouth once a day
apple cider vinegar 500 mg tablet (apple cider vinegar) Take 1 tablet by mouth twice a day
dicyclomine 20 mg tablet (dicyclomine) Take 1 tablet by mouth once a day as needed
calcitriol 0.5 mcg capsule (calcitriol) Take 1 capsule by mouth once a day

| Main Office | 02/14/2024 1:56 PM |
|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | |
| (865) 637-8812 Fax: (865) 637-8865 | |

**Sabrina Guerrero** Home: Alternate:

54 years Old Female DOB: Pat ID: 542368 Ins: BCBS Commercial Network S Grp: 80860

| Test | Flag | Result | Range |
|---|---|---|---|
| Tests: (1) CMP (OC5) | | | |
| SODIUM | | 141 mEq/L | 135-145 |
| POTASSIUM | | 4.0 mEq/L | 3.5-5.0 |
| CL | | 107 mEq/L | 98-108 |
| CO2 | | 28 mEq/L | 21-31 |
| GLUCOSE | | 95 mg/dl | 70-105 |
| BUN | | 18 mg/dl | 7-24 |
| CREATININE | [L] | 0.54 mg/dl | 0.60-1.30 |
| eGFR | | 108 ml/min/1.73m2 | >60 |
| CALCIUM | | 9.5 mg/dl | 8.4-10.2 |
| TOTAL BILIRUBIN | | 0.40 mg/dl | 0.20-1.30 |
| T. PROTEIN | | 7.7 g/dl | 6.0-8.0 |
| ALBUMIN | | 4.1 g/dl | 3.5-5.0 |
| AST | | 13 IU/L | 10-42 |
| ALT | | 27 IU/L | 10-55 |
| ALKALINE PHOS | | 101 IU/L | 38-124 |
| Tests: (2) CBC (OC23) | | | |
| WBC | | 7.4 K/uL | 4.6-10.2 |
| RBC | | 4.90 M/uL | 3.70-5.30 |
| HGB | | 14.5 g/dl | 12.0-16.0 |
| HCT | | 44.5 % | 37.0-47.0 |
| MCV | | 90.6 fl | 81.0-99.0 |
| MCH | | 29.5 pg | 27.0-31.2 |
| MCHC | | 32.6 g/dl | 31.8-35.4 |
| RDW | | 13.5 % | 11.6-14.8 |
| PLT | | 257 K/uL | 142-424 |
| MPV | | 9.4 fl | 7.4-10.4 |
| Tests: (3) MAGNESIUM (OC1904) | | | |
| MAGNESIUM | | 1.82 mg/dL | 1.50-2.50 |
| Tests: (4) PHOSPHORUS (OC20) | | | |
| PHOSPHORUS | | 3.2 mg/dl | 2.5-4.6 |
| Tests: (5) iPTH (OC2214) | | | |
| IPTH | [H] | 80.4 pg/ml | 14.0-72.0 |
| CALCIUM | | 9.5 mg/dl | 8.4-10.2 |
| Tests: (6) GLYCATED A1C (OC46) | | | |
| GLYCATED A1C | | 5.6 % | 4.4-6.3 |
| ESTIMATED AVG GLU | | 114 | |
| Tests: (7) LIPID PANEL (OC12) | | | |
| CHOLESTEROL | | 188 mg/dl | 0-200 |
| TRIGLYCERIDES | | 113 mg/dl | 0-150 |
| HDL | | 50 mg/dl | >40 |
| LDL-CALCULATED | | 115.3 mg/dl | |

<70 Goal for patients with very high CV risk factors

Exhibit 8 MLF000028

**Lincoln/Guerrero 0757**

| Main Office | 02/14/2024 1:56 PM |
|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | |
| (865) 637-8812 Fax: (865) 637-8865 | |
| | |
| **Sabrina Guerrero** Home: Alternate: | |
| 54 years Old Female DOB: Pat ID: 542368 Ins: BCBS Commercial Network S Grp: 80860 | |

```
    <100 Goal for patients with high CV risk factors
    <130 Goal for patients with moderate CV risk factors
  CHOL/HDL RATIO                     3.8 Ratio                  1.0-5.0

Tests: (8) RANDOM M-ALB (OC15)
  URINE CREATININE                   120.3 mg/dl                27.0-300.0
  URINE MICRO-ALB                    0.90 mg/dl                 0.00-1.90
  MICRO-ALB/CREAT                    7.5 mg/g                   0.0-29.9

Tests: (9) VIT D OH-25 (OC30)
  VIT D OH-25                        80.6 ng/mL                 30.0-100.0

Tests: (10) VITAMIN B12 (OC42)
  VITAMIN B12                   [H]  1313.0 pg/ml               200.0-1000.0
! Note                               Performed at ECET (R)
```

TOTAL TIME (including review of records, interim history and test results; discussion of management options and recommendations; document creation and communication with other healthcare providers) was 35 minutes.

**Impression & Recommendations:**

**Problem # 1:** Secondary Hyperparathyroidism - Non-Renal (ICD-252.02) (ICD10-E21.1)
**Assessment:** Improved

Diagnosed in 2018, appears to be secondary, etiology undetermined, with patient receiving Rocaltrol 0.5 µg daily. Her parathyroid level remained slightly elevated. We will continue to be very mindful of her calcium levels, following it closely. I did review with her the signs and symptoms of hypercalcemia, should she have any problems tolerating this medication, she is to contact us. Her 24 hour UFC from 2021 was still on the low side, no concern for nephrolithiasis.
- THERAPY: Rocaltrol 0.5 µg once daily
- OTC calcium 600 mg po tid
- RTC in 6 months
- 24 hour for calcium in 2023

**Problem # 2:** Hypomagnesemia (ICD-275.2) (ICD10-E83.42)
**Assessment:** Unchanged

Diagnosed in 2018, with patient. Presently receiving MgOx 400 mg daily
- Magnesium oxide 400 mg by mouth daily

**Problem # 3:** Vitamin D Deficiency (ICD-268.9) (ICD10-E55.9)
**Assessment:** Unchanged

Diagnosed in 2019, doing well with drisdol twice a week
- THERAPY: drisdol - 50 K twice a week

| Main Office | | 02/14/2024 1:56 PM |
|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | |
| (865) 637-8812 Fax: (865) 637-8865 | | |
| | | |
| **Sabrina Guerrero** | Home: | Alternate: |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

**Problem # 4:** Vitamin B12 deficiency (ICD10-Z86.39)
**Assessment:** Unchanged

Patient to initiate 1000 µg of over-the-counter B12 daily. She is on too much
- B12 - 1,000 mcg twice a week

**Problem # 5:** Prediabetes (ICD10-R73.03)
**Assessment:** Improved

The goals of diabetes prevention include preventing or delaying the onset of diabetes, preserving beta cell function, and preventing or delaying microvascular and cardiovascular complications. Lifestyle modification (predominantly exercise and weight loss) successfully decreases the development of diabetes. Therefore, I have promoted lifestyle changes (healthy diet and regular exercise). In particular, would like to see the individual ingests no more than 100 g of carbohydrates daily. Patients who are at high risk should be followed closely, with repeat examination and measurements of fasting blood glucose or A1C on an annual basis. For select patients (age <60 years and/or BMI =35 kg/m2, women with a history of gestational diabetes) with impaired fasting glucose (IFG), impaired glucose tolerance (IGT), or A1C of 5.7 to 6.4 percent, in whom lifestyle interventions fail to improve glycemic indices, we suggest metformin for diabetes prevention. I would like her to increase GLP-1
- THERAPY: Ozempic 1 mg weekly
- RTC in 6 months

**Problem # 6:** Body mass index (BMI) 60.0-69.99, adult (ICD-V85.44) (ICD10-Z68.44)
**Assessment:** Comment Only

Patient is currently working with her bariatric surgeon

**Vaccines Administered/Entered:**
Vaccination Group: Influenza
Series: 4 NOT GIVEN
Vaccination:
Reason Not Given: Patient decision
Entered Date: 11/16/2021 12:00 AM
Entered by: Zollner RN, Candice

**Signed by Gregory A Moffitt MD on 11/16/2021 at 9:40 AM**

| Main Office | 02/14/2024 1:56 PM |
|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | |
| (865) 637-8812 Fax: (865) 637-8865 | |
| | |
| **Sabrina Guerrero** | Home: Alternate: |
| 54 years Old Female DOB: Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

**05/31/2022 - Lab Report: BMP, iPTH, VIT D OH-25, VITAMIN B12, GLYCATED A1C, MAGNESIUM**
**Provider: Gregory A Moffitt MD**
**Location of Care: Main Office**

Patient: Sabrina M Guerrero
ID: ORCHARD 542368
Note: All result statuses are Final unless otherwise noted.
Patient Note: Fasting

Tests: (1) BMP (OC2)

| | | | |
|---|---|---|---|
| SODIUM | [H] | 146 mEq/L | 135-145 |
| POTASSIUM | | 4.5 mEq/L | 3.5-5.0 |
| CL | [H] | 109 mEq/L | 98-108 |
| CO2 | | 28 mEq/L | 21-31 |
| GLUCOSE | | 94 mg/dl | 70-105 |
| BUN | | 14 mg/dl | 7-24 |
| CREATININE | | 0.70 mg/dl | 0.60-1.30 |
| eGFR | | 99 ml/min/1.73m2 | >60 |
| CALCIUM | | 9.5 mg/dl | 8.4-10.2 |

Tests: (2) iPTH (OC2214)

| | | | |
|---|---|---|---|
| IPTH | [H] | 81.2 pg/ml | 14.0-72.0 |
| CALCIUM | | 9.5 mg/dl | 8.4-10.2 |

Tests: (3) VIT D OH-25 (OC30)

| | | | |
|---|---|---|---|
| VIT D OH-25 | | 86.2 ng/mL | 30.0-100.0 |

Tests: (4) VITAMIN B12 (OC42)

| | | | |
|---|---|---|---|
| VITAMIN B12 | | 970.0 pg/ml | 200.0-1000.0 |

Tests: (5) GLYCATED A1C (OC46)

| | | | |
|---|---|---|---|
| GLYCATED A1C | | 5.3 % | 4.4-6.3 |
| ESTIMATED AVG GLU | | 105 | |

Tests: (6) MAGNESIUM (OC1904)

| | | | |
|---|---|---|---|
| MAGNESIUM | | 1.89 mg/dL | 1.50-2.50 |
| ! Note | | Performed at ECET (R) | |

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 05/31/2022 9:08 AM

-----------------

The following lab values were dispersed to the flowsheet
with no units conversion:

POTASSIUM, 4.5 MEQ/L, (F) expected units: mmol/L

| Main Office | | | *02/14/2024 1:56 PM* |
|---|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | | |
| (865) 637-8812 Fax: (865) 637-8865 | | | |
| | | | |
| **Sabrina Guerrero** | | Home: | Alternate: |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 | |

-----------------

The following results were not dispersed to the flowsheet:

Note, Performed at ECET, (R)

**Signed by Gregory A Moffitt MD on 05/31/2022 at 9:21 AM**

| Main Office | | | 02/14/2024 1:56 PM |
|---|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | | |
| (865) 637-8812 Fax: (865) 637-8865 | | | |
| | | | |
| **Sabrina Guerrero** | | Home: | Alternate: |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 | |

**05/31/2022 - Office Visit: Office Visit**
**Provider: Gregory A Moffitt MD**
**Location of Care: Main Office**

## History of Present Illness

Sabrina M Guerrero is seen in follow up for secondary hyperparathyroidism, hypomagnesemia, low vitamin B12 and prediabetes.

SECONDARY HYPERPARATHYROIDISM: Diagnosed in 2018, appears to be secondary, etiology undetermined - likely from bariatric surgery, with patient receiving Rocaltrol 0.5 µg daily. So far, the patient is tolerating this medication well, admitting to no difficulties with paresthesias, she has no muscle cramping, she also denies having any kidney stones.

HYPOMAGNESEMIA: Patient remains compliant with magnesium oxide 400 mg once a day, so far, no difficulty with this medication.

PERNICIOUS ANEMIA: No neurologic changes, no muscle spasms. The patient has recently been having some difficulty with her memory, however this is secondary to COVID. So far, she has had a difficult time recovering from this infection from February 2022. She does remain compliant with B12 supplementation.

PREDIABETES: So far, the patient has done quite well with Ozempic. This medication has helped her lose weight, has also improved her blood sugar. She has no difficulty tolerating this medication, she is currently receiving 1 mg weekly.

## Past Medical History:

Reviewed and updated today:
- Fibromyalgia
- Osteoarthritis
- IBS
- Anemia
- Anxiety
- Depression
- Hypertension
- Hiatal Hernia
- UTI
- COVID 2-2022

## Past Surgical History:

Reviewed history from 11/16/2021 and no changes required:
- Gastric Bypass
- Bowel and Hernia Repair 3-9-2020

**Family History Summary***(Last Reviewed on 05/31/2022)*

| Main Office | | 02/14/2024 1:56 PM |
|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | |
| (865) 637-8812 Fax: (865) 637-8865 | | |
| | | |
| **Sabrina Guerrero** | Home: | Alternate: |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

Mother

- High Cholesterol
- Depression
- Anxiety
- Other Medical Problem

Father

- Cancer, Pancreatic: Deceased. 83
- Diabetes, Type 2: Deceased. 83

Brother

- Diabetes, Type 2

Sister

- Hypertension
- Heart Disease

**Social History Summary***(Last Reviewed on 05/31/2022)*

Patient is a former smoker.
Marital Status: Married
Employment Status: Social Worker
Alcohol Use: Occasional
Highest Level of Education: Graduate School

**Vital Signs:**

| | |
|---|---|
| Patient Profile: | 53 Years Old Female |
| Height: | 64.5 inches |
| Weight: | 375 pounds |
| BMI: | 63.37 |
| Pulse rate: | 79 / minute |
| BP Sitting: | 132 / 80 (right arm) |
| Cuff size: | large |

Medications: Medications were reviewed with the patient during this visit.
Allergies: Allergies were reviewed with the patient during this visit.

Vitals Entered By: Candice Justice RN (May 31, 2022 8:49 AM)

| Main Office | | 02/14/2024 1:56 PM |
|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | |
| (865) 637-8812 Fax: (865) 637-8865 | | |
| | | |
| **Sabrina Guerrero** | Home: | Alternate: |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

**Physical Exam**

**General:**
Appears stated age; well developed; in no acute distress
**Head:**
Symmetric; no excessive rounding; no excessive thickening of features
**Eyes:**
EOMI
**Ears:**
No deformity of pinna; hearing acuity sufficient for normal conversation
**Nose:**
No discharge; nares patent
**Mouth:**
Mask worn
**Neck:**
No thyromegaly, palpable thyroid masses or abnormal cervical nodes
**Lungs:**
Respirations unlabored; clear to auscultation bilaterally
**Heart:**
Regular rate and rhythm without murmurs, rubs, or gallops
**Abdomen:**
Bowel sounds positive; abdomen soft and non-tender
**Msk:**
No abnormal spinal curvature; normal posture and gait
**Pulses:**
Pulses normal in all 4 extremities
**Extremities:**
No clubbing; no cyanosis; no edema noted
**Neurologic:**
No tremor
**Skin:**
No pigmentation abnormality; intact without lesions or rashes on exposed areas
**Cervical Nodes:**
No significant adenopathy
**Psych:**
Alert and cooperative; normal mood and affect; normal attention span and concentration

**Labwork:**
Most Recent Lab Results:
**HbA1c:** : 5.6 % 11/16/2021

**Medication Changes and Prescriptions At This Visit:**

Added new medication of multivitamin tablet (multivitamin) Take 1 tablet by mouth once a day ; Route: BY MOUTH - Signed
Added new medication of Symbicort 160-4.5 mcg/actuation HFA aerosol inhaler (budesonide-formoterol) as needed - Signed
Added new medication of albuterol sulfate 90 mcg/actuation HFA aerosol inhaler (albuterol sulfate) INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS - Signed
Added new medication of topiramate 25 mg tablet (topiramate) Take 1 tablet by mouth once a day ; Route: BY MOUTH - Signed

| Main Office | | 02/14/2024 1:56 PM |
|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | |
| (865) 637-8812 Fax: (865) 637-8865 | | |
| **Sabrina Guerrero** | Home: | Alternate: |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

Changed medication from cyanocobalamin (vitamin B-12) 1,000 mcg tablet (cyanocobalamin (vitamin b-12)) Take 1 tablet by mouth every other day to cyanocobalamin (vitamin B-12) 1,000 mcg tablet (cyanocobalamin (vitamin b-12)) Take 1 tablet by mouth twice a week ; Route: BY MOUTH - Signed
Removed medication of cephalexin 500 mg capsule (cephalexin) Take 1 capsule by mouth twice a day UTI; Route: BY MOUTH; Stop Date: 05/31/2022 - Signed
Removed medication of dicyclomine 20 mg tablet (dicyclomine) Take 1 tablet by mouth once a day as needed ; Route: BY MOUTH; Stop Date: 05/31/2022 - Signed

**Active Medication List:**

cyanocobalamin (vitamin B-12) 1,000 mcg tablet (cyanocobalamin (vitamin b-12)) Take 1 tablet by mouth twice a week
topiramate 25 mg tablet (topiramate) Take 1 tablet by mouth once a day
albuterol sulfate 90 mcg/actuation HFA aerosol inhaler (albuterol sulfate) INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS
Symbicort 160-4.5 mcg/actuation HFA aerosol inhaler (budesonide-formoterol) as needed
multivitamin tablet (multivitamin) Take 1 tablet by mouth once a day
magnesium oxide 400 mg (241.3 mg magnesium) tablet (magnesium oxide) Take 1 tablet by mouth once daily
calcitriol 0.5 mcg capsule (calcitriol) Take 1 capsule by mouth once a day
Ozempic 1 mg/dose (4 mg/3 mL) pen injector (semaglutide) Inject 1 mg subcutaneously once a week as directed
ondansetron HCl 8 mg tablet (ondansetron hcl) as needed
* CALCIUM 600 MG TABS (CALCIUM) Take 1 tablet by mouth twice a day
* VITAMIN C CAPSULE Take 1 tablet by mouth twice a day
hyoscyamine sulfate 0.125 mg tablet, sublingual (hyoscyamine sulfate) Take 1 tablet by mouth once a day as needed
minocycline 100 mg capsule (minocycline) Take 1 tablet by mouth twice a day
* ASPIR-81 81 MG ORAL TABLET DELAYED RELEASE Take 1 tablet by mouth once a day
meloxicam 15 mg tablet (meloxicam) Take 1 tablet by mouth once a day
* VITAMIN A Take 1 tablet by mouth once a day
* BENAZEPRIL HCL 20 MG ORAL TABLET (BENAZEPRIL HCL) Take 1 tablet by mouth once a day
ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule (ergocalciferol (vitamin d2)) twice a week
escitalopram oxalate 10 mg tablet (escitalopram oxalate) Take 1 tablet by mouth once a day
apple cider vinegar 500 mg tablet (apple cider vinegar) Take 1 tablet by mouth twice a day

```
Tests: (1) BMP (OC2)
  SODIUM                      [H]  146 mEq/L              135-145
  POTASSIUM                        4.5 mEq/L              3.5-5.0
  CL                          [H]  109 mEq/L              98-108
  CO2                              28 mEq/L               21-31
  GLUCOSE                          94 mg/dl               70-105
  BUN                              14 mg/dl               7-24
  CREATININE                       0.70 mg/dl             0.60-1.30
  eGFR                             99 ml/min/1.73m2       >60
  CALCIUM                          9.5 mg/dl              8.4-10.2

Tests: (2) iPTH (OC2214)
  IPTH                        [H]  81.2 pg/ml             14.0-72.0
  CALCIUM                          9.5 mg/dl              8.4-10.2

Tests: (3) VIT D OH-25 (OC30)
  VIT D OH-25                      86.2 ng/mL             30.0-100.0
```

| Main Office | | 02/14/2024 1:56 PM |
|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | |
| (865) 637-8812 Fax: (865) 637-8865 | | |
| | | |
| **Sabrina Guerrero** | Home: | Alternate: |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

```
Tests: (4) VITAMIN B12 (OC42)
  VITAMIN B12                  970.0 pg/ml              200.0-1000.0

Tests: (5) GLYCATED A1C (OC46)
  GLYCATED A1C                 5.3 %                    4.4-6.3
  ESTIMATED AVG GLU            105

Tests: (6) MAGNESIUM (OC1904)
  MAGNESIUM                    1.89 mg/dL               1.50-2.50
! Note                         Performed at ECET (R)
```

## Impression & Recommendations:

**Problem # 1:** Secondary Hyperparathyroidism - Non-Renal (ICD-252.02) (ICD10-E21.1)
**Assessment:** Unchanged

Diagnosed in 2018, appears to be secondary, etiology undetermined, with patient receiving Rocaltrol 0.5 µg daily. Her parathyroid level remained slightly elevated. We will continue to be very mindful of her calcium levels, following it closely. I did review with her the signs and symptoms of hypercalcemia, should she have any problems tolerating this medication, she is to contact us. Her 24 hour UFC from 2021 was still on the low side, no concern for nephrolithiasis.
- THERAPY: Rocaltrol 0.5 µg once daily
- OTC calcium 600 mg po tid
- RTC in 6 months
- 24 hour for calcium in 2023

**Problem # 2:** Hypomagnesemia (ICD-275.2) (ICD10-E83.42)
**Assessment:** Unchanged

Diagnosed in 2018, with patient. Presently receiving MgOx 400 mg daily
- Magnesium oxide 400 mg by mouth daily

**Problem # 3:** Vitamin D Deficiency (ICD-268.9) (ICD10-E55.9)
**Assessment:** Unchanged

Diagnosed in 2019, doing well with drisdol twice a week
- THERAPY: drisdol - 50 K twice a week

**Problem # 4:** Vitamin B12 deficiency (ICD10-Z86.39)
**Assessment:** Improved

Patient to initiate 1000 µg of over-the-counter B12 2x/week
- B12 - 1,000 mcg twice a week

| Main Office | *02/14/2024 1:56 PM* |
|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | |
| (865) 637-8812 Fax: (865) 637-8865 | |
| | |
| **Sabrina Guerrero** Home: Alternate: | |
| 54 years Old Female DOB: Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

**Problem # 5:** Prediabetes (ICD10-R73.03)
**Assessment:** Unchanged

The goals of diabetes prevention include preventing or delaying the onset of diabetes, preserving beta cell function, and preventing or delaying microvascular and cardiovascular complications. Lifestyle modification (predominantly exercise and weight loss) successfully decreases the development of diabetes. Therefore, I have promoted lifestyle changes (healthy diet and regular exercise). In particular, would like to see the individual ingests no more than 100 g of carbohydrates daily. Patients who are at high risk should be followed closely, with repeat examination and measurements of fasting blood glucose or A1C on an annual basis. For select patients (age <60 years and/or BMI =35 kg/m2, women with a history of gestational diabetes) with impaired fasting glucose (IFG), impaired glucose tolerance (IGT), or A1C of 5.7 to 6.4 percent, in whom lifestyle interventions fail to improve glycemic indices, we suggest metformin for diabetes prevention. I would like her to increase GLP-1
- THERAPY: Ozempic 1 mg weekly
- RTC in 6 months

**Problem # 6:** Body mass index (BMI) 60.0-69.99, adult (ICD-V85.44) (ICD10-Z68.44)
**Assessment:** Comment Only

Patient is currently working with her bariatric surgeon

**Signed by Gregory A Moffitt MD on 05/31/2022 at 9:26 AM**

Exhibit 8 MLF000038

**Lincoln/Guerrero 0767**

| Main Office | | 02/14/2024 1:56 PM |
|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | |
| (865) 637-8812 Fax: (865) 637-8865 | | |
| | | |
| **Sabrina Guerrero** | Home: | Alternate: |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

**11/28/2022 - Lab Report: CMP, VIT D OH-25, iPTH, MAGNESIUM, VITAMIN B12, GLYCATED A1C...**
**Provider: Gregory A Moffitt MD**
**Location of Care: Main Office**

Patient: Sabrina M Guerrero
ID: ORCHARD 542368
Note: All result statuses are Final unless otherwise noted.
Patient Note: Fasting

Tests: (1) CMP (OC5)

| | | | |
|---|---|---|---|
| SODIUM | | 142 mEq/L | 135-145 |
| POTASSIUM | | 4.2 mEq/L | 3.5-5.0 |
| CL | [H] | "Result Below..." | 98-108 |
| RESULT: 110 Repeated to Confirm mEq/L | | | |
| CO2 | | 24 mEq/L | 21-31 |
| GLUCOSE | | 86 mg/dl | 70-105 |
| BUN | | 15 mg/dl | 7-24 |
| CREATININE | | 0.63 mg/dl | 0.60-1.30 |
| eGFR | | 106 ml/min/1.73m2 | |
| CALCIUM | | 9.1 mg/dl | 8.4-10.2 |
| TOTAL BILIRUBIN | | 0.40 mg/dl | 0.20-1.30 |
| T. PROTEIN | | 7.0 g/dl | 6.0-8.0 |
| ALBUMIN | | 3.9 g/dl | 3.5-5.0 |
| AST | | 15 IU/L | 10-42 |
| ALT | | 31 IU/L | 10-55 |
| ALKALINE PHOS | | 116 IU/L | 38-124 |

Tests: (2) VIT D OH-25 (OC30)

| | | | |
|---|---|---|---|
| VIT D OH-25 | | 92.3 ng/mL | 30.0-100.0 |

Tests: (3) iPTH (OC2214)

| | | | |
|---|---|---|---|
| IPTH | [H] | 74.1 pg/ml | 14.0-72.0 |
| CALCIUM | | 9.1 mg/dl | 8.4-10.2 |

Tests: (4) MAGNESIUM (OC1904)

| | | | |
|---|---|---|---|
| MAGNESIUM | | 1.88 mg/dL | 1.50-2.50 |

Tests: (5) VITAMIN B12 (OC42)

| | | | |
|---|---|---|---|
| VITAMIN B12 | | 916.0 pg/ml | 200.0-1000.0 |

Tests: (6) GLYCATED A1C (OC46)

| | | | |
|---|---|---|---|
| GLYCATED A1C | | 5.5 % | 4.4-6.3 |
| ESTIMATED AVG GLU | | 111 | |

Tests: (7) LIPID PANEL (OC12)

| | | | |
|---|---|---|---|
| CHOLESTEROL | | 177 mg/dl | 0-200 |
| TRIGLYCERIDES | | 122 mg/dl | 0-150 |
| HDL | | 48 mg/dl | >40 |
| LDL-CALCULATED | | 104.2 mg/dl | |

<70 Goal for patients with very high CV risk factors
<100 Goal for patients with high CV risk factors

```
    <130 Goal for patients with moderate CV risk factors
  CHOL/HDL RATIO                 3.7 Ratio              1.0-5.0
! Note                           Performed at ECET (R)
```

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 11/28/2022 8:57 AM

---

-----------------

The following lab values were dispersed to the flowsheet with no units conversion:

POTASSIUM, 4.2 MEQ/L, (F) expected units: mmol/L

-----------------

The following non-numeric lab results were dispersed to the flowsheet even though numeric results were expected:

CL, 110 Repeated to Confirm

-----------------

The following results were not dispersed to the flowsheet:

Note, Performed at ECET, (R)

**Signed by Gregory A Moffitt MD on 11/28/2022 at 8:58 AM**

---

| Main Office | | | 02/14/2024 1:56 PM |
|---|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | | |
| (865) 637-8812 Fax: (865) 637-8865 | | | |
| | | | |
| **Sabrina Guerrero** | | Home: | Alternate: |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 | |

**11/28/2022 - Office Visit: Office Visit**
**Provider: Gregory A Moffitt MD**
**Location of Care: Main Office**

## History of Present Illness

Sabrina M Guerrero is seen in follow up for secondary hyperparathyroidism, hypomagnesemia, low vitamin B12 and prediabetes.

SECONDARY HYPERPARATHYROIDISM: Diagnosed in 2018, appears to be secondary, etiology undetermined - likely from bariatric surgery, with patient receiving Rocaltrol 0.5 µg daily. So far, the patient is tolerating this medication well, admitting to no difficulties with paresthesias, she has no muscle cramping, she also denies having any kidney stones. She has had no fractures.

HYPOMAGNESEMIA: Patient remains compliant with magnesium oxide 400 mg once a day, so far, no difficulty with this medication.

PERNICIOUS ANEMIA: No neurologic changes, no muscle spasms. The patient has recently been having some difficulty with her memory, however this is secondary to COVID. So far, she has had a difficult time recovering from this infection from February 2022. She does remain compliant with B12 supplementation.

PREDIABETES: So far, the patient has done quite well with Ozempic. This medication has helped her lose weight, has also improved her blood sugar. She has no difficulty tolerating this medication, she is currently receiving 1 mg weekly.

## Past Medical History:

Reviewed and updated today:
- Fibromyalgia
- Osteoarthritis
- IBS
- Anemia
- Anxiety
- Depression
- Hypertension
- Hiatal Hernia
- UTI
- COVID 2-2022
- Migraines
- Amnesia

## Past Surgical History:

Reviewed history from 05/31/2022 and no changes required:
- Gastric Bypass
- Bowel and Hernia Repair 3-9-2020

| Main Office | | 02/14/2024 1:56 PM |
|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | |
| (865) 637-8812 Fax: (865) 637-8865 | | |
| | | |
| **Sabrina Guerrero** | Home: | Alternate: |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

**Family History Summary***(Last Reviewed on 11/28/2022)*

Mother
- High Cholesterol
- Depression
- Anxiety
- Other Medical Problem

Father
- Cancer, Pancreatic: Deceased. 83
- Diabetes, Type 2: Deceased. 83

Brother
- Diabetes, Type 2

Sister
- Hypertension
- Heart Disease

**Social History Summary***(Last Reviewed on 11/28/2022)*

Patient is a former smoker.
Marital Status: Married
Employment Status: Social Worker
Alcohol Use: Occasional
Highest Level of Education: Graduate School

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 53 Years Old Female |
| Height: | 64.5 inches |
| Weight: | 345 pounds |
| BMI: | 58.30 |
| BP Sitting: | 130 / 76 (left arm) |
| Cuff size: | large |

Medications: Medications were reviewed with the patient during this visit.
Allergies: Allergies were reviewed with the patient during this visit.

Vitals Entered By: Candice Justice RN (November 28, 2022 8:53 AM)

| Main Office | | | 02/14/2024 1:56 PM |
|---|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | | |
| (865) 637-8812 Fax: (865) 637-8865 | | | |
| | | | |
| **Sabrina Guerrero** | | Home: | Alternate: |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 | |

### Physical Exam

**General:**
Appears stated age; well developed; in no acute distress

**Labwork:**
Most Recent Lab Results:
**HbA1c:** : 5.3 % 05/31/2022

### Medication Changes and Prescriptions At This Visit:

Added new medication of valsartan 80 mg tablet (valsartan) Take 1 tablet by mouth once a day ; Route: BY MOUTH - Signed
Removed medication of Symbicort 160-4.5 mcg/actuation HFA aerosol inhaler (budesonide-formoterol) as needed ; Stop Date: 11/28/2022 - Signed
Removed medication of * BENAZEPRIL HCL 20 MG ORAL TABLET (BENAZEPRIL HCL) Take 1 tablet by mouth once a day ; Route: BY MOUTH; Stop Date: 11/28/2022 - Signed
Changed medication from escitalopram oxalate 10 mg tablet (escitalopram oxalate) Take 1 tablet by mouth once a day to escitalopram oxalate 20 mg tablet (escitalopram oxalate) Take 1 tablet by mouth once a day ; Route: BY MOUTH - Signed
Changed medication from topiramate 25 mg tablet (topiramate) Take 1 tablet by mouth once a day to topiramate 50 mg tablet (topiramate) Take 1 tablet by mouth once a day ; Route: BY MOUTH - Signed

### Active Medication List:

topiramate 50 mg tablet (topiramate) Take 1 tablet by mouth once a day
escitalopram oxalate 20 mg tablet (escitalopram oxalate) Take 1 tablet by mouth once a day
valsartan 80 mg tablet (valsartan) Take 1 tablet by mouth once a day
magnesium oxide 400 mg (241.3 mg magnesium) tablet (magnesium oxide) Take 1 tablet by mouth once daily
calcitriol 0.5 mcg capsule (calcitriol) Take 1 capsule by mouth once daily
Ozempic 1 mg/dose (4 mg/3 mL) pen injector (semaglutide) Inject 1 mg subcutaneously once a week as directed
cyanocobalamin (vitamin B-12) 1,000 mcg tablet (cyanocobalamin (vitamin b-12)) Take 1 tablet by mouth twice a week
albuterol sulfate 90 mcg/actuation HFA aerosol inhaler (albuterol sulfate) INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS
multivitamin tablet (multivitamin) Take 1 tablet by mouth once a day
ondansetron HCl 8 mg tablet (ondansetron hcl) as needed
* CALCIUM 600 MG TABS (CALCIUM) Take 1 tablet by mouth twice a day
* VITAMIN C CAPSULE Take 1 tablet by mouth twice a day
hyoscyamine sulfate 0.125 mg tablet, sublingual (hyoscyamine sulfate) Take 1 tablet by mouth once a day as needed
minocycline 100 mg capsule (minocycline) Take 1 tablet by mouth twice a day
* ASPIR-81 81 MG ORAL TABLET DELAYED RELEASE Take 1 tablet by mouth once a day
meloxicam 15 mg tablet (meloxicam) Take 1 tablet by mouth once a day
* VITAMIN A Take 1 tablet by mouth once a day
ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule (ergocalciferol (vitamin d2)) twice a week
apple cider vinegar 500 mg tablet (apple cider vinegar) Take 1 tablet by mouth twice a day

Tests: (1) CMP (OC5)

| | | |
|---|---|---|
| SODIUM | 142 mEq/L | 135-145 |
| POTASSIUM | 4.2 mEq/L | 3.5-5.0 |

| Main Office | 02/14/2024 1:56 PM |
|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | |
| (865) 637-8812 Fax: (865) 637-8865 | |

**Sabrina Guerrero** Home: Alternate:

54 years Old Female DOB: Pat ID: 542368 Ins: BCBS Commercial Network S Grp: 80860

| | | | |
|---|---|---|---|
| CL | [H] | "Result Below..." | 98-108 |
| RESULT: 110 Repeated to Confirm mEq/L | | | |
| CO2 | | 24 mEq/L | 21-31 |
| GLUCOSE | | 86 mg/dl | 70-105 |
| BUN | | 15 mg/dl | 7-24 |
| CREATININE | | 0.63 mg/dl | 0.60-1.30 |
| eGFR | | 106 ml/min/1.73m2 | |
| CALCIUM | | 9.1 mg/dl | 8.4-10.2 |
| TOTAL BILIRUBIN | | 0.40 mg/dl | 0.20-1.30 |
| T. PROTEIN | | 7.0 g/dl | 6.0-8.0 |
| ALBUMIN | | 3.9 g/dl | 3.5-5.0 |
| AST | | 15 IU/L | 10-42 |
| ALT | | 31 IU/L | 10-55 |
| ALKALINE PHOS | | 116 IU/L | 38-124 |
| **Tests: (2) VIT D OH-25 (OC30)** | | | |
| VIT D OH-25 | | 92.3 ng/mL | 30.0-100.0 |
| **Tests: (3) iPTH (OC2214)** | | | |
| IPTH | [H] | 74.1 pg/ml | 14.0-72.0 |
| CALCIUM | | 9.1 mg/dl | 8.4-10.2 |
| **Tests: (4) MAGNESIUM (OC1904)** | | | |
| MAGNESIUM | | 1.88 mg/dL | 1.50-2.50 |
| **Tests: (5) VITAMIN B12 (OC42)** | | | |
| VITAMIN B12 | | 916.0 pg/ml | 200.0-1000.0 |
| **Tests: (6) GLYCATED A1C (OC46)** | | | |
| GLYCATED A1C | | 5.5 % | 4.4-6.3 |
| ESTIMATED AVG GLU | | 111 | |
| **Tests: (7) LIPID PANEL (OC12)** | | | |
| CHOLESTEROL | | 177 mg/dl | 0-200 |
| TRIGLYCERIDES | | 122 mg/dl | 0-150 |
| HDL | | 48 mg/dl | >40 |
| LDL-CALCULATED | | 104.2 mg/dl | |
| <70 Goal for patients with very high CV risk factors | | | |
| <100 Goal for patients with high CV risk factors | | | |
| <130 Goal for patients with moderate CV risk factors | | | |
| CHOL/HDL RATIO | | 3.7 Ratio | 1.0-5.0 |
| ! Note | | Performed at ECET (R) | |

## Impression & Recommendations:

**Problem # 1:** Secondary Hyperparathyroidism - Non-Renal (ICD-252.02) (ICD10-E21.1)
**Assessment:** Improved

Exhibit 8 MLF000044

**Lincoln/Guerrero 0773**

| Main Office | | 02/14/2024 1:56 PM |
|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | |
| (865) 637-8812 Fax: (865) 637-8865 | | |
| Sabrina Guerrero | Home: | Alternate: |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

Diagnosed in 2018, appears to be secondary, etiology undetermined, with patient receiving Rocaltrol 0.5 µg daily. Her parathyroid level remained slightly elevated. We will continue to be very mindful of her calcium levels, following it closely. I did review with her the signs and symptoms of hypercalcemia, should she have any problems tolerating this medication, she is to contact us. Her 24 hour UFC from 2021 was still on the low side, no concern for nephrolithiasis.
- THERAPY: Rocaltrol 0.5 µg once daily
- OTC calcium 600 mg po tid
- RTC in 6 months
- 24 hour for calcium in 2023

**Problem # 2:** Hypomagnesemia (ICD-275.2) (ICD10-E83.42)
**Assessment:** Unchanged

Diagnosed in 2018, with patient. Presently receiving MgOx 400 mg daily
- Magnesium oxide 400 mg by mouth daily

**Problem # 3:** Vitamin D Deficiency (ICD-268.9) (ICD10-E55.9)
**Assessment:** Improved

Diagnosed in 2019, doing well with drisdol twice a week
- THERAPY: drisdol - 50 K twice a week

**Problem # 4:** Vitamin B12 deficiency (ICD10-Z86.39)
**Assessment:** Unchanged

Patient to initiate 1000 µg of over-the-counter B12 2x/week
- B12 - 1,000 mcg twice a week

**Problem # 5:** Prediabetes (ICD10-R73.03)
**Assessment:** Improved

The goals of diabetes prevention include preventing or delaying the onset of diabetes, preserving beta cell function, and preventing or delaying microvascular and cardiovascular complications. Lifestyle modification (predominantly exercise and weight loss) successfully decreases the development of diabetes. Therefore, I have promoted lifestyle changes (healthy diet and regular exercise). In particular, would like to see the individual ingests no more than 100 g of carbohydrates daily. Patients who are at high risk should be followed closely, with repeat examination and measurements of fasting blood glucose or A1C on an annual basis. For select patients (age <60 years and/or BMI =35 kg/m2, women with a history of gestational diabetes) with impaired fasting glucose (IFG), impaired glucose tolerance (IGT), or A1C of 5.7 to 6.4 percent, in whom lifestyle interventions fail to improve glycemic indices, we suggest metformin for diabetes prevention. I would like her to increase GLP-1
- THERAPY: Ozempic 1 mg weekly
- RTC in 6 months

**Problem # 6:** Body mass index (BMI) 60.0-69.99, adult (ICD-V85.44) (ICD10-Z68.44)
**Assessment:** Improved

Patient is currently working with her bariatric surgeon

**Vaccines Administered/Entered:**
Vaccination Group: FLU
Series: 1 NOT GIVEN
Vaccination:
Reason Not Given: Patient decision
Entered Date: 11/28/2022 12:00 AM
Entered by: Justice RN, Candice

**Signed by Gregory A Moffitt MD on 11/28/2022 at 9:09 AM**

| Main Office | 02/14/2024 1:56 PM |
|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | |
| (865) 637-8812 Fax: (865) 637-8865 | |
| | |
| **Sabrina Guerrero** Home: Alternate: | |
| 54 years Old Female DOB: Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

**07/17/2023 - Lab Report: (P) BMP**
**Provider: Gregory A Moffitt MD**
**Location of Care: Main Office**

```
Patient: Sabrina M Guerrero
ID: ORCHARD 542368
Note: All result statuses are Final unless otherwise noted.
Patient Note: Not Fasting

Tests: (1) BMP (OC2)
! Test Cancelled                  "Result Below..."
      RESULT: Test Cancelled By Lab
    Order Entry Rule: Remove BMP with CMBP
! Note                            Performed at ECET (R)

Note: An exclamation mark (!) indicates a result that was not dispersed into the
flowsheet.
Document Creation Date: 07/17/2023 1:22 PM
```

---

```
-----------------

The following results were not dispersed to the flowsheet:

  Test Cancelled, Test Cancelled By Lab, (F)
  Note, Performed at ECET, (R)
```

**Signed by Gregory A Moffitt MD on 07/17/2023 at 1:23 PM**

---

| Main Office | | | 02/14/2024 1:56 PM |
|---|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | | |
| (865) 637-8812 Fax: (865) 637-8865 | | | |
| | | | |
| **Sabrina Guerrero** | | Home: | Alternate: |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 | |

**08/02/2023 - Lab Report: IPTH, MAGNESIUM, VIT D OH-25, VITAMIN B12, CMP, CBC...**
**Provider: Gregory A Moffitt MD**
**Location of Care: Main Office**

Patient: Sabrina M Guerrero
ID: ORCHARD 542368
Note: All result statuses are Final unless otherwise noted.
Patient Note: Fasting

Tests: (1) iPTH (OC2214)

| | | | |
|---|---|---|---|
| IPTH | | 58.7 pg/ml | 14.0-72.0 |
| CALCIUM | | 9.2 mg/dl | 8.4-10.2 |

Tests: (2) MAGNESIUM (OC1904)

| | | | |
|---|---|---|---|
| MAGNESIUM | | 1.95 mg/dL | 1.50-2.50 |

Tests: (3) VIT D OH-25 (OC30)

| | | | |
|---|---|---|---|
| VIT D OH-25 | | 88.6 ng/mL | 30.0-100.0 |

Tests: (4) VITAMIN B12 (OC42)

| | | | |
|---|---|---|---|
| VITAMIN B12 | [H] | >2000.0 pg/ml | 200.0-1000.0 |

Tests: (5) CMP (OC5)

| | | | |
|---|---|---|---|
| SODIUM | | 142 mEq/L | 135-145 |
| POTASSIUM | | 4.0 mEq/L | 3.5-5.0 |
| CL | [H] | "Result Below..." | 98-108 |
| RESULT: 110 Repeated to Confirm mEq/L | | | |
| CO2 | | 25 mEq/L | 21-31 |
| GLUCOSE | | 77 mg/dl | 70-105 |
| BUN | | 17 mg/dl | 7-24 |
| CREATININE | | 0.63 mg/dl | 0.60-1.30 |
| eGFR | | 105 ml/min/1.73m2 | |
| CALCIUM | | 9.2 mg/dl | 8.4-10.2 |
| TOTAL BILIRUBIN | | 0.40 mg/dl | 0.20-1.30 |
| T. PROTEIN | | 7.4 g/dl | 6.0-8.0 |
| ALBUMIN | | 3.9 g/dl | 3.5-5.0 |
| AST | | 12 IU/L | 10-42 |
| ALT | | 25 IU/L | 10-55 |
| ALKALINE PHOS | [H] | 141 IU/L | 38-124 |

Tests: (6) CBC (OC23)

| | | | |
|---|---|---|---|
| WBC | | 8.0 K/uL | 4.6-10.2 |
| RBC | | 5.00 M/uL | 3.70-5.30 |
| HGB | | 14.8 g/dl | 12.0-16.0 |
| HCT | | 45.5 % | 37.0-47.0 |
| MCV | | 90.3 fl | 81.0-99.0 |
| MCH | | 29.4 pg | 27.0-31.2 |
| MCHC | | 32.5 g/dl | 31.8-35.4 |
| RDW | | 13.6 % | 11.6-14.8 |
| PLT | | 227 K/uL | 142-424 |
| MPV | | 9.0 fl | 7.4-10.4 |

| Main Office | 02/14/2024 1:56 PM |
|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | |
| (865) 637-8812 Fax: (865) 637-8865 | |
| | |
| **Sabrina Guerrero** Home: Alternate: | |
| 54 years Old Female DOB: Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

```
Tests: (7) GLYCATED A1C (OC46)
  GLYCATED A1C                  5.8 %                       4.4-6.3
  ESTIMATED AVG GLU             120
! Note                          Performed at ECET (R)
```

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 08/02/2023 9:40 AM

---

-----------------

The following lab values were dispersed to the flowsheet with no units conversion:

POTASSIUM, 4.0 MEQ/L, (F) expected units: mmol/L
RBC, 5.00 M/UL, (F) expected units: 10*6/mm3

-----------------

The following non-numeric lab results were dispersed to the flowsheet even though numeric results were expected:

VITAMIN B12, >2000.0
CL, 110 Repeated to Confirm

-----------------

The following results were not dispersed to the flowsheet:

Note, Performed at ECET, (R)

**Signed by Gregory A Moffitt MD on 08/02/2023 at 9:42 AM**

---

| Main Office | | 02/14/2024 1:56 PM |
|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | |
| (865) 637-8812 Fax: (865) 637-8865 | | |
| | | |
| **Sabrina Guerrero** | Home: | Alternate: |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

**08/02/2023 - Office Visit: Office Visit**
**Provider: Gregory A Moffitt MD**
**Location of Care: Main Office**

## History of Present Illness

Sabrina M Guerrero is seen in follow up for secondary hyperparathyroidism, hypomagnesemia, low vitamin B12 and prediabetes.

SECONDARY HYPERPARATHYROIDISM: Diagnosed in 2018, appears to be secondary, etiology undetermined - likely from bariatric surgery, with patient receiving Rocaltrol 0.5 µg daily. So far, the patient is tolerating this medication well, admitting to no difficulties with paresthesias, she has no muscle cramping, she also denies having any kidney stones. She has had no fractures.

HYPOMAGNESEMIA: Patient remains compliant with magnesium oxide 400 mg once a day, so far, no difficulty with this medication.

PERNICIOUS ANEMIA: No neurologic changes, no muscle spasms. The patient has recently been having some difficulty with her memory, however this is secondary to COVID. So far, she has had a difficult time recovering from this infection from February 2022. She does remain compliant with B12 supplementation.

PREDIABETES: So far, the patient has done quite well with saxenda. This medication has helped her lose weight, has also improved her blood sugar. She has no difficulty tolerating this medication, she is currently receiving 1.8 mg weekly.

## Past Medical History:

Reviewed and updated today:
- Fibromyalgia
- Osteoarthritis
- IBS
- Anemia
- Anxiety
- Depression
- Hypertension
- Hiatal Hernia
- UTI
- COVID 2-2022
- Migraines
- Amnesia
- Vascular Dementia

## Past Surgical History:

Reviewed history from 11/28/2022 and no changes required:
- Gastric Bypass
- Bowel and Hernia Repair 3-9-2020

| Main Office | | 02/14/2024 1:56 PM |
|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | |
| (865) 637-8812 Fax: (865) 637-8865 | | |
| | | |
| **Sabrina Guerrero** | Home: | Alternate: |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

**Family History Summary***(Last Reviewed on 08/02/2023)*

Mother

- High Cholesterol
- Depression
- Anxiety
- Other Medical Problem

Father

- Cancer, Pancreatic: Deceased. 83
- Diabetes, Type 2: Deceased. 83

Brother

- Diabetes, Type 2

Sister

- Hypertension
- Heart Disease

**Social History Summary***(Last Reviewed on 08/02/2023)*

Patient is a former smoker.
Marital Status: Married
Employment Status: Social Worker
Alcohol Use: Occasional
Highest Level of Education: Graduate School

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 54 Years Old Female |
| Height: | 64.5 inches |
| Weight: | 333 pounds |
| BMI: | 56.27 |
| Pulse rate: | 70 / minute |
| BP Sitting: | 128 / 82 (right arm) |
| Cuff size: | regular |

Medications: Medications were reviewed with the patient during this visit.
Allergies: Allergies were reviewed with the patient during this visit.

| Main Office | | 02/14/2024 1:56 PM |
|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | |
| (865) 637-8812 Fax: (865) 637-8865 | | |
| | | |
| **Sabrina Guerrero** | Home: | Alternate: |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

Vitals Entered By: Candice Justice RN (August 2, 2023 9:03 AM)

**Labwork:**
Most Recent Lab Results:
**HbA1c:** : 5.5 % 11/28/2022

**Medication Changes and Prescriptions At This Visit:**

Added new medication of clopidogrel 75 mg tablet (clopidogrel) Take 1 tablet by mouth once a day ; Route: BY MOUTH - Signed
Removed medication of * ASPIR-81 81 MG ORAL TABLET DELAYED RELEASE Take 1 tablet by mouth once a day ; Route: BY MOUTH; Stop Date: 08/02/2023 - Signed
Added new medication of hydroxyzine HCl 25 mg tablet (hydroxyzine hcl) Take 1 tablet by mouth once a day ; Route: BY MOUTH - Signed
Added new medication of sucralfate 1 gram tablet (sucralfate) TAKE ONE TABLET BY MOUTH FOUR TIMES DAILY - Signed
Added new medication of pantoprazole 20 mg tablet,delayed release (DR/EC) (pantoprazole) Take 1 tablet by mouth twice a day ; Route: BY MOUTH - Signed
Added new medication of Qulipta 60 mg tablet (atogepant) Take 1 tablet by mouth once a day ; Route: BY MOUTH - Signed
Added new medication of Trintellix 10 mg tablet (vortioxetine) Take 1 tablet by mouth once a day ; Route: BY MOUTH - Signed
Changed medication from Saxenda 3 mg/0.5 mL (18 mg/3 mL) pen injector (liraglutide (weight loss)) Inject 1.8 mg subcutaneously once a day Slowly increase dose after every week. Goal dose is 3 mg daily to Saxenda 3 mg/0.5 mL (18 mg/3 mL) pen injector (liraglutide (weight loss)) Inject 1.8 mg subcutaneously once a day Slowly increase dose after every week. Goal dose is 3 mg daily; Route: SUBCUTANEOUSLY - Signed
Removed medication of escitalopram oxalate 20 mg tablet (escitalopram oxalate) Take 1 tablet by mouth once a day ; Route: BY MOUTH; Stop Date: 08/02/2023 - Signed

**Active Medication List:**

Saxenda 3 mg/0.5 mL (18 mg/3 mL) pen injector (liraglutide (weight loss)) Inject 1.8 mg subcutaneously once a day Slowly increase dose after every week. Goal dose is 3 mg daily
Trintellix 10 mg tablet (vortioxetine) Take 1 tablet by mouth once a day
Qulipta 60 mg tablet (atogepant) Take 1 tablet by mouth once a day
pantoprazole 20 mg tablet,delayed release (DR/EC) (pantoprazole) Take 1 tablet by mouth twice a day
sucralfate 1 gram tablet (sucralfate) TAKE ONE TABLET BY MOUTH FOUR TIMES DAILY
hydroxyzine HCl 25 mg tablet (hydroxyzine hcl) Take 1 tablet by mouth once a day
clopidogrel 75 mg tablet (clopidogrel) Take 1 tablet by mouth once a day
Pen Needle 31 gauge x 1/4" needle (pen needle, diabetic) USE ONE A DAY TO INJECT SAXENDA
magnesium oxide 400 mg (241.3 mg magnesium) tablet (magnesium oxide) Take 1 tablet by mouth once daily
calcitriol 0.5 mcg capsule (calcitriol) Take 1 capsule by mouth once daily
topiramate 50 mg tablet (topiramate) Take 1 tablet by mouth once a day
valsartan 80 mg tablet (valsartan) Take 1 tablet by mouth once a day
cyanocobalamin (vitamin B-12) 1,000 mcg tablet (cyanocobalamin (vitamin b-12)) Take 1 tablet by mouth twice a week
albuterol sulfate 90 mcg/actuation HFA aerosol inhaler (albuterol sulfate) INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS
multivitamin tablet (multivitamin) Take 1 tablet by mouth once a day
ondansetron HCl 8 mg tablet (ondansetron hcl) as needed
* CALCIUM 600 MG TABS (CALCIUM) Take 1 tablet by mouth twice a day
* VITAMIN C CAPSULE Take 1 tablet by mouth twice a day
hyoscyamine sulfate 0.125 mg tablet, sublingual (hyoscyamine sulfate) Take 1 tablet by mouth once a day as needed

| Main Office | 02/14/2024 1:56 PM |
|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | |
| (865) 637-8812 Fax: (865) 637-8865 | |
| | |
| **Sabrina Guerrero** Home: Alternate: | |
| 54 years Old Female DOB: Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 |

minocycline 100 mg capsule (minocycline) Take 1 tablet by mouth twice a day
meloxicam 15 mg tablet (meloxicam) Take 1 tablet by mouth once a day
* VITAMIN A Take 1 tablet by mouth once a day
ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule (ergocalciferol (vitamin d2)) twice a week
apple cider vinegar 500 mg tablet (apple cider vinegar) Take 1 tablet by mouth twice a day

```
Tests: (1) iPTH (OC2214)
  IPTH                                      58.7 pg/ml                   14.0-72.0
  CALCIUM                                   9.2 mg/dl                    8.4-10.2

Tests: (2) MAGNESIUM (OC1904)
  MAGNESIUM                                 1.95 mg/dL                   1.50-2.50

Tests: (3) VIT D OH-25 (OC30)
  VIT D OH-25                               88.6 ng/mL                   30.0-100.0

Tests: (4) VITAMIN B12 (OC42)
  VITAMIN B12                          [H]  >2000.0 pg/ml                200.0-1000.0

Tests: (5) CMP (OC5)
  SODIUM                                    142 mEq/L                    135-145
  POTASSIUM                                 4.0 mEq/L                    3.5-5.0
  CL                                   [H]  "Result Below..."            98-108
      RESULT: 110 Repeated to Confirm mEq/L
  CO2                                       25 mEq/L                     21-31
  GLUCOSE                                   77 mg/dl                     70-105
  BUN                                       17 mg/dl                     7-24
  CREATININE                                0.63 mg/dl                   0.60-1.30
  eGFR                                      105 ml/min/1.73m2
  CALCIUM                                   9.2 mg/dl                    8.4-10.2
  TOTAL BILIRUBIN                           0.40 mg/dl                   0.20-1.30
  T. PROTEIN                                7.4 g/dl                     6.0-8.0
  ALBUMIN                                   3.9 g/dl                     3.5-5.0
  AST                                       12 IU/L                      10-42
  ALT                                       25 IU/L                      10-55
  ALKALINE PHOS                        [H]  141 IU/L                     38-124

Tests: (6) CBC (OC23)
  WBC                                       8.0 K/uL                     4.6-10.2
  RBC                                       5.00 M/uL                    3.70-5.30
  HGB                                       14.8 g/dl                    12.0-16.0
  HCT                                       45.5 %                       37.0-47.0
  MCV                                       90.3 fl                      81.0-99.0
  MCH                                       29.4 pg                      27.0-31.2
  MCHC                                      32.5 g/dl                    31.8-35.4
  RDW                                       13.6 %                       11.6-14.8
  PLT                                       227 K/uL                     142-424
  MPV                                       9.0 fl                       7.4-10.4
```

| Main Office | | | 02/14/2024 1:56 PM |
|---|---|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | | | |
| (865) 637-8812 Fax: (865) 637-8865 | | | |
| | | | |
| Sabrina Guerrero | | Home: | Alternate: |
| 54 years Old Female DOB: | Pat ID: 542368 | Ins: BCBS Commercial Network S Grp: 80860 | |

```
Tests: (7) GLYCATED A1C (OC46)
  GLYCATED A1C                5.8 %                4.4-6.3
  ESTIMATED AVG GLU           120
! Note                        Performed at ECET (R)
```

## Impression & Recommendations:

**Problem # 1:** Secondary Hyperparathyroidism - Non-Renal (ICD-252.02) (ICD10-E21.1)
**Assessment:** Improved

Diagnosed in 2018, appears to be secondary, etiology undetermined, with patient receiving Rocaltrol 0.5 µg daily. Her parathyroid level remained slightly elevated. We will continue to be very mindful of her calcium levels, following it closely. I did review with her the signs and symptoms of hypercalcemia, should she have any problems tolerating this medication, she is to contact us. Her 24 hour UFC from 2021 was still on the low side, no concern for nephrolithiasis.
- THERAPY: Rocaltrol 0.5 µg once daily
- OTC calcium 600 mg po tid
- RTC in 6 months
- 24 hour for calcium in 2024

**Problem # 2:** Hypomagnesemia (ICD-275.2) (ICD10-E83.42)
**Assessment:** Unchanged

Diagnosed in 2018, with patient. Presently receiving MgOx 400 mg daily
- Magnesium oxide 400 mg by mouth daily

**Problem # 3:** Vitamin D Deficiency (ICD-268.9) (ICD10-E55.9)
**Assessment:** Unchanged

Diagnosed in 2019, doing well with drisdol twice a week
- THERAPY: drisdol - 50 K twice a week

**Problem # 4:** Vitamin B12 deficiency (ICD10-Z86.39)
**Assessment:** Deteriorated

Patient to initiate 1000 µg of over-the-counter B12 2x/week, levels to high
- B12 - 1,000 mcg once a week

**Problem # 5:** Prediabetes (ICD10-R73.03)
**Assessment:** Improved

| Main Office | 02/14/2024 1:56 PM |
|---|---|
| 1450 Dowell Springs Blvd Suite 300, Knoxville, TN 37909-2444 | |
| (865) 637-8812 Fax: (865) 637-8865 | |
| | |
| **Sabrina Guerrero** Home: Alternate: | |
| 54 years Old Female DOB: Pat ID: 542368 Ins: BCBS Commercial Network S Grp: 80860 | |

The goals of diabetes prevention include preventing or delaying the onset of diabetes, preserving beta cell function, and preventing or delaying microvascular and cardiovascular complications. Lifestyle modification (predominantly exercise and weight loss) successfully decreases the development of diabetes. Therefore, I have promoted lifestyle changes (healthy diet and regular exercise). In particular, would like to see the individual ingests no more than 100 g of carbohydrates daily. Patients who are at high risk should be followed closely, with repeat examination and measurements of fasting blood glucose or A1C on an annual basis. For select patients (age <60 years and/or BMI =35 kg/m2, women with a history of gestational diabetes) with impaired fasting glucose (IFG), impaired glucose tolerance (IGT), or A1C of 5.7 to 6.4 percent, in whom lifestyle interventions fail to improve glycemic indices, we suggest metformin for diabetes prevention. I would like her to increase GLP-1
- THERAPY: Saxenda 1.8 mg weekly
- RTC in 6 months

**Problem # 6:** Body mass index (BMI) 60.0-69.99, adult (ICD-V85.44) (ICD10-Z68.44)

**Signed by Gregory A Moffitt MD on 08/02/2023 at 9:50 AM**

Fast Pace Medical Clinic PLLC
2960 Winfield Dunn Pkwy
4309
865-213-7104 F: 865-213-7105

## Transcription

Patient: SABRINA GUERRERO, Sex: F (ID# 4273931)
Date of Birth: (54 years)
Visit on 12/26/2023 (Log# 12862020)
Historian: Self

**Triage Notes:**

- Patient states she has a cough and a lot of drainage

**History of Present Illness:**

**Complaint:**

- The patient presents with a chief complaint of constant cough of the chest since Sun, Dec 24, 2023. It has the following quality: nonproductive. The patient describes the severity as moderate. The problem is made worse by deep breathing and unchanged by allergens, cold weather, cold food/liquid, hot food/liquid, moist heat/steam, smoking, swallowing, and medication. The patient also reports chills, headache, nasal discharge, sweats, sore throat, and nasal congestion as abnormal symptoms related to the complaint.

**Review of Systems:**

The patient complains of the following recent symptoms:

- Constitutional:
  - chills
  - sweats
- Neurological:
  - headache
- ENT and Mouth:
  - sore throat
  - nasal congestion
  - nasal discharge
- Respiratory:
  - cough: See HPI

The patient denies the following recent symptoms:

- Constitutional: denies change in appetite, fever
- Cardiovascular: denies chest pain/pressure
- Neurological: denies light headedness, weakness
- ENT and Mouth: denies loss of taste/smell
- Respiratory: denies shortness of breath, congestion
- GI: denies diarrhea, nausea, vomiting
- Musculoskeletal: denies aches/pains

**Allergies:**

- Sulfa (Sulfonamide Antibiotics): Drug allergy. Moderate allergy, reaction(s): hives.

**Medications:**

- ALBUTEROL HFA 90 MCG INHALER: ALBUTEROL HFA 90 MCG INHALER 2 #20.1 Refills(0), INHALE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED FOR COUGH, WHEEZE, OR SHORTNESS OF BREATH
- CALCITRIOL 0.5 MCG CAPSULE: CALCITRIOL 0.5 MCG CAPSULE 1 #90 Refills(0), TAKE 1 CAPSULE BY MOUTH EVERY DAY
- CLOPIDOGREL 75MG TAB: CLOPIDOGREL 75MG TAB 75.000 #30 Refills(0)
- HYDROXYZINE HCL 25MG TAB: HYDROXYZINE HCL 25MG TAB 1 #30 Refills(0), TAKE 1 TABLET BY MOUTH AT BEDTIME

fastpacehealth

Fast Pace Medical Clinic PLLC
2960 Winfield Dunn Pkwy
4309
865-213-7104 F: 865-213-7105

## Transcription

- MAG OXIDE 400MG TAB: MAG OXIDE 400MG TAB 1 #90 Refills(0), TAKE 1 TABLET BY MOUTH ONCE DAILY
- MELOXICAM 15MG TAB: MELOXICAM 15MG TAB 15.000 #30 Refills(0)
- MINOCYCLINE 100MG CAP: MINOCYCLINE 100MG CAP 1 #180 Refills(0), TAKE 1 CAPSULE BY MOUTH TWICE DAILY
- MODAFINIL 200MG TAB: MODAFINIL 200MG TAB 200.000 #30 Refills(0)
- PANTOPRAZOLE 20MG TAB: PANTOPRAZOLE 20MG TAB 2 #60 Refills(0), TAKE 2 TABLETS BY MOUTH ONCE DAILY
- QULIPTA 60MG TAB: QULIPTA 60MG TAB 1 #30 Refills(0), TAKE 1 TABLET BY MOUTH ONCE DAILY
- REXULTI 1MG TAB: REXULTI 1MG TAB 1.000 #30 Refills(0)
- SUCRALFATE 1GM TAB: SUCRALFATE 1GM TAB 1 #120 Refills(0), TAKE 1 TABLET BY MOUTH 4 TIMES DAILY
- SUCRALFATE 1GM TAB: SUCRALFATE 1GM TAB 1 #120 Refills(0), TAKE 1 TABLET BY MOUTH 4 TIMES DAILY
- TOPIRAMATE 50MG TAB: TOPIRAMATE 50MG TAB 1 #30 Refills(0), TAKE 1 TABLET BY MOUTH ONCE DAILY
- TRINTELLIX 10MG TAB: TRINTELLIX 10MG TAB 1 #90 Refills(0), TAKE 1 TABLET BY MOUTH ONCE DAILY
- UBRELVY 100MG TAB: UBRELVY 100MG TAB 1 #16 Refills(0), TAKE 1 TABLET BY MOUTH ONCE DAILY
- VALSARTAN 80 MG TABLET: VALSARTAN 80 MG TABLET 1 #90 Refills(0), TAKE 1 TABLET BY MOUTH EVERY DAY
- VITAMIN D2 (ERGO)50,000IU CAP: VITAMIN D2 (ERGO)50,000IU CAP 1 #9 Refills(0), TAKE 1 CAPSULE BY MOUTH TWICE A WEEK

**Problem List:**

- Essential (primary) hypertension (status Active)

**Social History:**

- Tobacco Use: denies
- Alcohol: denies
- Street / Unprescribed Drugs: denies

**Vitals:**

- 12:39 PM (12/26/2023)
  Temperature: 98.8 °F (Oral), Pulse: 78 BPM, BP: 122/84 ( Arm [L] ), Respirations: 20/min, O2 Saturation: 99%, O2 Delivery: RA, Weight: 341 LBS, Height/Length: 5' 5", BMI: 56.7, Menopause: Unknown
  First entered 12/26/2023 12:39 by Silva, Gabriela

**Physical Exam:**

The following exam elements were documented to be abnormal:

- **ENT:** abnormality of oropharynx noted.
  Pharynx: Erythema noted, mild erythema. No injection. No petechiae. No swelling. Normal voice. Normal swallow reflex. No post-nasal drip. Uvula normal. Normal salivary glands.
- **ENT:** rhinorrhea noted.
  Right naris: trace, clear discharge.
  Left naris: trace, clear discharge.

The following exam elements were documented to be normal:

- Cardiovascular: S1, S2 noted, normal rate, regular rhythm, and no murmurs, rubs, gallop, or extra heart sounds.
- ENT: lips without swelling or lesion, good dentition, no gum swelling, tongue normal in appearance.
- ENT: oral mucosa without ulcer, plaque, or laceration.
- ENT: external ear canal normal bilaterally.
- ENT: tympanic membranes normal bilaterally.
- ENT: no sinus tenderness on percussion.
- ENT: external nose without redness, lesions or masses.

fastpacehealth

Fast Pace Medical Clinic PLLC
2960 Winfield Dunn Pkwy
4309
865-213-7104 F: 865-213-7105

## Transcription

- General: well developed, well nourished, and in no apparent distress.
- Psychiatric: alert and oriented to person, place, time, and situation.
- Respiratory: no increased work of breathing.
- Respiratory: lungs clear to auscultation bilaterally with good air movement, no stridor, crackles, rubs, or wheezing.

### Procedures and Supplies:

- Patient Health Questionnaire (PHQ-9)
  Face-to-face screening for depression with patient.
  PHQ-9 Screen: "In the past two weeks, how often have you been bothered by the following symptoms?":
  - Little interest: Several days.
  - Feeling depressed: Several days.
  - Sleeping difficulties: Nearly every day.
  - Tired/lethargic: Nearly every day.
  - Poor appetite/overeating: Nearly every day.
  - Poor self-worth: Several days.
  - Trouble concentrating: More than half the days.
  - Restless/sluggish: Not at all.
  - Suicidal/self-mutilating thoughts: Not at all.
  Those problems made it somewhat difficult to do everyday activities/interactions.
  PHQ-9 score: 14.
  Code(s): 96127, 3725F, 3353F
  Ordered 12/26/2023 12:36 by Earley, Torry
  Completed 12/26/2023 12:42 by Jenkins, Kelsey
- General Anxiety Disorder-7 (GAD-7)
  Over the last 2 weeks, how often has the patient been bothered by the following problems:
  "Feeling nervous, anxious or on edge" More than half the days.
  "Not being able to stop or control worrying" Several days.
  "Worrying too much about different things" Several days.
  "Worrying too much about different things" Not at all.
  "Being so restless that it is hard to sit still" Not at all.
  "Becoming easily annoyed or irritable" More than half the days.
  "Feeling afraid as if something awful might happen" Not at all.
  Total score: 6.
  Code(s): 96127
  Ordered 12/26/2023 12:37 by Earley, Torry
  Completed 12/26/2023 12:42 by Jenkins, Kelsey

### Labs:

- Flu A & B Ag assay - optical read
  Code(s): 87804-59, 87804
  Results
    - Influenza A antigens, by immunoassay with direct optical observation: Negative
    - Influenza B antigens, by immunoassay with direct optical observation: Negative

  Ordered 12/26/2023 12:54 by Jenkins, Kelsey
  Completed 12/26/2023 12:46 by Silva, Gabriela
  Reviewed 12/26/2023 12:54 by Jenkins, Kelsey

- Strep A Ag - rapid
  Code(s): 87880
  Results
    - Streptococcus type A antigens by immunoassay with direct optical observation: Negative

  Ordered 12/26/2023 12:54 by Jenkins, Kelsey
  Completed 12/26/2023 12:46 by Silva, Gabriela
  Reviewed 12/26/2023 12:54 by Jenkins, Kelsey

Fast Pace Medical Clinic PLLC
2960 Winfield Dunn Pkwy
4309
865-213-7104 F: 865-213-7105

## Transcription

- QuickVue SARS Antigen Test
  Code(s): 87811
  Results
    - SARS-CoV-2 nucleocapsid protein antigen: Positive (Abnormal)

  Ordered 12/26/2023 12:54 by Jenkins, Kelsey
  Completed 12/26/2023 12:46 by Silva, Gabriela
  Reviewed 12/26/2023 12:54 by Jenkins, Kelsey

Diagnoses:
- COVID-19 (U07.1)

Discharge Instructions:
- COVID-19

Plan:
- Please return to the clinic in 3 day(s) if not better. Call or return to this clinic sooner if your condition worsens or if you have any concerns.
- Patient Off work and may return on 12/29/2023.
- Upper Respiratory Illness: Patient educated on the course of viral illness and ineffectiveness in taking antibiotics for viral illness. Patient can take OTC medications such as tylenol, motrin, and mucinex for symptom management. Patient encouraged to increase fluid intake and rest.
  Covid: Patient understands to stay home from work/school for 5 days from the first day of symptom onset or until fever free without medications for 24 hours if fever exceeds 5 days. If patient begins to feel short of breath he/she understands to call 911 or report to emergency room for further treatment as soon as possible.

Visit discharged at 12/26/2023 12:59:10 PM by Kelsey Jenkins, NP

Signed electronically by Kelsey Jenkins, NP on 12/26/2023 12:59:10 PM

Fast Pace Medical Clinic PLLC
2960 Winfield Dunn Pkwy
4309
865-213-7104 F: 865-213-7105

## Patient Clinical Summary

**Log# 12862020 (Room# Exam 5)**

**You were seen at Fast Pace Medical Clinic PLLC (KODAKTN) on Tuesday, December 26, 2023.**

**Your Diagnosis for today's visit is:**

- 1. COVID-19

**Recommendations/Plan:**

- Please return to the clinic in 3 day(s) if not better. Call or return to this clinic sooner if your condition worsens or if you have any concerns.
- Patient Off work and may return on 12/29/2023.
- Upper Respiratory Illness: Patient educated on the course of viral illness and ineffectiveness in taking antibiotics for viral illness. Patient can take OTC medications such as tylenol, motrin, and mucinex for symptom management. Patient encouraged to increase fluid intake and rest.
  Covid: Patient understands to stay home from work/school for 5 days from the first day of symptom onset or until fever free without medications for 24 hours if fever exceeds 5 days. If patient begins to feel short of breath he/she understands to call 911 or report to emergency room for further treatment as soon as possible.

**Instructions:**

- Please read the Exit Care Documents provided:
  - COVID-19

Fast Pace Medical Clinic PLLC
2960 Winfield Dunn Pkwy
4309
865-213-7104 F: 865-213-7105

## Patient Clinical Summary

**Your Vital Signs recorded during this visit were:**

- 12:39 PM (12/26/2023)
  Temperature: 98.8 °F (Oral), Pulse: 78 BPM, BP: 122/84 ( Arm [L] ), Respirations: 20/min, O2 Saturation: 99%, O2 Delivery: RA, Weight: 341 LBS, Height/Length: 5' 5", BMI: 56.7, Menopause: Unknown
  First entered 12/26/2023 12:39 by Silva, Gabriela

**Procedures performed during visit:**

- Patient Health Questionnaire (PHQ-9)
  Face-to-face screening for depression with patient.
  PHQ-9 Screen: "In the past two weeks, how often have you been bothered by the following symptoms?":
  - Little interest: Several days.
  - Feeling depressed: Several days.
  - Sleeping difficulties: Nearly every day.
  - Tired/lethargic: Nearly every day.
  - Poor appetite/overeating: Nearly every day.
  - Poor self-worth: Several days.
  - Trouble concentrating: More than half the days.
  - Restless/sluggish: Not at all.
  - Suicidal/self-mutilating thoughts: Not at all.
  Those problems made it somewhat difficult to do everyday activities/interactions.
  PHQ-9 score: 14.
  Ordered 12/26/2023 12:36 by Earley, Torry
  Completed 12/26/2023 12:42 by Jenkins, Kelsey
- General Anxiety Disorder-7 (GAD-7)
  Over the last 2 weeks, how often has the patient been bothered by the following problems:
  "Feeling nervous, anxious or on edge" More than half the days.
  "Not being able to stop or control worrying" Several days.
  "Worrying too much about different things" Several days.
  "Worrying too much about different things" Not at all.
  "Being so restless that it is hard to sit still" Not at all.
  "Becoming easily annoyed or irritable" More than half the days.
  "Feeling afraid as if something awful might happen" Not at all.
  Total score: 6.
  Ordered 12/26/2023 12:37 by Earley, Torry
  Completed 12/26/2023 12:42 by Jenkins, Kelsey

**Lab tests performed during visit:**

- Labs:
  Flu A & B Ag assay - optical read
  Results
  - Influenza A antigens, by immunoassay with direct optical observation: Negative
  - Influenza B antigens, by immunoassay with direct optical observation: Negative
  Ordered 12/26/2023 12:54 by Jenkins, Kelsey
  Completed 12/26/2023 12:46 by Silva, Gabriela
  Reviewed 12/26/2023 12:54 by Jenkins, Kelsey

- Strep A Ag - rapid
  Results
  - Streptococcus type A antigens by immunoassay with direct optical observation: Negative

**Fast Pace Medical Clinic PLLC**
2960 Winfield Dunn Pkwy
4309
865-213-7104 F: 865-213-7105

## Patient Clinical Summary

Ordered 12/26/2023 12:54 by Jenkins, Kelsey
Completed 12/26/2023 12:46 by Silva, Gabriela
Reviewed 12/26/2023 12:54 by Jenkins, Kelsey

- QuickVue SARS Antigen Test
  Results
  - SARS-CoV-2 nucleocapsid protein antigen: Positive (Abnormal)

  Ordered 12/26/2023 12:54 by Jenkins, Kelsey
  Completed 12/26/2023 12:46 by Silva, Gabriela
  Reviewed 12/26/2023 12:54 by Jenkins, Kelsey

**Thank you for allowing us to serve you today.**
**Please call this clinic at 865-213-7104 if your condition changes, or you have any concerns.**

Visit discharged at 12/26/2023 12:59:10 PM by Kelsey Jenkins, NP

Patient: SABRINA GUERRERO, Sex: F
Date of Service: 12/26/2023 (Log# 12862020)
Date of Birth: (54 years)
Patient ID: 4273931

fastpacehealth

Fast Pace Medical Clinic PLLC
2960 Winfield Dunn Pkwy
4309
865-213-7104 F: 865-213-7105

## Lab Report 1

**Report Status: In Process, Unspecified**
Collected: 12/26/2023 12:46:08 PM
Received: N/A
Reported: 12/26/2023 12:46:07 PM
Who Pays For Lab: Practice Bills

**Additional Patient Information:**
DOB:
Gender: F
Clinic Patient Number: 4273931
Patient ID Number: 4273931
**Additional Clinic Information:**
Clinic Account Number: PV0004
Secondary Account Number: Not Available

**Ordering Physician:**
JENKINS, KELSEY

**Specimen Information:**
Specimen:
PV Requisition Number: 8930212
Placer Order Number: 238930212

**Current Test Results**

| Test Name | In Range | Out Of Range | Ref. Range | Lab |
|---|---|---|---|---|
| Flu A & B Ag assay - optical read - | | | | |
| Flu A & B Ag assay - optical read | | | | |
| Influenza A antigens, by immunoassay with direct optical observation | Negative | | | |
| Influenza B antigens, by immunoassay with direct optical observation | Negative | | | |

**Performing Laboratory Information:**
Performing Lab Information Not Available

Exhibit 9 MLF000008

Patient: SABRINA GUERRERO, Sex: F
Date of Service: 12/26/2023 (Log# 12862020)
Date of Birth: (54 years)
Patient ID: 4273931

fastpacehealth

Fast Pace Medical Clinic PLLC
2960 Winfield Dunn Pkwy
4309
865-213-7104 F: 865-213-7105

## Lab Report 2

**Report Status: In Process, Unspecified**
Collected: 12/26/2023 12:46:18 PM
Received: N/A
Reported: 12/26/2023 12:46:17 PM
Who Pays For Lab: Practice Bills

**Additional Patient Information:**
DOB:
Gender: F
Clinic Patient Number: 4273931
Patient ID Number: 4273931
**Additional Clinic Information:**
Clinic Account Number: PV0004
Secondary Account Number: Not Available

**Ordering Physician:**
JENKINS, KELSEY

**Specimen Information:**
Specimen:
PV Requisition Number: 8930220
Placer Order Number: 238930220

**Current Test Results**

| Test Name | In Range | Out Of Range | Ref. Range | Lab |
|---|---|---|---|---|
| Strep A Ag - rapid - | | | | |
| Strep A Ag - rapid | | | | |
| Streptococcus type A antigens by immunoassay with direct optical observation | Negative | | | |

**Performing Laboratory Information:**
Performing Lab Information Not Available

Exhibit 9 MLF000009



Lincoln/Guerrero 0793

Patient: SABRINA GUERRERO, Sex: F
Date of Service: 12/26/2023 (Log# 12862020)
Date of Birth: (54 years)
Patient ID: 4273931

fastpacehealth

Fast Pace Medical Clinic PLLC
2960 Winfield Dunn Pkwy
4309
865-213-7104 F: 865-213-7105

# Lab Report 3

**Report Status: In Process, Unspecified**
Collected: 12/26/2023 12:46:24 PM
Received: N/A
Reported: 12/26/2023 12:46:23 PM
Who Pays For Lab: Practice Bills

**Additional Patient Information:**
DOB:
Gender: F
Clinic Patient Number: 4273931
Patient ID Number: 4273931
**Additional Clinic Information:**
Clinic Account Number: PV0004
Secondary Account Number: Not Available

**Ordering Physician:**
JENKINS, KELSEY

**Specimen Information:**
Specimen:
PV Requisition Number: 8930224
Placer Order Number: 238930224

**Current Test Results**

| Test Name | In Range | Out Of Range | Ref. Range | Lab |
|---|---|---|---|---|
| QuickVue SARS Antigen Test - Nasal | | | | |
| QuickVue SARS Antigen Test | | | | |
| SARS-CoV-2 nucleocapsid protein antigen | | *Positive | | |

**Performing Laboratory Information:**
Performing Lab Information Not Available

Exhibit 9 MLF000010

Patient: SABRINA GUERRERO, Sex: F
Date of Service: 12/26/2023 (Log# 12862020)
Date of Birth: (54 years)
Patient ID: 4273931

fastpacehealth

Fast Pace Medical Clinic PLLC
2960 Winfield Dunn Pkwy
4309
865-213-7104 F: 865-213-7105

## DOCTOR'S NOTE

To whom it may concern,

SABRINA GUERRERO was seen at Fast Pace Medical Clinic (KODAKTN) on 12/26/2023 by JENKINS, KELSEY.

Patient Off work and may return on 12/29/2023.

Visit discharged at 12/26/2023 12:59:10 PM by Kelsey Jenkins, NP
Signed electronically by Kelsey Jenkins, NP on 12/26/2023 12:59:10 PM

Signed By:
(JENKINS, KELSEY, NP)

ORTHO TENNESSEE

| | |
|---|---|
| Patient: | Sabrina Guerrero |
| Date of Birth: | |
| Date: | 12/19/2023 05:15 PM |
| Visit Type: | Office Visit |

Historian: self

Right knee.

## Chief Complaint:

This 54 year old client.

## History of Present Illness:

1. right knee pain
   Sabrina Guerrero is a 54 year old female. She presents with pain on the right side. She states that the symptoms have been acute traumatic and began on 12/16/2023. Sabrina states that the symptoms began as the result of a fall. The symptoms occur intermittently. The symptoms are aggravated by walking. Sabrina states that the symptoms are relieved by elevation. In addition to right knee pain the patient is also experiencing decreased mobility.

Sabrina is a pleasant 54-year-old patient who presents today for evaluation of status post fall on Saturday the 16. She fell while opening the door to let her dog out. She sustained a fall onto her right knee. She complains of pain with some weightbearing while elevating gives her the most relief.

PROBLEM LIST: Problem List reviewed.

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Sleep apnea | | Y | | |
| Strain of muscle, fascia and tendon of lower back, initial encounter | 01/26/2016 | N | | |
| Depression | | Y | | |
| Arthritis | | Y | | |
| Hypertension | | Y | | |
| Contusion of right knee, initial encounter | | N | | |
| Anxiety | | Y | | |
| Depression | | Y | | |
| Acute pain of left knee | | N | | |
| Unilateral primary osteoarthritis, left knee | | N | | |

## Past Medical History (Detailed)

| Disease | Onset Date | Comments |
|---|---|---|
| Depression | | |
| Hypertension | | |
| Sleep apnea | | |

## Past Surgical History

| Management | Date | Comments |
|---|---|---|
| Gastric bypass | | |
| Meniscus surgery | | |

### Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| meloxicam 15 mg tablet | take 1 tablet by oral route every day | 10/01/2012 | | | Y |
| minocycline 100 mg capsule | take 1 capsule by oral route every 12 hours | 10/01/2012 | | | Y |
| Vitamin D2 50,000 unit capsule | take 1 capsule by oral route every week | 10/01/2012 | | | Y |
| Physicians EZ Use B-12 1,000 mcg/mL injection kit | inject 1 milliliter by intramuscular route every month | 10/01/2012 | | | Y |
| Zyrtec 10 mg capsule | | 10/01/2012 | | | Y |
| escitalopram 10 mg tablet | | 08/27/2018 | | | Y |
| Nyamyc 100,000 unit/gram topical powder | | 12/07/2018 | | | Y |
| nystatin 100,000 unit/gram topical powder | | 05/18/2018 | | | Y |
| Vitamin D2 50,000 unit capsule | | 07/02/2018 | | | Y |
| trazodone 50 mg tablet | take 1 tablet by oral route 3 times every day as needed | // | | 10/21/2019 | Y |
| benazepril 10 mg tablet | take 1 tablet by oral route 2 times every day | // | | 10/21/2019 | Y |
| hyoscyamine 0.125 mg sublingual tablet | take 1 by oral route every day as needed | // | | 10/21/2019 | Y |
| calcitriol 0.5 mcg capsule | take 1 capsule by oral route every day | // | | 10/21/2019 | Y |

### Patient Status

Completed with information received for patient in a summary of care record.

## Medication Reconciliation
Medications reconciled today.

## Allergies:

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| SULFA (SULFONAMIDE ANTIBIOTICS) | Rash | | |

Reviewed, no changes.

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Father | | | | Diabetes mellitus | | N |
| Father | | | | Cardiovascular disease | | N |
| Father | | | | Cancer, unknown | | N |
| Father | | | | stroke | | N |

## Social History (Detailed)
Tobacco use reviewed.

Preferred language is English.

**Marital Status/Family/Social Support**
Marital status: Married

Smoking status: Never smoker.

**Tobacco Screening**
Patient has never used tobacco. Patient has not used tobacco in the last 30 days. Patient has not used smokeless tobacco in the last 30 days.

**Smoking Status**

| Type | Smoking Status | Usage Per Day | Years Used | Pack Years | Total Pack Years |
|---|---|---|---|---|---|
| | Never smoker | | | | |

**Alcohol**
There is no history of alcohol use.

## Review of Systems:

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue. |

| | | |
|---|---|---|
| Constitutional | Negative | Fever. |
| ENMT | Negative | Hearing loss. |
| Eyes | Negative | Vision loss. |
| Respiratory | Positive | Dyspnea, Wheezing. |
| Respiratory | Negative | Cough. |
| Cardio | Negative | Chest pain, Irregular heartbeat/palpitations and Poor circulation. |
| GI | Positive | Diarrhea. |
| GI | Negative | Abdominal pain, Reflux and Vomiting. |
| GU | Negative | Dysuria, Hematuria and Frequent bladder infections. |
| Endocrine | Positive | Weight gain. |
| Endocrine | Negative | Weight loss. |
| Neuro | Positive | Headache. |
| Psych | Positive | Anxiety, Depression. |
| Psych | Negative | Claustrophobia. |
| Integumentary | Negative | Frequent skin infections, Sores that do not heal and Rash. |
| MS | Negative | Except as noted in HPI and Chief complaint and Numbness in extremity. |
| Hema/Lymph | Negative | Bleeding disorders. |
| Allergic/Immuno | Negative | Environmental allergies, Food allergies and Infections. |

## Vital Signs

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5:35 PM | | | | | 5.0 | 5.00 | 165.10 | 346.00 | 156.943 | 57.58 | | |

### Measured by

| Time | Measured by |
|---|---|
| 5:35 PM | Kailain E. Poe |

### Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | No acute distress. Well nourished. Well developed. Ability to Communicate - Normal. Quality of Voice - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. Behavior is appropriate for age. |

On physical exam, Sabrina does have a small area of ecchymosis over the anterior knee. She complains of pain to the inferior pole of the patella as well as proximal tibia. Her extensor mechanism is intact without defect. Due to her body habitus, I am unable to ascertain whether or not she has an effusion. She denies any locking or catching.

## Diagnostics:

AP, tunnel, lateral, and sunrise views of the knee were taken today to evaluate her chief complaint. These radiographs reveal no acute bony abnormality nor fracture. She does have extensive degenerative joint disease with complete loss of joint space to both the medial and lateral aspects. There is osteophyte formation as well as subchondral sclerosis present.

| Study | Result/Report |
|---|---|
| Knee X-ray; Complete (4+ views) | |

## Assessment/Plan

Right knee contusion.

I discussed my findings today with Sabrina, both her physical exam as well as radiographs. We discussed ice as well as Voltaren gel for pain and comfort purposes. I have asked that she continue her meloxicam as prescribed. She will follow up with Dr. Botero service in 2-3 weeks for re-evaluation as well as continued care. If she has any questions or concerns before that time, she is to call the office or return to the clinic. She verbalizes understanding of my plan of care and is in agreement. It was a pleasure taking care of Sabrina today.

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Contusion of right knee, initial encounter (S80.01XA). |
| | Plan Orders | follow-up visit with Kevin Schoonover, PA in 2 Weeks or by 01/02/2024. |
| 2. | Other Orders | Orders not associated to today's assessments. |
| | Plan Orders | Further diagnostic evaluations ordered today include(s) Knee X-ray; Complete (4+ views) to be performed. on Right. |

*Provider:*

Bosnjak, Matej 12/20/2023 12:43 AM

*Document generated by:* NEXTGEN Admin 12/20/2023 12:43 AM

---

Electronically signed by Matej Bosnjak APN on 12/20/2023 01:14 PM

Electronically signed by Herman G. Botero DO on 12/21/2023 11:08 AM

ORTHO TENNESSEE

| | |
|---|---|
| Patient: | Sabrina Guerrero |
| Date of Birth: | |
| Date: | 09/27/2023 10:30 AM |
| Visit Type: | Office Visit |

## Chief Complaint:

This 54 year old client presents for knee.

## History of Present Illness:

1. knee

   Sabrina Guerrero is a 54 year old female. She presents with pain and weakness on the right and left side equally. The symptoms occur intermittently. Currently the patient states that the symptoms are moderate-severe. The pain is described as aching. She rates her current pain as 4/10. The symptoms are aggravated by daily activities. She denies having any associated symptoms. Patient states she does have trouble with stairs and has four going into her house.  She has trouble putting on her socks and shoes and trouble getting out of a chair. She in married and on disability. She has one child and lives at home with her husband who will help take care of her. She does aquatic therapy weekly and does not follow a special diet.

PROBLEM LIST:   Problem List reviewed.

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Sleep apnea | | Y | | |
| Strain of muscle, fascia and tendon of lower back, initial encounter | 01/26/2016 | N | | |
| Depression | | Y | | |
| Arthritis | | Y | | |
| Hypertension | | Y | | |
| Anxiety | | Y | | |
| Depression | | Y | | |
| Acute pain of left knee | | N | | |
| Unilateral primary osteoarthritis, left knee | | N | | |

## Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| meloxicam 15 mg tablet | take 1 tablet by oral route | 10/01/2012 | | | Y |

| | | | | |
|---|---|---|---|---|
| | every day | | | |
| minocycline 100 mg capsule | take 1 capsule by oral route every 12 hours | 10/01/2012 | | Y |
| Vitamin D2 50,000 unit capsule | take 1 capsule by oral route every week | 10/01/2012 | | Y |
| Physicians EZ Use B-12 1,000 mcg/mL injection kit | inject 1 milliliter by intramuscular route every month | 10/01/2012 | | Y |
| Zyrtec 10 mg capsule | | 10/01/2012 | | Y |
| escitalopram 10 mg tablet | | 08/27/2018 | | Y |
| Nyamyc 100,000 unit/gram topical powder | | 12/07/2018 | | Y |
| nystatin 100,000 unit/gram topical powder | | 05/18/2018 | | Y |
| Vitamin D2 50,000 unit capsule | | 07/02/2018 | | Y |
| trazodone 50 mg tablet | take 1 tablet by oral route 3 times every day as needed | // | 10/21/2019 | Y |
| benazepril 10 mg tablet | take 1 tablet by oral route 2 times every day | // | 10/21/2019 | Y |
| hyoscyamine 0.125 mg sublingual tablet | take 1 by oral route every day as needed | // | 10/21/2019 | Y |
| calcitriol 0.5 mcg capsule | take 1 capsule by oral route every day | // | 10/21/2019 | Y |

## Medication Reconciliation

Medications reconciled today.

### Allergies:

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| SULFA (SULFONAMIDE ANTIBIOTICS) | Rash | | |

Reviewed, no changes.

# Vital Signs

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:03 PM | | | | | 5.0 | 5.00 | 165.10 | 346.00 | 156.943 | 57.58 | | |

### Measured by

| Time | Measured by |
| --- | --- |
| 12:03 PM | Hope A. Mash |

## Physical Exam

| Exam | Findings | Details |
| --- | --- | --- |
| Knee ROM R | * | Active ROM - Factors: pain, Description: decreased active range of motion. Passive ROM - Factors: pain, Description: decreased passive range of motion. |
| Knee ROM L | * | Active ROM - Factors: pain, Description: decreased active range of motion. Passive ROM - Factors: pain, Description: decreased passive range of motion. |
| Strength LE | Normal | Strength Description - Normal lower extremity: Bilateral. |
| Constitutional | * | Nourishment - obese. |
| Constitutional | Normal | No acute distress. Well developed. Ability to Communicate - Normal. Quality of Voice - Normal. |
| Knee | * | Inspection - Gait: antalgic. Alignment - Right: varus, Radiographic, Left: varus, Radiographic. Swelling - Right: none, Left: none. Maximum tenderness - Right: medial joint line, Left: medial joint line. |
| Knee | Normal | Inspection - Atrophy - Right: Absent, Left: Absent. Skin - Right: Normal, Left: Normal. |
| Neurovascular LE | Normal | Neurovascular examination including reflexes, sensation, and pulses is within normal limits. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

## Procedures:

Procedures:

**Joint Injection/Aspiration**

Consent was obtained. Risk and benefits were explained. Questions were encouraged and answered.

| Indication | Procedure | Summary |
| --- | --- | --- |
| Bilateral primary osteoarthritis of knee | arthrocentesis major joint | Site was prepped using aseptic technique with povidone-iodine and alcohol. Right knee joint injection was performed. A 22 gauge needle was used. Placement confirmed by manual palpation. 2mL of KENALOG 40 (TRIAMCINOLONE) PER 10 MG - 2cc 80 mg and 4mL of MARCAINE 10 mg were injected. Pressure and adhesive sterile dressing used. |
| Bilateral primary osteoarthritis of knee | arthrocentesis major joint | Site was prepped using aseptic technique with povidone-iodine and alcohol. Left knee joint injection was performed. A 22 gauge needle was used. Placement confirmed by manual palpation. 2mL of KENALOG 40 (TRIAMCINOLONE) PER 10 MG - 2 cc 80 |

mg and 4mL of MARCAINE 10 mg were injected. Pressure and adhesive sterile dressing used.

Post procedure: The patient tolerated the treatment well.
Instructions to Patient: Appropriate post injection instructions were given.

## Diagnostics:

X-ray of bilateral knees showed advanced degenerative joint disease of bilateral knees with complete bone-on-bone joint space loss, peripheral osteophyte formation and sclerosis. AP, lateral, sunrise and tunnel views.

| Study | Result/Report |
|---|---|
| Bone Length Study X-ray | |
| Knee X-ray; Complete (4+ views) | |
| Knee X-ray; Complete (4+ views) | |

## Assessment/Plan

1. Advanced degenerative joint disease of bilateral knees.
2. Morbid obesity, BMI of 57.

Ms. Guerrero is here for evaluation of bilateral knees. She also has BMI of 57. Discussed treatment options, conservative versus surgical. She is not a surgical candidate at this time due to her weight. She wished to proceed with bilateral knee intra-articular injections. After obtaining verbal consent, bilateral knees were prepped via the anterolateral portals and injected with 10 mg of lidocaine, 2 mL of Marcaine and 80 mg Kenalog. She tolerated this well. Continue with conservative management. Follow up as needed.

# Completed Orders (This Visit)

| Order | Details | Reason | Side | Interpretation | Result | Additional Info | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|---|
| Bone Length Study X-ray | | | | | | | | |
| Knee X-ray; Complete (4+ views) | | | Bilateral | | | | | |
| Knee X-ray; Complete (4+ views) | | | Left | | | | | |

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Bilateral primary osteoarthritis of knee (M17.0). |
| 2. | Other Orders<br>Plan Orders | Orders not associated to today's assessments.<br>Further diagnostic evaluations ordered today include(s) Bone Length Study X-ray to be performed, Knee X-ray; Complete (4+ views). on Bilateral and Knee X-ray; Complete (4+ views). on Left. |

*Provider:*
Botero, Herman G 10/01/2023 3:54 AM
*Document generated by:* NEXTGEN Admin 10/01/2023 03:54 AM

---

Electronically signed by Herman G. Botero DO on 10/02/2023 09:17 AM

Patient Profile

Gender: Female
PCP: Phillips , Floyd
SSN:
**Insurance:** Blue Cross Blue Shield TN
**Policy Number:** STTS00402622
**Group Number:** 80860

No Patient Photo

Social History

**Last Flu Vaccine:** Not indicated

**Pharmacy:**
Sam's Club Pharmacy
2920 Knoxville Center Drive, Knoxville, TN 37924

Allergies

- Sulpha Based Medication : Rash, Itching

Medications

- Albuterol Sulfate (Albuterol Sulfate): EQ 0.09MG BASE/INH by Aerosol, Metered , As needed
- Calcitriol (Calcitriol): 0.5MCG by Capsule , 1 time daily
- Cerefolin Nac , 1 time daily
- Clopidogrel Bisulfate (Clopidogrel Bisulfate): EQ 75MG BASE by Tablet , 1 time daily
- Hyoscyamine , As needed
- Meloxicam (Meloxicam): 15MG by Tablet , 1 time daily
- Ondansetron (Ondansetron): 4MG by Tablet, Orally Disintegrating , As needed
- Pantaprazole
- Qulipta (Atogepant): 60MG by Tablet , 1 time daily
- Saxenda (Liraglutide Recombinant): 18MG/3ML (6MG/ML) by Solution , 1 time daily
- Topiramate (Topiramate): 50MG by Tablet , 1 time daily
- Ubrelvy (Ubrogepant): 100MG by Tablet , 1 time daily
- Vitamin D (Ergocalciferol): 50,000 IU by Capsule
- Benzonatate (Benzonatate): 200MG by Capsule , As needed
- Cerefolin
- Cetirizine , 1 time daily
- Hydroxyzine Hydrochloride (Hydroxyzine Hydrochloride): 25MG by Tablet , 1 time daily
- Mag Oxide , 1 time daily
- Minocycline , 2 times daily
- Oxybutynin Chloride (Oxybutynin Chloride): 5MG by Tablet, Extended Release , 1 time daily
- Pantoprazole , 2 times daily
- Rexulti (Brexpiprazole): 0.5MG by Tablet , 1 time daily
- Sucralfate (Sucralfate): 1GM by Tablet
- Trintellix (Vortioxetine Hydrobromide): EQ 10MG BASE by Tablet , 1 time daily
- Valsartan (Valsartan): 80MG by Tablet , 1 time daily

Patient Profile

**Gender:** Female
**SSN:**
**Phone:**
**Email:**
**Address:**
**Billing:**

**Home:**

**PCP:** Phillips , Floyd
**Referral*:** Primary Care Physician
**Guarantor*:** Darwin Guerrero , Spouse (

**Insurance:** Blue Cross Blue Shield TN
**Policy Number:** STTS00402622
**Group Number:** 80860
**Insurance:** Blue Cross Blue Shield TN
**Policy Number:** STTS00402622
**Group Number:** 80860

---

Reason for Visit*

| | |
|---|---|
| **Primary Body Part:** | Bilateral Knee |
| **Cause:** | Arthritis |
| **How did it occur?** | When I stood up felt something in my left knee catch and felt like it snapped |
| **Symptom(s):** | Swelling, Stiffness, Weakness, Popping, Locking, Catching, Giving out, Pain |
| **Brace or splint:** | No |
| **Onset:** | Last 6 months |
| **Pain severity:** | 4 |
| **Functional limitation:** | 6 |

**Pain Description:** ○ Constant ✓ Intermittent ○ Getting Better ○ Getting Worse

**Joint Symptoms:**
○ Shift ✓ Buckle ✓ Give Out
✓ Lock ○ Swell
**Recurring?** Yes
**Symptom location:**
✓ Front ○ Back ✓ Inside
✓ Outside
**Walking distance:** 30 Feet



Numb
Burning
Ache
Pins & Needles
Other

Exhibit 10 MLF000012

Imaging and Improvement Scenarios*

**Prior Events:**
☑ MRI (More than 6 months ago) ○ CT Scan ☑ X-ray (Last 6 months) ☑ Surgery (More than 6 months ago)
○ Nerve Conduction Study
**Makes better:** Rest, Medication, Sitting, Laying Down
**Makes worse:** Standing, Walking

Medical History*

**Patient selected:**
- Anxiety
- Arthritis
- Asthma
- Depression
- High blood pressure
- Non-melanoma skin cancer
- Osteoarthritis
- Other
- Sleep Apnea

**Patient did NOT select:**
- AIDS/HIV
- Bipolar
- Cancer
- Congestive Heart Failure/Heart Failure
- COPD/Emphysema
- Deep Vein Thrombosis (Blood Clots)
- Diabetes Type I or II
- Gout
- High Cholesterol
- Juvenile Rheumatoid Arthritis
- Kidney Disease
- Liver Disease
- MI/Heart Attack
- Osteoporosis
- Pulmonary Embolism
- Rheumatoid Arthritis
- Seizures
- Stroke
- Thyroid disease
- Ulcers

Surgical History*
- Knee: Meniscus Surgery: Right
- Other: Hernia
- Other: Bone spur removal
- Other: Gastric by-pass roux-n-y

Allergies
- Sulpha Based Medication : Rash, Itching

Medications
- Albuterol Sulfate (Albuterol Sulfate): EQ 0.09MG BASE/INH by Aerosol, Metered , As needed
- Benzonatate (Benzonatate): 200MG by Capsule , As needed
- Calcitriol (Calcitriol): 0.5MCG by Capsule , 1 time daily
- Cerefolin
- Cerefolin Nac , 1 time daily
- Cetirizine , 1 time daily
- Clopidogrel Bisulfate (Clopidogrel Bisulfate): EQ 75MG BASE by Tablet , 1 time daily
- Hydroxyzine Hydrochloride (Hydroxyzine Hydrochloride): 25MG by Tablet , 1 time daily
- Hyoscyamine , As needed
- Mag Oxide , 1 time daily
- Meloxicam (Meloxicam): 15MG by Tablet , 1 time daily
- Minocycline , 2 times daily
- Ondansetron (Ondansetron): 4MG by Tablet, Orally Disintegrating , As needed
- Pantaprazole
- Pantoprazole , 2 times daily
- Qulipta (Atogepant): 60MG by Tablet , 1 time daily
- Rexulti (Brexpiprazole): 0.5MG by Tablet , 1 time daily
- Saxenda (Liraglutide Recombinant): 18MG/3ML (6MG/ML) by Solution , 1 time daily
- Sucralfate (Sucralfate): 1GM by Tablet
- Topiramate (Topiramate): 50MG by Tablet , 1 time daily
- Trintellix (Vortioxetine Hydrobromide): EQ 10MG BASE by Tablet , 1 time daily
- Ubrelvy (Ubrogepant): 100MG by Tablet , 1 time daily
- Valsartan (Valsartan): 80MG by Tablet , 1 time daily
- Vitamin D (Ergocalciferol): 50,000 IU by Capsule

Social History

**Tobacco*:** I have in the past
**Type:** Cigarettes
**Quit:** May 1989
**Quantity:** 0.5 ppd, 0 years
**Alcohol*:** None
**Pharmacy:**
Sam's Club Pharmacy
2920 Knoxville Center Drive, Knoxville, TN 37924

**Emergency Contact:** Darwin Guerrero
865-654-6727, Spouse
**HIPAA Contacts:**
Darwin Guerrero , Spouse: 865-654-6727
☑ Treatment ☑ Appointment ☑ Billing
○ Voicemail
Teresa Deskins, Other: 865-437-8537
☑ Treatment ☑ Appointment ☑ Billing
☑ Voicemail
Isabella Guerrero, Child: 865-386-3759
☑ Treatment ☑ Appointment ☑ Billing
☑ Voicemail
Marty Whaley, Friend: 865-389-7438
☑ Treatment ☑ Appointment ☑ Billing
☑ Voicemail
Darwin Guerrero , Spouse: 865-654-6727
☑ Treatment ☑ Appointment ☑ Billing
☑ Voicemail

Family History

- Cancer: Father
- Heart disease: Brother, Father, Sister
- Diabetes: Brother, Father
- Stroke: Father

Review of Systems*

Constitutional
**Confirms: None**
Not Selected: Fever, Weight gain, Weight loss

Respiratory
**Confirms: Cough, Short of breath, Wheezing**
Not Selected: Recent infections

Gastrointestinal
**Confirms: Abdominal pain, Diarrhea**
Not Selected: Vomiting, Reflux

Genitourinary
**Confirms: Frequent bladder infections**
Not Selected: Painful urination, Bloody urine, Unable to urinate

Skin
**Confirms: None**
Not Selected: Rash, Skin infection, Sores that do not heal

Psychiatric
**Confirms: Anxiety, Depression, Claustrophobia**
Not Selected: Bipolar

Head, Eyes, Ears, Nose, Throat
**Confirms: Headache**
Not Selected: Hearing loss, Vision loss

Cardiovascular
**Confirms: None**
Not Selected: Chest pain, Heart palpitations, Poor circulation

Musculoskeletal
**Confirms: Negative, except today's complaint**
Not Selected: None

Neurological
**Confirms: None**
Not Selected: Numbness in extremities

Hematologic/Lymphatic
**Confirms: None**
Not Selected: Bleeding disorders

Immunologic
**Confirms: None**
Not Selected: Food allergies, Environmental allergies

*Item for MA review and entry

**HIPAA Contacts:**
Darwin Guerrero , Spouse (865-654-6727): ☑ Appointment ☑ Billing ☑ Treatment ○ Protected Information in Voicemail
Teresa Deskins, Other (865-437-8537): ☑ Appointment ☑ Billing ☑ Treatment ☑ Protected Information in Voicemail
Isabella Guerrero, Child (865-386-3759): ☑ Appointment ☑ Billing ☑ Treatment ☑ Protected Information in Voicemail
Marty Whaley, Friend (865-389-7438): ☑ Appointment ☑ Billing ☑ Treatment ☑ Protected Information in Voicemail
Darwin Guerrero , Spouse (865-654-6727): ☑ Appointment ☑ Billing ☑ Treatment ☑ Protected Information in Voicemail

# Consent to treat and file

I authorize consent for treatment, the release of any medical information necessary to process this claim, and authorize payment of medical benefits by my insurance, including but not limited to Medicare, Medigap, TennCare, Commercial, etc, to OrthoTennessee for services provided.

I authorize OrthoTennessee, as part of my medical evaluation and treatment, to access my electronic medication history. I understand that I am financially responsible for the charges covered by this authorization and for collection expenses on unpaid balances.

# Notice of Financial Relationship

In order to provide you with the most comprehensive quality care, you may be referred to a facility in which OrthoTennessee physicians may have an ownership interest. This document serves as notice to you of the financial investments or relationships of the physicians of OrthoTennessee. OrthoTennessee physicians have investment interests in the following: Fort Sanders West Outpatient Surgery Center, Advanced Family Surgery Center, Knoxville Orthopedic Surgery Center, OrthoTennessee Therapy, OrthoTennessee Imaging, and OrthoTennessee Orthotics. In addition, your physician may have financial relationships with orthopedic manufacturing companies which produce surgical implants and other orthopedic products that may be used in connection with your treatment. You may request an alternative provider for your services (physical therapy, MRI, surgery centers). If you would like to seek your medical services elsewhere, please inform your physician and you will be referred to another comparable facility. We assure you that you will not be treated differently at OrthoTennessee if you request an alternative provider. If you have any questions or concerns regarding the above notice or your treatment plan, your physician will be happy to discuss those with you.

# Privacy Policy

I have been made aware of OrthoTennessee's Notice of Privacy Practices that is on public display in the lobby and also available on its website (www.orthotennessee.com). I understand that I may request a paper copy of the Notice of Privacy Practices at this location.

*Sabrina Guerrero*

KOC
Knoxville Orthopaedic Clinic

## PATIENT INTAKE FORM

Acct#: ______ DOB: / /

Name Sabrina Guerrero Age 54 Sex ( M or (F) ) Hand Dominance R (L)

Date 12/19/2023 Occupation N/A

Referring M.D. or Hospital N/A Work related Yes __ No X

### SECTION A. HISTORY OF PRESENT ILLNESS OR INJURY

1. Chief complaint and location of pain? Right Knee + Lower Leg
2. When did this occur? Saturday 12/16/2023
3. How did it occur? Fell While opening door to patio on led
4. When is it painful? Walking and With Range of Motion
5. Where does it start and where does it move to? Upper Knee, all of knee and down front of Right Knee to Front of Right Leg
6. What makes it worse? Walking
7. What makes it better? Elevating
8. Have you seen another physician for this complaint? Yes or (No)

   If yes, who was the physician and what was the treatment? ______

9. Have you had any test (x-rays, nerve studies, MRI, other) for this problem?

   If yes, list date and place Not for this fall

10. Have you missed work? Yes or (No). If yes, last date worked ______

### SECTION B. *DO NOT FILL OUT*

Height: ______ Weight: ______ B.P. ______ Pulse: ______

# OrthoTennessee

Knoxville Orthopaedic Clinic • Maryville Orthopaedic Clinic • Orthopaedic Surgeons of Oak Ridge• University Orthopaedic Surgeons

## KOC REVIEW OF SYSTEMS

Patient's Name: Sabrina Guerrero    Medical Record#: ______

Patient's Date of Birth: ______    Today's Date: 12/19/2023

**Pharmacy** - Please list your desired pharmacy in the event you receive a medication order:

Sam's Club

Street and City: Knoxville Center Drive Knoxville

**Review of Systems:** Do you have any of the following symptoms?
Please mark **YES** or **NO** for each condition.

**CONSTITUTIONAL** ☐ Normal

| NO | YES | |
|---|---|---|
| [x] | ☐ | Fever |
| ☐ | [x] | Weight gain |
| [x] | ☐ | Weight loss |
| ☐ | [x] | Fatigue |

**HEAD, EYES, EARS, NOSE, THROAT** ☐ Normal

| NO | YES | |
|---|---|---|
| ☐ | [x] | Headache |
| [x] | ☐ | Hearing loss |
| [x] | ☐ | Vision loss |

**RESPIRATORY** ☐ Normal

| NO | YES | |
|---|---|---|
| [x] | ☐ | Cough |
| ☐ | [x] | Dyspnea/Short of breath |
| [x] | ☐ | Recent Infections |
| ☐ | [x] | Wheezing |

**CARDIOVASCULAR** ☐ Normal

| NO | YES | |
|---|---|---|
| [x] | ☐ | Chest pain |
| [x] | ☐ | Irregular heartbeat/ |
| [x] | ☐ | palpitations |
| [x] | ☐ | Poor circulation |

**GASTROINTESTINAL** ☐ Normal

| NO | YES | |
|---|---|---|
| [x] | ☐ | Abdominal Pain |
| ☐ | [x] | Diarrhea |
| [x] | ☐ | Vomiting |
| [x] | ☐ | Reflux |

**GENITOURINARY** ☐ Normal

| NO | YES | |
|---|---|---|
| [x] | ☐ | Dysuria/painful urination |
| [x] | ☐ | Hematuria/Bloody urine |
| [x] | ☐ | Urinary retention/ unable to urinate |
| [x] | ☐ | Frequent bladder infections |

**NEUROLOGICAL** ☐ Normal

| NO | YES | |
|---|---|---|
| [x] | ☐ | Numbness in extremities |
| [x] | ☐ | Dizziness |

**PSYCHIATRIC** ☐ Normal

| NO | YES | |
|---|---|---|
| ☐ | [x] | Anxiety |
| [x] | ☐ | Bipolar |
| ☐ | [x] | Depression |
| [x] | ☐ | Claustrophobia |
| [x] | ☐ | Insomnia |

**SKIN** ☐ Normal

| NO | YES | |
|---|---|---|
| [x] | ☐ | Rash |
| [x] | ☐ | Skin Infection |
| [x] | ☐ | Sores that do not heal |

**MUSCULOSKELETAL**

[x] Negative, except today's complaint

**HEMATOLOGIC** ☐ Normal

| NO | YES | |
|---|---|---|
| [x] | ☐ | Bleeding disorders |

**IMMUNOLOGICAL** ☐ Normal

| NO | YES | |
|---|---|---|
| [x] | ☐ | Food allergies |
| [x] | ☐ | Environmental allergies |

**Are there any other medical problems that we should be aware of?** ______

**To the best of my knowledge the above information is current and correct.**

**Signature:** [signature]    **Date:** 12/19/2023

Exhibit 10 MLF000017

Name: Guerrero, Sabrina    DOB:    Date:

**Lincoln/Guerrero 0812**

MRN: 1127960

# Patient History

Name: Sabrina Guerrero Date of Birth: ______ Date: 9 27 23

Who sent you to see us? Name: Floyd Phillips (Phillips Healthcare)
Address: P.O. Box 879 / 6890 W. A.J. Hwy
City, State, Zip: Talbott, TN
Phone #: (423) 839-2120

## History of Present Illness:

Location: ☐ Right Hip ☐ Left Hip ☐ Right Knee [x] Left Knee

Chief complaint (ex: Pain, Decreased range of motion...): Pain, Swelling

What date did this occur or how long have you had this problem? Left Knee 2 months ago

Have you missed any work? ☐ Yes [x] No If yes, last date you worked: N/A

What activities make your symptoms worse or are difficult to perform?

[x] Walking [x] Stairs [x] Standing ☐ Sitting

Have you experiencing any falls? ☐ Yes [x] No

Do you use any assistive Devices when walking?

☐ None ☐ Cane at all times [x] Cane, long walks only ☐ wheelchair ☐ walker

## Pain and Location:

Is your pain: [x] Intermittent (goes away completely at times) ☐ Constant

Do you have pain: [x] Walking ☐ Sitting [x] Standing [x] At night

How would you describe your pain?

☐ Sharp [x] Throbbing [x] Burning ☐ Dull [x] Tight ☐ Tingling [x] Aching

Rate your pain at its worst from 1-10 (1=minimal and 10=severe pain): 7 Current pain: 4

Do you have any of the following? [x] Stiffness [x] Swelling ☐ Numbness [x] Weakness

Do you have a limp? ☐ None [x] Slight ☐ Moderate ☐ Severe
When been out for awhile

If you have HIP PAIN where is it located?

☐ Groin ☐ Thigh ☐ Below Knee ☐ Down to the knee ☐ Down to the foot [x] Side

## Activities of Daily Living:

Do you have difficulty using the stairs?

☐ No ☐ Always use the banister [x] Take one step at a time ☐ Use assistive device or cannot use the stairs

See Reverse

How many stairs do you walk up to get into your home? Four (4)

How many stairs do you have inside your home? 0

Do you have difficulty putting on your shoes and socks? ☐ No ☐ Unable ☒ With Difficulty

Can you get up from a chair? ☐ Normally ☐ Need assistance ☒ Difficulty even when using my arms

**Prior Treatments:**

Have you seen another physician for this issue? ☒ Yes ☐ No

Have you had any previous surgeries on the affected joint? Rt. Knee Dr. Becker

Have you had previous testing for this issue?

☒ X-Rays ☐ Nerve Studies ☐ MRI ☐ CT Scan ☐ Bone Scan Other:

Have you taken any of the following medications for this issue?

☒ Tylenol ☐ Aspirin ☐ Vioxx ☐ Celebrex ☐ Motrin ☐ Aleve ☒ Meloxicam Other:

Have you had injections for this issue? ☐ Yes ☒ No

If yes, what kind of injections? ☐ Steroid ☐ Synvisc ☐ Unsure

How many injections have you had in the past?

Have you had physical therapy or done home exercises? ☒ Yes ☐ No

Do you have allergies to any metals? ☐ Yes ☒ No If yes, what metal:

**Social History:**

What kind of work do you do?

☐ Homemaker ☐ Manual labor ☐ Desk Job ☐ Retired ☒ On disability ☐ Occupation:

Marital Status: ☐ Single ☒ Married ☐ Divorced ☐ Widowed

Spouses Occupation: Licensed SW Do you have children? ☒ Yes ☐ No

If yes, How many children? One Who lives at home with you? Spouse

Who will assist you after your surgical procedure? Spouse

Do you exercises regularly? ☒ Yes ☐ No How many times per week? Currently Aquatic therapy 2X's wkly

Do you follow a special diet? ☐ Yes ☒ No If yes, what kind?

**Do not fill out:**

Height:________ Weight:________ BP:__________ Pulse:________ BMI:________

Exhibit 10 MLF000019

# History taking, self-administered, by computer terminal

| | |
|---|---|
| **Patient** | Sabrina Guerrero, |
| **Date of birth** | 00:00:00 |
| **Current Gender** | |
| **Contact info** | |
| **Patient IDs** | 00001 1.1.1.1 |
| **Document Id** | 1633222e-44c4-4fc6-98d7-75b21deb4253 2.16.840.1.113883.3.109.3.6047.3.1.1.80210.2.2.1 |
| **Document Created:** | September 27, 2023, 14:25:58 |
| **Care provision** | History taking, self-administered, by computer terminal from September 27, 2023, 14:25:58 to September 27, 2023, 14:25:58 |
| **Performer (primary care physician)** | Floyd Phillips, |
| **Author** | Floyd Phillips, |
| **Document maintained by** | 1.1.1.1 |

## Table of Contents


- ALLERGIES, ADVERSE REACTIONS, ALERTS
- Vital Signs
- Medications
- Family History


## ALLERGIES, ADVERSE REACTIONS, ALERTS

1. Sulpha Based Medication (please confirm reconciliation)

## Vital Signs

## Medications

1. Albuterol Sulfate (Albuterol Sulfate): EQ 0.09MG BASE/INH by Aerosol, Metered , As needed (not imported)
2. Cerefolin (not imported)
3. Cerefolin Nac , 1 time daily (not imported)
4. Cetirizine , 1 time daily (not imported)
5. Clopidogrel Bisulfate (Clopidogrel Bisulfate): EQ 75MG BASE by Tablet , 1 time daily (not imported)
6. Hyoscyamine , As needed (not imported)
7. Mag Oxide , 1 time daily (not imported)
8. Minocycline , 2 times daily (not imported)
9. Pantaprazole (not imported)
10. Pantoprazole , 2 times daily (not imported)
11. Saxenda (Liraglutide Recombinant): 18MG/3ML (6MG/ML) by Solution , 1 time daily (not imported)
12. Vitamin D (Ergocalciferol): 50,000 IU by Capsule (not imported)
13. Benzonatate (Benzonatate): 200MG by Capsule , As needed
14. Calcitriol (Calcitriol): 0.5MCG by Capsule , 1 time daily
15. Hydroxyzine Hydrochloride (Hydroxyzine Hydrochloride): 25MG by Tablet , 1 time daily
16. Meloxicam (Meloxicam): 15MG by Tablet , 1 time daily
17. Ondansetron (Ondansetron): 4MG by Tablet, Orally Disintegrating , As needed
18. Qulipta (Atogepant): 60MG by Tablet , 1 time daily

19. Rexulti (Brexpiprazole): 0.5MG by Tablet , 1 time daily
20. Sucralfate (Sucralfate): 1GM by Tablet
21. Topiramate (Topiramate): 50MG by Tablet , 1 time daily
22. Trintellix (Vortioxetine Hydrobromide): EQ 10MG BASE by Tablet , 1 time daily
23. Ubrelvy (Ubrogepant): 100MG by Tablet , 1 time daily
24. Valsartan (Valsartan): 80MG by Tablet , 1 time daily

## Family History

1. Cancer
2. DiabetesDiabetes
3. Heart diseaseHeart diseaseHeart disease
4. Stroke

## History taking, self-administered, by computer terminal

| | |
|---|---|
| **Patient** | Sabrina Guerrero, |
| **Date of birth** | 00:00:00 |
| **Current Gender** | |
| **Contact info** | |
| **Patient IDs** | 00001 1.1.1.1 |
| **Document Id** | 5b566aba-b7c4-496b-b78d-ae4eefdc1298 2.16.840.1.113883.3.109.3.6047.3.1.1.80210.2.2.1 |
| **Document Created:** | February 14, 2024, 19:51:16 |
| **Care provision** | History taking, self-administered, by computer terminal from February 14, 2024, 19:51:16 to February 14, 2024, 19:51:16 |
| **Performer (primary care physician)** | Floyd Phillips, |
| **Author** | Floyd Phillips, |
| **Document maintained by** | 1.1.1.1 |

### Table of Contents


- ALLERGIES, ADVERSE REACTIONS, ALERTS
- Vital Signs
- Medications
- Family History


### ALLERGIES, ADVERSE REACTIONS, ALERTS

1. Sulpha Based Medication (please confirm reconciliation)

### Vital Signs

### Medications

1. Cerefolin (not imported)
2. Clopidogrel Bisulfate (Clopidogrel Bisulfate): EQ 75MG BASE by Tablet , 1 time daily (not imported)
3. Saxenda (Liraglutide Recombinant): 18MG/3ML (6MG/ML) by Solution , 1 time daily (not imported)
4. Hyoscyamine , As needed (not imported)
5. Cerefolin Nac , 1 time daily (not imported)
6. Albuterol Sulfate (Albuterol Sulfate): EQ 0.09MG BASE/INH by Aerosol, Metered , As needed (not imported)
7. Pantoprazole , 2 times daily (not imported)
8. Vitamin D (Ergocalciferol): 50,000 IU by Capsule (not imported)
9. Pantaprazole (not imported)
10. Cetirizine , 1 time daily (not imported)
11. Minocycline , 2 times daily (not imported)
12. Mag Oxide , 1 time daily (not imported)
13. Trintellix (Vortioxetine Hydrobromide): EQ 10MG BASE by Tablet , 1 time daily
14. Qulipta (Atogepant): 60MG by Tablet , 1 time daily
15. Meloxicam (Meloxicam): 15MG by Tablet , 1 time daily
16. Ubrelvy (Ubrogepant): 100MG by Tablet , 1 time daily
17. Hydroxyzine Hydrochloride (Hydroxyzine Hydrochloride): 25MG by Tablet , 1 time daily
18. Topiramate (Topiramate): 50MG by Tablet , 1 time daily

19. Ondansetron (Ondansetron): 4MG by Tablet, Orally Disintegrating , As needed
20. Rexulti (Brexpiprazole): 0.5MG by Tablet , 1 time daily
21. Benzonatate (Benzonatate): 200MG by Capsule , As needed
22. Calcitriol (Calcitriol): 0.5MCG by Capsule , 1 time daily
23. Oxybutynin Chloride (Oxybutynin Chloride): 5MG by Tablet, Extended Release , 1 time daily
24. Valsartan (Valsartan): 80MG by Tablet , 1 time daily
25. Sucralfate (Sucralfate): 1GM by Tablet

**Family History**

1. Cancer
2. DiabetesDiabetes
3. Heart diseaseHeart diseaseHeart disease
4. Stroke

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 08/10/2022**

**Sabrina Guerrero** Date of Birth:

# Psychiatric Diagnostic Evaluation

**Present at Session:** Patient.

Informed consent for treatment obtained and patient's questions answered.

**Chief Complaint:** Depression, Anxiety, medical concerns, and after affects of Covid, and current t chronic long covid symptoms

**History of Present Illness:** Depressed mood. Feelings of sadness. Feelings of emptiness. Feelings of hopelessness. Anhedonia. Decreased interest in normal activities. Decreased motivation. Insomnia. Agitation. Fatigue/loss of energy. Feelings of worthlessness. Excessive/inappropriate guilt. Difficulty concentrating. Indecisiveness. Recurrent thoughts of death denies Suicidal Ideation currently. Ruminating thoughts. Excessive fear. Persistent worry. Feeling keyed up/on edge. Irritability. Fatigue. Muscle tension. Sleep disturbances.

Sabrina contracted covid in February and still has shortness of breath when walking, extreme fatigue intermittently, and daily headaches which vary in intensity. She reports having "brain fog" so can become argumentative / irritable / defensive with family when they tell her she's repeating self. Sabrina is beginning to observe that physical symptoms make her worried that she is having escalating anxiety. Sabrina has a plan with doctors to work on increasing breathing capacity and fitness but she doubts this can happen in enough time to be ready to work this October.

Sabrina wants help processing and being less distressed by the changes that covid has brought, help decreasing anxiety.

Client reports history of sexual abuse by her father, binge eats, can go between hoarding and cleaning excessively, avoids shopping due to both physical exertion and being overstimulated with anxiety, describes self as morbidly obese, has undergone gastric bypass surgery, was employed recently as a social worker in a hospice setting with high degree of job satisfaction.

Coping skills include learning to address conflict directly and allowing self to feel feelings. She notes she is still uncomfortable being direct with others but makes self do it. When asked about coping with anxiety she believes she has no tools. Sabrina consented to psychoeducation about diaphragm breathing to improve quality of sleep disrupted by anxiety, to decrease anxiety, to retune nervous system over time and help re-wire the intrusive and distorted thought patterns over time.

Sabrina attends a covid support group and overall feels supported. She wonders at times if her husband and daughter get frustrated with her or if anxiety is influencing this perception.
Therapeutic Interventions in Session: CBT, EMDR discussed, Personal Skills, Psychoeducation, Supportive Therapy.
Current Medications and Compliance: Complete multivitamin, probiotic, vitamin A, Zinc, Vitamin C, Omega 3, Vitamin B-12, Aspirin 80mg QD, Meloxicam 15mg QD, Topiramate 25mg BID, Cetirizine 10mg QD, Calcitriol 0.5 QD, Vitamin D2 50,000IU 2x weekly, Escitalopram 20mg QD, Benazepril 20mg QD, Magoxide 400mg QD, Minocycline 100mg BID, Pepcid AC 40mg QD, Ozempic 1mg once weekly

**Past Medical, Psychiatric, Family and Social History**
History Provided: Sabrina Guerrero

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 08/10/2022**

**Sabrina Guerrero** Date of Birth:

Relationship to Patient: Self.

**Behavioral Health History**
Therapy. Chris Overton, LCSW 1998-2001 ?
Medication Management. Floyd Phillips, MD (Current Provider)
Psychological Testing. 1998 uncertain of provider through Vocational rehabilitation
Prior Suicidal or Homicidal Ideation or Attempt: No.
Prior History of Cutting or Self-Harm: No.
Current or Past Legal Issues: No.

Psychosocial History: Strain in relationship with family of origin.
Cultural/Ethnic/Spiritual Considerations/Identities: Strong faith belief
Relationship Status: Married.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Personal Strengths: Seek help when needed
Gender Identity: Female
Sex Assigned at Birth: Female
Sexual Orientation: Heterosexual or Straight

History or Prior Diagnosis:
Patient: Anxiety. Depression. Eating disorder. Obsessive-compulsive disorder. PTSD/Trauma.
Family: ADD/ADHD: Mother. Anxiety: Mother. Child. Bipolar Disorder: Sibling. Depression: Child. Eating Disorder: Mother. OCD: Mother.

**Medical History**
Primary Care Physician: Yes. Name/Phone: Floyd Phillips
Date of Last Physical Exam: 8/8/22.
Date of Last Dental Exam: 6/22.
Date of Last Vision Exam: 2002
Additional Healthcare Providers: Yes. Post Covid Clinic (Pammela Poore, NP) (423) 578-8400, Pulmonologist Dr. Bakshi (423) 798-8052, Cydney Vanosdale, NP with Tennova Bariatric (865) 392-3971, Gregory Moffit, MD Endicrinology Consultants of East TN (865) 637-8812

History or Prior Diagnosis:
Patient: High blood pressure. Thyroid problems.
Family: Cancer: Father. Diabetes: Father. Sibling. Endocrine Disorder: Child. Heart Disease: Father. Sibling. High Blood Pressure: Father. Sibling. Stroke: Father. Thyroid Problems: Child.

Substance Use History:
Alcohol Use: Yes.
Number of Times per Week: 0. Number of Drinks: Rarely like once a year possibly.

Smoking Status: Non-smoker.
Vaping: No.
Others Smoking in the Home: No.

Number of Drinks Containing Caffeine on a Typical Day: 5-6 drinks.

Food/Exercise History:
Exercise Frequency: None. Morbidly obese, limited mobility, poor activity tolerance

Educational History:
Highest Education Completed: Graduate degree.
Current Student: No.

Occupational History:
Occupation: Social worker
Employer: Avalon Hospice
Number of Positions in Past 5 Years: One

Military Experience: None.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.

**Mental Status Exam**
Mood: Anxious. Depressed.
Affect: Full and Appropriate.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age. No acute distress.
Gait/Motor Activity: Normal gait and upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent and normal rate, volume and articulation.
Language: Names objects appropriately. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired. Good insight.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 3:00 pm
End time: 3:50 pm
Total time: 50 minutes

Interactive Complexity: No.

**Treatment Plan**

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 08/10/2022**

**Sabrina Guerrero** Date of Birth:

Patient Instructions: Continue individual psychotherapy. Take all meds as prescribed.

Patient has the capacity to benefit from the treatment plan.

Treatment plan collaboratively established and clearly communicated with the patient/g,uardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Reduce frequency/intensity/duration of anxiety symptoms by 75% per self-report or GAD-7 score.
Treatment Model/Interventions: CBT, EMDR discussed, Personal Skills, Psychoeducation, Supportive Therapy.
Anticipated Time Frame to Goal Completion: 6 months

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Reduce frequency/intensity/duration of depression symptoms by 75% per self-report or PHQ-9 score decrease.
Treatment Model/Interventions: CBT, EMDR discussed, Personal Skills, Psychoeducation, Supportive Therapy.
Anticipated Time Frame to Goal Completion: 6 months

Electronically Signed: SEANNA JONES LPC on/at 8/10/2022 4:28:18 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 08/17/2022**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
Sabrina said the family has been moving her daughter back to campus for the past few days and client is physically exhausted. Daughter took her dog with her and Sabrina really misses the companionship of the dog.

Sabrina can get discouraged with the amount of recovery time she needs after she exerts herself. I asked her to consider starting to chart activities she engages in and recovery time so she can have an "external hard drive" to capture the information, less for her to try to hold in her memory, easier to gauge progress in recovery from long covid.

Sabrina found it helpful to consider asking herself each morning why she'd like to stay in bed: is it recovery from exhaustion or is it cocooning/dissociative/depressive?

We considered whether or not she may adjust expectations about upcoming aquatics therapy class.

Sabrina said her husband had affair some time ago and the couple has not worked on this issue together. Sabrina said she is now in survival mode and can't fight for the marriage anymore at this time.

Therapeutic Interventions in Session: CBT, Personal Skills, Supportive Therapy.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: SI/HI not reported.

**Mental Status Exam**
Mood: Anxious. Depressed.
Affect: Full and Appropriate.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Normal gait and upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent and normal rate, volume and articulation.
Language: Names objects appropriately. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 08/17/2022**

**Sabrina Guerrero** Date of Birth:

Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired. Limited insight, provider uncertain if related to long covid cognitive issues or if present prior to acquiring covid.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 1:00 pm
End time: 1:52 pm
Total time: 52 minutes

**Treatment Plan**
Patient Instructions: Continue individual psychotherapy. Take all meds as prescribed.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Reduce frequency/intensity/duration of anxiety symptoms by 75% per self-report or GAD-7 score.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy.
Anticipated Time Frame to Goal Completion: 6 months

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Reduce frequency/intensity/duration of depression symptoms by 75% per self-report or PHQ-9 score decrease.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy.
Anticipated Time Frame to Goal Completion: 6 months

Electronically Signed: SEANNA JONES LPC on/at 8/18/2022 3:37:04 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 09/13/2022**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
Sabrina said she has a referral for speech evaluation toward the end of September as she continues to experience difficulty speaking a word she clearly has in her mind to speak. Client also as a neuro consult on 11/11.

Sabrina so far is expected to return to work on 10/27/22. She believes she is not ready in terms of physical or cognitive abilities. Client processed her mixed emotions and thoughts about this. I reminded client that given her ethical duty to not provide services when she knows she is compromised and Sabrina hadn't thought of this. She said this helps relieve much distress about not working until she knows she is ready.

Sabrina considered adjusting her goals and expectations for example going to the store 2x a week for 2-3 items versus going once for all 6 items, assessing if the following week she can go twice for 4 items each.

We talked about the likelihood of her employer engaging in meaningful ADA accommodations should she return to work on 10/27.

Therapeutic Interventions in Session: CBT, Personal Skills, Supportive Therapy.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: SI/HI not reported.

**Mental Status Exam**
Mood: Anxious. Depressed.
Affect: Full and Appropriate.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Normal gait and upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent and normal rate, volume and articulation.
Language: Names objects appropriately. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.

Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 11:00 am
End time: 11:48 am
Total time: 48 minutes

**Treatment Plan**
Patient Instructions: Continue individual psychotherapy. Take all meds as prescribed.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Impaired occupational functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Reduce frequency/intensity/duration of anxiety symptoms by 75% per self-report or GAD-7 score.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy.
Anticipated Time Frame to Goal Completion: 6 months

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Reduce frequency/intensity/duration of depression symptoms by 75% per self-report or PHQ-9 score decrease.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy.
Anticipated Time Frame to Goal Completion: 6 months

Electronically Signed: SEANNA JONES LPC on/at 9/14/2022 12:44:37 PM

LifeStance Health
10025 INVESTMENT DRIVE SUITE 100
KNOXVILLE, TN 37932-2664
(865) 588-3173 Fax: (865) 588-3174
Seanna Jones, LPC
Visit Date: 09/27/2022

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
Sabrina had her intake to assess speech processing today. She struggled with parts of the assessment such as drawing the clock and other spatial tasks. Sabrina felt frustrated and depressed at this. I offered perspective that it seems as though her brain needs time to re-organize itself as those with a traumatic brain injury experience and Sabrina agreed this made sense.

She spoke with her employer about her ability to perform required duties which was also depressing. Sabrina has no idea when she will be able to function as she used to and the uncertainty of when and if she will improve is depressing and frustrating.

Sabrina identified tasks she is able to do to help her feel some sense of control since she perceives so much of her life to be out of her control. I encouraged her to listen to the brain's signals and back off when necessary, much like people who are trying to recover from a concussion as she said she can feel in her head when she has pushed her processing too far.

Sabrina wanted to talk about how she feels like she is "always negative" when interacting with her support system. She may check in with her daughter to see if that is actually daughter's perception. We developed tools for client to consider using for interactions such as use of goodnewsnetwork.org daily to find something positive that interests her to talk about.

Sabrina found a practice she can engage in that she thinks would be not overstimulating for her brain. She also accepted a coloring sheet from provider that is minimally visually stimulating.

Therapeutic Interventions in Session: CBT, Personal Skills, Supportive Therapy.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: SI/HI not reported.

**Mental Status Exam**
Mood: Anxious. Depressed. Frustrated.
Affect: Full and Appropriate. Tearful.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Normal gait and upright station. No notable abnormal movements or coordination issues.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 09/27/2022**

**Sabrina Guerrero** Date of Birth:

Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 1:00 pm
End time: 1:49 pm
Total time: 49 minutes

**Treatment Plan**
Patient Instructions: Continue individual psychotherapy. Take all meds as prescribed.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Reduce frequency/intensity/duration of anxiety symptoms by 75% per self-report or GAD-7 score.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy.
Anticipated Time Frame to Goal Completion: 6 months

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Reduce frequency/intensity/duration of depression symptoms by 75% per self-report or PHQ-9 score decrease.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy.
Anticipated Time Frame to Goal Completion: 6 months

Electronically Signed: SEANNA JONES LPC on/at 9/27/2022 4:46:42 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 10/11/2022**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
Sabrina authorized only the release of a statement and not the release of her counseling notes to the TN Dept of Human Services.

Sabrina has been feeling more depressed recently which she thinks was triggered by having to tell her job that she won't be ready to return to work this October. She felt this was a loss, triggering grief and depression due to her strong professional identity. Client also continues to perceive frustration from family members and perceives that the care she has always provided to them is not reciprocated when she needs more care from them as she recovers from covid. Sabrina reports feeling depressed and frustrated at her physical and cognitive limitations placed on her by long covid.

Sabrina also has anxiety that she won't recover her ability to function to her fullest capacity as she's seen in her profession that some stroke survivors do not recover some functioning.

At times Sabrina experiences feelings she'd be better off dead and denied in session that she would take action.

Sabrina observed recently that there are times when she wonders if she was dreaming or not and asked to talk about this. She will address with her neurologist soon. Sabrina understands that if this dissociation is related to being overwhelmed with grief, depression, exhaustion and stress the dissociation should remit with decrease of those factors.

Sabrina asked for paper and pen to take notes of reminder to ask husband to call in for certain medical appointments, have an educational conversation w/daughter to help daughter reduce her frustrated reactions toward mother, and to address dissociative events with neurologist.

Client said her house looks like an episode of "Hoarders" right now, provider is uncertain about husband's role in this. Sabrina is willing to reflect on her sense of identity for further discussion at follow-up. Client is aware she can request telehealth sessions if she'd like.

Therapeutic Interventions in Session: CBT, Personal Skills, Supportive Therapy.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**

**Sabrina Guerrero** Date of Birth:

Suicidal or Homicidal Ideation: SI/HI not reported.

**Mental Status Exam**
Mood: Anxious. Depressed. Frustrated.
Affect: Tearful. Full and Appropriate. Tense.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Normal gait and upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 2:00 pm
End time: 2:48 pm
Total time: 48 minutes

**Treatment Plan**
Patient Instructions: Continue individual psychotherapy. Take all meds as prescribed.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Reduce frequency/intensity/duration of anxiety symptoms by 75% per self-report or GAD-7 score.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy.
Anticipated Time Frame to Goal Completion: 6 months

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 10/11/2022**

**Sabrina Guerrero** Date of Birth:

2a. Reduce frequency/intensity/duration of depression symptoms by 75% per self-report or PHQ-9 score decrease.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy.
Anticipated Time Frame to Goal Completion: 6 months

Electronically Signed: SEANNA JONES LPC on/at 10/11/2022 3:16:56 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 10/25/2022**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient. Spouse.

**Modality:** Individual.

**HPI/Session Summary**
Sabrina messaged provider earlier in the day to advise she is bringing her husband to session today. I saw client and husband Darwin for the whole session and started by advising Darwin that this was a surprise to me today and my purpose in agreeing to meet with both of them is not to engage in marriage counseling. Sabrina explained the couple had some conversations recently and one of her takeaways was she'd like provider's help explaining some symptoms especially her brain fog to her husband.

Darwin said if wife is stressed there are things she can relinquish control of that would be helpful. He also said he thinks she's given up and sometimes he doesn't see her trying for example client is a "hoarder" and insists that cleaning happen one way which she can't do so it doesn't get done. At one point client became tearful. Sabrina said it is embarrassing to admit that she can go 4-5 days without bathing.

Darwin was open to learning some tools to help facilitate their communication w/less friction, sent him home with one tool to try. Darwin is not open to participating in individual counseling or marriage counseling (with another provider) although the couple might benefit from marriage counseling.

When provider was certain client had addressed what she intended with spouse I escorted him to the lobby to continue session alone. Sabrina said due to tension in the room her head started pounding. I told her I'd like to introduce her to Light Stream stabilization exercise at follow-up, she is willing to try. I asked if she got what she needed today and if having him in session was helpful or harmful which we discussed.

Sabrina admitted she can be controlling and that she can feel defensive and "like I'm stupid" when she doesn't remember information communicated w/family members. I asked her to look into author Kristin Neff about self compassion. Sabrina agreed to explore her issues with control at follow-up.

Therapeutic Interventions in Session: CBT, Personal Skills, Supportive Therapy.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: SI/HI not reported.

**Mental Status Exam**
Mood: Anxious. Depressed. Frustrated.
Affect: Tearful. Full and Appropriate.

**Sabrina Guerrero** Date of Birth:

General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Normal gait and upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 2:00 pm
End time: 2:52 pm
Total time: 52 minutes

**Treatment Plan**
Patient Instructions: Continue individual psychotherapy. Take all meds as prescribed.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Reduce frequency/intensity/duration of anxiety symptoms by 75% per self-report or GAD-7 score.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy.
Anticipated Time Frame to Goal Completion: 6 months

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Reduce frequency/intensity/duration of depression symptoms by 75% per self-report or PHQ-9 score decrease.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy.
Anticipated Time Frame to Goal Completion: 6 months

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 10/25/2022**

**Sabrina Guerrero** Date of Birth:

Electronically Signed: SEANNA JONES LPC on/at 10/26/2022 2:17:47 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 11/10/2022**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
Sabrina's car battery died yesterday so she moved her appointment today. Today she also had her speech therapy session, originally tried to stagger sessions so she would be fully present for counseling.

Sabrina understands that provider's last day with the agency is 12/31 and that this provider thinks Carol Lucas and client would make a good team.

Sabrina wanted to talk about her depression. She will ask her prescriber if they think an adjustment would be helpful. Client can avoid tasks due to depression and anxiety. Meantime client would like to consider use of EMDR to help decrease her need for control which will help her give up some tasks, improve relationships, improve her living space etc.

Engaged in psychoeducation about EMDR, the Window of Tolerance, dissociation, how processing cannot occur when one is dissociated. Engaged in psychoeducation about client needing to allow her system to access information that she's been blocking if it is related to the material she wants to process.

Father was retired from the CIA, played mind games with her and was sexually inappropriate with her.

Therapeutic Interventions in Session: CBT, Personal Skills, Supportive Therapy, EMDR discussed, psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: SI/HI not reported.

**Mental Status Exam**
Mood: Anxious. Depressed. Frustrated.
Affect: Full and Appropriate.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Normal gait and upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.

Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 1:00 pm
End time: 2:00 pm
Total time: 60 minutes

**Treatment Plan**
Patient Instructions: Continue individual psychotherapy. Take all meds as prescribed.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Reduce frequency/intensity/duration of anxiety symptoms by 75% per self-report or GAD-7 score.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy, EMDR discussed, psychoeducation.
Anticipated Time Frame to Goal Completion: 6 months

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Reduce frequency/intensity/duration of depression symptoms by 75% per self-report or PHQ-9 score decrease.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy, EMDR discussed, psychoeducation.
Anticipated Time Frame to Goal Completion: 6 months

Electronically Signed: SEANNA JONES LPC on/at 11/10/2022 2:10:42 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 11/18/2022**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
Provider apologized for starting session late. Client and husband ended up having an argument regarding his not looking up from phone while she tried to talk about her medication with him. Sabrina was tearful talking about this.

She said she did some researching and reviewed the EMDR resources I gave her but had concerns which we discussed. Sabrina said it was ok to proceed with EMDR and knows she can say no and is in control of the process. Explored differences between the processing she has already engaged in and EMDR processing; completed consent form and DES in session which we reviewed.

Sabrina consented to attempt Calm Place stabilization exercise today and successfully completed this with the buzzers. Buzzers used due to tendency for migraines.

Therapeutic Interventions in Session: CBT, Personal Skills, Supportive Therapy, EMDR discussed, psychoeducation, Calm Place successfully completed.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: SI/HI not reported.

**Mental Status Exam**
Mood: Anxious. Depressed.
Affect: Full and Appropriate. Tearful.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Normal gait and upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.

**Sabrina Guerrero** Date of Birth:

Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 11:05 am
End time: 12:05 pm
Total time: 60 minutes

**Treatment Plan**
Patient Instructions: Continue individual psychotherapy. Take all meds as prescribed.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Reduce frequency/intensity/duration of anxiety symptoms by 75% per self-report or GAD-7 score.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy, EMDR discussed, psychoeducation, Calm Place successfully completed.
Anticipated Time Frame to Goal Completion: 6 months

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Reduce frequency/intensity/duration of depression symptoms by 75% per self-report or PHQ-9 score decrease.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy, EMDR discussed, psychoeducation, Calm Place successfully completed.
Anticipated Time Frame to Goal Completion: 6 months

Electronically Signed: SEANNA JONES LPC on/at 11/18/2022 12:55:52 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 11/21/2022**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
Sabrina has not remembered to try Calm Place this week and said there were times she should have. She agreed to learn Light Stream and found it helpful. We did not have time to complete this exercise but the remainder and the goal was explained, she said it would be okay to offer these 2 if needed during sessions.

Sabrina had low level of awareness regarding her control issues but with conversation included in phase 1 of EMDR she was able to access a memory to target. Phase 1 successfully completed. Psychoeducation about Window of Tolerance given during discussion about her ability to stay in her Window while watching clients' families engage in conflict but hardly ever staying in her Window when her own family engages in conflict. Due to time we ended session.

Sabrina knows to expect completion of phase 3 assessment and what that means, and to start processing in phase 4 at follow-up.

Client has not been able to talk with prescriber about potentially adjusting anti-depressant.

Therapeutic Interventions in Session: CBT, Personal Skills, Supportive Therapy, EMDR phase 1 complete, psychoeducation, Light Stream successfully completed.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: SI/HI not reported.

**Mental Status Exam**
Mood: Anxious. Depressed.
Affect: Full and Appropriate. Tearful.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 11/21/2022**

**Sabrina Guerrero** Date of Birth:

Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 11:00 am
End time: 11:45 am
Total time: 45 minutes

**Treatment Plan**
Patient Instructions: Continue individual psychotherapy. Take all meds as prescribed.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Reduce frequency/intensity/duration of anxiety symptoms by 75% per self-report or GAD-7 score.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy, EMDR phase 1 complete, psychoeducation, Light Stream successfully completed.
Anticipated Time Frame to Goal Completion: 6 months

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Reduce frequency/intensity/duration of depression symptoms by 75% per self-report or PHQ-9 score decrease.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy, EMDR phase 1 complete, psychoeducation, Light Stream successfully completed.
Anticipated Time Frame to Goal Completion: 6 months

Electronically Signed: SEANNA JONES LPC on/at 11/21/2022 12:37:25 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 12/06/2022**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
Sabrina advised she felt tired and stressed from tending to family-related tasks. She briefly processed recently being on the ground and panicking until she figured out how to stand w/out calling EMS.

Sabrina consented to resume EMDR. Phase 3 complete, phase 4 incomplete due to time. Discussed continued processing and encouraged Sabrina to note how it affects cognitive processing. Sabrina felt ok to engage in planned ADL's tonight.

Therapeutic Interventions in Session: CBT, Supportive Therapy, EMDR phase 3 complete, phase 4 incomplete due to time, psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: SI/HI not reported.

**Mental Status Exam**
Mood: Anxious.
Affect: Full and Appropriate. Tearful at end of processing.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 12/06/2022**

**Sabrina Guerrero** Date of Birth:

F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 1:02 pm
End time: 1:55 pm
Total time: 53 minutes

**Treatment Plan**
Patient Instructions: Continue individual psychotherapy. Take all meds as prescribed.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Reduce frequency/intensity/duration of anxiety symptoms by 75% per self-report or GAD-7 score.
Treatment Model/Interventions: CBT, Supportive Therapy, EMDR phase 3 complete, phase 4 incomplete due to time, psychoeducation.
Anticipated Time Frame to Goal Completion: 6 months

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Reduce frequency/intensity/duration of depression symptoms by 75% per self-report or PHQ-9 score decrease.
Treatment Model/Interventions: CBT, Supportive Therapy, EMDR phase 3 complete, phase 4 incomplete due to time, psychoeducation.
Anticipated Time Frame to Goal Completion: 6 months

Electronically Signed: SEANNA JONES LPC on/at 12/6/2022 2:13:20 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 12/16/2022**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
Sabrina said she's been having hernia-like pain recently and is communication w/her doctor. She was embarrassed to say today was the first time she's washed her hair since late November. Client's husband is visiting out of the country from next week until new year which we discussed, client has a plan for how to deal with any difficult emotions around this.

Sabrina said after last session she slept for about a day and a half she was so exhausted. She consented to resume EMDR, SUD=3 or 4 to start. She was surprised by the amount of memories she accessed.

I gave Sabrina the names of two EMDR practitioners at the agency so client can consider continuing her work after I leave 12/31/22.

Therapeutic Interventions in Session: CBT, Supportive Therapy, EMDR phase 4 incomplete due to time, psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: SI/HI not reported.

**Mental Status Exam**
Mood: Anxious. Depressed.
Affect: Full and Appropriate.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.

Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 1:00 pm
End time: 1:53 pm
Total time: 53 minutes

**Treatment Plan**
Patient Instructions: Continue individual psychotherapy. Take all meds as prescribed.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Reduce frequency/intensity/duration of anxiety symptoms by 75% per self-report or GAD-7 score.
Treatment Model/Interventions: CBT, Supportive Therapy, EMDR phase 4 incomplete due to time, psychoeducation.
Anticipated Time Frame to Goal Completion: 6 months

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Reduce frequency/intensity/duration of depression symptoms by 75% per self-report or PHQ-9 score decrease.
Treatment Model/Interventions: CBT, Supportive Therapy, EMDR phase 4 incomplete due to time, psychoeducation.
Anticipated Time Frame to Goal Completion: 6 months

Electronically Signed: SEANNA JONES LPC on/at 12/16/2022 2:42:50 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 12/22/2022**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
Sabrina noticed increased feelings of sadness this week, lost a physician to retirement and understands she will terminate with this provider next week. Sabrina is uncertain of other factors that had her feeling sad other than general stress. Her husband also left this week to go out of the country for the holidays.

Sabrina said after last EMDR session she didn't allow self to rest for a few days and when she did she was in bed most of the day. Client thought last EMDR session was less physically taxing than the prior session.

Sabrina consented to resume EMDR. I asked her to consider saying less between sets, keeping in mind her processing issues potentially related to long covid, to help minimize cognitive activation in case this was aggravating her recovery time between sessions. She knew she could ask to stop if she was getting too tired during processing but she did not.

SUD=4 or 5 to start. Phase 4 incomplete due to time. Sabrina was given names of therapists to consider scheduling with for talk therapy and for EMDR, knows she can see both in a week due to separate issues and treatment modalities but insurance won't pay for both on the same day.

Therapeutic Interventions in Session: CBT, Supportive Therapy, EMDR phase 4 incomplete due to time, psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: SI/HI not reported.

**Mental Status Exam**
Mood: Anxious. Depressed.
Affect: Tense.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 12/22/2022**

**Sabrina Guerrero** Date of Birth:

Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 1:00 pm
End time: 1:52 pm
Total time: 52 minutes

**Treatment Plan**
Patient Instructions: Continue individual psychotherapy. Take all meds as prescribed.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Reduce frequency/intensity/duration of anxiety symptoms by 75% per self-report or GAD-7 score.
Treatment Model/Interventions: CBT, Supportive Therapy, EMDR phase 4 incomplete due to time, psychoeducation.
Anticipated Time Frame to Goal Completion: 6 months

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Reduce frequency/intensity/duration of depression symptoms by 75% per self-report or PHQ-9 score decrease.
Treatment Model/Interventions: CBT, Supportive Therapy, EMDR phase 4 incomplete due to time, psychoeducation.
Anticipated Time Frame to Goal Completion: 6 months

Electronically Signed: SEANNA JONES LPC on/at 12/22/2022 2:54:55 PM

LifeStance Health
10025 INVESTMENT DRIVE SUITE 100
KNOXVILLE, TN 37932-2664
(865) 588-3173 Fax: (865) 588-3174
Seanna Jones, LPC
Visit Date: 12/26/2022

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
Sabrina said her daughter reached out to a local professional to get an estimate to help client with "hoarding" and the owner of Bio Solutions told daughter that based upon pictures sent there is perhaps a lot of clutter but not hoarding. Sabrina said they advised they could probably organize the home over about three days. Sabrina said her anxiety skyrocketed at the thought of strangers coming in and removing or organizing.

We talked about the importance of client having ongoing therapeutic support during the process if Sabrina wishes to work with professional organizers, qualifications preferred of the organizers from basic courses in brain-based disorders and mental health issues to licensed mental health professionals. I advised Sabrina that I did not recommend client move forward with this at this time until she finds a therapist she connects with after provider leaves.

Sabrina consented to resume EMDR, SUD=4 or 5 to start. Cognitive interweave offered to assist with plateau of intensity. Phase 4 incomplete due to time. Provider offered client to use her Calm Place stabilization exercise and to dim lights, client accepted and took time to regulate self in order to rejoin family members as planned after session. Sabrina noted she scheduled our last appointment on provider's last day at the agency and she thanked provider for coming in to work today.

Therapeutic Interventions in Session: CBT, Supportive Therapy, EMDR phase 4 incomplete due to time, psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: SI/HI not reported.

**Mental Status Exam**
Mood: Anxious. Depressed.
Affect: Full and Appropriate.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.

LifeStance Health
10025 INVESTMENT DRIVE SUITE 100
KNOXVILLE, TN 37932-2664
(865) 588-3173 Fax: (865) 588-3174
Seanna Jones, LPC
Visit Date: 12/26/2022

**Sabrina Guerrero** Date of Birth:

Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 1:00 pm
End time: 1:55 pm
Total time: 55 minutes

**Treatment Plan**
Patient Instructions: Continue individual psychotherapy. Take all meds as prescribed.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Reduce frequency/intensity/duration of anxiety symptoms by 75% per self-report or GAD-7 score.
Treatment Model/Interventions: CBT, Supportive Therapy, EMDR phase 4 incomplete due to time, psychoeducation.
Anticipated Time Frame to Goal Completion: 6 months

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Reduce frequency/intensity/duration of depression symptoms by 75% per self-report or PHQ-9 score decrease.
Treatment Model/Interventions: CBT, Supportive Therapy, EMDR phase 4 incomplete due to time, psychoeducation.
Anticipated Time Frame to Goal Completion: 6 months

Electronically Signed: SEANNA JONES LPC on/at 12/26/2022 2:53:06 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 12/30/2022**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
Sabrina consented to re-evaluate processing since last session. She has noticed recently that more processing is happening with dreams than when awake, provider normalized this.

Sabrina continues to experience difficulty regulating anxiety. She agreed to spend some time educating provider on client's use of compartmentalization. I engaged in psychoeducation about productive and unproductive use of the tool and client agreed to share her current container system. We began exploring ways to consider making it more secure. Sabrina will need more time to appropriately strengthen current system.

Sabrina was very happy that she was able to wear smaller pants today, provider celebrated with her.

Client sought reassurance that she is not "abnormal." I validated how she survived childhood however she could. I let her know she may experience relief over time by her own validation of how hard Younger Sabrina worked to have her survive childhood and get her to adulthood and see that those skills are less appropriate or necessary as an adult.

Sabrina will consider scheduling with Carol Lucas to continue talk therapy since today is my last day at the agency. I thanked Sabrina for trusting me and allowing me to work with her.

Therapeutic Interventions in Session: CBT, Supportive Therapy, IFS psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: SI/HI not reported.

**Mental Status Exam**
Mood: Anxious. Depressed. Frustrated. Sad.
Affect: Full and Appropriate.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 12/30/2022**

**Sabrina Guerrero** Date of Birth:

Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 10:00 am
End time: 10:52 am
Total time: 52 minutes

**Treatment Plan**
Patient Instructions: Continue individual psychotherapy. Take all meds as prescribed.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Reduce frequency/intensity/duration of anxiety symptoms by 75% per self-report or GAD-7 score.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 6 months

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Reduce frequency/intensity/duration of depression symptoms by 75% per self-report or PHQ-9 score decrease.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 6 months

Electronically Signed: SEANNA JONES LPC on/at 12/30/2022 12:38:53 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 02/08/2023**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
53 yo WF. Client (cl) reported to therapist (th) having high anxiety, depression, and fatigue. Depression "spiked over the holidays and in January. Change to Trintellix three weeks ago has helped and decreased better off dead thoughts.
Denied current SI. Difficulty distinguishing between anxiety and depression.
"I've used up all of my resilience." Processed difficulty with continued symptoms form COVID from a year ago this week. continued cough, fatigue, and cognitive effects of brain fog, wordfinding difficulty. Found a FB group where people have posted similar experiences which has helped normalize her experience. "It's better than last year this time." but not where she wants to be. Especially with low energy. Not sure if she will be able to get back to her normal level of functioning. grieving not being who she used to be. "I know I'm not stupid but I feel that way." Has support from medical providers, especially at clinic for post COVID patients. Establishing with a new neurologist.

Stressors are high- Lost sister last April. Did not have a will. Stressful dealing with 2 brothers over sister's estate. M has scoliosis and has started cognitive decline. Cl concerned about B diagnosed with Bipolar taking advantage. Has not worked since COVID. Has worked since she was 11 until this time. Goes to post covid clinic in Kingsport every six weeks. Speech therapy referral from them and will be discharging from that soon. Found out accidentally that H opened a checking account in January without discussing with her. Asked him about it yesterday, and he minimized it.

Plan to meet weekly. Discussed using breathing for calming and relaxation. Educated re ANS and benefit of consistent use of mindfulness activities for mood management.

Therapeutic Interventions in Session: Next: Add acceptance and non-judgment to breathing exercise. treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

PCP prescribes meds. Trintellix

CBT, Supportive Therapy, IFS psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
Changes to PFSH updated below.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.

**Mental Status Exam**
Mood: Anxious. Sad. Frustrated.
Affect: Full and Appropriate.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 11:05 am
End time: 12:10 pm
Total time: 65

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day.
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173  Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 02/08/2023**

**Sabrina Guerrero** Date of Birth:

Presenting Problem #2: Depression. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship function.   Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support.   Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #3: Trauma history. Chronic.
Severity: Moderate.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: 1 year

Electronically Signed:  CAROL LUCAS LCSW on/at 2/10/2023 11:47:55 AM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 03/01/2023**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
53 yo WF. Client (cl) reported to therapist (th), "I'm struggling." Pulmonology yesterday. Exhausted. shortness of breath. "I feel so bad physically it is making me so depressed." Felt like she was not being heard at MD yesterday. I don't feel like myself anymore. I'm not going to do anything to hurt myself. I'm just so overwhelmed." Needs to exercise. No energy. "I used to be the queen of multitasking." Frustrated with difficulty thinking and concentrating to do recipes, ppwk for D's college. Executive functioning is not working. hypervigilant

Multiple additional stressors. B staying with M. She has health issues. Cl noted he manipulates M into caring for him physically and financially. Cl told B he needed to go back home. He ended up going to hospital for physical health issues. Going back to M's after discharge. Cl takes B and M to all MD apts. Dealing with car problems.

MRI recently. "I hate being in closed places." Thoughts about peaceful places to tolerate experience but eventually questioned if she has ever really experienced joy? Felt very traumatic. Thinks she blacked out. "I never want to be in one of those things again." Unsure why it was so triggering for her. Th educated re sensory memory.

Asked H to go with her to get results of MRI. Noted he told her that you would think he had the disease. "That wounded me." Does not go to appointments with her. H will not discuss the checking account he started. H just started second job in the evenings. "He acts like he doesn't care."

Got VM from insurance telling her they may have to pay back some money r/t social security. Financial stress.

Th encouraged cl to consider what she could let someone else do from all of the tasks she is doing. Th provided support via validation and listening.

Therapeutic Interventions in Session: Next: Add acceptance and non-judgment to breathing exercise.
M tell B to move
what off of her plate?
assertiveness/boundaries.
ever experienced joy?
screen OCD. Cannot delegate b/c might not be done right.
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

PCP prescribes meds. Trintellix

CBT, Supportive Therapy, IFS psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.

**Sabrina Guerrero** Date of Birth:

Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.

**Mental Status Exam**
Mood: Anxious. Frustrated. Depressed.
Affect: Full and Appropriate. Tearful.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 9:06 am
End time: 10:07 am
Total time: 61

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:

**Sabrina Guerrero** Date of Birth:

1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day.
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #3: Trauma history. Chronic.
Severity: Moderate.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: 1 year

Electronically Signed: CAROL LUCAS LCSW on/at 3/2/2023 2:54:41 PM
Electronically Signed: CAROL LUCAS LCSW on/at 3/2/2023 2:55:02 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 03/07/2023**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
53 yo WF. Client (cl) reported to therapist (th) continued sadness and anxiety.
Neurology appt April 4 to get results of MRI and testing she did there this morning.

Cl processed how she could be functioning well for so long and now feel like she cannot function at all. "I feel like I don't have any resilience yet." "Did COVID cause this? Discussed how COVID has changed her life. Cl also asked about
complicated PTSD and if she was diagnosed with it. Th educated cl re difference in PTSD and complicated PTSD and that assmt can be completed to assess for this.

Stressors continue. B got his car back so no longer has to take him to appts which helps. Argument with him this w/e. Concerned about M who also experiences anxiety. Cl noted having high anxiety this w/e with D's friend who D sent to pick up something from their house. Cl noted she had to put the item on the porch b/c of the condition of the house. Noted she goes from one extreme to the other of being organized and could not tolerate the friend seeing the house as it is. Cl also processed her fear that she has created anxiety for my daughter. "I feel like a failure" (re D's anxiety). "I should have been more aware. Th educated re thought challenges/changes to manage mood.

Th provided education re ANS and benefit of using techniques for calming as needed and relaxation several times/day. Cl agreed to identify relaxation she will use daily.

Feels like a failure for D having anxiety.

Therapeutic Interventions in Session: Next: Add acceptance and non-judgment to breathing exercise.
relaxation. thought challenges.
OCD assmt. PTSD assmt
M tell B to move
what off of her plate?
assertiveness/boundaries.
ever experienced joy?
screen OCD. Cannot delegate b/c might not be done right.
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

PCP prescribes meds. Trintellix

CBT, Supportive Therapy, IFS psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.

LifeStance Health
10025 INVESTMENT DRIVE SUITE 100
KNOXVILLE, TN 37932-2664
(865) 588-3173 Fax: (865) 588-3174
Carol D Lucas, LCSW
**Visit Date: 03/07/2023**

**Sabrina Guerrero** Date of Birth:

Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.

**Mental Status Exam**
Mood: Sad. Anxious.
Affect: Full and Appropriate. Tearful.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 4:08 pm
End time: 5:14 pm
Total time: 66

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day.
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 03/07/2023**

**Sabrina Guerrero** Date of Birth:

1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #3: Trauma history. Chronic.
Severity: Moderate.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: 1 year

Electronically Signed: CAROL LUCAS LCSW on/at 3/7/2023 7:15:22 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 03/14/2023**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

Telehealth visit, informed consent obtained and patient location verified. Home, address on file

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. Client (cl) reported to therapist (th) feeling frustrated. Exhausted.
Car problems. Tried to make a positive spin on it but could not find one. Friday was her birthday. H forgot. Apologized later. Felt hurt.

Talking with D, H about her M possibly moving in with them. D suggested her F do counseling but he did not want to do that. Cl noted she suggested the pay off bills and they go separate ways b/c does not want to see him unhappy. Noted he was vague. "I'm having a hard time focusing to get my words out today." Recognized worsening with anxiety. Cl noted plan to write down what topics she would like to process due to poor memory.

Hurt, spirituality, and relationship with God. I asked God how could he allow the things that have happened to me happen. I felt bad for asking. It leaves all these unsettled things." Noted recognizing impact of free will leading to the things that happened to her. "My mental health is at a low point." Trying to think about one things that can help me feel a moment of peace each day. I know I'm in a dark place but I cannot let it overtake me."

Feels scattered. Anxiety increases. Discussed the importance of not giving herself a hard time for brain not processing information like it used to. Jumps from one thing to another so is overwhelmed and exhausted.

Friends want to come help her get her house organized. I don't know if I can let them do it. Encouraged client to let them know working on related anxiety.

Th shared research on brain imagery showing the benefit of consistency for interventions. Educated re ANS. Add acceptance and non judgement as practice with deep breathing. "I want to be able to forgive myself." Will watch
video on anxiety loop.

Therapeutic Interventions in Session: Next:
watch video?
personification of amydala.
Add acceptance and non-judgment to breathing exercise. relaxation. thought challenges.
OCD assmt. PTSD assmt
M tell B to move
what off of her plate?
assertiveness/boundaries.
ever experienced joy?
screen OCD. Cannot delegate b/c might not be done right.
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 03/14/2023**

**Sabrina Guerrero** Date of Birth:

PCP prescribes meds. Trintellix

CBT, Supportive Therapy, IFS psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.

**Mental Status Exam**
Mood: Anxious. Frustrated. Sad.
Affect: Full and Appropriate.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 2:07 pm
End time: 3:10 pm
Total time: 63

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

**Sabrina Guerrero** Date of Birth:

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day.
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #3: Trauma history. Chronic.
Severity: Moderate.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: 1 year

Electronically Signed:  CAROL LUCAS LCSW on/at 3/21/2023 10:38:40 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 03/21/2023**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

Telehealth visit, informed consent obtained and patient location verified. Home, address on file

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. Client (cl) reported to therapist (th) feeling overwhelmed. More lethargic than usual. Has a lot of details she has to do for disability. Wants to "sit down and just cry about it, but I've cried to much." "I feel like I'm in a deep dark hole." "I know things don't stay the same. I also know that my brain feels like it doesn't work right. I don't feel like myself." Judging herself for it though she knows she cannot help it. "It makes me sad that I cannot do the things I used to." Realizes it is a loss and grief which she noted processing with former therapist. Fear of not having the abilities she used to have. Cannot read b/c of lack of ability to focus. "I'm frustrated with myself." Multi tasking and high productivity were what she was used to doing. Discussed being unhealthy.

Had appt with UT Speech last week. Discussed basics of physical health to maximize her executive functioning. Also effect of stress on her ability to function. H went to appt with her. Took bills to develop plan for cues to help cl not miss payments. Cl noted expressing appreciation for H for going with her.

Started process of cleaning a room in the house with H and D. Cl wants to look through things. H wants to just throw it away. D is in the middle between them. Discussed each taking an area for which the different approaches are conducive.

Friend suggested cl consider a part time job involving phone calls and letters for grief counselor. "I'm not sure I can do it."

Disability ppwk. SUDS 10. Has to find the original ppwk before she starts this form. Discussed breaking process down into smaller parts rather than looking at it as though she has to finish in one sitting. Make list of where she has searched. Break down process to smaller tasks. Unsure of SUDS rating if breaking down the process. Still feels overwhelming but sees as "more doable." Discussed asking for an extension. Also trying to get copies of record to long term disability company at the same time which adds to her distress.

Talked with friends about her working on anxiety before they come to help her. High distress - 10. "Embarrassing." Has been using breathing but not daily yet. Th encouraged cl for starting the process. Forgot to watch video discussed last week. Will do so this week. Discussed plan for using ERP to treat anxiety which cl will consider.

Therapeutic Interventions in Session: Next:
watch video? In vivo exposure with thought of friends coming to help at her house.
personification of amydala.
Add acceptance and non-judgment to breathing exercise. relaxation. thought challenges.
OCD assmt. PTSD assmt
M tell B to move
what off of her plate?

Exhibit 11 MLF000052

assertiveness/boundaries.
ever experienced joy?
screen OCD. Cannot delegate b/c might not be done right.
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

PCP prescribes meds. Trintellix

CBT, Supportive Therapy, IFS psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.

**Mental Status Exam**
Mood: Anxious. Depressed.
Affect: Full and Appropriate.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 12:06 pm
End time: 1:07 pm
Total time: 61

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 03/21/2023**

**Sabrina Guerrero** Date of Birth:

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day.
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #3: Trauma history. Chronic.
Severity: Moderate.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 03/21/2023**

**Sabrina Guerrero** Date of Birth:

3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: 1 year

Electronically Signed: CAROL LUCAS LCSW on/at 3/21/2023 6:15:02 PM
Electronically Signed: CAROL LUCAS LCSW on/at 3/21/2023 6:15:18 PM
Electronically Signed: CAROL LUCAS LCSW on/at 3/21/2023 6:15:37 PM

LifeStance Health
10025 INVESTMENT DRIVE SUITE 100
KNOXVILLE, TN 37932-2664
(865) 588-3173 Fax: (865) 588-3174
Carol D Lucas, LCSW
Visit Date: 04/05/2023

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. Client (cl) reported to therapist (th) experiencing anxiety and depression. Processed her first visit with neurology to address migraines and memory. Average to low average brain function per testing. Cl noted this is upsetting for her considering her ability she had prior to COVID. STM was noted as low score and other functioning was average. Cl did not talk about the testing showing much lower than her typical functioning which was much higher. Noted feeling stressed during the conversation and unable to absorb all of the information. cognitively and productively. Noted from MRI, it showed changes in white matter. Also looking to r/o MS with spinal tap and blood work. Cl noted he mentioned potentially prescribing namenda or aricept which was alarming to cl.

Noted she received education re long COVID potentially can awaken autoimmune diseases.

Watched video and is considering ERP as intervention.

TMS suggested by neurologist as a potential treatment.

Trintillix has helped not to have better off dead thoughts or suicidal thinking daily. Continuing deep breathing periodically. Encouraged cl to use consistently for most benefit.

Therapeutic Interventions in Session: Next: spinal tap/r/o MS. Scheduled
TMS?
watch video? In vivo exposure with thought of friends coming to help at her house.
personification of amydala.
Add acceptance and non-judgment to breathing exercise. relaxation. thought challenges.
OCD assmt. PTSD assmt
M tell B to move
what off of her plate?
assertiveness/boundaries.
ever experienced joy?
screen OCD. Cannot delegate b/c might not be done right.
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

PCP prescribes meds. Trintellix

CBT, Supportive Therapy, IFS psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 04/05/2023**

**Sabrina Guerrero** Date of Birth:

Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.

**Mental Status Exam**
Mood: Anxious. Sad.
Affect: Dysphoric. Tearful.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 1:20 pm
End time: 2:13 pm
Total time: 53

**Treatment Plan**
Patient Instructions: Continue ind therapy and med mgmt

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day.
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 04/05/2023**

**Sabrina Guerrero** Date of Birth:

1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #3: Trauma history. Chronic.
Severity: Moderate.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: 1 year

Electronically Signed: CAROL LUCAS LCSW on/at 4/9/2023 9:52:33 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 04/10/2023**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

Telehealth visit, informed consent obtained and patient location verified. Home, address on file

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. Client (cl) reported to therapist (th) continued anxiety and depression.
PHQ 9- 15
GAD 7- 9
Low energy, Was able to dust one piece of furniture today. continued brain fog.

Missed going to Easter b/c of a migraine. Disappointed but noted also that her B was going to be there so she was concerned about increased stress seeing him. Also noted high anxiety re other B in VA who is difficult for her to deal with. Processed how to handle and respond to ongoing conversation re their sister's estate. B sent text saying need to get sister's house on the market. Cl noted the process has been mentally exhausting b/c is struggling to get her own responsibilities done. Noted her B has traits like her F. Manipulates and blames her. Not sure if her strong physiological response when she received the latest text from him was due to the similarity to F or if she also reacts to him that way. did not respond b/c was too tired and angry. Wanted to wait until she was thinking more clearly. He tends to respond passive aggressively. I have to find someone to clean out garage and clean off the deck." Also noted he was demanding. Processed what limits she could set and discussed potential benefit of writing out options from her research to send to brothers and to set limit that she has done what she can do toward discovering options. Cl noted anxiety was decreased talking through process. and developing a plan since brain fog has made it difficult for her to think clearly.

Recognizes she is not sleeping all day long. Napping 1/2 hour to two hours now but still feels bad/guilty for napping. To process further in later sessions.

Goes to post COVID clinic on Wednesday. Looking at a potential new procedure to help with cognition and mood. Noted she is unfamiliar with it and will ask in survivor group if anyone is familiar with it. Cl noted that having information helps her lower anxiety. Discussed benefit of knowing what we have access to know but also possibility of reacting compulsively by seeking to understand more than is needed or before something is needed.
not knowing can feed anxiety. Th encouraged cl to check herself for motivation for responses when she is anxious to self monitor for avoidance behaviors and compulsions including cognitive exercises.

Therapeutic Interventions in Session: Next: Screened for OCD?
spinal tap/r/o MS. Scheduled
TMS?
Guilt re naps.
watch video? In vivo exposure with thought of friends coming to help at her house.
personification of amydala.
Add acceptance and non-judgment to breathing exercise. relaxation. thought challenges.
OCD assmt. PTSD assmt
M tell B to move
what off of her plate?

assertiveness/boundaries.
ever experienced joy?
screen OCD. Cannot delegate b/c might not be done right.
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

PCP prescribes meds. Trintellix

CBT, Supportive Therapy, IFS psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.

**Mental Status Exam**
Mood: Anxious. Frustrated. Sad.
Affect: Full and Appropriate.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 4:09 pm
End time: 5:13 pm
Total time: 64

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 04/10/2023**

**Sabrina Guerrero** Date of Birth:

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: Moderate
Functional Impact: Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day.
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #2: Depression. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #3: Trauma history. Chronic.
Severity: Moderate.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173  Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 04/10/2023**

**Sabrina Guerrero** Date of Birth:

3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: 1 year

Electronically Signed: CAROL LUCAS LCSW on/at 4/10/2023 7:54:28 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 04/18/2023**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. Client (cl) reported to therapist (th) continued anxiety, irritability, and depression.
GAD 7 - 9, very difficult
PHQ 9 - 16, very difficult

Processed status of sister's estate. Made progress toward communicating with B's for selling her sister's house. Continues to feel high anxiety with managing with her brothers.

Concerned about judgement of others if she uses cart at the store.

Struggles to tell if difficulty breathing is anxiety or long COVID. Noted Long COVID has effected her cognition which is hard to accept. Shared text she sent to brothers and discussed frustration with being able to do detail but the amount of time and mental energy it takes her to do so. "It wears me out." Noted that her head hurts now when she tries to do things. "It's not who I am." Frustrated and angry.

Using practice of acceptance and non judgement with relaxation breathing.

Processed need for control. Improved self-awareness and allowing emotional expression. Noticing physiological responses that occur and trying to use breathing to manage. Sometimes breathing is difficult d/t long COVID. Cl noted recognizing her physiological change when talking with one of her B's who has traits like their F. Also noted an "overwhelming sense of wanting to cry." Finds herself wanting to keep the peace and avoiding interaction like when she did with her F was younger. Has been assertive and B apologized. B is unaware of F's abuse of cl. Th educated cl re sensory memory and overgeneralization that can occur with traumatic experiences. Discussed need to practice relaxation when she is not stressed for work toward responding to overgeneralization/perceived threats that are not danger with a relaxed body.

Therapeutic Interventions in Session: Next: Screened for OCD?
responding with relaxed body.
spinal tap/r/o MS. Scheduled
TMS?
Guilt re naps.
watch video? In vivo exposure with thought of friends coming to help at her house.
personification of amydala.
Add acceptance and non-judgment to breathing exercise. relaxation. thought challenges.
OCD assmt. PTSD assmt
M tell B to move
what off of her plate?
assertiveness/boundaries.
ever experienced joy?
screen OCD. Cannot delegate b/c might not be done right.
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 04/18/2023**

**Sabrina Guerrero** Date of Birth:

PCP prescribes meds. Trintellix

CBT, Supportive Therapy, IFS psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.

**Mental Status Exam**
Mood: Sad. Frustrated. Anxious.
Affect: Dysphoric.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 2:05 pm
End time: 3:11 pm
Total time: 66

**Treatment Plan**
Patient Instructions: Continue ind therapy and med amanagment

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 04/18/2023**

**Sabrina Guerrero** Date of Birth:

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day.
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #2: Depression. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #3: Trauma history. Chronic.
Severity: High severity.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: 1 year

Electronically Signed: CAROL LUCAS LCSW on/at 4/23/2023 11:23:12 PM

LifeStance Health
10025 INVESTMENT DRIVE SUITE 100
KNOXVILLE, TN 37932-2664
(865) 588-3173 Fax: (865) 588-3174
Carol D Lucas, LCSW
Visit Date: 05/04/2023

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

If visit was performed using Telehealth, informed consent obtained and patient location verified.
Patient Location: Home.

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. Client (cl) reported to therapist (th) that depression and anxiety continue. Also frustration with continued fatigue that keeps her from household tasks. "It's debilitated my life. I'm praying it won't be like this always." "I want my life. I wish that it was different. The way I physically feel and the way my brain functions is not good." Noted recognizing progress with breathing better and is not coughing all the time. "I have hope it will get better." "I miss not being out and not working." "It makes me sad."

Processed frustration and experience with continuing to see answers for her condition. Lumbar puncture done last week. Checking spinal fluid to check for MS. Painful. Having more lab work. f/u for result in June. "I'm hopeful we will get answers and have direction for help." Looking for positive things to focus on. Gratitude list. Processed feeling guilty for taking naps. Th encouraged thought challenges and changes.

Communicating with brothers. Setting limits about what she cannot do toward sister's estate.

Th educated re neuroplasticity and benefit of consistent use of mindfulness and thought challenges for change in thinking and mood. Discussed benefit of PMR in areas she caries stress.

LFST Mental Health Index and Other Symptom Measures:
Date Completed: 5/4/23
GAD-7 = 10
PHQ-9 = 18

Therapeutic Interventions in Session: Next:
Cognitive distortions review/handout.
Screened for OCD? YBOCS sent? PTSD assmt. Cannot delegate b/c might not be done right.
responding with relaxed body.
TMS?
Guilt re naps.
watch video? In vivo exposure with thought of friends coming to help at her house.
personification of amydala.
Add acceptance and non-judgment to breathing exercise. relaxation. thought challenges.
M tell B to move
what off of her plate?
assertiveness/boundaries.
ever experienced joy?
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 05/04/2023**

**Sabrina Guerrero** Date of Birth:

PCP prescribes meds. Trintellix

CBT, Supportive Therapy, IFS psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.

Smoking Status:
In the PAST 12 MONTHS, how often has the patient used tobacco or any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): Never.

In the PAST 3 MONTHS, did the patient smoke a cigarette containing or use any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
If the patient endorses suicidal or homicidal ideation, current Safety Plan discussed with patient, completed and present in chart: N/A.
Patient screened for unhealthy alcohol and drug use at the time of initial assessment: Yes.
If unhealthy use present, clinician intervened as appropriate. Intervention may include treatment plan update and/or appropriate referral: N/A.
Prior Suicidal or Homicidal Ideation or Attempt: No.
Prior History of Cutting or Self-Harm: No.
Risk Factors: Patient endorses Mild risk. Chronic medical illness. Crisis in significant relationships. Family member with psychiatric illness.
Protective Factors: Patient endorses At least one loving relationship. Demonstrated ability to use emergency resources effectively. Family support. Future orientation. Strong attachment to pet. Protective spiritual beliefs.

**Mental Status Exam**
Mood: Frustrated. Depressed.
Affect: Dysphoric.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.

Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 2:11 pm
End time: 3:10 PM
Total time: 59

Interactive Complexity: No.

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

PCP Coordination Today or In the Interim Since the Last Visit: No.

Presenting Problem #1: Anxiety. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day.
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Presenting Problem #2: Depression. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.

2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Presenting Problem #3: Trauma history. Chronic.
Severity: Moderate.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Electronically Signed: CAROL LUCAS LCSW on/at 5/9/2023 1:50:07 PM

LifeStance Health
10025 INVESTMENT DRIVE SUITE 100
KNOXVILLE, TN 37932-2664
(865) 588-3173 Fax: (865) 588-3174
Carol D Lucas, LCSW
Visit Date: 05/09/2023

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

If visit was performed using Telehealth, informed consent obtained and patient location verified.
Patient Location: Home.

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. Client (cl) reported to therapist (th) continued high depression and
anxiety. Also continued frustration with stressors. Fatigued, no energy, no interest or motivation. Self-critical. Difficulty making decisions and processing information. Tearful during session. Overwhelmed, irritable.

headache daily but worse today. Has struggled to engage at meals with people. Had more lab work but no results yet. Going on Friday for assessment re disability. "It seems like it (fatigue/long COVID symptoms) is just getting worse." "Why is it this way? As time passes by it should get better but it isn't." "I'm tired of talking about it. I feel like I have to explain to people why I'm not doing things." Processed some responses by pockets of the medical community who deny that long COVID exists.

Processed fear she has when thinking about headaches and what it means. "What might be happening in my brain when I have them."

Working on establishing medical power of attorney. Asked D to consider it and is considering a friend helping her. Arguments between D and H. Cl encouraging them to communicate and respond to each other. Noted she sent message to H suggesting that if he is unhappy about how things are, he could get another apartment. Noted he complains about working 2 jobs and she has reminded him that no one asked him to do so. Noted that everything H makes goes into separate account rather than household account. "I don't have the energy to try to figure out what he is doing. I'm making things peaceful for myself as I can to promote healing. All the stress is piles and piles of stuff." health, marital stain, family discord, sibling stress, sister's estate. Has set limits with siblings. Also with M including what she could not talk about with her that is distressing. "I'm tired of trying to fight to make changes and it doesn't work. It's not that I don't want to help. It's too much." Feels guilty for boundaries with M. Processed over responsibility for others r/t trauma.

Noted having a random memory from childhood when thinking about colors that she likes which were also the same colors as her childhood bedroom. Noted she left the though quickly b/c she felt so distressed. Th encouraged cl to recognize memory is not danger and to use calming to communicate non-danger to her brain for restructuring. Discussed neuroplasticity and ability to change structure with consistent use of thought challenges/changes and mindfulness activities. cognitive distortions handout provided for review for next session.

LFST Mental Health Index and Other Symptom Measures:
Date Completed: 5/9/23
GAD-7 = 10
PHQ-9 = 14

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 05/09/2023**

**Sabrina Guerrero** Date of Birth:

Therapeutic Interventions in Session: Next:
Cognitive distortions review/handout.
YBOCS. PTSD assmt. Cannot delegate b/c might not be done right.
responding with relaxed body.
TMS?
Guilt re naps.
watch video? In vivo exposure with thought of friends coming to help at her house.
personification of amydala.
Add acceptance and non-judgment to breathing exercise. relaxation. thought challenges.
M tell B to move
what off of her plate?
assertiveness/boundaries.
ever experienced joy?
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

PCP prescribes meds. Trintellix

CBT, Supportive Therapy, IFS psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.

Smoking Status:
In the PAST 12 MONTHS, how often has the patient used tobacco or any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): Never.

In the PAST 3 MONTHS, did the patient smoke a cigarette containing or use any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
If the patient endorses suicidal or homicidal ideation, current Safety Plan discussed with patient, completed and present in chart: N/A.
Patient screened for unhealthy alcohol and drug use at the time of initial assessment: Yes.
If unhealthy use present, clinician intervened as appropriate. Intervention may include treatment plan update and/or appropriate referral: N/A.
Prior Suicidal or Homicidal Ideation or Attempt: No.
Prior History of Cutting or Self-Harm: No.
Risk Factors: Patient endorses Mild risk. Chronic medical illness. Crisis in significant relationships. Family member with psychiatric illness.
Protective Factors: Patient endorses At least one loving relationship. Demonstrated ability to use emergency resources effectively. Family support. Future orientation. Strong attachment to pet. Protective spiritual beliefs.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 05/09/2023**

**Sabrina Guerrero** Date of Birth:

**Mental Status Exam**
Mood: Depressed. Anxious. Frustrated. Irritable.
Affect: Dysphoric. Tearful.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

R/O OCD, PTSD

Start time: 2:07 pm
End time: 3:09 pm
Total time: 62

Interactive Complexity: No.

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

PCP Coordination Today or In the Interim Since the Last Visit: No.

Presenting Problem #1: Anxiety. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day.
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily

1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: mindfulness based CBT, Supportive Therapy, psychoeducation.
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Presenting Problem #3: Trauma history. Chronic.
Severity: Moderate.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Electronically Signed: CAROL LUCAS LCSW on/at 5/9/2023 7:23:31 PM

LifeStance Health
10025 INVESTMENT DRIVE SUITE 100
KNOXVILLE, TN 37932-2664
(865) 588-3173 Fax: (865) 588-3174
Carol D Lucas, LCSW
Visit Date: 05/17/2023

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

If visit was performed using Telehealth, informed consent obtained and patient location verified.
Patient Location: Home.

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. Client (cl) reported to therapist (th) continued anxiety and depression

Discussed possibility of OCD diagnosis. YBOCS- 12, low. Noted that paternal GM and sister had hoarding tendencies "in parts" of their homes.

Completed YBOCS inventory checklist as well. See document uploaded to chart.
Environment "has waxed and waned" in her home with being cluttered and disorganized. High anxiety for someone to come in her home and see the condition of the home. Usually has to have things in order. Makes me feel sad to be like that (house cluttered and her being anxious). Cleaned toilet that was being removed from the home before plumber came. Describes most cleaning and order needs being related to avoiding judgment. Has some order and routines for washing clothes that are highly distressing if she does not do them a certain way but sees as egosyntonic. Th suggested medication consult for further assessment. Cl noted she will consider. Continue monitoring for OCD.

Cl expressed feeling sad re her D saying she does not recognize who she (cl) is b/c she is bitter all the time. Th validated cl's feeling. Th suggested session with D. Cl has not shared her history of abuse with D. "I don't want to change her view of her grandfather." Th educated re perception change from trauma experience, depression, and anxiety. Encouraged cl to be aware of perception change when she has a change with mood.

Cl noted at the end of session that she has "a problem with smell of her F. "Like Grecian formula." "I can't get rid of it." 1-2 weeks. No prior occurrence. Discussed further monitoring and use of grounding and calming techniques to remind her she is not in danger. Discussed application of acceptance and non judgment for where she is as continuing therapy to work on mood management. Noted she is starting aqua therapy and M will be joining her as well. Excited about doing so.

LFST Mental Health Index and Other Symptom Measures:
Date Completed: 5/12/23
GAD-7 = 10
PHQ-9 = 14

Therapeutic Interventions in Session: Next:
session with D?
medication consult.
any ocd type symptoms egodystonic? Cannot delegate b/c might not be done right.
D saying she does not recognize who she is b/c she is bitter all the time. Perception change from trauma
PTSD assmt. Problem with smell of her F. "I can't get rid of it."

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 05/17/2023**

**Sabrina Guerrero** Date of Birth:

Cognitive distortions review/handout.
responding with relaxed body.
TMS?
Guilt re naps.
watch video? In vivo exposure with thought of friends coming to help at her house.
personification of amydala.
Add acceptance and non-judgment to breathing exercise. relaxation. thought challenges.
M tell B to move
what off of her plate?
assertiveness/boundaries.
ever experienced joy?
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

PCP prescribes meds. Trintellix

CBT, Supportive Therapy, IFS psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.

Smoking Status:
In the PAST 12 MONTHS, how often has the patient used tobacco or any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): Never.

In the PAST 3 MONTHS, did the patient smoke a cigarette containing or use any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
If the patient endorses suicidal or homicidal ideation, current Safety Plan discussed with patient, completed and present in chart: N/A.
Patient screened for unhealthy alcohol and drug use at the time of initial assessment: Yes.
If unhealthy use present, clinician intervened as appropriate. Intervention may include treatment plan update and/or appropriate referral: N/A.
Prior Suicidal or Homicidal Ideation or Attempt: No.
Prior History of Cutting or Self-Harm: No.
Risk Factors: Patient denies.
Protective Factors: Patient denies.

**Mental Status Exam**
Mood: Anxious. Sad. Frustrated.
Affect: Full and Appropriate.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 05/17/2023**

**Sabrina Guerrero** Date of Birth:

Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

R/O OCD, PTSD

Start time: 12:15 pm
End time: 1:23 pm
Total time: 68

Interactive Complexity: No.

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

PCP Coordination Today or In the Interim Since the Last Visit: No.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day.
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: mindfulness based CBT, Supportive Therapy, psychoeducation.
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 05/17/2023**

**Sabrina Guerrero** Date of Birth:

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Presenting Problem #3: Trauma history. Chronic.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Electronically Signed: CAROL LUCAS LCSW on/at 5/21/2023 6:38:13 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 06/01/2023**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

If visit was performed using Telehealth, informed consent obtained and patient location verified.
Patient Location: Home.

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. Client (cl) reported to therapist (th) continued anxiety and depression.
anxiety- 7-8/10
depression- 7-8/10
Still extremely fatigued and low energy. Unclear if it is d/t mood, physical health, or both. Continues to smell her F but less frequently. Every once in a while last 4-5 days but decreased intensity. Sees neurologist next Tuesday and will discuss with him as well.

Th educated cl re egosyntonic and egodystonic symptoms. Cl noted that the symptoms she experiences that are possible symptoms of OCD are "in between" egosyntonic and egodystonic. Noted she likes that she has order but recognizes it as inflexible and wants to be able to let things go "like the dishwasher." Causes problems in relationships.

in between-inflexibility. wants to be able to let some things go like the dishwasher. things done adequately but a different way. Causes relationship problems.

overanalyzing- likes for planning but not for controlling. causes difficulty with making a plan or decision.

session with daughter. Not now. Aunt had given daughter "heads up about my trauma." Would she think of it as an excuse? Noted her daughter refererence her not being a touchy feeling person. "I felt a deficit even though she didn't mean it that way."

TRAUMA CHECKLIST
SYMPTOMS BEGAN & PERSISTED after traumatic event that occurred:
[ ] <1 month ago
[ x] >1 month ago
EXPOSURE TO actual or threatened death, serious injury, sexual violence in 1+ of the following:
[x ] Direct experience
[ ] Witnessing it occur to others
[ ] Learning it occurred to a close family member/close friend.
[ ] Repeated or extreme exposure to aversive details

INTRUSION symptoms:
[x ] Intrusive thoughts or memories
[ ] Recurrent distressing dreams about the event - Has weird, nonsensical dreams but does not recall them being about trauma. Has awakened crying. Not recently but in the past.
[x ] Dissociative reactions (flashbacks)

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 06/01/2023**

**Sabrina Guerrero** Date of Birth:

[x ] Internal or external cues cause distress
[x ] Internal or external cues cause physical reactivity

Persistent AVOIDANCE of stimuli associated w/traumatic event(s)
[x ] Avoiding INTERNAL STIMULI (memories, thoughts, feelings)
[ ] Avoiding EXTERNAL STIMULI
[ ] activities
[x ] places- back where she lived in NC.
[x ] people
[ ] conversations
[ ] objects
[ ] situations
Negative Alterations in COGNITIONS/MOODS associated w/traumatic event(s)
[x ] Inability to remember important aspects of the event
[x ] Persistent and exaggerated negative beliefs or expectations about
[x ] oneself
[ ] other people
[ ] the world
[x ] Exaggerated sense of blame himself/herself or others for causing the trauma
[x ] Persistent negative emotions
[x ] fear
[ ] horror
[x ] anger
[x ] guilt
[x ] shame
[ ] Decreased interest in significant activities
[x ] Feeling detached or estranged
[x ] Difficulty expressing positive emotions
Alterations in AROUSAL/REACTIVITY AEB 2+:
[x ] Irritability and aggression during teens with brother toward each other.
[ ] Risky or self-destructive behavior
[x ] Hypervigilance.
[ ] Exaggerated startle response
[ ] Difficulty concentrating
[x ] Difficulty sleeping Mind would race. "Sporadic sleep" prior to COVID. Sleeps a lot now.
[ ] falling asleep
[x ] staying asleep
[x ] restless sleep

YBOCS resent since when initially completed, cl was not thinking about mental activity as potential obsessions. Struggles with deep breathing at times r/t health. Using PMR. Stretching. x2/day.

Likely meets criteria for PTSD. Will complete further assmt in future session to determine onset of initial symptoms.

LFST Mental Health Index and Other Symptom Measures:
Date Completed: 6/1/23
GAD-7 = 9

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 06/01/2023**

**Sabrina Guerrero** Date of Birth:

PHQ-9 = 13

Therapeutic Interventions in Session: Next:
medication consult.
D saying she does not recognize who she is b/c she is bitter all the time. Perception change from trauma
Problem with smell of her F. "I can't get rid of it."
PTSD assmt- onset of initial intrusive memories, smell, etc?
Cognitive distortions review/handout.
responding with relaxed body.
TMS?
Guilt re naps.
watch video? In vivo exposure with thought of friends coming to help at her house.
personification of amydala.
Add acceptance and non-judgment to breathing exercise. relaxation. thought challenges.
M tell B to move
what off of her plate?
assertiveness/boundaries.
ever experienced joy?
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

PCP prescribes meds. Trintellix

CBT, Supportive Therapy, IFS psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.

Smoking Status:
In the PAST 12 MONTHS, how often has the patient used tobacco or any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): Never.

In the PAST 3 MONTHS, did the patient smoke a cigarette containing or use any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
If the patient endorses suicidal or homicidal ideation, current Safety Plan discussed with patient, completed and present in chart: N/A.
Risk Factors: Patient denies.
Protective Factors: Patient denies.

**Mental Status Exam**
Mood: Anxious. Depressed. Frustrated.
Affect: Dysphoric.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 06/01/2023**

**Sabrina Guerrero** Date of Birth:

General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

R/O OCD, PTSD

Start time: 2:09 pm
End time: 3:19 pm
Total time: 70

Interactive Complexity: No.

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

PCP Coordination Today or In the Interim Since the Last Visit: No.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day.
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: mindfulness based CBT, Supportive Therapy, psychoeducation.

Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Presenting Problem #3: Trauma history. Chronic.
Severity: High severity.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Electronically Signed: CAROL LUCAS LCSW on/at 6/4/2023 11:28:52 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 06/05/2023**

**Sabrina Guerrero** Date of Birth:

**Cancel / No Show Note**

**Notes:** Cl reached out on portal and called to inform that her mother just fell so she would not be back in time for her session.

Electronically Signed: CAROL LUCAS LCSW on/at 6/5/2023 10:32:14 AM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 06/20/2023**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

If visit was performed using Telehealth, informed consent obtained and patient location verified.
Patient Location: Home.

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. Client (cl) reported to therapist (th) that her mood fluctuates.
Anxiety 6/10
Depression 6-7/10.
"Some days are way worse than others." "I feel overwhelmed. It's a lot of uncertainty." Overwhelmed. Tearful.

Had appt with neurologist. Noted her said that all blood panels were normal, r/o MS. Reviewed MRIwith her and diagnosed with cerebral ischemia. Cl noted on another repor, itt showed he diagnosed vascular dementia. Noted he changed her migrane medications. Added Plavix. Started a med for MCI. Goes back in 3 months. Frustrated with not knowing where some of the cognitive changes have come from since MRI shows history of brain changes that may have come from head trauma. Addressed olfactory hallucinations with him and noted he attributed it potentially to COVID. Cl noted she has not experienced it since about two weeks ago. She also added that when she discussed findings with Post COVID clinic, they noted that symptoms of an illness may be exacerbated by COVID, speeding up their progression.

Cl noted that Lincoln Financial is saying she no longer meets criteria for LTD. Waiting to hear on approval for social security.

Has started acquatic therapy with her M. Also managing appointments and advocating for M for her health issues.

Evidence of H having an affair. H goes to Columbia for a month to visit his family in July.

Discussed referral for med management with psychiatry.

YBOCS 17 today, 13 last month. Th added OCD diagnosis.

Tries to use breathing but forgets at times. Th encouraged cl to use for relaxation when she takes meds twice daily for improved consistency. More mindful of using stretches. Doing physical therapy twice weekly. Th encouraged use of relaxation and calming to manage stress primarily. Addressing trauma will occur after cl experiencs decreased stress and improved mood regulation.

LFST Mental Health Index and Other Symptom Measures:
Date Completed:

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 06/20/2023**

**Sabrina Guerrero** Date of Birth:

GAD-7 = 8
PHQ-9 = 16

Therapeutic Interventions in Session: Next:
medication consult.
D saying she does not recognize who she is b/c she is bitter all the time. Perception change from trauma
Problem with smell of her F. "I can't get rid of it."
PTSD assmt- onset of initial intrusive memories, smell, etc?
Cognitive distortions review/handout.
responding with relaxed body.
TMS?
Guilt re naps.
watch video? In vivo exposure with thought of friends coming to help at her house.
personification of amydala.
Add acceptance and non-judgment to breathing exercise. relaxation. thought challenges.
M tell B to move
what off of her plate?
assertiveness/boundaries.
ever experienced joy?
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

PCP prescribes meds. Trintellix

CBT, Supportive Therapy, IFS psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.

Smoking Status:
In the PAST 12 MONTHS, how often has the patient used tobacco or any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): Never.

In the PAST 3 MONTHS, did the patient smoke a cigarette containing or use any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
If the patient endorses suicidal or homicidal ideation, current Safety Plan discussed with patient, completed and present in chart: N/A.
Risk Factors: Patient denies.
Protective Factors: Patient denies.

**Mental Status Exam**
Mood: Anxious. Frustrated. Depressed.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 06/20/2023**

**Sabrina Guerrero** Date of Birth:

Affect: Tense. Full and Appropriate. Tearful.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

R/O OCD, PTSD

Start time: 10:09 am
End time: 11:05 am
Total time: 54

Interactive Complexity: No.

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

PCP Coordination Today or In the Interim Since the Last Visit: No.

Presenting Problem #1: Anxiety. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day.
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 06/20/2023**

**Sabrina Guerrero** Date of Birth:

Treatment Model/Interventions: mindfulness based CBT, Supportive Therapy, psychoeducation.
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Presenting Problem #2: Depression. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Presenting Problem #3: Trauma history. Chronic.
Severity: Moderate.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Electronically Signed: CAROL LUCAS LCSW on/at 6/24/2023 1:25:22 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Shannon Hutchison, APN**
**Visit Date: 07/03/2023**

**Sabrina Guerrero** Date of Birth:

## Psychiatric Diagnostic Evaluation

If visit was performed using Telehealth, informed consent obtained and patient location verified.
Patient Location: Home.

**Present at Session:** Patient.

Informed consent for treatment obtained and patient's questions answered.

**Chief Complaint:** Anxiety and depression

**History of Present Illness:** Sabrina Guerrero is a 54 years old Female seen today via telehealth for an initial psychiatric evaluation and medication management.

Sabrina is married and has a 20 year old daughter. She is a social worker but is not working currently since struggling with long Covid since Feb 2022. Is currently prescribed Trintellix by her PCP. for depression. Other med trials include Zoloft, Lexapro, Prozac, Cymbalta, and Effexor. No psych hospitalizations, mania/hypomania, SA. Does report h/o olfactory hallucinations of scent of her father. Reports F sexually abused patient in her teen years.

Diagnosed by neurologist with vascular dementia after LP and MRI after work up for MS. MS negative. Says she does have evidence of cerebral ischemia on MRI. She reports short term memory loss, difficulty multitasking, poor focus and inability to concentrate since having covid. Says it is difficult to read a book. Went to speech therapy at UT. Chronic migraines, h/o gastric bypass 2001.

Reports struggling with extremely low energy. Does nap during daytime. Started aquatic therapy a couple weeks ago. Has difficulty getting out of the house due to fatigue. Says she has a history of situational depression. Reports always struggling with anxiety but has been worse since COVID. Started seeing Carol Lucas for therapy recently and saw Seanna Jones for EMDR before seeing Carol.

States the Trintellix helps with BODF. Has been taking it 6 months. Reports stressors including sister's death last year, M with health problems, marital stress, has not worked as a social worker since having COVID last year. She believes depression "has maybe been worse" the last couple of months. Rates depression 7-8/10. She says her appetite is up and down and is prescribed Topamax by neuro for food cravings. She doesn't believe it works well. Endorses sadness, infrequent crying spells. She has not had Suicidal Ideation since switching to Trintellix. Endorses feeling very overwhelmed, on edge frequently. Sleep is "sporadic" but says this may be due to afternoon naps. Getting about 6-7 hours of sleep nightly. Says she does not know where her life is going because she is out of work, H is possibly having an affair. Says she "feels like options are minimal." Endorses frequent worry, apprehension, inability to concentrate, tension with problems relaxing. Rates anxiety 7/10. Denies panic attacks.

We discussed trial of Rexulti, continue Trintellix. She is agreeable. Will continue therapy with Carol Lucas. F/U 4 weeks.

Psychotherapy:
Total Psychotherapy Time: 51

Exhibit 11 MLF000090

**Sabrina Guerrero** Date of Birth:

Psychotherapy Description: Reviewed importance of relationship between mental health and self-care, including health comorbidities and physical side effects from treatment. Obtain further context from patient on symptoms and outcome of past mental health treatments (positive/negative) Motivational interviewing to clarify symptom profile as part of changes to differential diagnosis and treatment planning.

**Medications**
Current Medications: Meloxicam 15mg QD, Minocycline 100mg BID, Vitamin D 50,000iu 2xs wk, Valsartan 80mg QD, Citirizine 10mg QD, Qulipta 60mg QD, Calcitriol 0.5mcg QD, Ozempic 1mg once weekly, Ondansetron 4mg PRN, Mag Oxide 400mg QD, Hyoscyamine 4mg PRN, Benzonatate 200mg PRN, Topiramate 50mg, Trintellix 10mg QD, Pantoprazole 20mg BID, Sucralfate 1gm 4xs daily, Albuterol Inhaler 2 puffs 6hrs PRN, Ubrelvy 100mg as needed
Plavix 75 mg once daily
Hydroxyzine 25 mg QHS
Serafolin NAC
Vit C, bariatric MVI, Vit A, Vit B12, Zinc, Cranberry, Omega 3

Medication Side Effects: Patient denies medication side effects.
Past Psychiatric Medications: Zoloft, Effexor, Lexapro, Escitalopram (switched to Trintellix which currently take and is much more effective), Cymbalta physician discontinued had nausea with medication..
Prozac. Uncertain the length taken. Currently taking Trintellix which has made a huge.
positive difference with decreasing better off dead type feelings.
Past Psychiatric Treatment and History including Interventional Psychiatry History: Counseling
Allergies/Adverse Reactions: Sulfa

**Review of Systems:**
Except for the systems documented in the HPI or detailed below, all other systems were reviewed and negative.
Cardiovascular: Hypertension, cerebral ischemia
Respiratory: long COVID, wears CPAP
Gastrointestinal: H/O gastric bypass, Gastro-Esophageal Reflux Disease
Musculoskeletal: arthritis
Neurological: migraines, diagnosis of vascular dementia
Endocrine: pre-diabetes

**Past Medical, Psychiatric, Family and Social History**
History Provided: Sabrina Guerrero
Relationship to Patient: Self.

If completing this questionnaire for a dependent adult, please be sure to submit any relevant legal documents (such as Power of Attorney, Conservatorship, or Guardianship) that will impact the medical decision-making for the patient. No (does not apply).

**Behavioral Health History**
Therapy. Carol Lucas
Medication Management. Primary care Phillips Healthcare currently
Psychological Testing. Uncertain
Additional Behavioral Health History: All antidepressants have been prescribed in my past by primary care providers. I have had no hospitalizations concerning behavioral health.

Current or Past Legal Issues: No.
Psychosocial History: Strain in relationship with family of origin.
From Goldsboro NC; raised by both parents
Married, one daughter
H/O sexual abuse during teenage years
EMDR therapy with Seanna Jones
Cultural/Ethnic/Spiritual Considerations/Identities: Christian and deeply spiritual
Relationship Status: Married.
Current Living Situation/Psychosocial Stressors: Spouse and daughter
Trauma History: Sexual abuse endorsed.
Personal Strengths: I'm concerned for others. I will ask for assistance. I seek knowledge and try to understand why something is happening.
Race: White[
Ethnicity: Not Hispanic or Latino
Gender Identity: Female
Sex Assigned at Birth: Female
Sexual Orientation: Heterosexual or Straight

History or Prior Diagnosis:
Patient: Anxiety. Depression. Obsessive-compulsive disorder. Panic attacks. PTSD/Trauma.
Family: Anxiety: Mother. Anxiety: Child. Bipolar Depression: Sibling. Depression: Mother. Depression: Child.
Eating Disorder: Mother.
PTSD/Trauma: Sibling.

**Medical History**
Primary Care Physician: Yes. Name/Phone: Floyd "Ward" Phillips (423) 839-2120
Date of Last Physical Exam: May 15, 2023
Date of Last Dental Exam: June 26, 2023
Date of Last Vision Exam: February 20, 2023
Additional Healthcare Providers: Yes. Ballad Health Post Covid Care Clinic (423) 224-2369, Tennova Bariatric Taylor Spoon (865) 392-3971, Dr Gregory Moffitt, Endicrinology (865) 637-8812, Mohammed Hussain, Nuerology (865) 475-9062, E TN Pulmonary (423) 798-8052, ST Luke's Therapy

Patient is experiencing physical pain currently: Yes.
Type of Pain: Chronic (more than 3 months)
Description of Pain: Ongoing with joints and lower back, specifically knees

History or Prior Diagnosis:
Patient: Concussion/Head injury. High blood pressure. Thyroid problems.
Family: Cancer: Father. Diabetes: Father. Sibling. Heart Disease: Father. Sibling. High Blood Pressure: Sibling. Stroke: Grandfather. Thyroid Problems: Child.
Additional Past Medical History: Gastric by pass 10/2001, Parathyroid concerns, concussion 1988 car accident,

Substance Use History:
In the PAST 12 MONTHS, how often has the patient used tobacco or any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): Never.

In the PAST 12 MONTHS, how often has the patient had 5 or more drinks (men) / 4 or more drinks (women) containing alcohol in one day: Never.

In the PAST 12 MONTHS, how often has the patient used any prescription medications just for the feeling, more than prescribed or that were not prescribed for you: Never.

In the PAST 12 MONTHS, how often has the patient used any drugs including marijuana, cocaine or crack, heroin, methamphetamine (crystal meth), hallucinogens, ecstasy/MDMA: Never.

Number of Drinks Containing Caffeine on a Typical Day: 5-6 drinks.

Food/Exercise History:
Exercise Frequency: None.
Concerns about eating or exercise habits: Yes. Overeating

Educational History:
Highest Education Completed: Graduate degree.
Current Student: No.

Occupational History:
Occupation: Currently not working due to long covid
Number of Positions in Past 5 Years: One

Military Experience: None.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
If the patient endorses suicidal or homicidal ideation, current Safety Plan discussed with patient, completed and present in chart: N/A.
Patient screened for unhealthy alcohol and drug use at the time of initial assessment: Yes.
If unhealthy use present, clinician intervened as appropriate. Intervention may include treatment plan update and/or appropriate referral: N/A.
Prior Suicidal or Homicidal Ideation or Attempt: No.
Prior History of Cutting or Self-Harm: No.
Risk Factors: Patient denies.
Protective Factors: Patient denies.

**Mental Status Exam**
Vitals:
Mood: Depressed.
Affect: Restricted.
General Appearance/Behavior: Alert. Appropriate dress, appropriate grooming and hygiene, appears stated age. No acute distress. Cooperative. Engaged.
Gait: Modified for telehealth; seated, upright posture, extension of arms. No abnormal movements.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent and normal rate, volume and articulation. Articulate. Fluent.
Language: Names objects appropriately. Demonstrates understanding.

Associations: Intact. No loose associations noted.
Thought Process: Logical. Organized. Goal directed.
Memory: Recent memory is intact. Remote memory is intact.
Abnormal/Psychotic Thoughts: Patient denies suicidal ideation or thoughts of harm to others. No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention: Focused. Attention span is intact.
Judgment and Insight: Good insight regarding reason for visit. Judgment is not impaired.

Patient has the capacity to benefit from the treatment plan.

Treatment plan collaboratively established and clearly communicated with the patient/guardian who understood and agreed to it.

**Problems**
Problem #1: Depression, Complexity/Severity: Moderate with exacerbation/side effects.
Problem #2: Anxiety, Complexity/Severity: Moderate with exacerbation/side effects.

LFST Mental Health Index and Other Symptom Measures::
Date Completed: 06/30/2023
GAD-7 = 10
PHQ-9 = 16

Functional Status and Formulation/Case Conceptualization:
Assessment:
Formulation/Case Conceptualization:

Medication Change Today or In the Interim Since the Last Visit: Yes.

For CS Rx cases, PDMP was reviewed where available: N/A.

New controlled substances prescription (post-PHE) today or since last visit: No.

**Assessment and Plan**
Patient should return (# weeks/months): 4 weeks

Medications:

Start: Rexulti 0.25 mg once daily
Continue: Trintellix 10 mg QD

If symptoms worsen, recur, or do not improve, consider: Increase Rexulti dose; consider Lamictal for mood

Collaboration with: Carol Lucas for therapy

Patient education: Rexulti- Common side effects like sedation, low blood pressure, precautions surrounding driving and operating machinery, metabolic syndrome and related complications, movement disorders (both temporary and permanent/ reversible and irreversible), cardiac issues including QTC prolongation, endocrine concerns including Gynecomastia in young males and Galactorrhea in females.

Questions welcomed and answered.

PCP Coordination Today or In the Interim Since the Last Visit: No.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

R/O OCD, PTSD

LifeStance Mental Health Index:

Dated Completed: 6/30/2023

PHQ-9:
1. Little interest or pleasure in doing things: More than half the days.
2. Feeling down, depressed, or hopeless: More than half the days.
3. Trouble falling or staying asleep, or sleeping too much: Nearly every day.
4. Feeling tired or having little energy: Nearly every day.
5. Poor appetite or overating: Nearly every day.
6. Feeling bad about yourself - or that you are a failure or have let yourself or your family down: Several days.
7. Trouble concentrating on things, such as reading the newspaper or watching television: More than half the days.
8. Moving or speaking so slowly that other people could have noticed? Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual: Not at all.
9. Thoughts that you would be better off dead or of hurting yourself in some way.: Not at all.

PHQ-9 Total Score: 16

GAD-7:
10. Feeling nervous, anxious or on edge: Nearly every day.
11. Not being able to stop or control worrying: More than half the days.
12. Worrying too much about different things: More than half the days.
13. Trouble relaxing: Several days.
14. Being so restless that it is hard to sit still: Not at all.
15. Becoming easily annoyed or irritable: More than half the days.
10. Feeling nervous, anxious or on edge: Not at all.

GAD-7 Total Score: 10
17. Felt unproductive in work, school or activities: Nearly every day.
18. Had difficulties getting along with others: Several days.

19. Had 5 or more drinks on one occasion: Never.
20. Had someone you know express concern about your use of alcohol or drugs: Never.

Electronically Signed: SHANNON HUTCHISON APN on/at 7/3/2023 12:06:51 PM

LifeStance Health
10025 INVESTMENT DRIVE SUITE 100
KNOXVILLE, TN 37932-2664
(865) 588-3173 Fax: (865) 588-3174
Carol D Lucas, LCSW
**Visit Date: 07/05/2023**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

Patient Location: In office.

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. Client (cl) reported to therapist (th) continued depression, anxiety, and frustration. mind racing. Low motivation and activity level. Saw Leah Monday who added a med cl will pick up today to start. "I've had an overwhelming sense of sadness." Also noted she has been make emotionally driven purchases.

Cl processed finding more evidence that H is having an affair again. H left for Columbia on Saturday. She received notification on her phone from credit card to his personal bank account that he bought something from "sexy stuff." Cl read an email she sent to him noting she did not want to argue but they needed to come come to an agreement for a plan to pay off bills and him find somewhere else to live after that. Cl noted that H had an affair previously in 2017. "I still have feelings for him. It's a betrayal. But I care about him."
"We (she and D) are disillusioned by him."

"I'm tired. My plate is so full." Continues to have high stress with health related problems, finances, and concerns and care for her M. Reviewed anxiety loop and use of mindfulness techniques and thought challenges for stress management. Cl noted she is struggling to recall to use techniques in the moment. Th encouraged use for relaxation to build mindfulness.

Discussed components of adding OCD diagnosis. Identified doubts/percieved threats discussed today- betrayal, not knowing.
Also related compulsions- researching, overanalyzing. "I need to control the situation. "I'm a freaking control freak."

Discussed her having a part that is controlling but that not being her identiy.
Processed onset of her planning ahead and making sure things do not happen for prevention of abuse by her F. "I had an overhwhelming need to prevent it when I could." Cl noted she would think through possible scenarios and plan ahead which she still does. Cl noted she had a sense that the abuse was her fault so she would try to think of every possibility of what she could do to prevent it or had done to cause it. Abuse started at 11 yo. Discussed eventually targeting trauma work for recovery, but cl noted she is not ready to work internally yet.

Cl noted she plans to do a Bible, Schirer- Armour of God, and is reading Ephesians which is helpful to her. Enjoying water therapy. Twice per week. Cl took notes during session for reminders of techniques previously discussed. Discussed need to work toward repsonse prevention. Cl will add to list of perceived threats started in session for future work for planned exposures.

LFST Mental Health Index and Other Symptom Measures:
Date Completed: 6/30/2023

LifeStance Health
10025 INVESTMENT DRIVE SUITE 100
KNOXVILLE, TN 37932-2664
(865) 588-3173 Fax: (865) 588-3174
Carol D Lucas, LCSW
Visit Date: 07/05/2023

**Sabrina Guerrero** Date of Birth:

GAD-7 = 8
PHQ-9 = 16

Therapeutic Interventions in Session: H Darwin, D Isabella
Next:
using acceptance/non-judement.Repeat ybocs.
List perceived threats.  Plan exposures.
emotional purchases
Schirer- Armour of God, reading Ephesians.
perceived threats- need to know, need to prevent/have control, conflict
compulsion-researching, overanalyzing.
D saying she does not recognize who she is b/c she is bitter all the time.  Perception change from trauma
PTSD assmt- onset of initial intrusive memories, smell, etc?
Cognitive distortions review/handout.
responding with relaxed body.
TMS?
watch video?  In vivo exposure with thought of friends coming to help at her house.
M tell B to move
what off of her plate?
assertiveness/boundaries.
ever experienced joy?
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance.  organization, assertiveness.

PCP prescribes meds.  Trintellix

CBT, Supportive Therapy, IFS psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23:  Sexual abuse started at 11 yo until 16-17 yo.

Smoking Status:
In the PAST 12 MONTHS, how often has the patient used tobacco or any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): Never.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
If the patient endorses suicidal or homicidal ideation, current Safety Plan discussed with patient, completed and present in chart: N/A.
Risk Factors: Patient denies.
Protective Factors: Patient denies.

**Mental Status Exam**
Mood: Anxious. Depressed. Frustrated.
Affect: Full and Appropriate.

General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER
F42.9 Obsessive-compulsive disorder, unspecified

R/O PTSD

Start time: 1:10 pm
End time: 2:09 pm
Total time: 59

Interactive Complexity: No.

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

PCP Coordination Today or In the Interim Since the Last Visit: No.

Presenting Problem #1: Anxiety. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day.
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.

**Sabrina Guerrero** Date of Birth:

1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: mindfulness based CBT, Supportive Therapy, psychoeducation.
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Presenting Problem #2: Depression. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Presenting Problem #3: Trauma history. Chronic.
Severity: Moderate.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Electronically Signed: CAROL LUCAS LCSW on/at 7/8/2023 9:52:26 PM

LifeStance Health
10025 INVESTMENT DRIVE SUITE 100
KNOXVILLE, TN 37932-2664
(865) 588-3173 Fax: (865) 588-3174
Carol D Lucas, LCSW
Visit Date: 07/18/2023

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

Patient Location: In office.

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. Client (cl) reported to therapist (th) feeling overwhelmed, frustrated, sad, anxious.

Paying for M's storage unit at one point. $7000. Cut it off when she found out M was paying for cl's B's storage unit. Wants to talk with B about moving out of M's house. Frustrated with his manipulation of M and M's constant need to please son. Part that is angered by seeing M's behavior to please her son. Did that with cl's F as well. Mad at her for not taking up for herself and setting boundaries.

Part that was embarrassed by cookies M made when cl was in 2nd grade. Tasted good but not pretty. Feels guilty.

Part from elementary school felt guilty for telling the baby sitter she did not like something they were trying to give her. "I felt guilt knowing I hurt somebody. I wounded them."

Part of her that feels bad for not being emotionally available for her D. "That's the part that hurt's the most." "She feels like the only thing I notice is what she hasn't done and I'm not recognizing the things she does right." Expectation to do. Not intentional. It's not in my nature to stroke someone's ego. I thought I brought you up to be a strong, independent person who could stand on her own."

Part that wants to protect.

Cl was not ready to approach parts but only identify. Feels overwhelmd and in "storms she cannot control" (relating to sermon she recently heard.

Discussed repeating the YBOCS again which cl noted she would do. Using relaxation breathing but not with acceptance and non judgement. Discussed potental benefit of adding that technique. Th provided support via listening, validating, and encouraging.

LFST Mental Health Index and Other Symptom Measures:
Date Completed: 6/30/2023
GAD-7 = 8
PHQ-9 = 16

Therapeutic Interventions in Session: H Darwin, D Isabella
Next:
part that has to keep D on track

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 07/18/2023**

**Sabrina Guerrero** Date of Birth:

part that feels bad for not being emotionally available for D. "Part that hurts the most." "She feels like the only thing I notice is what she hasn't done and I'm not recognizing the things she does right." Expectation to do. Not intentional. It's not in my nature to stroke someone's ego. I thought I brought you up to be a strong, independent person who could stand on her own."
part frustrated/angry w/M's need to please cl's B. Did with cl's F as well.
part that wants to protect.
part that feels guilty. 2nd grade- M's cookies, elem- babysitter's gift she did not like. "I felt guilt knowing I hurt somebody. I wounded them."
using acceptance/non-judement.Repeat ybocs.
List perceived threats. Plan exposures.
emotional purchases
Schirer- Armour of God, reading Ephesians.
perceived threats- need to know, need to prevent/have control, conflict
compulsion-researching, overanalyzing.
D saying she does not recognize who she is b/c she is bitter all the time. Perception change from trauma
PTSD assmt- onset of initial intrusive memories, smell, etc?
Cognitive distortions review/handout.
responding with relaxed body.
TMS?
watch video? In vivo exposure with thought of friends coming to help at her house.
M tell B to move
what off of her plate?
assertiveness/boundaries.
ever experienced joy?
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

PCP prescribes meds. Trintellix

CBT, Supportive Therapy, IFS psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.

Smoking Status:
In the PAST 12 MONTHS, how often has the patient used tobacco or any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): Never.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
If the patient endorses suicidal or homicidal ideation, current Safety Plan discussed with patient, completed and present in chart: N/A.
Risk Factors: Patient denies.
Protective Factors: Patient denies.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 07/18/2023**

**Sabrina Guerrero** Date of Birth:

**Mental Status Exam**
Mood: Anxious. Depressed. Frustrated. Angry.
Affect: Full and Appropriate. Tearful.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER
F42.9 Obsessive-compulsive disorder, unspecified

R/O PTSD

Start time: 12:15 pm
End time: 1:23 pm
Total time: 68

Interactive Complexity: No.

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

PCP Coordination Today or In the Interim Since the Last Visit: No.

Presenting Problem #1: Anxiety. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day.
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.

LifeStance Health
10025 INVESTMENT DRIVE SUITE 100
KNOXVILLE, TN 37932-2664
(865) 588-3173 Fax: (865) 588-3174
Carol D Lucas, LCSW
Visit Date: 07/18/2023

**Sabrina Guerrero** Date of Birth:

1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: mindfulness based CBT, Supportive Therapy, psychoeducation.
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Presenting Problem #2: Depression. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Presenting Problem #3: Trauma history. Chronic.
Severity: Moderate.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Electronically Signed: CAROL LUCAS LCSW on/at 7/21/2023 6:14:27 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Shannon Hutchison, APN**
**Visit Date: 08/02/2023**

**Sabrina Guerrero** Date of Birth:

## Psychiatric Progress Note

Patient Location: In office.

**Present at Session:** Patient.

**Chief Complaint:** Anxiety and depression

**History of Present Illness:** Sabrina Guerrero is a 54 years old Female seen today for a follow up for review of psychiatric symptoms and medication management.

Sabrina is married and has a 20 year old daughter. She is a social worker but is not working currently since struggling with long Covid since Feb 2022.

She was last seen 7/3/23. She is prescribed Trintellix and started Rexulti last visit. Denies side effects.

She feels very stressed and sad. Rates depression 7-8/10. Says she is so overwhelmed with family stressors, she was having BODF last week. She says she lost her LTD and is appealing the process. Patient is tearful during visit. Rates anxiety 7-8/10. Says she feels panicky at times. She says on Saturday while at home, she felt so overwhelmed, she thought she was having a panic attack. Sleep has been up and down, "either too much or not enough." She denies SI, psychosis. We discussed increasing Rexulti, continue Trintellix. She is agreeable. Will continue therapy with Carol Lucas. F/U 4 weeks.

Psychotherapy:
Total Psychotherapy Time: 22
Psychotherapy Description: Reviewed importance of relationship between mental health and self-care, including health comorbidities and physical side effects from treatment. Discussed the psychological impact from new stressors discussed in HPI and/or PFSH. Monitored patient psychological state and current symptom presentation, followed up on: mood, anxiety, panic, sleep, BODF/SI.
Psychotherapy Progress: Limited progress towards goals.

**Medications**
Current Medications: Rexulti, 0.25 mg, Freq: QD
Trintellix, 10 mg, Freq:
Ubrelvy, 50 mg, Freq:
valsartan, 80 mg, Freq:
hydroxyzine HCl, 25 mg, Freq:
meloxicam, 15 mg, Freq:

Medication Side Effects: Patient denies medication side effects.
Past Psychiatric Medications: Zoloft, Effexor, Lexapro, Escitalopram (switched to Trintellix which currently take and is much more effective), Cymbalta physician discontinued had nausea with medication..
Prozac. Uncertain the length taken. Currently taking Trintellix which has made a huge.
positive difference with decreasing better off dead type feelings.

**Sabrina Guerrero** Date of Birth:

Past Psychiatric Treatment and History including Interventional Psychiatry History: Counseling
Allergies/Adverse Reactions: Sulfa (Sulfonamides)

**Review of Systems**
Except for the systems documented in the HPI or detailed below, all other systems were reviewed and negative.
Respiratory: long COVID.
Cardiovascular: htn, cerebral ischemia.
Gastrointestinal: h/o gastric bypass.
Musculoskeletal: Rheumatoid Arthritis.
Neurological: migraines.

**Past Medical, Family and Social History**
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
From Goldsboro NC; raised by both parents
Married, one daughter
H/O sexual abuse during teenage years
EMDR therapy with Seanna Jones
Current Living Situation/Psychosocial Stressors: Spouse and daughter
Trauma History: Sexual abuse endorsed.

Smoking Status:
In the PAST 12 MONTHS, how often has the patient used tobacco or any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): Never.
Medical History: Brain Trauma. High Blood Pressure. Thyroid Problems.
Additional Past Medical History: Gastric by pass 10/2001, Parathyroid concerns, concussion 1988 car accident,

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
If the patient endorses suicidal or homicidal ideation, current Safety Plan discussed with patient, completed and present in chart: N/A.
Risk Factors: Patient denies.
Protective Factors: Patient denies.

**Exam / Mental Status**
Vitals:
Mood: Anxious. Sad.
Affect: Full and Appropriate. Tearful.
General Appearance/Behavior: Alert. Appropriate dress, appropriate grooming and hygiene, appears stated age. No acute distress. Cooperative. Engaged.
Gait: Normal gait and upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent and normal rate, volume and articulation. Articulate. Fluent.
Language: Names objects appropriately. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Organized. Goal directed.

**Sabrina Guerrero** Date of Birth:

Memory: Recent memory is intact. Remote memory is intact.
Abnormal/Psychotic Thoughts: Patient denies suicidal ideation or thoughts of harm to others. No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention: Focused. Attention span is intact.
Judgment and Insight: Good insight. Judgment is not impaired.

Treatment plan collaboratively established and clearly communicated with the patient/guardian who understood and agreed to it.

**Problems**
Problem #1: Depression, Complexity/Severity: Moderate.
Problem #2: Anxiety, Complexity/Severity: Moderate with exacerbation/side effects.

LFST Mental Health Index and Other Symptom Measures::
Date Completed: 08/02/2023
GAD-7 = 11
PHQ-9 = 15

Functional Status and Formulation/Case Conceptualization:
Assessment:
Formulation/Case Conceptualization:

Medication Change Today or In the Interim Since the Last Visit: Yes.

For CS Rx cases, PDMP was reviewed where available: N/A.

New controlled substances prescription (post-PHE) today or since last visit: No.

**Assessment and Plan**
Patient should return (# weeks/months): 4 weeks

Medications:

Start: Rexulti increase to 0.5 mg once daily
Continue: Trintellix 10 mg QD

If symptoms worsen, recur, or do not improve, consider: Increase Rexulti dose; consider Lamictal for mood

Collaboration with: Carol Lucas for therapy

Patient education: Rexulti- Common side effects like sedation, low blood pressure, precautions surrounding driving and operating machinery, metabolic syndrome and related complications, movement disorders (both temporary and permanent/ reversible and irreversible), cardiac issues including QTC prolongation, endocrine concerns including Gynecomastia in young males and Galactorrhea in females.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Shannon Hutchison, APN**
**Visit Date: 08/02/2023**

**Sabrina Guerrero** Date of Birth:

Questions welcomed and answered.

PCP Coordination Today or In the Interim Since the Last Visit: No.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER
F42.9 Obsessive-compulsive disorder, unspecified

R/O PTSD

Electronically Signed: SHANNON HUTCHISON APN on/at 8/2/2023 11:03:53 AM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 08/02/2023**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

If visit was performed using Telehealth, informed consent obtained and patient location verified.
Patient Location: Home.

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. Client (cl) reported to therapist (th) feeling sad, overwhelmed, anxious, angry and guilty. High chronic stress continues. Cl noted she continues to experience lethargy, difficulty with focus, difficulty processing information, word finding difficulty, and poor ST memory.

Cl shared some stressors and further processed issues r/t her B and M. Cl reported that her H back home this past w/e. She unexpectedly had to drive to Atlanta to pick him up d/t issues with rental car that did not work. X-ray revealed severe arthritis in knee and is having pain in "good knee" now.
Lincoln Financial said she does not meet criteria for continued ST benefits which she is having to appeal. Angry about lack of help from B's for finishing sister's estate. B let homeless lady move in with him at his M's. Told M that she is reporting them to APS so they can get the help they need. "It's always a circus around Greg (B)." "I'm in extreme sadness over all of this." "Disappointment and anger with M "for not setting boundaries." "She puts the dirty work on others after she allows the situations."

Processed feelings appropriately. "I need to deal with guilt and sadness." Acknowledges that much of what she deals with is out of her control. Noted her Aunt who is now deceased used to fight M's battles for her. And F to some extent. Now she has the role "and I hate it." Describes M as impulsive with some developmental limitations. Feels guilty for having to be stern with M and having to be the enforcer. Also angry about that. Tells her she wants B to leave but does not act like it with B or tell him herself. Feels hurt. Wants a good relationship with M but situation makes it harder. "I don't want her last days to be all this discord."

Problem solved for plan for direct communication so everyone is on the same page. Goal of changing conversation with M. Addressed personal responsibility for B, and M's limitations for assertiveness.

Processed guilt and incluence of OCD, trauma. Discussed challenges and changing thinking. "I have a problem sitting with that within myself knowing someone is upset or not pleased with me. There is discord." "It's learned." Th encouraged cl to self monitor thinking for self blame, use thought challenges/ changes, and respond with calm and coaching. Cl idenitified "little girl" part of hersef who takes responsiblity for other's feelings and behavior and feels sad and guilty if anyone is upset. Discussed offering that part of herself encouragement and validation. Session ended abruptly when cl's phone battery ran out. Cl had noted that this may happen and that she has future appointments already scheduled.

LFST Mental Health Index and Other Symptom Measures:
Date Completed: 08/02/2023
GAD-7 = 11
PHQ-9 = 15

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 08/02/2023**

**Sabrina Guerrero** Date of Birth:

Therapeutic Interventions in Session: H Darwin, D Isabella
Next:
"little girl" part of hersef who takes responsiblity for other's feelings and behavior and feels sad and guilty if anyone is upset- offer what she needs.
part that has to keep D on track
part that feels bad for not being emotionally available for D. "Part that hurts the most." "She feels like the only thing I notice is what she hasn't done and I'm not recognizing the things she does right." Expectation to do. Not intentional. It's not in my nature to stroke someone's ego. I thought I brought you up to be a strong, independent person who could stand on her own."
part frustrated/angry w/M's need to please cl's B. Did with cl's F as well.
part that wants to protect.
part that feels guilty. 2nd grade- M's cookies, elem- babysitter's gift she did not like. "I felt guilt knowing I hurt somebody. I wounded them."
using acceptance/non-judement.Repeat ybocs.
List perceived threats. Plan exposures.
emotional purchases
Schirer- Armour of God, reading Ephesians.
perceived threats- need to know, need to prevent/have control, conflict
compulsion-researching, overanalyzing.
D saying she does not recognize who she is b/c she is bitter all the time. Perception change from trauma
PTSD assmt- onset of initial intrusive memories, smell, etc?
Cognitive distortions review/handout.
responding with relaxed body.
TMS?
watch video? In vivo exposure with thought of friends coming to help at her house.
M tell B to move
what off of her plate?
assertiveness/boundaries.
ever experienced joy?
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

PCP prescribes meds. Trintellix

CBT, Supportive Therapy, IFS psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.

Smoking Status:
In the PAST 12 MONTHS, how often has the patient used tobacco or any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): Never.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 08/02/2023**

**Sabrina Guerrero** Date of Birth:

If the patient endorses suicidal or homicidal ideation, current Safety Plan discussed with patient, completed and present in chart: N/A.
Risk Factors: Patient denies.
Protective Factors: Patient denies.

**Mental Status Exam**
Mood: Anxious. Depressed. Frustrated. Guilt Angry.
Affect: Dysphoric.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER
F42.9 Obsessive-compulsive disorder, unspecified

R/O PTSD

Start time: 11:09 am
End time: 12:10 pm
Total time: 61

Interactive Complexity: No.

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

PCP Coordination Today or In the Interim Since the Last Visit: No.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 08/02/2023**

**Sabrina Guerrero** Date of Birth:

Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day.
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: mindfulness based CBT, Supportive Therapy, psychoeducation.
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Presenting Problem #2: Depression. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Presenting Problem #3: Trauma history. Chronic.
Severity: High severity.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 08/02/2023**

**Sabrina Guerrero** Date of Birth:

Electronically Signed: CAROL LUCAS LCSW on/at 8/2/2023 7:28:09 PM

LifeStance Health
10025 INVESTMENT DRIVE SUITE 100
KNOXVILLE, TN 37932-2664
(865) 588-3173 Fax: (865) 588-3174
Carol D Lucas, LCSW
Visit Date: 08/22/2023

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

If visit was performed using Telehealth, informed consent obtained and patient location verified.
Patient Location: Home.

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. Client (cl) reported to therapist feeling sad, anxious, frustrated, and overwhelmed. Physically feeling worse than usual and is not sure why. Noted that on "good days" when feeling better physically, she experiences SOB, gasping for air with even slight activity or exertion of effort. Continues to have days where she physically struggles to get out of bed d/t feeling so fatigued and may have to sleep most of the day. In addition to physical limitations, other stressors also continue.

Processed conversation with H about potential infidelity. Defensive responses. Noted no other conversations since then, which was about 2 weeks ago.

Processed status of sister's estate. Difficulty with older B who reminds her of her F. "I'm not confrontational." "Dealing with him is a whole other level of anxiety and stress." Family "just wants me to tell him off." Cl questioned if she is being reactive r/t trauma history or is she seeing things accurately based on his behavior. Cl described behavior which th noted as the following based on cl's calm, matter of fact description:
demanding
expectant; "He's cheap so it makes my job harder."
"If I don't agree with him, he says he is done." temper tantrum
abrasive
my way or the highway
blaming

Th validated cl's concern re B's behavior. Addressed how she would like to respond? Feels like she cannot until the estate is settled since B tends to hold a grudge. "It would make it harder on me now." Discussed what she would like to say. Cl noted plan to address with him after estate is settled.
Cl had insight into the avoidance but also being strategic. "I have a knot." Feels tension in stomach that worsens during any interaction with B. Th encouraged stretching and breathing as she can to address it.

Other B has been given eviction letter from M's home. To happen right after Labor Day. Homeless lady has left the home. B continues to make the process difficult.

Continued stress with unknown status for finances. Would like to be able to work but is exhaused. "I go to aquatic therapy and I have to go home and sleep." Tearful as she discussed limitations and affect on her functioning. Processed physical and mental demandedness for her last job. "It was so stressful when I was at my best." With physical limitations and cognitive affects of brain fog, word finding difficulty, inability to focus at times or hyperfocus on low priority issues at others (gave example of picking cat hair off of a shirt she was not going to wear that day which led to her being late for an appointment. Discussed in relation to OCD). Some days she cannot get out of bed with the fatigue. Very short of breath today with cough. Cl noted frustration

with inconsistency of when she can initiate something. When she is able to initiate, she does not have focus, attention, or energy to complete the task. Starts projects but cannot finish them. Inability to complete tasks has worsened with increased stress and physical limitations.

Th encouraged cl to consider what she most needs in therapy. Discussed benefit of processing and obtaining validation. Th shared potential benefit in addition to procession and validation of education re OCD and ERP and trauma work, though that may need to come after some of cl's stressors have resolved.

LFST Mental Health Index and Other Symptom Measures:
Date Completed: 08/21/2023
GAD-7 = 10
PHQ-9 = 14

Therapeutic Interventions in Session: H Darwin, D Isabella
Next:
what focus for therapy.
tricks of OCD. ERP, responding with relaxed body for trauma treatment for now.
knot in stomach- stretching. What is it saying.
part that says "I'm not confrontational." what does assertiveness look like?
"little girl" part of hersef who takes responsiblity for other's feelings and behavior and feels sad and guilty if anyone is upset- offer what she needs.
part that has to keep D on track
part that feels bad for not being emotionally available for D. "Part that hurts the most." "She feels like the only thing I notice is what she hasn't done and I'm not recognizing the things she does right." Expectation to do. Not intentional. It's not in my nature to stroke someone's ego. I thought I brought you up to be a strong, independent person who could stand on her own."
part frustrated/angry w/M's need to please cl's B. Did with cl's F as well.
part that wants to protect.
part that feels guilty. 2nd grade- M's cookies, elem- babysitter's gift she did not like. "I felt guilt knowing I hurt somebody. I wounded them."
using acceptance/non-judement.Repeat ybocs.
List perceived threats. Plan exposures.
emotional purchases
Schirer- Armour of God, reading Ephesians.
perceived threats- need to know, need to prevent/have control, conflict
compulsion-researching, overanalyzing.
D saying she does not recognize who she is b/c she is bitter all the time. Perception change from trauma
PTSD assmt- onset of initial intrusive memories, smell, etc?
Cognitive distortions review/handout.
responding with relaxed body.
TMS?
watch video? In vivo exposure with thought of friends coming to help at her house.
M tell B to move
what off of her plate?
assertiveness/boundaries.
ever experienced joy?
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 08/22/2023**

**Sabrina Guerrero** Date of Birth:

PCP prescribes meds. Trintellix

CBT, Supportive Therapy, IFS psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.

Smoking Status:
In the PAST 12 MONTHS, how often has the patient used tobacco or any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): Never.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
If the patient endorses suicidal or homicidal ideation, current Safety Plan discussed with patient, completed and present in chart: N/A.
Risk Factors: Patient denies.
Protective Factors: Patient denies.

**Mental Status Exam**
Mood: Anxious. Frustrated. Sad.
Affect: Dysphoric. Tearful.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER
F42.9 Obsessive-compulsive disorder, unspecified

R/O PTSD

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 08/22/2023**

**Sabrina Guerrero** Date of Birth:

Start time: 11:07 am
End time: 12:19 pm
Total time: 12

Interactive Complexity: No.

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

PCP Coordination Today or In the Interim Since the Last Visit: No.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day.
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: mindfulness based CBT, Supportive Therapy, psychoeducation.
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Presenting Problem #2: Depression. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 08/22/2023**

**Sabrina Guerrero** Date of Birth:

Presenting Problem #3: Trauma history. Chronic.
Severity: High severity.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Electronically Signed: CAROL LUCAS LCSW on/at 8/22/2023 12:58:52 PM

LifeStance Health
10025 INVESTMENT DRIVE SUITE 100
KNOXVILLE, TN 37932-2664
(865) 588-3173 Fax: (865) 588-3174
Carol D Lucas, LCSW
Visit Date: 09/05/2023

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

If visit was performed using Telehealth, informed consent obtained and patient location verified.
Patient Location: Home.

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. Client (cl) reported to therapist (th) increased feeling of anxiety and nervousness. "Not different that I have it but my response to it is different." continued hypervigilance. "That's my normal." Unable to fix it. More out of her control than in the past. thoughts of being better off dead occasionally.
"It's been stressful. Nothing new."

Processed stressors. Today is last day B is to be living at their M's home. Struggling with symptoms of long COVID. Noted that she feels shortness of breath but pulse ox reads normal oxygen level. Noted some providers think it is panic but she has read about people with long COVID not being able to process their oxygen normally to break it down to benefit thier bodies. Avoiding calling the lady at Lincoln re status of disability, noting they have minimized her symptoms. "Why can't it be transparent and straightforward and not a freaking game."

Processed not always being aware of feeling or does not know how she feels when she tries to identify it. Sure she has felt joy. Laughs but "not experiencing consistent joy in my soul." feels unsettled and finds it hard "to just be."

D tells her not to put a guilt complex on her. "I don't want her to feel that way." Tells her, "You told me you were going to do something and you haven't done it." Discussed breathing first to help repond how she would like to respond and reviewed assertiveness. Noted that D noticed that when it gets close to time for her to leave to go back to school, increased arguments. Tried to not do so for most recent time D was home. "I'm not touchy feely," not encouraging. "I feel sad b/c she is now in college." Considering session with D.

Discussed use of mindfulness for improved awareness. Cl will make list of perceived threats as she notices feeling tense and anxious.

LFST Mental Health Index and Other Symptom Measures:
Date Completed: 09/5/2023
GAD-7 = 10
PHQ-9 = 17

Therapeutic Interventions in Session: H Darwin, D Isabella
Next:
list perceived threats.
tricks of OCD/ pattern, handout. ERP, responding with relaxed body for trauma treatment for now.
knot in stomach- stretching. What is it saying.
D- perceiving guilt complex. "You." not touchy feely, encouraging.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 09/05/2023**

**Sabrina Guerrero** Date of Birth:

part that says "I'm not confrontational." what does assertiveness look like?
"little girl" part of hersef who takes responsiblity for other's feelings and behavior and feels sad and guilty if anyone is upset- offer what she needs.
part that has to keep D on track
part that feels bad for not being emotionally available for D. "Part that hurts the most." "She feels like the only thing I notice is what she hasn't done and I'm not recognizing the things she does right." Expectation to do. Not intentional. It's not in my nature to stroke someone's ego. I thought I brought you up to be a strong, independent person who could stand on her own."
part frustrated/angry w/M's need to please cl's B. Did with cl's F as well.
part that wants to protect.
part that feels guilty. 2nd grade- M's cookies, elem- babysitter's gift she did not like. "I felt guilt knowing I hurt somebody. I wounded them."
using acceptance/non-judement.Repeat ybocs.
List perceived threats. Plan exposures.
emotional purchases
Schirer- Armour of God, reading Ephesians.
perceived threats- need to know, need to prevent/have control, conflict
compulsion-researching, overanalyzing.
D saying she does not recognize who she is b/c she is bitter all the time. Perception change from trauma
PTSD assmt- onset of initial intrusive memories, smell, etc?
Cognitive distortions review/handout.
responding with relaxed body.
TMS?
watch video? In vivo exposure with thought of friends coming to help at her house.
M tell B to move
what off of her plate?
assertiveness/boundaries.
ever experienced joy?
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

PCP prescribes meds. Trintellix

CBT, Supportive Therapy, IFS psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.

Smoking Status:
In the PAST 12 MONTHS, how often has the patient used tobacco or any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): Never.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.

**Sabrina Guerrero** Date of Birth:

If the patient endorses suicidal or homicidal ideation, current Safety Plan discussed with patient, completed and present in chart: N/A.
Risk Factors: Patient denies.
Protective Factors: Patient denies.

**Mental Status Exam**
Mood: Anxious. Depressed. Frustrated.
Affect: Full and Appropriate.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER
F42.9 Obsessive-compulsive disorder, unspecified

R/O PTSD

Start time: 12:17 pm
End time: 1:24 pm
Total time: 67

Interactive Complexity: No.

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

PCP Coordination Today or In the Interim Since the Last Visit: No.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 09/05/2023**

**Sabrina Guerrero** Date of Birth:

Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day.
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: mindfulness based CBT, Supportive Therapy, psychoeducation.
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Presenting Problem #2: Depression. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Presenting Problem #3: Trauma history. Chronic.
Severity: High severity.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

**Sabrina Guerrero** Date of Birth:

Electronically Signed: CAROL LUCAS LCSW on/at 9/10/2023 9:53:33 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 09/19/2023**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

If visit was performed using Telehealth, informed consent obtained and patient location verified.
Patient Location: Home.

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. Client (cl) reported to therapist (th) high anxiety and depression.
rumination continues. worry especially about finances. "I have not felt well physically more so than usual." Knee bothering her. Has ortho appt next week." Stressors continue.

Processed some improvement for some family conflict and and sister's estate.

Reviewed YBOCS to make perceived threat list and increase awareness of obsessions and compulsions.
Obsessions/perceived threat list-
need to know, figure out, understand
need for symmetry/exactness/order
need for efficiency/time
contamination
need for perfection

compulsions
procrastination
overanalyzing and ruminating.
checking/researching
ordering/arranging
prevention (process for washing clothes).

Reviewed how procrastination can be a compulsion. Starts projects and cannot finish them. Noted family's frustration with her re this. H complained about house being disordered such that they cannot have anyone visit. Cl noted not addressing the frustration b/c she does not want H to just throw things away as he does rather than sorting through it. Th educated re relation to OCD and both being extremes of behavior. Discussed verbiage to improve communication and obtain help for what is needed. Discussed plan to continue work on awareness of OCD symptoms and use response prevention for intervention.

LFST Mental Health Index and Other Symptom Measures:
Date Completed: 08/02/2023
GAD-7 = 12

LifeStance Health
10025 INVESTMENT DRIVE SUITE 100
KNOXVILLE, TN 37932-2664
(865) 588-3173 Fax: (865) 588-3174
Carol D Lucas, LCSW
Visit Date: 09/19/2023

**Sabrina Guerrero** Date of Birth:

PHQ-9 = 17

Therapeutic Interventions in Session: H Darwin, D Isabella
Next:
TMS?
tricks of OCD/ pattern, handout. ERP, responding with relaxed body for threats.
status assertive communication
Obsessions/perceived threat list-
need to know, figure out, understand
need for symmetry/exactness/order
need for efficiency/time
contamination
need for perfection

compulsions
procrastination
overanalyzing and ruminating.
checking/researching
ordering/arranging
prevention (process for washing clothes).

knot in stomach- stretching. What is it saying.
D- perceiving guilt complex. "You." not touchy feely, encouraging.
part that says "I'm not confrontational." what does assertiveness look like?
"little girl" part of hersef who takes responsiblity for other's feelings and behavior and feels sad and guilty if anyone is upset- offer what she needs.
part that has to keep D on track
part that feels bad for not being emotionally available for D. "Part that hurts the most." "She feels like the only thing I notice is what she hasn't done and I'm not recognizing the things she does right." Expectation to do. Not intentional. It's not in my nature to stroke someone's ego. I thought I brought you up to be a strong, independent person who could stand on her own."
part frustrated/angry w/M's need to please cl's B. Did with cl's F as well.
part that wants to protect.
part that feels guilty. 2nd grade- M's cookies, elem- babysitter's gift she did not like. "I felt guilt knowing I hurt somebody. I wounded them."
using acceptance/non-judement.Repeat ybocs.
emotional purchases
Perception change from trauma
PTSD assmt- onset of initial intrusive memories, smell, etc?
Cognitive distortions review/handout.
responding with relaxed body.
watch video? In vivo exposure with thought of friends coming to help at her house.
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

Meds- Leah

CBT, Supportive Therapy, IFS, psychoeducation, ERP

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 09/19/2023**

**Sabrina Guerrero** Date of Birth:

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.

Smoking Status:
In the PAST 12 MONTHS, how often has the patient used tobacco or any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): Never.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
If the patient endorses suicidal or homicidal ideation, current Safety Plan discussed with patient, completed and present in chart: N/A.
Risk Factors: Patient denies.
Protective Factors: Patient denies.

**Mental Status Exam**
Mood: Anxious. Frustrated.
Affect: Full and Appropriate.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER
F42.9 Obsessive-compulsive disorder, unspecified

R/O PTSD

Start time: 12:10 pm
End time: 1:16 pm
Total time: 65

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 09/19/2023**

**Sabrina Guerrero** Date of Birth:

Interactive Complexity: No.

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

PCP Coordination Today or In the Interim Since the Last Visit: No.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day.
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: mindfulness based CBT, Supportive Therapy, psychoeducation.
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Presenting Problem #3: Trauma history. Chronic.
Severity: High severity.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 09/19/2023**

**Sabrina Guerrero** Date of Birth:

Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Presenting Problem #4: OCD. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #4: Decrease negative impact of OCD on current functioning
Objectives:
4a. Identify perceived threats (Met).
4b. Learn and use in vivo response prevention and ERP to build tolerance related to obsessions/perceived threats.

Electronically Signed: CAROL LUCAS LCSW on/at 9/19/2023 1:42:24 PM

LifeStance Health
10025 INVESTMENT DRIVE SUITE 100
KNOXVILLE, TN 37932-2664
(865) 588-3173 Fax: (865) 588-3174
Carol D Lucas, LCSW
Visit Date: 09/26/2023

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

If visit was performed using Telehealth, informed consent obtained and patient location verified.
Patient Location: Home.

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. Client (cl) reported to therapist (th) feeling more tired than usual which leads to a low mood.

Cl processed making progress toward resolving some of her stressors.
Progress toward getting her sister's house on the market. Passive aggressive behavior from one brother has not helped the process. "I'm worn out." Questions how much her reaction to him is b/c he reminds her of her abusive F. Questions if she is oversensitive. Th validated cl's feelings and encouraged her to work toward being assertive.

Cl processed that her social security disability was approved. When she saw that, she felt an overwhelming sense of sadness. $3000 less than she gets when working. Cl acknowledged that knowing if the disability will be permanent is not predictable.

Cl processed continued medical problems. Felt shortness of breath earlier this morning. Attributes to exertion from going in and out of a building. Did not think to pull out pulse ox to check oxygen intake. Cl noted that even if it is r/t anxiety, she has been told that her body is not processing oxygen normally d/t long COVID. Cl noted frustration d/t affect of health on her day to day functioning.

Cl processed B has moved out of M's house. Cl told B she would help him find a new place to stay. Discussed setting clear boundaries for what help she will give and what B needs to do himself. Discussed application of response prevention for B's potential attempts to manipulate her as he has in the past.

Cl shared being workaholic since 12 yo. Had 3 jobs at one point as a teen. Has not seen her busyness as avoidance for emotion and dealing with trauma until recently. Has recognized it with others and now also more aware for herself.

Th educated cl re ERP. Cl agreed to using principles of response prevention for rearranging the dishwasher and fridge. Typically SUD is 8-9 for dishwasher. Discussed breathing through distress to build tolerance down to SUDs rating of 2-3.

LFST Mental Health Index and Other Symptom Measures:
Date Completed: 08/02/2023
GAD-7 = 12
PHQ-9 = 17

Therapeutic Interventions in Session: H Darwin, D Isabella
Next:

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 09/26/2023**

**Sabrina Guerrero** Date of Birth:

Treatment plan.
SUDS/ERP fridge/dishwasher.
TMS?
tricks of OCD/ pattern, handout. ERP, responding with relaxed body for threats.
status assertive communication
Obsessions/perceived threat list-
need to know, figure out, understand
need for symmetry/exactness/order
need for efficiency/time
contamination
need for perfection

compulsions
procrastination
overanalyzing and ruminating.
checking/researching
ordering/arranging
prevention (process for washing clothes).

knot in stomach- stretching. What is it saying.
D- perceiving guilt complex. "You." not touchy feely, encouraging.
part that says "I'm not confrontational." what does assertiveness look like?
"little girl" part of hersef who takes responsiblity for other's feelings and behavior and feels sad and guilty if anyone is upset- offer what she needs.
part that has to keep D on track
part that feels bad for not being emotionally available for D. "Part that hurts the most." "She feels like the only thing I notice is what she hasn't done and I'm not recognizing the things she does right." Expectation to do. Not intentional. It's not in my nature to stroke someone's ego. I thought I brought you up to be a strong, independent person who could stand on her own."
part frustrated/angry w/M's need to please cl's B. Did with cl's F as well.
part that wants to protect.
part that feels guilty. 2nd grade- M's cookies, elem- babysitter's gift she did not like. "I felt guilt knowing I hurt somebody. I wounded them."
using acceptance/non-judement.Repeat ybocs.
emotional purchases
Perception change from trauma
PTSD assmt- onset of initial intrusive memories, smell, etc?
Cognitive distortions review/handout.
responding with relaxed body.
watch video? In vivo exposure with thought of friends coming to help at her house.
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

Meds- Leah

CBT, Supportive Therapy, IFS, psychoeducation, ERP

**Past Medical, Psychiatric, Family and Social History**
No interim changes.

**Sabrina Guerrero** Date of Birth:

PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.

Smoking Status:
In the PAST 12 MONTHS, how often has the patient used tobacco or any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): Never.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
If the patient endorses suicidal or homicidal ideation, current Safety Plan discussed with patient, completed and present in chart: N/A.
Risk Factors: Patient denies.
Protective Factors: Patient denies.

**Mental Status Exam**
Mood: Anxious. Sad.
Affect: Full and Appropriate. Tearful.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER
F42.9 Obsessive-compulsive disorder, unspecified

R/O PTSD

Start time: 11:10 am
End time: 12:13 pm
Total time: 63

Interactive Complexity: No.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 09/26/2023**

**Sabrina Guerrero** Date of Birth:

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

PCP Coordination Today or In the Interim Since the Last Visit: No.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day.
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: mindfulness based CBT, Supportive Therapy, psychoeducation.
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Presenting Problem #3: Trauma history. Chronic.
Severity: High severity.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance

3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Presenting Problem #4: OCD. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #4: Decrease negative impact of OCD on current functioning
Objectives:
4a. Identify perceived threats (Met).
4b. Learn and use in vivo response prevention and ERP to build tolerance related to obsessions/perceived threats.

Electronically Signed: CAROL LUCAS LCSW on/at 9/30/2023 10:38:08 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Shannon Hutchison, APN**
**Visit Date: 10/03/2023**

**Sabrina Guerrero** Date of Birth:

## Psychiatric Progress Note

If visit was performed using telehealth, informed consent obtained and patient location verified.
Patient Location: Home.

**Present at Session:** Patient.

**Chief Complaint:** Anxiety and depression

**History of Present Illness:** Sabrina Guerrero is a 54 years old Female seen today for a follow up for review of psychiatric symptoms and medication management.

Sabrina is married and has a 20 year old daughter. She is a social worker but is not working currently since struggling with long Covid since Feb 2022.

She was last seen 8/2/23. She is prescribed Trintellix and increased Rexulti dose last visit. Denies side effects.

She says the medication dose increase seemed to help . Rates depression 5/10. Continues to endorses sadness at times and says this is situational. Denies further BODF. Denies SI/HI, psychosis.

Anxiety is her main concern today. She says she is utilizing coping skills she has learned in therapy to help manage. Endorses feeling nervous, on edge, overwhelmed, worries frequently. She reports having panic-like feelings when she goes into stores and has shortness of breath, which in turn, causes anxiousness, and feels sweaty and panicky. We discussed increasing Rexulti and she is agreeable. Continue Trintellix. F/U 4 weeks

Psychotherapy:
Total Psychotherapy Time: 18
Psychotherapy Description: Examined patient outlook on mental health and well-being, including discussion of personal strengths and plan for stressors. Monitored patient psychological state and current symptom presentation, followed up on: mood, anxiety, panic, sleep, SI/BODF, psychosis
Psychotherapy Progress: Fair progress towards goal.

**Medications**
Current Medications: Trintellix, 10 mg, Freq:
Ubrelvy, 50 mg, Freq:
valsartan, 80 mg, Freq:
hydroxyzine HCl, 25 mg, Freq:
meloxicam, 15 mg, Freq:
Rexulti, 0.5 mg, Freq: QD

Medication Side Effects: Patient denies medication side effects.
Past Psychiatric Medications: Zoloft, Effexor, Lexapro, Escitalopram (switched to Trintellix which currently take and is much more effective), Cymbalta physician discontinued had nausea with medication..
Prozac. Uncertain the length taken. Currently taking Trintellix which has made a huge.
positive difference with decreasing better off dead type feelings.
Past Psychiatric Treatment and History including Interventional Psychiatry History: Counseling

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Shannon Hutchison, APN**
**Visit Date: 10/03/2023**

**Sabrina Guerrero** Date of Birth:

Allergies/Adverse Reactions: Sulfa (Sulfonamides)

**Review of Systems**
Except for the systems documented in the HPI or detailed below, all other systems were reviewed and negative.
Respiratory: long COVID.
Cardiovascular: Hypertension.
Gastrointestinal: h/o gastric bypass.
Musculoskeletal: Rheumatoid Arthritis.
Neurological: migraines.

**Past Medical, Family and Social History**
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
From Goldsboro NC; raised by both parents
Married, one daughter
H/O sexual abuse during teenage years
EMDR therapy with Seanna Jones
Current Living Situation/Psychosocial Stressors: Spouse and daughter
Trauma History: Sexual abuse endorsed.

Smoking Status:
In the PAST 12 MONTHS, how often has the patient used tobacco or any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): Never.
Medical History: Brain Trauma. High Blood Pressure. Thyroid Problems.
Additional Past Medical History: Gastric by pass 10/2001, Parathyroid concerns, concussion 1988 car accident,

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
If the patient endorses suicidal or homicidal ideation, current Safety Plan discussed with patient, completed and present in chart: N/A.
Risk Factors: Patient denies.
Protective Factors: Patient denies.

**Exam / Mental Status**
Vitals:
Mood: Anxious.
Affect: Full and Appropriate.
General Appearance/Behavior: Alert. Appropriate dress, appropriate grooming and hygiene, appears stated age. No acute distress. Cooperative. Engaged.
Gait: Normal gait and upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent and normal rate, volume and articulation. Articulate. Fluent.
Language: Names objects appropriately. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Organized. Goal directed.
Memory: Recent memory is intact. Remote memory is intact.

Abnormal/Psychotic Thoughts: Patient denies suicidal ideation or thoughts of harm to others. No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention: Focused. Attention span is intact.
Judgment and Insight: Good insight. Judgment is not impaired.

Treatment plan collaboratively established and clearly communicated with the patient/guardian who understood and agreed to it.

**Problems**
Problem #1: Depression, Complexity/Severity: Moderate.
Problem #2: Anxiety, Complexity/Severity: Moderate with exacerbation/side effects.

LFST Mental Health Index and Other Symptom Measures::
Date Completed: 09/27/2023
GAD-7 = 10
PHQ-9 = 14

Functional Status and Formulation/Case Conceptualization:
Assessment:
Formulation/Case Conceptualization:

Medication Change Today or In the Interim Since the Last Visit: Yes.

For CS Rx cases, PDMP was reviewed where available: N/A.

New controlled substances prescription (post-PHE) today or since last visit: No.

**Assessment and Plan**
Patient should return (# weeks/months): 4 weeks

Medications:
Continue: Trintellix 10 mg once daily
Rexulti increase to 1 mg once daily

If symptoms worsen, recur, or do not improve, consider: Increase Rexulti dose; consider Lamictal for mood

Collaboration with: Carol Lucas for therapy

Patient education: Rexulti- Common side effects like sedation, low blood pressure, precautions surrounding driving and operating machinery, metabolic syndrome and related complications, movement disorders (both temporary and permanent/ reversible and irreversible), cardiac issues including QTC prolongation, endocrine concerns including Gynecomastia in young males and Galactorrhea in females.

Questions welcomed and answered.

PCP Coordination Today or In the Interim Since the Last Visit: No.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER
F42.9 Obsessive-compulsive disorder, unspecified

R/O PTSD

Electronically Signed: SHANNON HUTCHISON APN on/at 10/3/2023 4:40:05 PM

LifeStance Health
10025 INVESTMENT DRIVE SUITE 100
KNOXVILLE, TN 37932-2664
(865) 588-3173 Fax: (865) 588-3174
Carol D Lucas, LCSW
**Visit Date: 10/16/2023**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

If visit was performed using Telehealth, informed consent obtained and patient location verified.
Patient Location: Home.

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. Client (cl) reported to therapist (th) experiencing continues sadness, anxiety, and frustration.

Processed some health concerns. Knee surgeon said needs bilateral knee replacements. Have to lose 80 pounds before can do surgery. Doing steroid shot and doing water therapy in the mean time.

Processed concern for M. B moved back to her M's.

Processed financial concerns. Approved for disability by SS but not Lincoln. Told she would have to appeal Lincoln decision. Trying to decide if she does the appeal on her own or hires a lawyer. feels guilty - "Do I deserve money. Do I really need it?" Th encouraged cl to focus on what she knows- She is in need and unable to work currently.- rather than how she feels.

Envisions how wants home to be which includes a level of unrealistic expectation of perfection. Recognizes it is unrealistic but struggles to envision another way. Discussed noticing thoughts and using response prevention for doubt, unrealistic expectations. Thought challenges and changes.

Cl noted having spotting after not menstruating for 5 years. Noted that she smells blood. Had image of altercation at laungdry mat and there was a lot of blood when she was a child. Cl could not describe what blood smells like.
Discussed related to OCD creating doubt and wanting one to do a compulsion to feed it. Cl acknowledged that no one had mentioned a smell and that the OCD was likely trying to get her to react with checking behavior and rumination. Apply response prevention.

LFST Mental Health Index and Other Symptom Measures:
Date Completed: 09/27/2023
GAD-7 = 7
PHQ-9 = 15

Therapeutic Interventions in Session: H Darwin, D Isabella
Next:
Treatment plan.
SUDS/ERP fridge/dishwasher. self-criticism loop.
TMS?

tricks of OCD/ pattern, handout. ERP, responding with relaxed body for threats.
status assertive communication/I statements instead of demanding.
Obsessions/perceived threat list-
need to know, figure out, understand
need for symmetry/exactness/order
need for efficiency/time
contamination
need for perfection

compulsions
procrastination
overanalyzing and ruminating.
checking/researching
ordering/arranging
prevention (process for washing clothes).

knot in stomach- stretching. What is it saying.
D- perceiving guilt complex. "You." not touchy feely, encouraging.
part that says "I'm not confrontational." what does assertiveness look like?
"little girl" part of hersef who takes responsiblity for other's feelings and behavior and feels sad and guilty if anyone is upset- offer what she needs.
part that has to keep D on track
part that feels bad for not being emotionally available for D. "Part that hurts the most." "She feels like the only thing I notice is what she hasn't done and I'm not recognizing the things she does right." Expectation to do. Not intentional. It's not in my nature to stroke someone's ego. I thought I brought you up to be a strong, independent person who could stand on her own."
part frustrated/angry w/M's need to please cl's B. Did with cl's F as well.
part that wants to protect.
part that feels guilty. 2nd grade- M's cookies, elem- babysitter's gift she did not like. "I felt guilt knowing I hurt somebody. I wounded them."
using acceptance/non-judement.Repeat ybocs.
emotional purchases
Perception change from trauma
PTSD assmt- onset of initial intrusive memories, smell, etc?
Cognitive distortions review/handout.
responding with relaxed body.
watch video? In vivo exposure with thought of friends coming to help at her house.
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

Meds- Leah

CBT, Supportive Therapy, IFS, psychoeducation, ERP

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 10/16/2023**

**Sabrina Guerrero** Date of Birth:

Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.

Smoking Status:
In the PAST 12 MONTHS, how often has the patient used tobacco or any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): Never.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
If the patient endorses suicidal or homicidal ideation, current Safety Plan discussed with patient, completed and present in chart: N/A.
Risk Factors: Patient denies.
Protective Factors: Patient denies.

**Mental Status Exam**
Mood: Anxious. Sad
Affect: Full and Appropriate.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER
F42.9 Obsessive-compulsive disorder, unspecified

R/O PTSD

Start time: 3:12 pm
End time: 4:07 pm
Total time: 55

Interactive Complexity: No.

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 10/16/2023**

**Sabrina Guerrero** Date of Birth:

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

PCP Coordination Today or In the Interim Since the Last Visit: No.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day.
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: mindfulness based CBT, Supportive Therapy, psychoeducation.
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Presenting Problem #3: Trauma history. Chronic.
Severity: High severity.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.

**Sabrina Guerrero** Date of Birth:

3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: Initiated 2/8/23. Due: 8/2023.
1 year

Presenting Problem #4: OCD. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #4: Decrease negative impact of OCD on current functioning
Objectives:
4a. Identify perceived threats (Met).
4b. Learn and use in vivo response prevention and ERP to build tolerance related to obsessions/perceived threats.

Electronically Signed: CAROL LUCAS LCSW on/at 10/18/2023 8:09:54 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 10/24/2023**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

Patient Location: In office.

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. Client (cl) reported to therapist (th) that her mood "ebs and flows." Recognizing cause of distress in the moment which she has not always been aware of.
anxiety 6-7/10
depression- a little better. 5/10. Increase of Rexulti last week may have helped. Trying to be mindful of not ruminating on distressing topics. Used coaching. Reasoning. breathing. Cl described a scenario when she would have typically ruminated, but used response prevention instead. Cl did not recogize it at the time but did after processing the situation. Did research about new provider for gynecological issue but stopped herself. grievnig physical changes and not being able to work. "Maybe I'm status quo."

Processed that she identified noticing feeling pit n her stomach when thinking about issues with Lincoln denial of disability. also tension on muscles when H was upset. Th encouraged cl for increasing awareness. Reviewed sensory memory and practicing responding with relaxed body to perceived threats.

TPR initiated. Reviewed.

struggles to get a deep breath r/t long COVID. Closes her eyes and uses visualization of a stream. Discussed adding soothing sound as well. Use PMR. mindfulness- noticing.

LFST Mental Health Index and Other Symptom Measures:
Date Completed: 09/27/2023
GAD-7 = 7
PHQ-9 = 15

Therapeutic Interventions in Session: H Darwin, D Isabella
Next:
Treatment plan, address task completion.
SUDS/ERP fridge/dishwasher. self-criticism loop.
TMS?
tricks of OCD/ pattern, handout. ERP, responding with relaxed body for threats.
status assertive communication/I statements instead of demanding.
Obsessions/perceived threat list-
need to know, figure out, understand
need for symmetry/exactness/order
need for efficiency/time
contamination
need for perfection

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 10/24/2023**

**Sabrina Guerrero** Date of Birth:

compulsions
procrastination
overanalyzing and ruminating.
checking/researching
ordering/arranging
prevention (process for washing clothes).

knot in stomach- stretching. What is it saying.
D- perceiving guilt complex. "You." not touchy feely, encouraging.
part that says "I'm not confrontational." what does assertiveness look like?
"little girl" part of hersef who takes responsiblity for other's feelings and behavior and feels sad and guilty if anyone is upset- offer what she needs.
part that has to keep D on track
part that feels bad for not being emotionally available for D. "Part that hurts the most." "She feels like the only thing I notice is what she hasn't done and I'm not recognizing the things she does right." Expectation to do. Not intentional. It's not in my nature to stroke someone's ego. I thought I brought you up to be a strong, independent person who could stand on her own."
part frustrated/angry w/M's need to please cl's B. Did with cl's F as well.
part that wants to protect.
part that feels guilty. 2nd grade- M's cookies, elem- babysitter's gift she did not like. "I felt guilt knowing I hurt somebody. I wounded them."
using acceptance/non-judement.Repeat ybocs.
emotional purchases
Perception change from trauma
PTSD assmt- onset of initial intrusive memories, smell, etc?
Cognitive distortions review/handout.
responding with relaxed body.
watch video? In vivo exposure with thought of friends coming to help at her house.
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

Meds- Leah

CBT, Supportive Therapy, IFS, psychoeducation, ERP

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.

Smoking Status:
In the PAST 12 MONTHS, how often has the patient used tobacco or any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): Never.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.

If the patient endorses suicidal or homicidal ideation, current Safety Plan discussed with patient, completed and present in chart: N/A.
Risk Factors: Patient denies.
Protective Factors: Patient denies.

**Mental Status Exam**
Mood: Depressed. Anxious. Frustrated.
Affect: Dysphoric. Tense.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER
F42.9 Obsessive-compulsive disorder, unspecified

R/O PTSD

Start time: 2:16 pm
End time: 3:10 pm
Total time: 54

Interactive Complexity: No.

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

PCP Coordination Today or In the Interim Since the Last Visit: No.

Presenting Problem #1: Anxiety. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.

Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day. (Met).
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: mindfulness based CBT, Supportive Therapy, psychoeducation.
Anticipated Time Frame to Goal Completion: TPR 10/24/23. Due 4/24
6 months.

Presenting Problem #2: Depression. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: TPR 10/24/23. Due 4/24
6 months.

Presenting Problem #3: Trauma history. Chronic.
Severity: High severity.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: TPR 10/24/23. Due 4/24
6 months.

Presenting Problem #4: OCD. Chronic.
Treatment Goals for Problem #4: Decrease negative impact of OCD on current functioning
Objectives:
4a. Identify perceived threats (Met).
4b. Learn and use in vivo response prevention and ERP to build tolerance related to obsessions/perceived threats.
Treatment Model/Interventions: ERP, Supportive Therapy, Psychoeducation
Anticipated Time Frame to Goal Completion: TPR 10/24/23. Due 4/24
6 months.

Electronically Signed: CAROL LUCAS LCSW on/at 10/29/2023 2:44:57 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 11/08/2023**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

If visit was performed using Telehealth, informed consent obtained and patient location verified.
Patient Location: Home.

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. Client (cl) reported to therapist (th) having good days and bad days. Has random period of irritability. Low tolerance for stressors. "The fact that I cannot regulate my own emotions. I can't stand it."

Th educated re attachment and development of emotional regulation. Cl
identified ambivalent attachment. M was not present. Had 3 jobs. M was 19 when she met cl's F who was 40. F had been physically abusive to M. Cl noted that she worries what kind of parent she was with her D. "I did the best I could."

Processed that H is going to Columbia again over the holidays. Not sure when the last time was he was home for Christmas. "It makes me sad especially for Isabella." Cl has not talked with him further about his infidelity.

Processed concern re her financial situation and disability. Contacted lawyer last week who would not take her case. Found another who will and has initiated that.

Processed concern re relationship with D. Noted she shared her feelings with D who felt hurt. apologized for hurt as it was not her intention. "It would have been better to have waited until I felt more centered" (to have had conversation with D). Th offered family meeting again. Cl will ask D about her schedule for family meeting. May be able to in December when she is out of school. D formerly diagnosed with Bipolar D/O.

LFST Mental Health Index and Other Symptom Measures:
Date Completed: 09/27/2023
GAD-7 = 7
PHQ-9 = 15

Therapeutic Interventions in Session: H Darwin, D Isabella
Next:
attachment/need even if abused=I'm bad
Treatment plan (trauma and ocd), address task completion.
SUDS/ERP fridge/dishwasher. self-criticism loop.
TMS?
tricks of OCD/ pattern, handout. ERP, responding with relaxed body for threats.
status assertive communication/I statements instead of demanding.
Obsessions/perceived threat list-
need to know, figure out, understand
need for symmetry/exactness/order
need for efficiency/time

contamination
need for perfection

compulsions
procrastination
overanalyzing and ruminating.
checking/researching
ordering/arranging
prevention (process for washing clothes).

knot in stomach- stretching. What is it saying.
D- perceiving guilt complex. "You." not touchy feely, encouraging.
part that says "I'm not confrontational." what does assertiveness look like?
"little girl" part of hersef who takes responsiblity for other's feelings and behavior and feels sad and guilty if anyone is upset- offer what she needs.
part that has to keep D on track
part that feels bad for not being emotionally available for D. "Part that hurts the most." "She feels like the only thing I notice is what she hasn't done and I'm not recognizing the things she does right." Expectation to do. Not intentional. It's not in my nature to stroke someone's ego. I thought I brought you up to be a strong, independent person who could stand on her own."
part frustrated/angry w/M's need to please cl's B. Did with cl's F as well.
part that wants to protect.
part that feels guilty. 2nd grade- M's cookies, elem- babysitter's gift she did not like. "I felt guilt knowing I hurt somebody. I wounded them."
using acceptance/non-judement.Repeat ybocs.
emotional purchases
Perception change from trauma
PTSD assmt- onset of initial intrusive memories, smell, etc?
Cognitive distortions review/handout.
responding with relaxed body.
watch video? In vivo exposure with thought of friends coming to help at her house.
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

Meds- Leah

CBT, Supportive Therapy, IFS, psychoeducation, ERP

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.

Smoking Status:
In the PAST 12 MONTHS, how often has the patient used tobacco or any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): Never.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 11/08/2023**

**Sabrina Guerrero** Date of Birth:

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
If the patient endorses suicidal or homicidal ideation, current Safety Plan discussed with patient, completed and present in chart: N/A.
Risk Factors: Patient denies.
Protective Factors: Patient denies.

**Mental Status Exam**
Mood: Anxious. Depressed. Irritable.
Affect: Dysphoric.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER
F42.9 Obsessive-compulsive disorder, unspecified

R/O PTSD

Start time: 2:07 pm
End time: 3:09 pm
Total time: 62

Interactive Complexity: No.

**Treatment Plan**
Patient Instructions: Continue ind therapy and med managment

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

PCP Coordination Today or In the Interim Since the Last Visit: No.

Presenting Problem #1: Anxiety. Chronic.

Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day. (Met).
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: mindfulness based CBT, Supportive Therapy, psychoeducation.
Anticipated Time Frame to Goal Completion: TPR 10/24/23. Due 4/24
6 months.

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: TPR 10/24/23. Due 4/24
6 months.

Presenting Problem #3: Trauma history. Chronic.
Severity: High severity.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: TPR 10/24/23. Due 4/24

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 11/08/2023**

**Sabrina Guerrero** Date of Birth:

6 months.

Presenting Problem #4: OCD. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #4: Decrease negative impact of OCD on current functioning
Objectives:
4a. Identify perceived threats (Met).
4b. Learn and use in vivo response prevention and ERP to build tolerance related to obsessions/perceived threats.
Treatment Model/Interventions: ERP, Supportive Therapy, Psychoeducation
Anticipated Time Frame to Goal Completion: TPR 10/24/23. Due 4/24
6 months.

Electronically Signed: CAROL LUCAS LCSW on/at 11/11/2023 6:10:50 PM

**LifeStance Health**
**6305 LONAS DRIVE SUITE 101**
**KNOXVILLE, TN 37909-3203**
**(865) 588-3173 Fax: (865) 588-3174**
**Edelyn Yvette Bishop, PMHNP-BC**
**Visit Date: 11/14/2023**

**Sabrina Guerrero** Date of Birth:

## Psychiatric Diagnostic Evaluation

If visit was performed using Telehealth, informed consent obtained and patient location verified.
Patient Location: In office.

**Present at Session:** Patient.

Informed consent for treatment obtained and patient's questions answered.

**Chief Complaint:** 11/14.23:Sabrina presents new to this provider as a transfer of care patient from previous provider.

Anxiety, depression, excessive worry

**History of Present Illness:** Sabrina Guerrero is a 54 years old Female seen today for a follow up for review of psychiatric symptoms and medication management.

Sabrina is married and has a 20 year old daughter. She is a social worker but is not working currently since struggling with long Covid since Feb 2022.

She was last seen 8/2/23. She is prescribed Trintellix and increased Rexulti dose last visit. Denies side effects.

She says the medication dose increase seemed to help . Rates depression 5/10. Continues to endorses sadness at times and says this is situational. Denies further BODF. Denies SI/HI, psychosis.

Anxiety is her main concern today. She says she is utilizing coping skills she has learned in therapy to help manage. Endorses feeling nervous, on edge, overwhelmed, worries frequently. She reports having panic-like feelings when she goes into stores and has shortness of breath, which in turn, causes anxiousness, and feels sweaty and panicky. We discussed increasing Rexulti and she is agreeable. Continue Trintellix. F/U 4 weeks

Psychotherapy:
Total Psychotherapy Time: 40 min
Psychotherapy Modality: Supportive Therapy, Psychoeducation, Motivational Interviewing
Psychotherapy Description: Monitored patient psychological state and current symptom presentation, followed up on current learned coping skills to use at home and work. Motivational interviewing to clarify symptom profile as part of changes to differential diagnosis and treatment planning. Based on results of mental status exam and risk assessment, it was clinically indicated to further explore outcomes of self-care interventions and explore new options.

Psychological Problem or Stressor Addressed: Anxiety/Depression

Intervention(s) or Handout Clinician Provided: Reinforced deep breathing exercises and using distraction healthy type behaviors to help improve mood. Cognitive behavioral therapy techniques to help them identify negative cognitions of self and current life stressors that may be contributing to current anxiety and depression.

Patient Response/Observation: Reports interventions do help to decrease anxiety and depressive moods on better days.

LifeStance Health
6305 LONAS DRIVE SUITE 101
KNOXVILLE, TN 37909-3203
(865) 588-3173 Fax: (865) 588-3174
Edelyn Yvette Bishop, PMHNP-BC
Visit Date: 11/14/2023

**Sabrina Guerrero** Date of Birth:

Measurable Goals: Patient will report a decrease in daily anxiety and sadness and evidence decreased scores on PHQ-9 and GAD-7 questionnaires.

**Medications**
Current Medications: Meloxicam 15mg
Minocycline 100mgBID
Vitamin D 50,000iu x2swk
Valsartan 80mg
Cetirizine 10mgQD
Qulipta 60mgQD
Calcitriol 0.5cmgQD
MagOxide 400mgQD
Benzonatate 200mgPR as needed

Topiramate 50mgQD (1 year from Bariatric MD for cravings)

Trintellix 10mg QD (Last Dec 2022)
Rexulti 1mg once daily

Modafanil 100mg sleep apnea
CerafolinNAC (memory and cognition)

Pantoprazole 20mgBID
Sucralfate 1gm4xsdaily
Albuterol inhaler 2puffs up to 6xs
Ubrelvy100mgPRN
Clopidogrel 75mgQD
Hydroxyzine25mgHS
Saxenda 3mlQD
Medication Side Effects: Patient denies medication side effects.
Past Psychiatric Medications: Celexa Zoloft Lexapro Effexor .
Escitalopram until December 2022 (On 2 years) .
Cymbalta (For neuropathic pain).
Anxiety this year.
Depression early 2000's.
Past Psychiatric Treatment and History including Interventional Psychiatry History: Counseling
Allergies/Adverse Reactions: Sulfa based drugs hives

**Review of Systems:**
Except for the systems documented in the HPI or detailed below, all other systems were reviewed and negative.
Cardiovascular: Hypertension
Gastrointestinal: 2001 Bariatric Surgery / Hernia Repair March 2000 / GERD
Musculoskeletal: Foot Surgery Bone Spurs / Miniscus Tear Surgery
Neurological: No seizure history
Endocrine: Sleep Apnea / Migraine Headaches

**Sabrina Guerrero** Date of Birth:

**Past Medical, Psychiatric, Family and Social History**
History Provided: Sabrina Guerrero
Relationship to Patient: Self.

Transportation needs have been assessed.

If completing this questionnaire for a dependent adult, please be sure to submit any relevant legal documents (such as Power of Attorney, Conservatorship, or Guardianship) that will impact the medical decision-making for the patient. No (does not apply).

**Behavioral Health History**
Therapy. Carol Lucas presently
Medication Management. Leah LifeStance
Additional Behavioral Health History: N/A

Current or Past Legal Issues: No.
Psychosocial History: Strain in relationship with family of origin.
From Goldsboro NC; raised by both parents
Married, one daughter 21 yo (Has some MH issues Bipolar Depression)
H/O sexual abuse during teenage years
EMDR therapy with Seanna Jones
Cultural/Ethnic/Spiritual Considerations/Identities: Christian, strong belief
Relationship Status: Married.
Current Living Situation/Psychosocial Stressors: Spouse
Daughter when home from college (UTK)
Trauma History: Sexual abuse endorsed.
Personal Strengths: Resilient
Race: White[
Ethnicity: Not Hispanic or Latino
Gender Identity: Female
Sex Assigned at Birth: Female
Sexual Orientation: Heterosexual or Straight

History or Prior Diagnosis:
Patient: Anxiety. Depression. Eating disorder. Obsessive-compulsive disorder. Panic attacks. PTSD/Trauma.
Family: Anxiety: Mother. Anxiety: Child. Bipolar Depression: Sibling. Bipolar Depression: Child. Depression: Mother. Depression: Sibling. Eating Disorder: Mother. OCD: Mother. Child.

**Medical History**
Primary Care Physician: Yes. Name/Phone: Floyd Edward (Ward) Phillips (423) 839-2120
Date of Last Physical Exam: 2023
Date of Last Dental Exam: 2023
Date of Last Vision Exam: December 2022
Additional Healthcare Providers: Yes. Gregory Moffitt, Endicrinology (865) 637-8812 Post Covid Clinic Pammela Poore (423) 224-2369 Dr Bakshi, pulmonologist (423) 798-8052 Dr Mohammed Hussain, nuerologist, (865) 471-2760 Taylor Spoon, FNP (865) 392-3971 Dr Nitin Ragnekar (865) 218-6085 Contemporary Womens Health (Samantha)

Patient is experiencing physical pain currently: No.

History or Prior Diagnosis:
Patient: High blood pressure. Thyroid problems.
Family: Cancer: Father. Diabetes: Father. Sibling. Heart Disease: Father. Sibling. High Blood Pressure: Father. Sibling. Stroke: Father. Grandfather. Thyroid Problems: Child.
Additional Past Medical History: Long Covid

Substance Use History:
In the PAST 12 MONTHS, how often has the patient used tobacco or any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): Never.

In the PAST 12 MONTHS, how often has the patient had 5 or more drinks (men) / 4 or more drinks (women) containing alcohol in one day: Never.

In the PAST 12 MONTHS, how often has the patient used any prescription medications just for the feeling, more than prescribed or that were not prescribed for you: Never.

In the PAST 12 MONTHS, how often has the patient used any drugs including marijuana, cocaine or crack, heroin, methamphetamine (crystal meth), hallucinogens, ecstasy/MDMA: Never.

In the PAST 3 MONTHS, did the patient smoke a cigarette containing or use any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): No.

In the PAST 3 MONTHS, did the patient have a drink containing alcohol: No.

In the PAST 3 MONTHS, did the patient use a prescription opiate pain reliever (for example, Percocet, Vicodin) not as prescribed or that was not prescribed for you: No.

In the PAST 3 MONTHS, did the patient use a medication for anxiety or sleep (for example, Xanax, Ativan or Klonopin) not as prescribed or that was not prescribed for you: No.

In the PAST 3 MONTHS, did the patient use a medication for ADHD (for example, Adderall, Ritalin) not prescribed or that was not prescribed for you: No.

In the PAST 3 MONTHS, did the patient use marijuana: No.

In the PAST 3 MONTHS, did the patient use cocaine, crack or methamphetamine (crystal meth): No.

In the PAST 3 MONTHS, did the patient use heroin: No.

In the PAST 3 MONTHS, did the patient use any other illegal or recreational drug (for example, ecstasy/molly, GHB, poppers, LSD, mushrooms, special K, bath salts, synthetic marijuana ("spice"), whip its, etc.: No.

Number of Drinks Containing Caffeine on a Typical Day: 3-4 drinks.

Food/Exercise History:
Exercise Frequency: None.

Concerns about eating or exercise habits: Yes. Overeating

Educational History:
Highest Education Completed: Graduate degree.
Current Student: No. Social Work

Occupational History:
Occupation: Last worked end of Feb
Number of Positions in Past 5 Years: One

Military Experience: None.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
If the patient endorses suicidal or homicidal ideation, current Safety Plan discussed with patient, completed and present in chart: N/A.
Patient screened for unhealthy alcohol and drug use at the time of initial assessment: Yes.
If unhealthy use present, clinician intervened as appropriate. Intervention may include treatment plan update and/or appropriate referral: N/A.
Prior Suicidal or Homicidal Ideation or Attempt: No.
Prior History of Cutting or Self-Harm: No.
Risk Factors: Patient denies.
Protective Factors: Patient denies.

**Mental Status Exam**
Vitals: Weight: 343.6 pounds. Height: 64 inches. BMI: 59.0. Pulse: 64. Respiration: 18. Sitting or Supine BP: 137 / 84. Temperature: 98.6.
Mood: Depressed. Anxious.
Affect: Full and Appropriate. Tearful at times.
General Appearance/Behavior: Alert. Appropriate dress, appropriate grooming and hygiene, appears stated age. No acute distress. Cooperative. Engaged.
Gait: Normal gait and upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent and normal rate, volume and articulation. Articulate. Fluent.
Language: Names objects appropriately. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Organized. Goal directed.
Memory: Recent memory is intact. Remote memory is intact.
Abnormal/Psychotic Thoughts: Patient denies suicidal ideation or thoughts of harm to others. No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention: Focused. Attention span is intact.
Judgment and Insight: Good insight. Judgment is not impaired.

Patient has the capacity to benefit from the treatment plan.

Treatment plan collaboratively established and clearly communicated with the patient/guardian who understood and agreed to it.

**Sabrina Guerrero** Date of Birth:

**Problems**
Problem #1: Depression, Complexity/Severity: Moderate with exacerbation/side effects.
Problem #2: Anxiety, Complexity/Severity: Moderate with exacerbation/side effects.

LFST Mental Health Index and Other Symptom Measures::
Date Completed: 11/14/2023
GAD-7 = 6
PHQ-9 = 14

Functional Status and Formulation/Case Conceptualization:
Assessment: Sabrina presents new to this provider as a transfer of care patient from previous provider. Sabrina reports continued depression and anxiety related to ongoing medical issues and knowing her husband has been having an affair for years with a woman in SC where he is originally from. She becomes tearful when she talks about this. Reports she used to love working as a Social Worker but has not worked in months due to her medical and mental health issues. She says she will try to get disability soon if she can. Reports is eating well describing herself as having a food addiction and that having gastric surgery several years ago did help with this. Reports sleep is fair. Denies thoughts of self harm but has had passive suicidality in the past. Would like to remain on her current meds and will return for follow up in 6 weeks.

Formulation/Case Conceptualization:
Sabrina Guerrero is a 54 years old Female seen today via telehealth for an initial psychiatric evaluation and medication management.

Sabrina is married and has a 20 year old daughter. She is a social worker but is not working currently since struggling with long Covid since Feb 2022. Is currently prescribed Trintellix by her PCP. for depression. Other med trials include Zoloft, Lexapro, Prozac, Cymbalta, and Effexor. No psych hospitalizations, mania/hypomania, SA. Does report h/o olfactory hallucinations of scent of her father. Reports F sexually abused patient in her teen years.

Diagnosed by neurologist with vascular dementia after LP and MRI after work up for MS. MS negative. Says she does have evidence of cerebral ischemia on MRI. She reports short term memory loss, difficulty multitasking, poor focus and inability to concentrate since having covid. Says it is difficult to read a book. Went to speech therapy at UT. Chronic migraines, h/o gastric bypass 2001.

States the Trintellix helps with BODF. Has been taking it 6 months. Reports stressors including sister's death last year, M with health problems, marital stress, has not worked as a social worker since having COVID last year.

Medication Change Today or In the Interim Since the Last Visit: No.

For CS Rx cases, PDMP was reviewed where available: N/A.

New controlled substances prescription (post-PHE) today or since last visit: No.

**Assessment and Plan**
Medications:

**Sabrina Guerrero** Date of Birth:

Start: None
Continue: Trintellix 10mg by mouth daily
Continue: Rexulti 1mg by mouth daily
Continue: Medical medications per her PCP
Discontinue: None
PRN medications: None

*Adjunct Treatment: Continue psychotherapy with Carol Lucas as scheduled.

Collaborate with: Therapist and GP as needed for collaboration of care

*Lifestyle/Behavior Modification: Educated on importance of healthy diet, adequate fluid intake, and exercise in managing our MH.

If symptoms do not improve or recur, consider: Call office for follow up appt. or 911 in urgent situation. If you are in immediate danger go to the nearest emergency room or dial 911 for help. 988 is another National Crisis Hotline. Mobile Crisis 865-539-2409, National Suicide Prevention Lifeline 800-273-8255, TN statewide crisis line 855-274-7471.

Follow up In: 6 weeks

Patient Instruction/Education Provided: Provided education on current med regime (purpose, how to take, potential risks, side effects and expectations of, and alternatives). Patient agreeable to plan. Management of transient symptoms as well and how to reach me at office via phone or patient portal with any problems/ questions.

Patient was provided with instructions regarding diagnosis and recommendations. Questions were welcomed and answered.

PCP Coordination Today or In the Interim Since the Last Visit: No.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER
F42.9 Obsessive-compulsive disorder, unspecified

R/O PTSD

LifeStance Mental Health Index:

Dated Completed: 11/14/2023

PHQ-9:
1. Little interest or pleasure in doing things: Several days.

2. Feeling down, depressed, or hopeless: Several days.
3. Trouble falling or staying asleep, or sleeping too much: Nearly every day.
4. Feeling tired or having little energy: Nearly every day.
5. Poor appetite or overating: Nearly every day.
6. Feeling bad about yourself - or that you are a failure or have let yourself or your family down: Several days.
7. Trouble concentrating on things, such as reading the newspaper or watching television: More than half the days.
8. Moving or speaking so slowly that other people could have noticed? Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual: Not at all.
9. Thoughts that you would be better off dead or of hurting yourself in some way.: Not at all.

PHQ-9 Total Score: 14

GAD-7:
10. Feeling nervous, anxious or on edge: More than half the days.
11. Not being able to stop or control worrying: Several days.
12. Worrying too much about different things: Several days.
13. Trouble relaxing: Not at all.
14. Being so restless that it is hard to sit still: Not at all.
15. Becoming easily annoyed or irritable: More than half the days.
10. Feeling nervous, anxious or on edge: Not at all.

GAD-7 Total Score: 6
17. Felt unproductive in work, school or activities: Nearly every day.
18. Had difficulties getting along with others: Several days.
19. Had 5 or more drinks on one occasion: Never.
20. Had someone you know express concern about your use of alcohol or drugs: Never.

Electronically Signed: Edelyn Bishop PMHNP on/at 11/16/2023 10:35:26 AM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 11/22/2023**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

Patient Location: In office.

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. Client reported to therapist having an "up and down" mood. "Anxiousness and concern." On Saturday, had an" extreme feeling of sadness." Does not recall if she let herself cry. No specific precipitant.

Cl processed stressors. Had a recent argument with H re their dogs. cried feeling hurt, frustrated, and angry. High intensity. H left the room so was unable to express her feelings. Becoming more aware of her feelings in the moment.

Waiting on procedure to be done by gynecologist. Trying to get sooner appt.

Discussed stressors and trying to identify which she can use to practice response prevention and build tolerance. Lawyer for disability. Conflict with H. sale of her sister's house. Sister's taxes. B living with thier M. "It's like living your life in limbo. There is so much uncertainty." Th educated cl re the role of uncertainty for OCD.

Also processed status of clutter in home. needs to make it perfect. Tearful.
Not recognizing influence of perfectionistic thinking in the moment. Th encouraged cl to think about what is good enough and acceptable and focus on what she can do at the time. Noted she has had some improvement and is not feeling guilty but not feeling celebratory about it either. Th encouraged thought challenges for minimiaztion.

50/50 for recognizing she cannot change things and over thinking/looking for certainty. predicting the future.

Processed interactions with older B who reminds her of abusive F. high level of anxiety. "It makes me feel like a nervous wreck." Reviewed generalization and sensory memory. Has only had superficial relationship infrequently with B. Does not think they will have ongoing relationship after sister's estate is finished. Th encouraged awareness of building tension with their interactions and being intentional to release tension ongoing.

"I wonder what things will be like when some of this is settled."

Disussed use of response prevention for issues with sister's house. Also B living with M and stacks of paper she needs to sort through that is the next part of clutter she has been working on in living room. Specific response prevention for attempt to fix, suggestions, having to finish something in one sitting. Piles of paper. Taking a break from things that are cognitively taxing to do another task. Strategically plan to not finish but celebrate parts that she accomplishes ongoing.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 11/22/2023**

**Sabrina Guerrero** Date of Birth:

LFST Mental Health Index and Other Symptom Measures:
Date Completed: 11/14/2023
GAD-7 = 6
PHQ-9 = 14

Therapeutic Interventions in Session: H Darwin, D Isabella
Next:
attachment/need even if abused=I'm bad
Treatment plan (trauma and ocd), address task completion.
SUDS/ERP fridge/dishwasher. self-criticism loop.
TMS?
tricks of OCD/ pattern, handout. ERP, responding with relaxed body for threats.
status assertive communication/I statements instead of demanding.
Obsessions/perceived threat list-
need to know, figure out, understand
need for symmetry/exactness/order
need for efficiency/time
contamination
need for perfection

compulsions
procrastination
overanalyzing and ruminating.
checking/researching
ordering/arranging
prevention (process for washing clothes).

knot in stomach- stretching. What is it saying.
D- perceiving guilt complex. "You." not touchy feely, encouraging.
part that says "I'm not confrontational." what does assertiveness look like?
"little girl" part of hersef who takes responsiblity for other's feelings and behavior and feels sad and guilty if anyone is upset- offer what she needs.
part that has to keep D on track
part that feels bad for not being emotionally available for D. "Part that hurts the most." "She feels like the only thing I notice is what she hasn't done and I'm not recognizing the things she does right." Expectation to do. Not intentional. It's not in my nature to stroke someone's ego. I thought I brought you up to be a strong, independent person who could stand on her own."
part frustrated/angry w/M's need to please cl's B. Did with cl's F as well.
part that wants to protect.
part that feels guilty. 2nd grade- M's cookies, elem- babysitter's gift she did not like. "I felt guilt knowing I hurt somebody. I wounded them."
using acceptance/non-judement.Repeat ybocs.
emotional purchases
Perception change from trauma
PTSD assmt- onset of initial intrusive memories, smell, etc?
Cognitive distortions review/handout.
responding with relaxed body.
watch video? In vivo exposure with thought of friends coming to help at her house.

treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

Meds- Leah

CBT, Supportive Therapy, IFS, psychoeducation, ERP

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.

Smoking Status:
In the PAST 12 MONTHS, how often has the patient used tobacco or any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): Never.

In the PAST 3 MONTHS, did the patient smoke a cigarette containing or use any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
If the patient endorses suicidal or homicidal ideation, current Safety Plan discussed with patient, completed and present in chart: N/A.
Risk Factors: Patient denies.
Protective Factors: Patient denies.

**Mental Status Exam**
Mood: Anxious. Depressed. Frustrated.
Affect: Full and Appropriate. Tearful.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 11/22/2023**

**Sabrina Guerrero** Date of Birth:

F42.9 Obsessive-compulsive disorder, unspecified

R/O PTSD

Start time: 2:10 pm
End time: 3:16 pm
Total time: 6

Interactive Complexity: No.

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

PCP Coordination Today or In the Interim Since the Last Visit: No.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day. (Met).
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: mindfulness based CBT, Supportive Therapy, psychoeducation.
Anticipated Time Frame to Goal Completion: TPR 10/24/23. Due 4/24
6 months.

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 11/22/2023**

**Sabrina Guerrero** Date of Birth:

2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: TPR 10/24/23. Due 4/24
6 months.

Presenting Problem #3: Trauma history. Chronic.
Severity: Moderate.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: TPR 10/24/23. Due 4/24
6 months.

Presenting Problem #4: OCD. Chronic.
Severity: Moderate
Treatment Goals for Problem #4: Decrease negative impact of OCD on current functioning
Objectives:
4a. Identify perceived threats (Met).
4b. Learn and use in vivo response prevention and ERP to build tolerance related to obsessions/perceived threats.
Treatment Model/Interventions: ERP, Supportive Therapy, Psychoeducation
Anticipated Time Frame to Goal Completion: TPR 10/24/23. Due 4/24
6 months.

Electronically Signed: CAROL LUCAS LCSW on/at 11/25/2023 3:39:26 PM

LifeStance Health
10025 INVESTMENT DRIVE SUITE 100
KNOXVILLE, TN 37932-2664
(865) 588-3173 Fax: (865) 588-3174
Carol D Lucas, LCSW
**Visit Date: 12/05/2023**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

If visit was performed using Telehealth, informed consent obtained and patient location verified.
Patient Location: Home.

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. Client (cl) reported to therapist feeling anxious frustrated and sad. Rumination, procrastination, self-judgement, low tolerance for imperfection continue. Has a fever. changed to telehealth. Really tired more so than usual. Frustrated with not finishing things.

Processed stressors and frustrations. Has a timeline for putting up her Christmas tree that she has not been able to keep. Always struggled with things not being done in a timely manner. and in order. "great anxiety and great stress" "I'm not sure why it's that way."

Cl was able to see part 9 yo as a contributor to her current distress. Saw her at school. studious, intent, and feels ok. trying to get things accomplished. achieve. Get good grades. time table. Cl noted she cannot approach her b/c she is busy. Part does not recognize that client is present watching her. trying to have perfection. High expectation of herself and others. "She is always supposed to be industrious and doing. so many other things are chaos. She wants control." Noted rest and taking a nap was always viewed as lazy. Cl still struggles with it though she has Long COVID.

Cl was able to identify the 9 yo parts role is protecting her from judgement. self and others. part of the judgement is "you are never good enough." sees herself that way. Cl noted that her D says cl makes her feel that way as well.
"How do I stop that dialogue. and projecting it on my daughter."

Further processed 9 yo part's experience and role. "She feels she has to be perfect." feels afraid of consequences if she is not perfect. She needs to have affirmation. what does she enjoy and want to do. It would take a lot of time for her to learn to breathe. worth is about what you do not who you are. feels sad. thinks it won't ever be good enough. "when will enough be enough?" Th suggested continuing to try to engage with 9 yo part to address her maladaptive beliefs and coach her about options for change. Cl agreed.

LFST Mental Health Index and Other Symptom Measures:
Date Completed: 11/14/2023
GAD-7 = 6
PHQ-9 = 14

Therapeutic Interventions in Session: H Darwin, D Isabella
Next:
attachment/need even if abused=I'm bad
Treatment plan (trauma and ocd), address task completion.

**Rendering Provider Signature**

Signature

**Cosigner Signature**

Signature

Electronically Signed and Reviewed by MOORE, AMBER 02/24/2022 11:10:52

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 03/07/2022 11:05:35

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | GUERRERO, SABRINA M (Female) | **DOB:** | (52) | **Encounter ID:** | 135502854 |
| | | **Race:** | White | **Primary Ins:** | Blue Cross Blue Shield Tennessee (BCBS TN) * |
| | | **Language:** | English | | |
| | | **Ethnicity:** | Not Hispanic or Latino | | |

| | | | |
|---|---|---|---|
| **Location:** | Phillips Healthcare Group, PC (service Location) 6890 W. A. J. HWY talbott, TN, 37877-0879 (423)839-2120 | **Provider:** | Amber M Moore, FNP |
| **DOS:** | 02/07/2022 09:20 AM US/Eastern | | |

## Subjective

**Chief Complaint: cough, sore throat, drainage, sob, ear pain, diarrhea**

**History of Present Illness - cough, sore throat, drainage, sob, ear pain, diarrhea**

**Context**

**Reported:** Pt in office today with a fever of 102.7 on Friday eve. She has a cough, sore throat, drainage, SOB, ear pain, diarrhea. Pt has taken mucinex for sx. jrk

**Medication List**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 01/28/2022 | ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule | 1 capsule by mouth 2 times weekly | 9 | 11 | Active |
| 12/17/2021 | meloxicam 15 mg tablet | 1 tablet by mouth daily | 30 | 11 | Active |
| 12/15/2021 | fluconazole 150 mg tablet | 1 tablet by mouth daily | 7 | 0 | Active |
| 12/10/2021 | escitalopram 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 11/04/2021 | fluconazole 150 mg tablet | 1 tablet by mouth daily | 3 | 1 | Active |
| 11/04/2021 | nystatin 100,000 unit/gram topical powder | 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed. | 90 | 5 | Active |
| 11/04/2021 | benazepril 10 mg tablet | 2 tablet by mouth daily | 180 | 1 | Active |
| 11/02/2021 | minocycline 100 mg capsule | 1 capsule by mouth twice a day | 180 | 4 | Active |
| 04/15/2021 | cetirizine 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 01/08/2021 | nystatin 100,000 unit/gram topical powder | * 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed. | 90 | 1 | Active |
| 12/31/2018 | MM-Zyme tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 3 | Active |
| 07/03/2017 | cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution | * 1 mL intramuscular once a month | 3 | 11 | Active |

**Allergies**

Sulfa (Sulfonamide Antibiotics)

**Review of Systems**

**Respiratory**

**Reported:** sore throat, cough, fever, diarrhea, ear pain, SOB

## Objective

**Vital Signs**

**Blood Pressure**

Electronically Signed and Reviewed by MOORE, AMBER 02/07/2022 05:39:25

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 12:26:16

122/80 (Left Brachial, Sitting, Standard, Normal)

**Pulse**

84 (Left Radial, REGULAR rhythm, Normal quality, Normal)

**Respirations**

22 (Normal quality, NORMAL rhythm, High)

**Pulse Ox**

95 % (RoomAir)

**Temperature**

98.2 F (Right Tympanic Membrane, Normal)

**Weight**

375 lb

**Height**

5' 5"

**BMI Flag**

Obese ( 62.4 )

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed.

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

**Eyes**

**Pupils Other**

The pupils are equal, round and react to light and accommodation.

**ENT**

**Otoscopic**

Otoscopic examination of external auditory canals and tympanic membranes is normal; there is a good cone of light.

**Nose**

Upon inspection, the nasal mucosa is erythematous, edematous bilaterally. There is clear nasal discharge bilaterally. There is an obstruction to breathing related to edema on both sides of the nose.

**Mouth**

The buccal mucosa is pink; there is no cyanosis. Dentition is good. The lips are normal color; there are no ulcers, masses or lesions.

**Throat**

The tongue is normal color; there are no ulcers, masses, fissures or abnormal papillae

The floor of the mouth is of normal color and without ulcers, masses or lesions (unreviewed)

Examination of the pharynx reveals post-nasal discharge, erythema located diffusely

The tonsils are normal size without inflammation, exudate or lesions.

**Neck**

The neck is supple and the trachea is midline. The thyroid is not enlarged and there are no palpable nodules.

**Respiratory**

**Auscultation**

**Adventitious Sounds:** There are no crackles, wheezes, rhonchi, stridor or pleural rubs.

**Cardiovascular**

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

Electronically Signed and Reviewed by MOORE, AMBER 02/07/2022 05:39:25

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 12:26:16

**Lymphatics**

**Cervical**

Palpation of the cervical lymph nodes does not reveal any abnormal enlargement or tenderness.

**Problem List**

Benign Essential Hypertension (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin D Deficiency (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Post-Gastrointestinal Tract Surgery Malnutrition (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Iron Deficiency Anemia (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

## Assessment

**Diagnosis**

R059 Cough, unspecified
J069 Acute upper respiratory infection, unspecified

## Plan

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Low 20-29 Min | 99213 | 1 UN | | |
| Influenza Assay W/optic | 87804 | 1 UN | | |
| Influenza Assay W/optic | 87804 | 1 UN | | |

**Prescribe**

benzonatate 100 mg capsule - 1-2 TID as needed (PRN) for 10 Days

**Orders**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Ordering Provider** | Epling, A | **Order Date** | 02/07/2022 08:13 | **Order Status** | Order Complete | **Result Status** | Reviewed |
| **Result Date** | 02/07/2022 | **Facility** | | | | | |

| Order | Test Name | In Range | Out Range | Result Comment |
|---|---|---|---|---|
| COVID19 SARS-COV-2 by RT-PCR | | | | |
| | COVID19 SARS-COV-2 by RT-PCR | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Ordering Provider** | Epling, A | **Order Date** | 02/07/2022 08:14 | **Order Status** | Created | **Result Status** | Reviewed |
| **Result Date** | 02/07/2022 | **Facility** | PHILLIPS HEALTHCARE GROUP, PC (Service Location) | | | | |

| Order | Test Name | In Range | Out Range | Result Comment |
|---|---|---|---|---|
| 87804 Influenza Assay W/optic | | | | |
| | 87804 Influenza Assay W/optic | NORMAL | | neg |

**Care Plan**

**Uri**

- Mucinex OTC with increased fluid intake over the next 5 to 7 days
- Topical decongestants for the next 3-5 days only
- Nasal irrigation with saline solution BID or prn for nasal secretions or congestion
- If symptoms persists for more than 10 days, antibiotic therapy maybe warranted



Electronically Signed and Reviewed by MOORE, AMBER 02/07/2022 05:39:25
Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 12:26:16

- Follow up if any worsening symptoms or failure to improve

**Uri**

- Mucinex OTC with increased fluid intake over the next 5 to 7 days
- Topical decongestants for the next 3-5 days only
- Nasal irrigation with saline solution BID or prn for nasal secretions or congestion
- If symptoms persists for more than 10 days, antibiotic therapy maybe warranted
- Follow up if any worsening symptoms or failure to improve

**ENT : URI - Acute**

**Overview**

An acute upper respiratory infection (URI), also known as the common cold, is an immunological response to a viral exposure. Symptoms include nasal congestion, rhinorrhea, sneezing, cough, sore throat, low grade fever, headache and malaise and are self limiting. Caused by over 200 different viruses, incubation period can be between 24-72 hours and is transmitted through direct contact, indirect contact and droplet exposure. Children are more affected than adults with 6-10 episodes per year for preschool-aged, 12 episodes per yr for kindergarten-aged and 7 episodes per year for school aged children. Although adults average 2-3 episodes per year, acute URIs will account for 40% lost time at work. Diagnosis is clinical and laboratory testing is used to rule out specific etiology. The mainstay of treatment is symptomatic care and transmission prevention.

**Management**

NSAIDs can decrease the discomfort of fever, headache, ear pain, sore throat, malaise and muscle and joint pain and have been encouraged. A decongestant has been recommended to decrease edema, facilitate drainage and increase airflow providing the patient with short term relief. Topical decongestants should be limited to 3 days due to rebound congestion. An expectorant can thin mucus secretions and has been advised to decrease nasal congestion and cough. For supportive care, this patient has been encouraged to increase fluids and hydration. This patient has been educated on the appropriate and inappropriate use of antibiotics. Colored nasal discharge is not an indications for antibiotics as it can be normal and self-limiting. Studies have shown that the risk of unfavorable effects from antibiotic use outweigh the limited effect antibiotics have on acute URIs. Infection control measures including frequent hand washing and covering a cough have been recommended to decrease transmission.

**Patient Instructions**

**Colds And The Flu**

**Please Visit:** http://familydoctor.org/familydoctor/en/diseases-conditions/colds-and-the-flu.printerview.all.html

**Colds And The Flu**

**Please Visit:** http://familydoctor.org/familydoctor/en/diseases-conditions/colds-and-the-flu.printerview.all.html

Electronically Signed and Reviewed by MOORE, AMBER 02/07/2022 05:39:25

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 12:26:16

**Rendering Provider Signature**

Amber Moore FNP-BC

Signature

**Cosigner Signature**

Signature

Electronically Signed and Reviewed by MOORE, AMBER 02/07/2022 05:39:25

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 12:26:16

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | GUERRERO, SABRINA M (Female) | **DOB:** | (52) | **Encounter ID:** | 134744705 |
| | | **Race:** | White | **Primary Ins:** | Blue Cross Blue Shield Tennessee (BCBS TN) * |
| | | **Language:** | English | | |
| | | **Ethnicity:** | Not Hispanic or Latino | | |

| | | | |
|---|---|---|---|
| **Location:** | Phillips Healthcare Group, PC (service Location)<br>6890 W. A. J. HWY<br>talbott, TN, 37877-0879<br>(423)839-2120 | **Provider:** | NP Amy Epling, APN |
| **DOS:** | 01/25/2022 09:00 AM US/Eastern | | |

## Subjective

### Medication List

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 12/17/2021 | ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule | 1 capsule by mouth weekly | 4 | 11 | Active |
| 12/17/2021 | meloxicam 15 mg tablet | 1 tablet by mouth daily | 30 | 11 | Active |
| 12/15/2021 | fluconazole 150 mg tablet | 1 tablet by mouth daily | 7 | 0 | Active |
| 12/10/2021 | escitalopram 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 11/04/2021 | fluconazole 150 mg tablet | 1 tablet by mouth daily | 3 | 1 | Active |
| 11/04/2021 | nystatin 100,000 unit/gram topical powder | 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed. | 90 | 5 | Active |
| 11/04/2021 | benazepril 10 mg tablet | 2 tablet by mouth daily | 180 | 1 | Active |
| 11/02/2021 | minocycline 100 mg capsule | 1 capsule by mouth twice a day | 180 | 4 | Active |
| 04/15/2021 | cetirizine 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 01/08/2021 | nystatin 100,000 unit/gram topical powder | * 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed. | 90 | 1 | Active |
| 12/31/2018 | MM-Zyme tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 3 | Active |
| 07/03/2017 | cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution | * 1 mL intramuscular once a month | 3 | 11 | Active |

### Allergies

Sulfa (Sulfonamide Antibiotics)

## Objective

### Test Results

**LAB TESTS: Urine Dipstick**

| Question | | Comments |
|---|---|---|
| Leukocytes | 0 | |
| Nitrite | 0 | |
| Uroblinogen | 0.2 (3.5) | |
| Protein | 0 | |
| pH | 5.0 | |
| Blood | 0 | |
| Specific Gravity | 1.005 | |
| Ketone | 0 | |
| Bilirubin | 0 | |

Electronically Signed and Reviewed by EPLING, AMY 01/26/2022 19:02:28

| | |
|---|---|
| Glucose | 0 |
| Other | cloudy,yello w |

**Problem List**

Benign Essential Hypertension (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin D Deficiency (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Post-Gastrointestinal Tract Surgery Malnutrition (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Iron Deficiency Anemia (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

## Assessment

**Diagnosis**

I10 Essential (primary) hypertension, ( Type: Acute )
E559 Vitamin D deficiency, unspecified, ( Type: Acute )

## Plan

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Urinalysis Nonauto W/o Scope | 81002 | 1 UN | | |

**Orders**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Ordering Provider** | Epling, A | **Order Date** | 01/25/2022 09:05 | **Order Status** | Order Complete | **Result Status** | Reviewed |
| **Result Date** | 01/25/2022 | **Facility** | | | | | |

| Order | Test Name | In Range | Out Range | Result Comment |
|---|---|---|---|---|
| **COMPREHENSIVE METABOLIC PANEL WITH GFR** | | | | |
| | **COMPREHENSIVE METABOLIC PANEL WITH GFR** | | | |
| | **VITAMIN D (25-OH)** | | | |
| | **THYROID STIMULATING HORMONE** | | | |
| | **CBC (INCLUDES DIFF/PLT)** | | | |
| | **MICROALBUMIN/CREA, RANDOM URINE** | | | |
| | **LIPID PANEL** | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Ordering Provider** | Epling, A | **Order Date** | 01/25/2022 09:44 | **Order Status** | Created | **Result Status** | Reviewed |
| **Result Date** | 01/25/2022 | **Facility** | PHILLIPS HEALTHCARE GROUP, PC (Service Location) | | | | |

| Order | Test Name | In Range | Out Range | Result Comment |
|---|---|---|---|---|
| **81002 Urinalysis Nonauto W/o Scope** | | | | |
| | **81002 Urinalysis Nonauto W/o Scope** | NORMAL | | neg |

Electronically Signed and Reviewed by EPLING, AMY 01/26/2022 19:02:28

**Rendering Provider Signature**

Amy Epling FNP-C

Electronically Signed and Reviewed by EPLING, AMY 01/26/2022 19:02:28

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | GUERRERO, SABRINA M (Female) | **DOB:**<br>**Race:**<br>**Language:**<br>**Ethnicity:** | (52)<br>White<br>English<br>Not Hispanic or Latino | **Encounter ID:**<br>**Primary Ins:** | 131284747<br>Blue Cross Blue Shield Tennessee (BCBS TN) * |
| **Location:** | Phillips Healthcare Group, PC (service Location)<br>6890 W. A. J. HWY<br>talbott, TN, 37877-0879<br>(423)839-2120 | **Provider:** | NP Amy Epling, APN | **Servicing Provider:** | Epling, Amy |
| **DOS:** | 12/01/2021 02:00 PM US/Eastern | | | | |

## Subjective

**Chief Complaint: Physical and UTI**

**History of Present Illness - Physical and UTI**

**Severity**

**Reported:** moderate

**Duration**

**Reported:** 4 weeks

**Context**

**Reported:** PT presents for physical for insurance at work. PT also states she had a recent UTI and doesnt feel like it has cleared up since taking antibiotics. PT complains of frequent urination, pelvic cramping, and urine odor. KA

**Modifying Factors**

**Reported:** Frequent urination, urine odor, pelvic cramping

### Medication List

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 11/04/2021 | fluconazole 150 mg tablet | 1 tablet by mouth daily | 3 | 1 | Active |
| 11/04/2021 | cephalexin 500 mg capsule | 1 capsule by mouth twice a day | 20 | 0 | Active |
| 11/04/2021 | ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule | 1 capsule by mouth daily; TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 30 | 11 | Active |
| 11/04/2021 | meloxicam 15 mg tablet | 1 tablet by mouth daily | 30 | 11 | Active |
| 11/04/2021 | nystatin 100,000 unit/gram topical powder | 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed. | 90 | 5 | Active |
| 11/04/2021 | benazepril 10 mg tablet | 2 tablet by mouth daily | 180 | 1 | Active |
| 11/02/2021 | minocycline 100 mg capsule | 1 capsule by mouth twice a day | 180 | 4 | Active |
| 11/02/2021 | escitalopram 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 04/15/2021 | cetirizine 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 01/08/2021 | nystatin 100,000 unit/gram topical powder | * 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed. | 90 | 1 | Active |
| 12/31/2018 | MM-Zyme tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 3 | Active |
| 07/03/2017 | cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution | * 1 mL intramuscular once a month | 3 | 11 | Active |

### Allergies

Sulfa (Sulfonamide Antibiotics)

### Review of Systems

Electronically Signed and Reviewed by EPLING, AMY 12/06/2021 18:35:13

Electronically Cosigned and Reviewed by PHILLIPS, ELOYD 02/10/2022 12:26:09

**Constitutional**

**Denied:** Fever. Weight loss. Chills. Weakness. Weight gain.

**Head**

**Denied:** Headaches. dizziness. Fainting. Head Injury.

**Eyes**

**Denied:** Blurry Vision. Vision Loss. Eye Pain. Redness. Infections.

**ENT**

**Nose**

**Denied:** Discharge. Infections. Nosebleeds.

**Mouth**

**Denied:** Postnasal drip. Hoarseness.

**Ears**

**Denied:** Discharge. Dizziness. Infections. Pain.

**Respiratory**

**Denied:** Coughing Blood. Cough. Short of Breath.

**Cardiovascular**

**Denied:** Chest pain. High Blood Pressure. Palpitations. Short of Breath - Exertion. Leg Pain - Walking.

**Gastrointestinal**

**Denied:** Abdominal pain. Change in stool color. Nausea. Diarrhea. Vomiting. Rectal bleeding. Constipation. Heartburn. Infections.

**Musculoskeletal**

**Denied:** Weakness. Joint pain.

**Psychiatric**

**Denied:** Behavioral Change. Disorientation. Memory loss.

**Skin**

**Denied:** Rashes.

**Neurological**

**Denied:** Fainting. Paralysis. Headaches. numbness.

**Endocrine**

**Denied:** Fatigue.

**Hematologic/Lymph**

**Denied:** Bleeding Easily. Blood Clots.

**Allergic/Immunologic**

**Denied:** Coughing. Runny Nose. Sneezing.

**Genitourinary**

**Urinary**

**Reported:** Urine Odor. Frequency.

## Objective

**Vital Signs**

**Blood Pressure**

110/80 (Left Brachial, Sitting, Standard, Normal)

**Pulse**

129 (Left Radial, REGULAR rhythm, Normal quality, High)

**Pulse Ox**

99 % (RoomAir)

**Temperature**

Electronically Signed and Reviewed by EPLING, AMY 12/06/2021 18:35:13

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 12:26:09

98.5 F (Right Tympanic Membrane, Normal)

**Weight**

375 lb

**Height**

5' 5"

**BMI Flag**

Obese ( 62.4 )

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed.

**Distress:** This patient is in no acute distress.

**Nutrition:** The patient is obese

**Eyes**

The eyelids are without lesions. The sclera is white and the conjunctiva pink. Pupils are equally round and reactive to light and accommodation.

**ENT**

**Inspection**

External inspection of ears and nose is without scars, lesions or masses

**Otoscopic**

Otoscopic examination of external auditory canals and tympanic membranes is normal; there is a good cone of light.

**Nose**

The nasal mucosa is pink and without discharge. The septum is midline. The turbinates are not enlarged.

**Mouth**

The buccal mucosa is pink; there is no cyanosis. Dentition is good. The lips are normal color; there are no ulcers, masses or lesions.

**Throat**

The mucosa is moist, The tongue is midline, The pharynx is without exudates. The tonsils are not enlarged.

**Respiratory**

**Effort**

The patient is relaxed and breathes without effort. The patient is not cyanotic. There is no acessory muscle use or intercostal retractions.

**Auscultation**

There are no crackles, wheezes, rhonchi, stridor or pleural rubs. There is no bronchophony, egophony, or whispered pectoriloquy.

**Cardiovascular**

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Problem List**

Benign Essential Hypertension (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin D Deficiency (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Post-Gastrointestinal Tract Surgery Malnutrition (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Iron Deficiency Anemia (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

## Assessment

Electronically Signed and Reviewed by EPLING, AMY 12/06/2021 18:35:13
Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 12:26:09

**Diagnosis**

R102 Pelvic and perineal pain
N390 Urinary tract infection, site not specified
Z139 Encounter for screening, unspecified

## Plan

### Procedures

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Low 20-29 Min | 99213 | 1 UN | | |
| Prev Visit Est Age 40-64 | 99396 | 1 UN | 25 | |
| Urinalysis Nonauto W/o Scope | 81002 | 1 UN | | |

### Orders

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Ordering Provider** | Epling, A | **Order Date** | 12/01/2021 15:02 | **Order Status** | Order Complete | **Result Status** | Reviewed |
| **Result Date** | 12/04/2021 | **Facility** | | | | | |

| Order | Test Name | In Range | Out Range | Result Comment |
|---|---|---|---|---|
| **CULTURE, URINE, ROUTINE** | | | | |
| | **CULTURE, URINE, ROUTINE** | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Ordering Provider** | Epling, A | **Order Date** | 12/01/2021 14:17 | **Order Status** | Created | **Result Status** | Reviewed |
| **Result Date** | 12/01/2021 | **Facility** | PHILLIPS HEALTHCARE GROUP, PC (Service Location) | | | | |

| Order | Test Name | In Range | Out Range | Result Comment |
|---|---|---|---|---|
| **81002 Urinalysis Nonauto W/o Scope** | | | | |
| | **81002 Urinalysis Nonauto W/o Scope** | | | |

### Care Plan

**Urinary tract infection, site not specified**

**Urinary Tract Infection**

- Complete antibiotic as prescribed
- Urine culture sent to lab
- Push fluids to increase urinary flow to flush the bladder
- May take AZO otc for urinary pain/spasms
- F/u if symptoms worsening or not improving within 48-72 hours after starting antibiotic.

### Rendering Provider Signature

Amy Epling FNP-C



Electronically Signed and Reviewed by EPLING, AMY 12/06/2021 18:35:13

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 12:26:09

**Cosigner Signature**

Signature

Electronically Signed and Reviewed by EPLING, AMY 12/06/2021 18:35:13

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 12:26:09

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | GUERRERO, SABRINA M (Female) | **DOB:** **Race:** **Language:** **Ethnicity:** | (52) White English Not Hispanic or Latino | **Encounter ID:** **Primary Ins:** | 129672303 Blue Cross Blue Shield Tennessee (BCBS TN) * |
| **Location:** | Phillips Healthcare Group, PC (service Location) 6890 W. A. J. HWY talbott, TN, 37877-0879 (423)839-2120 | **Provider:** | Amber M Moore, FNP | **Servicing Provider:** | Moore, Amber |
| **DOS:** | 11/04/2021 03:00 PM US/Eastern | | | | |

## Subjective

**Chief Complaint: Osteoarthritis Follow Up, Sleep Problems, Urinary Tract Infection**

**History of Present Illness - Osteoarthritis Follow Up**

**Quality**

**Reported:** achy; stable since last visit.

**Severity**

**Reported:** 5-6 moderate.

**Duration**

**Reported:** more than 10 years.

**Context**

**Reported:** Pt in office today to f/u on osteoarthritis. Pt states she is needing a refill on her meloxicam. Pt states she has been taking the medication for more than 10 years. vhp

**History of Present Illness - Sleep Problems**

**Quality**

**Reported:** daytime fatigue; daytime sleepiness; sleeping 3-6 hours per night.

**Denied:** mood changes or irritability.

**Severity**

**Reported:** 5-6 - moderate.

**Duration**

**Reported:** more than 1 year.

**Timing**

**Reported:** taking less than 15 minutes to fall asleep.

**Context**

**Reported:** Pt in office today c/o sleep problems. Pt states she has been having to sleep sitting up for 4-5 years due to back pain and problems breathing. Pt states she feels sleepy during the day and thinks she may have sleep apnea. Pt wanting to discuss an at home sleep study. vhp

**Associated Signs and Symptoms**

**Reported:** nocturnal pain.

**History of Present Illness - Urinary Tract Infection**

**Quality**

**Reported:** cloudy urine; foul-smelling urine.

**Denied:** dysuria, hematuria.

**Duration**

**Reported:** 1-7 days.

**Timing**

Electronically Signed and Reviewed by MOORE, AMBER 11/14/2021 18:37:08

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 12:26:27

**Reported:** recurrent.

**Context**

**Reported:** Pt in office today c/o possible UTI. Pt states she is having lower back pain and frequent urination. Pt states she has noticed a foul odor and her urine being cloudy. vhp

**Associated Signs and Symptoms**

**Reported:** back pain.

**Denied:** nausea, vomiting.

### Medication List

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 11/02/2021 | minocycline 100 mg capsule | * 1 capsule by mouth twice a day | 180 | 6 | Active |
| 11/02/2021 | minocycline 100 mg capsule | 1 capsule by mouth twice a day | 180 | 4 | Active |
| 11/02/2021 | escitalopram 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 11/02/2021 | meloxicam 15 mg tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY (NEEDS APPOINTMENT FOR REFILLS) | 30 | 0 | Active |
| 04/15/2021 | cetirizine 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 02/02/2021 | benazepril 10 mg tablet | 2 tablet by mouth daily | 180 | 1 | Active |
| 01/08/2021 | nystatin 100,000 unit/gram topical powder | * 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed. | 90 | 1 | Active |
| 01/06/2021 | nystatin 100,000 unit/gram topical powder | 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed. | 90 | 5 | Active |
| 11/05/2020 | cefdinir 300 mg capsule | 2 capsule by mouth daily | 20 | 0 | Active |
| 11/05/2020 | Vitamin D (Ergocalciferol) 50000 UNIT Oral Capsule | TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 25 | 6 | Active |
| 10/27/2020 | escitalopram 10 mg tablet | 1 tablet by mouth daily | 30 | 0 | Active |
| 01/02/2020 | benazepril 10 mg tablet | * 2 tablet by mouth daily | 180 | 1 | Active |
| 11/21/2019 | Medrol (Pak) 4 mg tablets in a dose pack | 6 tablet by mouth as directed; take as directed in the packet | 1 | 0 | Active |
| 07/09/2019 | mupirocin 2 % topical ointment | 1 application on the skin twice a day; apply to affected area twice a day x 5 days | 30 | 0 | Active |
| 07/09/2019 | Cipro 500 mg tablet | 1 tablet by mouth twice a day | 20 | 0 | Active |
| 07/01/2019 | cephalexin 500 mg capsule | 1 capsule by mouth three times a day | 21 | 0 | Active |
| 03/04/2019 | cefdinir 300 mg capsule | 2 capsule by mouth daily | 20 | 0 | Active |
| 01/22/2019 | valacyclovir 1 gram tablet | 1 tablet by mouth three times a day | 21 | 2 | Active |
| 12/31/2018 | MM-Zyme tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 3 | Active |
| 07/02/2018 | Vitamin D2 50,000 unit capsule | * 1 capsule by mouth 2 times weekly | 26 | 0 | Active |
| 07/18/2017 | Levsin/SL 0.125 mg sublingual tablet | 1 tablet under the tongue every 4 hours | 180 | 1 | Active |
| 07/18/2017 | Zofran 8 mg tablet | 1 tablet by mouth every 6-8 hours; as needed for nausea | 30 | 1 | Active |
| 07/03/2017 | cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution | * 1 mL intramuscular once a month | 3 | 11 | Active |
| 04/06/2017 | syringe (disposable) 3 mL | 1 syringe as directed | 12 | 6 | Active |
| 06/29/2016 | trazodone 50 mg tablet | 1 tablet by mouth at bedtime | 90 | 4 | Active |

### Allergies

Sulfa (Sulfonamide Antibiotics)

### Social Hx

| Tobacco | Usage Status | Last Used | Daily Usage | Packaging | Years | Life History | Cessation Attempts | Last Cessation Rx |
|---|---|---|---|---|---|---|---|---|
| Cigarettes | Former smoker | | | Packs | | | | |

| Alcohol | Usage Status | Last Used | Usage Number | Packaging | Measurement Time |
|---|---|---|---|---|---|
| Beer | Occasional | | | | |

### Medical Hx



Electronically Signed and Reviewed by MOORE, AMBER 11/14/2021 18:37:08

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 12:26:27

**Positive History**

The patient **reports** a history of Hypertension, Vitamin D deficiency, Nasal Allergies, Insomnia, Anemia.

**Surgical Hx**
**Positive History**

The patient **reports** a history of Arthroscopy of knee joint, Gastric Bypass, Bone Spur Removal.

**Family Hx**

| Type | Sex | Status | Age | Name | Negative History | Positive History | Onset Date | Positive Comment | Negative Comment |
|---|---|---|---|---|---|---|---|---|---|
| Father | M | Alive | | , | | Cancer<br>Cholesterol High<br>Diabetes<br>Hypertension<br>MI<br>Obesity<br>Stroke | | | |
| Mother | F | Alive | | , | | Cholesterol High | | | |

**Immunization Hx**

| Vaccine | Brand Name | Dose | Date Given | Route | Site | Initials |
|---|---|---|---|---|---|---|
| Fluzone, Quadrivalent 5.0 mL Multidose Vial | Sanofi | 0.5 mL | 12/4/2017 | IM | RD | akm |

**Review of Systems**
**Constitutional**

**Denied:** Fever. Weight loss. Chills. Weakness. Weight gain.

**Head**

**Denied:** Headaches. dizziness. Fainting. Head Injury.

**Eyes**

**Denied:** Blurry Vision. Vision Loss. Eye Pain. Redness. Infections.

**ENT**

**Nose**

**Denied:** Discharge. Infections. Nosebleeds.

**Mouth**

**Denied:** Postnasal drip. Hoarseness.

**Ears**

**Denied:** Discharge. Dizziness. Infections. Pain.

**Respiratory**

**Denied:** Coughing Blood. Cough. Short of Breath.

**Cardiovascular**

**Denied:** Chest pain. High Blood Pressure. Palpitations. Short of Breath - Exertion. Leg Pain - Walking.

**Gastrointestinal**

**Denied:** Abdominal pain. Change in stool color. Nausea. Diarrhea. Vomiting. Rectal bleeding. Constipation. Heartburn. Infections.

**Musculoskeletal**

**Reported:** Arthritis.

**Denied:** Weakness. Joint pain.

**Psychiatric**

**Reported:** Sleep problems.

**Denied:** Behavioral Change. Disorientation. Memory loss.

**Skin**

Electronically Signed and Reviewed by MOORE, AMBER 11/14/2021 18:37:08

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 12:26:27

**Denied:** Rashes.

**Neurological**

**Denied:** Fainting. Paralysis. Headaches. numbness.

**Endocrine**

**Denied:** Fatigue.

**Hematologic/Lymph**

**Denied:** Bleeding Easily. Blood Clots.

**Allergic/Immunologic**

**Denied:** Coughing. Runny Nose. Sneezing.

**Genitourinary**

**Urinary**

**Reported:** Urine Odor. Frequency.

## Objective

**Vital Signs**

**Blood Pressure**

124/68 (Left Brachial, Sitting, Standard, Normal)

**Pulse**

68 (Left Radial, REGULAR rhythm, Normal quality, Normal)

**Respirations**

18 (Normal quality, NORMAL rhythm, Normal)

**Temperature**

97.3 F (Right Tympanic Membrane, Normal)

**Weight**

385 lb

**Height**

5' 5"

**BMI Flag**

Obese ( 64.1 )

**Test Results**

**LAB TESTS: Urine Dipstick**

| Question | | Comments |
|---|---|---|
| Leukocytes | 2+ | |
| Nitrite | 0 | |
| Uroblinogen | 0.2 (3.5) | |
| Protein | + - | |
| pH | 5.0 | |
| Blood | 0 | |
| Specific Gravity | 1.015 | |
| Ketone | 0 | |
| Bilirubin | 0 | |
| Glucose | 0 | |

**Problem List**

Benign Essential Hypertension (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)



Electronically Signed and Reviewed by MOORE, AMBER 11/14/2021 18:37:08
Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 12:26:27

Vitamin D Deficiency (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Post-Gastrointestinal Tract Surgery Malnutrition (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Iron Deficiency Anemia (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

## Assessment

### Diagnosis

G4733 Obstructive sleep apnea (adult) (pediatric)
N390 Urinary tract infection, site not specified
M1990 Unspecified osteoarthritis, unspecified site

## Plan

### Procedures

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Mod 30-39 Min | 99214 | 1 UN | | |
| Urinalysis Nonauto W/o Scope | 81002 | 1 UN | | |

### Prescribe

trazodone 50 mg tablet - 1 QHS for 90 Days (Completed)
syringe (disposable) 3 mL - 1 as directed (Completed)
Levsin/SL 0.125 mg sublingual tablet - 1 Q4h (Completed)
Zofran 8 mg tablet - as needed for nausea (Completed)
Vitamin D2 50,000 unit capsule - 1 2 TIMES WEEKLY for 90 Days (Completed)
valacyclovir 1 gram tablet - 1 TID for 7 Days (Completed)
cefdinir 300 mg capsule - 2 DAILY for 10 Days (Completed)
cephalexin 500 mg capsule - 1 TID for 7 Days (Completed)
Cipro 500 mg tablet - 1 BID for 10 Days (Completed)
mupirocin 2 % topical ointment - apply to affected area twice a day x 5 days (Completed)
escitalopram 10 mg tablet - 1 DAILY for 30 Days (Completed)
Medrol (Pak) 4 mg tablets in a dose pack - take as directed in the packet (Completed)
benazepril 10 mg tablet - 2 DAILY for 90 Days (Completed)
minocycline 100 mg capsule - 1 BID for 90 Days (Completed)
ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule - TAKE 1 CAPSULE BY MOUTH TWICE A WEEK
cefdinir 300 mg capsule - 2 DAILY for 10 Days (Completed)
meloxicam 15 mg tablet - 1 DAILY for 30 Days
nystatin 100,000 unit/gram topical powder - May use up to 4 g/d over entire body as needed.
benazepril 10 mg tablet - 2 DAILY for 90 Days
cephalexin 500 mg capsule - 1 BID for 10 Days
fluconazole 150 mg tablet - 1 DAILY for 3 Days

### Orders

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Ordering Provider** | Moore, A | **Order Date** | 11/04/2021 15:34 | **Order Status** | Order Complete | **Result Status** | Reviewed |
| **Result Date** | 11/10/2021 | **Facility** | | | | | |

| Order | Test Name | In Range | Out Range | Result Comment |
|---|---|---|---|---|
| **CULTURE, URINE, ROUTINE** | | | | |
| | **CULTURE, URINE, ROUTINE** | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Ordering Provider** | Moore, A | **Order Date** | 11/04/2021 16:02 | **Order Status** | Printed | **Result Status** | Open |



Electronically Signed and Reviewed by MOORE, AMBER 11/14/2021 18:37:08

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 12:26:27

| Result Date | | Facility | Sleep Medicine - Snap Diagnostics - Home study | | |
|---|---|---|---|---|---|
| **Order** | **Test Name** | | **In Range** | **Out Range** | **Result Comment** |
| Sleep Medicine - Snap Diagnostics - Home study Sleep Medicine Consult | | | | | |

| Ordering Provider | Moore, A | Order Date | 11/04/2021 15:29 | Order Status | Created | Result Status | Reviewed |
|---|---|---|---|---|---|---|---|
| **Result Date** | 11/04/2021 | **Facility** | PHILLIPS HEALTHCARE GROUP, PC (Service Location) | | | | |

| Order | Test Name | In Range | Out Range | Result Comment |
|---|---|---|---|---|
| 81002 Urinalysis Nonauto W/o Scope | | | | |
| | 81002 Urinalysis Nonauto W/o Scope | | ABNORMAL | + leuk |

**Follow-Up**

Follow-Up ( As Needed) with MOORE, AMBER

**Care Plan**

**Obstructive sleep apnea (adult) (pediatric)**

**Snoring**

- Referring patient for sleep study to evaluate for obstructive sleep apnea
- Weight loss advised with dietary/exercise guidelines given to the patient
- Avoid sleeping on the back in supine position. Preferred sleep posture is on the side and to avoid sleeping prone or supine.
- Elevate the head of the bed by 10 degrees or more if able.

**Urinary tract infection, site not specified**

**Urinary Tract Infection**

- Complete antibiotic as prescribed
- Urine culture sent to lab
- Push fluids to increase urinary flow to flush the bladder
- May take AZO otc for urinary pain/spasms
- F/u if symptoms worsening or not improving within 48-72 hours after starting antibiotic.

**Unspecified osteoarthritis, unspecified site**

**Counseling 30 Minutes**

- Counseling was over half of a 30 minute encounter

**Osteoarthritis**

Currently, the process underlying osteoarthritis cannot be reversed, but symptoms can usually be effectively managed with lifestyle changes, physical and other therapies, medications, and surgery. Exercising and achieving a healthy weight are generally the most important ways to treat osteoarthritis. Your doctor may also suggest:

## Medications

Osteoarthritis symptoms, primarily pain, may be helped by certain medications, including:

- **Acetaminophen.** Acetaminophen (Tylenol, others) has been shown to be effective for people with osteoarthritis who have mild to moderate pain. Taking more than the recommended dosage of acetaminophen can cause liver damage.
- **Nonsteroidal anti-inflammatory drugs (NSAIDs).** Over-the-counter NSAIDs, including ibuprofen (Advil, Motrin IB, others) and naproxen sodium (Aleve, others), taken at the recommended doses, typically relieve osteoarthritis pain. Stronger NSAIDs, available by prescription, may also slightly reduce inflammation along with relieving pain.

Electronically Signed and Reviewed by MOORE, AMBER 11/14/2021 18:37:08
Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 12:26:27

prescription, may also slightly reduce inflammation along with relieving pain. NSAIDs can cause stomach upset, cardiovascular problems, bleeding problems, and liver and kidney damage. Topical NSAIDs have fewer side effects and may relieve pain just as well.

- **Duloxetine (Cymbalta).** Normally used as an antidepressant, this medication is also approved to treat chronic pain, including osteoarthritis pain.

## Therapy

- **Physical therapy.** A physical therapist can work with you to create an individualized exercise program that will strengthen the muscles around your joint, increase your range of motion and reduce pain. Regular gentle exercise that you do on your own, such as swimming or walking, can be equally effective.
- **Occupational therapy.** An occupational therapist can help you discover ways to do everyday tasks or do your job without putting extra stress on your already painful joint. For instance, a toothbrush with a large grip could make brushing your teeth easier if you have finger osteoarthritis. A bench in your shower could help relieve the pain of standing if you have knee osteoarthritis.
- **Tai chi and yoga.** These movement therapies involve gentle exercises and stretches combined with deep breathing. Many people use these therapies to reduce stress in their lives, and research suggests that tai chi and yoga may reduce osteoarthritis pain and improve movement. When led by a knowledgeable instructor, these therapies are safe. Avoid moves that cause pain in your joints.
- If conservative treatments don't help, you may want to consider procedures such as:
- **Cortisone injections.** Injections of corticosteroid medications may relieve pain in your joint. During this procedure your doctor numbs the area around your joint, then places a needle into the space within your joint and injects medication. The number of cortisone injections you can receive each year is generally limited to three or four injections, because the medication can worsen joint damage over time.
- **Lubrication injections.** Injections of hyaluronic acid may offer pain relief by providing some cushioning in your knee, though some research suggests these injections offer no more relief than a placebo. Hyaluronic acid is similar to a component normally found in your joint fluid.
- **Realigning bones.** If osteoarthritis has damaged one side of your knee more than the other, an osteotomy might be helpful. In a knee osteotomy, a surgeon cuts across the bone either above or below the knee, and then removes or adds a wedge of bone. This shifts your body weight away from the worn-out part of your knee.
- **Joint replacement.** In joint replacement surgery (arthroplasty), your surgeon removes your damaged joint surfaces and replaces them with plastic and metal parts. Surgical risks include infections and blood clots. Artificial joints can wear out or come loose and may need to eventually be replaced.

### Alternative medicine

Various complementary and alternative medicine may help with osteoarthritis symptoms. Treatments that have shown promise for osteoarthritis include:

- **Acupuncture.** Some studies indicate that acupuncture can relieve pain and improve function in people who have knee osteoarthritis. During acupuncture, hair-thin needles are inserted into your skin at precise spots on your body.
- **Glucosamine and chondroitin.** Studies have been mixed on these nutritional supplements. A few have found benefits for people with osteoarthritis, while most indicate that these supplements work no better than a placebo.Don't use glucosamine if you're allergic to shellfish. Glucosamine and chondroitin may interact with blood thinners such as warfarin and cause bleeding problems.
- **Avocado-soybean unsaponifiables.** This nutritional supplement —a mixture of avocado and soybean oils —is widely used in Europe to treat knee and hip osteoarthritis. It acts as an anti-inflammatory, and some studies have shown it may slow down or even prevent joint

Electronically Signed and Reviewed by MOORE, AMBER 11/14/2021 18:37:08

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 12:26:27

damage.

**Rendering Provider Signature**

Signature

**Cosigner Signature**

Signature

Electronically Signed and Reviewed by MOORE, AMBER 11/14/2021 18:37:08

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 12:26:27

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | GUERRERO, SABRINA M (Female) | **DOB:** | (52) | **Encounter ID:** | 122052788 |
| | | **Race:** | White | **Primary Ins:** | Blue Cross Blue Shield Tennessee (BCBS TN) * |
| | | **Language:** | English | | |
| | | **Ethnicity:** | Not Hispanic or Latino | | |

| | | | |
|---|---|---|---|
| **Location:** | Phillips Healthcare Group, PC (service Location) 6890 W. A. J. HWY talbott, TN, 37877-0879 (423)839-2120 | **Provider:** | Amber M Moore, FNP |
| **DOS:** | 07/07/2021 02:30 PM US/Eastern | | |

## Subjective

**Chief Complaint: Chest pressure/SOB**

**History of Present Illness - Chest pressure/SOB**

**Context**

**Reported:** Pt in office today with c/o SOB when walking and pt states this has been going on for some time. She states this weekend she has been having random episodes of chest pressure that radiates under rt arm. Pt states activity tolerance is low. She has to take several breaks when doing anything at home. Pt denies dizziness. jrk

**Medication List**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 04/15/2021 | cetirizine 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 02/02/2021 | benazepril 10 mg tablet | 2 tablet by mouth daily | 180 | 1 | Active |
| 01/08/2021 | nystatin 100,000 unit/gram topical powder | * 1 application apply on the skin three times a day; May use up to 4 g/d over entire body as needed. | 90 | 1 | Active |
| 01/06/2021 | nystatin 100,000 unit/gram topical powder | 1 application apply on the skin three times a day; May use up to 4 g/d over entire body as needed. | 90 | 5 | Active |
| 11/05/2020 | cefdinir 300 mg capsule | 2 capsule by mouth daily | 20 | 0 | Active |
| 11/05/2020 | Vitamin D (Ergocalciferol) 50000 UNIT Oral Capsule | TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 25 | 6 | Active |
| 10/27/2020 | escitalopram 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 10/27/2020 | escitalopram 10 mg tablet | 1 tablet by mouth daily | 30 | 0 | Active |
| 09/21/2020 | meloxicam 15 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 09/08/2020 | minocycline 100 mg capsule | 1 capsule by mouth twice a day | 180 | 4 | Active |
| 01/02/2020 | benazepril 10 mg tablet | * 2 tablet by mouth daily | 180 | 1 | Active |
| 11/21/2019 | Medrol (Pak) 4 mg tablets in a dose pack | 6 tablet by mouth as directed; take as directed in the packet | 1 | 0 | Active |
| 07/09/2019 | mupirocin 2 % topical ointment | 1 application apply on the skin twice a day; apply to affected area twice a day x 5 days | 30 | 0 | Active |
| 07/09/2019 | Cipro 500 mg tablet | 1 tablet by mouth twice a day | 20 | 0 | Active |
| 07/01/2019 | cephalexin 500 mg capsule | 1 capsule by mouth three times a day | 21 | 0 | Active |
| 03/04/2019 | cefdinir 300 mg capsule | 2 capsule by mouth daily | 20 | 0 | Active |
| 01/22/2019 | valacyclovir 1 gram tablet | 1 tablet by mouth three times a day | 21 | 2 | Active |
| 12/31/2018 | MM-Zyme tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 3 | Active |
| 07/02/2018 | Vitamin D2 50,000 unit capsule | * 1 capsule by mouth 2 times weekly | 26 | 0 | Active |
| 07/18/2017 | Levsin/SL 0.125 mg sublingual tablet | 1 tablet under the tongue every 4 hours | 180 | 1 | Active |
| 07/18/2017 | Zofran 8 mg tablet | 1 tablet by mouth every 6-8 hours; as needed for nausea | 30 | 1 | Active |
| 07/03/2017 | cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution | * 1 mL intramuscular inject once a month | 3 | 11 | Active |
| 04/06/2017 | syringe (disposable) 3 mL | 1 syringe as directed | 12 | 6 | Active |
| 06/29/2016 | trazodone 50 mg tablet | 1 tablet by mouth at bedtime | 90 | 4 | Active |

Electronically Signed and Reviewed by MOORE, AMBER 07/11/2021 19:38:04

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 12:26:35

**Allergies**
Sulfa (Sulfonamide Antibiotics)

**Review of Systems**
**Constitutional**
**Denied:** Fever. Weight loss. Chills. Weakness. Weight gain.
**Head**
**Denied:** Headaches. dizziness. Fainting. Head Injury.
**Eyes**
**Denied:** Blurry Vision. Vision Loss. Eye Pain. Redness. Infections.
**ENT**
**Nose**
**Denied:** Discharge. Infections. Nosebleeds.
**Mouth**
**Denied:** Postnasal drip. Hoarseness.
**Ears**
**Denied:** Discharge. Dizziness. Infections. Pain.
**Respiratory**
**Denied:** Coughing Blood. Cough. Short of Breath.
**Cardiovascular**
**Reported:** SOB/chest pressure
**Denied:** Chest pain. High Blood Pressure. Palpitations. Short of Breath - Exertion. Leg Pain - Walking.
**Gastrointestinal**
**Denied:** Abdominal pain. Change in stool color. Nausea. Diarrhea. Vomiting. Rectal bleeding. Constipation. Heartburn. Infections.
**Musculoskeletal**
**Denied:** Weakness. Joint pain.
**Psychiatric**
**Denied:** Behavioral Change. Disorientation. Memory loss.
**Skin**
**Denied:** Rashes.
**Neurological**
**Denied:** Fainting. Paralysis. Headaches. numbness.
**Endocrine**
**Denied:** Fatigue.
**Hematologic/Lymph**
**Denied:** Bleeding Easily. Blood Clots.
**Allergic/Immunologic**
**Denied:** Coughing. Runny Nose. Sneezing.

## Objective

**Vital Signs**
**Blood Pressure**
140/82 (Left Brachial, Sitting, Standard, Normal)
**Pulse**
90 (Left Radial, REGULAR rhythm, Normal quality, Normal)

Electronically Signed and Reviewed by MOORE, AMBER 07/11/2021 19:38:04
Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 12:26:35

**Respirations**
16 (Normal quality, NORMAL rhythm, Normal)

**Temperature**
97.7 F (Right Tympanic Membrane, Normal)

**Weight**
387 lb

**Height**
5' 5"

**BMI Flag**
Obese ( 64.4 )

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed.

**Nutrition:** The patient is obese

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

**Eyes**

**External Eye**

The eyelids are without lesions. The sclera is white and the conjunctiva pink.

**Respiratory**

**Effort**

The patient is relaxed and breathes without effort. The patient is not cyanotic. There is no acessory muscle use or intercostal retractions.

**Auscultation**

**Breath Sounds Intensity:** The intensity of the breath sounds are appropriate.

**Adventitious Sounds:** There are no crackles, wheezes, rhonchi, stridor or pleural rubs.

**Cardiovascular**

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Psychiatric**

**Orientation**

The patient is oriented to time, place and person.

**Mood Personality**

The patient's mood is neutral and the affect appropriate.

**Problem List**

Benign Essential Hypertension (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin D Deficiency (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Post-Gastrointestinal Tract Surgery Malnutrition (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Iron Deficiency Anemia (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

## Assessment

**Diagnosis**

Electronically Signed and Reviewed by MOORE, AMBER 07/11/2021 19:38:04
Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 12:26:35

R0602 Shortness of breath
R079 Chest pain, unspecified
Z6844 Body mass index [BMI] 60.0-69.9, adult

## Plan

### Procedures

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Syst Bp >= 140 Mm Hg | 3077F | 1 UN | | |
| Diast Bp 80-89 Mm Hg | 3079F | 1 UN | | |
| Office O/p Est Mod 30-39 Min | 99214 | 1 UN | | |
| Electrocardiogram Complete | 93000 | 1 UN | | |

### Orders

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Ordering Provider** | Moore, A | **Order Date** | 07/07/2021 15:05 | **Order Status** | Printed | **Result Status** | Reviewed |
| **Result Date** | 07/12/2021 | **Facility** | Tjoa, Hong - Cardiology | | | | |

| Order | Test Name | In Range | Out Range | Result Comment |
|---|---|---|---|---|
| **Tjoa, Hong - Cardiology Cardiovascular** | **Consult** | | | |
| | | NORMAL | | CONSULT_DR._TJOA.PDF |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Ordering Provider** | Moore, A | **Order Date** | 07/07/2021 14:36 | **Order Status** | Created | **Result Status** | Open |
| **Result Date** | | **Facility** | PHILLIPS HEALTHCARE GROUP, PC (Service Location) | | | | |

| Order | Test Name | In Range | Out Range | Result Comment |
|---|---|---|---|---|
| **93000 Electrocardiogram Complete** | | | | |
| | **93000 Electrocardiogram Complete** | | | |

### Follow-Up

Follow-Up ( As Needed) with MOORE, AMBER

### Care Plan

**Chest Pain**

- Consult to cardiology for stress testing with ECHO or stress testing with myoview scan
- Aspirin once a day
- No exertional activity until stress testing results known
- IF chest pain recurs or becomes constant report to the closest Emergency Department

Electronically Signed and Reviewed by MOORE, AMBER 07/11/2021 19:38:04

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 12:26:35

### Rendering Provider Signature

**Cosigner Signature**



Signature

Electronically Signed and Reviewed by MOORE, AMBER 07/11/2021 19:38:04

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 12:26:35

Tennova Healthcare

Jefferson Heart Consultants
120 Hospital Dr Ste 100
Jefferson City, TN 37760-5279
Phone: (865) 471-2570, Fax: (865) 471-2571

Date: 07/12/2021

RE: Sabrina Guerrero, DOB: PT ID #1389974

Dear Amber,

I had the opportunity to see Sabrina Guerrero at Jefferson Heart Consultants for an initial consultation on 07/12/2021. I have enclosed a copy of the office evaluation for your records and review. Thank you for referring this very pleasant woman to our practice. I hope that the consultation has been helpful. If I can be of further assistance, please feel free to contact me at anytime.

Sincerely,

Electronically Signed by: HONG TJOA, MD

**Transition of Care Encounter**
New Patient

referred by Amber Moore,Np for chest pain and shortness of breath (pt reports no travel out of the country at this time)
07/12/2021 - 02:00PM - TPS_JEFFERSON HEART CONSULTANTS

Reviewed Problems

- Dyspnea - Etiology unclear; by clinical description and course, not completely convincing for active cardiac disease presently; may still be secondary to her obesity and reduced functional capacity
- Chest pain - Etiology unclear; by clinical description and course, not convincing for active cardiac disease presently; ECG (7/7/2021) showed sinus rhythm at a rate of 91 bpm with normal intervals, leftward axis, and mild nonspecific T wave changes; no prior ECG available for comparison
- Hypertensive disorder - Onset: 08/14/2019 - on rx
- Prediabetes - Onset: 07/12/2021 - Last HbA1c reportedly was 5.9; placed on Ozempic by PCP
- Obstructive sleep apnea syndrome - Onset: 07/12/2021 - Not on CPAP therapy
- Family history of Cardiovascular disease - Onset: 07/12/2021 - Reported family history of heart disease in both parents
- Gastroesophageal reflux disease
- Morbid obesity - Onset: 08/14/2019
- Nausea and vomiting - Onset: 08/14/2019



Electronically Signed and Reviewed by MOORE, AMBER 07/11/2021 19:38:04

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 12:26:35

- Chronic depression - Onset: 08/14/2019
- Abdominal pain
- Anemia - Onset: 08/14/2019
- Hernia of abdominal cavity - Onset: 02/06/2020
- Diarrhea
- Fatigue - Onset: 08/14/2019

Allergies

Reviewed Allergies
**SULFA (SULFONAMIDE ANTIBIOTICS):** Hives

Medications

Reviewed Medications

| | | |
|---|---|---|
| **B12 5,000 mcg-100 mcg sublingual lozenge** Place by sublingual route. | 02/22/21 | entered |
| **Bariatric Multivitamins** | 02/06/20 | entered |
| **benazepriL 10 mg tablet** TAKE 2 TABLETS BY MOUTH ONCE DAILY | 06/12/21 | filled |
| **calcitrioL 0.5 mcg capsule** TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 06/12/21 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule** TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 06/12/21 | filled |
| **escitalopram 10 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 06/12/21 | filled |
| **hyoscyamine 0.125 mg sublingual tablet** Place as needed by sublingual route for 30 days. | 03/06/18 | filled |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 06/12/21 | filled |
| **meloxicam 15 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 06/12/21 | filled |
| **minocycline 100 mg capsule** TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 06/28/21 | filled |
| **MM CETIRIZINE 10MG TAB** TAKE 1 TABLET BY MOUTH ONCE DAILY | 06/12/21 | filled |
| **Nyamyc 100,000 unit/gram topical powder** APPLY POWDER TOPICALLY TO SKIN THREE TIMES DAILY; MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED | 07/02/21 | filled |
| **ondansetron HCL 4 mg tablet** | 12/30/19 | filled |
| **Ozempic 0.25 mg or 0.5 mg (2 mg/1.5 mL) subcutaneous pen injector** Inject 2.5 mL every day by subcutaneous route. | 07/12/21 | entered |
| **traZODone 50 mg tablet** Take as needed by oral route for 90 days. | 09/26/16 | filled |
| **Vitamin D** | 02/22/21 | entered |

pro biotic, bio clear

Family History:

Reviewed Family History

Mother - Heart disease

Father - Diabetes mellitus
- Heart disease
- Malignant neoplastic disease

Social History:

Reviewed Social History

**Advanced Directive**

Do you have an advanced directive?: No
Do you have a medical power of attorney?: No

**Substance Use**

Do you or have you ever smoked tobacco?: Former smoker (Notes: quit 2008)
How much tobacco do you smoke?: None
When did you quit smoking?: 16+ years since last cigarette
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 02/22/2021
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: Occasional
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: no
What is your level of caffeine consumption?: Moderate

**Activities of Daily Living**

Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No

**Diet and Exercise**

What type of diet are you following?: Regular
Do you have any dietary restrictions?: No
What is your exercise level?: None

**Marriage and Sexuality**

What is your relationship status?: Married
How many children do you have?: 1

**Public Health and Travel**

Have you recently traveled abroad?: No

**Other**

Education: Post Graduate
Live alone or with others?: with others
Marital status: Married
General stress level: Medium

**Gender Identity and LGBTQ Identity**

Surgical History:

Reviewed Surgical History

- Hernia repair
- Colonoscopy (surg) - 06/10/2019
- Repair of meniscus - 01/01/2011 - RT knee
- Gastric Bypass - 01/01/2001 - RNY

Additional History:

None recorded

History of Present Illness:

Ms. Guerrero is a 52-year-old woman with the above described clinical background and history who has been referred by Amber Moore. NP for further evaluation of atypical chest pain and dyspnea on



Electronically Signed and Reviewed by MOORE, AMBER 07/11/2021 19:38:04

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 12:26:35

exertion of unclear etiology. Available pertinent outside records have been thoroughly reviewed. Upon further questioning, patient states that over the last year or so she has noticed exertional shortness of breath relieved by rest. This has been relatively stable. However, over the last couple of months she has been noticing progressively more frequent episodes of left-sided anterior chest pressure that radiates laterally towards the left side but to no other locations. This is not necessarily associated with her shortness of breath and can occur intermittently over the day. Denies other associated symptoms of diaphoresis, nausea, vomiting, palpitations, lightheadedness, near syncope, or syncope. The chest pain episodes usually occur at rest. Denies other true symptoms of CHF, TIA/CVA, and claudication. She does admit to having to sleep in the recliner. She has also been previously diagnosed with OSA, but she has not been on CPAP therapy. Her most recent ECG from 7/7/2021 showed sinus rhythm at a rate of 91 bpm with normal intervals, leftward axis, early anterior R wave transition, and mild nonspecific T wave changes. No prior ECG available for comparison. Patient did add that a number of years ago she was seen by Dr. Spencer Hines who reportedly performed a nuclear stress test and an echocardiogram that were normal, and the tests were done for possibly similar reasons.

Review of Systems:

Patient reports **exercise intolerance** but reports no fever, no night sweats, no significant weight gain, and no significant weight loss. Cardiovascular:: **as per history of present illness.** She reports **shortness of breath (Exertional)** but reports no cough, no wheezing, and no coughing up blood. She reports no dry eyes, no irritation, and no vision changes. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds and no nose/sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no vomiting, not vomiting blood, no abdominal pain, normal appetite, and no diarrhea. She reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. She reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no back pain, and no swelling in the extremities. She reports no abnormal mole, no jaundice, and no rashes. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no headaches.

Physical Exam:

Patient is a 52-year-old female.

**Constitutional:**
General Appearance: appears stated age and **obese.** Level of Distress: comfortable.

**Psychiatric:**
Mental Status: alert and normal affect. Orientation: oriented to time, place, and person.

**Eyes:**
Lids and Conjunctivae: no discharge, pallor, xanthelasma, or arcus senilis and non-injected and anicteric.

**ENMT:**
Lips, Teeth, and Gums: normal dentition. Oropharynx: no cyanosis or pallor.

**Neck:**
Carotid Arteries: no bruits or thrills and bilateral normal upstroke. Jugular Veins: normal jugular venous pressure (**neck obese**).

**Lungs:**
Respiratory Effort: unlabored. Chest Exam: no thoracic deformity or chest wall tenderness and normal curvature. Auscultation: no wheezing, rales, or rhonchi and **decreased breath sounds.**

**Cardiovascular:**
Precordial Exam: no heaves or precordial thrills and non displaced focal PMI. Rate And Rhythm: regular. Heart Sounds: no rub, gallop, or click and normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: no cyanosis or edema.

**Peripheral Pulses:**
Pulses: no bruits appreciated; **Upper extremity pulses intact and symmetric, but popliteal and distal lower extremity pulses difficult to palpate because of patient's body habitus.**

**Abdomen:**
Inspection and Palpation: non distended or tender, no bruit or masses, and soft and normal aorta; **morbidly obese.** Liver: **Difficult to assess.** Spleen: **Difficult to assess.**

**Neurologic:**



Electronically Signed and Reviewed by MOORE, AMBER 07/11/2021 19:38:04

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 12:26:35

Gait: **wide-based**. Motor: **Moves all extremities, but strength and tone not specifically tested.**

**Skin:**
Inspection and Palpation: warm and dry. Nails: no clubbing.

Procedure Documentation

None recorded

Assessment/Plan

Based on the currently available clinical history and objective data so far, exact etiology of Ms. Guerrero's exertional shortness of breath and atypical chest pain remains unclear. By the clinical description and course they are not convincing for active cardiac disease presently. Her examination and ECG are unrevealing. In any case, in light of her known risk factors, have offered patient option of proceeding with a DSE to assess her baseline cardiac structures and function and evaluate ischemic burden all with one test and for optimal specificity. She expressed understanding, and she has agreed to proceed. Will notify patient with the findings and further recommendations once the study is completed and reviewed. Nothing else to change or add from CV standpoint at this juncture. RV to cardiology to be determined. Follow-up with Amber Moore, NP for other primary care needs.

**1. Dyspnea**
R06.00: Dyspnea, unspecified

**2. Chest pain**
R07.9: Chest pain, unspecified
- CHEST PAIN: CARE INSTRUCTIONS
- DOBUTAMINE STRESS ECHOCARDIOGRAM (PROC)
  Note to Provider: please set up and call patient with date and time NOT ON A WEDNESDAY OR THURSDAY

**3. Hypertensive disorder**
I10: Essential (primary) hypertension

**4. Prediabetes**
R73.03: Prediabetes

**5. Obstructive sleep apnea syndrome**
G47.33: Obstructive sleep apnea (adult) (pediatric)
- SLEEP APNEA: CARE INSTRUCTIONS

**6. Family history of Cardiovascular disease**
Z82.49: Family history of ischemic heart disease and other diseases of the circulatory system

**7. Gastroesophageal reflux disease**
K21.9: Gastro-esophageal reflux disease without esophagitis

**8. Morbid obesity**
E66.01: Morbid (severe) obesity due to excess calories
- WHEN YOU ARE OVERWEIGHT: CARE INSTRUCTIONS

**Return to Office**

- to see CYDNEY VANOSDALE, NP for Annual Visit 30 at TPS_TENNOVA BARIATRIC SURGERY on or around 02/22/2022



Electronically Signed and Reviewed by MOORE, AMBER 07/11/2021 19:38:04

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 12:26:35

AEL - PML

| Patient Name | | | | | | | Specimen Number |
|---|---|---|---|---|---|---|---|
| GUERRERO, SABRINA M | | | | | | | HF110836966 |
| Account Number | Patient ID | Control Number | Date and Time Collected | Date Reported | Sex | Date of Birth | |
| 2142 | HF110836966 | 69383615 | 10/23/2023 10:21 | 10/24/2023 20:35 | F | | |

| Physician Name |
|---|
| EPLING, AMY |
| Tests Ordered |
| COMP METABOLIC PANEL ; IRON AND TIBC ; THYROID STIM HORMONE ; FREE T4 ; FOLLICLE STIM HORMONE ; ESTRADIOL ; LUTEINIZING HORMONE ; PROGESTERONE ; CANCER ANTIGEN 125 ; CBC WITH DIFFERENTIAL |

| TESTS | IN RANGE | OUT RANGE | FLAG | UNITS | REFERENCE | STATUS |
|---|---|---|---|---|---|---|
| **COMP METABOLIC PANEL** | | | | | | |
| Sodium | 142 | | | mEq/L | 135-146 | F |
| Potassium | 4.5 | | | mEq/L | 3.5-5.4 | F |
| Chloride | 105 | | | mEq/L | 95-107 | F |
| Carbon Dioxide | 27 | | | mEq/L | 19-31 | F |
| Anion Gap | 10 | | | mEq/L | 7-23 | F |
| Glucose Non-Fasting | 83 | | | mg/dL | 70-139 | F |
| Urea Nitrogen (BUN) | 20 | | | mg/dL | 6-20 | F |
| **Creatinine** | | **0.59 L** | **Below low normal** | mg/dL | 0.60-1.30 | F |
| 2021 CKD-EPI eGFR-cr | 107 | | | mL/min/1.73m' 2 | >59 | F |
| BUN/Creatinine Ratio | 34 | | | ratio | | F |
| Calcium Total | 9.7 | | | mg/dL | 8.5-10.5 | F |
| Protein Total | 7.1 | | | g/dL | 6.1-8.3 | F |
| Albumin | 4.1 | | | g/dL | 3.5-5.2 | F |
| Globulin | 3.0 | | | g/dL | 1.7-4.3 | F |
| A/G Ratio | 1.4 | | | ratio | 0.9-2.8 | F |
| Bilirubin Total | 0.3 | | | mg/dL | 0.0-1.2 | F |
| **Alkaline Phosphatase** | | **171 H** | **Above high normal** | U/L | 40-133 | F |
| AST (SGOT) | 10 | | | U/L | 9-40 | F |
| ALT (SGPT) | 25 | | | U/L | 5-40 | F |
| **IRON AND TIBC** | | | | | | |
| Iron | 118 | | | ug/dL | 37-145 | F |
| Total Iron Binding | 354 | | | ug/dL | 250-400 | F |
| % Saturation | 33 | | | % | 20-50 | F |
| **THYROID STIM HORMONE** | | | | | | |
| TSH | 2.2 | | | mIU/L | 0.40-4.1 | F |
| **FREE T4** | | | | | | |
| Free T4 | 1.00 | | | ng/dL | 0.80-1.90 | F |
| **FOLLICLE STIM HORMONE** | | | | | | |
| FSH | 28.5 | | | IU/L | | F |
| **ESTRADIOL** | | | | | | |
| Estradiol | 7 | | | pg/mL | | F |
| **LUTEINIZING HORMONE** | | | | | | |
| LH | 30.7 | | | IU/L | | F |
| **PROGESTERONE** | | | | | | |
| Progesterone | <0.03 | | | ng/mL | | F |
| **CANCER ANTIGEN 125** | | | | | | |
| **CA 125** | | **55 H** | **Above high normal** | U/mL | 6-38 | F |
| **CBC WITH DIFFERENTIAL** | | | | | | |
| WBC | 9.8 | | | K/uL | 4.0-11.0 | F |
| RBC | 5.09 | | | M/uL | 4.00-5.50 | F |
| Hemoglobin | 15.3 | | | g/dL | 12.0-16.0 | F |
| Hematocrit | 48.0 | | | % | 36.0-48.0 | F |

| Patient Name | | | | | | Specimen Number |
|---|---|---|---|---|---|---|
| GUERRERO, SABRINA M | | | | | | HF110836966 |
| Account Number 2142 | Patient ID HF110836966 | Control Number 69383615 | Date and Time Collected 10/23/2023 10:21 | Date Reported 10/24/2023 20:35 | Sex F | Date of Birth |

| TESTS | IN RANGE | OUT RANGE | FLAG | UNITS | REFERENCE | STATUS |
|---|---|---|---|---|---|---|
| MCV | 94.3 | | | fL | 78.0-102.0 | F |
| MCH | 30.1 | | | pg | 25.0-35.0 | F |
| MCHC | 31.9 | | | g/dL | 30.0-38.0 | F |
| RDW | 14.0 | | | % | 11.5-16.0 | F |
| Platelet Count | 279 | | | K/uL | 150-450 | F |
| Abs Neutrophils | 7.0 | | | K/uL | 1.8-7.0 | F |
| Abs Lymphocytes | 1.8 | | | K/uL | 1.0-4.0 | F |
| Abs Monocytes | 0.7 | | | K/uL | 0.1-1.1 | F |
| Abs Eosinophils | 0.3 | | | K/uL | 0.0-0.5 | F |
| Abs Basophils | 0.1 | | | K/uL | 0.0-0.3 | F |
| Abs Immature Grans | 0.0 | | | K/uL | 0.0-0.1 | F |
| Neutrophils | 71.0 | | | % | | F |
| Lymphocytes | 18.4 | | | % | | F |
| Monocytes | 6.8 | | | % | | F |
| Eosinophils | 2.6 | | | % | | F |
| Basophils | 0.8 | | | % | | F |
| Immature Grans | 0.4 | | | % | | F |
| Nucleated RBCS | <1.0 | | | /100 WBCs | <1 | F |

F - Final results

AEL - PML

| Patient Name | | | | | | Specimen Number |
|---|---|---|---|---|---|---|
| GUERRERO, SABRINA M | | | | | | HF110836966 |
| Account Number 2142 | Patient ID HF110836966 | Control Number 52643442 | Date and Time Collected 02/07/2022 08:13 | Date Reported 02/07/2022 20:48 | Sex F | Date of Birth |

| Physician Name |
|---|
| EPLING, AMY |
| **Tests Ordered** |
| COVID19 SARS-COV-2 |

| TESTS | IN RANGE | OUT RANGE | FLAG | UNITS | REFERENCE | STATUS |
|---|---|---|---|---|---|---|
| **COVID19 SARS-COV-2** | | | | | | |
| **COVID19 (SARS-CoV-2)** | | **Positive A** | **Alpha abnormal** | | Negative | F |
| Source | Nasopharyngeal Swab | | | | | F |

F - Final results



**Lincoln/Guerrero 1014**

Case 3:24-cv-00305-TAV-JEM Document 13-3 Filed 11/19/24 Page 957 of 1315
PageID #: 1077

| Patient Name | | | | | | Specimen Number |
|---|---|---|---|---|---|---|
| GUERRERO, SABRINA M | | | | | | HF110836966 |
| Account Number | Patient ID | Control Number | Date and Time Collected | Date Reported | Sex | Date of Birth |
| 2142 | HF110836966 | 52289240 | 01/25/2022 09:05 | 01/25/2022 13:36 | F | |

| Physician Name |
|---|
| EPLING, AMY |
| Tests Ordered |
| COMP METABOLIC PANEL ; LIPID PROFILE ; ALBUMIN/CREAT RATIO ; THYROID STIM HORMONE ; VITAMIN D 25 HYDROXY ; CBC WITH DIFFERENTIAL |

| TESTS | IN RANGE | OUT RANGE | FLAG | UNITS | REFERENCE | STATUS |
|---|---|---|---|---|---|---|
| **COMP METABOLIC PANEL** | | | | | | |
| Sodium | 143 | | | mEq/L | 135-146 | F |
| Potassium | 4.8 | | | mEq/L | 3.5-5.4 | F |
| Chloride | 104 | | | mEq/L | 95-107 | F |
| Carbon Dioxide | 26 | | | mEq/L | 19-31 | F |
| Anion Gap | 13 | | | mEq/L | 7-23 | F |
| Glucose Non-Fasting | 91 | | | mg/dL | 70-139 | F |
| Urea Nitrogen (BUN) | 14 | | | mg/dL | 6-20 | F |
| Creatinine | 0.60 | | | mg/dL | 0.60-1.30 | F |
| 2021 CKD-EPI eGFR-cr | 108 | | | mL/min/1.73m2 | >59 | F |
| BUN/Creatinine Ratio | 23 | | | ratio | | F |
| Calcium Total | 9.4 | | | mg/dL | 8.5-10.5 | F |
| Protein Total | 7.1 | | | g/dL | 6.1-8.3 | F |
| Albumin | 4.2 | | | g/dL | 3.5-5.2 | F |
| Globulin | 2.9 | | | g/dL | 1.7-4.3 | F |
| A/G Ratio | 1.4 | | | ratio | 0.9-2.8 | F |
| Bilirubin Total | 0.3 | | | mg/dL | 0.0-1.2 | F |
| **Alkaline Phosphatase** | | **139 H** | **Above high normal** | U/L | 40-133 | F |
| AST (SGOT) | 15 | | | U/L | 9-40 | F |
| ALT (SGPT) | 32 | | | U/L | 5-40 | F |
| **LIPID PROFILE** | | | | | | |
| **Cholesterol** | | **207 H** | **Above high normal** | mg/dL | <200 | F |
| Triglycerides | 123 | | | mg/dL | 0-149 | F |
| HDL Cholesterol | 52 | | | mg/dL | >39 | F |
| **LDL Cholesterol** | | **132 H** | **Above high normal** | mg/dL | <100 | F |
| **Non HDL Cholesterol** | | **155 H** | **Above high normal** | mg/dL | <130 | F |
| Coronary Risk Ratio | 3.98 | | | | <4.44 | F |
| **ALBUMIN/CREAT RATIO** | | | | | | |
| Albumin Urine | <0.2 | | | mg/dL | | F |
| Creatinine-Random Urine | 139 | | | mg/dL | 28-217 | F |
| Albumin/Creat Ratio | <1 | | | mg/g crea | <30 | F |
| **THYROID STIM HORMONE** | | | | | | |
| TSH | 2.0 | | | mIU/L | 0.40-4.1 | F |
| **VITAMIN D 25 HYDROXY** | | | | | | |
| Vitamin D 25-OH | 66 | | | ng/mL | 30-100 | F |
| **CBC WITH DIFFERENTIAL** | | | | | | |
| WBC | 6.9 | | | K/uL | 4.0-11.0 | F |
| RBC | 4.93 | | | M/uL | 4.00-5.50 | F |
| Hemoglobin | 14.8 | | | g/dL | 12.0-16.0 | F |
| Hematocrit | 45.7 | | | % | 36.0-48.0 | F |
| MCV | 92.7 | | | fL | 78.0-102.0 | F |
| MCH | 30.0 | | | pg | 25.0-35.0 | F |
| MCHC | 32.4 | | | g/dL | 30.0-38.0 | F |

| Patient Name | | | | | | | Specimen Number |
|---|---|---|---|---|---|---|---|
| GUERRERO, SABRINA M | | | | | | | HF110836966 |
| Account Number<br>2142 | Patient ID<br>HF110836966 | Control Number<br>52289240 | Date and Time Collected<br>01/25/2022 09:05 | Date Reported<br>01/25/2022 13:36 | Sex<br>F | Date of Birth | |

| TESTS | IN RANGE | OUT RANGE | FLAG | UNITS | REFERENCE | STATUS |
|---|---|---|---|---|---|---|
| RDW | 13.7 | | | % | 11.5-16.0 | F |
| Platelet Count | 252 | | | K/uL | 150-450 | F |
| Abs Neutrophils | 4.1 | | | K/uL | 1.8-7.0 | F |
| Abs Lymphocytes | 2.2 | | | K/uL | 1.0-4.0 | F |
| Abs Monocytes | 0.4 | | | K/uL | 0.1-1.1 | F |
| Abs Eosinophils | 0.2 | | | K/uL | 0.0-0.5 | F |
| Abs Basophils | 0.1 | | | K/uL | 0.0-0.3 | F |
| Abs Immature Grans | 0.0 | | | K/uL | 0.0-0.1 | F |
| Neutrophils | 58.9 | | | % | | F |
| Lymphocytes | 31.4 | | | % | | F |
| Monocytes | 6.2 | | | % | | F |
| Eosinophils | 2.5 | | | % | | F |
| Basophils | 0.9 | | | % | | F |
| Immature Grans | 0.1 | | | % | | F |
| Nucleated RBCS | <1.0 | | | /100 WBCs | <1 | F |

F - Final results

| Patient Name | | | | | | Specimen Number |
|---|---|---|---|---|---|---|
| GUERRERO, SABRINA M | | | | | | HF110836966 |

| Account Number | Patient ID | Control Number | Date and Time Collected | Date Reported | Sex | Date of Birth |
|---|---|---|---|---|---|---|
| 2142 | HF110836966 | 50620661 | 12/01/2021 15:02 | 12/04/2021 14:01 | F | |

| Physician Name |
|---|
| EPLING, AMY |

| Tests Ordered |
|---|
| URINE CULTURE |

| TESTS | IN RANGE | OUT RANGE | FLAG | UNITS | REFERENCE | STATUS |
|---|---|---|---|---|---|---|

**URINE CULTURE**

| | | |
|---|---|---|
| URINE CULTURE | See Note | F |

```
URINE CULTURE
     Specimen                  Urine
            **CULTURE**


     Organism 1   Escherichia coli                    50,000-99,999 cfu/mL

     SENSITIVITIES:

     Antibiotic                     Organism 1
     Ampicillin                     R   >16
     Amoxicillin/Clavulanate        S   <=8/4
     Ciprofloxacin                  S   <=0.25
     Ceftriaxone                    S   <=1
     Cefazolin                      S   <=2
     Ceftazidime/Avibactam          S   <=4
     Nitrofurantoin                 S   <=32
     Gentamicin                     S   <=4
     Levofloxacin                   S   <=0.5
     Meropenem/Vaborbactam          S   <=4
     Meropenem                      S   <=1
     Cefuroxime                     S   8
     Trimethoprim/Sulfameth         S   <=2/38
     Ceftazidime                    S   <=1
     Tetracycline                   R   >8
     Tobramycin                     S   <=2
     Piperacillin/Tazobactam        S   <=16
```

**URINE CULTURE (Report Date: 12/03/2021)**

| | | |
|---|---|---|
| URINE CULTURE | See Note | P |

```
URINE CULTURE
     Specimen                  Urine
            **CULTURE**


     Organism 1   Gram negative bacilli               50,000-99,999 cfu/mL


     *** The above result is provisional. Finalised report to follow. ***
```

**URINE CULTURE (Report Date: 12/03/2021)**

| | | |
|---|---|---|
| URINE CULTURE | See Note | P |

```
URINE CULTURE
     Specimen                  Urine
            **CULTURE**


     Organism 1   Gram negative bacilli               50,000-99,999 cfu/mL


     *** The above result is provisional. Finalised report to follow. ***
```

F - Final results, P - Preliminary results

| Patient Name | | | | | | Specimen Number |
|---|---|---|---|---|---|---|
| GUERRERO, SABRINA M | | | | | | HF110836966 |

| Account Number | Patient ID | Control Number | Date and Time Collected | Date Reported | Sex | Date of Birth |
|---|---|---|---|---|---|---|
| 2142 | HF110836966 | 49900735 | 11/04/2021 15:34 | 11/10/2021 04:12 | F | |

| Physician Name |
|---|
| MOORE, AMBER |

| Tests Ordered |
|---|
| URINE CULTURE |

| TESTS | IN RANGE | OUT RANGE | FLAG | UNITS | REFERENCE | STATUS |
|---|---|---|---|---|---|---|
| **URINE CULTURE** | | | | | | |
| URINE CULTURE | See Note | | | | | F |

```
URINE CULTURE
     Specimen              Urine
            **CULTURE**
                           10,000-29,999 cfu/mL Mixed urogenital flora


     Organism 1  Escherichia coli                          50,000-99,999 cfu/mL

     SENSITIVITIES:

     Antibiotic                       Organism 1
     Ampicillin                       R  >16
     Amoxicillin/Clavulanate          S  <=8/4
     Ciprofloxacin                    S  <=0.25
     Ceftriaxone                      S  <=1
     Cefazolin                        S  4
     Ceftazidime/Avibactam            S  <=4
     Nitrofurantoin                   S  <=32
     Gentamicin                       S  <=4
     Levofloxacin                     S  <=0.5
     Meropenem/Vaborbactam            S  <=4
     Meropenem                        S  <=1
     Cefuroxime                       S  8
     Trimethoprim/Sulfameth           R  >2/38
     Ceftazidime                      S  <=1
     Tetracycline                     R  >8
     Tobramycin                       S  <=2
     Piperacillin/Tazobactam          S  <=16
```

**URINE CULTURE (Report Date: 11/08/2021)**

| TESTS | IN RANGE | OUT RANGE | FLAG | UNITS | REFERENCE | STATUS |
|---|---|---|---|---|---|---|
| URINE CULTURE | See Note | | | | | P |

```
URINE CULTURE
     Specimen              Urine
            **CULTURE**


     Organism 1  Gram negative bacilli                     50,000-99,999 cfu/mL


     *** The above result is provisional. Finalised report to follow. ***

F - Final results, P - Preliminary results
```

St. Luke's Therapy Services of Sevierville
1014 Middle Creek Rd Sevierville, TN 37862-2939
Phone: (865) 453-9177 | Fax: (865) 453-9177

# COVER SHEET

| | |
|---|---|
| Date and Time: | 02/14/2024 at 7:33 AM |
| To: | (423) 839-2125 |
| Name of Recipient: | Floyd Phillips |
| From: | (865) 453-9177 |
| Name of Sender: | St. Luke's Therapy Services of Sevierville |
| Message: | Medical Records Request 2023 for Sabrina Guerrero (DOB: |

*IMPORTANT: This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone (number listed above) to arrange the return or destruction of the information and all copies.*

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 12/05/2023**

**Sabrina Guerrero** Date of Birth:

SUDS/ERP fridge/dishwasher.
self-criticism loop. perfection loop. 9 yo part. "How do I stop that dialogue. and projecting it on my daughter." "when will enough be enough." offer another way. Continue trying to engage. Coach to breathe and let her share current wisdom.
TMS?
tricks of OCD/ pattern, handout. ERP, responding with relaxed body for threats.
status assertive communication/I statements instead of demanding.
Obsessions/perceived threat list-
need to know, figure out, understand
need for symmetry/exactness/order
need for efficiency/time
contamination
need for perfection

compulsions
procrastination
overanalyzing and ruminating.
checking/researching
ordering/arranging
prevention (process for washing clothes).

knot in stomach- stretching. What is it saying.
D- perceiving guilt complex. "You." not touchy feely, encouraging.
part that says "I'm not confrontational." what does assertiveness look like?
"little girl" part of hersef who takes responsiblity for other's feelings and behavior and feels sad and guilty if anyone is upset- offer what she needs.
part that has to keep D on track
part that feels bad for not being emotionally available for D. "Part that hurts the most." "She feels like the only thing I notice is what she hasn't done and I'm not recognizing the things she does right." Expectation to do. Not intentional. It's not in my nature to stroke someone's ego. I thought I brought you up to be a strong, independent person who could stand on her own."
part frustrated/angry w/M's need to please cl's B. Did with cl's F as well.
part that wants to protect.
part that feels guilty. 2nd grade- M's cookies, elem- babysitter's gift she did not like. "I felt guilt knowing I hurt somebody. I wounded them."
using acceptance/non-judement.Repeat ybocs.
emotional purchases
Perception change from trauma
PTSD assmt- onset of initial intrusive memories, smell, etc?
Cognitive distortions review/handout.
responding with relaxed body.
watch video? In vivo exposure with thought of friends coming to help at her house.
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

Meds- Leah

CBT, Supportive Therapy, IFS, psychoeducation, ERP

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 12/05/2023**

**Sabrina Guerrero** Date of Birth:

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.

Smoking Status:
In the PAST 12 MONTHS, how often has the patient used tobacco or any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): Never.

In the PAST 3 MONTHS, did the patient smoke a cigarette containing or use any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
If the patient endorses suicidal or homicidal ideation, current Safety Plan discussed with patient, completed and present in chart: N/A.
Risk Factors: Patient denies.
Protective Factors: Patient denies.

**Mental Status Exam**
Mood: Anxious. Frustrated. Sad.
Affect: Full and Appropriate.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F33.1 MAJ DEPRESS D/O RECURRENT MOD
F41.1 GENERALIZED ANXIETY DISORDER
F42.9 Obsessive-compulsive disorder, unspecified

R/O PTSD

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 12/05/2023**

**Sabrina Guerrero** Date of Birth:

Start time: 4:14 pm
End time: 5:16 pm
Total time: 62

Interactive Complexity: No.

**Treatment Plan**
Patient Instructions: Cotninue ind therapy and med management

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

PCP Coordination Today or In the Interim Since the Last Visit: No.

Presenting Problem #1: Anxiety. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day. (Met).
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: mindfulness based CBT, Supportive Therapy, psychoeducation.
Anticipated Time Frame to Goal Completion: TPR 10/24/23. Due 4/24
6 months.

Presenting Problem #2: Depression. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: TPR 10/24/23. Due 4/24
6 months.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 12/05/2023**

**Sabrina Guerrero** Date of Birth:

Presenting Problem #3: Trauma history. Chronic.
Severity: Moderate.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: TPR 10/24/23. Due 4/24
6 months.

Presenting Problem #4: OCD. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #4: Decrease negative impact of OCD on current functioning
Objectives:
4a. Identify perceived threats (Met).
4b. Learn and use in vivo response prevention and ERP to build tolerance related to obsessions/perceived threats.
Treatment Model/Interventions: ERP, Supportive Therapy, Psychoeducation
Anticipated Time Frame to Goal Completion: TPR 10/24/23. Due 4/24
6 months.

Electronically Signed: CAROL LUCAS LCSW on/at 12/10/2023 9:31:26 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 12/19/2023**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

Patient Location: In office.

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. Client (cl) reported to therapist having "up and down" mood.
Productivity is "lacking."

Processed H going to Columbia to see his family over the holidays. Mixed emotions. Sad, angry, ambivalent. Had intentions of working on the house after he left. Fell and hurt her knee. May go today for an xray.

Processed frustration with D not communicating when she is not coming home. D started therapy. Cl would like to invite her to next therapy session. Discussed goals of education re diagnoses, response prevention, communication. Would like to share with D what she wishes had been different. more present and not focussed on work as much. mindfully present. emotionally available. acknowledgement. Th normalized cl's experience since she was not equiped to be affectionate or do emotion. First allowed herself to cry in therapy 2000. Still avoids emotion frequently.

LFST Mental Health Index and Other Symptom Measures:
Date Completed: 11/14/2023
GAD-7 = 6
PHQ-9 = 14

Therapeutic Interventions in Session: H Darwin, D Isabella
Next: perfection scale
D: diagnoses, bears, response prevention, communication. How support each other now. What need from each other. permission to set limits about conversations.
feels like she was not as present, affectionate, as she wanted to be.
avoiding emotion.
attachment/need even if abused=I'm bad
Treatment plan (trauma and ocd), address task completion.
SUDS/ERP fridge/dishwasher.
self-criticism loop. perfection loop. 9 yo part. "How do I stop that dialogue. and projecting it on my daughter." "when will enough be enough." offer another way. Continue trying to engage. Coach to breathe and let her share current wisdom.
TMS?
tricks of OCD/ pattern, handout. ERP, responding with relaxed body for threats.
status assertive communication/I statements instead of demanding.
Obsessions/perceived threat list-
need to know, figure out, understand
need for symmetry/exactness/order

need for efficiency/time
contamination
need for perfection

compulsions
procrastination
overanalyzing and ruminating.
checking/researching
ordering/arranging
prevention (process for washing clothes).

knot in stomach- stretching. What is it saying.
D- perceiving guilt complex. "You." not touchy feely, encouraging.
part that says "I'm not confrontational." what does assertiveness look like?
"little girl" part of hersef who takes responsiblity for other's feelings and behavior and feels sad and guilty if anyone is upset- offer what she needs.
part that has to keep D on track
part that feels bad for not being emotionally available for D. "Part that hurts the most." "She feels like the only thing I notice is what she hasn't done and I'm not recognizing the things she does right." Expectation to do. Not intentional. It's not in my nature to stroke someone's ego. I thought I brought you up to be a strong, independent person who could stand on her own."
part frustrated/angry w/M's need to please cl's B. Did with cl's F as well.
part that wants to protect.
part that feels guilty. 2nd grade- M's cookies, elem- babysitter's gift she did not like. "I felt guilt knowing I hurt somebody. I wounded them."
using acceptance/non-judement.Repeat ybocs.
emotional purchases
Perception change from trauma
PTSD assmt- onset of initial intrusive memories, smell, etc?
Cognitive distortions review/handout.
responding with relaxed body.
watch video? In vivo exposure with thought of friends coming to help at her house.
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

Meds- Leah

CBT, Supportive Therapy, IFS, psychoeducation, ERP

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.

Smoking Status:
In the PAST 12 MONTHS, how often has the patient used tobacco or any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): Never.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 12/19/2023**

**Sabrina Guerrero** Date of Birth:

In the PAST 3 MONTHS, did the patient smoke a cigarette containing or use any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
If the patient endorses suicidal or homicidal ideation, current Safety Plan discussed with patient, completed and present in chart: N/A.
Risk Factors: Patient denies.
Protective Factors: Patient denies.

**Mental Status Exam**
Mood: Anxious. Sad.
Affect: Dysphoric. Tense.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F33.1 MAJ DEPRESS D/O RECURRENT MOD
F41.1 GENERALIZED ANXIETY DISORDER
F42.9 Obsessive-compulsive disorder, unspecified

R/O PTSD

Start time: 3:15 pm
End time: 4:15 pm
Total time: 60

Interactive Complexity: No.

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 12/19/2023**

**Sabrina Guerrero** Date of Birth:

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

PCP Coordination Today or In the Interim Since the Last Visit: No.

Presenting Problem #1: Anxiety. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day. (Met).
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: mindfulness based CBT, Supportive Therapy, psychoeducation.
Anticipated Time Frame to Goal Completion: TPR 10/24/23. Due 4/24
6 months.

Presenting Problem #2: Depression. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: TPR 10/24/23. Due 4/24
6 months.

Presenting Problem #3: Trauma history. Chronic.
Severity: Moderate.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.

3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: TPR 10/24/23. Due 4/24
6 months.

Presenting Problem #4: OCD. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #4: Decrease negative impact of OCD on current functioning
Objectives:
4a. Identify perceived threats (Met).
4b. Learn and use in vivo response prevention and ERP to build tolerance related to obsessions/perceived threats.
Treatment Model/Interventions: ERP, Supportive Therapy, Psychoeducation
Anticipated Time Frame to Goal Completion: TPR 10/24/23. Due 4/24
6 months.

Electronically Signed: CAROL LUCAS LCSW on/at 12/24/2023 1:47:51 PM

LifeStance Health
10025 INVESTMENT DRIVE SUITE 100
KNOXVILLE, TN 37932-2664
(865) 588-3173 Fax: (865) 588-3174
Carol D Lucas, LCSW
Visit Date: 01/10/2024

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

Patient Location: In office.

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. D, Isabella, also participated. Client (cl) reported to therapist (th) feeling sad and anxious. Ruminating. Over-advising. Tearful during session.

Th educated D re cl's diagnoses and benefit of mindfulness for managing mood. Also addressed communication and provided handouts for each on assertiveness. D was supportive. Both were able to share what they would like from each other for support. Cl was tearful as she shared regrets she has with D, noting she wants to be more mindfully and physically present and emotionally available. D noted that she argues out of frustration when M asks where she will be and what she will be doing and she does not know at the time. Th reviewed influence of OCD on not knowing and recommended response prevention to manage distress and build tolerance.

LFST Mental Health Index and Other Symptom Measures:
Date Completed: 11/14/2023
GAD-7 = 6
PHQ-9 = 14

Therapeutic Interventions in Session: H Darwin, D Isabella
Next: perfection scale
D: diagnoses, bears, response prevention, communication. How support each other now. What need from each other. permission to set limits about conversations.
feels like she was not as present, affectionate, as she wanted to be.
avoiding emotion.
attachment/need even if abused=I'm bad
Treatment plan (trauma and ocd), address task completion.
SUDS/ERP fridge/dishwasher.
self-criticism loop. perfection loop. 9 yo part. "How do I stop that dialogue. and projecting it on my daughter." "when will enough be enough." offer another way. Continue trying to engage. Coach to breathe and let her share current wisdom.
TMS?
tricks of OCD/ pattern, handout. ERP, responding with relaxed body for threats.
status assertive communication/I statements instead of demanding.
Obsessions/perceived threat list-
need to know, figure out, understand
need for symmetry/exactness/order
need for efficiency/time

contamination
need for perfection

compulsions
procrastination
overanalyzing and ruminating.
checking/researching
ordering/arranging
prevention (process for washing clothes).

knot in stomach- stretching. What is it saying.
D- perceiving guilt complex. "You." not touchy feely, encouraging.
part that says "I'm not confrontational." what does assertiveness look like?
"little girl" part of hersef who takes responsiblity for other's feelings and behavior and feels sad and guilty if anyone is upset- offer what she needs.
part that has to keep D on track
part that feels bad for not being emotionally available for D. "Part that hurts the most." "She feels like the only thing I notice is what she hasn't done and I'm not recognizing the things she does right." Expectation to do. Not intentional. It's not in my nature to stroke someone's ego. I thought I brought you up to be a strong, independent person who could stand on her own."
part frustrated/angry w/M's need to please cl's B. Did with cl's F as well.
part that wants to protect.
part that feels guilty. 2nd grade- M's cookies, elem- babysitter's gift she did not like. "I felt guilt knowing I hurt somebody. I wounded them."
using acceptance/non-judement.Repeat ybocs.
emotional purchases
Perception change from trauma
PTSD assmt- onset of initial intrusive memories, smell, etc?
Cognitive distortions review/handout.
responding with relaxed body.
watch video? In vivo exposure with thought of friends coming to help at her house.
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

Meds- Leah

CBT, Supportive Therapy, IFS, psychoeducation, ERP

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.

Smoking Status:
In the PAST 12 MONTHS, how often has the patient used tobacco or any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): Never.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 01/10/2024**

**Sabrina Guerrero** Date of Birth:

In the PAST 3 MONTHS, did the patient smoke a cigarette containing or use any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
If the patient endorses suicidal or homicidal ideation, current Safety Plan discussed with patient, completed and present in chart: N/A.
Risk Factors: Patient denies.
Protective Factors: Patient denies.

**Mental Status Exam**
Mood: Anxious. Sad.
Affect: Full and Appropriate.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F33.1 MAJ DEPRESS D/O RECURRENT MOD
F41.1 GENERALIZED ANXIETY DISORDER
F42.9 Obsessive-compulsive disorder, unspecified

R/O PTSD

Start time: 11:05 am
End time: 12:06 pm
Total time: 61

Interactive Complexity: No.

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

LifeStance Health
10025 INVESTMENT DRIVE SUITE 100
KNOXVILLE, TN 37932-2664
(865) 588-3173 Fax: (865) 588-3174
Carol D Lucas, LCSW
Visit Date: 01/10/2024

**Sabrina Guerrero** Date of Birth:

PCP Coordination Today or In the Interim Since the Last Visit: No.

Presenting Problem #1: Anxiety. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day. (Met).
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: mindfulness based CBT, Supportive Therapy, psychoeducation.
Anticipated Time Frame to Goal Completion: TPR 10/24/23. Due 4/24
6 months.

Presenting Problem #2: Depression. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: TPR 10/24/23. Due 4/24
6 months.

Presenting Problem #3: Trauma history. Chronic.
Severity: High severity.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 01/10/2024**

**Sabrina Guerrero** Date of Birth:

3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: TPR 10/24/23. Due 4/24
6 months.

Presenting Problem #4: OCD. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #4: Decrease negative impact of OCD on current functioning
Objectives:
4a. Identify perceived threats (Met).
4b. Learn and use in vivo response prevention and ERP to build tolerance related to obsessions/perceived threats.
Treatment Model/Interventions: ERP, Supportive Therapy, Psychoeducation
Anticipated Time Frame to Goal Completion: TPR 10/24/23. Due 4/24
6 months.

Electronically Signed: CAROL LUCAS LCSW on/at 1/14/2024 4:34:35 PM

**LifeStance Health**
**6305 LONAS DRIVE SUITE 101**
**KNOXVILLE, TN 37909-3203**
**(865) 588-3173 Fax: (865) 588-3174**
**Edelyn Yvette Bishop, PMHNP-BC**
**Visit Date: 01/15/2024**

**Sabrina Guerrero** Date of Birth:

## Psychiatric Progress Note

If visit was performed using telehealth, informed consent obtained and patient location verified.
Patient Location: Home.

**Present at Session:** Patient.

**Chief Complaint:** 1/15/23: "I am doing ok right now. Have good and bad days but for most part more leveled in my moods."

11/14.23:Sabrina presents new to this provider as a transfer of care patient from previous provider.

Anxiety, depression, excessive worry

**History of Present Illness:** Sabrina Guerrero is a 54 years old Female seen today for a follow up for review of psychiatric symptoms and medication management.

Sabrina is married and has a 20 year old daughter. She is a social worker but is not working currently since struggling with long Covid since Feb 2022.

She was last seen 8/2/23. She is prescribed Trintellix and increased Rexulti dose last visit. Denies side effects.

She says the medication dose increase seemed to help . Rates depression 5/10. Continues to endorses sadness at times and says this is situational. Denies further BODF. Denies SI/HI, psychosis.

Anxiety is her main concern today. She says she is utilizing coping skills she has learned in therapy to help manage. Endorses feeling nervous, on edge, overwhelmed, worries frequently. She reports having panic-like feelings when she goes into stores and has shortness of breath, which in turn, causes anxiousness, and feels sweaty and panicky. We discussed increasing Rexulti and she is agreeable. Continue Trintellix. F/U 4 weeks

Psychotherapy:
Total Psychotherapy Time: 17 min
Psychotherapy Type: Supportive Therapy, Psychoeducation, Motivational Interviewing
Psychotherapy Description: Monitored patient psychological state and current symptom presentation, followed up on current learned coping skills to use at home and work. Motivational interviewing to clarify symptom profile as part of changes to differential diagnosis and treatment planning. Based on results of mental status exam and risk assessment, it was clinically indicated to further explore outcomes of self-care interventions.

Psychological Problem or Stressor Addressed: Anxiety/Depression

Intervention(s) or Handout Clinician Provided: Reinforced deep breathing exercises and using distraction healthy type behaviors to help improve mood. Cognitive behavioral therapy techniques to help them identify negative cognitions of self and current life stressors that may be contributing to current anxiety and depression.

Patient Response/Observation: Reports interventions do help to decrease anxiety and depressive moods on more days than not.

**Sabrina Guerrero** Date of Birth:

Measurable Goals: Patient will report a decrease in daily anxiety and sadness and evidence decreased scores on PHQ-9 and GAD-7 questionnaires.

Psychotherapy Progress: Fair progress towards goal.

**Medications**
Current Medications: Trintellix, 10 mg, Freq:
Ubrelvy, 50 mg, Freq:
valsartan, 80 mg, Freq:
hydroxyzine HCl, 25 mg, Freq:
meloxicam, 15 mg, Freq:
Rexulti, 1 mg, Freq: QD

Medication Side Effects: Patient denies medication side effects.
Past Psychiatric Medications: Celexa Zoloft Lexapro Effexor .
Escitalopram until December 2022 (On 2 years) .
Cymbalta (For neuropathic pain).
Anxiety this year.
Depression early 2000's.
Past Psychiatric Treatment and History including Interventional Psychiatry History: Counseling
Allergies/Adverse Reactions: Sulfa (Sulfonamides)

**Review of Systems**
Except for the systems documented in the HPI or detailed below, all other systems were reviewed and negative.

**Past Medical, Family and Social History**
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
From Goldsboro NC; raised by both parents
Married, one daughter
H/O sexual abuse during teenage years
EMDR therapy with Seanna Jones
Current Living Situation/Psychosocial Stressors: Spouse and daughter
Trauma History: Sexual abuse endorsed.

Smoking Status:
In the PAST 12 MONTHS, how often has the patient used tobacco or any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): Never.

In the PAST 3 MONTHS, did the patient smoke a cigarette containing or use any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): No.
Medical History: High Blood Pressure. Thyroid Problems.
Additional Past Medical History: Long Covid

**Risk/Protective Assessment**

Suicidal or Homicidal Ideation: Patient denies.
If the patient endorses suicidal or homicidal ideation, current Safety Plan discussed with patient, completed and present in chart: N/A.
Risk Factors: Patient denies.
Protective Factors: Patient denies.

**Exam / Mental Status**
Vitals: Weight: 341 pounds. Height: 64 inches. BMI: 58.5. Previous Weight: 343.6 pounds. .Weight Change Since Last Visit: -2.6 pounds. Respiration: 18. Height and weight reported by patient. Respirations measured by clinician via video.
Mood: Lessened depressive moods and anxiety.
Affect: Full and Appropriate. No tearfulness noted this visit.
General Appearance/Behavior: Alert. Appropriate dress, appropriate grooming and hygiene, appears stated age. No acute distress. Cooperative. Engaged.
Gait: Normal gait and upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent and normal rate, volume and articulation. Articulate. Fluent.
Language: Names objects appropriately. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Organized. Goal directed.
Memory: Recent memory is intact. Remote memory is intact.
Abnormal/Psychotic Thoughts: Patient denies suicidal ideation or thoughts of harm to others. No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention: Focused. Attention span is intact.
Judgment and Insight: Good insight. Judgment is not impaired.

Treatment plan collaboratively established and clearly communicated with the patient/guardian who understood and agreed to it.

**Problems**
Problem #1: Depression, Complexity/Severity: Moderate.
Problem #2: Anxiety, Complexity/Severity: Moderate.

LFST Mental Health Index and Other Symptom Measures::
Date Completed: 11/14/2023
GAD-7 = 6
PHQ-9 = 14

Functional Status and Formulation/Case Conceptualization:
Assessment: Sabrina presents today for med management appointment. Sabrina reports continued depression and anxiety related to ongoing medical issues and knowing her husband has been having an affair for years with a woman in SC where he is originally from. Noted to not become tearful when she talks about this today. Reports she used to love working as a Social Worker but has not worked in months due to her medical and mental health issues. She says she is still in process of getting disability. Reports is eating well describing herself as having a food addiction and that having gastric surgery several years ago did help with this. Reports sleep is fair. Denies thoughts of self harm but has had passive suicidality in the past. Would like to remain on

her current meds and will return for follow up in 8 weeks. Reports is keeping busy working on some crafts which she says has been enjoyable.

Formulation/Case Conceptualization:
Sabrina Guerrero is a 54 years old Female seen today via telehealth for an initial psychiatric evaluation and medication management.

Sabrina is married and has a 20 year old daughter. She is a social worker but is not working currently since struggling with long Covid since Feb 2022. Is currently prescribed Trintellix by her PCP. for depression. Other med trials include Zoloft, Lexapro, Prozac, Cymbalta, and Effexor. No psych hospitalizations, mania/hypomania, SA. Does report h/o olfactory hallucinations of scent of her father. Reports F sexually abused patient in her teen years.

Diagnosed by neurologist with vascular dementia after LP and MRI after work up for MS. MS negative. Says she does have evidence of cerebral ischemia on MRI. She reports short term memory loss, difficulty multitasking, poor focus and inability to concentrate since having covid. Says it is difficult to read a book. Went to speech therapy at UT. Chronic migraines, h/o gastric bypass 2001.

States the Trintellix helps with BODF. Has been taking it 6 months. Reports stressors including sister's death last year, M with health problems, marital stress, has not worked as a social worker since having COVID last year.

Medication Change Today or In the Interim Since the Last Visit: No.

For CS Rx cases, PDMP was reviewed where available: N/A.

New controlled substances prescription (post-PHE) today or since last visit: No.

**Assessment and Plan**
Medications:

Start: None
Continue: Trintellix 10mg by mouth daily
Continue: Rexulti 1mg by mouth daily
Continue: Medical medications per her PCP
Discontinue: None
PRN medications: None

*Adjunct Treatment: Continue psychotherapy with Carol Lucas as scheduled.

Collaborate with: Therapist and GP as needed for collaboration of care

*Lifestyle/Behavior Modification: Educated on importance of healthy diet, adequate fluid intake, and exercise in managing our MH.

If symptoms do not improve or recur, consider: Call office for follow up appt. or 911 in urgent situation. If you are in immediate danger go to the nearest emergency room or dial 911 for help. 988 is another National Crisis

Hotline. Mobile Crisis 865-539-2409, National Suicide Prevention Lifeline 800-273-8255, TN statewide crisis line 855-274-7471.

Follow up In: 8 weeks

Patient Instruction/Education Provided: Provided education on current med regime (purpose, how to take, potential risks, side effects and expectations of, and alternatives). Patient agreeable to plan. Management of transient symptoms as well and how to reach me at office via phone or patient portal with any problems/ questions.

Patient was provided with instructions regarding diagnosis and recommendations. Questions were welcomed and answered.

PCP Coordination Today or In the Interim Since the Last Visit: No.

**Diagnoses**
F33.1 MAJ DEPRESS D/O RECURRENT MOD
F41.1 GENERALIZED ANXIETY DISORDER
F42.9 Obsessive-compulsive disorder, unspecified

R/O PTSD

Electronically Signed: Edelyn Bishop PMHNP on/at 1/15/2024 6:45:22 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 01/23/2024**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

If visit was performed using Telehealth, informed consent obtained and patient location verified.
Patient Location: Home.

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. Client (cl) reported to therapist (th) feeling anxious, sad, and confused.

Has not gotten out d/t weather. Has appt tomorrow. afraid of falling. Has not bothered her to not be able to get out. Thought of getting out increases distress. Thinks about where she has to go, amount of time to get there and what if she has to walk too far. "I'm trying to think of every possibility and plan for it." Th educated re influence of OCD.

Remembering things she has not remembered before. Not always a traumatic memory but makes her want to cry anyway. Used to be no memories of childhood. "I feel very confused."

Processed relationship with D. Tend to do work at home when together. Plan to do things and do not finish them. "I have to change my expectations." Affecting relationship with D. Th encouraged cl to ask herself if she needs an expectation in a situation or can just wait to see what happens. Also discussed setting time goal for how long will work rather than focussing on outcome.

Discussed planning to do things they enjoy as well. likes- movies, reading (struggels with concentration), painting. Space is so chaotic there is no space to have enjoyable interactions. Discussed targetting clearing a space for them to have activities they enjoy first.

Did not hound H for not helping for the days he was home from work. Frustrated with him. frustration level- "I could scream." does not need it meticulous. Target is to have things where she could find them. Loses sight of progress she has made at times, but noted, " the big mountain is becoming a small mountain." Sees progress but not done so somethimes thinks not good enough, not perfect. Th reviewed use of response prevention and thought challenges for mood management.

LFST Mental Health Index and Other Symptom Measures:
Date Completed: 11/14/2023
GAD-7 = 6
PHQ-9 = 14

Therapeutic Interventions in Session: H Darwin, D Isabella
Next: Setting time goal for productivity rather than task. perfection scale
D: diagnoses, bears, response prevention, communication. How support each other now. What need from each other. permission to set limits about conversations.
feels like she was not as present, affectionate, as she wanted to be.
avoiding emotion.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 01/23/2024**

**Sabrina Guerrero** Date of Birth:

attachment/need even if abused=I'm bad
Treatment plan (trauma and ocd), address task completion.
SUDS/ERP fridge/dishwasher.
self-criticism loop. perfection loop. 9 yo part. "How do I stop that dialogue. and projecting it on my daughter."
"when will enough be enough." offer another way. Continue trying to engage. Coach to breathe and let her share current wisdom.
TMS?
tricks of OCD/ pattern, handout. ERP, responding with relaxed body for threats.
status assertive communication/I statements instead of demanding.
Obsessions/perceived threat list-
need to know, figure out, understand
need for symmetry/exactness/order
need for efficiency/time
contamination
need for perfection

compulsions
procrastination
overanalyzing and ruminating.
checking/researching
ordering/arranging
prevention (process for washing clothes).

knot in stomach- stretching. What is it saying.
D- perceiving guilt complex. "You." not touchy feely, encouraging.
part that says "I'm not confrontational." what does assertiveness look like?
"little girl" part of hersef who takes responsiblity for other's feelings and behavior and feels sad and guilty if anyone is upset- offer what she needs.
part that has to keep D on track
part that feels bad for not being emotionally available for D. "Part that hurts the most." "She feels like the only thing I notice is what she hasn't done and I'm not recognizing the things she does right." Expectation to do. Not intentional. It's not in my nature to stroke someone's ego. I thought I brought you up to be a strong, independent person who could stand on her own."
part frustrated/angry w/M's need to please cl's B. Did with cl's F as well.
part that wants to protect.
part that feels guilty. 2nd grade- M's cookies, elem- babysitter's gift she did not like. "I felt guilt knowing I hurt somebody. I wounded them."
using acceptance/non-judement.Repeat ybocs.
emotional purchases
Perception change from trauma
PTSD assmt- onset of initial intrusive memories, smell, etc?
Cognitive distortions review/handout.
responding with relaxed body.
watch video? In vivo exposure with thought of friends coming to help at her house.
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

Meds- Leah

**Sabrina Guerrero** Date of Birth:

CBT, Supportive Therapy, IFS, psychoeducation, ERP

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.

Smoking Status:
In the PAST 12 MONTHS, how often has the patient used tobacco or any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): Never.

In the PAST 3 MONTHS, did the patient smoke a cigarette containing or use any other nicotine delivery product (i.e., e-cigarette, vaping or chewing tobacco): No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
If the patient endorses suicidal or homicidal ideation, current Safety Plan discussed with patient, completed and present in chart: N/A.
Risk Factors: Patient denies.
Protective Factors: Patient denies.

**Mental Status Exam**
Mood: Anxious. Frustrated. Sad.
Affect: Dysphoric. Tearful.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F33.1 MAJ DEPRESS D/O RECURRENT MOD
F41.1 GENERALIZED ANXIETY DISORDER
F42.9 Obsessive-compulsive disorder, unspecified

R/O PTSD

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 01/23/2024**

**Sabrina Guerrero** Date of Birth:

Start time: 3:08 pm
End time: 4:10 pm
Total time: 62

Interactive Complexity: No.

**Treatment Plan**
Patient Instructions: Continue ind therapy and med mangement

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

PCP Coordination Today or In the Interim Since the Last Visit: No.

Presenting Problem #1: Anxiety. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day. (Met).
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: mindfulness based CBT, Supportive Therapy, psychoeducation.
Anticipated Time Frame to Goal Completion: TPR 10/24/23. Due 4/24
6 months.

Presenting Problem #2: Depression. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: TPR 10/24/23. Due 4/24

6 months.

Presenting Problem #3: Trauma history. Chronic.
Severity: Moderate.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: TPR 10/24/23. Due 4/24
6 months.

Presenting Problem #4: OCD. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #4: Decrease negative impact of OCD on current functioning
Objectives:
4a. Identify perceived threats (Met).
4b. Learn and use in vivo response prevention and ERP to build tolerance related to obsessions/perceived threats.
Treatment Model/Interventions: ERP, Supportive Therapy, Psychoeducation
Anticipated Time Frame to Goal Completion: TPR 10/24/23. Due 4/24
6 months.

Electronically Signed: CAROL LUCAS LCSW on/at 1/27/2024 9:18:29 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 02/13/2024**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

Patient Location: In office.

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. Client (cl) reported to therapist (th) feeling sad, anxious. Tearful in session. Tired. post COVID. Trying to not take naps everyday. Had done better with not doing them daily but now taking them more often again. Th encouraged cl to listen to her body and to remind herself she is still recovering from last episode of COVID.

processed stressors. contract on sister's house. had to take less than asking price. Should close on 2/26. Still waiting to hear back on sister's taxes. Not getting answers from accountant. Frustrated. Needs to make piles of all of her sister's bills to send to her B. Mixed in with her papwerwork. Sister passed away 4/22. Felt overwhelming sense of grief with sale of the house. Was close to sister. Busy with handling her estate so has not grieved. Also sad re state of M's home and her decline. B living there again. Tearful about M's situation. Shutting down emotion. "Emotion makes other people feel uncomfortable." Especially shutting it down with H. Felt exhausted and tired. Started crying. H asking what was wrong. cut off emotion b/c sensed he was uncomfortable. fawn response. perfectionistic thinking with people pleasing. environment waxed and waned through her life from being ordered to chaotic. Currently chaotic. Working on the bar at her house and sees progress.

Processed feeling about being approved for disability. 1/3 of what she made. Struggles functioning when thinking about making it on her own without H's income. Afraid of the stress and affect on her cognition.

Th sent YBOCS/LMHI to repeat. Also discussed plan to assess for type of perfectionism next session. Th also provided support via listening, validating, and encouraging.

LFST Mental Health Index and Other Symptom Measures:
Date Completed: 02/13/2023
GAD-7 = 4
PHQ-9 = 13

Therapeutic Interventions in Session: H Darwin, D Isabella. sister died 4/22
Next: YBOCS repeated? **Setting time goal for productivity rather than task? **assess perfection type. OCD sees as vulneraiblity. **part needing perfection- onset. Talked about IFS?
avoiding emotion. part afraid of emotion.
attachment/need even if abused=I'm bad
Treatment plan (trauma and ocd), address task completion.
SUDS/ERP fridge/dishwasher.

self-criticism loop. perfection loop. 9 yo part that thinks that she is never enough. Just one more. "How do I stop that dialogue. and projecting it on my daughter." "when will enough be enough." offer another way. Continue trying to engage. Coach to breathe and let her share current wisdom.
TMS?
tricks of OCD/ pattern, handout. ERP, responding with relaxed body for threats.
status assertive communication/I statements instead of demanding.
Obsessions/perceived threat list-
need to know, figure out, understand
need for symmetry/exactness/order
need for efficiency/time
contamination
need for perfection

compulsions
procrastination
overanalyzing and ruminating.
checking/researching
ordering/arranging
prevention (process for washing clothes).

knot in stomach- stretching. What is it saying.
D- perceiving guilt complex. "You." not touchy feely, encouraging.
part that says "I'm not confrontational." what does assertiveness look like?
"little girl" part of hersef who takes responsiblity for other's feelings and behavior and feels sad and guilty if anyone is upset- offer what she needs.
part that has to keep D on track
part that feels bad for not being emotionally available for D. "Part that hurts the most." "She feels like the only thing I notice is what she hasn't done and I'm not recognizing the things she does right." Expectation to do. Not intentional. It's not in my nature to stroke someone's ego. I thought I brought you up to be a strong, independent person who could stand on her own."
part frustrated/angry w/M's need to please cl's B. Did with cl's F as well.
part that wants to protect.
part that feels guilty. 2nd grade- M's cookies, elem- babysitter's gift she did not like. "I felt guilt knowing I hurt somebody. I wounded them."
using acceptance/non-judement.Repeat ybocs.
emotional purchases
Perception change from trauma
PTSD assmt- onset of initial intrusive memories, smell, etc?
Cognitive distortions review/handout.
responding with relaxed body.
watch video? In vivo exposure with thought of friends coming to help at her house.
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

Meds- Leah

CBT, Supportive Therapy, IFS, psychoeducation, ERP

**Past Medical, Psychiatric, Family and Social History**

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 02/13/2024**

**Sabrina Guerrero** Date of Birth:

No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
If the patient endorses suicidal or homicidal ideation, current Safety Plan discussed with patient, completed and present in chart: N/A.
Risk Factors: NA
Protective Factors: NA

**Mental Status Exam**
Mood: Anxious. Sad. Frustrated.
Affect: Full and Appropriate.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F33.1 MAJ DEPRESS D/O RECURRENT MOD
F41.1 GENERALIZED ANXIETY DISORDER
F42.9 Obsessive-compulsive disorder, unspecified

R/O PTSD

Start time: 3:12 pm
End time: 4:11 pm
Total time: 59

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management

LifeStance Health
10025 INVESTMENT DRIVE SUITE 100
KNOXVILLE, TN 37932-2664
(865) 588-3173 Fax: (865) 588-3174
Carol D Lucas, LCSW
Visit Date: 02/13/2024

**Sabrina Guerrero** Date of Birth:

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

PCP Coordination Today or In the Interim Since the Last Visit: No.

Presenting Problem #1: Anxiety. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day. (Met).
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: mindfulness based CBT, Supportive Therapy, psychoeducation.
Frequency, Type and Length of Treatment Recommended: TPR 10/24/23. Due 4/24
6 months.

Presenting Problem #2: Depression. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Frequency, Type and Length of Treatment Recommended: TPR 10/24/23. Due 4/24
6 months.

Presenting Problem #3: Trauma history. Chronic.
Severity: Moderate.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.

3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Frequency, Type and Length of Treatment Recommended: TPR 10/24/23. Due 4/24
6 months.

Presenting Problem #4: OCD. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #4: Decrease negative impact of OCD on current functioning
Objectives:
4a. Identify perceived threats (Met).
4b. Learn and use in vivo response prevention and ERP to build tolerance related to obsessions/perceived threats.
Treatment Model/Interventions: ERP, Supportive Therapy, Psychoeducation
Frequency, Type and Length of Treatment Recommended: TPR 10/24/23. Due 4/24
6 months.

Electronically Signed: CAROL LUCAS LCSW on/at 2/18/2024 4:04:14 AM

Billing: Payment Overview

| Payment Id | Date | Pmt Type | Payment Source | Method | Authorization No. | Payment | Voided | Applied | Unapplied | Credit |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Total | | 597.42 | 0.00 | 572.42 | 25.00 | 25.00 |
| 169896692 | 02/16/2024 | Patient - All | GUERRERO, SABRINA M | Visa | 03815G | 266.00 | 0.00 | 266.00 | 0.00 | 0.00 |
| 163876631 | 10/23/2023 | Patient - All | GUERRERO, SABRINA M | Visa | 033562 | 25.00 | 0.00 | 0.00 | 25.00 | 25.00 |
| 158755598 | 07/17/2023 | Patient - All | GUERRERO, SABRINA M | Visa | 041372 | 25.00 | 0.00 | 25.00 | 0.00 | 0.00 |
| 155497509 | 05/15/2023 | Patient - All | GUERRERO, SABRINA M | Visa | 034764 | 25.00 | 0.00 | 25.00 | 0.00 | 0.00 |
| 149275576 | 01/19/2023 | Patient - All | GUERRERO, SABRINA M | Visa | 577076 | 22.00 | 0.00 | 22.00 | 0.00 | 0.00 |
| 149275547 | 01/19/2023 | Patient - All | GUERRERO, SABRINA M | Cash | | 3.00 | 0.00 | 3.00 | 0.00 | 0.00 |
| 146534566 | 11/23/2022 | Patient - All | GUERRERO, SABRINA M | Visa | 058867 | 20.44 | 0.00 | 20.44 | 0.00 | 0.00 |
| 139651488 | 07/13/2022 | Patient - All | GUERRERO, SABRINA M | Visa | 032130 | 50.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| 136370225 | 05/09/2022 | Patient - All | GUERRERO, SABRINA M | Visa | 058406 | 25.00 | 0.00 | 25.00 | 0.00 | 0.00 |
| 134672215 | 04/06/2022 | Patient - All | GUERRERO, SABRINA M | Visa | 057252 | 28.32 | 0.00 | 28.32 | 0.00 | 0.00 |
| 132779216 | 03/01/2022 | Patient - All | GUERRERO, SABRINA M | Visa | 056588 | 20.00 | 0.00 | 20.00 | 0.00 | 0.00 |
| 132496640 | 02/24/2022 | Patient - All | GUERRERO, SABRINA M | Visa | 033971 | 22.93 | 0.00 | 22.93 | 0.00 | 0.00 |
| 127098136 | 11/04/2021 | Patient - All | GUERRERO, SABRINA M | Visa | 058168 | 26.81 | 0.00 | 26.81 | 0.00 | 0.00 |
| 117970986 | 05/06/2021 | Patient - All | GUERRERO, SABRINA M | Visa | 049287 | 12.92 | 0.00 | 12.92 | 0.00 | 0.00 |
| 30825090 | 12/28/2015 | Patient - All | GUERRERO, SABRINA M | Visa | 025523 | 25.00 | 0.00 | 25.00 | 0.00 | 0.00 |

## Patient Record for GUERRERO, SABRINA M

**Created On: February 14, 2024**

| Patient: | GUERRERO, SABRINA | MRN: | HF110836966 |
|---|---|---|---|
| Birthdate: | | Sex: | Female |
| Emergency Contact: | GUERRERO, DARWIN | | |

**Encounters List**

| Service Date | Opened | Provider | Signed By | Cosigned By | Diagnosis |
|---|---|---|---|---|---|
| 10/23/2023 09:15 AM US/Eastern | 10/23/2023 | Epling, Amy | Epling, Amy | | |
| 07/17/2023 11:30 AM US/Eastern | 07/17/2023 | Epling, Amy | Epling, Amy | Phillips, Floyd | |
| 05/15/2023 09:30 AM US/Eastern | 05/15/2023 | Phillips, Floyd | Phillips, Floyd | | |
| 01/19/2023 02:00 PM US/Eastern | 01/19/2023 | Phillips, Floyd | Phillips, Floyd | | |
| 08/08/2022 11:30 AM US/Eastern | 08/08/2022 | Phillips, Floyd | Phillips, Floyd | | |
| 05/09/2022 02:15 PM US/Eastern | 05/09/2022 | Phillips, Floyd | Phillips, Floyd | | |
| 04/06/2022 02:30 PM US/Eastern | 04/06/2022 | Phillips, Floyd | Phillips, Floyd | | |
| 03/17/2022 02:30 PM US/Eastern | 03/17/2022 | Moore, Amber | Moore, Amber | Phillips, Floyd | |
| 02/24/2022 09:30 AM US/Eastern | 02/24/2022 | Moore, Amber | Moore, Amber | Phillips, Floyd | |
| 02/07/2022 09:20 AM US/Eastern | 02/07/2022 | Moore, Amber | Moore, Amber | Phillips, Floyd | |
| 01/25/2022 09:00 AM US/Eastern | 01/25/2022 | Epling, Amy | Epling, Amy | | |
| 12/01/2021 02:00 PM US/Eastern | 12/01/2021 | Epling, Amy | Epling, Amy | Phillips, Floyd | |
| 11/04/2021 03:00 PM US/Eastern | 11/04/2021 | Moore, Amber | Moore, Amber | Phillips, Floyd | |
| 07/07/2021 02:30 PM US/Eastern | 07/07/2021 | Moore, Amber | Moore, Amber | Phillips, Floyd | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | GUERRERO, SABRINA M (Female) | **DOB:**<br>**Race:**<br>**Language:**<br>**Ethnicity:** | (54)<br>White<br>English<br>Not Hispanic or Latino | **Encounter ID:**<br>**Primary Ins:** | 172883312<br>Blue Cross Blue Shield Tennessee (BCBS TN) |
| **Location:** | Phillips Healthcare Group, P.C.<br>6890 W. A. J. HWY<br>talbott, TN, 37877-0879<br>(423)839-2120 | **Provider:** | NP Amy Epling, APN | **Servicing Provider:** | Epling, Amy |
| **DOS:** | 10/23/2023 09:15 AM US/Eastern | | | | |

## Subjective

**Chief Complaint: Menses - Heavy Bleed or Clots**

**History of Present Illness - Menses - Heavy Bleed or Clots**

**Quality**

**Reported:** regular menstrual cycle; menstrual cycle of 26-30 days; decrease in menstrual cycle length; changing sanitary product every 1-2 hours, awakening from sleep to change pad or tampon; menstrual period lasting 3-4 days; passing menstrual blood clots, ; less than quarter-size.

**Severity**

**Reported:** worse since onset.

**Denied:** affecting daily activities.

**Duration**

**Reported:** less than 1 week.

**Timing**

**Reported:** sudden onset.

**Context**

**Reported:** pt in office today for heavy menstrual bleeding. Pt states she has not had a period in 7 years. Pt states she thought she went through menapause already. She states she is bleeding through a tampon and a pad about every 2 hours. cw

**Denied:** currently pregnant.

**Associated Signs and Symptoms**

**Denied:** fever.

**Medication List**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 08/14/2023 | VALSARTAN 80 MG TABLET | TAKE 1 TABLET BY MOUTH EVERY DAY | 90 | 0 | Active |
| 07/17/2023 | prednisone 10 mg tablets in a dose pack | 1 packet by mouth as directed; Take as directed in pack. | 1 | 0 | Active |
| 06/23/2023 | cetirizine 10 mg tablet | * 1 tablet by mouth daily | 90 | 0 | Active |
| 06/22/2023 | cetirizine 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 06/05/2023 | ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule | 1 capsule by mouth 2 times weekly | 9 | 11 | Active |
| 05/18/2023 | cephalexin 500 mg capsule | 1 capsule by mouth twice a day | 20 | 0 | Active |
| 05/15/2023 | nystatin 100,000 unit/gram topical powder | 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed. | 90 | 5 | Active |
| 05/15/2023 | sucralfate 1 gram tablet | TAKE 1 TABLET BY MOUTH 4 TIMES DAILY | 120 | 3 | Active |
| 05/15/2023 | pantoprazole 20 mg tablet,delayed release | TAKE 2 TABLETS BY MOUTH ONCE DAILY | 60 | 3 | Active |
| 02/15/2023 | meloxicam 15 mg tablet | 1 tablet by mouth daily | 30 | 11 | Active |

Electronically Signed and Reviewed by EPLING, AMY 10/29/2023 16:32:11

| | | | | | |
|---|---|---|---|---|---|
| 02/06/2023 | Trintellix 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 01/19/2023 | hydroxyzine HCl 25 mg tablet | * 1 tablet by mouth daily | 30 | 0 | Active |
| 01/19/2023 | sumatriptan 100 mg tablet | TAKE 1 TABLET BY MOUTH AT ONSET OF MIGRAINE. MAY REPEAT IN 2 HOURS AS NEEDED. MAX 2 TABLET IN 24 HOURS | 10 | 0 | Active |
| 01/19/2023 | topiramate 50 mg tablet | * 1 tablet by mouth daily | 30 | 0 | Active |
| 11/21/2022 | minocycline 100 mg capsule | * 1 capsule by mouth twice a day | 180 | 0 | Active |
| 08/08/2022 | benzonatate 200 mg capsule | 1 capsule by mouth twice a day | 60 | 6 | Active |
| 08/08/2022 | famotidine 40 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 08/08/2022 | fluticasone propionate 50 mcg/actuation nasal spray,suspension | 2 puff in the nostrils daily | 3 | 4 | Active |
| 08/08/2022 | albuterol sulfate HFA 90 mcg/actuation aerosol inhaler | 2 puff inhale every 4-6 hours as needed (PRN); prn cough, wheeze, or SOB | 3 | 5 | Active |
| 12/31/2018 | MM-Zyme tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 3 | Active |
| 07/03/2017 | cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution | * 1 mL intramuscular once a month | 3 | 11 | Active |

**Allergies**

Sulfa (Sulfonamide Antibiotics)

**Review of Systems**

**Constitutional**

**Denied:** Fever. Weight loss. Chills. Weakness. Weight gain.

**Head**

**Denied:** Headaches. dizziness. Fainting. Head Injury.

**Eyes**

**Denied:** Blurry Vision. Vision Loss. Eye Pain. Redness. Infections.

**ENT**

**Nose**

**Denied:** Discharge. Infections. Nosebleeds.

**Mouth**

**Denied:** Postnasal drip. Hoarseness.

**Ears**

**Denied:** Discharge. Dizziness. Infections. Pain.

**Respiratory**

**Denied:** Coughing Blood. Cough. Short of Breath.

**Cardiovascular**

**Denied:** Chest pain. High Blood Pressure. Palpitations. Short of Breath - Exertion. Leg Pain - Walking.

**Gastrointestinal**

**Denied:** Abdominal pain. Change in stool color. Nausea. Diarrhea. Vomiting. Rectal bleeding. Constipation. Heartburn. Infections.

**Musculoskeletal**

**Denied:** Weakness. Joint pain.

**Psychiatric**

**Denied:** Behavioral Change. Disorientation. Memory loss.

**Skin**

**Denied:** Rashes.

**Neurological**

**Denied:** Fainting. Paralysis. Headaches. numbness.

**Endocrine**

**Denied:** Fatigue.

Electronically Signed and Reviewed by EPLING, AMY 10/29/2023 16:32:11

**Hematologic/Lymph**

**Denied:** Bleeding Easily. Blood Clots.

**Allergic/Immunologic**

**Denied:** Coughing. Runny Nose. Sneezing.

**Genitourinary**

**Female Genitalia**

**Reported:** Change in Periods - Flow.

**Denied:** Birth control. Difficult Pregnancy. Hernias. Postmenopausal bleeding. Sexual problems. Menopause. Bleeding between periods. Change in Periods - Interval. Discharge. Itching. Menstrual Pain. Recent Pap Smear. Venereal Disease. Change in Periods - Duration. DES exposure. Fertility problems. Lesions. Pain on Intercourse. Recent pregnancy.

## Objective

**Vital Signs**

**Blood Pressure**

130/70 (Left Brachial, Sitting, Standard, Normal)

**Pulse**

70 (Left Radial, REGULAR rhythm, Normal quality, Normal)

**Respirations**

18 (Normal quality, NORMAL rhythm, Normal)

**Temperature**

97.5 F (Right Tympanic Membrane, Normal)

**Weight**

333.2 lb

**Height**

5' 5"

**BMI Flag**

Obese ( 55.4 )

**Physical Exam**

**Constitutional**

**Apparent State of Health:** This patient appears chronically ill

**Nutrition:** The patient is obese

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

**Eyes**

**External Eye**

The eyelids are without lesions. The sclera is white and the conjunctiva pink.

**Respiratory**

**Effort**

The patient is relaxed and breathes without effort. The patient is not cyanotic. There is no acessory muscle use or intercostal retractions.

**Auscultation**

There are no crackles, wheezes, rhonchi, stridor or pleural rubs. There is no bronchophony, egophony, or whispered pectoriloquy.

**Cardiovascular**

**Heart Auscultation**

Electronically Signed and Reviewed by EPLING, AMY 10/29/2023 16:32:11

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Edema / PVD**

There is no pitting edema of the lower extremities.There are no changes consistent with arterial insufficiency; there are no varicosities or stasis changes. Calves are supple and nontender.

**Gastrointestinal**

The abdomen is soft and nontender; there is no guarding or rigidity. Bowel sounds are normal. There are no palpable masses. There is no hepatosplenomegaly. There is no costovertebral angle (CVA) tenderness.

**Psychiatric**

**Orientation**

The patient is oriented to time, place and person.

**Problem List**

Benign Essential Hypertension (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

Vitamin D Deficiency (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

Post-Gastrointestinal Tract Surgery Malnutrition (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

Iron Deficiency Anemia (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

## Assessment

**Diagnosis**

N939 Abnormal uterine and vaginal bleeding, unspecified

N951 Menopausal and female climacteric states

## Plan

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Mod 30-39 Min | 99214 | 1 UN | | |

**Care Plan**

**Note 1**

- Patient has not had a period in 7 years.
- has been bleeding for one week
- changing a pad and tampon every 2 hours.
- mother and aunt both had hysterectomy in 30s, unsure of female cancer hx.
- assessing labs today
- last pap was over 3 years ago
- Attempting to get her in with GYN this week. Suspicious for malignancy.

Electronically Signed and Reviewed by EPLING, AMY 10/29/2023 16:32:11

**Rendering Provider Signature**



Electronically Signed and Reviewed by EPLING, AMY 10/29/2023 16:32:11

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | GUERRERO, SABRINA M (Female) | **DOB:** | (54) | **Encounter ID:** | 166936164 |
| | | **Race:** | White | **Primary Ins:** | Blue Cross Blue Shield Tennessee (BCBS TN) |
| | | **Language:** | English | | |
| | | **Ethnicity:** | Not Hispanic or Latino | | |
| **Location:** | Phillips Healthcare Group, P.C.<br>6890 W. A. J. HWY<br>talbott, TN, 37877-0879<br>(423)839-2120 | **Provider:** | NP Amy Epling, APN | **Servicing Provider:** | Epling, Amy |
| **DOS:** | 07/17/2023 11:30 AM US/Eastern | | | | |

## Subjective

**Chief Complaint: left knee pain, Knee Pain**

**History of Present Illness - left knee pain**

**Location**

**Reported:** left pain

**Quality**

**Reported:** pain, warmth

**Severity**

**Reported:** moderate, not controlled

**Duration**

**Reported:** ongoing

**Timing**

**Reported:** intermittent, onset last Thursday

**Context**

**Reported:** Pt in office today for left knee pain that she has had since last Thursday. Pt states that she just stood up from a sitting position and felt pain. Pt states that besides the pain she has noticed warmth around her knee and behind it that radiates down to her ankle. Pt states that she did not hear a pop or feel anything but the pain has gotten significantly worse. Pt does not have a preference on where she goes if imaging is needed. lls

**History of Present Illness - Knee Pain**

**Location**

**Reported:** entire, left knee; radiation, to radiates down to ankle .

**Quality**

**Reported:** achy, burning, dull; ability to bear weight.

**Severity**

**Reported:** moderate; worse since onset.

**Denied:** affecting daily activities, affecting sleep.

**Duration**

**Reported:** 4-6 days.

**Timing**

**Reported:** occurring throughout the day; constant; sudden onset; initial onset.

**Context**

**Denied:** recent trauma.

**Modifying Factors**

**Reported:** exacerbated with knee movements.

**Associated Signs and Symptoms**

Electronically Signed and Reviewed by EPLING, AMY 07/17/2023 18:32:25

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 08/08/2023 12:08:42

**Reported:** warmth.
**Denied:** erythematous, edema, tender to palpation.

**Medication List**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 06/23/2023 | cetirizine 10 mg tablet | * 1 tablet by mouth daily | 90 | 0 | Active |
| 06/22/2023 | cetirizine 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 06/05/2023 | ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule | 1 capsule by mouth 2 times weekly | 9 | 11 | Active |
| 05/18/2023 | cephalexin 500 mg capsule | 1 capsule by mouth twice a day | 20 | 0 | Active |
| 05/15/2023 | nystatin 100,000 unit/gram topical powder | 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed. | 90 | 5 | Active |
| 05/15/2023 | sucralfate 1 gram tablet | TAKE 1 TABLET BY MOUTH 4 TIMES DAILY | 120 | 3 | Active |
| 05/15/2023 | pantoprazole 20 mg tablet,delayed release | TAKE 2 TABLETS BY MOUTH ONCE DAILY | 60 | 3 | Active |
| 02/15/2023 | meloxicam 15 mg tablet | 1 tablet by mouth daily | 30 | 11 | Active |
| 02/06/2023 | Trintellix 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 01/19/2023 | hydroxyzine HCl 25 mg tablet | * 1 tablet by mouth daily | 30 | 0 | Active |
| 01/19/2023 | sumatriptan 100 mg tablet | TAKE 1 TABLET BY MOUTH AT ONSET OF MIGRAINE. MAY REPEAT IN 2 HOURS AS NEEDED. MAX 2 TABLET IN 24 HOURS | 10 | 0 | Active |
| 01/19/2023 | topiramate 50 mg tablet | * 1 tablet by mouth daily | 30 | 0 | Active |
| 11/21/2022 | minocycline 100 mg capsule | * 1 capsule by mouth twice a day | 180 | 0 | Active |
| 08/08/2022 | benzonatate 200 mg capsule | 1 capsule by mouth twice a day | 60 | 6 | Active |
| 08/08/2022 | valsartan 80 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 08/08/2022 | fluticasone propionate 50 mcg/actuation nasal spray,suspension | 2 puff in the nostrils daily | 3 | 4 | Active |
| 08/08/2022 | albuterol sulfate HFA 90 mcg/actuation aerosol inhaler | 2 puff inhale every 4-6 hours as needed (PRN); prn cough, wheeze, or SOB | 3 | 5 | Active |
| 08/08/2022 | famotidine 40 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 12/31/2018 | MM-Zyme tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 3 | Active |
| 07/03/2017 | cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution | * 1 mL intramuscular once a month | 3 | 11 | Active |

**Allergies**
Sulfa (Sulfonamide Antibiotics)

**Review of Systems**
**Constitutional**
**Denied:** Fever. Weight loss. Chills. Weakness. Weight gain.
**Head**
**Denied:** Headaches. dizziness. Fainting. Head Injury.
**Eyes**
**Denied:** Blurry Vision. Vision Loss. Eye Pain. Redness. Infections.
**ENT**
**Nose**
**Denied:** Discharge. Infections. Nosebleeds.
**Mouth**
**Denied:** Postnasal drip. Hoarseness.
**Ears**
**Denied:** Discharge. Dizziness. Infections. Pain.
**Respiratory**
**Denied:** Coughing Blood. Cough. Short of Breath.

Electronically Signed and Reviewed by EPLING, AMY 07/17/2023 18:32:25
Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 08/08/2023 12:08:42

**Cardiovascular**

**Denied:** Chest pain. High Blood Pressure. Palpitations. Short of Breath - Exertion. Leg Pain - Walking. Chest Pain. Swelling of Legs.

**Gastrointestinal**

**Denied:** Abdominal pain. Change in stool color. Nausea. Diarrhea. Vomiting. Rectal bleeding. Constipation. Heartburn. Infections.

**Musculoskeletal**

**Reported:** Restricted Motion. Weakness. Joint Pain. Joint stiffness.

**Denied:** Joint pain.

**Psychiatric**

**Denied:** Behavioral Change. Disorientation. Memory loss.

**Skin**

**Denied:** Rashes.

**Neurological**

**Denied:** Fainting. Paralysis. Headaches. numbness.

**Endocrine**

**Denied:** Fatigue.

**Hematologic/Lymph**

**Denied:** Bleeding Easily. Blood Clots.

**Allergic/Immunologic**

**Denied:** Coughing. Runny Nose. Sneezing.

## Objective

**Vital Signs**

**Blood Pressure**

142/60 (Left Brachial, Sitting, Standard, High)

**Pulse**

82 (Left Radial, REGULAR rhythm, Normal quality, Normal)

**Respirations**

16 (Normal quality, NORMAL rhythm, Normal)

**Temperature**

97.9 F (Right Tympanic Membrane, Normal)

**Weight**

334 lb

**Height**

5' 5"

**BMI Flag**

Obese ( 55.6 )

**Physical Exam**

**Constitutional**

**Apparent State of Health:** This patient appears chronically ill

**Nutrition:** The patient is obese, edematous

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

**Eyes**

Electronically Signed and Reviewed by EPLING, AMY 07/17/2023 18:32:25

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 08/08/2023 12:08:42

**External Eye**

The eyelids are without lesions. The sclera is white and the conjunctiva pink.

**Respiratory**

**Effort**

The patient is relaxed and breathes without effort. The patient is not cyanotic. There is no acessory muscle use or intercostal retractions.

**Auscultation**

There are no crackles, wheezes, rhonchi, stridor or pleural rubs. There is no bronchophony, egophony, or whispered pectoriloquy.

**Cardiovascular**

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Edema / PVD**

There is no pitting edema of the lower extremities.There are no changes consistent with arterial insufficiency; there are no varicosities or stasis changes. Calves are supple and nontender.

**Musculoskeletal**

**Left Knee**

**Inspection Palpation**

**Anterior**

**Patella:** There is edema located on the medial portion. Upon palpation there is crepitus

**Alignment**

The alignment of the knee and patella are normal; there is no varus or valgus malalignment of the knee or rotational malalignment of the patella.

**Range of Motion**

Range of motion testing of the knee reveals no restriction or instability related to ligamentous laxity.

**Muscle Testing**

Strength testing of the major motor muscles of the knee is graded at 5/5.

**Psychiatric**

**Orientation**

The patient is oriented to time, place and person.

**Problem List**

Benign Essential Hypertension (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin D Deficiency (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Post-Gastrointestinal Tract Surgery Malnutrition (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Iron Deficiency Anemia (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

## Assessment

**Diagnosis**

M25562 Pain in left knee
E669 Obesity, unspecified

## Plan

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|

Electronically Signed and Reviewed by EPLING, AMY 07/17/2023 18:32:25

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 08/08/2023 12:08:42

| | | |
|---|---|---|
| Office O/p Est Low 20-29 Min | 99213 | 1 UN |
| Syst Bp >= 140 Mm Hg | 3077F | 1 UN |
| Diast Bp < 80 Mm Hg | 3078F | 1 UN |

**Care Plan**
**Pain in left knee**

**Knee Pain - Initial**

- NSAID use and avoid impact activity on the knee
- Plan Xray of the knee and follow up after report returns to determine if further imaging such as MRI is warranted
- Consider orthopedic referral if not improving with conservative therapy or if warranted by Xray/MRI results

**Rendering Provider Signature**

Amy Epling FNP-C

**Cosigner Signature**

Signature

Electronically Signed and Reviewed by EPLING, AMY 07/17/2023 18:32:25

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 08/08/2023 12:08:42

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | GUERRERO, SABRINA M (Female) | **DOB:** | (54) | **Encounter ID:** | 163305715 |
| | | **Race:** | White | **Primary Ins:** | Blue Cross Blue Shield Tennessee (BCBS TN) |
| | | **Language:** | English | | |
| | | **Ethnicity:** | Not Hispanic or Latino | | |
| **Location:** | Phillips Healthcare Group, P.C.<br>6890 W. A. J. HWY<br>talbott, TN, 37877-0879<br>(423)839-2120 | **Provider:** | Floyd Edward Phillips, MD | **Servicing Provider:** | Phillips, Floyd |
| **DOS:** | 05/15/2023 09:30 AM US/Eastern | | | | |

## Subjective

**Chief Complaint: Discuss Visit with Dr. Hussain**

54 y/o female presents to discuss OV visit with Dr. Hussain and aquatic therapy referral. Patient states she initially saw Dr. Hussain on 2/24/23. She did have an MRI of the brain since then that we do not have record of. She states there is a space between her brain and skull. She states she also had a lumbar puncture 2-3 weeks ago and is awaiting results of that. She did have recent labs done by her bariatric doctor that showed alkaline phosphate of 177, anion of 4, iron saturation of 16 and BUN/creat ratio of 30. This was done on 4/26/23 and they wanted her to follow up with her PCP. She states her bariatric doctor would also like for her to discuss alternatives to meloxicam for joint pain. Patient states that she would also like aquatic therapy referral.

**History of Present Illness - Discuss Visit with Dr. Hussain**

**Severity**

**Reported:** moderate.

**Duration**

**Reported:** 3 months.

**Timing**

**Reported:** f/u to discuss visit with Dr. Hussain.

**Context**

**Reported:** Pt in office today for f/u to discuss visit with neurologist, Dr. Hussain. Pt states she initially saw Dr. Hussain on 02/24/23 and has seen him another time since then. Pt states she had MRI of brain and was instructed there is space between her brain and skull. Pt states she also had spinal tap 2-3 weeks ago and is awaiting result of this. Pt states Dr. Hussain has discussed testing for MS. Requesting records from Dr. Hussain's office. Pt would also like to discuss aquatic therapy today. cbm

**Medication List**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 05/15/2023 | sucralfate 1 gram tablet | TAKE 1 TABLET BY MOUTH 4 TIMES DAILY | 120 | 3 | Active |
| 05/15/2023 | pantoprazole 20 mg tablet,delayed release | TAKE 2 TABLETS BY MOUTH ONCE DAILY | 60 | 3 | Active |
| 02/15/2023 | meloxicam 15 mg tablet | 1 tablet by mouth daily | 30 | 11 | Active |
| 02/06/2023 | Trintellix 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 01/19/2023 | hydroxyzine HCl 25 mg tablet | * 1 tablet by mouth daily | 30 | 0 | Active |
| 01/19/2023 | sumatriptan 100 mg tablet | TAKE 1 TABLET BY MOUTH AT ONSET OF MIGRAINE. MAY REPEAT IN 2 HOURS AS NEEDED. MAX 2 TABLET IN 24 HOURS | 10 | 0 | Active |
| 01/19/2023 | topiramate 50 mg tablet | * 1 tablet by mouth daily | 30 | 0 | Active |
| 11/21/2022 | minocycline 100 mg capsule | * 1 capsule by mouth twice a day | 180 | 0 | Active |

Electronically Signed and Reviewed by PHILLIPS, FLOYD 05/15/2023 11:53:57

| | | | | | |
|---|---|---|---|---|---|
| 08/08/2022 | benzonatate 200 mg capsule | 1 capsule by mouth twice a day | 60 | 6 | Active |
| 08/08/2022 | valsartan 80 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 08/08/2022 | fluticasone propionate 50 mcg/actuation nasal spray,suspension | 2 puff in the nostrils daily | 3 | 4 | Active |
| 08/08/2022 | albuterol sulfate HFA 90 mcg/actuation aerosol inhaler | 2 puff inhale every 4-6 hours as needed (PRN); prn cough, wheeze, or SOB | 3 | 5 | Active |
| 08/08/2022 | famotidine 40 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 04/27/2022 | cetirizine 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 01/28/2022 | ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule | 1 capsule by mouth 2 times weekly | 9 | 11 | Active |
| 11/04/2021 | nystatin 100,000 unit/gram topical powder | 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed. | 90 | 5 | Active |
| 12/31/2018 | MM-Zyme tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 3 | Active |
| 07/03/2017 | cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution | * 1 mL intramuscular once a month | 3 | 11 | Active |

**Allergies**

Sulfa (Sulfonamide Antibiotics)

**Social Hx**

| Tobacco | Usage Status | Last Used | Daily Usage | Packaging | Years | Life History | Cessation Attempts | Last Cessation Rx |
|---|---|---|---|---|---|---|---|---|
| Cigarettes | Former smoker | | | Packs | | | | |

| Alcohol | Usage Status | Last Used | Usage Number | Packaging | Measurement Time |
|---|---|---|---|---|---|
| Beer | Occasional | | | | |

**Medical Hx**

**Positive History**

The patient **reports** a history of Hypertension, Vitamin D deficiency, Nasal Allergies, Insomnia, Anemia, Rosacea.

**Surgical Hx**

**Positive History**

The patient **reports** a history of Arthroscopy of knee joint, Gastric Bypass, Bone Spur Removal.

**Family Hx**

| Type | Sex | Status | Age | Name | Negative History | Positive History | Onset Date | Positive Comment | Negative Comment |
|---|---|---|---|---|---|---|---|---|---|
| Father | M | Alive | | , | | Cancer<br>Cholesterol High<br>Diabetes<br>Hypertension<br>MI<br>Obesity<br>Stroke | | | |
| Mother | F | Alive | | , | | Cholesterol High | | | |

**Immunization Hx**

| Vaccine | Brand Name | Dose | Date Given | Route | Site | Initials |
|---|---|---|---|---|---|---|
| Fluzone, Quadrivalent 5.0 mL Multidose Vial | Sanofi | 0.5 mL | 12/4/2017 | IM | RD | akm |

**Review of Systems**

**Constitutional**

**Reported:** Fatigue.

Electronically Signed and Reviewed by PHILLIPS, FLOYD 05/15/2023 11:53:57

**Denied:** Fever. Weight loss. Chills. Weakness. Weight gain.

**Head**

**Denied:** Headaches. dizziness. Fainting. Head Injury.

**Eyes**

**Denied:** Blurry Vision. Vision Loss. Eye Pain. Redness. Infections.

**ENT**

**Nose**

**Denied:** Discharge. Infections. Nosebleeds.

**Mouth**

**Denied:** Postnasal drip. Hoarseness.

**Ears**

**Denied:** Discharge. Dizziness. Infections. Pain.

**Respiratory**

**Reported:** Short of Breath.

**Denied:** Coughing Blood. Cough.

**Cardiovascular**

**Reported:** High Blood Pressure. Short of Breath - Exertion.

**Denied:** Chest pain. Leg Pain - Walking.

**Gastrointestinal**

**Denied:** Abdominal pain. Change in stool color. Nausea. Diarrhea. Vomiting. Rectal bleeding. Constipation. Heartburn. Infections.

**Musculoskeletal**

**Denied:** Weakness. Joint pain.

**Psychiatric**

**Denied:** Behavioral Change. Disorientation. Memory loss.

**Skin**

**Denied:** Rashes.

**Neurological**

**Denied:** Fainting. Paralysis. Headaches. numbness.

**Endocrine**

**Reported:** Fatigue.

**Hematologic/Lymph**

**Denied:** Bleeding Easily. Blood Clots.

**Allergic/Immunologic**

**Denied:** Coughing. Runny Nose. Sneezing.

## Objective

**Vital Signs**

**Blood Pressure**

112/68 (Left Brachial, Sitting, Large, Normal)

**Pulse**

80 (Right Radial, REGULAR rhythm, Normal quality, Normal)

**Respirations**

20 (Normal quality, NORMAL rhythm, Normal)

**Temperature**

97.7 F (Right Tympanic Membrane, Normal)

**Weight**

Electronically Signed and Reviewed by PHILLIPS, FLOYD 05/15/2023 11:53:57

344 lb

**Height**

5' 5"

**BMI Flag**

Obese ( 57.2 )

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed.

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

**Eyes**

**External Eye**

The eyelids are without lesions. The sclera is white and the conjunctiva pink.

**Respiratory**

**Effort**

The patient is relaxed and breathes without effort. The patient is not cyanotic. There is no acessory muscle use or intercostal retractions.

**Auscultation**

There are no crackles, wheezes, rhonchi, stridor or pleural rubs. There is no bronchophony, egophony, or whispered pectoriloquy.

**Cardiovascular**

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Edema / PVD**

There is no pitting edema of the lower extremities.There are no changes consistent with arterial insufficiency; there are no varicosities or stasis changes. Calves are supple and nontender.

**Psychiatric**

**Orientation**

The patient is oriented to time, place and person.

**Problem List**

Benign Essential Hypertension (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin D Deficiency (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Post-Gastrointestinal Tract Surgery Malnutrition (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Iron Deficiency Anemia (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

## Assessment

**Diagnosis**

R5382 Chronic fatigue, unspecified
B379 Candidiasis, unspecified

## Plan

**Procedures**

Electronically Signed and Reviewed by PHILLIPS, FLOYD 05/15/2023 11:53:57

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Mod 30-39 Min | 99214 | 1 UN | | |
| Syst Bp Lt 130 Mm Hg | 3074F | 1 UN | | |
| Diast Bp < 80 Mm Hg | 3078F | 1 UN | | |

**Prescribe**

nystatin 100,000 unit/gram topical powder - May use up to 4 g/d over entire body as needed.

**Orders**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Ordering Provider** | Phillips, F | **Order Date** | 05/15/2023 11:00 | **Order Status** | Printed | **Result Status** | Open |
| **Result Date** | | **Facility** | St Lukes & East Tennessee Rehab Center | | | | |

| Order | Test Name | In Range | Out Range | Result Comment |
|---|---|---|---|---|
| **St Lukes & East Tennessee Rehab Center Physical Therapist Consult** | | | | |

**Care Plan**

**Chronic fatigue, unspecified**

**Note 2**

- Will be ordering water therapy with her PT and follow up after therapy is completed.
- Counseling is over half of 30 minute encounter.

**Candidiasis, unspecified**

**Candidiasis - Intertrigonal**

- Use Rx as directed
- Try to keep the affected area clean and dry
- Monitor for any drainage or any increasing erythema
- Follow up if any worsening or lack of improvement with treatment

## Rendering Provider Signature

FE Phillips

Signature

Electronically Signed and Reviewed by PHILLIPS, FLOYD 05/15/2023 11:53:57

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | GUERRERO, SABRINA M (Female) | **DOB:** (53)<br>**Race:**<br>**Language:**<br>**Ethnicity:** | <br>White<br>English<br>Not Hispanic or Latino | **Encounter ID:**<br>**Primary Ins:** | 156321857<br>Blue Cross Blue Shield Tennessee (BCBS TN) * |
| **Location:** | Phillips Healthcare Group, PC (service Location)<br>6890 W. A. J. HWY<br>talbott, TN, 37877-0879<br>(423)839-2120 | **Provider:** | Floyd Edward Phillips, MD | **Servicing Provider:** | Phillips, Floyd |
| **DOS:** | 01/19/2023 02:00 PM US/Eastern | | | | |

## Subjective

**Chief Complaint: Sinus Congestion, Fatigue, Abdominal Pain**

**History of Present Illness - Sinus Congestion**

**Location**

**Reported:** bilateral sinuses.

**Quality**

**Reported:** nasal congestion, ; bilateral; rhinorrhea;, yellow, green; postnasal drainage.

**Denied:** facial pain.

**Severity**

**Reported:** moderate; worse since onset.

**Duration**

**Reported:** 7 days.

**Associated Signs and Symptoms**

**Reported:** otalgia; sore throat; cough;, ; with yellow sputum; headaches.

**Denied:** fever.

**History of Present Illness - Fatigue**

**Quality**

**Reported:** tiredness, lack of energy.

**Severity**

**Reported:** stable since onset; limiting normal daily activities.

**Duration**

**Reported:** 10-12 months.

**Timing**

**Reported:** occurring 100% of the time.

**Context**

**Reported:** sleeping 4-8 hours per night, and awakening 3 times per night, taking naps during the day.

**Modifying Factors**

**Reported:** Pt had Covid 02/2022 and is going to post covid clinic. Pt states she has f/u with them next week. Pt states she did see a neurologist and was dx with migraine without aura and amnesia. Pt is needing new referral to a neurologist. Pt states she is also going to UT for speech therapy. cbm

**Associated Signs and Symptoms**

**Reported:** headaches; dyspnea, cognitive impairment.

**Denied:** restful sleep, weakness, night sweats, chest pain.

**History of Present Illness - Abdominal Pain**

Electronically Signed and Reviewed by PHILLIPS, FLOYD 01/22/2023 16:32:02

**Location**

**Reported:** diffuse.

**Quality**

**Reported:** aching, the following, ; Twisting.

**Severity**

**Reported:** better since onset; interfering with daily activities.

**Duration**

**Reported:** 1-3 months.

**Timing**

**Reported:** intermittent; nocturnal.

**Context**

**Reported:** Pt states she has been seeing Dr. Boyce for this and his office has ordered CT abdomen and pelvis x 2 and was denied by insurance both times. Pt is wanting to discuss with FEP today. cbm

**Modifying Factors**

**Reported:** better after bowel movements.

**Associated Signs and Symptoms**

**Reported:** anorexia; nausea; diarrhea.

**Denied:** dysphagia, vomiting.

### Medication List

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 01/19/2023 | hydroxyzine HCl 25 mg tablet | * 1 tablet by mouth daily | 30 | 0 | Active |
| 01/19/2023 | sumatriptan 100 mg tablet | TAKE 1 TABLET BY MOUTH AT ONSET OF MIGRAINE. MAY REPEAT IN 2 HOURS AS NEEDED. MAX 2 TABLET IN 24 HOURS | 10 | 0 | Active |
| 01/19/2023 | topiramate 50 mg tablet | * 1 tablet by mouth daily | 30 | 0 | Active |
| 11/21/2022 | minocycline 100 mg capsule | * 1 capsule by mouth twice a day | 180 | 0 | Active |
| 08/08/2022 | benzonatate 200 mg capsule | 1 capsule by mouth twice a day | 60 | 6 | Active |
| 08/08/2022 | fluticasone propionate 50 mcg/actuation nasal spray,suspension | 2 puff in the nostrils daily | 3 | 4 | Active |
| 08/08/2022 | valsartan 80 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 08/08/2022 | famotidine 40 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 08/08/2022 | albuterol sulfate HFA 90 mcg/actuation aerosol inhaler | 2 puff inhale every 4-6 hours as needed (PRN); prn cough, wheeze, or SOB | 3 | 5 | Active |
| 06/13/2022 | escitalopram 20 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 04/27/2022 | cetirizine 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 01/28/2022 | ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule | 1 capsule by mouth 2 times weekly | 9 | 11 | Active |
| 12/17/2021 | meloxicam 15 mg tablet | 1 tablet by mouth daily | 30 | 11 | Active |
| 11/04/2021 | nystatin 100,000 unit/gram topical powder | 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed. | 90 | 5 | Active |
| 12/31/2018 | MM-Zyme tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 3 | Active |
| 07/03/2017 | cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution | * 1 mL intramuscular once a month | 3 | 11 | Active |

### Allergies

Sulfa (Sulfonamide Antibiotics)

### Social Hx

| Tobacco | Usage Status | Last Used | Daily Usage | Packaging | Years | Life History | Cessation Attempts | Last Cessation Rx |
|---|---|---|---|---|---|---|---|---|
| Cigarettes | Former smoker | | | Packs | | | | |

Electronically Signed and Reviewed by PHILLIPS, FLOYD 01/22/2023 16:32:02

| Alcohol | Usage Status | Last Used | Usage Number | Packaging | Measurement Time |
|---|---|---|---|---|---|
| Beer | Occasional | | | | |

**Medical Hx**

**Positive History**

The patient **reports** a history of Hypertension, Vitamin D deficiency, Nasal Allergies, Insomnia, Anemia, Rosacea.

**Surgical Hx**

**Positive History**

The patient **reports** a history of Arthroscopy of knee joint, Gastric Bypass, Bone Spur Removal.

**Family Hx**

| Type | Sex | Status | Age | Name | Negative History | Positive History | Onset Date | Positive Comment | Negative Comment |
|---|---|---|---|---|---|---|---|---|---|
| Father | M | Alive | | , | | Cancer<br>Cholesterol High<br>Diabetes<br>Hypertension<br>MI<br>Obesity<br>Stroke | | | |
| Mother | F | Alive | | , | | Cholesterol High | | | |

**Immunization Hx**

| Vaccine | Brand Name | Dose | Date Given | Route | Site | Initials |
|---|---|---|---|---|---|---|
| Fluzone, Quadrivalent 5.0 mL Multidose Vial | Sanofi | 0.5 mL | 12/4/2017 | IM | RD | akm |

**Review of Systems**

**Constitutional**

**Reported:** Fatigue.

**Denied:** Fever. Weight loss. Chills. Weakness. Weight gain.

**Head**

**Reported:** Headaches.

**Denied:** dizziness. Fainting. Head Injury.

**Eyes**

**Denied:** Blurry Vision. Vision Loss. Eye Pain. Redness. Infections.

**ENT**

**Nose**

**Reported:** Discharge. Nasal Obstruction.

**Denied:** Infections. Nosebleeds.

**Mouth**

**Reported:** Postnasal Drip.

**Denied:** Postnasal drip. Hoarseness.

**Ears**

**Reported:** Pain.

**Denied:** Discharge. Dizziness. Infections.

**Throat Neck**

**Reported:** Tenderness.

**Respiratory**

**Reported:** Cough. Sputum. Short of Breath.

Electronically Signed and Reviewed by PHILLIPS, FLOYD 01/22/2023 16:32:02

**Denied:** Coughing Blood.

**Cardiovascular**

**Reported:** Short of Breath - Exertion. High Blood Pressure.

**Denied:** Chest pain. Palpitations. Leg Pain - Walking.

**Gastrointestinal**

**Reported:** Abdominal Pain. Nausea. Diarrhea. Decreased Appetite.

**Denied:** Change in stool color. Vomiting. Rectal bleeding. Constipation. Heartburn. Infections.

**Musculoskeletal**

**Denied:** Weakness. Joint pain.

**Psychiatric**

**Denied:** Behavioral Change. Disorientation. Memory loss.

**Skin**

**Denied:** Rashes.

**Neurological**

**Reported:** Headaches.

**Denied:** Fainting. Paralysis. numbness.

**Endocrine**

**Reported:** Fatigue.

**Hematologic/Lymph**

**Denied:** Bleeding Easily. Blood Clots.

**Allergic/Immunologic**

**Reported:** Stuffy nose. Runny nose. coughing.

**Denied:** Runny Nose. Sneezing.

## Objective

**Vital Signs**

**Blood Pressure**

110/82 (Left Brachial, Sitting, Large, Normal)

**Pulse**

84 (Left Radial, REGULAR rhythm, Normal quality, Normal)

**Respirations**

20 (Normal quality, NORMAL rhythm, Normal)

**Temperature**

97.5 F (Right Tympanic Membrane, Normal)

**Weight**

342.2 lb

**Height**

5' 5"

**BMI Flag**

Obese ( 56.9 )

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed.

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

Electronically Signed and Reviewed by PHILLIPS, FLOYD 01/22/2023 16:32:02

**Eyes**

**External Eye**

The eyelids are without lesions. The sclera is white and the conjunctiva pink.

**ENT**

External inspection of ears and nose is without scars, lesions or masses. Otoscopic examination of external auditory canals and tympanic membranes is normal; there is a good cone of light, Cranial Nerve 8 is intact. The patient responds to whispered voice bilaterally. The nasal mucosa is pink and without discharge. The septum is midline. The turbinates are not enlarged. The buccal mucosa is pink; there is no cyanosis. Dentition is good. The lips are normal color; there are no ulcers, masses or lesions. The mucosa of the oropharynx is moist, The tongue is midline, The pharynx is without exudates. The tonsils are not enlarged.

**Neck**

**Inspection Palpation**

The neck is supple and the trachea is midline. (unreviewed)

**Respiratory**

**Effort**

The patient is relaxed and breathes without effort. The patient is not cyanotic. There is no acessory muscle use or intercostal retractions.

**Auscultation**

There are no crackles, wheezes, rhonchi, stridor or pleural rubs. There is no bronchophony, egophony, or whispered pectoriloquy.

**Cardiovascular**

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Edema / PVD**

There is no pitting edema of the lower extremities.There are no changes consistent with arterial insufficiency; there are no varicosities or stasis changes. Calves are supple and nontender.

**Gastrointestinal**

**General**

The abdomen is soft and nontender; there is no guarding or rigidity. Bowel sounds are normal. There are no palpable masses. Truncal obesity with pannus of abdominal skin over the pelvis to her lap.

**Lymphatics**

**Cervical**

Palpation of the cervical lymph nodes does not reveal any abnormal enlargement or tenderness.

**Psychiatric**

**Orientation**

The patient is oriented to time, place and person.

**Problem List**

Benign Essential Hypertension (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

Vitamin D Deficiency (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

Post-Gastrointestinal Tract Surgery Malnutrition (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

Iron Deficiency Anemia (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

## Assessment

**Diagnosis**

J00 Acute nasopharyngitis [common cold]

R1030 Lower abdominal pain, unspecified

R5382 Chronic fatigue, unspecified

Electronically Signed and Reviewed by PHILLIPS, FLOYD 01/22/2023 16:32:02

## Plan

### Procedures

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Mod 30-39 Min | 99214 | 1 UN | | |
| Syst Bp Lt 130 Mm Hg | 3074F | 1 UN | | |
| Diast Bp 80-89 Mm Hg | 3079F | 1 UN | | |

### Prescribe

escitalopram 20 mg tablet - 1 DAILY for 90 Days (Completed)
Trintellix 10 mg tablet - 1 DAILY for 30 Days
cefdinir 300 mg capsule - 2 DAILY for 10 Days

### Care Plan

**Acute nasopharyngitis [common cold]**

**Uri**

- Mucinex OTC with increased fluid intake over the next 5 to 7 days
- Topical decongestants for the next 3-5 days only
- Nasal irrigation with saline solution BID or prn for nasal secretions or congestion
- If symptoms persists for more than 10 days, antibiotic therapy maybe warranted
- Follow up if any worsening symptoms or failure to improve

**Lower abdominal pain, unspecified**

**Note 2**

- Pt with diffuse abdominal pain that has been evaluated by her gastric bypass surgery group and they have scheduled a CT of the abdomen and insurance has not approved the study yet. They have referred her to another specialist for her abdominal pain.

**Chronic fatigue, unspecified**

**Fatigue**

- Await evaluation with lab studies drawn today.
- Sleep hygiene and recommendations for 8 hours a day given
- Exercise recommendations given
- Dietary recommendations given
- Follow up after labs return.

Electronically Signed and Reviewed by PHILLIPS, FLOYD 01/22/2023 16:32:02

### Rendering Provider Signature

Signature

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | GUERRERO, SABRINA M (Female) | **DOB:**<br>**Race:**<br>**Language:**<br>**Ethnicity:** | (53)<br>White<br>English<br>Not Hispanic or Latino | **Encounter ID:**<br>**Primary Ins:** | 146469056<br>Blue Cross Blue Shield Tennessee (BCBS TN) * |
| **Location:** | Phillips Healthcare Group, PC (service Location)<br>6890 W. A. J. HWY<br>talbott, TN, 37877-0879<br>(423)839-2120 | **Provider:** | Floyd Edward Phillips, MD | **Servicing Provider:** | Phillips, Floyd |
| **DOS:** | 08/08/2022 11:30 AM US/Eastern | | | | |

## Subjective

**Chief Complaint: Cough**

**History of Present Illness - Cough**

**Quality**

**Reported:** productive;, clear, green, brown.

**Duration**

**Reported:** more than 2 months.

**Timing**

**Reported:** continuous.

**Context**

**Reported:** Pt in office today for a cough she has had since having COVID in February. Pt states that she saw her pulmonologist and they recommend changing her BP medication due to a side effect of benazepril is cough. Recommended changing her to losartan, valsartan, or benicar. Pt also wanting to discuss another order for water PT. knh

**Associated Signs and Symptoms**

**Reported:** headache; dyspnea.

**Medication List**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 08/08/2022 | Flonase Allergy Relief 50 mcg/actuation nasal spray,suspension | 1-2 squirt in the nose daily | | 0 | Active |
| 08/08/2022 | Pepcid 20 mg tablet | 1-2 tablet by mouth daily | | 0 | Active |
| 06/13/2022 | escitalopram 20 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 04/27/2022 | cetirizine 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 03/17/2022 | albuterol sulfate HFA 90 mcg/actuation aerosol inhaler | 2 puff inhale every 4-6 hours as needed (PRN); prn cough, wheeze, or SOB | 1 | 5 | Active |
| 01/28/2022 | ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule | 1 capsule by mouth 2 times weekly | 9 | 11 | Active |
| 12/17/2021 | meloxicam 15 mg tablet | 1 tablet by mouth daily | 30 | 11 | Active |
| 12/10/2021 | escitalopram 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 11/04/2021 | benazepril 10 mg tablet | 2 tablet by mouth daily | 180 | 1 | Active |
| 11/04/2021 | nystatin 100,000 unit/gram topical powder | 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed. | 90 | 5 | Active |
| 12/31/2018 | MM-Zyme tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 3 | Active |
| 07/03/2017 | cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution | * 1 mL intramuscular once a month | 3 | 11 | Active |

**Allergies**

Electronically Signed and Reviewed by PHILLIPS, FLOYD 08/14/2022 16:26:05

Sulfa (Sulfonamide Antibiotics)

**Social Hx**

| Tobacco | Usage Status | Last Used | Daily Usage | Packaging | Years | Life History | Cessation Attempts | Last Cessation Rx |
|---|---|---|---|---|---|---|---|---|
| Cigarettes | Former smoker | | | Packs | | | | |

| Alcohol | Usage Status | Last Used | Usage Number | Packaging | Measurement Time |
|---|---|---|---|---|---|
| Beer | Occasional | | | | |

**Medical Hx**
**Positive History**

The patient **reports** a history of Hypertension, Vitamin D deficiency, Nasal Allergies, Insomnia, Anemia.

**Surgical Hx**
**Positive History**

The patient **reports** a history of Arthroscopy of knee joint, Gastric Bypass, Bone Spur Removal.

**Family Hx**

| Type | Sex | Status | Age | Name | Negative History | Positive History | Onset Date | Positive Comment | Negative Comment |
|---|---|---|---|---|---|---|---|---|---|
| Father | M | Alive | | , | | Cancer<br>Cholesterol High<br>Diabetes<br>Hypertension<br>MI<br>Obesity<br>Stroke | | | |
| Mother | F | Alive | | , | | Cholesterol High | | | |

**Immunization Hx**

| Vaccine | Brand Name | Dose | Date Given | Route | Site | Initials |
|---|---|---|---|---|---|---|
| Fluzone, Quadrivalent 5.0 mL Multidose Vial | Sanofi | 0.5 mL | 12/4/2017 | IM | RD | akm |

**Review of Systems**
**Constitutional**

**Denied:** Fever. Weight loss. Chills. Weakness. Weight gain.

**Head**

**Reported:** Headaches.

**Denied:** dizziness. Fainting. Head Injury.

**Eyes**

**Denied:** Blurry Vision. Vision Loss. Eye Pain. Redness. Infections.

**ENT**

**Nose**

**Denied:** Discharge. Infections. Nosebleeds.

**Mouth**

**Denied:** Postnasal drip. Hoarseness.

**Ears**

**Denied:** Discharge. Dizziness. Infections. Pain.

**Respiratory**

**Reported:** Cough. Short of Breath.

Electronically Signed and Reviewed by PHILLIPS, FLOYD 08/14/2022 16:26:05

**Denied:** Coughing Blood.

**Cardiovascular**

**Reported:** High Blood Pressure. Short of Breath - Exertion.

**Denied:** Chest pain. Palpitations. Leg Pain - Walking. Swelling of legs.

**Gastrointestinal**

**Denied:** Abdominal pain. Change in stool color. Nausea. Diarrhea. Vomiting. Rectal bleeding. Constipation. Heartburn. Infections.

**Musculoskeletal**

**Denied:** Weakness. Joint pain.

**Psychiatric**

**Denied:** Behavioral Change. Disorientation. Memory loss.

**Skin**

**Denied:** Rashes.

**Neurological**

**Reported:** Headaches.

**Denied:** Fainting. Paralysis. numbness.

**Endocrine**

**Denied:** Fatigue.

**Hematologic/Lymph**

**Denied:** Bleeding Easily. Blood Clots.

**Allergic/Immunologic**

**Reported:** Coughing.

**Denied:** Runny Nose. Sneezing.

## Objective

**Vital Signs**

**Blood Pressure**

112/72 (Left Brachial, Sitting, Large, Normal)

**Pulse**

72 (Left Radial, REGULAR rhythm, Normal quality, Normal)

**Respirations**

20 (Normal quality, NORMAL rhythm, Normal)

**Temperature**

97.9 F (Right Tympanic Membrane, Normal)

**Weight**

365 lb

**Height**

5' 5"

**BMI Flag**

Obese ( 60.7 )

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed.

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

Electronically Signed and Reviewed by PHILLIPS, FLOYD 08/14/2022 16:26:05

**Eyes**

**External Eye**

The eyelids are without lesions. The sclera is white and the conjunctiva pink.

**ENT**

**Inspection**

External inspection of ears and nose is without scars, lesions or masses

**Otoscopic**

Otoscopic examination of external auditory canals and tympanic membranes is normal; there is a good cone of light.

**Neck**

The neck is supple and the trachea is midline. The thyroid is not enlarged and there are no palpable nodules.

**Respiratory**

**Effort**

The patient is relaxed and breathes without effort. The patient is not cyanotic. There is no acessory muscle use or intercostal retractions.

**Auscultation**

There are no crackles, wheezes, rhonchi, stridor or pleural rubs. There is no bronchophony, egophony, or whispered pectoriloquy.

**Cardiovascular**

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Edema / PVD**

There is no pitting edema of the lower extremities.There are no changes consistent with arterial insufficiency; there are no varicosities or stasis changes. Calves are supple and nontender.

**Lymphatics**

There is no cervical, axillary, epitrochlear or inguinal adenopathy.

**Psychiatric**

**Orientation**

The patient is oriented to time, place and person.

**Problem List**

Benign Essential Hypertension (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

Vitamin D Deficiency (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

Post-Gastrointestinal Tract Surgery Malnutrition (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

Iron Deficiency Anemia (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

## Assessment

**Diagnosis**

R059 Cough, unspecified

R5382 Chronic fatigue, unspecified

## Plan

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Low 20-29 Min | 99213 | 1 UN | | |

Electronically Signed and Reviewed by PHILLIPS, FLOYD 08/14/2022 16:26:05

| | | |
|---|---|---|
| Syst Bp Lt 130 Mm Hg | 3074F | 1 UN |
| Diast Bp < 80 Mm Hg | 3078F | 1 UN |

**Prescribe**

benazepril 10 mg tablet - 2 DAILY for 90 Days (Completed)
albuterol sulfate HFA 90 mcg/actuation aerosol inhaler - prn cough, wheeze, or SOB
Pepcid 20 mg tablet - 1-2 DAILY (Completed)
Flonase Allergy Relief 50 mcg/actuation nasal spray,suspension - 1-2 DAILY (Completed)
valsartan 80 mg tablet - 1 DAILY for 90 Days
benzonatate 200 mg capsule - 1 BID for 30 Days
famotidine 40 mg tablet - 1 DAILY for 90 Days
fluticasone propionate 50 mcg/actuation nasal spray,suspension - 2 DAILY for 90 Days

**Care Plan**

**Cough, unspecified**

**Chronic Cough**

- Pt has seen a Pulmonologist, and the recommended medication changes were made
- Benazepril changed to Valsartan and cough usually will fade in 2 weeks to a month if due to the ACE-I

**Chronic fatigue, unspecified**

**Note 2**

- Will be ordering water therapy with her PT and follow up after therapy is completed.

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by PHILLIPS, FLOYD 08/14/2022 16:26:05

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | GUERRERO, SABRINA M (Female) | **DOB:** (53)<br>**Race:** White<br>**Language:** English<br>**Ethnicity:** Not Hispanic or Latino | | **Encounter ID:**<br>**Primary Ins:** | 141130966<br>Blue Cross Blue Shield Tennessee (BCBS TN) * |
| **Location:** | Phillips Healthcare Group, PC (service Location)<br>6890 W. A. J. HWY<br>talbott, TN, 37877-0879<br>(423)839-2120 | **Provider:** | Floyd Edward Phillips, MD | **Servicing Provider:** | Phillips, Floyd |
| **DOS:** | 05/09/2022 02:15 PM US/Eastern | | | | |

## Subjective

**Chief Complaint: Follow Up Covid-19**

**History of Present Illness - Follow Up Covid-19**

**Severity**

**Reported:** moderate.

**Duration**

**Reported:** 3 months.

**Timing**

**Reported:** f/u Covid-19.

**Context**

**Reported:** Pt in office today for f/u on Covid-19 diagnosis from 02/07/22. Pt c/o fatigue and dyspnea with activity. Pt states she is currently doing PT 2x/week. Pt states she is just exhausted all the time. cbm

**Modifying Factors**

**Reported:** PT.

**Associated Signs and Symptoms**

**Reported:** fatigue, dyspnea with activity.

**Medication List**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 04/27/2022 | cetirizine 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 03/17/2022 | albuterol sulfate HFA 90 mcg/actuation aerosol inhaler | 2 puff inhale every 4-6 hours as needed (PRN); prn cough, wheeze, or SOB | 1 | 5 | Active |
| 02/24/2022 | Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler | 2 puff inhale twice a day; Rinse mouth after each use. | 1 | 2 | Active |
| 01/28/2022 | ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule | 1 capsule by mouth 2 times weekly | 9 | 11 | Active |
| 12/17/2021 | meloxicam 15 mg tablet | 1 tablet by mouth daily | 30 | 11 | Active |
| 12/10/2021 | escitalopram 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 11/04/2021 | benazepril 10 mg tablet | 2 tablet by mouth daily | 180 | 1 | Active |
| 11/04/2021 | nystatin 100,000 unit/gram topical powder | 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed. | 90 | 5 | Active |
| 12/31/2018 | MM-Zyme tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 3 | Active |
| 07/03/2017 | cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution | * 1 mL intramuscular once a month | 3 | 11 | Active |

**Allergies**

Sulfa (Sulfonamide Antibiotics)

Electronically Signed and Reviewed by PHILLIPS, FLOYD 05/09/2022 13:11:06

## Social Hx

| Tobacco | Usage Status | Last Used | Daily Usage | Packaging | Years | Life History | Cessation Attempts | Last Cessation Rx |
|---|---|---|---|---|---|---|---|---|
| Cigarettes | Former smoker | | | Packs | | | | |

| Alcohol | Usage Status | Last Used | Usage Number | Packaging | Measurement Time |
|---|---|---|---|---|---|
| Beer | Occasional | | | | |

## Medical Hx
### Positive History

The patient **reports** a history of Hypertension, Vitamin D deficiency, Nasal Allergies, Insomnia, Anemia.

## Surgical Hx
### Positive History

The patient **reports** a history of Arthroscopy of knee joint, Gastric Bypass, Bone Spur Removal.

## Family Hx

| Type | Sex | Status | Age | Name | Negative History | Positive History | Onset Date | Positive Comment | Negative Comment |
|---|---|---|---|---|---|---|---|---|---|
| Father | M | Alive | | , | | Cancer<br>Cholesterol High<br>Diabetes<br>Hypertension<br>MI<br>Obesity<br>Stroke | | | |
| Mother | F | Alive | | , | | Cholesterol High | | | |

## Immunization Hx

| Vaccine | Brand Name | Dose | Date Given | Route | Site | Initials |
|---|---|---|---|---|---|---|
| Fluzone, Quadrivalent 5.0 mL Multidose Vial | Sanofi | 0.5 mL | 12/4/2017 | IM | RD | akm |

## Review of Systems
### Constitutional

**Reported:** Fatigue.

**Denied:** Fever. Weight loss. Chills. Weakness. Weight gain.

### Head

**Denied:** Headaches. dizziness. Fainting. Head Injury.

### Eyes

**Denied:** Blurry Vision. Vision Loss. Eye Pain. Redness. Infections.

### ENT

#### Nose

**Denied:** Discharge. Infections. Nosebleeds.

#### Mouth

**Denied:** Postnasal drip. Hoarseness.

#### Ears

**Denied:** Discharge. Dizziness. Infections. Pain.

### Respiratory

**Reported:** Short of Breath.

**Denied:** Coughing Blood. Cough.

Electronically Signed and Reviewed by PHILLIPS, FLOYD 05/09/2022 13:11:06

**Cardiovascular**

**Reported:** Short of Breath - Exertion. High Blood Pressure.

**Denied:** Chest pain. Palpitations. Leg Pain - Walking.

**Gastrointestinal**

**Denied:** Abdominal pain. Change in stool color. Nausea. Diarrhea. Vomiting. Rectal bleeding. Constipation. Heartburn. Infections.

**Musculoskeletal**

**Denied:** Weakness. Joint pain.

**Psychiatric**

**Denied:** Behavioral Change. Disorientation. Memory loss.

**Skin**

**Denied:** Rashes.

**Neurological**

**Denied:** Fainting. Paralysis. Headaches. numbness.

**Endocrine**

**Reported:** Fatigue.

**Hematologic/Lymph**

**Denied:** Bleeding Easily. Blood Clots.

**Allergic/Immunologic**

**Denied:** Coughing. Runny Nose. Sneezing.

Electronically Signed and Reviewed by PHILLIPS, FLOYD 05/09/2022 13:11:06

## Objective

**Vital Signs**

**Blood Pressure**

118/78 (Left Brachial, Sitting, Large, Normal)

**Pulse**

96 (Left Radial, REGULAR rhythm, Normal quality, Normal)

**Respirations**

20 (Normal quality, NORMAL rhythm, Normal)

**Pulse Ox**

97 % (RoomAir)

**Temperature**

97.5 F (Right Tympanic Membrane, Normal)

**Weight**

375.6 lb

**Height**

5' 5"

**BMI Flag**

Obese ( 62.5 )

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed.

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

**Eyes**

**External Eye**

The eyelids are without lesions. The sclera is white and the conjunctiva pink.

**Respiratory**

**Effort**

The patient is relaxed and breathes without effort. The patient is not cyanotic. There is no acessory muscle use or intercostal retractions.

**Auscultation**

There are no crackles, wheezes, rhonchi, stridor or pleural rubs. There is no bronchophony, egophony, or whispered pectoriloquy.

**Cardiovascular**

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Edema / PVD**

There is no pitting edema of the lower extremities.There are no changes consistent with arterial insufficiency; there are no varicosities or stasis changes. Calves are supple and nontender.

**Psychiatric**

**Orientation**

The patient is oriented to time, place and person.

**Problem List**

Benign Essential Hypertension (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin D Deficiency (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Post-Gastrointestinal Tract Surgery Malnutrition (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Iron Deficiency Anemia (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

## Assessment

**Diagnosis**

G4733 Obstructive sleep apnea (adult) (pediatric)
R0602 Shortness of breath
R5383 Other fatigue

## Plan

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Mod 30-39 Min | 99214 | 1 UN | | |
| Syst Bp Lt 130 Mm Hg | 3074F | 1 UN | | |
| Diast Bp < 80 Mm Hg | 3078F | 1 UN | | |

**Orders**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Ordering Provider** | Phillips, F | **Order Date** | 05/09/2022 16:08 | **Order Status** | Printed | **Result Status** | Open |
| **Result Date** | | **Facility** | Jefferson Memorial Hosptial | | | | |

| Order | Test Name | In Range | Out Range | Result Comment |
|---|---|---|---|---|
| Jefferson Memorial Hosptial Cardiovascular | Consult | | | |

Electronically Signed and Reviewed by PHILLIPS, FLOYD 05/09/2022 13:11:06

**Care Plan**

**Obstructive sleep apnea (adult) (pediatric)**

**Cpap Compliance**

Usage of CPAP is greater than or equal to 4 hrs a night on at least 70% of nights during a consecutive 30 day period in the first 3 months of usage of CPAP device.

**Obstructive Sleep Apnea**

- Encouraged consistent use every night
- Replace mask/nasal pillows and tubing at least every 6 months
- F/U if problems with equipment or if daytime sleepiness or fatigue increases

**Shortness of breath**

**Note 2**

- Will get Stress ECHO to look for any cardiac involvement from her Covid infection

Electronically Signed and Reviewed by PHILLIPS, FLOYD 05/09/2022 13:11:06

**Rendering Provider Signature**

Signature

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | GUERRERO, SABRINA M (Female) | **DOB:** (53)<br>**Race:** White<br>**Language:** English<br>**Ethnicity:** Not Hispanic or Latino | | **Encounter ID:**<br>**Primary Ins:** | 139180425<br>Blue Cross Blue Shield Tennessee (BCBS TN) * |
| **Location:** | Phillips Healthcare Group, PC (service Location)<br>6890 W. A. J. HWY<br>talbott, TN, 37877-0879<br>(423)839-2120 | **Provider:** | Floyd Edward Phillips, MD | **Servicing Provider:** | Phillips, Floyd |
| **DOS:** | 04/06/2022 02:30 PM US/Eastern | | | | |

## Subjective

**Chief Complaint: Shortness Of Breath, Swelling**

**History of Present Illness - Shortness Of Breath**

**Quality**

**Reported:** rapid shallow breathing; wheezing; exertional.

**Denied:** dyspnea at rest.

**Severity**

**Reported:** intermittent.

**Duration**

**Reported:** more than 1 month.

**Context**

**Reported:** Pt in office today for dyspnea with exertion since February. States that she tested positive for COVID on 2/7/22 and has had dyspnea since. Pt states that her O2 at home has been in the 90's. Pt also has had a non-productive cough. States that she has started physical therapy and has had 2 sessions. Also having pain in her right calf. knh

**Associated Signs and Symptoms**

**Reported:** cough; ; non-productive; calf pain, ; right.

**Denied:** chest pain.

**History of Present Illness - Swelling**

**Location**

**Reported:** foot, ; bilateral.

**Severity**

**Reported:** moderate.

**Duration**

**Reported:** less than 1 week.

**Context**

**Reported:** Pt in office today for swelling in both feet that started Friday/Saturday. Pt states that she has had shortness of breath but that has been going on since COVID. knh

**Associated Signs and Symptoms**

**Reported:** dyspnea.

**Denied:** pain, skin changes.

**Medication List**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 03/17/2022 | cefdinir 300 mg capsule | 2 capsule by mouth daily | 20 | 0 | Active |

Electronically Signed and Reviewed by PHILLIPS, FLOYD 04/12/2022 08:35:02

| | | | | | |
|---|---|---|---|---|---|
| 03/17/2022 | Medrol (Pak) 4 mg tablets in a dose pack | 6 tablet by mouth as directed; take as directed in the packet | 1 | 0 | Active |
| 03/17/2022 | albuterol sulfate HFA 90 mcg/actuation aerosol inhaler | 2 puff inhale every 4-6 hours as needed (PRN); prn cough, wheeze, or SOB | 1 | 5 | Active |
| 02/24/2022 | Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler | 2 puff inhale twice a day; Rinse mouth after each use. | 1 | 2 | Active |
| 01/28/2022 | ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule | 1 capsule by mouth 2 times weekly | 9 | 11 | Active |
| 12/17/2021 | meloxicam 15 mg tablet | 1 tablet by mouth daily | 30 | 11 | Active |
| 12/10/2021 | escitalopram 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 11/04/2021 | nystatin 100,000 unit/gram topical powder | 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed. | 90 | 5 | Active |
| 11/04/2021 | benazepril 10 mg tablet | 2 tablet by mouth daily | 180 | 1 | Active |
| 04/15/2021 | cetirizine 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 12/31/2018 | MM-Zyme tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 3 | Active |
| 07/03/2017 | cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution | * 1 mL intramuscular once a month | 3 | 11 | Active |

**Allergies**

Sulfa (Sulfonamide Antibiotics)

**Social Hx**

| Tobacco | Usage Status | Last Used | Daily Usage | Packaging | Years | Life History | Cessation Attempts | Last Cessation Rx |
|---|---|---|---|---|---|---|---|---|
| Cigarettes | Former smoker | | | Packs | | | | |

| Alcohol | Usage Status | Last Used | Usage Number | Packaging | Measurement Time |
|---|---|---|---|---|---|
| Beer | Occasional | | | | |

**Medical Hx**

**Positive History**

The patient **reports** a history of Hypertension, Vitamin D deficiency, Nasal Allergies, Insomnia, Anemia.

**Surgical Hx**

**Positive History**

The patient **reports** a history of Arthroscopy of knee joint, Gastric Bypass, Bone Spur Removal.

**Family Hx**

| Type | Sex | Status | Age | Name | Negative History | Positive History | Onset Date | Positive Comment | Negative Comment |
|---|---|---|---|---|---|---|---|---|---|
| Father | M | Alive | | , | | Cancer<br>Cholesterol High<br>Diabetes<br>Hypertension<br>MI<br>Obesity<br>Stroke | | | |
| Mother | F | Alive | | , | | Cholesterol High | | | |

**Immunization Hx**

| Vaccine | Brand Name | Dose | Date Given | Route | Site | Initials |
|---|---|---|---|---|---|---|
| Fluzone, Quadrivalent 5.0 mL Multidose Vial | Sanofi | 0.5 mL | 12/4/2017 | IM | RD | akm |

**Review of Systems**

**Constitutional**



Electronically Signed and Reviewed by PHILLIPS, FLOYD 04/12/2022 08:35:02

**Denied:** Fever. Weight loss. Chills. Weakness. Weight gain.

**Head**

**Denied:** Headaches. dizziness. Fainting. Head Injury.

**Eyes**

**Denied:** Blurry Vision. Vision Loss. Eye Pain. Redness. Infections.

**ENT**

**Nose**

**Denied:** Discharge. Infections. Nosebleeds.

**Mouth**

**Denied:** Postnasal drip. Hoarseness.

**Ears**

**Denied:** Discharge. Dizziness. Infections. Pain.

**Respiratory**

**Reported:** Cough. Short of Breath. Wheezing.

**Denied:** Coughing Blood.

**Cardiovascular**

**Reported:** Short of Breath - Exertion. Edema.

**Denied:** Chest pain. High Blood Pressure. Palpitations. Leg Pain - Walking.

**Gastrointestinal**

**Denied:** Abdominal pain. Change in stool color. Nausea. Diarrhea. Vomiting. Rectal bleeding. Constipation. Heartburn. Infections.

**Musculoskeletal**

**Denied:** Weakness. Joint pain.

**Psychiatric**

**Denied:** Behavioral Change. Disorientation. Memory loss.

**Skin**

**Denied:** Rashes.

**Neurological**

**Denied:** Fainting. Paralysis. Headaches. numbness.

**Endocrine**

**Denied:** Fatigue.

**Hematologic/Lymph**

**Denied:** Bleeding Easily. Blood Clots.

**Allergic/Immunologic**

**Denied:** Coughing. Runny Nose. Sneezing.

## Objective

**Vital Signs**

**Blood Pressure**

120/84 (Left Brachial, Sitting, Standard, Normal)

**Pulse**

90 (Left Radial, REGULAR rhythm, Normal quality, Normal)

**Respirations**

24 (Normal quality, NORMAL rhythm, High)

**Pulse Ox**

98 % (RoomAir)

**Temperature**

Electronically Signed and Reviewed by PHILLIPS, FLOYD 04/12/2022 08:35:02

97.9 F (Right Tympanic Membrane, Normal)

**Weight**

383 lb

**Height**

5' 5"

**BMI Flag**

Obese ( 63.7 )

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed.

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

**Eyes**

**External Eye**

The eyelids are without lesions. The sclera is white and the conjunctiva pink.

**Respiratory**

**Effort**

The patient is relaxed and breathes without effort. The patient is not cyanotic. There is no acessory muscle use or intercostal retractions.

**Auscultation**

There are no crackles, wheezes, rhonchi, stridor or pleural rubs. There is no bronchophony, egophony, or whispered pectoriloquy.

**Cardiovascular**

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Edema / PVD**

There is no pitting edema of the lower extremities.There are no changes consistent with arterial insufficiency; there are no varicosities or stasis changes. Calves are supple and nontender.

**Psychiatric**

**Orientation**

The patient is oriented to time, place and person.

**Problem List**

Benign Essential Hypertension (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin D Deficiency (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Post-Gastrointestinal Tract Surgery Malnutrition (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Iron Deficiency Anemia (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

## Assessment

**Diagnosis**

R0602 Shortness of breath
R600 Localized edema

## Plan

Electronically Signed and Reviewed by PHILLIPS, FLOYD 04/12/2022 08:35:02

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Mod 30-39 Min | 99214 | 1 UN | | |
| Syst Bp Lt 130 Mm Hg | 3074F | 1 UN | | |
| Diast Bp 80-89 Mm Hg | 3079F | 1 UN | | |

**Prescribe**

cefdinir 300 mg capsule - 2 DAILY for 10 Days (Completed)

Medrol (Pak) 4 mg tablets in a dose pack - take as directed in the packet (Completed)

**Care Plan**

**Shortness of breath**

**Short Of Breath**

- Patient is about a month COVID and is experiencing post-COVID shortness of breath.
- We discussed PFT's for evaluation for residual from her Covid infection
- Will need graduated rehab plan to increase pulmonary reserve and cardiopulmonary conditioning.

**Localized edema**

**Edema**

- Pt with minimal swelling and will follow up after recommending TED hose and foot elevation

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by PHILLIPS, FLOYD 04/12/2022 08:35:02

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | GUERRERO, SABRINA M (Female) | **DOB:** | (53) | **Encounter ID:** | 137975375 |
| | | **Race:** | White | **Primary Ins:** | Blue Cross Blue Shield Tennessee (BCBS TN) * |
| | | **Language:** | English | | |
| | | **Ethnicity:** | Not Hispanic or Latino | | |
| **Location:** | Phillips Healthcare Group, PC (service Location) 6890 W. A. J. HWY talbott, TN, 37877-0879 (423)839-2120 | **Provider:** | Amber M Moore, FNP | | |
| **DOS:** | 03/17/2022 02:30 PM US/Eastern | | | | |

## Subjective

**Chief Complaint: SOB- cough, low energy**

**History of Present Illness - SOB- cough, low energy**

**Context**

**Reported:** Pt in office today to f/u after covid. She continues to have SOB and low energy. She states she had to stop 3 times going into RoTech to pick up CPAP yesterday. She states she gasps to breath when she is up walking around. She states that the resp therapist told her prior to covid that her o2 sats dip into the 80s when sleeping. Pulse ox in office 98 when sitting. Pt is going to PT on Monday jrk

**Medication List**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 02/24/2022 | Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler | 2 puff inhale twice a day; Rinse mouth after each use. | 1 | 2 | Active |
| 02/08/2022 | Paxlovid (EUA) 300 mg (150 mg x 2)-100 mg tablet | tablet by mouth twice a day; 2 nirmatrelvir tabs and 1 ritonavir tab BID for 5 days | 30 | 0 | Active |
| 02/07/2022 | benzonatate 100 mg capsule | 1-2 capsule by mouth three times a day as needed (PRN) | 60 | 0 | Active |
| 01/28/2022 | ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule | 1 capsule by mouth 2 times weekly | 9 | 11 | Active |
| 12/17/2021 | meloxicam 15 mg tablet | 1 tablet by mouth daily | 30 | 11 | Active |
| 12/15/2021 | fluconazole 150 mg tablet | 1 tablet by mouth daily | 7 | 0 | Active |
| 12/10/2021 | escitalopram 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 11/04/2021 | fluconazole 150 mg tablet | 1 tablet by mouth daily | 3 | 1 | Active |
| 11/04/2021 | benazepril 10 mg tablet | 2 tablet by mouth daily | 180 | 1 | Active |
| 11/04/2021 | nystatin 100,000 unit/gram topical powder | 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed. | 90 | 5 | Active |
| 11/02/2021 | minocycline 100 mg capsule | 1 capsule by mouth twice a day | 180 | 4 | Active |
| 04/15/2021 | cetirizine 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 01/08/2021 | nystatin 100,000 unit/gram topical powder | * 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed. | 90 | 1 | Active |
| 12/31/2018 | MM-Zyme tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 3 | Active |
| 07/03/2017 | cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution | * 1 mL intramuscular once a month | 3 | 11 | Active |

**Allergies**

Sulfa (Sulfonamide Antibiotics)

**Review of Systems**

**Respiratory**

**Reported:** SOB, low energy, cough



Electronically Signed and Reviewed by MOORE, AMBER 03/20/2022 21:16:15
Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 08/08/2023 12:08:50

## Objective

**Vital Signs**

**Blood Pressure**

122/80 (Left Brachial, Sitting, Standard, Normal)

**Pulse**

82 (Left Radial, REGULAR rhythm, Normal quality, Normal)

**Respirations**

18 (Normal quality, NORMAL rhythm, Normal)

**Pulse Ox**

98 % (RoomAir)

**Temperature**

98.1 F (Right Tympanic Membrane, Normal)

**Weight**

380 lb

**Height**

5' 5"

**BMI Flag**

Obese ( 63.2 )

Electronically Signed and Reviewed by MOORE, AMBER 03/20/2022 21:16:15

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 08/08/2023 12:08:50

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed.

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

**Eyes**

**Pupils Other**

The pupils are equal, round and react to light and accommodation.

**ENT**

**Otoscopic**

Otoscopic examination of external auditory canals and tympanic membranes is normal; there is a good cone of light.

**Nose**

Upon inspection, the nasal mucosa is erythematous, edematous bilaterally. There is clear nasal discharge bilaterally. There is an obstruction to breathing related to edema on both sides of the nose.

**Mouth**

The buccal mucosa is pink; there is no cyanosis. Dentition is good. The lips are normal color; there are no ulcers, masses or lesions.

**Throat**

The tongue is normal color; there are no ulcers, masses, fissures or abnormal papillae

The floor of the mouth is of normal color and without ulcers, masses or lesions (unreviewed)

Examination of the pharynx reveals post-nasal discharge, erythema located diffusely

The tonsils are normal size without inflammation, exudate or lesions.

**Neck**

The neck is supple and the trachea is midline. The thyroid is not enlarged and there are no palpable nodules.

**Respiratory**

**Auscultation**

**Adventitious Sounds:** There are no crackles, wheezes, rhonchi, stridor or pleural rubs.

**Cardiovascular**

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Lymphatics**

**Cervical**

Palpation of the cervical lymph nodes does not reveal any abnormal enlargement or tenderness.

**Problem List**

Benign Essential Hypertension (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin D Deficiency (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Post-Gastrointestinal Tract Surgery Malnutrition (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Iron Deficiency Anemia (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

## Assessment

**Diagnosis**

J069 Acute upper respiratory infection, unspecified
Z8616 Personal history of COVID-19
E6601 Morbid (severe) obesity due to excess calories

## Plan

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Mod 30-39 Min | 99214 | 1 UN | | |

**Prescribe**

nystatin 100,000 unit/gram topical powder - May use up to 4 g/d over entire body as needed. (Completed)
minocycline 100 mg capsule - 1 BID for 90 Days (Completed)
fluconazole 150 mg tablet - 1 DAILY for 3 Days (Completed)
fluconazole 150 mg tablet - 1 DAILY for 7 Days (Completed)
benzonatate 100 mg capsule - 1-2 TID as needed (PRN) for 10 Days (Completed)
Paxlovid (EUA) 300 mg (150 mg x 2)-100 mg tablet - 2 nirmatrelvir tabs and 1 ritonavir tab BID for 5 days (Completed)
albuterol sulfate HFA 90 mcg/actuation aerosol inhaler - prn cough, wheeze, or SOB
cefdinir 300 mg capsule - 2 DAILY for 10 Days
Medrol (Pak) 4 mg tablets in a dose pack - take as directed in the packet

**Follow-Up**

Follow-Up (3 Weeks) with MOORE, AMBER

**Care Plan**

**Uri**

Electronically Signed and Reviewed by MOORE, AMBER 03/20/2022 21:16:15
Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 08/08/2023 12:08:50

- Over the counter medication use discussed.
- Follow up if symptoms worsen or are not improving on antibiotics

**Personal history of COVID-19**

**Counseling 30 Minutes**

- Counseling was over half of a 30 minute encounter
- Still coughing a lot and weak and fatigued from covid.
- Likely secondary bacterial URI from lingering covid s/s.

**Morbid (severe) obesity due to excess calories**

**Weight Loss Plan**

- Calorie tracking and dietary education discussed with the patient with individual caloric goal
- Exercise goal of 30-40 minutes everyday reaching target heart rate during exercise
- Follow up for monthly for weight checks, exercise monitoring and re-evaluation.
- Counseling over 1/2 of 25 minute pt encounter

**Patient Instructions**
**Colds And The Flu**

**Please Visit:** http://familydoctor.org/familydoctor/en/diseases-conditions/colds-and-the-flu.printerview.all.html

Electronically Signed and Reviewed by MOORE, AMBER 03/20/2022 21:16:15

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 08/08/2023 12:08:50

**Rendering Provider Signature**

Signature

**Cosigner Signature**

Signature

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | GUERRERO, SABRINA M (Female) | **DOB:** (52)<br>**Race:** White<br>**Language:** English<br>**Ethnicity:** Not Hispanic or Latino | | **Encounter ID:**<br>**Primary Ins:** | 136636675<br>Blue Cross Blue Shield Tennessee (BCBS TN) * |
| **Location:** | Phillips Healthcare Group, PC (service Location)<br>6890 W. A. J. HWY<br>talbott, TN, 37877-0879<br>(423)839-2120 | **Provider:** Amber M Moore, FNP | | | |
| **DOS:** | 02/24/2022 09:30 AM US/Eastern | | | | |

## Subjective

**Chief Complaint: covid f/u**

**History of Present Illness - covid f/u**

**Context**

**Reported:** Pt in office today for a covid f/u. She ran a fever over the weekend. She states she feels tired to her core and she can't bounce out of it. She states that she wanted to start seeing pts but it took her 2 hours to get ready this am. She wants to discuss maybe doing PT because she gets so winded and lightheaded. She continues to have a dry cough. She states she has drainage in nose and in throat but she isn't bringing anything up when she coughs. Pt states she finished her steriod this am. She is currently doing doxycycline 100 mg BID Chlohist solution as needed q 6 hrs and albuterol inhaler 2 puffs q 6 hrs as needed. If you think PT is a good idea she would like to go to St Lukes in Sevierville jrk

**Medication List**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 02/08/2022 | Paxlovid (EUA) 300 mg (150 mg x 2)-100 mg tablet | tablet by mouth twice a day; 2 nirmatrelvir tabs and 1 ritonavir tab BID for 5 days | 30 | 0 | Active |
| 02/07/2022 | benzonatate 100 mg capsule | 1-2 capsule by mouth three times a day as needed (PRN) | 60 | 0 | Active |
| 01/28/2022 | ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule | 1 capsule by mouth 2 times weekly | 9 | 11 | Active |
| 12/17/2021 | meloxicam 15 mg tablet | 1 tablet by mouth daily | 30 | 11 | Active |
| 12/15/2021 | fluconazole 150 mg tablet | 1 tablet by mouth daily | 7 | 0 | Active |
| 12/10/2021 | escitalopram 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 11/04/2021 | fluconazole 150 mg tablet | 1 tablet by mouth daily | 3 | 1 | Active |
| 11/04/2021 | benazepril 10 mg tablet | 2 tablet by mouth daily | 180 | 1 | Active |
| 11/04/2021 | nystatin 100,000 unit/gram topical powder | 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed. | 90 | 5 | Active |
| 11/02/2021 | minocycline 100 mg capsule | 1 capsule by mouth twice a day | 180 | 4 | Active |
| 04/15/2021 | cetirizine 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 01/08/2021 | nystatin 100,000 unit/gram topical powder | * 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed. | 90 | 1 | Active |
| 12/31/2018 | MM-Zyme tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 3 | Active |
| 07/03/2017 | cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution | * 1 mL intramuscular once a month | 3 | 11 | Active |

**Allergies**

Sulfa (Sulfonamide Antibiotics)

**Review of Systems**

**Respiratory**

Electronically Signed and Reviewed by MOORE, AMBER 02/24/2022 11:10:52

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 03/07/2022 11:05:35

**Reported:** cough, fatigues, SOB

## Objective

**Vital Signs**

**Blood Pressure**

124/80 (Left Brachial, Sitting, Standard, Normal)

**Pulse**

80 (Left Radial, REGULAR rhythm, Normal quality, Normal)

**Respirations**

16 (Normal quality, NORMAL rhythm, Normal)

**Pulse Ox**

96 % (RoomAir)

**Temperature**

97.8 F (Right Tympanic Membrane, Normal)

**Weight**

378 lb

**Height**

5' 5"

**BMI Flag**

Obese ( 62.9 )

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed.

**Nutrition:** The patient is obese

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

**ENT**

**Otoscopic**

Otoscopic examination of external auditory canals and tympanic membranes is normal; there is a good cone of light.

**Nose**

Upon inspection, the nasal mucosa is erythematous bilaterally There is watery, clear nasal discharge bilaterally

**Throat**

Examination of the pharynx reveals post-nasal discharge located diffusely

**Respiratory**

The patient is relaxed and breathes without effort. The patient is not cyanotic and does not use the accessory muscles of respiration. The AP diameter of the chest is normal. The chest expands symmetrically upon inspiration. Upon palpation of the chest wall there is no tenderness or masses. Tactile fremitus is normal and symmetrical. The lungs are clear to percussion. There are no crackles, wheezes, rhonchi, stridor or pleural rubs.

**Effort**

The patient is relaxed and breathes without effort. The patient is not cyanotic. There is no acessory muscle use or intercostal retractions.

**Auscultation**

There are no crackles, wheezes, rhonchi, stridor or pleural rubs. There is no bronchophony, egophony, or whispered pectoriloquy.

**Cardiovascular**

Electronically Signed and Reviewed by MOORE, AMBER 02/24/2022 11:10:52

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 03/07/2022 11:05:35

Upon palpation of the chest wall there are no heaves, lifts, or thrills. The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs. There is no pitting edema of the lower extremities. There are no bruits. The peripheral artery pulses are 2+ brisk.

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Lymphatics**

**Cervical**

Palpation of the cervical lymph nodes does not reveal any abnormal enlargement or tenderness.

**Psychiatric**

**Orientation**

The patient is oriented to time, place and person.

**Mood Personality**

The patient's mood is neutral and the affect appropriate.

**Problem List**

Benign Essential Hypertension (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin D Deficiency (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Post-Gastrointestinal Tract Surgery Malnutrition (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Iron Deficiency Anemia (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

## Assessment

**Diagnosis**

J1282 Pneumonia due to coronavirus disease 2019
U099 Post COVID-19 condition, unspecified

## Plan

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Low 20-29 Min | 99213 | 1 UN | | |

**Prescribe**

Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler - Rinse mouth after each use.

**Follow-Up**

Follow-Up (2 Weeks) with MOORE, AMBER

**Care Plan**

**Pneumonia due to coronavirus disease 2019**

**Note 1**

- Complete doxycycline and steroids
- Add symbicort
- Rest
- F/u in 2-3 weeks for recheck to see if ready to be released back to work.

Electronically Signed and Reviewed by MOORE, AMBER 02/24/2022 11:10:52

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 03/07/2022 11:05:35

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Physical Therapy Initial Examination

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Visit No.:** 1

**Date of Initial Examination:** 06/07/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

## Subjective

**History of Present Condition/Mechanism of Injury:** Pt with history of COVID in 2022 and later developed Long COVID. Pt had PT in the past but claimed that it only helped some. Pt also is seeing Post-COVID clinic. Pt recently followed up with PCP and d/t persistent chronic fatigue. Pt was recommended to have PT thus the referral.
**Primary Concern/Chief Complaint:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene: Grooming, Bathing
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing
**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry
**Pain Location:** low back
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 0
**Pain Description:** Dull/Achy
**Pain Location:** R knee
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 0
**Pain Description:** Throbbing
**Aggravating Factors:** Standing, Walking
**General Health:** Good
**Occupation/Social History:**
**Is the Patient a current tobacco user OR have they been a user within the last 12 months:** No
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins. Past history of COVID (2022).
**Diagnostic Testing/Imaging:** NA
**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair, )
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.
**Patient Goals:** per Pt, "I want to have better endurance and also lose some weight"

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |
| Inspection | Pt presented to this outpatient clinic ambulatory without any AD. Postural and gait deviations noted. |

**Lincoln/Guerrero 1095**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Physical Therapy Initial Examination

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 06/07/2023

## Body Mass Index

| | |
|---|---|
| Weight | 336 |
| Height | 64.5 |
| Units | lbs/in |
| Index | 56.78 |
| Followup Plan | Nutrition, Lifestyle and BMI education, exercise counseling |

## Outcome Measurement Tools

**Lower Extremity**

Lower Extremity Functional Scale 27/80

## Observation

**Body Type** Endomorph

**Standing Posture** Forward Head, Rounded Shoulders, Increased Thoracic Kyphosis, Decreased Lumbar Lordosis, Posterior Pelvic Tilt, Obesity
Protracted Scapulas

**Gait** Lacks Proper Heel Strike/Toe Off
waddling gait

**6 Minute Walk Test**

| | SpO2% | HR | RR | BORG | Feet |
|---|---|---|---|---|---|
| Rest | 99 | 73 | 22 | _ | _ |
| 1 min. | _ | _ | _ | _ | _ |
| 2 min. | _ | _ | _ | _ | _ |
| 3 min. | 99 | 105 | 28 | _ | 240 |
| 4 min. | _ | _ | _ | _ | _ |
| 5 min. | 98 | 88 | 31 | _ | 340 |
| 6 min. | 98 | 105 | 28 | _ | 400 |

Comments 2 seated rest breaks required

## Range of Motion

There were No AROM limitations noted for BUE/LE major joint.

## Strength

**Comments** BUE/LE grossly graded 3+/5

## Palpation

**Comments**

## Assessment

**Assessment/Diagnosis:** Pt presents with generalized weakness and decreased activity tolerance/endurance, which limit Pt function and mobility. Pt will benefit from skilled PT in order to improve on functional limitations and regain PLOF. Pt was educated on PT POC, showed understanding and agreed and participated in goal setting.

**Lincoln/Guerrero 1096**

St. Luke's Therapy Services of Sevierville
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Physical Therapy Initial Examination

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 06/07/2023

**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.
**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques.
Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.
**Rehab Potential:** Good
**Contraindications to Therapy:** None
**Patient Problems:**
- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**
1: (4 Weeks) | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin
2: (4 Weeks) | Improved activity tolerance as shown with 6 min walk test: 500 ft.
3: (4 Weeks) | Improved function (LEFS:36) to increase ease with ADLs
**Long Term Goals:**
1: (8 Weeks) | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping
2: (8 Weeks) | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft.
3: (8 Weeks) | Improved function (LEFS:45) to increase ease with household chores

## Plan

**Frequency:** 2-3 times a week
**Duration:** 8 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises (Strength, Endurance, Stability, include pool ex's), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Activity Modification, Home Safety), Self Care

**Specialties**
Other (pain modalities PRN)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (865)453-9022.

Please sign and return: Fax#: (865)453-9177

I certify the need for these services furnished under this plan of treatment and while under my care.

Physician/Non-Physician Practitioner (NPP) Signature:

PT, DPT

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Signed by Dr. Jan Paul Dela Cruz, PT, DPT on June 7, 2023 at 11:14 am*

_______________________
F. Phillips, MD
Date:______________ Time:______________

**Lincoln/Guerrero 1097**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177

# Discharge Note

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Physician Name:** F. Phillips, MD
**Date of Last Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Discharge Note:** 10/20/2023
**Injury/Onset Date:** Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 21

**Guerrero, Sabrina M. has been discharged from our care for the following reasons:**
Pt has not returned for therapy since last session dated 10/13/2023. Referring provider was informed of Pt D/C.

Please see the last progress report or notes above for the patient's most recent status. Thank you for the opportunity to assist you in the rehabilitation of this patient. If you have any questions or concerns, please feel free to contact me at (865)453-9022.

Jan Paul Dela Cruz
License #9538
*Document created on November 2, 2023 9:57 am*

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Physical Therapy Recertification Note

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Recertification:** 10/13/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 21

## Subjective

**History of Present Condition/Mechanism of Injury:** Pt with history of COVID in 2022 and later developed Long COVID. Pt had PT in the past but claimed that it only helped some. Pt also is seeing Post-COVID clinic. Pt recently followed up with PCP and d/t persistent chronic fatigue. Pt was recommended to have PT thus the referral.
**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.

Pt reported, "I am still having a lot of congestion. My knees are still pretty bad. I think my knees are affecting my back."
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene: Grooming, Bathing
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing
**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry
**Pain Location:** low back
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 4 **Previous Findings as of 09/29/2023 - Worst:6 Best:0 Current:4*
**Pain Description:** Dull/Achy
**Pain Location:** L knee
**Pain Scale: Worst:** 7 **Best:** 0 **Current:** 4 **Previous Findings as of 09/29/2023 - Worst:7 Best:0 Current:4*
**Pain Description:** Throbbing
**Aggravating Factors:** Standing, Walking
**General Health:** Good
**Occupation/Social History:**
**Is the Patient a current tobacco user OR have they been a user within the last 12 months:** No
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),
**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair, )
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |
| Inspection | Pt presented to this outpatient clinic ambulatory without any AD. Postural and gait deviations noted. |

St. Luke's Therapy Services of Sevierville
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Physical Therapy Recertification Note

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 10/13/2023

## Body Mass Index

| | |
|---|---|
| Weight | 336 |
| Height | 64.5 |
| Units | lbs/in |
| Index | 56.78 |
| Followup Plan | Nutrition, Lifestyle and BMI education, exercise counseling |

## Outcome Measurement Tools

**Previous Findings as of 08/07/2023*

**Lower Extremity**

| | | |
|---|---|---|
| Lower Extremity Functional Scale | 38/80 | *36* |

## Observation

**Body Type** Endomorph

**Standing Posture** Forward Head, Rounded Shoulders, Increased Thoracic Kyphosis, Decreased Lumbar Lordosis, Posterior Pelvic Tilt, Obesity
Protracted Scapulas

**Gait** Lacks Proper Heel Strike/Toe Off
waddling gait

**6 Minute Walk Test**

| | SpO2% | HR | RR | BORG | Feet |
|---|---|---|---|---|---|
| Rest | 98 | 72 | 22 | _ | _ |
| 1 min. | _ | _ | _ | _ | _ |
| 2 min. | _ | _ | _ | _ | _ |
| 3 min. | 99 | 105 | 27 | _ | 240 |
| 4 min. | _ | _ | _ | _ | _ |
| 5 min. | 98 | 89 | 32 | _ | 340 |
| 6 min. | 98 | 106 | 26 | _ | 400 |

Comments 2 seated rest breaks required

## Range of Motion

**Previous Findings as of 08/07/2023*

There were No AROM limitations noted for BUE/LE major joint.

## Strength

**Previous Findings as of 08/07/2023*

**Comments** BUE/LE grossly graded 3+/5 — *BUE/LE grossly graded 3+/5*

## Palpation

**Comments**

## Assessment

**Lincoln/Guerrero 1100**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Physical Therapy Recertification Note

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 10/13/2023

**Assessment/Diagnosis:** Pt is continuing to voice moderate pain in LB/B knees and is slowly progressing w/ROM, strength, stability and postural awareness Pt is tolerating present exercise load well w/no adverse effects. Pt requires skilled therapy to achieve POC goals.
**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.
**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks
**Rehab Potential:** Good
**Patient Problems:**
- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**
1: (4 Weeks) | 20% | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | 10% | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | Goal Met | Improved function (LEFS:36) to increase ease with ADLs |
**Long Term Goals:**
1: (8 Weeks) | 10% | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | 5% | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | 50% | Improved function (LEFS:45) to increase ease with household chores |
**Summary/Recommendations:** Pt with minimal change from last progress note d/t missing therapy visits secondary to illness. However Pt will still benefit from skilled PT in order to improve on functional limitations as Pt has not reached max rehab potential.

## Plan

**Frequency:** 2-3 times a week
**Duration:** 8 weeks
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises (Strength, Endurance, Stability, include pool ex's), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Activity Modification, Home Safety), Self Care

**Specialties**
Other (pain modalities PRN)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (865)453-9022.

Please sign and return: Fax#: (865)453-9177

I certify the need for these services furnished under this plan of treatment and while under my care.

Physician/Non-Physician Practitioner (NPP) Signature:

PT, DPT

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Signed by Dr. Jan Paul Dela Cruz, PT, DPT on October 13, 2023 at 5:27 pm*

F. Phillips, MD
Date:_______________ Time:_______________

**Lincoln/Guerrero 1101**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Daily Note:** 10/13/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 21
**Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.

Pt reported. "I am still having a lot of congestion. My knees are still pretty bad. I think my knees are affecting my back."

**Before the injury/onset/change of status date, the patient was able to perform the following activities:**

**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving

**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs

**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles

**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation

**Current Functional Limitations:**

**Self Care:** Hygiene: Grooming, Bathing

**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing

**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles

**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry

**Pain Location:** low back

**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 4 **Previous Findings as of 09/29/2023 - Worst:6 Best:0 Current:4*

**Pain Description:** Dull/Achy

**Pain Location:** L knee

**Pain Scale: Worst:** 7 **Best:** 0 **Current:** 4 **Previous Findings as of 09/29/2023 - Worst:7 Best:0 Current:4*

**Pain Description:** Throbbing

**Aggravating Factors:** Standing, Walking

**Occupation/Social History:**

**Is the Patient a current tobacco user OR have they been a user within the last 12 months:** No

**Home Health Care:** No

**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),

**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair, )

**Mental Status/Cognitive Function Appears Impaired?** No

**Current Medications:** Prescription (see eDoc)

Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 3 |
| | Ther ex was facilitated in standing in pool to increase ROM, strength, stability and to improve posture and gait pattern. See Flowsheet | |

*CPT copyright 2022 American Medical Association. All rights reserved.*

Objective Findings

10/13/23
BUE/LE strength 3+/5
Slowly improving endurance

## Assessment

St. Luke's Therapy Services of Sevierville
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 10/13/2023

# Daily Note / Billing Sheet

**Assessment/Diagnosis:** Pt is continuing to voice moderate pain in LB/B knees and is slowly progressing w/ROM, strength, stability and postural awareness Pt is tolerating present exercise load well w/no adverse effects. Pt requires skilled therapy to achieve POC goals.
**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks
**Rehab Potential:** Good
**Patient Problems:**
- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**
1: (4 Weeks) | 20% | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | 10% | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | Goal Met | Improved function (LEFS:36) to increase ease with ADLs |

**Long Term Goals:**
1: (8 Weeks) | 10% | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | 5% | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | 50% | Improved function (LEFS:45) to increase ease with household chores |

## Plan

**Instructions:**
Continue with current program. Progress as tolerated.

PT, DPT

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Signed by Dr. Jan Paul Dela Cruz, PT, DPT on October 13, 2023 at 5:27 pm*

# Patient Outcomes

Report Date: 10/13/2023

**Sabrina Michelle Guerrero** 38 OF 80

| | | | |
|---|---|---|---|
| **Patient ID:** | 9889090 | **Questionnaire Type:** | Follow Up |
| **Case Key:** | 51736260 | **Area:** | Lower Extremity |
| **Visit Date:** | 10/13/2023 | **Clinician:** | Dela Cruz, Jan Paul |
| **Entry Date:** | 10/13/2023 | **Clinic:** | St. Luke's Therapy Services of Sevierville |
| **ICD Code:** | R5382 - Chronic fatigue, unspecified | **Referral Source:** | Phillips, Floyd |
| **Gender:** | F | | PPO |
| **Date of Birth:** | | **Litigation:** | No **Direct Access:** No |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | **Pain Level** | 4 | 4 | (0 to 10) |
| | **Satisfaction** | Very Satisfied | 1 | (1 to 4) |
| | **Functional Improvement** | Good | 2 | (1 to 4) |
| | **Goals Met** | Partially Met | 3 | (1 to 4) |
| | **Any of your usual work, housework, or school activities** | Moderate Difficulty | 2 | (0 to 4) |
| | **Your usual hobbies, re creational or sporting activities** | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | **Getting into or out of the bath** | A Little Bit of Difficulty | 3 | (0 to 4) |
| | **Walking between rooms** | No Difficulty | 4 | (0 to 4) |
| | **Putting on your shoes or socks** | A Little Bit of Difficulty | 3 | (0 to 4) |
| | **Squatting** | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | **Lifting an object, like a bag of groceries from the floor** | No Difficulty | 4 | (0 to 4) |
| | **Performing light activities around your home** | No Difficulty | 4 | (0 to 4) |
| | **Performing heavy activities around your home** | Moderate Difficulty | 2 | (0 to 4) |
| | **Getting into or out of a car** | A Little Bit of Difficulty | 3 | (0 to 4) |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | Walking 2 blocks | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Walking a mile | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Going up or down 10 stairs (about 1 flight of stairs)) | Moderate Difficulty | 2 | (0 to 4) |
| | Standing for 1 hour | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Sitting for 1 hour | No Difficulty | 4 | (0 to 4) |
| | Running on even ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Running on uneven ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Making sharp turns while running fast | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Hopping | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Rolling over in bed | No Difficulty | 4 | (0 to 4) |

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Plan of Care

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Plan of Care:** 10/13/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 21

## Assessment

**Assessment/Diagnosis:** Pt is continuing to voice moderate pain in LB/B knees and is slowly progressing w/ROM, strength, stability and postural awareness Pt is tolerating present exercise load well w/no adverse effects. Pt requires skilled therapy to achieve POC goals.
**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks
**Rehab Potential:** Good
**Patient Problems:**
- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**
1: (4 Weeks) | 20% | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | 10% | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | Goal Met | Improved function (LEFS:36) to increase ease with ADLs |

**Long Term Goals:**
1: (8 Weeks) | 10% | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | 5% | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | 50% | Improved function (LEFS:45) to increase ease with household chores |

**Summary/Recommendations:** Pt with minimal change from last progress note d/t missing therapy visits secondary to illness. However Pt will still benefit from skilled PT in order to improve on functional limitations as Pt has not reached max rehab potential.

## Plan

**Frequency:** 2-3 times a week
**Duration:** 8 weeks
**Treatment to be provided:**
**Procedures**

Therapeutic Exercises (Strength, Endurance, Stability, include pool ex's), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Activity Modification, Home Safety), Self Care

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 10/13/2023

# Plan of Care

**Specialties**

Other (pain modalities PRN)
Continue with current program. Progress as tolerated.

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (865)453-9022.

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Signed by Dr. Jan Paul Dela Cruz, PT, DPT on October 13, 2023 at 5:27 pm*

Please sign and return: Fax#: (865)453-9177

I certify the need for these services furnished under this plan of treatment and while under my care.

Physician/Non-Physician Practitioner (NPP) Signature:

________________________________________
F. Phillips, MD

Date:________________ Time:________________

**Lincoln/Guerrero 1107**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Daily Note:** 09/29/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 20
**Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.

Pt reported, "I am doing ok. The orthopedic surgeon says I need a knee replacement but I have to lose weight before he will do it. I still have pain in both of my knees."

**Before the injury/onset/change of status date, the patient was able to perform the following activities:**

**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation

**Current Functional Limitations:**

**Self Care:** Hygiene: Grooming, Bathing
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing
**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry

**Pain Location:** low back
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 4 **Previous Findings as of 09/20/2023 - Worst:6 Best:0 Current:3*
**Pain Description:** Dull/Achy
**Pain Location:** L knee
**Pain Scale: Worst:** 7 **Best:** 0 **Current:** 4 **Previous Findings as of 09/20/2023 - Worst:7 Best:0 Current:6*
**Pain Description:** Throbbing
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),
**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair, )
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>Ther ex was facilitated in standing in pool to increase ROM, strength, stability and to improve posture and gait pattern. See Flowsheet | 3 |

CPT copyright 2022 American Medical Association. All rights reserved.

Objective Findings
9/29/23
BUE/LE strength 3+/5
Slowly improving endurance

## Assessment

Lincoln/Guerrero 1108

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 09/29/2023

# Daily Note / Billing Sheet

**Assessment/Diagnosis:** Pt is voicing moderate pain in LB and B knees and is slowly progressing w/ROM, strength, stability and postural awareness. SLS exercises were resumed and Pt tolerated treatment well w/no adverse effects. Pt requires skilled therapy to achieve POC goals.
**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks
**Rehab Potential:** Good
**Patient Problems:**
- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**
1: (4 Weeks) | 20% | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | 10% | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | 20% | Improved function (LEFS:36) to increase ease with ADLs |
**Long Term Goals:**
1: (8 Weeks) | 10% | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | 5% | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | 10% | Improved function (LEFS:45) to increase ease with household chores |
Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:**
Continue per POC as tolerated

Ellen Starr PTA

Ellen Starr
License #5961
*Initiated by Ellen Starr on September 29, 2023 at 9:52 am*

, PT, DPT

Dr. Ma. Paz Corazon Alana, PT, DPT
License #2308
*Electronically Co-Signed by Dr. Ma. Paz Corazon Alana, PT, DPT on September 29, 2023 at 10:06 am*

**Lincoln/Guerrero 1109**

St. Luke's Therapy Services of Sevierville
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Daily Note:** 09/20/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 19
**Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.

Pt reported, "I am having more pain in my L knee. I am going to see an orthopedic surgeon about getting knee replacement. My breathing still has some issues."

**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene: Grooming, Bathing
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing
**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry
**Pain Location:** low back
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 3 **Previous Findings as of 09/13/2023 - Worst:6 Best:0 Current:3*
**Pain Description:** Dull/Achy
**Pain Location:** L knee
**Pain Scale: Worst:** 7 **Best:** 0 **Current:** 6 **Previous Findings as of 09/13/2023 - Worst:6 Best:0 Current:4*
**Pain Description:** Throbbing
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),
**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair, )
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>Ther ex was facilitated in standing in pool to increase ROM, strength, stability and to improve posture and gait pattern. See Flowsheet | 3 |

CPT copyright 2022 American Medical Association. All rights reserved.

Objective Findings

9/20/23
BUE/LE strength 3+/5
Slowly improving endurance

## Assessment

Lincoln/Guerrero 1110

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 09/20/2023

# Daily Note / Billing Sheet

**Assessment/Diagnosis:** Pt is voicing mild pain LB and increased pain in L knee and is continuing to improve w/postural awareness. SLS exercises were reduced d/t increased pain in L knee. Pt did not exhibit any episodes of SOB or coughing and did not require any rest breaks. Pt tolerated reduced exercise load well w/no adverse effects. Pt requires skilled therapy to achieve POC goals.

**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks

**Rehab Potential:** Good

**Patient Problems:**

- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**

1: (4 Weeks) | 20% | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | 10% | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | 20% | Improved function (LEFS:36) to increase ease with ADLs |

**Long Term Goals:**

1: (8 Weeks) | 10% | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | 5% | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | 10% | Improved function (LEFS:45) to increase ease with household chores |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:**

Continue per POC as tolerated

Ellen Starr PTA

Ellen Starr
License #5961
*Initiated by Ellen Starr on September 20, 2023 at 9:35 am*

, PT, DPT

Dr. Ma. Paz Corazon Alana, PT, DPT
License #2308
*Electronically Co-Signed by Dr. Ma. Paz Corazon Alana, PT, DPT on September 20, 2023 at 9:39 am*

**Lincoln/Guerrero 1111**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Daily Note:** 09/13/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 18
**Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.

Pt reported, "I am doing pretty good. I am still having respiratory issues and I get short of breath just from walking. I am supposed to see the pulmonologist in 2 weeks. I have a little bit of pain but not much."

**Before the injury/onset/change of status date, the patient was able to perform the following activities:**

**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation

**Current Functional Limitations:**

**Self Care:** Hygiene: Grooming, Bathing
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing
**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry

**Pain Location:** low back
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 3 *Previous Findings as of 09/11/2023 - Worst:6 Best:0 Current:3*
**Pain Description:** Dull/Achy

**Pain Location:** L knee
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 4 *Previous Findings as of 09/11/2023 - Worst:6 Best:0 Current:3*
**Pain Description:** Throbbing

**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),
**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair, )
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>Ther ex was facilitated in standing in pool to increase ROM, strength, stability and to improve posture and gait pattern. See Flowsheet | 3 |

*CPT copyright 2022 American Medical Association. All rights reserved.*

Objective Findings

9/11/23
BUE/LE strength 3+/5
Slowly improving endurance

## Assessment

**Assessment/Diagnosis:** Pt is voicing mild pain and is exhibiting improving postural awareness. Pt is tolerating increased exercise load well w/no episodes of SOB but coughing still present and no adverse effects.

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 09/13/2023

**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks
**Rehab Potential:** Good
**Patient Problems:**
- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**
1: (4 Weeks) | 20% | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | 10% | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | 20% | Improved function (LEFS:36) to increase ease with ADLs |

**Long Term Goals:**
1: (8 Weeks) | 10% | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | 5% | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | 10% | Improved function (LEFS:45) to increase ease with household chores |
Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:**
Continue per POC as tolerated

Ellen Starr PTA

Ellen Starr
License #5961
*Initiated by Ellen Starr on September 13, 2023 at 9:38 am*

PT, DPT

Dr. Ma. Paz Corazon Alana, PT, DPT
License #2308
*Electronically Co-Signed by Dr. Ma. Paz Corazon Alana, PT, DPT on September 13, 2023 at 11:46 am*

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Daily Note:** 09/11/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 17
**Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.

Pt reported, "I am doing ok. I'm still tired from taking Mom to Vanderbilt last Friday. I still having a lot of coughing and congestion. I have a little bit of pain today."

**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene: Grooming, Bathing
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing
**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry
**Pain Location:** low back
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 3 **Previous Findings as of 08/28/2023 - Worst:6 Best:0 Current:5*
**Pain Description:** Dull/Achy
**Pain Location:** L knee
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 3 **Previous Findings as of 08/28/2023 - Worst:6 Best:0 Current:5*
**Pain Description:** Throbbing
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),
**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair. Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair. )
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>Ther ex was facilitated in standing in pool to increase ROM, strength, stability and to improve posture and gait pattern. See Flowsheet | 3 |

*CPT copyright 2022 American Medical Association. All rights reserved.*

Objective Findings

9/11/23
BUE/LE strength 3+/5
Slowly improving endurance

## Assessment

**Assessment/Diagnosis:** Pt is voicing mild pain and is exhibiting less coughing and no episodes of SOB. Pt was able to tolerate increased hold times w/no rest breaks and no adverse effects. Pt requires skilled therapy to achieve POC goals

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 09/11/2023

**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks
**Rehab Potential:** Good
**Patient Problems:**
- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**
1: (4 Weeks) | 20% | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | 10% | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | 20% | Improved function (LEFS:36) to increase ease with ADLs |

**Long Term Goals:**
1: (8 Weeks) | 10% | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | 5% | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | 10% | Improved function (LEFS:45) to increase ease with household chores |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:**
Continue per POC as tolerated

Ellen Starr
License #5961
*Initiated by Ellen Starr on September 11, 2023 at 9:10 am*

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Co-Signed by Dr. Jan Paul Dela Cruz, PT, DPT on September 11, 2023 at 10:15 am*

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Daily Note:** 08/28/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 16
**Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.

Pt reported, "I am still having a lot of coughing and congestion from that cold I had. I have some more pain but I think its from coughing so much."

**Before the Injury/onset/change of status date, the patient was able to perform the following activities:**

**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving

**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs

**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles

**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation

**Current Functional Limitations:**

**Self Care:** Hygiene: Grooming, Bathing

**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing

**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles

**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry

**Pain Location:** low back

**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 5 **Previous Findings as of 08/18/2023 - Worst:6 Best:0 Current:4*

**Pain Description:** Dull/Achy

**Pain Location:** L knee

**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 5 **Previous Findings as of 08/18/2023 - Worst:6 Best:0 Current:4*

**Pain Description:** Throbbing

**Aggravating Factors:** Standing, Walking

**Occupation/Social History:**

**Home Health Care:** No

**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),

**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair, )

**Mental Status/Cognitive Function Appears Impaired?** No

**Current Medications:** Prescription (see eDoc)

Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>Ther ex was facilitated in standing in pool to increase ROM, strength, stability and to improve posture and gait pattern. See Flowsheet | 3 |

CPT copyright 2022 American Medical Association. All rights reserved.

Objective Findings

8/28/23
BUE/LE strength 3+/5
Slowly improving endurance

## Assessment

**Lincoln/Guerrero 1116**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 08/28/2023

# Daily Note / Billing Sheet

**Assessment/Diagnosis:** Pt is voicing increased pain d/t coughing from upper respiratory infection and is exhibiting intermittent episodes of coughing/SOB. Pt was able to tolerate present exercise load w/rest breaks well w/no adverse effects. Pt requires skilled therapy to achieve POC goals

**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks

**Rehab Potential:** Good

**Patient Problems:**

- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**

1: (4 Weeks) | 20% | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | 10% | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | 20% | Improved function (LEFS:36) to increase ease with ADLs |

**Long Term Goals:**

1: (8 Weeks) | 10% | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | 5% | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | 10% | Improved function (LEFS:45) to increase ease with household chores |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:**
Continue per POC as tolerated

Ellen Starr PTA

Ellen Starr
License #5961
*Initiated by Ellen Starr on August 28, 2023 at 8:55 am*

Remy Baso, PT
License #0008510
*Electronically Co-Signed by Remy Baso, PT on August 28, 2023 at 10:06 am*

St. Luke's Therapy Services of Sevierville
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Daily Note:** 08/18/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 15
**Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.

Pt reported, "I am doing alright. I have a little bit more pain. We have been working on clearing mom's house so she can use her walker better."

**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene: Grooming, Bathing
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing
**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry
**Pain Location:** low back
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 4 **Previous Findings as of 08/16/2023 - Worst:6 Best:0 Current:2*
**Pain Description:** Dull/Achy
**Pain Location:** L knee
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 4 **Previous Findings as of 08/16/2023 - Worst:6 Best:0 Current:2*
**Pain Description:** Throbbing
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),
**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair, )
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>Ther ex was facilitated in standing in pool to increase ROM, strength, stability and to improve posture and gait pattern. See Flowsheet | 3 |

*CPT copyright 2022 American Medical Association. All rights reserved.*

Objective Findings

8/16/23
BUE/LE strength 3+/5
Slowly improving endurance

## Assessment

Lincoln/Guerrero 1118

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 08/18/2023

# Daily Note / Billing Sheet

**Assessment/Diagnosis:** Pt is voicing increase in pain d/t household cleaning and episodes of SOB w/prolonged walking. Pt is continuing to progress well w/strength, stability, gait pattern and posture. Pt is tolerating present exercise load well w/no adverse effects. Pt requires skilled therapy to achieve POC goals.
**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks
**Rehab Potential:** Good
**Patient Problems:**
- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**
1: (4 Weeks) | 20% | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | 10% | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | 20% | Improved function (LEFS:36) to increase ease with ADLs |
**Long Term Goals:**
1: (8 Weeks) | 10% | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | 5% | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | 10% | Improved function (LEFS:45) to increase ease with household chores |
Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:**
Continue per POC as tolerated

Ellen Starr PTA

Ellen Starr
License #5961
*Initiated by Ellen Starr on August 18, 2023 at 9:07 am*

, PT, DPT

Dr. Ma. Paz Corazon Alana, PT, DPT
License #2308
*Electronically Co-Signed by Dr. Ma. Paz Corazon Alana, PT, DPT on August 18, 2023 at 12:16 pm*

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Daily Note:** 08/16/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 14
**Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.

Pt reported, "I am pretty good. The pain is coming down. But I get out of breath really easily when I try to walk longer distances. My pulmonologist says I have scarring on my lungs from Covid."

**Before the injury/onset/change of status date, the patient was able to perform the following activities:**

**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving

**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs

**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles

**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation

**Current Functional Limitations:**

**Self Care:** Hygiene: Grooming, Bathing

**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing

**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles

**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry

**Pain Location:** low back

**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2 **Previous Findings as of 08/09/2023 - Worst:6 Best:0 Current:3*

**Pain Description:** Dull/Achy

**Pain Location:** L knee

**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2 **Previous Findings as of 08/09/2023 - Worst:6 Best:0 Current:3*

**Pain Description:** Throbbing

**Aggravating Factors:** Standing, Walking

**Occupation/Social History:**

**Home Health Care:** No

**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),

**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair, )

**Mental Status/Cognitive Function Appears Impaired?** No

**Current Medications:** Prescription (see eDoc)

Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>Ther ex was facilitated in standing in pool to increase ROM, strength, stability and to improve posture and gait pattern. See Flowsheet | 3 |

*CPT copyright 2022 American Medical Association. All rights reserved.*

Objective Findings

8/16/23
BUE/LE strength 3+/5
Slowly improving endurance

## Assessment

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 08/16/2023

# Daily Note / Billing Sheet

**Assessment/Diagnosis:** Pt is voicing mild pain and increased SOB when walking on land. Pt is exhibiting improving strength and posture. Pt was able to tolerate ambulation in shallow water w/incline well w/no adverse effects. Pt requires skilled therapy to achieve POC goals.
**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks
**Rehab Potential:** Good
**Patient Problems:**
- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**
1: (4 Weeks) | 20% | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | 10% | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | 20% | Improved function (LEFS:36) to increase ease with ADLs |
**Long Term Goals:**
1: (8 Weeks) | 10% | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | 5% | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | 10% | Improved function (LEFS:45) to increase ease with household chores |
Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:**
Continue with current program. Progress as tolerated.

Ellen Starr PTA

Ellen Starr
License #5961
*Initiated by Ellen Starr on August 16, 2023 at 9:09 am*

, PT, DPT

Dr. Ma. Paz Corazon Alana, PT, DPT
License #2308
*Electronically Co-Signed by Dr. Ma. Paz Corazon Alana, PT, DPT on August 16, 2023 at 10:52 am*

**Lincoln/Guerrero 1121**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Daily Note:** 08/09/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 13
**Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.

Pt reported, "I am doing alright. I'm a little tired today. But I was able to walk to the mailbox for the first time in a least a year. I have a little bit of pain but not bad."

**Before the injury/onset/change of status date, the patient was able to perform the following activities:**

**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving

**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs

**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles

**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation

**Current Functional Limitations:**

**Self Care:** Hygiene: Grooming, Bathing

**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing

**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles

**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry

**Pain Location:** low back

**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 3 **Previous Findings as of 08/07/2023 - Worst:6 Best:0 Current:3*

**Pain Description:** Dull/Achy

**Pain Location:** L knee

**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 3 **Previous Findings as of 08/07/2023 - Worst:6 Best:0 Current:3*

**Pain Description:** Throbbing

**Aggravating Factors:** Standing, Walking

**Occupation/Social History:**

**Home Health Care:** No

**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),

**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair, )

**Mental Status/Cognitive Function Appears Impaired?** No

**Current Medications:** Prescription (see eDoc)

Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>Ther ex was facilitated in standing and sitting in pool to increase ROM, strength, stability and to improve posture and gait pattern. See Flowsheet | 3 |

CPT copyright 2022 American Medical Association. All rights reserved.

Objective Findings

8/7/23
BUE/LE strength 3+/5
Slowly improving endurance

## Assessment

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 08/09/2023

# Daily Note / Billing Sheet

**Assessment/Diagnosis:** Pt is voicing mild pain and is progressing well w/strength, posture, gait pattern and balance. Pt is tolerating increased exercise load well w/no adverse effects. Pt required no rest breaks again today. Pt requires skilled therapy to achieve POC goals.

**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks

**Rehab Potential:** Good

**Patient Problems:**

- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**

1: (4 Weeks) | 20% | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | 10% | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | 20% | Improved function (LEFS:36) to increase ease with ADLs |

**Long Term Goals:**

1: (8 Weeks) | 10% | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | 5% | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | 10% | Improved function (LEFS:45) to increase ease with household chores |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:**

Continue with current program. Progress as tolerated.

Ellen Starr PTA

Ellen Starr
License #5961
*Initiated by Ellen Starr on August 9, 2023 at 8:51 am*

, PT, DPT

Dr. Ma. Paz Corazon Alana, PT, DPT
License #2308
*Electronically Co-Signed by Dr. Ma. Paz Corazon Alana, PT, DPT on August 9, 2023 at 10:19 am*

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Physical Therapy Recertification Note

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Recertification:** 08/07/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 12

## Subjective

**History of Present Condition/Mechanism of Injury:** Pt with history of COVID in 2022 and later developed Long COVID. Pt had PT in the past but claimed that it only helped some. Pt also is seeing Post-COVID clinic. Pt recently followed up with PCP and d/t persistent chronic fatigue. Pt was recommended to have PT thus the referral.
**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.

Pt reported, "I am doing pretty good. I can tell I am getting stronger. And I am moving more around the house when I am at home."
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene: Grooming, Bathing
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing
**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry
**Pain Location:** low back
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 3 **Previous Findings as of 07/26/2023 - Worst:6 Best:0 Current:4*
**Pain Description:** Dull/Achy
**Pain Location:** L knee
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 3 **Previous Findings as of 07/26/2023 - Worst:6 Best:0 Current:4*
**Pain Description:** Throbbing
**Aggravating Factors:** Standing, Walking
**General Health:** Good
**Occupation/Social History:**
**Is the Patient a current tobacco user OR have they been a user within the last 12 months:** No
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),
**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair, )
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

**Inspection**

**Patient Consent**
Patient/Parent/Guardian Consent Yes

Lincoln/Guerrero 1124

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Physical Therapy Recertification Note

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 08/07/2023

Inspection — Pt presented to this outpatient clinic ambulatory without any AD. Postural and gait deviations noted.

**Body Mass Index**

| | |
|---|---|
| Weight | 336 |
| Height | 64.5 |
| Units | lbs/in |
| Index | 56.78 |
| Followup Plan | Nutrition, Lifestyle and BMI education, exercise counseling |

**Outcome Measurement Tools** **Previous Findings as of 07/24/2023*

**Lower Extremity**

| | | |
|---|---|---|
| Lower Extremity Functional Scale | 36/80 | *29* |

**Observation**

**Body Type** Endomorph

**Standing Posture** Forward Head, Rounded Shoulders, Increased Thoracic Kyphosis, Decreased Lumbar Lordosis, Posterior Pelvic Tilt, Obesity
Protracted Scapulas

**Gait** Lacks Proper Heel Strike/Toe Off
waddling gait

**6 Minute Walk Test**

| | SpO2% | HR | RR | BORG | Feet |
|---|---|---|---|---|---|
| Rest | 98 | 72 | 22 | _ | _ |
| 1 min. | _ | _ | _ | _ | _ |
| 2 min. | _ | _ | _ | _ | _ |
| 3 min. | 99 | 105 | 27 | _ | 240 |
| 4 min. | _ | _ | _ | _ | _ |
| 5 min. | 98 | 89 | 32 | _ | 340 |
| 6 min. | 98 | 106 | 26 | _ | 400 |

Comments — 2 seated rest breaks required

**Range of Motion** **Previous Findings as of 07/24/2023*

There were No AROM limitations noted for BUE/LE major joint.

**Strength** **Previous Findings as of 07/24/2023*

**Comments** BUE/LE grossly graded 3+/5 — *BUE/LE grossly graded 3+/5*

**Palpation**

**Comments**

Lincoln/Guerrero 1125

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Physical Therapy Recertification Note

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 08/07/2023

## Assessment

**Assessment/Diagnosis:** Pt is voicing decreasing pain and is continuing to progress w/strength, posture and gait pattern. Pt was able to tolerate increase in reps and resumption of CKC knee exercises well w/no rest breaks and no adverse effects. Pt requires skilled therapy to achieve POC goals.

**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.

**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks

**Rehab Potential:** Good

**Patient Problems:**
- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**
1: (4 Weeks) | 20% | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | 10% | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | 20% | Improved function (LEFS:36) to increase ease with ADLs |

**Long Term Goals:**
1: (8 Weeks) | 10% | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | 5% | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | 10% | Improved function (LEFS:45) to increase ease with household chores |

**Summary/Recommendations:** Pt continues to progress towards goals set but has not met max rehab potential. Continue and progress present PT POC.

## Plan

**Frequency:** 2-3 times a week
**Duration:** 8 weeks
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (Strength, Endurance, Stability, include pool ex's), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Activity Modification, Home Safety), Self Care

**Specialties**

Other (pain modalities PRN)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (865)453-9022.

Please sign and return: Fax#: (865)453-9177

I certify the need for these services furnished under this plan of treatment and while under my care.

Physician/Non-Physician Practitioner (NPP) Signature:

F. Phillips, MD

Date:______________ Time:______________

[signature] PT, DPT

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Signed by Dr. Jan Paul Dela Cruz, PT, DPT on August 7, 2023 at 4:39 pm*

**Lincoln/Guerrero 1126**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Daily Note:** 08/07/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 12
**Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.

Pt reported, "I am doing pretty good. I can tell I am getting stronger. And I am moving more around the house when I am at home."

**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene: Grooming, Bathing
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing
**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry
**Pain Location:** low back
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 3 **Previous Findings as of 07/26/2023 - Worst:6 Best:0 Current:4*
**Pain Description:** Dull/Achy
**Pain Location:** L knee
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 3 **Previous Findings as of 07/26/2023 - Worst:6 Best:0 Current:4*
**Pain Description:** Throbbing
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Is the Patient a current tobacco user OR have they been a user within the last 12 months:** No
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),
**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair, )
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>Ther ex was facilitated in standing and sitting in pool to increase ROM, strength, stability and to improve posture and gait pattern. See Flowsheet | 2 |

*CPT copyright 2022 American Medical Association. All rights reserved.*

Objective Findings

8/7/23
BUE/LE strength 3+/5
Slowly improving endurance

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 08/07/2023

# Daily Note / Billing Sheet

## Assessment

**Assessment/Diagnosis:** Pt is voicing decreasing pain and is continuing to progress w/strength, posture and gait pattern. Pt was able to tolerate increase in reps and resumption of CKC knee exercises well w/no rest breaks and no adverse effects. Pt requires skilled therapy to achieve POC goals.

**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks

**Rehab Potential:** Good

**Patient Problems:**

- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**

1: (4 Weeks) | 20% | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | 10% | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | 20% | Improved function (LEFS:36) to increase ease with ADLs |

**Long Term Goals:**

1: (8 Weeks) | 10% | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | 5% | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | 10% | Improved function (LEFS:45) to increase ease with household chores |

## Plan

**Instructions:**

Continue with current program. Progress as tolerated.

PT, DPT

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Signed by Dr. Jan Paul Dela Cruz, PT, DPT on August 7, 2023 at 4:39 pm*

# Patient Outcomes

Report Date: 8/7/2023

**Sabrina Michelle Guerrero** **36 OF 80**

| | | | |
|---|---|---|---|
| **Patient ID:** | 9889090 | **Questionnaire Type:** | Follow Up |
| **Case Key:** | 51736260 | **Area:** | Lower Extremity |
| **Visit Date:** | 8/7/2023 | **Clinician:** | Dela Cruz, Jan Paul |
| **Entry Date:** | 8/7/2023 | **Clinic:** | St. Luke's Therapy Services of Sevierville |
| **ICD Code:** | R5382 - Chronic fatigue, unspecified | **Referral Source:** | Phillips, Floyd |
| **Gender:** | F | | PPO |
| **Date of Birth:** | | **Litigation:** | No **Direct Access:** No |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | Pain Level | 3 | 3 | (0 to 10) |
| | Satisfaction | Very Satisfied | 1 | (1 to 4) |
| | Functional Improvement | Good | 2 | (1 to 4) |
| | Goals Met | Partially Met | 3 | (1 to 4) |
| | Any of your usual work, housework, or school activities | Moderate Difficulty | 2 | (0 to 4) |
| | Your usual hobbies, re creational or sporting activities | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Getting into or out of the bath | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Walking between rooms | No Difficulty | 4 | (0 to 4) |
| | Putting on your shoes or socks | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Squatting | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Lifting an object, like a bag of groceries from the floor | No Difficulty | 4 | (0 to 4) |
| | Performing light activities around your home | No Difficulty | 4 | (0 to 4) |
| | Performing heavy activities around your home | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Getting into or out of a car | A Little Bit of Difficulty | 3 | (0 to 4) |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | Walking 2 blocks | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Walking a mile | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Going up or down 10 stairs (about 1 flight of stairs)) | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Standing for 1 hour | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Sitting for 1 hour | No Difficulty | 4 | (0 to 4) |
| | Running on even ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Running on uneven ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Making sharp turns while running fast | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Hopping | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Rolling over in bed | A Little Bit of Difficulty | 3 | (0 to 4) |

St. Luke's Therapy Services of Sevierville
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Plan of Care

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Plan of Care:** 08/07/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 12

## Assessment

**Assessment/Diagnosis:** Pt is voicing decreasing pain and is continuing to progress w/strength, posture and gait pattern. Pt was able to tolerate increase in reps and resumption of CKC knee exercises well w/no rest breaks and no adverse effects. Pt requires skilled therapy to achieve POC goals.
**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks
**Rehab Potential:** Good
**Patient Problems:**
- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**
1: (4 Weeks) | 20% | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | 10% | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | 20% | Improved function (LEFS:36) to increase ease with ADLs |

**Long Term Goals:**
1: (8 Weeks) | 10% | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | 5% | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | 10% | Improved function (LEFS:45) to increase ease with household chores |

**Summary/Recommendations:** Pt continues to progress towards goals set but has not met max rehab potential. Continue and progress present PT POC.

## Plan

**Frequency:** 2-3 times a week
**Duration:** 8 weeks
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (Strength, Endurance, Stability, include pool ex's), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Activity Modification, Home Safety), Self Care

**Specialties**

Other (pain modalities PRN)
Continue with current program. Progress as tolerated.

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (865)453-9022.

Please sign and return: Fax#: (865)453-9177

I certify the need for these services furnished under this plan of treatment and while under my care.

Physician/Non-Physician Practitioner (NPP) Signature:

[signature] PT, DPT

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Signed by Dr. Jan Paul Dela Cruz, PT, DPT on August 7, 2023 at 4:39 pm*

F. Phillips, MD
Date:______________ Time:______________

**Lincoln/Guerrero 1131**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Daily Note:** 07/26/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 11
**Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.

Pt reported, "I am doing alright. I've been helping to get my moms house cleared out so she can use the walker easier and safer. I have a little bit of pain just really tired."

**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene: Grooming, Bathing
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing
**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry
**Pain Location:** low back
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 4 **Previous Findings as of 07/24/2023 - Worst:6 Best:0 Current:5*
**Pain Description:** Dull/Achy
**Pain Location:** L knee
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 4 **Previous Findings as of 07/24/2023 - Worst:6 Best:0 Current:5*
**Pain Description:** Throbbing
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),
**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair, )
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>Ther ex was facilitated in standing and sitting in pool to increase ROM, strength, stability and to improve posture and gait pattern. See Flowsheet | 3 |

*CPT copyright 2022 American Medical Association. All rights reserved.*

Objective Findings

7/24/23
BUE/LE strength 3+/5
Slowly improving endurance

## Assessment

**Lincoln/Guerrero 1132**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 07/26/2023

# Daily Note / Billing Sheet

**Assessment/Diagnosis:** Pt is voicing decreased pain and still progressing slowly w/strength, posture and gait pattern. Pt has resumed previous exercise load and was able to tolerate treatment w/no rest breaks indicating improving strength and no adverse effects. Pt requires skilled therapy to achieve POC goals.
**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks
**Rehab Potential:** Good
**Patient Problems:**
- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**
1: (4 Weeks) | 20% | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | 10% | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | 20% | Improved function (LEFS:36) to increase ease with ADLs |
**Long Term Goals:**
1: (8 Weeks) | 10% | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | 5% | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | 10% | Improved function (LEFS:45) to increase ease with household chores |
Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:**
Continue with current program. Progress as tolerated.

Ellen Starr PTA

Ellen Starr
License #5961
*Initiated by Ellen Starr on July 26, 2023 at 8:57 am*

PT, DPT

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Co-Signed by Dr. Jan Paul Dela Cruz, PT, DPT on July 26, 2023 at 8:59 am*

St. Luke's Therapy Services of Sevierville
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Physical Therapy Progress Note

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Progress Note:** 07/24/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 10

## Subjective

**History of Present Condition/Mechanism of Injury:** Pt with history of COVID in 2022 and later developed Long COVID. Pt had PT in the past but claimed that it only helped some. Pt also is seeing Post-COVID clinic. Pt recently followed up with PCP and d/t persistent chronic fatigue. Pt was recommended to have PT thus the referral.
**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.

Pt reported, "I am doing ok. I've been taking Mom to a lot of Dr appointments. I have a little more pain because of all the driving. But I feel likle I am getting stronger."
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene: Grooming, Bathing
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing
**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry
**Pain Location:** low back
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 5 **Previous Findings as of 07/19/2023 - Worst:6 Best:0 Current:3*
**Pain Description:** Dull/Achy
**Pain Location:** L knee
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 5 **Previous Findings as of 07/19/2023 - Worst:6 Best:0 Current:5*
**Pain Description:** Throbbing
**Aggravating Factors:** Standing, Walking
**General Health:** Good
**Occupation/Social History:**
**Is the Patient a current tobacco user OR have they been a user within the last 12 months:** No
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),
**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair, )
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

**Inspection**

**Patient Consent**
Patient/Parent/Guardian Consent Yes

| | |
|---|---|
| **Physical Exam** | None recorded |
| **Assessment and Plan** | None recorded<br>**Return to Office**<br>• JULIA BARROSO, RD for +Education 30 (CDE schedule) at TPS_TENNOVA BARIATRIC SURGERY on 11/20/2023 at 02:00 PM |

Patient Medical History:

| | |
|---|---|
| **Allergies List** | Reviewed Allergies<br>SULFA (SULFONAMIDE ANTIBIOTICS): Hives |

**Medications**

Reviewed Medications

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler** USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 11/01/23 | filled |
| **B12 5,000 mcg-100 mcg sublingual lozenge** Place by sublingual route. | 02/22/21 | entered |
| **Bariatric Multivitamins** | 02/06/20 | entered |
| **calcitrioL 0.5 mcg capsule** TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 06/05/23 | filled |
| **cetirizine 10 mg tablet** Take 1 tablet(s) every day by oral route. | 11/13/23 | entered |
| **clopidogreL 75 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/11/23 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule** TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 11/03/23 | filled |
| **famotidine 40 mg tablet** TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 07/29/23 | filled |
| **hydrOXYzine HCL 25 mg tablet** TAKE 1 TABLET BY MOUTH AT BEDTIME | 10/24/23 | filled |
| **ICaps AREDS** 1 pill in AM and 1 pill in PM | 04/26/23 | entered |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/04/23 | filled |
| **meloxicam 15 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/11/23 | filled |
| **minocycline 100 mg capsule** TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 08/15/23 | filled |
| **modafiniL 200 mg tablet** TAKE 1 TABLET BY MOUTH IN THE MORNING | 10/16/23 | filled |
| **ondansetron HCL 4 mg tablet** Take by mouth, 1 tablet every 4 hrs, or 2 tabs every 8 hrs. Max 5 tabs in 24 hrs. | 12/06/22 | filled |
| **pantoprazole 20 mg tablet,delayed release** Take 2 tablets by mouth once daily | 11/11/23 | filled |
| **Qulipta 60 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 09/16/23 | filled |
| **Rexulti 1 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 10/04/23 | filled |
| **topiramate 50 mg tablet** Take 1 tablet(s) every day by oral route for 30 days. | 11/13/23 | entered |
| **Trintellix 10 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/03/23 | filled |
| **vitamin A palmitate** 2500 mg every day | 04/26/23 | entered |
| **Vitamin C 1,000 mg tablet** Take 1 tablet(s) by oral route in the morning. | 04/26/23 | entered |
| **zinc 100 mg tablet** Take 1 tablet(s) every day by oral route. | 04/26/23 | entered |

| | | |
|---|---|---|
| **Family History** | Reviewed Family History | |
| | Mother | - Heart disease |
| | Father | - Diabetes mellitus |
| | | - Heart disease |
| | | - Malignant neoplastic disease |

**Past Medical History**

| | | | |
|---|---|---|---|
| **Allergies** | Y | **Hypertension** | Y |
| **Back Pain** | Y | **Obesity** | Y |

**Vaccine History**

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **COVID-19** | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | employer |

Electronically Signed by: NITIN RANGNEKAR, MD

# CONFIDENTIAL Fax

**FROM:**

NITIN RANGNEKAR, MD
10810 PARKSIDE DR STE G-12, KNOXVILLE, TN 37934-1982
Phone: (865) 218-6085
Fax: (865) 218-6086

**TO:**

AMBER M MOORE FNP
Fax: (423) 839-2125

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:35041340-H-4694]

GUERRERO, Sabrina M (id #1389974, dob:

**KNOXVILLE HMA PHYSICIAN MANAGEMENT LLC**
Tennova Surgical Associates
10810 PARKSIDE DR STE G-12
KNOXVILLE, TN 37934-1982
Phone: (865) 218-6085
Fax: (865) 218-6086

**Encounter Summary - Progress Note**
Date Printed: 11/13/2023

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:35041340-H-4694]

| | |
|---|---|
| **Patient** | Guerrero, Sabrina M (54yo, F) #1389974 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | ! | **Home Phone** | ( |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | Follow Up<br>11/13/2023 - 01:30PM - TPS_TENNOVA SURGICAL ASSOCIATES |
| **History of Present Illness** | None recorded |
| **Review of Systems** | Patient reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no irritation, and no vision changes. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds and no nose/sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, and no known heart murmur. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no vomiting, not vomiting blood, no abdominal pain, normal appetite, and no diarrhea. She reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. She reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no back pain, and no swelling in the extremities. She reports no abnormal mole, no jaundice, and no rashes. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no headaches. She reports no depression, no sleep disturbances, feeling safe in relationship, and no alcohol abuse. She reports no fatigue. She reports no bruising and no swollen glands. She reports no runny nose, no frequent sneezing, no sinus pressure, no itching, and no hives. |
| **Vitals** | **Wt:** 339 lbs; **BP:** 140/90; **Pulse:** 99 bpm; **Ht:** 5 ft 5 in; **BMI:** 56.4 |
| **Procedure** | None recorded |
| **Results/Interpretations** | None recorded |

| | |
|---|---|
| **Physical Exam** | None recorded |
| **Assessment and Plan** | None recorded<br>**Return to Office**<br>• JULIA BARROSO, RD for +Education 30 (CDE schedule) at TPS_TENNOVA BARIATRIC SURGERY on 11/20/2023 at 02:00 PM |

Patient Medical History:

| | |
|---|---|
| **Allergies List** | Reviewed Allergies<br>SULFA (SULFONAMIDE ANTIBIOTICS): Hives |

**Medications**

Reviewed Medications

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler** USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 11/01/23 | filled |
| **B12 5,000 mcg-100 mcg sublingual lozenge** Place by sublingual route. | 02/22/21 | entered |
| **Bariatric Multivitamins** | 02/06/20 | entered |
| **calcitrioL 0.5 mcg capsule** TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 06/05/23 | filled |
| **cetirizine 10 mg tablet** Take 1 tablet(s) every day by oral route. | 11/13/23 | entered |
| **clopidogreL 75 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/11/23 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule** TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 11/03/23 | filled |
| **famotidine 40 mg tablet** TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 07/29/23 | filled |
| **hydrOXYzine HCL 25 mg tablet** TAKE 1 TABLET BY MOUTH AT BEDTIME | 10/24/23 | filled |
| **ICaps AREDS** 1 pill in AM and 1 pill in PM | 04/26/23 | entered |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/04/23 | filled |
| **meloxicam 15 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/11/23 | filled |
| **minocycline 100 mg capsule** TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 08/15/23 | filled |
| **modafiniL 200 mg tablet** TAKE 1 TABLET BY MOUTH IN THE MORNING | 10/16/23 | filled |
| **ondansetron HCL 4 mg tablet** Take by mouth, 1 tablet every 4 hrs, or 2 tabs every 8 hrs. Max 5 tabs in 24 hrs. | 12/06/22 | filled |
| **pantoprazole 20 mg tablet,delayed release** Take 2 tablets by mouth once daily | 11/11/23 | filled |
| **Qulipta 60 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 09/16/23 | filled |
| **Rexulti 1 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 10/04/23 | filled |
| **topiramate 50 mg tablet** Take 1 tablet(s) every day by oral route for 30 days. | 11/13/23 | entered |
| **Trintellix 10 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/03/23 | filled |
| **vitamin A palmitate** 2500 mg every day | 04/26/23 | entered |
| **Vitamin C 1,000 mg tablet** Take 1 tablet(s) by oral route in the morning. | 04/26/23 | entered |
| **zinc 100 mg tablet** Take 1 tablet(s) every day by oral route. | 04/26/23 | entered |

| | |
|---|---|
| **Family History** | Reviewed Family History<br>Mother - Heart disease<br>Father - Diabetes mellitus<br>- Heart disease<br>- Malignant neoplastic disease |

| | | | | |
|---|---|---|---|---|
| **Past Medical History** | **Allergies** | Y | **Hypertension** | Y |
| | **Back Pain** | Y | **Obesity** | Y |

**Vaccine History**

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **COVID-19** | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | employer |

Electronically Signed by: NITIN RANGNEKAR, MD



**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177

# Fax Cover Sheet

**To: Phillips, Floyd, MD**
**Fax: 4238392125**

**From: Dr. Jan Paul Dela Cruz, PT, DPT**
**Sent on: November 2, 2023**

**Regarding: Discharge Note: 10/20/2023 for Guerrero, Sabrina M. (Discharged)**

Thank you for this referral --

Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. and any of its subsidiaries each reserve the right to monitor all electronic communications through its networks.
Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

St. Luke's Therapy Services of Sevierville
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177

# Discharge Note

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Physician Name:** F. Phillips, MD
**Date of Last Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Discharge Note:** 10/20/2023
**Injury/Onset Date:** Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 21

**Guerrero, Sabrina M. has been discharged from our care for the following reasons:**
Pt has not returned for therapy since last session dated 10/13/2023. Referring provider was informed of Pt D/C.

Please see the last progress report or notes above for the patient's most recent status. Thank you for the opportunity to assist you in the rehabilitation of this patient. If you have any questions or concerns, please feel free to contact me at (865)453-9022.

[signature] PT, DPT

Jan Paul Dela Cruz
License #9538
*Document created on November 2, 2023 9:57 am*

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177

# Fax Cover Sheet

**To: Phillips, Floyd, MD**
**Fax: 4238392125**

**From: Dr. Jan Paul Dela Cruz, PT, DPT**
**Sent on: October 13, 2023**

**Regarding: Recertification Note: 10/13/2023, Plan of Care: 10/13/2023 for Guerrero, Sabrina M.**

Thank you for this referral

**Please sign and fax back.**

Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. and any of its subsidiaries each reserve the right to monitor all electronic communications through its networks.
Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

PT

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Physical Therapy Recertification Note

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Recertification:** 10/13/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 21

## Subjective

**History of Present Condition/Mechanism of Injury:** Pt with history of COVID in 2022 and later developed Long COVID. Pt had PT in the past but claimed that it only helped some. Pt also is seeing Post-COVID clinic. Pt recently followed up with PCP and d/t persistent chronic fatigue, Pt was recommended to have PT thus the referral.
**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.

Pt reported, "I am still having a lot of congestion. My knees are still pretty bad. I think my knees are affecting my back."
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene: Grooming, Bathing
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing
**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry
**Pain Location:** low back
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 4 **Previous Findings as of 09/29/2023 - Worst:6 Best:0 Current:4*
**Pain Description:** Dull/Achy
**Pain Location:** L knee
**Pain Scale: Worst:** 7 **Best:** 0 **Current:** 4 **Previous Findings as of 09/29/2023 - Worst:7 Best:0 Current:4*
**Pain Description:** Throbbing
**Aggravating Factors:** Standing, Walking
**General Health:** Good
**Occupation/Social History:**
**Is the Patient a current tobacco user OR have they been a user within the last 12 months:** No
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022).
**Complicating/Personal Factors:** Allergies (seasonal), Psycho Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet. Surgical hernia repair. )
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

**Inspection**

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |
| Inspection | Pt presented to this outpatient clinic ambulatory without any AD. Postural and gait deviations noted. |

PT

St. Luke's Therapy Services of Sevierville
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sllsevier.com

# Physical Therapy Recertification Note

Patient Name: Guerrero, Sabrina M.
Date of Birth:
Document Date: 10/13/2023

**Body Mass Index**

| | |
|---|---|
| Weight | 336 |
| Height | 64.5 |
| Units | lbs/in |
| Index | 56.78 |
| Followup Plan | Nutrition, Lifestyle and BMI education, exercise counseling |

**Outcome Measurement Tools** **Previous Findings as of 08/07/2023*

**Lower Extremity**

| | | |
|---|---|---|
| Lower Extremity Functional Scale | 38/80 | *36* |

**Observation**

**Body Type** Endomorph

**Standing Posture** Forward Head, Rounded Shoulders, Increased Thoracic Kyphosis, Decreased Lumbar Lordosis, Posterior Pelvic Tilt, Obesity
Protracted Scapulas

**Gait** Lacks Proper Heel Strike/Toe Off
waddling gait

**6 Minute Walk Test**

| | SpO2% | HR | RR | BORG | Feet |
|---|---|---|---|---|---|
| Rest | 98 | 72 | 22 | _ | _ |
| 1 min. | _ | _ | _ | _ | _ |
| 2 min. | _ | _ | _ | _ | _ |
| 3 min. | 99 | 105 | 27 | _ | 240 |
| 4 min. | _ | _ | _ | _ | _ |
| 5 min. | 98 | 89 | 32 | _ | 340 |
| 6 min. | 98 | 106 | 26 | _ | 400 |

Comments 2 seated rest breaks required

**Range of Motion** **Previous Findings as of 08/07/2023*

There were No AROM limitations noted for BUE/LE major joint.

**Strength** **Previous Findings as of 08/07/2023*

**Comments** BUE/LE grossly graded 3+/5 *BUE/LE grossly graded 3+/5*

**Palpation**

**Comments**

**Assessment**

PT

Lincoln/Guerrero 1145

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Physical Therapy Recertification Note

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 10/13/2023

**Body Mass Index**

| | |
|---|---|
| Weight | 336 |
| Height | 64.5 |
| Units | lbs/in |
| Index | 56.78 |
| Followup Plan | Nutrition, Lifestyle and BMI education, exercise counseling |

**Outcome Measurement Tools** *Previous Findings as of 08/07/2023*

**Lower Extremity**

| | | |
|---|---|---|
| Lower Extremity Functional Scale | 38/80 | 36 |

**Observation**

**Body Type** Endomorph

**Standing Posture** Forward Head, Rounded Shoulders, Increased Thoracic Kyphosis, Decreased Lumbar Lordosis, Posterior Pelvic Tilt, Obesity
Protracted Scapulas

**Gait** Lacks Proper Heel Strike/Toe Off
waddling gait

**6 Minute Walk Test**

| | SpO2% | HR | RR | BORG | Feet |
|---|---|---|---|---|---|
| Rest | 98 | 72 | 22 | _ | _ |
| 1 min. | _ | _ | _ | _ | _ |
| 2 min. | _ | _ | _ | _ | _ |
| 3 min. | 99 | 105 | 27 | _ | 240 |
| 4 min. | _ | _ | _ | _ | _ |
| 5 min. | 98 | 89 | 32 | _ | 340 |
| 6 min. | 98 | 106 | 26 | _ | 400 |

Comments 2 seated rest breaks required

**Range of Motion** *Previous Findings as of 08/07/2023*

There were No AROM limitations noted for BUE/LE major joint.

**Strength** *Previous Findings as of 08/07/2023*

**Comments** BUE/LE grossly graded 3+/5 *BUE/LE grossly graded 3+/5*

**Palpation**

**Comments**

## Assessment

PT

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862 2939
Phone: (865)453 9022
Fax: (865)453 9177
www.sltsevier.com

# Physical Therapy Recertification Note

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 10/13/2023

**Assessment/Diagnosis:** Pt is continuing to voice moderate pain in LB/B knees and is slowly progressing w/ROM, strength, stability and postural awareness Pt is tolerating present exercise load well w/no adverse effects. Pt requires skilled therapy to achieve POC goals.
**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.
**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks
**Rehab Potential:** Good
**Patient Problems:**

- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**
1: (4 Weeks) | 20% | Improved BUE/LE strength to 4 /5 to increase ease with self care including bathing and groomin
2: (4 Weeks) | 10% | Improved activity tolerance as shown with 6 min walk test: 500 ft.
3: (4 Weeks) | Goal Met | Improved function (LEFS:36) to increase ease with ADLs |
**Long Term Goals:**
1: (8 Weeks) | 10% | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | 5% | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | 50% | Improved function (LEFS:45) to increase ease with household chores |
**Summary/Recommendations:** Pt with minimal change from last progress note d/t missing therapy visits secondary to illness. However Pt will still benefit from skilled PT in order to improve on functional limitations as Pt has not reached max rehab potential.

## Plan

**Frequency:** 2 3 times a week
**Duration:** 8 weeks
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises (Strength, Endurance, Stability, include pool ex's), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Activity Modification, Home Safety), Self Care

**Specialties**
Other (pain modalities PRN)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (865)453-9022.

Please sign and return: Fax#: (865)453-9177

I certify the need for these services furnished under this plan of treatment and while under my care.

[signature] PT, DPT

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Signed by Dr. Jan Paul Dela Cruz, PT, DPT on October 13, 2023 at 5:27 pm*

Physician/Non-Physician Practitioner (NPP) Signature:
[signature] FNP-C
F. Phillips, MD
Date: 10/16/23 Time: 1526

PT

Lincoln/Guerrero 1147

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Plan of Care

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Plan of Care:** 10/13/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 21

## Assessment

**Assessment/Diagnosis:** Pt is continuing to voice moderate pain in LB/B knees and is slowly progressing w/ROM, strength, stability and postural awareness Pt is tolerating present exercise load well w/no adverse effects. Pt requires skilled therapy to achieve POC goals.
**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks
**Rehab Potential:** Good
**Patient Problems:**
- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**
1: (4 Weeks) | 20% | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin
2: (4 Weeks) | 10% | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | Goal Met | Improved function (LEFS:36) to increase ease with ADLs |
**Long Term Goals:**
1: (8 Weeks) | 10% | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | 5% | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | 50% | Improved function (LEFS:45) to increase ease with household chores |
**Summary/Recommendations:** Pt with minimal change from last progress note d/t missing therapy visits secondary to illness. However Pt will still benefit from skilled PT in order to improve on functional limitations as Pt has not reached max rehab potential.

## Plan

**Frequency:** 2-3 times a week
**Duration:** 8 weeks
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises (Strength, Endurance, Stability, include pool ex's), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Activity Modification, Home Safety), Self Care

*PT*

Lincoln/Guerrero 1148

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 10/13/2023

# Plan of Care

**Specialties**
Other (pain modalities PRN)
Continue with current program. Progress as tolerated.

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (865)453-9022.

Please sign and return: Fax#: (865)453-9177

I certify the need for these services furnished under this plan of treatment and while under my care.

Physician/Non-Physician Practitioner (NPP) Signature:

F. Phillips, MD

Date: 10/16/23 Time: 1526

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Signed by Dr. Jan Paul Dela Cruz, PT, DPT on October 13, 2023 at 5:27 pm*

PT

**Lincoln/Guerrero 1149**

BalladHealth™
303 Med Tech Parkway Johnson City, TN 37604

**Time Sent:** 10/12/2023 9:47 AM

**To:** Floyd E Phillips Jr., MD
**Phone:** 423-839-2120
**Fax:** 423-839-2125

**From:** Poore, Pammela M, NP
**Department:** BHMA POST COVID CARE KPT
**Department Phone:** 423-224-2369
**Department Fax:** 423-224-2368

**Message:** ______________________________

**CONFIDENTIALITY NOTICE**

THE DOCUMENTS ACCOMPANYING THIS TRANSMISSION MAY CONTAIN CONFIDENTIAL INFORMATION. THE INFORMATION IS INTENDED ONLY FOR THE USE BY THE INDIVIDUAL OR ENTITY NAMED ABOVE. THE AUTHORIZED RECIPIENT IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY UNLESS REQUIRED TO DO SO BY LAW OR REGULATION AND IS REQUIRED TO PROTECT THE INFORMATION FROM ALL UNAUTHORIZED ACCESS. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS INFORMATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND ARRANGE FOR THE RETURN OR DESTRUCTION OF THESE DOCUMENTS.

If you have received this fax in error please contact the Information Systems Service Desk at 423.431.6290 or 423.230.8383. Please provide the following information when calling:

Contact Information:
- Name of person reporting the issue
- Office/Company Name
- Phone Number
- Fax Number
- Description of concern, issue or problem

BalladHealth.
It's your story. We're listening.

**BHMA Center for Post Covid Care**
2204 PAVILION DR
SUITE 110
KINGSPORT TN 37660-4651
Phone: 423-224-2369
Fax: 423-224-2368

October 12, 2023

Floyd E Phillips Jr., MD
6890 W A J Hwy
Talbott TN 37877

Patient: **Sabrina Guerrero**
MR Number: **12141403**
Date of Birth:
Date of Visit: **10/11/2023**

Dear Dr. Phillips:

Sabrina Guerrero was seen at the Center for Post-COVID Care on 10/11/23 for evaluation. Below are the relevant portions of my assessment and plan of care.

If you have questions, please do not hesitate to call me. I look forward to following Sabrina along with you.

Sincerely,

Pammela M Poore, NP

CC
No Recipients
**Poore, Pammela M, NP 10/12/2023 9:46 AM Sign when Signing Visit**

Patient Name: Guerrero, Sabrina    Today's Date: 10/12/2023
Preferred Name: Sabrina    Date of Encounter: 10/11/2023
Patient MRN / CSN: 12141403 / 10113026363    Appt. Time: 2:00 PM EDT
Patient Age / DOB: 54-year old /    Encounter Provider: Pammela M Poore, NP
PCP: Phillips, Floyd E Jr., MD

Center for Post-Covid Care (CPCC)
Follow - Up

Sabrina Guerrero is a 54-year old who presents for Post Covid Follow Up.
Patient complains of the following Symptoms: Fatigue, Shortness of Breath on exertion, Brain fog, Headache (improved), Anxiety, Depression

<u>Shortness of Breath</u>
Patient reports Post-COVID Shortness of Breath. Patient states that she gets short of breath when doing activity. Patient does not have a history of Asthma. Patient reports getting short of breath after one flight

stairs and with one block walking. Patient does follow with a pulmonologist, Dr. Bakshi, MD with her last visit 6, 2023 with a follow up visit scheduled 10-31-23. Patient states that they recently had no procedures/testing of the chest. Reports that she has been checking Oxygen Saturation with activity. States that she was walking from house to car and noted a drop in oxygen saturation of six points. Reports that her oxygen saturation has never dropped below 90% with activity that she had documented. Patient states does use CPAP and is compliant most of the time. Reports that when she becomes Short of Breath she sits down, pursed lip breathing, uses Albuterol if Shortness of Breath is real bad, and usually recovers within 15 - 30 minutes. States that Fall Allergies usually flair up this time of year irritates Shortness of Breath. Patient reports Shortness of Breath continues with some improvement.

**Post-COVID Fatigue**
Patient reports having symptoms of Post-COVID fatigue. Patient does feel tired all throughout the day. Patient reports not being able to complete tasks throughout the day without taking a break in between. Patient states they are able to do activities of daily living with limitations, unable to work, and able to do house work with limitations. Patient reports that they do take naps during the day. States that they do snore. Patient does use CPAP and is compliant most of the time. Patient is exercising by going to the aquatic therapy twice a week referred by her PCP, Floyd Phillips, MD., drinking 64-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin A, B-12 (decreased to every other week), Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. States she tries to follow the Anti-inflammatory diet but states she could do better. Patient reports the Fatigue continues with some improvement.

**Post-COVID Brain Fog**
Patient reports symptoms of Post-COVID Brain Fog. Patient reports having problems with memory, finding words, inability to focus, reading comprehension, misplacing items, forgetting names of people they should know and losing train of thought in the middle of a conversation. Reports that she continues to see Dr. Mohammad Hussain, Neurologist for Brain Fog and Migraines. Patient is exercising by going to the aquatic therapy twice a week referred by her PCP, Floyd Phillips, MD., drinking 64-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin A, B-12 (decreased to every other week), Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. States she tries to follow the Anti-inflammatory diet but states she could do better. Patient reports Brain Fog continues with slight improvement.

COVID-19 Vaccination Screening - Wed October 11, 2023

| Row Name | 1403 |
|---|---|
| COVID-19 Vaccine Screen - Year Round<br>Have you had the COVID-19 Vaccine? | Yes |

Covid Vaccine on file:

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:

Outpatient Encounter Medications as of 10/11/2023

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. | | |
| • clopidogrel (Plavix) 75 MG tablet | Take 75 mg by mouth daily. | | |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day | | |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other week | | |
| • famotidine (Pepcid) 40 MG tablet | Take 40 mg by mouth daily. | | |
| • fluticasone (Flonase) 50 MCG/ACT nasal spray | Administer 2 sprays into nostril(s) daily. | | |
| • hydrOXYzine (Atarax) 25 MG tablet | Take 25 mg by mouth daily as needed for itching. | | |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. | | |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. | | |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet | | |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. | | |
| • modafinil (Provigil) 100 MG tablet | Take 200 mg by mouth daily. | | |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. | | |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. | | |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth every 8 (eight) hours as needed. | | |
| • pantoprazole (Protonix) 20 MG tablet | Take 20 mg by mouth 2 (two) times a day. | | |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. | | |

| | |
|---|---|
| • Qulipta 60 MG tablet | Take 60 mg by mouth daily. |
| • Rexulti 0.25 MG tablet | Take 1 mg by mouth daily. |
| • sucralfate (Carafate) 1 g tablet | Take 1 g by mouth daily. |
| • topiramate (Topamax) 50 MG tablet | Take 75 mg by mouth daily. |
| • Ubrelvy 100 MG tablet | Take 100 mg by mouth daily. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • UNABLE TO FIND | Take 1 tablet by mouth daily. Med Name: Cerefolin NAC. Prescription from Neurologist for memory loss |
| • valsartan (Diovan) 80 MG tablet | Take 80 mg by mouth daily. |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| • vortioxetine (Trintellix) 10 MG tablet | Take 10 mg by mouth daily. |
| • Saxenda 18 MG/3ML pen | Inject 18 mg under the skin daily. (Patient not taking: Reported on 10/11/2023) |

Last reviewed on 10/11/2023 2:24 PM by Poore, Pammela M, NP

Medical History:
Sabrina has a past medical history of Anemia (Unsure), Anxiety, Arthropathy (Unsure), Asthma, Bronchitis, COVID-19, Depression, Disorder of thyroid (Unsure), Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Cancer in her father; Depression in her mother; Diabetes in her brother and father; Heart disease in her father, maternal grandfather, and sister; Hyperlipidemia in her mother; Hypertension in her father; Migraines in her brother; Pancreatic cancer in her father; Scoliosis in her mother; Stroke in her father and paternal grandfather; Thyroid disease in her daughter.

Sabrina reports that she does not currently use alcohol.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports no history of drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath.
Exertion
Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for decreased concentration and dysphoric mood. The patient is nervous/anxious.

Vitals:

| | 10/11/23 1403 |
|---|---|
| BP: | 147/83 |
| Pulse: | 81 |
| Resp: | 18 |
| Temp: | 98.2 °F (36.8 °C) |
| TempSrc: | Tympanic |
| SpO2: | 98% |
| Weight: | 150.1 kg (331 lb) |
| Height: | 5' 5" (1.651 m) |

No LMP recorded.

Physical Exam
Constitutional:
Appearance: Normal appearance.
HENT:
Head: Normocephalic and atraumatic.
Nose: Rhinorrhea present.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Comments: **Glasses**
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal.
Comments: **Bilateral lower lobes decreased air movement**
Abdominal:
General: Bowel sounds are normal.
Palpations: Abdomen is soft.
Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion.
Skin:
General: Skin is warm and dry.
Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
Mental Status: She is alert and oriented to person, place, and time.
Psychiatric:
Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

## Problem List Items Addressed This Visit

- **Post-COVID syndrome - Primary**
  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero reports POST-COVID symptoms of Fatigue, Shortness of Breath on exertion, Brain fog, Headache (improved), Anxiety, Depression.

  I have spent greater than 40 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

  **Lab Work drawn 8/2/23 results:**
  - CMP: Chl 110, Alk Phos 141
  - B12 >2000
  - A1C 5.8
  - CBC, IPTH, Calcium, Mag, Vit D unremarkable

  **Lab work drawn 8/3/23 results:**
  - Iron TIBC, Ferritin, TSH, Free T 4 unremarkable

  Currently taking:
  - Trinrellix 10 mg HS
  - Provigil 200 mg daily
  - Rexulti 1 mg HS

  Encouraged patient to continue Anti-Inflammatory Diet (provided comprehensive anti-Inflammatory diet food list), trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, continue Aquatic Therapy twice a week, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12 (decreased to every other week), Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

- **Post-COVID chronic dyspnea**
  Hx: Asthma

  Currently taking:
  - Albuterol Inhaler 90 mcg every 6 hours PRN

Patient sees Dr. Mandeep Bakshi, Pulmonologist - last visit 6/2023 - with follow up visit scheduled in 10/31/2023.

Encouraged patient to continue taking all medications as prescribed and follow up with Dr. Mandeep Bakshi, Pulmonologist as scheduled.

- **Brain fog**

**MRI Brain WOW Contrast completed 2/24/23 results:**
Impression:
Non-specific signal changes in the Cerebral White Matter. Most commonly seen as a sequela of chronic small vessel ischemia but are non-specific and can be seen in other types of vasculopathy, demyelinating/dysmyelinating condition, prior infection, inflammation, others. No evidence of acute or recent infarction. No abnormal post contrast enhancement.

**Lumbar Puncture completed 4/28/23 results:**
Results obtained - scanned to Media - unreadable - will request readable test results

Patient sees Dr. Mohammad Hussain, Neurologist - last visit on 9/11/23 - follow up visit scheduled for 12/12/23. Per Dr. Mohammad Hussain, Neurologist visit note 9/11/23 patient diagnosed with Mixed Cortical and Subcortical Vascular Dementia.

Encouraged patient to follow up with Dr. Mohammad Hussain, Neurologist as scheduled, continue Anti-Inflammatory Diet (comprehensive anti-inflammatory food list booklet provided), trying to drink eight 8 oz glasses of water a day, continue Aquatic Therapy twice a week, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12 (decreased to every other week), Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Return in about 10 weeks (around 12/20/2023).

*Portions of this chart may have been created with Fluency M-Modal voice recognition software.Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred.*

ORTHO TENNESSEE

Patient: Sabrina Guerrero
Date of Birth:
Date: 9/27/2023

Scheduled with: Herman G. Botero DO

**Diagnostic Interpretation:**
X-ray of bilateral knees showed advanced degenerative joint disease of bilateral knees with complete bone-on-bone joint space loss, peripheral osteophyte formation and sclerosis. AP, lateral, sunrise and tunnel views.
**Assessment:**
1. Advanced degenerative joint disease of bilateral knees.
2. Morbid obesity, BMI of 57.
**Plan:**
Ms. Guerrero is here for evaluation of bilateral knees. She also has BMI of 57. Discussed treatment options, conservative versus surgical. She is not a surgical candidate at this time due to her weight. She wished to proceed with bilateral knee intra-articular injections. After obtaining verbal consent, bilateral knees were prepped via the anterolateral portals and injected with 10 mg of lidocaine, 2 mL of Marcaine and 80 mg Kenalog. She tolerated this well. Continue with conservative management. Follow up as needed.

**Patient information as reported today:**
**Medications:**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| benazepril 10 mg tablet | take 1 tablet by oral route 2 times every day | N | | |
| calcitriol 0.5 mcg capsule | take 1 capsule by oral route every day | N | | |
| escitalopram 10 mg tablet | | N | | |
| hyoscyamine 0.125 mg sublingual tablet | take 1 by oral route every day as needed | N | | |
| meloxicam 15 mg tablet | take 1 tablet by oral route every day | N | | |
| minocycline 100 mg capsule | take 1 capsule by oral route every 12 hours | N | | |
| Nyamyc 100,000 unit/gram topical powder | | N | | |
| nystatin 100,000 unit/gram topical powder | | N | | |
| Physicians EZ Use B-12 1,000 mcg/mL injection kit | inject 1 milliliter by intramuscular route every month | N | | |

| | | |
|---|---|---|
| trazodone 50 mg tablet | take 1 tablet by oral route 3 times every day as needed | N |
| Vitamin D2 50,000 unit capsule | take 1 capsule by oral route every week | N |
| Vitamin D2 50,000 unit capsule | | N |
| Zyrtec 10 mg capsule | | N |

Allergies:

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| SULFA (SULFONAMIDE ANTIBIOTICS) | Rash | | |

*Provider: Herman G. Botero DO*
*Document generated:* 10/01/2023 03:54 AM

*This chart note is an abbreviated version of the full record of the patient visit. It has not been reviewed or edited by the treating physician and may be incomplete.*
*For the complete, signed record of the patient encounter, please use the Ort Master note.*

---

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177

# Fax Cover Sheet

**To: Phillips, Floyd, MD**
**Fax: 4238392125**

**From: Dr. Jan Paul Dela Cruz, PT, DPT**
**Sent on: September 18, 2023**

**Regarding: Faxed Out Continuation Order for Guerrero, Sabrina M.**

Please sign and send back at your earliest convenience, if you would like for the patient to continue therapy.
Thank you for the referral!

Thank you for this referral ,

**Please sign and fax back.**

Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. and any of its subsidiaries each reserve the right to monitor all electronic communications through its networks.
Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

PT

# St. Luke's Therapy Services

## Sevierville

*Compassionate care, Excellent results*

**Physical Therapy • Aquatic Therapy**

**Clinic Hours: 7:30 a.m. - 5:30 p.m. M-W-Th-F**
**8:00 a.m. - 12:00p.m. Tues**




Tel 865 453-9022
Fax 865 453-9177
pt@stlukestherapysevier.com

1014 Middle Creek Rd.
Sevierville, TN 37862

**Patient Name:** Sabrina Guerrero **Date:** 09/18/2023

**Date of Birth:** ____ **Phone:** ____

**Diagnosis:** Chronic Fatigue **ICD10 Code:** R53.82

**Comment / Precautions:** Continue Treatment

**Frequency and Duration:**

☐ Evaluate and Treat ☐ Physical Therapy ☐ Aquatic Therapy

## Evaluation

- ☐ Compression Garment Fitting (Jobst, Juzo)
- ☐ Device
- ☐ Fitting of Brace or Temporary
- ☐ Foot and Ankle Rehab
- ☐ Hand Therapy
- ☐ Hip Rehab
- ☐ Industrial Rehab
  (Isernhagen Work System)
  - ☐ Functional Capacity Evaluation
  - ☐ Work Hardening
- ☐ Knee Rehab
- ☐ Neuro Rehab
- ☐ Neuropathy Program
- ☐ Shoulder Rehab
- ☐ Spine Rehab
- ☐ Vestibular Rehab
- ☐ Wellness Maintenance Program
- ☐ Other ____

## Treatment

- ☐ ADL Training
- ☐ Chronic Pain Management
- ☐ Complete Decongestive Therapy
- ☐ Headache Evaluation and Treatment
- ☐ Kinesiotaping
- ☐ Lymphedema / Edema Management
- ☐ Manual Lymph Drainage
- ☐ Manual Therapy
- ☐ Neuro-Developmental Technique
- ☐ Osteoporosis Prevention & Management
- ☐ Paraffin Bath
- ☐ Pediatric Rehab
- ☐ Pelvic Floor Rehab
- ☐ TENS/NMES/E-STIM
- ☐ TMJ Pain
- ☐ Ultrasound
- ☐ Whirlpool
- ☐ Wound Care

## Exercise

- ☐ Advanced Pelvic Muscle Exercise
- ☐ Balance
- ☐ Endurance
- ☐ Fibromyalgia Management
- ☐ Flexibility Exercise
- ☐ Gait Training
- ☐ Mckenzie Exercise
- ☐ Postural
- ☐ Pre/Post Partum
- ☐ Prosthetic/Orthotic Training
- ☐ Wheelchair Mobility Training
- ☐ ROM Exercise
- ☐ Thera. Exercise
- ☐ Strengthening Exercise
- ☐ Other ____

**Physician Name:** ____

**Physician Signature:** [signature]

**Lincoln/Guerrero 1161**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177

# Fax Cover Sheet

**To: Phillips, Floyd, MD**
**Fax: 4238392125**

**From: Dr. Jan Paul Dela Cruz, PT, DPT**
**Sent on: August 8, 2023**

**Regarding: Recertification Note: 08/07/2023, Plan of Care: 08/07/2023 for Guerrero, Sabrina M.**

Thank you for this referral

**Please sign and fax back.**

Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. and any of its subsidiaries each reserve the right to monitor all electronic communications through its networks.
Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

PT

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862 2939
Phone: (865)453-9022
Fax: (865)453 9177
www.sltsevier.com

# Physical Therapy Recertification Note

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Recertification:** 08/07/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 12

## Subjective

**History of Present Condition/Mechanism of Injury:** Pt with history of COVID in 2022 and later developed Long COVID. Pt had PT in the past but claimed that it only helped some. Pt also is seeing Post COVID clinic. Pt recently followed up with PCP and c/I persistent chronic fatigue. Pt was recommended to have PT thus the referral.
**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.

Pt reported, "I am doing pretty good. I can tell I am getting stronger. And I am moving more around the house when I am at home."

**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Changing & Maintaining Body Position:** Maintaining a Body Position: Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation

**Current Functional Limitations:**
**Self Care:** Hygiene: Grooming, Bathing
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing
**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry

**Pain Location:** low back
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 3 *Previous Findings as of 07/26/2023 - Worst 6 Best 0 Current 4*
**Pain Description:** Dull/Achy
**Pain Location:** L knee
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 3 *Previous Findings as of 07/26/2023 - Worst 6 Best 0 Current 4*
**Pain Description:** Throbbing
**Aggravating Factors:** Standing, Walking
**General Health:** Good
**Occupation/Social History:**
**Is the Patient a current tobacco user OR have they been a user within the last 12 months:** No
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins. Past history of COVID (2022).
**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet. Surgical hernia repair. )
**Medical History Review:** The patient has a history of present problem with a history of 1 2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

**Inspection**

**Patient Consent**
Patient/Parent/Guardian Consent Yes

PT

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Physical Therapy Recertification Note

**Patient Name:** Guerraro, Sabrina M.
**Date of Birth:**
**Document Date:** 08/07/2023

Inspection — Pt presented to this outpatient clinic ambulatory without any AD. Postural and gait deviations noted.

**Body Mass Index**

| | |
|---|---|
| Weight | 336 |
| Height | 64.5 |
| Units | lbs/in |
| Index | 56.78 |
| Followup Plan | Nutrition, Lifestyle and BMI education, exercise counseling |

**Outcome Measurement Tools** **Previous Findings as of 07/24/2023*

**Lower Extremity**

| | | |
|---|---|---|
| Lower Extremity Functional Scale | 36/80 | 29 |

**Observation**

**Body Type** Endomorph

**Standing Posture** Forward Head, Rounded Shoulders, Increased Thoracic Kyphosis, Decreased Lumbar Lordosis, Posterior Pelvic Tilt, Obesity
Protracted Scapulas

**Gait** Lacks Proper Heel Strike/Toe Off
waddling gait

**6 Minute Walk Test**

| | SpO2% | HR | RR | BORG | Feet |
|---|---|---|---|---|---|
| Rest | 98 | 73 | 22 | | |
| 1 min. | -- | -- | -- | -- | -- |
| 2 min. | -- | -- | -- | -- | -- |
| 3 min. | 99 | 105 | 27 | -- | 240 |
| 4 min. | -- | -- | -- | -- | -- |
| 5 min. | 98 | 89 | 32 | | 340 |
| 6 min. | 98 | 106 | 26 | -- | 400 |

Comments 2 seated rest breaks required

**Range of Motion** **Previous Findings as of 07/24/2023*

There were No AROM limitations noted for BUE/LE major joint.

**Strength** **Previous Findings as of 07/24/2023*

**Comments** BUE/LE grossly graded 3+/5 *BUE/LE grossly graded 3+/5*

**Palpation**

**Comments**

PT

St. Luke's Therapy Services of Sevierville
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 07/24/2023

# Physical Therapy Progress Note

Inspection — Pt presented to this outpatient clinic ambulatory without any AD. Postural and gait deviations noted.

**Body Mass Index**

| | |
|---|---|
| Weight | 336 |
| Height | 64.5 |
| Units | lbs/in |
| Index | 56.78 |
| Followup Plan | Nutrition, Lifestyle and BMI education, exercise counseling |

**Outcome Measurement Tools** — **Previous Findings as of 06/07/2023*

**Lower Extremity**

| | | |
|---|---|---|
| Lower Extremity Functional Scale | 29/80 | *27* |

**Observation**

**Body Type** Endomorph

**Standing Posture** Forward Head, Rounded Shoulders, Increased Thoracic Kyphosis, Decreased Lumbar Lordosis, Posterior Pelvic Tilt, Obesity
Protracted Scapulas

**Gait** Lacks Proper Heel Strike/Toe Off
waddling gait

**6 Minute Walk Test**

| | SpO2% | HR | RR | BORG | Feet |
|---|---|---|---|---|---|
| Rest | 98 | 72 | 22 | _ | _ |
| 1 min. | _ | _ | _ | _ | _ |
| 2 min. | _ | _ | _ | _ | _ |
| 3 min. | 99 | 105 | 27 | _ | 240 |
| 4 min. | _ | _ | _ | _ | _ |
| 5 min. | 98 | 89 | 32 | _ | 340 |
| 6 min. | 98 | 106 | 26 | _ | 400 |

Comments — 2 seated rest breaks required

**Range of Motion** — **Previous Findings as of 06/07/2023*

There were No AROM limitations noted for BUE/LE major joint.

**Strength** — **Previous Findings as of 06/07/2023*

**Comments** BUE/LE grossly graded 3+/5 — *BUE/LE grossly graded 3+/5*

**Palpation**

**Comments**

**Lincoln/Guerrero 1165**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 07/24/2023

# Physical Therapy Progress Note

## Assessment

**Assessment/Diagnosis:** Pt is voicing moderate pain in LB and B knees and continues to progress slowly w/strength, posture and gait pattern. CKC were resumed today and Pt tolerated exercise load well w/no rest breaks and no adverse effects. Pt requires skilled therapy to achieve POC goals.

**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.

**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks

**Rehab Potential:** Good

**Patient Problems:**

- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**

1: (4 Weeks) | 20% | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | 10% | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | 20% | Improved function (LEFS:36) to increase ease with ADLs |

**Long Term Goals:**

1: (8 Weeks) | 10% | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | 5% | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | 10% | Improved function (LEFS:45) to increase ease with household chores |

**Summary/Recommendations:** Pt continues to progress towards goals set but has not met max rehab potential. Continue and progress present PT POC.

## Plan

**Frequency:** 2-3 times a week
**Duration:** 8 weeks
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (Strength, Endurance, Stability, include pool ex's), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Activity Modification, Home Safety), Self Care

**Specialties**

Other (pain modalities PRN)

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Signed by Dr. Jan Paul Dela Cruz, PT, DPT on July 24, 2023 at 4:31 pm*

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Daily Note:** 07/24/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 10
**Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.

Pt reported, "I am doing ok. I've been taking Mom to a lot of Dr appointments. I have a little more pain because of all the driving. But I feel likle I am getting stronger."

**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation

**Current Functional Limitations:**
**Self Care:** Hygiene: Grooming, Bathing
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing
**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry

**Pain Location:** low back
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 5 **Previous Findings as of 07/19/2023 - Worst:6 Best:0 Current:3*
**Pain Description:** Dull/Achy
**Pain Location:** L knee
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 5 **Previous Findings as of 07/19/2023 - Worst:6 Best:0 Current:5*
**Pain Description:** Throbbing
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Is the Patient a current tobacco user OR have they been a user within the last 12 months:** No
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),
**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair, )
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>Ther ex was facilitated in standing and sitting in pool to increase ROM, strength, stability and to improve posture and gait pattern. See Flowsheet | 3 |

*CPT copyright 2022 American Medical Association. All rights reserved.*

Objective Findings

7/24/23
BUE/LE strength 3+/5
Slowly improving endurance

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 07/24/2023

## Assessment

**Assessment/Diagnosis:** Pt is voicing moderate pain in LB and B knees and continues to progress slowly w/strength, posture and gait pattern. CKC were resumed today and Pt tolerated exercise load well w/no rest breaks and no adverse effects. Pt requires skilled therapy to achieve POC goals.

**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks

**Rehab Potential:** Good

**Patient Problems:**
- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**
1: (4 Weeks) | 20% | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | 10% | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | 20% | Improved function (LEFS:36) to increase ease with ADLs |

**Long Term Goals:**
1: (8 Weeks) | 10% | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | 5% | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | 10% | Improved function (LEFS:45) to increase ease with household chores |

## Plan

**Instructions:**
Continue with current program. Progress as tolerated.

PT, DPT

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Signed by Dr. Jan Paul Dela Cruz, PT, DPT on July 24, 2023 at 4:31 pm*

**Lincoln/Guerrero 1168**

# Patient Outcomes

Report Date: 7/24/2023

**Sabrina Michelle Guerrero** 29 OF 80

| | | | |
|---|---|---|---|
| **Patient ID:** | 9889090 | **Questionnaire Type:** | Follow Up |
| **Case Key:** | 51736260 | **Area:** | Lower Extremity |
| **Visit Date:** | 7/24/2023 | **Clinician:** | Dela Cruz, Jan Paul |
| **Entry Date:** | 7/24/2023 | **Clinic:** | St. Luke's Therapy Services of Sevierville |
| **ICD Code:** | R5382 - Chronic fatigue, unspecified | **Referral Source:** | Phillips, Floyd |
| **Gender:** | F | | PPO |
| **Date of Birth:** | | **Litigation:** | No |
| | | **Direct Access:** | No |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | **Pain Level** | 5 | 5 | (0 to 10) |
| | **Satisfaction** | Very Satisfied | 1 | (1 to 4) |
| | **Functional Improvement** | Fair | 3 | (1 to 4) |
| | **Goals Met** | Partially Met | 3 | (1 to 4) |
| | **Any of your usual work, housework, or school activities** | Moderate Difficulty | 2 | (0 to 4) |
| | **Your usual hobbies, re creational or sporting activities** | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | **Getting into or out of the bath** | A Little Bit of Difficulty | 3 | (0 to 4) |
| | **Walking between rooms** | No Difficulty | 4 | (0 to 4) |
| | **Putting on your shoes or socks** | A Little Bit of Difficulty | 3 | (0 to 4) |
| | **Squatting** | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | **Lifting an object, like a bag of groceries from the floor** | No Difficulty | 4 | (0 to 4) |
| | **Performing light activities around your home** | A Little Bit of Difficulty | 3 | (0 to 4) |
| | **Performing heavy activities around your home** | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | **Getting into or out of a car** | A Little Bit of Difficulty | 3 | (0 to 4) |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | Walking 2 blocks | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Walking a mile | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Going up or down 10 stairs (about 1 flight of stairs)) | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Standing for 1 hour | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Sitting for 1 hour | No Difficulty | 4 | (0 to 4) |
| | Running on even ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Running on uneven ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Making sharp turns while running fast | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Hopping | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Rolling over in bed | Moderate Difficulty | 2 | (0 to 4) |

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Daily Note:** 07/19/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 9
**Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.

Pt reported," I'm having a little more pain today. I did something to my L knee over the weekend."

**Before the injury/onset/change of status date, the patient was able to perform the following activities:**

**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving

**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs

**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles

**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation

**Current Functional Limitations:**

**Self Care:** Hygiene: Grooming, Bathing

**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing

**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles

**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry

**Pain Location:** low back

**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 3 **Previous Findings as of 07/12/2023 - Worst:6 Best:0 Current:2*

**Pain Description:** Dull/Achy

**Pain Location:** L knee

**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 5 **Previous Findings as of 07/12/2023 - Worst:6 Best:0 Current:2*

**Pain Description:** Throbbing

**Aggravating Factors:** Standing, Walking

**Occupation/Social History:**

**Home Health Care:** No

**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),

**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair, )

**Mental Status/Cognitive Function Appears Impaired?** No

**Current Medications:** Prescription (see eDoc)

Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>Ther ex was facilitated in standing and sitting in pool to increase ROM, strength, stability and to improve posture and gait pattern. See Flowsheet | 3 |

*CPT copyright 2022 American Medical Association. All rights reserved.*

Objective Findings

7/19/23
BUE/LE strength 3+/5
Poor endurance

## Assessment

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 07/19/2023

# Daily Note / Billing Sheet

**Assessment/Diagnosis:** Pt is voicing increased pain in LB and L knee d/t twisting L knee over the weekend and is exhibiting improving strength and posture. CKC knee flexion was omitted today d/t injury over the weekend. Pt was able to tolerate modified exercise well w/no adverse effects. Pt requires skilled therapy to achieve POC goals.
**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks
**Rehab Potential:** Good
**Patient Problems:**
- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**
1: (4 Weeks) | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | Improved function (LEFS:36) to increase ease with ADLs |
**Long Term Goals:**
1: (8 Weeks) | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | Improved function (LEFS:45) to increase ease with household chores |
Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:**
Continue per POC as tolerated

Ellen Starr PTA

Ellen Starr
License #5961
*Initiated by Ellen Starr on July 19, 2023 at 8:57 am*

, PT, DPT

Dr. Ma. Paz Corazon Alana, PT, DPT
License #2308
*Electronically Co-Signed by Dr. Ma. Paz Corazon Alana, PT, DPT on July 19, 2023 at 4:03 pm*

St. Luke's Therapy Services of Sevierville
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified. M62.81: Muscle weakness (generalized). R26.2: Difficulty in walking, not elsewhere classified

**Date of Daily Note:** 07/12/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 8
**Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.

Pt reported," I'm doing alright. I am seeing my Dr for chronic fatigue next week. The pain has come down some."

**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene: Grooming, Bathing
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing
**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry
**Pain Location:** low back
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2 **Previous Findings as of 07/10/2023 - Worst:6 Best:0 Current:4*
**Pain Description:** Dull/Achy
**Pain Location:** R knee
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2 **Previous Findings as of 07/10/2023 - Worst:6 Best:0 Current:4*
**Pain Description:** Throbbing
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),
**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair, )
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>Ther ex was facilitated in standing and sitting in pool to increase ROM, strength, stability and to improve posture and gait pattern. See Flowsheet | 3 |

CPT copyright 2022 American Medical Association. All rights reserved.

Objective Findings

7/12/23
BUE/LE strength 3+/5
Poor endurance

## Assessment

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 07/12/2023

# Daily Note / Billing Sheet

**Assessment/Diagnosis:** Pt is voicing low grade pain and is still exhibiting decreased ROM w/strength and posture continuing to improve. Pt is tolerating increased exercise load well w/no rest breaks and no adverse effects. Pt required less VC for exercise technique and posture today. Pt requires skilled therapy to achieve POC goals.
**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks
**Rehab Potential:** Good
**Patient Problems:**
- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**
1: (4 Weeks) | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | Improved function (LEFS:36) to increase ease with ADLs |
**Long Term Goals:**
1: (8 Weeks) | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | Improved function (LEFS:45) to increase ease with household chores |
Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:**
Continue per POC as tolerated

Ellen Starr PTA

Ellen Starr
License #5961
*Initiated by Ellen Starr on July 12, 2023 at 10:39 am*

, PT, DPT

Dr. Ma. Paz Corazon Alana, PT, DPT
License #2308
*Electronically Co-Signed by Dr. Ma. Paz Corazon Alana, PT, DPT on July 12, 2023 at 11:56 am*

**Lincoln/Guerrero 1174**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Daily Note:** 07/10/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 7
**Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.

Pt reported," I'm doing ok. I have a little bit more pain today."
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene: Grooming, Bathing
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing
**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry
**Pain Location:** low back
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 4 **Previous Findings as of 07/07/2023 - Worst:6 Best:0 Current:3*
**Pain Description:** Dull/Achy
**Pain Location:** R knee
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 4 **Previous Findings as of 07/07/2023 - Worst:6 Best:0 Current:3*
**Pain Description:** Throbbing
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),
**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair, )
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>Ther ex was facilitated in standing and sitting in pool to increase ROM, strength, stability and to improve posture and gait pattern. See Flowsheet | 3 |

*CPT copyright 2022 American Medical Association. All rights reserved.*

Objective Findings

7/7/23
BUE/LE strength 3+/5
Poor endurance

## Assessment

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 07/10/2023

# Daily Note / Billing Sheet

**Assessment/Diagnosis:** Pt is voicing increased pain and continues to exhibit decreased ROM w/posture and gait pattern improving. Pt was able to tolerate increase in resistance in UE exercises well w/no rest breaks, indicating improving strength and no adverse effects. Pt continues to requires less VC for exercise technique and posture. Pt requires skilled therapy to achieve POC goals.

**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks

**Rehab Potential:** Good

**Patient Problems:**

- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**

1: (4 Weeks) | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | Improved function (LEFS:36) to increase ease with ADLs |

**Long Term Goals:**

1: (8 Weeks) | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | Improved function (LEFS:45) to increase ease with household chores |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:**

Continue per POC as tolerated

Ellen Starr PTA

Ellen Starr
License #5961
*Initiated by Ellen Starr on July 10, 2023 at 10:33 am*

, PT, DPT

Dr. Ma. Paz Corazon Alana, PT, DPT
License #2308
*Electronically Co-Signed by Dr. Ma. Paz Corazon Alana, PT, DPT on July 10, 2023 at 5:01 pm*

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Daily Note:** 07/07/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 6
**Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.

Pt reported." I'm really tired. I have had a lot of Dr appointments and the driving has worn me out. I have a little bit of pain in my legs."

**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene: Grooming, Bathing
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing
**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry
**Pain Location:** low back
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 3 **Previous Findings as of 06/28/2023 - Worst:6 Best:0 Current:3*
**Pain Description:** Dull/Achy
**Pain Location:** R knee
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 3 **Previous Findings as of 06/28/2023 - Worst:6 Best:0 Current:3*
**Pain Description:** Throbbing
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),
**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair, )
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>Ther ex was facilitated in standing and sitting in pool to increase ROM, strength, stability and to improve posture and gait pattern. See Flowsheet | 3 |

*CPT copyright 2022 American Medical Association. All rights reserved.*

Objective Findings
7/7/23
BUE/LE strength 3+/5
Poor endurance

## Assessment

St. Luke's Therapy Services of Sevierville
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 07/07/2023

**Assessment/Diagnosis:** Pt is voicing low grade pain and is still exhibiting decreased ROM and strength w/posture and gait pattern slowly improving. Pt is tolerating increased exercise load well w/no rest breaks and no adverse effects. Pt is requiring less VC for exercise technique. Pt requires skilled therapy to achieve POC goals.

**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks

**Rehab Potential:** Good

**Patient Problems:**

- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**

1: (4 Weeks) | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | Improved function (LEFS:36) to increase ease with ADLs |

**Long Term Goals:**

1: (8 Weeks) | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | Improved function (LEFS:45) to increase ease with household chores |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:**

Continue per POC as tolerated

Ellen Starr PTA

Ellen Starr
License #5961
*Initiated by Ellen Starr on July 7, 2023 at 10:03 am*

, PT, DPT

Dr. Ma. Paz Corazon Alana, PT, DPT
License #2308
*Electronically Co-Signed by Dr. Ma. Paz Corazon Alana, PT, DPT on July 7, 2023 at 10:33 am*

St. Luke's Therapy Services of Sevierville
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Daily Note:** 06/28/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 5
**Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.

Pt reported," I'm doing alright. I still have some pain. Mostly I am tired all the time since I had Covid."

**Before the injury/onset/change of status date, the patient was able to perform the following activities:**

**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation

**Current Functional Limitations:**

**Self Care:** Hygiene: Grooming, Bathing
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing
**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry

**Pain Location:** low back
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 3 **Previous Findings as of 06/23/2023 - Worst:6 Best:0 Current:6*
**Pain Description:** Dull/Achy

**Pain Location:** R knee
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 3 **Previous Findings as of 06/23/2023 - Worst:6 Best:0 Current:6*
**Pain Description:** Throbbing

**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),
**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair, )
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>Ther ex was facilitated in standing and sitting in pool to increase ROM, strength, stability and to improve posture and gait pattern. See Flowsheet | 3 |

CPT copyright 2022 American Medical Association. All rights reserved.

Objective Findings

6/28/23
BUE/LE strength 3+/5
Poor endurance

## Assessment

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 06/28/2023

**Assessment/Diagnosis:** Pt is voicing decreased pain and continues to exhibit decreased ROM, strength w/slowly improving postural awareness. Pt was able to tolerate increase in reps and the addition of resistance to UE exercises. Pt requires less VC again today to perform exercises correctly. Pt requires skilled therapy to achieve POC goals.
**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks
**Rehab Potential:** Good
**Patient Problems:**
- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**
1: (4 Weeks) | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | Improved function (LEFS:36) to increase ease with ADLs |
**Long Term Goals:**
1: (8 Weeks) | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | Improved function (LEFS:45) to increase ease with household chores |
Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:**
Continue per POC as tolerated

Ellen Starr
License #5961
*Initiated by Ellen Starr on June 28, 2023 at 9:15 am*

Dr. Ma. Paz Corazon Alana, PT, DPT
License #2308
*Electronically Co-Signed by Dr. Ma. Paz Corazon Alana, PT, DPT on June 28, 2023 at 12:53 pm*

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Daily Note:** 06/23/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 4
**Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.

Pt reported," I'm doing pretty good. I wasn't too sore after Monday but my back is sore from driving Mom to Vanderbilt this week."

**Before the injury/onset/change of status date, the patient was able to perform the following activities:**

**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation

**Current Functional Limitations:**

**Self Care:** Hygiene: Grooming, Bathing
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing
**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry

**Pain Location:** low back
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 6 **Previous Findings as of 06/16/2023 - Worst:6 Best:0 Current:6*
**Pain Description:** Dull/Achy
**Pain Location:** R knee
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 6 **Previous Findings as of 06/16/2023 - Worst:6 Best:0 Current:6*
**Pain Description:** Throbbing
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),
**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair, )
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>Ther ex was facilitated in standing and sitting in pool to increase ROM, strength, stability and to improve posture and gait pattern. See Flowsheet | 3 |

*CPT copyright 2022 American Medical Association. All rights reserved.*

Objective Findings

6/14/23
BUE/LE strength 3+/5
Poor endurance

## Assessment

Lincoln/Guerrero 1181

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 06/23/2023

**Assessment/Diagnosis:** Pt is voicing moderate pain and is still exhibiting decreased ROM, strength w/forward flexed head/ neck w/rounded shoulders. Pt was able to complete some LE exercises w/no wall support and tolerated treatment well w/no adverse effects. Pt requires less VC to perform exercises correctly. Pt requires skilled therapy to achieve POC goals.

**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks

**Rehab Potential:** Good

**Patient Problems:**

- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**

1: (4 Weeks) | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | Improved function (LEFS:36) to increase ease with ADLs |

**Long Term Goals:**

1: (8 Weeks) | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | Improved function (LEFS:45) to increase ease with household chores |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:**

Continue per POC as tolerated

Ellen Starr PTA

Ellen Starr
License #5961
*Initiated by Ellen Starr on June 23, 2023 at 11:56 am*

PT, DPT

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Co-Signed by Dr. Jan Paul Dela Cruz, PT, DPT on June 23, 2023 at 4:23 pm*

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Daily Note:** 06/16/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 3
**Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.

Pt reported," I was really sore after last session and I am still very sore all over."

**Before the Injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation

**Current Functional Limitations:**
**Self Care:** Hygiene: Grooming, Bathing
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing
**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry

**Pain Location:** low back
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 6 **Previous Findings as of 06/14/2023 - Worst:6 Best:0 Current:2*
**Pain Description:** Dull/Achy
**Pain Location:** R knee
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 6 **Previous Findings as of 06/14/2023 - Worst:6 Best:0 Current:4*
**Pain Description:** Throbbing
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),
**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair. )
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>Ther ex was facilitated in standing in pool to increase ROM, strength, stability and to improve posture and gait pattern. See Flowsheet | 3 |

CPT copyright 2022 American Medical Association. All rights reserved.

Objective Findings

6/14/23
BUE/LE strength 3+/5
Poor endurance

## Assessment

**Assessment/Diagnosis:** Pt is voicing increased pain and is exhibiting decreased ROM, strength w/forward flexed head/neck w/ rounded shoulders. Pt was able to tolerate treatment w/incorporated rest breaks well w/no adverse effects. Pt required VC and demonstration to perform exercises correctly. Pt requires skilled therapy to achieve POC goals.

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 06/16/2023

**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks
**Rehab Potential:** Good
**Patient Problems:**
- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**
1: (4 Weeks) | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | Improved function (LEFS:36) to increase ease with ADLs |

**Long Term Goals:**
1: (8 Weeks) | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | Improved function (LEFS:45) to increase ease with household chores |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:**
Continue per POC as tolerated

Ellen Starr PTA

Ellen Starr
License #5961
*Initiated by Ellen Starr on June 16, 2023 at 10:33 am*

PT, DPT

Dr. Ma. Paz Corazon Alana, PT, DPT
License #2308
*Electronically Co-Signed by Dr. Ma. Paz Corazon Alana, PT, DPT on June 16, 2023 at 10:36 am*

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Daily Note:** 06/14/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 2
**Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function. Patient reported," I am doing good, I still have pain in my low back and pain is worse in my knees."
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene: Grooming, Bathing
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing
**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry
**Pain Location:** low back
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2 **Previous Findings as of 06/07/2023 - Worst:6 Best:0 Current:0*
**Pain Description:** Dull/Achy
**Pain Location:** R knee
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 4 **Previous Findings as of 06/07/2023 - Worst:6 Best:0 Current:0*
**Pain Description:** Throbbing
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),
**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair, )
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet: Aquatic exercises performed in standing and sitting to improve strength and endurance and tolerance. | 3 |

CPT copyright 2022 American Medical Association. All rights reserved.

Objective Findings

6/14/23
BUE/LE strength 3+/5
Poor endurance

## Assessment

**Assessment/Diagnosis:** Patient still presenting with decreased endurance and strength but tolerated aquatic therapy well with no adverse reactions noted. Rest breaks incorporated due to fatigue. Pt did well with balance activities as well as strengthening. Patient required some UE assistance for support during standing activities. Will continue skilled therapy to further progress strength and endurance as to help with ease of daily activities.

**Lincoln/Guerrero 1185**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 06/14/2023

**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques.
**Rehab Potential:** Good
**Patient Problems:**
- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**
1: (4 Weeks) | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | Improved function (LEFS:36) to increase ease with ADLs |

**Long Term Goals:**
1: (8 Weeks) | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | Improved function (LEFS:45) to increase ease with household chores |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:**
Will continue to progress patient as tolerated with aquatic activities.

Christian Dillard
License #7756
*Initiated by Christian Dillard on June 14, 2023 at 10:24 am*

PT, DPT

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Co-Signed by Dr. Jan Paul Dela Cruz, PT, DPT on June 14, 2023 at 11:46 am*

St. Luke's Therapy Services of Sevierville
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Daily Note:** 06/07/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 1
**Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene: Grooming, Bathing
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing
**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry
**Pain Location:** low back
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 0
**Pain Description:** Dull/Achy
**Pain Location:** R knee
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 0
**Pain Description:** Throbbing
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Is the Patient a current tobacco user OR have they been a user within the last 12 months:** No
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),
**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair, )
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97162 | PT Evaluation: Moderate Complexity | 1 |

CPT copyright 2022 American Medical Association. All rights reserved.

Objective Findings — 6/7/23
BUE/LE strength 3+/5
6 minute walk test: 400 ft

## Assessment

**Assessment/Diagnosis:** Pt presents with generalized weakness and decreased activity tolerance/endurance, which limit Pt function and mobility. Pt will benefit from skilled PT in order to improve on functional limitations and regain PLOF. Pt was educated on PT POC, showed understanding and agreed and participated in goal setting.
**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques.
**Rehab Potential:** Good

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 06/07/2023

**Patient Problems:**
- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**
1: (4 Weeks) | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | Improved function (LEFS:36) to increase ease with ADLs |

**Long Term Goals:**
1: (8 Weeks) | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | Improved function (LEFS:45) to increase ease with household chores |

## Plan

**Instructions:**
Next visit. Thera ex's with emphasis on increasing general strength and activity tolerance/endurance. Include diaphragmatic breathing, posture ex's and pacing with activities.

PT, DPT

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Signed by Dr. Jan Paul Dela Cruz, PT, DPT on June 7, 2023 at 11:14 am*

**Lincoln/Guerrero 1188**

# Patient Outcomes

Report Date: 6/7/2023



| | | | |
|---|---|---|---|
| **Patient ID:** | 9889090 | **Questionnaire Type:** | Initial Eval |
| **Case Key:** | 51736260 | **Area:** | Lower Extremity |
| **Visit Date:** | 6/7/2023 | **Clinician:** | Dela Cruz, Jan Paul |
| **Entry Date:** | 6/7/2023 | **Clinic:** | St. Luke's Therapy Services of Sevierville |
| **ICD Code:** | R5382 - Chronic fatigue, unspecified | **Referral Source:** | Phillips, Floyd |
| **Gender:** | F | | PPO |
| **Date of Birth:** | | **Litigation:** | No **Direct Access:** No |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | **Pain Level** | 6 | 6 | (0 to 10) |
| | **Any of your usual work, housework, or school activities** | Moderate Difficulty | 2 | (0 to 4) |
| | **Your usual hobbies, re creational or sporting activities** | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | **Getting into or out of the bath** | Moderate Difficulty | 2 | (0 to 4) |
| | **Walking between rooms** | No Difficulty | 4 | (0 to 4) |
| | **Putting on your shoes or socks** | A Little Bit of Difficulty | 3 | (0 to 4) |
| | **Squatting** | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | **Lifting an object, like a bag of groceries from the floor** | No Difficulty | 4 | (0 to 4) |
| | **Performing light activities around your home** | A Little Bit of Difficulty | 3 | (0 to 4) |
| | **Performing heavy activities around your home** | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | **Getting into or out of a car** | A Little Bit of Difficulty | 3 | (0 to 4) |
| | **Walking 2 blocks** | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | **Walking a mile** | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | **Going up or down 10 stairs (about 1 flight of stairs))** | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | Standing for 1 hour | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Sitting for 1 hour | No Difficulty | 4 | (0 to 4) |
| | Running on even ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Running on uneven ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Making sharp turns while running fast | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Hopping | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Rolling over in bed | Moderate Difficulty | 2 | (0 to 4) |

St. Luke's Therapy Services of Sevierville
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Plan of Care

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Plan of Care:** 06/07/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 1

## Assessment

**Assessment/Diagnosis:** Pt presents with generalized weakness and decreased activity tolerance/endurance, which limit Pt function and mobility. Pt will benefit from skilled PT in order to improve on functional limitations and regain PLOF. Pt was educated on PT POC, showed understanding and agreed and participated in goal setting.

**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques.

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.

**Rehab Potential:** Good
**Contraindications to Therapy:** None
**Patient Problems:**
- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**
1: (4 Weeks) | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | Improved function (LEFS:36) to increase ease with ADLs |

**Long Term Goals:**
1: (8 Weeks) | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | Improved function (LEFS:45) to increase ease with household chores |

## Plan

**Frequency:** 2-3 times a week
**Duration:** 8 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**
**Procedures**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 06/07/2023

# Plan of Care

Therapeutic Exercises (Strength, Endurance, Stability, include pool ex's), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Activity Modification, Home Safety), Self Care

**Specialties**

Other (pain modalities PRN)

Next visit. Thera ex's with emphasis on increasing general strength and activity tolerance/endurance. Include diaphragmatic breathing, posture ex's and pacing with activities.

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (865)453-9022.

PT, DPT

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Signed by Dr. Jan Paul Dela Cruz, PT, DPT on June 7, 2023 at 11:14 am*

Please sign and return: Fax#: (865)453-9177

I certify the need for these services furnished under this plan of treatment and while under my care.

Physician/Non-Physician Practitioner (NPP) Signature:

________________________________
F. Phillips, MD

Date:____________ Time:____________

**ORTHO TENNESSEE**

| | |
|---|---|
| Patient: | Sabrina Guerrero |
| Date of Birth | |
| Date: | 12/19/2023 |

Scheduled with: Matej Bosnjak APN

**Chief Complaint:**
Right knee.
**History of Present Illness:**
Sabrina is a pleasant 54-year-old patient who presents today for evaluation of status post fall on Saturday the 16. She fell while opening the door to let her dog out. She sustained a fall onto her right knee. She complains of pain with some weightbearing while elevating gives her the most relief.
**Diagnostic Interpretation:**
AP, tunnel, lateral, and sunrise views of the knee were taken today to evaluate her chief complaint. These radiographs reveal no acute bony abnormality nor fracture. She does have extensive degenerative joint disease with complete loss of joint space to both the medial and lateral aspects. There is osteophyte formation as well as subchondral sclerosis present.
**Physical Exam:**
On physical exam, Sabrina does have a small area of ecchymosis over the anterior knee. She complains of pain to the inferior pole of the patella as well as proximal tibia. Her extensor mechanism is intact without defect. Due to her body habitus, I am unable to ascertain whether or not she has an effusion. She denies any locking or catching.
**Assessment:**
Right knee contusion.
**Plan:**
I discussed my findings today with Sabrina, both her physical exam as well as radiographs. We discussed ice as well as Voltaren gel for pain and comfort purposes. I have asked that she continue her meloxicam as prescribed. She will follow up with Dr. Botero service in 2-3 weeks for re-evaluation as well as continued care. If she has any questions or concerns before that time, she is to call the office or return to the clinic. She verbalizes understanding of my plan of care and is in agreement. It was a pleasure taking care of Sabrina today.

**Patient information as reported today:**
**Medications:**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| benazepril 10 mg tablet | take 1 tablet by oral route 2 times every day | N | | |
| calcitriol 0.5 mcg capsule | take 1 capsule by oral route every day | N | | |
| escitalopram 10 mg tablet | | N | | |
| hyoscyamine 0.125 mg sublingual tablet | take 1 by oral route every day as needed | N | | |
| meloxicam 15 mg tablet | take 1 tablet by oral route | N | | |

| | | |
|---|---|---|
| | every day | |
| minocycline 100 mg capsule | take 1 capsule by oral route every 12 hours | N |
| Nyamyc 100,000 unit/gram topical powder | | N |
| nystatin 100,000 unit/gram topical powder | | N |
| Physicians EZ Use B-12 1,000 mcg/mL injection kit | inject 1 milliliter by intramuscular route every month | N |
| trazodone 50 mg tablet | take 1 tablet by oral route 3 times every day as needed | N |
| Vitamin D2 50,000 unit capsule | take 1 capsule by oral route every week | N |
| Vitamin D2 50,000 unit capsule | | N |
| Zyrtec 10 mg capsule | | N |

Allergies:

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| SULFA (SULFONAMIDE ANTIBIOTICS) | Rash | | |

*Provider: Matej Bosnjak APN*
*Document generated:* 12/20/2023 12:43 AM

*This chart note is an abbreviated version of the full record of the patient visit. It has not been reviewed or edited by the treating physician and may be incomplete.*
*For the complete, signed record of the patient encounter, please use the Ort Master note.*

**ORTHO TENNESSEE**

| | |
|---|---|
| Patient: | Sabrina Guerrero |
| Date of Birth | |
| Date: | 12/19/2023 |

Scheduled with: Matej Bosnjak APN

**Chief Complaint:**
Right knee.
**History of Present Illness:**
Sabrina is a pleasant 54-year-old patient who presents today for evaluation of status post fall on Saturday the 16. She fell while opening the door to let her dog out. She sustained a fall onto her right knee. She complains of pain with some weightbearing while elevating gives her the most relief.
**Diagnostic Interpretation:**
AP, tunnel, lateral, and sunrise views of the knee were taken today to evaluate her chief complaint. These radiographs reveal no acute bony abnormality nor fracture. She does have extensive degenerative joint disease with complete loss of joint space to both the medial and lateral aspects. There is osteophyte formation as well as subchondral sclerosis present.
**Physical Exam:**
On physical exam, Sabrina does have a small area of ecchymosis over the anterior knee. She complains of pain to the inferior pole of the patella as well as proximal tibia. Her extensor mechanism is intact without defect. Due to her body habitus, I am unable to ascertain whether or not she has an effusion. She denies any locking or catching.
**Assessment:**
Right knee contusion.
**Plan:**
I discussed my findings today with Sabrina, both her physical exam as well as radiographs. We discussed ice as well as Voltaren gel for pain and comfort purposes. I have asked that she continue her meloxicam as prescribed. She will follow up with Dr. Botero service in 2-3 weeks for re-evaluation as well as continued care. If she has any questions or concerns before that time, she is to call the office or return to the clinic. She verbalizes understanding of my plan of care and is in agreement. It was a pleasure taking care of Sabrina today.

**Patient information as reported today:**
**Medications:**

| Medication | Sig | PRN Status | PRN Reason | Comment |
|---|---|---|---|---|
| benazepril 10 mg tablet | take 1 tablet by oral route 2 times every day | N | | |
| calcitriol 0.5 mcg capsule | take 1 capsule by oral route every day | N | | |
| escitalopram 10 mg tablet | | N | | |
| hyoscyamine 0.125 mg sublingual tablet | take 1 by oral route every day as needed | N | | |
| meloxicam 15 mg tablet | take 1 tablet by oral route | N | | |

| | | |
|---|---|---|
| | every day | |
| minocycline 100 mg capsule | take 1 capsule by oral route every 12 hours | N |
| Nyamyc 100,000 unit/gram topical powder | | N |
| nystatin 100,000 unit/gram topical powder | | N |
| Physicians EZ Use B-12 1,000 mcg/mL injection kit | inject 1 milliliter by intramuscular route every month | N |
| trazodone 50 mg tablet | take 1 tablet by oral route 3 times every day as needed | N |
| Vitamin D2 50,000 unit capsule | take 1 capsule by oral route every week | N |
| Vitamin D2 50,000 unit capsule | | N |
| Zyrtec 10 mg capsule | | N |

Allergies:

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| SULFA (SULFONAMIDE ANTIBIOTICS) | Rash | | |

*Provider: Matej Bosnjak APN*
*Document generated:* 12/20/2023 12:43 AM

*This chart note is an abbreviated version of the full record of the patient visit. It has not been reviewed or edited by the treating physician and may be incomplete.*
*For the complete, signed record of the patient encounter, please use the Ort Master note.*

# Medical Records - CONFIDENTIAL

**FROM:** TN - CHS14 Tennessee

JULIA BARROSO, RD
10800 PARKSIDE DR STE 330, KNOXVILLE, TN 37934-1922
Phone: (865) 392-3971
Fax: (865) 392-3972

**TO:** FLOYD E PHILLIPS MD

6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877
Phone: (423) 839-2120
Fax: (423) 839-2125

**Name: GUERRERO, SABRINA M**

**DOB:**

**Date Range: 01/01/2023 to 11/14/2023**

**This document contains the following records of the patient:**
- **Facesheet**
- **Lab Results**

**Note:** Bariatrics will manage low protein levels. Other abnormal results for your review.

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:1389974-A-4694]

# Facesheet

## Demographics

| | |
|---|---|
| Patient Name | GUERRERO, SABRINA M |
| Sex | F |
| DOB | |
| Address | |
| City/State/Zip | |
| Home Phone | |
| Mobile Phone | |
| Insurance | Med Primary: BCBS-TN - NETWORK S<br>Insurance # : STTS00402622<br>Policy/Group # : 80860<br>Employer Name : AMEDYSIS<br>Prescription: CVS\|CAREMARK - Member is eligible. details |
| Default Pharmacy | SAM'S CLUB PHARMACY 6572 (ERX)<br>2920 KNOXVILLE CENTER DRIVE<br>KNOXVILLE<br>TN 37924<br>Ph (865) 637-0643<br>Fax (865) 637-1803 |
| Preferred Lab | QUEST DIAGNOSTICS - ATLANTA LAB<br>1777 MONTREAL CIR<br>TUCKER<br>Ph (866) 697-8378 |
| Portal Registration | This patient last logged into the portal on 11/14/2023. |

## Height / Weight / BMI / BP

| | | |
|---|---|---|
| Height | 5 ft 5 in | 11/13/2023 |
| Weight | 339 lbs | 11/13/2023 |
| BMI | 56.4 | 11/13/2023 |
| Blood Pressure | 140 / 90 | 11/13/2023 |

## Problems

- Morbid obesity - Onset: 08/14/2019
- Anemia - Onset: 08/14/2019
- Chronic depression - Onset: 08/14/2019
- Obstructive sleep apnea syndrome - Onset: 07/12/2021 - Not on CPAP therapy
- Migraine without aura - Onset: 11/27/2022
- Hypertensive disorder - Onset: 08/14/2019 - on rx
- Gastroesophageal reflux disease
- Incisional hernia - Onset: 01/10/2023
- Amnesia - Onset: 04/26/2023 - due to COVID
- Dyspnea - Etiology unclear; by clinical description and course, not completely convincing for active cardiac disease presently; may still be secondary to her obesity and reduced functional capacity
- Chest pain - Etiology unclear; by clinical description and course, not convincing for active cardiac disease presently; ECG (7/7/2021) showed sinus rhythm at a rate of 91 bpm with normal intervals, leftward axis, and mild nonspecific T wave changes; no prior ECG available for comparison
- Diarrhea
- Abdominal pain
- Prediabetes - Onset: 07/12/2021 - Last HbA1c reportedly was 5.9; placed on Ozempic by PCP

**Surgical History**

- Hernia repair
- Colonoscopy (surg) - 06/10/2019
- Repair of meniscus - 01/01/2011 - RT knee
- Gallbladder Surgery - 01/01/2001
- Gastric Bypass - 01/01/2001 - RNY

**Medications**

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 11/01/23 | filled |
| **B12 5,000 mcg-100 mcg sublingual lozenge**<br>Place by sublingual route. | 02/22/21 | entered |
| **Bariatric Multivitamins** | 02/06/20 | entered |
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 06/05/23 | filled |
| **cetirizine 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/13/23 | entered |
| **clopidogreL 75 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/11/23 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 11/03/23 | filled |
| **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 07/29/23 | filled |
| **hydrOXYzine HCL 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME | 10/24/23 | filled |
| **ICaps AREDS**<br>1 pill in AM and 1 pill in PM | 04/26/23 | entered |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/04/23 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/11/23 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 08/15/23 | filled |
| **modafiniL 200 mg tablet**<br>TAKE 1 TABLET BY MOUTH IN THE MORNING | 10/16/23 | filled |
| **ondansetron HCL 4 mg tablet**<br>Take by mouth, 1 tablet every 4 hrs, or 2 tabs every 8 hrs. Max 5 tabs in 24 hrs. | 12/06/22 | filled |
| **pantoprazole 20 mg tablet,delayed release**<br>Take 2 tablets by mouth once daily | 11/11/23 | filled |
| **Qulipta 60 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 09/16/23 | filled |
| **Rexulti 1 mg tablet** | 10/04/23 | filled |

TAKE 1 TABLET BY MOUTH ONCE DAILY

**topiramate 50 mg tablet** 11/13/23 entered
Take 1 tablet(s) every day by oral route for 30 days.

**Trintellix 10 mg tablet** 11/03/23 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY

**vitamin A palmitate** 04/26/23 entered
2500 mg every day

**Vitamin C 1,000 mg tablet** 04/26/23 entered
Take 1 tablet(s) by oral route in the morning.

**zinc 100 mg tablet** 04/26/23 entered
Take 1 tablet(s) every day by oral route.

**Vaccines**

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | employer |

**Allergies / Adverse Reactions**

SULFA (SULFONAMIDE ANTIBIOTICS): Hives

**Past Medical History**

| | |
|---|---|
| Allergies | Y |
| Anemia | Y |
| Arthritis | Y |
| Back Pain | Y |
| Constipation | Y |
| Depression | Y |
| Eczema, Hives or Other Skin Conditions | Y |
| Headaches | Y |
| High Blood Pressure | Y |
| Hypertension | Y |
| MRSA | Y, hx positive throat culture |
| Obesity | Y |
| Sleep Disorder | Y |
| Tobacco Use | Y, former |
| Vitamin/Mineral Deficiency | Y |

**Social History**
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Former smoker (Notes: quit 2008)
How much tobacco do you smoke?: None
When did you quit smoking?: 16+ years since last cigarette
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 11/13/2023
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: Occasional

Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: no
What is your level of caffeine consumption?: Occasional
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What type of diet are you following?: Regular
Do you have any dietary restrictions?: No
What is your exercise level?: None
**Marriage and Sexuality**
What is your relationship status?: Married
Are you sexually active?: Yes
How many children do you have?: 1
**Education and Occupation**
What is your occupation?: SOCIAL WORKER
**Public Health and Travel**
Have you recently traveled abroad?: No
**Gastroenterology**
Exotic pets: No
**Other**
Education: Post Graduate
Live alone or with others?: with others
Marital status: Married
General stress level: Medium
**Gender Identity and LGBTQ Identity**
First name used: Sabrina

**Family History**

| | |
|---|---|
| Mother | - Heart disease |
| Father | - Diabetes mellitus |
| | - Heart disease |
| | - Malignant neoplastic disease |

**GYN History**
Date of Last Pap: (Notes: 2018).
Date of Last Mammogram: (Notes: 5-6 years).
Date of Last Colonoscopy: (Notes: last 5 years).
Menses Monthly: N (Notes: no bleeding for 6 years prior to 10/25/23).
Cramps: N.

**Patient History - Other**
None recorded.

**Past Pregnancies**
vag del

**Obstetric History**

| TOTAL | FULL | PRE | AB. I | AB. S | ECTOPICS | MULTIPLE | LIVING |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | 1 |

**Screening**
None recorded.

## Lab Results

## COMPREHENSIVE METABOLIC PROFILE 11/13/2023 (#35049274, Final, 11/13/2023 1:57pm)

| | |
|---|---|
| Note to Patient | Your albumin level is too low. Increase your protein intake to100 grams daily as discussed and have these levels rechecked in 6 weeks. |

| | | | |
|---|---|---|---|
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023317001288 | Specimen Source | BLOOD |
| Specimen Coll. Date | 11/13/2023 13:57 | Result Status | Final |
| Specimen Rec. Date | 11/13/2023 20:25 | Report Status | |
| Specimen Reported Date | 11/13/2023 21:49 | | |

GUERRERO, Sabrina M (id #1389974, dob:

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| EGFR | 109 | >=90 | ML/MIN/1.73 M2 | | Final | |
| | CKD is defined by the presence of glomerular filtration rate (GFR) <60 mL for >3 months and/or evidence of kidney damage (eg, structural abnormalities, histologic abnormalities, albuminuria, urinary sediment abnormalities, renal tubular disorders, and/or history of kidney transplantation) for >3months. This table provides interpretation of specific eGFR values. Creatinine measurements, and therefore eGFR calculations, are affected by very high or very low muscle mass, muscle injury, a diet very high in meat, hepatic cirrhosis, certain drugs, etc.<br><br>Stages of CKD:<br>Stage Description GFR mL/min<br>1 Kidney damage with normal or increased GFR 90<br>2 Kidney damage with mild decrease in GFR 60 to 89<br>3 Moderate decrease in GFR 30 to 59<br>4 Severe decrease in GFR 15 to 29<br>5 Kidney failure <15 (or dialysis)<br><br>Note: GFR Normal range >60, equation not validated for ages <18 and >70 and pregnant women. | | | | | |
| **GLUCOSE** | **113** | **70-110** | **MG/DL** | **HIGH** | **Final** | |
| BUN | 13 | 5-26 | MG/DL | | Final | |
| CREATININE | 0.55 | 0.50-1.30 | MG/DL | | Final | |
| | The GFR normal range may vary by factors including extreme body size, pregnancy, hospital treatment, other ethnicities, etc. | | | | | |
| **BUN/CREA RATIO** | **24** | **6-22** | **MMOL/L** | **HIGH** | **Final** | |
| SODIUM | 145 | 138-146 | MMOL/L | | Final | |
| POTASSIUM | 3.9 | 3.5-5.2 | MMOL/L | | Final | |
| **CHLORIDE** | **115** | **98-114** | **MMOL/L** | **HIGH** | **Final** | |
| CARBON DIOXIDE | 22 | 22-33 | MMOL/L | | Final | |
| CALCIUM | 8.7 | 8.5-10.1 | MG/DL | | Final | |
| CA CORRECTED | 9.3 | 8.5-10.1 | MG/DL | | Final | |
| PROT TOTAL | 6.9 | 6.1-8.6 | G/DL | | Final | |
| **ALBUMIN** | **3.2** | **3.5-5.0** | **G/DL** | **LOW** | **Final** | |
| GLOBULIN | 3.7 | 1.9-3.7 | G/DL | | Final | |
| **ALBUMIN/GLOBULIN RATIO** | **0.9** | **1.0-2.5** | | **LOW** | **Final** | |
| ANION GAP | 8 | 5-15 | MMOL/L | | Final | |
| **ALKALINE PHOSPHATASE** | **151** | **50-136** | **INTLUNIT/L** | **HIGH** | **Final** | |
| **AST** | **10** | **15-37** | **INTLUNIT/L** | **LOW** | **Final** | |
| ALT | 37 | 13-61 | INTLUNIT/L | | Final | |
| BILI TOTAL | 0.3 | 0.0-1.2 | MG/DL | | Final | |
| **OSMOL CALC** | **301** | **270-300** | **MOSM/KG** | **HIGH** | **Final** | |

**Lincoln/Guerrero 1204**

GUERRERO, Sabrina M (id #1389974, dob:

## PARATHYROID HORMONE LEVEL INTACT 11/13/2023 (#35049196, Final, 11/13/2023 1:57pm)

| | | | |
|---|---|---|---|
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023317001288 | Specimen Source | BLOOD |
| Specimen Coll. Date | 11/13/2023 13:57 | Result Status | Final |
| Specimen Rec. Date | 11/13/2023 20:26 | Report Status | |
| Specimen Reported Date | 11/13/2023 21:25 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **PTH INTACT** | **116.0** | **18.4-80.1** | **PG/ML** | **HIGH** | **Final** | |

## VITAMIN D LEVEL 11/13/2023 (#35049194, Final, 11/13/2023 1:57pm)

| | |
|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023317001288 | Specimen Source | BLOOD |
| Specimen Coll. Date | 11/13/2023 13:57 | Result Status | Final |
| Specimen Rec. Date | 11/13/2023 20:26 | Report Status | |
| Specimen Reported Date | 11/13/2023 21:25 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **VIT D 25OH** | **72.3** | | **NG/ML** | **NO REFERENCE RANGE** | **Final** | |

```
VITAMIN D STATUS RANGE, ADULT RANGE, PEDIATRIC
---------------- -------------- ---------------------------
Deficiency  <20 ng/mL  <15 ng/mL
Insufficiency  20-30 ng/mL  15-20 ng/mL
Sufficiency  30-100 ng/mL 20-100 ng/mL
Toxicity  >100 ng/mL  >100 ng/mL

Fluorescein angiography dye may cause falsely elevated vitamin D values.
```

**Lincoln/Guerrero 1205**

GUERRERO, Sabrina M (id #1389974, dob:

**KNOXVILLE HMA PHYSICIAN MANAGEMENT LLC**
Tennova Surgical Associates
10810 PARKSIDE DR STE G-12
KNOXVILLE, TN 37934-1982
Phone: (865) 218-6085
Fax: (865) 218-6086

**Encounter Summary - Progress Note**
Date Printed: 11/13/2023

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:35041336-H-4694]

| | |
|---|---|
| **Patient** | Guerrero, Sabrina M (54yo, F) #1389974 |
| **DOB** | C |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | ( |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | Follow Up<br>11/13/2023 - 01:30PM - TPS_TENNOVA SURGICAL ASSOCIATES |
| **History of Present Illness** | None recorded |
| **Review of Systems** | Patient reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no irritation, and no vision changes. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds and no nose/sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, and no known heart murmur. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no vomiting, not vomiting blood, no abdominal pain, normal appetite, and no diarrhea. She reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. She reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no back pain, and no swelling in the extremities. She reports no abnormal mole, no jaundice, and no rashes. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no headaches. She reports no depression, no sleep disturbances, feeling safe in relationship, and no alcohol abuse. She reports no fatigue. She reports no bruising and no swollen glands. She reports no runny nose, no frequent sneezing, no sinus pressure, no itching, and no hives. |
| **Vitals** | **Wt:** 339 lbs · **BP:** 140/90 · **Pulse:** 99 bpm<br>**Ht:** 5 ft 5 in · **BMI:** 56.4 |
| **Procedure** | None recorded |
| **Results/Interpretations** | None recorded |

| | |
|---|---|
| **Physical Exam** | None recorded |
| **Assessment and Plan** | None recorded<br>**Return to Office**<br>• JULIA BARROSO, RD for +Education 30 (CDE schedule) at TPS_TENNOVA BARIATRIC SURGERY on 11/20/2023 at 02:00 PM |

Patient Medical History:

| | |
|---|---|
| **Allergies List** | Reviewed Allergies<br>**SULFA (SULFONAMIDE ANTIBIOTICS):** Hives |

**Medications**

| Reviewed Medications | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler** USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 11/01/23 | filled |
| **B12 5,000 mcg-100 mcg sublingual lozenge** Place by sublingual route. | 02/22/21 | entered |
| **Bariatric Multivitamins** | 02/06/20 | entered |
| **calcitrioL 0.5 mcg capsule** TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 06/05/23 | filled |
| **cetirizine 10 mg tablet** Take 1 tablet(s) every day by oral route. | 11/13/23 | entered |
| **clopidogreL 75 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/11/23 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule** TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 11/03/23 | filled |
| **famotidine 40 mg tablet** TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 07/29/23 | filled |
| **hydrOXYzine HCL 25 mg tablet** TAKE 1 TABLET BY MOUTH AT BEDTIME | 10/24/23 | filled |
| **ICaps AREDS** 1 pill in AM and 1 pill in PM | 04/26/23 | entered |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/04/23 | filled |
| **meloxicam 15 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/11/23 | filled |
| **minocycline 100 mg capsule** TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 08/15/23 | filled |
| **modafiniL 200 mg tablet** TAKE 1 TABLET BY MOUTH IN THE MORNING | 10/16/23 | filled |
| **ondansetron HCL 4 mg tablet** Take by mouth, 1 tablet every 4 hrs, or 2 tabs every 8 hrs. Max 5 tabs in 24 hrs. | 12/06/22 | filled |
| **pantoprazole 20 mg tablet,delayed release** Take 2 tablets by mouth once daily | 11/11/23 | filled |
| **Qulipta 60 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 09/16/23 | filled |
| **Rexulti 1 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 10/04/23 | filled |
| **topiramate 50 mg tablet** Take 1 tablet(s) every day by oral route for 30 days. | 11/13/23 | entered |
| **Trintellix 10 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/03/23 | filled |
| **vitamin A palmitate** 2500 mg every day | 04/26/23 | entered |
| **Vitamin C 1,000 mg tablet** Take 1 tablet(s) by oral route in the morning. | 04/26/23 | entered |
| **zinc 100 mg tablet** Take 1 tablet(s) every day by oral route. | 04/26/23 | entered |

| Family History | Reviewed Family History | |
|---|---|---|
| | Mother | - Heart disease |
| | Father | - Diabetes mellitus |
| | | - Heart disease |
| | | - Malignant neoplastic disease |

| Past Medical History | | | | |
|---|---|---|---|---|
| | **Allergies** | Y | **Hypertension** | Y |
| | **Back Pain** | Y | **Obesity** | Y |

**Vaccine History**

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **COVID-19** | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | employer |

Electronically Signed by: NITIN RANGNEKAR, MD



GUERRERO, Sabrina M (id #1389974, dob:

**KNOXVILLE HMA PHYSICIAN MANAGEMENT LLC**
Tennova Surgical Associates
10810 PARKSIDE DR STE G-12
KNOXVILLE, TN 37934-1982
Phone: (865) 218-6085
Fax: (865) 218-6086

**Encounter Summary - Progress Note**
Date Printed: 11/13/2023

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:35041336-H-4694]

| | |
|---|---|
| **Patient** | Guerrero, Sabrina M (54yo, F) #1389974 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | Follow Up<br>11/13/2023 - 01:30PM - TPS_TENNOVA SURGICAL ASSOCIATES |
| **History of Present Illness** | None recorded |
| **Review of Systems** | Patient reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no irritation, and no vision changes. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds and no nose/sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, and no known heart murmur. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no vomiting, not vomiting blood, no abdominal pain, normal appetite, and no diarrhea. She reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. She reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no back pain, and no swelling in the extremities. She reports no abnormal mole, no jaundice, and no rashes. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no headaches. She reports no depression, no sleep disturbances, feeling safe in relationship, and no alcohol abuse. She reports no fatigue. She reports no bruising and no swollen glands. She reports no runny nose, no frequent sneezing, no sinus pressure, no itching, and no hives. |
| **Vitals** | **Wt:** 339 lbs; **BP:** 140/90; **Pulse:** 99 bpm; **Ht:** 5 ft 5 in; **BMI:** 56.4 |
| **Procedure** | None recorded |
| **Results/Interpretations** | None recorded |

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Physical Therapy Recertification Note

**Patient Name:** Guerrero, Sab‑na M.
**Date of Birth:**
**Document Date:** 08/07/2023

## Assessment

**Assessment/Diagnosis:** Pt is voicing decreasing pain and is continuing to progress w/strength, posture and gait pattern. Pt was able to tolerate increase in reps and resumption of CKC knee exercises well w/no rest breaks and no adverse effects. Pt requires skilled therapy to achieve POC goals.

**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.

**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks

**Rehab Potential:** Good

**Patient Problems:**
- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**
1: (4 Weeks) | 20% | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin
2: (4 Weeks) | 10% | Improved activity tolerance as shown with 6 min walk test: 500 ft.
3: (4 Weeks) | 20% | Improved function (LEFS:36) to increase ease with ADLs

**Long Term Goals:**
1: (8 Weeks) | 10% | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping
2: (8 Weeks) | 5% | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft.
3: (8 Weeks) | 10% | Improved function (LEFS:45) to increase ease with household chores

**Summary/Recommendations:** Pt continues to progress towards goals set but has not met max rehab potential. Continue and progress present PT POC.

## Plan

**Frequency:** 2-3 times a week
**Duration:** 8 weeks
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises (Strength, Endurance, Stability, include pool ex's), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Activity Modification, Home Safety), Self Care

**Specialties**
Other (pain modalities PRN)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (865)453-9022.

Please sign and return: Fax#: (865)453-9177

I certify the need for these services furnished under this plan of treatment and while under my care.

Physician/Non-Physician Practitioner (NPP) Signature: [signature]
F. Phillips, MD

Date: 8/10/23 Time: ______

[signature] PT, DPT
Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Signed by Dr. Jan Paul Dela Cruz, PT, DPT on August 7, 2023 at 4:39 pm*

PT

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Plan of Care

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Plan of Care:** 08/07/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 12

## Assessment

**Assessment/Diagnosis:** Pt is voicing decreasing pain and is continuing to progress w/strength, posture and gait pattern. Pt was able to tolerate increase in reps and resumption of CKC knee exercises well w/no rest breaks and no adverse effects. Pt requires skilled therapy to achieve POC goals.
**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks
**Rehab Potential:** Good
**Patient Problems:**
- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**
1: (4 Weeks) | 20% | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin
2: (4 Weeks) | 10% | Improved activity tolerance as shown with 6 min walk test: 500 ft.
3: (4 Weeks) | 20% | Improved function (LEFS:36) to increase ease with ADLs

**Long Term Goals:**
1: (8 Weeks) | 10% | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping
2: (8 Weeks) | 5% | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft.
3: (8 Weeks) | 10% | Improved function (LEFS:45) to increase ease with household chores

**Summary/Recommendations:** Pt continues to progress towards goals set but has not met max rehab potential. Continue and progress present PT POC.

## Plan

**Frequency:** 2-3 times a week
**Duration:** 8 weeks
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises (Strength, Endurance, Stability, include pool ex's), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Activity Modification, Home Safety), Self Care

**Specialties**
Other (pain modalities PRN)
Continue with current program. Progress as tolerated.

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (865)453-9022.

Please sign and return: Fax#: (865)453-9177

I certify the need for these services furnished under this plan of treatment and while under my care.

Physician/Non Physician Practitioner (NPP) Signature: [signature]

F. Phillips, MD
Date: 8/10/23 Time:

[signature] PT, DPT
Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Signed by Dr. Jan Paul Dela Cruz, PT, DPT on August 7, 2023 at 4:39 pm*

PT

**Lincoln/Guerrero 1211**

BalladHealth

303 Med Tech Parkway Johnson City, TN 37604

**Time Sent:** 8/3/2023 12:38 PM

**To:** Floyd E Phillips Jr., MD
**Phone:** 423-839-2120
**Fax:** 423-839-2125

**From:** Pammela M Poore, NP
**Department:** BHMA POST COVID CARE KPT
**Department Phone:** 423-224-2369
**Department Fax:** 423-224-2368

**Message:** ______________________________

**CONFIDENTIALITY NOTICE**

THE DOCUMENTS ACCOMPANYING THIS TRANSMISSION MAY CONTAIN CONFIDENTIAL INFORMATION. THE INFORMATION IS INTENDED ONLY FOR THE USE BY THE INDIVIDUAL OR ENTITY NAMED ABOVE. THE AUTHORIZED RECIPIENT IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY UNLESS REQUIRED TO DO SO BY LAW OR REGULATION AND IS REQUIRED TO PROTECT THE INFORMATION FROM ALL UNAUTHORIZED ACCESS. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS INFORMATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND ARRANGE FOR THE RETURN OR DESTRUCTION OF THESE DOCUMENTS.

If you have received this fax in error please contact the Information Systems Service Desk at 423 431 6290 or 423 230 8383. Please provide the following information when calling:

Contact Information:
- Name of person reporting the issue
- Office/Company Name
- Phone Number
- Fax Number
- Description of concern, issue or problem

BalladHealth
It's your story. We're listening.

**BHMA Center for Post Covid Care**
2204 PAVILION DR
SUITE 110
KINGSPORT TN 37660-4651
Phone: 423-224-2369
Fax: 423-224-2368

August 3, 2023

Floyd E Phillips Jr., MD
6890 W A J Hwy
Talbott TN 37877

Patient:. **Sabrina Guerrero**
MR Number: **12141403**
Date of Birth:
Date of Visit: **8/3/2023**

Dear Dr. Phillips:

Sabrina Guerrero was seen at the Center for Post-COVID Care on 8/3/23 for evaluation. Below are the relevant portions of my assessment and plan of care.

If you have questions, please do not hesitate to call me. I look forward to following Sabrina along with you.

Sincerely,

Pammela M Poore, NP

CC
No Recipients

**Poore, Pammela M, NP 8/3/2023 12:36 PM Sign when Signing Visit**

Patient Name: Guerrero, Sabrina Today's Date: 8/3/2023
Preferred Name: Sabrina Date of Encounter: 8/3/2023
Patient MRN / CSN: 12141403 / 10109519012 Appt. Time: 11:00 AM EDT
Patient Age / DOB: 54-year old / Encounter Provider: Pammela M Poore, NP
PCP: Phillips, Floyd E Jr., MD

Center for Post-Covid Care (CPCC)
Follow - Up

Sabrina Guerrero is a 54-year old who presents for Post Covid Follow Up.
Patient complains of the following Symptoms: Fatigue, Headache, Anxiety, Depression, Brain fog and Shortness of Breath on exertion.

HPI

Shortness of Breath
Patient reports Post-COVID Shortness of Breath. Patient states that she gets short of breath when doing activity. Patient does not have a history of Asthma. Patient reports getting short of breath after one flight stairs and with one block walking. Patient does follow with a pulmonologist, Dr. Bakshi, MD. Patient states that they recently had no procedures/testing of the chest. Patient states does use CPAP and is compliant most of the time. Patient reports Shortness of Breath continues without improvement.

Post-COVID Fatigue
Patient reports having symptoms of Post-COVID fatigue. Patient does feel tired all throughout the day. Patient reports not being able to complete tasks throughout the day without taking a break in between. Patient states they are able to do activities of daily living with limitations, unable to work, and able to do house work with limitations. Patient reports that they do take naps during the day. States that they do snore. Patient does use CPAP and is compliant most of the time. Patient is exercising by going to the aquatic therapy twice a week referred by her PCP, Floyd Phillips, MD., drinking 64-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin A, B-12 (decreased to every other week), Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. States she tries to follow the Anti-inflammatory diet but states she could do better. Patient reports the Fatigue has stayed the same but at times she feels it may be slightly improving at times.

COVID-19 Vaccination Screening - Thu August 03, 2023

| Row Name | 1107 |
|---|---|
| COVID-19 Vaccine Screen - Year Round | |
| Have you had the COVID-19 Vaccine? | Yes |

Covid Vaccine on file:

| Name | Date |
|---|---|

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:
Outpatient Encounter Medications as of 8/3/2023

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. | | |
| • clopidogrel (Plavix) 75 MG tablet | Take 75 mg by mouth daily. | | |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day | | |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other week | | |
| • famotidine (Pepcid) 40 MG tablet | Take 40 mg by mouth daily. | | |
| • fluticasone (Flonase) 50 MCG/ACT nasal spray | Administer 2 sprays into nostril(s) daily. | | |
| • hydrOXYzine (Atarax) 25 MG tablet | Take 25 mg by mouth daily as needed for itching. | | |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. | | |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. | | |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet | | |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. | | |
| • modafinil (Provigil) 100 MG tablet | Take 200 mg by mouth daily. | | |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. | | |

| | |
|---|---|
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth every 8 (eight) hours as needed. |
| • pantoprazole (Protonix) 20 MG tablet | Take 20 mg by mouth 2 (two) times a day. |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Qulipta 60 MG tablet | Take 60 mg by mouth daily. |
| • Rexulti 0.25 MG tablet | Take 0.25 mg by mouth daily. |
| • Saxenda 18 MG/3ML pen | Inject 18 mg under the skin daily. |
| • sucralfate (Carafate) 1 g tablet | Take 1 g by mouth daily. |
| • topiramate (Topamax) 50 MG tablet | Take 75 mg by mouth daily. |
| • Ubrelvy 100 MG tablet | Take 100 mg by mouth daily. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • UNABLE TO FIND | Take 1 tablet by mouth daily. Med Name: Cerefolin NAC. Prescription from Neurologist for memory loss |
| • valsartan (Diovan) 80 MG tablet | Take 80 mg by mouth daily. |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| • vortioxetine (Trintellix) 10 MG tablet | Take 10 mg by mouth daily. |
| • [DISCONTINUED] Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |

Last reviewed on 8/3/2023 11:15 AM by Woods, Selma K, RN

Medical History:
Sabrina has a past medical history of Anemia (Unsure), Anxiety, Arthropathy (Unsure), Asthma, Bronchitis, COVID-19, Depression, Disorder of thyroid (Unsure), Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Cancer in her father; Depression in her mother; Diabetes in her brother and father; Heart disease in her father, maternal grandfather, and sister; Hyperlipidemia in her mother; Hypertension in her father; Migraines in her brother; Pancreatic cancer in her father; Scoliosis in her mother; Stroke in her father and paternal grandfather; Thyroid disease in her daughter.

Sabrina reports that she does not currently use alcohol.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports no history of drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath.
Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for decreased concentration and dysphoric mood. The patient is nervous/anxious.

Vitals:

| | 08/03/23 1107 |
|---|---|
| BP: | 136/62 |
| Pulse: | 72 |
| Resp: | 18 |
| Temp: | 97.7 °F (36.5 °C) |
| TempSrc: | Tympanic |
| SpO2: | 96% |
| Weight: | 151.5 kg (334 lb) |
| Height: | 5' 5" (1.651 m) |

No LMP recorded.

**Physical Exam**
Constitutional:
Appearance: Normal appearance.
HENT:
Head: Normocephalic and atraumatic.
Nose: Congestion and rhinorrhea present.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Comments: **Glasses reading**
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.
Abdominal:
General: Bowel sounds are normal.
Palpations: Abdomen is soft.
Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion.
Skin:
General: Skin is warm and dry.
Neurological:
Mental Status: She is alert and oriented to person, place, and time.
Psychiatric:
Attention and Perception: Attention normal.
Mood and Affect: Mood normal.

Speech: Speech normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Problem List Items Addressed This Visit

- **Post-COVID syndrome - Primary**
  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero reports POST-COVID symptoms of Fatigue, Headache, Anxiety, Depression, Brain fog and Shortness of Breath on exertion.

  I have spent greater than 40 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

  **Lab work drawn 8/2/23 results:**
  - CMP: Chl 110, Alk Phos 141
  - B12: >2000
  - CBC, Calcium, Magnesium, Vitamin D unremarkable

  Currently taking:
  - Trinrellix 10 mg daily
  - Provigil 200 mg daily
  - Rexulti 0.25 mg daily

  Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated and begin Aquatic Therapy, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12 (decreased to every other week), Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

  Lab Work ordered: Ferritin, Iron TIBC, TSH, Free T4

  Relevant Orders
  Ferritin
  Iron and TIBC
  T4, Free
  Thyroid Stimulating Hormone (TSH)

- **Post-COVID chronic dyspnea**
  Hx: Asthma

Currently taking:
- Albuterol Inhaler 90 mcg every 6 hours PRN

Patient sees Dr. Mandeep Bakshi, Pulmonologist with last visit 6/2023 - with follow up visit scheduled in 10/2023.

Encouraged patient to continue taking all medications as prescribed and follow up with Dr. Mandeep Bakshi, Pulmonologist as scheduled.

Return in about 8 weeks (around 9/28/2023).

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred.*

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177

# Fax Cover Sheet

**To: Phillips, Floyd, MD**
**Fax: 4238392125**

**From: Dr. Jan Paul Dela Cruz, PT, DPT**
**Sent on: July 26, 2023**

## Regarding: Faxed Out Continuation Order for Guerrero, Sabrina M.

Please sign and send back at your earliest convenience, if you would like for the patient to continue therapy.
Thank you for the referral!

Thank you for this referral

**Please sign and fax back.**

Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. and any of its subsidiaries each reserve the right to monitor all electronic communications through its networks.
Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

PT

# St. Luke's Therapy Services
## Sevierville

*Compassionate care, Excellent results*

**Physical Therapy • Aquatic Therapy**

**Clinic Hours: 7:30 a.m. - 5:30 p.m. M-W-Th-F**
**8:00 a.m. - 12:00p.m. Tues**

Tel 865 453-6022
Fax 865 453-9177
pt@stlukestherapysevier.com

1014 Middle Creek Rd.
Sevierville, TN 37862




**Patient Name:** Sabrina Guerrero  **Date:** 07/19/2023

**Date of Birth:**  **Phone:**

**Diagnosis:** Chronic Fatigue  **ICD10 Code:** R53.82

**Comment / Precautions:** Continue Treatment

**Frequency and Duration:**

☐ Evaluate and Treat  ☑ Physical Therapy  ☑ Aquatic Therapy

**Evaluation**

- ☐ Compression Garment Fitting (Jobst, Juzo)
- ☐ Device
- ☐ Fitting of Brace or Temporary
- ☐ Foot and Ankle Rehab
- ☐ Hand Therapy
- ☐ Hip Rehab
- ☐ Industrial Rehab (Isernhagen Work System)
  - ☐ Functional Capacity Evaluation
  - ☐ Work Hardening
- ☐ Knee Rehab
- ☐ Neuro Rehab
- ☐ Neuropathy Program
- ☐ Shoulder Rehab
- ☐ Spine Rehab
- ☐ Vestibular Rehab
- ☐ Wellness Maintenance Program
- ☐ Other ____________

**Treatment**

- ☐ ADL Training
- ☐ Chronic Pain Management
- ☐ Complete Decongestive Therapy
- ☐ Headache Evaluation and Treatment
- ☐ Kinesiotaping
- ☐ Lymphedema / Edema Management
- ☐ Manual Lymph Drainage
- ☐ Manual Therapy
- ☐ Neuro-Developmental Technique
- ☐ Osteoporosis Prevention & Management
- ☐ Paraffin Bath
- ☐ Pediatric Rehab
- ☐ Pelvic Floor Rehab
- ☐ TENS/NMES/E-STIM
- ☐ TMJ Pain
- ☐ Ultrasound
- ☐ Whirlpool
- ☐ Wound Care

**Exercise**

- ☐ Advanced Pelvic Muscle Exercise
- ☐ Balance
- ☐ Endurance
- ☐ Fibromyalgia Management
- ☐ Flexibility Exercise
- ☐ Gait Training
- ☐ Mckenzie Exercise
- ☐ Postural
- ☐ Pre/Post Partum
- ☐ Prosthetic/Orthotic Training
- ☐ Wheelchair Mobility Training
- ☐ ROM Exercise
- ☐ Thera. Exercise
- ☐ Strengthening Exercise
- ☐ Other ____________

**Physician Name:** Floyd E. Phillips, Jr., M.D.

**Physician Signature:** [signature]

Lincoln/Guerrero 1221

## Tennova Healthcare

| | |
|---|---|
| **LaFollette Medical Center**<br>923 East Central Avenue<br>LaFollette, TN 37766<br>Phone: 423-907-1466 | **Jefferson Memorial Hospital**<br>110 Hospital Drive<br>Jefferson City, TN 37760<br>Phone: 865-471-2437 |
| **Newport Medical Center**<br>435 Second Street<br>Newport, TN 37821<br>Phone: 423-625-2210 | **North Knoxville Medical Center**<br>7565 Dannaher Drive<br>Powell, TN 37849<br>Phone: 865-859-1301 |
| **Turkey Creek Medical Center**<br>10820 Parkside Drive<br>Knoxville, TN 37934<br>Phone: 865-218-7087 | |

**To:** **EPLING AMY**

**Fax Number:** **1 423 839 2125**

**Pages:** **3**

**Date/Time:** **07/18/2023 15:09:03**

**Confidentiality Notice** The documents accompanying this transmission contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been filled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of the contents of these documents, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

When applicable Federal law 42 CFR Part 2 prohibits unauthorized disclosure of these records.

**Lincoln/Guerrero 1222**

**Tennova - Jefferson Memorial Hospital**

110 Hospital Drive
Jefferson City, TN 37760-

(865) 471-2500

| | | | |
|---|---|---|---|
| **Patient:** | **GUERRERO, SABRINA M** | Location: | TNJM RAD |
| MRN: | 331334 | Attending: | EPLING,AMY M NP |
| Account #: | 4479925 | DOB/Sex: | Female |
| Adm Date: | 7/18/2023 | Service Code: | RAD OP Imaging Only |
| Primary Care: | PHILLIPS,FLOYD E MD | | |
| | | Copy to: | EPLING,AMY M NP |

## *Diagnostic Radiology*

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 300-23-199-00316 | 7/18/2023 15:32 EDT | XR Knee 3 V Left DR | EPLING,AMY M NP | 54 years |

**Reason for Exam**
(XR Knee 3 V Left DR) pain in left knee

**Report**
EXAM:
XR Knee 3 V Left DR

CLINICAL HISTORY:
pain in left knee.

COMPARISON:
None

TECHNIQUE:
3 views of the left knee.

FINDINGS:
HARDWARE/ORIF: None.
FRACTURE/DISLOCATION: None.
ALIGNMENT: Within normal limits.
JOINTS SPACES: Severe tricompartmental osteoarthritis, greatest in the patellofemoral compartment. Large marginal osteophytes.
EFFUSION: Trace suprapatellar effusion.
BONE LESION: No destructive osseous lesion.
SOFT/SUBCUTANEOUS TISSUES: Within normal limits.
OTHER: None.

IMPRESSION:
1. No acute findings.
2. Severe tricompartmental osteoarthritis.

Dictating Physician: BARRETT THOMAS
Created and electronically signed by BARRETT THOMAS on 7/18/2023 3:38 PM

| | | | |
|---|---|---|---|
| **Patient:** | **GUERRERO, SABRINA M** | Location: | TNJM RAD |
| MRN: | 331334 | Attending: | EPLING,AMY M NP |
| Account #: | 4479925 | DOB/Sex: | Female |
| Adm Date: | 7/18/2023 | Service Code: | RAD OP Imaging Only |
| Primary Care: | PHILLIPS,FLOYD E MD | | |
| | | Copy to: | EPLING,AMY M NP |

***Diagnostic Radiology***

**Report**

Workstation ID: 1421RAD15

***** Final *****

Signed by: THOMAS, BARRETT C DO
Signed (Electronic Signature): 07/18/2023 03:39 pm EDT

BalladHealth™
303 Med Tech Parkway Johnson City, TN 37604

**Time Sent:** 6/9/2023 6:08 PM

**To:** Floyd E Phillips Jr., MD
**Phone:** 423-839-2120
**Fax:** 423-839-2125

**From:** Pammela M Poore, NP
**Department:** BHMA POST COVID CARE KPT
**Department Phone:** 423-224-2369
**Department Fax:** 423-224-2368

**Message:** ______________________________

**CONFIDENTIALITY NOTICE**

THE DOCUMENTS ACCOMPANYING THIS TRANSMISSION MAY CONTAIN CONFIDENTIAL INFORMATION. THE INFORMATION IS INTENDED ONLY FOR THE USE BY THE INDIVIDUAL OR ENTITY NAMED ABOVE. THE AUTHORIZED RECIPIENT IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY UNLESS REQUIRED TO DO SO BY LAW OR REGULATION AND IS REQUIRED TO PROTECT THE INFORMATION FROM ALL UNAUTHORIZED ACCESS. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS INFORMATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND ARRANGE FOR THE RETURN OR DESTRUCTION OF THESE DOCUMENTS.
If you have received this fax in error please contact the Information Systems Service Desk at 423 431 6290 or 423 230 8383. Please provide the following information when calling:
Contact Information:
- Name of person reporting the issue
- Office/Company Name
- Phone Number
- Fax Number
- Description of concern, issue or problem

**Lincoln/Guerrero 1225**

BalladHealth.
It's your story. We're listening.

**BHMA Center for Post Covid Care**
2204 PAVILION DR
SUITE 110
KINGSPORT TN 37660-4651
Phone: 423-224-2369
Fax: 423-224-2368

June 9, 2023

Floyd E Phillips Jr., MD
6890 W A J Hwy
Talbott TN 37877

Patient: **Sabrina Guerrero**
MR Number: **12141403**
Date of Birth:
Date of Visit: **6/9/2023**

Dear Dr. Phillips:

Sabrina Guerrero was seen at the Center for Post-COVID Care on 6/923 for evaluation. Below are the relevant portions of my assessment and plan of care.

If you have questions, please do not hesitate to call me. I look forward to following Sabrina along with you.

Sincerely,

Pammela M Poore, NP

CC
No Recipients

**Poore, Pammela M, NP 6/9/2023 6:05 PM Sign when Signing Visit**

Patient Name: Guerrero, Sabrina Today's Date: 6/9/2023
Preferred Name: Sabrina Date of Encounter: 6/9/2023
Patient MRN / CSN: 12141403 / 10107325834 Appt. Time: 2:00 PM EDT
Patient Age / DOB: 54-year old / Encounter Provider: Pammela M Poore, NP
PCP: Phillips, Floyd E Jr., MD

Center for Post-Covid Care (CPCC)
Follow - Up

Sabrina Guerrero is a 54-year old who presents for Post Covid Follow Up.
Patient complains of the following Symptoms: Fatigue, Headache, Anxiety, Depression, Brain fog and Shortness of Breath on exertion.

HPI

**Depression**
Patient reports Post-COVID Depression. Patient reports she did have depression prior to COVID but worse Post Covid. Patient reports having depressed mood, loss of energy, loss of interests/pleasure, thoughts of worthlessness or guilt, trouble concentrating. Patient reports does see a counselor, Carol Lucas. Reports Depression has not changed.

**Post-COVID Fatigue**
Patient reports having symptoms of Post-COVID fatigue. Patient does feel tired all throughout the day. Patient reports not being able to complete tasks throughout the day without taking a break in between. Patient states they are able to do activities of daily living with limitations , unable to work and able to do house work with limitations . Patient reports that they do take naps during the day. States that they do snore. Patient does use CPAP and is compliant most of the time. Patient is not exercising but states she is going to start aquatic therapy referred by her PCP, Floyd Phillips, MD. week of 6-12-23 two days per week, drinking 64-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. States she tries to follow the Anti-inflammatory diet but states she could do better. Patient reports the Fatigue has worsened and got teary when talking about it and stated she just can't help it.

**Post-COVID Brain Fog**
Patient reports symptoms of Post-COVID Brain Fog. Patient reports having problems with memory, finding words, inability to focus, reading comprehension, misplacing items, forgetting names of people they should know and losing train of thought in the middle of a conversation. Patient is not exercising but states she is going to start aquatic therapy referred by her PCP, Floyd Phillips, MD. week of 6-12-23 two days per week, drinking 64-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. States she tries to follow the Anti-inflammatory diet but states she could do better. States that she was discharged from Speech Therapy 4/20/23 due to completed highest level patient was able to and has no further visits. Patient reports Brain Fog continues without improvement.

COVID-19 Vaccination Screening - Fri June 09, 2023

| Row Name | 1411 |
|---|---|

COVID-19 Vaccine Screen - Year Round
Have you had the COVID-19 Vaccine? **Yes**

Covid Vaccine on file:

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:
Outpatient Encounter Medications as of 6/9/2023

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. | | |
| • clopidogrel (Plavix) 75 MG tablet | Take 75 mg by mouth daily. | | |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day | | |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other week | | |
| • famotidine (Pepcid) 40 MG tablet | Take 40 mg by mouth daily. | | |
| • fluticasone (Flonase) 50 MCG/ACT nasal spray | Administer 2 sprays into nostril(s) daily. | | |
| • hydrOXYzine (Atarax) 25 MG tablet | Take 25 mg by mouth daily as needed for itching. | | |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. | | |

| | |
|---|---|
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. |
| • modafinil (Provigil) 100 MG tablet | Take 200 mg by mouth daily. |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth every 8 (eight) hours as needed. |
| • pantoprazole (Protonix) 20 MG tablet | Take 20 mg by mouth 2 (two) times a day. |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Qulipta 60 MG tablet | Take 60 mg by mouth daily. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • sucralfate (Carafate) 1 g tablet | Take 1 g by mouth daily. |
| • topiramate (Topamax) 50 MG tablet | Take 75 mg by mouth daily. |
| • Ubrelvy 100 MG tablet | Take 100 mg by mouth daily. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • valsartan (Diovan) 80 MG tablet | Take 80 mg by mouth daily. |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| • vortioxetine (Trintellix) 10 MG tablet | Take 10 mg by mouth daily. |
| • [DISCONTINUED] aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. |

Last reviewed on 6/9/2023 3:05 PM by Poore, Pammela M, NP

Medical History:
Sabrina has a past medical history of Anemia (Unsure), Anxiety, Arthropathy (Unsure), Bronchitis, COVID-19, Depression, Disorder of thyroid (Unsure), Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Cancer in her father; Depression in her mother; Diabetes in her brother and father; Heart disease in her father, maternal grandfather, and sister; Hyperlipidemia in her mother; Hypertension in her father; Migraines in her brother; Pancreatic cancer in her father; Scoliosis in her mother; Stroke in her father and paternal grandfather; Thyroid disease in her daughter.

Sabrina reports that she does not currently use alcohol.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports no history of drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath.
Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for decreased concentration and dysphoric mood. The patient is nervous/anxious.

Vitals:

| | 06/09/23 1411 | 06/09/23 1450 |
|---|---|---|
| BP: | 140/83 | 128/79 |
| Pulse: | 74 | 72 |
| Resp: | 18 | |
| Temp: | 97.8 °F (36.6 °C) | |
| TempSrc: | Tympanic | |
| SpO2: | 99% | |
| Weight: | 152.4 kg (336 lb) | |
| Height: | 5' 5" (1.651 m) | |

No LMP recorded.

**Physical Exam**
Constitutional:
Appearance: Normal appearance. She is obese.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.
Abdominal:
General: Bowel sounds are normal.
Palpations: Abdomen is soft.
Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion.
Right lower leg: Edema (1+) present.
Left lower leg: Edema (1+) present.

Skin:
General: Skin is warm and dry.
Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
Mental Status: She is alert and oriented to person, place, and time.
Psychiatric:
Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

PHQ-9 Depression Scale - Fri June 09, 2023

| Row Name | 1421 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Little interest or pleasure in doing things | More than half the days 06/09/23 1422 |
| Feeling down, depressed, or hopeless | Several days 06/09/23 1422 |
| PHQ-2 Total Score | 3 06/09/23 1422 |
| Trouble falling or staying asleep, or sleeping too much | Nearly every day 06/09/23 1422 |
| Feeling tired or having little energy | Nearly every day 06/09/23 1422 |
| Poor appetite or overeating | More than half the days 06/09/23 1422 |
| Feeling bad about yourself - or that you are a failure or have let yourself or your family down | Several days 06/09/23 1422 |
| Trouble concentrating on things, such as reading the newspaper or watching television | More than half the days 06/09/23 1422 |
| Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual | Not at all 06/09/23 1422 |
| Thoughts that you would be better off dead, or of hurting yourself in some way | Not at all 06/09/23 1422 |
| PHQ-9 Total Score | 14 06/09/23 1422 |
| If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people? | Very difficult 06/09/23 1422 |

GAD-7 Anxiety Scale - Fri June 09, 2023

| Row Name | 1422 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |

| | |
|---|---|
| Feeling nervous, anxious, or on edge | **More than half the days** 06/09/23 1422 |
| Not being able to stop or control worrying | **Several days** 06/09/23 1422 |
| Worrying too much about different things | **More than half the days** 06/09/23 1422 |
| Trouble relaxing | **Not at all** 06/09/23 1422 |
| Being so restless that it is hard to sit still | **Not at all** 06/09/23 1422 |
| Becoming easily annoyed or irritable | **More than half the days** 06/09/23 1422 |
| Feeling afraid as if something awful might happen | **Not at all** 06/09/23 1422 |
| GAD-7 Total Score | 7 06/09/23 1422 |

If you checked off any problems on this questionnaire,

| | |
|---|---|
| How difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | **Very difficult** 06/09/23 1422 |

## Problem List Items Addressed This Visit

- **Post-COVID syndrome - Primary**

  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero reports POST-COVID symptoms of Fatigue, Headache, Anxiety, Depression, Brain fog and Shortness of Breath on exertion.

  I have spent greater than 40 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

  Currently taking:
  - Trinrellix 10 mg daily
  - Provigil 200 mg daily

  Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated and begin Aquatic Therapy, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

  Will obtain recent lab work drawn 4/26/23 at Tennova Bariatric.

- **Depression**

  PHQ-9 Score Today: 14

GAD-7 Score Today: 7

Currently taking:
- Trinrellix 10 mg daily
- Provigil 200 mg daily

Patient denies any suicidal thoughts or ideation. Patient advised to call 911, National Suicide Hot Line at 1-800-SUICIDE, or go to ED with Mental Health emergencies and/or patient feels there is potential for harm to self or others.

Patient sees Carol Lucas Counselor every other week with last visit 6/5/23 and follow up scheduled for 6/20/23.

Encouraged patient to continue taking all medications as prescribed, Do Not stop taking any medications without speaking with a Provider, and follow up with Carol Lucas Counselor as scheduled.

- **Brain fog**

Patient sees Dr. Mohammad Hussain, Neurologist with last visit on 6/6/23 - follow up visit scheduled for 8/11/23.

Will request recently completed MRI and Lumbar Puncture CFS Lab work ordered by Dr. Mohammad Hussain, Neurologist

Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, begin Aquatic Therapy as scheduled, use CPAP HS, taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Return in about 8 weeks (around 8/4/2023).

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred.*

# Medical Records - CONFIDENTIAL

**FROM:** TN - CHS14 Tennessee

Julia B
10800 PARKSIDE DR STE 330, KNOXVILLE, TN 37934-1922
Phone: (865) 392-3971
Fax: (865) 392-3972

**TO:** FLOYD E PHILLIPS MD

6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877
Phone: (423) 839-2120
Fax: (423) 839-2125

**Name: GUERRERO, SABRINA M**

**DOB:**

**Date Range: 01/01/2023 to 05/15/2023**

**This document contains the following records of the patient:**
- **Facesheet**
- **Lab Results**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:1389974-A-4694]

## Facesheet

### Demographics

| | |
|---|---|
| Patient Name | GUERRERO, SABRINA M |
| Sex | F |
| DOB | |
| Address | |
| City/State/Zip | |
| Home Phone | |
| Mobile Phone | |
| Insurance | Med Primary: BCBS-TN - NETWORK S<br>Insurance # : STTS00402622<br>Policy/Group # : 80860<br>Employer Name : AMEDYSIS<br>Prescription: CVS\|CAREMARK - Member is eligible. details |
| Default Pharmacy | SAM'S CLUB PHARMACY 6572 (ERX)<br>2920 KNOXVILLE CENTER DRIVE<br>KNOXVILLE<br>TN 37924<br>Ph (865) 637-0643<br>Fax (865) 637-1803 |
| Preferred Lab | TURKEY CREEK MEDICAL CTR (OUTPATIENT REGISTRATION)<br>10820 PARKSIDE DR<br>KNOXVILLE<br>Ph (865) 218-7026<br>Fax (865) 218-7030 |
| Portal Registration | This patient last logged into the portal on 05/15/2023. |

### Height / Weight / BMI / BP

| | |
|---|---|
| Height | 65 in 04/26/2023 |
| Weight | 337 lbs 0 oz 04/26/2023 |
| BMI | 56.1 04/26/2023 |
| Blood Pressure | 110 / 70 04/26/2023 |

### Problems

- Morbid obesity - Onset: 08/14/2019
- Anemia - Onset: 08/14/2019
- Chronic depression - Onset: 08/14/2019
- Obstructive sleep apnea syndrome - Onset: 07/12/2021 - Not on CPAP therapy
- Migraine - Onset: 04/26/2023
- Migraine without aura - Onset: 11/27/2022
- Hypertensive disorder - Onset: 08/14/2019 - on rx
- Gastroesophageal reflux disease
- Incisional hernia - Onset: 01/10/2023
- Hernia of abdominal cavity - Onset: 02/06/2020
- Amnesia - Onset: 04/26/2023 - due to COVID
- Dyspnea - Etiology unclear; by clinical description and course, not completely convincing for active cardiac disease presently; may still be secondary to her obesity and reduced functional capacity
- Chest pain - Etiology unclear; by clinical description and course, not convincing for active cardiac disease presently; ECG (7/7/2021) showed sinus rhythm at a rate of 91 bpm with normal intervals, leftward axis, and mild nonspecific T wave changes; no prior ECG available for comparison

- Diarrhea
- Abdominal pain
- Prediabetes - Onset: 07/12/2021 - Last HbA1c reportedly was 5.9; placed on Ozempic by PCP
- Family history of Cardiovascular disease - Onset: 07/12/2021 - Reported family history of heart disease in both parents
- Chronic post-COVID-19 syndrome - Onset: 04/26/2023

**Surgical History**

- Hernia repair
- Colonoscopy (surg) - 06/10/2019
- Repair of meniscus - 01/01/2011 - RT knee
- Gallbladder Surgery - 01/01/2001
- Gastric Bypass - 01/01/2001 - RNY

**Medications**

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 11/07/22 | filled |
| **B12 5,000 mcg-100 mcg sublingual lozenge**<br>Place by sublingual route. | 02/22/21 | entered |
| **Bariatric Multivitamins** | 02/06/20 | entered |
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 03/13/23 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 01/20/23 | filled |
| **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 04/27/23 | filled |
| **hydrOXYzine HCL 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME | 04/17/23 | filled |
| **ICaps AREDS**<br>1 pill in AM and 1 pill in PM | 04/26/23 | entered |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/04/23 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 05/06/23 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 03/23/23 | filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/10/23 | filled |
| **modafiniL 200 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | 04/03/23 | filled |
| **Nystop 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY THREE TIMES DAILY, MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED | 05/16/22 | filled |
| **Omega 3** | 04/26/23 | entered |
| **ondansetron HCL 4 mg tablet**<br>Take by mouth, 1 tablet every 4 hrs, or 2 tabs every 8 hrs. Max 5 tabs in 24 hrs. | 12/06/22 | filled |
| **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG UNDER THE SKIN ONCE PER WEEK AS DIRECTED | 03/14/23 | filled |
| **pantoprazole 20 mg tablet,delayed release** | 04/26/23 | filled |

TAKE 2 TABLETS BY MOUTH ONCE DAILY

**sucralfate 1 gram tablet** 04/26/23 filled
TAKE 1 TABLET BY MOUTH 4 TIMES DAILY

**topiramate 50 mg tablet** 03/22/23 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY

**Trintellix 10 mg tablet** 05/08/23 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY

**Ubrelvy 100 mg tablet** 04/04/23 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY

**valsartan 80 mg tablet** 02/14/23 filled
TAKE 1 TABLET BY MOUTH EVERY DAY

**vitamin A palmitate** 04/26/23 entered
2500 mg every day

**Vitamin C 1,000 mg tablet** 04/26/23 entered
Take 1 tablet(s) by oral route in the morning.

**zinc 100 mg tablet** 04/26/23 entered
Take 1 tablet(s) every day by oral route.

1 tablet at night

**Vaccines**

| Vaccine Type | Date | Amt | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | employer |

**Allergies / Adverse Reactions**

**SULFA (SULFONAMIDE ANTIBIOTICS)**: Hives

**Past Medical History**

| | | | |
|---|---|---|---|
| Allergies | Y | High Blood Pressure | Y |
| Anemia | Y | Hypertension | Y |
| Arthritis | Y | MRSA | Y, hx positive throat culture |
| Back Pain | Y | Obesity | Y |
| Constipation | Y | Sleep Disorder | Y |
| Depression | Y | Tobacco Use | Y, former |
| Eczema, Hives or Other Skin Conditions | Y | Vitamin/Mineral Deficiency | Y |
| Headaches | Y | | |

Lincoln/Guerrero 1238

**Social History**
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Former smoker (Notes: quit 2008)
How much tobacco do you smoke?: None
When did you quit smoking?: 16+ years since last cigarette
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 02/13/2023
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: Occasional
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: no
What is your level of caffeine consumption?: Occasional
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What type of diet are you following?: Regular
Do you have any dietary restrictions?: No
What is your exercise level?: None
**Marriage and Sexuality**
What is your relationship status?: Married
Are you sexually active?: Yes
How many children do you have?: 1
**Education and Occupation**
What is your occupation?: SOCIAL WORKER
**Public Health and Travel**
Have you recently traveled abroad?: No
**Gastroenterology**
Exotic pets: No
**Other**
Education: Post Graduate
Live alone or with others?: with others
Marital status: Married
General stress level: Medium
**Gender Identity and LGBTQ Identity**
First name used: Sabrina

**Family History**

| | |
|---|---|
| Mother | - Heart disease |
| Father | - Diabetes mellitus |
| | - Heart disease |
| | - Malignant neoplastic disease |

**GYN History**
None recorded.

**Patient History - Other**
None recorded.

**Past Pregnancies**
None recorded.

**Obstetric History**
None recorded.

**Screening**
None recorded.

## Lab Results

## VITAMIN A - SEND OUT TO CQ 05/02/2023 (#32873076, Final, 04/26/2023 10:35am)

| | | | |
|---|---|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023116000716 | Specimen Source | BLOOD |
| Specimen Coll. Date | 04/26/2023 10:35 | Result Status | Final |
| Specimen Rec. Date | 04/26/2023 13:40 | Report Status | |
| Specimen Reported Date | 05/02/2023 03:30 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **VITARETINOLCQ** | **53** | **38-98** | **MCG/DL** | **NO REFERENCE RANGE** | **Final** | |

Vitamin supplementation within 24 hours prior to blood draw may affect the accuracy of the results.

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute Chantilly, VA. It has not been cleared or approved by the U.S. Food and Drug Administration. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

Lab test performed by:
Lab Mnemonic: AMD
Quest Diagnostics Nichols Institute
14225 Newbrook Drive
Chantilly, VA 20151
Patrick W Mason, MD PhD

## COPPER - SEND OUT CQ 04/28/2023 (#32853226, Final, 04/26/2023 10:35am)

| | | | |
|---|---|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023116000716 | Specimen Source | BLOOD |
| Specimen Coll. Date | 04/26/2023 10:35 | Result Status | Final |
| Specimen Rec. Date | 04/26/2023 13:41 | Report Status | |
| Specimen Reported Date | 04/28/2023 15:24 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| COPPERCQ | 124 | 70-175 | MCG/DL | NO REFERENCE RANGE | Final | |

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute Chantilly, VA. It has not been cleared or approved by the U.S. Food and Drug Administration. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

Lab test performed by:
Lab Mnemonic: AMD
Quest Diagnostics Nichols Institute
14225 Newbrook Drive
Chantilly, VA 20151
Patrick W Mason, MD PhD

## ZINC - SEND OUT TO CQ 04/28/2023 (#32853224, Final, 04/26/2023 10:35am)

| | |
|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023116000716 | Specimen Source | BLOOD |
| Specimen Coll. Date | 04/26/2023 10:35 | Result Status | Final |
| Specimen Rec. Date | 04/26/2023 13:41 | Report Status | |
| Specimen Reported Date | 04/28/2023 15:24 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **ZINCCQ** | **73** | **60-130** | **MCG/DL** | **NO REFERENCE RANGE** | **Final** | |

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute Chantilly, VA. It has not been cleared or approved by the U.S. Food and Drug Administration. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

Lab test performed by:
Lab Mnemonic: AMD
Quest Diagnostics Nichols Institute
14225 Newbrook Drive
Chantilly, VA 20151
Patrick W Mason, MD PhD

## FOLATE LEVEL 04/26/2023 (#32827484, Final, 04/26/2023 10:35am)

| | |
|---|---|
| Note to Patient | Your folate is elevated. if you are taking additional please discontinue. otherwise continue taking your bariatric vitamins as prescribed. |

| | | | |
|---|---|---|---|
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023116000715 | Specimen Source | BLOOD |
| Specimen Coll. Date | 04/26/2023 10:35 | Result Status | Final |
| Specimen Rec. Date | 04/26/2023 13:40 | Report Status | |
| Specimen Reported Date | 04/26/2023 16:13 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| FOLATE LVL | >20.0 | 5.0-20.0 | ng/mL | | Final | |

## COMPREHENSIVE METABOLIC PROFILE 04/26/2023 (#32827347, Final, 04/26/2023 10:35am)

| | |
|---|---|
| Note to Patient | Your bariatric labs are within normal limits follow up with your PCP for other abnormal lab values. |

| | | | |
|---|---|---|---|
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023116000715 | Specimen Source | BLOOD |
| Specimen Coll. Date | 04/26/2023 10:35 | Result Status | Final |
| Specimen Rec. Date | 04/26/2023 13:40 | Report Status | |
| Specimen Reported Date | 04/26/2023 16:07 | | |

GUERRERO, Sabrina M (id #1389974, dob:

| Report | Result | Ref Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| EGFR | 108 | >=90 | ML/MIN/1.73 M2 | | Final | |
| | CKD is defined by the presence of glomerular filtration rate (GFR) <60 mL for >3 months and/or evidence of kidney damage (eg, structural abnormalities, histologic abnormalities, albuminuria, urinary sediment abnormalities, renal tubular disorders, and/or history of kidney transplantation) for >3months. This table provides interpretation of specific eGFR values. Creatinine measurements, and therefore eGFR calculations, are affected by very high or very low muscle mass, muscle injury, a diet very high in meat, hepatic cirrhosis, certain drugs, etc.<br><br>Stages of CKD:<br>Stage Description GFR mL/min<br>1 Kidney damage with normal or increased GFR 90<br>2 Kidney damage with mild decrease in GFR 60 to 89<br>3 Moderate decrease in GFR 30 to 59<br>4 Severe decrease in GFR 15 to 29<br>5 Kidney failure <15 (or dialysis)<br><br>Note: GFR Normal range >60, equation not validated for ages <18 and >70 and pregnant women. | | | | | |
| GLUCOSE | 92 | 70-110 | MG/DL | | Final | |
| BUN | 17 | 5-26 | MG/DL | | Final | |
| CREATININE | 0.56 | 0.50-1.30 | MG/DL | | Final | |
| | The GFR normal range may vary by factors including extreme body size, pregnancy, hospital treatment, other ethnicities, etc. | | | | | |
| **BUN/CREA RATIO** | **30** | **6-22** | **MMOL/L** | **HIGH** | **Final** | |
| SODIUM | 140 | 138-146 | MMOL/L | | Final | |
| POTASSIUM | 4.2 | 3.5-5.2 | MMOL/L | | Final | |
| CHLORIDE | 112 | 98-114 | MMOL/L | | Final | |
| CARBON DIOXIDE | 24 | 22-33 | MMOL/L | | Final | |
| CALCIUM | 9.0 | 8.5-10.1 | MG/DL | | Final | |
| CA CORRECTED | 9.2 | 8.5-10.1 | MG/DL | | Final | |
| PROT TOTAL | 7.3 | 6.1-8.6 | G/DL | | Final | |
| ALBUMIN | 3.7 | 3.5-5.0 | G/DL | | Final | |
| GLOBULIN | 3.6 | 1.9-3.7 | G/DL | | Final | |
| ALBUMIN/GLOBULIN RATIO | 1.0 | 1.0-2.5 | | | Final | |
| **ANION GAP** | **4** | **5-15** | **MMOL/L** | **LOW** | **Final** | |
| **ALKALINE PHOSPHATASE** | **177** | **50-136** | **INTLUNIT/L** | **HIGH** | **Final** | |
| AST | 16 | 15-37 | INTLUNIT/L | | Final | |
| ALT | 45 | 13-61 | INTLUNIT/L | | Final | |
| BILI TOTAL | 0.3 | 0.0-1.2 | MG/DL | | Final | |

## IRON BINDING CAPACITY PANEL 04/26/2023 (#32827345, Final, 04/26/2023 10:35am)

| | |
|---|---|
| Note to Patient | Your bariatric labs are within normal limits follow up with your PCP for other abnormal lab values. |

| | | | |
|---|---|---|---|
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023116000715 | Specimen Source | BLOOD |
| Specimen Coll. Date | 04/26/2023 10:35 | Result Status | Final |
| Specimen Rec. Date | 04/26/2023 13:40 | Report Status | |
| Specimen Reported Date | 04/26/2023 16:07 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| IRON | 58 | 40-175 | mcg/dL | | Final | |
| **IRON SATURATION** | **16** | **20-50** | **%** | **Low** | **Final** | |
| IBC TOTAL | 356 | 250-420 | mcg/dL | | Final | |

## VITAMIN B12 LEVEL 04/26/2023 (#32827341, Final, 04/26/2023 10:35am)

| | |
|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023116000715 | Specimen Source | BLOOD |
| Specimen Coll. Date | 04/26/2023 10:35 | Result Status | Final |
| Specimen Rec. Date | 04/26/2023 13:40 | Report Status | |
| Specimen Reported Date | 04/26/2023 16:07 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| VITAMIN B12 LVL | 667 | 246-911 | PG/ML | | Final | |

## MAGNESIUM LEVEL 04/26/2023 (#32827338, Final, 04/26/2023 10:35am)

| | | | |
|---|---|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB) 10820 PARKSIDE DR KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023116000715 | Specimen Source | BLOOD |
| Specimen Coll. Date | 04/26/2023 10:35 | Result Status | Final |
| Specimen Rec. Date | 04/26/2023 13:40 | Report Status | |
| Specimen Reported Date | 04/26/2023 16:07 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| MAGNESIUM | 2.1 | 1.8-3.3 | MG/DL | | Final | |

## FERRITIN 04/26/2023 (#32827335, Final, 04/26/2023 10:35am)

| | | | |
|---|---|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB) 10820 PARKSIDE DR KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023116000715 | Specimen Source | BLOOD |
| Specimen Coll. Date | 04/26/2023 10:35 | Result Status | Final |
| Specimen Rec. Date | 04/26/2023 13:40 | Report Status | |
| Specimen Reported Date | 04/26/2023 16:07 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| FERRITIN | 46.4 | 10.0-291.0 | ng/mL | | Final | |

## PARATHYROID HORMONE LEVEL INTACT 04/26/2023 (#32826330, Final, 04/26/2023 10:35am)

| | | | |
|---|---|---|---|
| Note to Patient | Your parathyroid hormone level is elevated. No action is needed at this time. We will recheck these levels again in 6 months. | | |
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB) 10820 PARKSIDE DR KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023116000715 | Specimen Source | BLOOD |
| Specimen Coll. Date | 04/26/2023 10:35 | Result Status | Final |
| Specimen Rec. Date | 04/26/2023 13:41 | Report Status | |
| Specimen Reported Date | 04/26/2023 15:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **PTH INTACT** | **83.5** | **18.4-80.1** | **PG/ML** | **HIGH** | **Final** | |

## VITAMIN D LEVEL 04/26/2023 (#32826319, Final, 04/26/2023 10:35am)

| | | | |
|---|---|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB) 10820 PARKSIDE DR KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023116000715 | Specimen Source | BLOOD |
| Specimen Coll. Date | 04/26/2023 10:35 | Result Status | Final |
| Specimen Rec. Date | 04/26/2023 13:41 | Report Status | |
| Specimen Reported Date | 04/26/2023 15:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **VIT D 25OH** | **78.0** | | **NG/ML** | **NO REFERENCE RANGE** | **Final** | |

```
VITAMIN D STATUS RANGE, ADULT RANGE, PEDIATRIC
---------------- -------------- ---------------------------
Deficiency  <20 ng/mL  <15 ng/mL
Insufficiency  20-30 ng/mL  15-20 ng/mL
Sufficiency  30-100 ng/mL 20-100 ng/mL
Toxicity  >100 ng/mL  >100 ng/mL

Fluorescein angiography dye may cause falsely elevated vitamin D values.
```

**Lincoln/Guerrero 1247**

## COMPLETE BLOOD COUNT 04/26/2023 (#32825084, Final, 04/26/2023 10:35am)

| | | | |
|---|---|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023116000715 | Specimen Source | BLOOD |
| Specimen Coll. Date | 04/26/2023 10:35 | Result Status | Final |
| Specimen Rec. Date | 04/26/2023 13:39 | Report Status | |
| Specimen Reported Date | 04/26/2023 14:39 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WBC | 7.3 | 3.7-10.7 | x10(3)/mcL | | Final | |
| RBC CNT | 4.89 | 3.40-5.30 | x10(6)/mcL | | Final | |
| HGB | 15.2 | 11.4-15.8 | g/dL | | Final | |
| HCT | 44.1 | 34.0-47.0 | % | | Final | |
| MCV | 90 | 80-97 | fL | | Final | |
| MCH | 31 | 26-33 | pg | | Final | |
| MCHC | 34 | 33-36 | g/dL | | Final | |
| RDW | 13.4 | 11.5-16.0 | % | | Final | |
| PLT CNT | 268 | 130-400 | x10(3)/mcL | | Final | |
| MPV | 8.4 | 7.5-11.2 | fL | | Final | |
| INSTR WBC | 7.3 | 3.7-10.7 | x10(3)/mcL | | Final | |

**BalladHealth**
303 Med Tech Parkway Johnson City, TN 37604

**Time Sent:** 4/12/2023 4:47 PM

**To:** Floyd E Phillips Jr., MD
**Phone:** 423-839-2120
**Fax:** 423-839-2125

**From:** Pammela M Poore, NP
**Department:** BHMA POST COVID CARE KPT
**Department Phone:** 423-224-2369
**Department Fax:** 423-224-2368

**Message:** ______________________________


**CONFIDENTIALITY NOTICE**

THE DOCUMENTS ACCOMPANYING THIS TRANSMISSION MAY CONTAIN CONFIDENTIAL INFORMATION. THE INFORMATION IS INTENDED ONLY FOR THE USE BY THE INDIVIDUAL OR ENTITY NAMED ABOVE. THE AUTHORIZED RECIPIENT IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY UNLESS REQUIRED TO DO SO BY LAW OR REGULATION AND IS REQUIRED TO PROTECT THE INFORMATION FROM ALL UNAUTHORIZED ACCESS. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS INFORMATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND ARRANGE FOR THE RETURN OR DESTRUCTION OF THESE DOCUMENTS

If you have received this fax in error please contact the Information Systems Service Desk at 423 431 6290 or 423 230 8383. Please provide the following information when calling:

Contact Information:
- Name of person reporting the issue
- Office/Company Name
- Phone Number
- Fax Number
- Description of concern, issue or problem


**Lincoln/Guerrero 1249**

BalladHealth
It's your story. We're listening.

**BHMA Center for Post Covid Care**
2204 PAVILION DR
SUITE 110
KINGSPORT TN 37660-4651
Phone: 423-224-2369
Fax: 423-224-2368

April 12, 2023

Floyd E Phillips Jr., MD
6890 W A J Hwy
Talbott TN 37877

Patient: **Sabrina Guerrero**
MR Number: **12141403**
Date of Birth:
Date of Visit: **4/12/2023**

Dear Dr. Phillips:

Sabrina Guerrero was seen at the Center for Post-COVID Care on 4/12/23 for evaluation. Below are the relevant portions of my assessment and plan of care.

If you have questions, please do not hesitate to call me. I look forward to following Sabrina along with you.

Sincerely,

Pammela M Poore, NP

CC
No Recipients

**Poore, Pammela M, NP 4/12/2023 4:44 PM Sign when Signing Visit**

Patient Name: Guerrero, Sabrina Today's Date: 4/12/2023
Preferred Name: Sabrina Date of Encounter: 4/12/2023
Patient MRN / CSN: 12141403 / 10105942390 Appt. Time: 1:00 PM EDT
Patient Age / DOB: 54-year old / Encounter Provider: Pammela M Poore, NP
PCP: Phillips, Floyd E Jr., MD

Center for Post-Covid Care (CPCC)
Follow - Up

Sabrina Guerrero is a 54-year old who presents for Post Covid Follow Up.
Patient complains of the following Symptoms: Fatigue, Headache, Anxiety, Depression, Brain fog and Shortness of Breath on exertion.

HPI

**Post-COVID Fatigue**
Patient reports having symptoms of Post-COVID fatigue. Patient does feel tired all throughout the day. Patient reports not being able to complete tasks throughout the day without taking a break in between. Patient states they are unable to work and able to do very little household chores and activities of daily living and takes her a long time to complete one task. Patient reports that they do take naps during the day. States that they do snore. Patient does use CPAP and is compliant. Patient is following Anti-Inflammatory Diet, is exercising 5-15 minutes 2 times a week on sitting eliptical, drinking 48-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin D 50,000 UT every other week per PCP, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, Zinc. Patient reports continued fatigue without improvement.

**Post-COVID Brain Fog**
Patient reports symptoms of Post-COVID Brain Fog. Patient reports having problems with memory, finding words, inability to focus, reading comprehension, misplacing items and losing train of thought in the middle of a conversation. Patient continues Speech Therapy at UT with Michaela Johnson. Reports that Speech Therapist informed her that her Therapy has leveled out and plans to discharge her after next visit. Reports that she was seen by Dr. Mohammad Hussain Neurologist for Headaches with last visit 4/4/23. States that Dr. Mohammad Hussain, Neurologist ordered an MRI of Brain and Brain Check test. Reports that MRI showed abnormalities and Dr. Mohammad Hussain has now ordered a Lumbar Puncture to rule out MS which is pending insurance approval. Patient is following Anti-Inflammatory Diet, is exercising 5-15 minutes 2 times a week on sitting eliptical, drinking 48-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin D 50,000 UT every other week per PCP, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, Zinc. Patient reports Brain Fog continues without improvement.

**Depression**
Patient reports Post-COVID Depression. Patient reports she did have depression prior to COVID. Patient states that they have had depressed mood, loss of energy, loss of interests/pleasure, thoughts of worthlessness or guilt, trouble concentrating. Patient reports does see a counselor. Reports Depression has worsened.

**Anxiety**
Patient reports Post-COVID Anxiety. Patient reports she did have anxiety prior to COVID. Patient reports racing thoughts, sweating when feeling anxious. Patient takes Trentellix and it is helping with anxiety. Patient states that anxiety has worsened.

COVID-19 Vaccination Screening - Wed April 12, 2023

| Row Name | 1309 |
| --- | --- |
| COVID-19 Vaccine Screen - Year Round | |
| Have you had the COVID-19 Vaccine? | Yes |

Covid Vaccine on file:

| Name | Date |
| --- | --- |
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:
Outpatient Encounter Medications as of 4/12/2023

| Medication | Sig | Dispense | Refill |
| --- | --- | --- | --- |
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. | | |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day | | |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other week | | |
| • famotidine (Pepcid) 40 MG tablet | Take 40 mg by mouth daily. | | |

| | |
|---|---|
| • fluticasone (Flonase) 50 MCG/ACT nasal spray | Administer 2 sprays into nostril(s) daily. |
| • hydrOXYzine (Atarax) 25 MG tablet | Take 25 mg by mouth daily as needed for itching. |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. |
| • modafinil (Provigil) 100 MG tablet | Take 200 mg by mouth daily. |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth every 8 (eight) hours as needed. |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • topiramate (Topamax) 50 MG tablet | Take 75 mg by mouth daily. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • valsartan (Diovan) 80 MG tablet | Take 80 mg by mouth daily. |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| • vortioxetine (Trintellix) 10 MG tablet | Take 10 mg by mouth daily. |
| • [DISCONTINUED] SUMAtriptan (Imitrex) 100 MG tablet | Take 100 mg by mouth daily as needed. Can take up to 2 doses within a 24 hour period |

Last reviewed on 4/12/2023 1:51 PM by Poore, Pammela M, NP

Medical History:
Sabrina has a past medical history of Anemia (Unsure), Anxiety, Arthropathy (Unsure), Bronchitis, COVID-19, Depression, Disorder of thyroid (Unsure), Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Cancer in her father; Depression in her mother; Diabetes in her brother and father; Heart disease in her father, maternal grandfather, and sister; Hyperlipidemia in her mother; Hypertension in her father; Migraines in her brother; Pancreatic cancer in her father; Scoliosis in

her mother; Stroke in her father and paternal grandfather; Thyroid disease in her daughter.

Sabrina reports that she does not currently use alcohol.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports no history of drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath.
Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for decreased concentration and dysphoric mood. The patient is nervous/anxious.

Vitals:

| | 04/12/23 1309 |
|---|---|
| BP: | 128/69 |
| Pulse: | 73 |
| Resp: | 18 |
| Temp: | 98.4 °F (36.9 °C) |
| TempSrc: | Tympanic |
| SpO2: | 94% |
| Weight: | 154 kg (339 lb 9.6 oz) |
| Height: | 5' 5" (1.651 m) |

No LMP recorded.

**MRI of Brain completed 2/24/23 results:**
(full report scanned)
Impression:
Nonspecific signal changes in the cerebral white matter. Most commonly seen as a sequela of chronic small vessel ischemia but are nonspecific and can be seen in other types of vasculopathy, demyelinating/dysmylinating condition, prior infection/inflammation, others. No evidence of acute or recent infarction. No abnormal postcontrast enhancement.

**Brain Check Test 3/7/23 results:**
Brain Check Combined Test Results: 87/200
Individual Test Results:
Trials A: 99/200
Trials B: 94/200
Digit Symbol Substitution: 99/200
Stroop: 99/200
Memory Immediate Recognition: 74/200
Memory Delayed Recognition: 99/200

**Physical Exam**
Constitutional:
Appearance: Normal appearance. She is obese.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat:

BalladHealth.
It's your story. We're listening.

**BHMA Center for Post Covid Care**
2204 PAVILION DR
SUITE 110
KINGSPORT TN 37660-4651
Phone: 423-224-2369
Fax: 423-224-2368

January 30, 2023

Floyd E Phillips Jr., MD
6890 W A J Hwy
Talbott TN 37877

Patient: **Sabrina Guerrero**
MR Number: **12141403**
Date of Birth:
Date of Visit: **1/24/2023**

Dear Dr. Phillips:

Sabrina Guerrero was seen at the Center for Post-COVID Care on 01/24/23 for evaluation. Below are the relevant portions of my assessment and plan of care.

If you have questions, please do not hesitate to call me. I look forward to following Sabrina along with you.

Sincerely,

Pammela M Poore, NP

CC
No Recipients

Mouth: Mucous membranes are moist.
Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.
Abdominal:
General: Bowel sounds are normal.
Palpations: Abdomen is soft.
Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion.
Skin:
General: Skin is warm and dry.
Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
Mental Status: She is alert and oriented to person, place, and time.
Psychiatric:
Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.

PHQ-9 Depression Scale - Wed April 12, 2023

| Row Name | 1319 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Little interest or pleasure in doing things | More than half the days 04/12/23 1319 |
| Feeling down, depressed, or hopeless | More than half the days 04/12/23 1319 |
| PHQ-2 Total Score | 4 04/12/23 1319 |
| Trouble falling or staying asleep, or sleeping too much | Nearly every day 04/12/23 1319 |
| Feeling tired or having little energy | Nearly every day 04/12/23 1319 |
| Poor appetite or overeating | More than half the days 04/12/23 1319 |
| Feeling bad about yourself - or that you are a failure or have let yourself or your family down | More than half the days 04/12/23 1319 |
| Trouble concentrating on things, such as reading the newspaper or watching television | More than half the days 04/12/23 1319 |
| Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual | Not at all 04/12/23 1319 |
| Thoughts that you would be better off dead, or of hurting yourself in some way | Not at all 04/12/23 1319 |
| PHQ-9 Total Score | 16 04/12/23 1319 |

| | |
|---|---|
| If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | **Very difficult** 04/12/23 1319 |

GAD-7 Anxiety Scale - Wed April 12, 2023

| Row Name | 1319 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Feeling nervous, anxious, or on edge | **More than half the days** 04/12/23 1320 |
| Not being able to stop or control worrying | **More than half the days** 04/12/23 1320 |
| Worrying too much about different things | **More than half the days** 04/12/23 1320 |
| Trouble relaxing | **Several days** 04/12/23 1320 |
| Being so restless that it is hard to sit still | **Not at all** 04/12/23 1320 |
| Becoming easily annoyed or irritable | **More than half the days** 04/12/23 1320 |
| Feeling afraid as if something awful might happen | **Not at all** 04/12/23 1320 |
| GAD-7 Total Score | **9** 04/12/23 1320 |
| If you checked off any problems on this questionnaire. | |
| How difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | **Very difficult** 04/12/23 1320 |

## Problem List Items Addressed This Visit

- **Post-COVID syndrome - Primary**

  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero reports POST-COVID symptoms of Fatigue, Headache, Anxiety, Depression, Brain fog and Shortness of Breath on exertion.

  I have spent greater than 40 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

Currently taking:
- Trinrellix 10 mg daily
- Provigil 200 mg daily

Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

Patient to see Tennova Bariatric for follow up 4/24/23 when **comprehensive lab work will be obtained - patient to provide Lab work results.**

Patient scheduled for follow up visit with PCP 4/17/23 - patient will request referral to Water Physical Therapy in Sevier County.

- **Brain fog**

  Continue Speech Therapy with Michaela Johnson at UT.

  Encouraged patient to follow up with Dr. Mohammad Hussain, Neurologist 6/6/23 and have Lumbar Puncture once approved by Insurance.

  Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

- **Anxiety and depression**

  PHQ-9 Score Today: 16
  GAD-7 Score: Today: 9

  Currently taking:
  - Trintellix 10 mg daily
  - Hydroxyzine 25 mg PRN

  Patient denies any suicidal thoughts or ideation.

  Patient advised to call 91 or go to ED with Mental Health emergencies and/or patient feels there is potential for harm to self or others.

  Patient is seeing Erica Hubbard CPCC Counselor with last visit 01/24/23 and follow up visit scheduled today.

  Patient seeing Carol Lucas, LCSW Counselor at Life Stance Healthy Minds Counseling with last visit on 4/10/23 and follow up scheduled for 4/18/23.

  Encouraged patient to continue taking all medications as prescribed, Do Not stop taking any medications without talking to a Provider, follow up with Carol Lucas and Erica Hubbard as scheduled.

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred*

Return in about 8 weeks (around 6/7/2023).

GUERRERO, Sabrina M (id #1389974, dob:
**KNOXVILLE HMA PHYSICIAN MANAGEMENT LLC**
Tennova Surgical Associates
10810 PARKSIDE DR STE G-12
KNOXVILLE, TN 37934-1982
Phone: (865) 218-6085
Fax: (865) 218-6086

**Encounter Summary - Progress Note**
Date Printed: 02/14/2023

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:32052612-H-4694]

| | |
|---|---|
| **Patient** | Guerrero, Sabrina M (53yo, F) #1389974 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | **Transition of Care Encounter**<br>New Patient<br>02/13/2023 - 01:40PM - TPS_TENNOVA SURGICAL ASSOCIATES |
| **History of Present Illness** | None recorded |
| **Review of Systems** | Patient reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no irritation, and no vision changes. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds and no nose/sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, and no known heart murmur. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no vomiting, not vomiting blood, no abdominal pain, normal appetite, and no diarrhea. She reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. She reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no back pain, and no swelling in the extremities. She reports no abnormal mole, no jaundice, and no rashes. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no headaches. She reports no depression, no sleep disturbances, feeling safe in relationship, and no alcohol abuse. She reports no fatigue. She reports no bruising and no swollen glands. She reports no runny nose, no frequent sneezing, no sinus pressure, no itching, and no hives. |
| **Vitals** | **Wt:** 344 lbs · **BP:** 120/78 · **Pulse:** 84 bpm<br>**Ht:** 5 ft 5 in · **BMI:** 57.2 |
| **Procedure** | None recorded |

| | |
|---|---|
| **Results/Interpretations** | None recorded |
| **Physical Exam** | None recorded |
| **Assessment and Plan** | None recorded<br>**Return to Office**<br>• to see CYDNEY VANOSDALE, NP for Annual Visit 30 at TPS_TENNOVA BARIATRIC SURGERY on or around 04/27/2023 |

Patient Medical History:

| | | | |
|---|---|---|---|
| **Allergies List** | Reviewed Allergies | | |
| | **SULFA (SULFONAMIDE ANTIBIOTICS):** Hives | | |
| **Medications** | Reviewed Medications | | |
| | **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 11/07/22 | filled |
| | **B12 5,000 mcg-100 mcg sublingual lozenge**<br>Place by sublingual route. | 02/22/21 | entered |
| | **Bariatric Multivitamins** | 02/06/20 | entered |
| | **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 01/05/23 | filled |
| | **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 01/20/23 | filled |
| | **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 01/27/23 | filled |
| | **FeroSuL 325 mg (65 mg iron) tablet**<br>TAKE 1 TABLET BY MOUTH ON MONDAY, WEDNESDAY AND FRIDAY FOR 24 DOSES. TAKE WITH ORANGE JUICE OR VITAMIN C ON AN EMPTY STOMACH. | 11/28/22 | filled |
| | **hydrocortisone 2.5 % topical cream**<br>APPLY CREAM TO AFFECTED AREA(S) TWICE DAILY MONDAY-FRIDAY, SKIP WEEKENDS. | 11/14/22 | filled |
| | **hydrOXYzine HCL 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME | 01/24/23 | filled |
| | **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/04/23 | filled |
| | **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/09/22 | filled |
| | **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 11/22/22 | filled |
| | **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/04/23 | filled |
| | **modafiniL 200 mg tablet**<br>TAKE 1 TABLET BY MOUTH IN THE MORNING FOR DAYTIME HYPERSOMNIA | 02/02/23 | filled |
| | **Nystop 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY THREE TIMES DAILY, MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED | 05/16/22 | filled |
| | **ondansetron HCL 4 mg tablet**<br>Take by mouth, 1 tablet every 4 hrs, or 2 tabs every 8 hrs. Max 5 tabs in 24 hrs. | 12/06/22 | filled |
| | **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector** | 11/03/22 | filled |

| | | | |
|---|---|---|---|
| | INJECT 1MG UNDER THE SKIN ONCE PER WEEK AS DIRECTED | | |
| | **topiramate 25 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 30 days. | 01/23/23 | filled |
| | **topiramate 50 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 01/23/23 | prescribed |
| | **Trintellix 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/10/23 | filled |
| | **Ubrelvy 100 mg tablet** | 02/09/23 | filled |
| | **valsartan 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 11/08/22 | filled |

**Family History**

Reviewed Family History

| | |
|---|---|
| Mother | - Heart disease |
| Father | - Diabetes mellitus |
| | - Heart disease |
| | - Malignant neoplastic disease |

**Past Medical History**

| | | | |
|---|---|---|---|
| **Allergies** | Y | **Hypertension** | Y |
| **Back Pain** | Y | **Obesity** | Y |

**Vaccine History**

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **COVID-19** | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | employer |

Electronically Signed by: NITIN RANGNEKAR, MD

**BalladHealth**™
303 Med Tech Parkway Johnson City, TN 37604

**Time Sent:** 1/30/2023 8:55 PM

**To:** Floyd E Phillips Jr., MD
**Phone:** 423-839-2120
**Fax:** 423-839-2125

**From:** Pammela M Poore, NP
**Department:** BHMA POST COVID CARE KPT
**Department Phone:** 423-224-2369
**Department Fax:** 423-224-2368

**Message:** ______________________________


**CONFIDENTIALITY NOTICE**

THE DOCUMENTS ACCOMPANYING THIS TRANSMISSION MAY CONTAIN CONFIDENTIAL INFORMATION. THE INFORMATION IS INTENDED ONLY FOR THE USE BY THE INDIVIDUAL OR ENTITY NAMED ABOVE. THE AUTHORIZED RECIPIENT IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY UNLESS REQUIRED TO DO SO BY LAW OR REGULATION AND IS REQUIRED TO PROTECT THE INFORMATION FROM ALL UNAUTHORIZED ACCESS. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS INFORMATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND ARRANGE FOR THE RETURN OR DESTRUCTION OF THESE DOCUMENTS.

If you have received this fax in error please contact the Information Systems Service Desk at 423 431 6290 or 423 230 8383. Please provide the following information when calling:

Contact Information:
- Name of person reporting the issue
- Office/Company Name
- Phone Number
- Fax Number
- Description of concern, issue or problem

**Pammela M Poore, NP 1/30/2023 8:53 PM Sign when Signing Visit**

Patient Name: Guerrero, Sabrina Today's Date: 1/30/2023
Preferred Name: Sabrina Date of Encounter: 1/24/2023
Patient MRN / CSN: 12141403 / 10103247493 Appt. Time: 3:15 PM EST
Patient Age / DOB: 53-year old / Encounter Provider: Pammela M Poore, NP
PCP: Floyd E Phillips Jr, MD

Center for Post-Covid Care (CPCC)
Follow - Up

Sabrina Guerrero is a 53-year old who presents for Post Covid Follow Up.
Patient complains of the following Symptoms: Anxiety/Depression, Fatigue, Headache, Brain Fog, SOB on exertion.

Ms. Guerrero reports Chronic Anxiety/Depression that worsened Post-COVID has worsened. States that she feels like her Brain Fog has made her like a stroke patient which causes increased Depression. Reports that she is unable to enjoy things like reading, watching television, and cooking like she did prior to COVID which decreases her joy. States that her PCP Dr. Floyd Phillips stopped Lexapro and started Trentellix 10 mg daily at last visit on 1/19/23 and she started Trentellix on 1/20/23. Reports that she saw Erica Hubbard CPCC Counselor today for initial visit and will have a follow up visit. States that her Counselor Seanna Jones with Life Stance Healthy Minds Counseling in Knoxville has left her position and she has been rescheduled with new Counselor on 2/8/23. Reports that she has thoughts that it would be better off if she was not here but denies having any plan.

Ms. Guerrero reports Post-COVID Brain Fog has worsened. States that she does not feel like herself any more. States that she is not able to Multi task and do math in her head like she could before COVID. States that now she is unable to remember things, multitask, and find words when speaking. Reports that she feels sluggish in her Brain. States that she continues going to Speech Therapy at UT Hospital and feels like it is helping her Brain Fog but is stressful. Reports that she has been off the Anti-Inflammatory Diet since the Holidays but is planning to get back on track, is drinking some water, is exercising some, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, Zinc and Ferrous Sulfate. States that she talked to PCP Floyd Phillips about elevated Vitamin D level and was instructed to only take Vitamin D2 50,000 UT once a week versus twice a week.

Ms. Guerrero reports Post-COVID Headache continues without improvement. States that headaches at times are minor and at other times can be severe. Reports that headache intensity waxes and wanes. States that she was prescribed Sumatriptan by Dr. Arvo Kanna Neurologist after being diagnosed with Margarines without Aura and Amnesia. Reports that Sumatriptan makes her very tired/sleepy and she only takes it when Headache gets severe. States that Dr. Arvo Kanna is leaving and she has been scheduled to see new Neurologist Dr. Mohammad Hussain with Heath Star Physicians on 2/20/23.

Ms. Guerrero reports Post-COVID Fatigue continues without improvement. Reports that she feels that Depression adds to Fatigue level. States that she continues taking Ferrous Sulfate to help increase low iron levels. States that Dr. Bakshi Pulmonology prescribed Provigil two months ago to help with Fatigue. Reports that she can not tell if Provigil is helping Fatigue or not. States that she is compliant with CPAP every night. Reports that she has been off the Anti-Inflammatory Diet since the Holidays but is planning to get back on track, is drinking some water, is exercising some, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, Zinc and Ferrous Sulfate. States that she talked to PCP Floyd Phillips about elevated Vitamin D level and was instructed to only take Vitamin D2 50,000 UT once a week versus twice a

week.

Covid Vaccine on file:

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:
Outpatient Encounter Medications as of 1/24/2023

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. | | |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day | | |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other day | | |
| • famotidine (Pepcid) 40 MG tablet | Take 40 mg by mouth daily. | | |
| • hydrOXYzine (Atarax) 25 MG tablet | Take 25 mg by mouth daily as needed for itching. | | |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. | | |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. | | |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet | | |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. | | |
| • modafinil (Provigil) 100 MG tablet | Take 200 mg by mouth daily. | | |

| | |
|---|---|
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth every 8 (eight) hours as needed. |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • SUMAtriptan (Imitrex) 100 MG tablet | Take 100 mg by mouth daily as needed. Can take up to 2 doses within a 24 hour period |
| • topiramate (Topamax) 50 MG tablet | Take 75 mg by mouth daily. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • valsartan (Diovan) 80 MG tablet | Take 80 mg by mouth daily. |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| • vortioxetine (Trintellix) 10 MG tablet | Take 10 mg by mouth daily. |
| • [DISCONTINUED] escitalopram (Lexapro) 20 MG tablet | Take 20 mg by mouth daily. |

Last reviewed on 1/24/2023 4:06 PM by Pammela M Poore, NP

Medical History:
Sabrina has a past medical history of Anxiety, Bronchitis, COVID-19, Depression, Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Depression in her mother; Diabetes in her father; Heart disease in her father; Hyperlipidemia in her mother; Hypertension in her father; Pancreatic cancer in her father; Scoliosis in her mother.

Sabrina reports that she does not currently use alcohol.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports that she does not currently use drugs.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath (with exertion).
Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for decreased concentration and dysphoric mood. The patient is nervous/anxious.

Vitals:

| | 01/24/23 1535 |
|---|---|
| BP: | 137/66 |
| Pulse: | 73 |
| Resp: | 18 |
| Temp: | 97.4 °F (36.3 °C) |
| TempSrc: | Oral |
| SpO2: | 97% |
| Weight: | 155.6 kg (343 lb) |
| Height: | 5' 5" (1.651 m) |

No LMP recorded.

**Physical Exam**

Constitutional:
  Appearance: Normal appearance. She is obese.

HENT:
  Head: Normocephalic and atraumatic.
  Nose: Nose normal.
  Mouth/Throat:
  Mouth: Mucous membranes are moist.

Eyes:
  Pupils: Pupils are equal, round, and reactive to light.

Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Pulses: Normal pulses.
  Heart sounds: Normal heart sounds.

Pulmonary:
  Effort: Pulmonary effort is normal.
  Breath sounds: Normal breath sounds.

Abdominal:
  General: Bowel sounds are normal.
  Palpations: Abdomen is soft.

Musculoskeletal:
  General: Normal range of motion.
  Cervical back: Normal range of motion.

Skin:
  General: Skin is warm and dry.
  Capillary Refill: Capillary refill takes less than 2 seconds.

Neurological:
  Mental Status: She is alert and oriented to person, place, and time.

Psychiatric:
  Attention and Perception: Attention normal.
  Mood and Affect: Mood normal.
  Speech: Speech normal.
  Behavior: Behavior normal.

Problem List Items Addressed This Visit

- **Post-COVID syndrome - Primary**

  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero reports Post-COVID symptoms of Anxiety/Depression, Fatigue, Headache, Brain Fog, SOB on exertion.

  I have spent greater than 60 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

  Currently taking:
  Provigil 200 mg daily

  Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, Zinc, and Ferrous Sulfate. Encouraged to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

  Lab Work ordered: Vitamin D, and Iron TIBC.

  Relevant Orders
  Vitamin D,1,25-Dihydroxy Level
  Iron and TIBC

- **Post-COVID chronic headache**

  Currently taking:
  - Imitrex 100 mg daily PRN

  Patient is scheduled to see New Dr. Mohammad Hussain Neurologist with Health Star Physicians 2/30/23.

  Encouraged patient to take all medications as prescribed, follow up with New Neurologist on 2/30/23, drink plenty of fluids, take OTC pain reliever, rest in quiet darkened room, and apply hot/cold compresses to head and neck to help relieve headaches.

  Relevant Medications
  vortioxetine (Trintellix) 10 MG tablet

SUMAtriptan (Imitrex) 100 MG tablet

- **Cognitive impairment**
  Encouraged patient to get back to following Anti-Inflammatory Diet, drinking eight 8 oz glasses of water a day, start walking as tolerated, and continue taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, Zinc and Ferrous Sulfate. Encourage patient to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

  Encouraged patient to continue Speech Therapy with Michaela Johnson at UT Medical Center. .

- **Anxiety and depression**
  PHQ-9 Score Today: 15
  GAD-7 Score Today: 7

  Currently taking:
  - Trintellix 10 mg daily
  - Hydroxyzine 25 mg PRN

  Patient denies any suicidal thoughts or ideation. Patient advised to call 911 or go to ED with Mental Health emergencies and/or patient feels there is potential for harm to self or others.

  Patient is seeing Erica Hubbard CPCC Counselor with last visit 01/24/23 and follow up visit scheduled on 3/8/23.

  Patient is scheduled with New Counselor a Life Stance Healthy Minds Counseling on 2/8/23.

  Encouraged patient to continue taking all medications as prescribed, Do Not stop taking any medications without talking to a Provider, follow up with Erica Hubbard 3/8/23 and New Counselor on 2/8/23.

  Relevant Medications
  vortioxetine (Trintellix) 10 MG tablet
  hydrOXYzine (Atarax) 25 MG tablet
  modafinil (Provigil) 100 MG tablet

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred*

Return in about 6 weeks (around 3/7/2023).

# CONFIDENTIAL Fax

**FROM:**

LANA SPENCE, DNP
10800 PARKSIDE DR STE 330, KNOXVILLE, TN 37934-1922
Phone: (865) 392-3971
Fax: (865) 392-3972

**TO:**

AMBER M MOORE FNP
6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877
Phone: (423) 839-2120
Fax: (423) 839-2125

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:31830462-H-4694]

**GUERRERO, Sabrina M (id #1389974, dob:**

**KNOXVILLE HMA PHYSICIAN MANAGEMENT LLC**
Tennova Bariatric Surgery
10800 PARKSIDE DR STE 330
KNOXVILLE, TN 37934-1922
Phone: (865) 392-3971
Fax: (865) 392-3972

**Encounter Summary - Progress Note**
Date Printed: 01/23/2023

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:31830462-H-4694]

| | |
|---|---|
| **Patient** | Guerrero, Sabrina M (53yo, F) #1389974 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | | | |
|---|---|---|---|
| **Encounter Reason/Date** | bariatric follow-up (f/u)<br>01/19/2023 - 11:30AM - TPS_TENNOVA BARIATRIC SURGERY | | |
| **Medications** | Reviewed Medications | | |
| | **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 11/07/22 | filled |
| | **B12 5,000 mcg-100 mcg sublingual lozenge**<br>Place by sublingual route. | 02/22/21 | entered |
| | **Bariatric Multivitamins** | 02/06/20 | entered |
| | **calcitriol 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 01/05/23 | filled |
| | **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 12/29/22 | filled |
| | **escitalopram 20 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/29/22 | filled |
| | **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 08/12/22 | filled |
| | **FeroSuL 325 mg (65 mg iron) tablet**<br>TAKE 1 TABLET BY MOUTH ON MONDAY, WEDNESDAY AND FRIDAY FOR 24 DOSES. TAKE WITH ORANGE JUICE OR VITAMIN C ON AN EMPTY STOMACH. | 11/28/22 | filled |
| | **hydrocortisone 2.5 % topical cream**<br>APPLY CREAM TO AFFECTED AREA(S) TWICE DAILY MONDAY-FRIDAY, SKIP WEEKENDS. | 11/14/22 | filled |
| | **hydrOXYzine HCL 25 mg tablet** | 12/29/22 | filled |

| | | | |
|---|---|---|---|
| | TAKE 1 TABLET BY MOUTH AT BEDTIME | | |
| | **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/08/22 | filled |
| | **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/09/22 | filled |
| | **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 11/22/22 | filled |
| | **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 01/05/23 | filled |
| | **modafiniL 200 mg tablet**<br>TAKE 1 TABLET BY MOUTH IN THE MORNING FOR DAYTIME HYPERSOMNIA | 01/03/23 | filled |
| | **Nystop 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY THREE TIMES DAILY, MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED | 05/16/22 | filled |
| | **ondansetron HCL 4 mg tablet**<br>Take by mouth, 1 tablet every 4 hrs, or 2 tabs every 8 hrs. Max 5 tabs in 24 hrs. | 12/06/22 | filled |
| | **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG UNDER THE SKIN ONCE PER WEEK AS DIRECTED | 11/03/22 | filled |
| | **SUMAtriptan 100 mg tablet**<br>Take by mouth, one tablet, preferably at migraine onset. Maximum 2 doses of Imitrex in 24 hrs at least 2 hrs apart | 11/28/22 | filled |
| | **topiramate 25 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 30 days. | 01/23/23 | prescribed |
| | **topiramate 50 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 01/23/23 | prescribed |
| | **valsartan 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 11/08/22 | filled |
| | **Vitamin D** | 02/22/21 | entered |
| | pro biotic, bio clear | | |
| **Social History** | Social History not reviewed (last reviewed 12/07/2022)<br>**Advance Directive**<br>Do you have an advance directive?: No<br>Do you have a medical power of attorney?: No<br>**Substance Use**<br>Do you or have you ever smoked tobacco?: Former smoker (Notes: quit 2008)<br>How much tobacco do you smoke?: None<br>When did you quit smoking?: 16+ years since last cigarette<br>Do you or have you ever used any other forms of tobacco or nicotine?: No<br>Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes<br>Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco<br>How much tobacco do you chew?: none<br>What was the date of your most recent tobacco screening?: 11/11/2022<br>Has tobacco cessation counseling been provided?: No<br>What is your level of alcohol consumption?: Occasional<br>Do you use any illicit or recreational drugs?: No<br>Which illicit or recreational drugs have you used?: no<br>What is your level of caffeine consumption?: Occasional<br>**Activities of Daily Living**<br>Are you able to care for yourself?: Yes<br>Are you blind or do you have difficulty seeing?: No<br>Are you deaf or do you have serious difficulty hearing? : No<br>Do you have difficulty concentrating, remembering or making decisions?: No<br>Do you have difficulty walking or climbing stairs?: No<br>Do you have difficulty dressing or bathing?: No<br>Do you have difficulty doing errands alone?: No | | |

| | |
|---|---|
| | **Diet and Exercise**<br>What type of diet are you following?: Regular<br>Do you have any dietary restrictions?: No<br>What is your exercise level?: None<br>**Marriage and Sexuality**<br>What is your relationship status?: Married<br>How many children do you have?: 1<br>**Other**<br>Education: Post Graduate<br>Live alone or with others?: with others<br>Marital status: Married<br>General stress level: Medium<br>**Public Health and Travel**<br>Have you recently traveled abroad?: No<br>**Gender Identity and LGBTQ Identity**<br>First name used: Sabrina |
| **Family History** | Family History not reviewed (last reviewed 11/11/2022)<br>Mother - Heart disease<br>Father - Diabetes mellitus<br>- Heart disease<br>- Malignant neoplastic disease |
| **Past Medical History** | **Anemia**: Y<br>**Arthritis**: Y<br>**High Blood Pressure**: Y<br>**MRSA**: Y, hx positive throat culture<br>**Obesity**: Y<br>**Vitamin/Mineral Deficiency**: Y |
| **Surgical History** | Surgical History not reviewed (last reviewed 12/07/2022)<br>Hernia repair<br>Colonoscopy (surg) - 06/10/2019<br>Repair of meniscus - 01/01/2011 - RT knee<br>Gallbladder Surgery - 01/01/2001<br>Gastric Bypass - 01/01/2001 - RNY |
| **Allergies List** | Allergies not reviewed (last reviewed 01/10/2023)<br>**SULFA (SULFONAMIDE ANTIBIOTICS)**: Hives |
| **Problems List** | Reviewed Problems<br>• Obesity - Onset: 11/27/2022<br>• Morbid obesity - Onset: 08/14/2019<br>• Anemia - Onset: 08/14/2019<br>• Chronic depression - Onset: 08/14/2019<br>• Obstructive sleep apnea syndrome - Onset: 07/12/2021 - Not on CPAP therapy<br>• Migraine without aura - Onset: 11/27/2022<br>• Hypertensive disorder - Onset: 08/14/2019 - on rx<br>• Gastroesophageal reflux disease<br>• Incisional hernia - Onset: 01/10/2023<br>• Hernia of abdominal cavity - Onset: 02/06/2020<br>• Fatigue - Onset: 08/14/2019<br>• Amnesia - Onset: 11/27/2022<br>• Dyspnea - Etiology unclear; by clinical description and course, not completely convincing for active cardiac disease presently; may still be secondary to her obesity and reduced functional capacity<br>• Chest pain - Etiology unclear; by clinical description and course, not convincing for active cardiac disease presently; ECG (7/7/2021) showed sinus rhythm at a rate of 91 bpm with normal intervals, leftward axis, and mild nonspecific T wave changes; no prior ECG available for comparison<br>• Nausea and vomiting - Onset: 08/14/2019<br>• Nausea - Onset: 11/27/2022<br>• Diarrhea<br>• Abdominal pain<br>• Prediabetes - Onset: 07/12/2021 - Last HbA1c reportedly was 5.9; placed on Ozempic by PCP<br>• Family history of Cardiovascular disease - Onset: 07/12/2021 - Reported family history of heart disease in both parents |
| **Vitals** | **BMI:** 56.2 **Ht:** 5 ft 5 in **Wt:** 338 lbs Stated |

**Assessment and Plan**

**1. Morbid obesity -**
Will continue Topiramate. Requesting increase to 75mg daily and assess for any additional benefit. Patient to discuss increasing Ozempic to 2mg with prescriber to see if that might assist with additional weight loss.
E66.01: Morbid (severe) obesity due to excess calories
Z68.43: Body mass index [BMI] 50.0-59.9, adult

- topiramate 25 mg tablet -
  To be submitted on or around 01/23/2023 Take 1 tablet(s) twice a day by oral route for 30 days. Qty: (60) tablet Refills: 1 Pharmacy: SAM'S CLUB PHARMACY 6572 Note to Pharmacy: Take with 50mg tablet for a total of 75mg.
- topiramate 50 mg tablet -
  To be submitted on or around 01/23/2023 Take 1 tablet(s) every day by oral route for 30 days. Qty: (30) tablet Refills: 2 Pharmacy: SAM'S CLUB PHARMACY 6572 Note to Pharmacy: Take with 25mg tablet for a total of 75mg.

**2. Dietary management surveillance -**
Improved with sugar/sweet intake since beginning on Topiramate per report.
Z71.3: Dietary counseling and surveillance

**Return to Office**

- Nitin Rangnekar, MD for *New Patient 10 at TPS_TENNOVA SURGICAL ASSOCIATES on 02/02/2023 at 10:50 AM
- to see CYDNEY VANOSDALE, NP for Annual Visit 30 at TPS_TENNOVA BARIATRIC SURGERY on or around 04/27/2023

Electronically Signed by: LANA SPENCE, DNP



GUERRERO, Sabrina M (id #1389974, dob:
**KNOXVILLE HMA PHYSICIAN MANAGEMENT LLC**
Tennova Bariatric Surgery
10800 PARKSIDE DR STE 330
KNOXVILLE, TN 37934-1922
Phone: (865) 392-3971
Fax: (865) 392-3972

**Encounter Summary - Progress Note**
Date Printed: 12/07/2022

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:31413928-H-4694]

| | |
|---|---|
| **Patient** | Guerrero, Sabrina M (53yo, F) #1389974 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | telehealth communication, follow up medication<br>12/07/2022 - 11:00AM - TPS_TENNOVA BARIATRIC SURGERY |
| **History of Present Illness** | Patient presents today via telehealth for medication follow-up.<br>High weight: 361.5 lbs Previous weight: 346.2 lbs Current weight: 339 lbs<br>Patient states she is doing well with the medication. She has been taking 50mg because she feels like that works better than splitting into two doses. She would like to continue at this time.<br><br>She states she has been having some abdominal pain for a couple of weeks. She states it kind of feels the way it did when she had an incarcerated hernia a couple of years ago. She states she did feel constipated so she took Miralax, but then she got diarrhea. She states she has gone since then, but today she felt like she needed to go, but didn't go very much. Her pain is in her upper abdomen. |
| **Review of Systems** | Patient reports **fatigue/tiredness** but reports no fever and no night sweats. She reports **chronic bronchitis, persistent cough (lasting over 3 wks), shortness of breath at rest, and shortness of breath with activity** but reports no asthma, no emphysema, no bloody sputum, no difficulty sleeping flat, no snoring, no awakening at night, no morning headaches, no daytime drowsiness, no observed apnea episodes, no chronic insomnia, and no sleep apnea; **covid 2/2022**. She reports **abdominal pain and constipation** but reports no hepatitis, no cirrhosis, normal liver enzymes, no frequent nausea and vomiting, no chronic abdominal pain, no chronic diarrhea, no chronic constipation, no history of Irritable Bowel Syndrome, no ulcerative colitis, no Crohn's disease, and normal liver. She reports **tingling**. She reports **depression and anxiety disorder** but reports no suicidal thoughts, no suicide attempts, no bi-polar disease, no schizophrenia, no anorexia, and no bulimia. She reports no chest pain, no history of heart attack, no heart surgery, no heart murmurs, no high blood pressure, normal heartbeat, no painful varicose veins, normal cholesterol, normal triglycerides, no anemia, no blood clot in leg (DVT), no previous blood transfusion, no known exposure to HIV, and no rheumatic |

| | |
|---|---|
| | fever. She reports no painful joints, no swelling of legs/feet, no Rheumatoid Arthritis, no chronic pain in hips, knees, or feet, no chronic low back pain, no herniated disc, no numbness of legs/feet, no joint replacement surgery, and no hernias. She reports normal thyroid function, no diabetes, no chronic steroid use, and no Cushing's disease. She reports wounds heal normally, no skin cancer, normal moles, no chronic rash, no psoriasis/eczema, no lupus, and no scleroderma. She reports normal periods, no polycystic ovarian disease, no infertility, and no facial hair growth. |
| **Vitals** | 2022-12-07 11:03<br>**BMI:** 56.4 — **Ht:** 5 ft 5 in — **Wt:** 339 lbs Stated |
| **Procedure** | **Telehealth Communication:**<br>This visit was performed via telehealth. |
| **Results/Interpretations** | None recorded |
| **Physical Exam** | **Constitutional:** Examination Position: sitting up. General Appearance: **morbidly obese**. Level of Distress: no acute distress. Speaking: normal voice quality.<br><br>The following component(s) vital signs, auscultation of lungs and abdomen, and provider palpation of abdomen and skin were not obtained due to the service being provided via telehealth during the COVID-19 pandemic. |
| **Assessment and Plan** | Telehealth communication performed with patient.<br>Service was provided using telemedicine. Patient verbally consents to this services (virtual check-in).<br>Names and roles of all persons participating in telemedicine services include: Cydney Vanosdale, NP<br>Patient is located at home and is an established patient.<br>A total of 15 minutes were spent in consultation via athena Telehealth video and audio to assess and treat the following: medication follow-up.<br><br>**1. Abdominal pain**<br>R10.9: Unspecified abdominal pain<br>• CT, ABDOMEN + PELVIS, W/ CONTRAST<br>Height (ft.): 5 ft 5 in — Rule Out: Hernia<br>Scheduling: PLEASE CALL PATIENT TO SCHEDULE — Weight (lbs): 339<br><br>**2. Morbid obesity** -<br>Will continue Topiramate.<br>E66.01: Morbid (severe) obesity due to excess calories<br>Z68.43: Body mass index [BMI] 50.0-59.9, adult<br>• topiramate 50 mg tablet - Take 1 tablet(s) every day by oral route for 30 days. Qty: (30) tablet Refills: 2 Pharmacy: SAM'S CLUB PHARMACY 6572<br><br>**3. Dietary management surveillance** -<br>Doing well with sugar/sweet intake since beginning on Topiramate.<br>Z71.3: Dietary counseling and surveillance<br><br>**Patient Goals**<br>1. Add Miralax daily to help with constipation. 2. Aim to consume at least 64 ounces decaf fluids.<br><br>Return to Office<br>• Lana Spence, DNP for +TH Education (CDE Schedule)30 at TPS_TENNOVA BARIATRIC SURGERY on 01/18/2023 at 09:30 AM<br>• to see CYDNEY VANOSDALE, NP for Annual Visit 30 at TPS_TENNOVA BARIATRIC SURGERY on or around 04/27/2023 |

Patient Medical History:

| | | | |
|---|---|---|---|
| **Allergies List** | Allergies not reviewed (last reviewed 11/11/2022) | | |
| | **SULFA (SULFONAMIDE ANTIBIOTICS):** Hives | | |
| **Medications** | Reviewed Medications | | |
| | **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 11/07/22 | filled |
| | **B12 5,000 mcg-100 mcg sublingual lozenge**<br>Place by sublingual route. | 02/22/21 | entered |
| | **Bariatric Multivitamins** | 02/06/20 | entered |
| | **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 11/08/22 | filled |
| | **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 11/30/22 | filled |
| | **escitalopram 20 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/30/22 | filled |
| | **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 08/12/22 | filled |
| | **FeroSuL 325 mg (65 mg iron) tablet**<br>TAKE 1 TABLET BY MOUTH ON MONDAY, WEDNESDAY AND FRIDAY FOR 24 DOSES. TAKE WITH ORANGE JUICE OR VITAMIN C ON AN EMPTY STOMACH. | 11/28/22 | filled |
| | **hydrocortisone 2.5 % topical cream**<br>APPLY CREAM TO AFFECTED AREA(S) TWICE DAILY MONDAY-FRIDAY, SKIP WEEKENDS. | 11/14/22 | filled |
| | **hydrOXYzine HCL 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME | 11/15/22 | filled |
| | **hyoscyamine 0.125 mg sublingual tablet**<br>Place as needed by sublingual route for 30 days. | 03/06/18 | filled |
| | **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/08/22 | filled |
| | **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/15/22 | filled |
| | **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 11/22/22 | filled |
| | **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/08/22 | filled |
| | **modafiniL 200 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY MORNING FOR DAYTIME HYPERSOMNIA | 11/30/22 | filled |
| | **Nystop 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY THREE TIMES DAILY, MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED | 05/16/22 | filled |
| | **ondansetron HCL 4 mg tablet**<br>Take by mouth, 1 tablet every 4 hrs, or 2 tabs every 8 hrs. Max 5 tabs in 24 hrs. | 12/06/22 | filled |
| | **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG UNDER THE SKIN ONCE PER WEEK AS DIRECTED | 11/03/22 | filled |
| | **SUMAtriptan 100 mg tablet**<br>Take by mouth, one tablet, preferably at migraine onset. Maximum 2 doses of Imitrex in 24 hrs at least 2 hrs apart | 11/28/22 | filled |
| | **topiramate 25 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 30 days. | 10/01/22 | filled |

| | | |
|---|---|---|
| **topiramate 50 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 12/07/22 | prescribed |
| **traZODone 50 mg tablet**<br>Take as needed by oral route for 90 days. | 09/26/16 | filled |
| **valsartan 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 11/08/22 | filled |
| **Vitamin D Internal Note:** pt unsure if D2 or D3 | 02/22/21 | entered |

pro biotic, bio clear

**Family History**

Discussed Family History

| | |
|---|---|
| Mother | - Heart disease |
| Father | - Diabetes mellitus |
| | - Heart disease |
| | - Malignant neoplastic disease |

**Past Medical History**

Discussed Past Medical History
Anemia: **Y**
Arthritis: **Y**
High Blood Pressure: **Y**
MRSA: **Y - hx positive throat culture**
Obesity: **Y**
Vitamin/Mineral Deficiency: **Y**

**Vaccine History**

Vaccines not reviewed (last reviewed 11/11/2022)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **COVID-19** | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | employer |

Electronically Signed by: CYDNEY VANOSDALE, NP

Cydney Vanosdale FNP-BC

ENDOCRINOLOGY CONSULTANTS
OF EAST TENNESSEE
Balanced Care. Better Life.

1450 Dowell Springs Blvd; Suite 300; Knoxville, TN 37909-2444 Ph: (865) 637-8812 Fax: (865) 637-8865 www.endoconsultants.com



**11/28/2022 - Office Visit**
**Provider: Gregory A Moffitt MD**
**Location of Care: Main Office**

## History of Present Illness

Sabrina M Guerrero is seen in follow up for secondary hyperparathyroidism, hypomagnesemia, low vitamin B12 and prediabetes.

SECONDARY HYPERPARATHYROIDISM: Diagnosed in 2018, appears to be secondary, etiology undetermined - likely from bariatric surgery, with patient receiving Rocaltrol 0.5 ı g daily. So far, the patient is tolerating this medication well, admitting to no difficulties with paresthesias, she has no muscle cramping, she also denies having any kidney stones. She has had no fractures.

HYPOMAGNESEMIA: Patient remains compliant with magnesium oxide 400 mg once a day, so far, no difficulty with this medication.

PERNICIOUS ANEMIA: No neurologic changes, no muscle spasms. The patient has recently been having some difficulty with her memory, however this is secondary to COVID. So far, she has had a difficult time recovering from this infection from February 2022. She does remain compliant with B12 supplementation.

PREDIABETES: So far, the patient has done quite well with Ozempic. This medication has helped her lose weight, has also improved her blood sugar. She has no difficulty tolerating this medication, she is currently receiving 1 mg weekly.

## Past Medical History:

Reviewed and updated today:
- Fibromyalgia
- Osteoarthritis
- IBS
- Anemia
- Anxiety
- Depression
- Hypertension
- Hiatal Hernia
- UTI
- COVID 2-2022
- Migraines
- Amnesia

## Past Surgical History:

Reviewed history from 05/31/2022 and no changes required:
- Gastric Bypass
- Bowel and Hernia Repair 3-9-2020

**Family History Summary** *(Last Reviewed on 11/28/2022)*

Mother
- High Cholesterol
- Depression
- Anxiety
- Other Medical Problem

Father
- Cancer, Pancreatic: Deceased. 83
- Diabetes, Type 2: Deceased. 83

Brother
- Diabetes, Type 2

Sister
- Hypertension
- Heart Disease

**Social History Summary** *(Last Reviewed on 11/28/2022)*

Patient is a former smoker.
Marital Status: Married
Employment Status: Social Worker
Alcohol Use: Occasional
Highest Level of Education: Graduate School

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 53 Years Old Female |
| Height: | 64.5 inches |
| Weight: | 345 pounds |
| BMI: | 58.30 |
| BP Sitting: | 130 / 76 (left arm) |
| Cuff size: | large |

Medications: Medications were reviewed with the patient during this visit.
Allergies: Allergies were reviewed with the patient during this visit.

Vitals Entered By: Candice Justice RN (November 28, 2022 8:53 AM)

## Physical Exam

**General:**
Appears stated age; well developed; in no acute distress

**Labwork:**
Most Recent Lab Results:
**HbA1c:** : 5.3 % 05/31/2022

### Medication Changes and Prescriptions At This Visit:

Added new medication of valsartan 80 mg tablet (valsartan) Take 1 tablet by mouth once a day ; Route: BY MOUTH - Signed
Removed medication of Symbicort 160-4.5 mcg/actuation HFA aerosol inhaler (budesonide-formoterol) as needed ; Stop Date: 11/28/2022 - Signed
Removed medication of * BENAZEPRIL HCL 20 MG ORAL TABLET (BENAZEPRIL HCL) Take 1 tablet by mouth once a day ; Route: BY MOUTH; Stop Date: 11/28/2022 - Signed
Changed medication from escitalopram oxalate 10 mg tablet (escitalopram oxalate) Take 1 tablet by mouth once a day to escitalopram oxalate 20 mg tablet (escitalopram oxalate) Take 1 tablet by mouth once a day ; Route: BY MOUTH - Signed
Changed medication from topiramate 25 mg tablet (topiramate) Take 1 tablet by mouth once a day to topiramate 50 mg tablet (topiramate) Take 1 tablet by mouth once a day ; Route: BY MOUTH - Signed

### Active Medication List:

topiramate 50 mg tablet (topiramate) Take 1 tablet by mouth once a day
escitalopram oxalate 20 mg tablet (escitalopram oxalate) Take 1 tablet by mouth once a day
valsartan 80 mg tablet (valsartan) Take 1 tablet by mouth once a day
magnesium oxide 400 mg (241.3 mg magnesium) tablet (magnesium oxide) Take 1 tablet by mouth once daily
calcitriol 0.5 mcg capsule (calcitriol) Take 1 capsule by mouth once daily
Ozempic 1 mg/dose (4 mg/3 mL) pen injector (semaglutide) Inject 1 mg subcutaneously once a week as directed
cyanocobalamin (vitamin B-12) 1,000 mcg tablet (cyanocobalamin (vitamin b-12)) Take 1 tablet by mouth twice a week
albuterol sulfate 90 mcg/actuation HFA aerosol inhaler (albuterol sulfate) INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS
multivitamin tablet (multivitamin) Take 1 tablet by mouth once a day
ondansetron HCl 8 mg tablet (ondansetron hcl) as needed
* CALCIUM 600 MG TABS (CALCIUM) Take 1 tablet by mouth twice a day
* VITAMIN C CAPSULE Take 1 tablet by mouth twice a day
hyoscyamine sulfate 0.125 mg tablet, sublingual (hyoscyamine sulfate) Take 1 tablet by mouth once a day as needed
minocycline 100 mg capsule (minocycline) Take 1 tablet by mouth twice a day
* ASPIR-81 81 MG ORAL TABLET DELAYED RELEASE Take 1 tablet by mouth once a day
meloxicam 15 mg tablet (meloxicam) Take 1 tablet by mouth once a day
* VITAMIN A Take 1 tablet by mouth once a day

ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule (ergocalciferol (vitamin d2)) twice a week
apple cider vinegar 500 mg tablet (apple cider vinegar) Take 1 tablet by mouth twice a day

| | | | |
|---|---|---|---|
| **Tests: (1) CMP (OC5)** | | | |
| SODIUM | | 142 mEq/L | 135-145 |
| POTASSIUM | | 4.2 mEq/L | 3.5-5.0 |
| CL | [H] | "Result Below..." | 98-108 |
| RESULT: 110 Repeated to Confirm mEq/L | | | |
| CO2 | | 24 mEq/L | 21-31 |
| GLUCOSE | | 86 mg/dl | 70-105 |
| BUN | | 15 mg/dl | 7-24 |
| CREATININE | | 0.63 mg/dl | 0.60-1.30 |
| eGFR | | 106 ml/min/1.73m2 | |
| CALCIUM | | 9.1 mg/dl | 8.4-10.2 |
| TOTAL BILIRUBIN | | 0.40 mg/dl | 0.20-1.30 |
| T. PROTEIN | | 7.0 g/dl | 6.0-8.0 |
| ALBUMIN | | 3.9 g/dl | 3.5-5.0 |
| AST | | 15 IU/L | 10-42 |
| ALT | | 31 IU/L | 10-55 |
| ALKALINE PHOS | | 116 IU/L | 38-124 |
| **Tests: (2) VIT D OH-25 (OC30)** | | | |
| VIT D OH-25 | | 92.3 ng/mL | 30.0-100.0 |
| **Tests: (3) iPTH (OC2214)** | | | |
| IPTH | [H] | 74.1 pg/ml | 14.0-72.0 |
| CALCIUM | | 9.1 mg/dl | 8.4-10.2 |
| **Tests: (4) MAGNESIUM (OC1904)** | | | |
| MAGNESIUM | | 1.88 mg/dL | 1.50-2.50 |
| **Tests: (5) VITAMIN B12 (OC42)** | | | |
| VITAMIN B12 | | 916.0 pg/ml | 200.0-1000.0 |
| **Tests: (6) GLYCATED A1C (OC46)** | | | |
| GLYCATED A1C | | 5.5 % | 4.4-6.3 |
| ESTIMATED AVG GLU | | 111 | |
| **Tests: (7) LIPID PANEL (OC12)** | | | |
| CHOLESTEROL | | 177 mg/dl | 0-200 |
| TRIGLYCERIDES | | 122 mg/dl | 0-150 |
| HDL | | 48 mg/dl | >40 |
| LDL-CALCULATED | | 104.2 mg/dl | |
| <70 Goal for patients with very high CV risk factors | | | |
| <100 Goal for patients with high CV risk factors | | | |
| <130 Goal for patients with moderate CV risk factors | | | |
| CHOL/HDL RATIO | | 3.7 Ratio | 1.0-5.0 |
| ! Note | | Performed at ECET (R) | |

**Lincoln/Guerrero 1282**

## Impression & Recommendations:

**Problem # 1:** Secondary Hyperparathyroidism - Non-Renal (ICD-252.02) (ICD10-E21.1)
**Assessment:** Improved

Diagnosed in 2018, appears to be secondary, etiology undetermined, with patient receiving Rocaltrol 0.5 ı g daily. Her parathyroid level remained slightly elevated. We will continue to be very mindful of her calcium levels, following it closely. I did review with her the signs and symptoms of hypercalcemia, should she have any problems tolerating this medication, she is to contact us. Her 24 hour UFC from 2021 was still on the low side, no concern for nephrolithiasis.
- THERAPY: Rocaltrol 0.5 ı g once daily
- OTC calcium 600 mg po tid
- RTC in 6 months
- 24 hour for calcium in 2023

**Problem # 2:** Hypomagnesemia (ICD-275.2) (ICD10-E83.42)
**Assessment:** Unchanged

Diagnosed in 2018, with patient. Presently receiving MgOx 400 mg daily
- Magnesium oxide 400 mg by mouth daily

**Problem # 3:** Vitamin D Deficiency (ICD-268.9) (ICD10-E55.9)
**Assessment:** Improved

Diagnosed in 2019, doing well with drisdol twice a week
- THERAPY: drisdol - 50 K twice a week

**Problem # 4:** Vitamin B12 deficiency (ICD10-Z86.39)
**Assessment:** Unchanged

Patient to initiate 1000 ı g of over-the-counter B12 2x/week
- B12 - 1,000 mcg twice a week

**Problem # 5:** Prediabetes (ICD10-R73.03)
**Assessment:** Improved

The goals of diabetes prevention include preventing or delaying the onset of diabetes, preserving beta cell function, and preventing or delaying microvascular and cardiovascular complications. Lifestyle modification (predominantly exercise and weight loss) successfully decreases the development of diabetes. Therefore, I have promoted lifestyle changes (healthy diet and regular exercise). In particular, would like to see the individual ingests no more than 100 g of carbohydrates daily. Patients who are at high risk should be followed closely, with repeat examination and measurements of fasting blood glucose or A1C on an annual basis. For select patients

(age <60 years and/or BMI =35 kg/m2, women with a history of gestational diabetes) with impaired fasting glucose (IFG), impaired glucose tolerance (IGT), or A1C of 5.7 to 6.4 percent, in whom lifestyle interventions fail to improve glycemic indices, we suggest metformin for diabetes prevention. I would like her to increase GLP-1
- THERAPY: Ozempic 1 mg weekly
- RTC in 6 months

**Problem # 6:** Body mass index (BMI) 60.0-69.99, adult (ICD-V85.44) (ICD10-Z68.44)
**Assessment:** Improved

Patient is currently working with her bariatric surgeon

**Vaccines Administered/Entered:**
Vaccination Group: FLU
Series: 1 NOT GIVEN
Vaccination:
Reason Not Given: Patient decision
Entered Date: 11/28/2022 12:00 AM
Entered by: Justice RN, Candice

**Electronically signed by Gregory A Moffitt MD on 11/28/2022 at 9:09 AM**

---

**BalladHealth**

303 Med Tech Parkway Johnson City, TN 37604

**Time Sent:** 11/2/2022 9:06 PM

**To:** Floyd E Phillips Jr., MD
**Phone:** 423-839-2120
**Fax:** 423-839-2125

**From:** Pammela M Poore, NP
**Department:** BHMA POST COVID CARE KPT
**Department Phone:** 423-224-2369
**Department Fax:** 423-224-2368

**Message:** ______________________________


**CONFIDENTIALITY NOTICE**

THE DOCUMENTS ACCOMPANYING THIS TRANSMISSION MAY CONTAIN CONFIDENTIAL INFORMATION. THE INFORMATION IS INTENDED ONLY FOR THE USE BY THE INDIVIDUAL OR ENTITY NAMED ABOVE. THE AUTHORIZED RECIPIENT IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY UNLESS REQUIRED TO DO SO BY LAW OR REGULATION AND IS REQUIRED TO PROTECT THE INFORMATION FROM ALL UNAUTHORIZED ACCESS. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS INFORMATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND ARRANGE FOR THE RETURN OR DESTRUCTION OF THESE DOCUMENTS.

If you have received this fax in error please contact the Information Systems Service Desk at 423 431 6290 or 423 230 8383. Please provide the following information when calling:

Contact Information:
- Name of person reporting the issue
- Office/Company Name
- Phone Number
- Fax Number
- Description of concern, issue or problem

BalladHealth.
It's your story. We're listening.

**BHMA Center for Post Covid Care**
2204 PAVILION DR
SUITE 110
KINGSPORT TN 37660-4651
Phone: 423-224-2369
Fax: 423-224-2368

November 2, 2022

Floyd E Phillips Jr., MD
6890 W A J Hwy
Talbott TN 37877

Patient: **Sabrina Guerrero**
MR Number: **12141403**
Date of Birth:
Date of Visit: **11/1/2022**

Dear Dr. Phillips:

Sabrina Guerrero was seen at the Center for Post-COVID Care on 11/01/22 for evaluation. Below are the relevant portions of my assessment and plan of care.

If you have questions, please do not hesitate to call me. I look forward to following Sabrina along with you.

Sincerely,

Pammela M Poore, NP

CC
No Recipients

**Pammela M Poore, NP 11/2/2022 8:57 PM Sign when Signing Visit**

Patient Name: Guerrero, Sabrina Today's Date: 11/2/2022
Preferred Name: Sabrina Date of Encounter: 11/1/2022
Patient MRN / CSN: 12141403 / 10099042914 Appt. Time: 1:00 PM EDT
Patient Age / DOB: 53-year old / Encounter Provider: Pammela M Poore, NP
PCP: Floyd E Phillips Jr, MD

Center for Post-Covid Care (CPCC)
Follow - Up

Sabrina Guerrero is a 53-year old who presents for Post Covid Follow Up.
Patient complains of the following Symptoms: Fatigue, Headache, Brain Fog, and Shortness of Breath (mostly on exertion).

Ms. Guerrero reports Post-COVID Fatigue has improved on some days. States that when she gets to feeling better and tries to add more tasks in the day it takes her 3 - 5 days to recover back to baseline. Reports that she is trying to pace herself and take breaks. States that she is trying to stop taking naps but still has to take a nap on some days. Reports that she still is unable to complete tasks without taking breaks. States that she is following Anti-Inflammatory Diet the best that she can, drinking increased amount of water, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Reports that she does exercise moving arms and legs 3 times per week.

Ms. Guerrero reports Post-COVID Headaches have not improved. States that she has some kind of headache every day. Reports that some days are worse than others. States that stress makes headaches become worse and there are days that when she wakes with a pounding Headache. Reports that she also wakes up in the middle of the night wearing CPAP with a pounding Headache and thinks it could be related to CPAP use. States that she is scheduled to see Dr. Kanna Neurologist with Tennova on 11/11/22 for Headaches. Reports that when she gets a Headache she sometimes takes Tylenol which does not really help, tries to relax/rest, closes her eyes, sometimes uses a cold cap, and creates a very calm quite environment which helps at times depending on intensity of Headache. States that she has made an appointment to have vision check at Baptist Eye 12/8/22.

Ms. Guerrero reports Post-COVID Brain Fog has improved some. State that her family reports that her Brain Fog has not improved. Reports that she continues to have memory issues, has to write stuff down to keep up with things, has difficulty finding words, and loses her train of thought during conversations. States that she is unable to multi-task which was unusual for her Pre-COVID. Reports that she is following Anti-Inflammatory Diet the best that she can, drinking increased amount of water, and taking Zinc, Omega 3's, B12, Probiotic, Magnesium, Vitamin A, Vitamin C, Calcium and Multivitamin. States that she continues to go to Speech Therapy at UT Medical Center with Michaela Johnson with follow visit scheduled for next week.

Ms. Guerrero reports Post-COVID Shortness of Breath has not improved. States that she only becomes Short of Breath with activity/exertion. Reports that doing chores such as putting laundry in to wash, hanging up clothes, or sweeping the floor causes increased Shortness of Breath. States that she tries to walk at a leisurely pace so that she does not become Short of Breath. Reports that when she becomes Short of Breath she uses Albuterol Inhaler, sits down to rest, and usually recovers within 30 minutes. States that she continues to see Dr. Bakshi Pulmonologist and has her doing breathing exercises daily.

Covid Vaccine on file:

| Name | Date |
|---|---|

| Name | Date |
|---|---|
| COVID 19 MRNA VACC (Pfizer) | 1/25/2021 |
| COVID 19 MRNA VACC (Pfizer) | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:
Outpatient Encounter Medications as of 11/1/2022

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. | | |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day | | |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other day | | |
| • escitalopram (Lexapro) 20 MG tablet | Take 20 mg by mouth daily. | | |
| • famotidine (Pepcid) 40 MG tablet | Take 40 mg by mouth daily. | | |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. | | |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. | | |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet | | |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. | | |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. | | |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. | | |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth every 8 (eight) hours | | |

| | |
|---|---|
| | as needed. |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • topiramate (Topamax) 50 MG tablet | Take 50 mg by mouth daily. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • valsartan (Diovan) 80 MG tablet | Take 80 mg by mouth daily. |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |

Last reviewed on 11/1/2022 1:53 PM by Pammela M Poore, NP

Medical History:
Sabrina has a past medical history of Anxiety, Bronchitis, COVID-19, Depression, Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Depression in her mother; Diabetes in her father; Heart disease in her father; Hyperlipidemia in her mother; Hypertension in her father; Pancreatic cancer in her father; Scoliosis in her mother.

Sabrina reports previous alcohol use.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports previous drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath (on exertion).
Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for decreased concentration.

Vitals:

| | 11/01/22 1313 |
|---|---|
| BP: | 134/85 |
| Pulse: | 77 |
| Resp: | 18 |
| Temp: | 97.3 °F (36.3 °C) |
| TempSrc: | Oral |
| SpO2: | 96% |
| Weight: | (!) 161 kg (355 lb) |
| Height: | 5' 5" (1.651 m) |

No LMP recorded.

**Physical Exam**
Constitutional:
Appearance: Normal appearance. She is obese.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal.
Comments: **Decreased breath sounds**
Abdominal:
General: Bowel sounds are normal.
Palpations: Abdomen is soft.
Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion.
Skin:
General: Skin is warm and dry.
Capillary Refill: Capillary refill takes 2 to 3 seconds.
Neurological:
General: No focal deficit present.
Mental Status: She is alert and oriented to person, place, and time.
Psychiatric:
Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.

PHQ-9 Depression Scale - Tue November 01, 2022

| Row Name | 1329 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Little interest or pleasure in doing things | Several days 11/01/22 1331 |
| Feeling down, depressed, or hopeless | Several days 11/01/22 1331 |
| PHQ-2 Total Score | 2 11/01/22 1331 |
| Trouble falling or staying asleep, or sleeping too much | More than half the days 11/01/22 1331 |
| Feeling tired or having little energy | More than half the days 11/01/22 1331 |
| Poor appetite or overeating | Several days 11/01/22 1331 |
| Feeling bad about yourself - or that you are a | Several days 11/01/22 1331 |

| | |
|---|---|
| failure or have let yourself or your family down | |
| Trouble concentrating on things, such as reading the newspaper or watching television | **Several days** 11/01/22 1331 |
| Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual | **Not at all** 11/01/22 1331 |
| Thoughts that you would be better off dead, or of hurting yourself in some way | **Not at all** 11/01/22 1331 |
| PHQ-9 Total Score | **9** 11/01/22 1331 |
| If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | **Somewhat difficult** 11/01/22 1331 |

## Problem List Items Addressed This Visit

- **Post-COVID syndrome - Primary**

  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero reports continued Post-COVID symptoms of Fatigue, Headache, Brain Fog, and Shortness of Breath (mostly on exertion).

  I have spent greater than 40 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

  Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to continue breathing exercises, try to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

  Patient declines Physical Therapy for strengthening and endurance at this time. Will consider Physical Therapy after she finishes Speech Therapy.

  Lab Work ordered: TSH, Free T 3, Total T 4, B12, CBC, CMP, Vitamin D, Iron TIBC, and Ferritin to further evaluate Fatigue.

  Relevant Orders

  *Thyroid Stimulating Hormone (TSH) (Completed)*

*T3, Free (Completed)*
*T4 Total (Thyroxine) (Completed)*
*Vitamin B12 Level (Completed)*
*CBC with Differential (Automated or Manual Diff as Indicated) (Completed)*
*Comprehensive Metabolic Panel (Completed)*
Vitamin D,1,25-Dihydroxy Level
*Iron and TIBC (Completed)*
*Ferritin (Completed)*

- **Post-COVID chronic headache**
  Encouraged patient to drink plenty of fluids, continue to take OTC pain reliever, rest in quiet darkened room, applying Cold Cap to head, and try to avoid stress to help relieve headaches.

  Patient was referred to Neurology for Headaches via CPCC and is scheduled to see Dr. Arvo Kanna Neurologist with Tennova on 11/11/22.

  Scheduled for Vision Check at Baptist Eye Surgeons on 12/8/22.

- **Post-COVID chronic dyspnea**
  Patient currently using Albuterol 90 mcg PRN, Zyrtec 10 mg, and CPAP HS.

  Encouraged patient to continue taking all medications as prescribed. Continue breathing exercises to improve lung function.

  Follow up appointment with Dr. Bakshi Pulmonologist scheduled for 11/08/22.

- **Brain fog**
  Encourage patient to continue Anti-Inflammatory Diet, drinking eight 8 oz glasses of water a day, start walking as tolerated, and continue taking Zinc, Omega 3's, B12, Probiotic, Magnesium, Vitamin A, Vitamin C, Calcium and Multivitamin. Encourage patient to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

  Continue Speech Therapy with Michaela Johnson at UT Medical Center.

Results for orders placed or performed in visit on 11/01/22
Thyroid Stimulating Hormone (TSH)

| Result | Value | Ref Range |
|---|---|---|
| TSH | 2.73 | 0.36 - 3.70 uIU/mL |
| Comment: | High serum biotin levels will interfere with this test causing artifactually low results. This may occur with high dose supplementation/therapy. If results do not correlate with other clinical and laboratory findings, biotin interference should be considered. Repeat testing at least 72 hours after discontinuing biotin is recommended. | |

T3, Free

| Result | Value | Ref Range |
|---|---|---|
| Free T3 (Triiodothyronine) | 2.9 | 2.3 - 4.2 pg/mL |
| Comment: | High serum biotin levels will interfere with this test causing artifactually low results. This may occur with high dose supplementation/therapy. If results do not correlate with other clinical and laboratory findings, | |

| | | |
|---|---|---|
| | biotin interference should be considered. Repeat testing at least 72 hours after discontinuing biotin is recommended. | |

T4 Total (Thyroxine)

| Result | Value | Ref Range |
|---|---|---|
| T4, Total | 8.5 | 5.5 - 11.0 ug/dL |

Vitamin B12 Level

| Result | Value | Ref Range |
|---|---|---|
| Vitamin B12 | 832 | 193 - 986 pg/mL |
| Comment: | High serum biotin levels will interfere with this test causing artifactually low results. This may occur with high dose supplementation/therapy. If results do not correlate with other clinical and laboratory findings, biotin interference should be considered. Repeat testing at least 72 hours after discontinuing biotin is recommended. | |

CBC with Differential (Automated or Manual Diff as Indicated)

| Result | Value | Ref Range |
|---|---|---|
| WBC | 10.1 | 3.5 - 10.5 K/uL |
| RBC | 5.51 (H) | 3.90 - 5.10 M/uL |
| Hemoglobin | 16.6 (H) | 12.4 - 15.2 g/dL |
| Hematocrit | 49.3 (H) | 36.0 - 46.0 % |
| MCV | 89.5 | 80.0 - 100.0 fL |
| MCH | 30.1 | 26.0 - 34.0 pg |
| MCHC | 33.6 | 31.0 - 37.0 g/dL |
| RDW | 14.1 | 12.0 - 15.0 % |
| Platelet Count | 262 | 150 - 450 K/uL |
| MPV | 8.7 | 7.4 - 10.4 fL |
| Neutrophils % | 65 | 45 - 75 % |
| Lymphocytes % | 26 | 20 - 50 % |
| Monocytes % | 6 | 0 - 8 % |
| Eosinophils % | 3 | 0 - 5 % |
| Basophils % | 1 | 0 - 2 % |
| nRBC | 0 | /100 WBC |
| Neutrophils # | 6.5 | 1.5 - 7.0 K/uL |
| Lymphocytes # | 2.6 | 0.8 - 4.0 K/uL |
| Monocytes # | 0.6 | 0.0 - 0.9 K/uL |
| Eosinophils # | 0.3 | 0.0 - 0.6 K/uL |
| Basophils # | 0.1 | 0.0 - 0.2 K/uL |
| nRBC # | 0.0 | % /100 WBCs |

Comprehensive Metabolic Panel

| Result | Value | Ref Range |
|---|---|---|
| Sodium | 141 | 136 - 145 mmol/L |
| Potassium | 3.8 | 3.5 - 5.1 mmol/L |
| Chloride | 113 (H) | 98 - 107 mmol/L |
| CO2 | 17 (L) | 22 - 32 mmol/L |
| Anion Gap | 11 | 5 - 15 mmol/L |
| BUN | 17 | 7 - 18 mg/dL |
| Creatinine | 0.57 (L) | 0.60 - 1.10 mg/dL |
| Glucose | 71 | 70 - 99 mg/dL |
| Calcium | 9.2 | 8.5 - 10.6 mg/dL |
| Albumin | 3.7 | 3.4 - 5.0 g/dL |
| Total Protein | 8.2 | 6.4 - 8.2 g/dL |

| | | |
|---|---|---|
| Alkaline Phosphatase | 167 (H) | 45 - 117 U/L |
| ALT | 48 | 13 - 59 U/L |
| AST | 16 | 15 - 37 U/L |
| Bilirubin, Total | 0.2 | 0.2 - 1.0 mg/dL |
| BUN Creatinine Ratio | 30 | Ratio |
| Calcium (Corrected For Albumin) | 9.4 | 8.5 - 10.6 mg/dL |
| Calculated Osmolality | 281 | 266 - 293 mOsm/L |
| eGFR Non-African American | 106 | >=60 ml/min/SA |
| eGFR African American | 123 | >=60 ml/min/SA |

Comment:

eGFR Interpretative Data:
Expected Reference Interval: >= 60 mL/min/1.73 square meters
Value is based on the CKD-EPI equation

CKD stages: I:>90 II:60-89 III:30-59 IV:15-29 V:<15

Estimated GFR (eGFR) calculated using the CKD-EPI equation. Results should be interpreted with caution in situations that predispose to inaccuracies of the eGFR, including non-steady state creatinine (acute kidney injury), extremes of muscle mass/body size, high protein diets/supplement use, dialysis, loss of extracellular fluid, drugs interfering with renal tubular secretion (eg cimetidine, trimethoprim) or gut creatinase activity (antibiotics),and analytic interferences related to altered metabolites (glucose, ketones, bilirubin) or drugs. This equation has been validated using predominantly US/European black and white populations; accuracy in other races/ethnicities is not well defined.

Iron and TIBC

| Result | Value | Ref Range |
|---|---|---|
| Iron | 73 | 50 - 175 ug/dL |
| % Saturation | 13 (L) | 20 - 50 % |
| TIBC | 554 (H) | 250 - 450 ug/dL |

Ferritin

| Result | Value | Ref Range |
|---|---|---|
| Ferritin | 47 | 8-388 ng/mL ng/mL |

Comment:

High serum biotin levels will interfere with this test causing artifactually low results. This may occur with high dose supplementation/therapy. If results do not correlate with other clinical and laboratory findings, biotin interference should be considered. Repeat testing at least 72 hours after discontinuing biotin is recommended.

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred*

Return in about 8 weeks (around 12/27/2022).

GUERRERO, Sabrina M (id #1389974, dob:

**KNOXVILLE HMA PHYSICIAN MANAGEMENT LLC**
Tennova Bariatric Surgery
10800 PARKSIDE DR STE 330
KNOXVILLE, TN 37934-1922
Phone: (865) 392-3971
Fax: (865) 392-3972

**Encounter Summary - Progress Note**
Date Printed: 10/19/2022

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:30953208-H-4694]

| | |
|---|---|
| **Patient** | Guerrero, Sabrina M (53yo, F) #1389974 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | telehealth communication, follow up medication<br>10/19/2022 - 08:00AM - TPS_TENNOVA BARIATRIC SURGERY |
| **History of Present Illness** | Patient presents today via telehealth for medication follow-up.<br>High weight: 361.5 lbs Previous weight: 352 lbs Current weight: 346.2<br>Patient has been taking two 25mg Topiramate in the evening. She switched to once a day from BID. She can't really tell if it is working better for her taking it once as opposed to twice, but she does like the 25 mg so that if she wants to take it twice she can. She doesn't want to switch to the 50mg tablet. She states the long term covid has made her leave her job, and that has caused some depression. She states she has just had a lot of changes in her life over the past month, but she is seeing a therapist and feels like that is helping somewhat. She states her PCP told her based on all that she has going on, she is doing well with her weight loss, which I second.<br>She states she is trying to get her protein in first and is consuming more fruits (instead of processed sugar) to help with her cravings, as well. |
| **Review of Systems** | Patient reports **fatigue/tiredness** but reports no fever and no night sweats. She reports **chronic bronchitis, persistent cough (lasting over 3 wks), shortness of breath at rest, and shortness of breath with activity** but reports no asthma, no emphysema, no bloody sputum, no difficulty sleeping flat, no snoring, no awakening at night, no morning headaches, no daytime drowsiness, no observed apnea episodes, no chronic insomnia, and no sleep apnea; **covid 2/2022**. She reports **depression and anxiety disorder** but reports no suicidal thoughts, no suicide attempts, no bi-polar disease, no schizophrenia, no anorexia, and no bulimia. She reports no chest pain, no history of heart attack, no heart surgery, no heart murmurs, no high blood pressure, normal heartbeat, no painful varicose veins, normal cholesterol, normal triglycerides, no anemia, no blood clot in leg (DVT), no previous blood transfusion, no known exposure to HIV, and no rheumatic fever. She reports no hepatitis, no cirrhosis, normal liver enzymes, no frequent nausea and vomiting, no heartburn/reflux, no chronic abdominal pain, no chronic diarrhea, no chronic constipation, no history of Irritable Bowel Syndrome, no ulcerative colitis, no Crohn's disease, and normal liver. She reports no painful joints, no swelling of legs/feet, no |

Rheumatoid Arthritis, no chronic pain in hips, knees, or feet, no chronic low back pain, no herniated disc, no numbness of legs/feet, no joint replacement surgery, and no hernias. She reports normal thyroid function, no diabetes, no chronic steroid use, and no Cushing's disease. She reports wounds heal normally, no skin cancer, normal moles, no chronic rash, no psoriasis/eczema, no lupus, and no scleroderma. She reports normal periods, no polycystic ovarian disease, no infertility, and no facial hair growth.

**Vitals**

10/19/2022 08:02 am

| | | | | | |
|---|---|---|---|---|---|
| **BMI:** | 57.6 | **Ht:** | 5 ft 5 in | **Wt:** | 346.2 lbs Stated |

**Procedure**

**Telehealth Communication:**
This visit was performed via telehealth.

**Results/Interpretations**

None recorded

**Physical Exam**

**Constitutional:** Examination Position: sitting up. General Appearance: **morbidly obese**. Level of Distress: no acute distress. Speaking: normal voice quality.

**Psychiatric:** Mental Status: **depressed**.

The following component(s) vital signs, auscultation of lungs and abdomen, and provider palpation of abdomen and skin were not obtained due to the service being provided via telehealth during the COVID-19 pandemic.

**Assessment and Plan**

Telehealth communication performed with patient.
Service was provided using telemedicine. Patient verbally consents to this services (virtual check-in).
Names and roles of all persons participating in telemedicine services include: Cydney Vanosdale, NP
Patient is located at home and is an established patient.
A total of 15 minutes were spent in consultation via athena Telehealth video and audio to assess and treat the following: medication follow-up.

**1. Morbid obesity** -
Will continue Topiramate.
E66.01: Morbid (severe) obesity due to excess calories
Z68.43: Body mass index [BMI] 50.0-59.9, adult

**2. Dietary management surveillance** -
Doing well with sugar/sweet intake since beginning on Topiramate.
Z71.3: Dietary counseling and surveillance

**Discussion Notes**
Today's discussion included:
- Current medication use
- Current diet
- Continue medication
- Does not need refill at this time
- Per patient request, follow-up in 6 weeks and PRN

Return to Office
- Arvo Kanna, MD for *New Patient 30 at TPS_TENNOVA NEUROLOGY NEWPORT on 11/11/2022 at 09:30 AM
- CYDNEY VANOSDALE, NP for *Telehealth Follow-up 15 at TPS_TENNOVA BARIATRIC SURGERY on 12/01/2022 at 08:00 AM
- to see CYDNEY VANOSDALE, NP for Annual Visit 30 at TPS_TENNOVA BARIATRIC SURGERY on or around 04/27/2023

Patient Medical History:

| | |
|---|---|
| **Allergies List** | Reviewed Allergies |
| | **SULFA (SULFONAMIDE ANTIBIOTICS):** Hives |

| Medications | Reviewed Medications | | |
|---|---|---|---|
| | **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler** USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 08/08/22 | filled |
| | **B12 5,000 mcg-100 mcg sublingual lozenge** Place by sublingual route. | 02/22/21 | entered |
| | **Bariatric Multivitamins** | 02/06/20 | entered |
| | **benzonatate 200 mg capsule** TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 08/08/22 | filled |
| | **calcitrioL 0.5 mcg capsule** TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 09/19/22 | filled |
| | **Chlo Hist 1 mg-12.5 mg/5 mL oral solution** TAKE 10 ML BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH AND CONGESTION FOR 7 DAYS | 02/16/22 | filled |
| | **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule** TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 09/06/22 | filled |
| | **escitalopram 20 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 09/06/22 | filled |
| | **famotidine 40 mg tablet** TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 08/12/22 | filled |
| | **hyoscyamine 0.125 mg sublingual tablet** Place as needed by sublingual route for 30 days. | 03/06/18 | filled |
| | **magnesium oxide 400 mg (241.3 mg magnesium) tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 07/13/22 | filled |
| | **meloxicam 15 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 10/01/22 | filled |
| | **minocycline 100 mg capsule** TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 10/01/22 | filled |
| | **MM CETIRIZINE 10MG TAB** TAKE 1 TABLET BY MOUTH ONCE DAILY | 09/19/22 | filled |
| | **Nystop 100,000 unit/gram topical powder** APPLY POWDER TOPICALLY THREE TIMES DAILY, MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED | 05/16/22 | filled |
| | **ondansetron HCL 4 mg tablet** | 12/30/19 | filled |
| | **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector** INJECT 1MG UNDER THE SKIN ONCE PER WEEK AS DIRECTED | 07/27/22 | filled |
| | **topiramate 25 mg tablet** Take 1 tablet(s) twice a day by oral route for 30 days. | 10/01/22 | filled |
| | **traZODone 50 mg tablet** Take as needed by oral route for 90 days. | 09/26/16 | filled |
| | **valsartan 80 mg tablet** TAKE 1 TABLET BY MOUTH EVERY DAY | 08/08/22 | filled |
| | **Vitamin D Internal Note:** pt unsure if D2 or D3 | 02/22/21 | entered |
| | pro biotic, bio clear | | |
| **Family History** | Discussed Family History | | |
| | Mother | - Heart disease | |
| | Father | - Diabetes mellitus | |
| | | - Heart disease | |
| | | - Malignant neoplastic disease | |
| **Past Medical** | Discussed Past Medical History<br>Anemia: **Y** | | |

| | |
|---|---|
| **History** | Arthritis: **Y**<br>High Blood Pressure: **Y**<br>MRSA: **Y - hx positive throat culture**<br>Obesity: **Y**<br>Vitamin/Mineral Deficiency: **Y** |
| **Vaccine History** | Vaccines not reviewed (last reviewed 07/12/2021) |

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **COVID-19** | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | employer |

Electronically Signed by: CYDNEY VANOSDALE, NP

Cydney Vanosdale FNP-BC

ENDOCRINOLOGY CONSULTANTS
OF EAST TENNESSEE
*Balanced Care. Better Life.*

1450 Dowell Springs Blvd; Suite 300; Knoxville, TN 37909-2444 Ph: (865) 637-8812 Fax: (865) 637-8865 www.endoconsultants.com



**05/31/2022 - Office Visit**
**Provider: Gregory A Moffitt MD**
**Location of Care: Main Office**

## History of Present Illness

Sabrina M Guerrero is seen in follow up for secondary hyperparathyroidism, hypomagnesemia, low vitamin B12 and prediabetes.

SECONDARY HYPERPARATHYROIDISM: Diagnosed in 2018, appears to be secondary, etiology undetermined - likely from bariatric surgery, with patient receiving Rocaltrol 0.5 ı g daily. So far, the patient is tolerating this medication well, admitting to no difficulties with paresthesias, she has no muscle cramping, she also denies having any kidney stones.

HYPOMAGNESEMIA: Patient remains compliant with magnesium oxide 400 mg once a day, so far, no difficulty with this medication.

PERNICIOUS ANEMIA: No neurologic changes, no muscle spasms. The patient has recently been having some difficulty with her memory, however this is secondary to COVID. So far, she has had a difficult time recovering from this infection from February 2022. She does remain compliant with B12 supplementation.

PREDIABETES: So far, the patient has done quite well with Ozempic. This medication has helped her lose weight, has also improved her blood sugar. She has no difficulty tolerating this medication, she is currently receiving 1 mg weekly.

## Past Medical History:

Reviewed and updated today:
- Fibromyalgia
- Osteoarthritis
- IBS
- Anemia
- Anxiety
- Depression
- Hypertension
- Hiatal Hernia
- UTI
- COVID 2-2022

## Past Surgical History:

Reviewed history from 11/16/2021 and no changes required:
- Gastric Bypass
- Bowel and Hernia Repair 3-9-2020

ENDOCRINOLOGY CONSULTANTS
OF EAST TENNESSEE
Balanced Care. Better Life.

1450 Dowell Springs Blvd; Suite 300; Knoxville, TN 37909-2444 Ph: (865) 637-8812 Fax: (865) 637-8865 www.endoconsultants.com



**Family History Summary***(Last Reviewed on 05/31/2022)*

Mother
- ¿ High Cholesterol
- ¿ Depression
- ¿ Anxiety
- ¿ Other Medical Problem

Father
- ¿ Cancer, Pancreatic: Deceased. 83
- ¿ Diabetes, Type 2: Deceased. 83

Brother
- ¿ Diabetes, Type 2

Sister
- ¿ Hypertension
- ¿ Heart Disease

**Social History Summary***(Last Reviewed on 05/31/2022)*

Patient is a former smoker.
Marital Status: Married
Employment Status: Social Worker
Alcohol Use: Occasional
Highest Level of Education: Graduate School

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 53 Years Old Female |
| Height: | 64.5 inches |
| Weight: | 375 pounds |
| BMI: | 63.37 |
| Pulse rate: | 79 / minute |
| BP Sitting: | 132 / 80 (right arm) |

Cuff size: large

Medications: Medications were reviewed with the patient during this visit.
Allergies: Allergies were reviewed with the patient during this visit.

Vitals Entered By: Candice Justice RN (May 31, 2022 8:49 AM)

## Physical Exam

**General:**
Appears stated age; well developed; in no acute distress
**Head:**
Symmetric; no excessive rounding; no excessive thickening of features
**Eyes:**
EOMI
**Ears:**
No deformity of pinna; hearing acuity sufficient for normal conversation
**Nose:**
No discharge; nares patent
**Mouth:**
Mask worn
**Neck:**
No thyromegaly, palpable thyroid masses or abnormal cervical nodes
**Lungs:**
Respirations unlabored; clear to auscultation bilaterally
**Heart:**
Regular rate and rhythm without murmurs, rubs, or gallops
**Abdomen:**
Bowel sounds positive; abdomen soft and non-tender
**Msk:**
No abnormal spinal curvature; normal posture and gait
**Pulses:**
Pulses normal in all 4 extremities
**Extremities:**
No clubbing; no cyanosis; no edema noted
**Neurologic:**
No tremor
**Skin:**
No pigmentation abnormality; intact without lesions or rashes on exposed areas
**Cervical Nodes:**
No significant adenopathy
**Psych:**
Alert and cooperative; normal mood and affect; normal attention span and concentration

**Labwork:**
Most Recent Lab Results:
**HbA1c:** : 5.6 % 11/16/2021

### Medication Changes and Prescriptions At This Visit:

Added new medication of multivitamin tablet (multivitamin) Take 1 tablet by mouth once a day ; Route: BY MOUTH - Signed

Added new medication of Symbicort 160-4.5 mcg/actuation HFA aerosol inhaler (budesonide-formoterol) as needed - Signed
Added new medication of albuterol sulfate 90 mcg/actuation HFA aerosol inhaler (albuterol sulfate) INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS - Signed
Added new medication of topiramate 25 mg tablet (topiramate) Take 1 tablet by mouth once a day ; Route: BY MOUTH - Signed
Changed medication from cyanocobalamin (vitamin B-12) 1,000 mcg tablet (cyanocobalamin (vitamin b-12)) Take 1 tablet by mouth every other day to cyanocobalamin (vitamin B-12) 1,000 mcg tablet (cyanocobalamin (vitamin b-12)) Take 1 tablet by mouth twice a week ; Route: BY MOUTH - Signed
Removed medication of cephalexin 500 mg capsule (cephalexin) Take 1 capsule by mouth twice a day UTI; Route: BY MOUTH; Stop Date: 05/31/2022 - Signed
Removed medication of dicyclomine 20 mg tablet (dicyclomine) Take 1 tablet by mouth once a day as needed ; Route: BY MOUTH; Stop Date: 05/31/2022 - Signed

**Active Medication List:**

cyanocobalamin (vitamin B-12) 1,000 mcg tablet (cyanocobalamin (vitamin b-12)) Take 1 tablet by mouth twice a week
topiramate 25 mg tablet (topiramate) Take 1 tablet by mouth once a day
albuterol sulfate 90 mcg/actuation HFA aerosol inhaler (albuterol sulfate) INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS
Symbicort 160-4.5 mcg/actuation HFA aerosol inhaler (budesonide-formoterol) as needed
multivitamin tablet (multivitamin) Take 1 tablet by mouth once a day
magnesium oxide 400 mg (241.3 mg magnesium) tablet (magnesium oxide) Take 1 tablet by mouth once daily
calcitriol 0.5 mcg capsule (calcitriol) Take 1 capsule by mouth once a day
Ozempic 1 mg/dose (4 mg/3 mL) pen injector (semaglutide) Inject 1 mg subcutaneously once a week as directed
ondansetron HCl 8 mg tablet (ondansetron hcl) as needed
* CALCIUM 600 MG TABS (CALCIUM) Take 1 tablet by mouth twice a day
* VITAMIN C CAPSULE Take 1 tablet by mouth twice a day
hyoscyamine sulfate 0.125 mg tablet, sublingual (hyoscyamine sulfate) Take 1 tablet by mouth once a day as needed
minocycline 100 mg capsule (minocycline) Take 1 tablet by mouth twice a day
* ASPIR-81 81 MG ORAL TABLET DELAYED RELEASE Take 1 tablet by mouth once a day
meloxicam 15 mg tablet (meloxicam) Take 1 tablet by mouth once a day
* VITAMIN A Take 1 tablet by mouth once a day
* BENAZEPRIL HCL 20 MG ORAL TABLET (BENAZEPRIL HCL) Take 1 tablet by mouth once a day
ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule (ergocalciferol (vitamin d2)) twice a week
escitalopram oxalate 10 mg tablet (escitalopram oxalate) Take 1 tablet by mouth once a day
apple cider vinegar 500 mg tablet (apple cider vinegar) Take 1 tablet by mouth twice a day

Tests: (1) BMP (OC2)

| | | | |
|---|---|---|---|
| SODIUM | [H] | 146 mEq/L | 135-145 |
| POTASSIUM | | 4.5 mEq/L | 3.5-5.0 |
| CL | [H] | 109 mEq/L | 98-108 |
| CO2 | | 28 mEq/L | 21-31 |
| GLUCOSE | | 94 mg/dl | 70-105 |
| BUN | | 14 mg/dl | 7-24 |

| | | | |
|---|---|---|---|
| CREATININE | | 0.70 mg/dl | 0.60-1.30 |
| eGFR | | 99 ml/min/1.73m2 | >60 |
| CALCIUM | | 9.5 mg/dl | 8.4-10.2 |
| Tests: (2) iPTH (OC2214) | | | |
| IPTH | [H] | 81.2 pg/ml | 14.0-72.0 |
| CALCIUM | | 9.5 mg/dl | 8.4-10.2 |
| Tests: (3) VIT D OH-25 (OC30) | | | |
| VIT D OH-25 | | 86.2 ng/mL | 30.0-100.0 |
| Tests: (4) VITAMIN B12 (OC42) | | | |
| VITAMIN B12 | | 970.0 pg/ml | 200.0-1000.0 |
| Tests: (5) GLYCATED A1C (OC46) | | | |
| GLYCATED A1C | | 5.3 % | 4.4-6.3 |
| ESTIMATED AVG GLU | | 105 | |
| Tests: (6) MAGNESIUM (OC1904) | | | |
| MAGNESIUM | | 1.89 mg/dL | 1.50-2.50 |
| ! Note | | Performed at ECET (R) | |

## Impression & Recommendations:

**Problem # 1:** Secondary Hyperparathyroidism - Non-Renal (ICD-252.02) (ICD10-E21.1)
**Assessment:** Unchanged

Diagnosed in 2018, appears to be secondary, etiology undetermined, with patient receiving Rocaltrol 0.5 ı g daily. Her parathyroid level remained slightly elevated. We will continue to be very mindful of her calcium levels, following it closely. I did review with her the signs and symptoms of hypercalcemia, should she have any problems tolerating this medication, she is to contact us. Her 24 hour UFC from 2021 was still on the low side, no concern for nephrolithiasis.
- THERAPY: Rocaltrol 0.5 ı g once daily
- OTC calcium 600 mg po tid
- RTC in 6 months
- 24 hour for calcium in 2023

**Problem # 2:** Hypomagnesemia (ICD-275.2) (ICD10-E83.42)
**Assessment:** Unchanged

Diagnosed in 2018, with patient. Presently receiving MgOx 400 mg daily
- Magnesium oxide 400 mg by mouth daily

**Problem # 3:** Vitamin D Deficiency (ICD-268.9) (ICD10-E55.9)
**Assessment:** Unchanged

**Lincoln/Guerrero 1303**

Diagnosed in 2019, doing well with drisdol twice a week
- THERAPY: drisdol - 50 K twice a week

**Problem # 4:** Vitamin B12 deficiency (ICD10-Z86.39)
**Assessment:** Improved

Patient to initiate 1000 ı g of over-the-counter B12 2x/week
- B12 - 1,000 mcg twice a week

**Problem # 5:** Prediabetes (ICD10-R73.03)
**Assessment:** Unchanged

The goals of diabetes prevention include preventing or delaying the onset of diabetes, preserving beta cell function, and preventing or delaying microvascular and cardiovascular complications. Lifestyle modification (predominantly exercise and weight loss) successfully decreases the development of diabetes. Therefore, I have promoted lifestyle changes (healthy diet and regular exercise). In particular, would like to see the individual ingests no more than 100 g of carbohydrates daily. Patients who are at high risk should be followed closely, with repeat examination and measurements of fasting blood glucose or A1C on an annual basis. For select patients (age <60 years and/or BMI =35 kg/m2, women with a history of gestational diabetes) with impaired fasting glucose (IFG), impaired glucose tolerance (IGT), or A1C of 5.7 to 6.4 percent, in whom lifestyle interventions fail to improve glycemic indices, we suggest metformin for diabetes prevention. I would like her to increase GLP-1
- THERAPY: Ozempic 1 mg weekly
- RTC in 6 months

**Problem # 6:** Body mass index (BMI) 60.0-69.99, adult (ICD-V85.44) (ICD10-Z68.44)
**Assessment:** Comment Only

Patient is currently working with her bariatric surgeon

**Electronically signed by Gregory A Moffitt MD on 05/31/2022 at 9:26 AM**

**BalladHealth**
303 Med Tech Parkway Johnson City, TN 37604

**Time Sent:** 9/6/2022 5:07 PM

**To:** Floyd E Phillips Jr., MD
**Phone:** 423-839-2120
**Fax:** 423-839-2125

**From:** Pammela M Poore, NP
**Department:** BHMA POST COVID CARE KPT
**Department Phone:** 423-578-8400
**Department Fax:** 423-578-8403

**Message:** ______________________________

**CONFIDENTIALITY NOTICE**

THE DOCUMENTS ACCOMPANYING THIS TRANSMISSION MAY CONTAIN CONFIDENTIAL INFORMATION. THE INFORMATION IS INTENDED ONLY FOR THE USE BY THE INDIVIDUAL OR ENTITY NAMED ABOVE. THE AUTHORIZED RECIPIENT IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY UNLESS REQUIRED TO DO SO BY LAW OR REGULATION AND IS REQUIRED TO PROTECT THE INFORMATION FROM ALL UNAUTHORIZED ACCESS. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS INFORMATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND ARRANGE FOR THE RETURN OR DESTRUCTION OF THESE DOCUMENTS.

If you have received this fax in error please contact the Information Systems Service Desk at 423 431 6290 or 423 230 8383. Please provide the following information when calling:

Contact Information:
- Name of person reporting the issue
- Office/Company Name
- Phone Number
- Fax Number
- Description of concern, issue or problem

BalladHealth
It's your story. We're listening.

**BHMA Center for Post Covid Care**
2202 N. JOHN B. DENNIS HWY
SUITE 110
KINGSPORT TN 37660-4651
Phone: 423-578-8400
Fax: 423-578-8403

September 6, 2022

Floyd E Phillips Jr., MD
6890 W A J Hwy
Talbott TN 37877

Patient: **Sabrina Guerrero**
MR Number: **12141403**
Date of Birth:
Date of Visit: **9/6/2022**

Dear Dr. Phillips:

Sabrina Guerrero was seen at the Center for Post-COVID Care via Telemedicine today for evaluation. Below are the relevant portions of my assessment and plan of care.

If you have questions, please do not hesitate to call me. I look forward to following Sabrina along with you.

Sincerely,

Pammela M Poore, NP

CC
No Recipients

Patient Name: Guerrero, Sabrina  Today's Date: 9/6/2022
Preferred Name: Sabrina  Date of Encounter: 9/6/2022
Patient MRN / CSN: 12141403 / 10097456991  Appt. Time: 1:00 PM EDT
Patient Age / DOB: 53-year old /  Encounter Provider: Pammela M Poore, NP
PCP: Floyd E Phillips Jr, MD

Center for Post-Covid Care (CPCC)
Follow - Up/Telemed

Sabrina Guerrero is a 53-year old who presents for Post Covid Follow Up.
Patient complains of the following Symptoms: Fatigue, Headache, Shortness of Breath, Brain Fog, Memory loss, Anxiety, Depression, and Cough.

Ms. Guerrero reports that Post-COVID Fatigue has improved some but continues to experience extreme Fatigue with any activity. States that she is not taking naps as often and when she does they are not as long. Reports that she does try to pace out her activities and allow herself rest periods when available. States that her fatigue has decreased her quality of life as she is not able to function and perform task like she previously did. Reports that PCP ordered Water Therapy and she called to start Aquatic Therapy but the facility has had problems with the pool and they are in the process of getting it fixed. States that she is going to call Pro Therapy today to see if she could start Aquatic Therapy there. Reports that she is exercising five days a week using a chair that moves her arms and legs. States that she is following Anti-Inflammatory Diet to the best of her ability, taking supplements, trying to drink increased amount of water, and eating less sugar.

Ms. Guerrero reports that Post-COVID Headaches continue without improvement. States that Headaches continue to randomly occur daily lasting 30 minutes to several hours. Reports that she sometimes takes Tylenol which relives Headache occasionally. States that she tries not to take to much Tylenol. Reports that she has been using Cold Cap to help relieve headaches but it has not helped much.

Ms. Guerrero reports that Post-COVID Shortness of Breath with any activity continues without improvement. States that she checks oxygen saturation when Short of Breath and it is usually around 92% - 93%. Reports that she continues to use CPAP at night and Albuterol Inhaler which does help Shortness of Breath.

Ms. Guerrero reports that Post-COVID Brain Fog/Memory Loss continues without improvement. States that she is following Anti-Inflammatory Diet to the best of her ability, trying to drink increased amount of water, taking supplements, reading, and exercising five days a week using exercise chair that moves her arms and legs. Reports that her husband and daughter tell her that she continues to have trouble finding words, forgetting what she is talking about, and has difficulty focusing.

Ms. Guerrero repots that Chronic Anxiety and Depression that worsened Post-COVID has improved some since she started seeing Counselor Seana Jones at Life Stance Health Tennessee via Behavorial Health. States that she started seeing Seana Jones 8/10/22 and had a second visit on 8/17/22. Reports that she plans to continue seeing Seana Jones twice a month if she can. States that she continues to take Escitalopram 20 mg daily.

COVID-19 Vaccination Screening - Tue September 06, 2022

| Row Name | 1004 |
|---|---|

COVID-19 Vaccine Screen - Year Round

Have you had the COVID-19 Vaccine? Yes

Covid Vaccine on file:

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:
Outpatient Encounter Medications as of 9/6/2022

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. | | |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day | | |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other day | | |
| • escitalopram (Lexapro) 20 MG tablet | Take 20 mg by mouth daily. | | |
| • famotidine (Pepcid) 40 MG tablet | Take 40 mg by mouth daily. | | |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. | | |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. | | |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet | | |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. | | |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. | | |

| | |
|---|---|
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth every 8 (eight) hours as needed. |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • topiramate (Topamax) 50 MG tablet | Take 50 mg by mouth daily. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • valsartan (Diovan) 80 MG tablet | Take 80 mg by mouth daily. |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| • [DISCONTINUED] benazepril (Lotensin) 20 MG tablet | Take 20 mg by mouth. |

Last reviewed on 9/6/2022 1:12 PM by Pammela M Poore, NP

Medical History:
Sabrina has a past medical history of Anxiety, Bronchitis, COVID-19, Depression, Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Depression in her mother; Diabetes in her father; Heart disease in her father; Hyperlipidemia in her mother; Hypertension in her father; Pancreatic cancer in her father; Scoliosis in her mother.

Sabrina reports previous alcohol use.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports previous drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath.
Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for decreased concentration.

**There were no vitals filed for this visit.**
No LMP recorded.

Physical Exam

Telemedicine

## Problem List Items Addressed This Visit

- **Post-COVID syndrome - Primary**

  This patient has been seen within the Center for Post-COVID Care via telemedicine, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  The patient was offered telemedicine as an option for care delivery and consented to this option.

  I examined the patient remotely with the observations listed above in the history and physical exam. I spent 30 minutes in record review, assessment, evaluation and management of this patient via telehealth. Time Start: 1:30 Time End: 2:00 This involved communicating with the clinical team, evaluating the patient; and making decisions on management.

  This consultation was provided via telemedicine using two-way, real-time interactive telecommunication technology between the patient and the physician. The interactive telecommunication technology was facilitated via audio only.
  Patient location: home.
  Provider location: Palliative Care CPCC Office Kingsport, TN
  Other participants present with provider, with patient's verbal consent: None
  Other participants present with patient: none
  Platform Used: Telephone
  Patient could not participate in two way audio and video due to: Patient preferred and requested audio only

  *Due to the Covid-19 pandemic and the declaration of emergency status by the federal government. certain laws and regulations regarding telemedicine have been relaxed and this visit conforms to the new rules, with the consent of the patient.*

  I have spent 30 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

  Ms. Guerrero reports that Post-COVID Fatigue has improved some but continues to experience extreme Fatigue with any activity.

  Encouraged patient to call Pro Therapy and begin Aquatic Therapy, continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Practice breathing exercises, try to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

Will obtain TSH, T 4, B-12, CBC, CMP, Vit D, and Iron at follow up visit if not further improvement.

- **Post-COVID chronic headache**
  Ms. Guerrero reports that Post-COVID Headaches continue without improvement.

  Currently taking Tylenol and using Cold Cap.

  Referred Patient to Neurology to further evaluate Headaches.

  Relevant Orders
  Ambulatory referral to Neurology

- **Anxiety**
  Ms. Guerrero repots that Chronic Anxiety that worsened Post-COVID has improved some.

  Currently taking Escitalopram 20 mg daily.

  Has Follow up visit scheduled with Counselor Seana Jones 9/13/22.

  Encouraged patient to continue taking all medications as prescribed, keeping scheduled appointment with Counselor Seana Jones, following Anti-Inflammatory Diet, decreased caffeine and sugar intake, trying to drink 4 16 oz bottles of water a day, avoiding alcohol/nicotine, and following a regular sleep regimen.

- **Depression**
  Ms. Guerrero repots that Chronic Depression that worsened Post-COVID has improved some.

  Currently taking Escitalopram 20 mg daily.

  Has Follow up visit scheduled with Counselor Seana Jones 9/13/22.

  Encouraged patient to continue taking all medications as prescribed, keeping scheduled appointment with Counselor Seana Jones, following Anti-Inflammatory Diet, decreased caffeine and sugar intake, trying to drink 4 16 oz bottles of water a day, avoiding alcohol/nicotine, and following a regular sleep regimen.

- **Post-COVID chronic dyspnea**
  Ms. Guerrero reports that Post-COVID Shortness of Breath with any activity continues without improvement.

  Patient currently using Albuterol 90 mcg PRN, Zyrtec 10 mg, and CPAP HS.

  Encouraged patient to continue taking all medications as prescribed. Continue breathing exercises to improve lung function.

  Follow up appointment with Dr. Bakshi Pulmonologist scheduled for 10/13/22.

- **Brain fog**

Ms. Guerrero reports that Post-COVID Brain Fog/Memory Loss continues without improvement.

Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Practice breathing exercises, try to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Referred Patient to Speech Therapy to help with Brain Fog.

Relevant Orders

Ambulatory referral to Speech Therapy

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred*

Return in about 8 weeks (around 11/1/2022).

GUERRERO, Sabrina M (id #1389974, dob:

**KNOXVILLE HMA PHYSICIAN MANAGEMENT LLC**
Tennova Bariatric Surgery
10800 PARKSIDE DR STE 330
KNOXVILLE, TN 37934-1922
Phone: (865) 392-3971
Fax: (865) 392-3972

**Encounter Summary - Progress Note**
Date Printed: 08/25/2022

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:30452606-H-4694]

| | |
|---|---|
| **Patient** | Guerrero, Sabrina M (53yo, F) #1389974 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | telehealth communication, follow up medication<br>08/25/2022 - 11:00AM - TPS_TENNOVA BARIATRIC SURGERY |
| **History of Present Illness** | Patient presents today via telehealth for medication follow-up.<br>Previous weight: 356 lbs Current weight: 352 lbs<br>Patient continues to take Topiramate 25 mg BID. She states even though she only lost a few lbs, she will take it. She states she medication is still working for her to help her control her cravings for sweets. She is interested in changing to 50mg just once a day, but is worried that it will exacerbate the brain fog she already has. She states she can just have her family tell her "if she is any more weird than normal." |
| **Review of Systems** | Patient reports **fatigue/tiredness** but reports no fever and no night sweats. She reports **chronic bronchitis, persistent cough (lasting over 3 wks), shortness of breath at rest, and shortness of breath with activity** but reports no asthma, no emphysema, no bloody sputum, no difficulty sleeping flat, no snoring, no awakening at night, no morning headaches, no daytime drowsiness, no observed apnea episodes, no chronic insomnia, and no sleep apnea; **covid 2/2022**. She reports **tingling**. She reports **depression and anxiety disorder** but reports no suicidal thoughts, no suicide attempts, no bi-polar disease, no schizophrenia, no anorexia, and no bulimia. She reports no chest pain, no history of heart attack, no heart surgery, no heart murmurs, no high blood pressure, normal heartbeat, no painful varicose veins, normal cholesterol, normal triglycerides, no anemia, no blood clot in leg (DVT), no previous blood transfusion, no known exposure to HIV, and no rheumatic fever. She reports no hepatitis, no cirrhosis, normal liver enzymes, no frequent nausea and vomiting, no heartburn/reflux, no chronic abdominal pain, no chronic diarrhea, no chronic constipation, no history of Irritable Bowel Syndrome, no ulcerative colitis, no Crohn's disease, and normal liver. She reports no painful joints, no swelling of legs/feet, no Rheumatoid Arthritis, no chronic pain in hips, knees, or feet, no chronic low back pain, no herniated disc, no numbness of legs/feet, no joint replacement surgery, and no hernias. She reports normal thyroid function, no diabetes, no chronic steroid use, and no Cushing's disease. She reports wounds heal normally, no skin cancer, normal moles, no chronic rash, no |

| | |
|---|---|
| | psoriasis/eczema, no lupus, and no scleroderma. She reports normal periods, no polycystic ovarian disease, no infertility, and no facial hair growth. |
| **Vitals** | 08/25/2022 11:04 am<br>**BMI:** 58.6 **Ht:** 5 ft 5 in **Wt:** 352 lbs Stated |
| **Procedure** | **Telehealth Communication:**<br>This visit was performed via telehealth. |
| **Results/Interpretations** | None recorded |
| **Physical Exam** | **Constitutional:** Examination Position: sitting up. General Appearance: **morbidly obese**. Level of Distress: no acute distress. Speaking: normal voice quality.<br><br>The following component(s) vital signs, auscultation of lungs and abdomen, and provider palpation of abdomen and skin were not obtained due to the service being provided via telehealth during the COVID-19 pandemic. |
| **Assessment and Plan** | Telehealth communication performed with patient.<br>Service was provided using telemedicine. Patient verbally consents to this services (virtual check-in).<br>Names and roles of all persons participating in telemedicine services include: Cydney Vanosdale, NP<br>Patient is located at home and is an established patient.<br>A total of 17 minutes were spent in consultation via athena Telehealth video and audio to assess and treat the following: medication follow-up.<br><br>**1. Morbid obesity -**<br>Will continue Topiramate.<br>E66.01: Morbid (severe) obesity due to excess calories<br>Z68.43: Body mass index [BMI] 50.0-59.9, adult<br>• topiramate 25 mg tablet - Take 1 tablet(s) twice a day by oral route for 30 days. Qty: 60 tablet(s) Refills: 1 Pharmacy: SAM'S CLUB PHARMACY 6572<br><br>**2. Dietary management surveillance -**<br>Doing well with sugar/sweet intake since beginning on Topiramate.<br>Z71.3: Dietary counseling and surveillance<br><br>**Patient Goals**<br>1. Try taking both 25 mg Topiramate tablets in the AM and monitor brain fog. Can switch back to twice a day if needed.<br><br>**Discussion Notes**<br>Today's discussion included:<br>- Current medication use<br>- Current diet<br>- Effects of Covid<br>- Continue medication; trying both tablets at once<br>- Per patient request, follow-up in 6 weeks and PRN<br><br>Return to Office<br>• CYDNEY VANOSDALE, NP for TELEHEALTH EST 30 at TPS_TENNOVA BARIATRIC SURGERY on 10/06/2022 at 11:00 AM<br>• to see CYDNEY VANOSDALE, NP for Annual Visit 30 at TPS_TENNOVA BARIATRIC SURGERY on or around 04/27/2023 |

Patient Medical History:

| | |
|---|---|
| **Allergies List** | Allergies not reviewed (last reviewed 07/12/2021)<br>**SULFA (SULFONAMIDE ANTIBIOTICS):** Hives |

| Medications | Reviewed Medications | | |
|---|---|---|---|
| | **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 08/08/22 | filled |
| | **B12 5,000 mcg-100 mcg sublingual lozenge**<br>Place by sublingual route. | 02/22/21 | entered |
| | **Bariatric Multivitamins** | 02/06/20 | entered |
| | **benzonatate 200 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 08/08/22 | filled |
| | **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 07/25/22 | filled |
| | **Chlo Hist 1 mg-12.5 mg/5 mL oral solution**<br>TAKE 10 ML BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH AND CONGESTION FOR 7 DAYS | 02/16/22 | filled |
| | **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 07/25/22 | filled |
| | **escitalopram 20 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 07/25/22 | filled |
| | **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 08/12/22 | filled |
| | **hyoscyamine 0.125 mg sublingual tablet**<br>Place as needed by sublingual route for 30 days. | 03/06/18 | filled |
| | **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 07/13/22 | filled |
| | **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 07/25/22 | filled |
| | **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 07/19/22 | filled |
| | **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 07/25/22 | filled |
| | **Nystop 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY THREE TIMES DAILY, MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED | 05/16/22 | filled |
| | **ondansetron HCL 4 mg tablet** | 12/30/19 | filled |
| | **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG UNDER THE SKIN ONCE PER WEEK AS DIRECTED | 07/27/22 | filled |
| | **topiramate 25 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 30 days. | 08/25/22 | prescribed |
| | **traZODone 50 mg tablet**<br>Take as needed by oral route for 90 days. | 09/26/16 | filled |
| | **valsartan 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 08/08/22 | filled |
| | **Vitamin D Internal Note:** pt unsure if D2 or D3 | 02/22/21 | entered |
| | pro biotic, bio clear | | |

| Family History | Reviewed Family History | |
|---|---|---|
| | Mother | - Heart disease |
| | Father | - Diabetes mellitus |
| | | - Heart disease |
| | | - Malignant neoplastic disease |

| | |
|---|---|
| **Past Medical History** | Past Medical History not reviewed (last reviewed 07/18/2022)<br>Anemia: **Y**<br>Arthritis: **Y**<br>High Blood Pressure: **Y**<br>MRSA: **Y** - **hx positive throat culture**<br>Obesity: **Y**<br>Vitamin/Mineral Deficiency: **Y** |
| **Vaccine History** | Vaccines not reviewed (last reviewed 07/12/2021) |

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **COVID-19** | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | employer |

Electronically Signed by: CYDNEY VANOSDALE, NP

Cydney Vanosdale FNP-BC

BalladHealth
303 Med Tech Parkway Johnson City, TN 37604

**Time Sent:** 7/25/2022 11:13 PM

**To:** Floyd E Phillips Jr., MD
**Phone:** 423-839-2120
**Fax:** 423-839-2125

**From:** Pammela M Poore, NP
**Department:** BHMA POST COVID CARE KPT
**Department Phone:** 423-578-8400
**Department Fax:** 423-578-8403

**Message:** ______________________________

**CONFIDENTIALITY NOTICE**

THE DOCUMENTS ACCOMPANYING THIS TRANSMISSION MAY CONTAIN CONFIDENTIAL INFORMATION. THE INFORMATION IS INTENDED ONLY FOR THE USE BY THE INDIVIDUAL OR ENTITY NAMED ABOVE. THE AUTHORIZED RECIPIENT IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY UNLESS REQUIRED TO DO SO BY LAW OR REGULATION AND IS REQUIRED TO PROTECT THE INFORMATION FROM ALL UNAUTHORIZED ACCESS. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS INFORMATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND ARRANGE FOR THE RETURN OR DESTRUCTION OF THESE DOCUMENTS.

If you have received this fax in error please contact the Information Systems Service Desk at 423 431 6290 or 423 230 8383. Please provide the following information when calling:

Contact Information:
- Name of person reporting the issue
- Office/Company Name
- Phone Number
- Fax Number
- Description of concern, issue or problem

**Lincoln/Guerrero 1317**

BalladHealth.
It's your story. We're listening.

**BHMA Center for Post Covid Care**
2202 N. JOHN B. DENNIS HWY
SUITE 110
KINGSPORT TN 37660-4651
Phone: 423-578-8400
Fax: 423-578-8403

July 25, 2022

Floyd E Phillips Jr., MD
6890 W A J Hwy
Talbott TN 37877

Patient: **Sabrina Guerrero**
MR Number: **12141403**
Date of Birth:
Date of Visit: **7/20/2022**

Dear Dr. Phillips:

Sabrina Guerrero was seen at the Center for Post-COVID care for evaluation. Below are the relevant portions of my assessment and plan of care.

If you have questions, please do not hesitate to call me. I look forward to following Sabrina along with you.

Sincerely,

Pammela M Poore, NP

CC
No Recipients

**Pammela M Poore, NP 7/25/2022 11:10 PM Sign when Signing Visit**

Patient Name: Guerrero, Sabrina Today's Date: 7/25/2022
Preferred Name: Sabrina Date of Encounter: 7/20/2022
Patient MRN / CSN: 12141403 / 10095897466 Appt. Time: 3:45 PM EDT
Patient Age / DOB: 53-year old / Encounter Provider: Pammela M Poore, NP
PCP: Floyd E Phillips Jr, MD

Center for Post-Covid Care (CPCC)
Follow - Up

Sabrina Guerrero is a 53-year old that presents for 6 week Post Covid Follow Up. Ms. Guerrero initially tested positive for COVID and symptoms began on 2/7/22. Over the course of two weeks she was prescribed Paxlovid, Steroid Injection, Antibiotic Injection, Tessalon Perles, Inhaler, Cough Medicine, and a Steroid Dose Pak. In the following weeks she was prescribed another Inhaler, two Steroid Dose Paks, Antibiotics, and was referred to Physical Therapy. Patient went to Physical Therapy two times a week through the end of June 2022 when she could no longer go due to insurance purposes. States that PCP is going to try to re-refer her to Physical Therapy.

Ms. Guerrero reports continued Post-COVID symptoms of: Fatigue, Headache, Joint pain, Anxiety, Depression, Activity Intolerance, Palpitations, Shortness of breath, Cough, Brain fog, Memory loss, Poor concentration, Dizziness and Weakness. Ms. Guerrero reports that Fatigue continues without improvement. Reports that she stays tired all the time. States that she has not being doing well at following the Anti-Inflammatory Diet, but is drinking increased water intake, and taking Supplements. Reports that Headaches continue to occur at random times on a daily basis and last 30 minutes to several hours. States that she takes Tylenol and at times it helps to relieve headache. Reports that she bought a COLD CAP to see if it would help with pain. Reports that Chronic Joint Pain of neck, shoulders, elbows, and ankles worsened after COVID and randomly comes and goes without improvement. States that she takes Meloxicam, applies cold/hot compresses, and goes to Physical Therapy which helps with Joint Pain. Ms. Guerrero reports that Chronic Anxiety and Depression that worsened Post-COVID has improved some. States that she was seen by Dr. Philips PCP and informed that Anxiety and Depression had not improved and he increased Escitalopram to 20 mg daily which has helped. States that she has not done will following Anti-Inflammatory Diet and plans to start doing better. Reports that Shortness of Breath continues without improvement and is at times accompanied by dizziness and increased heart rate. States that she stopped using Symbicort Inhaler per Dr. Bakshi but continues to use Albuterol Inhaler to help when she becomes short of breath. Reports that Non-Productive Cough continues without improvement. States that she continues to take Tessalon Perles for cough which helps.
Ms. Guerrero reports continued Post-COVID Brain Fog, Memory Loss, and Poor Concentration that continues without improvement. States that she has trouble finding words, loses her place in a conversation, and has difficulty focusing. States that she has not been doing well at following Anti-Inflammatory Diet and states that she is going to try to do better.

Covid Vaccine on file:

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:
Outpatient Encounter Medications as of 7/20/2022

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. | | |
| • benazepril (Lotensin) 20 MG tablet | Take 20 mg by mouth. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. | | |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day | | |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other day | | |
| • escitalopram (Lexapro) 10 MG tablet | Take 20 mg by mouth daily. | | |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. | | |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. | | |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet | | |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. | | |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. | | |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. | | |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth. | | |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. | | |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. | | |
| • topiramate (Topamax) 25 MG capsule | Take 25 mg by mouth 2 (two) times | | |

| | |
|---|---|
| | a day. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| • [DISCONTINUED] Budesonide-Formoterol Fumarate (SYMBICORT IN) | Inhale into the lungs as needed. |

Last reviewed on 7/20/2022 4:06 PM by Ashley B Vaughn, RN

Medical History:
Sabrina has a past medical history of Anxiety, Bronchitis, COVID-19, Depression, Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Depression in her mother; Diabetes in her father; Heart disease in her father; Hyperlipidemia in her mother; Hypertension in her father; Pancreatic cancer in her father; Scoliosis in her mother.

Sabrina reports previous alcohol use.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports previous drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for cough and shortness of breath.
Cardiovascular: Positive for palpitations.
Musculoskeletal: Positive for arthralgias.
Neurological: Positive for dizziness, weakness and headaches.
Psychiatric/Behavioral: Positive for decreased concentration. The patient is nervous/anxious.

Vitals:

| | 07/20/22 1559 |
|---|---|
| BP: | 132/87 |
| Pulse: | 93 |
| Resp: | 19 |
| Temp: | 98.3 °F (36.8 °C) |
| TempSrc: | Temporal |
| SpO2: | 97% |
| Weight: | (!) 164.2 kg (362 lb) |
| Height: | 5' 5" (1.651 m) |

No LMP recorded.

**Physical Exam**
Constitutional:

Appearance: Normal appearance. She is obese.

HENT:

Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.

Eyes:

Pupils: Pupils are equal, round, and reactive to light.

Cardiovascular:

Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds.

Pulmonary:

Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.

Abdominal:

Palpations: Abdomen is soft.

Musculoskeletal:

Cervical back: Normal range of motion.
Left lower leg: Edema present.
Comments: **LLE 2 + edema**

Skin:

General: Skin is warm and dry.
Capillary Refill: Capillary refill takes less than 2 seconds.

Neurological:

Mental Status: She is alert and oriented to person, place, and time.

Psychiatric:

Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal.

Problem List Items Addressed This Visit

- **Post-COVID syndrome - Primary**

  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero presents to the CPCC today reporting continued Post-COVID symptoms of Fatigue, Headache, Joint pain, Anxiety, Depression, Activity Intolerance, Palpitations, Shortness of breath, Cough, Brain fog, Memory loss, Poor concentration, Dizziness and Weakness.

I have spent greater than 50 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**
  Ms. Guerrero reports that Fatigue continues without improvement.

  Lab work orderd 06/08/22 results:

  TSH, T 4, B-12, Unremarkable

  CMP - mildly elevated BUN 24, Na 145, Chloride 107, ALT 134 - Alk Phos elevated 159.5.30. Hgb 16.2. Hct 19.1

  CBC - mildly elevated RBC 5.30. Hgb 16.2. Hct 19.1

  Vitamin D elevated 93.8 -encouraged patient to inform Endocrinologist and inquire if any changes are needed for prescribed Vitamin D dose.

  Re-educated patient related to the benefits of following an Anti-Inflammatory Diet and decreasing sugar intake. Encouraged Patient to continuje taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc, and drinking plenty of water. Encourage adequate rest, good sleep hygiene, and fatigue management: planning, pacing, prioritizing, and positioning.

  Patient report that PCP plans to re-refer patient to Physical Therapy.

- **Post-COVID chronic headache**
  Headaches continue to occur at random times on a daily basis and last 30 minutes to several hours.

  Encouraged patient to continue to take Tylenol to relieve headaches and apply Cold Cap to relieve headache pain. Encouraged patient to drink plenty of fluids, rest in quiet darkened room, and apply hot/cold compresses to head and neck to help relieve headaches.

  Patient declines Neurology Referral at this time. States that she wants to try Cold Cap to see if it will help.

- **Anxiety**
  Ms. Guerrero reports that Chronic Anxiety that worsened Post-COVID has improved some.

  Escitalopram Increased to 20 mg daily per PCP.

  Encouraged continuation of Anti-Inflammatory Diet, decreased caffeine and sugar intake, drinking

eight 8 oz glasses of water daily, avoidance of nicotine and alcohol, try to follow regular sleep regimen.

Referral to Behavioral Health placed.

Relevant Orders
Ambulatory referral to Behavioral Health

- **Depression**
  Ms. Guerrero reports that Chronic Depression that worsened Post-COVID has improved some.

  Escitalopram Increased to 20 mg daily per PCP.

  Encouraged continuation of Anti-Inflammatory Diet, decreased caffeine and sugar intake, drinking eight 8 oz glasses of water daily, avoidance of nicotine and alcohol, try to follow regular sleep regimen.

  Referral to Behavioral Health placed.

  Relevant Orders
  Ambulatory referral to Behavioral Health

- **Post-COVID chronic dyspnea**
  Ms. Guerrero reports Shortness of Breath continues without improvement and is at times accompanied by dizziness and increased heart rate.

  Chest XR 6/8/22 ordered completed 6/16/22 results: Detail limited due to patient factors. No definite signs of acute cardiopulmonary disease.

  PFT ordered 6/8/22 not completed. Patient states that she had PFT completed in May 2022 at Jefferson Memorial Hospital.

  Referred patient to Pulmonology. Patient saw Dr. Bakshi Pulmonologist on 7/14/22. Patient reports that Dr. Bakshi informed her that PFT's from May 2022 looked good, and Chest XR completed 6/16/22 showed some scarring. Dr. Bakshi instructed patient to do Breathing exercises daily, use CPAP every night, Stop Symbicort Inhaler related to increased heart rate, request that PCP stop Benazepril and change to blood pressure medication that does not have coughing as a side effect, Continue Albuterol as needed, take Tessalon Perles twice a day, take Cetirizine and Flonase 1 - 2 times a day, lose weight, and take Pepcid 20 mg 1 - 2 times a day.

  Educated patient related to Pursed Lip Breathing exercises. Encouraged patient to do breathing exercises 5 - 10 minutes a day to help increase lung capacity and improve Lung function.

  Patient has follow up visit with Dr. Bakshi Pulmonologist 10/13/22.

- **Brain fog**
  Ms. Guerrero reports continued Post-COVID Brain Fog that continues without improvement.

  Re-educated patient related to benefits of Anti-Inflammatory Diet, drink eight 8 oz glasses of water a day. Encourage patient to continue taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin,

Magnesium, and Zinc. Encouraged patient to begin taking Probiotic and Omega 3's. Practice breathing exercises, try to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Patient declined prescription for Nufola at this time. States that she wants to do better at following Anti-Inflammatory Diet first.

Will consider Nufola at follow up visit if not improvement.

- **Memory loss**
  Ms. Guerrero reports continued Post-COVID Memory Loss that continues without improvement.

  Re-educated patient to benefits of Anti-Inflammatory Diet, practice good sleep regimen, read, do puzzles, and play word games to keep brain active.

- **Poor concentration**
  Ms. Guerrero reports continued Post-COVID Poor Concentration that continues without improvement.

  Re-educated patient to benefits of Anti-Inflammatory Diet, practice good sleep regimen, read, do puzzles, and play word games to keep brain active.

- **Post-COVID chronic joint pain**
  Chronic Joint Pain of neck, shoulders, elbows, and ankles worsened after COVID and randomly comes and goes without improvement.

  Lab work ordered and drawn 6/8/22:
  ANA, HLA-B27, Sed Rate, RF, CRP unremarkable

  Encouraged patiet to continue taking Meloxicam and to try alternating cold/heat to affected areas to help with pain.

- **Post-COVID chronic cough**
  Non-Productive Cough continues without improvement.

  Pulmonologist was seen on 7/14/22 and informed patient to contact PCP and inform to stop Benazepril and change blood pressure medication to one without Coughing as a listed side effect. Patient to follow up with PCP 8/8/22.

  Encouraged patient that persistent cough after COVID could take time to resolve.

  Encouraged patient to continue Tessalon Perles and obtain OTC Guaifenesin to help with cough.

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred*

Return in about 6 weeks (around 8/31/2022) for Telemed.

GUERRERO, Sabrina M (id #1389974, dob:

**KNOXVILLE HMA PHYSICIAN MANAGEMENT LLC**
Tennova Bariatric Surgery
10800 PARKSIDE DR STE 330
KNOXVILLE, TN 37934-1922
Phone: (865) 392-3971
Fax: (865) 392-3972

**Encounter Summary - Progress Note**
Date Printed: 07/18/2022

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:30094484-H-4694]

| | |
|---|---|
| **Patient** | Guerrero, Sabrina M (53yo, F) #1389974 |
| **DOB** | 03/10/1969 |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | telehealth communication, follow up medication<br>07/18/2022 - 10:30AM - TPS_TENNOVA BARIATRIC SURGERY |
| **History of Present Illness** | Patient presents today via telehealth for medication follow-up. She began taking Topiramate three months ago to help with sugar cravings. She has lost another 6 lbs since last month. She states she is doing well with the medication. She does feel like increasing to twice a day is helping her a lot. She feels like it gives her control in the evenings by taking it after dinner.<br>She states she does still have some tingling and brain fog, but states that it has not gotten any worse since increasing her dose, so she believes it is more related to having Covid. She does still struggle with post-Covid symptoms.<br>She states she is trying to focus more on protein and cooked vegetables. The Topiramate helps her not desire sweets or carbs. She has been doing a modified intermittent fasting, as well. She states she still is not really tracking her water, but she has two 24 ounce bottles and she tries to at least drink those every day. |
| **Review of Systems** | Patient reports **fatigue/tiredness** but reports no fever and no night sweats. She reports **chronic bronchitis, persistent cough (lasting over 3 wks), shortness of breath at rest, and shortness of breath with activity** but reports no asthma, no emphysema, no bloody sputum, no difficulty sleeping flat, no snoring, no awakening at night, no morning headaches, no daytime drowsiness, no observed apnea episodes, no chronic insomnia, and no sleep apnea; **covid 2/2022**. She reports **tingling.** She reports **depression and anxiety disorder** but reports no suicidal thoughts, no suicide attempts, no bi-polar disease, no schizophrenia, no anorexia, and no bulimia. She reports no chest pain, no history of heart attack, no heart surgery, no heart murmurs, no high blood pressure, normal heartbeat, no painful varicose veins, normal cholesterol, normal triglycerides, no anemia, no blood clot in leg (DVT), no previous blood transfusion, no known exposure to HIV, and no rheumatic fever. She reports no hepatitis, no cirrhosis, normal liver enzymes, no frequent nausea and vomiting, no heartburn/reflux, no chronic abdominal pain, no chronic diarrhea, no chronic constipation, no history of Irritable Bowel Syndrome, no ulcerative colitis, no |

| | |
|---|---|
| | Crohn's disease, and normal liver. She reports no painful joints, no swelling of legs/feet, no Rheumatoid Arthritis, no chronic pain in hips, knees, or feet, no chronic low back pain, no herniated disc, no numbness of legs/feet, no joint replacement surgery, and no hernias. She reports normal thyroid function, no diabetes, no chronic steroid use, and no Cushing's disease. She reports wounds heal normally, no skin cancer, normal moles, no chronic rash, no psoriasis/eczema, no lupus, and no scleroderma. She reports normal periods, no polycystic ovarian disease, no infertility, and no facial hair growth. |
| **Vitals** | 07/18/2022 10:33 am<br>**BMI:** 59.2 — **Ht:** 5 ft 5 in — **Wt:** 356 lbs Stated |
| **Procedure** | **Telehealth Communication:**<br>This visit was performed via telehealth. |
| **Results/Interpretations** | None recorded |
| **Physical Exam** | **Constitutional:** Examination Position: sitting up. General Appearance: **morbidly obese**. Level of Distress: no acute distress. Speaking: normal voice quality.<br><br>The following component(s) vital signs, auscultation of lungs and abdomen, and provider palpation of abdomen and skin were not obtained due to the service being provided via telehealth during the COVID-19 pandemic. |

| | |
|---|---|
| **Assessment and Plan** | Telehealth communication performed with patient.<br>Service was provided using telemedicine. Patient verbally consents to this services (virtual check-in).<br>Names and roles of all persons participating in telemedicine services include: Cydney Vanosdale, NP<br>Patient is located at home and is an established patient.<br>A total of 12 minutes were spent in consultation via athena Telehealth video and audio to assess and treat the following: medication follow-up.<br><br>**1. Morbid obesity -**<br>Will continue Topiramate<br>E66.01: Morbid (severe) obesity due to excess calories<br>Z68.43: Body mass index [BMI] 50.0-59.9, adult<br>• topiramate 25 mg tablet - Take 1 tablet(s) twice a day by oral route for 30 days. Qty: 60 tablet(s) Refills: 0 Pharmacy: SAM'S CLUB PHARMACY 6572<br><br>**2. Dietary management surveillance -**<br>Doing well with sugar/sweet intake since beginning on Topiramate.<br>Z71.3: Dietary counseling and surveillance<br><br>**Patient Goals**<br>1. Great job with sweets/sugar intake. 2. Aim to consume at least 64 ounces of decaf fluids daily.<br><br>**Discussion Notes**<br>Today's discussion included:<br>- Current medication use<br>- Current diet<br>- Improvement of sweet cravings<br>- Fluid intake<br>- Effects of Covid<br>- Continue medication<br>- Per patient request, follow-up in one month and PRN<br><br>Return to Office<br>• CYDNEY VANOSDALE, NP for TELEHEALTH EST 30 at TPS_TENNOVA BARIATRIC SURGERY on 08/18/2022 at 10:30 AM<br>• to see CYDNEY VANOSDALE, NP for Annual Visit 30 at TPS_TENNOVA BARIATRIC SURGERY on or around 04/27/2023 |

Patient Medical History:

| | |
|---|---|
| **Allergies List** | Allergies not reviewed (last reviewed 07/12/2021) |
| | **SULFA (SULFONAMIDE ANTIBIOTICS):** Hives |

| | | |
|---|---|---|
| **Medications** | Reviewed Medications | |
| | **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS | 02/16/22 filled |
| | **B12 5,000 mcg-100 mcg sublingual lozenge**<br>Place by sublingual route. | 02/22/21 entered |
| | **Bariatric Multivitamins** | 02/06/20 entered |
| | **benazepril 10 mg tablet**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 06/27/22 filled |
| | **calcitriol 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 06/27/22 filled |
| | **Chlo Hist 1 mg-12.5 mg/5 mL oral solution**<br>TAKE 10 ML BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH AND CONGESTION FOR 7 DAYS | 02/16/22 filled |

| | | |
|---|---|---|
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 06/27/22 | filled |
| **escitalopram 20 mg tablet** | 06/27/22 | filled |
| **hyoscyamine 0.125 mg sublingual tablet**<br>Place as needed by sublingual route for 30 days. | 03/06/18 | filled |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 07/13/22 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 06/27/22 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 05/13/22 | filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/27/22 | filled |
| **Nystop 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY THREE TIMES DAILY, MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED | 05/16/22 | filled |
| **ondansetron HCL 4 mg tablet** | 12/30/19 | filled |
| **Ozempic 0.25 mg or 0.5 mg (2 mg/1.5 mL) subcutaneous pen injector**<br>Inject 2.5 mL every day by subcutaneous route. | 07/12/21 | entered |
| **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG SUBCUTANEOUSLY ONCE A WEEK AS DIRECTED | 06/27/22 | filled |
| **topiramate 25 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 30 days. | 07/18/22 | prescribed |
| **traZODone 50 mg tablet**<br>Take as needed by oral route for 90 days. | 09/26/16 | filled |
| **Vitamin D Internal Note:** pt unsure if D2 or D3 | 02/22/21 | entered |

pro biotic, bio clear

**Family History**

Discussed Family History

| | |
|---|---|
| Mother | - Heart disease |
| Father | - Diabetes mellitus |
| | - Heart disease |
| | - Malignant neoplastic disease |

**Past Medical History**

Discussed Past Medical History
Anemia: **Y**
Arthritis: **Y**
High Blood Pressure: **Y**
MRSA: **Y - hx positive throat culture**
Obesity: **Y**
Vitamin/Mineral Deficiency: **Y**

**Vaccine History**

Vaccines not reviewed (last reviewed 07/12/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **COVID-19** | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | employer |

Electronically Signed by: CYDNEY VANOSDALE, NP

Cydney Vanderdal FNP-BC

---

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177

# Fax Cover Sheet

**To: Moore, Amber, FNP**
**Fax: 4238392125**

**From: Ben Christopher**
**Sent on: July 13, 2022**

**Regarding: Discharge Note: 06/22/2022 for Guerrero, Sabrina M. (Discharged)**

Thank you for this referral

Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. and any of its subsidiaries each reserve the right to monitor all electronic communications through its networks.
Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177

# Discharge Note

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Physician Name:** A. Moore, FNP
**Date of Last Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)

**Date of Discharge Note:** 06/22/2022
**Injury/Onset Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 14

**Guerrero, Sabrina M. has been discharged from our care for the following reasons:**
Pt has failed to return for therapy since last session dated 6/16/2022. D/C Pt at this time. Referring MD was informed of Pt D/C.

Please see the last progress report or notes above for the patient's most recent status. Thank you for the opportunity to assist you in the rehabilitation of this patient. If you have any questions or concerns, please feel free to contact me at (865)453-9022.

Ben Christopher, PT

Ben Christopher
License #6305
*Document created on July 13, 2022 12:49 pm*

Gmail PHG Nurse <phgnursing@gmail.com>

## Dr Phillips's Nurse

1 message

**Sabrina VanCor** <sabrinavancor@yahoo.com> Fri, Jul 8, 2022 at 9:36 PM
To: Nurse Phg <phgnursing@gmail.com>

Hello Brooke,

I apologize for once again to bother y'll. I have another form that I need to submit. I was diagnosed with covid on February 7, 2022. I have gone to one appointment to the Ballad Health Post Covid Center on June 8th and will be returning on July 20th. I hopefully will return to work on October 26th. The attached form is for a policy I have at TVA. If y'll could complete and have Dr Phillips's sign and return to me I would greatly appreciate your assistance.

Kindest Regards

Sabrina Guerrero

**Cuna Mutual TVA.pdf**
236K

please fax attached form. 7-11-22 CBM

Life and Disability Claims
P.O. Box 5010; Madison, WI 53705-0010
Dept. Bus: 1.800.621.6323 • Voice/TTD: 1.800.937.2644
Toll Free Fax: 1.855.726.2513
myclaim.cunamutual.com • E-Mail: Members.Claims@cunamutual.com

CUNA MUTUAL GROUP

CMFG Life Insurance Company

July 6, 2022

SABRINA GUERRERO

Claimant: Sabrina Guerrero
Claim No.: 2228161124
Benefit No.(s): 222816112401
Loan No.(s): 1

Dear Ms. Guerrero:

Additional medical support is needed to continue the review of your claim. Please present this request directly to your Physician's office along with the attached Authorization Form. The attached authorization form may be requested from your Physician's office prior to releasing the requested information. You will be contacted when the requested information is returned from your physician.

This is a request for medical information needed to continue the review of a disability claim for your patient, Sabrina Guerrero, DOB 03/10/1969. Please provide the medical information requested below at your earliest convenience.

Update from appointment on: 05 / 09 / 22

ICD 10 code: R06.02, R53.83

- What date did disability begin? 02 / 07 / 22

- Has patient been released to return to work? ___ Yes √ No

IF YES:

- As of what date? ____ / ____ / ________

- Please list restrictions, if any:

________________________________________

MANUALREQUEST

*070622192616666*

Lincoln/Guerrero 1335

- Date restrictions are in place through? ____/____/________

IF NO:

- What is patient's estimated recovery date? 10 / 26 / 22

- Next appointment date? ____/____/ not scheduled @ this time

- Current treatment plan?
Ballad Health Post Covid Center

- If disability will continue for an extended period, please indicate:

__ 1 month √ 3 months __ 6 months __ Total/Permanent Disability

- What do you expect regarding this condition?

√ Improvement __ No Change __ Deterioration

I certify the above information is true and complete to the best of my knowledge.

Treating Physician's Name: F. Edward Phillips, Jr., MD.

Physician's or Authorized Signature: FE Phillips

Printed Name: F. Edward Phillips, Jr., MD.

Phone Number: 423-839-2120 Date: 07.11.22

If you have any questions, please do not hesitate to contact us.

Thank you for your assistance.

Sincerely,

Claims Customer Service

CC: Knoxville TVA Employees Credit Union

MANUALREQUEST

*070622192616666*

Life and Disability Claims
P.O. Box 5010; Madison, WI 53705-0010
Dept. Bus: 1.800.621.6323 • Voice/TTD: 1.800.937.2644
Toll Free Fax: 1.855.726.2513
myclaim.cunamutual.com • E-Mail: Members.Claims@cunamutual.com

CUNA MUTUAL GROUP

CMFG Life Insurance Company

**Claimant:** Sabrina Guerrero
**Claim No:** 2228161124

# AUTHORIZATION FOR RELEASE OF MEDICAL AND EMPLOYMENT INFORMATION

I authorize any health care providers, physician, medical practitioner, psychologist, chiropractor, hospital, clinic, pharmacy benefit manager or other pharmaceutical firm, insurance or reinsuring companies, the Medical Information Bureau, Inc., consumer reporting agency, Social Security Administration, financial institution, or employer having information about the history, diagnosis, treatment and prognosis with respect to any physical or mental condition, prescription drug records, financial status, employment status, or other relevant information of mine to give all information (except psychiatric treatment notes) to **CMFG Life Insurance Company** and its affiliates and subsidiaries ("Company") or its reinsurers to determine eligibility for benefits. Information obtained will be released only to reinsurers, the Medical Information Bureau, Inc., persons performing business duties as delegated or contracted for by the Company related to my claim and subsequent insurance related functions as permitted or required by law, or as I further authorize. Some of the health information noted above may be disclosed to persons or organizations that are not subject to federal health information privacy laws, resulting in the information no longer being protected under such laws.

I agree this authorization is valid for the duration of the claim. I understand that: (1) I can revoke this authorization at any time by giving written request to the Company; (2) revocation of this authorization will not affect any prior action taken by the Company in reliance upon this authorization; (3) failure to sign, or revocation of this authorization may impair the Company's ability to evaluate claims and may be a basis for denying this claim for benefits; and (4) I may receive a copy of this authorization.

**For Residents of Vermont Only:** This authorization does not include the disclosure of information concerning previously administered tests for the HIV antibody, T-cell counts, AIDS or ARC.

**For Residents of Maine Only:** This authorization excludes disclosure of previously administered tests for the HIV antibody, however, does not limit the release of other information or notes related to an AIDS diagnosis.

| Claimant's Signature, Legal Guardian or Authorized Personal Representative of the Estate | Date | Home Phone | Cell Phone | Date of Birth |
|---|---|---|---|---|
| | / / | | | / / |

FRMAUTHOR

*070622192616673*

**Lincoln/Guerrero 1337**

CUNA MUTUAL GROUP
P.O. Box 391 • 5910 Mineral Point Road
Madison, WI 53701-0391
Phone: 608/238-5851

# FACSIMILE TRANSMISSION COVER PAGE

**DATE:** Wednesday, July 6, 2022 4:42:50 PM

We are transmitting **03** pages *(including this cover page)*. If you do not receive the entire transmission, please contact the sender at the telephone number listed below.

**SEND TO:** Fax Number: 4238392125

Recipient's Name: Dr. Ward Phillips

**MESSAGE:**

**FROM:** Sender's Name: Amanda de Neui

Fax Number: 608.236.6057

Telephone Number: 608.665.4039

General Fax: 608.238.0830

**Important Message:** The information contained in this facsimile and any accompanying documents are confidential and intended only for the individual(s) to whom it is addressed. If you have received this facsimile/email in error, please contact us immediately by calling the telephone number or emailing us at the address listed above. In some cases, we may ask you to return the documents at our expense, otherwise, please destroy the information you have received at once. Any use, distribution, or copying of the contents of this facsimile/email is strictly prohibited. Thank you.

Life and Disability Claims
P.O. Box 5010; Madison, WI 53705-0010
Dept. Bus: 1.800.621.6323 • Voice/TTD: 1.800.937.2644
Toll Free Fax: 1.855.726.2513
myclaim.cunamutual.com • E-Mail: Members.Claims@cunamutual.com

CUNA MUTUAL GROUP
CMFG Life Insurance Company

**CLAIM NO: 2228161124**

# FACSIMILE TRANSMISSION COVER PAGE

**DATE: July 6, 2022**

We are transmitting ______ page(s) (including this cover page). If you do not receive the entire transmission, please contact the sender at the telephone number listed below.

**TO:** Recipient's Name: Dr. Ward Phillips
Fax Number: 423-839-2125
Telephone Number:
Company/Department:
Credit Union Contract Number: 04102328

**REGARDING:** Sabrina Guerrero, DOB

**MESSAGE:** This is a request for medical information needed to continue the review of a disability claim for your patient, Sabrina Guerrero, DOB 0 . Please provide the medical information requested below at your earliest convenience.

Update from appointment on: 05 / 09 / 22

ICD 10 code: R06.02, R53.83, G47.33

- What date did disability begin? 02 / 07 / 22

- Has patient been released to return to work? __ Yes ✓ No

IF YES:

- As of what date? ____/____/________

- Please list restrictions, if any:

________________________________________

- Date restrictions are in place through? ____/____/________

IF NO:

- What is patient's estimated recovery date? 08 / 20 / 22

- Next appointment date? ____/____/ not scheduled @ this time



**Lincoln/Guerrero 1339**

- Current treatment plan?
long Covid Clinic

- If disability will continue for an extended period, please indicate:

__ 1 month __ 3 months √ 6 months __ Total/Permanent Disability

- What do you expect regarding this condition?

√ Improvement __ No Change __ Deterioration

I certify the above information is true and complete to the best of my knowledge.

Treating Physician's Name: F. F. Phillips, Jr. MD

Physician's or Authorized Signature: [signature]

Printed Name: F.F. Phillips, Jr., M.D.

Phone Number: 423.839.2120 Date: 07.08.22

If you have any questions, please do not hesitate to contact us.

Thank you for your assistance.

**FROM:**

| | |
|---|---|
| Toll Free Fax Number: | 1.855.726.2513 |
| Sender's Name: | Claims Department |
| Telephone Number: | 1.800.621.6323 |
| Company/Division: | CUNA Mutual Group |
| Department: | Life and Disability Claims |

**CONFIDENTIAL**

**This facsimile transmission contains confidential and/or legally privileged information for the companies that comprise CUNA Mutual Group. The information contained in this facsimile transmission is intended only for the use of the addressee(s) named on this transmittal sheet. If you are not an addressee, or the employee or agent responsible for delivering it to an addressee, you are hereby notified that any use, dissemination, distribution, publication or copying of the information contained in the facsimile is strictly prohibited. If you have received this transmission in error, please notify us by telephoning immediately so that we can arrange for the return of the information to us at no cost to you. Thank you for your cooperation.**

**FRMFAXCOVPG**

GUERRERO, Sabrina M (id #1389974, dob:

**KNOXVILLE HMA PHYSICIAN MANAGEMENT LLC**
Tennova Bariatric Surgery
10800 PARKSIDE DR STE 330
KNOXVILLE, TN 37934-1922
Phone: (865) 392-3971
Fax: (865) 392-3972

**Encounter Summary - Progress Note**
Date Printed: 06/20/2022

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:29854969-H-4694]

| | |
|---|---|
| **Patient** | Guerrero, Sabrina M (53yo, F) #1389974 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | telehealth communication, follow up medication<br>06/20/2022 - 10:00AM - TPS_TENNOVA BARIATRIC SURGERY |
| **History of Present Illness** | Patient presents today via telehealth for medication follow-up. She began taking Topiramate two months ago to help with sugar cravings. She has lost another nearly 9 lbs since last month. She states she is doing well with the medication. She does feel like it is helping her a lot. Though she is interested in increasing the dose.<br>She states she does still have some tingling and brain fog, but she is unsure if it is related to the medicine or her Covid. She does still struggle with post-Covid symptoms. She states she did see a long term Covid clinic who suggested she try an anti-inflammatory diet. She states she plans to look into that. She states she also needs to increase her water intake. |
| **Review of Systems** | Patient reports **fatigue/tiredness** but reports no fever and no night sweats. She reports **chronic bronchitis, persistent cough (lasting over 3 wks), shortness of breath at rest, and shortness of breath with activity** but reports no asthma, no emphysema, no bloody sputum, no difficulty sleeping flat, no snoring, no awakening at night, no morning headaches, no daytime drowsiness, no observed apnea episodes, no chronic insomnia, and no sleep apnea; **covid 2/2022**. She reports **tingling**. She reports **depression and anxiety disorder** but reports no suicidal thoughts, no suicide attempts, no bi-polar disease, no schizophrenia, no anorexia, and no bulimia. She reports no chest pain, no history of heart attack, no heart surgery, no heart murmurs, no high blood pressure, normal heartbeat, no painful varicose veins, normal cholesterol, normal triglycerides, no anemia, no blood clot in leg (DVT), no previous blood transfusion, no known exposure to HIV, and no rheumatic fever. She reports no hepatitis, no cirrhosis, normal liver enzymes, no frequent nausea and vomiting, no heartburn/reflux, no chronic abdominal pain, no chronic diarrhea, no chronic constipation, no history of Irritable Bowel Syndrome, no ulcerative colitis, no Crohn's disease, and normal liver. She reports no painful joints, no swelling of legs/feet, no Rheumatoid Arthritis, no chronic pain in hips, knees, or feet, no chronic low back pain, no herniated disc, no numbness of legs/feet, no joint replacement surgery, and no hernias. She reports normal thyroid function, no |

| | |
|---|---|
| | diabetes, no chronic steroid use, and no Cushing's disease. She reports wounds heal normally, no skin cancer, normal moles, no chronic rash, no psoriasis/eczema, no lupus, and no scleroderma. She reports normal periods, no polycystic ovarian disease, no infertility, and no facial hair growth. |
| **Vitals** | 06/20/2022 10:33 am<br>**BMI:** 60.3 **Ht:** 5 ft 5 in **Wt:** 362.6 lbs Stated |
| **Procedure** | **Telehealth Communication:**<br>This visit was performed via telehealth. |
| **Results/Interpretations** | None recorded |
| **Physical Exam** | **Constitutional:** Examination Position: sitting up. General Appearance: well groomed and **morbidly obese**. Level of Distress: no acute distress. Speaking: normal voice quality.<br><br>The following component(s) vital signs, auscultation of lungs and abdomen, and provider palpation of abdomen and skin were not obtained due to the service being provided via telehealth during the COVID-19 pandemic. |
| **Assessment and Plan** | Telehealth communication performed with patient.<br>Service was provided using telemedicine. Patient verbally consents to this services (virtual check-in).<br>Names and roles of all persons participating in telemedicine services include: Cydney Vanosdale, NP<br>Patient is located at home and is an established patient.<br>A total of 8 minutes were spent in consultation via athena Telehealth video and audio to assess and treat the following: medication follow-up.<br><br>**1. Morbid obesity -**<br>Will increase Topiramate at this time.<br>Z68.44: Body mass index [BMI] 60.0-69.9, adult<br>• topiramate 25 mg tablet - Take 1 tablet(s) twice a day by oral route for 30 days. Qty: 60 tablet(s) Refills: 0 Pharmacy: SAM'S CLUB PHARMACY 6572<br><br>**2. Dietary management surveillance**<br>Z71.3: Dietary counseling and surveillance<br><br>**Discussion Notes**<br>Today's discussion included:<br>- Current medication use<br>- Side effects<br>- Current diet<br>- Improvement of sweet cravings<br>- Fluid intake<br>- Effects of Covid<br>- Continue medication; increase dose<br>- Per patient request, follow-up in one month and PRN<br><br>Return to Office<br>• CYDNEY VANOSDALE, NP for TELEHEALTH EST 30 at TPS_TENNOVA BARIATRIC SURGERY on 07/18/2022 at 10:30 AM<br>• to see CYDNEY VANOSDALE, NP for Annual Visit 30 at TPS_TENNOVA BARIATRIC SURGERY on or around 04/27/2023 |

Patient Medical History:

| | |
|---|---|
| **Allergies List** | Allergies not reviewed (last reviewed 07/12/2021)<br>**SULFA (SULFONAMIDE ANTIBIOTICS):** Hives |
| **Medications** | Reviewed Medications |

| | | | |
|---|---|---|---|
| | **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS | 02/16/22 | filled |
| | **B12 5,000 mcg-100 mcg sublingual lozenge**<br>Place by sublingual route. | 02/22/21 | entered |
| | **Bariatric Multivitamins** | 02/06/20 | entered |
| | **benazepril 10 mg tablet**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 05/13/22 | filled |
| | **calcitriol 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 05/13/22 | filled |
| | **Chlo Hist 1 mg-12.5 mg/5 mL oral solution**<br>TAKE 10 ML BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH AND CONGESTION FOR 7 DAYS | 02/16/22 | filled |
| | **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 05/21/22 | filled |
| | **escitalopram 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/27/22 | filled |
| | **hyoscyamine 0.125 mg sublingual tablet**<br>Place as needed by sublingual route for 30 days. | 03/06/18 | filled |
| | **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 03/07/22 | filled |
| | **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 05/13/22 | filled |
| | **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 05/13/22 | filled |
| | **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/27/22 | filled |
| | **Nystop 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY THREE TIMES DAILY, MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED | 05/16/22 | filled |
| | **ondansetron HCL 4 mg tablet** | 12/30/19 | filled |
| | **Ozempic 0.25 mg or 0.5 mg (2 mg/1.5 mL) subcutaneous pen injector**<br>Inject 2.5 mL every day by subcutaneous route. | 07/12/21 | entered |
| | **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG SUBCUTANEOUSLY ONCE A WEEK AS DIRECTED | 11/16/21 | filled |
| | **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH TWICE DAILY, RINSE MOUTH AFTER USE | 02/24/22 | filled |
| | **topiramate 25 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 30 days. | 06/20/22 | prescribed |
| | **traZODone 50 mg tablet**<br>Take as needed by oral route for 90 days. | 09/26/16 | filled |
| | **Vitamin D Internal Note:** pt unsure if D2 or D3 | 02/22/21 | entered |
| | pro biotic, bio clear | | |

**Family History**

Discussed Family History

| | |
|---|---|
| Mother | - Heart disease |
| Father | - Diabetes mellitus |
| | - Heart disease |
| | - Malignant neoplastic disease |

| | |
|---|---|
| **Past Medical History** | Discussed Past Medical History<br>Anemia: **Y**<br>Arthritis: **Y**<br>High Blood Pressure: **Y**<br>MRSA: **Y** - **hx positive throat culture**<br>Obesity: **Y**<br>Vitamin/Mineral Deficiency: **Y** |
| **Vaccine History** | Vaccines not reviewed (last reviewed 07/12/2021) |

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **COVID-19** | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | employer |

Electronically Signed by: CYDNEY VANOSDALE, NP



**BalladHealth**
303 Med Tech Parkway Johnson City, TN 37604

**Time Sent:** 6/9/2022 2:33 PM

**To:** Floyd E Phillips Jr., MD
**Phone:** 423-839-2120
**Fax:** 423-839-2125

**From:** Pammela M Poore, NP
**Department:** HVMC SPINE AND REHAB
**Department Phone:** 423-392-4908
**Department Fax:** 423-392-4910

**Message:** ______________________________

**CONFIDENTIALITY NOTICE**

THE DOCUMENTS ACCOMPANYING THIS TRANSMISSION MAY CONTAIN CONFIDENTIAL INFORMATION. THE INFORMATION IS INTENDED ONLY FOR THE USE BY THE INDIVIDUAL OR ENTITY NAMED ABOVE. THE AUTHORIZED RECIPIENT IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY UNLESS REQUIRED TO DO SO BY LAW OR REGULATION AND IS REQUIRED TO PROTECT THE INFORMATION FROM ALL UNAUTHORIZED ACCESS. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS INFORMATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND ARRANGE FOR THE RETURN OR DESTRUCTION OF THESE DOCUMENTS.

If you have received this fax in error please contact the Information Systems Service Desk at 423 431 6290 or 423 230 8383. Please provide the following information when calling:

Contact Information:
- Name of person reporting the issue
- Office/Company Name
- Phone Number
- Fax Number
- Description of concern, issue or problem

**Lincoln/Guerrero 1345**

BalladHealth.
It's your story. We're listening.

BHMA Spine and Rehabilitation
6 SHERIDAN SQUARE #100
KINGSPORT TN 37660-7390
Phone: 423-392-4908
Fax: 423-392-4910

June 9, 2022

Floyd E Phillips Jr., MD
6890 W A J Hwy
Talbott TN 37877

Patient: **Sabrina Guerrero**
MR Number: **12141403**
Date of Birth:
Date of Visit: **6/8/2022**

Dear Dr. Phillips:

Sabrina Guerrero was seen at the Center for Post-COVID Care on 5/8/22 for evaluation. Below are the relevant portions of my assessment and plan of care.

If you have questions, please do not hesitate to call me. I look forward to following Sabrina along with you.

Sincerely,

Pammela M Poore, NP

CC
No Recipients

| | | | |
|---|---|---|---|
| Patient Name: | **Guerrero, Sabrina** | Today's Date: | **6/9/2022** |
| Preferred Name: | **Sabrina** | Date of Encounter: | **6/8/2022** |
| Patient MRN / CSN: | **12141403 / 10095696404** | Appt. Time: | **1:00 PM EDT** |
| Patient Age / DOB: | **53-year old /** | Encounter Provider: | **Pammela M Poore, NP** |
| PCP: | **Floyd E Phillips Jr, MD** | | |

Center for Post-Covid Care (CPCC)

Sabrina Guerrero is a 53-year old who presents for Post Covid Evaluation.
Patient complains of the following Symptoms: Fatigue, Headache, Anxiety/Irritability, Depression, Shortness of breath, Brain fog, Memory loss, Poor concentration, Blood pressure problems, Joint Pain, and Muscle Weakness

I have reviewed the patient's Post-COVID Care Management Assessment completed on 5/27/22.

Date of onset of symptoms: 2/7/22
Date of last positive test:2/7/22
Were you hospitalized due to COVID: No
Were you seen by a provider for COVID as an outpatient? PCP
Have you received experimental drugs for COVID treatment?: Yes

HPI

Ms. Guerrero states that initial COVID symptoms began 2/7/22 and consisted of Dry Cough, Shortness of Breath, Runny Nose, Diarrhea, Sore Throat, and Headache. Reports that she called PCP Dr. Floyd Phillips and was prescribed Paxlovid and Tessalon Perles. States that over the next week Dry Cough worsened into a constant deep bronchial cough that made it difficult for her to even talk along with all other symptoms worsening. Reports that she decided to go to Urgent Care. Reports that Urgent Care gave her a Steroid Injection and a Antibiotic Injection and was prescribed an Inhaler, Cough Medicine, and Steroid Dose Pak that helped. States that she followed up with PCP NP within the next week or so and was prescribed another Inhaler, Steroid Dose Pak, Antibiotic and wanted to refer to Physical Therapy but patient was to weak. Reports that over the next week or so she felt like Fatigue, Weakness, and Shortness of Breath were getting worse but Cough was improving some. Followed up with PCP NP again and was prescribed another Steroid Dose Pak and was referred to Physical Therapy. States that initially Physical Therapy was scheduled for three days a week doing 1 - 1.5 hours and it took two days to recover from it every time she went. Physical Therapy was decreased to two day a week and required a $50.00 Co-pay. Reports that she now goes 1 - 2 days a week for 1 -1.5 hours and it still takes her two days to recover every time she goes.

Ms. Guerrero reports that Post-COVID Fatigue continues without improvement. States that Fatigue has made her unable to continue working and has been on Short Term Disability since 3/5/22. Reports that she requires frequent naps that last for several hours and is only able to bathe twice a week due to Fatigue. Reports that she continues to go to Physical Therapy 1 - 2 times a week and it continues to take two days to recover.

Ms. Guerrero reports Post-COVID daily headaches that vary in intensity. Reports that she takes Tylenol for headache if it gets bad enough which relieves headache. States that prior to COVID she only experienced and occasional normal headache.

Ms. Guerrero reports that she had some Anxiety prior to COVID but Post-COVID Anxiety is much worse. States she has been taking Escitalopram 10 mg daily since 2017 which helps some but still continues to feel Anxious/Irritated/Agitated at times.

Ms. Guerrero repots that she had some Depression prior to COVID but has worsened since COVID. Reports that she has been taking Escitalopram 10 mg daily since 2017 which helps with Depression.

Ms Guerrero states Post-COVID Shortness of Breath made it difficult for her to continue working and has been on Short Term Disability since 3/5/22. States that sometimes when becoming Short of Breath she feels a little dizzy and she can feel that her heart rate increases. Reports that she cannot walk around or do chores standing up without becoming Short of Breath. Reports that she has learned to pace herself and walk slowly. States that when in Physical Therapy there are times that she gasps for air and has to stop to use Albuterol and Symbicort to recover. Reports that oxygen saturations never drop below 92 - 97% and has never had home oxygen.

Ms. Guerrero reports that Post-COVID Brain Fog, Memory Loss, and Poor Concentration continue without improvement. Reports that she forgets what she has done, can remember what she needs to do, and has difficulty staying focused. States that family and friends have brought to here attention that she constantly is asking the same questions over and over again, repeats the same things over and over again, and slurs some of her words when speaking.

Ms. Guerrero reports that since COVID her blood pressure seems to fluctuate up and down. Reports that her blood pressure fluctuates anywhere from 118/80 - 140/100 but has dropped as low as 90/80. States that she is currently taking Lotensin 20 mg daily. Patient states that she has started checking her blood pressure prior to taking Lotensin and if blood pressure is on the low side she will not take Lotensin.

Ms. Guerrero reports Chronic Joint Pain of knees, ankles, shoulders, elbows, and neck that worsened with COVID. Reports that Joint Pain comes and goes affecting different areas randomly and she takes Meloxicam and applies ice to effected area to help relieve pain. States that she has taken Meloxicam for Joint Pain since 2011. Patient reports that she has never seen a Rheumatologist for Joint Pain.

Ms. Guerrero states that since COVID she has experienced muscle pain in her Calves and Upper Arms at times. Reports that Muscle Pain feels like a burning sensation. States that sometimes she thinks her Calves may be having a muscle spasm.

Covid Vaccine on file:

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

History Assessed by Care Management - Fri May 27, 2022

| Row Name | 1542 |
|---|---|
| African-American? | **No** 05/27/22 1546 |
| Latinx? | **No** 05/27/22 1546 |
| O2 use? | **No** 05/27/22 1546 |
| BMI | **>40 Class 3** Pt reports morbid obesity 05/27/22 1546 |

| | |
|---|---|
| Diabetes Mellitus | **None** 05/27/22 1546 |
| Prior or pre-existing cancer diagnosis? | **No** 05/27/22 1546 |
| Pre-existing immunocompromise? | **No** 05/27/22 1546 |
| Immunocompromising medication use? | **No** 05/27/22 1546 |
| Covid related ICU stay? | **No** 05/27/22 1546 |
| Covid related mechanical ventilation | **No** 05/27/22 1546 |
| Pre-existing heart condition? | **—** H/O: HTN 05/27/22 1546 |
| Pre-existing lung condition | **No** pt denies any known dz 05/27/22 1546 |
| Post-COVID diagnosis made clinically - no test result | **No** Tested + : 2/7/2022. Still out on FMLA 05/27/22 1546 |
| Have you had the COVID-19 Vaccine? | **Yes** Pfizer Rx 05/27/22 1546 |
| First Dose | **01/01/21** 05/27/22 1546 |
| Second Dose | **01/25/21** 05/27/22 1546 |
| COVID Booster | **—** Declined booster 05/27/22 1546 |

Symptoms Assessed by Care Management - Fri May 27, 2022

| Row Name | 1546 |
|---|---|
| Do you have a cough? | **Yes** ! 05/27/22 1548 |
| Is the cough dry or is there sputum? | **Dry** " I have the Covid cough but it has improved over past 2 weeks now" 05/27/22 1548 |
| Is cough new or pre-existing? | **New** 05/27/22 1548 |
| Do you have Shortness of Breath? | **Yes** 05/27/22 1548 |
| Is the SOB exertional and/or even at rest? | **Exertional** 05/27/22 1548 |
| Is the SOB new or pre-existing? | **New** 05/27/22 1548 |
| Do you have a fever? | **No** 05/27/22 1548 |
| Are you experiencing chest pain or tightness? | **No** 05/27/22 1548 |
| Are you having a fast heart rate (more than usual)? | **No** 05/27/22 1548 |
| Has the patient seen a cardiologist for the heart rate issues? | **No** 05/27/22 1548 |
| Have you been diagnosed with blood clots? | **No** 05/27/22 1548 |
| Do you have chronic fatigue? | **Yes** 05/27/22 1548 |
| Is the chronic fatigue new or pre-existing? | **New** " I have extreme exhaustion & fatigue now". I used to be very active & working & now I have very little energy to even get up, showered & dressed" 05/27/22 1548 |
| Are you experiencing any unusual pain? | **No** 05/27/22 1548 |
| Are you experiencing loss of taste or smell? | **No** 05/27/22 1548 |
| Are you experiencing any hair loss? | **No** 05/27/22 1548 |

Symptoms Assessed by Care Management - Fri May 27, 2022

| Row Name | 1548 |
|---|---|
| Are you experiencing headaches? | **No** 05/27/22 1551 |
| Are you having difficulty with remembering things or concentrating? | **Yes** ! 05/27/22 1551 |
| Memory, concentration or both? | **both** " This is my # 1 compliant after the fatigue. I can't remember things. My family says I ask the same ?'s over & over & I don't remember asking them. I seem unable to concentrate & I had |

| | |
|---|---|
| | no issues before Covid with this." 05/27/22 1551 |
| Is memory/concentration issue new or pre-existing? | New 05/27/22 1551 |
| Are you feeling down, depressed or hopeless? | Yes ! 05/27/22 1551 |
| Have you felt stressed? | Yes ! 05/27/22 1557 |
| How many days have you felt this way in the last two weeks? | 10 05/27/22 1557 |
| Do you feel anxious or nervous? | Yes ! 05/27/22 1557 |
| Is the anxious or nervous feeling new or pre-existing? | Pre-existing 05/27/22 1557 |
| Is the anxious or nervous feeling better, same or worse? | worse " My anxiety level is really high now & I cry easily". " Just don't understand why I don't feel like myself & my PCP doesn't help" 05/27/22 1557 |
| Are you experiencing any difficulty sleeping? | Yes ! 05/27/22 1557 |
| Is difficulty sleeping new or pre-existing? | New " I just sleep all the time & am still exhausted" 05/27/22 1557 |
| Do you hear voices or sounds that no one else hears? | No 05/27/22 1557 |
| Have you wondered if your mind was trying to trick you or if it was not working right? | Yes ! " My memory & concentration seems so off" 05/27/22 1557 |
| Have you had rapid changes in mood that are unusual for you? | No 05/27/22 1557 |
| Do you have trouble completing daily tasks? | Yes ! 05/27/22 1557 |
| Are issues with daily tasks new or pre-existing? | New Still on FMLA for work. Still in OP/PT trying to "build up my strength" 05/27/22 1557 |
| Any other unusual symptoms? | Yes ! 05/27/22 1557 |
| List the symptoms | " Sometimes my friends & family say my speech seems slurred" 05/27/22 1557 |
| Further evaluation for Post-Covid Syndrome? | Yes ! 05/27/22 1557 |
| If your symptoms have resolved, did you have any of the above symptoms 30 days after your COVID diagnosis? | Yes ! 05/27/22 1557 |
| Approximately how long did the symptoms last? | 91 - 180 days 05/27/22 1557 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:
Outpatient Encounter Medications as of 6/8/2022

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. | | |
| • benazepril (Lotensin) 20 MG tablet | Take 20 mg by mouth. | | |

| | |
|---|---|
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. |
| • Budesonide-Formoterol Fumarate (SYMBICORT IN) | Inhale into the lungs as needed. |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. |
| • CALCIUM CITRATE PO | Take by mouth. |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other day |
| • escitalopram (Lexapro) 10 MG tablet | Take 10 mg by mouth. |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • topiramate (Topamax) 25 MG capsule | Take 25 mg by mouth 2 (two) times a day. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |

Last reviewed on 6/8/2022 1:26 PM by Ashley B Vaughn, RN

Medical History:
Sabrina has a past medical history of Anxiety, Bronchitis, COVID-19, Depression, Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Depression in her mother; Diabetes in her father; Heart disease in her father; Hyperlipidemia in her mother; Hypertension in her father; Pancreatic cancer in her father; Scoliosis in her mother.

Sabrina reports previous alcohol use.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports previous drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath.
Musculoskeletal: Positive for arthralgias and myalgias.
Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for agitation. The patient is nervous/anxious.

Vitals:

| | 06/08/22 1351 | 06/08/22 1400 | 06/08/22 1402 | 06/08/22 1404 |
|---|---|---|---|---|
| BP: | 126/89 | 126/62 | 122/81 | 122/78 |
| Pulse: | 82 | 78 | 85 | (!) 104 |
| Resp: | 20 | | | |
| Temp: | 97.8 °F (36.6 °C) | | | |
| TempSrc: | Temporal | | | |
| SpO2: | 100% | | | |
| Weight: | (!) 166.5 kg (367 lb) | | | |
| Height: | 5' 5" (1.651 m) | | | |

No LMP recorded.

Physical Exam
Constitutional:
Appearance: Normal appearance. She is obese.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.
Abdominal:
Palpations: Abdomen is soft.
Musculoskeletal:
Left lower leg: Edema present.
Comments: LLE 2+ pitting
Skin:
General: Skin is warm and dry.

Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
General: No focal deficit present.
Mental Status: She is alert and oriented to person, place, and time.
Psychiatric:
Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

GAD-7 Anxiety Scale - Thu June 09, 2022

| Row Name | 1214 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Feeling nervous, anxious, or on edge | More than half the days 06/09/22 1215 |
| Not being able to stop or control worrying | More than half the days 06/09/22 1217 |
| Worrying too much about different things | More than half the days 06/09/22 1215 |
| Trouble relaxing | Not at all 06/09/22 1215 |
| Being so restless that it is hard to sit still | Not at all 06/09/22 1215 |
| Becoming easily annoyed or irritable | More than half the days 06/09/22 1215 |
| Feeling afraid as if something awful might happen | Several days 06/09/22 1215 |
| GAD-7 Total Score | 9 06/09/22 1217 |
| If you checked off any problems on this questionnaire, | |
| How difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Somewhat difficult 06/09/22 1217 |

## Problem List Items Addressed This Visit

- **Post-COVID syndrome - Primary**
  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero presents to the CPCC today for initial Post-COVID evaluation with continued Post-COVID symptoms of Fatigue, Headache, Anxiety, Depression, Shortness of breath, Brain fog, Memory loss, Poor concentration, Blood pressure problems, muscle weakness(described as burning sensation), increase sleep and irritable/agitated.

Requested PCP Dr. Floyd Phillips patient records.

Advised patient that it can take 12 months or more to start seeing some of the symptoms related to COVID-19 subside. I provided patient with information regarding the post-COVID support group. Patient provided information related to potential enrollment in ETSU COVID-19 Research Study under Dr. Jonathan Moorman.

I have spent greater than 70 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

  Ms. Guerrero reports that Post-COVID Fatigue continues without improvement.

  Patient PCP referred patient to Physical Therapy that she started on 3/21/22 and continues to go 1 - 2 times per week.

  Educated patient related to the benefits of following an Anti-Inflammatory Diet and decreasing sugar intake. Patient currently taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, and Zinc. Encouraged patient to begin taking Probiotic and Omega 3's, drink plenty of water, and continue Physical Therapy. Encourage adequate rest, good sleep hygiene, and fatigue management: planning, pacing, prioritizing, and positioning.

  Ordered CBC, CMP, B-12, TSH, T4, Vit D to further evaluate Fatigue.

  Relevant Orders

  CBC with Differential (Automated or Manual Diff as Indicated)
  Comprehensive Metabolic Panel
  Vitamin B12 Level
  Thyroid Stimulating Hormone (TSH)
  Vitamin D,1,25-Dihydroxy Level
  T4 Total (Thyroxine)

- **Post-COVID chronic headache**

  Ms. Guerrero reports Post-COVID daily headaches that vary in intensity. Reports that she takes Tylenol for headache if it gets bad enough and it helps. States that prior to COVID she only experienced and occasional normal headache.

  Encouraged patient to drink plenty of fluids, take OTC pain reliever, rest in quiet darkened room, and apply hot/cold compresses to head and neck to help relieve headaches.

  Patient states that she wants to wait to see if headaches get any better and declined Neurology Referral at this time.

  Relevant Medications

  meloxicam (Mobic) 15 MG tablet
  escitalopram (Lexapro) 10 MG tablet
  aspirin (Ecotrin) 81 MG EC tablet

topiramate (Topamax) 25 MG capsule

- **Anxiety**

Ms. Guerrero reports that Chronic Anxiety has worsened Post-COVID. States that at times she experiences increased feelings of anxiousness, irritation, and agitation. Reports that her PCP prescribed Escitalopram 10 mg daily for anxiety in 2017 and she continues taking daily which does help with Anxiety.

GAD7 Score 6/8/22: 9

Encouraged Anti-Inflammatory Diet, decrease caffeine and sugar intake, drink eight 8 oz glasses of water daily, avoidance of nicotine and alcohol, try to follow regular sleep regimen, and continue Physical Therapy.
Encouraged patient to reach out to Support Group. Provided Support Group contact information.
Informed patient that these symptoms may linger for 12 months or longer.

Patient advised to contact PCP to inform of increased Anxiety/Irritation/Agitation and a possible increase of Escitalopram 10 mg to twice daily.

Will consider referral to Behavioral Health if no improvement at follow up visit.

- **Depression**

Ms. Guerrero reports history of Depression that has worsened since COVID. Reports that she has been taking Escitalopram since 2017 that helps with Depression.

PHQ9 completed 5/27/22: 8

Patient advised to contact PCP to inform of increased Anxiety/Irritation/Agitation and a possible increase of Escitalopram 10 mg to twice daily.

Will consider referral to Behavioral Health if no improvement at follow up visit.

Relevant Medications

escitalopram (Lexapro) 10 MG tablet

- **Post-COVID chronic dyspnea**

Ms. Guerrero reports continued Post-COVID Shortness of Breath that is at times accompanied by dizziness and increased heart rate. Reports that she uses Albuterol and Symbicort Inhalers when she becomes Short of Breath. Patient states that she has not had a Chest XR since diagnosed with COVID.

Ordered Chest XR, PFT's, and referred patient to Pulmonology.

Patient requested to bereferred to Dr. Bakshi Pulmonologist in Greenville, TN. - informed Mae in front office.

Relevant Orders
Spirometry with Bronchodilator
XR Chest 2 View
Ambulatory referral to Pulmonology

- **Brain fog**
  Ms. Guerrero reports that Post-COVID Brain Fog continues without improvement.

  Educated patient related to benefits of Anti-Inflammatory Diet, drink eight 8 oz glasses of water a day, and continue Physical Therapy. Patient currently taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, and Zinc. Encouraged patient to begin taking Probiotic and Omega 3's. Practice breathing exercises, try to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

  Will consider Nufola at follow up visit if no improvement.

- **Memory loss**
  Ms. Guerrero reports that Post-COVID Memory Loss, continue without improvement.

  Encouraged patient to eat a healthy Anti-Inflammatory Diet, practice good sleep regimen, read, do puzzles, and play word games to keep brain active.

  Will continue to monitor.

- **Poor concentration**
  Ms. Guerrero reports that Post-COVID Poor Concentration continues without improvement.

  Encouraged patient to eat a healthy Anti-Inflammatory Diet, practice good sleep regimen, read, do puzzles, and play word games to keep brain active.

  Will continue to monitor.

- **Transient hypotension**
  Ms. Guerrero reports blood pressure fluctuates up and down since COVID. Reports that she is currently taking Lotensin 20 mg daily to high blood pressure but since COVID there are times that her blood pressure drops down. States that she now checks her blood pressure before taking Lotensin to keep her blood pressure from dropping to low.

  Encouraged Patient to inform PCP of blood pressure fluctuations and that some days she is not taking Lotensin. Encouraged to drink plenty of fluid, continue to check her blood pressure prior to taking Lotensin, and randomly check blood pressure throughout the day.

- **Post-COVID chronic joint pain**
  Ms. Guerrero reports Chronic Joint Pain that comes and goes randomly in different joints: knees, ankles, shoulders, elbows, and neck. Reports that Joint Pain worsened with COVID.

  Patient currently taking Meloxicam and applying ice to effected joint.

Encouraged patient to continue taking Meloxicam and to try alternating cold/heat to affected areas to help with pain.

Ordered Labs: ANA, CRP, RF, Sed Rate, and HLA-B27 to further evaluate Joint Pain.

Relevant Orders
C-Reactive Protein
Rheumatoid Factor
Sedimentation Rate
HLA-B27 Allele
Anti-Nuclear Antibody with Reflex Titer if Indicated

- **Post-COVID chronic muscle pain**
  Ms. Guerrero reports that she experiences muscle pain in her Calves and Upper Arms at times. States Muscle Pain feels like a burning sensation. Reports that there are times when she thinks her Calves may be having a muscle spasm.

  Encouraged patient to alternate applying ice/heat to reduce inflammation and improve blood flow to affected area and to take a warm bath using Epsom Salt to help relieve muscle pain. Educated patient to stretch and gently message the area to help relieve muscle spasm.

  Ordered Lab: CMP and CK to further evaluate Muscle Pain.

  Relevant Orders
  CK, Total

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred*

Return in about 6 weeks (around 7/20/2022).

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 17, 2022

Jefferson Memorial Hospital
110 HOSPITAL DRIVE
JEFFERSON CITY, TN 37760

RE: Long Term Disability (LTD) Benefits
Kindred At Home
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 26, 2022 through present

- Completion of the Enclosed Forms:

X Restrictions Form
__ Other

We ask that you provide this information by May 31, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kechele Gentry
Claims Examiner
Phone No.: (800) 291-0112 Ext. 59670
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

Return To: Kechele Gentry

| Sabrina Guerrero | | 12827197 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

To be completed by physician:

1. DATE FIRST TREATED – 02.07.22
   DATE LAST TREATED – 05.09.22
   NEXT OFFICE VISIT – not scheduled @ this time
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES
2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

N/A
- ☐ SEDENTARY Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally
- ☐ LIGHT Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ MEDIUM Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ HEAVY Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ VERY HEAVY Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) AND frequency (SEE KEY). 2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.
   unable to perform all job functions
4. RESTRICTIONS IMPOSED FROM 02.07.22 TO 06.20.22.
5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?
   physical therapy
6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
   fatigue, dyspnea
7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______ TO ______.

From: 06/07/2022 10:59 #376 P.006/006

| | | |
|---|---|---|
| F.E. Phillips, Jr., M.D. | M.D. Internal Medicine | 47-3264155 |
| Provider's Name (Please Print) | Degree AND Area of Specialty | Social Security or Tax ID Number |
| 6890 West A.J. Hwy. | 423.839.2120 | 423.839.2125 |
| Street Address | Telephone Number | Fax Number |
| Talbott, TN 37877 | FE Phillips | 06.07.22 |
| City, State & Zip Code | Signature | Date |

00001148 LFPXXXD1 00004594 E

TRANSMISSION VERIFICATION REPORT

TIME : 06/07/2022 15:50
NAME : PHILLIPS HEALTHCARE
FAX : 4238391609
TEL : 4238392120
SER.# : U63274M6J379548

| | |
|---|---|
| DATE,TIME | 06/07 15:42 |
| FAX NO./NAME | 16033340380 |
| DURATION | 00:08:44 |
| PAGE(S) | 21 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |

Lincoln/Guerrero 1362

Gmail **PHG Nurse <phgnursing@gmail.com>**

## Fwd: Sabrina Guerrero. 50070879 - Maximum FMLA Entitlement

1 message

**Sabrina VanCor** > Thu, Jun 23, 2022 at 3:58 PM
To: Nurse Phg <phgnursing@gmail.com>

Hello,

I have exhausted all my fmla and have requested an extended leave of absence. My office which I work out of have agreed to allow an extended leave of absence up to 4 months while I continue care with Ballad Health long covid clinic and seeking treatment. The provider at Ballad said it may take me 12 to 18 months but I'm wishful and praying that within the next four months the brain fog and exhaustion will leave and I will have the strength, and endurance to perform my job. Thank you for your assistance. If you will please email documents back to me at

Kindest regards,

Sabrina Guerrero

Begin forwarded message:

**From:** LeaveManagement <LeaveManagement@curohs.com>
**Date:** June 17, 2022 at 2:32:53 PM EDT
**To:** Sabrina VanCor <
**Subject: Sabrina Guerrero. 50070879 - Maximum FMLA Entitlement**

Hello,

You have exhausted leave time available as Family and Medical Leave. However, you may be entitled to reasonable accommodations to work or to a leave of absence extension pursuant to the Americans with Disabilities Act as amended or state law for a covered impairment. If you wish to pursue such accommodations, please have the attached questionnaire completed by your physician and returned within 14 days of the date of this letter. Otherwise, you may be separated from employment for having exhausted approved leaves and with eligibility for rehire as such time as you apply for an available position for which you can perform essential job functions with or without reasonable accommodations. Also enclosed is a copy of your job description.

*Per KAH provisions, when an employee is on a leave of absence for 12 weeks in a rolling calendar year, their benefits will expire. You have reached your 12^th^ week on 06/21/2022,*

Dated: June 17, 2022

Dear Sabrina Guerrero:

You have exhausted leave time available as Family and Medical Leave. However, you may be entitled to reasonable accommodations to work or to a leave of absence extension pursuant to the Americans with Disabilities Act as amended or state law for a covered impairment. If you wish to pursue such accommodations, please have the attached questionnaire completed by your physician and returned within 14 days of the date of this letter. Otherwise, you may be separated from employment for having exhausted approved leaves and with eligibility for rehire as such time as you apply for an available position for which you can perform essential job functions with or without reasonable accommodations. Also enclosed is a copy of your job description.

Very Truly Yours,
Leave Management

**Lincoln/Guerrero 1364**

Physician Questionnaire:

Sabrina Guerrero is requesting accommodations in connection with his/her job because he/she indicates that he/she has an impairment and that he/she will be able to work and perform the essential functions of his/her job if provided additional medical leave or reasonable accommodations. *A copy of the job description is enclosed.* In order to assist us in addressing these issues, please respond to the following questions:

Identify what relevant impairment(s), if any, that this individual currently has?

fatigue, shortness of breath

If this individual has a relevant impairment, does it "substantially limit" one or more of the major life activities of central importance to daily living such as such as caring for oneself, performing manual tasks, seeing, hearing, eating, sleeping, walking, standing, lifting, bending, speaking, breathing, reading, concentrating, thinking, communicating, working, and the operation of major bodily functions (including immune system, normal cell growth, digestive, bowel, bladder, neurological, brain, respiratory, circulatory, endocrine, and reproductive functions)?[1] yes

If the impairment(s) does substantially limit one or more major life activities, how?

ADLs limited due to fatigue and dyspnea

Is this impairment(s) considered temporary, long term, or permanent? If not permanent, indicate the expected duration of the impairment.

4 months

---

[1] "Substantially limit" means:

A. (i) Unable to perform a major life activity that the average person in the general population can perform; or

(ii) Generally restricted as to the condition, manner or duration under which an individual can perform a particular major life activity as compared to the condition, manner or duration under which the average person in the general population can perform the same major life activity; and

B. Considering the impairment's (1) nature and severity, (2) duration, and (3) permanent or long-term impact.

Can he/she perform the essential job functions of his/her position as identified in the individual's job description with or without an accommodation?

no

If an accommodation(s) is required, what effective accommodation(s) would enable this individual to perform essential job functions?

unable to perform all job functions

Based on the most current medical knowledge and/or the best available objective evidence about this individual, can this individual perform essential job functions without posing a direct threat to the health and safety of the individual or others with or without accommodation(s)?

no

If accommodation is required for this individual to perform essential job functions without posing a direct threat to the health and safety of the individual or others, what effective accommodation(s) would reduce or eliminate such threats?

unable to perform all job functions.

If an accommodation of leave is provided, when will he/she be able to return to work and perform the essential functions of his/her job as identified in her job description with or without an accommodation?

10·27·22

FE Phillips

Signed

06·07·22

Dated

Lincoln/Guerrero 1366

## Tennova Healthcare

| | |
|---|---|
| **LaFollette Medical Center**<br>923 East Central Avenue<br>LaFollette, TN 37766<br>Phone: 423-907-1466 | **Jefferson Memorial Hospital**<br>110 Hospital Drive<br>Jefferson City, TN 37760<br>Phone: 865-471-2437 |
| **Newport Medical Center**<br>435 Second Street<br>Newport, TN 37821<br>Phone: 423-625-2210 | **North Knoxville Medical Center**<br>7565 Dannaher Drive<br>Powell, TN 37849<br>Phone: 865- 859-1301 |
| **Turkey Creek Medical Center**<br>10820 Parkside Drive<br>Knoxville, TN 37934<br>Phone: 865-218-7087 | |

**To:** **PHILLIPS, FLOYD E MD**

**Fax Number:** **1 877 414 6983**

**Pages:** **5**

**Date/Time:** **06/01/2022 17:21:30**

**Confidentiality Notice** The documents accompanying this transmission contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been filled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of the contents of these documents, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

When applicable Federal law 42 CFR Part 2 prohibits unauthorized disclosure of these records.

**Tennova - Jefferson Memorial Hospital**

110 Hospital Drive
Jefferson City, TN 37760-

(865) 471-2500

| | | | |
|---|---|---|---|
| **Patient:** | **GUERRERO, SABRINA M** | Location: | TNJM RAD |
| MRN: | 331334 | Attending: | PHILLIPS,FLOYD E MD |
| Account #: | 4404619 | DOB/Sex: | Female |
| Adm Date: | 5/27/2022 | Service Code: | RAD OP Imaging Only |
| Primary Care: | PHILLIPS,FLOYD E MD | | |
| | | Copy to: | PHILLIPS,FLOYD E MD |

## *Non-Invasive Cardiology*

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 300-22-147-00135 | 5/27/2022 09:16 EDT | NI Echo TTE 2D Stress W Cont W Mont. | PHILLIPS,FLOYD E MD | 53 years |

**Reason for Exam**
(NI Echo TTE 2D Stress W Cont W Mont.) SHORTNESS OF BREATH

**Report**

| | | | | |
|---|---|---|---|---|
| Name: | GUERRERO SABRINA M | | | |
| MRN: | 00331334 | | | |
| Date of birth: | | Age: | 53 year(s) | |
| Gender: | Female | BMI: | 63.24 kg/m\S\2 | |
| Weight: | 172.37 kg | BSA: | 2.6 m\S\2 | |
| Height: | 165.1 cm | | | |

Procedure Staff
Referring Physician: Floyd Phillips
Sonographer: Juliann Blackburn, RCS
Interpreting physician: Hong Tjoa, MD

Procedure Information
Exam date time: 5/27/2022 8:44 AM
Procedure type: Echo
Proc. sub type: TTE procedure: NI Echo TTE 2D Stress W Cont W Mont.
Stress procedure
Patient status: Routine
Blood pressure: 111 / 77 mmHg
HR: 81 bpm

Accession no: 3002214700135
FIN Number: 4404619
Study location: Jefferson City
Technical quality: Good visualization

Reason for Study
shortness of breath

Electronically signed by Hong Tjoa, MD (Interpreting physician) on 6/1/2022 at 6:21 PM

Left Ventricle
Diastolic dimension: 6.96 cm
Systolic dimension: 4.83 cm

## *Non-Invasive Cardiology*

**Report**

(3.8 - 5.6 cm)
2D septum diastolic: 1.03 cm
(2.2 - 3.5 cm)
FS Normal Range (30-45%): 31 %

(0.6 - 0.9 cm)
2D post wall diastolic: 1.06 cm
(0.6 - 0.9 cm)
LV mass (ASE formula): 336.78 g
(67 - 162 g)
LV mass index: 129.61 g/m\S\2
(43 - 95 g/m\S\2)
RWT: 0.3
LV M-Mode
LV Ejection Fraction
LVEDV Teichholz: 337 ml
(46 - 106 ml)
LVESV Teichholz: 113 ml
(14 - 42 ml)
LVEDVI Teichholz: 129.69 ml/m\S\2
(29 - 61 ml/m\S\2)
LVESVI Teichholz: 43.49 ml/m\S\2
(8 - 24 ml/m\S\2)
EF Teichholz: 66 %
LV 3D/Strain
Right Ventricle
Diastolic dimension: 1.65 cm
Normal Range (2.7-3.4cm):

Left Atrium
LA diameter (2D) 3 cm
Normal Range (2.0-4.0cm):
LA/Aorta (2D): 1.07

Aorta/Great Vessels
Aortic root (2D): 2.8 cm

Rest
ECG:
Showed normal sinus rhythm at a rate of 80 bpm with normal intervals, leftward axis, early anterior R wave transition, and possible low voltage QRS complexes in the precordial leads.
Standing HR: 81 bpm
Standing BP: 111 / 77 mmHg

## *Non-Invasive Cardiology*

**Report**
Stress

| | | | |
|---|---|---|---|
| Peak HR: | 152 bpm | HR/BP product: | 17784 |
| Peak BP: | 117 / 76 mmHg | | |
| Predicted HR: | 167 bpm | | |
| % of predicted HR: | 91 | | |
| Test duration: | 6.43 min | | |

Stress Interpretation
ECG conclusion:
1. This test is negative for ischemia with dobutamine infusion to a peak dose of 20 mcg/g/min and obtaining a peak heart rate of
156 bpm (93% of the maximum predicted heart rate).
2. Appropriate heart rate response with blunted BP response.
3. Arrhythmias: Rare isolated PVC.
4. Symptoms: No chest pain or shortness of breath reported.

Echocardiographic data:
The baseline echocardiographic images appear to show normal aortic root size, normal chamber sizes, and normal LV wall thickness. Preserved biventricular systolic function with an LVEF in the range of 50 to 55%. No obvious LV regional wall motion abnormalities identified. Structurally intact interatrial and interventricular septum by 2D appearance. No intracardiac shunts readily detected by color-flow Doppler interrogation. No intracavitary masses or thrombi seen. No clinically significant structural valvular disease detected. Trivial MR and TR may be present by Doppler assessment. No clinically significant pericardial effusion seen. At low-dose dobutamine infusion (10 mcg/kg/min), improved contractility is seen in all LV segments. With increasing dobutamine infusion to a peak dose of 20 mcg/kg/min and obtaining a peak heart rate of 156 bpm (93% of the maximum predicted heart rate), there is further improvement in contractility in all LV segments with augmentation of the left ventricular ejection fraction. No new ischemic LV wall motion abnormalities seen in any LV segment. Study is also completed with injection of IV contrast (Definity) for LV opacification and endocardial border definition without complications.

Impression: There is no obvious echocardiographic evidence of myocardial ischemia with dobutamine infusion to a peak dose of
20 mcg/kg/min and obtaining a peak heart rate of 156 bpm (86% of the maximum predicted heart rate). The baseline echocardiographic data are as described above. Study also completed with injection of IV echo contrast (Definity) without complications. Patient deemed at low CV risk based on the results.
Results
Global LVEF (rest): Normal (LVEF >50%)
Global LVEF (stress): Hyperkinetic (LVEF >70%)

## *Non-Invasive Cardiology*

**Report**

ECG: With increasing dobutamine infusion to a peak dose of 20 mcg/kg/min and obtaining a peak heart rate of

156 bpm. no new convincingly diagnostic ischemic ST segment changes are seen during stress or in recovery. Besides rare isolated PVC, no other clinically significant rhythm disturbances detected.

Electronically signed by Hong Tjoa. MD (Interpreting physician) on 6/1/2022 at 6:21 PM

***** Final *****

Signed by: Tjoa, Hong I MD
Signed (Electronic Signature): 06/01/2022 06:21 pm EDT

* * * Communication Result Report ( May. 23. 2022 8:43AM ) * * *

1)
2)

Date/Time: May. 20. 2022 5:13PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 7758 | Memory TX | 16033340380 | P. 15 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 2) Busy
E. 3) No answer
E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

5/16/22 2:18 PM

NextGen® Office EHR

05/16/22 13:34:58 Lincoln Financial -> 18774146583 Lincoln Financial Gr Page 001

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| |
|---|
| Date: May 16, 2022 |
| To: PHILLIPS HEALTHCARE |
| Attn: Medical Records |
| Fax: (423) 839-2125 |
| From: Kechele Gentry<br>Claims Examiner<br>Phone No.: Phone No: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): 5 |
| RE:<br>Claim #: 12827197<br>Claimant: Sabrina Guerrero<br>Kindred At Home |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

15