05/16/22 14:04:50 Lincoln Financial -> 18774146983 Lincoln Financial Gr Page 001

Lincoln Financial Group®

FAXED

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 16, 2022 |
| To: | PHILLIPS HEALTHCARE |
| Attn: | Medical Records |
| Fax: | (423) 839-2125 |
| From: | Kechele Gentry<br>Claims Examiner<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Kindred At Home |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

EXHIBIT

3, part 2

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 16, 2022

Phillips Healthcare

RE: Long Term Disability (LTD) Benefits
Kindred At Home
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 7, 2022 through present

- Completion of the Enclosed Forms:

X Restrictions Form
__ Other

We ask that you provide this information by May 23, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kechele Gentry
Claims Examiner
Phone No.: (800) 291-0112 Ext. 59670
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

Return To: Kechele Gentry

| Sabrina Guerrero | | 12827197 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

To be completed by physician:

1. DATE FIRST TREATED – 02·07·22
   DATE LAST TREATED – 05·09·22
   NEXT OFFICE VISIT – not scheduled @ this time
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES
2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

N/A ☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.
   unable to perform all job functions
4. RESTRICTIONS IMPOSED FROM 02·07·22 TO 06·20·22 .
5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?
   physical therapy
6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
   fatigue, dyspnea
7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______ TO ______ .

| | | |
|---|---|---|
| F.E. Phillips, Jr. MD | M.D. Internal Medicine | 47-3264155 |
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| 6890 West A.J. Hwy | 423-839-2120 | 423-839-2125 |
| **Street Address** | **Telephone Number** | **Fax Number** |
| Talbott, TN 37877 | | 05.20.22 |
| **City, State & Zip Code** | **Signature** | **Date** |

**PHILLIPS HEALTHCARE GROUP, PC** **04/06/2022**

**Patient:** GUERRERO, SABRINA M (Female)

*

**DOB:** (53)
**Previous First Name:**
**Previous Last Name:**
**Race:** White
**Language:** English
**Ethnicity:** Not Hispanic or Latino
**Sexual Orientation:**
**Gender Identity:**

**Encounter ID:** 040622-139180425
**Primary Ins:** Blue Cross Blue Shield Tennessee (BCBS TN) *

**Location:** PHILLIPS HEALTHCARE GROUP, PC (Service Location)
6890 W. A. J. HWY
Talbott,TN 37877-0879
(423)839-2120 Ext:0

**Provider:** Floyd Edward Phillips, MD

**Referring:**
**Servicing Provider:** Phillips, Floyd

# Subjective

**Chief Complaint: Shortness Of Breath, Swelling**

## History of Present Illness - Shortness Of Breath

**Quality**

**Reported:** rapid shallow breathing; wheezing; exertional.
**Denied:** dyspnea at rest.

**Severity**

**Reported:** intermittent.

**Duration**

**Reported:** more than 1 month.

**Context**

**Reported:** Pt in office today for dyspnea with exertion since February. States that she tested positive for COVID on 2/7/22 and has had dyspnea since. Pt states that her O2 at home has been in the 90's. Pt also has had a non-productive cough. States that she has started physical therapy and has had 2 sessions. Also having pain in her right calf. knh

**Associated Signs and Symptoms**

**Reported:** cough; ; non-productive; calf pain, ; right.
**Denied:** chest pain.

## History of Present Illness - Swelling

**Location**

**Reported:** foot, ; bilateral.

**Severity**

**Reported:** moderate.

**Duration**

**Reported:** less than 1 week.

**Context**

**Reported:** Pt in office today for swelling in both feet that started Friday/Saturday. Pt states that she has had shortness of breath but that has been going on since COVID. knh

**Associated Signs and Symptoms**

Reported: dyspnea.

**Denied:** pain, skin changes.

## Medication History:

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 03/17/2022 | cefdinir 300 mg capsule | 2 capsule by mouth daily | 20 | 0 | Active |
| 03/17/2022 | Medrol (Pak) 4 mg tablets in a dose pack | 6 tablet by mouth as directed; take as directed in the packet | 1 | 0 | Active |
| 03/17/2022 | albuterol sulfate HFA 90 mcg/actuation aerosol inhaler | 2 puff inhale every 4-6 hours as needed (PRN); prn cough, wheeze, or SOB | 1 | 5 | Active |
| 02/24/2022 | Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler | 2 puff inhale twice a day; Rinse mouth after each use. | 1 | 2 | Active |
| 01/28/2022 | ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule | 1 capsule by mouth 2 times weekly | 9 | 11 | Active |
| 12/17/2021 | meloxicam 15 mg tablet | 1 tablet by mouth daily | 30 | 11 | Active |
| 12/10/2021 | escitalopram 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 11/04/2021 | nystatin 100,000 unit/gram topical powder | 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed. | 90 | 5 | Active |
| 11/04/2021 | benazepril 10 mg tablet | 2 tablet by mouth daily | 180 | 1 | Active |
| 04/15/2021 | cetirizine 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 12/31/2018 | MM-Zyme tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 3 | Active |
| 07/03/2017 | cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution | * 1 mL intramuscular once a month | 3 | 11 | Active |

## Allergies:

| Allergen | Severity | Adverse Reactions | Onset Date | Type | Source | Status |
|---|---|---|---|---|---|---|
| Sulfa (Sulfonamide Antibiotics) | Mild | | | Allergy to Substance | Patient | Active |

## Social History:

| Tobacco | Usage Status | Last Used | Daily Usage | Packaging | Years | Life History | Cessation Attempts | Last Cessation Rx |
|---|---|---|---|---|---|---|---|---|
| Cigarettes | Former smoker | | | Packs | | | | |

| Alcohol | Usage Status | Last Used | Usage Number | Packaging | Measurement Time |
|---|---|---|---|---|---|
| Beer | Occasional | | | | |

## Medical History:

**Positive History**

| Condition | Physician | Hospitalization | Hosp Date | Hospital |
|---|---|---|---|---|
| **Hypertension** | | | | |
| **Vitamin D deficiency** | | | | |
| **Nasal Allergies** | | | | |
| **Insomnia** | | | | |
| **Anemia** | | | | |

## Surgical History:

**Positive History**

| Condition | Physician | Hospitalization | Hosp Date | Hospital |
|---|---|---|---|---|

**Arthroscopy of knee joint**

**Gastric Bypass, Bone Spur Removal**

## Immunization History:

| Vaccine | Brand Name | Dose | Date Given | Route | Site | Initials |
|---|---|---|---|---|---|---|
| Fluzone, Quadrivalent 5.0 mL Multidose Vial | Sanofi | 0.5 mL | 12/4/2017 | IM | RD | akm |

## Family History:

| Type | Sex | Status | Age | Name | Negative History | Positive History | Onset Date | Positive Comment | Negative Comment |
|---|---|---|---|---|---|---|---|---|---|
| Father | M | Alive | | | | Cancer<br>Cholesterol High<br>Diabetes<br>Hypertension<br>MI<br>Obesity<br>Stroke | | | |
| Mother | F | Alive | | | | Cholesterol High | | | |

## Review of Systems:

**Constitutional**
**Denied:** Fever. Weight loss. Chills. Weakness. Weight gain.

**Head**
**Denied:** Headaches. dizziness. Fainting. Head Injury.

**Eyes**
**Denied:** Blurry Vision. Vision Loss. Eye Pain. Redness. Infections.

**ENT**

**Nose**
**Denied:** Discharge. Infections. Nosebleeds.

**Mouth**
**Denied:** Postnasal drip. Hoarseness.

**Ears**
**Denied:** Discharge. Dizziness. Infections. Pain.

**Respiratory**
**Reported:** Cough. Short of Breath. Wheezing.
**Denied:** Coughing Blood.

**Cardiovascular**
**Reported:** Short of Breath - Exertion. Edema.
**Denied:** Chest pain. High Blood Pressure. Palpitations. Leg Pain - Walking.

**Gastrointestinal**
**Denied:** Abdominal pain. Change in stool color. Nausea. Diarrhea. Vomiting. Rectal bleeding. Constipation. Heartburn. Infections.

**Musculoskeletal**
**Denied:** Weakness. Joint pain.

**Psychiatric**
**Denied:** Behavioral Change. Disorientation. Memory loss.

**Skin**
**Denied:** Rashes.

**Neurological**
**Denied:** Fainting. Paralysis. Headaches. numbness.

**Endocrine**
**Denied:** Fatigue.

**Hematologic/Lymph**
**Denied:** Bleeding Easily. Blood Clots.

**Allergic/Immunologic**
**Denied:** Coughing. Runny Nose. Sneezing.

## Objective

### Vital Signs:

**Blood Pressure**

| Artery | Body Side | Position | Pressure | Flag |
|---|---|---|---|---|
| Brachial | Left | Sitting | 120/84 | Normal |

**Pulse**

| Artery | Body Side | Rhythm | Quality | Pulse Rate | Flag |
|---|---|---|---|---|---|
| Radial | Left | Regular | Normal | 90 | Normal |

**Respirations**

| Rate | Quality | Rhythm | Pulse Ox | Air | Inhaled $O_2$ Concentration | Method | Peak Flow | Flag |
|---|---|---|---|---|---|---|---|---|
| 24/min | Normal | NORMAL | 98% | Room Air | | | | High |

**Temperature**

| Method | Temperature F | Flag |
|---|---|---|
| Right Tympanic Membrane | 97.9 | Normal |

**Height, Weight, BMI and Measurements**

| Height | Weight | BMI | Flag | Head | Neck | Waist |
|---|---|---|---|---|---|---|
| 5' 5" | 383 (lb) | 63.7 | Obese | | | |

### Physical Exam:

**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed.

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

**Eyes**

**External Eye**

The eyelids are without lesions. The sclera is white and the conjunctiva pink.

**Respiratory**

**Effort**

The patient is relaxed and breathes without effort. The patient is not cyanotic. There is no acessory muscle use or intercostal retractions.

**Auscultation**

There are no crackles, wheezes, rhonchi, stridor or pleural rubs. There is no bronchophony, egophony, or whispered pectoriloquy.

**Cardiovascular**

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Edema / PVD**

There is no pitting edema of the lower extremities.There are no changes consistent with arterial insufficiency; there are no varicosities or stasis changes. Calves are supple and nontender.

**Psychiatric**

**Orientation**

The patient is oriented to time, place and person.

## Assessment

**Diagnosis:**

| Description | Code | Problem | Comment |
|---|---|---|---|
| Shortness Of Breath | R0602 | | |
| Localized Edema | R600 | | |

## Plan

**Procedure Coding:**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Mod | 99214 | 1 UN | | |
| Syst Bp Lt 130 Mm Hg | 3074F | 1 UN | | |
| Diast Bp 80-89 Mm Hg | 3079F | 1 UN | | |

**Prescribe:**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 04/12/2022 | cefdinir 300 mg capsule | 2 capsule by mouth daily | 20 | 0 | Completed |
| 04/12/2022 | Medrol (Pak) 4 mg tablets in a dose pack | 6 tablet by mouth as directed; take as directed in the packet | 1 | 0 | Completed |

Care Plan:

**Shortness of breath**

**Short Of Breath**

- Patient is about a month COVID and is experiencing post-COVID shortness of breath.
- We discussed PFTâ??s for evaluation for residual from her Covid infection
- Will need graduated rehab plan to increase pulmonary reserve and cardiopulmonary conditioning.

**Localized edema**

**Edema**

- Pt with minimal swelling and will follow up after recommending TED hose and foot elevation

**Problem List:**

| Description | Diagnosis | Onset Date | Resolution | Provider | Type | Status |
|---|---|---|---|---|---|---|
| Benign Essential Hypertension (disorder) | 1201005 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |
| Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) | 267517008 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |
| Vitamin D Deficiency (disorder) | 34713006 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |
| Post-Gastrointestinal Tract Surgery Malnutrition (disorder) | 197484002 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |
| Iron Deficiency Anemia (disorder) | 87522002 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |

**PHILLIPS HEALTHCARE GROUP, PC** **05/09/2022**

**Patient:** GUERRERO, SABRINA M (Female)

**DOB:** (53)
**Previous First Name:**
**Previous Last Name:**
**Race:** White
**Language:** English
**Ethnicity:** Not Hispanic or Latino
**Sexual Orientation:**
**Gender Identity:**

**Encounter ID:** 050922-141130966
**Primary Ins:** Blue Cross Blue Shield Tennessee (BCBS TN) *

**Location:** PHILLIPS HEALTHCARE GROUP, PC (Service Location)
6890 W. A. J. HWY
Talbott,TN 37877-0879
(423)839-2120 Ext:0

**Provider:** Floyd Edward Phillips, MD

**Referring:**
**Servicing Provider:** Phillips, Floyd

## Subjective

### Chief Complaint: Follow Up Covid-19

### History of Present Illness - Follow Up Covid-19

**Severity**
Reported: moderate.

**Duration**
Reported: 3 months.

**Timing**
Reported: f/u Covid-19.

**Context**
Reported: Pt in office today for f/u on Covid-19 diagnosis from 02/07/22. Pt c/o fatigue and dyspnea with activity. Pt states she is currently doing PT 2x/week. Pt states she is just exhausted all the time. cbm

**Modifying Factors**
Reported: PT.

**Associated Signs and Symptoms**
Reported: fatigue, dyspnea with activity.

### Medication History:

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 04/27/2022 | cetirizine 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 03/17/2022 | albuterol sulfate HFA 90 mcg/actuation aerosol inhaler | 2 puff inhale every 4-6 hours as needed (PRN); prn cough, wheeze, or SOB | 1 | 5 | Active |
| 02/24/2022 | Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler | 2 puff inhale twice a day; Rinse mouth after each use. | 1 | 2 | Active |
| 01/28/2022 | ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule | 1 capsule by mouth 2 times weekly | 9 | 11 | Active |
| 12/17/2021 | meloxicam 15 mg tablet | 1 tablet by mouth daily | 30 | 11 | Active |
| 12/10/2021 | escitalopram 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 11/04/2021 | benazepril 10 mg tablet | 2 tablet by mouth daily | 180 | 1 | Active |
| 11/04/2021 | nystatin 100,000 unit/gram topical powder | 1 application on the skin three times a day; May use up to 4 g/d over entire body as | 90 | 5 | Active |

| | | | | | |
|---|---|---|---|---|---|
| | | needed. | | | |
| 12/31/2018 | MM-Zyme tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 3 | Active |
| 07/03/2017 | cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution | * 1 mL intramuscular once a month | 3 | 11 | Active |

## Allergies:

| Allergen | Severity | Adverse Reactions | Onset Date | Type | Source | Status |
|---|---|---|---|---|---|---|
| Sulfa (Sulfonamide Antibiotics) | Mild | | | Allergy to Substance | Patient | Active |

## Social History:

| Tobacco | Usage Status | Last Used | Daily Usage | Packaging | Years | Life History | Cessation Attempts | Last Cessation Rx |
|---|---|---|---|---|---|---|---|---|
| Cigarettes | Former smoker | | | Packs | | | | |

| Alcohol | Usage Status | Last Used | Usage Number | Packaging | Measurement Time |
|---|---|---|---|---|---|
| Beer | Occasional | | | | |

## Medical History:

**Positive History**

| Condition | Physician | Hospitalization | Hosp Date | Hospital |
|---|---|---|---|---|
| **Hypertension** | | | | |
| **Vitamin D deficiency** | | | | |
| **Nasal Allergies** | | | | |
| **Insomnia** | | | | |
| **Anemia** | | | | |

## Surgical History:

**Positive History**

| Condition | Physician | Hospitalization | Hosp Date | Hospital |
|---|---|---|---|---|
| **Arthroscopy of knee joint** | | | | |
| **Gastric Bypass, Bone Spur Removal** | | | | |

## Immunization History:

| Vaccine | Brand Name | Dose | Date Given | Route | Site | Initials |
|---|---|---|---|---|---|---|
| Fluzone, Quadrivalent 5.0 mL Multidose Vial | Sanofi | 0.5 mL | 12/4/2017 | IM | RD | akm |

## Family History:

| Type | Sex | Status | Age | Name | Negative History | Positive History | Onset Date | Positive Comment | Negative Comment |
|---|---|---|---|---|---|---|---|---|---|
| Father | M | Alive | | | | Cancer<br>Cholesterol High<br>Diabetes<br>Hypertension<br>MI<br>Obesity<br>Stroke | | | |
| Mother | F | Alive | | | | Cholesterol High | | | |

Review of Systems:

**Constitutional**
Reported: Fatigue.
**Denied:** Fever. Weight loss. Chills. Weakness. Weight gain.

**Head**
**Denied:** Headaches. dizziness. Fainting. Head Injury.

**Eyes**
**Denied:** Blurry Vision. Vision Loss. Eye Pain. Redness. Infections.

**ENT**

**Nose**
**Denied:** Discharge. Infections. Nosebleeds.

**Mouth**
**Denied:** Postnasal drip. Hoarseness.

**Ears**
**Denied:** Discharge. Dizziness. Infections. Pain.

**Respiratory**
Reported: Short of Breath.
**Denied:** Coughing Blood. Cough.

**Cardiovascular**
Reported: Short of Breath - Exertion. High Blood Pressure.
**Denied:** Chest pain. Palpitations. Leg Pain - Walking.

**Gastrointestinal**
**Denied:** Abdominal pain. Change in stool color. Nausea. Diarrhea. Vomiting. Rectal bleeding. Constipation. Heartburn. Infections.

**Musculoskeletal**
**Denied:** Weakness. Joint pain.

**Psychiatric**
**Denied:** Behavioral Change. Disorientation. Memory loss.

**Skin**
**Denied:** Rashes.

**Neurological**
**Denied:** Fainting. Paralysis. Headaches. numbness.

**Endocrine**
Reported: Fatigue.

**Hematologic/Lymph**
**Denied:** Bleeding Easily. Blood Clots.

**Allergic/Immunologic**
**Denied:** Coughing. Runny Nose. Sneezing.

## Objective

Vital Signs:

**Blood Pressure**

| Artery | Body Side | Position | Pressure | Flag |
|---|---|---|---|---|
| Brachial | Left | Sitting | 118/78 | Normal |

**Pulse**

| Artery | Body Side | Rhythm | Quality | Pulse Rate | Flag |
|---|---|---|---|---|---|
| Radial | Left | Regular | Normal | 96 | Normal |

**Respirations**

| Rate | Quality | Rhythm | Pulse Ox | Air | Inhaled $O_2$ Concentration | Method | Peak Flow | Flag |
|---|---|---|---|---|---|---|---|---|
| 20/min | Normal | NORMAL | 97% | Room Air | | | | Normal |

**Temperature**

| Method | Temperature F | Flag |
|---|---|---|
| Right Tympanic Membrane | 97.5 | Normal |

**Height, Weight, BMI and Measurements**

| Height | Weight | BMI | Flag | Head | Neck | Waist |
|---|---|---|---|---|---|---|
| 5' 5" | 375.6 (lb) | 62.5 | Obese | | | |

### Physical Exam:

**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed.

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

**Eyes**

**External Eye**

The eyelids are without lesions. The sclera is white and the conjunctiva pink.

**Respiratory**

**Effort**

The patient is relaxed and breathes without effort. The patient is not cyanotic. There is no acessory muscle use or intercostal retractions.

**Auscultation**

There are no crackles, wheezes, rhonchi, stridor or pleural rubs. There is no bronchophony, egophony, or whispered pectoriloquy.

**Cardiovascular**

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Edema / PVD**

There is no pitting edema of the lower extremities.There are no changes consistent with arterial insufficiency; there are no varicosities or stasis changes. Calves are supple and nontender.

**Psychiatric**

**Orientation**

The patient is oriented to time, place and person.

## Assessment

**Diagnosis:**

| Description | Code | Problem | Comment |
|---|---|---|---|
| Obstructive Sleep Apnea (adult) (pediatric) | G4733 | | |
| Shortness Of Breath | R0602 | | |
| Other Fatigue | R5383 | | |

## Plan

**Procedure Coding:**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Mod | 99214 | 1 UN | | |
| Syst Bp Lt 130 Mm Hg | 3074F | 1 UN | | |
| Diast Bp < 80 Mm Hg | 3078F | 1 UN | | |

**Orders:**

**Ordering Provider** Phillips, F **Order Date** 05/09/2022 16:08 **Result Status** Open **Result Date**
**Facility** Jefferson Memorial Hosptial

| Order | Test Name | Result: In Range | Result: Out Range | Result Comment |
|---|---|---|---|---|
| **Jefferson Memorial Hosptial Cardiovascular** | | | | |
| | **Consult** | | | |

**Care Plan:**

**Obstructive sleep apnea (adult) (pediatric)**

**Cpap Compliance**

Usage of CPAP is greater than or equal to 4 hrs a night on at least 70% of nights during a consecutive 30 day period in the first 3 months of usage of CPAP device.

**Obstructive Sleep Apnea**

- Encouraged consistent use every night
- Replace mask/nasal pillows and tubing at least every 6 months
- F/U if problems with equipment or if daytime sleepiness or fatigue increases

**Shortness of breath**

**Note 2**

- Will get Stress ECHO to look for any cardiac involvement from her Covid infection

**Problem List:**

| Description | Diagnosis | Onset Date | Resolution | Provider | Type | Status |
|---|---|---|---|---|---|---|
| Benign Essential Hypertension (disorder) | 1201005 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |
| Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) | 267517008 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |
| Vitamin D Deficiency (disorder) | 34713006 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |
| Post-Gastrointestinal Tract Surgery Malnutrition (disorder) | 197484002 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |
| Iron Deficiency Anemia (disorder) | 87522002 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |

GUERRERO, Sabrina M (id #1389974, dob:

**KNOXVILLE HMA PHYSICIAN MANAGEMENT LLC**
Tennova Bariatric Surgery
10800 PARKSIDE DR STE 330
KNOXVILLE, TN 37934-1922
Phone: (865) 392-3971
Fax: (865) 392-3972

**Encounter Summary - Progress Note**
Date Printed: 05/20/2022

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:29609182-H-4694]

| | |
|---|---|
| **Patient** | Guerrero, Sabrina M (53yo, F) #1389974 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | telehealth communication, follow up medication<br>05/20/2022 - 11:00AM - TPS_TENNOVA BARIATRIC SURGERY |
| **History of Present Illness** | Patient presents today via telehealth for medication follow-up. She started on Topiramate last month to help with her sweet cravings, which she believes is the biggest downfall to her diet. She has lost 13 lbs since starting on the medication. She states it has really helped with her cravings. She states she has still had some sweets, but not nearly like she would have if not taking the Topiramate. She states she has had some tingling in her feet/lower legs, like we talked about, but hasn't had any other side effects. She states she can live with the tingling, since she feels like the medicine is working for her.<br>She states she has been trying to work on her diet, and is trying to focus on protein. She does feel like she needs to get more water in. She is using MFP to track her intake, but doesn't include her fluids.<br>She states she is still struggling with the aftermath of having Covid. She still gets very tired very easily. She states she goes to PT, and will sometimes have to take a nap in her car before driving home. She states this has really got her depressed and anxious.<br>She would like to continue the medication at this time. |
| **Review of Systems** | Patient reports **fatigue/tiredness** but reports no fever and no night sweats. She reports **chronic bronchitis, persistent cough (lasting over 3 wks), shortness of breath at rest, and shortness of breath with activity** but reports no asthma, no emphysema, no bloody sputum, no difficulty sleeping flat, no snoring, no awakening at night, no morning headaches, no daytime drowsiness, no observed apnea episodes, no chronic insomnia, and no sleep apnea; **covid 2/2022**. She reports **tingling.** She reports **depression and anxiety disorder** but reports no suicidal thoughts, no suicide attempts, no bi-polar disease, no schizophrenia, no anorexia, and no bulimia. She reports no chest pain, no history of heart attack, no heart surgery, no heart murmurs, no high blood pressure, normal heartbeat, no painful varicose veins, normal cholesterol, normal triglycerides, no anemia, no blood clot in leg (DVT), no previous blood transfusion, no known exposure to HIV, and no rheumatic fever. She reports no hepatitis, no |

| | |
|---|---|
| | cirrhosis, normal liver enzymes, no frequent nausea and vomiting, no heartburn/reflux, no chronic abdominal pain, no chronic diarrhea, no chronic constipation, no history of Irritable Bowel Syndrome, no ulcerative colitis, no Crohn's disease, and normal liver. She reports no painful joints, no swelling of legs/feet, no Rheumatoid Arthritis, no chronic pain in hips, knees, or feet, no chronic low back pain, no herniated disc, no numbness of legs/feet, no joint replacement surgery, and no hernias. She reports normal thyroid function, no diabetes, no chronic steroid use, and no Cushing's disease. She reports wounds heal normally, no skin cancer, normal moles, no chronic rash, no psoriasis/eczema, no lupus, and no scleroderma. She reports normal periods, no polycystic ovarian disease, no infertility, and no facial hair growth. |
| **Vitals** | 09/20/2022 10:59 am<br>**BMI:** 61.7 **Ht:** 5 ft 5 in **Wt:** 371 lbs Stated |
| **Procedure** | **Telehealth Communication:**<br>This visit was performed via telehealth. |
| **Results/Interpretations** | None recorded |
| **Physical Exam** | **Constitutional:** Examination Position: sitting up. General Appearance: **morbidly obese**. Level of Distress: no acute distress. Speaking: normal voice quality.<br><br>The following component(s) vital signs, auscultation of lungs and abdomen, and provider palpation of abdomen and skin were not obtained due to the service being provided via telehealth during the COVID-19 pandemic. |

| | |
|---|---|
| **Assessment and Plan** | Telehealth communication performed with patient.<br>Service was provided using telemedicine. Patient verbally consents to this services (virtual check-in).<br>Names and roles of all persons participating in telemedicine services include: Cydney Vanosdale, NP<br>Patient is located at home and is an established patient.<br>A total of 16 minutes were spent in consultation via athena Telehealth video and audio to assess and treat the following: medication follow-up.<br><br>**1. Morbid obesity** -<br>Will continue Topiramate at this time.<br>Z68.44: Body mass index [BMI] 60.0-69.9, adult<br>• topiramate 25 mg tablet - Take 1 tablet(s) every day by oral route for 30 days. Qty: 30 tablet(s) Refills: 0 Pharmacy: SAM'S CLUB PHARMACY 6572<br><br>**2. Dietary management surveillance**<br>Z71.3: Dietary counseling and surveillance<br><br>**Patient Goals**<br>1. Try to use positive self talk. 2. Add fluid intake into MFP.<br><br>**Discussion Notes**<br>Today's discussion included:<br>- Current medication use<br>- Side effects<br>- Current diet<br>- Improvement of sweet cravings<br>- Fluid intake<br>- Effects of Covid<br>- Depression; positive self talk<br>- Continue medication at current dose<br>- Need to taper off when deciding to stop medication<br>- Per patient request, follow-up in one month and PRN<br><br>Return to Office<br>• CYDNEY VANOSDALE, NP for TELEHEALTH EST 30 at TPS_TENNOVA BARIATRIC SURGERY on 06/17/2022 at 10:30 AM<br>• to see CYDNEY VANOSDALE, NP for Annual Visit 30 at TPS_TENNOVA BARIATRIC SURGERY on or around 04/27/2023 |

Patient Medical History:

| | | |
|---|---|---|
| **Allergies List** | Allergies not reviewed (last reviewed 07/12/2021) | |
| | **SULFA (SULFONAMIDE ANTIBIOTICS)**: Hives | |
| **Medications** | Medications not reviewed (last reviewed 04/27/2022) | |
| | **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS | 02/16/22 filled |
| | **B12 5,000 mcg-100 mcg sublingual lozenge**<br>Place by sublingual route. | 02/22/21 entered |
| | **Bariatric Multivitamins** | 02/06/20 entered |
| | **benazepriL 10 mg tablet**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 05/13/22 filled |
| | **benzonatate 100 mg capsule**<br>TAKE 1 TO 2 CAPSULES BY MOUTH THREE TIMES DAILY AS NEEDED | 02/07/22 filled |
| | **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 05/13/22 filled |

| | | |
|---|---|---|
| **cefdinir 300 mg capsule**<br>TAKE 2 CAPSULES BY MOUTH ONCE DAILY | 03/17/22 | filled |
| **cephALEXin 500 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 11/04/21 | filled |
| **Chlo Hist 1 mg-12.5 mg/5 mL oral solution**<br>TAKE 10 ML BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH AND CONGESTION FOR 7 DAYS | 02/16/22 | filled |
| **ciprofloxacin 750 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/01/21 | filled |
| **dexAMETHasone 4 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY FOR 7 DAYS | 02/16/22 | filled |
| **doxycycline hyclate 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY FOR 10 DAYS | 02/16/22 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 04/26/22 | filled |
| **escitalopram 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/27/22 | filled |
| **fluconazole 150 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 72 HOURS FOR 7 DAYS | 02/16/22 | filled |
| **hyoscyamine 0.125 mg sublingual tablet**<br>Place as needed by sublingual route for 30 days. | 03/06/18 | filled |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 03/07/22 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 05/13/22 | filled |
| **methylPREDNISolone 4 mg tablets in a dose pack**<br>TAKE BY MOUTH AS DIRECTED ON INSIDE OF PACKAGE | 03/17/22 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 05/13/22 | filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/27/22 | filled |
| **Nystop 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY THREE TIMES DAILY, MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED | 05/16/22 | filled |
| **ondansetron HCL 4 mg tablet** | 12/30/19 | filled |
| **Ozempic 0.25 mg or 0.5 mg (2 mg/1.5 mL) subcutaneous pen injector**<br>Inject 2.5 mL every day by subcutaneous route. | 07/12/21 | entered |
| **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG SUBCUTANEOUSLY ONCE A WEEK AS DIRECTED | 11/16/21 | filled |
| **Paxlovid 300 mg (150 mg x 2)-100 mg tablet (EUA)**<br>TAKE 3 TABLETS TOGETHER (TWO 150 MG NIRMATRELVIR TABLETS AND ONE 100 MG RITONAVIR TABLET) BY MOUTH TWICE DAILY FOR 5 DAYS. | 02/08/22 | filled |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH TWICE DAILY, RINSE MOUTH AFTER USE | 02/24/22 | filled |
| **topiramate 25 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 05/20/22 | prescribed |
| **traZODone 50 mg tablet**<br>Take as needed by oral route for 90 days. | 09/26/16 | filled |
| **Vitamin D Internal Note:** pt unsure if D2 or D3 | 02/22/21 | entered |

| | |
|---|---|
| | pro biotic, bio clear |

**Family History**

Discussed Family History

| | |
|---|---|
| Mother | - Heart disease |
| Father | - Diabetes mellitus |
| | - Heart disease |
| | - Malignant neoplastic disease |

**Past Medical History**

Discussed Past Medical History
Anemia: **Y**
Arthritis: **Y**
High Blood Pressure: **Y**
MRSA: **Y - hx positive throat culture**
Obesity: **Y**
Vitamin/Mineral Deficiency: **Y**

**Vaccine History**

Vaccines not reviewed (last reviewed 07/12/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **COVID-19** | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | employer |

Electronically Signed by: CYDNEY VANOSDALE, NP

resvent

# Compliance and Therapy report

GUERRERO 03-17-2022 - 04-15-2022









Lincoln/Guerrero 1393

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177

FAXED

# Fax Cover Sheet

**To: Moore, Amber, FNP**
**Fax: 4238392125**

**From: Ben Christopher**
**Sent on: May 12, 2022**

**Regarding: Recertification Note: 05/12/2022, Plan of Care: 05/12/2022 for Guerrero, Sabrina M.**

Thank you for this referral

**Please sign and fax back.**

Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. and any of its subsidiaries each reserve the right to monitor all electronic communications through its networks.
Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

PT

# St. Luke's Therapy Services

## Sevierville

*Compassionate care, Excellent results*

**Physical Therapy • Aquatic Therapy**

Clinic Hours: 7:30 a.m. - 5:30 p.m. M-W-Th-F
8:00 a.m. - 12:00p.m. Tues

Tel 865 453-9022
Fax 865 453-9177
pt@stlukestherapysevier.com

1014 Middle Creek Rd.
Sevierville, TN 37862




Patient Name: Sabrina Guerrero Date: 05/02/2022

Date of Birth: Phone: 8

Diagnosis: Muscle Weakness (generalized) ICD10 Code: M62.81

Comment / Precautions: Continue Treatment

Frequency and Duration:

☒ Evaluate and Treat ☐ Physical Therapy ☐ Aquatic Therapy

**Evaluation**

- ☐ Compression Garment Fitting (Jobst, Juzo)
- ☐ Device
- ☐ Fitting of Brace or Temporary
- ☐ Foot and Ankle Rehab
- ☐ Hand Therapy
- ☐ Hip Rehab
- ☐ Industrial Rehab (Isernhagen Work System)
  - ☐ Functional Capacity Evaluation
  - ☐ Work Hardening
- ☐ Knee Rehab
- ☐ Neuro Rehab
- ☐ Neuropathy Program
- ☐ Shoulder Rehab
- ☐ Spine Rehab
- ☐ Vestibular Rehab
- ☐ Wellness Maintenance Program
- ☐ Other ____

**Treatment**

- ☐ ADL Training
- ☐ Chronic Pain Management
- ☐ Complete Decongestive Therapy
- ☐ Headache Evaluation and Treatment
- ☐ Kinesiotaping
- ☐ Lymphedema / Edema Management
- ☐ Manual Lymph Drainage
- ☐ Manual Therapy
- ☐ Neuro-Developmental Technique
- ☐ Osteoporosis Prevention & Management
- ☐ Paraffin Bath
- ☐ Pediatric Rehab
- ☐ Pelvic Floor Rehab
- ☐ TENS/NMES/E-STIM
- ☐ TMJ Pain
- ☐ Ultrasound
- ☐ Whirlpool
- ☐ Wound Care

**Exercise**

- ☐ Advanced Pelvic Muscle Exercise
- ☐ Balance
- ☐ Endurance
- ☐ Fibromyalgia Management
- ☐ Flexibility Exercise
- ☐ Gait Training
- ☐ Mckenzie Exercise
- ☐ Postural
- ☐ Pre/Post Partum
- ☐ Prosthetic/Orthotic Training
- ☐ Wheelchair Mobility Training
- ☐ ROM Exercise
- ☐ Thera. Exercise
- ☐ Strengthening Exercise
- ☐ Other ____

Physician Name: Amber Moore FNP-BC

Physician Signature: Amber Moore FNP-BC

Lincoln/Guerrero 1395

GUERRERO, Sabrina M (id #1389974, dob:

**KNOXVILLE HMA PHYSICIAN MANAGEMENT LLC**
Tennova Bariatric Surgery
10800 PARKSIDE DR STE 330
KNOXVILLE, TN 37934-1922
Phone: (865) 392-3971
Fax: (865) 392-3972

**Encounter Summary - Progress Note**
Date Printed: 04/28/2022

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:29397034-H-4694]

| | |
|---|---|
| **Patient** | Guerrero, Sabrina M (53yo, F) #1389974 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | Bariatric Follow-Up: RNY Gastric Bypass<br>04/27/2022 - 03:00PM - TPS_TENNOVA BARIATRIC SURGERY |

| | |
|---|---|
| **History of Present Illness** | **Bariatric F/U Visit**<br>Reported by patient.<br><br>General:**tired, no energy; nausea; diarrhea**<br>Eating: no dysphagia; **requiring larger portions**<br>Food Types: chicken; vegetables<br>Snack Types:**carbohydrates**<br>Vitamin Supplements: multi-vitamin<br>Water Intake:**less than 64 oz**<br>Protein Intake: 60 grams<br>Total Meals Per Day: 3 - 5<br>Calories Per Day:**not tracking**<br>Hours Between Hunger rarely hungry; head hunger<br>GERD: never; NSAID use: yes<br>Exercise:**not currently exercising**<br>Calorie Tracking:**not tracking**<br>Notes:<br>The patient is 21 years post-op roux-en-y gastric bypass, presenting for annual bariatric follow up.<br>Highest pre-op weight was 361.5 lbs<br>Ideal body weight is 131 lbs<br>Excess body weight is 230.5 lbs<br>The patient has gained 22.5 lbs<br>Lowest weight: 260 lbs per patient<br>The patient's stated goal weight is lbs (BMI= ) Short term - lose 25 lbs<br><br>Patient states the "elephant in the room is that she needs to lose weight." She had Covid earlier this year, then several URIs following that and just can't seem to shake the fatigue she is feeling. She states she was struggling with weight gain prior to that, as well, though. She feels like her biggest concern is sweets. She states that right now she does not have any in her house, but if she does, she will always eat cookies. She believes she knows how to eat healthy,and has the tools to do so, it is just a matter of doing it. Current diet is outlined below:<br><br>B: coconut bill bar<br>L: 1/2 McCallisters sandwich, doritos<br>D: rotisserie chicken, asian salad<br>S: sugar cookie<br>F: Mt. Dew Zero; less than 64 ounces decaf<br>V: Barillife Complete |
| **Review of Systems** | Patient reports **chronic bronchitis, persistent cough (lasting over 3 wks), shortness of breath at rest, and shortness of breath with activity** but reports no asthma, no emphysema, no bloody sputum, no difficulty sleeping flat, no snoring, no awakening at night, no morning headaches, no daytime drowsiness, no observed apnea episodes, no chronic insomnia, and no sleep apnea; **covid 2/2022**. She reports no fatigue/tiredness, no fever, and no night sweats. She reports no chest pain, no history of heart attack, no heart surgery, no heart murmurs, no high blood pressure, normal heartbeat, no painful varicose veins, normal cholesterol, normal triglycerides, no anemia, no blood clot in leg (DVT), no previous blood transfusion, no known exposure to HIV, and no rheumatic fever. She reports no hepatitis, no cirrhosis, normal liver enzymes, no frequent nausea and vomiting, no heartburn/reflux, no chronic abdominal pain, no chronic diarrhea, no chronic constipation, no history of Irritable Bowel Syndrome, no ulcerative colitis, no Crohn's disease, and normal liver. She reports no painful joints, no swelling of legs/feet, no Rheumatoid Arthritis, no chronic pain in hips, knees, or feet, no chronic low back pain, no herniated disc, no numbness of legs/feet, no joint replacement surgery, and no hernias. She reports no depression, no anxiety disorder, no suicidal thoughts, no suicide attempts, no bi-polar disease, no schizophrenia, no anorexia, and no bulimia. She reports normal thyroid function, no diabetes, no chronic steroid use, and no Cushing's disease. She reports wounds heal normally, no skin cancer, normal moles, no chronic rash, no psoriasis/eczema, no lupus, and no scleroderma. She reports normal periods, no polycystic ovarian disease, no infertility, and no facial hair growth. |
| **Vitals** | |

| | | | | | |
|---|---|---|---|---|---|
| **BP:** | 118/64<br>04/27/2022<br>03:07 pm | **BMI:** | 63.9<br>04/27/2022<br>03:07 pm | **Ht:** | 5 ft 5 in<br>04/27/2022<br>02:58 pm |
| **Notes:** | ideal wt: 134 | **Wt:** | 384 lbs<br>04/27/2022 | | |

| | | | | | |
|---|---|---|---|---|---|
| | 04/27/2022 03:07 pm | 03:07 pm | | | |

| | |
|---|---|
| **Procedure** | None recorded |
| **Results/Interpretations** | None recorded |
| **Physical Exam** | **Constitutional:** General Appearance: **morbidly obese.** Level of Distress: NAD. Ambulation: ambulating normally.<br><br>**Psychiatric:** Insight: good judgement. Mental Status: normal mood and affect and active and alert.<br><br>**Head:** Head: normocephalic.<br><br>**Lungs:** Respiratory effort: no dyspnea. Auscultation: breath sounds normal and good air movement.<br><br>**Cardiovascular:** Apical impulse: not displaced. Heart Auscultation: RRR and no murmurs.<br><br>**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: soft and no tenderness.<br><br>**Musculoskeletal::** Motor Strength and Tone: normal. Joints, Bones, and Muscles: normal movement of all extremities. Extremities: no edema.<br><br>**Skin:** Inspection and palpation: no rash. |
| **Assessment and Plan** | **1. History of bariatric surgical procedure -**<br>s/p rny<br>Z98.84: Bariatric surgery status<br>Z86.39: Personal history of other endocrine, nutritional and metabolic disease<br>K90.2: Blind loop syndrome, not elsewhere classified<br>I10: Essential (primary) hypertension<br>R73.03: Prediabetes<br>• CBC<br>• COMPREHENSIVE METABOLIC PNL<br>• VITAMIN B12<br>• FERRITIN<br>• MAGNESIUM<br>• VITAMIN A<br>• FOLATE<br>• PTH, INTACT<br>• COPPER SERUM<br>• ZINC, SERUM OR PLASMA<br>• IRON PANEL, SERUM OR PLASMA<br>• VITAMIN D<br><br>**2. Morbid obesity**<br>E66.01: Morbid (severe) obesity due to excess calories<br>• topiramate 25 mg tablet - Take 1 tablet(s) every day by oral route for 30 days. Qty: 30 tablet(s) Refills: 0 Pharmacy: SAM'S CLUB PHARMACY 6572<br><br>**3. Dietary management surveillance**<br>Z71.3: Dietary counseling and surveillance<br><br>**Patient Instructions**<br>Proper vitamin and mineral supplementation after weight loss surgery is critical to your health. Non-compliance with vitamin/mineral supplementation can lead to serious and potentially irreversible health consequences including, but not limited to neuropathy (numbness and tingling in arms and legs), paralysis, malnutrition, blindness, death. If you are struggling with vitamin/mineral supplementation or have questions, please contact our office and ask to speak with the Registered Dietitian.<br>It is recommended that you take a BARIATRIC-SPECIFIC multivitamin that meets or exceeds the ASMBS guidelines.<br>BariLife Multivitamin recommendations:<br>- 6 tablets OR 2 scoops of powder daily<br>*1 scoop of powder = 3 tablets<br>*Split your vitamins into morning and evening doses. |

BariLife Just One vitamin recommendations:
- 1 tablet + 1200-1500 mg of calcium citrate daily

It is also recommended you take a Probiotic daily for life. We recommend using a probiotic with >10 billion CFUs (colony-forming units).
Ensure that you have some form of accountability with your diet. This can include: food journaling, weighing and measuring foods, reaching out to a friend that you can check in with at regular intervals to hold you accountable with your diet/exercise choices, and using an app to set goals that will give you a reminder to achieve the goals. It is recommended you keep a food log at least 5 times per week to ensure you are meeting your nutrition goals and following a diet plan for continued weight loss. Food journaling apps such as MyFitnessPal and Baritastic are user-friendly and will calculate all the math for you to prevent user error! Paper food journals are just as effective in holding you accountable and helping you reach your goals.

To help with weight management, get back to the basics of your bariatric diet:
1. Eat meat twice daily. Get at least 3-4 oz of meat per meal.
2. Eat systematically: protein first, fruit or vegetable second, starch last.
3. Fluid load prior to meals: drink 4-8 oz of fluid prior to each meal.
4. Hold liquids with meals and for 30 minutes after.
5. Eat three meals per day, eliminate snacking. If you are hungry between meals, drink a protein shake with less than 200 calories and at least 15 g of protein.

We recommend following up with our office annually to discuss your diet, exercise and vitamin regimen, along with conduct a full medical assessment. We will also conduct routine lab work to check for any vitamin and mineral deficiencies. Follow up is critical to maintain your continued good health and failure to follow up can severely impact your health. Appointments can also be made on an as-needed basis for accountability and/or any problems/concerns that arise.

We recommend attending regular support group meetings. Turkey Creek Medical Center conducts meetings on the 1st Tuesday of each month from 6:00-7:00 pm EST in the Conference Room located on the main floor of the Women's Pavilion.

Please remember that consuming alcohol after weight loss surgery can be dangerous. Alcohol absorption is accelerated and intoxication can occur quickly. Additionally, alcohol can hinder your weight loss goals due to excess caloric intake. We do not recommend that you consume alcohol within the first year after surgery. If you are struggling with alcohol intake, please call the office.

Follow up with your Primary Care Provider for DEXA screening and treatment as indicated.
Post-RNY: If bisphosphonate therapy is ordered, we recommend treatment with IV bisphosphonates instead of oral therapy due to potential concerns regarding absorption with oral therapy.

Please remember that use of NSAIDs and tobacco products are not recommended. Use of NSAIDs and tobacco products increases the risk of ulcer formation following RNY gastric bypass.
It is recommended that you stop NSAID/Tobacco Use ASAP.
- Due to NSAID use, you will be prescribed a Proton Pump Inhibitor to take daily, along with an additional protective medication. A prescription has been sent to your pharmacy on file. Call the office immediately if you begin to experience nausea, vomiting, abdominal pain or reflux.
- Due to tobacco use, we recommend taking Protonix (Pantoprazole) or equivalent daily to help protect your stomach from ulcers. Your will also need an additional protective medication as discussed today. A prescription will be sent to your pharmacy on file. If you start experiencing any GI symptoms such as nausea, vomiting, stomach pain or reflux, call the office. We highly recommend attending Turkey Creek Medical Center's Smoking Cessation Education class. Call 865.218.7971 for more information.

**Discussion Notes**

During today's appointment, we discussed the following:
- Risk for vitamin/mineral deficiencies s/p RNY gastric bypass and vitamin/mineral supplementation recommendations
- Importance of diet accountability for long-term success and weight management
- Bariatric nutrition guidelines (i.e. Bariatric Basics)
- Sweet cravings
- Topiramate: use, SE
- Importance of support group
- Importance of annual and PRN follow up
- NSAID/tobacco use risk and counseling. Reviewed NSAID/tobacco use after RNY gastric bypass can lead to ulcer formation
- Alcohol intake counseling
- Risk for metabolic bone disease s/p RNY gastric bypass and recommendation for post-op DEXA screening

Total face to face time: 30 minutes
Discussion of counseling and coordination of care was more than 50% of encounter time.

Return to Office

- CYDNEY VANOSDALE, NP for TELEHEALTH EST 30 at TPS_TENNOVA BARIATRIC SURGERY on 05/20/2022 at 11:00 AM

Patient Medical History:

| | |
|---|---|
| **Allergies List** | Allergies not reviewed (last reviewed 07/12/2021) |
| | **SULFA (SULFONAMIDE ANTIBIOTICS):** Hives |

| | | |
|---|---|---|
| **Medications** | Reviewed Medications | |
| | **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS | 02/16/22 filled |
| | **B12 5,000 mcg-100 mcg sublingual lozenge**<br>Place by sublingual route. | 02/22/21 entered |
| | **Bariatric Multivitamins** | 02/06/20 entered |
| | **benazepriL 10 mg tablet**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 04/09/22 filled |
| | **benzonatate 100 mg capsule**<br>TAKE 1 TO 2 CAPSULES BY MOUTH THREE TIMES DAILY AS NEEDED | 02/07/22 filled |
| | **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 04/09/22 filled |
| | **cefdinir 300 mg capsule**<br>TAKE 2 CAPSULES BY MOUTH ONCE DAILY | 03/17/22 filled |
| | **cephALEXin 500 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 11/04/21 filled |
| | **Chlo Hist 1 mg-12.5 mg/5 mL oral solution**<br>TAKE 10 ML BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH AND CONGESTION FOR 7 DAYS | 02/16/22 filled |
| | **ciprofloxacin 750 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/01/21 filled |
| | **dexAMETHasone 4 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY FOR 7 DAYS | 02/16/22 filled |
| | **doxycycline hyclate 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY FOR 10 DAYS | 02/16/22 filled |
| | **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule** | 04/26/22 filled |

| | | |
|---|---|---|
| | TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | |
| | **escitalopram 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/28/22 filled |
| | **fluconazole 150 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 72 HOURS FOR 7 DAYS | 02/16/22 filled |
| | **hyoscyamine 0.125 mg sublingual tablet**<br>Place as needed by sublingual route for 30 days. | 03/06/18 filled |
| | **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 03/07/22 filled |
| | **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/09/22 filled |
| | **methylPREDNISolone 4 mg tablets in a dose pack**<br>TAKE BY MOUTH AS DIRECTED ON INSIDE OF PACKAGE | 03/17/22 filled |
| | **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 03/07/22 filled |
| | **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/28/22 filled |
| | **Nyamyc 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY THREE TIMES DAILY MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED | 11/05/21 filled |
| | **ondansetron HCL 4 mg tablet** | 12/30/19 filled |
| | **Ozempic 0.25 mg or 0.5 mg (2 mg/1.5 mL) subcutaneous pen injector**<br>Inject 2.5 mL every day by subcutaneous route. | 07/12/21 entered |
| | **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG SUBCUTANEOUSLY ONCE A WEEK AS DIRECTED | 11/16/21 filled |
| | **Paxlovid 300 mg (150 mg x 2)-100 mg tablet (EUA)**<br>TAKE 3 TABLETS TOGETHER (TWO 150 MG NIRMATRELVIR TABLETS AND ONE 100 MG RITONAVIR TABLET) BY MOUTH TWICE DAILY FOR 5 DAYS. | 02/08/22 filled |
| | **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH TWICE DAILY, RINSE MOUTH AFTER USE | 02/24/22 filled |
| | **topiramate 25 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 04/27/22 prescribed |
| | **traZODone 50 mg tablet**<br>Take as needed by oral route for 90 days. | 09/26/16 filled |
| | **Vitamin D Internal Note:** pt unsure if D2 or D3 | 02/22/21 entered |
| | pro biotic, bio clear | |
| **Family History** | Discussed Family History<br>Mother - Heart disease<br>Father - Diabetes mellitus<br>- Heart disease<br>- Malignant neoplastic disease | |
| **Past Medical History** | Discussed Past Medical History<br>Anemia: **Y**<br>Arthritis: **Y**<br>High Blood Pressure: **Y**<br>MRSA: **Y** - **hx positive throat culture**<br>Obesity: **Y**<br>Vitamin/Mineral Deficiency: **Y** | |

**Vaccine History**

Vaccines not reviewed (last reviewed 07/12/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **COVID-19** | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | employer |

Electronically Signed by: CYDNEY VANOSDALE, NP



| | | | |
|---|---|---|---|
| **Patient:** | **GUERRERO, SABRINA M** | Adm Date: | 4/14/2022 13:16 EDT |
| MRN: | 331334 | Dch Date: | 4/14/2022 23:59 EDT |
| Account #: | 4396001 | Attending: | PHILLIPS,FLOYD E MD |
| Service Code: | RAD OP Imaging Only | Primary Care: | PHILLIPS,FLOYD E MD |
| Room #: | Bed #: | DOB/Sex: | Female |

## ***Pulmonology Procedures***

Tennova Healthcare

# Pulmonary Function Report
## Jefferson Memorial Hospital
110 Hospital Drive
Jefferson City, TN 37760 Phone: (865) 471-2331

**Patient**

| | | |
|---|---|---|
| Name: Sabrina M. Guerrero | ID: 4396001 | Test date/time: 4/14/2022 1:56:14 PM |
| Height at test: 65 in | | |
| Weight at test: 382 lb | Sex: F | Birthdate: Age at test: 53 |
| BMI at test: 63.7 | Smoking history (pk-yrs): 1 | Ethnic group: W |
| Physician: H.F. Nadrous, MD, FCCP, M.D. | Estimated Lung Age: 54 | Technician: System Administrator |
| ICD-9: ( ) | | Referring Physician: Floyd E. Phillips, M.D. |

### Spirometry

Pre Bronchodilator

| | | Actual | Predicted | % Pred | CI Range | | | |
|---|---|---|---|---|---|---|---|---|
| FVC | L | 3.06 | 3.22 | 95 | 2.41 | 4.03 | N | |
| $FEV_1$ | L | 2.62 | 2.63 | 100 | 1.99 | 3.27 | N | |
| $FEV_1$ / FVC | % | 86 | 80 | 108 | 71 | ---- | N | |
| $FEF_{25-75}$ [ISO] | L/s | 3.17 | 2.75 | 115 | 1.36 | 4.14 | | |
| PEFR | L/s | 4.60 | 6.03 | 76 | 3.18 | 8.88 | | |
| FET | sec | 6.92 | ---- | ---- | ---- | ---- | | |

### Plethysmography

Pre Bronchodilator

| | | Actual | Predicted | % Pred | CI Range | | | |
|---|---|---|---|---|---|---|---|---|
| TLC | L | 4.65 | 5.11 | 91 | 4.05 | 6.17 | N | |
| VC | L | 3.22 | 3.22 | 100 | 2.41 | 4.03 | | |
| RV | L | 1.43 | 1.89 | 76 | 1.12 | 2.66 | N | |
| RV/TLC | % | 31 | 36 | 86 | 25 | ---- | N | |
| FRC | L | 1.74 | 2.92 | 60 | 1.86 | 3.98 | A | m |
| ERV | L | 0.31 | 1.03 | 30 | ---- | 2.09 | | |
| Raw | cmH2O/L/s | 1.99 | 1.70 | 117 | 0.60 | 2.80 | | |
| sGaw | L/s/cmH2O/L | 0.21 | 0.26 | 81 | 0.11 | 0.40 | | |




### Diffusing Capacity

Pre Bronchodilator

| | | Actual | Predicted | % Pred | CI Range | | | |
|---|---|---|---|---|---|---|---|---|
| DLCO | mL/min/mmHg | 24.06 | 24.40 | 99 | 14.92 | 33.88 | | |
| DLCO [Hb] | mL/min/mmHg | 24.06 | 24.40 | 99 | 14.92 | 33.88 | N | |
| VA [BTPS] | L | 5.15 | 5.11 | 101 | 5.11 | 5.11 | | |

**Physician Interp:**

Physician Signature:

H F Nadrous, MD FCCP

PF Reference: Spirometry (3-5): Eigen/Bieler, (6-7), GLI & Knudson (8-95); Lung Volumes: Crapo; DLCO: Cotes

Calibration Date: 4/14/2022 Calibration Data: Temp: 16°C PBar: 733mmHg BTPS: 1.127

Patient: Guerrero, Sabrina M. Test Date: 4/14/2022 Page: 1 of 1

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177

FAXED

# Fax Cover Sheet

**To: Moore, Amber, FNP**
**Fax: 4238392125**

**From: Ben Christopher**
**Sent on: March 21, 2022**

## Regarding: Plan of Care: 03/21/2022 for Guerrero, Sabrina M.

Thank you for this referral

**Please sign and fax back.**

Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. and any of its subsidiaries each reserve the right to monitor all electronic communications through its networks.
Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

PT

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Plan of Care

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)

**Date of Plan of Care:** 03/21/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 1

## Assessment

**Assessment/Diagnosis:** Pt presents with pain and weakness of bilateral upper extremities and bilateral lower extremities which limit Pt function. Pt will benefit from skilled PT in order to improve on functional limitations and regain PLOF. Pt was educated on PT POC, showed understanding and agreed and participated in goal setting.
**Patient Education:** PT eval completed. Pt was educated on PT POC, showed understanding, and agreed. Pt was given written instructions with illustrations for a home exercise program and showed understanding. Pt was instructed in CP/MHP application for pain management.
**Rehab Potential:** Good
**Contraindications to Therapy:** None
**Patient Problems:**
- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**
1: (4 Weeks) | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |
**Long Term Goals:**
1: (8 Weeks) | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Patient will be able to ambulate 160 feet without a rest break for gait stability. |

## Plan

**Frequency:** 3 times a week
**Duration:** 8 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**
**Procedures**

PT

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 03/21/2022

# Plan of Care

Therapeutic Exercises (ROM, Strength), Gait Training, Manual Therapy (Soft Tissue Mobilization, Myofascial Release, prn), Patient Education (Home Exercise Program, Home Safety), Self Care

**Specialties**
Other (modalities prn)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (865)453-9022.

Please sign and return: Fax#: (865)453-9177

I certify the need for these services furnished under this plan of treatment and while under my care.

X I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Ben Christopher, PT

Ben Christopher
License #6305
*Electronically Signed by Ben Christopher on March 21, 2022 at 4:44 pm*

Physician Signature: Amber Moore FNP-BC
A. Moore, FNP
Date: 3/24/22 Time: 1200

PT

3/3

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177

# Fax Cover Sheet

**To: Moore, Amber, FNP**
**Fax: 4238392125**

**From: Ben Christopher**
**Sent on: March 21, 2022**

**Regarding: Initial Examination: 03/21/2022 for Guerrero, Sabrina M.**

Thank you for this referral

**Please sign and fax back.**

Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. and any of its subsidiaries each reserve the right to monitor all electronic communications through its networks.
Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

PT

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Physical Therapy Initial Examination

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Visit No.:** 1

**Date of Initial Examination:** 03/21/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)

## Subjective

**History of Present Condition/Mechanism of Injury:** Patient presented to this outpatient clinic without assistive device. Patient has a Dx of muscle weakness that started February 2022 after the patient had COVID. Patient has had no previous treatment. Pt was then referred to this outpatient therapy clinic for evaluation and further treatment.
**Primary Concern/Chief Complaint:** muscle weakness
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs
**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 0
**Pain Description:** intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**General Health:** Good
**Occupation/Social History:**
**Is the Patient a current tobacco user OR have they been a user within the last 12 months:** No
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
**Patient Goals:** to get stronger

## Objective

**Inspection**

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |
| Inspection | Patient presented to this outpatient clinic without assistive device. |

**Body Mass Index**

| | |
|---|---|
| Weight | 380 |
| Height | 65 |
| Units | lbs/in |
| Index | 63.23 |

**Outcome Measurement Tools**

**Lower Extremity**

| | |
|---|---|
| Lower Extremity Functional Scale | 36/80 |

PT

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Physical Therapy Initial Examination

**Patient Name:** Guerrero, Sabrina M
**Date of Birth:**
**Document Date:** 03/21/2022

**Observation**

**Standing Posture** Forward Head, Rounded Shoulders

**Range of Motion**

**Comments** bilateral upper extremities WNL
bilateral lower extremities WNL

**Strength**

**Comments** bilateral upper extremities grossly 4/5
bilateral lower extremities grossly 4/5

**Special Tests**

**Ligament Integrity Knee**

| | Right | Left |
|---|---|---|
| Valgus Stress at 0 Knee Flex | Negative | Negative |
| Valgus Stress at 30 Knee Flex | Negative | Negative |
| Varus Stress at 0 Knee Flex | Negative | Negative |
| Varus Stress at 30 Knee Flex | Negative | Negative |
| Anterior Drawer | Negative | Negative |
| Posterior Drawer | Negative | Negative |

**Palpation**

**Comments** Grade 1 tenderness right medial knee

## Assessment

**Assessment/Diagnosis:** Pt presents with pain and weakness of bilateral upper extremities and bilateral lower extremities which limit Pt function. Pt will benefit from skilled PT in order to improve on functional limitations and regain PLOF. Pt was educated on PT POC, showed understanding and agreed and participated in goal setting.
**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.
**Patient Education:** PT eval completed. Pt was educated on PT POC, showed understanding, and agreed. Pt was given written instructions with illustrations for a home exercise program and showed understanding. Pt was instructed in CP/MHP application for pain management.
**Rehab Potential:** Good
**Contraindications to Therapy:** None
**Patient Problems:**
- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**
1: (4 Weeks) | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities.
2: (4 Weeks) | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities.
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability.
**Long Term Goals:**
1: (8 Weeks) | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities.
2: (8 Weeks) | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities.

*PT*

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Physical Therapy Initial Examination

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 03/21/2022

3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs
4: (8 Weeks) | Patient will be able to ambulate 160 feet without a rest break for gait stability.

## Plan

**Frequency:** 3 times a week
**Duration:** 8 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises (ROM, Strength), Gait Training, Manual Therapy (Soft Tissue Mobilization, Myofascial Release, prn), Patient Education (Home Exercise Program, Home Safety), Self Care

**Specialties**
Other (modalities prn)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (865)453-9022.

Please sign and return: Fax#: (865)453-9177

I certify the need for these services furnished under this plan of treatment and while under my care.

X I have no revisions to the plan of care.
__Revise the plan of care as follows______________

Ben Christopher, PT

Ben Christopher
License #6305
*Electronically Signed by Ben Christopher on March 21, 2022 at 4:44 pm*

Physician Signature AMoore FNP-BC
A. Moore, FNP
Date: 3/24/22 Time: 1200

PT

Diatherix

[illegible]
Phone: 865 979 4212 / Fax: 256.327.0984 / CLIA ID: 01D[illegible]

# LABORATORY REPORT

| PATIENT: | | ORDERING PHYSICIAN: |
|---|---|---|
| Sabrina Guerrero | ID: | Name: Epling, Amy M |
| Gender: F Age: 52 DOB: | | Phone: 423-839-2120 |

| SPECIMEN: | | CLIENT: |
|---|---|---|
| Source: Vaginal | Collected: 12/01/21 | Name: PHILLIPS HEALTHCARE GROUP, P.C. |
| Specimen ID: | Received: 12/02/21 | Code: 7926 |
| Accession ID: 1221708668 | Reported: 12/02/21, 03:45 PM | Address: 6890 W. ANDREW JOHNSON HWY<br>TALBOTT, TN 37877 |

| Bacterial Vaginosis and Candidiasis: | DETECTED | NOT DETECTED | COMMENTS: |
|---|---|---|---|
| Bacterial Vaginosis Panel | | | |
| Atopobium vaginae | | X | |
| Gardnerella vaginalis | | X | |
| Mycoplasma genitalium | | X | |
| Mycoplasma hominis | | X | |
| Ureaplasma urealyticum | | X | |
| Candidiasis Panel | | | |
| Candida albicans | | X | |
| **Candida glabrata** | **X** | | |
| Candida krusei | | X | |
| Candida parapsilosis | | X | |
| Candida tropicalis | | X | |

**Lincoln/Guerrero 1412**

# Endocrinology Consultants of East Tennessee

1450 Dowell Springs Blvd Suite 300
KNOXVILLE, TN 37909

*44D0312890 COLA ID 000082*
*Daniel McCammon, M.D. F.A.C.E.*

---

| | | | | | |
|---|---|---|---|---|---|
| Name/DOB: | **Guerrero, Sabrina M. (** | | | Provider: | Gregory A. Moffitt M.D. |
| Patient ID: | 542368 | Sex: F | Fasting: | Collection Location: | Endocrinology Lab |
| Phone number: | | Age: 52 | No | Sample ID: | 212710321 |
| Collection Date: | 11/16/2021 08:16 | | | | |
| Approval date: | 11/16/2021 09:27 | | | | |

## MAGNESIUM

| [A] | | 11/16/2021 08:16 | 7/12/2021 08:26 | 1/11/2021 08:36 | 7/7/2020 08:03 | 10/3/2019 09:39 | Ref. Range/Females |
|---|---|---|---|---|---|---|---|
| MAGNESIUM | | 1.82 | 1.83 | 1.73 | | | 1.50-2.50 mg/dL |
| | | | | | 1.99 | 1.77 | 1.50-2.50 mg/dL |

## GLYCATED A1C

| [A] | | 11/16/2021 08:16 | 7/12/2021 08:26 | 1/11/2021 08:36 | 7/7/2020 08:03 | 10/3/2019 09:39 | Ref. Range/Females |
|---|---|---|---|---|---|---|---|
| GLYCATED A1C | | 5.6 | 5.9 | 5.8 | 5.4 | 5.6 | 4.4-6.3 % |
| ESTIMATED AVG GLU | | 114 | 123 | 120 | 108 | 114 | |

## CMP

| CB | | 11/16/2021 08:16 | 7/12/2021 08:26 | 1/11/2021 08:36 | 7/7/2020 08:03 | 10/3/2019 09:39 | Ref. Range/Females |
|---|---|---|---|---|---|---|---|
| SODIUM | | 141 | 143 | 143 | | | 135-145 mEq/L |
| | | | | | 142 | 141 | 135-145 mEq/L |
| POTASSIUM | | 4.0 | 4.1 | 4.0 | | | 3.5-5.0 mEq/L |
| | | | | | 4.2 | 4.5 | 3.5-5.0 mEq/L |
| CL | | 107 | 109 | 108 | | | 98-108 mEq/L |
| | | | | | 108 | 110 | 98-108 mEq/L |
| CO2 | | 28 | 27 | 30 | | | 21-31 mEq/L |
| | | | | | 24 | 20 | 21-31 mEq/L |
| GLUCOSE | | 95 | 98 | 93 | | | 70-105 mg/dl |
| | | | | | 90 | 92 | 70-105 mg/dl |
| BUN | | 18 | 13 | 13 | | | 7-24 mg/dl |
| | | | | | 15 | 16 | 7-24 mg/dl |
| CREATININE | L | 0.54 | 0.61 | 0.59 | | | 0.60-1.30 mg/dl |
| | | | | | 0.58 | 0.58 | 0.60-1.30 mg/dl |
| eGFR | | 108 | 104 | 105 | | | >60 ml/min/ 1.73m2 |
| | | | | | 106 | 107 | >60 ml/min/ 1.73m2 |
| CALCIUM | | 9.5 | 9.2 | 9.0 | | | 8.4-10.2 mg/dl |
| | | | | | 8.9 | 9.0 | 8.4-10.2 mg/dl |
| TOTAL BILIRUBIN | | 0.40 | | | | | 0.20-1.30 mg/dl |
| | | | | | 0.40 | 0.80 | 0.20-1.30 mg/dl |
| T. PROTEIN | | 7.7 | | | | | 6.0-8.0 g/dl |
| | | | | | 7.0 | 7.1 | 6.0-8.0 g/dl |
| ALBUMIN | | 4.1 | | | | | 3.5-5.0 g/dl |
| | | | | | 3.8 | 3.9 | 3.5-5.0 g/dl |
| AST | | 13 | | | | | 10-42 IU/L |
| | | | | | 15 | 17 | 10-42 IU/L |
| ALT | | 27 | | | | | 10-55 IU/L |
| | | | | | 26 | 32 | 10-55 IU/L |

Sample ID: 212710321/1
This report continues... (Final)

Reviewed by: ___________

**Lincoln/Guerrero 1413**

Name/DOB: **Guerrero, Sabrina M. (**
Patient ID: 542368
Phone number:
Collection Date: 11/16/2021 08:16
Approval date: 11/16/2021 09:27

Sex: F    Fasting:
Age: 52    No

Provider: Gregory A. Moffitt M.D.
Collection Location: Endocrinology Lab
Sample ID: 212710321

## CMP (cont'd)

| CB | 11/16/2021 08:16 | 7/12/2021 08:26 | 1/11/2021 08:36 | 7/7/2020 08:03 | 10/3/2019 09:39 | Ref Range/Females |
|---|---|---|---|---|---|---|
| ALKALINE PHOS | 101 | | | 128 | 119 | 38-124 IU/L<br>38-124 IU/L |

## PHOSPHORUS

| [A] | 11/16/2021 08:16 | 7/12/2021 08:26 | 7/7/2020 08:03 | 4/1/2019 12:31 | 1/23/2019 11:43 | Ref Range/Females |
|---|---|---|---|---|---|---|
| PHOSPHORUS | 3.2 | 2.9 | 3.4 | 2.8 | 1.8 | 2.5-4.6 mg/dl<br>2.5-4.6 mg/dl |

## LIPID PANEL

| [A] | 11/16/2021 08:16 | 7/7/2020 08:03 | Ref. Range/Females |
|---|---|---|---|
| CHOLESTEROL | 188 | 189 | 0-200 mg/dl<br>0-200 mg/dl |
| TRIGLYCERIDES | 113 | 118 | 0-150 mg/dl<br>0-150 mg/dl |
| HDL | 50 | 50 | >40 mg/dl<br>>40 mg/dl |
| LDL-CALCULATED | 115.3 | 115.0 | mg/dl<br>mg/dl |

```
11/16/2021  08:16    <70  Goal for patients with very high CV risk factors
                     <100 Goal for patients with high CV risk factors
                     <130 Goal for patients with moderate CV risk factors
```

| | | | |
|---|---|---|---|
| CHOL/HDL RATIO | 3.8 | 3.8 | 1.0-5.0 Ratio<br>1.0-5.0 Ratio |

## CBC

| CB | 11/16/2021 08:16 | 7/7/2020 08:03 | 10/3/2019 09:39 | 4/1/2019 12:31 | Ref. Range/Females |
|---|---|---|---|---|---|
| WBC | 7.4 | 7.7 | 6.0 | 7.9 | 4.6-10.2 K/uL |
| RBC | 4.90 | 4.72 | 5.24 | 4.65 | 3.70-5.30 M/uL |
| HGB | 14.5 | 14.3 | 15.4 | 14.0 | 12.0-16.0 g/dl |
| HCT | 44.5 | 42.8 | 47.2 | 42.1 | 37.0-47.0 % |
| MCV | 90.6 | 90.7 | 90.1 | 90.5 | 81.0-99.0 fl |
| MCH | 29.5 | 30.3 | 29.4 | 30.1 | 27.0-31.2 pg |
| MCHC | 32.6 | 33.4 | 32.6 | 33.3 | 31.8-35.4 g/dl |
| RDW | 13.5 | 13.9 | 13.4 | 13.2 | 11.6-14.8 % |
| PLT | 257 | 201 | 256 | 255 | 142-424 K/uL |
| MPV | 9.4 | 10.2 | 9.5 | 9.1 | 7.4-10.4 fl |

## iPTH

# Endocrinology Consultants of East Tennessee

1450 Dowell Springs Blvd Suite 300
KNOXVILLE, TN 37909

*44D0312890 COLA ID 000082*
*Daniel McCammon, M.D. F.A.C.E.*

---

Name/DOB: **Guerrero, Sabrina M. (**
Patient ID: 542368
Phone number:
Collection Date: 11/16/2021 08:16
Approval date: 11/16/2021 09:27

Sex: F Fasting: No
Age: 52

Provider: Gregory A. Moffitt M.D.
Collection Location: Endocrinology Lab
Sample ID: 212710321

## iPTH (cont'd)

| CLS | | 11/16/2021 08:16 | 7/12/2021 08:26 | 1/11/2021 08:36 | 7/7/2020 08:03 | 10/3/2019 09:39 | Ref. Range/Females |
|---|---|---|---|---|---|---|---|
| IPTH | H | 80.4 | 92.1 | 101.5 | 93.7 | 88.8 | 14.0-72.0 pg/ml |
| CALCIUM | | 9.5 | 9.2 | 9.0 | | | 8.4-10.2 mg/dl |
| | | | | | 8.9 | 9.0 | 8.4-10.2 mg/dl |

## VIT D OH-25

| [A] | 11/16/2021 08:16 | 7/12/2021 08:26 | 1/11/2021 08:36 | 7/7/2020 08:03 | 10/3/2019 09:39 | Ref. Range/Females |
|---|---|---|---|---|---|---|
| VIT D OH-25 | 80.6 | 81.1 | 90.0 | 108.1 | 89.9 | 30.0-100.0 ng/mL |

## VITAMIN B12

| [A] | | 11/16/2021 08:16 | 7/12/2021 08:26 | 1/11/2021 08:36 | 7/7/2020 08:03 | Ref. Range/Females |
|---|---|---|---|---|---|---|
| VITAMIN B12 | H | 1313.0 | 1585.0 | 422.0 | 359.0 | 200.0-1000.0 pg/ml |

## RANDOM M-ALB

| [A] | 11/16/2021 08:16 | 7/12/2021 08:26 | 11/13/2018 06:55 | Ref. Range/Females |
|---|---|---|---|---|
| URINE CREATININE | 120.3 | 80.4 | | 27.0-300.0 mg/dl |
| | | | 154.0 | 27.0-300.0 mg/dl |
| URINE MICRO-ALB | 0.90 | | | 0.00-1.90 mg/dl |
| MICRO-ALB/CREAT | 7.5 | | | 0.0-29.9 mg/g |

Sample ID: 212710321/3
END OF REPORT (Final)

Reviewed by: ___________


**Lincoln/Guerrero 1415**

0A33 FF47 2043 9210

Quest Diagnostics

# Physician Results Form

Completed form must be faxed to **844-560-5221**.

**REQUIRED** ALL FIELDS ARE REQUIRED unless otherwise noted with (*). Your form will be rejected if all fields are not completed. If you have not completed these tests with your Healthcare Provider, they will need to be completed before this form is submitted. Complete in BLACK INK for best results.

Company Name: GENTIVA HEALTH SERVICES INC

Contract Name: GENTIVA HEALTH SERVICES INC 2

You need to fill this section out.

! Complete this section before you see your healthcare provider.

Last Name: GUERRERO

First Name: SABRINA

MI:

Self Identified Gender: ■ Female ☐ Male

Employee ID: 70879

Email Address:

Phone Number:

Address:

City:

State:

Zip Code:

By signing this requisition form and receiving these services, I acknowledge and agree to the Terms of Service which have been provided to me by Quest Diagnostics.

Participant Signature: Sabrina Guerrero

Date of Birth:

FOR LAB USE ONLY 0A33 FF47 2043 9210

This section must be completed by your Healthcare Provider.

! The information provided below will be kept confidential.

Date Test(s) Performed: 11/16/21

Testing and Measurements Must be Collected Between: 12/01/2020 12/01/2021

Height (feet): 5

Height (inches): 5

Weight (lbs): 375

Systolic BP: 110

Diastolic BP: 80

Trigs (mg/dL): 113

HDL: 50

Total Chol: 188

LDL: 115.3

Glucose (mg/dL): 95

Fasting >9 Hours: ☒ Yes ☐ No

Waist Circumference (inches): 63

Healthcare Provider (Printed): Amy Epling

UPIN/NPI: 1861010019

Healthcare Provider (Signature): Amy Epling FNP-C

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the registered trademarks of Quest Diagnostics. All third party marks—® and ™—are the property of their respective owners. ©2000-2017 Quest Diagnostics Incorporated. All rights reserved.

Lincoln/Guerrero 1416

5210 Capitol Drive
Wheeling, IL 60090
SnapDiagnostics.com

Phone: 847-777-0000
Fax: 847.465.3401
support@SnapDiagnostics.com

# RESPIRATORY ANALYSIS

**Name:** Sabrina Guerrero
**Birth Date:**
**Age:** 52 years old
**Sex:** female
**Referred By:** AMBER MOORE FNP

**Height:** 5' 5"
**Weight:** 385 lb
**BMI:** 64.1
**Neck Circumference:** 45.7 cm
**Service Date:** 11/12/2021

Unattended, Type III, Home Sleep Study with simultaneous recording of heart/pulse rate, oxygen saturation, respiratory airflow and respiratory effort.

**History:** Observed apnea, habitual loud snoring, and Epworth scale greater than 9.

**Comment:**

**Recording Time:** 514 min

**Analyzed Sleep Time:** 485 min

| RESPIRATORY FINDINGS: | | | | | |
|---|---|---|---|---|---|
| **APNEAS** | | **HYPOPNEAS** | | **CALCULATED INDICES** | |
| Total Number of Apneas: | 10 | Total Number of Hypopneas: | 214 | Total Apnea Index: | 1.2 |
| Num. of OBS Apneas: | 7 | Num. of Hypopneas 4%: | 122 | Hypopnea Index: | 26.5 |
| Num. of Central Apneas: | 3 | | | Hypopnea 4% Index: | 15.1 |
| Avg. Apnea Duration: | 13 sec | Avg. Hypopnea Duration: | 18 sec | Central Apnea Index: | 0.4 (1%) |
| **OXIMETRY DESATURATIONS** | | | | MaxDen10RDI: | 67.7 |
| | | | | REI: | 15.4 |
| Time below 88%: | <0.5 min (<0.5%) | Oximetry baseline: | 99 % | **AHI:** | **16.3** |
| Number of desaturations: | 132 | Lowest desaturation: | 85 % | RDI: | 27.7 |

## RESPIRATORY ANALYSIS SUMMARY

A total of 10 apneas (3 of which were Central based on respiratory effort) and 214 hypopneas were identified. The total number of obstructive events (apneas and hypopneas) was 221. The Total Apnea Index (central and obstructive events) was 1.2 per hour. The Central Apnea Index was 0.4 per hour based on respiratory effort. The Central % Ratio was 1%.

During the recording period, there was a total of 132 desaturations. The baseline oxygen level was 99% and the lowest oxygen level was 85%. The time spent below an oxygen saturation of 88% was <0.5 min (<0.5%).

The RDI was 27.7 per hour. During periods of the recording no less than ten minutes, the Maximum Density of the RDI was elevated up to 67.7. The AHI was 16.3 per hour; this index includes hypopneas that exhibit oxygen desaturations of 4% or greater, and all apneas.

## INTERPRETATION:

During the recording there was evidence of moderate sleep apnea.

Muhammad Najjar Md

12/01/2021

Electronically signed by Muhammad Najjar MD

Date Signed

Layout: 2.5 A: Snap LBE **Record: 21-820369** QC: Snap CJO

DocVerify ID: 91BA6729-52F7-48C1-8E47-A4A9083B9918
www.docverify.com

 1A4A9083B9918

snap diagnostics

5210 Capitol Drive
Wheeling, IL 60090
SnapDiagnostics.com

Phone: 847-777-0000
Fax: 847.465.3401
support@SnapDiagnostics.com

| | | | |
|---|---|---|---|
| **Name:** | Sabrina Guerrero | **Height:** | 5' 5" |
| **Birth Date:** | | **Weight:** | 385 lb |
| **Age:** | 52 years old | **BMI:** | 64.1 |
| **Sex:** | female | **Neck Circumference:** | 45.7 cm |
| **Referred By:** | AMBER MOORE FNP | **Service Date:** | 11/12/2021 |

Unattended, Type III, Home Sleep Study with simultaneous recording of heart/pulse rate, oxygen saturation, respiratory airflow and respiratory effort.

## CONSIDERATIONS:

The following considerations represent clinical guidelines published by American Academy of Sleep Medicine. They are intended for a medical provider familiar with the patient history to consider if that medical provider elects to treat this patient.

Positive Airway Pressure (PAP) is the treatment of choice for mild, moderate and severe OSA and should be offered as an option for all patients (Consensus). Alternative therapies may be offered depending on the severity of the OSA and the patient's anatomy, risk factors and preferences (Epstein et al. AASM Clinical Guideline. J Clin Sleep Med. 2009: 5[3]).

The AASM and AADSM recommend the use of a custom, titratable Oral Appliance for (a) patients with primary snoring or (b) patients that are either not tolerant of PAP or that prefer an alternative to PAP versus no treatment (AASM & AADSM Clinical Practice Guideline, J Clin Sleep Med. 2015;11[7]).

Note: Prior to a trial of Oral Appliance, Patients with severe OSA should have an initial trial of nasal CPAP because greater effectiveness has been shown with this intervention than the use of Oral Appliances (Epstein et al. AASM Clinical Guideline. J Clin Sleep Med. 2009: 5[3]).

Successful dietary weight loss may improve the RDI in obese patients with OSA (Epstein et al., 2009).

Consider surgical procedures as a secondary treatment for obstructive sleep apnea when outcome on PAP is inadequate or the patient is PAP-intolerant (Epstein et al., 2009).

If treatment includes oral appliance, surgical procedure or weight loss, consider repeating sleep test to assess therapy effectiveness (Epstein et al., 2009; Ramar et al., 2015).

This home sleep test was completed after:

1. face-to-face demonstration of the portable sleep monitoring device's application and use; or,
2. the patient was provided with a training video and/or telephonic instruction.

In addition, Snap Diagnostics provides 24 hour availability of qualified personnel to answer questions or troubleshoot issues with the device.

If the patient's medical provider elects to order PAP treatment, a unique patient identification number can be optionally used by the Treatment Provider to enable automatic tracking of PAP Compliance for some PAP manufacturers. PAP Compliance Reporting Patient Identification Number for this patient: 1cead32

If CPAP therapy is considered appropriate, the predicted initial CPAP pressure is 12 cm $H_2O$ (Miljeteig and Hoffstein, 1993). If Auto-titrating PAP is considered appropriate, the treating pressure will be selected by the device's internal software.

snap diagnostics

5210 Capitol Drive
Wheeling, IL 60090
SnapDiagnostics.com

Phone: 847-777-0000
Fax: 847.465.3401
support@SnapDiagnostics.com

# OXIMETRY ANALYSIS

| | | | |
|---|---|---|---|
| **Name:** | Sabrina Guerrero | **Height:** | 5' 5" |
| **Birth Date:** | | **Weight:** | 385 lb |
| **Age:** | 52 years old | **BMI:** | 64.1 |
| **Sex:** | female | **Neck Circumference:** | 45.7 cm |
| **Referred By:** | AMBER MOORE FNP | **Service Date:** | 11/12/2021 |

Unattended, Type III, Home Sleep Study with simultaneous recording of heart/pulse rate, oxygen saturation, respiratory airflow and respiratory effort.

**History:** Observed apnea, habitual loud snoring, and Epworth scale greater than 9.

Recording Time 514 min

Recording Oximetry Time 481 min

Oximetry Baseline was 99 %

**Oximetry Data:**

| | | |
|---|---|---|
| Mean O2: | 94 % | |
| Highest O2: | 99 % | |
| Lowest O2: | 85 % | |
| Number of Desaturations: | 132 | |
| Desaturation Index | 16.5 | |
| Time under 88%: | <0.5 % | <0.5 min |
| Mean Pulse Rate: | 72 bpm | |

**SpO2 Levels by Time:**

| | | |
|---|---|---|
| 95 - 100: | 37 % | 178 min |
| 90 - 94: | 60 % | 289 min |
| 85 - 89: | 3 % | 14 min |
| 80 - 84: | 0 % | 0 min |
| 75 - 79: | 0 % | 0 min |
| 70 - 74: | 0 % | 0 min |
| Under 70: | 0 % | 0 min |

## OXIMETRY SUMMARY:

During the recording period:

- Total of 132 desaturations.
- The Desaturation Index was 16.5
- Oxygen level was under 88% for <0.5 % of the time.
- Lowest O2 level was 85 %.

Layout: 2.5  A: Snap LBE  **Record: 21-820369**  QC: Snap CJO
Physician approved: Najjar, Muhammad MD  Type 3 device: m8

5210 Capitol Drive
Wheeling, IL 60090
SnapDiagnostics.com

Phone: 847-777-0000
Fax: 847.465.3401
support@SnapDiagnostics.com

# SNORING ANALYSIS

| | | | |
|---|---|---|---|
| **Name:** | Sabrina Guerrero | **Height:** | 5' 5" |
| **Birth Date:** | | **Weight:** | 385 lb |
| **Age:** | 52 years old | **BMI:** | 64.1 |
| **Sex:** | female | **Neck Circumference:** | 45.7 cm |
| **Referred By:** | AMBER MOORE FNP | **Service Date:** | 11/12/2021 |

Unattended, Type III, Home Sleep Study with simultaneous recording of heart/pulse rate, oxygen saturation, respiratory airflow and respiratory effort.

**Comment:** Patient snored infrequently during the recording.

## Snoring Data:

| | |
|---|---|
| Snoring Index: | 61.4 |
| Primary Vibration Frequency: | 104 Hz |
| Palatal like Vibration Freq: (type1,2) | 25 Hz |

## Overall Snoring Loudness:

Max Relative Loudness: 13 dB (Moderate degree)
Average Relative Loudness: 0 dB (Mild degree)

## Snoring Distribution by Type:

| | | |
|---|---|---|
| **Type 1:** | 5 | 39 % |
| **Type 2:** | 2 | 15 % |
| **Type 3:** | 2 | 15 % |
| **Type 4:** | 0 | 0 % |
| **Type WL:** | 4 | 31 % |

## Snoring Distribution by Loudness:

Ampl.Dist.Index(RESP85%): **2 dB (Mild)**
Ampl.Dist.Index(34W85%): **2 dB (Mild)**

Resistance Occurrence Percentage 8 %
(% of respiratory events with 1-4 or WL Type sound)

## SNORING ANALYSIS SUMMARY:

The patient **snored at a rate** of approximately 61.4 snores per hour.

The **snoring distribution** suggests that vibration patterns which are similar to typical palatal snoring patterns (type 1,2), dominated 54 % of the snoring events.

The **maximum relative snoring loudness** (increase over respiratory baseline) was measured to be approximately 13 dB (Moderate degree).

The **average relative snoring loudness** (increase over respiratory baseline) was measured to be approximately 0 dB (Mild degree).

The **typical palatal snoring patterns** were 2 dB louder than all other respiratory sounds, and in particular 2 dB louder than the non palatal snoring events.

## Estimated Palatal Component




Layout: 2.5 A: Snap LBE **Record: 21-820369** QC: Snap CJO

ENDOCRINOLOGY CONSULTANTS
OF EAST TENNESSEE
Balanced Care. Better Life.

1450 Dowell Springs Blvd; Suite 300; Knoxville, TN 37909-2444 Ph: (865) 637-8812 Fax: (865) 637-8865 www.endoconsultants.com



**11/16/2021 - Office Visit**
**Provider: Gregory A Moffitt MD**
**Location of Care: Main Office**

## History of Present Illness

Sabrina M Guerrero is seen in follow up for secondary hyperparathyroidism, hypomagnesemia, low vitamin B12 and prediabetes. Following last visit, the patient has remained on Rocaltrol 0.5 µg daily, tolerating it well. Unfortunately, she continues to have a lot of ongoing medical issues, most of them arising from nutritional issues secondary to her bariatric surgery. She is also having a lot of problems with fatigue, as it is present most days. She can not identify any factors that make her fatigue better or worse. Her medications have remained unchanged, as have her supplements. She also continues to worry about her weight, her weight has remained relatively stable, but this is impacting her legs, causing chronic knee pain, causing issues with fluid retention. She also is having ongoing difficulty with back pain because of the weight. She admits that her diet throughout the day is not great, she typically grazes and eats continuously. For her weight and her blood sugars, the patient has been receiving ozempic, presently receiving 0.5 mg subcutaneous once weekly.

## Past Medical History:

Reviewed and updated today:
Fibromyalgia
Osteoarthritis
IBS
Anemia
Anxiety
Depression
Hypertension
Hiatal Hernia
UTI

## Past Surgical History:

Reviewed history from 07/12/2021 and no changes required:
Gastric Bypass
Bowel and Hernia Repair 3-9-2020

**Family History Summary***(Last Reviewed on 11/16/2021)*

Mother

- High Cholesterol
- Depression
- Anxiety

ENDOCRINOLOGY CONSULTANTS
OF EAST TENNESSEE
*Balanced Care. Better Life.*

1450 Dowell Springs Blvd; Suite 300; Knoxville, TN 37909-2444 Ph: (865) 637-8812 Fax: (865) 637-8865 www.endoconsultants.com



- Other Medical Problem

Father
- Cancer, Pancreatic: Deceased. 83
- Diabetes, Type 2: Deceased. 83

Brother
- Diabetes, Type 2

Sister
- Hypertension
- Heart Disease

**Social History Summary***(Last Reviewed on 11/16/2021)*

Patient is a former smoker.
Marital Status: Married
Employment Status: Social Worker
Alcohol Use: Occasional
Highest Level of Education: Graduate School

## Review of Systems

**General Health**
- Denies: Weight loss, Weight gain

**Cardiovascular**
- Denies: Chest discomfort/pain

**Respiratory**
- Denies: Shortness of breath

**Gastrointestinal**
- Denies: Abdominal pain, Nausea

**Genitourinary**
- Denies: Frequent urination

**Musculoskeletal**
- Denies: Muscle or joint stiffness

**Neurological**
- Denies: Headaches

**Psychiatric**
- Denies: Anxiety, Depression

**Endocrine**
- Denies: High blood sugar

**Hematologic/Lymphatic**

- Denies: Recurrent infections

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 52 Years Old Female |
| Height: | 64.5 inches |
| Weight: | 389 pounds |
| BMI: | 65.73 |
| Pulse rate: | 82 / minute |
| BP Sitting: | 136 / 82 (left arm) |
| Cuff size: | regular |

Medications: Medications were reviewed with the patient during this visit.
Allergies: Allergies were reviewed with the patient during this visit.

Vitals Entered By: Candice Zollner RN (November 16, 2021 9:16 AM)

## Physical Exam

**General:**
Appears stated age; well developed; in no acute distress
**Head:**
Symmetric; no excessive rounding; no excessive thickening of features
**Eyes:**
EOMI
**Ears:**
No deformity of pinna; hearing acuity sufficient for normal conversation
**Mouth:**
Mask worn
**Neck:**
No thyromegaly, palpable thyroid masses or abnormal cervical nodes
**Lungs:**
Respirations unlabored; clear to auscultation bilaterally
**Heart:**
Regular rate and rhythm without murmurs, rubs, or gallops
**Abdomen:**

ENDOCRINOLOGY CONSULTANTS
OF EAST TENNESSEE
Balanced Care. Better Life.

1450 Dowell Springs Blvd; Suite 300; Knoxville, TN 37909-2444 Ph: (865) 637-8812 Fax: (865) 637-8865 www.endoconsultants.com



Bowel sounds positive; abdomen soft and non-tender

**Msk:**
No abnormal spinal curvature; normal posture and gait

**Pulses:**
Pulses normal in all 4 extremities

**Extremities:**
No clubbing; no cyanosis; no edema noted

**Neurologic:**
No tremor

**Skin:**
No pigmentation abnormality; intact without lesions or rashes on exposed areas

**Cervical Nodes:**
No significant adenopathy

**Psych:**
Alert and cooperative; normal mood and affect; normal attention span and concentration

**Labwork:**
Most Recent Lab Results:
**HbA1c:** : 5.9 % 07/12/2021

**Medication Changes and Prescriptions At This Visit:**

Added new medication of cephalexin 500 mg capsule (cephalexin) Take 1 capsule by mouth twice a day UTI; Route: BY MOUTH - Signed
Changed medication from cyanocobalamin (vitamin B-12) 1,000 mcg tablet (cyanocobalamin (vitamin b-12)) Take 1 tablet by mouth once a day to cyanocobalamin (vitamin B-12) 1,000 mcg tablet (cyanocobalamin (vitamin b-12)) Take 1 tablet by mouth every other day ; Route: BY MOUTH - Signed
Added new medication of Ozempic 1 mg/dose (4 mg/3 mL) pen injector (semaglutide) Inject 1 mg subcutaneously once a week as directed ; Route: SUBCUTANEOUSLY - Signed
Deleted medication of Ozempic 0.25 mg or 0.5 mg(2 mg/1.5 mL) pen injector (semaglutide) Inject 0.5 mg once a week as directed
Rx of Ozempic 1 mg/dose (4 mg/3 mL) pen injector (semaglutide) Inject 1 mg subcutaneously once a week as directed ; #3 ml x 3; Signed; Entered by: Gregory A Moffitt MD; Authorized by: Gregory A Moffitt MD; Method used: Electronically to Sam's Club Pharmacy 6572 2920 KNOXVILLE CENTER DRIVE, KNOXVILLE, TN 37924, Ph: (865) 637-0643 Fax: (865) 637-1803, ; Note to Pharmacy: CRX: |Eligible patients may qualify for savings. Direct patients to www.novocare.com. Sponsored by Novo Nordisk.|

**Active Medication List:**

Ozempic 1 mg/dose (4 mg/3 mL) pen injector (semaglutide) Inject 1 mg subcutaneously once a week as directed
cyanocobalamin (vitamin B-12) 1,000 mcg tablet (cyanocobalamin (vitamin b-12)) Take 1 tablet by mouth every other day
cephalexin 500 mg capsule (cephalexin) Take 1 capsule by mouth twice a day UTI
magnesium oxide 400 mg (241.3 mg magnesium) tablet (magnesium oxide) Take 1 tablet by mouth once daily

ondansetron HCl 8 mg tablet (ondansetron hcl) as needed
* CALCIUM 600 MG TABS (CALCIUM) Take 1 tablet by mouth twice a day
* VITAMIN C CAPSULE Take 1 tablet by mouth twice a day
hyoscyamine sulfate 0.125 mg tablet, sublingual (hyoscyamine sulfate) Take 1 tablet by mouth once a day as needed
minocycline 100 mg capsule (minocycline) Take 1 tablet by mouth twice a day
* ASPIR-81 81 MG ORAL TABLET DELAYED RELEASE Take 1 tablet by mouth once a day
meloxicam 15 mg tablet (meloxicam) Take 1 tablet by mouth once a day
* VITAMIN A Take 1 tablet by mouth once a day
* BENAZEPRIL HCL 20 MG ORAL TABLET (BENAZEPRIL HCL) Take 1 tablet by mouth once a day
ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule (ergocalciferol (vitamin d2)) twice a week
escitalopram oxalate 10 mg tablet (escitalopram oxalate) Take 1 tablet by mouth once a day
apple cider vinegar 500 mg tablet (apple cider vinegar) Take 1 tablet by mouth twice a day
dicyclomine 20 mg tablet (dicyclomine) Take 1 tablet by mouth once a day as needed
calcitriol 0.5 mcg capsule (calcitriol) Take 1 capsule by mouth once a day

Tests: (1) CMP (OC5)

| | | | |
|---|---|---|---|
| SODIUM | | 141 mEq/L | 135-145 |
| POTASSIUM | | 4.0 mEq/L | 3.5-5.0 |
| CL | | 107 mEq/L | 98-108 |
| CO2 | | 28 mEq/L | 21-31 |
| GLUCOSE | | 95 mg/dl | 70-105 |
| BUN | | 18 mg/dl | 7-24 |
| CREATININE | [L] | 0.54 mg/dl | 0.60-1.30 |
| eGFR | | 108 ml/min/1.73m2 | >60 |
| CALCIUM | | 9.5 mg/dl | 8.4-10.2 |
| TOTAL BILIRUBIN | | 0.40 mg/dl | 0.20-1.30 |
| T. PROTEIN | | 7.7 g/dl | 6.0-8.0 |
| ALBUMIN | | 4.1 g/dl | 3.5-5.0 |
| AST | | 13 IU/L | 10-42 |
| ALT | | 27 IU/L | 10-55 |
| ALKALINE PHOS | | 101 IU/L | 38-124 |

Tests: (2) CBC (OC23)

| | | |
|---|---|---|
| WBC | 7.4 K/uL | 4.6-10.2 |
| RBC | 4.90 M/uL | 3.70-5.30 |
| HGB | 14.5 g/dl | 12.0-16.0 |
| HCT | 44.5 % | 37.0-47.0 |
| MCV | 90.6 fl | 81.0-99.0 |
| MCH | 29.5 pg | 27.0-31.2 |
| MCHC | 32.6 g/dl | 31.8-35.4 |
| RDW | 13.5 % | 11.6-14.8 |
| PLT | 257 K/uL | 142-424 |
| MPV | 9.4 fl | 7.4-10.4 |

Tests: (3) MAGNESIUM (OC1904)

| | | |
|---|---|---|
| MAGNESIUM | 1.82 mg/dL | 1.50-2.50 |

Electronically Signed and Reviewed by Moore, Amber 11/16/2021 13:57:52

ENDOCRINOLOGY CONSULTANTS
OF EAST TENNESSEE
*Balanced Care. Better Life.*

1450 Dowell Springs Blvd; Suite 300; Knoxville, TN 37909-2444 Ph: (865) 637-8812 Fax: (865) 637-8865 www.endoconsultants.com



| | | | |
|---|---|---|---|
| Tests: (4) PHOSPHORUS (OC20) | | | |
| PHOSPHORUS | | 3.2 mg/dl | 2.5-4.6 |
| Tests: (5) iPTH (OC2214) | | | |
| IPTH | [H] | 80.4 pg/ml | 14.0-72.0 |
| CALCIUM | | 9.5 mg/dl | 8.4-10.2 |
| Tests: (6) GLYCATED A1C (OC46) | | | |
| GLYCATED A1C | | 5.6 % | 4.4-6.3 |
| ESTIMATED AVG GLU | | 114 | |
| Tests: (7) LIPID PANEL (OC12) | | | |
| CHOLESTEROL | | 188 mg/dl | 0-200 |
| TRIGLYCERIDES | | 113 mg/dl | 0-150 |
| HDL | | 50 mg/dl | >40 |
| LDL-CALCULATED | | 115.3 mg/dl | |
| <70 Goal for patients with very high CV risk factors | | | |
| <100 Goal for patients with high CV risk factors | | | |
| <130 Goal for patients with moderate CV risk factors | | | |
| CHOL/HDL RATIO | | 3.8 Ratio | 1.0-5.0 |
| Tests: (8) RANDOM M-ALB (OC15) | | | |
| URINE CREATININE | | 120.3 mg/dl | 27.0-300.0 |
| URINE MICRO-ALB | | 0.90 mg/dl | 0.00-1.90 |
| MICRO-ALB/CREAT | | 7.5 mg/g | 0.0-29.9 |
| Tests: (9) VIT D OH-25 (OC30) | | | |
| VIT D OH-25 | | 80.6 ng/mL | 30.0-100.0 |
| Tests: (10) VITAMIN B12 (OC42) | | | |
| VITAMIN B12 | [H] | 1313.0 pg/ml | 200.0-1000.0 |
| ! Note | | Performed at ECET (R) | |

TOTAL TIME (including review of records, interim history and test results; discussion of management options and recommendations; document creation and communication with other healthcare providers) was 35 minutes.

## Impression & Recommendations:

**Problem # 1:** Secondary Hyperparathyroidism - Non-Renal (ICD-252.02) (ICD10-E21.1)
**Assessment:** Improved

Diagnosed in 2018, appears to be secondary, etiology undetermined, with patient receiving Rocaltrol 0.5 µg daily. Her parathyroid level remained slightly elevated. We will continue to be very mindful of her calcium levels, following it closely. I did review with her the signs and symptoms of hypercalcemia, should she have any problems tolerating this medication, she is to contact us. Her 24 hour UFC from 2021 was still on the low side, no concern for nephrolithiasis.

- THERAPY: Rocaltrol 0.5 µg once daily
- OTC calcium 600 mg po tid
- RTC in 6 months
- 24 hour for calcium in 2023

**Problem # 2:** Hypomagnesemia (ICD-275.2) (ICD10-E83.42)
**Assessment:** Unchanged

Diagnosed in 2018, with patient. Presently receiving MgOx 400 mg daily
- Magnesium oxide 400 mg by mouth daily

**Problem # 3:** Vitamin D Deficiency (ICD-268.9) (ICD10-E55.9)
**Assessment:** Unchanged

Diagnosed in 2019, doing well with drisdol twice a week
- THERAPY: drisdol - 50 K twice a week

**Problem # 4:** Vitamin B12 deficiency (ICD10-Z86.39)
**Assessment:** Unchanged

Patient to initiate 1000 µg of over-the-counter B12 daily. She is on too much
- B12 - 1,000 mcg twice a week

**Problem # 5:** Prediabetes (ICD10-R73.03)
**Assessment:** Improved

The goals of diabetes prevention include preventing or delaying the onset of diabetes, preserving beta cell function, and preventing or delaying microvascular and cardiovascular complications. Lifestyle modification (predominantly exercise and weight loss) successfully decreases the development of diabetes. Therefore, I have promoted lifestyle changes (healthy diet and regular exercise). In particular, would like to see the individual ingests no more than 100 g of carbohydrates daily. Patients who are at high risk should be followed closely, with repeat examination and measurements of fasting blood glucose or A1C on an annual basis. For select patients (age <60 years and/or BMI =35 kg/m2, women with a history of gestational diabetes) with impaired fasting glucose (IFG), impaired glucose tolerance (IGT), or A1C of 5.7 to 6.4 percent, in whom lifestyle interventions fail to improve glycemic indices, we suggest metformin for diabetes prevention. I would like her to increase GLP-1
- THERAPY: Ozempic 1 mg weekly
- RTC in 6 months

**Problem # 6:** Body mass index (BMI) 60.0-69.99, adult (ICD-V85.44) (ICD10-Z68.44)
**Assessment:** Comment Only

Patient is currently working with her bariatric surgeon

**Vaccines Administered/Entered:**
Vaccination Group: Influenza
Series: 4 NOT GIVEN
Vaccination:
Reason Not Given: Patient decision
Entered Date: 11/16/2021 12:00 AM
Entered by: Zollner RN, Candice

**Electronically signed by Gregory A Moffitt MD on 11/16/2021 at 9:40 AM**

---

Tennova Healthcare

Jefferson Heart Consultants
120 Hospital Dr Ste 100
Jefferson City, TN 37760-5279
Phone: (865) 471-2570, Fax: (865) 471-2571

Date: 07/12/2021

RE: Sabrina Guerrero, DOB: PT ID #1389974

Dear Amber,

I had the opportunity to see Sabrina Guerrero at Jefferson Heart Consultants for an initial consultation on 07/12/2021. I have enclosed a copy of the office evaluation for your records and review. Thank you for referring this very pleasant woman to our practice. I hope that the consultation has been helpful. If I can be of further assistance, please feel free to contact me at anytime.

Sincerely,

Electronically Signed by: HONG TJOA, MD

Encounter Reason/Date

**Transition of Care Encounter**
New Patient

referred by Amber Moore,Np for chest pain and shortness of breath (pt reports no travel out of the country at this time)
07/12/2021 - 02:00PM - TPS_JEFFERSON HEART CONSULTANTS

Problems

Reviewed Problems

- Dyspnea - Etiology unclear; by clinical description and course, not completely convincing for active cardiac disease presently; may still be secondary to her obesity and reduced functional capacity
- Chest pain - Etiology unclear; by clinical description and course, not convincing for active cardiac disease presently; ECG (7/7/2021) showed sinus rhythm at a rate of 91 bpm with normal intervals, leftward axis, and mild nonspecific T wave changes; no prior ECG available for comparison
- Hypertensive disorder - Onset: 08/14/2019 - on rx
- Prediabetes - Onset: 07/12/2021 - Last HbA1c reportedly was 5.9; placed on Ozempic by PCP
- Obstructive sleep apnea syndrome - Onset: 07/12/2021 - Not on CPAP therapy
- Family history of Cardiovascular disease - Onset: 07/12/2021 - Reported family history of heart disease in both parents
- Gastroesophageal reflux disease
- Morbid obesity - Onset: 08/14/2019
- Nausea and vomiting - Onset: 08/14/2019

- Chronic depression - Onset: 08/14/2019
- Abdominal pain
- Anemia - Onset: 08/14/2019
- Hernia of abdominal cavity - Onset: 02/06/2020
- Diarrhea
- Fatigue - Onset: 08/14/2019

Allergies:

Reviewed Allergies
**SULFA (SULFONAMIDE ANTIBIOTICS):** Hives

Medications:

Reviewed Medications

| | | |
|---|---|---|
| **B12 5,000 mcg-100 mcg sublingual lozenge**<br>Place by sublingual route. | 02/22/21 | entered |
| **Bariatric Multivitamins** | 02/06/20 | entered |
| **benazepriL 10 mg tablet** TAKE 2 TABLETS BY MOUTH ONCE DAILY | 06/12/21 | filled |
| **calcitrioL 0.5 mcg capsule** TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 06/12/21 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 06/12/21 | filled |
| **escitalopram 10 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 06/12/21 | filled |
| **hyoscyamine 0.125 mg sublingual tablet**<br>Place as needed by sublingual route for 30 days. | 03/06/18 | filled |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 06/12/21 | filled |
| **meloxicam 15 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 06/12/21 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 06/28/21 | filled |
| **MM CETIRIZINE 10MG TAB** TAKE 1 TABLET BY MOUTH ONCE DAILY | 06/12/21 | filled |
| **Nyamyc 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY TO SKIN THREE TIMES DAILY; MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED | 07/02/21 | filled |
| **ondansetron HCL 4 mg tablet** | 12/30/19 | filled |
| **Ozempic 0.25 mg or 0.5 mg (2 mg/1.5 mL) subcutaneous pen injector**<br>Inject 2.5 mL every day by subcutaneous route. | 07/12/21 | entered |
| **traZODone 50 mg tablet** Take as needed by oral route for 90 days. | 09/26/16 | filled |
| **Vitamin D** | 02/22/21 | entered |

pro biotic, bio clear

Family History:

Reviewed Family History

| | |
|---|---|
| Mother | - Heart disease |
| Father | - Diabetes mellitus |
| | - Heart disease |
| | - Malignant neoplastic disease |

Social History:

Reviewed Social History
**Advanced Directive**
Do you have an advanced directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Former smoker (Notes: quit 2008)
How much tobacco do you smoke?: None
When did you quit smoking?: 16+ years since last cigarette
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 02/22/2021
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: Occasional
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: no
What is your level of caffeine consumption?: Moderate
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What type of diet are you following?: Regular
Do you have any dietary restrictions?: No
What is your exercise level?: None
**Marriage and Sexuality**
What is your relationship status?: Married
How many children do you have?: 1
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Education: Post Graduate
Live alone or with others?: with others
Marital status: Married
General stress level: Medium
**Gender Identity and LGBTQ Identity**

Surgical History

Reviewed Surgical History

- Hernia repair
- Colonoscopy (surg) - 06/10/2019
- Repair of meniscus - 01/01/2011 - RT knee
- Gastric Bypass - 01/01/2001 - RNY

Additional History:

None recorded

History of Present Illness:

Ms. Guerrero is a 52-year-old woman with the above described clinical background and history who has been referred by Amber Moore, NP for further evaluation of atypical chest pain and dyspnea on

exertion of unclear etiology. Available pertinent outside records have been thoroughly reviewed. Upon further questioning, patient states that over the last year or so she has noticed exertional shortness of breath relieved by rest. This has been relatively stable. However, over the last couple of months she has been noticing progressively more frequent episodes of left-sided anterior chest pressure that radiates laterally towards the left side but to no other locations. This is not necessarily associated with her shortness of breath and can occur intermittently over the day. Denies other associated symptoms of diaphoresis, nausea, vomiting, palpitations, lightheadedness, near syncope, or syncope. The chest pain episodes usually occur at rest. Denies other true symptoms of CHF, TIA/CVA, and claudication. She does admit to having to sleep in the recliner. She has also been previously diagnosed with OSA, but she has not been on CPAP therapy. Her most recent ECG from 7/7/2021 showed sinus rhythm at a rate of 91 bpm with normal intervals, leftward axis, early anterior R wave transition, and mild nonspecific T wave changes. No prior ECG available for comparison. Patient did add that a number of years ago she was seen by Dr. Spencer Hines who reportedly performed a nuclear stress test and an echocardiogram that were normal, and the tests were done for possibly similar reasons.

Review of Systems

Patient reports **exercise intolerance** but reports no fever, no night sweats, no significant weight gain, and no significant weight loss. Cardiovascular:: **as per history of present illness**. She reports **shortness of breath (Exertional)** but reports no cough, no wheezing, and no coughing up blood. She reports no dry eyes, no irritation, and no vision changes. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds and no nose/sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no vomiting, not vomiting blood, no abdominal pain, normal appetite, and no diarrhea. She reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. She reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no back pain, and no swelling in the extremities. She reports no abnormal mole, no jaundice, and no rashes. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no headaches.

Physical Exam

Patient is a 52-year-old female.

**Constitutional:**
General Appearance: appears stated age and **obese**. Level of Distress: comfortable.

**Psychiatric:**
Mental Status: alert and normal affect. Orientation: oriented to time, place, and person.

**Eyes:**
Lids and Conjunctivae: no discharge, pallor, xanthelasma, or arcus senilis and non-injected and anicteric.

**ENMT:**
Lips, Teeth, and Gums: normal dentition. Oropharynx: no cyanosis or pallor.

**Neck:**
Carotid Arteries: no bruits or thrills and bilateral normal upstroke. Jugular Veins: normal jugular venous pressure (**neck obese**).

**Lungs:**
Respiratory Effort: unlabored. Chest Exam: no thoracic deformity or chest wall tenderness and normal curvature. Auscultation: no wheezing, rales, or rhonchi and **decreased breath sounds.**

**Cardiovascular:**
Precordial Exam: no heaves or precordial thrills and non displaced focal PMI. Rate And Rhythm: regular. Heart Sounds: no rub, gallop, or click and normal S1 and physiologically split S2. Systolic Murmur: not heard. Diastolic Murmur: not heard. Extremities: no cyanosis or edema.

**Peripheral Pulses:**
Pulses: no bruits appreciated; **Upper extremity pulses intact and symmetric, but popliteal and distal lower extremity pulses difficult to palpate because of patient's body habitus.**

**Abdomen:**
Inspection and Palpation: non distended or tender, no bruit or masses, and soft and normal aorta; **morbidly obese.** Liver: **Difficult to assess.** Spleen: **Difficult to assess.**

**Neurologic:**

Gait: **wide-based**, Motor: **Moves all extremities, but strength and tone not specifically tested.**

**Skin:**
Inspection and Palpation: warm and dry. Nails: no clubbing.

PROCEDURE DOCUMENTATION

None recorded

ASSESSMENT/PLAN

Based on the currently available clinical history and objective data so far, exact etiology of Ms. Guerrero's exertional shortness of breath and atypical chest pain remains unclear. By the clinical description and course they are not convincing for active cardiac disease presently. Her examination and ECG are unrevealing. In any case, in light of her known risk factors, have offered patient option of proceeding with a DSE to assess her baseline cardiac structures and function and evaluate ischemic burden all with one test and for optimal specificity. She expressed understanding, and she has agreed to proceed. Will notify patient with the findings and further recommendations once the study is completed and reviewed. Nothing else to change or add from CV standpoint at this juncture. RV to cardiology to be determined. Follow-up with Amber Moore, NP for other primary care needs.

**1. Dyspnea**
R06.00: Dyspnea, unspecified

**2. Chest pain**
R07.9: Chest pain, unspecified
- CHEST PAIN: CARE INSTRUCTIONS
- DOBUTAMINE STRESS ECHOCARDIOGRAM (PROC) -
  Note to Provider: please set up and call patient with date and time NOT ON A WEDNESDAY OR THURSDAY

**3. Hypertensive disorder**
I10: Essential (primary) hypertension

**4. Prediabetes**
R73.03: Prediabetes

**5. Obstructive sleep apnea syndrome**
G47.33: Obstructive sleep apnea (adult) (pediatric)
- SLEEP APNEA: CARE INSTRUCTIONS

**6. Family history of Cardiovascular disease**
Z82.49: Family history of ischemic heart disease and other diseases of the circulatory system

**7. Gastroesophageal reflux disease**
K21.9: Gastro-esophageal reflux disease without esophagitis

**8. Morbid obesity**
E66.01: Morbid (severe) obesity due to excess calories
- WHEN YOU ARE OVERWEIGHT: CARE INSTRUCTIONS

**Return to Office**

- to see CYDNEY VANOSDALE, NP for Annual Visit 30 at TPS_TENNOVA BARIATRIC SURGERY on or around 02/22/2022

| | | | | | | |
|---|---|---|---|---|---|---|
| ID: | | Gender: | Female | 07/07/2021 04:38:52PM | | sinus rhythm (rapid) |
| Name: | GUERRERA, SABRINA | | | PR: | 124/154 ms | long QT interval, consider hypocalcaemia or quinidine-like drug |
| Age: | 52 yr | | | QRS: | 102 ms | Borderline ECG |
| | | | | QT/QTc: | 382/470 ms | Unconfirmed Report |
| | | | | P/QRS/T axis: | 46/-9/45 deg | |
| | | | | Heart rate: | 91 bpm | |




25 mm/s 10 mm/mV Frequency Response [0.5-35] Hz 60Hz ... Version 2.00.03

**Lincoln/Guerrero 1434**

St. Luke's Therapy Services of Sevierville
1014 Middle Creek Rd Sevierville, TN 37862-2939
Phone: (865) 453-9177 | Fax: (865) 453-9177

## COVER SHEET

**Date and Time:** 02/14/2024 at 7:26 AM

**To:** (706) 217-6880
**Name of Recipient:** McMahan Lawfirm

**From:** (865) 453-9177
**Name of Sender:** St. Luke's Therapy Services of Sevierville

**Message:** Med Records Request of 2022 for Sabina Guerrero DOB

*IMPORTANT: This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone (number listed above) to arrange the return or destruction of the information and all copies.*

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Physical Therapy Initial Examination

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Visit No.:** 1

**Date of Initial Examination:** 03/21/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)

## Subjective

**History of Present Condition/Mechanism of Injury:** Patient presented to this outpatient clinic without assistive device. Patient has a Dx of muscle weakness that started February 2022 after the patient had COVID. Patient has had no previous treatment. Pt was then referred to this outpatient therapy clinic for evaluation and further treatment.
**Primary Concern/Chief Complaint:** muscle weakness
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs
**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 0
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**General Health:** Good
**Occupation/Social History:**
**Is the Patient a current tobacco user OR have they been a user within the last 12 months:** No
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
**Patient Goals:** to get stronger

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |
| Inspection | Patient presented to this outpatient clinic without assistive device. |

**Body Mass Index**

| | |
|---|---|
| Weight | 380 |
| Height | 65 |
| Units | lbs/in |
| Index | 63.23 |

### Outcome Measurement Tools

**Lower Extremity**

| | |
|---|---|
| Lower Extremity Functional Scale | 36/80 |

Exhibit 13 MLF000002



Powered by WebPT

**Lincoln/Guerrero 1436**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Physical Therapy Initial Examination

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 03/21/2022

## Observation

**Standing Posture** Forward Head, Rounded Shoulders

## Range of Motion

**Comments** bilateral upper extremities WNL
bilateral lower extremities WNL

## Strength

**Comments** bilateral upper extremities grossly 4/5
bilateral lower extremities grossly 4/5

## Special Tests

**Ligament Integrity Knee**

| | **Right** | **Left** |
|---|---|---|
| Valgus Stress at 0 Knee Flex | Negative | Negative |
| Valgus Stress at 30 Knee Flex | Negative | Negative |
| Varus Stress at 0 Knee Flex | Negative | Negative |
| Varus Stress at 30 Knee Flex | Negative | Negative |
| Anterior Drawer | Negative | Negative |
| Posterior Drawer | Negative | Negative |

## Palpation

**Comments** Grade 1 tenderness right medial knee

## Assessment

**Assessment/Diagnosis:** Pt presents with pain and weakness of bilateral upper extremities and bilateral lower extremities which limit Pt function. Pt will benefit from skilled PT in order to improve on functional limitations and regain PLOF. Pt was educated on PT POC, showed understanding and agreed and participated in goal setting.
**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.
**Patient Education:** PT eval completed. Pt was educated on PT POC, showed understanding, and agreed. Pt was given written instructions with illustrations for a home exercise program and showed understanding. Pt was instructed in CP/MHP application for pain management.
**Rehab Potential:** Good
**Contraindications to Therapy:** None
**Patient Problems:**
- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**
1: (4 Weeks) | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities.
2: (4 Weeks) | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities.
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability.

**Long Term Goals:**
1: (8 Weeks) | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities.
2: (8 Weeks) | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities.


Powered by WebPT™

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Physical Therapy Initial Examination

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 03/21/2022

3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs
4: (8 Weeks) | Patient will be able to ambulate 160 feet without a rest break for gait stability.

## Plan

**Frequency:** 3 times a week
**Duration:** 8 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (ROM, Strength), Gait Training, Manual Therapy (Soft Tissue Mobilization, Myofascial Release, prn), Patient Education (Home Exercise Program, Home Safety), Self Care

**Specialties**

Other (modalities prn)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (865)453-9022.

Please sign and return: Fax#: (865)453-9177

I certify the need for these services furnished under this plan of treatment and while under my care.

Ben Christopher, PT

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________
________________________________________________

Ben Christopher
License #6305
*Electronically Signed by Ben Christopher on March 21, 2022 at 4:44 pm*

Physician Signature________________________________
A. Moore, FNP
Date:________________ Time:________________

Exhibit 13 MLF000004



Powered by WebPT

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Plan of Care

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)

**Date of Plan of Care:** 03/21/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 1

## Assessment

**Assessment/Diagnosis:** Pt presents with pain and weakness of bilateral upper extremities and bilateral lower extremities which limit Pt function. Pt will benefit from skilled PT in order to improve on functional limitations and regain PLOF. Pt was educated on PT POC, showed understanding and agreed and participated in goal setting.

**Patient Education:** PT eval completed. Pt was educated on PT POC, showed understanding, and agreed. Pt was given written instructions with illustrations for a home exercise program and showed understanding. Pt was instructed in CP/MHP application for pain management.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**
- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**
1: (4 Weeks) | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |

**Long Term Goals:**
1: (8 Weeks) | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Patient will be able to ambulate 160 feet without a rest break for gait stability. |

## Plan

**Frequency:** 3 times a week
**Duration:** 8 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**
**Procedures**

Exhibit 13 MLF000005



Powered by WebPT

**Lincoln/Guerrero 1439**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 03/21/2022

# Plan of Care

Therapeutic Exercises (ROM, Strength), Gait Training, Manual Therapy (Soft Tissue Mobilization, Myofascial Release, prn), Patient Education (Home Exercise Program, Home Safety), Self Care

**Specialties**

Other (modalities prn)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (865)453-9022.

Ben Christopher, PT

Ben Christopher
License #6305
*Electronically Signed by Ben Christopher on March 21, 2022 at 4:44 pm*

Please sign and return: Fax#: (865)453-9177

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________
________________________________________________

Physician Signature______________________________
A. Moore, FNP
Date:_______________ Time:_______________

Exhibit 13 MLF000006



Powered by WebPT™

**Lincoln/Guerrero 1440**

# Patient Outcomes

Report Date: 3/21/2022

**Sabrina Michelle Guerrero** 36 OF 80

| | | | |
|---|---|---|---|
| **Patient ID:** | 9889090 | **Questionnaire Type:** | Initial Eval |
| **Case Key:** | 43087250 | **Area:** | Lower Extremity |
| **Visit Date:** | 3/21/2022 | **Clinician:** | Christopher, Ben Leroy |
| **Entry Date:** | 3/21/2022 | **Clinic:** | St. Luke's Therapy Services of Sevierville |
| **ICD Code:** | M6281 - Muscle weakness (generalized) | **Referral Source:** | Moore, Amber |
| **Gender:** | F | | PPO |
| **Date of Birth:** | | **Litigation:** | No **Direct Access:** No |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | **Pain Level** | 4 | **4** | (0 to 10) |
| | **Any of your usual work, housework, or school activities** | Moderate Difficulty | **2** | (0 to 4) |
| | **Your usual hobbies, re creational or sporting activities** | Moderate Difficulty | **2** | (0 to 4) |
| | **Getting into or out of the bath** | A Little Bit of Difficulty | **3** | (0 to 4) |
| | **Walking between rooms** | A Little Bit of Difficulty | **3** | (0 to 4) |
| | **Putting on your shoes or socks** | No Difficulty | **4** | (0 to 4) |
| | **Squatting** | Moderate Difficulty | **2** | (0 to 4) |
| | **Lifting an object, like a bag of groceries from the floor** | No Difficulty | **4** | (0 to 4) |
| | **Performing light activities around your home** | A Little Bit of Difficulty | **3** | (0 to 4) |
| | **Performing heavy activities around your home** | Moderate Difficulty | **2** | (0 to 4) |
| | **Getting into or out of a car** | No Difficulty | **4** | (0 to 4) |
| | **Walking 2 blocks** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |
| | **Walking a mile** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | **Going up or down 10 stairs (about 1 flight of stairs))** | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | **Standing for 1 hour** | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | **Sitting for 1 hour** | No Difficulty | 4 | (0 to 4) |
| | **Running on even ground** | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | **Running on uneven ground** | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | **Making sharp turns while running fast** | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | **Hopping** | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | **Rolling over in bed** | Moderate Difficulty | 2 | (0 to 4) |

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Secondary Insurance Name:** Blue Cross Blue Shield

**Date of Daily Note:** 03/21/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 1
**Primary Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** muscle weakness
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs
**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 0
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Is the Patient a current tobacco user OR have they been a user within the last 12 months:** No
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

**Precautions** Patient needs head elevated if supine due to breathing problem
HTN

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97162 | PT Evaluation: Moderate Complexity | 1 |

*CPT copyright 2021 American Medical Association. All rights reserved.*

Objective Findings

ROM bilateral upper extremities WNL, bilateral lower extremities WNL
Strength bilateral upper extremities grossly 4/5, bilateral lower extremities grossly 4/5
Lower Extremity Functional Scale 36/80
Oxygen saturation 97%, HR 77 bpm

Pt presents with pain and weakness of bilateral upper extremities and bilateral lower extremities which limit Pt function. Pt will benefit from skilled PT in order to improve on functional limitations and regain PLOF. Pt was educated on PT POC, showed understanding and agreed and participated in goal setting.

## Assessment

**Assessment/Diagnosis:** Pt presents with pain and weakness of bilateral upper extremities and bilateral lower extremities which limit Pt function. Pt will benefit from skilled PT in order to improve on functional limitations and regain PLOF. Pt was educated on PT POC, showed understanding and agreed and participated in goal setting.

Exhibit 13 MLF000009



Powered by WebPT

**Lincoln/Guerrero 1443**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 03/21/2022

# Daily Note / Billing Sheet

**Patient Education:** PT eval completed. Pt was educated on PT POC, showed understanding, and agreed. Pt was given written instructions with illustrations for a home exercise program and showed understanding. Pt was instructed in CP/MHP application for pain management.
**Rehab Potential:** Good
**Patient Problems:**
- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**
1: (4 Weeks) | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |
**Long Term Goals:**
1: (8 Weeks) | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Patient will be able to ambulate 160 feet without a rest break for gait stability. |

## Plan

**Instructions:** Progressing Patient Next Visit

Ben Christopher, PT

Ben Christopher
License #6305
*Electronically Signed by Ben Christopher on March 21, 2022 at 4:44 pm*

Exhibit 13 MLF000010



Powered by WebPT™

**Lincoln/Guerrero 1444**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Secondary Insurance Name:** Blue Cross Blue Shield

**Date of Daily Note:** 03/28/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 2
**Primary Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** muscle weakness

Pt reported, "I haven't had any energy since I had Covid. I devveloped bronchitis after that so I wheeze a lot. I don't have any pain." (0/10)

**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation

**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs

**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 0 **Previous Findings as of 03/21/2022 - Worst:4 Best:0 Current:0*
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD

**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

**Precautions** Patient needs head elevated if supine due to breathing problem
HTN

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 4 |

*CPT copyright 2021 American Medical Association. All rights reserved.*

Objective Findings

ROM bilateral upper extremities WNL, bilateral lower extremities WNL
Strength bilateral upper extremities grossly 4/5, bilateral lower extremities grossly 4/5
Lower Extremity Functional Scale 36/80
Oxygen saturation 97%, HR 77 bpm

## Assessment

**Assessment/Diagnosis:** Pt is voicing no pain today but is voicing weakness and SOB. Pt was able to tolerate treatment w/no adverse effects. Pt did require several rest breaks d/t fatigue and weakness. Pt requires skilled therapy to achieve POC goals.
**Patient Education:** HEP, safety, body mechanics, breathing exercises
**Rehab Potential:** Good
**Patient Problems:**
- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

Exhibit 13 MLF000011



Powered by WebPT™

**Lincoln/Guerrero 1445**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 03/28/2022

## Daily Note / Billing Sheet

**Short Term Goals:**
1: (4 Weeks) | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |
**Long Term Goals:**
1: (8 Weeks) | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Patient will be able to ambulate 160 feet without a rest break for gait stability. |
Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC

Ellen Starr PTA

Ellen Starr
License #5961
*Initiated by Ellen Starr on March 28, 2022 at 10:49 am*

Ben Christopher, PT

Ben Christopher
License #6305
*Electronically Co-Signed by Ben Christopher on March 28, 2022 at 1:52 pm*

Exhibit 13 MLF000012



Powered by WebPT™

**Lincoln/Guerrero 1446**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Secondary Insurance Name:** Blue Cross Blue Shield

**Date of Daily Note:** 04/06/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 3
**Primary Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** muscle weakness
Pt reported, I am not having pain but just get tired. I do a little and feel like I have worked for an hour. I know it will take time.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs
**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 0 **Previous Findings as of 03/28/2022 - Worst:4 Best:0 Current:0*
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

**Precautions** Patient needs head elevated if supine due to breathing problem
HTN

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet completed for ROM, strength, endurance and mobility<br>Head of mat elevated for mat ex<br><br>Rest breaks throughout and cues for proper breathing and pacing | 4 |

*CPT copyright 2021 American Medical Association. All rights reserved.*

Objective Findings
ROM bilateral upper extremities WNL, bilateral lower extremities WNL
Strength bilateral upper extremities grossly 4/5, bilateral lower extremities grossly 4/5 (4/6/2022)
Lower Extremity Functional Scale 36/80
Oxygen saturation 97%, HR 77 bpm

## Assessment

**Assessment/Diagnosis:** Pt with general ms weakness, decreased endurance with SOB that limits pt full function and mobility. Pt completed PT session with rest breaks and cues for posture and breathing.
**Patient Education:** body mechanics, proper breathing, safety, HEP, posture
**Rehab Potential:** Good
**Patient Problems:**
- Decreased Functional Strength

- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**
1: (4 Weeks) | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |

**Long Term Goals:**
1: (8 Weeks) | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Patient will be able to ambulate 160 feet without a rest break for gait stability. |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC

Jen Hurst, PTA

Jennifer Hurst
License #4270
*Initiated by Jennifer Hurst on April 6, 2022 at 11:49 am*

PT, DPT

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Co-Signed by Dr. Jan Paul Dela Cruz, PT, DPT on April 6, 2022 at 12:41 pm*

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Secondary Insurance Name:** Blue Cross Blue Shield

**Date of Daily Note:** 04/12/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 4
**Primary Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** muscle weakness
Pt reported, "I get short of breath easy but my O2 sats are good."
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs
**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 0 **Previous Findings as of 04/06/2022 - Worst:4 Best:0 Current:0*
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

**Precautions** Patient needs head elevated if supine due to breathing problem
HTN

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet completed for ROM, strength, endurance and mobility with incorporation of diaphragmatic breathing ex<br>Head of mat elevated for mat ex<br><br>Rest breaks throughout and cues for proper breathing and pacing | 4 |

*CPT copyright 2021 American Medical Association. All rights reserved.*

Objective Findings
ROM bilateral upper extremities WNL, bilateral lower extremities WNL
Strength bilateral upper extremities grossly 4/5, bilateral lower extremities grossly 4/5 (4/12/2022)
Lower Extremity Functional Scale 36/80
Oxygen saturation 97%, HR 77 bpm

## Assessment

**Assessment/Diagnosis:** Pt presents with general ms weakness, decreased endurance with dyspnea that limits pt full function and mobility. Pt completed and tolerated PT session with ample rest breaks and cues for posture and breathing.
**Patient Education:** body mechanics, proper breathing, safety, HEP, posture
**Rehab Potential:** Good
**Patient Problems:**

- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**
1: (4 Weeks) | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |

**Long Term Goals:**
1: (8 Weeks) | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Patient will be able to ambulate 160 feet without a rest break for gait stability. |

## Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC

, PT , DPT

Dr. Ma. Paz Corazon Alana, PT, DPT
License #2308
*Electronically Signed by Dr. Ma. Paz Corazon Alana, PT, DPT on April 12, 2022 at 9:43 am*

Exhibit 13 MLF000016



Powered by WebPT™

**Lincoln/Guerrero 1450**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Secondary Insurance Name:** Blue Cross Blue Shield

**Date of Daily Note:** 04/14/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 5
**Primary Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** muscle weakness
Pt reported, I am feeling tired today, I was at UT hospital with my daughter for a surgery. I did have a hard time walking from the parking garage to the front of the hospital. I did have to take a few rest breaks.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs
**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 0 **Previous Findings as of 04/12/2022 - Worst:4 Best:0 Current:0*
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

**Precautions** Patient needs head elevated if supine due to breathing problem
HTN

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet completed for ROM, strength, endurance and mobility with incorporation of diaphragmatic breathing ex<br>Head of mat elevated for mat ex<br><br>Rest breaks throughout and cues for proper breathing and pacing | 4 |

*CPT copyright 2021 American Medical Association. All rights reserved.*

Objective Findings
ROM bilateral upper extremities WNL, bilateral lower extremities WNL
Strength bilateral upper extremities grossly 4/5, bilateral lower extremities grossly 4/5 (4/12/2022)
Oxygen saturation 95-96%, HR 97 bpm

## Assessment

**Assessment/Diagnosis:** General ms weakness with decreased stamina and endurance that affects tp tolerance to ADL's. Pt did need several rest breaks and cues for proper breathing. Pt completed PT session with no adverse reaction.
**Patient Education:** Posture, body mechanics, pacing with tasks, HEP, proper breathing
**Rehab Potential:** Good
**Patient Problems:**

- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**
1: (4 Weeks) | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |

**Long Term Goals:**
1: (8 Weeks) | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Patient will be able to ambulate 160 feet without a rest break for gait stability. |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC

Jen Hurst, PTA

Jennifer Hurst
License #4270
*Initiated by Jennifer Hurst on April 14, 2022 at 11:53 am*

PT, DPT

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Co-Signed by Dr. Jan Paul Dela Cruz, PT, DPT on April 14, 2022 at 11:58 am*

Exhibit 13 MLF000018



Powered by WebPT

Lincoln/Guerrero 1452

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Secondary Insurance Name:** Blue Cross Blue Shield

**Date of Daily Note:** 04/21/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 6
**Primary Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** muscle weakness
Pt reported, "I am still feeling tired and exhausted, I can't get my energy level to go up."
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs
**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 0 **Previous Findings as of 04/14/2022 - Worst:4 Best:0 Current:0*
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

**Precautions** Patient needs head elevated if supine due to breathing problem
HTN

| **CPT® Code** | **Direct Timed Codes** | ***Units*** |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet completed for ROM, strength, endurance and mobility with incorporation of diaphragmatic breathing ex<br>Head of mat elevated for mat ex<br><br>Rest breaks throughout and cues for proper breathing and pacing | *4* |

*CPT copyright 2021 American Medical Association. All rights reserved.*

Objective Findings
ROM bilateral upper extremities WNL, bilateral lower extremities WNL
Strength bilateral upper extremities grossly 4/5, bilateral lower extremities grossly 4/5 (4/21/2022)
Oxygen saturation 96-99% "but goes down when I start walking", HR 97 bpm

## Assessment

**Assessment/Diagnosis:** Pt with generalized weakness with decreased stamina with decreased tolerance to functional mobility. Pt will require to continue with PT tx as indicated to achieve max rehab potential.
**Patient Education:** Posture, body mechanics, pacing with tasks, HEP, proper breathing
**Rehab Potential:** Good
**Patient Problems:**
- Decreased Functional Strength

- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**
1: (4 Weeks) | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |

**Long Term Goals:**
1: (8 Weeks) | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Patient will be able to ambulate 160 feet without a rest break for gait stability. |

## Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC

[signature], PT, DPT

Dr. Ma. Paz Corazon Alana, PT, DPT
License #2308
*Electronically Signed by Dr. Ma. Paz Corazon Alana, PT, DPT on April 21, 2022 at 11:46 am*

Exhibit 13 MLF000020

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Secondary Insurance Name:** Blue Cross Blue Shield

**Date of Daily Note:** 04/26/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 7
**Primary Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** muscle weakness
Pt reported, "I am still feeling very fatigued constantly, my energy level is very low."
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs
**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 4 **Previous Findings as of 04/21/2022 - Worst:4 Best:0 Current:0*
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

**Precautions** Patient needs head elevated if supine due to breathing problem
HTN

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet completed for ROM, strength, endurance and mobility with incorporation of diaphragmatic breathing ex<br>Head of mat elevated for mat ex<br><br>Rest breaks throughout and cues for proper breathing and pacing | 4 |

*CPT copyright 2021 American Medical Association. All rights reserved.*

Objective Findings
ROM bilateral upper extremities WNL, bilateral lower extremities WNL
Strength bilateral upper extremities grossly 4/5, bilateral lower extremities grossly 4/5 (4/26/2022)
Oxygen saturation 96-99% "but goes down when I start walking", HR 97 bpm

## Assessment

**Assessment/Diagnosis:** Patient did well with treatment session, though requiring increased rest breaks and VC for breathing techniques. She continues to become easily fatigued. Patient will require further PT to further improve endurance and strength to help improve ADLs.
**Patient Education:** Posture, body mechanics, pacing with tasks, HEP, proper breathing
**Rehab Potential:** Good
**Patient Problems:**

- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**

1: (4 Weeks) | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |

**Long Term Goals:**

1: (8 Weeks) | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Patient will be able to ambulate 160 feet without a rest break for gait stability. |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC

Christian Dillard
License #7756
*Initiated by Christian Dillard on April 26, 2022 at 11:45 am*

PT, DPT

Dr. Ma. Paz Corazon Alana, PT, DPT
License #2308
*Electronically Co-Signed by Dr. Ma. Paz Corazon Alana, PT, DPT on April 26, 2022 at 1:34 pm*

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Secondary Insurance Name:** Blue Cross Blue Shield

**Date of Daily Note:** 05/03/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 8
**Primary Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** muscle weakness
Pt reported, "I am still feeling very fatigued constantly, my energy level is very low."
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs
**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 4 **Previous Findings as of 04/26/2022 - Worst:4 Best:0 Current:4*
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

**Precautions** Patient needs head elevated if supine due to breathing problem
HTN

| **CPT® Code** | **Direct Timed Codes** | ***Units*** |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet completed for ROM, strength, endurance and mobility with incorporation of diaphragmatic breathing ex<br>Head of mat elevated for mat ex<br><br>Rest breaks throughout and cues for proper breathing and pacing | *4* |

*CPT copyright 2021 American Medical Association. All rights reserved.*

Objective Findings
ROM bilateral upper extremities WNL, bilateral lower extremities WNL
Strength bilateral upper extremities grossly 4/5, bilateral lower extremities grossly 4/5 (5/2/2022)
Oxygen saturation 95-98% "but goes down when I start walking", HR 97-126 bpm

## Assessment

**Assessment/Diagnosis:** Patient tolerated progression in standing this visit with no adverse reactions noted. Patient continues to require frequent rest breaks throughout treatment due to increased fatigue. O2 monitored throughout treatment ranging from 95-98%, Hr 97-126 bpm. Patient will continue to benefit from skilled therapy in order to improve functional endurance and activity tolerance with ADLs.
**Patient Education:** HEP, pacing with ADLs, proper breathing techniques
**Rehab Potential:** Good
**Patient Problems:**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 05/03/2022

- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**
1: (4 Weeks) | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |
**Long Term Goals:**
1: (8 Weeks) | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Patient will be able to ambulate 160 feet without a rest break for gait stability. |
Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC

Christina Noel Caughron
License #7028
*Initiated by Christina Noel Caughron on May 3, 2022 at 9:59 am*

PT, DPT

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Co-Signed by Dr. Jan Paul Dela Cruz, PT, DPT on May 3, 2022 at 10:36 am*

Exhibit 13 MLF000024



Powered by WebPT™

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Secondary Insurance Name:** Blue Cross Blue Shield

**Date of Daily Note:** 05/10/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 9
**Primary Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** muscle weakness
Patient states she is doing okay just weak and have to take breaks often when doing ADLs.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs
**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 3 **Previous Findings as of 05/03/2022 - Worst:4 Best:0 Current:4*
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

**Precautions** Patient needs head elevated if supine due to breathing problem
HTN

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet completed for ROM, strength, endurance and mobility with incorporation of diaphragmatic breathing ex<br>Head of mat elevated for mat ex<br><br>Rest breaks throughout and cues for proper breathing and pacing | 4 |

*CPT copyright 2021 American Medical Association. All rights reserved.*

Objective Findings
ROM bilateral upper extremities WNL, bilateral lower extremities WNL
Strength bilateral upper extremities grossly 4/5, bilateral lower extremities grossly 4/5 (5/10/2022)
Oxygen saturation 95-98% "but goes down when I start walking", HR 97-126 bpm

## Assessment

**Assessment/Diagnosis:** Patient tolerated treatment well today with no adverse reactions noted. Patient was able to perform sit to stand x10 with no BUE support or rest break. Patient O2 and HR monitored throughout treatment and remained WNL. Patient will continue to benefit from skilled therapy in order to achieve therapy goals.
**Patient Education:** HEP, safety, pacing with ADLs.
**Rehab Potential:** Good
**Patient Problems:**

Exhibit 13 MLF000025



Powered by WebPT

**Lincoln/Guerrero 1459**

- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**
1: (4 Weeks) | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |

**Long Term Goals:**
1: (8 Weeks) | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Patient will be able to ambulate 160 feet without a rest break for gait stability. |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC

Christina Noel Caughron
License #7028
*Initiated by Christina Noel Caughron on May 10, 2022 at 11:52 am*

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Co-Signed by Dr. Jan Paul Dela Cruz, PT, DPT on May 10, 2022 at 11:57 am*

Exhibit 13 MLF000026



**Lincoln/Guerrero 1460**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Plan of Care

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)

**Date of Plan of Care:** 05/12/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 10

## Assessment

**Assessment/Diagnosis:** Patient tolerated treatment well today with no adverse reactions noted. Patient continues to be limited with decreased functional endurance with ADLs. Patient O2monitored throughout treatment and remained WNL.
**Patient Education:** HEP, pacing with ADLs, safety
**Rehab Potential:** Good
**Short Term Goals:**
1: (4 Weeks) | 75% | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Goal Met | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |
**Long Term Goals:**
1: (8 Weeks) | 50% | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | 75% | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Goal Met | Patient will be able to ambulate 160 feet without a rest break for gait stability. |
**Summary/Recommendations:** Pt continues to progress towards goals set but has not met max rehab potential. Continue and progress present PT POC.

## Plan

**Frequency:** 3 times a week
**Duration:** 8 weeks
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (ROM, Strength), Gait Training, Manual Therapy (Soft Tissue Mobilization, Myofascial Release, prn), Patient Education (Home Exercise Program, Home Safety), Self Care

**Specialties**

Other (modalities prn)
Progress patient as tolerated in order to improve functional endurance with ADLs.

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (865)453-9022.

Please sign and return: Fax#: (865)453-9177

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________
____________________________________

PT, DPT

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Signed by Dr. Jan Paul Dela Cruz, PT, DPT on May 12, 2022 at 11:59 am*

Physician Signature______________________________
A. Moore, FNP

Date:______________ Time:______________

Exhibit 13 MLF000027



Powered by WebPT

**Lincoln/Guerrero 1461**

# Patient Outcomes

**Report Date: 5/12/2022**

**Sabrina Michelle Guerrero** — 26 OF 80

| | | | |
|---|---|---|---|
| **Patient ID:** | 9889090 | **Questionnaire Type:** | Follow Up |
| **Case Key:** | 43087250 | **Area:** | Lower Extremity |
| **Visit Date:** | 5/12/2022 | **Clinician:** | Dela Cruz, Jan Paul |
| **Entry Date:** | 5/12/2022 | **Clinic:** | St. Luke's Therapy Services of Sevierville |
| **ICD Code:** | M6281 - Muscle weakness (generalized) | **Referral Source:** | Moore, Amber |
| **Gender:** | F | | PPO |
| **Date of Birth:** | | **Litigation:** | No    **Direct Access:** No |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | **Pain Level** | 2 | **2** | (0 to 10) |
| | **Satisfaction** | Very Satisfied | **1** | (1 to 4) |
| | **Functional Improvement** | Fair | **3** | (1 to 4) |
| | **Goals Met** | Partially Met | **3** | (1 to 4) |
| | **Any of your usual work, housework, or school activities** | Quite a Bit of Difficulty | **1** | (0 to 4) |
| | **Your usual hobbies, re creational or sporting activities** | Quite a Bit of Difficulty | **1** | (0 to 4) |
| | **Getting into or out of the bath** | Quite a Bit of Difficulty | **1** | (0 to 4) |
| | **Walking between rooms** | Moderate Difficulty | **2** | (0 to 4) |
| | **Putting on your shoes or socks** | Moderate Difficulty | **2** | (0 to 4) |
| | **Squatting** | Quite a Bit of Difficulty | **1** | (0 to 4) |
| | **Lifting an object, like a bag of groceries from the floor** | A Little Bit of Difficulty | **3** | (0 to 4) |
| | **Performing light activities around your home** | A Little Bit of Difficulty | **3** | (0 to 4) |
| | **Performing heavy activities around your home** | Quite a Bit of Difficulty | **1** | (0 to 4) |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | **Getting into or out of a car** | No Difficulty | **4** | (0 to 4) |
| | **Walking 2 blocks** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |
| | **Walking a mile** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |
| | **Going up or down 10 stairs (about 1 flight of stairs))** | Quite a Bit of Difficulty | **1** | (0 to 4) |
| | **Standing for 1 hour** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |
| | **Sitting for 1 hour** | No Difficulty | **4** | (0 to 4) |
| | **Running on even ground** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |
| | **Running on uneven ground** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |
| | **Making sharp turns while running fast** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |
| | **Hopping** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |
| | **Rolling over in bed** | Moderate Difficulty | **2** | (0 to 4) |

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Secondary Insurance Name:** Blue Cross Blue Shield

**Date of Daily Note:** 05/12/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 10
**Primary Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** muscle weakness

Patient states she feels okay but has increased muscle fatigue and gets extremely tired after any activity and has to take an hour or take nap/rest

**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs
**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 2 **Previous Findings as of 05/10/2022 - Worst:4 Best:0 Current:3*
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Is the Patient a current tobacco user OR have they been a user within the last 12 months:** No
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

**Precautions** Patient needs head elevated if supine due to breathing problem
HTN

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet completed for ROM, strength, endurance and mobility with incorporation of diaphragmatic breathing ex<br>Head of mat elevated for mat ex<br><br>Rest breaks throughout and cues for proper breathing and pacing | 4 |

CPT copyright 2021 American Medical Association. All rights reserved.

Objective Findings: Strength B UE 4/5, BLE 4+/5 (5/12/2022)
Oxygen saturation 96-98% "but goes down when I start walking", HR 97-126 bpm

## Assessment

**Assessment/Diagnosis:** Patient tolerated treatment well today with no adverse reactions noted. Patient continues to be limited with decreased functional endurance with ADLs. Patient O2monitored throughout treatment and remained WNL.
**Patient Education:** HEP, pacing with ADLs, safety
**Rehab Potential:** Good
**Patient Problems:**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 05/12/2022

- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**
1: (4 Weeks) | 75% | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Goal Met | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |

**Long Term Goals:**
1: (8 Weeks) | 50% | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | 75% | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Goal Met | Patient will be able to ambulate 160 feet without a rest break for gait stability. |

## Plan

**Instructions:** Progressing Patient Next Visit
Progress patient as tolerated in order to improve functional endurance with ADLs.

PT, DPT

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Signed by Dr. Jan Paul Dela Cruz, PT, DPT on May 12, 2022 at 12:00 pm*

Exhibit 13 MLF000031



Powered by WebPT

**Lincoln/Guerrero 1465**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Physical Therapy Recertification Note

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)

**Date of Recertification:** 05/12/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 10

## Subjective

**History of Present Condition/Mechanism of Injury:** Patient presented to this outpatient clinic without assistive device. Patient has a Dx of muscle weakness that started February 2022 after the patient had COVID. Patient has had no previous treatment. Pt was then referred to this outpatient therapy clinic for evaluation and further treatment.
**Current Complaints / Gains:** muscle weakness

Patient states she feels okay but has increased muscle fatigue and gets extremely tired after any activity and has to take an hour or take nap/rest
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs
**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 2 **Previous Findings as of 05/10/2022 - Worst:4 Best:0 Current:3*
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**General Health:** Good
**Occupation/Social History:**
**Is the Patient a current tobacco user OR have they been a user within the last 12 months:** No
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |
| Inspection | Patient presented to this outpatient clinic without assistive device. |

**Body Mass Index**

| | |
|---|---|
| Weight | 380 |
| Height | 65 |
| Units | lbs/in |
| Index | 63.23 |

### Outcome Measurement Tools

**Previous Findings as of 03/21/2022*

Exhibit 13 MLF000032

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Physical Therapy Recertification Note

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 05/12/2022

**Lower Extremity**

| | | |
|---|---|---|
| Lower Extremity Functional Scale | 26/80 | *36* |

**Observation**

**Standing Posture** Forward Head, Rounded Shoulders

**Range of Motion** **Previous Findings as of 03/21/2022*

| | | |
|---|---|---|
| **Comments** | bilateral upper extremities WNL | *bilateral upper extremities WNL* |
| | bilateral lower extremities WNL | *bilateral lower extremities WNL* |

**Strength** **Previous Findings as of 03/21/2022*

| | | |
|---|---|---|
| **Comments** | bilateral upper extremities grossly 4/5 | *bilateral upper extremities grossly 4/5* |
| | bilateral lower extremities grossly 4+/5 | *bilateral lower extremities grossly 4/5* |

**Palpation**

**Comments** Grade 1 tenderness right medial knee

## Assessment

**Assessment/Diagnosis:** Patient tolerated treatment well today with no adverse reactions noted. Patient continues to be limited with decreased functional endurance with ADLs. Patient O2monitored throughout treatment and remained WNL.
**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.
**Patient Education:** HEP, pacing with ADLs, safety
**Rehab Potential:** Good
**Patient Problems:**
- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**
1: (4 Weeks) | 75% | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Goal Met | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |
**Long Term Goals:**
1: (8 Weeks) | 50% | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | 75% | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Goal Met | Patient will be able to ambulate 160 feet without a rest break for gait stability. |
**Summary/Recommendations:** Pt continues to progress towards goals set but has not met max rehab potential. Continue and progress present PT POC.

## Plan

**Frequency:** 3 times a week
**Duration:** 8 weeks
**Treatment to be provided:**

Exhibit 13 MLF000033

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Physical Therapy Recertification Note

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 05/12/2022

## Procedures

Therapeutic Exercises (ROM, Strength), Gait Training, Manual Therapy (Soft Tissue Mobilization, Myofascial Release, prn), Patient Education (Home Exercise Program, Home Safety), Self Care

## Specialties

Other (modalities prn)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (865)453-9022.



Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Signed by Dr. Jan Paul Dela Cruz, PT, DPT on May 12, 2022 at 11:59 am*

Please sign and return: Fax#: (865)453-9177

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________
____________________________________________

Physician Signature______________________________
A. Moore, FNP

Date:_______________ Time:_______________

Exhibit 13 MLF000034



Powered by WebPT

Lincoln/Guerrero 1468

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Secondary Insurance Name:** Blue Cross Blue Shield

**Date of Daily Note:** 05/20/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 11
**Primary Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** muscle weakness

Patient states she feels okay but blood pressure has been running low this week.

**Before the injury/onset/change of status date, the patient was able to perform the following activities:**

**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation

**Current Functional Limitations:**

**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs

**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 2 **Previous Findings as of 05/12/2022 - Worst:4 Best:0 Current:2*
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

**Precautions** Patient needs head elevated if supine due to breathing problem
HTN

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet<br>Completed for ROM, strength, endurance and mobility with incorporation of diaphragmatic breathing ex with head of mat elevated (during mat ex's). Rest breaks throughout and cues for proper breathing and pacing. Applied CP to B knees post exercises | 4 |

*CPT copyright 2021 American Medical Association. All rights reserved.*

Objective Findings: Strength B UE 4/5, BLE 4+/5 (5/20/2022)
Oxygen saturation 96-98% "but goes down when I start walking", HR 97-126 bpm

## Assessment

**Assessment/Diagnosis:** Patient did well with treatment today with no adverse reaction with activities. Patients endurance continues to be low requiring increased rest breaks due to fatigue. Patient asked about aquatic therapy and was educated on benefits of increasing endurance and improving standing tolerance in aquatic therapy. Will continue to improve endurance as well as strength.
**Patient Education:** HEP, pacing with ADLs, safety
**Rehab Potential:** Good
**Patient Problems:**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 05/20/2022

# Daily Note / Billing Sheet

- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**
1: (4 Weeks) | 75% | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Goal Met | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |

**Long Term Goals:**
1: (8 Weeks) | 50% | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | 75% | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Goal Met | Patient will be able to ambulate 160 feet without a rest break for gait stability. |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
Progress patient as tolerated in order to improve functional endurance with ADLs.

Christian Dillard
License #7756
*Initiated by Christian Dillard on May 20, 2022 at 10:37 am*

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Co-Signed by Dr. Jan Paul Dela Cruz, PT, DPT on May 20, 2022 at 3:17 pm*

Exhibit 13 MLF000036



Powered by WebPT

Lincoln/Guerrero 1470

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Secondary Insurance Name:** Blue Cross Blue Shield

**Date of Daily Note:** 05/26/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 12
**Primary Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** muscle weakness

Pt reported, I am feeling okay. My BP has been off some, I am on medicine. I am feeling a little better. I need to work on my breathing more. I do need a nap in the car after I have therapy. I still have to sit to cook or wash dishes.

**Before the injury/onset/change of status date, the patient was able to perform the following activities:**

**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation

**Current Functional Limitations:**

**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs

**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 2 **Previous Findings as of 05/20/2022 - Worst:4 Best:0 Current:2*
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

**Precautions** Patient needs head elevated if supine due to breathing problem
HTN

| **CPT® Code** | **Direct Timed Codes** | ***Units*** |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet<br>Completed for ROM, strength, endurance and mobility with incorporation of diaphragmatic breathing ex with head of mat elevated (during mat ex's). Rest breaks throughout and cues for proper breathing and pacing.<br><br>Applied CP to B knees post exercises | *4* |

*CPT copyright 2021 American Medical Association. All rights reserved.*

Objective Findings: Strength B UE 4/5, BLE 4+/5 (5/26/2022)
Oxygen saturation 98% "but goes down when I start walking", HR 95-101 bpm

## Assessment

**Assessment/Diagnosis:** Pt with ms weakness, decreased endurance that limits pt full function. Pt is making gains with PT as she is able to complete laps on track with no seated rest break but does have to stand after a lap and half. Pt also has increased resistance with Nustep from 1 to 4. Cues for breathing
**Patient Education:** HEP, proper breathing, pacing with tasks, safety, posture
**Rehab Potential:** Good

Exhibit 13 MLF000037



Powered by WebPT™

**Lincoln/Guerrero 1471**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 05/26/2022

**Patient Problems:**
- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**
1: (4 Weeks) | 75% | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Goal Met | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |

**Long Term Goals:**
1: (8 Weeks) | 50% | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | 75% | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Goal Met | Patient will be able to ambulate 160 feet without a rest break for gait stability. |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
Progress patient as tolerated in order to improve functional endurance with ADLs.

Jen Hurst, PTA

Jennifer Hurst
License #4270
*Initiated by Jennifer Hurst on May 26, 2022 at 10:09 am*

PT, DPT

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Co-Signed by Dr. Jan Paul Dela Cruz, PT, DPT on May 26, 2022 at 12:55 pm*

Exhibit 13 MLF000038



Powered by WebPT™

**Lincoln/Guerrero 1472**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Secondary Insurance Name:** Blue Cross Blue Shield

**Date of Daily Note:** 06/02/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 13
**Primary Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** muscle weakness

Pt reported, I am feeling okay. BP was 120/81 when arrived in clinic."
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs
**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 2 **Previous Findings as of 05/26/2022 - Worst:4 Best:0 Current:2*
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

**Precautions** Patient needs head elevated if supine due to breathing problem
HTN

| **CPT® Code** | **Direct Timed Codes** | ***Units*** |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet<br>Completed for ROM, strength, endurance and mobility with incorporation of diaphragmatic breathing ex with head of mat elevated (during mat ex's). Rest breaks throughout and cues for proper breathing and pacing.<br><br>Applied CP to B knees post exercises | *4* |

*CPT copyright 2021 American Medical Association. All rights reserved.*

Objective Findings — Strength B UE 4/5, BLE 4+/5 (6/2/2022)
Oxygen saturation 98% "but goes down when I start walking", HR 95-101 bpm

## Assessment

**Assessment/Diagnosis:** Patient continues to exhibit weakness and decreased endurance with activities. She completed all exercises today with 1 seated rest break after performing laps but did not require any other seated rest break through out treatment. Verbal cues given for breathing. Will continue to improve patients endurance and strength to further improve ADLs.
**Patient Education:** HEP, proper breathing, pacing with tasks, safety, posture
**Rehab Potential:** Good
**Patient Problems:**

# Daily Note / Billing Sheet

- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**
1: (4 Weeks) | 75% | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Goal Met | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |
**Long Term Goals:**
1: (8 Weeks) | 50% | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | 75% | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Goal Met | Patient will be able to ambulate 160 feet without a rest break for gait stability. |
Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
Progress patient as tolerated in order to improve functional endurance with ADLs.

Christian Dillard
License #7756
*Initiated by Christian Dillard on June 2, 2022 at 12:05 pm*

,PT, DPT

Dr. Ma. Paz Corazon Alana, PT, DPT
License #2308
*Electronically Co-Signed by Dr. Ma. Paz Corazon Alana, PT, DPT on June 2, 2022 at 2:26 pm*

Exhibit 13 MLF000040

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Secondary Insurance Name:** Blue Cross Blue Shield

**Date of Daily Note:** 06/16/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 14
**Primary Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** muscle weakness

Pt reported, I am feeling tired still. I do things but it does take me a few days to recover. I did go to the Covid clinic last week.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs
**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 2 **Previous Findings as of 06/02/2022 - Worst:4 Best:0 Current:2*
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

**Precautions** Patient needs head elevated if supine due to breathing problem
HTN

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet<br>Completed for ROM, strength, endurance and mobility with incorporation of diaphragmatic breathing ex with head of mat elevated (during mat ex's). Rest breaks throughout and cues for proper breathing and pacing.<br><br>Applied CP to B knees post exercises | 4 |

*CPT copyright 2021 American Medical Association. All rights reserved.*

Objective Findings: Strength B UE 4/5, BLE 4+/5 (6/16/2022)
Oxygen saturation 97-99%, HR 86-101

## Assessment

**Assessment/Diagnosis:** Pt with decreased endurance with ms weakness. Pt able to complete mat ex with some rest breaks. VC's for posture and breathing. Cont PT to further improve to set goals.
**Patient Education:** posture, HEP, breathing during tasks, body mechanics, safety
**Rehab Potential:** Good
**Patient Problems:**

Exhibit 13 MLF000041



Powered by WebPT

**Lincoln/Guerrero 1475**

- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**
1: (4 Weeks) | 75% | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Goal Met | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |

**Long Term Goals:**
1: (8 Weeks) | 50% | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | 75% | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Goal Met | Patient will be able to ambulate 160 feet without a rest break for gait stability. |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:**
Progress patient as tolerated in order to improve functional endurance with ADLs.

Jen Hurst, PTA

Jennifer Hurst
License #4270
*Initiated by Jennifer Hurst on June 16, 2022 at 9:26 am*

PT, DPT

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Co-Signed by Dr. Jan Paul Dela Cruz, PT, DPT on June 17, 2022 at 8:16 am*

Exhibit 13 MLF000042

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177

# Discharge Note

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Physician Name:** A. Moore, FNP
**Date of Last Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)

**Date of Discharge Note:** 06/22/2022
**Injury/Onset Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 14

**Guerrero, Sabrina M. has been discharged from our care for the following reasons:**
Pt has failed to return for therapy since last session dated 6/16/2022. D/C Pt at this time. Referring MD was informed of Pt D/C.

Please see the last progress report or notes above for the patient's most recent status. Thank you for the opportunity to assist you in the rehabilitation of this patient. If you have any questions or concerns, please feel free to contact me at (865)453-9022.

Ben Christopher, PT

Ben Christopher
License #6305
*Document created on July 13, 2022 12:49 pm*

Exhibit 13 MLF000043



Powered by WebPT™

**Lincoln/Guerrero 1477**

**GUERRERO, Sabrina M (id #1389974, dob:**

**Encounter Date: 12/13/2023**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GUERRERO, SABRINA (54yo, F) ID# 1389974 | **Appt. Date/Time** | 12/13/2023 09:00AM |
| **DOB** | | **Service Dept.** | TPS_TENNOVA BARIATRIC SURGERY |
| **Provider** | JULIA POOL, RD | | |
| **Insurance** | Med Primary: BCBS-TN - NETWORK S<br>Insurance # : STTS00402622<br>Policy/Group # : 80860<br>Employer Name : AMEDYSIS<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

## Chief Complaint

Bariatric Follow-Up: RNY Gastric Bypass

## Patient's Care Team

**Referring Provider:** STEPHEN BOYCE MD: 10810 PARKSIDE DR STE 305, KNOXVILLE, TN 37934, Ph (865) 392-3971, Fax (865) 392-3972 NPI: 1093822553
**Primary Care Provider:** FLOYD E PHILLIPS MD: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1942297916
**Referring Provider:** AMBER M MOORE FNP: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1396184222

## Patient's Pharmacies

**SAM'S CLUB PHARMACY 6572 (ERX): 2920 KNOXVILLE CENTER DRIVE, KNOXVILLE, TN 37924, Ph (865) 637-0643, Fax (865) 637-1803**

## Vitals

**BMI:** 54.9 12/13/2023 09:05 am **Ht:** 5 ft 5 in 12/13/2023 09:04 am **Wt:** 330 lbs Stated 12/13/2023 09:05 am

## Allergies

Allergies not reviewed (last reviewed 11/13/2023)

**SULFA (SULFONAMIDE ANTIBIOTICS)**: Hives

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 11/01/23 | filled |
| **B12 5,000 mcg-100 mcg sublingual lozenge**<br>Place by sublingual route. | 02/22/21 | entered |
| **Bariatric Multivitamins** | 02/06/20 | entered |
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 11/20/23 | filled |
| **cetirizine 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/13/23 | entered |
| **clopidogreL 75 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/09/23 | filled |

**GUERRERO, Sabrina M (id #1389974, dob:**

| | | |
|---|---|---|
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 12/01/23 | filled |
| **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 07/29/23 | filled |
| **hydrOXYzine HCL 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME | 11/20/23 | filled |
| **ibuprofen 800 mg tablet** | 12/05/23 | filled |
| **ICaps AREDS**<br>1 pill in AM and 1 pill in PM | 04/26/23 | entered |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/04/23 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/11/23 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 08/15/23 | filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/09/23 | filled |
| **modafiniL 200 mg tablet**<br>TAKE 1 TABLET BY MOUTH IN THE MORNING | 10/16/23 | filled |
| **ondansetron HCL 4 mg tablet**<br>Take by mouth, 1 tablet every 4 hrs, or 2 tabs every 8 hrs. Max 5 tabs in 24 hrs. | 12/06/22 | filled |
| **pantoprazole 20 mg tablet,delayed release**<br>Take 2 tablets by mouth once daily | 12/09/23 | filled |
| **Qulipta 60 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/20/23 | filled |
| **Rexulti 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 10/04/23 | filled |
| **topiramate 50 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/21/23 | filled |
| **Trintellix 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/03/23 | filled |

**Ubrelvy 100 mg tablet** 11/30/23 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY

**valsartan 80 mg tablet** 11/19/23 filled
TAKE 1 TABLET BY MOUTH EVERY DAY

**vitamin A palmitate** 04/26/23 entered
2500 mg every day

**Vitamin C 1,000 mg tablet** 04/26/23 entered
Take 1 tablet(s) by oral route in the morning.
**Internal Note:** 1 tablet in PM

**zinc 100 mg tablet** 04/26/23 entered
Take 1 tablet(s) every day by oral route.

## Vaccines

Vaccines not reviewed (last reviewed 11/13/2023)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | employer |

## Problems

Reviewed Problems
- Morbid obesity - Onset: 08/14/2019
- Anemia - Onset: 08/14/2019
- Chronic depression - Onset: 08/14/2019
- Obstructive sleep apnea syndrome - Onset: 07/12/2021 - Not on CPAP therapy
- Migraine without aura - Onset: 11/27/2022
- Hypertensive disorder - Onset: 08/14/2019 - on rx
- Gastroesophageal reflux disease
- Incisional hernia - Onset: 01/10/2023
- Amnesia - Onset: 04/26/2023 - due to COVID
- Dyspnea - Etiology unclear; by clinical description and course, not completely convincing for active cardiac disease presently; may still be secondary to her obesity and reduced functional capacity
- Chest pain - Etiology unclear; by clinical description and course, not convincing for active cardiac disease presently; ECG (7/7/2021) showed sinus rhythm at a rate of 91 bpm with normal intervals, leftward axis, and mild nonspecific T wave changes; no prior ECG available for comparison
- Diarrhea
- Abdominal pain
- Prediabetes - Onset: 07/12/2021 - Last HbA1c reportedly was 5.9; placed on Ozempic by PCP

## Family History

Family History not reviewed (last reviewed 11/14/2023)

| | |
|---|---|
| Mother | - Heart disease |
| Father | - Diabetes mellitus |
| | - Heart disease |
| | - Malignant neoplastic disease |

## Social History

Social History not reviewed (last reviewed 11/14/2023)
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Former smoker (Notes: quit 2008)
How much tobacco do you smoke?: None
When did you quit smoking?: 16+ years since last cigarette
Do you or have you ever used any other forms of tobacco or nicotine?: No

**GUERRERO, Sabrina M (id #1389974, dob:**

Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 11/13/2023
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: Occasional
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: no
What is your level of caffeine consumption?: Occasional

**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No

**Diet and Exercise**
What type of diet are you following?: Regular
What is your exercise level?: None

**Marriage and Sexuality**
What is your relationship status?: Married
How many children do you have?: 1

**Public Health and Travel**
Have you recently traveled abroad?: No

**Other**
Education: Post Graduate
Live alone or with others?: with others
Marital status: Married
General stress level: Medium

**Gender Identity and LGBTQ Identity**
First name used: Sabrina

## Surgical History

Surgical History not reviewed (last reviewed 11/14/2023)
- Hernia repair
- Colonoscopy (surg) - 06/10/2019
- Repair of meniscus - 01/01/2011 - RT knee
- Gallbladder Surgery - 01/01/2001
- Gastric Bypass - 01/01/2001 - RNY

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 10/25/2023)

| TOTAL | FULL | PRE | AB. I | AB. S | ECTOPICS | MULTIPLE | LIVING |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | 1 |

## Past Pregnancies

vag del

## Past Medical History

Past Medical History not reviewed (last reviewed 11/14/2023)

## Screening

None recorded.

## HPI

**Bariatric F/U Visit**
Reported by patient.

General: feeling well, no problems; no nausea; no diarrhea
Food Types: chicken
Snack Types: **carbohydrates**; cookies, cereal, baked goods
Vitamin Supplements: multi-vitamin (**BL complete 6 daily**); thiamine, probiotic
Water Intake: 64 oz
Protein Intake: 60 grams
Total Meals Per Day: 3 - 5

**GUERRERO, Sabrina M (id #1389974, dob:**

Hours Between Hunger rarely hungry
Exercise: swimming/water aerobics; duration: 30 - 60 mins; frequency: 3 or less times per week
Calorie Tracking: otherbaritastic
Notes:
The patient is ~22 years post-op roux-en-y gastric bypass, presenting for diet recheck.

Highest pre-op weight was 361.5 lbs
Ideal body weight is 131 lbs
Excess body weight is 230.5 lbs

The patient weighed 346.4 lbs on 1/10/23
The patient weighed 337 lbs on 4/26/23
The patient weighed 333.8 8/24/23
The patient weighed 330 lbs today. Patient is down 9lbs since her last visit.

Lowest weight: 260 lbs per patient
Short term weight loss goal of a minimum of 25 lbs

She has lost 31.5lbs total (13.7% EBW)

Patient reports she still has sugar cravings due to stress and this is her biggest barrier to weight loss. States she has made changes to her diet since the last visit. Has made snack changes; replaced dry cereal with SF jello, fresh fruit. Started drinking protein shakes to help with protein intake. States does not help with sugar craving component. Reports she still has been unable to fill her saxenda but is motivated to still work on diet.

## ROS

None recorded.

## Physical Exam

None recorded.

## Assessment / Plan

The patient presented today for diet recheck bariatric follow up s/p roux-en-y gastric bypass. Together we discussed her current diet and vitamin regimen. The patient has worked on making changes to her snacks since last visit and is down 9 pounds. Discussed setting small attainable goals to lead to long term change. The patient has multiple changes that can be made to her diet; however, at today's visit we decided to focus on the patient learning food to determine where she is at with her carbohydrate intake and hopefully as she learns food she will make those conscious decisions to eat a smaller portion or switch the food with a better option to stay within her weight loss macro goals. The below goals were provided to the patient, and the patient voiced understanding. The patient was set for follow up in 2 months.

**1. History of bariatric surgical procedure**-
s/p RNY. See "Patient Instructions" for further counseling provided during this encounter.
Z98.84: Bariatric surgery status
Z86.39: Personal history of other endocrine, nutritional and metabolic disease
K91.2: Postsurgical malabsorption, not elsewhere classified

**2. Diet education** -
Reviewed the bariatric basics. Discussed macronutrient goals: 100 grams protein, 100 grams carbs, 45 grams fat, and >64oz decaf fluids. We discussed focusing on tracking for a few weeks to learn food and appropriate portions.
Z71.3: Dietary counseling and surveillance

**3. Morbid obesity** -
Pt s/p BPD/DS. She has lost 31.5lbs total (13.7% EBW)
E66.01: Morbid (severe) obesity due to excess calories

**Patient Goals**

1. Food journal 4-5x daily.
2. Focus on learning portion sizes and nutrient content of foods.
3. Follow up with RD in 2 months

**Patient Instructions**

VITAMIN & MINERAL SUPPLEMENTATION
Proper vitamin and mineral supplementation after weight loss surgery is critical to your health. Non-compliance with vitamin/mineral supplementation can lead to serious and potentially irreversible health consequences including, but not limited to neuropathy (numbness and tingling in arms and legs), paralysis, malnutrition, blindness, death. If you are struggling with vitamin/mineral supplementation or have questions, please contact our office and ask to speak with the Registered Dietitian.

**GUERRERO, Sabrina M (id #1389974, dob:**

It is recommended that you take a BARIATRIC-SPECIFIC multivitamin that meets or exceeds the ASMBS guidelines.

Post-RNY: You should be taking one of the following regimens:

1) BariLife Multivitamin: 6 tablets OR 2 scoops of powder daily
*1 scoop of powder = 3 tablets
*Split your vitamins into morning and evening doses.

2) BariLife "Just One" vitamin: 1 tablet + 1200-1500 mg of calcium citrate daily

Tips for taking the BariLife vitamins:
1) Dip the tablet in water before putting in mouth to swallow.
2) Put the tablet in your mouth, take a sip of water and hold it for a few seconds before swallowing.
3) Use the powder like a pixie stick and pour small amounts of the scoop in your mouth and follow with a sip of water.
4) Put 1/2 scoop or the whole scoop in a small amount of water (i.e. 2 oz) and take a few gulps of it.
5) Mix your powdered vitamins in a thick protein shake.
6) Sprinkle small amounts of the powdered vitamins in food such as Greek yogurt or cottage cheese.
7) Try adding the powdered vitamins to warm beverages, such as hot tea.

It is also recommended you take a Probiotic daily for life. We recommend using a probiotic with >10 billion CFUs (colony-forming units).

LAB WORK
Lab work is critical to assess your nutrition status and screen for vitamin and mineral deficiencies. You are due for a full panel of RNY labs today. A paper lab order will be provided to you. You should hear from a clinical staff member from our office in the next 2 weeks to provide you the results of your lab tests.

DIET RECOMMENDATIONS
Ensure that you have some form of accountability with your diet. This can include: food journaling, weighing and measuring foods, reaching out to a friend that you can check in with at regular intervals to hold you accountable with your diet/exercise choices, and using an app to set goals that will give you a reminder to achieve the goals. It is recommended you keep a food log at least 5 times per week to ensure you are meeting your nutrition goals and following a diet plan for continued weight loss. Food journaling apps such as MyFitnessPal and Baritastic are user-friendly and will calculate all the math for you to prevent user error! Paper food journals are just as effective in holding you accountable and helping you reach your goals.

1200 calories: 100 grams protein, 100 grams carbs, 45 grams fat

BARIATRIC BASICS
To help with weight management, get back to the basics of your bariatric diet:
1. Eat meat twice daily. Get at least 3-4 oz of meat per meal.
2. Eat systematically: protein first, fruit or vegetable second, starch last.
3. Fluid load prior to meals: drink 4-8 oz of fluid prior to each meal.
4. Hold liquids with meals and for 30 minutes after.
5. Eat three meals per day, eliminate snacking. If you are hungry between meals, drink a protein shake with less than 200 calories and at least 15 g of protein.

RECOMMENDED FOLLOW-UP
We recommend following up with our office annually to discuss your diet, exercise and vitamin regimen, along with conduct a full medical assessment. We will also conduct routine lab work to check for any vitamin and mineral deficiencies. Follow up is critical to maintain your continued good health and failure to follow up can severely impact your health. Appointments can also be made on an as-needed basis for accountability and/or any problems/concerns that arise.

SUPPORT GROUPS
We recommend attending regular support group meetings. Turkey Creek Medical Center conducts meetings on the 1st Tuesday of each month from 6:00-7:00 pm EST in the Conference Room located on the main floor of the Women's Pavilion.

ALCOHOL
Please remember that consuming alcohol after weight loss surgery can be dangerous. Alcohol absorption is accelerated and intoxication can occur quickly. Additionally, alcohol can hinder your weight loss goals due to excess caloric intake. We do not recommend that you consume alcohol within the first year after surgery. If you are struggling with alcohol intake, please call the office.

NSAIDS/TOBACCO USE
Please remember that use of NSAIDs and tobacco products are not recommended. Use of NSAIDs and tobacco products increases the risk of ulcer formation following RNY gastric bypass.

DEXA SCREENING
Follow up with your Primary Care Provider for DEXA screening and treatment as indicated.
Post-RNY: If bisphosphonate therapy is ordered, we recommend treatment with IV bisphosphonates instead of oral therapy due to potential concerns regarding absorption with oral therapy.

Return to Office

- JULIA POOL, RD for +Education 30 (CDE schedule) at TPS_TENNOVA BARIATRIC SURGERY on 02/15/2024 at 09:00 AM

Encounter Sign-Off

Encounter signed-off by JULIA POOL, RD, 12/13/2023.

Encounter performed and documented by JULIA POOL, RD
Encounter reviewed & signed by JULIA POOL, RD on 12/13/2023 at 9:34am

**GUERRERO, Sabrina M (id #1389974, dob:**
**Encounter Date: 10/16/2023**

Patient

| | | | |
|---|---|---|---|
| **Name** | GUERRERO, SABRINA (54yo, F) ID# 1389974 | **Appt. Date/Time** | 10/16/2023 11:00AM |
| **DOB** | | **Service Dept.** | TPS_TENNOVA BARIATRIC SURGERY |
| **Provider** | JULIA BARROSO, RD | | |
| **Insurance** | Med Primary: BCBS-TN - NETWORK S<br>Insurance # : STTS00402622<br>Policy/Group # : 80860<br>Employer Name : AMEDYSIS<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

Chief Complaint

bariatric follow-up (f/u), Bariatric Follow-Up: RNY Gastric Bypass

Patient's Care Team

**Referring Provider:** STEPHEN BOYCE MD: 10810 PARKSIDE DR STE 305, KNOXVILLE, TN 37934, Ph (865) 392-3971, Fax (865) 392-3972 NPI: 1093822553
**Primary Care Provider:** FLOYD E PHILLIPS MD: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1942297916
**Referring Provider:** AMBER M MOORE FNP: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1396184222

Patient's Pharmacies

**SAM'S CLUB PHARMACY 6572 (ERX): 2920 KNOXVILLE CENTER DRIVE, KNOXVILLE, TN 37924, Ph (865) 637-0643, Fax (865) 637-1803**

Vitals

2023-10-16 11:24

**BMI:** 56.1 **Ht:** 5 ft 5 in **Wt:** 337.4 lbs

Allergies

Allergies not reviewed (last reviewed 04/26/2023)

**SULFA (SULFONAMIDE ANTIBIOTICS):** Hives

Medications

Reviewed Medications

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 08/06/23 | filled |
| **B12 5,000 mcg-100 mcg sublingual lozenge**<br>Place by sublingual route. | 02/22/21 | entered |
| **Bariatric Multivitamins** | 02/06/20 | entered |
| **BD Ultra-Fine Short Pen Needle 31 gauge x 5/16"**<br>USE ONCE DAILY TO INJECT SAXENDA | 07/20/23 | filled |
| **benzonatate 200 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 08/24/23 | entered |
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 06/05/23 | filled |

**GUERRERO, Sabrina M (id #1389974, dob:**

| | | |
|---|---|---|
| **clopidogreL 75 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 10/11/23 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 10/04/23 | filled |
| **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 07/29/23 | filled |
| **hydrOXYzine HCL 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME | 09/16/23 | filled |
| **ICaps AREDS**<br>1 pill in AM and 1 pill in PM | 04/26/23 | entered |
| **levomefolate calcium** | 08/24/23 | entered |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/04/23 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 10/11/23 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 08/15/23 | filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 09/16/23 | filled |
| **modafiniL 200 mg tablet**<br>TAKE 1 TABLET BY MOUTH IN THE MORNING | 10/15/23 | filled |
| **Nyamyc 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY ON THE SKIN THREE TIMES DAILY. MAY USE UP TO 4 GRAMS PER DAY OVER THE ENTIRE BODY AS NEEDED. | 05/16/23 | filled |
| **Omega 3** | 04/26/23 | entered |
| **ondansetron HCL 4 mg tablet**<br>Take by mouth, 1 tablet every 4 hrs, or 2 tabs every 8 hrs. Max 5 tabs in 24 hrs. | 12/06/22 | filled |
| **pantoprazole 20 mg tablet,delayed release**<br>Take 2 tablets by mouth once daily | 10/11/23 | renewed |
| **predniSONE 10 mg tablet**<br>TAKE 6 TABLETS ON DAY 1, THEN TAKE 5 TABLETS ON DAY 2, THEN TAKE 4 TABLETS ON DAY 3, THEN TAKE 3 TABLETS ON DAY 4, THEN TAKE 2 TABLETS ON DAY 5, AND THEN TAKE 1 TABLET ON DAY 6. TAKE ALL DOSES WITH FOOD. | 07/17/23 | filled |

**Probiotic** 08/24/23 entered

**Qulipta 60 mg tablet** 09/16/23 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY

**Rexulti 0.5 mg tablet** 09/20/23 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY

**Rexulti 1 mg tablet** 10/04/23 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY

**Saxenda 3 mg/0.5 mL (18 mg/3 mL) subcutaneous pen injector** 08/24/23 entered
Inject by subcutaneous route.

**sucralfate 1 gram tablet** 05/20/23 filled
TAKE 1 TABLET BY MOUTH 4 TIMES DAILY

**topiramate 50 mg tablet** 09/06/23 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY.

**Trintellix 10 mg tablet** 08/07/23 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY

**Ubrelvy 100 mg tablet** 05/30/23 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY

**valsartan 80 mg tablet** 08/14/23 filled
TAKE 1 TABLET BY MOUTH EVERY DAY

**vitamin A palmitate** 04/26/23 entered
2500 mg every day

**Vitamin B12** 08/24/23 entered

**Vitamin C 1,000 mg tablet** 04/26/23 entered
Take 1 tablet(s) by oral route in the morning.
**Internal Note:** 1 tablet in PM

**zinc 100 mg tablet** 04/26/23 entered
Take 1 tablet(s) every day by oral route.

1 tablet at night

Vaccines

Vaccines not reviewed (last reviewed 02/13/2023)

| Vaccine Type | Date | Amt | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | employer |

Problems

Reviewed Problems
- Morbid obesity - Onset: 08/14/2019
- Anemia - Onset: 08/14/2019
- Chronic depression - Onset: 08/14/2019
- Obstructive sleep apnea syndrome - Onset: 07/12/2021 - Not on CPAP therapy
- Migraine - Onset: 04/26/2023
- Migraine without aura - Onset: 11/27/2022
- Hypertensive disorder - Onset: 08/14/2019 - on rx
- Gastroesophageal reflux disease
- Incisional hernia - Onset: 01/10/2023
- Hernia of abdominal cavity - Onset: 02/06/2020
- Amnesia - Onset: 04/26/2023 - due to COVID
- Dyspnea - Etiology unclear; by clinical description and course, not completely convincing for active cardiac disease presently; may still be secondary to her obesity and reduced functional capacity
- Chest pain - Etiology unclear; by clinical description and course, not convincing for active cardiac disease presently; ECG (7/7/2021) showed sinus rhythm at a rate of 91 bpm with normal intervals, leftward axis, and mild nonspecific T wave changes; no prior ECG available for comparison
- Diarrhea
- Abdominal pain
- Prediabetes - Onset: 07/12/2021 - Last HbA1c reportedly was 5.9; placed on Ozempic by PCP
- Family history of Cardiovascular disease - Onset: 07/12/2021 - Reported family history of heart disease in both parents
- Chronic post-COVID-19 syndrome - Onset: 04/26/2023

## Family History

Family History not reviewed (last reviewed 02/18/2023)

| | |
|---|---|
| Mother | - Heart disease |
| Father | - Diabetes mellitus |
| | - Heart disease |
| | - Malignant neoplastic disease |

## Social History

Social History not reviewed (last reviewed 02/18/2023)
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Former smoker (Notes: quit 2008)
How much tobacco do you smoke?: None
When did you quit smoking?: 16+ years since last cigarette
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 02/13/2023
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: Occasional
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: no
What is your level of caffeine consumption?: Occasional
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What type of diet are you following?: Regular
What is your exercise level?: None
**Marriage and Sexuality**
What is your relationship status?: Married
How many children do you have?: 1
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Education: Post Graduate
Live alone or with others?: with others

**GUERRERO, Sabrina M (id #1389974, dob:**
Marital status: Married
General stress level: Medium
**Gender Identity and LGBTQ Identity**
First name used: Sabrina

## Surgical History

Surgical History not reviewed (last reviewed 02/18/2023)
- Hernia repair
- Colonoscopy (surg) - 06/10/2019
- Repair of meniscus - 01/01/2011 - RT knee
- Gallbladder Surgery - 01/01/2001
- Gastric Bypass - 01/01/2001 - RNY

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/13/2016)

## Past Medical History

Past Medical History not reviewed (last reviewed 02/18/2023)

## Screening

None recorded.

## HPI

**Bariatric F/U Visit**
Reported by patient.

Snack Types: **carbohydrates**; cookies, cereal, baked goods
Vitamin Supplements: multi-vitamin (**BL complete 6 daily**); thiamine, probiotic
Water Intake: 64 oz
Protein Intake: 60 grams
Total Meals Per Day: 3 - 5
Calories Per Day: **not tracking**
Hours Between Hunger rarely hungry
GERD: **if off PPI**; NSAID use: yes- on sucralfate and pantoprazole
Exercise: swimming/water aerobics; duration: 30 - 60 mins; frequency: 3 or less times per week
Calorie Tracking: otherbaritastic
Notes:
The patient is ~22 years post-op roux-en-y gastric bypass, presenting for diet recheck. The patient reports the COVID clinic and ortho have placed her on a mediterranean and non-inflammatory diet. Patient has not started any diet/lifestyle changes. The patient reports biggest barrier to weight loss is snacking. Reports she snacks d/t anxiety, bordem, sadness, hunger.

Highest pre-op weight was 361.5 lbs
Ideal body weight is 131 lbs
Excess body weight is 230.5 lbs

The patient weighed 346.4 lbs on 1/10/23
The patient weighed 337 lbs on 4/26/23
The patient weighed 333.8 8/24/23
The patient weighed 337.4 lbs today.

Lowest weight: 260 lbs per patient
Short term weight loss goal of a minimum of 25 lbs

B: 2 swaggerty sausage patties with 1 biscuit/ scrambled eggs (2)/fried egg (2)/boiled egg(2)/premier protein shake/cereal (lucky charms or any cereal)/yogurt/oatmeal/grits
L: left overs/sandwhich (sour dough bread, ham, cheese, arugula or spinach, mustard, mayo) with popcorn (50 calories/cup) or pretzels
D: honey pimento cheese corn bread with rotisserie chicken with mild chili sauce beans and jambalaya/ hormel pork loin with steamed vegetables (asparagus, green beans, brussel sprouts) and sweet potato
S: cookies, dry cereal, lance crackers, baked goods
Beverages: water- SF flavoring, 2 diet soda bottles daily, 2% or whole milk, almond milk

## ROS

None recorded.

## Physical Exam

None recorded.

## Assessment / Plan

The patient presented today for diet recheck bariatric follow up s/p roux-en-y gastric bypass. Together we discussed her current diet and vitamin regimen. The patient reports no diet changes since last visit. Discussed setting small attainable goals to lead to long term change. The below goals were provided to the patient, and the patient voiced understanding.

**1. Diet education -**
Reviewed and discussed macronutrient goals: >60 grams protein, 30-60 grams carbs, <30 grams fat, and >64oz decaf fluids. Goals placed in baritastic app. Discussed limiting and replacing snacks with protein shakes or a protein source and trying to eliminate in all. Discussed making small changes as to "wean" herself off snacking.
Z71.3: Dietary counseling and surveillance

**2. Morbid obesity -**
Pt s/p BPD/DS.
E66.01: Morbid (severe) obesity due to excess calories

**3. History of bariatric surgical procedure-**
s/p RNY. See "Patient Instructions" for further counseling provided during this encounter.
Z98.84: Bariatric surgery status

**Patient Goals**
1. Switch to 1% or skim milk
2. Replace snacks with protein shakes or protein sources and begin to limit to none.
3. Food journal 4-5x daily.
4. Follow up with RD in 1 month.

**Patient Instructions**
VITAMIN & MINERAL SUPPLEMENTATION
Proper vitamin and mineral supplementation after weight loss surgery is critical to your health. Non-compliance with vitamin/mineral supplementation can lead to serious and potentially irreversible health consequences including, but not limited to neuropathy (numbness and tingling in arms and legs), paralysis, malnutrition, blindness, death. If you are struggling with vitamin/mineral supplementation or have questions, please contact our office and ask to speak with the Registered Dietitian.

It is recommended that you take a BARIATRIC-SPECIFIC multivitamin that meets or exceeds the ASMBS guidelines.

Post-RNY: You should be taking one of the following regimens:

1) BariLife Multivitamin: 6 tablets OR 2 scoops of powder daily
*1 scoop of powder = 3 tablets
*Split your vitamins into morning and evening doses.

2) BariLife "Just One" vitamin: 1 tablet + 1200-1500 mg of calcium citrate daily

Tips for taking the BariLife vitamins:
1) Dip the tablet in water before putting in mouth to swallow.
2) Put the tablet in your mouth, take a sip of water and hold it for a few seconds before swallowing.
3) Use the powder like a pixie stick and pour small amounts of the scoop in your mouth and follow with a sip of water.
4) Put 1/2 scoop or the whole scoop in a small amount of water (i.e. 2 oz) and take a few gulps of it.
5) Mix your powdered vitamins in a thick protein shake.
6) Sprinkle small amounts of the powdered vitamins in food such as Greek yogurt or cottage cheese.
7) Try adding the powdered vitamins to warm beverages, such as hot tea.

It is also recommended you take a Probiotic daily for life. We recommend using a probiotic with >10 billion CFUs (colony-forming units).

DIET RECOMMENDATIONS
Ensure that you have some form of accountability with your diet. This can include: food journaling, weighing and measuring foods, reaching out to a friend that you can check in with at regular intervals to hold you accountable with your diet/exercise choices, and using an app to set goals that will give you a reminder to achieve the goals. It is recommended you keep a food log at least 5 times per week to ensure you are meeting your nutrition goals and following a diet plan for continued weight loss. Food journaling apps such as MyFitnessPal and Baritastic are user-friendly and will calculate all the math for you to prevent user error! Paper food journals are just as effective in holding you accountable and helping you reach your goals.

For continued weight loss, your daily nutrition goals are as follows:
Protein: greater than 60 grams daily
Carbohydrates: 30-60 grams daily
Fat: less than 30 grams daily
Fluid: greater than 64 oz of decaf beverages daily

**GUERRERO, Sabrina M (id #1389974, dob:**

BARIATRIC BASICS
To help with weight management, get back to the basics of your bariatric diet:
1. Eat meat twice daily. Get at least 3-4 oz of meat per meal.
2. Eat systematically: protein first, fruit or vegetable second, starch last.
3. Fluid load prior to meals: drink 4-8 oz of fluid prior to each meal.
4. Hold liquids with meals and for 30 minutes after.
5. Eat three meals per day, eliminate snacking. If you are hungry between meals, drink a protein shake with less than 200 calories and at least 15 g of protein.

RECOMMENDED FOLLOW-UP
We recommend following up with our office annually to discuss your diet, exercise and vitamin regimen, along with conduct a full medical assessment. We will also conduct routine lab work to check for any vitamin and mineral deficiencies. Follow up is critical to maintain your continued good health and failure to follow up can severely impact your health. Appointments can also be made on an as-needed basis for accountability and/or any problems/concerns that arise.

SUPPORT GROUPS
We recommend attending regular support group meetings. Turkey Creek Medical Center conducts meetings on the 1st Tuesday of each month from 6:00-7:00 pm EST in the Conference Room located on the main floor of the Women's Pavilion.

ALCOHOL
Please remember that consuming alcohol after weight loss surgery can be dangerous. Alcohol absorption is accelerated and intoxication can occur quickly. Additionally, alcohol can hinder your weight loss goals due to excess caloric intake. We do not recommend that you consume alcohol within the first year after surgery. If you are struggling with alcohol intake, please call the office.

NSAIDS/TOBACCO USE
Please remember that use of NSAIDs and tobacco products are not recommended. Use of NSAIDs and tobacco products increases the risk of ulcer formation following RNY gastric bypass.

DEXA SCREENING
Follow up with your Primary Care Provider for DEXA screening and treatment as indicated.
Post-RNY: If bisphosphonate therapy is ordered, we recommend treatment with IV bisphosphonates instead of oral therapy due to potential concerns regarding absorption with oral therapy.

## Return to Office

- Nitin Rangnekar, MD for *Follow-up 10 at TPS_TENNOVA SURGICAL ASSOCIATES on 11/02/2023 at 02:10 PM
- JULIA BARROSO, RD for +Education 30 (CDE schedule) at TPS_TENNOVA BARIATRIC SURGERY on 11/20/2023 at 02:00 PM

## Encounter Sign-Off

Encounter signed-off by JULIA BARROSO, RD, 10/16/2023.

Encounter performed and documented by JULIA POOL, RD
Encounter reviewed & signed by JULIA POOL, RD on 10/16/2023 at 12:57pm

**GUERRERO, Sabrina M (id #1389974, dob:**
**Encounter Date: 08/24/2023**

Patient

| | | | |
|---|---|---|---|
| **Name** | GUERRERO, SABRINA (54yo, F) ID# 1389974 | **Appt. Date/Time** | 08/24/2023 02:30PM |
| **DOB** | | **Service Dept.** | TPS_TENNOVA BARIATRIC SURGERY |
| **Provider** | TAYLOR SPOO, NP | | |
| **Insurance** | Med Primary: BCBS-TN - NETWORK S<br>Insurance # : STTS00402622<br>Policy/Group # : 80860<br>Employer Name : AMEDYSIS<br>Prescription: check now | | |

Chief Complaint

Bariatric Follow-Up: RNY Gastric Bypass

Patient's Care Team

**Referring Provider:** STEPHEN BOYCE MD: 10810 PARKSIDE DR STE 305, KNOXVILLE, TN 37934, Ph (865) 392-3971, Fax (865) 392-3972 NPI: 1093822553
**Primary Care Provider:** FLOYD E PHILLIPS MD: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1942297916
**Referring Provider:** AMBER M MOORE FNP: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1396184222

Patient's Pharmacies

**SAM'S CLUB PHARMACY 6572 (ERX): 2920 KNOXVILLE CENTER DRIVE, KNOXVILLE, TN 37924, Ph (865) 637-0643, Fax (865) 637-1803**

Vitals

2023-08-24 14:47

| | | |
|---|---|---|
| **BP:** 140/80 | **BMI:** 55.5 | **Ht:** 5 ft 5 in |
| **Pulse:** 97 bpm | **Wt:** 333.8 lbs | |

Measurements

None recorded.

Allergies

Allergies not reviewed (last reviewed 04/26/2023)

**SULFA (SULFONAMIDE ANTIBIOTICS)**: Hives

Medications

Reviewed Medications

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 05/28/23 | filled |
| **B12 5,000 mcg-100 mcg sublingual lozenge**<br>Place by sublingual route. | 02/22/21 | entered |
| **Bariatric Multivitamins** | 02/06/20 | entered |
| **benzonatate 200 mg capsule**<br>Take 1 capsule(s) 3 times a day by oral route. | 08/24/23 | entered |

Exhibit 14 MLF000015

**Lincoln/Guerrero 1492**

**GUERRERO, Sabrina M (id #1389974, dob:**

| | | |
|---|---|---|
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 06/05/23 | filled |
| **clopidogreL 75 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 07/03/23 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK<br>**Internal Note:** Now only taking once a week. | 07/03/23 | filled |
| **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 04/27/23 | filled |
| **hydrOXYzine HCL 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME | 05/20/23 | filled |
| **ICaps AREDS**<br>1 pill in AM and 1 pill in PM | 04/26/23 | entered |
| **levomefolate calcium** | 08/24/23 | entered |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/04/23 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 07/03/23 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 03/23/23 | filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 06/23/23 | filled |
| **modafiniL 200 mg tablet**<br>TAKE 1 TABLET BY MOUTH IN THE MORNING | 06/22/23 | filled |
| **Nyamyc 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY ON THE SKIN THREE TIMES DAILY. MAY USE UP TO 4 GRAMS PER DAY OVER THE ENTIRE BODY AS NEEDED. | 05/16/23 | filled |
| **Omega 3** | 04/26/23 | entered |
| **ondansetron HCL 4 mg tablet**<br>Take by mouth, 1 tablet every 4 hrs, or 2 tabs every 8 hrs. Max 5 tabs in 24 hrs. | 12/06/22 | filled |
| **pantoprazole 20 mg tablet,delayed release**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 05/20/23 | filled |
| **Probiotic** | 08/24/23 | entered |

**Qulipta 60 mg tablet** 07/05/23 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY

**Rexulti 0.5 mg tablet** 08/24/23 entered
Take 1 tablet(s) every day by oral route.

**Saxenda 3 mg/0.5 mL (18 mg/3 mL) subcutaneous pen injector** 08/24/23 entered
Inject by subcutaneous route.

**sucralfate 1 gram tablet** 05/20/23 filled
TAKE 1 TABLET BY MOUTH 4 TIMES DAILY

**topiramate 50 mg tablet** 06/22/23 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY.

**Trintellix 10 mg tablet** 05/08/23 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY

**Ubrelvy 100 mg tablet** 05/30/23 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY

**valsartan 80 mg tablet** 05/17/23 filled
TAKE 1 TABLET BY MOUTH EVERY DAY

**vitamin A palmitate** 04/26/23 entered
2500 mg every day

**Vitamin B12** 08/24/23 entered

**Vitamin C 1,000 mg tablet** 04/26/23 entered
Take 1 tablet(s) by oral route in the morning.
**Internal Note:** 1 tablet in PM

**zinc 100 mg tablet** 04/26/23 entered
Take 1 tablet(s) every day by oral route.

1 tablet at night

## Vaccines

Vaccines not reviewed (last reviewed 02/13/2023)

| Vaccine Type | Date | Amt | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | employer |

## Problems

Reviewed Problems
- Amnesia - Onset: 04/26/2023 - due to COVID
- Migraine - Onset: 04/26/2023
- Chronic post-COVID-19 syndrome - Onset: 04/26/2023
- Chronic depression - Onset: 08/14/2019
- Abdominal pain
- Gastroesophageal reflux disease
- Incisional hernia - Onset: 01/10/2023

**GUERRERO, Sabrina M (id #1389974, dob:**

- Morbid obesity - Onset: 08/14/2019
- Family history of Cardiovascular disease - Onset: 07/12/2021 - Reported family history of heart disease in both parents
- Dyspnea - Etiology unclear; by clinical description and course, not completely convincing for active cardiac disease presently; may still be secondary to her obesity and reduced functional capacity
- Anemia - Onset: 08/14/2019
- Chest pain - Etiology unclear; by clinical description and course, not convincing for active cardiac disease presently; ECG (7/7/2021) showed sinus rhythm at a rate of 91 bpm with normal intervals, leftward axis, and mild nonspecific T wave changes; no prior ECG available for comparison
- Hypertensive disorder - Onset: 08/14/2019 - on rx
- Hernia of abdominal cavity - Onset: 02/06/2020
- Migraine without aura - Onset: 11/27/2022
- Diarrhea
- Prediabetes - Onset: 07/12/2021 - Last HbA1c reportedly was 5.9; placed on Ozempic by PCP
- Obstructive sleep apnea syndrome - Onset: 07/12/2021 - Not on CPAP therapy

## Family History

Family History not reviewed (last reviewed 02/18/2023)

| | |
|---|---|
| Mother | - Heart disease |
| Father | - Diabetes mellitus |
| | - Heart disease |
| | - Malignant neoplastic disease |

## Social History

Social History not reviewed (last reviewed 02/18/2023)
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Former smoker (Notes: quit 2008)
How much tobacco do you smoke?: None
When did you quit smoking?: 16+ years since last cigarette
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 02/13/2023
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: Occasional
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: no
What is your level of caffeine consumption?: Occasional
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What type of diet are you following?: Regular
Do you have any dietary restrictions?: No
What is your exercise level?: None
**Marriage and Sexuality**
What is your relationship status?: Married
How many children do you have?: 1
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Education: Post Graduate
Live alone or with others?: with others
Marital status: Married
General stress level: Medium
**Gender Identity and LGBTQ Identity**
First name used: Sabrina

## Surgical History

Surgical History not reviewed (last reviewed 02/18/2023)

**GUERRERO, Sabrina M (id #1389974, dob:**

- Hernia repair
- Colonoscopy (surg) - 06/10/2019
- Repair of meniscus - 01/01/2011 - RT knee
- Gallbladder Surgery - 01/01/2001
- Gastric Bypass - 01/01/2001 - RNY

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/13/2016)

## Past Medical History

Past Medical History not reviewed (last reviewed 02/18/2023)
Anemia: **Y**
Arthritis: **Y**
High Blood Pressure: **Y**
MRSA: **Y - hx positive throat culture**
Obesity: **Y**
Vitamin/Mineral Deficiency: **Y**

## Screening

None recorded.

## HPI

**Bariatric F/U Visit**

Reported by patient.

General: **tired, no energy (improving but has had decreased energy ever since COVID 2/7/22)**; **nausea (occasionally managed with Zofran)**; **diarrhea (with constipation managed with dietary changes)**
Eating: no dysphagia
Snack Types: **carbohydrates**; cookies, built protein bars
Vitamin Supplements: multi-vitamin (**BL complete 6 daily**); thiamine, probiotic
Water Intake: 64 oz
Protein Intake: 60 grams
Total Meals Per Day: 3 - 5
Calories Per Day: **not tracking**
Hours Between Hunger rarely hungry
GERD: **if off PPI**; NSAID use: yes- on sucralfate and pantoprazole
Exercise: swimming/water aerobics; duration: 30 - 60 mins; frequency: 3 or less times per week
Calorie Tracking: **not tracking**
Notes:
The patient is ~22 years post-op roux-en-y gastric bypass, presenting for bariatric follow up. Currently is following with Dr. Rangnekar regarding her abdominal hernia. He has advised patient her to continue to lose weight prior to hernia repair. Patient also following with endocrinologist that has changed her from Ozempic to Saxenda due to insurance coverage for weight loss. Was also started on topiramatewith our office had increased brain fog when increased from 50 mg to 75 mg on 2/24/23, reports brain fog improved since decreasing down to 50 mg. Overall the patient's weight has been trending down over the last 8 months and she has lost 12.6 lbs.

Highest pre-op weight was 361.5 lbs
Ideal body weight is 131 lbs
Excess body weight is 230.5 lbs

The patient weighed 346.4 lbs on 1/10/23
The patient weighed 337 lbs on 4/26/23
The patient weighed 333.8 lbs today.

Lowest weight: 260 lbs per patient

Short term weight loss goal of a minimum of 25 lbs

B: cottage cheese, marinara, mozzarella, turkey pepperoni
L: buffalo chicken dip with 6 crackers
D: cottage cheese, marinara, mozzarella, turkey pepperoni or pork loin with side of green beans or frozen veggies or tomatoes and cucumbers
S: cookies, built protein bars
Beverages: water- SF flavoring, 1 diet soda daily

## ROS

Patient reports **fatigue/tiredness** but reports no fever. She reports **shortness of breath with activity**. She reports **nausea, diarrhea, and constipation** but reports no heartburn/reflux and no chronic abdominal pain. She reports **painful joints**

**(osteoarthritis)**. She reports no chest pain.

## Physical Exam

**Constitutional:** General Appearance: healthy-appearing and **morbidly obese**. Level of Distress: NAD. Ambulation: ambulating normally.

**Head:** Head: normocephalic and atraumatic.

**Lungs:** Respiratory effort: no dyspnea. Auscultation: good air movement and no wheezing.

**Cardiovascular System:** Heart Auscultation: RRR.

**Abdomen:** Inspection and Palpation: soft and non-distended. Hernia:**abdominal hernia**.

**Musculoskeletal::** Joints, Bones, and Muscles: normal movement of all extremities. Extremities: no cyanosis or edema.

**Neurologic:** Gait and Station: normal gait and station. Coordination and Cerebellum: no tremor.

**Skin:** Inspection and palpation: no rash or jaundice.

## Assessment / Plan

The patient presented today for diet recheck bariatric follow up s/p roux-en-y gastric bypass . Together we discussed her current diet and vitamin regimen.
The below goals were provided to the patient, and the patient voiced understanding. The patient was scheduled for diet recheck with Julia, RD in one month.

**1. Gastroesophageal reflux disease without esophagitis -**
Currently well managed on PPI and H2 blocker. Denies symptoms at this time.
K21.9: Gastro-esophageal reflux disease without esophagitis

**2. History of bariatric surgical procedure-**
s/p RNY. See "Patient Instructions" for further counseling provided during this encounter.
Z98.84: Bariatric surgery status
Z86.39: Personal history of other endocrine, nutritional and metabolic disease
K90.2: Blind loop syndrome, not elsewhere classified

**3. Morbid obesity -**
22 years s/p RNY. The patient has lost ~13 pounds over the last 8 months. Currently on saxenda and topiramate. Will continue current dose of topiramate 50 mg daily. Saxenda managed by endocrinologist and is on maximum dose. Diet education as provided below.
E66.01: Morbid (severe) obesity due to excess calories

**4. Diet education -**
Advised patient to continue ~1200 calorie diet consisting of 100 grams protein, 100 grams carbs, 45 grams fat, with 64 oz of non caffeinated fluids daily. The patient was also instructed to food journal 4-5 days a week to ensure she is meeting the macronutrients goals. Provided patient with protein source handouts and snack ideas handouts.
Z71.3: Dietary counseling and surveillance

**Patient Goals**

1. Continue 1200 calorie diet.
2. Food journal 4-5 days a week.

**Patient Instructions**

VITAMIN & MINERAL SUPPLEMENTATION
Proper vitamin and mineral supplementation after weight loss surgery is critical to your health. Non-compliance with vitamin/mineral supplementation can lead to serious and potentially irreversible health consequences including, but not limited to neuropathy (numbness and tingling in arms and legs), paralysis, malnutrition, blindness, death. If you are struggling with vitamin/mineral supplementation or have questions, please contact our office and ask to speak with the Registered Dietitian.

It is recommended that you take a BARIATRIC-SPECIFIC multivitamin that meets or exceeds the ASMBS guidelines.

Post-RNY: You should be taking one of the following regimens:

1) BariLife Multivitamin: 6 tablets OR 2 scoops of powder daily
*1 scoop of powder = 3 tablets
*Split your vitamins into morning and evening doses.

2) BariLife "Just One" vitamin: 1 tablet + 1200-1500 mg of calcium citrate daily

**GUERRERO, Sabrina M (id #1389974, dob:**

Tips for taking the BariLife vitamins:
1) Dip the tablet in water before putting in mouth to swallow.
2) Put the tablet in your mouth, take a sip of water and hold it for a few seconds before swallowing.
3) Use the powder like a pixie stick and pour small amounts of the scoop in your mouth and follow with a sip of water.
4) Put 1/2 scoop or the whole scoop in a small amount of water (i.e. 2 oz) and take a few gulps of it.
5) Mix your powdered vitamins in a thick protein shake.
6) Sprinkle small amounts of the powdered vitamins in food such as Greek yogurt or cottage cheese.
7) Try adding the powdered vitamins to warm beverages, such as hot tea.

It is also recommended you take a Probiotic daily for life. We recommend using a probiotic with >10 billion CFUs (colony-forming units).

LAB WORK
Lab work is critical to assess your nutrition status and screen for vitamin and mineral deficiencies. You are due for a full panel of RNY labs today. A paper lab order will be provided to you. You should hear from a clinical staff member from our office in the next 2 weeks to provide you the results of your lab tests.

DIET RECOMMENDATIONS
Ensure that you have some form of accountability with your diet. This can include: food journaling, weighing and measuring foods, reaching out to a friend that you can check in with at regular intervals to hold you accountable with your diet/exercise choices, and using an app to set goals that will give you a reminder to achieve the goals. It is recommended you keep a food log at least 5 times per week to ensure you are meeting your nutrition goals and following a diet plan for continued weight loss. Food journaling apps such as MyFitnessPal and Baritastic are user-friendly and will calculate all the math for you to prevent user error! Paper food journals are just as effective in holding you accountable and helping you reach your goals.

1200 calories: 100 grams protein, 100 grams carbs, 45 grams fat

BARIATRIC BASICS
To help with weight management, get back to the basics of your bariatric diet:
1. Eat meat twice daily. Get at least 3-4 oz of meat per meal.
2. Eat systematically: protein first, fruit or vegetable second, starch last.
3. Fluid load prior to meals: drink 4-8 oz of fluid prior to each meal.
4. Hold liquids with meals and for 30 minutes after.
5. Eat three meals per day, eliminate snacking. If you are hungry between meals, drink a protein shake with less than 200 calories and at least 15 g of protein.

RECOMMENDED FOLLOW-UP
We recommend following up with our office annually to discuss your diet, exercise and vitamin regimen, along with conduct a full medical assessment. We will also conduct routine lab work to check for any vitamin and mineral deficiencies. Follow up is critical to maintain your continued good health and failure to follow up can severely impact your health. Appointments can also be made on an as-needed basis for accountability and/or any problems/concerns that arise.

SUPPORT GROUPS
We recommend attending regular support group meetings. Turkey Creek Medical Center conducts meetings on the 1st Tuesday of each month from 6:00-7:00 pm EST in the Conference Room located on the main floor of the Women's Pavilion.

ALCOHOL
Please remember that consuming alcohol after weight loss surgery can be dangerous. Alcohol absorption is accelerated and intoxication can occur quickly. Additionally, alcohol can hinder your weight loss goals due to excess caloric intake. We do not recommend that you consume alcohol within the first year after surgery. If you are struggling with alcohol intake, please call the office.

NSAIDS/TOBACCO USE
Please remember that use of NSAIDs and tobacco products are not recommended. Use of NSAIDs and tobacco products increases the risk of ulcer formation following RNY gastric bypass.
It is recommended that you stop NSAID/Tobacco Use ASAP.
Continue to take your PPI and sucralfate as prescribed.

DEXA SCREENING
Follow up with your Primary Care Provider for DEXA screening and treatment as indicated.
Post-RNY: If bisphosphonate therapy is ordered, we recommend treatment with IV bisphosphonates instead of oral therapy due to potential concerns regarding absorption with oral therapy.

**Discussion Notes**

Total face to face time: 25 minutes
Discussion of counseling and coordination of care was more than 50% of encounter time.

Return to Office

- JULIA BARROSO, RD for +Education 30 (CDE schedule) at TPS_TENNOVA BARIATRIC SURGERY on 09/21/2023 at 10:30 AM

Encounter Sign-Off

Encounter signed-off by TAYLOR SPOO, NP, 08/24/2023.

Encounter performed and documented by TAYLOR SPOO, NP
Encounter reviewed & signed by TAYLOR SPOO, NP on 08/24/2023 at 4:14pm

**GUERRERO, Sabrina M (id #1389974, dob:**
**Encounter Date: 04/26/2023**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GUERRERO, SABRINA (54yo, F) ID# 1389974 | **Appt. Date/Time** | 04/26/2023 09:30AM |
| **DOB** | | **Service Dept.** | TPS_TENNOVA BARIATRIC SURGERY |
| **Provider** | TAYLOR SPOO, NP | | |
| **Insurance** | Med Primary: BCBS-TN - NETWORK S<br>Insurance # : STTS00402622<br>Policy/Group # : 80860<br>Employer Name : AMEDYSIS<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

## Chief Complaint

Bariatric Follow-Up: RNY Gastric Bypass, Follow Up

## Patient's Care Team

**Referring Provider:** STEPHEN BOYCE MD: 10810 PARKSIDE DR STE 305, KNOXVILLE, TN 37934, Ph (865) 392-3971, Fax (865) 392-3972 NPI: 1093822553
**Primary Care Provider:** FLOYD E PHILLIPS MD: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1942297916
**Referring Provider:** AMBER M MOORE FNP: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1396184222

## Patient's Pharmacies

**SAM'S CLUB PHARMACY 6572 (ERX): 2920 KNOXVILLE CENTER DRIVE, KNOXVILLE, TN 37924, Ph (865) 637-0643, Fax (865) 637-1803**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **BP:** | 110/70 sitting L arm 04/26/2023 09:39 am | **BMI:** | 56.1 04/26/2023 09:37 am | **Ht:** | 5 ft 5 in 04/26/2023 09:37 am |
| **Notes:** | O2 98% 04/26/2023 09:38 am | **Pulse:** | 78 bpm 04/26/2023 09:38 am | **Wt:** | 337 lbs With clothes 04/26/2023 09:37 am |

## Measurements

None recorded.

## Allergies

Reviewed Allergies

**SULFA (SULFONAMIDE ANTIBIOTICS)**: Hives

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 11/07/22 | filled |
| **B12 5,000 mcg-100 mcg sublingual lozenge**<br>Place by sublingual route. | 02/22/21 | entered |
| **Bariatric Multivitamins** | 02/06/20 | entered |
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 03/13/23 | filled |

**GUERRERO, Sabrina M (id #1389974, dob:**

| | | |
|---|---|---|
| **Carafate 1 gram tablet**<br>Take 1 tablet(s) 4 times a day by oral route for 30 days. | 04/26/23 | prescribed |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 01/20/23 | filled |
| **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 01/27/23 | filled |
| **hydrOXYzine HCL 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME | 04/17/23 | filled |
| **ICaps AREDS**<br>1 pill in AM and 1 pill in PM | 04/26/23 | entered |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/04/23 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/08/23 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 03/23/23 | filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/10/23 | filled |
| **modafiniL 200 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | 04/03/23 | filled |
| **Nystop 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY THREE TIMES DAILY, MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED | 05/16/22 | filled |
| **Omega 3** | 04/26/23 | entered |
| **ondansetron HCL 4 mg tablet**<br>Take by mouth, 1 tablet every 4 hrs, or 2 tabs every 8 hrs. Max 5 tabs in 24 hrs. | 12/06/22 | filled |
| **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG UNDER THE SKIN ONCE PER WEEK AS DIRECTED | 03/14/23 | filled |
| **pantoprazole 20 mg tablet,delayed release**<br>Take 2 tablet(s) every day by oral route. | 04/26/23 | prescribed |
| **topiramate 50 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 03/22/23 | filled |

**Trintellix 10 mg tablet** 02/10/23 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY

**Ubrelvy 100 mg tablet** 04/04/23 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY

**valsartan 80 mg tablet** 02/14/23 filled
TAKE 1 TABLET BY MOUTH EVERY DAY

**vitamin A palmitate** 04/26/23 entered
2500 mg every day

**Vitamin C 1,000 mg tablet** 04/26/23 entered
Take 1 tablet(s) by oral route in the morning.
**Internal Note:** 1 tablet in PM

**zinc 100 mg tablet** 04/26/23 entered
Take 1 tablet(s) every day by oral route.

1 tablet at night

## Vaccines

Vaccines not reviewed (last reviewed 02/13/2023)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | employer |

## Problems

Reviewed Problems
- Amnesia - Onset: 04/26/2023 - due to COVID
- Migraine - Onset: 04/26/2023
- Chronic post-COVID-19 syndrome - Onset: 04/26/2023
- Chronic depression - Onset: 08/14/2019
- Abdominal pain
- Gastroesophageal reflux disease
- Incisional hernia - Onset: 01/10/2023
- Morbid obesity - Onset: 08/14/2019
- Family history of Cardiovascular disease - Onset: 07/12/2021 - Reported family history of heart disease in both parents
- Dyspnea - Etiology unclear; by clinical description and course, not completely convincing for active cardiac disease presently; may still be secondary to her obesity and reduced functional capacity
- Anemia - Onset: 08/14/2019
- Chest pain - Etiology unclear; by clinical description and course, not convincing for active cardiac disease presently; ECG (7/7/2021) showed sinus rhythm at a rate of 91 bpm with normal intervals, leftward axis, and mild nonspecific T wave changes; no prior ECG available for comparison
- Hypertensive disorder - Onset: 08/14/2019 - on rx
- Hernia of abdominal cavity - Onset: 02/06/2020
- Migraine without aura - Onset: 11/27/2022
- Diarrhea
- Prediabetes - Onset: 07/12/2021 - Last HbA1c reportedly was 5.9; placed on Ozempic by PCP
- Obstructive sleep apnea syndrome - Onset: 07/12/2021 - Not on CPAP therapy

## Family History

Family History not reviewed (last reviewed 02/18/2023)

| | |
|---|---|
| Mother | - Heart disease |
| Father | - Diabetes mellitus |
| | - Heart disease |
| | - Malignant neoplastic disease |

**GUERRERO, Sabrina M (id #1389974, dob:**

## Social History

Social History not reviewed (last reviewed 02/18/2023)
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Former smoker (Notes: quit 2008)
How much tobacco do you smoke?: None
When did you quit smoking?: 16+ years since last cigarette
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 02/13/2023
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: Occasional
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: no
What is your level of caffeine consumption?: Occasional
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What type of diet are you following?: Regular
Do you have any dietary restrictions?: No
What is your exercise level?: None
**Marriage and Sexuality**
What is your relationship status?: Married
How many children do you have?: 1
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Education: Post Graduate
Live alone or with others?: with others
Marital status: Married
General stress level: Medium
**Gender Identity and LGBTQ Identity**
First name used: Sabrina

## Surgical History

Surgical History not reviewed (last reviewed 02/18/2023)

- Hernia repair
- Colonoscopy (surg) - 06/10/2019
- Repair of meniscus - 01/01/2011 - RT knee
- Gallbladder Surgery - 01/01/2001
- Gastric Bypass - 01/01/2001 - RNY

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/13/2016)

## Past Medical History

Past Medical History not reviewed (last reviewed 02/18/2023)
Anemia: **Y**
Arthritis: **Y**
High Blood Pressure: **Y**
MRSA: **Y - hx positive throat culture**
Obesity: **Y**
Vitamin/Mineral Deficiency: **Y**

## Screening

None recorded.

## HPI

**GUERRERO, Sabrina M (id #1389974, dob:**

**Bariatric F/U Visit**

Reported by patient.

General: **tired, no energy (reports from post COVID); nausea (occasional zofran PRN); diarrhea**
Eating: no dysphagia
Food Types: beef **(carbs-pasta, bread)**
Snack Types: **carbohydrates**
Vitamin Supplements: multi-vitamin
Water Intake: 64 oz
Protein Intake: **less than 60 grams**
Total Meals Per Day: 3 - 5
Calories Per Day: **not tracking**
Hours Between Hunger rarely hungry
GERD: never; NSAID use: yes
Exercise: **not currently exercising**
Calorie Tracking: **not tracking**
Notes:
The patient is 22 years post-op roux-en-y gastric bypass, presenting for annual bariatric follow up. Reports recently following up with Dr. Rangnekar regarding her abdominal hernia. He has advised patient to continue to lose weight prior to hernia repair. Patient also following with endocrinologist that has started her on Ozempic 1 mg weekly. Reports our office (Lana Spence DNP) increasing topiramate dose from 50 mg to 75 mg on 2/24/23, does not feel it has further suppressed sweet food cravings though is concerned it has increased "brain fog."Overall the patient reports maintaining weight but no significant weight loss.

Highest pre-op weight was 361.5 lbs
Ideal body weight is 131 lbs
Excess body weight is 230.5 lbs

The patient weighed 346.4 lbs on 1/10/23
The patient has lost 9.4 lbs
Lowest weight: 260 lbs per patient

Short term weight loss goal of a minimum of 25 lbs

B: cottage cheese with banana
L: sourdough loaf from panera with cheddar cheese
D: 1/4 cup of spagetti with roas and mushrooms and hamburger meat
S: protein crackers
F: 72 oz water, diet Mt Dew
V: Barilife Complete 6 total

## ROS

Patient reports **fatigue/tiredness** but reports no fever and no night sweats. She reports **high blood pressure (on valsartan)** but reports no chest pain and no heart murmurs. She reports **chronic bronchitis and shortness of breath with activity** but reports no bloody sputum; **covid 2/2022**. She reports **chronic diarrhea and chronic constipation (managed with dietary habits)** She reports **painful joints**. She reports **tingling and memory lapses/changes compared to last year - worse (Reports increased one year ago after COVID- following with Neurology)**. She reports **depression and anxiety disorder**. She reports normal thyroid function, no diabetes, no chronic steroid use, and no Cushing's disease.

## Physical Exam

**Constitutional:** General Appearance: healthy-appearing and **morbidly obese.** Level of Distress: NAD. Ambulation: ambulating normally.

**Head:** Head: normocephalic and atraumatic.

**Lungs:** Respiratory effort: no dyspnea. Auscultation: good air movement and no wheezing.

**Cardiovascular System:** Heart Auscultation: RRR.

**Abdomen:** Inspection and Palpation: no masses, tenderness (no guarding, no rebound), or CVA tenderness and soft and non-distended. Hernia: **incisional.**

**Musculoskeletal::** Joints, Bones, and Muscles: normal movement of all extremities. Extremities: no cyanosis or edema.

**Neurologic:** Gait and Station: normal gait and station. Coordination and Cerebellum: no tremor.

**Skin:** Inspection and palpation: no rash or jaundice.

## Assessment / Plan

The patient presented today for annual bariatric follow up s/p roux-en-y gastric bypass Together we discussed her current diet and vitamin regimen. The patient reports maintaining weight since her last visit despite increasing her dose of topiramate. Also endorses

**GUERRERO, Sabrina M (id #1389974, dob:**

increased brain fog since increasing her dose. Patient reports recently following with Dr. Rangnekar for further management of incisional hernia. Reports needing to lose weight prior to hernia repair and is interested in both dietary and medication management. At this time patient is currently taking Ozempic 1 mg weekly as prescribed by her endocrinologist and 75 mg of topiramate daily. The below goals were provided to the patient, and the patient voiced understanding. The patient was scheduled for diet check with the RD in 2 months.

**1. Diet education** -

Patient was provided with a 1200 calories diet including 100 grams protein, 100 grams carbs, 45 grams fat, with 64 oz of non caffeinated fluids daily. The patient was also instructed to food journal 4-5 days a week to ensure she is meeting the macronutrients goals.

Z71.3: Dietary counseling and surveillance

**2. Morbid obesity -**

At this time patient is currently taking Ozempic 1 mg weekly as prescribed by her endocrinologist and 75 mg of topiramate daily. Reports increased brain fog without increased effectiveness. Advised patient to discontinue 75 mg of topiramate daily and resume her previous dose of 50 mg of topiramate daily. Also advised patient to follow up with her endocrinologist to discuss options in terms of either increasing her dose of Ozempic or switching to Mounjaro for further weight loss. Patient was also counseled on diet as discussed previously.

E66.01: Morbid (severe) obesity due to excess calories

**3. History of bariatric surgical procedure-**

22 years s/p RNY. Will check annual labs today. Patient advised to begin to take PPI and Carafate for pouch protection while taking Meloxicam. Patient reports taking Meloxicam for over 10 years and is currently managing with Pepcid 40 mg daily. See "Patient Instructions" for further counseling provided during this encounter.

Z98.84: Bariatric surgery status
Z86.39: Personal history of other endocrine, nutritional and metabolic disease
K90.2: Blind loop syndrome, not elsewhere classified
K91.2: Postsurgical malabsorption, not elsewhere classified
Z13.21: Encounter for screening for nutritional disorder

- CBC - Specimen source: Blood venous
- COMPREHENSIVE METABOLIC PNL - Specimen source: Blood venous
- VITAMIN B12 - Specimen source: Blood venous
- FERRITIN - Specimen source: Blood venous
- MAGNESIUM - Specimen source: Blood venous
- VITAMIN A - Specimen source: Blood venous
- FOLATE
- PTH, INTACT
- COPPER SERUM
- ZINC, SERUM OR PLASMA
- IRON PANEL, SERUM OR PLASMA
- VITAMIN D
- pantoprazole 20 mg tablet,delayed release - Take 2 tablet(s) every day by oral route. Qty: (60) tablet Refills: 3 Pharmacy: SAM'S CLUB PHARMACY 6572
- Carafate 1 gram tablet - Take 1 tablet(s) 4 times a day by oral route for 30 days. Qty: (120) tablet Refills: 3 Pharmacy: SAM'S CLUB PHARMACY 6572

**4. Gastroesophageal reflux disease without esophagitis** -

Currently managed on Famotidine 40 mg daily. Denies symptoms at this time.

K21.9: Gastro-esophageal reflux disease without esophagitis

**Patient Goals**

1. Begin a 1200 calorie diet.
2. Start taking PPI and Carafate for pouch protection.
3. Food journal 4-5 days a week.
4. Follow up with RD in 2 months for diet recheck.

**Patient Instructions**

**Vitamins:**

Proper vitamin and mineral supplementation after weight loss surgery is critical to your health. Non-compliance with vitamin/mineral supplementation can lead to serious and potentially irreversible health consequences including, but not limited to neuropathy (numbness and tingling in arms and legs), paralysis, malnutrition, blindness, death. If you are struggling with vitamin/mineral supplementation or have questions, please contact our office and ask to speak with the Registered Dietitian. For general GI health, it is also recommended you take a Probiotic daily for life. We recommend using a probiotic with >10 billion CFUs (colony-forming units).

It is recommended that you take a BARIATRIC-SPECIFIC multivitamin that meets or exceeds the ASMBS guidelines.

If taking powdered Barilife, 1 scoop = 3 regular tablets.

Post-RNY - You should be taking one of the following regimens:

Barilife Powder - 1 scoop twice daily

Barilife - 2 tablets three times daily

Barilife "Just One" - 1 daily PLUS calcium citrate 1200-1800mg daily.

Tips for taking the BariLife vitamins:

1) Dip the tablet in water before putting in mouth to swallow.

2) Put the tablet in your mouth, take a sip of water and hold it for a few seconds before swallowing.

3) Use the powder like a pixie stick and pour small amounts of the scoop in your mouth and follow with a sip of water.

4) Put 1/2 scoop or the whole scoop in a small amount of water (i.e. 2 oz) and take a few gulps of it.

5) Mix your powdered vitamins in a thick protein shake.

6) Sprinkle small amounts of the powdered vitamins in food such as Greek yogurt or cottage cheese.

7) Try adding the powdered vitamins to warm beverages, such as hot tea

**Basics of a Bariatric Diet:**

1. Eat meat twice daily. Get at least 3-4 oz of meat per meal.

2. Eat systematically: protein first, fruit or vegetable second, starch last.

3. Fluid load prior to meals: drink 4-8oz of fluid prior to each meal.

4. Hold liquids with meals and for 30 minutes after.

5. Eat three meals per day. Eliminate snacking. If you are hungry between meals, drink a protein shake with less than 200 calories and at least 15g of protein.

**Meal Suggestions:**

1. Lean meats (chicken, pork tenderloin, pork chop, ground turkey, shellfish or any other seafood, deli meat with less than 3 grams of fat per ounce, lean ground beef (90/10 or leaner; avoid ground chuck), Morningstar Farms burgers, tuna (canned or filet). You can make chicken or tuna salad, egg salad, deli meat roll-ups, or healthy tacos with lettuce wraps. Add a fruit or non-starchy vegetable to your proteins in 1-2 portion sizes.

2. Breakfast meal suggestions: Greek yogurt (Dannon Light & Fit or other light Greek yogurt brands), CarbMasters yogurt (and other low carb yogurts with less than 12 grams of carbs), low fat cottage cheese (with or without fruit), eggs (scrambled, over-easy, hard-boiled), omelet (can add deli meat and cheese), protein bar, protein shake (consider making a fruit smoothie in the blender with either fruit, Crystal Light, flavor extracts or Davinci sugar-free syrups), Morningstar Farm products (located in frozen food section), and Canadian bacon.

3. Frozen Entree (Healthy Choice, Lean Cuisine, SmartOnes) with at least 20 grams of protein.

4. Be creative with your meals. Use herbs & spices for a variety of flavors. Use lettuce instead of bread or buns. If you find a recipe you like or want to try, Google a low-carb, high-protein variation.

**Nutritional Goals:**

Ensure that you have some form of accountability with your diet. This can include: food journaling, weighing and measuring foods, reaching out to a friend that you can check in with at regular intervals to hold you accountable with your diet/exercise choices, and using an app to set goals that will give you a reminder to achieve the goals.

It is recommended you keep a food log at least 5 times per week to ensure you are meeting your nutrition goals and following a diet plan for continued weight loss. Food journaling apps such as MyFitnessPal and Baritastic are user-friendly and will calculate all the math for you to prevent user error! Paper food journals are just as effective in holding you accountable and helping you reach your goals.

1. Aim for 100 grams of protein, 100 grams of carbs, and less than 45 grams of fat daily. 64 ounces of decaf fluid daily.

2. Eat 3 meals daily, have 3-4 oz of lean meat at least 2 times daily and have protein shakes between meals.

3. Avoid high fat foods such as oil, butter, nuts, seeds, cheese and peanut butter. Avoid eating fast food whenever possible.

4. Eliminate or limit carbohydrate beverages such as juice, Gatorade, sweet tea, etc. Keep starches to 1 oz portion sizes at meals.

5. High protein diet - Remember, although you will be able to increase your protein consumption through foods the further you are out from surgery, you will likely need to drink protein shakes lifelong. As we've discussed, getting variety with your protein shakes, drinking different brands and changing the flavor and texture of your shakes is highly recommended. If you are unable to consistently meet your protein needs or struggle with your protein intake at any time, please call the office and ask to speak with the Registered Dietitian.

7. Decrease dining out to only 2 times/week. When you order foods, ask that they be prepared without added fat (ie, butter, oil). Ask that bread, nuts, chips, etc not be delivered to your table to avoid temptation. Look at nutrition facts information of foods before you dine out and make your selection based on the nutrition facts. Typically, this information can be found on the restaurant's website. Consider making a list of "safe foods" from restaurants in the area you plan to go. Remember if you order liquids to have it removed from the table when your meal arrives.

**NSAIDS and Tobacco Counselling:**

Please remember that use of NSAIDs and tobacco products are not recommended. Use of NSAIDs and tobacco products increases the risk of ulcer formation following RNY gastric bypass.

It is recommended that you stop NSAID/Tobacco Use ASAP.

Due to NSAID use, you will be prescribed a Proton Pump Inhibitor and Carafate to take daily. A prescription has been sent to your pharmacy on file. Call the office immediately if you begin to experience nausea, vomiting, abdominal pain or reflux.

**Alcohol Counselling:**

Consuming alcohol after weight loss surgery can be dangerous. Alcohol absorption is accelerated, and intoxication can occur quickly. Additionally, alcohol can hinder weight loss goals due to excess caloric intake. Instructed patient to call the office if struggling with alcohol intake.

**Other:**

Follow up with your Primary Care Provider for DEXA screening and treatment as indicated since you have had a malabsorptive procedure. Post-RNY: If bisphosphonate therapy is ordered, we recommend treatment with IV bisphosphonates instead of oral therapy due to potential concerns regarding absorption with oral therapy.

We recommend attending regular support group meetings. Turkey Creek Medical Center conducts meetings on the 1st Tuesday of each month from 6:00-7:00 pm EST in the Conference Room located on the main floor of the Women's Pavilion.

We recommend following up with our office annually to discuss your diet, exercise and vitamin regimen, along with conduct a full medical assessment. We will also conduct routine lab work to check for any vitamin and mineral deficiencies. Follow up is critical to maintain your continued good health and failure to follow up can severely impact your health. Appointments can also be made on an as-needed basis for accountability and/or any problems/concerns that arise.

**Discussion Notes**

Total face to face time: 42 minutes
Discussion of counseling and coordination of care was more than 50% of encounter time.

## Return to Office

- TPS_Seminar for Follow-up 30 at TPS_TENNOVA BARIATRIC SURGERY on 06/26/2023 at 11:00 AM

## Encounter Sign-Off

Encounter signed-off by TAYLOR SPOO, NP, 04/26/2023.

Encounter performed and documented by TAYLOR SPOO, NP
Encounter reviewed & signed by TAYLOR SPOO, NP on 04/26/2023 at 12:26pm

**GUERRERO, Sabrina M (id #1389974, dob:**
**Encounter Date: 01/19/2023**

Patient

| | | | |
|---|---|---|---|
| **Name** | GUERRERO, SABRINA (53yo, F) ID# 1389974 | **Appt. Date/Time** | 01/19/2023 11:30AM |
| **DOB** | | **Service Dept.** | TPS_TENNOVA BARIATRIC SURGERY |
| **Provider** | LANA SPENCE, DNP | | |
| **Insurance** | Med Primary: BCBS-TN - NETWORK S<br>Insurance # : STTS00402622<br>Policy/Group # : 80860<br>Employer Name : AMEDYSIS<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

Chief Complaint

bariatric follow-up (f/u)

Patient's Care Team

**Referring Provider:** STEPHEN BOYCE MD: 10810 PARKSIDE DR STE 305, KNOXVILLE, TN 37934, Ph (865) 392-3971, Fax (865) 392-3972 NPI: 1093822553
**Primary Care Provider:** FLOYD E PHILLIPS MD: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1942297916
**Referring Provider:** AMBER M MOORE FNP: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1396184222

Patient's Pharmacies

**SAM'S CLUB PHARMACY 6572 (ERX): 2920 KNOXVILLE CENTER DRIVE, KNOXVILLE, TN 37924, Ph (865) 637-0643, Fax (865) 637-1803**

Vitals

**BMI:** 56.2 01/19/2023 11:53 am **Ht:** 5 ft 5 in 01/19/2023 11:52 am **Wt:** 338 lbs Stated 01/19/2023 11:53 am

Measurements

None recorded.

Allergies

Allergies not reviewed (last reviewed 01/10/2023)

**SULFA (SULFONAMIDE ANTIBIOTICS)**: Hives

Medications

Reviewed Medications

**albuterol sulfate HFA 90 mcg/actuation aerosol inhaler** 11/07/22 filled
USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH

**B12 5,000 mcg-100 mcg sublingual lozenge** 02/22/21 entered
Place by sublingual route.

**Bariatric Multivitamins** 02/06/20 entered

**calcitrioL 0.5 mcg capsule** 01/05/23 filled
TAKE 1 CAPSULE BY MOUTH ONCE DAILY

**ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule** 12/29/22 filled
TAKE 1 CAPSULE BY MOUTH TWICE A WEEK

**GUERRERO, Sabrina M (id #1389974, dob:**

| | | |
|---|---|---|
| **escitalopram 20 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/29/22 | filled |
| **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 08/12/22 | filled |
| **FeroSuL 325 mg (65 mg iron) tablet**<br>TAKE 1 TABLET BY MOUTH ON MONDAY, WEDNESDAY AND FRIDAY FOR 24 DOSES. TAKE WITH ORANGE JUICE OR VITAMIN C ON AN EMPTY STOMACH. | 11/28/22 | filled |
| **hydrocortisone 2.5 % topical cream**<br>APPLY CREAM TO AFFECTED AREA(S) TWICE DAILY MONDAY-FRIDAY, SKIP WEEKENDS. | 11/14/22 | filled |
| **hydrOXYzine HCL 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME | 12/29/22 | filled |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/08/22 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/09/22 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 11/22/22 | filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 01/05/23 | filled |
| **modafiniL 200 mg tablet**<br>TAKE 1 TABLET BY MOUTH IN THE MORNING FOR DAYTIME HYPERSOMNIA | 01/03/23 | filled |
| **Nystop 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY THREE TIMES DAILY, MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED | 05/16/22 | filled |
| **ondansetron HCL 4 mg tablet**<br>Take by mouth, 1 tablet every 4 hrs, or 2 tabs every 8 hrs. Max 5 tabs in 24 hrs. | 12/06/22 | filled |
| **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG UNDER THE SKIN ONCE PER WEEK AS DIRECTED | 11/03/22 | filled |
| **SUMAtriptan 100 mg tablet**<br>Take by mouth, one tablet, preferably at migraine onset. Maximum 2 doses of Imitrex in 24 hrs at least 2 hrs apart | 11/28/22 | filled |
| **topiramate 25 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 30 days.<br>**Internal Note:** Take with 50mg tablet for a total of 75mg.<br>**Note:** Take with 50mg tablet for a total of 75mg. | 01/23/23 | prescribed |

**topiramate 50 mg tablet** 01/23/23 prescribed
Take 1 tablet(s) every day by oral route for 30 days.
**Internal Note:** Take with 25mg tablet for a total of 75mg.
**Note:** Take with 25mg tablet for a total of 75mg.

**valsartan 80 mg tablet** 11/08/22 filled
TAKE 1 TABLET BY MOUTH EVERY DAY

**Vitamin D** 02/22/21 entered
**Internal Note:** pt unsure if D2 or D3

pro biotic, bio clear

## Vaccines

Vaccines not reviewed (last reviewed 11/11/2022)

| Vaccine Type | Date | Amt | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | employer |

## Problems

Reviewed Problems
- Obesity - Onset: 11/27/2022
- Morbid obesity - Onset: 08/14/2019
- Anemia - Onset: 08/14/2019
- Chronic depression - Onset: 08/14/2019
- Obstructive sleep apnea syndrome - Onset: 07/12/2021 - Not on CPAP therapy
- Migraine without aura - Onset: 11/27/2022
- Hypertensive disorder - Onset: 08/14/2019 - on rx
- Gastroesophageal reflux disease
- Incisional hernia - Onset: 01/10/2023
- Hernia of abdominal cavity - Onset: 02/06/2020
- Fatigue - Onset: 08/14/2019
- Amnesia - Onset: 11/27/2022
- Dyspnea - Etiology unclear; by clinical description and course, not completely convincing for active cardiac disease presently; may still be secondary to her obesity and reduced functional capacity
- Chest pain - Etiology unclear; by clinical description and course, not convincing for active cardiac disease presently; ECG (7/7/2021) showed sinus rhythm at a rate of 91 bpm with normal intervals, leftward axis, and mild nonspecific T wave changes; no prior ECG available for comparison
- Nausea and vomiting - Onset: 08/14/2019
- Nausea - Onset: 11/27/2022
- Diarrhea
- Abdominal pain
- Prediabetes - Onset: 07/12/2021 - Last HbA1c reportedly was 5.9; placed on Ozempic by PCP
- Family history of Cardiovascular disease - Onset: 07/12/2021 - Reported family history of heart disease in both parents

## Family History

Family History not reviewed (last reviewed 11/11/2022)

| | |
|---|---|
| Mother | - Heart disease |
| Father | - Diabetes mellitus |
| | - Heart disease |
| | - Malignant neoplastic disease |

## Social History

Social History not reviewed (last reviewed 12/07/2022)
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Former smoker (Notes: quit 2008)
How much tobacco do you smoke?: None
When did you quit smoking?: 16+ years since last cigarette

**GUERRERO, Sabrina M (id #1389974, dob:**

Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 11/11/2022
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: Occasional
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: no
What is your level of caffeine consumption?: Occasional

**Activities of Daily Living**

Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No

**Diet and Exercise**

What type of diet are you following?: Regular
Do you have any dietary restrictions?: No
What is your exercise level?: None

**Marriage and Sexuality**

What is your relationship status?: Married
How many children do you have?: 1

**Public Health and Travel**

Have you recently traveled abroad?: No

**Other**

Education: Post Graduate
Live alone or with others?: with others
Marital status: Married
General stress level: Medium

**Gender Identity and LGBTQ Identity**

First name used: Sabrina

## Surgical History

Surgical History not reviewed (last reviewed 12/07/2022)

- Hernia repair
- Colonoscopy (surg) - 06/10/2019
- Repair of meniscus - 01/01/2011 - RT knee
- Gallbladder Surgery - 01/01/2001
- Gastric Bypass - 01/01/2001 - RNY

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/13/2016)

## Past Medical History

Past Medical History not reviewed (last reviewed 12/07/2022)
Anemia: **Y**
Arthritis: **Y**
High Blood Pressure: **Y**
MRSA: **Y - hx positive throat culture**
Obesity: **Y**
Vitamin/Mineral Deficiency: **Y**

## Screening

None recorded.

## HPI

Patient presents today via telehealth for medication follow-up.
High weight: 361.5 lbs
Previous weight: 346.2 lbs
Current weight: 338 lbs

Patient states she is doing well with the medication. Denies any side effects.

She reports continued periodic abdominal pain the she says feels the way it did when she had an incarcerated hernia a couple of years ago. A CT has been ordered and apparently process of approval is ongoing.

**GUERRERO, Sabrina M (id #1389974, dob:**

## ROS

Patient reports **fatigue/tiredness** but reports no fever and no night sweats. She reports **chronic bronchitis and shortness of breath with activity** but reports no bloody sputum; **covid 2/2022**. She reports **chronic abdominal pain and chronic constipation** but reports no chronic diarrhea. She reports **painful joints**. She reports **tingling and memory lapses/changes compared to last year - worse**. She reports **depression and anxiety disorder** but reports no suicidal thoughts, no suicide attempts, no bi-polar disease, no schizophrenia, no anorexia, and no bulimia. She reports no chest pain and no heart murmurs. She reports normal thyroid function, no diabetes, no chronic steroid use, and no Cushing's disease.

## Physical Exam

**Constitutional:** Examination Position: sitting up. General Appearance: **morbidly obese**. Level of Distress: no acute distress. Speaking: normal voice quality.

**Psychiatric:** Mental Status: normal mood and affect and active and alert.

## Assessment / Plan

**1. Morbid obesity** -
Will continue Topiramate. Requesting increase to 75mg daily and assess for any additional benefit. Patient to discuss increasing Ozempic to 2mg with prescriber to see if that might assist with additional weight loss.
E66.01: Morbid (severe) obesity due to excess calories
Z68.43: Body mass index [BMI] 50.0-59.9, adult

- topiramate 25 mg tablet - To be submitted on or around 01/23/2023 Take 1 tablet(s) twice a day by oral route for 30 days. Qty: (60) tablet Refills: 1 Pharmacy: SAM'S CLUB PHARMACY 6572 Note to Pharmacy: Take with 50mg tablet for a total of 75mg.
- topiramate 50 mg tablet - To be submitted on or around 01/23/2023 Take 1 tablet(s) every day by oral route for 30 days. Qty: (30) tablet Refills: 2 Pharmacy: SAM'S CLUB PHARMACY 6572 Note to Pharmacy: Take with 25mg tablet for a total of 75mg.

**2. Dietary management surveillance** -
Improved with sugar/sweet intake since beginning on Topiramate per report.
Z71.3: Dietary counseling and surveillance

## Return to Office

- Nitin Rangnekar, MD for *New Patient 10 at TPS_TENNOVA SURGICAL ASSOCIATES on 02/02/2023 at 10:50 AM
- to see CYDNEY VANOSDALE, NP for Annual Visit 30 at TPS_TENNOVA BARIATRIC SURGERY on or around 04/27/2023

## Encounter Sign-Off

Encounter signed-off by Lana Spence, DNP, 01/23/2023.

Encounter performed and documented by Lana Spence, DNP
Encounter reviewed & signed by Lana Spence, DNP on 01/23/2023 at 12:16pm
Oversight: Encounter reviewed by Stephen Boyce, MD on 01/24/2023 at 9:55am

**GUERRERO, Sabrina M (id #1389974, dob:**
**Encounter Date: 01/10/2023**

Patient

| | | | |
|---|---|---|---|
| **Name** | GUERRERO, SABRINA (53yo, F) ID# 1389974 | **Appt. Date/Time** | 01/10/2023 11:30AM |
| **DOB** | | **Service Dept.** | TPS_TENNOVA BARIATRIC SURGERY |
| **Provider** | STEPHEN BOYCE, MD | | |
| **Insurance** | Med Primary: BCBS-TN - NETWORK S<br>Insurance # : STTS00402622<br>Policy/Group # : 80860<br>Employer Name : AMEDYSIS<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

Chief Complaint

Followup: Abdominal pain

Patient's Care Team

**Referring Provider:** STEPHEN BOYCE MD: 10810 PARKSIDE DR STE 305, KNOXVILLE, TN 37934, Ph (865) 392-3971, Fax (865) 392-3972 NPI: 1093822553
**Primary Care Provider:** FLOYD E PHILLIPS MD: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1942297916
**Referring Provider:** AMBER M MOORE FNP: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1396184222

Patient's Pharmacies

**SAM'S CLUB PHARMACY 6572 (ERX): 2920 KNOXVILLE CENTER DRIVE, KNOXVILLE, TN 37924, Ph (865) 637-0643, Fax (865) 637-1803**

Vitals

2023-01-10 11:24

| | | | | | |
|---|---|---|---|---|---|
| **BP:** | 118/80 | **BMI:** | 57.6 | **Ht:** | 5 ft 5 in |
| **Pulse:** | 68 bpm | **Wt:** | 346.4 lbs | | |

Measurements

None recorded.

Allergies

Reviewed Allergies

**SULFA (SULFONAMIDE ANTIBIOTICS)**: Hives

Medications

Reviewed Medications

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 11/07/22 | filled |
| **B12 5,000 mcg-100 mcg sublingual lozenge**<br>Place by sublingual route. | 02/22/21 | entered |
| **Bariatric Multivitamins** | 02/06/20 | entered |
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 01/05/23 | filled |

**GUERRERO, Sabrina M (id #1389974, dob:**

| | | |
|---|---|---|
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 12/29/22 | filled |
| **escitalopram 20 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/29/22 | filled |
| **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 08/12/22 | filled |
| **FeroSuL 325 mg (65 mg iron) tablet**<br>TAKE 1 TABLET BY MOUTH ON MONDAY, WEDNESDAY AND FRIDAY FOR 24 DOSES. TAKE WITH ORANGE JUICE OR VITAMIN C ON AN EMPTY STOMACH. | 11/28/22 | filled |
| **hydrocortisone 2.5 % topical cream**<br>APPLY CREAM TO AFFECTED AREA(S) TWICE DAILY MONDAY-FRIDAY, SKIP WEEKENDS. | 11/14/22 | filled |
| **hydrOXYzine HCL 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME | 12/29/22 | filled |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/08/22 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/09/22 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 11/22/22 | filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/08/22 | filled |
| **modafiniL 200 mg tablet**<br>TAKE 1 TABLET BY MOUTH IN THE MORNING FOR DAYTIME HYPERSOMNIA | 01/03/23 | filled |
| **Nystop 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY THREE TIMES DAILY, MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED | 05/16/22 | filled |
| **ondansetron HCL 4 mg tablet**<br>Take by mouth, 1 tablet every 4 hrs, or 2 tabs every 8 hrs. Max 5 tabs in 24 hrs. | 12/06/22 | filled |
| **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG UNDER THE SKIN ONCE PER WEEK AS DIRECTED | 11/03/22 | filled |
| **SUMAtriptan 100 mg tablet**<br>Take by mouth, one tablet, preferably at migraine onset. Maximum 2 doses of Imitrex in 24 hrs at least 2 hrs apart | 11/28/22 | filled |
| **topiramate 50 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 01/05/23 | filled |

**GUERRERO, Sabrina M (id #1389974, dob:**

**valsartan 80 mg tablet** 11/08/22 filled
TAKE 1 TABLET BY MOUTH EVERY DAY

**Vitamin D** 02/22/21 entered
**Internal Note:** pt unsure if D2 or D3

pro biotic, bio clear

## Vaccines

Vaccines not reviewed (last reviewed 11/11/2022)

| Vaccine Type | Date | Amt | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | employer |

## Problems

Reviewed Problems

- Incisional hernia - Onset: 01/10/2023
- Family history of Cardiovascular disease - Onset: 07/12/2021 - Reported family history of heart disease in both parents
- Dyspnea - Etiology unclear; by clinical description and course, not completely convincing for active cardiac disease presently; may still be secondary to her obesity and reduced functional capacity
- Chest pain - Etiology unclear; by clinical description and course, not convincing for active cardiac disease presently; ECG (7/7/2021) showed sinus rhythm at a rate of 91 bpm with normal intervals, leftward axis, and mild nonspecific T wave changes; no prior ECG available for comparison
- Obesity - Onset: 11/27/2022
- Nausea - Onset: 11/27/2022
- Amnesia - Onset: 11/27/2022
- Hernia of abdominal cavity - Onset: 02/06/2020
- Migraine without aura - Onset: 11/27/2022
- Prediabetes - Onset: 07/12/2021 - Last HbA1c reportedly was 5.9; placed on Ozempic by PCP
- Obstructive sleep apnea syndrome - Onset: 07/12/2021 - Not on CPAP therapy
- Chronic depression - Onset: 08/14/2019
- Fatigue - Onset: 08/14/2019
- Nausea and vomiting - Onset: 08/14/2019
- Morbid obesity - Onset: 08/14/2019
- Anemia - Onset: 08/14/2019
- Hypertensive disorder - Onset: 08/14/2019 - on rx
- Abdominal pain
- Gastroesophageal reflux disease
- Diarrhea

## Family History

Family History not reviewed (last reviewed 11/11/2022)

| | |
|---|---|
| Mother | - Heart disease |
| Father | - Diabetes mellitus |
| | - Heart disease |
| | - Malignant neoplastic disease |

## Social History

Social History not reviewed (last reviewed 12/07/2022)
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Former smoker (Notes: quit 2008)
How much tobacco do you smoke?: None
When did you quit smoking?: 16+ years since last cigarette
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 11/11/2022
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: Occasional

**GUERRERO, Sabrina M (id #1389974, dob:**

Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: no
What is your level of caffeine consumption?: Occasional

**Activities of Daily Living**

Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No

**Diet and Exercise**

What type of diet are you following?: Regular
Do you have any dietary restrictions?: No
What is your exercise level?: None

**Marriage and Sexuality**

What is your relationship status?: Married
How many children do you have?: 1

**Public Health and Travel**

Have you recently traveled abroad?: No

**Other**

Education: Post Graduate
Live alone or with others?: with others
Marital status: Married
General stress level: Medium

**Gender Identity and LGBTQ Identity**

First name used: Sabrina

## Surgical History

Surgical History not reviewed (last reviewed 12/07/2022)

- Hernia repair
- Colonoscopy (surg) - 06/10/2019
- Repair of meniscus - 01/01/2011 - RT knee
- Gallbladder Surgery - 01/01/2001
- Gastric Bypass - 01/01/2001 - RNY

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/13/2016)

## Past Medical History

Past Medical History not reviewed (last reviewed 12/07/2022)
Anemia: **Y**
Arthritis: **Y**
High Blood Pressure: **Y**
MRSA: **Y - hx positive throat culture**
Obesity: **Y**
Vitamin/Mineral Deficiency: **Y**

## Screening

None recorded.

## HPI

Chief complaint: I think I have another hernia

History of present illness: The patient is a 53-year-old woman who is 22 years status post open Roux-en-Y gastric bypass at Vanderbilt. She developed an incisional hernia near her umbilicus with incarcerated colon which I repaired with mesh 2-1/2 years ago. She is having epigastric abdominal pain and believes she has developed another hernia at a different location. She states that she has abdominal pain and nausea and feels a hard knot in her epigastrium at times. She denies provocative or palliative factors.

## ROS

Patient reports **bloating and abdominal pain** but reports no frequent nausea and vomiting, no chronic abdominal pain, no heartburn, no dysphagia, no bowel movement changes, no diarrhea, and no constipation; **The patient feels a hard mass in her epigastrium on occasion.** She reports no night sweats and no fever. She reports no skin rashes. She reports no dyspnea / shortness of breath, no cough, no sputum production, and no wheezing. She reports no known heart murmur, no painful varicose veins, no chest pain, and no palpitations. She reports no hematuria, no trouble urinating, and no incontinence. She reports no muscle aches, no arthralgias/joint pain, and no back pain. She reports no headaches, no dizziness, no weakness, no numbness, and no seizures. She reports x. She reports no excessive bleeding.
**Additionally reports: ROS performed by Kelly Narramore, LPN and was reviewed and confirmed - Stephen Boyce, MD _____**

**GUERRERO, Sabrina M (id #1389974, dob:**

**ROS as noted in the HPI**

## Physical Exam

**Constitutional:** General Appearance: **morbidly obese**. Level of Distress: NAD.

**Psychiatric:** Orientation: to time, place, and person. Mental Status: normal mood and affect and active and alert.

**Skin:** Inspection and palpation: no rash or lesions. Nails: normal.

**Eyes:** Pupils: PERRLA. Lids and Conjunctivae: non-injected and no discharge. Sclerae: non-icteric.

**ENMT:** Lips, Teeth, and Gums: normal dentition. Oropharynx: moist mucous membranes.

**Neck:** Neck: no alopecia, neck mass, or pharynx erythema and supple. Lymph Nodes: no cervical LAD or supraclavicular LAD. Thyroid: non-tender and no enlargement.

**Lungs:** Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and CTA except as noted.

**Cardiovascular:** Heart Auscultation: no murmurs, rubs, or gallops and RRR.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: no masses or tenderness (no guarding, no rebound) and soft and non-distended; **The patient has a well-healed vertical midline incision. In her mid epigastrium there is a hard palpable nonreducible minimally tender mass to the right side of her vertical midline incision. This measures approximately 10 cm in diameter.**.

**Musculoskeletal::** Joints, Bones, and Muscles: normal movement of all extremities. Extremities: no cyanosis, edema, or varicosities.

**Neurologic:** Gait and Station: normal gait.

**Head:** Head: normocephalic and atraumatic.

## Assessment / Plan

**1. Abdominal pain**
R10.9: Unspecified abdominal pain

**2. Incisional hernia**
K43.2: Incisional hernia without obstruction or gangrene

**Discussion Notes**

On examination the patient likely has a second incisional hernia in her epigastrium to the right side of her healed vertical midline incision from her remote open Roux-en-Y gastric bypass performed at Vanderbilt. She has having abdominal pain and bloating. She will likely need a another mesh repair of her incisional hernia but I would like to evaluate this with a CT scan of the abdomen and pelvis with oral and IV contrast. The patient is symptomatic and is still super morbidly obese with a BMI in excess of 68. She is going to be at high risk for recurrence of herniation of course. I will see her back for consultation after her CT scan is obtained.

## Return to Office

- Lana Spence, DNP for +TH Education (CDE Schedule)30 at TPS_TENNOVA BARIATRIC SURGERY on 01/19/2023 at 11:30 AM
- to see CYDNEY VANOSDALE, NP for Annual Visit 30 at TPS_TENNOVA BARIATRIC SURGERY on or around 04/27/2023

## Encounter Sign-Off

Encounter signed-off by Stephen Boyce, MD, 01/10/2023.

Encounter performed and documented by Stephen Boyce, MD
Encounter reviewed & signed by Stephen Boyce, MD on 01/10/2023 at 4:14pm

**GUERRERO, Sabrina M (id #1389974, dob:**
**Encounter Date: 12/07/2022**

Patient

| | | | |
|---|---|---|---|
| **Name** | GUERRERO, SABRINA (53yo, F) ID# 1389974 | **Appt. Date/Time** | 12/07/2022 11:00AM |
| **DOB** | | **Service Dept.** | TPS_TENNOVA BARIATRIC SURGERY |
| **Provider** | CYDNEY VANOSDALE, NP | | |
| **Insurance** | Med Primary: BCBS-TN - NETWORK S<br>Insurance # : STTS00402622<br>Policy/Group # : 80860<br>Employer Name : AMEDYSIS<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

Chief Complaint

telehealth communication, follow up medication

Patient's Care Team

**Referring Provider:** STEPHEN BOYCE MD: 10810 PARKSIDE DR STE 305, KNOXVILLE, TN 37934, Ph (865) 392-3971, Fax (865) 392-3972 NPI: 1093822553
**Primary Care Provider:** FLOYD E PHILLIPS MD: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1942297916
**Referring Provider:** AMBER M MOORE FNP: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1396184222

Patient's Pharmacies

**SAM'S CLUB PHARMACY 6572 (ERX): 2920 KNOXVILLE CENTER DRIVE, KNOXVILLE, TN 37924, Ph (865) 637-0643, Fax (865) 637-1803**

Vitals

2022-12-07 11:03

**BMI:** 56.4 **Ht:** 5 ft 5 in **Wt:** 339 lbs Stated

Measurements

None recorded.

Allergies

Allergies not reviewed (last reviewed 11/11/2022)

**SULFA (SULFONAMIDE ANTIBIOTICS)**: Hives

Medications

Reviewed Medications

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 11/07/22 | filled |
| **B12 5,000 mcg-100 mcg sublingual lozenge**<br>Place by sublingual route. | 02/22/21 | entered |
| **Bariatric Multivitamins** | 02/06/20 | entered |
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 11/08/22 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 11/30/22 | filled |

**GUERRERO, Sabrina M (id #1389974, dob:**

| | | |
|---|---|---|
| **escitalopram 20 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/30/22 | filled |
| **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 08/12/22 | filled |
| **FeroSuL 325 mg (65 mg iron) tablet**<br>TAKE 1 TABLET BY MOUTH ON MONDAY, WEDNESDAY AND FRIDAY FOR 24 DOSES. TAKE WITH ORANGE JUICE OR VITAMIN C ON AN EMPTY STOMACH. | 11/28/22 | filled |
| **hydrocortisone 2.5 % topical cream**<br>APPLY CREAM TO AFFECTED AREA(S) TWICE DAILY MONDAY-FRIDAY, SKIP WEEKENDS. | 11/14/22 | filled |
| **hydrOXYzine HCL 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME | 11/15/22 | filled |
| **hyoscyamine 0.125 mg sublingual tablet**<br>Place as needed by sublingual route for 30 days. | 03/06/18 | filled |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/08/22 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/15/22 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 11/22/22 | filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/08/22 | filled |
| **modafiniL 200 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY MORNING FOR DAYTIME HYPERSOMNIA | 11/30/22 | filled |
| **Nystop 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY THREE TIMES DAILY, MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED | 05/16/22 | filled |
| **ondansetron HCL 4 mg tablet**<br>Take by mouth, 1 tablet every 4 hrs, or 2 tabs every 8 hrs. Max 5 tabs in 24 hrs. | 12/06/22 | filled |
| **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG UNDER THE SKIN ONCE PER WEEK AS DIRECTED | 11/03/22 | filled |
| **SUMAtriptan 100 mg tablet**<br>Take by mouth, one tablet, preferably at migraine onset. Maximum 2 doses of Imitrex in 24 hrs at least 2 hrs apart | 11/28/22 | filled |

**topiramate 25 mg tablet** 10/01/22 filled
Take 1 tablet(s) twice a day by oral route for 30 days.

**topiramate 50 mg tablet** 12/07/22 prescribed
Take 1 tablet(s) every day by oral route for 30 days.

**traZODone 50 mg tablet** 09/26/16 filled
Take as needed by oral route for 90 days.

**valsartan 80 mg tablet** 11/08/22 filled
TAKE 1 TABLET BY MOUTH EVERY DAY

**Vitamin D** 02/22/21 entered
**Internal Note:** pt unsure if D2 or D3

pro biotic, bio clear

## Vaccines

Vaccines not reviewed (last reviewed 11/11/2022)

| Vaccine Type | Date | Amt | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | employer |

## Problems

Reviewed Problems
- Obesity - Onset: 11/27/2022
- Morbid obesity - Onset: 08/14/2019
- Anemia - Onset: 08/14/2019
- Chronic depression - Onset: 08/14/2019
- Obstructive sleep apnea syndrome - Onset: 07/12/2021 - Not on CPAP therapy
- Migraine without aura - Onset: 11/27/2022
- Hypertensive disorder - Onset: 08/14/2019 - on rx
- Gastroesophageal reflux disease
- Hernia of abdominal cavity - Onset: 02/06/2020
- Fatigue - Onset: 08/14/2019
- Amnesia - Onset: 11/27/2022
- Dyspnea - Etiology unclear; by clinical description and course, not completely convincing for active cardiac disease presently; may still be secondary to her obesity and reduced functional capacity
- Chest pain - Etiology unclear; by clinical description and course, not convincing for active cardiac disease presently; ECG (7/7/2021) showed sinus rhythm at a rate of 91 bpm with normal intervals, leftward axis, and mild nonspecific T wave changes; no prior ECG available for comparison
- Nausea and vomiting - Onset: 08/14/2019
- Nausea - Onset: 11/27/2022
- Diarrhea
- Abdominal pain
- Prediabetes - Onset: 07/12/2021 - Last HbA1c reportedly was 5.9; placed on Ozempic by PCP
- Family history of Cardiovascular disease - Onset: 07/12/2021 - Reported family history of heart disease in both parents

## Family History

Discussed Family History

| | |
|---|---|
| Mother | - Heart disease |
| Father | - Diabetes mellitus |
| | - Heart disease |
| | - Malignant neoplastic disease |

## Social History

Discussed Social History
**Advance Directive**
Do you have an advance directive?: No

**GUERRERO, Sabrina M (id #1389974, dob:**

Do you have a medical power of attorney?: No

**Substance Use**

Do you or have you ever smoked tobacco?: Former smoker (Notes: quit 2008)
How much tobacco do you smoke?: None
When did you quit smoking?: 16+ years since last cigarette
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 11/11/2022
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: Occasional
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: no
What is your level of caffeine consumption?: Occasional

**Activities of Daily Living**

Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No

**Diet and Exercise**

What type of diet are you following?: Regular
Do you have any dietary restrictions?: No
What is your exercise level?: None

**Marriage and Sexuality**

What is your relationship status?: Married
How many children do you have?: 1

**Public Health and Travel**

Have you recently traveled abroad?: No

**Other**

Education: Post Graduate
Live alone or with others?: with others
Marital status: Married
General stress level: Medium

**Gender Identity and LGBTQ Identity**

First name used: Sabrina

## Surgical History

Reviewed Surgical History

- Hernia repair
- Colonoscopy (surg) - 06/10/2019
- Repair of meniscus - 01/01/2011 - RT knee
- Gallbladder Surgery - 01/01/2001
- Gastric Bypass - 01/01/2001 - RNY

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/13/2016)

## Past Medical History

Discussed Past Medical History
Anemia: **Y**
Arthritis: **Y**
High Blood Pressure: **Y**
MRSA: **Y - hx positive throat culture**
Obesity: **Y**
Vitamin/Mineral Deficiency: **Y**

## Screening

None recorded.

## HPI

Patient presents today via telehealth for medication follow-up.
High weight: 361.5 lbs
Previous weight: 346.2 lbs
Current weight: 339 lbs

**GUERRERO, Sabrina M (id #1389974, dob:**

Patient states she is doing well with the medication. She has been taking 50mg because she feels like that works better than splitting into two doses. She would like to continue at this time.

She states she has been having some abdominal pain for a couple of weeks. She states it kind of feels the way it did when she had an incarcerated hernia a couple of years ago. She states she did feel constipated so she took Miralax, but then she got diarrhea. She states she has gone since then, but today she felt like she needed to go, but didn't go very much. Her pain is in her upper abdomen.

## ROS

Patient reports **fatigue/tiredness** but reports no fever and no night sweats. She reports**chronic bronchitis, persistent cough (lasting over 3 wks), shortness of breath at rest, and shortness of breath with activity** but reports no asthma, no emphysema, no bloody sputum, no difficulty sleeping flat, no snoring, no awakening at night, no morning headaches, no daytime drowsiness, no observed apnea episodes, no chronic insomnia, and no sleep apnea; **covid 2/2022**. She reports**abdominal pain and constipation** but reports no hepatitis, no cirrhosis, normal liver enzymes, no frequent nausea and vomiting, no chronic abdominal pain, no chronic diarrhea, no chronic constipation, no history of Irritable Bowel Syndrome, no ulcerative colitis, no Crohn's disease, and normal liver. She reports **tingling**. She reports**depression and anxiety disorder**but reports no suicidal thoughts, no suicide attempts, no bi-polar disease, no schizophrenia, no anorexia, and no bulimia. She reports no chest pain, no history of heart attack, no heart surgery, no heart murmurs, no high blood pressure, normal heartbeat, no painful varicose veins, normal cholesterol, normal triglycerides, no anemia, no blood clot in leg (DVT), no previous blood transfusion, no known exposure to HIV, and no rheumatic fever. She reports no painful joints, no swelling of legs/feet, no Rheumatoid Arthritis, no chronic pain in hips, knees, or feet, no chronic low back pain, no herniated disc, no numbness of legs/feet, no joint replacement surgery, and no hernias. She reports normal thyroid function, no diabetes, no chronic steroid use, and no Cushing's disease. She reports wounds heal normally, no skin cancer, normal moles, no chronic rash, no psoriasis/eczema, no lupus, and no scleroderma. She reports normal periods, no polycystic ovarian disease, no infertility, and no facial hair growth.

## Physical Exam

**Constitutional:** Examination Position: sitting up. General Appearance: **morbidly obese**. Level of Distress: no acute distress. Speaking: normal voice quality.

The following component(s) vital signs, auscultation of lungs and abdomen, and provider palpation of abdomen and skin were not obtained due to the service being provided via telehealth during the COVID-19 pandemic.

## Procedure Documentation

**Telehealth Communication:**
This visit was performed via telehealth.

## Assessment / Plan

Telehealth communication performed with patient.
Service was provided using telemedicine. Patient verbally consents to this services (virtual check-in).
Names and roles of all persons participating in telemedicine services include: Cydney Vanosdale, NP
Patient is located at home and is an established patient.
A total of 15 minutes were spent in consultation via athena Telehealth video and audio to assess and treat the following: medication follow-up.

**1. Abdominal pain**
R10.9: Unspecified abdominal pain
- CT, ABDOMEN + PELVIS, W/ CONTRAST

| | |
|---|---|
| Height (ft.): 5 ft 5 in | Rule Out: Hernia |
| Scheduling: PLEASE CALL PATIENT TO SCHEDULE | Weight (lbs): 339 |

**2. Morbid obesity -**
Will continue Topiramate.
E66.01: Morbid (severe) obesity due to excess calories
Z68.43: Body mass index [BMI] 50.0-59.9, adult
- topiramate 50 mg tablet - Take 1 tablet(s) every day by oral route for 30 days. Qty: (30) tablet Refills: 2 Pharmacy: SAM'S CLUB PHARMACY 6572

**3. Dietary management surveillance -**
Doing well with sugar/sweet intake since beginning on Topiramate.
Z71.3: Dietary counseling and surveillance

**Patient Goals**
1. Add Miralax daily to help with constipation. 2. Aim to consume at least 64 ounces decaf fluids.

Return to Office

- Lana Spence, DNP for +TH Education (CDE Schedule)30 at TPS_TENNOVA BARIATRIC SURGERY on 01/18/2023 at 09:30 AM
- to see CYDNEY VANOSDALE, NP for Annual Visit 30 at TPS_TENNOVA BARIATRIC SURGERY on or around 04/27/2023

Encounter Sign-Off

Encounter signed-off by CYDNEY VANOSDALE, NP, 12/07/2022.

Encounter performed and documented by Cydney Vanosdale, NP
Encounter reviewed & signed by Cydney Vanosdale, NP on 12/07/2022 at 12:58pm

**GUERRERO, Sabrina M (id #1389974, dob:**
**Encounter Date: 10/19/2022**

Patient

| | | | |
|---|---|---|---|
| **Name** | GUERRERO, SABRINA (53yo, F) ID# 1389974 | **Appt. Date/Time** | 10/19/2022 08:00AM |
| **DOB** | | **Service Dept.** | TPS_TENNOVA BARIATRIC SURGERY |
| **Provider** | CYDNEY VANOSDALE, NP | | |
| **Insurance** | Med Primary: BCBS-TN - NETWORK S<br>Insurance # : STTS00402622<br>Policy/Group # : 80860<br>Employer Name : AMEDYSIS<br>Med Secondary: BCBS-NC (PPO)<br>Insurance # : IEO689400940988<br>Employer Name : AVALON HOSPICE<br>Prescription: CVS\|CAREMARK - Member is eligible. details<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

Chief Complaint

telehealth communication, follow up medication

Patient's Care Team

**Referring Provider:** STEPHEN BOYCE MD: 10810 PARKSIDE DR STE 305, KNOXVILLE, TN 37934, Ph (865) 392-3971, Fax (865) 392-3972 NPI: 1093822553
**Primary Care Provider:** FLOYD E PHILLIPS MD: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1942297916
**Referring Provider:** AMBER M MOORE FNP: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1396184222

Patient's Pharmacies

**SAM'S CLUB PHARMACY 6572 (ERX): 2920 KNOXVILLE CENTER DRIVE, KNOXVILLE, TN 37924, Ph (865) 637-0643, Fax (865) 637-1803**

Vitals

10/19/2022 08:02 am

**BMI:** 57.6 **Ht:** 5 ft 5 in **Wt:** 346.2 lbs Stated

Measurements

None recorded.

Allergies

Reviewed Allergies

**SULFA (SULFONAMIDE ANTIBIOTICS)**: Hives

Medications

Reviewed Medications

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 08/08/22 | filled |
| **B12 5,000 mcg-100 mcg sublingual lozenge**<br>Place by sublingual route. | 02/22/21 | entered |
| **Bariatric Multivitamins** | 02/06/20 | entered |
| **benzonatate 200 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 08/08/22 | filled |

| | | |
|---|---|---|
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 09/19/22 | filled |
| **Chlo Hist 1 mg-12.5 mg/5 mL oral solution**<br>TAKE 10 ML BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH AND CONGESTION FOR 7 DAYS | 02/16/22 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 09/06/22 | filled |
| **escitalopram 20 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 09/06/22 | filled |
| **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 08/12/22 | filled |
| **hyoscyamine 0.125 mg sublingual tablet**<br>Place as needed by sublingual route for 30 days. | 03/06/18 | filled |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 07/13/22 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 10/01/22 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 10/01/22 | filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 09/19/22 | filled |
| **Nystop 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY THREE TIMES DAILY, MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED | 05/16/22 | filled |
| **ondansetron HCL 4 mg tablet** | 12/30/19 | filled |
| **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG UNDER THE SKIN ONCE PER WEEK AS DIRECTED | 07/27/22 | filled |
| **topiramate 25 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 30 days. | 10/01/22 | filled |
| **traZODone 50 mg tablet**<br>Take as needed by oral route for 90 days. | 09/26/16 | filled |
| **valsartan 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 08/08/22 | filled |

**Vitamin D** 02/22/21 entered
**Internal Note:** pt unsure if D2 or D3

pro biotic, bio clear

## Vaccines

Vaccines not reviewed (last reviewed 07/12/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | employer |

## Problems

Reviewed Problems
- Morbid obesity - Onset: 08/14/2019
- Anemia - Onset: 08/14/2019
- Chronic depression - Onset: 08/14/2019
- Obstructive sleep apnea syndrome - Onset: 07/12/2021 - Not on CPAP therapy
- Hypertensive disorder - Onset: 08/14/2019 - on rx
- Gastroesophageal reflux disease
- Hernia of abdominal cavity - Onset: 02/06/2020
- Fatigue - Onset: 08/14/2019
- Dyspnea - Etiology unclear; by clinical description and course, not completely convincing for active cardiac disease presently; may still be secondary to her obesity and reduced functional capacity
- Chest pain - Etiology unclear; by clinical description and course, not convincing for active cardiac disease presently; ECG (7/7/2021) showed sinus rhythm at a rate of 91 bpm with normal intervals, leftward axis, and mild nonspecific T wave changes; no prior ECG available for comparison
- Nausea and vomiting - Onset: 08/14/2019
- Diarrhea
- Abdominal pain
- Prediabetes - Onset: 07/12/2021 - Last HbA1c reportedly was 5.9; placed on Ozempic by PCP
- Family history of Cardiovascular disease - Onset: 07/12/2021 - Reported family history of heart disease in both parents

## Family History

Discussed Family History

| | |
|---|---|
| Mother | - Heart disease |
| Father | - Diabetes mellitus |
| | - Heart disease |
| | - Malignant neoplastic disease |

## Social History

Discussed Social History
**Advanced Directive**
Do you have an advanced directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Former smoker (Notes: quit 2008)
How much tobacco do you smoke?: None
When did you quit smoking?: 16+ years since last cigarette
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 10/19/2022
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: Occasional
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: no
What is your level of caffeine consumption?: Occasional
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No

Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What type of diet are you following?: Regular
Do you have any dietary restrictions?: No
What is your exercise level?: None
**Marriage and Sexuality**
What is your relationship status?: Married
How many children do you have?: 1
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Education: Post Graduate
Live alone or with others?: with others
Marital status: Married
General stress level: Medium

## Surgical History

Surgical History not reviewed (last reviewed 04/28/2022)
- Hernia repair
- Colonoscopy (surg) - 06/10/2019
- Repair of meniscus - 01/01/2011 - RT knee
- Gallbladder Surgery - 01/01/2001
- Gastric Bypass - 01/01/2001 - RNY

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/13/2016)

## Past Medical History

Discussed Past Medical History
Anemia: **Y**
Arthritis: **Y**
High Blood Pressure: **Y**
MRSA: **Y - hx positive throat culture**
Obesity: **Y**
Vitamin/Mineral Deficiency: **Y**

## Screening

None recorded.

## HPI

Patient presents today via telehealth for medication follow-up.
High weight: 361.5 lbs
Previous weight: 352 lbs
Current weight: 346.2

Patient has been taking two 25mg Topiramate in the evening. She switched to once a day from BID. She can't really tell if it is working better for her taking it once as opposed to twice, but she does like the 25 mg so that if she wants to take it twice she can. She doesn't want to switch to the 50mg tablet. She states the long term covid has made her leave her job, and that has caused some depression. She states she has just had a lot of changes in her life over the past month, but she is seeing a therapist and feels like that is helping somewhat. She states her PCP told her based on all that she has going on, she is doing well with her weight loss, which I second.
She states she is trying to get her protein in first and is consuming more fruits (instead of processed sugar) to help with her cravings, as well.

## ROS

Patient reports **fatigue/tiredness** but reports no fever and no night sweats. She reports **chronic bronchitis, persistent cough (lasting over 3 wks), shortness of breath at rest, and shortness of breath with activity** but reports no asthma, no emphysema, no bloody sputum, no difficulty sleeping flat, no snoring, no awakening at night, no morning headaches, no daytime drowsiness, no observed apnea episodes, no chronic insomnia, and no sleep apnea; **covid 2/2022**. She reports **depression and anxiety disorder** but reports no suicidal thoughts, no suicide attempts, no bi-polar disease, no schizophrenia, no anorexia, and no bulimia. She reports no chest pain, no history of heart attack, no heart surgery, no heart murmurs, no high blood pressure, normal heartbeat, no painful varicose veins, normal cholesterol, normal triglycerides, no anemia, no blood clot in leg (DVT), no previous blood transfusion, no known exposure to HIV, and no rheumatic fever. She reports no hepatitis, no cirrhosis, normal liver enzymes, no frequent nausea and vomiting, no heartburn/reflux, no chronic abdominal pain, no chronic diarrhea, no chronic constipation, no history of Irritable Bowel Syndrome, no ulcerative colitis, no Crohn's disease, and normal liver. She reports no painful joints, no swelling of legs/feet, no Rheumatoid Arthritis, no chronic pain in hips, knees, or feet, no chronic low back pain, no herniated disc, no numbness of legs/feet, no joint replacement surgery, and no hernias. She reports normal thyroid function, no diabetes, no chronic steroid use, and no

**GUERRERO, Sabrina M (id #1389974, dob:**

Cushing's disease. She reports wounds heal normally, no skin cancer, normal moles, no chronic rash, no psoriasis/eczema, no lupus, and no scleroderma. She reports normal periods, no polycystic ovarian disease, no infertility, and no facial hair growth.

## Physical Exam

**Constitutional:** Examination Position: sitting up. General Appearance: **morbidly obese**. Level of Distress: no acute distress. Speaking: normal voice quality.

**Psychiatric:** Mental Status: **depressed**.

The following component(s) vital signs, auscultation of lungs and abdomen, and provider palpation of abdomen and skin were not obtained due to the service being provided via telehealth during the COVID-19 pandemic.

## Procedure Documentation

**Telehealth Communication:**
This visit was performed via telehealth.

## Assessment / Plan

Telehealth communication performed with patient.
Service was provided using telemedicine. Patient verbally consents to this services (virtual check-in).
Names and roles of all persons participating in telemedicine services include: Cydney Vanosdale, NP
Patient is located at home and is an established patient.
A total of 15 minutes were spent in consultation via athena Telehealth video and audio to assess and treat the following: medication follow-up.

**1. Morbid obesity -**
Will continue Topiramate.
E66.01: Morbid (severe) obesity due to excess calories
Z68.43: Body mass index [BMI] 50.0-59.9, adult

**2. Dietary management surveillance -**
Doing well with sugar/sweet intake since beginning on Topiramate.
Z71.3: Dietary counseling and surveillance

**Discussion Notes**
Today's discussion included:
- Current medication use
- Current diet
- Continue medication
- Does not need refill at this time
- Per patient request, follow-up in 6 weeks and PRN

## Return to Office

- Arvo Kanna, MD for *New Patient 30 at TPS_TENNOVA NEUROLOGY NEWPORT on 11/11/2022 at 09:30 AM
- CYDNEY VANOSDALE, NP for *Telehealth Follow-up 15 at TPS_TENNOVA BARIATRIC SURGERY on 12/01/2022 at 08:00 AM
- to see CYDNEY VANOSDALE, NP for Annual Visit 30 at TPS_TENNOVA BARIATRIC SURGERY on or around 04/27/2023

## Encounter Sign-Off

Encounter signed-off by CYDNEY VANOSDALE, NP, 10/19/2022.

Encounter performed and documented by Cydney Vanosdale, NP
Encounter reviewed & signed by Cydney Vanosdale, NP on 10/19/2022 at 8:26am

**GUERRERO, Sabrina M (id #1389974, dob:**
**Encounter Date: 08/25/2022**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GUERRERO, SABRINA (53yo, F) ID# 1389974 | **Appt. Date/Time** | 08/25/2022 11:00AM |
| **DOB** | | **Service Dept.** | TPS_TENNOVA BARIATRIC SURGERY |
| **Provider** | CYDNEY VANOSDALE, NP | | |
| **Insurance** | Med Primary: BCBS-NC (PPO)<br>Insurance # : IEO689400940988<br>Employer Name : AVALON HOSPICE<br>Med Secondary: BCBS-TN - NETWORK S<br>Insurance # : STTS00402622<br>Policy/Group # : 80860<br>Employer Name : AMEDYSIS<br>Prescription: CVS\|CAREMARK - Member is eligible. details<br>Prescription: CVS\|CAREMARK - Member is eligible. details<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

telehealth communication, follow up medication

## Patient's Care Team

**Referring Provider:** STEPHEN BOYCE MD: 10810 PARKSIDE DR STE 305, KNOXVILLE, TN 37934, Ph (865) 392-3971, Fax (865) 392-3972 NPI: 1093822553
**Primary Care Provider:** FLOYD E PHILLIPS MD: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1942297916
**Referring Provider:** AMBER M MOORE FNP: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1396184222

## Patient's Pharmacies

**SAM'S CLUB PHARMACY 6572 (ERX): 2920 KNOXVILLE CENTER DRIVE, KNOXVILLE, TN 37924, Ph (865) 637-0643, Fax (865) 637-1803**

## Vitals

08/25/2022 11:04 am

**BMI:** 58.6 **Ht:** 5 ft 5 in **Wt:** 352 lbs Stated

## Measurements

None recorded.

## Allergies

Allergies not reviewed (last reviewed 07/12/2021)

**SULFA (SULFONAMIDE ANTIBIOTICS)**: Hives

## Medications

Reviewed Medications

**albuterol sulfate HFA 90 mcg/actuation aerosol inhaler** — 08/08/22 filled
USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH

**B12 5,000 mcg-100 mcg sublingual lozenge** — 02/22/21 entered
Place by sublingual route.

**Bariatric Multivitamins** — 02/06/20 entered

**benzonatate 200 mg capsule** — 08/08/22 filled
TAKE 1 CAPSULE BY MOUTH TWICE DAILY

**GUERRERO, Sabrina M (id #1389974, dob:**

| | | |
|---|---|---|
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 07/25/22 | filled |
| **Chlo Hist 1 mg-12.5 mg/5 mL oral solution**<br>TAKE 10 ML BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH AND CONGESTION FOR 7 DAYS | 02/16/22 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 07/25/22 | filled |
| **escitalopram 20 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 07/25/22 | filled |
| **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 08/12/22 | filled |
| **hyoscyamine 0.125 mg sublingual tablet**<br>Place as needed by sublingual route for 30 days. | 03/06/18 | filled |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 07/13/22 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 07/25/22 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 07/19/22 | filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 07/25/22 | filled |
| **Nystop 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY THREE TIMES DAILY, MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED | 05/16/22 | filled |
| **ondansetron HCL 4 mg tablet** | 12/30/19 | filled |
| **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG UNDER THE SKIN ONCE PER WEEK AS DIRECTED | 07/27/22 | filled |
| **topiramate 25 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 30 days. | 08/25/22 | prescribed |
| **traZODone 50 mg tablet**<br>Take as needed by oral route for 90 days. | 09/26/16 | filled |
| **valsartan 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 08/08/22 | filled |

**Vitamin D** 02/22/21 entered
**Internal Note:** pt unsure if D2 or D3

pro biotic, bio clear

## Vaccines

Vaccines not reviewed (last reviewed 07/12/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | employer |

## Problems

Reviewed Problems
- Morbid obesity - Onset: 08/14/2019
- Anemia - Onset: 08/14/2019
- Chronic depression - Onset: 08/14/2019
- Obstructive sleep apnea syndrome - Onset: 07/12/2021 - Not on CPAP therapy
- Hypertensive disorder - Onset: 08/14/2019 - on rx
- Gastroesophageal reflux disease
- Hernia of abdominal cavity - Onset: 02/06/2020
- Fatigue - Onset: 08/14/2019
- Dyspnea - Etiology unclear; by clinical description and course, not completely convincing for active cardiac disease presently; may still be secondary to her obesity and reduced functional capacity
- Chest pain - Etiology unclear; by clinical description and course, not convincing for active cardiac disease presently; ECG (7/7/2021) showed sinus rhythm at a rate of 91 bpm with normal intervals, leftward axis, and mild nonspecific T wave changes; no prior ECG available for comparison
- Nausea and vomiting - Onset: 08/14/2019
- Diarrhea
- Abdominal pain
- Prediabetes - Onset: 07/12/2021 - Last HbA1c reportedly was 5.9; placed on Ozempic by PCP
- Family history of Cardiovascular disease - Onset: 07/12/2021 - Reported family history of heart disease in both parents

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Heart disease |
| Father | - Diabetes mellitus |
| | - Heart disease |
| | - Malignant neoplastic disease |

## Social History

Social History not reviewed (last reviewed 07/18/2022)
**Advanced Directive**
Do you have an advanced directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Former smoker (Notes: quit 2008)
How much tobacco do you smoke?: None
When did you quit smoking?: 16+ years since last cigarette
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 08/25/2022
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: Occasional
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: no
What is your level of caffeine consumption?: Occasional
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No

**GUERRERO, Sabrina M (id #1389974, dob:**

Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What type of diet are you following?: Regular
Do you have any dietary restrictions?: No
What is your exercise level?: None
**Marriage and Sexuality**
What is your relationship status?: Married
How many children do you have?: 1
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Education: Post Graduate
Live alone or with others?: with others
Marital status: Married
General stress level: Medium

## Surgical History

Surgical History not reviewed (last reviewed 04/28/2022)
- Hernia repair
- Colonoscopy (surg) - 06/10/2019
- Repair of meniscus - 01/01/2011 - RT knee
- Gallbladder Surgery - 01/01/2001
- Gastric Bypass - 01/01/2001 - RNY

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/13/2016)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/18/2022)
Anemia: **Y**
Arthritis: **Y**
High Blood Pressure: **Y**
MRSA: **Y - hx positive throat culture**
Obesity: **Y**
Vitamin/Mineral Deficiency: **Y**

## Screening

None recorded.

## HPI

Patient presents today via telehealth for medication follow-up.
Previous weight: 356 lbs
Current weight: 352 lbs
Patient continues to take Topiramate 25 mg BID. She states even though she only lost a few lbs, she will take it. She states she medication is still working for her to help her control her cravings for sweets. She is interested in changing to 50mg just once a day, but is worried that it will exacerbate the brain fog she already has. She states she can just have her family tell her "if she is any more weird than normal."

## ROS

Patient reports **fatigue/tiredness** but reports no fever and no night sweats. She reports **chronic bronchitis, persistent cough (lasting over 3 wks), shortness of breath at rest, and shortness of breath with activity** but reports no asthma, no emphysema, no bloody sputum, no difficulty sleeping flat, no snoring, no awakening at night, no morning headaches, no daytime drowsiness, no observed apnea episodes, no chronic insomnia, and no sleep apnea; **covid 2/2022**. She reports **tingling**. She reports **depression and anxiety disorder** but reports no suicidal thoughts, no suicide attempts, no bi-polar disease, no schizophrenia, no anorexia, and no bulimia. She reports no chest pain, no history of heart attack, no heart surgery, no heart murmurs, no high blood pressure, normal heartbeat, no painful varicose veins, normal cholesterol, normal triglycerides, no anemia, no blood clot in leg (DVT), no previous blood transfusion, no known exposure to HIV, and no rheumatic fever. She reports no hepatitis, no cirrhosis, normal liver enzymes, no frequent nausea and vomiting, no heartburn/reflux, no chronic abdominal pain, no chronic diarrhea, no chronic constipation, no history of Irritable Bowel Syndrome, no ulcerative colitis, no Crohn's disease, and normal liver. She reports no painful joints, no swelling of legs/feet, no Rheumatoid Arthritis, no chronic pain in hips, knees, or feet, no chronic low back pain, no herniated disc, no numbness of legs/feet, no joint replacement surgery, and no hernias. She reports normal thyroid function, no diabetes, no chronic steroid use, and no Cushing's disease. She reports wounds heal normally, no skin cancer, normal moles, no chronic rash, no psoriasis/eczema, no lupus, and no scleroderma. She reports normal periods, no polycystic ovarian disease, no infertility, and no facial hair growth.

## Physical Exam

**Constitutional:** Examination Position: sitting up. General Appearance: **morbidly obese**. Level of Distress: no acute distress.

Speaking: normal voice quality.

The following component(s) vital signs, auscultation of lungs and abdomen, and provider palpation of abdomen and skin were not obtained due to the service being provided via telehealth during the COVID-19 pandemic.

## Procedure Documentation

**Telehealth Communication:**
This visit was performed via telehealth.

## Assessment / Plan

Telehealth communication performed with patient.
Service was provided using telemedicine. Patient verbally consents to this services (virtual check-in).
Names and roles of all persons participating in telemedicine services include: Cydney Vanosdale, NP
Patient is located at home and is an established patient.
A total of 17 minutes were spent in consultation via athena Telehealth video and audio to assess and treat the following: medication follow-up.

**1. Morbid obesity** -
Will continue Topiramate.
E66.01: Morbid (severe) obesity due to excess calories
Z68.43: Body mass index [BMI] 50.0-59.9, adult

- topiramate 25 mg tablet - Take 1 tablet(s) twice a day by oral route for 30 days. Qty: 60 tablet(s) Refills: 1 Pharmacy: SAM'S CLUB PHARMACY 6572

**2. Dietary management surveillance** -
Doing well with sugar/sweet intake since beginning on Topiramate.
Z71.3: Dietary counseling and surveillance

**Patient Goals**
1. Try taking both 25 mg Topiramate tablets in the AM and monitor brain fog. Can switch back to twice a day if needed.

**Discussion Notes**
Today's discussion included:
- Current medication use
- Current diet
- Effects of Covid
- Continue medication; trying both tablets at once
  Per patient request, follow-up in 6 weeks and PRN

## Return to Office

- CYDNEY VANOSDALE, NP for TELEHEALTH EST 30 at TPS_TENNOVA BARIATRIC SURGERY on 10/06/2022 at 11:00 AM
- to see CYDNEY VANOSDALE, NP for Annual Visit 30 at TPS_TENNOVA BARIATRIC SURGERY on or around 04/27/2023

## Encounter Sign-Off

Encounter signed-off by CYDNEY VANOSDALE, NP, 08/25/2022.

Encounter performed and documented by Cydney Vanosdale, NP
Encounter reviewed & signed by Cydney Vanosdale, NP on 08/25/2022 at 11:25am

**GUERRERO, Sabrina M (id #1389974, dob:**

**Encounter Date: 07/18/2022**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GUERRERO, SABRINA (53yo, F) ID# 1389974 | **Appt. Date/Time** | 07/18/2022 10:30AM |
| **DOB** | | **Service Dept.** | TPS_TENNOVA BARIATRIC SURGERY |
| **Provider** | CYDNEY VANOSDALE, NP | | |
| **Insurance** | Med Primary: BCBS-TN - NETWORK S<br>Insurance # : STTS00402622<br>Policy/Group # : 80860<br>Employer Name : AMEDYSIS<br>Prescription: CVS\|CAREMARK - Member is eligible. details<br>Prescription: CVS\|CAREMARK - Member is eligible. details<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

telehealth communication, follow up medication

## Patient's Care Team

**Referring Provider:** STEPHEN BOYCE MD: 10810 PARKSIDE DR STE 305, KNOXVILLE, TN 37934, Ph (865) 392-3971, Fax (865) 392-3972 NPI: 1093822553
**Primary Care Provider:** FLOYD E PHILLIPS MD: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1942297916
**Referring Provider:** AMBER M MOORE FNP: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1396184222

## Patient's Pharmacies

**SAM'S CLUB PHARMACY 6572 (ERX): 2920 KNOXVILLE CENTER DRIVE, KNOXVILLE, TN 37924, Ph (865) 637-0643, Fax (865) 637-1803**

## Vitals

07/18/2022 10:33 am

**BMI:** 59.2 **Ht:** 5 ft 5 in **Wt:** 356 lbs Stated

## Measurements

None recorded.

## Allergies

Allergies not reviewed (last reviewed 07/12/2021)

**SULFA (SULFONAMIDE ANTIBIOTICS):** Hives

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS | 02/16/22 | filled |
| **B12 5,000 mcg-100 mcg sublingual lozenge**<br>Place by sublingual route. | 02/22/21 | entered |
| **Bariatric Multivitamins** | 02/06/20 | entered |
| **benazepriL 10 mg tablet**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 06/27/22 | filled |
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 06/27/22 | filled |

| | | |
|---|---|---|
| **Chlo Hist 1 mg-12.5 mg/5 mL oral solution**<br>TAKE 10 ML BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH AND CONGESTION FOR 7 DAYS | 02/16/22 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 06/27/22 | filled |
| **escitalopram 20 mg tablet** | 06/27/22 | filled |
| **hyoscyamine 0.125 mg sublingual tablet**<br>Place as needed by sublingual route for 30 days. | 03/06/18 | filled |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 07/13/22 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 06/27/22 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 05/13/22 | filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/27/22 | filled |
| **Nystop 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY THREE TIMES DAILY, MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED | 05/16/22 | filled |
| **ondansetron HCL 4 mg tablet** | 12/30/19 | filled |
| **Ozempic 0.25 mg or 0.5 mg (2 mg/1.5 mL) subcutaneous pen Injector**<br>Inject 2.5 mL every day by subcutaneous route. | 07/12/21 | entered |
| **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG SUBCUTANEOUSLY ONCE A WEEK AS DIRECTED | 06/27/22 | filled |
| **topiramate 25 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 30 days. | 07/18/22 | prescribed |
| **traZODone 50 mg tablet**<br>Take as needed by oral route for 90 days. | 09/26/16 | filled |
| **Vitamin D**<br>**Internal Note:** pt unsure if D2 or D3 | 02/22/21 | entered |

pro biotic, bio clear

Vaccines

Vaccines not reviewed (last reviewed 07/12/2021)

**GUERRERO, Sabrina M (id #1389974, dob:**

| Vaccine Type | Date | Amt | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | employer |

## Problems

Reviewed Problems

- Morbid obesity - Onset: 08/14/2019
- Anemia - Onset: 08/14/2019
- Chronic depression - Onset: 08/14/2019
- Obstructive sleep apnea syndrome - Onset: 07/12/2021 - Not on CPAP therapy
- Hypertensive disorder - Onset: 08/14/2019 - on rx
- Gastroesophageal reflux disease
- Hernia of abdominal cavity - Onset: 02/06/2020
- Fatigue - Onset: 08/14/2019
- Dyspnea - Etiology unclear; by clinical description and course, not completely convincing for active cardiac disease presently; may still be secondary to her obesity and reduced functional capacity
- Chest pain - Etiology unclear; by clinical description and course, not convincing for active cardiac disease presently; ECG (7/7/2021) showed sinus rhythm at a rate of 91 bpm with normal intervals, leftward axis, and mild nonspecific T wave changes; no prior ECG available for comparison
- Nausea and vomiting - Onset: 08/14/2019
- Diarrhea
- Abdominal pain
- Prediabetes - Onset: 07/12/2021 - Last HbA1c reportedly was 5.9; placed on Ozempic by PCP
- Family history of Cardiovascular disease - Onset: 07/12/2021 - Reported family history of heart disease in both parents

## Family History

Discussed Family History

| | |
|---|---|
| Mother | - Heart disease |
| Father | - Diabetes mellitus |
| | - Heart disease |
| | - Malignant neoplastic disease |

## Social History

Discussed Social History

**Advanced Directive**
Do you have an advanced directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Former smoker (Notes: quit 2008)
How much tobacco do you smoke?: None
When did you quit smoking?: 16+ years since last cigarette
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 07/18/2022
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: Occasional
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: no
What is your level of caffeine consumption?: Occasional
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What type of diet are you following?: Regular
Do you have any dietary restrictions?: No
What is your exercise level?: None
**Marriage and Sexuality**
What is your relationship status?: Married
How many children do you have?: 1
**Education and Occupation**

**GUERRERO, Sabrina M (id #1389974, dob:**

What is your occupation?: SOCIAL WORKER

**Public Health and Travel**

Have you recently traveled abroad?: No

**Other**

Education: Post Graduate
Live alone or with others?: with others
Marital status: Married
General stress level: Medium

## Surgical History

Surgical History not reviewed (last reviewed 04/28/2022)

- Hernia repair
- Colonoscopy (surg) - 06/10/2019
- Repair of meniscus - 01/01/2011 - RT knee
- Gallbladder Surgery - 01/01/2001
- Gastric Bypass - 01/01/2001 - RNY

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/13/2016)

## Past Medical History

Discussed Past Medical History
Anemia: **Y**
Arthritis: **Y**
High Blood Pressure: **Y**
MRSA: **Y - hx positive throat culture**
Obesity: **Y**
Vitamin/Mineral Deficiency: **Y**

## Screening

None recorded.

## HPI

Patient presents today via telehealth for medication follow-up. She began taking Topiramate three months ago to help with sugar cravings. She has lost another 6 lbs since last month. She states she is doing well with the medication. She does feel like increasing to twice a day is helping her a lot. She feels like it gives her control in the evenings by taking it after dinner.
She states she does still have some tingling and brain fog, but states that it has not gotten any worse since increasing her dose, so she believes it is more related to having Covid. She does still struggle with post-Covid symptoms.
She states she is trying to focus more on protein and cooked vegetables. The Topiramate helps her not desire sweets or carbs. She has been doing a modified intermittent fasting, as well. She states she still is not really tracking her water, but she has two 24 ounce bottles and she tries to at least drink those every day.

## ROS

Patient reports **fatigue/tiredness** but reports no fever and no night sweats. She reports **chronic bronchitis, persistent cough (lasting over 3 wks), shortness of breath at rest, and shortness of breath with activity** but reports no asthma, no emphysema, no bloody sputum, no difficulty sleeping flat, no snoring, no awakening at night, no morning headaches, no daytime drowsiness, no observed apnea episodes, no chronic insomnia, and no sleep apnea; **covid 2/2022.** She reports **tingling**. She reports **depression and anxiety disorder** but reports no suicidal thoughts, no suicide attempts, no bi-polar disease, no schizophrenia, no anorexia, and no bulimia. She reports no chest pain, no history of heart attack, no heart surgery, no heart murmurs, no high blood pressure, normal heartbeat, no painful varicose veins, normal cholesterol, normal triglycerides, no anemia, no blood clot in leg (DVT), no previous blood transfusion, no known exposure to HIV, and no rheumatic fever. She reports no hepatitis, no cirrhosis, normal liver enzymes, no frequent nausea and vomiting, no heartburn/reflux, no chronic abdominal pain, no chronic diarrhea, no chronic constipation, no history of Irritable Bowel Syndrome, no ulcerative colitis, no Crohn's disease, and normal liver. She reports no painful joints, no swelling of legs/feet, no Rheumatoid Arthritis, no chronic pain in hips, knees, or feet, no chronic low back pain, no herniated disc, no numbness of legs/feet, no joint replacement surgery, and no hernias. She reports normal thyroid function, no diabetes, no chronic steroid use, and no Cushing's disease. She reports wounds heal normally, no skin cancer, normal moles, no chronic rash, no psoriasis/eczema, no lupus, and no scleroderma. She reports normal periods, no polycystic ovarian disease, no infertility, and no facial hair growth.

## Physical Exam

**Constitutional:** Examination Position: sitting up. General Appearance: **morbidly obese**. Level of Distress: no acute distress. Speaking: normal voice quality.

The following component(s) vital signs, auscultation of lungs and abdomen, and provider palpation of abdomen and skin were not obtained due to the service being provided via telehealth during the COVID-19 pandemic.

## Procedure Documentation

**Telehealth Communication:**
This visit was performed via telehealth.

## Assessment / Plan

Telehealth communication performed with patient.
Service was provided using telemedicine. Patient verbally consents to this services (virtual check-in).
Names and roles of all persons participating in telemedicine services include: Cydney Vanosdale, NP
Patient is located at home and is an established patient.
A total of 12 minutes were spent in consultation via athena Telehealth video and audio to assess and treat the following: medication follow-up.

**1. Morbid obesity -**
Will continue Topiramate
E66.01: Morbid (severe) obesity due to excess calories
Z68.43: Body mass index [BMI] 50.0-59.9, adult
- topiramate 25 mg tablet - Take 1 tablet(s) twice a day by oral route for 30 days. Qty: 60 tablet(s) Refills: 0 Pharmacy: SAM'S CLUB PHARMACY 6572

**2. Dietary management surveillance -**
Doing well with sugar/sweet intake since beginning on Topiramate.
Z71.3: Dietary counseling and surveillance

**Patient Goals**
1. Great job with sweets/sugar intake. 2. Aim to consume at least 64 ounces of decaf fluids daily.

**Discussion Notes**
Today's discussion included:
- Current medication use
- Current diet
- Improvement of sweet cravings
- Fluid intake
- Effects of Covid
- Continue medication
- Per patient request, follow-up in one month and PRN

## Return to Office

- CYDNEY VANOSDALE, NP for TELEHEALTH EST 30 at TPS_TENNOVA BARIATRIC SURGERY on 08/18/2022 at 10:30 AM
- to see CYDNEY VANOSDALE, NP for Annual Visit 30 at TPS_TENNOVA BARIATRIC SURGERY on or around 04/27/2023

## Encounter Sign-Off

Encounter signed-off by CYDNEY VANOSDALE, NP, 07/18/2022.

Encounter performed and documented by Cydney Vanosdale, NP
Encounter reviewed & signed by Cydney Vanosdale, NP on 07/18/2022 at 10:53am

**GUERRERO, Sabrina M (id #1389974, dob:**
**Encounter Date: 06/20/2022**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GUERRERO, SABRINA (53yo, F) ID# 1389974 | **Appt. Date/Time** | 06/20/2022 10:00AM |
| **DOB** | | **Service Dept.** | TPS_TENNOVA BARIATRIC SURGERY |
| **Provider** | CYDNEY VANOSDALE, NP | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : IEO689400940988<br>Employer Name : AMEDYSIS<br>Med Secondary: BCBS-TN - NETWORK S<br>Insurance # : STTS00402622<br>Policy/Group # : 80860<br>Employer Name : AMEDYSIS<br>Prescription: CVS\|CAREMARK - Member is eligible. details<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

## Chief Complaint

telehealth communication, follow up medication

## Patient's Care Team

**Referring Provider:** STEPHEN BOYCE MD: 10810 PARKSIDE DR STE 305, KNOXVILLE, TN 37934, Ph (865) 392-3971, Fax (865) 392-3972 NPI: 1093822553
**Primary Care Provider:** FLOYD E PHILLIPS MD: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1942297916
**Referring Provider:** AMBER M MOORE FNP: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1396184222

## Patient's Pharmacies

**SAM'S CLUB PHARMACY 6572 (ERX): 2920 KNOXVILLE CENTER DRIVE, KNOXVILLE, TN 37924, Ph (865) 637-0643, Fax (865) 637-1803**

## Vitals

06/20/2022 10:03 am

**BMI:** 60.3 **Ht:** 5 ft 5 in **Wt:** 362.6 lbs Stated

## Measurements

None recorded.

## Allergies

Allergies not reviewed (last reviewed 07/12/2021)

**SULFA (SULFONAMIDE ANTIBIOTICS)**: Hives

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS | 02/16/22 | filled |
| **B12 5,000 mcg-100 mcg sublingual lozenge**<br>Place by sublingual route. | 02/22/21 | entered |
| **Bariatric Multivitamins** | 02/06/20 | entered |
| **benazepriL 10 mg tablet**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 05/13/22 | filled |

**GUERRERO, Sabrina M (id #1389974, dob:**

| | | |
|---|---|---|
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 05/13/22 | filled |
| **Chlo Hist 1 mg-12.5 mg/5 mL oral solution**<br>TAKE 10 ML BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH AND CONGESTION FOR 7 DAYS | 02/16/22 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 05/21/22 | filled |
| **escitalopram 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/27/22 | filled |
| **hyoscyamine 0.125 mg sublingual tablet**<br>Place as needed by sublingual route for 30 days. | 03/06/18 | filled |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 03/07/22 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 05/13/22 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 05/13/22 | filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/27/22 | filled |
| **Nystop 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY THREE TIMES DAILY, MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED | 05/16/22 | filled |
| **ondansetron HCL 4 mg tablet** | 12/30/19 | filled |
| **Ozempic 0.25 mg or 0.5 mg (2 mg/1.5 mL) subcutaneous pen injector**<br>Inject 2.5 mL every day by subcutaneous route. | 07/12/21 | entered |
| **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG SUBCUTANEOUSLY ONCE A WEEK AS DIRECTED | 11/16/21 | filled |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH TWICE DAILY, RINSE MOUTH AFTER USE | 02/24/22 | filled |
| **topiramate 25 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 30 days. | 06/20/22 | prescribed |
| **traZODone 50 mg tablet**<br>Take as needed by oral route for 90 days. | 09/26/16 | filled |

**Vitamin D** 02/22/21 entered
**Internal Note:** pt unsure if D2 or D3

pro biotic, bio clear

## Vaccines

Vaccines not reviewed (last reviewed 07/12/2021)

| Vaccine Type | Date | Amt | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | employer |

## Problems

Reviewed Problems

- Morbid obesity - Onset: 08/14/2019
- Anemia - Onset: 08/14/2019
- Chronic depression - Onset: 08/14/2019
- Obstructive sleep apnea syndrome - Onset: 07/12/2021 - Not on CPAP therapy
- Hypertensive disorder - Onset: 08/14/2019 - on rx
- Gastroesophageal reflux disease
- Hernia of abdominal cavity - Onset: 02/06/2020
- Fatigue - Onset: 08/14/2019
- Dyspnea - Etiology unclear; by clinical description and course, not completely convincing for active cardiac disease presently; may still be secondary to her obesity and reduced functional capacity
- Chest pain - Etiology unclear; by clinical description and course, not convincing for active cardiac disease presently; ECG (7/7/2021) showed sinus rhythm at a rate of 91 bpm with normal intervals, leftward axis, and mild nonspecific T wave changes; no prior ECG available for comparison
- Nausea and vomiting - Onset: 08/14/2019
- Diarrhea
- Abdominal pain
- Prediabetes - Onset: 07/12/2021 - Last HbA1c reportedly was 5.9; placed on Ozempic by PCP
- Family history of Cardiovascular disease - Onset: 07/12/2021 - Reported family history of heart disease in both parents

## Family History

Discussed Family History

| | |
|---|---|
| Mother | - Heart disease |
| Father | - Diabetes mellitus |
| | - Heart disease |
| | - Malignant neoplastic disease |

## Social History

Discussed Social History
**Advanced Directive**
Do you have an advanced directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Former smoker (Notes: quit 2008)
How much tobacco do you smoke?: None
When did you quit smoking?: 16+ years since last cigarette
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 04/28/2022
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: Occasional
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: no
What is your level of caffeine consumption?: Moderate
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No

**GUERRERO, Sabrina M (id #1389974, dob:**

Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What type of diet are you following?: Regular
Do you have any dietary restrictions?: No
What is your exercise level?: None
**Marriage and Sexuality**
What is your relationship status?: Married
How many children do you have?: 1
**Education and Occupation**
What is your occupation?: SOCIAL WORKER
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Education: Post Graduate
Live alone or with others?: with others
Marital status: Married
General stress level: Medium

## Surgical History

Surgical History not reviewed (last reviewed 04/28/2022)
- Hernia repair
- Colonoscopy (surg) - 06/10/2019
- Repair of meniscus - 01/01/2011 - RT knee
- Gallbladder Surgery - 01/01/2001
- Gastric Bypass - 01/01/2001 - RNY

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/13/2016)

## Past Medical History

Discussed Past Medical History
Anemia: **Y**
Arthritis: **Y**
High Blood Pressure: **Y**
MRSA: **Y - hx positive throat culture**
Obesity: **Y**
Vitamin/Mineral Deficiency: **Y**

## Screening

None recorded.

## HPI

Patient presents today via telehealth for medication follow-up. She began taking Topiramate two months ago to help with sugar cravings. She has lost another nearly 9 lbs since last month. She states she is doing well with the medication. She does feel like it is helping her a lot. Though she is interested in increasing the dose.
She states she does still have some tingling and brain fog, but she is unsure if it is related to the medicine or her Covid. She does still struggle with post-Covid symptoms. She states she did see a long term Covid clinic who suggested she try an anti-inflammatory diet. She states she plans to look into that. She states she also needs to increase her water intake.

## ROS

Patient reports **fatigue/tiredness** but reports no fever and no night sweats. She reports**chronic bronchitis, persistent cough (lasting over 3 wks), shortness of breath at rest, and shortness of breath with activity** but reports no asthma, no emphysema, no bloody sputum, no difficulty sleeping flat, no snoring, no awakening at night, no morning headaches, no daytime drowsiness, no observed apnea episodes, no chronic insomnia, and no sleep apnea; **covid 2/2022**. She reports **tingling**. She reports **depression and anxiety disorder** but reports no suicidal thoughts, no suicide attempts, no bi-polar disease, no schizophrenia, no anorexia, and no bulimia. She reports no chest pain, no history of heart attack, no heart surgery, no heart murmurs, no high blood pressure, normal heartbeat, no painful varicose veins, normal cholesterol, normal triglycerides, no anemia, no blood clot in leg (DVT), no previous blood transfusion, no known exposure to HIV, and no rheumatic fever. She reports no hepatitis, no cirrhosis, normal liver enzymes, no frequent nausea and vomiting, no heartburn/reflux, no chronic abdominal pain, no chronic diarrhea, no chronic constipation, no history of Irritable Bowel Syndrome, no ulcerative colitis, no Crohn's disease, and normal liver. She reports no painful joints, no swelling of legs/feet, no Rheumatoid Arthritis, no chronic pain in hips, knees, or feet, no chronic low back pain, no herniated disc, no numbness of legs/feet, no joint replacement surgery, and no hernias. She reports normal thyroid function, no diabetes, no chronic steroid use, and no Cushing's disease. She reports wounds heal normally, no skin cancer, normal moles, no chronic rash, no psoriasis/eczema, no lupus, and no scleroderma. She reports normal periods, no polycystic ovarian disease, no infertility, and no facial hair growth.

## Physical Exam

**GUERRERO, Sabrina M (id #1389974, dob:**

**Constitutional:** Examination Position: sitting up. General Appearance: well groomed and **morbidly obese**. Level of Distress: no acute distress. Speaking: normal voice quality.

The following component(s) vital signs, auscultation of lungs and abdomen, and provider palpation of abdomen and skin were not obtained due to the service being provided via telehealth during the COVID-19 pandemic.

## Procedure Documentation

**Telehealth Communication:**
This visit was performed via telehealth.

## Assessment / Plan

Telehealth communication performed with patient.
Service was provided using telemedicine. Patient verbally consents to this services (virtual check-in).
Names and roles of all persons participating in telemedicine services include: Cydney Vanosdale, NP
Patient is located at home and is an established patient.
A total of 8 minutes were spent in consultation via athena Telehealth video and audio to assess and treat the following: medication follow-up.

**1. Morbid obesity -**
Will increase Topiramate at this time.
Z68.44: Body mass index [BMI] 60.0-69.9, adult
- topiramate 25 mg tablet - Take 1 tablet(s) twice a day by oral route for 30 days. Qty: 60 tablet(s) Refills: 0 Pharmacy: SAM'S CLUB PHARMACY 6572

**2. Dietary management surveillance**
Z71.3: Dietary counseling and surveillance

**Discussion Notes**
Today's discussion included:
- Current medication use
- Side effects
- Current diet
- Improvement of sweet cravings
- Fluid intake
- Effects of Covid
- Continue medication; increase dose
- Per patient request, follow-up in one month and PRN

## Return to Office
- CYDNEY VANOSDALE, NP for TELEHEALTH EST 30 at TPS_TENNOVA BARIATRIC SURGERY on 07/18/2022 at 10:30 AM
- to see CYDNEY VANOSDALE, NP for Annual Visit 30 at TPS_TENNOVA BARIATRIC SURGERY on or around 04/27/2023

## Encounter Sign-Off
Encounter signed-off by CYDNEY VANOSDALE, NP, 06/20/2022.

Encounter performed and documented by Cydney Vanosdale, NP
Encounter reviewed & signed by Cydney Vanosdale, NP on 06/20/2022 at 10:21am

**GUERRERO, Sabrina M (id #1389974, dob:**
**Encounter Date: 05/20/2022**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GUERRERO, SABRINA (53yo, F) ID# 1389974 | **Appt. Date/Time** | 05/20/2022 11:00AM |
| **DOB** | | **Service Dept.** | TPS_TENNOVA BARIATRIC SURGERY |
| **Provider** | CYDNEY VANOSDALE, NP | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : IEO689400940988<br>Employer Name : AMEDYSIS<br>Med Secondary: BCBS-TN - NETWORK S<br>Insurance # : STTS00402622<br>Policy/Group # : 80860<br>Employer Name : AMEDYSIS<br>Prescription: CVS\|CAREMARK - Member is eligible. details<br>Prescription: CVS\|CAREMARK - Member is eligible. details<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

telehealth communication, follow up medication

## Patient's Care Team

**Referring Provider:** STEPHEN BOYCE MD: 10810 PARKSIDE DR STE 305, KNOXVILLE, TN 37934, Ph (865) 392-3971, Fax (865) 392-3972 NPI: 1093822553
**Primary Care Provider:** FLOYD E PHILLIPS MD: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1942297916
**Referring Provider:** AMBER M MOORE FNP: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1396184222

## Patient's Pharmacies

**SAM'S CLUB PHARMACY 6572 (ERX): 2920 KNOXVILLE CENTER DRIVE, KNOXVILLE, TN 37924, Ph (865) 637-0643, Fax (865) 637-1803**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVE EAST, SUITE 100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

05/20/2022 10:59 am

| | | |
|---|---|---|
| **BMI:** 61.7 | **Ht:** 5 ft 5 in | **Wt:** 371 lbs Stated |

## Measurements

None recorded.

## Allergies

Allergies not reviewed (last reviewed 07/12/2021)

**SULFA (SULFONAMIDE ANTIBIOTICS)**: Hives

## Medications

Medications not reviewed (last reviewed 04/27/2022)

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS | 02/16/22 | filled |
| **B12 5,000 mcg-100 mcg sublingual lozenge**<br>Place by sublingual route. | 02/22/21 | entered |
| **Bariatric Multivitamins** | 02/06/20 | entered |

**GUERRERO, Sabrina M (id #1389974, dob:**

| | | |
|---|---|---|
| **benazepriL 10 mg tablet**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 05/13/22 | filled |
| **benzonatate 100 mg capsule**<br>TAKE 1 TO 2 CAPSULES BY MOUTH THREE TIMES DAILY AS NEEDED | 02/07/22 | filled |
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 05/13/22 | filled |
| **cefdinir 300 mg capsule**<br>TAKE 2 CAPSULES BY MOUTH ONCE DAILY | 03/17/22 | filled |
| **cephALEXin 500 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 11/04/21 | filled |
| **Chlo Hist 1 mg-12.5 mg/5 mL oral solution**<br>TAKE 10 ML BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH AND CONGESTION FOR 7 DAYS | 02/16/22 | filled |
| **ciprofloxacin 750 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/01/21 | filled |
| **dexAMETHasone 4 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY FOR 7 DAYS | 02/16/22 | filled |
| **doxycycline hyclate 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY FOR 10 DAYS | 02/16/22 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 04/26/22 | filled |
| **escitalopram 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/27/22 | filled |
| **fluconazole 150 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 72 HOURS FOR 7 DAYS | 02/16/22 | filled |
| **hyoscyamine 0.125 mg sublingual tablet**<br>Place as needed by sublingual route for 30 days. | 03/06/18 | filled |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 03/07/22 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 05/13/22 | filled |
| **methylPREDNISolone 4 mg tablets in a dose pack**<br>TAKE BY MOUTH AS DIRECTED ON INSIDE OF PACKAGE | 03/17/22 | filled |

| | | |
|---|---|---|
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 05/13/22 | filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/27/22 | filled |
| **Nystop 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY THREE TIMES DAILY, MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED | 05/16/22 | filled |
| **ondansetron HCL 4 mg tablet** | 12/30/19 | filled |
| **Ozempic 0.25 mg or 0.5 mg (2 mg/1.5 mL) subcutaneous pen injector**<br>Inject 2.5 mL every day by subcutaneous route. | 07/12/21 | entered |
| **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG SUBCUTANEOUSLY ONCE A WEEK AS DIRECTED | 11/16/21 | filled |
| **Paxlovid 300 mg (150 mg x 2)-100 mg tablet (EUA)**<br>TAKE 3 TABLETS TOGETHER (TWO 150 MG NIRMATRELVIR TABLETS AND ONE 100 MG RITONAVIR TABLET) BY MOUTH TWICE DAILY FOR 5 DAYS. | 02/08/22 | filled |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH TWICE DAILY, RINSE MOUTH AFTER USE | 02/24/22 | filled |
| **topiramate 25 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 05/20/22 | prescribed |
| **traZODone 50 mg tablet**<br>Take as needed by oral route for 90 days. | 09/26/16 | filled |
| **Vitamin D**<br>**Internal Note:** pt unsure if D2 or D3 | 02/22/21 | entered |

pro biotic, bio clear

## Vaccines

Vaccines not reviewed (last reviewed 07/12/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | employer |

## Problems

Reviewed Problems

- Morbid obesity - Onset: 08/14/2019
- Anemia - Onset: 08/14/2019
- Chronic depression - Onset: 08/14/2019
- Obstructive sleep apnea syndrome - Onset: 07/12/2021 - Not on CPAP therapy
- Hypertensive disorder - Onset: 08/14/2019 - on rx
- Gastroesophageal reflux disease
- Hernia of abdominal cavity - Onset: 02/06/2020
- Fatigue - Onset: 08/14/2019
- Dyspnea - Etiology unclear; by clinical description and course, not completely convincing for active cardiac disease presently; may still be secondary to her obesity and reduced functional capacity
- Chest pain - Etiology unclear; by clinical description and course, not convincing for active cardiac disease presently; ECG

(7/7/2021) showed sinus rhythm at a rate of 91 bpm with normal intervals, leftward axis, and mild nonspecific T wave changes; no prior ECG available for comparison

- Nausea and vomiting - Onset: 08/14/2019
- Diarrhea
- Abdominal pain
- Prediabetes - Onset: 07/12/2021 - Last HbA1c reportedly was 5.9; placed on Ozempic by PCP
- Family history of Cardiovascular disease - Onset: 07/12/2021 - Reported family history of heart disease in both parents

## Family History

Discussed Family History

| | |
|---|---|
| Mother | - Heart disease |
| Father | - Diabetes mellitus |
| | - Heart disease |
| | - Malignant neoplastic disease |

## Social History

Discussed Social History
**Advanced Directive**
Do you have an advanced directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Former smoker (Notes: quit 2008)
How much tobacco do you smoke?: None
When did you quit smoking?: 16+ years since last cigarette
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 04/28/2022
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: Occasional
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: no
What is your level of caffeine consumption?: Moderate
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What type of diet are you following?: Regular
Do you have any dietary restrictions?: No
What is your exercise level?: None
**Marriage and Sexuality**
What is your relationship status?: Married
How many children do you have?: 1
**Education and Occupation**
What is your occupation?: SOCIAL WORKER
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Education: Post Graduate
Live alone or with others?: with others
Marital status: Married
General stress level: Medium

## Surgical History

Surgical History not reviewed (last reviewed 04/28/2022)

- Hernia repair
- Colonoscopy (surg) - 06/10/2019
- Repair of meniscus - 01/01/2011 - RT knee
- Gallbladder Surgery - 01/01/2001
- Gastric Bypass - 01/01/2001 - RNY

## GYN History

**GUERRERO, Sabrina M (id #1389974, dob:**

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/13/2016)

## Past Medical History

Discussed Past Medical History
Anemia: **Y**
Arthritis: **Y**
High Blood Pressure: **Y**
MRSA: **Y - hx positive throat culture**
Obesity: **Y**
Vitamin/Mineral Deficiency: **Y**

## Screening

None recorded.

## HPI

Patient presents today via telehealth for medication follow-up. She started on Topiramate last month to help with her sweet cravings, which she believes is the biggest downfall to her diet. She has lost 13 lbs since starting on the medication. She states it has really helped with her cravings. She states she has still had some sweets, but not nearly like she would have if not taking the Topiramate. She states she has had some tingling in her feet/lower legs, like we talked about, but hasn't had any other side effects. She states she can live with the tingling, since she feels like the medicine is working for her.
She states she has been trying to work on her diet, and is trying to focus on protein. She does feel like she needs to get more water in. She is using MFP to track her intake, but doesn't include her fluids.
She states she is still struggling with the aftermath of having Covid. She still gets very tired very easily. She states she goes to PT, and will sometimes have to take a nap in her car before driving home. She states this has really got her depressed and anxious. She would like to continue the medication at this time.

## ROS

Patient reports **fatigue/tiredness** but reports no fever and no night sweats. She reports **chronic bronchitis, persistent cough (lasting over 3 wks), shortness of breath at rest, and shortness of breath with activity** but reports no asthma, no emphysema, no bloody sputum, no difficulty sleeping flat, no snoring, no awakening at night, no morning headaches, no daytime drowsiness, no observed apnea episodes, no chronic insomnia, and no sleep apnea; **covid 2/2022**. She reports **tingling**. She reports **depression and anxiety disorder** but reports no suicidal thoughts, no suicide attempts, no bi-polar disease, no schizophrenia, no anorexia, and no bulimia. She reports no chest pain, no history of heart attack, no heart surgery, no heart murmurs, no high blood pressure, normal heartbeat, no painful varicose veins, normal cholesterol, normal triglycerides, no anemia, no blood clot in leg (DVT), no previous blood transfusion, no known exposure to HIV, and no rheumatic fever. She reports no hepatitis, no cirrhosis, normal liver enzymes, no frequent nausea and vomiting, no heartburn/reflux, no chronic abdominal pain, no chronic diarrhea, no chronic constipation, no history of Irritable Bowel Syndrome, no ulcerative colitis, no Crohn's disease, and normal liver. She reports no painful joints, no swelling of legs/feet, no Rheumatoid Arthritis, no chronic pain in hips, knees, or feet, no chronic low back pain, no herniated disc, no numbness of legs/feet, no joint replacement surgery, and no hernias. She reports normal thyroid function, no diabetes, no chronic steroid use, and no Cushing's disease. She reports wounds heal normally, no skin cancer, normal moles, no chronic rash, no psoriasis/eczema, no lupus, and no scleroderma. She reports normal periods, no polycystic ovarian disease, no infertility, and no facial hair growth.

## Physical Exam

**Constitutional:** Examination Position: sitting up. General Appearance: **morbidly obese**. Level of Distress: no acute distress. Speaking: normal voice quality.

The following component(s) vital signs, auscultation of lungs and abdomen, and provider palpation of abdomen and skin were not obtained due to the service being provided via telehealth during the COVID-19 pandemic.

## Procedure Documentation

**Telehealth Communication:**
This visit was performed via telehealth.

## Assessment / Plan

Telehealth communication performed with patient.
Service was provided using telemedicine. Patient verbally consents to this services (virtual check-in).
Names and roles of all persons participating in telemedicine services include: Cydney Vanosdale, NP
Patient is located at home and is an established patient.
A total of 16 minutes were spent in consultation via athena Telehealth video and audio to assess and treat the following: medication follow-up.

**1. Morbid obesity -**

**GUERRERO, Sabrina M (id #1389974, dob:**

Will continue Topiramate at this time.
Z68.44: Body mass index [BMI] 60.0-69.9, adult

- topiramate 25 mg tablet - Take 1 tablet(s) every day by oral route for 30 days. Qty: 30 tablet(s) Refills: 0 Pharmacy: SAM'S CLUB PHARMACY 6572

**2. Dietary management surveillance**
Z71.3: Dietary counseling and surveillance

**Patient Goals**
1. Try to use positive self talk. 2. Add fluid intake into MFP.

**Discussion Notes**
Today's discussion included:
- Current medication use
- Side effects
- Current diet
- Improvement of sweet cravings
- Fluid intake
- Effects of Covid
- Depression; positive self talk
- Continue medication at current dose
- Need to taper off when deciding to stop medication
- Per patient request, follow-up in one month and PRN

Return to Office

- CYDNEY VANOSDALE, NP for TELEHEALTH EST 30 at TPS_TENNOVA BARIATRIC SURGERY on 06/17/2022 at 10:30 AM
- to see CYDNEY VANOSDALE, NP for Annual Visit 30 at TPS_TENNOVA BARIATRIC SURGERY on or around 04/27/2023

Encounter Sign-Off
Encounter signed-off by CYDNEY VANOSDALE, NP, 05/20/2022.

Encounter performed and documented by Cydney Vanosdale, NP
Encounter reviewed & signed by Cydney Vanosdale, NP on 05/20/2022 at 11:38am
Oversight: Encounter reviewed by Mariah Beasley, MD on 05/25/2022 at 10:30am

**GUERRERO, Sabrina M (id #1389974, dob:**
**Encounter Date: 04/27/2022**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GUERRERO, SABRINA (53yo, F) ID# 1389974 | **Appt. Date/Time** | 04/27/2022 03:00PM |
| **DOB** | | **Service Dept.** | TPS_TENNOVA BARIATRIC SURGERY |
| **Provider** | CYDNEY VANOSDALE, NP | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : IEO689400940988<br>Employer Name : AMEDYSIS<br>Med Secondary: BCBS-TN - NETWORK S<br>Insurance # : STTS00402622<br>Policy/Group # : 80860<br>Employer Name : AMEDYSIS<br>Prescription: CVS\|CAREMARK - Member is eligible. details<br>Prescription: CVS\|CAREMARK - Member is eligible. details<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

Bariatric Follow-Up: RNY Gastric Bypass

## Patient's Care Team

**Referring Provider:** STEPHEN BOYCE MD: 10810 PARKSIDE DR STE 305, KNOXVILLE, TN 37934, Ph (865) 392-3971, Fax (865) 392-3972 NPI: 1093822553
**Primary Care Provider:** FLOYD E PHILLIPS MD: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1942297916
**Referring Provider:** AMBER M MOORE FNP: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1396184222

## Patient's Pharmacies

**SAM'S CLUB PHARMACY 6572 (ERX): 2920 KNOXVILLE CENTER DRIVE, KNOXVILLE, TN 37924, Ph (865) 637-0643, Fax (865) 637-1803**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVE EAST, SUITE 100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **BP:** | 118/64 04/27/2022 03:07 pm | **BMI:** | 63.9 04/27/2022 03:07 pm | **Ht:** | 5 ft 5 in 04/27/2022 02:58 pm |
| **Notes:** | ideal wt: 134 04/27/2022 03:07 pm | **Wt:** | 384 lbs 04/27/2022 03:07 pm | | |

## Measurements

**EXCESS BODY WEIGHT:** 250 lbs 04/27/2022 3:08 pm

## Allergies

Allergies not reviewed (last reviewed 07/12/2021)

**SULFA (SULFONAMIDE ANTIBIOTICS)**: Hives

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH EVERY 6 HOURS | 02/16/22 | filled |
| **B12 5,000 mcg-100 mcg sublingual lozenge**<br>Place by sublingual route. | 02/22/21 | entered |
| **Bariatric Multivitamins** | 02/06/20 | entered |

**GUERRERO, Sabrina M (id #1389974, dob:**

| | | |
|---|---|---|
| **benazepriL 10 mg tablet**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 04/09/22 | filled |
| **benzonatate 100 mg capsule**<br>TAKE 1 TO 2 CAPSULES BY MOUTH THREE TIMES DAILY AS NEEDED | 02/07/22 | filled |
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 04/09/22 | filled |
| **cefdinir 300 mg capsule**<br>TAKE 2 CAPSULES BY MOUTH ONCE DAILY | 03/17/22 | filled |
| **cephALEXin 500 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 11/04/21 | filled |
| **Chlo Hist 1 mg-12.5 mg/5 mL oral solution**<br>TAKE 10 ML BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH AND CONGESTION FOR 7 DAYS | 02/16/22 | filled |
| **ciprofloxacin 750 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/01/21 | filled |
| **dexAMETHasone 4 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY FOR 7 DAYS | 02/16/22 | filled |
| **doxycycline hyclate 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY FOR 10 DAYS | 02/16/22 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 04/26/22 | filled |
| **escitalopram 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/28/22 | filled |
| **fluconazole 150 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 72 HOURS FOR 7 DAYS | 02/16/22 | filled |
| **hyoscyamine 0.125 mg sublingual tablet**<br>Place as needed by sublingual route for 30 days. | 03/06/18 | filled |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 03/07/22 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/09/22 | filled |
| **methylPREDNISolone 4 mg tablets in a dose pack**<br>TAKE BY MOUTH AS DIRECTED ON INSIDE OF PACKAGE | 03/17/22 | filled |

**minocycline 100 mg capsule** — 03/07/22 filled
TAKE 1 CAPSULE BY MOUTH TWICE DAILY

**MM CETIRIZINE 10MG TAB** — 02/28/22 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY

**Nyamyc 100,000 unit/gram topical powder** — 11/05/21 filled
APPLY POWDER TOPICALLY THREE TIMES DAILY MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED

**ondansetron HCL 4 mg tablet** — 12/30/19 filled

**Ozempic 0.25 mg or 0.5 mg (2 mg/1.5 mL) subcutaneous pen injector** — 07/12/21 entered
Inject 2.5 mL every day by subcutaneous route.

**Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector** — 11/16/21 filled
INJECT 1MG SUBCUTANEOUSLY ONCE A WEEK AS DIRECTED

**Paxlovid 300 mg (150 mg x 2)-100 mg tablet (EUA)** — 02/08/22 filled
TAKE 3 TABLETS TOGETHER (TWO 150 MG NIRMATRELVIR TABLETS AND ONE 100 MG RITONAVIR TABLET) BY MOUTH TWICE DAILY FOR 5 DAYS.

**Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler** — 02/24/22 filled
INHALE 2 PUFFS BY MOUTH TWICE DAILY, RINSE MOUTH AFTER USE

**topiramate 25 mg tablet** — 04/27/22 prescribed
Take 1 tablet(s) every day by oral route for 30 days.

**traZODone 50 mg tablet** — 09/26/16 filled
Take as needed by oral route for 90 days.

**Vitamin D** — 02/22/21 entered
**Internal Note:** pt unsure if D2 or D3

pro biotic, bio clear

## Vaccines

Vaccines not reviewed (last reviewed 07/12/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | employer |

## Problems

Reviewed Problems

- Morbid obesity - Onset: 08/14/2019
- Anemia - Onset: 08/14/2019
- Chronic depression - Onset: 08/14/2019
- Obstructive sleep apnea syndrome - Onset: 07/12/2021 - Not on CPAP therapy
- Hypertensive disorder - Onset: 08/14/2019 - on rx
- Gastroesophageal reflux disease
- Hernia of abdominal cavity - Onset: 02/06/2020
- Fatigue - Onset: 08/14/2019
- Dyspnea - Etiology unclear; by clinical description and course, not completely convincing for active cardiac disease presently; may still be secondary to her obesity and reduced functional capacity

**GUERRERO, Sabrina M (id #1389974, dob:**

- Chest pain - Etiology unclear; by clinical description and course, not convincing for active cardiac disease presently; ECG (7/7/2021) showed sinus rhythm at a rate of 91 bpm with normal intervals, leftward axis, and mild nonspecific T wave changes; no prior ECG available for comparison
- Nausea and vomiting - Onset: 08/14/2019
- Diarrhea
- Abdominal pain
- Prediabetes - Onset: 07/12/2021 - Last HbA1c reportedly was 5.9; placed on Ozempic by PCP
- Family history of Cardiovascular disease - Onset: 07/12/2021 - Reported family history of heart disease in both parents

## Family History

Discussed Family History

| | |
|---|---|
| Mother | - Heart disease |
| Father | - Diabetes mellitus |
| | - Heart disease |
| | - Malignant neoplastic disease |

## Social History

Discussed Social History
**Advanced Directive**
Do you have an advanced directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Former smoker (Notes: quit 2008)
How much tobacco do you smoke?: None
When did you quit smoking?: 16+ years since last cigarette
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 04/28/2022
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: Occasional
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: no
What is your level of caffeine consumption?: Moderate
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What type of diet are you following?: Regular
Do you have any dietary restrictions?: No
What is your exercise level?: None
**Marriage and Sexuality**
What is your relationship status?: Married
How many children do you have?: 1
**Education and Occupation**
What is your occupation?: SOCIAL WORKER
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Education: Post Graduate
Live alone or with others?: with others
Marital status: Married
General stress level: Medium
**Gender Identity and LGBTQ Identity**

## Surgical History

Reviewed Surgical History
- Hernia repair
- Colonoscopy (surg) - 06/10/2019
- Repair of meniscus - 01/01/2011 - RT knee
- Gallbladder Surgery - 01/01/2001
- Gastric Bypass - 01/01/2001 - RNY

Exhibit 14 MLF000077

**Lincoln/Guerrero 1554**

**GUERRERO, Sabrina M (id #1389974, dob:**

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/13/2016)

## Past Medical History

Discussed Past Medical History
Anemia: **Y**
Arthritis: **Y**
High Blood Pressure: **Y**
MRSA: **Y - hx positive throat culture**
Obesity: **Y**
Vitamin/Mineral Deficiency: **Y**

## Screening

None recorded.

## HPI

**Bariatric F/U Visit**
Reported by patient.

General: **tired, no energy**; **nausea**; **diarrhea**
Eating: no dysphagia; **requiring larger portions**
Food Types: chicken; vegetables
Snack Types: **carbohydrates**
Vitamin Supplements: multi-vitamin
Water Intake: **less than 64 oz**
Protein Intake: 60 grams
Total Meals Per Day: 3 - 5
Calories Per Day: **not tracking**
Hours Between Hunger rarely hungry; head hunger
GERD: never; NSAID use: yes
Exercise: **not currently exercising**
Calorie Tracking: **not tracking**
Notes:
The patient is 21 years post-op roux-en-y gastric bypass, presenting for annual bariatric follow up.
Highest pre-op weight was 361.5 lbs
Ideal body weight is 131 lbs
Excess body weight is 230.5 lbs
The patient has gained 22.5 lbs
Lowest weight: 260 lbs per patient
The patient's stated goal weight is lbs (BMI= ) Short term - lose 25 lbs

Patient states the "elephant in the room is that she needs to lose weight." She had Covid earlier this year, then several URIs following that and just can't seem to shake the fatigue she is feeling. She states she was struggling with weight gain prior to that, as well, though. She feels like her biggest concern is sweets. She states that right now she does not have any in her house, but if she does, she will always eat cookies. She believes she knows how to eat healthy,and has the tools to do so, it is just a matter of doing it. Current diet is outlined below:

B: coconut bill bar
L: 1/2 McCallisters sandwich, doritos
D: rotisserie chicken, asian salad
S: sugar cookie
F: Mt. Dew Zero; less than 64 ounces decaf
V: Barilife Complete

## ROS

Patient reports **chronic bronchitis, persistent cough (lasting over 3 wks), shortness of breath at rest, and shortness of breath with activity** but reports no asthma, no emphysema, no bloody sputum, no difficulty sleeping flat, no snoring, no awakening at night, no morning headaches, no daytime drowsiness, no observed apnea episodes, no chronic insomnia, and no sleep apnea; **covid 2/2022**. She reports no fatigue/tiredness, no fever, and no night sweats. She reports no chest pain, no history of heart attack, no heart surgery, no heart murmurs, no high blood pressure, normal heartbeat, no painful varicose veins, normal cholesterol, normal triglycerides, no anemia, no blood clot in leg (DVT), no previous blood transfusion, no known exposure to HIV, and no rheumatic fever. She reports no hepatitis, no cirrhosis, normal liver enzymes, no frequent nausea and vomiting, no heartburn/reflux, no chronic abdominal pain, no chronic diarrhea, no chronic constipation, no history of Irritable Bowel Syndrome, no ulcerative colitis, no Crohn's disease, and normal liver. She reports no painful joints, no swelling of legs/feet, no Rheumatoid Arthritis, no chronic pain in hips, knees, or feet, no chronic low back pain, no herniated disc, no numbness of legs/feet, no joint replacement surgery, and no hernias. She reports no depression, no anxiety disorder, no suicidal thoughts, no suicide attempts, no bi-polar disease, no schizophrenia, no anorexia, and no bulimia. She reports normal thyroid function, no diabetes, no chronic steroid use, and no Cushing's disease. She

reports wounds heal normally, no skin cancer, normal moles, no chronic rash, no psoriasis/eczema, no lupus, and no scleroderma. She reports normal periods, no polycystic ovarian disease, no infertility, and no facial hair growth.

## Physical Exam

**Constitutional:** General Appearance: **morbidly obese**. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:** Insight: good judgement. Mental Status: normal mood and affect and active and alert.

**Head:** Head: normocephalic.

**Lungs:** Respiratory effort: no dyspnea. Auscultation: breath sounds normal and good air movement.

**Cardiovascular:** Apical Impulse: not displaced. Heart Auscultation: RRR and no murmurs.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: soft and no tenderness.

**Musculoskeletal::** Motor Strength and Tone: normal. Joints, Bones, and Muscles: normal movement of all extremities. Extremities: no edema.

**Skin:** Inspection and palpation: no rash.

## Assessment / Plan

**1. History of bariatric surgical procedure**-
s/p rny

Z98.84: Bariatric surgery status
Z86.39: Personal history of other endocrine, nutritional and metabolic disease
K90.2: Blind loop syndrome, not elsewhere classified
I10: Essential (primary) hypertension
R73.03: Prediabetes

- CBC
- COMPREHENSIVE METABOLIC PNL
- VITAMIN B12
- FERRITIN
- MAGNESIUM
- VITAMIN A
- FOLATE
- PTH, INTACT
- COPPER SERUM
- ZINC, SERUM OR PLASMA
- IRON PANEL, SERUM OR PLASMA
- VITAMIN D

**2. Morbid obesity**

E66.01: Morbid (severe) obesity due to excess calories

- topiramate 25 mg tablet - Take 1 tablet(s) every day by oral route for 30 days. Qty: 30 tablet(s) Refills: 0 Pharmacy: SAM'S CLUB PHARMACY 6572

**3. Dietary management surveillance**

Z71.3: Dietary counseling and surveillance

**Patient Instructions**

Proper vitamin and mineral supplementation after weight loss surgery is critical to your health. Non-compliance with vitamin/mineral supplementation can lead to serious and potentially irreversible health consequences including, but not limited to neuropathy (numbness and tingling in arms and legs), paralysis, malnutrition, blindness, death. If you are struggling with vitamin/mineral supplementation or have questions, please contact our office and ask to speak with the Registered Dietitian.
It is recommended that you take a BARIATRIC-SPECIFIC multivitamin that meets or exceeds the ASMBS guidelines.
BariLife Multivitamin recommendations:
- 6 tablets OR 2 scoops of powder daily
*1 scoop of powder = 3 tablets
*Split your vitamins into morning and evening doses.

BariLife Just One vitamin recommendations:
- 1 tablet + 1200-1500 mg of calcium citrate daily

It is also recommended you take a Probiotic daily for life. We recommend using a probiotic with >10 billion CFUs (colony-forming units).
Ensure that you have some form of accountability with your diet. This can include: food journaling, weighing and measuring foods, reaching out to a friend that you can check in with at regular intervals to hold you accountable with your diet/exercise choices, and using an app to set goals that will give you a reminder to achieve the goals. It is recommended you keep a food log at least 5 times per week to ensure you are meeting your nutrition goals and following a diet plan for continued weight loss.
Food journaling apps such as MyFitnessPal and Baritastic are user-friendly and will calculate all the math for you to prevent user

**GUERRERO, Sabrina M (id #1389974, dob:**

error! Paper food journals are just as effective in holding you accountable and helping you reach your goals.

To help with weight management, get back to the basics of your bariatric diet:
1. Eat meat twice daily. Get at least 3-4 oz of meat per meal.
2. Eat systematically: protein first, fruit or vegetable second, starch last.
3. Fluid load prior to meals: drink 4-8 oz of fluid prior to each meal.
4. Hold liquids with meals and for 30 minutes after.
5. Eat three meals per day, eliminate snacking. If you are hungry between meals, drink a protein shake with less than 200 calories and at least 15 g of protein.

We recommend following up with our office annually to discuss your diet, exercise and vitamin regimen, along with conduct a full medical assessment. We will also conduct routine lab work to check for any vitamin and mineral deficiencies. Follow up is critical to maintain your continued good health and failure to follow up can severely impact your health. Appointments can also be made on an as-needed basis for accountability and/or any problems/concerns that arise.

We recommend attending regular support group meetings. Turkey Creek Medical Center conducts meetings on the 1st Tuesday of each month from 6:00-7:00 pm EST in the Conference Room located on the main floor of the Women's Pavilion.

Please remember that consuming alcohol after weight loss surgery can be dangerous. Alcohol absorption is accelerated and intoxication can occur quickly. Additionally, alcohol can hinder your weight loss goals due to excess caloric intake. We do not recommend that you consume alcohol within the first year after surgery. If you are struggling with alcohol intake, please call the office.

Follow up with your Primary Care Provider for DEXA screening and treatment as indicated.
Post-RNY: If bisphosphonate therapy is ordered, we recommend treatment with IV bisphosphonates instead of oral therapy due to potential concerns regarding absorption with oral therapy.

Please remember that use of NSAIDs and tobacco products are not recommended. Use of NSAIDs and tobacco products increases the risk of ulcer formation following RNY gastric bypass.
It is recommended that you stop NSAID/Tobacco Use ASAP.
- Due to NSAID use, you will be prescribed a Proton Pump Inhibitor to take daily, along with an additional protective medication. A prescription has been sent to your pharmacy on file. Call the office immediately if you begin to experience nausea, vomiting, abdominal pain or reflux.
- Due to tobacco use, we recommend taking Protonix (Pantoprazole) or equivalent daily to help protect your stomach from ulcers. Your will also need an additional protective medication as discussed today. A prescription will be sent to your pharmacy on file. If you start experiencing any GI symptoms such as nausea, vomiting, stomach pain or reflux, call the office. We highly recommend attending Turkey Creek Medical Center's Smoking Cessation Education class. Call 865.218.7971 for more information.

**Discussion Notes**

During today's appointment, we discussed the following:
- Risk for vitamin/mineral deficiencies s/p RNY gastric bypass and vitamin/mineral supplementation recommendations
- Importance of diet accountability for long-term success and weight management
- Bariatric nutrition guidelines (i.e. Bariatric Basics)
- Sweet cravings
- Topiramate; use, SE
- Importance of support group
- Importance of annual and PRN follow up
- NSAID/tobacco use risk and counseling. Reviewed NSAID/tobacco use after RNY gastric bypass can lead to ulcer formation
- Alcohol intake counseling
- Risk for metabolic bone disease s/p RNY gastric bypass and recommendation for post-op DEXA screening

Total face to face time: 30 minutes
Discussion of counseling and coordination of care was more than 50% of encounter time.

Return to Office

- CYDNEY VANOSDALE, NP for TELEHEALTH EST 30 at TPS_TENNOVA BARIATRIC SURGERY on 05/20/2022 at 11:00 AM

Encounter Sign-Off

Encounter signed-off by CYDNEY VANOSDALE, NP, 04/28/2022.

Encounter performed and documented by Cydney Vanosdale, NP
Encounter reviewed & signed by Cydney Vanosdale, NP on 04/28/2022 at 7:59am

**GUERRERO, Sabrina M (id #1389974, dob:**
**Encounter Date: 02/22/2021**

Patient

| | | | |
|---|---|---|---|
| **Name** | GUERRERO, SABRINA (51yo, F) ID# 1389974 | **Appt. Date/Time** | 02/22/2021 02:30PM |
| **DOB** | | **Service Dept.** | TPS_TENNOVA BARIATRIC SURGERY |
| **Provider** | CYDNEY VANOSDALE, NP | | |
| **Insurance** | Med Primary: BCBS-TN (PPO)<br>Insurance # : IEO689400940988<br>Employer Name : AMEDYSIS<br>Med Secondary: BCBS-TN - NETWORK S<br>Insurance # : STTS00402622<br>Policy/Group # : 80860<br>Employer Name : AMEDYSIS<br>Prescription: check now | | |

Chief Complaint

telehealth communication, bariatric follow-up (f/u), Bariatric Follow-Up: RNY Gastric Bypass

Patient's Care Team

**Referring Provider:** STEPHEN BOYCE MD: 10810 PARKSIDE DR STE 305, KNOXVILLE, TN 37934, Ph (865) 392-3971, Fax (865) 392-3972 NPI: 1093822553
**Primary Care Provider:** FLOYD E PHILLIPS MD: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1942297916

Patient's Pharmacies

**SAM'S CLUB PHARMACY 6572 (ERX): 2920 KNOXVILLE CENTER DRIVE, KNOXVILLE, TN 37924, Ph (865) 637-0643, Fax (865) 637-1803**

Vitals

02/22/2021 02:29 pm

**Ht:** 5 ft 5 in

Measurements

None recorded.

Allergies

Reviewed Allergies

**SULFA (SULFONAMIDE ANTIBIOTICS)**: Hives

Medications

Reviewed Medications

| | | |
|---|---|---|
| **B12 5,000 mcg-100 mcg sublingual lozenge**<br>Place by sublingual route. | 02/22/21 | entered |
| **Bariatric Multivitamins** | 02/06/20 | entered |
| **benazepriL 10 mg tablet**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 02/02/21 | filled |
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 01/15/21 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 02/02/21 | filled |
| **escitalopram 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/02/21 | filled |
| **hyoscyamine 0.125 mg sublingual tablet**<br>Place as needed by sublingual route for 30 days. | 03/06/18 | filled |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 09/09/20 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/02/21 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 12/28/20 | filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/02/21 | filled |
| **Nyamyc 100,000 unit/gram topical powder**<br>APPLY 1 POWDER TOPICALLY THREE TIMES DAILY. USE UP TO 4 GRAMS DAY OVER ENTIRE BODY AS NEEDED | 01/07/21 | filled |
| **ondansetron HCL 4 mg tablet** | 12/30/19 | filled |
| **traZODone 50 mg tablet**<br>Take as needed by oral route for 90 days. | 09/26/16 | filled |
| **Vitamin D**<br>**Internal Note:** pt unsure if D2 or D3 | 02/22/21 | entered |

pro biotic, bio clear

Vaccines

Reviewed Vaccines

Exhibit 14 MLF000082

**Lincoln/Guerrero 1559**

**GUERRERO, Sabrina M (id #1389974, dob: )**

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| SARS-COV-2 (COVID-19) vaccine, UNSPECIFIED | 01/23/21 | | | | | | | | | | employer |

## Problems

Reviewed Problems
- Morbid obesity - Onset: 08/14/2019
- Anemia - Onset: 08/14/2019
- Chronic depression - Onset: 08/14/2019
- Hypertensive disorder - Onset: 08/14/2019
- Gastroesophageal reflux disease
- Hernia of abdominal cavity - Onset: 02/06/2020
- Fatigue - Onset: 08/14/2019
- Nausea and vomiting - Onset: 08/14/2019
- Diarrhea
- Abdominal pain

## Family History

Discussed Family History

| | |
|---|---|
| Mother | - Heart disease |
| Father | - Diabetes mellitus |
| | - Heart disease |
| | - Malignant neoplastic disease |

## Social History

Discussed Social History
**Bariatric Surgery**
Alcohol intake: Occasional
Caffeine intake: Moderate
Marital status: Married
Smokeless Tobacco Status: Never used smokeless tobacco
Non-smoker
Tobacco Smoking Status: Former smoker (Notes: quit 2008)
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 02/22/2021

## Surgical History

Reviewed Surgical History
- Hernia repair
- Colonoscopy (surg) - 06/10/2019
- Repair of meniscus - 01/01/2011 - RT knee

## GYN History

(not configured)

## Obstetric History

Obstetric History not reviewed (last reviewed 09/13/2016)

## Past Medical History

Discussed Past Medical History
Anemia: **Y**
Arthritis: **Y**
High Blood Pressure: **Y**
MRSA: **Y** - **hx positive throat culture**
Obesity: **Y**
Vitamin/Mineral Deficiency: **Y**

## Screening

None recorded.

## HPI

**Bariatric F/U Visit**
Reported by patient.

General: no nausea; **tired, no energy**; some diarrhea depending on meal
Eating: no dysphagia

**GUERRERO, Sabrina M (id #1389974, dob:**

Food Types: chicken
Snack Types: **carbohydrates**
Vitamin Supplements: multi-vitamin
Water Intake: **less than 64 oz**
Protein Intake: **less than 60 grams**
Total Meals Per Day: 3 - 5
Calories Per Day: **not tracking**
Hours Between Hunger head hunger
GERD: never; NSAID use: yes
Exercise: **not currently exercising**
Calorie Tracking: **not tracking**
Notes:

The patient is 20 years post-op roux-en-y gastric bypass, presenting for annual bariatric follow up.
Highest pre-op weight was 410 lbs (stated)

Recent weight 368 lbs (stated from January MD appt)
Ideal body weight is 134 lbs
Excess body weight is 276 lbs
The patient has lost 42 lbs ( 15.2% of total excess body weight)

Breakfast: Panera sourdough bread egg sandwich with bacon and mayo

Lunch: can of ravoli

Dinner: ham, pinto beans, something from a can

Snack: carbs

Fluid: 32-40 ounces water, tea, diet soda

Patient states she is "addicted" to carbs and sugar. She states she feels frustrated right now, because she knows what she needs to be doing but it is hard for her to overcome her mindset and do what she needs. She states she would probably benefit from counseling for her food addictions.

She also states she is not really exercising at this time because the weight makes it hard for her to walk as it adds pressure to her joints.

She states she has had a Dexa scan in the past, but it has been a long while.

## ROS

Patient reports **fatigue/tiredness and fever (currently r/t positive flu)** but reports no night sweats. She reports **shortness of breath with activity, difficulty sleeping flat, sleep apnea - year diagnosed:___ (past hx), and uses (does not use)** but reports no persistent cough (lasting over 3 wks), no bloody sputum, no snoring, no awakening at night, no morning headaches, no daytime drowsiness, no observed apnea episodes, no chronic insomnia, no asthma, no emphysema, and no chronic bronchitis. She reports **swelling of legs/feet** but reports no painful joints, no chronic pain in hips, knees, or feet, no chronic low back pain, no numbness of legs/feet, no Rheumatoid Arthritis, no herniated disc, no joint replacement surgery, and no hernias. She reports no chest pain, no heart murmurs, no high blood pressure, normal heartbeat, no painful varicose veins, no blood clot in leg (DVT), no history of heart attack, no heart surgery, normal cholesterol, normal triglycerides, no anemia, no previous blood transfusion, no known exposure to HIV, and no rheumatic fever. She reports no frequent nausea and vomiting, no heartburn/reflux, no chronic abdominal pain, no chronic diarrhea, no chronic constipation, no hepatitis, no cirrhosis, normal liver enzymes, no history of Irritable Bowel Syndrome, no ulcerative colitis, no Crohn's disease, and normal liver. She reports no depression, no anxiety disorder, no suicidal thoughts, no suicide attempts, no bi-polar disease, no schizophrenia, no anorexia, and no bulimia. She reports normal thyroid function, no diabetes, no chronic steroid use, and no Cushing's disease. She reports wounds heal normally, no skin cancer, normal moles, no chronic rash, no psoriasis/eczema, no lupus, and no scleroderma. She reports normal periods, no polycystic ovarian disease, no infertility, and no facial hair growth.

## Physical Exam

None recorded.

## Procedure Documentation

**Telehealth Communication:**
This visit was performed via telehealth.

## Assessment / Plan

Telehealth communication performed with patient. Did not receive link for video.

**GUERRERO, Sabrina M (id #1389974, dob:**

Service was provided using telemedicine. Patient verbally consents to this services (virtual check-in).

Names and roles of all persons participating in telemedicine services include: Cydney Vanosdale, NP

Patient is located at home and is an established patient.

A total of 26 minutes were spent in consultation via athena Telehealth to assess and treat the following: annual follow-up, getting back on track -- 1200 calorie diet, head hunger.

**1. History of bariatric surgical procedure**

Z98.84: Bariatric surgery status
Z86.39: Personal history of other endocrine, nutritional and metabolic disease
K90.2: Blind loop syndrome, not elsewhere classified

- CBC
- COMPREHENSIVE METABOLIC PNL
- VITAMIN B12
- FERRITIN
- MAGNESIUM
- VITAMIN A
- FOLATE
- PTH, INTACT
- COPPER SERUM
- ZINC, SERUM OR PLASMA
- SELENIUM
- C-REACTIVE PROTEIN
- IRON PANEL, SERUM OR PLASMA
- VITAMIN D

**Patient Goals**

1. Food Journal 3-4 times per week. 2. 1200 calorie diet -- 100 grams protein, less than 100 carbs, 45 grams fat. 3. Consider meeting with counselor

**Patient Instructions**

Proper vitamin and mineral supplementation after weight loss surgery is critical to your health. Non-compliance with vitamin/mineral supplementation can lead to serious and potentially irreversible health consequences including, but not limited to neuropathy (numbness and tingling in arms and legs), paralysis, malnutrition, blindness, death. If you are struggling with vitamin/mineral supplementation or have questions, please contact our office and ask to speak with the Registered Dietitian.
It is recommended that you take a BARIATRIC-SPECIFIC multivitamin that meets or exceeds the ASMBS guidelines.
BariLife Multivitamin recommendations:
- 6 tablets OR 2 scoops of powder daily
*1 scoop of powder = 3 tablets
*Split your vitamins into morning and evening doses.

BariLife Just One vitamin recommendations:
- 1 tablet + 1200-1500 mg of calcium citrate daily

It is also recommended you take a Probiotic daily for life. We recommend using a probiotic with >10 billion CFUs (colony-forming units).
Ensure that you have some form of accountability with your diet. This can include: food journaling, weighing and measuring foods, reaching out to a friend that you can check in with at regular intervals to hold you accountable with your diet/exercise choices, and using an app to set goals that will give you a reminder to achieve the goals. It is recommended you keep a food log at least 5 times per week to ensure you are meeting your nutrition goals and following a diet plan for continued weight loss. Food journaling apps such as MyFitnessPal and Baritastic are user-friendly and will calculate all the math for you to prevent user error! Paper food journals are just as effective in holding you accountable and helping you reach your goals.

To help with weight management, get back to the basics of your bariatric diet:
1. Eat meat twice daily. Get at least 3-4 oz of meat per meal.
2. Eat systematically: protein first, fruit or vegetable second, starch last.
3. Fluid load prior to meals: drink 4-8 oz of fluid prior to each meal.
4. Hold liquids with meals and for 30 minutes after.
5. Eat three meals per day, eliminate snacking. If you are hungry between meals, drink a protein shake with less than 200 calories and at least 15 g of protein.

For continued weight loss:

1200 calorie diet -- 100 grams protein, less than 100 carbs, 45 grams fat (handout given)

We recommend following up with our office annually to discuss your diet, exercise and vitamin regimen, along with conduct a full medical assessment. We will also conduct routine lab work to check for any vitamin and mineral deficiencies. Follow up is critical to maintain your continued good health and failure to follow up can severely impact your health. Appointments can also be made on an as-needed basis for accountability and/or any problems/concerns that arise.

We recommend attending regular support group meetings. Turkey Creek Medical Center conducts meetings on the 1st Tuesday of each month from 6:00-7:00 pm EST in the Conference Room located on the main floor of the Women's Pavilion.

Please remember that consuming alcohol after weight loss surgery can be dangerous. Alcohol absorption is accelerated and intoxication can occur quickly. Additionally, alcohol can hinder your weight loss goals due to excess caloric intake. We do not recommend that you consume alcohol within the first year after surgery. If you are struggling with alcohol intake, please call the office.

Follow up with your Primary Care Provider for DEXA screening and treatment as indicated.
Post-RNY: If bisphosphonate therapy is ordered, we recommend treatment with IV bisphosphonates instead of oral therapy due to potential concerns regarding absorption with oral therapy.

Please remember that use of NSAIDs and tobacco products are not recommended. Use of NSAIDs and tobacco products increases the risk of ulcer formation following RNY gastric bypass.

To help manage emotional hunger & stress, make a list of the things you enjoy doing or things you don't take the time to do. This could be anything from reading a magazine, to taking a hot bath, to signing up for cooking classes. It is important to make time for yourself. We recommend taking 15-20 minutes each day doing things on your list. Because these are things you enjoy doing, you should find them comforting, relaxing and helpful in reducing stress. - To help manage emotional hunger, practice behavioral methods discussed today, such as self-talk strategies and engaging in several minutes of physical exercise to change your thought pattern. Ask yourself if you are truly hungry because normally emotional hunger stems from stress, anxiety, anger or even happiness and your body is not physically hungry. Other ways to manage emotional hunger are:

1. Making "high risk" foods harder to get to by putting them in hard to reach places (i.e top shelf, wrapped in multiple layers of tin foil, then placed in tupperware).

2. Scrub the bathroom tub to let out aggression or watch a tea-jerker movie to let out a good cry.

3. Buy cheap dishes from a garage sale and smash them in the driveway to get out aggression.

4. Try drinking a Bari Life hot chocolate or other low calorie warm beverage in the evening, which can help with emotional hunger when you are unwinding after work.

5. Focus on relaxation techniques that do not involve food, such as meditation or yoga.

If you get off track with your diet, stay positive and get right back on track. Don't beat yourself up or even feel sorry for yourself. Think of it like having a monetary budget: if you are on a strict budget, but spend an extra $100, you don't then continue to go on a spending spree and charge hundreds of more dollars to your credit card. You start to watch your spending and get back to following your budget! The same goes for your diet. Also, if unstructured time is problematic for you (i.e. weekends), plan a project or activity that you enjoy with a deadline, so you can be productive with your time and not be consumed with emotional hunger.

- consider scheduling an appointment with a psychologist of your choice to discuss disorder eating patterns. Call the number on the back of your insurance card to find psychologists in your area who are in-network or refer to the list provided to you today.

**Discussion Notes**

During today's appointment, we discussed the following:
- Risk for vitamin/mineral deficiencies s/p RNY gastric bypass and vitamin/mineral supplementation recommendations

**GUERRERO, Sabrina M (id #1389974, dob:**

- Importance of diet accountability for long-term success and weight management
- Bariatric nutrition guidelines (i.e. Bariatric Basics)

-Importance of protein (handouts given)
- Importance of support group
- Importance of annual and PRN follow up- Alcohol intake counseling
- NSAID/tobacco use risk and counseling. Reviewed NSAID/tobacco use after RNY gastric bypass can lead to ulcer formation
- Alcohol intake counseling
- Risk for metabolic bone disease s/p RNY gastric bypass and recommendation for post-op DEXA screening

-Emotional hunger and stress (handout given)

-Eating disorder specialists (handout given)

Total time: 26 minutes
Discussion of counseling and coordination of care was more than 50% of encounter time.

## Return to Office

None recorded.

## Encounter Sign-Off

Encounter signed-off by CYDNEY VANOSDALE, NP, 02/22/2021.

Encounter performed and documented by Cydney Vanosdale, NP
Encounter reviewed & signed by Cydney Vanosdale, NP on 02/22/2021 at 3:44pm

## Clinical Documents

TPS KNOXVILLE HMA PHYSICIAN MANAGEMENT LLC • 10810 PARKSIDE DR STE G-12, KNOXVILLE TN 37934-1982

GUERRERO, Sabrina M (id #1389974, dob:

**KNOXVILLE HMA PHYSICIAN MANAGEMENT LLC**
Tennova Surgical Associates
10810 PARKSIDE DR STE G-12
KNOXVILLE, TN 37934-1982
Phone: (865) 218-6085
Fax: (865) 218-6086

**Encounter Summary - Progress Note**
Date Printed: 11/13/2023

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:35041338-H-46941]

| | |
|---|---|
| **Patient** | Guerrero, Sabrina M (54yo, F) #1389974 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | | **Home Phone** | |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | Follow Up<br>11/13/2023 - 01:30PM - TPS_TENNOVA SURGICAL ASSOCIATES |
| **History of Present Illness** | None recorded |
| **Review of Systems** | Patient reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no irritation, and no vision changes. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds and no nose/sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, and no known heart murmur. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no vomiting, not vomiting blood, no abdominal pain, normal appetite, and no diarrhea. She reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. She reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no back pain, and no swelling in the extremities. She reports no abnormal mole, no jaundice, and no rashes. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no headaches. She reports no depression, no sleep disturbances, feeling safe in relationship, and no alcohol abuse. She reports no fatigue. She reports no bruising and no swollen glands. She reports no runny nose, no frequent sneezing, no sinus pressure, no itching, and no hives. |
| **Vitals** | **Wt:** 339 lbs; **BP:** 140/90; **Pulse:** 99 bpm<br>**Ht:** 5 ft 5 in; **BMI:** 56.4 |
| **Procedure** | None recorded |
| **Results/Interpretations** | None recorded |



Exhibit 14 MLF000088

**Lincoln/Guerrero 1565**

| | |
|---|---|
| **Physical Exam** | None recorded |
| **Assessment and Plan** | None recorded<br>**Return to Office**<br>• JULIA BARROSO, RD for +Education 30 (CDE schedule) at TPS_TENNOVA BARIATRIC SURGERY on 11/20/2023 at 02:00 PM |

Patient Medical History:

| | | | |
|---|---|---|---|
| **Allergies List** | Reviewed Allergies | | |
| | SULFA (SULFONAMIDE ANTIBIOTICS): Hives | | |
| **Medications** | Reviewed Medications | | |
| | **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler** USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 11/01/23 | filled |
| | **B12 5,000 mcg-100 mcg sublingual lozenge** Place by sublingual route. | 02/22/21 | entered |
| | **Bariatric Multivitamins** | 02/06/20 | entered |
| | **calcitriol 0.5 mcg capsule** TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 06/05/23 | filled |
| | **cetirizine 10 mg tablet** Take 1 tablet(s) every day by oral route. | 11/13/23 | entered |
| | **clopidogrel 75 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/11/23 | filled |
| | **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule** TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 11/03/23 | filled |
| | **famotidine 40 mg tablet** TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 07/29/23 | filled |
| | **hydrOXYzine HCL 25 mg tablet** TAKE 1 TABLET BY MOUTH AT BEDTIME | 10/24/23 | filled |
| | **ICaps AREDS** 1 pill in AM and 1 pill in PM | 04/26/23 | entered |
| | **magnesium oxide 400 mg (241.3 mg magnesium) tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/04/23 | filled |
| | **meloxicam 15 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/11/23 | filled |
| | **minocycline 100 mg capsule** TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 08/15/23 | filled |
| | **modafinil 200 mg tablet** TAKE 1 TABLET BY MOUTH IN THE MORNING | 10/16/23 | filled |
| | **ondansetron HCL 4 mg tablet** Take by mouth, 1 tablet every 4 hrs, or 2 tabs every 8 hrs. Max 5 tabs in 24 hrs. | 12/06/22 | filled |
| | **pantoprazole 20 mg tablet,delayed release** Take 2 tablets by mouth once daily | 11/11/23 | filled |
| | **Qulipta 60 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 09/16/23 | filled |
| | **Rexulti 1 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 10/04/23 | filled |
| | **topiramate 50 mg tablet** Take 1 tablet(s) every day by oral route for 30 days. | 11/13/23 | entered |
| | **Trintellix 10 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/03/23 | filled |
| | **vitamin A palmitate** 2500 mg every day | 04/26/23 | entered |
| | **Vitamin C 1,000 mg tablet** Take 1 tablet(s) by oral route in the morning. | 04/26/23 | entered |
| | **zinc 100 mg tablet** Take 1 tablet(s) every day by oral route. | 04/26/23 | entered |

| | |
|---|---|
| **Family History** | Reviewed Family History<br>Mother: - Heart disease<br>Father: - Diabetes mellitus<br>- Heart disease<br>- Malignant neoplastic disease |
| **Past Medical History** | Allergies: Y; Hypertension: Y<br>Back Pain: Y; Obesity: Y |
| **Vaccine History** | Reviewed Vaccines |

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **COVID-19** | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | Employer |

Electronically Signed by: NITIN RANGNEKAR, MD





Exhibit 14 MLF000091

**Lincoln/Guerrero 1568**

## Lab Results

### COMPREHENSIVE METABOLIC PROFILE 11/13/2023 (#35049274, Final, 11/13/2023 1:57pm)

| | |
|---|---|
| Note to Patient | Your albumin level is too low. Increase your protein intake to100 grams daily as discussed and have these levels rechecked in 6 weeks. |

| | | | |
|---|---|---|---|
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023317001288 | Specimen Source | BLOOD |
| Specimen Coll. Date | 11/13/2023 13:57 | Result Status | Final |
| Specimen Rec. Date | 11/13/2023 20:25 | Report Status | |
| Specimen Reported Date | 11/13/2023 21:49 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| EGFR | 109 | >=90 | ML/MIN/1.73 M2 | | Final | |
| | CKD is defined by the presence of glomerular filtration rate (GFR) <60 mL for >3 months and/or evidence of kidney damage (eg, structural abnormalities, histologic abnormalities, albuminuria, urinary sediment abnormalities, renal tubular disorders, and/or history of kidney transplantation) for >3months. This table provides interpretation of specific eGFR values. Creatinine measurements, and therefore eGFR calculations, are affected by very high or very low muscle mass, muscle injury, a diet very high in meat, hepatic cirrhosis, certain drugs, etc.<br><br>Stages of CKD:<br>Stage Description GFR mL/min<br>1 Kidney damage with normal or increased GFR 90<br>2 Kidney damage with mild decrease in GFR 60 to 89<br>3 Moderate decrease in GFR 30 to 59<br>4 Severe decrease in GFR 15 to 29<br>5 Kidney failure <15 (or dialysis)<br><br>Note: GFR Normal range >60, equation not validated for ages <18 and >70 and pregnant women. | | | | | |
| **GLUCOSE** | **113** | **70-110** | **MG/DL** | **HIGH** | **Final** | |
| BUN | 13 | 5-26 | MG/DL | | Final | |
| CREATININE | 0.55 | 0.50-1.30 | MG/DL | | Final | |
| | The GFR normal range may vary by factors including extreme body size, pregnancy, hospital treatment, other ethnicities, etc. | | | | | |
| **BUN/CREA RATIO** | **24** | **6-22** | **MMOL/L** | **HIGH** | **Final** | |
| SODIUM | 145 | 138-146 | MMOL/L | | Final | |
| POTASSIUM | 3.9 | 3.5-5.2 | MMOL/L | | Final | |

**GUERRERO, Sabrina M (id #1389974, dob:**

| | | | | | | |
|---|---|---|---|---|---|---|
| CHLORIDE | 115 | 98-114 | MMOL/L | HIGH | Final | |
| CARBON DIOXIDE | 22 | 22-33 | MMOL/L | | Final | |
| CALCIUM | 8.7 | 8.5-10.1 | MG/DL | | Final | |
| CA CORRECTED | 9.3 | 8.5-10.1 | MG/DL | | Final | |
| PROT TOTAL | 6.9 | 6.1-8.6 | G/DL | | Final | |
| ALBUMIN | 3.2 | 3.5-5.0 | G/DL | LOW | Final | |
| GLOBULIN | 3.7 | 1.9-3.7 | G/DL | | Final | |
| ALBUMIN/GLOBULIN RATIO | 0.9 | 1.0-2.5 | | LOW | Final | |
| ANION GAP | 8 | 5-15 | MMOL/L | | Final | |
| ALKALINE PHOSPHATASE | 151 | 50-136 | INTLUNIT/L | HIGH | Final | |
| AST | 10 | 15-37 | INTLUNIT/L | LOW | Final | |
| ALT | 37 | 13-61 | INTLUNIT/L | | Final | |
| BILI TOTAL | 0.3 | 0.0-1.2 | MG/DL | | Final | |
| OSMOL CALC | 301 | 270-300 | MOSM/KG | HIGH | Final | |

## PARATHYROID HORMONE LEVEL INTACT 11/13/2023 (#35049196, Final, 11/13/2023 1:57pm)

| | | | |
|---|---|---|---|
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023317001288 | Specimen Source | BLOOD |
| Specimen Coll. Date | 11/13/2023 13:57 | Result Status | Final |
| Specimen Rec. Date | 11/13/2023 20:26 | Report Status | |
| Specimen Reported Date | 11/13/2023 21:25 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| PTH INTACT | 116.0 | 18.4-80.1 | PG/ML | HIGH | Final | |

Exhibit 14 MLF000093

**Lincoln/Guerrero 1570**

**GUERRERO, Sabrina M (id #1389974, dob:**

## VITAMIN D LEVEL 11/13/2023 (#35049194, Final, 11/13/2023 1:57pm)

| | |
|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023317001288 | Specimen Source | BLOOD |
| Specimen Coll. Date | 11/13/2023 13:57 | Result Status | Final |
| Specimen Rec. Date | 11/13/2023 20:26 | Report Status | |
| Specimen Reported Date | 11/13/2023 21:25 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| VIT D 25OH | 72.3 | | NG/ML | NO REFERENCE RANGE | Final | |

```
VITAMIN D STATUS RANGE, ADULT RANGE, PEDIATRIC
---------------- --------------- ---------------------------
Deficiency  <20 ng/mL  <15 ng/mL
Insufficiency  20-30 ng/mL  15-20 ng/mL
Sufficiency  30-100 ng/mL 20-100 ng/mL
Toxicity  >100 ng/mL  >100 ng/mL

Fluorescoin angiography dye may cause falsely elevated vitamin D values.
```

Exhibit 14 MLF000094

**Lincoln/Guerrero 1571**

**GUERRERO, Sabrina M (id #1389974, dob:**

## VITAMIN A - SEND OUT TO CQ 05/02/2023 (#32873076, Final, 04/26/2023 10:35am)

| | |
|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023116000716 | Specimen Source | BLOOD |
| Specimen Coll. Date | 04/26/2023 10:35 | Result Status | Final |
| Specimen Rec. Date | 04/26/2023 13:40 | Report Status | |
| Specimen Reported Date | 05/02/2023 03:30 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| VITARETINOLCQ | 53 | 38-98 | MCG/DL | NO REFERENCE RANGE | Final | |

Vitamin supplementation within 24 hours prior to blood draw may affect the accuracy of the results.

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute Chantilly, VA. It has not been cleared or approved by the U.S. Food and Drug Administration. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

Lab test performed by:
Lab Mnemonic: AMD
Quest Diagnostics Nichols Institute
14225 Newbrook Drive
Chantilly, VA 20151
Patrick W Mason, MD PhD

Exhibit 14 MLF000095

**Lincoln/Guerrero 1572**

**GUERRERO, Sabrina M (id #1389974, dob:**

## COPPER - SEND OUT CQ 04/28/2023 (#32853226, Final, 04/26/2023 10:35am)

| | |
|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023116000716 | Specimen Source | BLOOD |
| Specimen Coll. Date | 04/26/2023 10:35 | Result Status | Final |
| Specimen Rec. Date | 04/26/2023 13:41 | Report Status | |
| Specimen Reported Date | 04/28/2023 15:24 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| COPPERCQ | 124 | 70-175 | MCG/DL | NO REFERENCE RANGE | Final | |
| | This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute Chantilly, VA. It has not been cleared or approved by the U.S. Food and Drug Administration. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.<br><br>Lab test performed by:<br>Lab Mnemonic: AMD<br>Quest Diagnostics Nichols Institute<br>14225 Newbrook Drive<br>Chantilly, VA 20151<br>Patrick W Mason, MD PhD | | | | | |

Exhibit 14 MLF000096

**Lincoln/Guerrero 1573**

**GUERRERO, Sabrina M (id #1389974, dob:**

## ZINC - SEND OUT TO CQ 04/28/2023 (#32853224, Final, 04/26/2023 10:35am)

| | |
|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023116000716 | Specimen Source | BLOOD |
| Specimen Coll. Date | 04/26/2023 10:35 | Result Status | Final |
| Specimen Rec. Date | 04/26/2023 13:41 | Report Status | |
| Specimen Reported Date | 04/28/2023 15:24 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ZINCCQ | 73 | 60-130 | MCG/DL | NO REFERENCE RANGE | Final | |

```
This test was developed and its analytical performance
characteristics have been determined by Quest
Diagnostics Nichols Institute Chantilly, VA. It has
not been cleared or approved by the U.S. Food and Drug
Administration. This assay has been validated pursuant
to the CLIA regulations and is used for clinical
purposes.

Lab test performed by:
Lab Mnemonic: AMD
Quest Diagnostics Nichols Institute
14225 Newbrook Drive
Chantilly, VA 20151
Patrick W Mason, MD PhD
```

## FOLATE LEVEL 04/26/2023 (#32827484, Final, 04/26/2023 10:35am)

| | |
|---|---|
| Note to Patient | Your folate is elevated, if you are taking additional please discontinue, otherwise continue taking your bariatric vitamins as prescribed. |

| | | | |
|---|---|---|---|
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023116000715 | Specimen Source | BLOOD |
| Specimen Coll. Date | 04/26/2023 10:35 | Result Status | Final |
| Specimen Rec. Date | 04/26/2023 13:40 | Report Status | |
| Specimen Reported Date | 04/26/2023 16:13 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| FOLATE LVL | >20.0 | 5.0-20.0 | ng/mL | | Final | |

## COMPREHENSIVE METABOLIC PROFILE 04/26/2023 (#32827347, Final, 04/26/2023 10:35am)

**GUERRERO, Sabrina M (id #1389974, dob:**

| | |
|---|---|
| Note to Patient | Your bariatric labs are within normal limits follow up with your PCP for other abnormal lab values. |

| | | | |
|---|---|---|---|
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023116000715 | Specimen Source | BLOOD |
| Specimen Coll. Date | 04/26/2023 10:35 | Result Status | Final |
| Specimen Rec. Date | 04/26/2023 13:40 | Report Status | |
| Specimen Reported Date | 04/26/2023 16:07 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| EGFR | 108 | >=90 | ML/MIN/1.73 M2 | | Final | |
| | CKD is defined by the presence of glomerular filtration rate (GFR) <60 mL for >3 months and/or evidence of kidney damage (eg, structural abnormalities, histologic abnormalities, albuminuria, urinary sediment abnormalities, renal tubular disorders, and/or history of kidney transplantation) for >3months. This table provides interpretation of specific eGFR values. Creatinine measurements, and therefore eGFR calculations, are affected by very high or very low muscle mass, muscle injury, a diet very high in meat, hepatic cirrhosis, certain drugs, etc.<br><br>Stages of CKD:<br>Stage Description GFR mL/min<br>1 Kidney damage with normal or increased GFR 90<br>2 Kidney damage with mild decrease in GFR 60 to 89<br>3 Moderate decrease in GFR 30 to 59<br>4 Severe decrease in GFR 15 to 29<br>5 Kidney failure <15 (or dialysis)<br><br>Note: GFR Normal range >60, equation not validated for ages <18 and >70 and pregnant women. | | | | | |
| GLUCOSE | 92 | 70-110 | MG/DL | | Final | |
| BUN | 17 | 5-26 | MG/DL | | Final | |
| CREATININE | 0.56 | 0.50-1.30 | MG/DL | | Final | |
| | The GFR normal range may vary by factors including extreme body size, pregnancy, hospital treatment, other ethnicities, etc. | | | | | |
| **BUN/CREA RATIO** | **30** | **6-22** | **MMOL/L** | **HIGH** | **Final** | |
| SODIUM | 140 | 138-146 | MMOL/L | | Final | |
| POTASSIUM | 4.2 | 3.5-5.2 | MMOL/L | | Final | |
| CHLORIDE | 112 | 98-114 | MMOL/L | | Final | |
| CARBON DIOXIDE | 24 | 22-33 | MMOL/L | | Final | |
| CALCIUM | 9.0 | 8.5-10.1 | MG/DL | | Final | |
| CA CORRECTED | 9.2 | 8.5-10.1 | MG/DL | | Final | |
| PROT TOTAL | 7.3 | 6.1-8.6 | G/DL | | Final | |

Exhibit 14 MLF000098

**Lincoln/Guerrero 1575**

**GUERRERO, Sabrina M (id #1389974, dob:**

| | | | | | | |
|---|---|---|---|---|---|---|
| ALBUMIN | 3.7 | 3.5-5.0 | G/DL | | Final | |
| GLOBULIN | 3.6 | 1.9-3.7 | G/DL | | Final | |
| ALBUMIN/GLOBULIN RATIO | 1.0 | 1.0-2.5 | | | Final | |
| **ANION GAP** | **4** | **5-15** | **MMOL/L** | **LOW** | **Final** | |
| **ALKALINE PHOSPHATASE** | **177** | **50-136** | **INTLUNIT/L** | **HIGH** | **Final** | |
| AST | 16 | 15-37 | INTLUNIT/L | | Final | |
| ALT | 45 | 13-61 | INTLUNIT/L | | Final | |
| BILI TOTAL | 0.3 | 0.0-1.2 | MG/DL | | Final | |

## IRON BINDING CAPACITY PANEL 04/26/2023 (#32827345, Final, 04/26/2023 10:35am)

| | |
|---|---|
| Note to Patient | Your bariatric labs are within normal limits follow up with your PCP for other abnormal lab values. |

| | | | |
|---|---|---|---|
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023116000715 | Specimen Source | BLOOD |
| Specimen Coll. Date | 04/26/2023 10:35 | Result Status | Final |
| Specimen Rec. Date | 04/26/2023 13:40 | Report Status | |
| Specimen Reported Date | 04/26/2023 16:07 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| IRON | 58 | 40-176 | mcg/dL | | Final | |
| **IRON SATURATION** | **16** | **20-50** | **%** | **Low** | **Final** | |
| IBC TOTAL | 356 | 250-420 | mcg/dL | | Final | |

**GUERRERO, Sabrina M (id #1389974, dob:**

## VITAMIN B12 LEVEL 04/26/2023 (#32827341, Final, 04/26/2023 10:35am)

| | | | |
|---|---|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023116000715 | Specimen Source | BLOOD |
| Specimen Coll. Date | 04/26/2023 10:35 | Result Status | Final |
| Specimen Rec. Date | 04/26/2023 13:40 | Report Status | |
| Specimen Reported Date | 04/26/2023 16:07 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| VITAMIN B12 LVL | 667 | 246-911 | PG/ML | | Final | |

## MAGNESIUM LEVEL 04/26/2023 (#32827338, Final, 04/26/2023 10:35am)

| | | | |
|---|---|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023116000715 | Specimen Source | BLOOD |
| Specimen Coll. Date | 04/26/2023 10:35 | Result Status | Final |
| Specimen Rec. Date | 04/26/2023 13:40 | Report Status | |
| Specimen Reported Date | 04/26/2023 16:07 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| MAGNESIUM | 2.1 | 1.8-3.3 | MG/DL | | Final | |

**GUERRERO, Sabrina M (id #1389974, dob:**

## FERRITIN 04/26/2023 (#32827335, Final, 04/26/2023 10:35am)

| | |
|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023116000715 | Specimen Source | BLOOD |
| Specimen Coll. Date | 04/26/2023 10:35 | Result Status | Final |
| Specimen Rec. Date | 04/26/2023 13:40 | Report Status | |
| Specimen Reported Date | 04/26/2023 16:07 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| FERRITIN | 46.4 | 10.0-291.0 | ng/mL | | Final | |

## PARATHYROID HORMONE LEVEL INTACT 04/26/2023 (#32826330, Final, 04/26/2023 10:35am)

| | |
|---|---|
| Note to Patient | Your parathyroid hormone level is elevated. No action is needed at this time. We will recheck these levels again in 6 months. |

| | | | |
|---|---|---|---|
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023116000715 | Specimen Source | BLOOD |
| Specimen Coll. Date | 04/26/2023 10:35 | Result Status | Final |
| Specimen Rec. Date | 04/26/2023 13:41 | Report Status | |
| Specimen Reported Date | 04/26/2023 15:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **PTH INTACT** | **83.5** | **18.4-80.1** | **PG/ML** | **HIGH** | **Final** | |

**GUERRERO, Sabrina M (id #1389974, dob:**

## VITAMIN D LEVEL 04/26/2023 (#32826319, Final, 04/26/2023 10:35am)

| | |
|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023116000715 | Specimen Source | BLOOD |
| Specimen Coll. Date | 04/26/2023 10:35 | Result Status | Final |
| Specimen Rec. Date | 04/26/2023 13:41 | Report Status | |
| Specimen Reported Date | 04/26/2023 15:26 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| VIT D 25OH | 78.0 | | NG/ML | NO REFERENCE RANGE | Final | |

```
VITAMIN D STATUS RANGE, ADULT RANGE, PEDIATRIC
----------------  ---------------  ----------------------------
Deficiency   <20 ng/mL  <15 ng/mL
Insufficiency  20-30 ng/mL  15-20 ng/mL
Sufficiency  30-100 ng/mL 20-100 ng/mL
Toxicity  >100 ng/mL  >100 ng/mL

Fluorescein angiography dye may cause falsely elevated vitamin D values.
```

Exhibit 14 MLF000102

**Lincoln/Guerrero 1579**

**GUERRERO, Sabrina M (id #1389974, dob:**

## COMPLETE BLOOD COUNT 04/26/2023 (#32825084, Final, 04/26/2023 10:35am)

| | |
|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | TAYLOR SPOO, NP | Performing Lab | TURKEY CREEK MEDICAL CTR (LAB)<br>10820 PARKSIDE DR<br>KNOXVILLE TN 37934 |
| Specimen/Accession ID | 003042023116000715 | Specimen Source | BLOOD |
| Specimen Coll. Date | 04/26/2023 10:35 | Result Status | Final |
| Specimen Rec. Date | 04/26/2023 13:39 | Report Status | |
| Specimen Reported Date | 04/26/2023 14:39 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WBC | 7.3 | 3.7-10.7 | x10(3)/mcL | | Final | |
| RBC CNT | 4.89 | 3.40-5.30 | x10(6)/mcL | | Final | |
| HGB | 15.2 | 11.4-15.8 | g/dL | | Final | |
| HCT | 44.1 | 34.0-47.0 | % | | Final | |
| MCV | 90 | 80-97 | fL | | Final | |
| MCH | 31 | 26-33 | pg | | Final | |
| MCHC | 34 | 33-36 | g/dL | | Final | |
| RDW | 13.4 | 11.5-16.0 | % | | Final | |
| PLT CNT | 268 | 130-400 | x10(3)/mcL | | Final | |
| MPV | 8.4 | 7.5-11.2 | fL | | Final | |
| INSTR WBC | 7.3 | 3.7-10.7 | x10(3)/mcL | | Final | |

Exhibit 14 MLF000103

**Lincoln/Guerrero 1580**

**GUERRERO, Sabrina M (id #1389974, dob:**

## AMBIG ABBREV CMP14 DEFAULT 05/13/2022 (#29540528, Final, 05/03/2022 2:46pm)

| | |
|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | CYDNEY VANOSDALE, NP | Performing Lab | LABCORP KNOXVILLE (01)<br>LABCORP KNOXVILLE<br>LISA D DUNCAN<br>1924 ALCOA HWY BOX 108<br>KNOXVILLE, TN 379201511<br><br>Account ID: 41027710 |
| Specimen/Accession ID | 45032554900 | Specimen Source | |
| Specimen Coll. Date | 05/03/2022 14:46 | Result Status | Final |
| Specimen Rec. Date | 05/03/2022 00:00 | Report Status | |
| Specimen Reported Date | 05/13/2022 05:07 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| AMBIG ABBREV CMP14 DEFAULT | COMMENT | | | | Final | 01 |
| | A hand-written panel/profile was received from your office. In accordance with the LabCorp Ambiguous Test Code Policy dated July 2003, we have completed your order by using the closest currently or formerly recognized AMA panel. We have assigned Comprehensive Metabolic Panel (14), Test Code #322000 to this request. If this is not the testing you wished to receive on this specimen, please contact the LabCorp Client Inquiry/Technical Services Department to clarify the test order. We appreciate your business. | | | | | |
| RESULT NOTE | FASTING NO | | | | | |

Exhibit 14 MLF000104

**Lincoln/Guerrero 1581**

## PTH, INTACT 05/13/2022 (#29540527, Final, 05/03/2022 2:46pm)

| | | | |
|---|---|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | CYDNEY VANOSDALE, NP | Performing Lab | LABCORP KNOXVILLE (01)<br>LABCORP KNOXVILLE<br>LISA D DUNCAN<br>1924 ALCOA HWY BOX 108<br>KNOXVILLE, TN 379201511<br><br>Account ID: 41027710 |
| Specimen/Accession ID | 45032554900 | Specimen Source | |
| Specimen Coll. Date | 05/03/2022 14:46 | Result Status | Final |
| Specimen Rec. Date | 05/03/2022 00:00 | Report Status | |
| Specimen Reported Date | 05/13/2022 05:07 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| PTH, INTACT | 56 | 15-65 | PG/ML | | Final | 01 |
| RESULT NOTE | FASTING NO | | | | | |

## FERRITIN-004598-P 05/13/2022 (#29540526, Final, 05/03/2022 2:46pm)

| | | | |
|---|---|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | CYDNEY VANOSDALE, NP | Performing Lab | LABCORP KNOXVILLE (01)<br>LABCORP KNOXVILLE<br>LISA D DUNCAN<br>1924 ALCOA HWY BOX 108<br>KNOXVILLE, TN 379201511<br><br>Account ID: 41027710 |
| Specimen/Accession ID | 45032554900 | Specimen Source | |
| Specimen Coll. Date | 05/03/2022 14:46 | Result Status | Final |
| Specimen Rec. Date | 05/03/2022 00:00 | Report Status | |
| Specimen Reported Date | 05/13/2022 05:07 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| FERRITIN | 49 | 15-150 | NG/ML | | Final | 01 |
| RESULT NOTE | FASTING NO | | | | | |

Exhibit 14 MLF000105

**Lincoln/Guerrero 1582**

**GUERRERO, Sabrina M (id #1389974, dob:**

## ZINC, PLASMA OR SERUM 05/13/2022 (#29540525, Final, 05/03/2022 2:46pm)

| | |
|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | CYDNEY VANOSDALE, NP | Performing Lab | LABCORP BURLINGTON (02)<br>LABCORP BURLINGTON<br>SANJAI NAGENDRA<br>1447 YORK COURT<br>BURLINGTON, NC 272153361<br><br>Account ID: 41027710 |
| Specimen/Accession ID | 45032554900 | Specimen Source | |
| Specimen Coll. Date | 05/03/2022 14:46 | Result Status | Final |
| Specimen Rec. Date | 05/03/2022 00:00 | Report Status | |
| Specimen Reported Date | 05/13/2022 05:07 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ZINC, PLASMA OR SERUM | 62 | 44-115 | UG/DL | | Final | 02 |
| | Detection Limit = 5 | | | | | |
| RESULT NOTE | FASTING NO<br>Test(s) 001800-Zinc, Plasma or Serum was developed and its performance characteristics determined by Labcorp. It has not been cleared or approved by the Food and Drug Administration. | | | | | |

Exhibit 14 MLF000106

**Lincoln/Guerrero 1583**

**GUERRERO, Sabrina M (id #1389974, dob:**

## COPPER, SERUM OR PLASMA 05/13/2022 (#29540524, Final, 05/03/2022 2:46pm)

| | |
|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | CYDNEY VANOSDALE, NP | Performing Lab | LABCORP BURLINGTON (02)<br>LABCORP BURLINGTON<br>SANJAI NAGENDRA<br>1447 YORK COURT<br>BURLINGTON, NC 272153361<br><br>Account ID: 41027710 |
| Specimen/Accession ID | 45032554900 | Specimen Source | |
| Specimen Coll. Date | 05/03/2022 14:46 | Result Status | Final |
| Specimen Rec. Date | 05/03/2022 00:00 | Report Status | |
| Specimen Reported Date | 05/13/2022 05:07 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| COPPER, SERUM OR PLASMA | 126 | 80-158 | UG/DL | | Final | 02 |
| | Detection Limit = 5 | | | | | |
| RESULT NOTE | FASTING NO<br>Test(s) 001586-Copper, Serum or Plasma<br>was developed and its performance characteristics determined<br>by Labcorp. It has not been cleared or approved by the Food<br>and Drug Administration. | | | | | |

Exhibit 14 MLF000107

**Lincoln/Guerrero 1584**

**GUERRERO, Sabrina M (id #1389974, dob:**

## MAGNESIUM 05/13/2022 (#29540523, Final, 05/03/2022 2:46pm)

| | |
|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | CYDNEY VANOSDALE, NP | Performing Lab | LABCORP KNOXVILLE (01)<br>LABCORP KNOXVILLE<br>LISA D DUNCAN<br>1924 ALCOA HWY BOX 108<br>KNOXVILLE, TN 379201511<br><br>Account ID: 41027710 |
| Specimen/Accession ID | 45032554900 | Specimen Source | |
| Specimen Coll. Date | 05/03/2022 14:46 | Result Status | Final |
| Specimen Rec. Date | 05/03/2022 00:00 | Report Status | |
| Specimen Reported Date | 05/13/2022 05:07 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| MAGNESIUM | 2.1 | 1.6-2.3 | MG/DL | | Final | 01 |
| RESULT NOTE | FASTING NO | | | | | |

## VITAMIN B12-001503-P 05/13/2022 (#29540522, Final, 05/03/2022 2:46pm)

| | |
|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | CYDNEY VANOSDALE, NP | Performing Lab | LABCORP KNOXVILLE (01)<br>LABCORP KNOXVILLE<br>LISA D DUNCAN<br>1924 ALCOA HWY BOX 108<br>KNOXVILLE, TN 379201511<br><br>Account ID: 41027710 |
| Specimen/Accession ID | 45032554900 | Specimen Source | |
| Specimen Coll. Date | 05/03/2022 14:46 | Result Status | Final |
| Specimen Rec. Date | 05/03/2022 00:00 | Report Status | |
| Specimen Reported Date | 05/13/2022 05:07 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| VITAMIN B12 | 771 | 232-1245 | PG/ML | | Final | 01 |
| RESULT NOTE | FASTING NO | | | | | |

**GUERRERO, Sabrina M (id #1389974, dob:**

## VITAMIN D, 25-HYDROXY-081950-P 05/13/2022 (#29540521, Final, 05/03/2022 2:46pm)

| | |
|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | CYDNEY VANOSDALE, NP | Performing Lab | LABCORP KNOXVILLE (01)<br>LABCORP KNOXVILLE<br>LISA D DUNCAN<br>1924 ALCOA HWY BOX 108<br>KNOXVILLE, TN 379201511<br><br>Account ID: 41027710 |
| Specimen/Accession ID | 45032554900 | Specimen Source | |
| Specimen Coll. Date | 05/03/2022 14:46 | Result Status | Final |
| Specimen Rec. Date | 05/03/2022 00:00 | Report Status | |
| Specimen Reported Date | 05/13/2022 05:07 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| VITAMIN D, 25-HYDROXY | 69.8 | 30.0-100.0 | NG/ML | | Final | 01 |

Vitamin D deficiency has been defined by the Institute of Medicine and an Endocrine Society practice guideline as a level of serum 25-OH vitamin D less than 20 ng/mL (1,2). The Endocrine Society went on to further define vitamin D insufficiency as a level between 21 and 29 ng/mL (2).

1. IOM (Institute of Medicine). 2010. Dietary reference intakes for calcium and D. Washington DC: The National Academies Press.
2. Holick MF, Binkley NC, Bischoff-Ferrari HA, et al. Evaluation, treatment, and prevention of vitamin D deficiency: an Endocrine Society clinical practice guideline. JCEM. 2011 Jul; 96(7):1911-30.

| | |
|---|---|
| RESULT NOTE | FASTING NO |

Exhibit 14 MLF000109

**Lincoln/Guerrero 1586**

**GUERRERO, Sabrina M (id #1389974, dob:**

## VITAMIN A, SERUM 05/13/2022 (#29540520, Final, 05/03/2022 2:46pm)

| | | | |
|---|---|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | CYDNEY VANOSDALE, NP | Performing Lab | LABCORP BURLINGTON (02)<br>LABCORP BURLINGTON<br>SANJAI NAGENDRA<br>1447 YORK COURT<br>BURLINGTON, NC 272153361<br><br>Account ID: 41027710 |
| Specimen/Accession ID | 45032554900 | Specimen Source | |
| Specimen Coll. Date | 05/03/2022 14:46 | Result Status | Final |
| Specimen Rec. Date | 05/03/2022 00:00 | Report Status | |
| Specimen Reported Date | 05/13/2022 05:07 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| VITAMIN A | 47.8 | 20.1-62.0 | UG/DL | | Final | 02 |
| | Reference intervals for vitamin A determined from LabCorp internal studies. Individuals with vitamin A less than 20 ug/dL are considered vitamin A deficient and those with serum concentrations less than 10 ug/dL are considered severely deficient.<br><br>This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration. | | | | | |
| RESULT NOTE | FASTING NO | | | | | |

Exhibit 14 MLF000110

**Lincoln/Guerrero 1587**

**GUERRERO, Sabrina M (id #1389974, dob:**

## FOLATE (FOLIC ACID), SERUM-002014-P 05/13/2022 (#29540519, Final, 05/03/2022 2:46pm)

| | | | |
|---|---|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. | | |
| Ordering Provider | CYDNEY VANOSDALE, NP | Performing Lab | LABCORP KNOXVILLE (01)<br>LABCORP KNOXVILLE<br>LISA D DUNCAN<br>1924 ALCOA HWY BOX 108<br>KNOXVILLE, TN 379201511<br><br>Account ID: 41027710 |
| Specimen/Accession ID | 45032554900 | Specimen Source | |
| Specimen Coll. Date | 05/03/2022 14:46 | Result Status | Final |
| Specimen Rec. Date | 05/03/2022 00:00 | Report Status | |
| Specimen Reported Date | 05/13/2022 05:07 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| FOLATE (FOLIC ACID), SERUM | 17.4 | >3.0 | NG/ML | | Final | 01 |
| | A serum folate concentration of less than 3.1 ng/mL is considered to represent clinical deficiency. | | | | | |
| RESULT NOTE | FASTING NO | | | | | |

Exhibit 14 MLF000111

**Lincoln/Guerrero 1588**

**GUERRERO, Sabrina M (id #1389974, dob:**

## IRON AND TIBC 05/13/2022 (#29540518, Final, 05/03/2022 2:46pm)

| | |
|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | CYDNEY VANOSDALE, NP | Performing Lab | LABCORP KNOXVILLE (01)<br>LABCORP KNOXVILLE<br>LISA D DUNCAN<br>1924 ALCOA HWY BOX 108<br>KNOXVILLE, TN 379201511<br><br>Account ID: 41027710 |
| Specimen/Accession ID | 45032554900 | Specimen Source | |
| Specimen Coll. Date | 05/03/2022 14:46 | Result Status | Final |
| Specimen Rec. Date | 05/03/2022 00:00 | Report Status | |
| Specimen Reported Date | 05/13/2022 05:07 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| IRON BIND.CAP.(TIBC) | 355 | 250-450 | UG/DL | | Final | 01 |
| UIBC | 313 | 131-425 | UG/DL | | Final | 01 |
| IRON | 42 | 27-159 | UG/DL | | Final | 01 |
| **IRON SATURATION** | **12** | **15-55** | **%** | **BELOW LOW NORMAL** | **Final** | **01** |
| RESULT NOTE | FASTING NO | | | | | |

Exhibit 14 MLF000112

**Lincoln/Guerrero 1589**

**GUERRERO, Sabrina M (id #1389974, dob:**

## COMP. METABOLIC PANEL (14)-322000-P 05/13/2022 (#29540517, Final, 05/03/2022 2:46pm)

| | | | |
|---|---|---|---|
| Note to Patient | Your Alkaline Phosphate is elevated. This will be sent to your PCP for review. | | |
| Ordering Provider | CYDNEY VANOSDALE, NP | Performing Lab | LABCORP KNOXVILLE (01)<br>LABCORP KNOXVILLE<br>LISA D DUNCAN<br>1924 ALCOA HWY BOX 108<br>KNOXVILLE, TN 379201511<br><br>Account ID: 41027710 |
| Specimen/Accession ID | 45032554900 | Specimen Source | |
| Specimen Coll. Date | 05/03/2022 14:46 | Result Status | Final |
| Specimen Rec. Date | 05/03/2022 00:00 | Report Status | |
| Specimen Reported Date | 05/13/2022 05:07 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| **GLUCOSE** | **102** | **65-99** | **MG/DL** | **ABOVE HIGH NORMAL** | **Final** | **01** |
| BUN | 15 | 6-24 | MG/DL | | Final | 01 |
| CREATININE | 0.64 | 0.57-1.00 | MG/DL | | Final | 01 |
| EGFR | 106 | >59 | ML/MIN/1.73 | | Final | 01 |
| BUN/CREATININE RATIO | 23 | 9-23 | | | Final | 01 |
| SODIUM | 141 | 134-144 | MMOL/L | | Final | 01 |
| POTASSIUM | 4.2 | 3.5-5.2 | MMOL/L | | Final | 01 |
| CHLORIDE | 102 | 96-106 | MMOL/L | | Final | 01 |
| CARBON DIOXIDE, TOTAL | 22 | 20-29 | MMOL/L | | Final | 01 |
| CALCIUM | 9.3 | 8.7-10.2 | MG/DL | | Final | 01 |
| PROTEIN, TOTAL | 6.7 | 6.0-8.5 | G/DL | | Final | 01 |
| ALBUMIN | 4.0 | 3.8-4.9 | G/DL | | Final | 01 |
| GLOBULIN, TOTAL | 2.7 | 1.5-4.5 | G/DL | | Final | 01 |
| A/G RATIO | 1.5 | 1.2-2.2 | | | Final | 01 |
| BILIRUBIN, TOTAL | 0.2 | 0.0-1.2 | MG/DL | | Final | 01 |
| **ALKALINE PHOSPHATASE** | **158** | **44-121** | **IU/L** | **ABOVE HIGH NORMAL** | **Final** | **01** |
| AST (SGOT) | 16 | 0-40 | IU/L | | Final | 01 |
| ALT (SGPT) | 30 | 0-32 | IU/L | | Final | 01 |
| RESULT NOTE | FASTING NO | | | | | |

Exhibit 14 MLF000113

**Lincoln/Guerrero 1590**

## CBC/DIFF AMBIGUOUS DEFAULT 05/13/2022 (#29540516, Final, 05/03/2022 2:46pm)

| | |
|---|---|
| Note to Patient | Your recent test results are within normal limits. We look forward to seeing you at your next appointment. |

| | | | |
|---|---|---|---|
| Ordering Provider | CYDNEY VANOSDALE, NP | Performing Lab | LABCORP KNOXVILLE (01)<br>LABCORP KNOXVILLE<br>LISA D DUNCAN<br>1924 ALCOA HWY BOX 108<br>KNOXVILLE, TN 379201511<br><br>Account ID: 41027710 |
| Specimen/Accession ID | 45032554900 | Specimen Source | |
| Specimen Coll. Date | 05/03/2022 14:46 | Result Status | Final |
| Specimen Rec. Date | 05/03/2022 00:00 | Report Status | |
| Specimen Reported Date | 05/13/2022 05:07 | | |

**GUERRERO, Sabrina M (id #1389974, dob:**

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WBC | 9.3 | 3.4-10.8 | X10E3/UL | | Final | 01 |
| RBC | 5.02 | 3.77-5.28 | X10E6/UL | | Final | 01 |
| HEMOGLOBIN | 15.1 | 11.1-15.9 | G/DL | | Final | 01 |
| HEMATOCRIT | 45.5 | 34.0-46.6 | % | | Final | 01 |
| MCV | 91 | 79-97 | FL | | Final | 01 |
| MCH | 30.1 | 26.6-33.0 | PG | | Final | 01 |
| MCHC | 33.2 | 31.5-35.7 | G/DL | | Final | 01 |
| RDW | 13.9 | 11.7-15.4 | % | | Final | 01 |
| PLATELETS | 277 | 150-450 | X10E3/UL | | Final | 01 |
| NEUTROPHILS | 64 | NOT ESTAB. | % | | Final | 01 |
| LYMPHS | 26 | NOT ESTAB. | % | | Final | 01 |
| MONOCYTES | 6 | NOT ESTAB. | % | | Final | 01 |
| EOS | 3 | NOT ESTAB. | % | | Final | 01 |
| BASOS | 1 | NOT ESTAB. | % | | Final | 01 |
| IMMATURE CELLS | NP | | | | Cancelled | 01 |
| NEUTROPHILS (ABSOLUTE) | 5.9 | 1.4-7.0 | X10E3/UL | | Final | 01 |
| LYMPHS (ABSOLUTE) | 2.4 | 0.7-3.1 | X10E3/UL | | Final | 01 |
| MONOCYTES(ABSOLUTE) | 0.6 | 0.1-0.9 | X10E3/UL | | Final | 01 |
| EOS (ABSOLUTE) | 0.3 | 0.0-0.4 | X10E3/UL | | Final | 01 |
| BASO (ABSOLUTE) | 0.1 | 0.0-0.2 | X10E3/UL | | Final | 01 |
| IMMATURE GRANULOCYTES | 0 | NOT ESTAB. | % | | Final | 01 |
| IMMATURE GRANS (ABS) | 0.0 | 0.0-0.1 | X10E3/UL | | Final | 01 |
| NRBC | 0 | 0 - 0 | % | | Final | 01 |
| HEMATOLOGY COMMENTS: | NP | | | | Cancelled | 01 |
| | A hand-written panel/profile was received from your office. In accordance with the LabCorp Ambiguous Test Code Policy dated July 2003, we have assigned CBC with Differential/Platelet, Test Code #005009 to this request. If this is not the testing you wished to receive on this specimen, please contact the LabCorp Client Inquiry/Technical Services Department to clarify the test order. We appreciate your business. | | | | | |
| RESULT NOTE | FASTING NO | | | | | |

Exhibit 14 MLF000115

**Lincoln/Guerrero 1592**

**GUERRERO, Sabrina M (id #1389974, dob:**
**Encounter Date: 11/13/2023**

Patient

| | | | |
|---|---|---|---|
| **Name** | GUERRERO, SABRINA (54yo, F) ID# 1389974 | **Appt. Date/Time** | 11/13/2023 01:30PM |
| **DOB** | | **Service Dept.** | TPS_TENNOVA SURGICAL ASSOCIATES |
| **Provider** | NITIN RANGNEKAR, MD | | |
| **Insurance** | Med Primary: BCBS-TN - NETWORK S<br>Insurance # : STTS00402622<br>Policy/Group # : 80860<br>Employer Name : AMEDYSIS<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

## Chief Complaint

**Transition of Care Encounter**
Follow Up

## Patient's Care Team

**Referring Provider:** STEPHEN BOYCE MD: 10810 PARKSIDE DR STE 305, KNOXVILLE, TN 37934, Ph (865) 392-3971, Fax (865) 392-3972 NPI: 1093822553
**Primary Care Provider:** FLOYD E PHILLIPS MD: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1942297916
**Referring Provider:** AMBER M MOORE FNP: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1396184222

## Patient's Pharmacies

**SAM'S CLUB PHARMACY 6572 (ERX): 2920 KNOXVILLE CENTER DRIVE, KNOXVILLE, TN 37924, Ph (865) 637-0643, Fax (865) 637-1803**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Wt:** | 339 lbs 11/13/2023 01:13 pm | **BP:** | 140/90 11/13/2023 01:14 pm | **Pulse:** | 99 bpm 11/13/2023 01:14 pm |
| **Ht:** | 5 ft 5 in 11/13/2023 01:13 pm | **BMI:** | 56.4 11/13/2023 01:13 pm | | |

## Measurements

None recorded.

## Allergies

Reviewed Allergies

**SULFA (SULFONAMIDE ANTIBIOTICS)**: Hives

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 11/01/23 | filled |
| **B12 5,000 mcg-100 mcg sublingual lozenge**<br>Place by sublingual route. | 02/22/21 | entered |
| **Bariatric Multivitamins** | 02/06/20 | entered |
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 06/05/23 | filled |

Exhibit 15 MLF000001

**Lincoln/Guerrero 1593**

**GUERRERO, Sabrina M (id #1389974, dob:**

| | | |
|---|---|---|
| **cetirizine 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 11/13/23 | entered |
| **clopidogreL 75 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/11/23 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 11/03/23 | filled |
| **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 07/29/23 | filled |
| **hydrOXYzine HCL 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME | 10/24/23 | filled |
| **ICaps AREDS**<br>1 pill in AM and 1 pill in PM | 04/26/23 | entered |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/04/23 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/11/23 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 08/15/23 | filled |
| **modafiniL 200 mg tablet**<br>TAKE 1 TABLET BY MOUTH IN THE MORNING | 10/16/23 | filled |
| **ondansetron HCL 4 mg tablet**<br>Take by mouth, 1 tablet every 4 hrs, or 2 tabs every 8 hrs. Max 5 tabs in 24 hrs. | 12/06/22 | filled |
| **pantoprazole 20 mg tablet,delayed release**<br>Take 2 tablets by mouth once daily | 11/11/23 | filled |
| **Qulipta 60 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 09/16/23 | filled |
| **Rexulti 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 10/04/23 | filled |
| **topiramate 50 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 11/13/23 | entered |
| **Trintellix 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/03/23 | filled |

**GUERRERO, Sabrina M (id #1389974, dob:**

**vitamin A palmitate** 04/26/23 entered
2500 mg every day

**Vitamin C 1,000 mg tablet** 04/26/23 entered
Take 1 tablet(s) by oral route in the morning.
**Internal Note:** 1 tablet in PM

**zinc 100 mg tablet** 04/26/23 entered
Take 1 tablet(s) every day by oral route.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | employer |

## Problems

Reviewed Problems
- Morbid obesity - Onset: 08/14/2019
- Anemia - Onset: 08/14/2019
- Chronic depression - Onset: 08/14/2019
- Obstructive sleep apnea syndrome - Onset: 07/12/2021 - Not on CPAP therapy
- Migraine without aura - Onset: 11/27/2022
- Hypertensive disorder - Onset: 08/14/2019 - on rx
- Gastroesophageal reflux disease
- Incisional hernia - Onset: 01/10/2023
- Amnesia - Onset: 04/26/2023 - due to COVID
- Dyspnea - Etiology unclear; by clinical description and course, not completely convincing for active cardiac disease presently; may still be secondary to her obesity and reduced functional capacity
- Chest pain - Etiology unclear; by clinical description and course, not convincing for active cardiac disease presently; ECG (7/7/2021) showed sinus rhythm at a rate of 91 bpm with normal intervals, leftward axis, and mild nonspecific T wave changes; no prior ECG available for comparison
- Diarrhea
- Abdominal pain
- Prediabetes - Onset: 07/12/2021 - Last HbA1c reportedly was 5.9; placed on Ozempic by PCP

## Family History

Discussed Family History

| | |
|---|---|
| Mother | - Heart disease |
| Father | - Diabetes mellitus |
| | - Heart disease |
| | - Malignant neoplastic disease |

## Social History

Discussed Social History
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Former smoker (Notes: quit 2008)
How much tobacco do you smoke?: None
When did you quit smoking?: 16+ years since last cigarette
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 11/13/2023
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: Occasional
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: no
What is your level of caffeine consumption?: Occasional

**GUERRERO, Sabrina M (id #1389974, dob:**

**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What type of diet are you following?: Regular
What is your exercise level?: None
**Marriage and Sexuality**
What is your relationship status?: Married
How many children do you have?: 1
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Education: Post Graduate
Live alone or with others?: with others
Marital status: Married
General stress level: Medium
**Gender Identity and LGBTQ Identity**
First name used: Sabrina

## Surgical History

Reviewed Surgical History
- Hernia repair
- Colonoscopy (surg) - 06/10/2019
- Repair of meniscus - 01/01/2011 - RT knee
- Gallbladder Surgery - 01/01/2001
- Gastric Bypass - 01/01/2001 - RNY

## GYN History

GYN History not reviewed (last reviewed 10/25/2023)

## Obstetric History

Obstetric History not reviewed (last reviewed 10/25/2023)

| TOTAL | FULL | PRE | AB. I | AB. S | ECTOPICS | MULTIPLE | LIVING |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | 1 |

## Past Pregnancies

vag del

## Past Medical History

Discussed Past Medical History
Allergies: **Y**
Back Pain: **Y**
Hypertension: **Y**
Obesity: **Y**

## Screening

None recorded.

## HPI

**Hernia HPI**
Reported by patient.

Location: incision; epigastric
Quality: **tender; bulging**
Severity: mild; pain level 3-5/10; unchanged with position
Duration: intermittent
Onset/Timing: intermittent
Context: no history of chronic liver disease; no family history of substance abuse; h/o Bariatric procedure.
Alleviating factors: rest
Aggravating factors: nothing makes it worse
Associated Symptoms: no nausea; no vomiting; no swelling/redness; no dysuria; no changes in urinary frequency; no hematuria; no nocturia; no lower back pain; **tenderness**

F/u to discuss recurrent , incisional hernia.

**GUERRERO, Sabrina M (id #1389974, dob:**

Was initially Referred by Dr. Boyce, MD. for recurrent incisional hernia.

## ROS

Patient reports **abdominal pain** but reports no vomiting, not vomiting blood, normal appetite, and no diarrhea;**abdominal bulge, tender.**. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no irritation, and no vision changes. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds and no nose/sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, and no known heart murmur. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. She reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no back pain, and no swelling in the extremities. She reports no abnormal mole, no jaundice, and no rashes. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no headaches. She reports no depression, no sleep disturbances, feeling safe in relationship, and no alcohol abuse. She reports no fatigue. She reports no bruising and no swollen glands. She reports no runny nose, no frequent sneezing, no sinus pressure, no itching, and no hives.

## Physical Exam

**Constitutional:** General Appearance: **morbidly obese; BMI 56.4.**

**Psychiatric:** Orientation: to time, place, and person.

**Skin:** Inspection and palpation: no rash, lesions, or induration.

**Eyes:** Pupils: PERRLA.

**ENMT:** Lips, Teeth, and Gums: normal dentition.

**Neck:** Neck: supple and FROM.

**Lungs:** Auscultation: breath sounds normal and CTA except as noted.

**Cardiovascular:** Heart Auscultation: RRR and no murmurs. Pulses including femoral / pedal: normal throughout.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: no masses or CVA tenderness and soft, non-distended, and**epigastric tenderness; bulge above umbilicus, 7-8 cm. partially reducible.**. Liver: non-tender and no hepatomegaly. Spleen: non-tender and no splenomegaly.

**Back:** Thoracolumbar Appearance: normal curvature.

**Musculoskeletal:**: Joints, Bones, and Muscles: no malalignment or tenderness and normal movement of all extremities. Extremities: no cyanosis, edema, or varicosities.

**Neurologic:** Cranial Nerves: grossly intact. Sensation: grossly intact.

## Assessment / Plan

Morbid obesity with recurrent, incisional hernia. Wants repaired. Needs Bariatric referral for consideration for revision of weight reduction surgery. Discussed high risk of recurrence if repaired now. Spent 20 min. for counseling.

**1. Recurrent ventral incisional hernia**
K43.2: Incisional hernia without obstruction or gangrene

**2. Morbid obesity**
E66.01: Morbid (severe) obesity due to excess calories

- WHEN YOU ARE OVERWEIGHT: CARE INSTRUCTIONS

### Return to Office

- JULIA BARROSO, RD for +Education 30 (CDE schedule) at TPS_TENNOVA BARIATRIC SURGERY on 11/20/2023 at 02:00 PM

## Encounter Sign-Off

Encounter signed-off by Nitin Rangnekar, MD, 11/14/2023.

Encounter performed and documented by Nitin Rangnekar, MD
Encounter reviewed & signed by Nitin Rangnekar, MD on 11/14/2023 at 9:45pm

Exhibit 15 MLF000005

**Lincoln/Guerrero 1597**

**GUERRERO, Sabrina M (id #1389974, dob:**

**Encounter Date: 02/13/2023**

Patient

| | | | |
|---|---|---|---|
| **Name** | GUERRERO, SABRINA (53yo, F) ID# 1389974 | **Appt. Date/Time** | 02/13/2023 01:40PM |
| **DOB** | | **Service Dept.** | TPS_TENNOVA SURGICAL ASSOCIATES |
| **Provider** | NITIN RANGNEKAR, MD | | |
| **Insurance** | Med Primary: BCBS-TN - NETWORK S<br>Insurance # : STTS00402622<br>Policy/Group # : 80860<br>Employer Name : AMEDYSIS<br>Prescription: check now | | |

Chief Complaint

**Transition of Care Encounter**
New Patient

Patient's Care Team

**Referring Provider:** STEPHEN BOYCE MD: 10810 PARKSIDE DR STE 305, KNOXVILLE, TN 37934, Ph (865) 392-3971, Fax (865) 392-3972 NPI: 1093822553
**Primary Care Provider:** FLOYD E PHILLIPS MD: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1942297916
**Referring Provider:** AMBER M MOORE FNP: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1396184222

Patient's Pharmacies

**SAM'S CLUB PHARMACY 6572 (ERX): 2920 KNOXVILLE CENTER DRIVE, KNOXVILLE, TN 37924, Ph (865) 637-0643, Fax (865) 637-1803**

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Wt:** | 344 lbs 02/13/2023 01:44 pm | **BP:** | 120/78 02/13/2023 01:44 pm | **Pulse:** | 84 bpm 02/13/2023 01:44 pm |
| **Ht:** | 5 ft 5 in 02/13/2023 01:43 pm | **BMI:** | 57.2 02/13/2023 01:44 pm | | |

Measurements

None recorded.

Allergies

Reviewed Allergies

**SULFA (SULFONAMIDE ANTIBIOTICS)**: Hives

Medications

Reviewed Medications

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 11/07/22 | filled |
| **B12 5,000 mcg-100 mcg sublingual lozenge**<br>Place by sublingual route. | 02/22/21 | entered |
| **Bariatric Multivitamins** | 02/06/20 | entered |
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 01/05/23 | filled |

Exhibit 15 MLF000006

**Lincoln/Guerrero 1598**

**GUERRERO, Sabrina M (id #1389974, dob:**

| | | |
|---|---|---|
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 01/20/23 | filled |
| **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 01/27/23 | filled |
| **FeroSuL 325 mg (65 mg iron) tablet**<br>TAKE 1 TABLET BY MOUTH ON MONDAY, WEDNESDAY AND FRIDAY FOR 24 DOSES. TAKE WITH ORANGE JUICE OR VITAMIN C ON AN EMPTY STOMACH. | 11/28/22 | filled |
| **hydrocortisone 2.5 % topical cream**<br>APPLY CREAM TO AFFECTED AREA(S) TWICE DAILY MONDAY-FRIDAY, SKIP WEEKENDS. | 11/14/22 | filled |
| **hydrOXYzine HCL 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME | 01/24/23 | filled |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/04/23 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/09/22 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 11/22/22 | filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/04/23 | filled |
| **modafiniL 200 mg tablet**<br>TAKE 1 TABLET BY MOUTH IN THE MORNING FOR DAYTIME HYPERSOMNIA | 02/02/23 | filled |
| **Nystop 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY THREE TIMES DAILY, MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED | 05/16/22 | filled |
| **ondansetron HCL 4 mg tablet**<br>Take by mouth, 1 tablet every 4 hrs, or 2 tabs every 8 hrs. Max 5 tabs in 24 hrs. | 12/06/22 | filled |
| **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG UNDER THE SKIN ONCE PER WEEK AS DIRECTED | 11/03/22 | filled |
| **topiramate 25 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 30 days. | 01/23/23 | filled |
| **topiramate 50 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days.<br>**Internal Note:** Take with 25mg tablet for a total of 75mg.<br>**Note:** Take with 25mg tablet for a total of 75mg. | 01/23/23 | prescribed |

Exhibit 15 MLF000007

**Lincoln/Guerrero 1599**

**GUERRERO, Sabrina M (id #1389974, dob:**

**Trintellix 10 mg tablet** 02/10/23 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY

**Ubrelvy 100 mg tablet** 02/09/23 filled

**valsartan 80 mg tablet** 11/08/22 filled
TAKE 1 TABLET BY MOUTH EVERY DAY

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt | Route | Site | NDC | Lot # | Mfr | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | employer |

## Problems

Reviewed Problems

- Morbid obesity - Onset: 08/14/2019
- Anemia - Onset: 08/14/2019
- Chronic depression - Onset: 08/14/2019
- Obstructive sleep apnea syndrome - Onset: 07/12/2021 - Not on CPAP therapy
- Migraine without aura - Onset: 11/27/2022
- Hypertensive disorder - Onset: 08/14/2019 - on rx
- Gastroesophageal reflux disease
- Incisional hernia - Onset: 01/10/2023
- Hernia of abdominal cavity - Onset: 02/06/2020
- Dyspnea - Etiology unclear; by clinical description and course, not completely convincing for active cardiac disease presently; may still be secondary to her obesity and reduced functional capacity
- Chest pain - Etiology unclear; by clinical description and course, not convincing for active cardiac disease presently; ECG (7/7/2021) showed sinus rhythm at a rate of 91 bpm with normal intervals, leftward axis, and mild nonspecific T wave changes; no prior ECG available for comparison
- Diarrhea
- Abdominal pain
- Prediabetes - Onset: 07/12/2021 - Last HbA1c reportedly was 5.9; placed on Ozempic by PCP
- Family history of Cardiovascular disease - Onset: 07/12/2021 - Reported family history of heart disease in both parents

## Family History

Discussed Family History

| | |
|---|---|
| Mother | - Heart disease |
| Father | - Diabetes mellitus |
| | - Heart disease |
| | - Malignant neoplastic disease |

## Social History

Discussed Social History
**Advance Directive**
Do you have an advance directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Former smoker (Notes: quit 2008)
How much tobacco do you smoke?: None
When did you quit smoking?: 16+ years since last cigarette
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 02/13/2023
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: Occasional
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: no
What is your level of caffeine consumption?: Occasional
**Activities of Daily Living**

**GUERRERO, Sabrina M (id #1389974, dob:**

Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No

**Diet and Exercise**
What type of diet are you following?: Regular
What is your exercise level?: None

**Marriage and Sexuality**
What is your relationship status?: Married
How many children do you have?: 1

**Public Health and Travel**
Have you recently traveled abroad?: No

**Other**
Education: Post Graduate
Live alone or with others?: with others
Marital status: Married
General stress level: Medium

**Gender Identity and LGBTQ Identity**
First name used: Sabrina

## Surgical History

Reviewed Surgical History
- Hernia repair
- Colonoscopy (surg) - 06/10/2019
- Repair of meniscus - 01/01/2011 - RT knee
- Gallbladder Surgery - 01/01/2001
- Gastric Bypass - 01/01/2001 - RNY

## Obstetric History

Obstetric History not reviewed (last reviewed 09/13/2016)

## Past Medical History

Discussed Past Medical History
Allergies: **Y**
Back Pain: **Y**
Hypertension: **Y**
Obesity: **Y**

## Screening

None recorded.

## HPI

**Hernia HPI**
Reported by patient.

Location: incision; epigastric
Quality: **tender; bulging**
Severity: mild; pain level 3-5/10; unchanged with position
Duration: intermittent
Onset/Timing: intermittent
Context: no history of chronic liver disease; no family history of substance abuse; h/o Bariatric procedure.
Alleviating factors: rest
Aggravating factors: nothing makes it worse
Associated Symptoms: no nausea; no vomiting; no swelling/redness; no dysuria; no changes in urinary frequency; no hematuria; no nocturia; no lower back pain; **tenderness**

Referred by Dr. Boyce, MD. for recurrent incisional hernia.

## ROS

Patient reports **abdominal pain** but reports no vomiting, not vomiting blood, normal appetite, and no diarrhea;**abdominal bulge, tender.**. She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no irritation, and no vision changes. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds and no nose/sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, and no known heart murmur. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. She reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no back pain, and no swelling in the extremities. She reports no abnormal mole, no jaundice, and no rashes. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no headaches. She reports no depression, no sleep disturbances, feeling safe in relationship, and no alcohol abuse. She reports no fatigue. She reports no bruising and no swollen glands. She reports no

runny nose, no frequent sneezing, no sinus pressure, no itching, and no hives.

## Physical Exam

**Constitutional:** General Appearance: **morbidly obese; BMI 57.2.**

**Psychiatric:** Orientation: to time, place, and person.

**Skin:** Inspection and palpation: no rash, lesions, or induration.

**Eyes:** Pupils: PERRLA.

**ENMT:** Lips, Teeth, and Gums: normal dentition.

**Neck:** Neck: supple and FROM.

**Lungs:** Auscultation: breath sounds normal and CTA except as noted.

**Cardiovascular:** Heart Auscultation: RRR and no murmurs. Pulses including femoral / pedal: normal throughout.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: no masses or CVA tenderness and soft, non-distended, and**epigastric tenderness; bulge around umbilicus, 7-8 cm. partially reducible.**. Liver: non-tender and no hepatomegaly. Spleen: non-tender and no splenomegaly.

**Back:** Thoracolumbar Appearance: normal curvature.

**Musculoskeletal::** Joints, Bones, and Muscles: no malalignment or tenderness and normal movement of all extremities. Extremities: no cyanosis, edema, or varicosities.

**Neurologic:** Cranial Nerves: grossly intact. Sensation: grossly intact.

## Assessment / Plan

Recurrent incisional hernia with morbid obesity. Recommended weight reduction before surgery, as there is high risk of recurrence of hernia, with obesity. All questions answered. Spent 20 min. F/u in 3 months. Spent 20 min.

**1. Morbid obesity**
E66.01: Morbid (severe) obesity due to excess calories
- WHEN YOU ARE OVERWEIGHT: CARE INSTRUCTIONS

**2. Recurrent ventral incisional hernia**
K43.2: Incisional hernia without obstruction or gangrene

### Return to Office

- to see CYDNEY VANOSDALE, NP for Annual Visit 30 at TPS_TENNOVA BARIATRIC SURGERY on or around 04/27/2023

## Encounter Sign-Off

Encounter signed-off by Nitin Rangnekar, MD, 02/18/2023.

Encounter performed and documented by Nitin Rangnekar, MD
Encounter reviewed & signed by Nitin Rangnekar, MD on 02/18/2023 at 6:26pm

## Clinical Documents

**GUERRERO, Sabrina M (id #1389974, dob:**



GUERRERO, Sabrina M (id #1389974, dob:

**KNOXVILLE HMA PHYSICIAN MANAGEMENT LLC**
Tennova Surgical Associates
10810 PARKSIDE DR STE G-12
KNOXVILLE, TN 37934-1982
Phone: (865) 218-6085
Fax: (865) 218-6086

**Encounter Summary - Progress Note**
Date Printed: 11/13/2023

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:35041338-H-4694]

| | |
|---|---|
| **Patient** | Guerrero, Sabrina M (54yo, F) #1389974 |
| **DOB** | |

Patient Demographics:

| | | | |
|---|---|---|---|
| **Address** | 905 River Road<br>Kodak, TN 37764 | **Home Phone** | (865)654-1795 |
| | | **Work Phone** | |

Encounter Notes:

| | |
|---|---|
| **Encounter Reason/Date** | Follow Up<br>11/13/2023 - 01:30PM - TPS_TENNOVA SURGICAL ASSOCIATES |
| **History of Present Illness** | None recorded |
| **Review of Systems** | Patient reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no irritation, and no vision changes. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds and no nose/sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, and no known heart murmur. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no vomiting, not vomiting blood, no abdominal pain, normal appetite, and no diarrhea. She reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. She reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no back pain, and no swelling in the extremities. She reports no abnormal mole, no jaundice, and no rashes. She reports no loss of consciousness, no weakness, no numbness, no seizures, no dizziness, and no headaches. She reports no depression, no sleep disturbances, feeling safe in relationship, and no alcohol abuse. She reports no fatigue. She reports no bruising and no swollen glands. She reports no runny nose, no frequent sneezing, no sinus pressure, no itching, and no hives. |
| **Vitals** | **Wt:** 339 lbs; **BP:** 140/90; **Pulse:** 99 bpm; **Ht:** 5 ft 5 in; **BMI:** 56.4 |
| **Procedure** | None recorded |
| **Results/Interpretations** | None recorded |

**GUERRERO, Sabrina M (id #1389974, dob:**

| | |
|---|---|
| **Physical Exam** | None recorded |
| **Assessment and Plan** | None recorded<br>**Return to Office**<br>• JULIA BARROSO, RD for +Education 30 (CDE schedule) at TPS_TENNOVA BARIATRIC SURGERY on 11/20/2023 at 02:00 PM |

Patient Medical History:

| | | | |
|---|---|---|---|
| **Allergies List** | Reviewed Allergies | | |
| | **SULFA (SULFONAMIDE ANTIBIOTICS)**: Hives | | |
| **Medications** | Reviewed Medications | | |
| | **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler** USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 11/01/23 | filled |
| | **B12 5,000 mcg-100 mcg sublingual lozenge** Place by sublingual route. | 02/22/21 | entered |
| | **Bariatric Multivitamins** | 02/06/20 | entered |
| | **calcitriol 0.5 mcg capsule** TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 06/05/23 | filled |
| | **cetirizine 10 mg tablet** Take 1 tablet(s) every day by oral route. | 11/13/23 | entered |
| | **clopidogreL 75 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/11/23 | filled |
| | **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule** TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 11/03/23 | filled |
| | **famotidine 40 mg tablet** TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 07/29/23 | filled |
| | **hydrOXYzine HCL 25 mg tablet** TAKE 1 TABLET BY MOUTH AT BEDTIME | 10/24/23 | filled |
| | **ICaps AREDS** 1 pill in AM and 1 pill in PM | 04/26/23 | entered |
| | **magnesium oxide 400 mg (241.3 mg magnesium) tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/04/23 | filled |
| | **meloxicam 15 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/11/23 | filled |
| | **minocycline 100 mg capsule** TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 08/15/23 | filled |
| | **modafiniL 200 mg tablet** TAKE 1 TABLET BY MOUTH IN THE MORNING | 10/16/23 | filled |
| | **ondansetron HCL 4 mg tablet** Take by mouth, 1 tablet every 4 hrs, or 2 tabs every 8 hrs. Max 5 tabs in 24 hrs. | 12/06/22 | filled |
| | **pantoprazole 20 mg tablet,delayed release** Take 2 tablets by mouth once daily | 11/11/23 | filled |
| | **Qulipta 60 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 09/16/23 | filled |
| | **Rexulti 1 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 10/04/23 | filled |
| | **topiramate 50 mg tablet** Take 1 tablet(s) every day by oral route for 30 days. | 11/13/23 | entered |
| | **Trintellix 10 mg tablet** TAKE 1 TABLET BY MOUTH ONCE DAILY | 11/03/23 | filled |
| | **vitamin A palmitate** 2500 mg every day | 04/26/23 | entered |
| | **Vitamin C 1,000 mg tablet** Take 1 tablet(s) by oral route in the morning. | 04/26/23 | entered |
| | **zinc 100 mg tablet** Take 1 tablet(s) every day by oral route. | 04/26/23 | entered |

**GUERRERO, Sabrina M (id #1389974, dob:**

**Barton C. Solomon**
Licensed Georgia and Tennessee
bsolomon@mcmahanfirm.com

**D. Seth Holliday**
Licensed Georgia, Tennessee and Illinois
sholliday@mcmahanfirm.com

MCMAHAN LAW FIRM, LLC

*Fighting for the Injured and Disabled*
700 S. Thornton Avenue
P.O. Box 1607
Dalton, GA 30722
706-217-6118 • Fax 706-217-6880

**Dakota Tankersley**
Licensed Georgia
dtankersley@mcmahanfirm.com

March 25, 2024

VIA CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO. 9589 0710 5270 0125 2301 36
Ashley Moultrie
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68103-2578

Re: Sabrina Guerrero
Claim #: 12827197

Dear Ms. Moultrie:

Enclosed please find the following exhibits:

Exhibit 2: Medical Source Statement from Dr. Phillips dated 3/19/24.

Exhibit 3: Benefit verification letter.

**Exhibit 4: Medical records from Baptist Eye Surgeons dated 2/20/23.**

**Exhibit 5: Medical records from Center for Post Covid Care dated 7/20/22 through 12/20/23.**

**Exhibit 6: Medical records from Dr. Hussain dated 2/15/23 through 12/12/23.**

**Exhibit 7: Medical records from East Tennessee Pulmonary & Sleep dated 7/14/22 through 10/24/23.**

**Exhibit 8: Medical records from Endocrinology Consultants dated 11/1/18 through 8/2/23.**

**Exhibit 9: Medical records from Fast Pace Kodak Health dated 12/26/23.**

**Exhibit 10: Medical records from Orthopedic Clinic dated 9/27/23 through 12/19/23.**

**Exhibit 11: Medical records from Lifestance Therapists dated 8/10/22 through 2/18/24.**

**Exhibit 12: Medical records from Phillips Healthcare Group.**

**Exhibit 13: Medical records from St. Lukes Therapy Services dated 3/21/22 through 6/22/22.**

**Exhibit 14: Medical records from Tennova Bariatric Surgery dated 2/22/21 through 12/13/23.**

**Exhibit 15: Medical records from Tennova Surgical Associates dated 2/18/23 through 11/13/23.**

**Exhibit 16: Notice of Award from Social Security Administration dated 9/26/23.**

**I respectfully request you issue a favorable decision at this time.**

**Sincerely,**

**D. Seth Holliday**

**DSH/jh**

List Of Records Submitted In The Case Of
Sabrina Guerrero
claim number: 12827197


| Ex. No. | Contents | No. Pgs. |
|---|---|---|
| **Medical records submitted via letter dated January 17, 2024** | | |
| Exhibit 1: | Request to Admit. | 101 |
| Exhibits submitted via letter dated March 25, 2024 | | |
| Exhibit 2: | Medical Source Statement from Dr. Phillips dated 3/19/24. | 3 |
| Exhibit 3: | Benefit verification letter. | 4 |
| **Exhibit 4:** | **Medical records from Baptist Eye Surgeons dated 2/20/23.** | **4** |
| **Exhibit 5:** | **Medical records from Center for Post Covid Care dated 7/20/22 through 12/20/23.** | **413** |
| **Exhibit 6:** | **Medical records from Dr. Hussain dated 2/15/23 through 12/12/23.** | **109** |
| **Exhibit 7:** | **Medical records from East Tennessee Pulmonary & Sleep dated 7/14/22 through 10/24/23.** | **24** |
| **Exhibit 8:** | **Medical records from Endocrinology Consultants dated 11/1/18 through 8/2/23.** | **55** |
| **Exhibit 9:** | **Medical records from Fast Pace Kodak Health dated 12/26/23.** | **11** |
| **Exhibit 10:** | **Medical records from Orthopedic Clinic dated 9/27/23 through 12/19/23.** | **23** |
| **Exhibit 11:** | **Medical records from Lifestance Therapists dated 8/10/22 through 2/18/24.** | **196** |
| **Exhibit 12:** | **Medical records from Phillips Healthcare Group.** | **500** |
| **Exhibit 13:** | **Medical records from St. Lukes Therapy Services dated 3/21/22 through 6/22/22.** | **43** |

**Exhibit 14: Medical records from Tennova Bariatric Surgery dated 2/22/21 through 12/13/23.** **115**

**Exhibit 15: Medical records from Tennova Surgical Associates dated 2/18/23 through 11/13/23.** **13**

**Exhibit 16: Notice of Award from Social Security Administration dated 9/26/23.** **6**

From: LFGNotifications@LFG.com
Sent: Thursday, March 7, 2024 10:11:42 AM
To: SHOLLIDAY@MCMAHANFIRM.COM;
CC:
BCC:
Subject: [Send Secure]Gentiva Health Services, LLC Claim No. 12827197 Sabrina Guerrero
Attachments: ggn4h7litb1seun8t8sh_17348522.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

March 7, 2024

McMahen Law Firm, LLC
700 S. THORNTON AVE
PO BOX 1607
DALTON, GA 30722

RE: Long Term Disability (LTD) Benefits
Gentiva Health Services, LLC
Claim #: 12827197
Claimant: Sabrina Guerrero

To Whom It May Concern:

We have received your second request for an extension of the appeal for Sabrina Guerrero's LTD claim.

We have approved a final 15 day extension for any additional information to be provided and to request an appeal. **No further extension will be granted.** Your final deadline to appeal is March 21, 2024.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Moultrie
LTD Sepcialist II
Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380

Barton C. Solomon
Licensed Georgia and Tennessee
bsolomon@mcmahanfirm.com

D. Seth Holliday
Licensed Georgia, Tennessee and Illinois
sholliday@mcmahanfirm.com

McMAHAN LAW FIRM, LLC

*Fighting for the Injured and Disabled*
700 S. Thornton Avenue
P.O. Box 1607
Dalton, GA 30722
706-217-6118 • Fax 706-217-6880

Dakota Tankersley
Licensed Georgia
dtankersley@mcmahanfirm.com

March 6, 2024

VIA FAX 603-334-0380

Ashley Moultire
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68103-2578

Re: Sabrina Guerrero
Claim No. 12827197

Dear Sir or Madam:

I represent Sabrina Guerrero in her claim for Long Term Disability (LTD) benefits under the Group Policy held by Gentiva Health Services, LLC. Pursuant to my contract with Ms. Guerrero and the fact that she is now represented by counsel, I would appreciate any further correspondence or communication regarding this claim be made through my office. This includes any disbursements of any funds, whether from a settlement or otherwise.

Also, this letter serves as your notice that any prior releases signed by my client to obtain medical records, medical information, personal information, or other information of any kind are hereby revoked to the extent that such authorization allows you to contact any sources of information in any manner other than by writing. You may continue to use the previously signed releases or authorizations to obtain records and reports in writing, or by telephone conference arranged through our office and electronically recorded so as to be made part of the record. Any other direct communication outside of a writing will be considered an invasion of my client's privacy.

At this time, I request the following information pertaining to this claim:

1. Please provide a copy of the entire claim file, including but not limited to:

a) any document, record or other information that was relied upon in making the benefit determination;

b) any document, record or other information that was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination;

c) any document, record or other information that demonstrates compliance with the administrative processes and safeguards required pursuant to 29 C.F.R. §2560.503-1(b)(5) in making the benefit determination; specifically any evidence or document that shows the claim procedures contain administrative processes and safeguards designed to ensure and to verify that benefit claim determinations are made in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants;

d) any document, record or other information that constitutes a statement of policy or guidance with respect to the plan concerning the denied benefit for the claimant, without regard to whether such advice or statement was relied upon in making the benefit determination;

e) any documents, reports or memorandums generated by any of the medical advisors as well as any medical text, treatises or other sources of general medical information;

f) the names and qualifications of the medical and vocational experts whose advice was obtained on behalf of the plan without regard to whether their opinion was relied upon in making the benefit determination;

g) any internal memorandum, e-mail or other similar documents generated in the course of making the benefit determination without regard to whether they were relied upon in making the benefit determination.

h) if an internal rule, guideline, protocol, or other similar criterion was relied upon in making the adverse determination, either the specific rule, guideline, protocol, or other similar criterion.

i) if any recordings have been made relative to this claim in any way, please provide complete audio copies or these tapes.

2. Please provide us a copy of any claims manuals, procedures, policies or any other internal guidelines regardless of whether they were used in this case.

3. Please provide a complete copy of the Long Term Disability Policy and Summary Plan Description.

4. Please provide the date on which the actual contents of the policy coverage or the Summary Plan Description was made available to plan participants.

5. Please provide a copy of the contract for Long Term Disability coverage between you and Gentiva Health Services, LLC.

6. Please provide the name of the employee benefit plan.

7. Please provide the name and address of the Plan Administrator.

8. Please provide the name and address of the registered agent for service of process for both the plan and the Plan Administrator.

9. Please state whether the funds for any potential benefits paid under this plan will be paid by the insurance company, by the employer, or by some other party.

10. Please state the amount of monthly benefits Ms. Guerrero will receive if a favorable determination is made.

11. Please state whether the money deducted from Ms. Guerrero's paycheck for her portion of the premium for the coverage in question was pre-tax or after-tax dollars;

12. If this plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to this claimant.

13. Please provide me with the status of this claim.

14. Please provide the last date on which the claimant can bring a legal action on this claim.

Please be advised that we intend to send you send you information and documents electronically unless you specify otherwise.

We ask that you preserve any documents relative to the claim, as well as copies of any electronic documents, E-mails or computer data, and also any audio or video recordings relative to this case.

Enclosed is a release authorization signed by our client authorizing you to provide the above information as well as a release authorization signed by our client giving permission for you to send any back benefits and future benefits to my office.

**You have an affirmative, legal, and fiduciary duty to provide the information requested. Pursuant to ERISA § 502(c), 29 USC §1132(c), documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days after the request or the plan administrator can be held personally liable for a failure or refusal to comply with this regulation with a maximum penalty of $110.00 per day.**

If you would like to discuss this claim or have any questions, please do not hesitate to contact my office.

Sincerely,

D. Seth Holliday

D. Seth Holliday

DSH/jh

Enclosure

**NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS**

**RE:** Sabrina Guerrero **SSN:**

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained D. Seth Holliday and McMahan Law Firm, LLC, as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that McMahan Law Firm, LLC, are properly paid under the legal service contract, I hereby agree that McMahan Law Firm, LLC, are granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys:

McMahan Law Firm, LLC
700 S. Thornton Avenue
Dalton, GA 30722

This direction shall remain valid until McMahan Law Firm, LLC, notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to McMahan Law Firm, LLC, (to include D. Seth Holliday) to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to D. Seth Holliday and McMahan Law Firm, LLC.

[signature] 02 / 05 / 2024

Signature Date

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by McMahan Law Firm, LLC,

By: D. Seth Holliday

Doc ID: 7c839052e24227d1391b30794aefdfdb86835e64

# LIMITED POWER OF ATTORNEY

I, Sabrina Guerrero__________, hereby constitute and appoint, **D. Seth Holliday,** as my attorney at law and in fact, with the limited authority to act as my attorney-in-fact solely with respect to my claim for disability insurance, long-term disability benefits, health insurance, life insurance, pension benefits or other employee benefits or insurance benefits. By this document I give my attorney-in-fact the authority to collect any and all documents related to my claim, the authority to collect any benefits or payments, and the authority to execute any documents necessary to prosecute my case. Specifically, I assign my benefits to McMahan Law Firm, LLC, (who has a property interest therein) solely to the extent of the attorneys fees and costs I owe him, and further, I request that any payment of benefits be made to me or my attorney-in-fact, McMahan Law Firm, LLC at the following address:

McMahan Law Firm, LLC
700 S. Thornton Avenue
Dalton, GA 30722

I also authorize and empower said attorney to endorse and affix a facsimile of my signature to documents of settlement, release, payment, or papers whatsoever expedient to the prosecution or settlement of my case. Provided however, my attorney in fact shall not approve any settlement or release on my behalf without my prior written approval in each instance. In the event of payment or payments under my case, he shall cause the proceeds thereof to become deposited into his IOLTA trust account and to make payment there from, after deduction of attorney's fees and advance expenses, and within ten (10) business days to disburse the balance of the proceeds to me. Upon my request, my attorney in fact shall promptly provide me with copies of any and all documents executed by him or on my behalf pursuant to this limited power of attorney.

This authority is valid indefinitely until revoked by me in writing at any time in the future.

This day of____________________.

Sabrina Guerrero
Signature

STATE OF ____________________
COUNTY OF ____________________

On this_____day of________________, 20____, personally appeared________________, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who acknowledged that he/she executed this document as his/her own free act and deed for the purposes therein contained.

______________________________
NOTARY PUBLIC

My Commission Expires: ____________________

Doc ID: 7c839052e24227d1391b30794aefdfdb86835e64

# ELECTRONIC MEDICAL RECORDS RELEASE AUTHORIZATION

I hereby request that Lincoln release electronic copies of my medical records pursuant to the Heath Information Technology for Economic and Clinical Health Act (HITECH Act) to my attorney, McMahan Law Firm, LLC. Please email my records to my attorney's address listed below. Or, if unable to email the electronic records, please mail a CD or a flash drive of my records to my attorney's address as listed below. If there is a fee of more than **$50.00** please send an invoice in advance to my attorney's office.

Please email the records to: ylopez@mcmahanfirm.com

**OR**

Please mail a CD or a flash drive of my records to:

McMahan Law Firm, LLC
P.O. Box 1607
Dalton, GA 30722

Patients' Name: Sabrina Guerrero

Patient's Social Security Number: ____________

DOB: ____________

Name of Physician/Facility: Lincoln
Address: ____________

**Patient or Authorized Representative's Signature:** Sabrina Guerrero

**Date:** 3-6-24 **Relationship to Patient:** ____________

**A PHOTOSTATIC OF THIS AUTHORIZATION SHALL BECONSIDERED AS VALID AS THE ORIGINAL**

Doc ID: 7c839052e24227d1391b30794aefdfdb86835e64

**RELEASE AUTHORIZATION**

To: Lincoln

Dear ____________________,

I have retained McMahan Law Firm, LLC, to act on my behalf. Please furnish any information requested by McMahan Law Firm, LLC, or its employees. I intend this form to be a broad waiver to allow McMahan Law Firm, LLC, access to any information that his employees may find helpful in my case. This release is valid for employment records, school records, medical records of all kinds relating to all physical and or/mental health problems, hospital/clinic records, insurance records, government records, records about my worker's compensation case, records held by any organization or other person or any other information about me that is requested by McMahan Law Firm, LLC.

Signature

Social Security Number

Sabrina Guerrero
Name

3-6-24
Date

**A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL**

**Barton C. Solomon**
Licensed Georgia and Tennessee
bsolomon@mcmahanfirm.com

**D. Seth Holliday**
Licensed Georgia, Tennessee and Illinois
sholliday@mcmahanfirm.com

# McMahan Law Firm, LLC

*Fighting for the Injured and Disabled*

700 S. Thornton Avenue
P.O. Box 1607
Dalton, GA 30722
706-217-6118 • Fax 706-217-6880

**Dakota Tankersley**
Licensed Georgia
dtankersley@mcmahanfirm.com

**FACSIMILE TRANSMITTAL SHEET**

| | |
|---|---|
| TO: Ashley Moultrie | FROM: Julie Howard |
| COMPANY: ***Lincoln*** | DATE: *3/4/24* |
| FAX NUMBER: 603-334-0380 | TOTAL NO. OF PAGES INCLUDING COVER: |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: Sabrina Guerrero 1287197 | YOUR REFERENCE NUMBER: |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

I respectfully request an additional 60 days in order to obtain additional evidence to support this claim.

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

PAGE 1/1 * RCVD AT 3/4/2024 7:27:25 PM [Eastern Standard Time] * SVR:VA1PWFAX101/0 * DNIS:6033340380 * CSID: * ANI:17062176880 * DURATION (mm-ss):00-35

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, February 5, 2024 4:08:55 PM |
| To: | SHOLLIDAY@MCMAHANFIRM.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Gentiva Health Services, LLC Claim No. 12827197 Sabrina Guerrero |
| Attachments: | pp3mbqeuiiumzzf8sfsd_17125946.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 5, 2024

McMahen Law Firm, LLC
700 S. THORNTON AVE
PO BOX 1607
DALTON, GA 30722

RE: Long Term Disability (LTD) Benefits
Gentiva Health Services, LLC
Claim #: 12827197
Claimant: Sabrina Guerrero

To Whom It May Concern:

We have received your request for an extension on the appeal for Sabrina Guerrero's LTD claim.

We have approved a one time 30 day extension for any additional information to be provided and to request an appeal. Your deadline to appeal is March 6, 2024.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Moultrie
LTD Sepcialist II
Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380

Barton C. Solomon
Licensed Georgia and Tennessee
bsolomon@mcmahanfirm.com

D. Seth Holliday
Licensed Georgia, Tennessee and Illinois
sholliday@mcmahanfirm.com

# MCMAHAN LAW FIRM, LLC

*Fighting for the Injured and Disabled*

700 S. Thornton Avenue
P.O. Box 1607
Dalton, GA 30722
706-217-6118 • Fax 706-217-6880

Dakota Tankersley
Licensed Georgia
dtankersley@mcmahanfirm.com

January 17, 2024

The Lincoln National Life Insurance Company
Appeal Review Unit
PO Box 2578
Omaha, NE 68172-9688

Re: Sabrina Guerrero
Claim No. 12827197

Dear Sir or Madam:

Enclosed please find the following exhibits:

Exhibit 1: Request to Admit.

This letter will serve as notice that we are appealing your decision of denial. I respectfully request an additional 60 days in order to obtain additional evidence to support this claim.

Sincerely,

D. Seth Holliday



Case 3:24-cv-00305-TAV-JEM Document 13-4 Filed 11/19/24 Page 251 of 998 PageID #: 1686

List Of Records Submitted In The Case Of
Sabrina Guerrero
claim number: 12827197

| Ex. No. | Contents | No. Pgs. |
| --- | --- | --- |
| **Medical records submitted via letter dated January 17, 2024** | | |
| Exhibit 1: | Request to Admit. | 101 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| BYRON WADE MULLIGAN,<br><br>Plaintiff,<br><br>vs.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUMPROVIDENT LIFE INSURANCE COMPANY, UNUMPROVIDENT CORPORATION, UNUM LIFE OF AMERICA INSURANCE COMPANY, UNUM GROUP, and UNUM GROUP CORPORATION,<br><br>TENNESSEE AQUARIUM, INC., GROUP LONG TERM DISABILITY PLAN, and<br><br>TENNESSEE AQUARIUM, INC.<br><br>Defendants. | : | No.: 1:10-CV-31 |

DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS

Defendants, Provident Life and Accident Insurance Company ("Provident"), Unum Life Insurance Company of America (incorrectly named herein as "Unum Life of America Insurance Company") ("Unum Life"), and Unum Group (also known as "Unum Group Corporation" in the State of Tennessee, formerly known as "UnumProvident Corporation" and incorrectly named herein as "UnumProvident Life Insurance Company") ("Unum"), respectfully respond to Plaintiff's Requests for Admissions as follows:

## GENERAL OBJECTIONS

1. Defendants object to Plaintiffs requests to the extent they are vague and ambiguous.

2. Defendants object to Plaintiffs requests to the extent they are compound and overbroad, particularly as to scope of time or geography.

3. Defendants object to Plaintiff's requests to the extent they seek information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

4. Defendant Unum generally objects on the grounds that it is merely a holding company. As alleged by the Plaintiff, the insurance policy that forms the basis of this action was issued by Provident, which is a separate corporate entity.

5. Defendant Unum Life generally objects on the grounds that it is a separate corporate entity. As alleged by the Plaintiff, the insurance policy that forms the basis of this action was issued by Provident, which is a separate corporate entity.

6. Defendants object to Plaintiff's requests on the grounds that Plaintiff's claim is a claim for benefits under a plan governed by the Employee Retirement Security Act of 1974 and, therefore, the Court's review is limited to the administrative record that was before the Defendant at the time of its final decision to deny benefits. Accordingly, to the extent these requests seek information beyond that which was contained in the administrative record at the time of the final denial benefits, Defendants object to the requests.

7. The Benefits Center Claims Manual in effect at the time Plaintiff's claim was denied will be produced in response to Plaintiff's Request for Production of Documents. The Claims Manual is a statement of the Defendants' policies and procedures for claims

handling relevant to the Plaintiff's claim. To the extent Plaintiff's individual requests seek to lift specific phrases or terms out of the Claims Manual for the purpose of obtaining an admission that might constitute an evidentiary "sound bite" at trial, outside the context of the Claims Manual as a complete document, and without any specific factual context, Defendants object on the grounds that the requests are misleading, argumentative and seek information that is not relevant to the subject matter of this action. Finally, to the extent Plaintiff's requests suggest that Defendants failed to conduct a "fair" or "thorough" review of his claim, or that they committed an "unfair or deceptive" practice with regard to his claim, Defendants object to the requests as a whole as argumentative.

Defendants adopt and incorporate by reference these general objections into each and every individual response set forth separately below.

REQUESTS FOR ADMISSIONS

1. Admit that it is Unum's policy that in order to properly consider a claim, its employees should fully investigate the relevant and applicable facts of any claim.

RESPONSE: Defendants incorporate the General Objections made above and further object to this request on the following grounds: it is vague and ambiguous, particularly with regard to the terms "in order to properly consider a claim."

Without waiving and subject to said objections, Defendants admit that the claim examiner should gather the appropriate and necessary information to thoroughly evaluate a claim. Except as admitted, Defendants deny any allegation of this request to the contrary.

2. Admit that it is Unum's policy that in order to properly consider a claim, its employees should fairly consider all information obtained regarding a claim, including that which tends to favor claim payment or continuation as well as that which tends to favor claim declination or termination.

RESPONSE: Defendants incorporate the General Objections made above and further object to this request on the following grounds: 1) it is vague and ambiguous, particularly with regard to the terms "in order to properly consider a claim;" and 2) it is compound.

Without waiving and subject to said objections, Defendants admit that the claim examiner should consider the appropriate and necessary information to thoroughly evaluate a claim, including information which tends to favor claim payment or continuation and information which tends to favor claim declination or termination. Except as admitted, Defendants deny any allegation of this request to the contrary.

3. Admit that it is Unum's policy that in order to properly consider a claim, its employees should consider the interests of their insureds at least equal to their own and to resolve undeterminable issues in their insured's favor.

RESPONSE: Defendants incorporate the General Objections made above and further object to this request on the following grounds: 1) it is compound; 2) it is vague and ambiguous, particularly with regard to the phrases "in order to properly consider a claim" and "undeterminable issues."

Without waiving the foregoing objections, Defendants admit that the claim examiner should provide a thorough, fair and objective evaluation of a claim, and fairly

consider the interests of its insureds. Except as admitted, Defendants deny any allegation of this request to the contrary.

4. Admit that it is Unum's policy that in order to properly consider a claim, that the employees who make decisions on claims have the obligation to read, interpret and understand all of the pertinent medical information with sufficient clarity so as to be able to make a fair, objective and thorough evaluation of their insureds' claims for disability benefits.

RESPONSE: Defendants incorporate the General Objections made above and further object to this request on the following grounds: 1) it is compound; and 2) it is vague and ambiguous, particularly with regard to the phrase "in order to properly consider a claim."

Without waiving the foregoing objection, Defendants admit that pertinent medical information should be understood with sufficient clarity so that a fair, objective and thorough evaluation of a claim can be made, but further state that the claim examiner may reasonably refer medical information to a health professional to read, interpret and explain the medical information. Except as admitted, Defendants deny any allegation of this request to the contrary.

5. Admit that it is Unum's policy that, in order to properly consider a claim, the denial of a claim should not be based on speculation.

RESPONSE: Defendants incorporate the General Objections made above and further object to this request on the following grounds: 1) it is vague, ambiguous and unintelligible, as the phrases "in order to properly consider a claim", "speculation" and "denial" are undefined and used without any factual context, which renders an admission

or denial impossible; and 2) to the extent this request is a misleading generalization and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

Without waiving and subject to said objections, Defendants state that, assuming all information necessary to thoroughly and fairly evaluate a claim is submitted to the Defendants, a denial of a claim should not be based on speculation. Except as admitted, Defendants deny any allegation of this request to the contrary.

6. Admit that it is Unum's policy that in order to properly consider a claim, that its decision-makers, including employees who make decisions on claims, should be objective in their assessment of facts and not attempt to bias the claims investigation process in any manner.

RESPONSE: Defendants incorporate the General Objections made above and further object to this request on the following grounds: 1) it is vague and ambiguous, particularly with regard to the term "decision-makers" and the phrases "in order to properly consider a claim" and "attempt to bias;" and 2) this request is a misleading generalization and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

Without waiving and subject to said objections, Defendants admit that the claims examiner should gather all appropriate and necessary information to evaluate every claim thoroughly and make objective, fair, factual and contractually-based claims decisions. Except as admitted, Defendants deny any allegation of this request to the contrary.

7. Admit that it is Unum's policy that in order to properly consider a claim, that employees who make decisions on claims, or the supervisors of such employees, should not take into consideration the amount of money Unum would save if a particular claim or set of claims is denied, terminated or otherwise not paid.

RESPONSE: Defendants incorporate the General Objections made above and further object to this request on the following grounds: 1) it is vague and ambiguous, particularly with regard to the phrases "denied" or "otherwise not paid" and "in order to properly consider a claim" and "the amount of money Unum would save;" and 2) this request is a misleading generalization and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence

Without waiving and subject to said objections, Defendants admit that the claims examiner should not take into consideration the benefit amount when making a fair, factual and contractually-based claim decision. Except as admitted, Defendants deny any allegation of this request to the contrary.

8. Admit that it is Unum's policy that in order to properly consider a claim, the employees who make decisions on claims should refrain from excessive reliance on in-house medical staff to support the denial, termination or reduction of benefits.

RESPONSE: Defendants incorporate the General Objections made above and further object to this request on the following grounds: 1) it is vague and ambiguous, particularly with regard to the phrases "denial", "excessive reliance" and "in order to properly consider a claim"; and 2) this request is a misleading generalization and seeks

information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

Without waiving and subject to said objections, Defendants admit during the claim evaluation process, medical information should be assessed for its relevance as it relates to impairment and function of the claimant. Assistance from internal medical resources is only one of a number of ways to obtain an assessment of this medical information and the claimant's restrictions and limitations. Each claim is unique, should be evaluated on its own merits and the degree of reliance placed on a given piece of information and resources varies from case to case. Except as admitted, Defendants deny any allegation of this request to the contrary.

9. Admit that it is Unum's policy that, in order to properly consider a claim, the employees who make decisions on claims should not conduct unfair evaluation and interpretation of attending physicians' or independent medical examiners' reports.

RESPONSE: Defendants incorporate the General Objections made above and further object to this request on the following grounds: 1) it is vague and ambiguous, particularly with regard to the phrases "in order to properly consider a claim" and "unfair evaluation"; and 2) this request is a misleading generalization and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

Without waiving and subject to said objections, Defendants admit that claims examiners should not conduct unfair evaluation and interpretation of attending physicians' or independent medical examiners' reports. Except as admitted, Defendants deny any allegation of this request to the contrary.

10. Admit that it is Unum's policy that, in order to properly consider a claim, the employees who make decisions on claims should evaluate the totality of the claimant's medical conditions.

RESPONSE: Defendants incorporate the General Objections made above and further object to this request on the following grounds: 1) it is vague and ambiguous, particularly with regard to the phrase "in order to properly consider a claim"; and 2) this request is a misleading generalization and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

Without waiving and subject to said objections, Defendants admit the claimant's complete medical condition should be considered and evaluated. Defendants further state, however, that each claim is different and is handled according to the particular facts and circumstances presented and according to the specific disability policy at issue. Except as admitted, Defendants deny any allegation of this request to the contrary.

11. Admit that it is Unum's policy that in order to properly consider a claim, Unum has the obligation to conduct a fair, thorough and objective review.

RESPONSE: Defendants incorporate the General Objections made above and further object to this request on the grounds that it is vague and ambiguous, particularly with regard to the phrase "in order to properly consider a claim."

Without waiving and subject to said objections, Defendants admit that the claims examiner has an obligation to conduct a thorough, fair and objective evaluation of all claims. Except as admitted, Defendants deny any allegation of this request to the contrary.

Respectfully submitted,

WOOLF, McCLANE, BRIGHT,
ALLEN & CARPENTER, PLLC

By: s/Tony R. Dalton
Tony R. Dalton, BPR #014812

900 S. Gay Street, Suite 900
P.O. Box 900
Knoxville, Tennessee 37901
(865) 215-1000

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing pleading has been served upon the following counsel for the parties in interest herein by delivering same to the offices of said counsel, or by mailing same to the offices of said counsel by United States Mail with sufficient postage thereon to carry the same to its destination.

Eric L. Buchanan
D. Seth Holliday
Eric Buchanan & Associates, PLLC
414 McCallie Avenue
Chattanooga, TN 37402

This the 6th day of August, 2010.

Attorney

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| CONNIE P. NEIGEL, Plaintiff, v. UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUMPROVIDENT CORPORATION, and UNUM GROUP, and, WILMER, CUTLER, PICKERING, HALE and DORR, LLP, LONG TERM DISABILITY PLAN, Defendants. | ) | Civil Action No.: 1:10-cv-171 |

## DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS

Defendants, Unum Life Insurance Company of America ("Unum Life"), UnumProvident Corporation ("UnumProvident"), Unum Group ("Unum"), and Wilmer, Cutler, Pickering, Hale and Dorr, LLP, Long Term Disability Plan ("Wilmer") (collectively "Defendants"), respectfully respond to Plaintiff Connie Neigel's ("Plaintiff") First Set of Request for Admissions as follows:

## GENERAL OBJECTIONS

1. Defendants object to Plaintiff's requests for admissions to the extent they are vague and ambiguous.

2. Defendants object to Plaintiff's requests for admissions to the extent they are compound and overbroad, particularly as to scope of time or geography.

3. Defendants object to Plaintiff's requests for admissions to the extent they seek information that is irrelevant, nor reasonably calculated to lead to the discovery of admissible evidence.

4. Defendants object to Plaintiff's requests for admissions on the grounds that Plaintiff's claim is a claim for benefits under a plan governed by the Employee Retirement Security Act of 1974; and therefore, the Court's review is limited to the administrative record that was before the Defendants at the time of its final decision to deny benefits. Accordingly, to the extent these requests seek information beyond that which is contained in the administrative record at the time of the final decision to deny benefits, the Defendants object to such requests.

5. The Benefits Center Claims Manual in effect at the time Plaintiff's claim was adjudicated will be produced in response to Plaintiff's Request for Production of Documents. The Claims Manual is a statement of the Defendants' policies and procedures for claims handling relevant to the Plaintiff's claim. To the extent Plaintiff's individual requests seek to lift specific phrases or terms out of the Claims Manual for the purpose of obtaining an admission that might constitute an evidentiary "sound bite" at trial, outside the context of the Claims Manual as a complete document, and without any specific factual context, Defendants object on the grounds that the requests are misleading, argumentative and seek information that is not relevant to the subject matter of this action. Finally, to the extent Plaintiff's requests suggest that Defendants failed to conduct a "fair" or "thorough" review of his claim, or that they committed an "unfair or deceptive" practice with regard to his claim, Defendants object to the requests as a whole as argumentative.

Defendants adopt and incorporate by reference these general objections into each and every individual response set forth separately below.

7502621_1.DOC

## REQUESTS FOR ADMISSION

1. Admit that it is Unum's policy that in order to properly consider a claim, its employees should fully investigate the relevant and applicable facts of any claim.

RESPONSE: Defendants incorporate the General Objections made above and further object to this request on the following grounds: 1) it is vague and ambiguous, particularly with regard to the terms "in order to properly consider a claim."

Without waiving and subject to said objections, Defendants admit that the claim examiner should gather the appropriate and necessary information to thoroughly evaluate a claim. Except as admitted, Defendants deny any allegation of this request to the contrary.

2. Admit that it is Unum's policy that in order to properly consider a claim, its employees should fairly consider all information obtained regarding a claim, including that which tends to favor claim payment or continuation as well as that which tends to favor claim declination or termination.

RESPONSE: Defendants incorporate the General Objections made above and further object that this request on the following grounds: 1) it is vague and ambiguous, particularly with regard to the terms "in order to properly consider a claim;" and 2) it is compound.

Without waiving and subject to said objections, Defendants admit that the claim examiner should consider the appropriate and necessary information to thoroughly evaluate a claim, including information which tends to favor claim payment or continuation and information which tends to favor claim declination or termination. Except as admitted, Defendants deny any allegation of this request to the contrary.

3. Admit that it is Unum's policy that in order to properly consider a claim, its employees should consider the interests of their insureds at least equal to their own and to resolve undeterminable issues in their insured's favor.

RESPONSE: Defendants incorporate the General Objections made above and further object to this request on the following grounds: 1) it is compound; 2) it is vague and ambiguous, particularly with regard to the phrases "in order to properly consider a claim" and "undeterminable issues."

Without waiving the foregoing objections, Defendants admit that the claim examiner should provide a thorough, fair, and objective evaluation of a claim, and fairly consider the interests of its insureds. Except as admitted, Defendants deny any allegation of this request to the contrary.

4. Admit that it is Unum's policy that in order to properly consider a claim, that the employees who make decisions on claims have the obligation to read, interpret, and understand all of the pertinent medical information with sufficient clarity so as to be able to make a fair, objective and thorough evaluation of their insureds' claims for disability benefits.

RESPONSE: Defendants incorporate the General Objections made above and further object that this request on the following grounds: 1) it is compound; and 2) it is vague and ambiguous, particularly with regard to the phrase "in order to properly consider a claim."

Without waiving the foregoing objection, Defendants admit that pertinent medical information should be understood with sufficient clarity so that a fair, objective, and thorough evaluation of a claim can be made, but further state that the claim examiner may reasonably refer

medical information to a health professional to read, interpret, and explain the medical information. Except as admitted, Defendants deny any allegation of this request to the contrary.

5. Admit that it is Unum's policy that in order to properly consider a claim, the denial of a claim should not be based on speculation.

RESPONSE: Defendant incorporates the General Objections made above and further object to this request on the following grounds: 1) it is vague, ambiguous, and unintelligible, as the phrases "in order to properly consider a claim", "speculation" and "denial" are undefined and used without any factual context, which renders an admission or denial impossible; and 2) to the extent this request is a misleading generalization and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

Without waiving and subject to said objections, Defendants state that, assuming all information necessary to thoroughly and fairly evaluate a claim is submitted to the Defendants, a denial of a claim should not be based on speculation. Except as admitted, Defendants deny any allegation of this request to the contrary.

6. Admit that it is Unum's policy that in order to properly consider a claim, that its decision-makers, including employees who make decisions on claims, should be objective in their assessment of facts and not attempt to bias the claims investigation process in any manner.

RESPONSE: Defendants incorporate the General Objections made above and further object to this request on the following grounds: 1) it is vague and ambiguous, particularly with regard to the term "decision-makers" and the phrases "in order to properly consider a claim" and

"attempt to bias;" and 2) this request is a misleading generalization and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

Without waiving and subject to said objections, Defendants admit that the claims examiner should gather all appropriate and necessary information to evaluate every claim thoroughly and make objective, fair, factual and contractually-based claims decisions. Except as admitted, Defendants deny any allegation of this request to the contrary.

7. Admit that it is Unum's policy that in order to properly consider a claim, that employees who make decisions on claims, or the supervisors of such employees, should not take into consideration the amount of money Unum would save if a particular claim or set of claims is denied, terminated, or otherwise not paid.

RESPONSE: Defendants incorporate the General Objections made above and further object to this request on the following grounds: 1) it is vague and ambiguous, particularly with regard to the phrases "denied" or "otherwise not paid" and "in order to properly consider a claim" and "the amount of money Unum would save;" and 2) this request is a misleading generalization and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

Without waiving and subject to said objections, Defendants admit that the claims examiner should not take into consideration the benefit amount when making a fair, factual, and contractually-based claim decision. Except as admitted, Defendants deny any allegation of this request to the contrary.

8. Admit that it is Unum's policy that, in order to properly consider a claim, the employees who make decisions on claims should refrain from excessive reliance on in-house medical staff to support the denial, termination, or reduction of benefits.

RESPONSE: Defendants incorporate the General Objections made above and further object to this request on the following grounds: 1) it is vague and ambiguous, particularly with regard to the phrases "denial", "excessive reliance" and "in order to properly consider a claim"; and 2) this request is a misleading generalization and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

Without waiving and subject to said objections, Defendants admit that during the claim evaluation process, medical information should be assessed for its relevance as it relates to impairment and function of the claimant. Assistance from internal medical resources is only one of a number of ways to obtain an assessment of this medical information and the claimant's restrictions and limitations. Each claim is unique, should be evaluated on its own merits, and the degree of reliance placed on a given piece of information and resources varies from case to case. Except as admitted, Defendants deny any allegation of this request to the contrary.

9. Admit that it is Unum's policy that, in order to properly consider a claim, the employees who make decisions on claims should not conduct unfair evaluation and interpretation of attending physicians' or independent medical examiners' reports.

RESPONSE: Defendants incorporate the General Objections made above and further object to this request on the following grounds: 1) it is vague and ambiguous, particularly with regard to the phrases "in order to properly consider a claim" and "unfair evaluation"; and 2) this

request is a misleading generalization and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

Without waiving and subject to said objections, Defendants admit that claims examiners should not conduct unfair evaluation and interpretation of attending physicians' or independent medical examiners' reports. Except as admitted, Defendants deny any allegation of this request to the contrary.

10. Admit that it is Unum's policy that in order to properly consider a claim, the employees who make decisions on claims should evaluate the totality of the claimant's medical conditions.

RESPONSE: Defendants incorporate the General Objections made above and further object to this request on the following grounds: 1) it is vague and ambiguous, particularly with regard to the phrases "in order to properly consider a claim;" and 2) this request is a misleading generalization and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

Without waiving and subject to said objections, Defendants admit that the claimant's complete medical condition should be considered and evaluated. Defendants further state, however, that each claim is different and is handled according to the particular facts and circumstances presented and according to the specific disability policy at issue. Except as admitted, Defendants deny any allegation of this request to the contrary.

11. Admit that it is Unum's policy that in order to properly consider a claim, Unum has the obligation to conduct a fair, thorough, and objective review.

RESPONSE: Defendants incorporate the General Objections made above and further object to this request on the grounds that it is vague and ambiguous, particularly with regard to the phrases "in order to properly consider a claim."

Without waiving and subject to said objections, Defendants admit that the claims examiner has an obligation to conduct a thorough, fair, and objective evaluation of all claims. Except as admitted, Defendants deny any allegation of this request to the contrary.

Respectfully submitted this 7th day of September, 2010.

MILLER & MARTIN PLLC

By: [signature]
James T. Williams (TN B.P.R. #16341)
jwilliams@millermartin.com
Jade D. Dodds (TN B.P.R. #028004)
jdodds@millermartin.com
Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402
Telephone: (423) 756-6600
Facsimile: (423) 785-8480
*Attorneys for Defendants*

7502624_1.DOC

CERTIFICATE OF SERVICE

The undersigned hereby certifies that an exact copy of the foregoing pleading has been served upon all counsel at interest in this case, by delivering a true and exact copy to the offices of counsel of record shown at the addresses below via hand delivery or by placing a copy in the United States mail, postage pre-paid.

D. Seth Holliday
Brie Buchanan & Associates, P.L.L.C.
414 McCallie Avenue
Chattanooga, TN 37402

This 7th day of September, 2010.

MILLER & MARTIN PLLC

By [signature]

3502624_1.DOC

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| KURT CHAMBLESS, Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 1:10-CV-255 |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, Defendant. | ) | |

REQUEST FOR ADMISSION

1. Admit that it is RELIANCE's policy, that, in order to properly consider a claim, its employees should fully investigate the relevant and applicable facts of any claim.

   Admit __X__ Denied ______

2. Admit that it is RELIANCE's policy, that, in order to properly consider a claim, its employees should fairly consider all information obtained regarding a claim, including that which tends to favor claim payment or continuation as well as that which tends to favor claim declination or termination.

   Admit __X__ Denied ______

3. Admit that it is RELIANCE's policy that, in order to properly consider a claim, its employees should consider the interests of their insureds at least equal to their own and to resolve undeterminable issues in their insureds favor.

   Admit ____ Denied ______

   Objection. Defendant objects to this request on the grounds that it seeks a legal conclusion and states a hypothetical. By way of further response, it is a claimant's burden to prove eligibility for benefits.

4. Admit that it is RELIANCE's policy that, in order to properly consider a claim, that the employees who make decisions on claims have the obligation to read; interpret and understand all of the pertinent medical information with sufficient clarity so as to be able to make a fair, objective and thorough evaluation of their insureds' claims for disability benefits.

Admit __X__ Denied________

5. Admit that it is RELIANCE's policy that, in order to properly consider a claim, the denial of a claim should not be based on speculation.

Admit __X__ Denied________

6. Admit that it is RELIANCE's policy that, in order to properly consider a claim, that its decision-makers, including employees who make decisions on claims, should be objective in their assessment of facts and not attempt to bias the claims investigation process in any manner.

Admit __X__ Denied________

7. Admit that it is RELIANCE's policy that, in order to properly consider a claim, that employees who make decisions on claims, or the supervisors of such employees, should not take into consideration the amount of money RELIANCE would save if a particular claim or set of claims is denied, terminated, or otherwise not paid.

Admit __X__ Denied________

8. Admit that it is RELIANCE's policy that, in order to properly consider a claim, the employees who make decisions on claims should refrain from excessive

reliance on in-house medical staff to support the denial, termination, or reduction of benefits.

Admit __X__ Denied________

9. Admit that it is RELIANCE's policy that, in order to properly consider a claim, the employees who make decisions on claims should not conduct unfair evaluation and interpretation of attending physicians' or independent medical examiners' reports.

Admit __X__ Denied________

10. Admit that it is RELIANCE's policy that, in order to properly consider a claim, the employees who make decisions on claims should evaluate the totality of the claimant's medical conditions.

Admit __X__ Denied________

11. Admit that it is RELIANCE's policy that, in order to properly consider a claim, RELIANCE has the obligation to conduct a fair, thorough, and objective review.

Admit __X__ Denied________

QUATTLEBAUM, GROOMS
TULL & BURROW PLLC
4100 Corporate Center Drive, Suite 310
Springdale, Arkansas 72762
Telephone: (479) 444-5200
Facsimile: (479) 444-5255
bcate@qgtb.com

By: ______________________
Brandon B. Cate (No. 021854)

*Attorneys for Reliance Standard Life Ins. Co.*

CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2011, I served a copy of the foregoing by sending *via* electronic mail and U.S. Mail to the following counsel listed below.

D. Seth Holliday, Esq.
414 McCallie Avenue
Chattanooga, TN 37402
(423) 634-2506
sholliday@buchananddisability.com

______________________
Brandon B. Cate

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| JESSE WILSON<br><br>Plaintiff<br><br>v.<br><br>THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and MOHAWK CARPET CORPORATION LONG TERM DISABILITY PLAN<br><br>Defendants | ) | CIVIL ACTION<br><br>FILE NO.: 4:10-CV-00053-HLM |

DEFENDANTS' RESPONSES TO PLAINTIFF'S INTERROGATORIES, REQUESTS FOR PRODUCTION, AND REQUESTS FOR ADMISSION ADDRESSED TO EACH DEFENDANT

Now come Defendants HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY ("Hartford") and Mohawk Carpet Corporation Long Term Disability Plan ("the Plan") and provide these responses to Plaintiff's interrogatories, requests for production and requests for admission addressed to each defendant.

General Objections

Each of Defendants' responses is subject to and incorporates the following general objections. The assertion of the same, similar, or additional objections, or

personnel records of Hartford employees are subject to strict privacy protection, and are protected by Connecticut General Statute §31-128(f). In further response, Hartford states that a majority of the courts that have dealt with this issue have either ordered the production of these type of documents under protective order or opposing counsel has voluntarily agreed to submit to an agreed-upon protective order before production of such documents. Hartford also states that Plaintiff's First Request for Admissions does not contain any Document bates-stamped HAR 3407, and therefore Hartford denies the request as to this page.

SECOND SET OF REQUESTS FOR ADMISSION

11.

Admit that it is Hartford's policy, that, in order to properly consider a claim, its employees should fully investigate the relevant and applicable facts of any claim.

Hartford admits that it conducted a thorough and complete investigation of the relevant facts in adjudicating Plaintiff's claim.

12.

Admit that it is Hartford's policy, that in order to properly consider a claim, its employees should fairly consider all information obtained regarding a claim, including that which tends to favor claim payment or continuation as well as that which tends to favor claim declination or termination.

Hartford admits it conducted a thorough and complete investigation of the relevant facts in adjudicating Plaintiff's claim. In further response, Hartford fairly considered all information collected or supplied to it, pursuant to the participant's burden of proving his claim and entitlement to benefits, that was provided during the claim review process through its final denial. Hartford admits that it provided a full and fair review of all claims and discharged its duties in doing so under the law and pursuant to its contractual obligations.

13.

Admit that it is Hartford's policy that, in order to properly consider a claim, its employees should consider the interests of their insureds at least equal to their own and to resolve undeterminable issues in their insured's favor.

Defendants object to Request no. 13 on the grounds that the term "undeterminable issues" is vague and ambiguous.

Subject to and without waiving this objection, Hartford admits that it provided a full and fair review of all claims and discharged its duties in doing so under the law and pursuant to its contractual obligations.

14.

Admit that it is Harford's policy that, in order to properly consider a claim, that the employees who make decisions on claims have the obligation to read, interpret, and understand all of the pertinent medical information with sufficient

clarity so as to be able to make a fair, objective and thorough evaluation of their insureds' claims for disability benefits.

Hartford admits that it evaluates claims based on the particular policy provisions and information before it and with respect to the evidence supplied to it in connection with the participant's burden to prove entitlement to benefits. Hartford utilizes internal and external sources to evaluate evidence as required to discharge its duties.

15.

Admit that it is Hartford's policy that, in order to properly consider a claim, the denial of a claim should not be based on speculation.

Hartford admits that its claims decisions are based on a full and fair review of the evidence supplied to it in connection with a claim, pursuant to the participant's burden to prove entitlement to benefits, and that it does not adjudicate claims on the basis of speculation.

16.

Admit that it is Hartford's policy that, in order to properly consider a claim, that its decision-makers, including employees who make decisions on claims, should be objective in their assessment of facts and not attempt to bias the claims investigation process in any manner.

Hartford admits that its claims decisions are based on a full and fair review of the evidence supplied to it in connection with a claim, pursuant to the participant's burden to prove entitlement to benefits, and that Hartford does not attempt to bias the claims investigation process in any manner.

17.

Admit that it is Hartford's policy that, in order to properly consider a claim, that employees who make decisions on claims, or the supervisors of such employees, should not take into consideration the amount of money Hartford would save if a particular claim or set of claims is denied, terminated, or otherwise not paid.

Hartford admits that it does not provide its employees with any incentive, remuneration, bonuses, awards, achievements, or other recognition based in whole or part upon the denial or termination of LTD claims. Instead, each claim is evaluated based upon the particular policy provisions and information before it, with due regard for its obligations and without consideration of "the amount of money Hartford would save" if the claim was not paid.

18.

Admit that it is Hartford's policy that, in order to properly consider a claim, the employees who make decisions on claims should refrain from excessive

reliance on in-house medical staff to support the denial, termination, or reduction of benefits.

Hartford objects to Request no. 18 on the grounds that the term "excessive reliance" is vague and ambiguous.

Subject to and without waiving this objection, Hartford admits that it evaluates claims based on the particular policy provisions and information before it and with respect to the evidence supplied to it in connection with the participant's burden to prove entitlement to benefits. Hartford utilizes internal and external sources to evaluate evidence as required to discharge its duties.

19.

Admit that it is Hartford's policy that, in order to properly consider a claim, the employees who make decisions on claims should not conduct unfair evaluation and interpretation of attending physicians' or independent medical examiners' reports.

Hartford admits that it evaluates claims based on the particular policy provisions and information before it and with respect to the evidence supplied to it in connection with the participant's burden to prove entitlement to benefits. Hartford utilizes internal and external sources to evaluate evidence as required to discharge its duties. Hartford does not conduct unfair evaluations and interpretation of attending physicians' or independent medical examiners' reports.

20.

Admit that it is Hartford's policy that, in order to properly consider a claim, the employees who make decisions on claims should evaluate the totality of the claimant's medical conditions.

Hartford admits that it conducts full and fair reviews in evaluating claims for benefits. Hartford thoroughly considers all evidence supplied to it, pursuant to the Plaintiff's burden to prove entitlement to benefits.

21.

Admit that it is Hartford's policy that, in order to properly consider a claim, Hartford has the obligation to conduct a fair, thorough, and objective review.

Hartford admits that it conducts full and fair reviews in evaluating claims for benefits. Hartford thoroughly considers all evidence supplied to it, pursuant to the Plaintiff's burden to prove entitlement to benefits, and does so with objectivity and without bias.

This 22nd day of September, 2010.

Elizabeth J. Bondurant
Georgia Bar No. 066690
Aaron E. Pohlmann
Georgia Bar No. 582685

Attorneys for Defendants

SMITH MOORE LEATHERWOOD LLP
Atlantic Center Plaza, Suite 2300
1180 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 962-1000
Facsimile: (404) 962-1200
lisa.bondurant@smithmoorelaw.com
aaron.pohlmann@smithmorelaw.com

CERTIFICATE OF SERVICE

This is to certify that I have this date served opposing counsel with a copy of the foregoing pleading by depositing same in the United States Mail with adequate postage thereon to ensure delivery and addressed as follows:

D. Seth Holliday, Esq.
Brie Buchanan & Associates PLLC
414 McCallie Avenue
Chattanooga, TN 37402

This 22nd day of September, 2010.

Aaron E. Pohlmann

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KIMBERLY BALLARD, | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| vs. | ] | Civil Action No: 3:09-0971 |
| | ] | |
| MASS MUTUAL LIFE INSURANCE COMPANY, | ] | |
| | ] | |
| Defendant. | ] | |

**ANSWER OF DEFENDANT, MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, TO PLAINTIFF'S FIRST SET OF REQEUSTS TO ADMIT**

1. Admit that it is the Defendants' policy, that, in order to properly consider a claim, its employees should fully investigate the relevant and applicable facts of any claim.

**RESPONSE:** The Defendant, Massachusetts Mutual Life Insurance Company, can neither admit nor deny this Request as stated. The Defendant, Massachusetts Mutual Life Insurance Company, admits that its policy is to fully investigate the relevant and applicable facts to the degree that is reasonable and feasible, and to the degree that the Defendant, Massachusetts Mutual Life Insurance Company is authorized to do so by law, contract or the specific authorization by the insured.

2. Admit that it is the Defendants' policy, that, in order to properly consider a claim, its employees should fairly consider all information obtained regarding a claim, including that which tends to favor claim payment or continuation as well as that which tends to favor claim declination or termination.

**RESPONSE:** The Defendant, Massachusetts Mutual Life Insurance Company, admits this Request.

3. Admit that it is the Defendants' policy that, in order to properly consider a claim, its employees should consider the interests of their insureds at least equal to their own and to resolve undeterminable issues in their insured's favor.

**RESPONSE:** The Defendant, Massachusetts Mutual Life Insurance Company, objects to the term "interests" as being vague, ambiguous and overly subjective. Therefore, this Request is denied as stated. The Defendant, Massachusetts Mutual Life Insurance Company, admits that its policy is to apply the contract terms fully and fairly, with no bias toward either the insured or the company.

4. Admit that it is the Defendants' policy that, in order to properly consider a claim, that the employees who make decisions on claims have the obligation to read, interpret and understand all of the pertinent medical information with sufficient clarity so as to be able to make a fair, objective and thorough evaluation of their insureds' claims for disability benefits.

**RESPONSE:** The Defendant, Massachusetts Mutual Life Insurance Company, objects to the terms "interpret" and "with sufficient clarity" as being vague, ambiguous and overly subjective. Therefore, this Request is denied as stated. The Defendant, Massachusetts Mutual Life Insurance Company, admits that its policy is that its employees who are involved in administering the claim read and understand the pertinent medical information.

5. Admit that it is the Defendants' policy that, in order to properly consider a claim, the denial of a claim should not be based on speculation.

**RESPONSE:** The Defendant, Massachusetts Mutual Life Insurance Company, can neither admit nor deny this Request as stated. The Defendant, Massachusetts

Mutual Life Insurance Company, admits that its policy is to evaluate and consider all information submitted, gathered and investigated regarding a claim when making the decision whether to accept or deny a claim.

6. Admit that it is the Defendants' policy that, in order to properly consider a claim, that its decision-makers, including employees who make decisions on claims, should be objective in their assessment of facts and not attempt to bias the claims investigation process in any manner.

**RESPONSE:** The Defendant, Massachusetts Mutual Life Insurance Company, admits this Request.

7. Admit that it is the Defendants' policy that, in order to properly consider a claim, that employees who make decisions on claims, or the supervisors of such employees, should not take into consideration the amount of money the Defendants would save if a particular claim or set of claims is denied, terminated, or otherwise not paid.

**RESPONSE:** The Defendant, Massachusetts Mutual Life Insurance Company, can neither admit nor deny this Request as stated. The Defendant, Massachusetts Mutual Life Insurance Company, admits that its policy is to its policy is to evaluate and consider all information submitted, gathered and investigated regarding a claim when making the decision whether to accept or deny a claim, and to apply the contract terms fully and fairly, with no bias toward either the insured or the company.

8. Admit that Defendants' policy that, in order to properly consider a claim, the employees who make decisions on claims should refrain from excessive reliance on in-house medical staff to support the denial, termination, or reduction of benefits.

**RESPONSE:** The Defendant, Massachusetts Mutual Life Insurance Company, objects to the phrase "excessive reliance" as being vague, ambiguous and overly subjective. Therefore, this Request is denied as stated. The Defendant, Massachusetts Mutual Life Insurance Company, admits that its policy is to consider and evaluate all information submitted, gathered and investigated on the claim. The Defendant, Massachusetts Mutual Life Insurance Company, denies that it has any policy to place "excessive" or unreasonable reliance on any one piece of information.

9. Admit that Defendants' policy that, in order to properly consider a claim, the employees who make decisions on claims should not conduct unfair evaluation and interpretation of attending physicians' or independent medical examiners' reports.

**RESPONSE:** The Defendant, Massachusetts Mutual Life Insurance Company, objects to the phrase "unfair evaluation and interpretation" as being vague, ambiguous and overly subjective. Therefore, this Request is denied as stated. The Defendant, Massachusetts Mutual Life Insurance Company, admits that its policy is to apply the contract terms fully and fairly, with no bias toward either the insured or the company.

10. Admit that it is the Defendants' policy that, in order to properly consider a claim, the employees who make decisions on claims should evaluate the totality of the claimant's medical conditions.

**RESPONSE:** The Defendant, Massachusetts Mutual Life Insurance Company, objects to the phrase "totality of the claimant's medical conditions" as being vague, ambiguous and overly subjective. Therefore, this Request is denied as stated. The Defendant, Massachusetts Mutual Life Insurance Company, admits that its policy is to consider and evaluate all information submitted, gathered and investigated on the claim,

including, but in no way being limited to, all information regarding the claimant's medical conditions.

11. Admit that Defendants' policy that, in order to properly consider a claim, Defendants' have the obligation to conduct a fair, thorough, and objective review.

**RESPONSE:** The Defendant, Massachusetts Mutual Life insurance Company, admits this Request.

Respectfully submitted,

WILLIS & KNIGHT, PLC

By: /s/Tyree B. Harris IV
Tyree B. Harris IV
Tennessee Supreme Court
Registration Number 2367

By: /s/ Katherine A. Brown
Katherine A. Brown
Tennessee Supreme Court
Registration Number 10391

215 Second Avenue North
Nashville, Tennessee 37201-1601
Telephone: (615) 259-9600
Facsimile: (615) 259-3490

Attorneys for Defendant, Massachusetts Mutual Life Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via U.S. mail, on this the 29th day of December, 2009 to:

Eric L. Buchanan, Esquire
R. Scott Wilson, Esquire
D. Seth Holliday, Esquire
Eric Buchanan & Associates, PLLC
414 McCallie Avenue
Chattanooga, TN 37402

/s/ Tyree B. Harris IV
Tyree B. Harris IV

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Michael Sheehan, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 10-0399 |
| The Lincoln National Life Insurance Company, | : | |
| Defendant. | : | |

**DEFENDANT'S ANSWERS TO PLAINTIFF'S REQUESTS FOR ADMISSIONS**

Pursuant to Federal Rule of Civil Procedure 35, Defendant The Lincoln National Life Insurance Company ("Lincoln) hereby responds to Plaintiff's requests for admission.

Lincoln objects to the requests as improper in that they neither seek Lincoln to admit any fact relevant to this matter nor to any contention that Lincoln has made in this matter. Rather, the admissions are argument by counsel and not the proper subject matter for admission.

Lincoln also objects to the undefined term "policy," which renders each and every request for admission so vague as to be unsusceptible to an accurate response.

**Request No. 1:** Admit that it is Lincoln's policy, that, in order to properly consider a claim, its employees should fully investigate the relevant and applicable facts of any claim.

**Response:** Lincoln admits that it fully investigates the facts of claims for disability benefits and denies the remaining legal characterizations and conclusions contained in this request for admission..

**Request No. 2:** Admit that it is Lincoln's policy, that, in order to properly consider a claim, its employees should fairly consider all information obtained regarding a claim, including that which

tends to favor claim payment or continuation as well as that which tends to favor claim declination or termination.

**Response:** Lincoln admits that it considers all information that it obtains or is provided to it with regard to its determination of eligibility for plan benefits and denies the remaining legal characterizations and conclusions contained in this request for admission.

**Request No. 3:** Admit that it is Lincoln's policy that, in order to properly consider a claim, its employees should consider the interests of their insureds at least equal to their own and to resolve undeterminable issues in their insured's favor.

**Response:** The request misstates the fiduciary duties that Lincoln owes participants of the employer benefit plan at issue in this case, and Lincoln therefore denies the request.

**Request No. 4:** Admit that it is Lincoln's policy that, in order to properly consider a claim, that the employees who make decisions on claims have the obligation to read, interpret and understand all of the pertinent medical information with sufficient clarity so as to be able to make a fair, objective and thorough evaluation of their insureds' claims for disability benefits.

**Response:** Lincoln admits that it expects its employees who make decisions on claims to read, interpret and understand the pertinent medical information obtained during the investigation of a claim in order to make objective decisions with regard to a claimant's eligibility for benefits, and denies the remaining legal characterizations and conclusions contained in this request for admission.

**Request No. 5:** Admit that it is Lincoln's policy that, in order to properly consider a claim, the denial of a claim should not be based on speculation.

**Response:** Lincoln admits as a general proposition that claim decisions should not be based on rank speculation, and denies that such has occurred in this matter.

**Request No. 6:** Admit that it is Lincoln's policy that, in order to properly consider a claim, that its decision-makers, including employees who make decisions on claims, should be objective in their assessment of facts and not attempt to bias the claims investigation process in any manner.

**Response:** Lincoln admits as a general proposition that it expects its employees who make decisions on claims to be objective in their assessment of facts, and denies that lack of objectivity or bias of any type affected its determination, in any way, that Plaintiff is ineligible for disability benefits under the written terms of his employer's benefit plan.

**Request No. 7:** Admit that it is Lincoln's policy that, in order to properly consider a claim, that employees who make decisions on claims, or the supervisors of such employees, should not take into consideration the amount of money Lincoln would save if a particular claim or set of claims is denied, terminated, or otherwise not paid.

**Response:** Lincoln admits that it expects its employees who make decisions on claims to refrain from taking into account extraneous considerations such as the maximum benefit amount when deciding a claim, and denies that lack of objectivity or bias of any type affected its determination, in any way, that Plaintiff is ineligible for disability benefits under the written terms of his employer's benefit plan.

**Request No. 8:** Admit that it is Lincoln's policy that, in order to properly consider a claim, the employees who make decisions on claims should refrain from excessive reliance on in-house medical staff to support the denial, termination, or reduction of benefits.

**Response:** Lincoln admits that it expects its employees who make claim decisions to consider and weigh information received from all sources, and denies the remaining legal characterizations and conclusions contained in this request for admission.

**Request No. 9:** Admit that it is Lincoln's policy that, in order to properly consider a claim, the employees who make decisions on claims should not conduct unfair evaluation and interpretation of attending physicians' or independent medical examiners' reports.

**Response:** Lincoln admits that it expects its employees who make claim decisions to consider and weigh information received from all sources and to not conduct unfair evaluations, and denies the remaining legal characterizations and conclusions contained in this request for admission.

**Request No. 10:** Admit that it is Lincoln's policy that, in order to properly consider a claim, the employees who make decisions on claims should evaluate the totality of the claimant's medical conditions.

**Response:** Lincoln admits that it expects its employees who make claim decisions to consider and weigh information received from all sources, and denies the remaining legal characterizations and conclusions contained in this request for admission.

**Request No. 11:** Admit that it is Lincoln's policy that, in order to properly consider a claim, Lincoln has the obligation to conduct a fair, thorough and objective review.

**Response:** Lincoln admits that it expects its employees who make claim decisions to conducts full and fair claim reviews as provided for by federal regulation, and denies the remaining legal characterizations and conclusions contained in this request for admission.

NELSON LEVINE de LUCA & HORST, LLC

BY: ______________________________

MARK C. STEPHENSON, ESQUIRE
518 Township Line Road, Suite 300
Blue Bell, PA 19422
215-358-5100
215-358-5101 (fax)
mstephenson@nldhlaw.com
ATTORNEYS FOR DEFENDANTS

Dated: October 5, 2010

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Michael Sheehan, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vi. | : | Civil Action No. 10-0399 |
| | : | |
| Lincoln National Life Insurance Company, | : | |
| | : | |
| Defendant. | : | |

CERTIFICATE OF SERVICE

I, Mark C. Stephenson, Esquire, hereby certify that I caused the foregoing Answers to Plaintiff's Requests for Admission to be served upon D. Seth Holliday, Esquire, 414 McCalle Avenue, Chattanooga, TN 37402 and Shelley W. Elovitz, Esquire, 310 Grant Street, Grant Building, 3rd Floor, Pittsburgh, PA 15219.

NELSON LEVINE de LUCA & HORST, LLC

BY: ______________________
MARK C. STEPHENSON, ESQUIRE
518 Township Line Road, Suite 300
Blue Bell, PA 19422
215-358-5100
215-358-5101 (fax)
mstephenson@nldhlaw.com

Dated: October 5, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

| | | |
|---|---|---|
| JOHN EVERETT WILLIAMS and MICHELLE JOSIE WILLIAMS | ) | |
| Plaintiffs | ) | |
| v. | ) | Case No.: 5:13-00241-KKC |
| AETNA LIFE INSURANCE COMPANY | ) | |
| Defendant | ) | |

AETNA LIFE INSURANCE COMPANY'S RESPONSES TO PLAINTIFFS' REQUEST FOR PRODUCTION AND REQUESTS TO ADMIT

Defendant, Aetna Life Insurance Company ("Aetna"), by counsel, respectfully submits these Responses to Plaintiffs' Request for Production and Requests to Admit, states as follows:

GENERAL OBJECTIONS

1. Aetna objects to Plaintiffs' Request for Production of Documents and Requests for Admission (the "Discovery Requests") to the extent they seek information that is not relevant to the claims or defenses of the parties to this action. The Discovery Requests purport to impose obligations on Aetna that exceed the factual allegations supporting the claims in the Complaint and, thus, are irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.

2. Aetna objects to the Discovery Requests to the extent they seek production of documents beyond the administrative record for Plaintiff's health benefit claim and the applicable plan documents, because this case is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et seq.*, and the arbitrary and capricious

Request to Admit
Page 45

Lincoln/Guerrero 1669

standard of review applies. All discoverable and/or admissible evidence may be derived or ascertained from the administrative record and the applicable plan documents pursuant to Fed. R. Civ. P. 33.

3. Aetna objects to the Discovery Requests to the extent they seek information concerning persons or entities other than Plaintiff because the disclosure of such information may violate rights of privacy and other judicially-recognized protections and privileges, confidentiality agreements, or arrangements between Aetna and those other persons or entities, or court orders restricting dissemination of information.

4. Aetna objects to the Discovery Requests because one of ERISA's primary goals is to provide a method for workers and beneficiaries to resolve benefit disputes inexpensively and expeditiously, and Plaintiff's discovery requests frustrate this purpose.

5. Each of Aetna's answers and responses is subject to and incorporates the foregoing general objections. The assertion of the same, similar, or additional objections, or a partial response to any individual request does not waive any of Aetna's general objections.

REQUEST FOR PRODUCTION

1. For any Aetna employees involved in any meaningful way in reviewing Ms. Williams' medical claim, including the employees who signed the denial letter, please provide copies of any documents which show any type of incentive, bonus, or reward program or system, formal or informal, for said employees, and all documents showing how such bonus was calculated.

RESPONSE: Aetna objects to this Request to the extent that the phrase "meaningful way" is vague. Further, Aetna objects to this Request on the basis that it is not reasonably limited in scope to identify which employees are covered under this



Request to Admit
Page 46

Lincoln/Guerrero 1670

Request. Aetna further objects to this Request because it seeks confidential and proprietary information that is outside the scope of permissible discovery in this ERISA case.

Subject to and without waiving the foregoing general and specific objections, AND SUBJECT TO THE PROTECTIVE AND CONFIDENTIALITY ORDER in place in this case [DN 36], Aetna states that its does not provide its employees with any incentive, remuneration, bonuses, awards, achievements, or other recognition based in whole or part upon the denial or termination of claims such as the one submitted by Plaintiff.

Further responding, Aetna produces the attached documents identified as A0001 – A0009.

REQUESTS TO ADMIT

1. Admit that it is Aetna's policy, that, in order to properly consider a claim, its employees should fully investigate the relevant and applicable facts of any claim.

   ANSWER: Aetna objects to this Request on the basis that "policy" is undefined and therefore this Request is overly broad in scope. Subject to and without waiving the foregoing general or specific objections, Aetna ADMITS this allegation.

2. Admit that it is Aetna's policy that, as an ERISA fiduciary, in order to properly consider a claim, Aetna's employees should consider the interests of their insureds at least equal to Aetna's interests.

ANSWER: Aetna objects to this Request on the basis that "policy" is undefined and therefore this Request is overly broad in scope. Subject to and without waiving the foregoing general or specific objections, Aetna ADMITS this allegation.

3. Admit that it is Aetna's policy that any denial of benefits must contain an adequate and timely notice of the reasons for the denial such that a member or beneficiary can submit rebuttal information prior to any final denial.

ANSWER: Aetna objects to this Request on the basis that "policy" is undefined and therefore this Request is overly broad in scope. Subject to and without waiving the foregoing general or specific objections, Aetna ADMITS this allegation.

4. Admit that Aetna failed to notify Plaintiffs of its position that the medical necessity of IVIG treatment for selective antibody deficiency should be re-evaluated until more than two years after its initial denial of March 15, 2011.

ANSWER: Aetna objects to this Request on the basis that it is confusing and unclear. Subject to and without waiving the foregoing general or specific objections, Aetna denies this allegation. Aetna reserves the rights to revisit its Answer to this Request if a better understanding of what Plaintiffs are seeking becomes clearer.

RESPECTFULLY SUBMITTED,

Angela Logan Edwards / by gej w/ permission
Angela Logan Edwards
(angela.edwards@dinsmore.com)
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
(502) 540-2300
(502) 581-8111 | Fax
*Counsel for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served, via electronic mail on this the 23[rd] day of May, 2014, to the following:

Michael D. Grabhorn
*mdg@grabhornlaw.com*
Grabhorn Law Office, PLLC
2525 Nelson Miller Pkwy., Ste. 107 Louisville, KY 40223
(502) 244-9331
(502) 244-9334 fax

D. Seth Holliday
*sholliday@mcmahanfirm.com*
McMahan Law Firm, LLC
700 S. Thornton Avenue
P.O. Box 1607
Dalton, Georgia 30722
1-800-317-7723 (toll free)
1-706-217-6118 (office)
1-706-217-6880 (facsimile)

*Attorneys for Plaintiff*

Angela Logan Edwards / by gej w/ permission
*Counsel for Defendant*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

| | |
|---|---|
| JOHN EVERETT WILLIAMS and MICHELLE JOSIE WILLIAMS | ) |
| Plaintiffs | ) |
| v. | ) Case No.: 5:13-00241-KKC |
| AETNA LIFE INSURANCE COMPANY | ) |
| Defendant | ) |

**AETNA LIFE INSURANCE COMPANY'S RESPONSES TO PLAINTIFFS' REQUEST FOR PRODUCTION AND REQUESTS TO ADMIT**

Defendant, Aetna Life Insurance Company ("Aetna"), by counsel, respectfully submits these Responses to Plaintiffs' Request for Production and Requests to Admit, states as follows:

**GENERAL OBJECTIONS**

1. Aetna objects to Plaintiffs' Request for Production of Documents and Requests for Admission (the "Discovery Requests") to the extent they seek information that is not relevant to the claims or defenses of the parties to this action. The Discovery Requests purport to impose obligations on Aetna that exceed the factual allegations supporting the claims in the Complaint and, thus, are irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.

2. Aetna objects to the Discovery Requests to the extent they seek production of documents beyond the administrative record for Plaintiff's health benefit claim and the applicable plan documents, because this case is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et seq.*, and the arbitrary and capricious

standard of review applies. All discoverable and/or admissible evidence may be derived or ascertained from the administrative record and the applicable plan documents pursuant to Fed. R. Civ. P. 33.

3. Aetna objects to the Discovery Requests to the extent they seek information concerning persons or entities other than Plaintiff because the disclosure of such information may violate rights of privacy and other judicially-recognized protections and privileges, confidentiality agreements, or arrangements between Aetna and those other persons or entities, or court orders restricting dissemination of information.

4. Aetna objects to the Discovery Requests because one of ERISA's primary goals is to provide a method for workers and beneficiaries to resolve benefit disputes inexpensively and expeditiously, and Plaintiff's discovery requests frustrate this purpose.

6. Each of Aetna's answers and responses is subject to and incorporates the foregoing general objections. The assertion of the same, similar, or additional objections, or a partial response to any individual request does not waive any of Aetna's general objections.

REQUEST FOR PRODUCTION

1. For any Aetna employees involved in any meaningful way in reviewing Ms. Williams' medical claim, including the employees who signed the denial letter, please provide copies of any documents which show any type of incentive, bonus, or reward program or system, formal or informal, for said employees, and all documents showing how such bonus was calculated.

RESPONSE: Aetna objects to this Request to the extent that the phrase "meaningful way" is vague. Further, Aetna objects to this Request on the basis that it is not reasonably limited in scope to identify which employees are covered under this

Request. Aetna further objects to this Request because it seeks confidential and proprietary information that is outside the scope of permissible discovery in this ERISA case.

Subject to and without waiving the foregoing general and specific objections, AND SUBJECT TO THE PROTECTIVE AND CONFIDENTIALITY ORDER in plan in this case [DN 36], Aetna states that its does not provide its employees with any incentive, remuneration, bonuses, awards, achievements, or other recognition based in whole or part upon the denial or termination of claims such as the one submitted by Plaintiff.

Further responding, Aetna produces the attached documents identified as A0001 – A0009.

REQUESTS TO ADMIT

1. Admit that it is Aetna's policy, that, in order to properly consider a claim, its employees should fully investigate the relevant and applicable facts of any claim.

   ANSWER: Aetna objects to this Request on the basis that "policy" is undefined and therefore this Request is overly broad in scope. Subject to and without waiving the foregoing general or specific objections, Aetna ADMITS this allegation.

2. Admit that it is Aetna's policy that, as an ERISA fiduciary, in order to properly consider a claim, Aetna's employees should consider the interests of their insureds at least equal to Aetna's interests.

ANSWER: Aetna objects to this Request on the basis that "policy" is undefined and therefore this Request is overly broad in scope. Subject to and without waiving the foregoing general or specific objections, Aetna ADMITS this allegation.

3. Admit that it is Aetna's policy that any denial of benefits must contain an adequate and timely notice of the reasons for the denial such that a member or beneficiary can submit rebuttal information prior to any final denial.

ANSWER: Aetna objects to this Request on the basis that "policy" is undefined and therefore this Request is overly broad in scope. Subject to and without waiving the foregoing general or specific objections, Aetna ADMITS this allegation.

4. Admit that Aetna failed to notify Plaintiffs of its position that the medical necessity of IVIG treatment for selective antibody deficiency should be re-evaluated until more than two years after its initial denial of March 15, 2011.

ANSWER: Aetna objects to this Request on the basis that it is confusing and unclear. Subject to and without waiving the foregoing general or specific objections, Aetna denies this allegation. Aetna reserves the rights to revisit its Answer to this Request if a better understanding of what Plaintiffs are seeking becomes clearer.

RESPECTFULLY SUBMITTED,

Angela Logan Edwards | by gej w/ permission
Angela Logan Edwards
(angela.edwards@dinsmore.com)
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
(502) 540-2300
(502) 581-8111 | Fax
*Counsel for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served, via electronic mail on this the 23rd day of May, 2014, to the following:

Michael D. Grabhorn
*mdg@grabhornlaw.com*
Grabhorn Law Office, PLLC
2525 Nelson Miller Pkwy., Ste. 107 Louisville, KY 40223
(502) 244-9331
(502) 244-9334 fax

D. Seth Holliday
*sholliday@mcmahanfirm.com*
McMahan Law Firm, LLC
700 S. Thornton Avenue
P.O. Box 1607
Dalton, Georgia 30722
1-800-317-7723 (toll free)
1-706-217-6118 (office)
1-706-217-6880 (facsimile)

*Attorneys for Plaintiff*

Angela Logan Edwards | by gej w/ permission
*Counsel for Defendant*



Request to Admit
Page 54

Lincoln/Guerrero 1678

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| JOHN EVERETT WILLIAMS and MICHELLE JOSIE WILLIAMS,<br>Plaintiffs,<br>v.<br>AETNA LIFE INSURANCE COMPANY,<br>Defendant. | Civil Action No. 5:13-00241-KKC |

RESPONSE TO PLAINTIFFS' REVISED REQUEST TO ADMIT

Defendant, Aetna Life Insurance Company ("Aetna"), by counsel, and for its response to Plaintiffs' Revised Request to Admit to Defendant Pursuant to Court's April 16, 2014 Order and by Agreement of Parties, states as follows:

GENERAL OBJECTIONS

1. Aetna objects to Plaintiffs' Request for Production of Documents and Requests for Admission (the "Discovery Requests") to the extent they seek information that is not relevant to the claims or defenses of the parties to this action. The Discovery Requests purport to impose obligations on Aetna that exceed the factual allegations supporting the claims in the Complaint and, thus, are irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.

2. Aetna objects to the Discovery Requests to the extent they seek production of documents beyond the administrative record for Plaintiff's health benefit claim and the applicable plan documents, because this case is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et seq.*, and the arbitrary and capricious

standard of review applies. All discoverable and/or admissible evidence may be derived or ascertained from the administrative record and the applicable plan documents pursuant to Fed. R. Civ. P. 33.

3. Aetna objects to the Discovery Requests to the extent they seek information concerning persons or entities other than Plaintiff because the disclosure of such information may violate rights of privacy and other judicially-recognized protections and privileges, confidentiality agreements, or arrangements between Aetna and those other persons or entities, or court orders restricting dissemination of information.

4. Aetna objects to the Discovery Requests because one of ERISA's primary goals is to provide a method for workers and beneficiaries to resolve benefit disputes inexpensively and expeditiously, and Plaintiff's discovery requests frustrate this purpose.

5. Each of Aetna's answers and responses is subject to and incorporates the foregoing general objections. The assertion of the same, similar, or additional objections, or a partial response to any individual request does not waive any of Aetna's general objections.

Request to Admit

1. Admit that for more than two years after its initial denial of March 15, 2011, Aetna failed to notify Plaintiffs of its position that the medical necessity of IVIG treatment for selective antibody deficiency should be periodically re-evaluated.

RESPONSE: Aetna objects on the basis that "position" is undefined and therefore this Request is overly broad in scope. Subject to and without waiving the foregoing general or specific objections, Aetna denies this allegation because its adverse appeal determinations consistently referenced Clinical Policy Bulletin 206: Parenteral Immunoglobulins, which, at all



Request to Admit
Page 56

Lincoln/Guerrero 1680

relevant times, has stated: "[f]or persons with normal total IgG levels and severe polysaccharide nonresponsiveness, IVIG should be discontinued and the medical necessity of IVIG should be reevaluated 1 year after initiating therapy and every two years thereafter by reassessing immune response to protein and polysaccharide antigens." Aetna specifically informed Plaintiff that its March 15, 2011 and April 18, 2012 adverse appeal determinations were "made utilizing the Aetna CPB referenced above. You may obtain a copy of this CPB through the Internet at: www.aetna.com."

Respectfully submitted,

Angela Logan Edwards

Angela Logan Edwards (angela.edwards@dinsmore.com)
Michael P. Abate (michael.abate@dinsmore.com)
DINSMORE & SHOHL, LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
(502) 540-2300
(502) 581-8111 | Fax
*Counsel for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served, via electronic mail and U.S. Mail on this the 25th day of June, 2014, to the following:

Michael D. Grabhorn
*mdg@grabhornlaw.com*
Grabhorn Law Office, PLLC
2525 Nelson Miller Pkwy., Ste. 107 Louisville, KY 40223
(502) 244-9331
(502) 244-9334 fax

D. Seth Holliday
*sholliday@mcmahanfirm.com*
McMahan Law Firm, LLC
700 S. Thornton Avenue
P.O. Box 1607
Dalton, Georgia 30722
1-800-317-7723 (toll free)
1-706-217-6118 (office)
1-706-217-6880 (facsimile)

*Attorneys for Plaintiff*

Angela Logan Edwards
*Counsel for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Kim Phan, *Plaintiff,* | § § § | |
| v. | § | Case No. 1:12-cv-11490-DPW |
| Metropolitan Life Insurance Company, *Defendant.* | § § § | |

**DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S RESPONSE TO PLAINTIFF'S FIRST SET OF ADMISSIONS TO DEFENDANT**

Defendant Metropolitan Life Insurance Company ("MetLife"), by and though its counsel, Sulloway & Hollis, P.L.L.C., hereby responds to Plaintiff's First Set of Admissions to Defendant as follows:

**PRELIMINARY STATEMENT**

1. MetLife has responded to these requests as it interprets and understands such requests. If plaintiff subsequently asserts an interpretation of any request that differs from MetLife's interpretation or understanding, then MetLife reserves the right to supplement its objections and/or responses.

2. The responses of MetLife are based on information now known. MetLife has not yet completed its discovery or preparation for trial in this action. MetLife, therefore, reserves its rights to amend, modify, or supplement the responses stated herein.

3. In providing these responses, MetLife does not in any way waive, or intend to waive, but rather intends to preserve and is preserving:

a. all objections as to relevancy, materiality, and admissibility of any of the responses or the subject matter thereof;

b. the right to object to the use of any responses in this action or any subsequent proceedings, on any ground;

c. the right to object on any ground at any time to a demand for further responses to these or other requests or any other discovery procedures involving or relating to the subject matter of the requests;

d. the right at any time to revise, correct, supplement or clarify any responses to the requests;

e. all objections as to vagueness and ambiguity; and

f. the right to make additional objections as may be deemed appropriate upon further review of information or documents.

4. MetLife does not waive, and intends to preserve and is preserving, the attorney-client privilege, the work-product privilege, and every other judicially-recognized protection or privilege with respect to all information protected by such a privilege.

5. Whenever a request seeks to impose on MetLife greater or broader obligations than those imposed by the Federal Rules of Civil Procedure, then MetLife shall respond in conformance with those Rules.

6. MetLife's counsel is willing to meet with Plaintiff's counsel at a mutually agreeable time and place in order to try and resolve any of the objections set forth herein and to clarify any vague terms used by Plaintiff.

**REQUESTS FOR ADMISSION**

Request No. 1: Admit that it is Defendant's practice, that, in order to properly consider a claim, its employees and agents should fully investigate the relevant and applicable facts of each claim.

**RESPONSE: MetLife objects to this request because it does not ask MetLife to admit the truth of any relevant fact, the application of law to any relevant fact, or an opinion about either. MetLife also objects because the phrase "fully investigate" is vague and ambiguous. Subject to these objections, and notwithstanding that it is the insured's or beneficiary's obligation to provide satisfactory proof of loss, MetLife admits that individuals assigned to handle a particular claim for benefits should fully and fairly investigate the relevant and applicable facts in accordance with applicable law.**

Request No. 2: Admit that it is Defendant's practice, that, in order to properly consider a claim, its employees and agents should fairly consider all information obtained regarding a

claim, including that which tends to favor paying a claim as well as that which tends to favor denying a claim.

RESPONSE: **MetLife objects to this request because it does not ask MetLife to admit the truth of any relevant fact, the application of law to any relevant fact, or an opinion about either. Subject to this objection, MetLife admits that individuals assigned to a benefits claim should fully and fairly consider all relevant information obtained regarding the claim.**

Request No. 3: Admit that it is Defendant's practice that, in order to properly consider a claim, its employees and agents should consider the interests of each insured at least equal to their own and to resolve undeterminable issues in their insured's favor.

RESPONSE: **MetLife objects to this request because it does not ask MetLife to admit the truth of any relevant fact, the application of law to any relevant fact, or an opinion about either. MetLife also objects to this request because it is overly broad insofar as it refers to any and all manner of claims under any and all applicable laws. Subject to these objections, MetLife denies that benefits are payable under the accidental death benefits rider to the subject certificate/policy if satisfactory proof of a covered loss (*e.g.*, that an accident was the sole cause of the insured's death) is not provided by the beneficiary to MetLife.**

Request No. 4: Admit that it is Defendant's practice that, in order to properly consider a claim, that the employees and agents who make decisions on claims have the obligation to read, interpret and understand all of the pertinent medical information with sufficient clarity so as to be able to make a fair, objective and thorough evaluation of each insured's claim for benefits.

Law Offices of
Sulloway & Hollis, P.L.L.C.
Concord, N.H. 03302

**RESPONSE:** **MetLife objects to this request because it does not ask MetLife to admit the truth of any relevant fact, the application of law to any relevant fact, or an opinion about either. MetLife also objects to this request because the phrase "read, interpret and understand all of the pertinent medical information with sufficient clarity" is vague and ambiguous. Subject to these objections, MetLife denies that individuals assigned to handle a particular claim for group life insurance benefits may not rely on the opinions and conclusions of medical professionals, including medical examiners, concerning the "pertinent medical information."**

Request No. 5: Admit that it is Defendant's practice that, in order to properly consider a claim, the denial of a claim should not be based on speculation.

**RESPONSE:** **MetLife objects to this request because it does not ask MetLife to admit the truth of any relevant fact, the application of law to any relevant fact, or an opinion about either. Subject to this objection, and notwithstanding that it is the insured's or the beneficiary's obligation to provide satisfactory proof of loss, MetLife admits that a benefits claim determination should be based on evidence, or a lack of evidence, rather than based on speculation.**

Request No. 6: Admit that it is Defendant's practice that, in order to properly consider a claim, that its decision-makers, including employees and agents who make decisions on claims, should be objective in their assessment of facts and not attempt to bias the claims investigation process in any manner.

**RESPONSE:** **MetLife objects to this request because it does not ask MetLife to admit the truth of any relevant fact, the application of law to any relevant fact, or an opinion about either. MetLife also objects to this request because the phrase "bias the**

**claims investigation process in any manner" is vague and ambiguous. Subject to these objections, MetLife admits that individuals assigned to administer a claim should be unbiased and "objective in their assessment of [the] facts."**

Request No. 7: Admit that it is Defendant's practice that, in order to properly consider a claim, that employees and agents who make decisions on claims, or the supervisors of such employees, should not take into consideration the amount of money Defendant would save if a particular claim or set of claims is denied, terminated, or otherwise not paid.

**RESPONSE: MetLife objects to this request because it does not ask MetLife to admit the truth of any relevant fact, the application of law to any relevant fact, or an opinion about either. Subject to this objection, admitted.**

Request No. 8: Admit that it is Defendant's practice that, in the administration of a claim, Defendant has the obligation to follow the terms of the Life Insurance Policy.

**RESPONSE: MetLife objects to this request because it does not ask MetLife to admit the truth of any relevant fact, the application of law to any relevant fact, or an opinion about either. Subject to this objection, MetLife admits that, to the extent consistent with applicable law, MetLife administers a claim for benefits in accordance with the terms and conditions of the contractual documents governing the claim.**

Request No. 9: Admit that it is Defendant's practice that, in the administration of a claim, ambiguous terms must be construed in favor of finding insurance coverage rather than against finding insurance coverage.

**RESPONSE: MetLife objects to this request because it does not ask MetLife to admit the truth of any relevant fact, the application of law to any relevant fact, or an opinion about either. MetLife also objects to this request because it is overly broad insofar**

as it refers any and all manner of claims under any and all applicable laws and because whether the doctrine of *contra proferentem* applies with respect to an ambiguous term in a particular document depends on the applicable law with respect to such claim.

Request No. 10: Admit that it is Defendant's practice that, in the administration of a claim, Defendant will not violate the provisions of any state law.

**RESPONSE:** MetLife objects to this request because it does not ask MetLife to admit the truth of any relevant fact, the application of law to any relevant fact, or an opinion about either. MetLife also objects to this request because it is overly broad insofar as it refers to any and all manner of claims under any and all applicable laws. Subject to these objections, MetLife admits that it endeavors to abide by the provisions of any applicable law in administering claims for benefits.

Request No. 11: Admit that the insured died in an accident.

**RESPONSE:** MetLife objects to this request because it does not ask MetLife to admit the truth of any relevant fact, the application of law to any relevant fact, or an opinion about either. Without waiver of this objection and assuming that "the insured" is Tuc Phan, MetLife states that it has no independent knowledge about the cause of Mr. Phan's death. Rather, the information currently known to MetLife about the cause of Mr. Phan's death is set forth in the documents contained in MetLife's claim file. Based upon such documents, MetLife denies that an accident was the sole cause of Mr. Phan's death because, among other reasons, according to the Medical Examiner's Certificate of Death, the "immediate cause" of Mr. Phan's death was hypertensive and atherosclerotic cardiovascular disease.

Law Offices of
Sulloway & Hollis, P.L.L.C.
Concord, N.H. 03302

Request No. 12: Admit that the term "accident" is not defined in the Life Insurance Policy.

**RESPONSE: MetLife admits that the term "accident" is not specifically defined in the subject accidental death benefits rider.**

Request No. 13: Admit that unless the term "accident" is defined in the Life Insurance Policy that term is ambiguous.

**RESPONSE: MetLife objects to this request because whether a term or phrase in an insurance policy is ambiguous must be considered in light of the facts in a given situation. Subject to this objection, MetLife denies that the term accident in the subject accidental death benefits rider is ambiguous when applied to the facts of this claim.**

Request No. 14: Admit that the term "physical illness" is not defined in the Life Insurance Policy.

**RESPONSE: MetLife admits that the term "physical illness" is not specifically defined in the subject accidental death benefits rider.**

Request No. 15: Admit that unless the term "physical illness" is defined in the Life Insurance Policy that term is ambiguous.

**RESPONSE: MetLife objects to this request because whether a term or phrase in an insurance policy is ambiguous must be considered in light of the facts of a given situation. Subject to this objection, MetLife denies that the term "physical illness" in the subject accidental death benefits rider is ambiguous when applied to the facts of this claim. More particularly, MetLife denies that the term "physical illness" is ambiguous as to the question of whether the insured's hypertensive and atherosclerotic cardiovascular disease was a "physical illness."**

Law Offices of
Sulloway & Hollis, P.L.L.C.
Concord, N.H. 03302

Request No. 16: Admit that the insured died as a result of blunt trauma to the torso or blunt trauma to the chest causing laceration of his liver.

**RESPONSE:** Assuming "the insured" is Tuc Phan, MetLife states that it has no independent knowledge about the cause of Mr. Phan's death. Rather, the information currently known to MetLife about the cause of Mr. Phan's death is set forth in documents contained in MetLife's claim file. Based upon such documents, MetLife admits that, according to the Medical Examiner's Certificate of Death and Report of Autopsy, blunt trauma to Mr. Phan's torso or chest contributed to, but was not the "immediate" or sole cause of his death.

Request No. 17: Admit that the insured died as a result of hemoperitoneum.

**RESPONSE:** Assuming "the insured" is Tuc Phan, MetLife states that it has no independent knowledge about the cause of Mr. Phan's death. Rather, the information currently known to MetLife about the cause of Mr. Phan's death is set forth in documents contained in MetLife's claim file. Based upon such documents, MetLife admits that, according to the Medical Examiner's Certificate of Death and Report of Autopsy, a hemoperitoneum contributed to, but was not the "immediate" or sole cause of, Mr. Phan's death.

Request No. 18: Admit that the insured's accident was not caused or contributed to by a physical illness, diagnosis of or treatment for the illness.

**RESPONSE:** MetLife objects to this request because it does not ask MetLife to admit the truth of any relevant fact, the application of law to any relevant fact, or an opinion about either. MetLife is also unsure of what plaintiff means by "the insured's accident." Subject to this objection, MetLife states that it has no independent knowledge

about the cause of Mr. Phan's death. Rather, the information currently known to MetLife about the cause of Mr. Phan's death is set forth in documents contained in MetLife's claim file. Based upon such documents, MetLife denies that the insured's "loss of life" was not "caused or contributed to by ... [a] physical or mental illness, diagnosis of or treatment for the illness."

Request No. 19: Admit that Defendant did not respond to the letter that is attached to plaintiff's complaint as EXHIBIT 1 within 30 days of Defendant's receipt.

RESPONSE: MetLife objects to this request because it does not ask MetLife to admit the truth of any relevant fact, the application of law to any relevant fact, or an opinion about either. Subject to this objection, MetLife admits that its August 10, 2012 letter to plaintiff's counsel was sent more than 30 days after her counsel's June 7, 2012 letter was received at a post-office box in Scranton, Pennsylvania used by MetLife's Group Life Claims operations, which plaintiff was expressly advised not to use for service of legal process.

Respectfully submitted,

METROPOLITAN LIFE INSURANCE COMPANY

By Its Attorneys,
SULLOWAY & HOLLIS, P.L.L.C.

DATED: January 18, 2013

By: /s/ William D. Pandolph, Esq.
William D. Pandolph, Esq. #5579
9 Capitol Street
P.O. Box 1256
Concord, NH 03302-1256
(603)224-2341
e-mail: wpandolph@sulloway.com

Law Offices of
Sulloway & Hollis, PLLC
Concord, N.H. 03302

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| CARLA KNIGHT-DAVIS | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION FILE NUMBER |
| v. | ) | |
| | ) | 4:16-CV-0145-HLM |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

**ANSWER**

Now comes defendant LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA"), and answers plaintiff's complaint as follows:

**First Defense**

Plaintiff is not disabled under Group Policy No. LK-980120 ("the group policy") issued by LINA to Floyd Healthcare Management, Inc. dba Floyd Medical Center ("Floyd") to fund long-term disability ("LTD") benefits under an employee welfare benefit plan ("the Plan") sponsored and maintained by Floyd and governed by the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1001, *et seq.*

**Second Defense**

Plaintiff is not entitled to LTD benefits under the group policy or the Plan.

**Third Defense**

The group policy grants to LINA express discretionary authority to interpret Plan provisions and to determine eligibility for Plan benefits in accordance with controlling Eleventh Circuit authority.

**Fourth Defense**

LINA's administrative determinations with respect to plaintiff's claim for LTD benefits were legally correct, were not arbitrary or capricious, and did not result from an abuse of discretion.

**Fifth Defense**

LINA's administrative determinations with respect to plaintiff's claim for LTD benefits were the product of a deliberate, principled reasoning process.

**Sixth Defense**

LINA's administrative determinations with respect to plaintiff's claim for LTD benefits were based on substantial evidence in the administrative record.

**Seventh Defense**

LINA discharged its duties with respect to the Plan in accordance with the documents and instruments governing the Plan and ERISA.

**Eighth Defense**

If LTD benefits are payable under the Plan, which is denied, such benefits would be offset and reduced by plaintiff's Other Income Benefits, as that term is

defined in the group policy and the Plan.

**Ninth Defense**

LINA answers the numbered paragraphs of plaintiff's complaint as follows:

**Jurisdiction and Venue**

1.

Paragraph 1 of plaintiff's complaint is admitted.

2.

Answering paragraph 2 of plaintiff's complaint, LINA admits that plaintiff has exhausted her administrative remedies under the group policy and the Plan. For further answer, LINA prays reference to 29 U.S.C. § 1133 and 29 C.F.R. § 2560.503-1, which speak for themselves, and denies any allegations inconsistent therewith.

3.

Paragraph 3 of plaintiff's complaint is admitted.

**Parties**

4.

Paragraph 4 of plaintiff's complaint is admitted upon information and belief.

5.

Answering paragraph 5 of plaintiff's complaint, LINA admits that it issued the group policy to Floyd to fund LTD benefits under the Plan, and that the Plan is

an employee welfare benefit plan governed by ERISA. Except as specifically admitted herein, paragraph 5 is denied.

6.

Paragraph 6 of plaintiff's complaint is admitted.

7.

Paragraph 7 of plaintiff's complaint is admitted based on information in the administrative record.

8.

LINA is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8 of plaintiff's complaint, and therefore denies them.

9.

Answering paragraph 9 of plaintiff's complaint, LINA admits that it issued the group policy to Floyd to fund LTD benefits under the Plan; that LINA is the claims administrator for the Plan; that LINA is vested with discretionary authority to interpret Plan provisions and determine eligibility for Plan benefits; and that if benefits are payable under the terms of the group policy and the Plan, LINA is the entity that pays such benefits. Except as specifically admitted herein, paragraph 9 is denied.

10.

Paragraph 10 of plaintiff's complaint is admitted.

**Facts**

11.

Answering paragraph 11 of plaintiff's complaint, LINA admits that it is the claims administrator for the Plan and that it is vested with discretionary authority to determine eligibility for Plan benefits under the terms of the group policy and the Plan. Except as specifically admitted herein, paragraph 11 is denied.

12.

Answering paragraph 12 of plaintiff's complaint, LINA admits that it issued the group policy to Floyd to fund LTD benefits under the Plan.

13.

Answering paragraph 13 of plaintiff's complaint, LINA admits: (a) that plaintiff applied for LTD benefits; (b) that LINA determined plaintiff was not eligible for Plan benefits and notified plaintiff of that determination by letter dated March 12, 2015; (c) that plaintiff's attorney appealed LINA's administrative determination; and (d) that LINA upheld its determination on appeal and notified plaintiff's attorney of that decision by letter dated May, 24, 2016.

14.

Answering paragraph 14 of plaintiff's complaint, LINA admits that this

paragraph quotes from a sentence in the letter of May 24, 2016. For further answer, LINA prays reference to the letter dated May 24, 2016, which speaks for itself, and denies any allegations inconsistent therewith.

15.

Answering paragraph 15 of plaintiff's complaint, LINA admits: (a) that plaintiff was hired by Floyd on October 9, 2012; (b) that plaintiff's last day worked was July 24, 2014; (c) that, as of her last day worked, plaintiff was employed as a radiologic technologist; (d) that plaintiff was a participant in the Plan; and (e) that plaintiff was covered under the group policy. Except as specifically admitted herein, paragraph 15 is denied.

16.

Paragraph 16 of plaintiff's complaint is denied.

17.

Answering paragraph 17 of plaintiff's complaint, LINA admits that plaintiff's attorney appealed LINA's benefits determination and that plaintiff has exhausted her administrative remedies. For further answer, LINA prays reference to the group policy, 29 U.S.C. § 1133, and 29 C.F.R. § 2560.503-1, which speak for themselves, and denies any allegations inconsistent therewith.

18.

Paragraph 18 of plaintiff's complaint calls for legal conclusions, and

therefore requires no response. To the extent that a response is required, paragraph 18 is denied.

19.

Paragraph 19 of plaintiff's complaint is denied.

20.

Answering paragraph 20 of plaintiff's complaint, LINA admits that plaintiff did not receive any Plan benefits, denies that plaintiff is disabled under the terms of the group policy and the Plan, and denies that plaintiff is entitled to benefits as set forth in this paragraph. Except as specifically admitted herein, paragraph 20 is denied.

21.

Answering paragraph 21 of plaintiff's complaint, LINA admits based on information in the administrative record that plaintiff and her attorney submitted information in connection with her disability claim, and that the medical information in the administrative record indicates that plaintiff has the diagnoses and/or has complained of the symptoms listed in this paragraph; LINA denies that the information submitted to it supported a determination that plaintiff is disabled under the terms of the Plan.

22.

For answer to paragraph 22 of plaintiff's complaint, LINA prays reference to

the voluminous medical and other information submitted to and obtained by LINA, which is contained within the administrative record and speaks for itself, for a full disclosure of its contents; LINA denies that the information submitted to it supported a determination that plaintiff is disabled under the terms of the Plan.

23.

Answering paragraph 23 of plaintiff's complaint, LINA admits that, in its discretion as claims administrator, it determined that neither an independent medical examination nor a functional capacity evaluation was necessary to reach a determination with respect to plaintiff's claim. Except as specifically admitted herein, paragraph 23 is denied.

24.

Answering paragraph 24 of plaintiff's complaint, LINA admits that plaintiff has exhausted her administrative remedies under the Plan. Except as specifically admitted herein, paragraph 24 is denied.

25.

Paragraph 25 of plaintiff's complaint is denied.

26.

Answering paragraph 26 of plaintiff's complaint, LINA admits that it is the entity with discretionary authority to determine eligibility for Plan benefits, and that if such benefits are payable under the Plan they are paid from LINA's assets

pursuant to the terms of the group policy. Except as specifically admitted herein, paragraph 26 is denied.

27.

Answering paragraph 27 of plaintiff's complaint, LINA admits (a) that it is the claims administrator for the Plan, (b) that it is both the decisionmaker and payor with respect to claims for LTD benefits under the Plan; and (c) that the Supreme Court held in *Metropolitan Life Ins. Co. v. Glenn*, 554 U.S. 105 (2008), that an insurance company with the "dual role of both evaluating and paying benefits claims" has an inherent structural conflict of interest. Except as specifically admitted herein, paragraph 27 is denied.

28.

Paragraph 28 of plaintiff's complaint is denied.

29.

Paragraph 29 of plaintiff's complaint is denied.

30.

Paragraph 30 of plaintiff's complaint is denied.

31.

Paragraph 31 of plaintiff's complaint is denied.

32.

Answering paragraph 32 of plaintiff's complaint, LINA admits: (a) that it is

both the decisionmaker and payor with respect to claims for LTD benefits under the Plan; and (b) that the Supreme Court held in *Metropolitan Life Ins. Co. v. Glenn*, 554 U.S. 105 (2008), that an insurance company with the "dual role of both evaluating and paying benefits claims" has an inherent structural conflict of interest. Except as specifically admitted herein, paragraph 32 is denied.

33.

Answering paragraph 33 of plaintiff's complaint, LINA admits that it is a claim fiduciary with respect to the Plan by virtue of its discretionary authority to interpret Plan provisions and determine eligibility for Plan benefits. Except as specifically admitted herein, paragraph 33 is denied.

34.

Answering paragraph 34 of plaintiff's complaint, LINA admits that an ERISA fiduciary must discharge its duties to the Plan in the interest of all Plan participants and beneficiaries and that it is LINA's regular practice and procedure to do so in connection with all claims including plaintiff's claim for benefits at issue in this case. Except as specifically admitted herein, paragraph 34 is denied.

35.

Answering paragraph 35 of plaintiff's complaint, LINA admits that an ERISA fiduciary has a duty to fully investigate all relevant and applicable facts pertinent to any claim for Plan benefits and that it is LINA's regular practice and

procedure to do so in connection with all claims including plaintiff's claim for benefits at issue in this case. Except as specifically admitted herein, paragraph 35 is denied.

36.

Answering paragraph 36 of plaintiff's complaint, LINA admits that an ERISA fiduciary should fairly consider all information submitted or obtained regarding a claim for Plan benefits and that it is LINA's regular practice and procedure to do so in connection with all claims for Plan benefits including plaintiff's claim for benefits at issue in this case. Except as specifically admitted herein, paragraph 36 is denied.

37.

Answering paragraph 37 of plaintiff's complaint LINA admits that an ERISA fiduciary has an obligation to consider the interests of all Plan participants and beneficiaries, and that it is LINA's regular practice and procedure to do so in connection with all claims for Plan benefits including plaintiff's claim for benefits at issue in this case. Except as specifically admitted herein, paragraph 37 is denied.

38.

Answering paragraph 38 of plaintiff's complaint, LINA admits that ERISA fiduciaries have an obligation to read, interpret, and understand all of the pertinent

medical information with sufficient clarity to make a fair, objective and thorough evaluation of a claimant's disability claim and that it is LINA's regular policy and practice to do so. Except as specifically admitted herein, paragraph 38 is denied.

39.

Answering paragraph 39 of plaintiff's complaint, LINA admits that an ERISA fiduciary should not deny a claim for benefits based on speculation and that it is LINA's regular policy and practice not to do so. Except as specifically admitted herein, paragraph 39 is denied.

40.

Answering paragraph 40 of plaintiff's complaint, LINA admits that an ERISA fiduciary should be objective in its assessment of facts and not attempt to bias the claims investigation in any manner and that it is LINA's regular policy and practice to evaluate claims in an objective and unbiased manner, including plaintiff's claim for benefits in this case. Except as specifically admitted herein, paragraph 40 is denied.

41.

Answering paragraph 41 of plaintiff's complaint, LINA admits that ERISA fiduciaries should not take into consideration the amount of money that could be saved if a particular claim or set of claims is denied, terminated, or otherwise not paid and that it is LINA's regular policy and practice not to do so with respect to

claims for benefits under group disability Plans for which it serves as a claims administrator, including plaintiff's claim for Plan benefits in this case. Except as specifically admitted herein, paragraph 41 is denied.

42.

Answering paragraph 42 of plaintiff's complaint, LINA admits that an ERISA fiduciary should refrain from overly excessive reliance on in-house medical staff to deny, terminate, or reduce a claimant's Plan benefits, and that LINA does not do so with respect to claims for benefits under group disability Plans for which it serves as a claims administrator, including plaintiff's claim for Plan benefits in this case. Except as specifically admitted herein, paragraph 42 is denied.

43.

Answering paragraph 43 of plaintiff's complaint, LINA admits that an ERISA fiduciary should not conduct unfair evaluation or interpretation of treating physicians' and independent medical examiners' reports and that LINA did not do so with respect to plaintiff's claim for benefits under the Plan. Except as specifically admitted herein, paragraph 43 is denied.

44.

Answering paragraph 44 of plaintiff's complaint, LINA admits that an ERISA fiduciary should evaluate the totality of a claimant's medical conditions

and that LINA did so with respect to plaintiff's claim for benefits under the Plan. Except as specifically admitted herein, paragraph 44 is denied.

45.

Answering paragraph 45 of plaintiff's complaint, LINA admits that an ERISA fiduciary has an obligation to conduct a fair, thorough, and objective review and that LINA satisfied its obligation to do so with respect to plaintiff's claim for benefits under the Plan. Except as specifically admitted herein, paragraph 45 is denied.

**Cause of Action**
**For Plan Benefits against All Defendants**
**Pursuant to 29 U.S.C. § 1132(a)(1)(B)**

LINA adopts and incorporates by reference its answers to paragraphs 1 through 45 above as if set forth verbatim, and further answers as follows:

46.

Answering paragraph 46 of plaintiff's complaint, LINA admits that it issued the group policy to Floyd to fund LTD benefits under the Plan, and that LINA agreed to pay benefits to eligible claimants pursuant to the terms of the group policy and the Plan. Except as specifically admitted herein, paragraph 46 is denied.

47.

Paragraph 47 of plaintiff's complaint is denied.

48.

Paragraph 48 of plaintiff's complaint is denied.

49.

Paragraph 49 of plaintiff's complaint is denied.

50.

Paragraph 50 of plaintiff's complaint is denied.

51.

Paragraph 51 of plaintiff's complaint is denied.

52.

Paragraph 52 of plaintiff's complaint is denied.

53.

Paragraph 53 of plaintiff's complaint is denied.

54.

Answering paragraph 54 of plaintiff's complaint, LINA admits that it is a claim fiduciary for the Plan, and that it is LINA's regular practice and procedure to carry out all of the obligations and duties listed in this paragraph in connection with all claims including plaintiff's claim for benefits at issue in this case. Except as specifically admitted herein, paragraph 54 is denied.

55.

Paragraph 55 of plaintiff's complaint is denied.

56.

Paragraph 56 of plaintiff's complaint is denied.

57.

Paragraph 57 of plaintiff's complaint is denied.

**Prayer for Relief**

Any and all allegations, contentions, and prayers for relief not specifically admitted herein are expressly denied. LINA expressly denies that plaintiff is entitled to any of the relief sought in subparagraphs (1) through (7) of her prayer for relief.

This 27th day of July, 2016.

s/ Elizabeth J. Bondurant
Elizabeth J. Bondurant
Georgia Bar No. 066690
s/ Nikole M. Crow
Nikole M. Crow
Georgia Bar No. 198359

Attorneys for Defendant

WOMBLE CARLYLE SANDRIDGE
& RICE, LLP
271 17th Street, N.W., Suite 2400
Atlanta, Georgia 30363-1017
(404) 872-7000 (telephone)
(404) 888-7490 (facsimile)
lisa.bondurant@wcsr.com
ncrow@wcsr.com

**CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

Pursuant to Local Rule 5.1C, ND Ga. and Standing Order No. 16-01, the foregoing pleading is prepared in Times New Roman, 14 point, and was filed using the CM/ECF system, which will automatically provide notice to the following attorney of record by electronic means:

D. Seth Holliday, Esq.

This 27th day of July, 2016.

s/ Nikole M. Crow
Nikole M. Crow

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KIMIA ANSARI,

Plaintiff, CASE NO.: 1:17-cv-4674-MHC

v.

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON,

Defendant.

_________________________________/

**ANSWER AND AFFIRMATIVE DEFENSES OF
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

COMES NOW the Defendant, Liberty Life Assurance Company of Boston ("Liberty Life"), by and through its undersigned counsel, and hereby responds to Plaintiff's Complaint, and to each and every allegation contained therein, stating as follows:

1. Admitted that this Court has subject matter jurisdiction over this claim, based on federal question jurisdiction under 28 U.S.C. §1331. Admitted that Plaintiff seeks relief under the Employee Retirement Income Security Act of 1974, as amended (ERISA), 29 U.S.C. §1001, *et seq.*, specifically, 29 U.S.C. §1132.

Denied that Plaintiff is entitled to any such relief. Denied as to all matters not expressly admitted herein.

2. Admitted.

3. Admitted.

4. Admitted that Plaintiff exhausted her administrative remedies before filing this action. Denied as to all matters not expressly admitted herein.

5. Admitted.

6. Admitted that benefits under the L'Oreal USA, Inc. Long Term Disability Plan ("the Plan") are insured by Liberty Life under a Group Disability Income Policy ("the Policy") issued by Liberty Life to L'Oreal USA, Inc. ("the Sponsor"). Admitted that the Plan is an employee welfare benefit plan, as that term is defined by ERISA. Denied as to all matters not expressly admitted herein.

7. Admitted that Liberty Life, as a claims administrator for the Plan, has discretionary authority to make benefits determinations. Admitted that Liberty Life is the party responsible for paying claims that have been approved under the Plan. Denied as to all matters not expressly admitted herein.

8. Admitted that Liberty Life insures benefits under the Plan. Denied that there are any benefits due to Plaintiff. Denied as to all matters not expressly admitted herein.

9. Admitted.

10. Without knowledge and therefore denied.

11. Admitted that the majority of medical records received by Liberty Life relative to Plaintiff's claim are from health care providers in Georgia. Denied as to all matters not expressly admitted herein.

12. Admitted.

13. Admitted that Plaintiff was an employee of the Sponsor. Admitted that Plaintiff was a participant in the Plan during all or part of her time of employment with the Sponsor. Denied as to all matters not expressly admitted herein.

14. Admitted that Plaintiff's last day of work for the Sponsor was June 5, 2015. Denied as to all matters not expressly admitted herein.

15. Admitted that benefits under the Plan are insured by the Policy. Denied as to all matters not expressly admitted herein.

16. Admitted that Liberty Life paid Plaintiff benefits under a reservation from December 13, 2015 through January 20, 2016 while it completed its claim assessment. Denied as to all matters not expressly admitted herein.

17. Denied.

18. Denied.

19. Admitted that Plaintiff submitted some medical documentation to Liberty Life on a timely basis, though such documentation did not evince disability under the Plan. Denied that all of the medical documentation submitted by Plaintiff to Liberty Life was timely, as Plaintiff submitted voluminous documentation to Liberty Life after the completion of the initial claim review and the administrative review were both completed, and well beyond the time prescribed by the Plan and ERISA regulations. Denied as to all matters not expressly admitted herein.

20. Admitted that Plaintiff submitted documentation during the administrative review of her claim and appeal that included, *inter alia*, records or opinions for the following medical providers and dates:

- Dr. Byrd (8/31/15)
- Dr. Caudill (9/10/15, 9/19/15)
- Dr. Hanafi (8/31/15, 10/16/15, 1/25/16)

- Dr. Pecker (10/21/15)
- Dr. Pri-Paz (4/29/15, 5/6/15, 5/28/15)
- Dr. Ruden (8/11/15, 4/26/16, 7/13/16)
- Dr. Schottenstein (12/1/15)

Denied that Plaintiff submitted documentation during the administrative review of her claim and appeal that included records or opinions for the following medical providers and dates:

- Dr. Caudill (9/12/16)
- Dr. Kwok (4/11/17)
- Dr. Mastrogianakis (4/27/17)
- Dr. Ruden (8/5/16, 1/31/17)

Denied that Plaintiff submitted any documentation from any vocational epert during the administrative review of her claim and appeal. Denied as to all matters not expressly admitted herein.

21. Admitted that Plaintiff submitted MRIs from November 17, 2015 and December 15, 2015 to Liberty Life during the administrative review of her claim and appeal. Denied that Plaintiff submitted an August 10, 2016 MRI or an August

22, 2016 diagnostic study to Liberty Life during the administrative review of claim and appeal. Denied as to all matters not expressly admitted herein.

22. Admitted that Plaintiff provided Liberty Life with at least one medical opinion that Plaintiff suffered from hyperaldosteronism. Denied that this was a dispositive diagnosis. Denied that Plaintiff provided Liberty Life with evidence of a disability arising out of this medical condition. Denied as to all matters not expressly admitted herein.

23. Admitted that Plaintiff provided Liberty Life with at least one medical opinion that Plaintiff suffered from avascular necrosis of the right femoral head. Denied that this was a dispositive diagnosis. Denied that Plaintiff provided Liberty Life with evidence of a disability arising out of this medical condition. Denied as to all matters not expressly admitted herein.

24. Denied that Plaintiff provided Liberty Life any evidence of Tarlov cysts during the administrative review of her claim and appeal. Denied as to all matters not expressly admitted herein.

25. Admitted that Liberty Life denied Plaintiff's claim for benefits under the Plan. Admitted that Plaintiff has exhausted her administrative remedies.

26. Denied.

27. Denied.

28. Admitted that Liberty Life is the claims administrator who made the adverse benefits determination. Admitted that Liberty Life would pay the claim out of its own assets if Plaintiff were found to be disabled. Denied as to all matters not expressly admitted herein.

29. Admitted that Liberty Life insured benefits and made claims decisions under the Plan, thereby authorizing the Court to consider conflict of interest as a factor when determining whether Liberty Life abused its discretion in making its claim determination. Denied that any actual bias or conflict of interest influenced Liberty Life's claim determination relative to Plaintiff's claim. Denied as to all other matters not expressly admitted herein.

30. Denied.

31. Denied.

32. Denied.

33. Admitted that Plaintiff exhausted her administrative remedies. Denied as to all matters not expressly admitted herein.

34. Admitted that Plaintiff's complaint is not time-barred. Denied as to all matters not expressly admitted herein.

35. Denied.

36. Admitted that Liberty Life insured benefits and made claims determinations under the Plan, thereby authorizing the Court to consider conflict of interest as a factor when determining whether Liberty Life abused its discretion in making its claim determination. Denied that any actual bias or conflict of interest influenced Liberty Life's claim determination relative to Plaintiff's claim. Denied as to all other matters not expressly admitted herein.

37. Admitted that Liberty Life has limited, specific fiduciary obligations as a claims administrator for the Plan. Denied as to all matters not expressly admitted herein.

38. Admitted that fiduciary must carry out its duties with respect to the plan by placing the interests of the Plan and its participants ahead of its own. Denied as to all matters not expressly admitted herein.

39. Denied that Liberty Life failed to satisfy any duty it has or had relative to the Plan and Plaintiff's claim. Denied as to all matters not expressly admitted herein.

40. Admitted that a claims administrator has the duty to fully review all relevant information provided to it by the claimant during the claims process and

administrative review process. Denied that a claims administrator has the duty to conduct an investigation beyond the information submitted by the claimant or to gather information beyond that which is submitted by the claimant during the claims process and administrative review process. Denied as to all matters not expressly admitted herein.

41. Denied that Liberty Life failed to satisfy any duty it has or had relative to the Plan and Plaintiff's claim. Denied as to all matters not expressly admitted herein.

42. Admitted.

43. Denied that Liberty Life failed to satisfy any duty it has or had relative to the Plan and Plaintiff's claim. Denied as to all matters not expressly admitted herein.

44. Admitted that a claims fiduciary should consider the interests of a claimant ahead of its own. Denied that a claims fiduciary must resolve "undeterminable issues in its insured's favor," as it is the claimant's obligation under the terms of the Plan to provide proof of disability such that it is determinable whether the claimant is disabled. If the claimant fails to submit such proof of disability, the terms of the plan require that a claim be denied, as the claimant has

not satisfied obligations and conditions precedent under the terms of the Plan. Denied as to all matters not expressly admitted herein.

45. Denied that Liberty Life failed to satisfy any duty it has or had relative to the Plan and Plaintiff's claim. Denied as to all matters not expressly admitted herein.

46. Admitted that a claims fiduciary has the obligation to read, interpret and understand all of the pertinent information that is submitted to it during the claims process and administrative review process so as to be able to make a fair, objective and thorough evaluation of the participant's claim for benefits. Denied as to all matters not expressly admitted herein.

47. Denied that Liberty Life failed to satisfy any duty it has or had relative to the Plan and Plaintiff's claim. Denied as to all matters not expressly admitted herein.

48. Liberty Life is unable to frame a response to paragraph 48 of the Complaint, as it is uncertain as to what the allegation means. As such, Liberty Life denies the allegation and requires strict proof.

49. Denied that Liberty Life failed to satisfy any duty it has or had relative to the Plan and Plaintiff's claim. Denied as to all matters not expressly admitted herein.

50. Admitted.

51. Denied that Liberty Life failed to satisfy any duty it has or had relative to the Plan and Plaintiff's claim. Denied as to all matters not expressly admitted herein.

52. Admitted.

53. Denied that Liberty Life failed to satisfy any duty it has or had relative to the Plan and Plaintiff's claim. Denied as to all matters not expressly admitted herein.

54. Liberty Life is unable to frame a response to paragraph 54 of the Complaint because it is unclear as to what would constitute "excessive reliance" on in-house medical staff. Liberty Life denies that a claims administrator may not rely on the opinions of medical consultants that are employed by or contracted with the claims administrator. Denied as to all matters not expressly admitted herein.

55. Denied that Liberty Life failed to satisfy any duty it has or had relative to the Plan and Plaintiff's claim. Denied as to all matters not expressly admitted herein.

56. Admitted.

57. Denied that Liberty Life failed to satisfy any duty it has or had relative to the Plan and Plaintiff's claim. Denied as to all matters not expressly admitted herein.

58. Admitted that a claims administrator should evaluate the totality of information in its possession at the time it makes its claim determination and appellate review determination. Denied as to all matters not expressly admitted herein.

59. Denied that Liberty Life failed to satisfy any duty it has or had relative to the Plan and Plaintiff's claim. Denied as to all matters not expressly admitted herein.

60. Admitted.

61. Denied that Liberty Life failed to satisfy any duty it has or had relative to the Plan and Plaintiff's claim. Denied as to all matters not expressly admitted herein.

62. Admitted that if Plaintiff were found to be disabled, her gross benefit under the plan would be $6,655 per month. Admitted that the gross benefit would be reduced by any Other Income Benefits and Other Income Earnings, as those terms are defined by the Plan and Policy. Denied as to all matters not expressly admitted herein.

63. Admitted that Liberty Life agreed to pay benefits to Plan participants upon receipt of proof of disability, subject to the terms and conditions of the Plan and Policy. Denied as to all matters not expressly admitted herein.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

71. Admitted.

72. Denied.

73. Denied.

74. Denied.

AFFIRMATIVE DEFENSES

FIRST AFFIRMATIVE DEFENSE: Liberty Life affirmatively avers that this action seeks disability benefits under the terms of an employee welfare benefit plan, which provides long term disability benefits. The Plan at issue is governed by the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. §§1001 *et seq*. The plaintiff's remedies under this Plan, if any, are limited to those which Section 502(a) of ERISA (codified at 29 U.S.C. Section 1132(a)) provides. To the extent that the plaintiff demands any relief or remedy not provided by Section 502(a) of ERISA those demands are preempted by ERISA and therefore fail to state a claim for which relief may be granted.

SECOND AFFIRMATIVE DEFENSE: Liberty Life affirmatively avers that the plaintiff has failed to comply with all conditions precedent to receiving benefits under the Plan, including, but not limited to, failing to demonstrate during the claim process and administrative appeal that he was entitled to the benefits for which he makes claim.

THIRD AFFIRMATIVE DEFENSE: Liberty Life affirmatively avers that it has discharged its duties with respect to the Plan in accordance with the documents and instruments governing the Plan and ERISA.

FOURTH AFFIRMATIVE DEFENSE: Liberty Life affirmatively avers that it was only obligated to review and consider such documentation as was submitted during the claim and appellate review process afforded by ERISA and the terms of the Plan, and that the Court's review is limited to this Administrative Record. Liberty Life could not and was not required to consider documentation submitted after the completion of the appellate review process, and this Court may not consider any such information.

FIFTH AFFIRMATIVE DEFENSE: Liberty Life affirmatively avers that in the event a Court should determine benefits are due and payable, Liberty Life is entitled to an offset of any Benefits from Other Income, as that term is defined by the Plan, for which Plaintiff is eligible.

SIXTH AFFIRMATIVE DEFENSE: Liberty Life affirmatively avers that the Court's review of Liberty Life's claims determination is subject to an "arbitrary and capricious" standard of review, as delineated in *Firestone Tire & Rubber Company v. Bruch*, 489 U.S. 101, 109 S.Ct. 948 (1989); *Metropolitan Life Insurance Co. v.*

Glenn, 128 S.Ct. 2343 (2008); and Doyle v. Liberty Life Assurance Company of Boston, 542 F.3d 1352 (11th Cir. 2008).

SEVENTH AFFIRMATIVE DEFENSE: Liberty Life affirmatively avers that the plaintiff is not entitled to a jury trial under ERISA.

EIGHTH AFFIRMATIVE DEFENSE: Liberty Life affirmatively avers that the Court's review of Liberty Life's claims determination is limited to a review of the information within Liberty Life's possession at the time, pursuant to Jettv. Blue Cross & Blue Shield of Alabama, 890 F.2d 1137 (11th Cir. 1989). Liberty Life demands its reasonable attorneys' fees incurred in the defense of this action, pursuant to 29 U.S.C. §1132(g).

WHEREFORE, LIBERTY Life requests that the Court enter judgment in favor of Liberty Life, awarding Liberty Life its costs, its attorney fees pursuant to 29 U.S.C. §1132(g), and any other relief this Court deems just and equitable.

/s *Forrest K. Clinard*

Forrest K. Clinard, Esq.
Georgia Bar No.: 170361
Law Office of Forrest K. Clinard
1 Glenlake Parkway
Suite 700
Atlanta, Georgia 30328
Phone: 770-592-3110
Fax: 770-592-6595
fkclinard@clinardlawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 20th day of December, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to: D. Seth Holiday, McMahan Law Firm, LLC, 700 S. Thornton Avenue, Dalton, GA 30722, email: Sholliday@mcmahanfirm.com.

*/s Forrest K. Clinard*

**Forrest K. Clinard, Esq.**
Georgia Bar No.: 170361
Law Office of Forrest K. Clinard
1 Glenlake Parkway
Suite 700
Atlanta, Georgia 30328
Phone: 770-592-3110
Fax: 770-592-6595
fkclinard@clinardlawfirm.com

**Claim Number(s):12827197**

**Overpayment Calculation**

| | | |
|---|---|---|
| Original Amount Paid: | 07/28/2022 - 07/27/2023 | $26,635.79 |
| Revised Pay Amount: | 07/28/2022 - 07/27/2023 | *$3,669.99* |
| Variance: | | *($22,965.80)* |
| Credits: | Prior Recovery | $0.00 |
| | Attorney Fees | $0.00 |
| | Excess Fees | $0.00 |

**Overpayment Amount Due (Variance + Credits): ($22,965.80)**

Per Check Breakdown:

| *Check Number* | *Dates Covered* | *Original Net Amount* | *Revised Net Amount* | *Amount Due* |
|---|---|---|---|---|
| 107555601 | *07/28/2022 - 08/27/2022* | *$2,837.52* | *$1,103.22* | $1,734.30 |
| 107794491 | *08/28/2022 - 09/27/2022* | *$3,072.57* | *$1,145.57* | $1,927.00 |
| 108041683 | *09/28/2022 - 10/27/2022* | *$2,072.57* | *$145.57* | $1,927.00 |
| 108277255 | *10/28/2022 - 11/27/2022* | *$328.57* | *$145.57* | $183.00 |
| 108353659 | *10/28/2022 - 11/27/2022* | *$1,744.00* | *$0.00* | $1,744.00 |
| 108516729 | *11/28/2022 - 12/27/2022* | *$2,072.57* | *$145.57* | $1,927.00 |
| 108758318 | *12/28/2022 - 01/27/2023* | *$2,072.57* | *$141.07* | $1,931.50 |
| 108987594 | *01/28/2023 - 02/27/2023* | *$2,072.57* | *$140.57* | $1,932.00 |
| 109210076 | *02/28/2023 - 03/27/2023* | *$2,072.57* | *$140.57* | $1,932.00 |
| 109463735 | *03/28/2023 - 04/27/2023* | *$2,072.57* | *$140.57* | $1,932.00 |
| 109696465 | *04/28/2023 - 05/27/2023* | *$2,072.57* | *$140.57* | $1,932.00 |
| 109938568 | *05/28/2023 - 06/27/2023* | *$2,072.57* | *$140.57* | $1,932.00 |
| 110178008 | *06/28/2023 - 07/27/2023* | *$2,072.57* | *$140.57* | $1,932.00 |
| | | **$26,635.79** | **$3,669.99** | **$22,965.80** |

**From:**Wahl, Henry
**Sent:**Tue, 10 Oct 2023 13:24:21 +0000
**To:**565 - B&B Absence Reimbursement Facilitation
**Subject:**Sabrina Guerrero 12827197

Greetings,

Please see the overpayment summary below. Please contact the claimant regarding this balance and notify Lincoln National Life with any updates.

**Claim Number(s):12827197**

**Overpayment Calculation**

| | | | |
|---|---|---|---|
| Original Amount Paid: | 07/28/2022 - 07/27/2023 | $26,635.79 | |
| Revised Pay Amount: | 07/28/2022 - 07/27/2023 | *$3,669.99* | |
| Variance: | | *($22,965.80)* | |
| Credits: | Prior Recovery | $0.00 | |
| | Attorney Fees | $0.00 | |
| | Excess Fees | $0.00 | |
| | | **Overpayment Amount Due (Variance + Credits):** | **($22,965.80)** |

Per Check Breakdown:

| *Check Number* | *Dates Covered* | *Original Net Amount* | *Revised Net Amount* | *Amount Due* |
|---|---|---|---|---|
| 107555601 | *07/28/2022 - 08/27/2022* | *$2,837.52* | *$1,103.22* | $1,734.30 |
| 107794491 | *08/28/2022 - 09/27/2022* | *$3,072.57* | *$1,145.57* | $1,927.00 |
| 108041683 | *09/28/2022 - 10/27/2022* | *$2,072.57* | *$145.57* | $1,927.00 |
| 108277255 | *10/28/2022 - 11/27/2022* | *$328.57* | *$145.57* | $183.00 |
| 108353659 | *10/28/2022 - 11/27/2022* | *$1,744.00* | *$0.00* | $1,744.00 |
| 108516729 | *11/28/2022 - 12/27/2022* | *$2,072.57* | *$145.57* | $1,927.00 |
| 108758318 | *12/28/2022 - 01/27/2023* | *$2,072.57* | *$141.07* | $1,931.50 |
| 108987594 | *01/28/2023 - 02/27/2023* | *$2,072.57* | *$140.57* | $1,932.00 |

| | | | | |
|---|---|---|---|---|
| 109210076 | *02/28/2023 - 03/27/2023* | *$2,072.57* | *$140.57* | $1,932.00 |
| 109463735 | *03/28/2023 - 04/27/2023* | *$2,072.57* | *$140.57* | $1,932.00 |
| 109696465 | *04/28/2023 - 05/27/2023* | *$2,072.57* | *$140.57* | $1,932.00 |
| 109938568 | *05/28/2023 - 06/27/2023* | *$2,072.57* | *$140.57* | $1,932.00 |
| 110178008 | *06/28/2023 - 07/27/2023* | *$2,072.57* | *$140.57* | $1,932.00 |
| | | **$26,635.79** | **$3,669.99** | **$22,965.80** |

Thank you,

**Henry Wahl**
Associate, Recalc & Recovery

GP CLM Shared Services

**Lincoln Financial Group**
LincolnFinancial.com

Phone & Extension - 888-437-7611 ext *16525 Office
Fax 603-334-0401

**This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of the e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at** 1-888-437-7611 ext. 16525 **and permanently delete the original and any copy of any e-mail and any printout thereof.**

## Calculation Worksheet

**Claimant Name:** SABRINA GUERRERO **Customer:** GENTIVA

**Claim Number (s):** 12827197

| | | | |
|---|---|---|---|
| Originally Paid | | Should have Paid | |
| From Date | 7/28/2022 | From Date | 7/28/2022 |
| Thru Date | 7/27/2023 | Thru Date | 7/27/2023 |
| Total | $26,635.79 | Total | $3,669.99 |

* (-) indicates an underpayment

| Credit | |
|---|---|
| OP Recovered (To Date): | $0.00 |
| Attorney Fees: | $0.00 |
| Excess Fees | $0.00 |
| Total: | $0.00 |

| | |
|---|---|
| Overpayment Amount: | $ 22,965.80 |
| Underpayment Amount: | $0.00 |

| | |
|---|---|
| NonS1 Balance: | |
| Tax Aging: | $0.00 |

*if not recovered by year end amt will be added to balance

### ORIGINALLY PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes | Check Adj/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12827197 | 107555601 | 0 | 7/28/2022 | 8/27/2022 | 8/22/2022 | $ 3,072.57 | $ - | $ 3,072.57 | $ 235.05 | $ - | $ 2,837.52 |
| 12827197 | 107794491 | 0 | 8/28/2022 | 9/27/2022 | 9/21/2022 | $ 3,072.57 | $ - | $ 3,072.57 | $ - | $ - | $ 3,072.57 |
| 12827197 | 108041683 | 0 | 9/28/2022 | 10/27/2022 | 10/21/2022 | $ 3,072.57 | $ - | $ 3,072.57 | $ 1,000.00 | $ - | $ 2,072.57 |
| 12827197 | 108277255 | 0 | 10/28/2022 | 11/27/2022 | 11/21/2022 | $ 3,072.57 | $ 1,744.00 | $ 1,328.57 | $ 1,000.00 | $ - | $ 328.57 |
| 12827197 | 108353659 | 0 | 10/28/2022 | 11/27/2022 | 11/30/2022 | $ 1,744.00 | $ - | $ 1,744.00 | $ - | $ - | $ 1,744.00 |
| 12827197 | 108516729 | 0 | 11/28/2022 | 12/27/2022 | 12/21/2022 | $ 3,072.57 | $ - | $ 3,072.57 | $ 1,000.00 | $ - | $ 2,072.57 |
| 12827197 | 108758318 | 0 | 12/28/2022 | 1/27/2023 | 1/23/2023 | $ 3,072.57 | $ - | $ 3,072.57 | $ 1,000.00 | $ - | $ 2,072.57 |
| 12827197 | 108987594 | 0 | 1/28/2023 | 2/27/2023 | 2/21/2023 | $ 3,072.57 | $ - | $ 3,072.57 | $ 1,000.00 | $ - | $ 2,072.57 |
| 12827197 | 109210076 | 0 | 2/28/2023 | 3/27/2023 | 3/21/2023 | $ 3,072.57 | $ - | $ 3,072.57 | $ 1,000.00 | $ - | $ 2,072.57 |
| 12827197 | 109463735 | 0 | 3/28/2023 | 4/27/2023 | 4/21/2023 | $ 3,072.57 | $ - | $ 3,072.57 | $ 1,000.00 | $ - | $ 2,072.57 |
| 12827197 | 109696465 | 0 | 4/28/2023 | 5/27/2023 | 5/22/2023 | $ 3,072.57 | $ - | $ 3,072.57 | $ 1,000.00 | $ - | $ 2,072.57 |
| 12827197 | 109938568 | 0 | 5/28/2023 | 6/27/2023 | 6/21/2023 | $ 3,072.57 | $ - | $ 3,072.57 | $ 1,000.00 | $ - | $ 2,072.57 |
| 12827197 | 110178008 | 0 | 6/28/2023 | 7/27/2023 | 7/21/2023 | $ 3,072.57 | $ - | $ 3,072.57 | $ 1,000.00 | $ - | $ 2,072.57 |
| | | | | | | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | Totals: | $38,614.84 | $1,744.00 | $36,870.84 | $10,235.05 | $0.00 | $26,635.79 |

### SHOULD HAVE PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | SS Primary Disability | Workers' Comp | Multiple Offsets | Adjusted Gross Amt | Taxes | Check Adj/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12827197 | 107555601 | 0 | 7/28/2022 | 8/27/2022 | 8/22/2022 | $ 3,072.57 | $1,734.30 | | $0.00 | $ 1,338.27 | $ 235.05 | $ - | $ 1,103.22 | $ 1,734.30 |
| 12827197 | 107794491 | 0 | 8/28/2022 | 9/27/2022 | 9/21/2022 | $ 3,072.57 | $1,927.00 | | $0.00 | $ 1,145.57 | $ - | $ - | $ 1,145.57 | $ 1,927.00 |
| 12827197 | 108041683 | 0 | 9/28/2022 | 10/27/2022 | 10/21/2022 | $ 3,072.57 | $1,927.00 | | $0.00 | $ 1,145.57 | $ 1,000.00 | $ - | $ 145.57 | $ 1,927.00 |
| 12827197 | 108277255 | 0 | 10/28/2022 | 11/27/2022 | 11/21/2022 | $ 3,072.57 | $1,927.00 | | $0.00 | $ 1,145.57 | $ 1,000.00 | $ - | $ 145.57 | $ 183.00 |
| 12827197 | 108353659 | 0 | 10/28/2022 | 11/27/2022 | 11/30/2022 | $ - | SSET REFUND | | $0.00 | $ - | $ - | $ - | $ - | $ 1,744.00 |
| 12827197 | 108516729 | 0 | 11/28/2022 | 12/27/2022 | 12/21/2022 | $ 3,072.57 | $1,927.00 | | $0.00 | $ 1,145.57 | $ 1,000.00 | $ - | $ 145.57 | $ 1,927.00 |
| 12827197 | 108758318 | 0 | 12/28/2022 | 1/27/2023 | 1/23/2023 | $ 3,072.57 | $1,931.50 | | $0.00 | $ 1,141.07 | $ 1,000.00 | $ - | $ 141.07 | $ 1,931.50 |
| 12827197 | 108987594 | 0 | 1/28/2023 | 2/27/2023 | 2/21/2023 | $ 3,072.57 | $1,932.00 | | $0.00 | $ 1,140.57 | $ 1,000.00 | $ - | $ 140.57 | $ 1,932.00 |
| 12827197 | 109210076 | 0 | 2/28/2023 | 3/27/2023 | 3/21/2023 | $ 3,072.57 | $1,932.00 | | $0.00 | $ 1,140.57 | $ 1,000.00 | $ - | $ 140.57 | $ 1,932.00 |
| 12827197 | 109463735 | 0 | 3/28/2023 | 4/27/2023 | 4/21/2023 | $ 3,072.57 | $1,932.00 | | $0.00 | $ 1,140.57 | $ 1,000.00 | $ - | $ 140.57 | $ 1,932.00 |
| 12827197 | 109696465 | 0 | 4/28/2023 | 5/27/2023 | 5/22/2023 | $ 3,072.57 | $1,932.00 | | $0.00 | $ 1,140.57 | $ 1,000.00 | $ - | $ 140.57 | $ 1,932.00 |
| 12827197 | 109938568 | 0 | 5/28/2023 | 6/27/2023 | 6/21/2023 | $ 3,072.57 | $1,932.00 | | $0.00 | $ 1,140.57 | $ 1,000.00 | $ - | $ 140.57 | $ 1,932.00 |
| 12827197 | 110178008 | 0 | 6/28/2023 | 7/27/2023 | 7/21/2023 | $ 3,072.57 | $1,932.00 | | $0.00 | $ 1,140.57 | $ 1,000.00 | $ - | $ 140.57 | $ 1,932.00 |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - | $ - |
| | | | | | Totals: | $36,870.84 | $22,965.80 | $0.00 | $0.00 | $13,905.04 | $10,235.05 | $0.00 | $3,669.99 | $22,965.80 |

* (-) indicates an underpayment

**Lincoln/Guerrero 1729**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

MS. SABRINA GUERRERO

**Lincoln/Guerrero 1730**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

October 11, 2023

Ms. Sabrina Guerrero

RE: Long Term Disability (LTD) Benefits
Gentiva Health Services, LLC
Claim #: 12827197

Dear Ms. Sabrina Guerrero:

The Lincoln National Life Insurance Company has received notification that you have been awarded Social Security Disability benefits at $1,927.00 per month effective August 1, 2022.This letter and the attached overpayment summary outline the impact of that award on your benefits from The Lincoln National Life Insurance Company.

Since The Lincoln National Life Insurance Company paid you disability benefits for the period July 28, 2022 through July 27, 2023 with no reduction for Social Security Benefits, you are now overpaid under the terms of your Policy. The overpayment calculation was prorated beginning August 1, 2022.

**Total Overpayment Amount: $22,965.80**

The Lincoln National Life Insurance Company will work with Brown & Brown regarding the collection of this overpayment. You will be contacted by a representative from Brown & Brown regarding repayment of this overpayment, however if you wish to reach out to them directly, they can be reached at:

Brown & Brown - (877) 261-1947

If payment is not received by October 31, 2023, under the terms of your Policy The Lincoln National Life Insurance Company reserves the right to forward your file to an external Collection Agency.

If you have any questions regarding this matter, please contact me.

Sincerely,

Henry Wahl
Recovery Specialist II
Phone No.: (888) 437-7611 Ext. 16525
Secure Fax No.: (603) 334-0401

Attachments: 12827197-RECOVERY/REPAYMENT-CORRESPONDENCE-10.10.2023

**Claim Number(s):12827197**

**Overpayment Calculation**

| | | |
|---|---|---|
| Original Amount Paid: | 07/28/2022 - 07/27/2023 | $26,635.79 |
| Revised Pay Amount: | 07/28/2022 - 07/27/2023 | *$3,669.99* |
| Variance: | | *($22,965.80)* |
| Credits: | Prior Recovery | $0.00 |
| | Attorney Fees | $0.00 |
| | Excess Fees | $0.00 |

**Overpayment Amount Due (Variance + Credits): ($22,965.80)**

Per Check Breakdown:

| *Check Number* | *Dates Covered* | *Original Net Amount* | *Revised Net Amount* | *Amount Due* |
|---|---|---|---|---|
| 107555601 | *07/28/2022 - 08/27/2022* | *$2,837.52* | *$1,103.22* | $1,734.30 |
| 107794491 | *08/28/2022 - 09/27/2022* | *$3,072.57* | *$1,145.57* | $1,927.00 |
| 108041683 | *09/28/2022 - 10/27/2022* | *$2,072.57* | *$145.57* | $1,927.00 |
| 108277255 | *10/28/2022 - 11/27/2022* | *$328.57* | *$145.57* | $183.00 |
| 108353659 | *10/28/2022 - 11/27/2022* | *$1,744.00* | *$0.00* | $1,744.00 |
| 108516729 | *11/28/2022 - 12/27/2022* | *$2,072.57* | *$145.57* | $1,927.00 |
| 108758318 | *12/28/2022 - 01/27/2023* | *$2,072.57* | *$141.07* | $1,931.50 |
| 108987594 | *01/28/2023 - 02/27/2023* | *$2,072.57* | *$140.57* | $1,932.00 |
| 109210076 | *02/28/2023 - 03/27/2023* | *$2,072.57* | *$140.57* | $1,932.00 |
| 109463735 | *03/28/2023 - 04/27/2023* | *$2,072.57* | *$140.57* | $1,932.00 |
| 109696465 | *04/28/2023 - 05/27/2023* | *$2,072.57* | *$140.57* | $1,932.00 |
| 109938568 | *05/28/2023 - 06/27/2023* | *$2,072.57* | *$140.57* | $1,932.00 |
| 110178008 | *06/28/2023 - 07/27/2023* | *$2,072.57* | *$140.57* | $1,932.00 |
| | | **$26,635.79** | **$3,669.99** | **$22,965.80** |

Brown & Brown INSURANCE®
ABSENCE SERVICES GROUP

## Lincoln Life NOA Cover sheet

**Date:** 09/30/2023
**NOA**

Claimant # 12827197
Claimant Name: Sabrina Guerrero
Referral Date: 06/10/2022
EFT: Y
Dependents: N
Dependent Name & DOB:

Award Level: Initial
Date of Entitlement: 08/01/2022
Past Due Benefit Amount: $26,594.00
Past Due Benefits Time Period: 08/31/2023
Medicare Entitlement Date: 08/01/2024

**Payment History**

| Amount | Reason | Dates |
|---|---|---|
| $1,927.00 | Initial Benefit | 08/01/2022 to 11/30/2022 |
| $2,094.00 | COLA | 12/01/2022 to 12/31/2022 |
| $2,099.00 | Earnings Adj. | 01/01/2023 |

**Fee's**

Atty Fee withheld: $0.00

Agreed Fee Amt: $0.00

Excess Fees in Escrow:$0.00

**Additional Comments:**Please be advised that SSA erroneously withheld an excess attorney fee which will be remitted directly back to SSA for release to the claimant. Please forward any overpayment information at your earliest convenience. Thank you.

Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Southeastern Program Service Center
1200 Rev. Abraham Woods, Jr. Blvd.
Birmingham, AL 35285-0001
Date: September 26, 2023
BNC#: 23MS536A43905-HA

*0424TEPO01676* 0001996

SABRINA GUERRERO

You are entitled to monthly disability benefits beginning August 2022.

## The Date You Became Disabled

We found that you became disabled under our rules on February 26, 2022.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is August 2022.

## What We Will Pay And When

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $19,945.50 around September 27, 2023.
- This is the money you are due for August 2022 through August 2023.
- Your next payment of $2,099.00, which is for September 2023, will be received on or about the second Wednesday of October 2023.
- After that you will receive $2,099.00 on or about the second Wednesday of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.
- Later in this letter, we will show you how we figured these amounts.

See Next Page

## Your Benefits

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | | Benefit Amount | Reason |
|---|---|---|---|
| August | 2022 | $1,927.00 | Entitlement began |
| December | 2022 | $2,094.60 | Cost-of-living adjustment |
| January | 2023 | $2,099.20 | Credit for additional earnings |

## Information About Representatives Fees

When a representative wants to charge for helping with a Social Security claim, we must first approve the fee. We usually withhold 25 percent of past due benefits in order to pay the approved representative's fee.

Because a representative helped with this claim, we withheld $6,648.50 from your first check.

When the amount of the fee is decided, we will pay the representative from the benefits we withheld.

If the approved fee is more than the money we have withheld, the Social Security Administration is not involved in paying the rest of the fee.

If the approved fee is less than the money we have withheld, we will send you the rest of the money.

*04034TEPO00I676* 0001996

Any request for fee approval should be sent to:

Southeastern Program Service Center
1200 Rev. Abraham Woods, Jr. Blvd
Birmingham, Alabama 35285-0001

**Information About Past-Due Benefits Withheld To Pay A Representative**

We are paying the representative from the benefits we withheld. Therefore, we must collect a service charge from him or her. The service charge is 6.3 percent of the fee amount we pay, but not more than $113, which is the most we can collect in each case under the law. We will subtract the service charge from the amount payable to the representative. After we subtract the amount we are paying towards the fee, we will send you the balance of the amount we withheld.

The representative cannot ask you to pay for the service charge. If the representative disagrees with the amount of the service charge, he or she must write to the address shown at the top of this letter. The representative must tell us why he or she disagrees within 15 days from the day he or she gets this letter.

**Other Social Security Benefits**

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

**Your Responsibilities**

We based our decision on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits." It tells you what you must report and how to report. Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits please contact us. You can also visit our website at www.ssa.gov/pubs to find the following publications with additional information:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).

- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

**Your Benefits May Be Taxed**

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

**Other Information**

We are sending a copy of this notice to SEAN PATRICK SULLIVAN.

**Do You Disagree With The Decision?**

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for an appeal.
- You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.ssa.gov/forms/ to locate the form. You can also contact us to request the form, or if you need help filling out the form.

**Things To Remember For The Future**

Doctors and other trained staff decided that you are disabled under our rules. However, we must review all disability cases. Therefore, we will review your case in 5 to 7 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

*0404TEPO01676* 0001996

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

**Need more help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.
3. You may also call your local office at 1-866-331-9091.

SOCIAL SECURITY
9031 CROSS PARK DR
KNOXVILLE TN 37923

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

# PAYMENT SUMMARY

**Your Payment Of $19,945.50**

Here is how we figured your first payment:

| | |
|---|---|
| Benefits due for August 2022 through August 2023 including any cost of living increase and considering work and earnings through 2022, less monthly rounding of benefits | $26,594.00 |
| Amount we subtracted because of | |
| • money to pay your representative | 6,648.50 |
| This equals the amount of your first payment | $19,945.50 |

**Your Regular Monthly Payment**

Here is how we figured your regular monthly payment effective September 2023:

| | |
|---|---|
| You are entitled to a monthly benefit of | $ 2,099.20 |
| Amount we subtracted because of | |
| • rounding (we must round down to a whole dollar) | .20 |
| This equals the amount of your regular monthly payment | $ 2,099.00 |

Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Southeastern Program Service Center
1200 Rev. Abraham Woods, Jr. Blvd.
Birmingham, AL 35285-0001
Date: September 26, 2023
BNC#: 23MS536A43905-HA

*03014TEPO02848* 0000411 0000000100

0000411 00010404 3 MB 0.561 0922M3MCS3PI T72 P7
SABRINA GUERRERO

You are entitled to monthly disability benefits beginning August 2022.

## The Date You Became Disabled

We found that you became disabled under our rules on February 26, 2022.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is August 2022.

## What We Will Pay And When

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $19,945.50 around September 27, 2023.
- This is the money you are due for August 2022 through August 2023.
- Your next payment of $2,099.00, which is for September 2023, will be received on or about the second Wednesday of October 2023.
- After that you will receive $2,099.00 on or about the second Wednesday of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.
- Later in this letter, we will show you how we figured these amounts.

Enclosure(s):
Pub 05-10075
Pub 05-10153

C See Next Page

**Your Benefits**

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | | Benefit Amount | Reason |
|---|---|---|---|
| August | 2022 | $1,927.00 | Entitlement began |
| December | 2022 | $2,094.60 | Cost-of-living adjustment |
| January | 2023 | $2,099.20 | Credit for additional earnings |

**Information About Representatives Fees**

When a representative wants to charge for helping with a Social Security claim, we must first approve the fee. We usually withhold 25 percent of past due benefits in order to pay the approved representative's fee.

Because a representative helped with this claim, we withheld $6,648.50 from your first check.

When the amount of the fee is decided, we will pay the representative from the benefits we withheld.

If the approved fee is more than the money we have withheld, the Social Security Administration is not involved in paying the rest of the fee.

If the approved fee is less than the money we have withheld, we will send you the rest of the money.

Any request for fee approval should be sent to:

Southeastern Program Service Center
1200 Rev. Abraham Woods, Jr. Blvd
Birmingham, Alabama 35285-0001

**Information About Past-Due Benefits Withheld To Pay A Representative**

We are paying the representative from the benefits we withheld. Therefore, we must collect a service charge from him or her. The service charge is 6.3 percent of the fee amount we pay, but not more than $113, which is the most we can collect in each case under the law. We will subtract the service charge from the amount payable to the representative. After we subtract the amount we are paying towards the fee, we will send you the balance of the amount we withheld.

The representative cannot ask you to pay for the service charge. If the representative disagrees with the amount of the service charge, he or she must write to the address shown at the top of this letter. The representative must tell us why he or she disagrees within 15 days from the day he or she gets this letter.

**Other Social Security Benefits**

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

**Your Responsibilities**

We based our decision on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits." It tells you what you must report and how to report. Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits please contact us. You can also visit our website at www.ssa.gov/pubs to find the following publications with additional information:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).

- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

**Your Benefits May Be Taxed**

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

**Other Information**

We are sending a copy of this notice to SEAN PATRICK SULLIVAN.

**Do You Disagree With The Decision?**

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for an appeal.
- You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.ssa.gov/forms/ to locate the form. You can also contact us to request the form, or if you need help filling out the form.

**Things To Remember For The Future**

Doctors and other trained staff decided that you are disabled under our rules. However, we must review all disability cases. Therefore, we will review your case in 5 to 7 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

*03034TEPO002848* 0000411

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

**Need more help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.
3. You may also call your local office at 1-866-331-9091.

SOCIAL SECURITY
9031 CROSS PARK DR
KNOXVILLE TN 37923

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

## PAYMENT SUMMARY

**Your Payment Of $19,945.50**

Here is how we figured your first payment:

| | |
|---|---|
| Benefits due for August 2022 through August 2023 including any cost of living increase and considering work and earnings through 2022, less monthly rounding of benefits | $26,594.00 |
| Amount we subtracted because of | |
| • money to pay your representative | 6,648.50 |
| This equals the amount of your first payment | $19,945.50 |

**Your Regular Monthly Payment**

Here is how we figured your regular monthly payment effective September 2023:

| | |
|---|---|
| You are entitled to a monthly benefit of | $ 2,099.20 |
| Amount we subtracted because of | |
| • rounding (we must round down to a whole dollar) | .20 |
| This equals the amount of your regular monthly payment | $ 2,099.00 |

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. SABRINA GUERRERO

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0401

August 5, 2023

Ms. Sabrina Guerrero

RE: Long Term Disability (LTD) Benefits
Gentiva Health Services, LLC
Claim #: 12827197

Dear Ms. Sabrina Guerrero:

We received notification your claim has closed. At the time your disability claim closed you were pursing Social Security benefits.

As you know, your employer's disability plan requires us to reduce your disability benefits by the amount of income you receive from other sources, including Social Security, for you and any eligible dependents. A retroactive award may cause your disability claim to be considered overpaid, and you are responsible for repaying amounts paid for periods covered by your Social Security award. This obligation remains regardless of the status of your disability claim.

The last correspondence we received advised the Social Security Disability claim is still pending at initial.

To update our files, please provide a copy of the most recent status from the Social Security Administration. This could be in the form of a Denial letter or a Notice of Award. If the claim is still pending, please keep this letter and reach out once a decision is made. If the claim is awarded, Lincoln Financial Group will need a copy of the Notice of Award. Please be sure not to spend any retroactive payment received until we determine the overpayment of benefits.

If you are unable to locate a copy of your most recent update, you may access this by visiting the Social Security Administration's website at www.socialsecurity.gov/myaccount where you can create an account and obtain any updates.

You may forward this to my attention at:

- The address in the above letterhead
- Fax Number: (603) 334-0401, or
- Email: disabilitydocuments@lfg.com

If you are working with a vendor, they will continue to represent you through the hearing at no charge to you. The vendor will also provide us with updates as they occur, and you can disregard the above request for an update.

If you have any questions regarding this letter, please contact me at the number below.

Sincerely,

Ian Wagner
Intern
Phone No.: (800) 291-0112 Ext.
Secure Fax No.: (603) 334-0401

**From:** DoNotReply@lfg.com
**Sent:** Thu, 27 Jul 2023 15:09:59 +0000
**To:** kindredathomebenefits@benefitfocus.com
**Subject:** GUERRERO, SABRINA, Claim #12827197, Status CL

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 2/26/2022. The claim has been approved through 7/27/2023. As of 7/28/2023 this claim is closed. The case manager for this claim is Ashley Moultrie. The claim number is 12827197.

If you have further questions, please call Lincoln Financial Group at (800) 291-0112.

# Phillips Healthcare Group, PC

6890 W. Andrew Johnson Hwy, Talbott TN 37877

Phone: 423-839-2120 Fax: 423-839-2125 Alt. Fax 877-414-6983

F. Edward Phillips Jr., MD Taylor Payne PA-C Amber Moore, FNP-BC Amy Epling APN-C Steven Gunderson, PA-C

Date: 7·25·23

To: Lincoln Financial Fax: 603· 334·0380

From: PHG Pages (Including Cover Sheet): 9

Regarding: Sabrina Guerrero

Message:

Attn: Ashley moultrie
pt requested ov notes + imaging be
sent over.

Thank you!

IMPORTANT NOTICE!!

This facsimile may contain privileged and confidential information intended only for the use of the specified individual or entity noted above. If you are not the intended recipient or agent responsible for delivering this transmission to the intended individual or entity, you are hereby notified that any consideration, copying, or dissemination of this communication is strictly prohibited. If you have received this facsimile in error, please notify this office as soon as possible by telephone at 423-839-2120 to arrange for the return of this original document.

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | GUERRERO, SABRINA M (Female) | **DOB:** (54)<br>**Race:** White<br>**Language:** English<br>**Ethnicity:** Not Hispanic or Latino | | **Encounter ID:**<br>**Primary Ins:** | 166936164<br>Blue Cross Blue Shield Tennessee (BCBS TN) |
| **Location:** | Phillips Healthcare Group, P.C.<br>6890 W. A. J. HWY<br>talbott, TN, 37877-0879<br>(423)839-2120 | **Provider:** | NP Amy Epling, APN | **Servicing Provider:** | Epling, Amy |

## Subjective

**Chief Complaint: left knee pain, Knee Pain**

**History of Present Illness - left knee pain**

**Location**

**Reported:** left pain

**Quality**

**Reported:** pain, warmth

**Severity**

**Reported:** moderate, not controlled

**Duration**

**Reported:** ongoing

**Timing**

**Reported:** intermittent, onset last Thursday

**Context**

**Reported:** Pt in office today for left knee pain that she has had since last Thursday. Pt states that she just stood up from a sitting position and felt pain. Pt states that besides the pain she has noticed warmth around her knee and behind it that radiates down to her ankle. Pt states that she did not hear a pop or feel anything but the pain has gotten significantly worse. Pt does not have a preference on where she goes if imaging is needed. lls

**History of Present Illness - Knee Pain**

**Location**

**Reported:** entire, left knee; radiation, to radiates down to ankle .

**Quality**

**Reported:** achy, burning, dull; ability to bear weight.

**Severity**

**Reported:** moderate; worse since onset.

**Denied:** affecting daily activities, affecting sleep.

**Duration**

**Reported:** 4-6 days.

**Timing**

**Reported:** occurring throughout the day; constant; sudden onset; initial onset.

**Context**

**Denied:** recent trauma.

**Modifying Factors**

**Reported:** exacerbated with knee movements.

**Associated Signs and Symptoms**

**Reported:** warmth.

Electronically Signed and Reviewed by EPLING, AMY 07/17/2023 21:32:25

**Denied:** erythematous, edema, tender to palpation.

**Medication List**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 06/23/2023 | cetirizine 10 mg tablet | * 1 tablet by mouth daily | 90 | 0 | Active |
| 06/22/2023 | cetirizine 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 06/05/2023 | ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule | 1 capsule by mouth 2 times weekly | 9 | 11 | Active |
| 05/18/2023 | cephalexin 500 mg capsule | 1 capsule by mouth twice a day | 20 | 0 | Active |
| 05/15/2023 | nystatin 100,000 unit/gram topical powder | 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed. | 90 | 5 | Active |
| 05/15/2023 | sucralfate 1 gram tablet | TAKE 1 TABLET BY MOUTH 4 TIMES DAILY | 120 | 3 | Active |
| 05/15/2023 | pantoprazole 20 mg tablet,delayed release | TAKE 2 TABLETS BY MOUTH ONCE DAILY | 60 | 3 | Active |
| 02/15/2023 | meloxicam 15 mg tablet | 1 tablet by mouth daily | 30 | 11 | Active |
| 02/06/2023 | Trintellix 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 01/19/2023 | hydroxyzine HCl 25 mg tablet | * 1 tablet by mouth daily | 30 | 0 | Active |
| 01/19/2023 | sumatriptan 100 mg tablet | TAKE 1 TABLET BY MOUTH AT ONSET OF MIGRAINE. MAY REPEAT IN 2 HOURS AS NEEDED. MAX 2 TABLET IN 24 HOURS | 10 | 0 | Active |
| 01/19/2023 | topiramate 50 mg tablet | * 1 tablet by mouth daily | 30 | 0 | Active |
| 11/21/2022 | minocycline 100 mg capsule | * 1 capsule by mouth twice a day | 180 | 0 | Active |
| 08/08/2022 | benzonatate 200 mg capsule | 1 capsule by mouth twice a day | 60 | 6 | Active |
| 08/08/2022 | valsartan 80 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 08/08/2022 | fluticasone propionate 50 mcg/actuation nasal spray,suspension | 2 puff in the nostrils daily | 3 | 4 | Active |
| 08/08/2022 | albuterol sulfate HFA 90 mcg/actuation aerosol inhaler | 2 puff inhale every 4-6 hours as needed (PRN); prn cough, wheeze, or SOB | 3 | 5 | Active |
| 08/08/2022 | famotidine 40 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 12/31/2018 | MM-Zyme tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 3 | Active |
| 07/03/2017 | cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution | * 1 mL intramuscular once a month | 3 | 11 | Active |

**Allergies**

| Allergen | Severity | Adverse Reactions | Onset Date | Type | Source | Status |
|---|---|---|---|---|---|---|
| Sulfa (Sulfonamide Antibiotics) | Mild | | | Allergy to Substance | Patient | Active |

**Review of Systems**

**Constitutional - Denied:** Fever, Weight loss, Chills, Weakness, Weight gain,

**Head - Denied:** Headaches, dizziness, Fainting, Head Injury,

**Eyes - Denied:** Blurry Vision, Vision Loss, Eye Pain, Redness, Infections,

**ENT**

**Nose - Denied:** Discharge, Infections, Nosebleeds,

**Mouth - Denied:** Postnasal drip, Hoarseness,

**Ears - Denied:** Discharge, Dizziness, Infections, Pain,

**Respiratory - Denied:** Coughing Blood, Cough, Short of Breath,

**Cardiovascular - Denied:** Chest pain, High Blood Pressure, Palpitations, Short of Breath - Exertion, Leg Pain - Walking, Chest Pain, Swelling of Legs,

**Gastrointestinal - Denied:** Abdominal pain, Change in stool color, Nausea, Diarrhea, Vomiting, Rectal bleeding, Constipation, Heartburn, Infections,

**Musculoskeletal - reported:** Restricted Motion, Weakness, Joint Pain, Joint stiffness,

**Denied:** Joint pain,

**Psychiatric - Denied:** Behavioral Change, Disorientation, Memory loss,

Electronically Signed and Reviewed by EPLING, AMY 07/17/2023 21:32:25

**Skin - Denied:** Rashes,
**Neurological - Denied:** Fainting, Paralysis, Headaches, numbness,
**Endocrine - Denied:** Fatigue,
**Hematologic/Lymph - Denied:** Bleeding Easily, Blood Clots,
**Allergic/Immunologic - Denied:** Coughing, Runny Nose, Sneezing,

## Objective

**Vital Signs**

**Blood Pressure:** 142/60 (Left Brachial, Sitting, Standard, High)
**Pulse:** 82 (Left Radial, REGULAR rhythm, Normal quality, Normal)
**Respirations:** 16 (Normal quality, NORMAL rhythm, Normal)
**Temperature:** 97.9 F (Right Tympanic Membrane, Normal)
**Weight:** 334 lb **Height:** 5' 5" **BMI Flag:** Obese ( 55.6 )

**Physical Exam**

**Constitutional**

**Apparent State of Health:** This patient appears chronically ill
**Nutrition:** The patient is obese, edematous

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

**Eyes**

**External Eye**

The eyelids are without lesions. The sclera is white and the conjunctiva pink.

**Respiratory**

**Effort**

The patient is relaxed and breathes without effort. The patient is not cyanotic. There is no acessory muscle use or intercostal retractions.

**Auscultation**

There are no crackles, wheezes, rhonchi, stridor or pleural rubs. There is no bronchophony, egophony, or whispered pectoriloquy.

**Cardiovascular**

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Edema / PVD**

There is no pitting edema of the lower extremities.There are no changes consistent with arterial insufficiency; there are no varicosities or stasis changes. Calves are supple and nontender.

**Musculoskeletal**

**Left Knee**

**Inspection Palpation**

**Anterior**

**Patella:** There is edema located on the medial portion. Upon palpation there is crepitus

**Alignment**

The alignment of the knee and patella are normal; there is no varus or valgus malalignment of the knee or rotational malalignment of the patella.

**Range of Motion**

Range of motion testing of the knee reveals no restriction or instability related to ligamentous laxity.

Electronically Signed and Reviewed by EPLING, AMY 07/17/2023 21:32:25

**Muscle Testing**

Strength testing of the major motor muscles of the knee is graded at 5/5.

**Psychiatric**

**Orientation**

The patient is oriented to time, place and person.

**Problem List**

Benign Essential Hypertension (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin D Deficiency (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Post-Gastrointestinal Tract Surgery Malnutrition (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Iron Deficiency Anemia (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

## Assessment

**Diagnosis**

M25562 Pain in left knee
E669 Obesity, unspecified

## Plan

**Procedures**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Low | 99213 | 1 UN | | |
| Syst Bp >= 140 Mm Hg | 3077F | 1 UN | | |
| Diast Bp < 80 Mm Hg | 3078F | 1 UN | | |

**Care Plan**

**Pain in left knee**

**Knee Pain - Initial**

- NSAID use and avoid impact activity on the knee
- Plan Xray of the knee and follow up after report returns to determine if further imaging such as MRI is warranted
- Consider orthopedic referral if not improving with conservative therapy or if warranted by Xray/MRI results

Electronically Signed and Reviewed by EPLING, AMY 07/17/2023 21:32:25

**Rendering Provider Signature**

Amy Epling FNP-C

PHILLIPS HEALTHCARE GROUP, PC | 6890 W. A. J. HWY, talbott, TN 37877-0879 | Phone (423)839-2120

Electronically Signed and Reviewed by EPLING, AMY 07/17/2023 21:32:25

# Tennova Healthcare

| | |
|---|---|
| **LaFollette Medical Center**<br>923 East Central Avenue<br>LaFollette, TN 37766<br>Phone: 423-907-1466 | **Jefferson Memorial Hospital**<br>110 Hospital Drive<br>Jefferson City, TN 37760<br>Phone: 865-471-2437 |
| **Newport Medical Center**<br>435 Second Street<br>Newport, TN 37821<br>Phone: 423-625-2210 | **North Knoxville Medical Center**<br>7565 Dannaher Drive<br>Powell, TN 37849<br>Phone: 865-859-1301 |
| **Turkey Creek Medical Center**<br>10820 Parkside Drive<br>Knoxville, TN 37934<br>Phone: 865-218-7087 | |

**To:** **EPLING AMY**

**Fax Number:** **1 423 839 2125**

**Pages:** **3**

**Date/Time:** **07/18/2023 15:09:03**

**Confidentiality Notice** The documents accompanying this transmission contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been filled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of the contents of these documents, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

When applicable Federal law 42 CFR Part 2 prohibits unauthorized disclosure of these records.

**Tennova - Jefferson Memorial Hospital**

110 Hospital Drive
Jefferson City, TN 37760-

(865) 471-2500

**Patient:** **GUERRERO, SABRINA M**
MRN: 331334
Account #: 4479925
Adm Date: 7/18/2023
Primary Care: PHILLIPS,FLOYD E MD

Location: TNJM RAD
Attending: EPLING,AMY M NP
DOB/Sex: Female
Service Code: RAD OP Imaging Only

Copy to: EPLING,AMY M NP

## *Diagnostic Radiology*

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 300-23-199-00316 | 7/18/2023 15:32 EDT | XR Knee 3 V Left DR | EPLING,AMY M NP | 54 years |

**Reason for Exam**
(XR Knee 3 V Left DR) pain in left knee

**Report**
EXAM:
XR Knee 3 V Left DR

CLINICAL HISTORY:
pain in left knee.

COMPARISON:
None

TECHNIQUE:
3 views of the left knee.

FINDINGS:
HARDWARE/ORIF: None.
FRACTURE/DISLOCATION: None.
ALIGNMENT: Within normal limits.
JOINTS SPACES: Severe tricompartmental osteoarthritis, greatest in the patellofemoral compartment. Large marginal osteophytes.
EFFUSION: Trace suprapatellar effusion.
BONE LESION: No destructive osseous lesion.
SOFT/SUBCUTANEOUS TISSUES: Within normal limits.
OTHER: None.

IMPRESSION:
1. No acute findings.
2. Severe tricompartmental osteoarthritis.

Dictating Physician: BARRETT THOMAS
Created and electronically signed by BARRETT THOMAS on 7/18/2023 3:38 PM

**Patient:** GUERRERO, SABRINA M
MRN: 331334
Account #: 4479925
Adm Date: 7/18/2023
Primary Care: PHILLIPS,FLOYD E MD

Location: TNJM RAD
Attending: EPLING,AMY M NP
DOB/Sex: | Female
Service Code: RAD OP Imaging Only

Copy to: EPLING,AMY M NP

## *Diagnostic Radiology*

**Report**

Workstation ID: 1421RAD15

***** Final *****

Signed by: THOMAS, BARRETT C DO
Signed (Electronic Signature): 07/18/2023 03:39 pm EDT



PAGE 9/9 * RCVD AT 7/25/2023 3:31:35 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/1 * DNIS:6033340380 * CSID: * ANI:14238392125 * DURATION (mm-ss):06-34

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, July 27, 2023 10:29:18 AM |
| To: | ; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Gentiva Health Services, LLC Claim No. 12827197 Sabrina Guerrero |
| Attachments: | 6u97n20ugruntjc1uyhn_15759394.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 27, 2023

Ms. Sabrina Guerrero

RE: Long Term Disability (LTD) Benefits
Gentiva Health Services, LLC
Claim #: 12827197

Dear Ms. Sabrina Guerrero:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gentiva Health Services, LLC's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond May 27, 2024. Gentiva Health Services, LLC's LTD Policy requires that to receive benefits you must meet the following definition of disability:

*"**Disability**" or "**Disabled**" means:*

*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

*i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

*"**Disability**" or "**Disabled**" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

*"**Own Occupation**" means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Lincoln will consider the Covered Person's occupation as it is normally performed in the national economy.*

You have been receiving LTD benefits for your disability since May 28, 2022.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for Post COVID-19 condition and your claim file contains the following medical documentation:

Medical Records from all treating providers dated February 7, 2022 through June 28, 2023.

We compared your restrictions and limitations to the requirements of your occupation.

Your occupation as a(n) Social Worker requires you to:

Sedentary work of exerting up to 10 pounds of force occasionally and/or a negligible amount of force frequently to lift, carry, push, pull or otherwise move objects. Sedentary work involves sitting most of the time time, but may involve walking or standing for brief periods of time.

We sent your claim out for review by a board certified physician specializing in internal medicine who opined the following:

*"The following restrictions and limitations are supported for migraine headaches from 01/01/2023 through 02/07/2023:*

- *No more than activities of daily living.*

*From 02/08/2023 through 04/04/2023 and possibly beyond, pending updated records:*

- *Occasional walking and standing*
- *Lifting, carrying, pushing and pulling up to 10 pounds occasionally*
- *No climbing ladders*
- *No working from unprotected heights*

*Records were insufficient to support the medical necessity for restrictions and limitations through the current time and beyond, from a non-mental health/neurocognitive perspective. Updated records from primary care, post-COVID clinic, neurology, and pulmonology would be useful to determining extent and duration of restrictions and limitations beyond the supported timeframe, or possibly support extension of the earlier restrictions.*

*In terms of potential accommodations, for the migraine headaches, the claimant may also benefit from certain preventive measures related to the claimant' light sensitivity, including allowance for reduced time at a video display terminal if possible, adjustment of flicker frequency on the computer screen, shades, as well as lighting and/or screen filters. In addition, using ergonomically designed chairs and workstation to reduce neck stress may also be helpful."*

We received updated medicals from all your providers and the claim was sent out again for review

with a board certified physican specializing in internal medicine. They provided the following update:

*"The additional medical records support extension of R&Ls from 02/08/2023 through 09/08/2023 as follows, for chronic fatigue:*

- *Occasional walking and standing*
- *Lifting, carrying, pushing and pulling up to 10 pounds occasionally*
- *No climbing ladders*
- *No working from unprotected heights*

*Updated records from treating providers (including physical therapy summaries and discharge note) would be useful to determining extent and duration of restrictions and limitations beyond the supported timeframe."*

Based on the medical documentation received in relation to the requirements of your occupation, you no longer meet the definition of disability outlined above. Thus benefits are no longer payable and we must close your claim.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with The Lincoln National Life Insurance Company, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

All documentation from all treating providers for the period of 2/8/23 through the present, or any of your other treating providers that would show evidence that you do meet the definition of disabled continuously from your own occupation, such as: test results with positive findings, such as an MRI or CT Scan, or, office visit notes that document physical exam findings, hospitalization records, lists

of prescription medications with their start date/dosages, a detailed treatment plan which would outline a description of your specific restrictions and limitations, and any physical or occupational therapy records. Please also submit the outstanding forms: Authorization, Claimant Information Form, and Claimant Supplementary Statement. If you have obtained another job please provide proof of employment pay-stubs and job description.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Moultrie
LTD Sepcialist II

Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380

**Lincoln Financial Group**
Group Protection

Desirae Vallier, MS, LMHC, CRC
Vocational Rehabilitation Consultant I

# OCCUPATIONAL ANALYSIS

| | |
|---|---|
| **Claimant Name:** | Sabrina Guerrero |
| **Claim Number:** | 12827197 |
| **Claims Specialist:** | Ashley Moultrie |
| **Employer:** | Gentiva |
| **Date of Report:** | 7/24/2023 |

An Occupational Analysis was requested to compare the following:

**JOB:**

| | |
|---|---|
| Resources: | Job Description; Training-Education-Experience (TEE) Form |
| Title: | Social Worker (MSW) |
| Duties: | The Social Worker (MSW) is that member of the interdisciplinary team whose primary function is to provide psychosocial support to the patient/family unit based on an assessment that identifies the needs, goals, interventions, and services indicated accordance with the established plan of care and to utilize professional training and personal judgment in monitoring the psychosocial assessment process. |
| Level: | Medium |
| Demands: | • Specific vision abilities include close vision, distance vision, depth perception, and ability to adjust focus<br>• Ambulate on rough surfaces and climb stairs<br>• Endure long periods of driving<br>• Stand, walk and/or sit for extended periods of time<br>• Lift or move up to 25 lbs. |

**OCCUPATION:**

| | |
|---|---|
| Resources: | (DOT: 195.107-030; O*NET: 21-1022.00; ERI: 195.107-030) |
| Title: | **Social Worker, Medical** |
| Duties: | Assists patients and their families with personal and environmental difficulties which predispose illness or interfere with obtaining maximum benefits from medical care: Works in close collaboration with physicians and other health care personnel in patient evaluation and treatment to further their understanding of significant social and emotional factors underlying patient's health problem. Helps patient and family through individual or group conferences to understand, accept, and follow medical recommendations. Provides service planned to restore patient to optimum social and health adjustment within patient's capacity. Utilizes community resources to assist |

| | |
|---|---|
| | patient to resume life in community or to learn to live within limits of disability. Prepares patient histories, service plans, and reports. Participates in planning for improving health services by interpreting social factors pertinent to development of program. Provides general direction and supervision to workers engaged in clinic home service program activities. Works in general hospitals, clinics, rehabilitation centers, drug and alcohol abuse centers, or related health programs. May be employed as consultant in other agencies. Usually required to have knowledge and skill in casework methods acquired through degree program at school of social work.<br>Alternate Titles: Social Worker, Clinical; Social Worker, Health Services |
| Level: | **S-Sedentary Work** - Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally, and all other sedentary criteria are met. |
| Demands: | • <u>Frequent</u> sitting<br>• <u>Occasional</u> walking, standing, reaching (can be reduced by moving objects an ergonomically-correct distance from the body), handling/gripping/ grasping, fingering/typing/keyboarding<br>• <u>No</u> climbing, balancing, bending/stooping, kneeling, crouching/squatting, crawling |

**<u>CLAIMS SPECIALIST PHYSICAL REQUIREMENT REQUESTS (IF ANY)</u>:**
N/A

**<u>SUMMARY</u>:**
The occupation is performed at the sedentary physical demand level.

I have not met with the insured for the purpose of this review. All opinions are based on a review of resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

*Electronically Signed*

Desirae Vallier, MS, LMHC, CRC
Vocational Rehabilitation Consultant I
Group Protection
Lincoln Financial Group

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Claim: 12827197
Claim Type: LTD
Payee Type: EMP

Customer: GENTIVA
Subsidiary: HOSPICE
Location: KINDRED AT HOME
Employee: SABRINA GUERRERO

Policy Number: GF3-890-LF0132-01
Pmt Period: 06/28/23 - 07/27/23
Pmt Date: 07/21/23
Check #: 110178008

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3072.57 | $ 0.00 | $ 0.00 | $ 3072.57 | $ 0.00 | $ 1000.00 | $ 0.00 | $ 0.00 | $ 2072.57 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Offset $ 0.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Deduction $ 0.00

Total Provisions $ 0.00 Total Offsets $ 0.00 Total Deductions $ 0.00

## Tax Information For This Payment Only

| | | | |
|---|---|---|---|
| Adjusted Gross Benefit: $ 3072.57 | Benefit Tax %: 100.00 | Federal Excludable Wages: $ | 0.00 |
| OASDI Taxable Wages: $ 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ 3072.57 | | Federal Withholding: $ | 1000.00 |
| State Taxable Wages: $ 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only.
It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Guerrero 1768**

# Billing Statement:

**Invoice Date: 07/06/2023** **Invoice #: 719536-988**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Jun 1 2023 and Jun 30 2023**

**L-CLTLTD** **Bill Code: LIBSFU**

| RP # / Cust ID | Patient Name / Provider Name | Status | Date / Req By | RP Fee | Med Fee | Rush | QC Amt / Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 10977767<br>12827197 | GUERRERO, SABRINA<br>POORE, PAM, APRN, FNP-BC | Complete | 06/07/23<br>A Moultrie | $ 9.00 | $ 33.99 | $ 0.00 | $ 0.00<br>26 | **$ 42.99** |
| 10977766<br>12827197 | GUERRERO, SABRINA<br>PHILLIPS HEALTHCARE GROUP | Complete | 06/07/23<br>A Moultrie | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>19 | **$ 9.00** |
| 10977764<br>12827197 | GUERRERO, SABRINA<br>EAST TENNESSE PULMONARY & SLE... | Complete | 06/07/23<br>A Moultrie | $ 9.00 | $ 20.00 | $ 0.00 | $ 0.00<br>10 | **$ 29.00** |
| 10977765<br>12827197 | GUERRERO, SABRINA<br>Jefferson City Medical- Dr. Aqueel | Complete | 06/07/23<br>A Moultrie | $ 9.00 | $ 59.00 | $ 0.00 | $ 0.00<br>86 | **$ 68.00** |
| 10977763<br>12827197 | GUERRERO, SABRINA<br>TENNOVA TURKEY CREEK MEDICAL ... | Complete | 06/07/23<br>A Moultrie | $ 9.00 | $ 45.00 | $ 0.00 | $ 0.00<br>12 | **$ 54.00** |

**ReleasePoint**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Total Amount Due:** **$ 202.99**

**Tax ID: 95-2843455**

**Lincoln/Guerrero 1769**

Page 1 of 1

Date: 07/07/2023 Time: 10:15:54 AM

**TENNESSEE CVS PHARMACY, L.L.C. # 06361**
**PATIENT PRESCRIPTION RECORD**
**03/01/2023 THRU 07/07/2023**

PHARMACY NAME: 06361 # 06361
ADDRESS: 718 WINFIELD DUNN PKWY.
CITY, ST, ZIP: SEVIERVILLE, TN, 37876

PATIENT KEY: 8752241222
PATIENT NAME: GUERRERO, SABRINA M
ADDRESS: [redacted]
CITY, ST, ZIP:

TELEPHONE: [redacted]
BIRTHDATE:
GENDER F
RELATIONSHIP: Card Holder

| STORE NO # | RX NUMBER | RFL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | QUANT DISP | PATIENT PD AMT |
|---|---|---|---|---|---|---|---|---|
| 06361 | 1496464 | 002 | 69097014260 | ALBUTEROL HFA (PROVENTIL) INH | PHILLIPS, FLOYD | 05/28/2023 | 20.10 | 7.00 |
| 06361 | 1493397 | 002 | 00169413013 | OZEMPIC 1 MG/DOSE (4 MG/3 ML) | MOFFITT, GREGORY | 03/14/2023 | 9.00 | 40.00 |
| 06361 | 1496460 | 003 | 55111073290 | VALSARTAN 80 MG TABLET | PHILLIPS, FLOYD | 05/17/2023 | 90.00 | 7.00 |

Lincoln/Guerrero 1770

**PHILLIPS HEALTHCARE GROUP, PC** **01/19/2023**

**Patient:** GUERRERO, SABRINA M (Female)

**DOB:** (53)
**Previous First Name:**
**Previous Last Name:**
**Race:** White
**Language:** English
**Ethnicity:** Not Hispanic or Latino
**Sexual Orientation:**
**Gender Identity:**

**Encounter ID:** 011923-156321857
**Primary Ins:** Blue Cross Blue Shield Tennessee (BCBS TN) *

**Location:** PHILLIPS HEALTHCARE GROUP, PC (Service Location)
6890 W. A. J. HWY
Talbott,TN 37877-0879
(423)839-2120 Ext:0

**Provider:** Floyd Edward Phillips, MD

**Referring:**
**Servicing Provider:** Phillips, Floyd

## Subjective

**Chief Complaint: Sinus Congestion, Fatigue, Abdominal Pain**

### History of Present Illness - Sinus Congestion

**Location**

**Reported:** bilateral sinuses.

**Quality**

**Reported:** nasal congestion, ; bilateral; rhinorrhea;, yellow, green; postnasal drainage.
**Denied:** facial pain.

**Severity**

**Reported:** moderate; worse since onset.

**Duration**

**Reported:** 7 days.

**Associated Signs and Symptoms**

**Reported:** otalgia; sore throat; cough;, ; with yellow sputum; headaches.
**Denied:** fever.

### History of Present Illness - Fatigue

**Quality**

**Reported:** tiredness, lack of energy.

**Severity**

**Reported:** stable since onset; limiting normal daily activities.

**Duration**

**Reported:** 10-12 months.

**Timing**

**Reported:** occurring 100% of the time.

**Context**

**Reported:** sleeping 4-8 hours per night, and awakening 3 times per night, taking naps during the day.

**Modifying Factors**

**Reported:** Pt had Covid 02/2022 and is going to post covid clinic. Pt states she has f/u with them next week. Pt states she did see a neurologist and was dx with migraine without aura and amnesia. Pt is needing new referral to a neurologist. Pt states she is also going to UT for speech therapy. cbm

**Associated Signs and Symptoms**

**Reported:** headaches; dyspnea, cognitive impairment.

**Denied:** restful sleep, weakness, night sweats, chest pain.

## History of Present Illness - Abdominal Pain

**Location**

**Reported:** diffuse.

**Quality**

**Reported:** aching, the following, ; Twisting.

**Severity**

**Reported:** better since onset; interfering with daily activities.

**Duration**

**Reported:** 1-3 months.

**Timing**

**Reported:** intermittent; nocturnal.

**Context**

**Reported:** Pt states she has been seeing Dr. Boyce for this and his office has ordered CT abdomen and pelvis x 2 and was denied by insurance both times. Pt is wanting to discuss with FEP today. cbm

**Modifying Factors**

**Reported:** better after bowel movements.

**Associated Signs and Symptoms**

**Reported:** anorexia; nausea; diarrhea.

**Denied:** dysphagia, vomiting.

## Medication History:

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 01/19/2023 | hydroxyzine HCl 25 mg tablet | * 1 tablet by mouth daily | 30 | 0 | Active |
| 01/19/2023 | sumatriptan 100 mg tablet | TAKE 1 TABLET BY MOUTH AT ONSET OF MIGRAINE. MAY REPEAT IN 2 HOURS AS NEEDED. MAX 2 TABLET IN 24 HOURS | 10 | 0 | Active |
| 01/19/2023 | topiramate 50 mg tablet | * 1 tablet by mouth daily | 30 | 0 | Active |
| 11/21/2022 | minocycline 100 mg capsule | * 1 capsule by mouth twice a day | 180 | 0 | Active |
| 08/08/2022 | benzonatate 200 mg capsule | 1 capsule by mouth twice a day | 60 | 6 | Active |
| 08/08/2022 | fluticasone propionate 50 mcg/actuation nasal spray,suspension | 2 puff in the nostrils daily | 3 | 4 | Active |
| 08/08/2022 | valsartan 80 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 08/08/2022 | famotidine 40 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 08/08/2022 | albuterol sulfate HFA 90 mcg/actuation aerosol inhaler | 2 puff inhale every 4-6 hours as needed (PRN); prn cough, wheeze, or SOB | 3 | 5 | Active |
| 06/13/2022 | escitalopram 20 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 04/27/2022 | cetirizine 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |

| | | | | | |
|---|---|---|---|---|---|
| 01/28/2022 | ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule | 1 capsule by mouth 2 times weekly | 9 | 11 | Active |
| 12/17/2021 | meloxicam 15 mg tablet | 1 tablet by mouth daily | 30 | 11 | Active |
| 11/04/2021 | nystatin 100,000 unit/gram topical powder | 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed. | 90 | 5 | Active |
| 12/31/2018 | MM-Zyme tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 3 | Active |
| 07/03/2017 | cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution | * 1 mL intramuscular once a month | 3 | 11 | Active |

### Allergies:

| Allergen | Severity | Adverse Reactions | Onset Date | Type | Source | Status |
|---|---|---|---|---|---|---|
| Sulfa (Sulfonamide Antibiotics) | Mild | | | Allergy to Substance | Patient | Active |

### Social History:

| Tobacco | Usage Status | Last Used | Daily Usage | Packaging | Years | Life History | Cessation Attempts | Last Cessation Rx |
|---|---|---|---|---|---|---|---|---|
| Cigarettes | Former smoker | | | Packs | | | | |

| Alcohol | Usage Status | Last Used | Usage Number | Packaging | Measurement Time |
|---|---|---|---|---|---|
| Beer | Occasional | | | | |

### Medical History:

**Positive History**

| Condition | Physician | Hospitalization | Hosp Date | Hospital |
|---|---|---|---|---|
| Hypertension | | | | |
| Vitamin D deficiency | | | | |
| Nasal Allergies | | | | |
| Insomnia | | | | |
| Anemia | | | | |
| Rosacea | | | | |

### Surgical History:

**Positive History**

| Condition | Physician | Hospitalization | Hosp Date | Hospital |
|---|---|---|---|---|
| Arthroscopy of knee joint | | | | |
| Gastric Bypass, Bone Spur Removal | | | | |

### Immunization History:

| Vaccine | Brand Name | Dose | Date Given | Route | Site | Initials |
|---|---|---|---|---|---|---|
| Fluzone, Quadrivalent 5.0 mL Multidose Vial | Sanofi | 0.5 mL | 12/4/2017 | IM | RD | akm |

### Family History:

| Type | Sex | Status | Age | Name | Negative History | Positive History | Onset Date | Positive Comment | Negative Comment |
|---|---|---|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Father | M | Alive | Cancer<br>Cholesterol High<br>Diabetes<br>Hypertension<br>MI<br>Obesity<br>Stroke |
| Mother | F | Alive | Cholesterol High |

**Review of Systems:**

**Constitutional**
**Reported:** Fatigue.
**Denied:** Fever. Weight loss. Chills. Weakness. Weight gain.

**Head**
**Reported:** Headaches.
**Denied:** dizziness. Fainting. Head Injury.

**Eyes**
**Denied:** Blurry Vision. Vision Loss. Eye Pain. Redness. Infections.

**ENT**

**Nose**
**Reported:** Discharge. Nasal Obstruction.
**Denied:** Infections. Nosebleeds.

**Mouth**
**Reported:** Postnasal Drip.
**Denied:** Postnasal drip. Hoarseness.

**Ears**
**Reported:** Pain.
**Denied:** Discharge. Dizziness. Infections.

**Throat Neck**
**Reported:** Tenderness.

**Respiratory**
**Reported:** Cough. Sputum. Short of Breath.
**Denied:** Coughing Blood.

**Cardiovascular**
**Reported:** Short of Breath - Exertion. High Blood Pressure.
**Denied:** Chest pain. Palpitations. Leg Pain - Walking.

**Gastrointestinal**
**Reported:** Abdominal Pain. Nausea. Diarrhea. Decreased Appetite.
**Denied:** Change in stool color. Vomiting. Rectal bleeding. Constipation. Heartburn. Infections.

**Musculoskeletal**
**Denied:** Weakness. Joint pain.

**Psychiatric**
**Denied:** Behavioral Change. Disorientation. Memory loss.

**Skin**
**Denied:** Rashes.

**Neurological**
**Reported:** Headaches.
**Denied:** Fainting. Paralysis. numbness.

**Endocrine**
**Reported:** Fatigue.

**Hematologic/Lymph**
**Denied:** Bleeding Easily. Blood Clots.

**Allergic/Immunologic**
**Reported:** Stuffy nose. Runny nose. coughing.
**Denied:** Runny Nose. Sneezing.

## Objective

**Vital Signs:**

**Blood Pressure**

| Artery | Body Side | Position | Pressure | Flag |
|---|---|---|---|---|
| Brachial | Left | Sitting | 110/82 | Normal |

**Pulse**

| Artery | Body Side | Rhythm | Quality | Pulse Rate | Flag |
|---|---|---|---|---|---|
| Radial | Left | Regular | Normal | 84 | Normal |

**Respirations**

| Rate | Quality | Rhythm | Pulse Ox | Air | Inhaled $O_2$ Concentration | Method | Peak Flow | Flag |
|---|---|---|---|---|---|---|---|---|
| 20/min | Normal | NORMAL | | | | | | Normal |

**Temperature**

| Method | Temperature F | Flag |
|---|---|---|
| Right Tympanic Membrane | 97.5 | Normal |

**Height, Weight, BMI and Measurements**

| Height | Weight | BMI | Flag | Head | Neck | Waist |
|---|---|---|---|---|---|---|
| 5' 5" | 342.2 (lb) | 56.9 | Obese | | | |

**Physical Exam:**

**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed.

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

**Eyes**

**External Eye**

The eyelids are without lesions. The sclera is white and the conjunctiva pink.

**ENT**

External inspection of ears and nose is without scars, lesions or masses. Otoscopic examination of external auditory canals and tympanic membranes is normal; there is a good cone of light, Cranial Nerve 8 is intact. The patient responds to whispered voice bilaterally. The nasal mucosa is pink and without discharge. The septum is midline. The turbinates are not enlarged. The buccal mucosa is pink; there is no cyanosis. Dentition is good. The lips are normal color; there are no ulcers, masses or lesions. The mucosa of the oropharynx is moist, The tongue is midline, The pharynx is without exudates. The tonsils are not enlarged.

**Neck**

**Inspection Palpation**

The neck is supple and the trachea is midline. (unreviewed)

**Respiratory**

**Effort**

The patient is relaxed and breathes without effort. The patient is not cyanotic. There is no acessory muscle use or intercostal retractions.

**Auscultation**

There are no crackles, wheezes, rhonchi, stridor or pleural rubs. There is no bronchophony, egophony, or whispered pectoriloquy.

**Cardiovascular**

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Edema / PVD**

There is no pitting edema of the lower extremities.There are no changes consistent with arterial insufficiency; there are no varicosities or stasis changes. Calves are supple and nontender.

**Gastrointestinal**

**General**

**The abdomen is soft and nontender; there is no guarding or rigidity. Bowel sounds are normal. There are no palpable masses. Truncal obesity with pannus of abdominal skin over the pelvis to her lap.**

**Lymphatics**

**Cervical**

Palpation of the cervical lymph nodes does not reveal any abnormal enlargement or tenderness.

**Psychiatric**

**Orientation**

The patient is oriented to time, place and person.

## Assessment

**Diagnosis:**

| Description | Code | Problem | Comment |
|---|---|---|---|
| Acute Nasopharyngitis [common Cold] | J00 | | |
| Lower Abdominal Pain, Unspecified | R1030 | | |
| Chronic Fatigue, Unspecified | R5382 | | |

## Plan

**Procedure Coding:**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Mod | 99214 | 1 UN | | |
| Syst Bp Lt 130 Mm Hg | 3074F | 1 UN | | |
| Diast Bp 80-89 Mm Hg | 3079F | 1 UN | | |

**Prescribe:**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 01/19/2023 | escitalopram 20 mg tablet | 1 tablet by mouth daily | 90 | 4 | Completed |
| 01/19/2023 | Trintellix 10 mg tablet | 1 tablet by mouth daily | 30 | 4 | Active |
| 01/19/2023 | cefdinir 300 mg capsule | 2 capsule by mouth daily | 20 | 0 | Active |

**Care Plan:**

**Acute nasopharyngitis [common cold]**

Uri

- Mucinex OTC with increased fluid intake over the next 5 to 7 days
- Topical decongestants for the next 3-5 days only
- Nasal irrigation with saline solution BID or prn for nasal secretions or congestion
- If symptoms persists for more than 10 days, antibiotic therapy maybe warranted
- Follow up if any worsening symptoms or failure to improve

### Lower abdominal pain, unspecified

**Note 2**

- Pt with diffuse abdominal pain that has been evaluated by her gastric bypass surgery group and they have scheduled a CT of the abdomen and insurance has not approved the study yet. They have referred her to another specialist for her abdominal pain.

### Chronic fatigue, unspecified

**Fatigue**

- Await evaluation with lab studies drawn today.
- Sleep hygiene and recommendations for 8 hours a day given
- Exercise recommendations given
- Dietary recommendations given
- Follow up after labs return.

### Problem List:

| Description | Diagnosis | Onset Date | Resolution | Provider | Type | Status |
|---|---|---|---|---|---|---|
| Benign Essential Hypertension (disorder) | 1201005 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |
| Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) | 267517008 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |
| Vitamin D Deficiency (disorder) | 34713006 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |
| Post-Gastrointestinal Tract Surgery Malnutrition (disorder) | 197484002 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |
| Iron Deficiency Anemia (disorder) | 87522002 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |

**PHILLIPS HEALTHCARE GROUP, PC** **05/15/2023**

**Patient:** GUERRERO, SABRINA M (Female)

**DOB:** (54)
**Previous First Name:**
**Previous Last Name:**
**Race:** White
**Language:** English
**Ethnicity:** Not Hispanic or Latino
**Sexual Orientation:**
**Gender Identity:**

**Encounter ID:** 051523-163305715
**Primary Ins:** Blue Cross Blue Shield Tennessee (BCBS TN)

**Location:** PHILLIPS HEALTHCARE GROUP, P.C.
6890 W. A. J. HWY
Talbott,TN 37877-0879
(423)839-2120 Ext:0

**Provider:** Floyd Edward Phillips, MD

**Referring:**
**Servicing Provider:** Phillips, Floyd

# Subjective

### Chief Complaint: Discuss Visit with Dr. Hussain

54 y/o female presents to discuss OV visit with Dr. Hussain and aquatic therapy referral. Patient states she initially saw Dr. Hussain on 2/24/23. She did have an MRI of the brain since then that we do not have record of. She states there is a space between her brain and skull. She states she also had a lumbar puncture 2-3 weeks ago and is awaiting results of that. She did have recent labs done by her bariatric doctor that showed alkaline phosphate of 177, anion of 4, iron saturation of 16 and BUN/creat ratio of 30. This was done on 4/26/23 and they wanted her to follow up with her PCP. She states her bariatric doctor would also like for her to discuss alternatives to meloxicam for joint pain. Patient states that she would also like aquatic therapy referral.

### History of Present Illness - Discuss Visit with Dr. Hussain

**Severity**

**Reported:** moderate.

**Duration**

**Reported:** 3 months.

**Timing**

**Reported:** f/u to discuss visit with Dr. Hussain.

**Context**

**Reported:** Pt in office today for f/u to discuss visit with neurologist, Dr. Hussain. Pt states she initially saw Dr. Hussain on 02/24/23 and has seen him another time since then. Pt states she had MRI of brain and was instructed there is space between her brain and skull. Pt states she also had spinal tap 2-3 weeks ago and is awaiting result of this. Pt states Dr. Hussain has discussed testing for MS. Requesting records from Dr. Hussain's office. Pt would also like to discuss aquatic therapy today. cbm

### Medication History:

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 05/15/2023 | sucralfate 1 gram tablet | TAKE 1 TABLET BY MOUTH 4 TIMES DAILY | 120 | 3 | Active |
| 05/15/2023 | pantoprazole 20 mg tablet,delayed release | TAKE 2 TABLETS BY MOUTH ONCE DAILY | 60 | 3 | Active |
| 02/15/2023 | meloxicam 15 mg tablet | 1 tablet by mouth daily | 30 | 11 | Active |
| 02/06/2023 | Trintellix 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 01/19/2023 | hydroxyzine HCl 25 mg tablet | * 1 tablet by mouth daily | 30 | 0 | Active |
| 01/19/2023 | sumatriptan 100 mg tablet | TAKE 1 TABLET BY MOUTH AT ONSET OF MIGRAINE. MAY REPEAT IN 2 | 10 | 0 | Active |

| | | | | | |
|---|---|---|---|---|---|
| | | HOURS AS NEEDED. MAX 2 TABLET IN 24 HOURS | | | |
| 01/19/2023 | topiramate 50 mg tablet | * 1 tablet by mouth daily | 30 | 0 | Active |
| 11/21/2022 | minocycline 100 mg capsule | * 1 capsule by mouth twice a day | 180 | 0 | Active |
| 08/08/2022 | benzonatate 200 mg capsule | 1 capsule by mouth twice a day | 60 | 6 | Active |
| 08/08/2022 | valsartan 80 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 08/08/2022 | fluticasone propionate 50 mcg/actuation nasal spray,suspension | 2 puff in the nostrils daily | 3 | 4 | Active |
| 08/08/2022 | albuterol sulfate HFA 90 mcg/actuation aerosol inhaler | 2 puff inhale every 4-6 hours as needed (PRN); prn cough, wheeze, or SOB | 3 | 5 | Active |
| 08/08/2022 | famotidine 40 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 04/27/2022 | cetirizine 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 01/28/2022 | ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule | 1 capsule by mouth 2 times weekly | 9 | 11 | Active |
| 11/04/2021 | nystatin 100,000 unit/gram topical powder | 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed. | 90 | 5 | Active |
| 12/31/2018 | MM-Zyme tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 3 | Active |
| 07/03/2017 | cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution | * 1 mL intramuscular once a month | 3 | 11 | Active |

## Allergies:

| Allergen | Severity | Adverse Reactions | Onset Date | Type | Source | Status |
|---|---|---|---|---|---|---|
| Sulfa (Sulfonamide Antibiotics) | Mild | | | Allergy to Substance | Patient | Active |

## Social History:

| Tobacco | Usage Status | Last Used | Daily Usage | Packaging | Years | Life History | Cessation Attempts | Last Cessation Rx |
|---|---|---|---|---|---|---|---|---|
| Cigarettes | Former smoker | | | Packs | | | | |

| Alcohol | Usage Status | Last Used | Usage Number | Packaging | Measurement Time |
|---|---|---|---|---|---|
| Beer | Occasional | | | | |

## Medical History:

**Positive History**

| Condition | Physician | Hospitalization | Hosp Date | Hospital |
|---|---|---|---|---|
| Hypertension | | | | |
| Vitamin D deficiency | | | | |
| Nasal Allergies | | | | |
| Insomnia | | | | |
| Anemia | | | | |
| Rosacea | | | | |

## Surgical History:

**Positive History**

| Condition | Physician | Hospitalization | Hosp Date | Hospital |
|---|---|---|---|---|
| Arthroscopy of knee joint | | | | |

**Gastric Bypass, Bone Spur Removal**

### Immunization History:

| Vaccine | Brand Name | Dose | Date Given | Route | Site | Initials |
|---|---|---|---|---|---|---|
| Fluzone, Quadrivalent 5.0 mL Multidose Vial | Sanofi | 0.5 mL | 12/4/2017 | IM | RD | akm |

### Family History:

| Type | Sex | Status | Age | Name | Negative History | Positive History | Onset Date | Positive Comment | Negative Comment |
|---|---|---|---|---|---|---|---|---|---|
| Father | M | Alive | | | | Cancer<br>Cholesterol High<br>Diabetes<br>Hypertension<br>MI<br>Obesity<br>Stroke | | | |
| Mother | F | Alive | | | | Cholesterol High | | | |

### Review of Systems:

**Constitutional**
- **Reported:** Fatigue.
- **Denied:** Fever. Weight loss. Chills. Weakness. Weight gain.

**Head**
- **Denied:** Headaches. dizziness. Fainting. Head Injury.

**Eyes**
- **Denied:** Blurry Vision. Vision Loss. Eye Pain. Redness. Infections.

**ENT**

**Nose**
- **Denied:** Discharge. Infections. Nosebleeds.

**Mouth**
- **Denied:** Postnasal drip. Hoarseness.

**Ears**
- **Denied:** Discharge. Dizziness. Infections. Pain.

**Respiratory**
- **Reported:** Short of Breath.
- **Denied:** Coughing Blood. Cough.

**Cardiovascular**
- **Reported:** High Blood Pressure. Short of Breath - Exertion.
- **Denied:** Chest pain. Leg Pain - Walking.

**Gastrointestinal**
- **Denied:** Abdominal pain. Change in stool color. Nausea. Diarrhea. Vomiting. Rectal bleeding. Constipation. Heartburn. Infections.

**Musculoskeletal**
- **Denied:** Weakness. Joint pain.

**Psychiatric**
- **Denied:** Behavioral Change. Disorientation. Memory loss.

**Skin**
- **Denied:** Rashes.

**Neurological**
- **Denied:** Fainting. Paralysis. Headaches. numbness.

**Endocrine**
- **Reported:** Fatigue.

**Hematologic/Lymph**
- **Denied:** Bleeding Easily. Blood Clots.

**Allergic/Immunologic**
- **Denied:** Coughing. Runny Nose. Sneezing.

## Objective

### Vital Signs:

**Blood Pressure**

| Artery | Body Side | Position | Pressure | Flag |
|---|---|---|---|---|
| Brachial | Left | Sitting | 112/68 | Normal |

**Pulse**

| Artery | Body Side | Rhythm | Quality | Pulse Rate | Flag |
|---|---|---|---|---|---|
| Radial | Right | Regular | Normal | 80 | Normal |

**Respirations**

| Rate | Quality | Rhythm | Pulse Ox | Air | Inhaled $O_2$ Concentration | Method | Peak Flow | Flag |
|---|---|---|---|---|---|---|---|---|
| 20/min | Normal | NORMAL | | | | | | Normal |

**Temperature**

| Method | Temperature F | Flag |
|---|---|---|
| Right Tympanic Membrane | 97.7 | Normal |

**Height, Weight, BMI and Measurements**

| Height | Weight | BMI | Flag | Head | Neck | Waist |
|---|---|---|---|---|---|---|
| 5' 5" | 344 (lb) | 57.2 | Obese | | | |

### Physical Exam:

**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed.

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

**Eyes**

**External Eye**

The eyelids are without lesions. The sclera is white and the conjunctiva pink.

**Respiratory**

**Effort**

The patient is relaxed and breathes without effort. The patient is not cyanotic. There is no acessory muscle use or intercostal retractions.

**Auscultation**

There are no crackles, wheezes, rhonchi, stridor or pleural rubs. There is no bronchophony, egophony, or whispered pectoriloquy.

**Cardiovascular**

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Edema / PVD**

There is no pitting edema of the lower extremities.There are no changes consistent with arterial insufficiency; there are no varicosities or stasis changes. Calves are supple and nontender.

**Psychiatric**

**Orientation**

The patient is oriented to time, place and person.

## Assessment

**Diagnosis:**

| Description | Code | Problem | Comment |
|---|---|---|---|
| Chronic Fatigue, Unspecified | R5382 | | |
| Candidiasis, Unspecified | B379 | | |

## Plan

**Procedure Coding:**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Mod | 99214 | 1 UN | | |
| Syst Bp Lt 130 Mm Hg | 3074F | 1 UN | | |
| Diast Bp < 80 Mm Hg | 3078F | 1 UN | | |

**Prescribe:**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 05/15/2023 | nystatin 100,000 unit/gram topical powder | 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed. | 90 | 5 | Active |

**Orders:**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Ordering Provider** | Phillips, F | **Order Date** | 05/15/2023 11:00 | **Result Status** | Open | **Result Date** |
| **Facility** | St Lukes & East Tennessee Rehab Center | | | | | |

| Order | Test Name | Result: In Range | Result: Out Range | Result Comment |
|---|---|---|---|---|
| **St Lukes & East Tennessee Rehab Center Physical Therapist** | | | | |
| | **Consult** | | | |

**Care Plan:**

**Chronic fatigue, unspecified**

**Note 2**

- Will be ordering water therapy with her PT and follow up after therapy is completed.
- Counseling is over half of 30 minute encounter.

**Candidiasis, unspecified**

**Candidiasis - Intertrigonal**

- Use Rx as directed
- Try to keep the affected area clean and dry
- Monitor for any drainage or any increasing erythema
- Follow up if any worsening or lack of improvement with treatment

**Problem List:**

| Description | Diagnosis | Onset Date | Resolution | Provider | Type | Status |
|---|---|---|---|---|---|---|
| Benign Essential Hypertension (disorder) | 1201005 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |
| Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) | 267517008 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |
| Vitamin D Deficiency (disorder) | 34713006 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |
| Post-Gastrointestinal Tract Surgery Malnutrition (disorder) | 197484002 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |
| Iron Deficiency Anemia (disorder) | 87522002 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |

# Guerrero, Sabrina

MRN: 12141403

Poore, Pammela M, NP
Nurse Practitioner
Specialty: Nurse Practitioner

Progress Notes
Signed

Encounter Date: 4/12/2023

Patient Name: Guerrero, Sabrina Today's Date: 4/12/2023
Preferred Name: Sabrina Date of Encounter: 4/12/2023
Patient MRN / CSN: 12141403 / 10105942390 Appt. Time: 1:00 PM EDT
Patient Age / DOB: 54-year old / Encounter Provider: Pammela M Poore, NP
PCP: Phillips, Floyd E Jr., MD

Center for Post-Covid Care (CPCC)
Follow - Up

**Subjective**

Sabrina Guerrero is a 54-year old who presents for Post Covid Follow Up.
Patient complains of the following Symptoms: Fatigue, Headache, Anxiety, Depression, Brain fog and Shortness of Breath on exertion.

HPI

**Post-COVID Fatigue**

Patient reports having symptoms of Post-COVID fatigue. Patient does feel tired all throughout the day. Patient reports not being able to complete tasks throughout the day without taking a break in between. Patient states they are unable to work and able to do very little household chores and activities of daily living and takes her a long time to complete one task. Patient reports that they do take naps during the day. States that they do snore. Patient does use CPAP and is compliant. Patient is following Anti-Inflammatory Diet, is exercising 5-15 minutes 2 times a week on sitting eliptical, drinking 48-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin D 50,000 UT every other week per PCP, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, Zinc. Patient reports continued fatigue without improvement.

**Post-COVID Brain Fog**

Patient reports symptoms of Post-COVID Brain Fog. Patient reports having problems with memory, finding words, inability to focus, reading comprehension, misplacing items and losing train of thought in the middle of a conversation. Patient continues Speech Therapy at UT with Michaela Johnson. Reports that Speech Therapist informed her that her Therapy has leveled out and plans to discharge her after next visit. Reports that she was seen by Dr. Mohammad Hussain Neurologist for Headaches with last visit 4/4/23. States that Dr. Mohammad Hussain, Neurologist ordered an MRI of Brain and Brain Check test. Reports that MRI showed abnormalities and Dr. Mohammad Hussain has now ordered a Lumbar Puncture to rule out MS which is pending insurance approval. Patient is following Anti-Inflammatory Diet, is exercising 5-15 minutes 2 times a week on sitting eliptical, drinking 48-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin D 50,000 UT every other week per PCP, Vitamin A,

B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, Zinc. Patient reports Brain Fog continues without improvement.

**Depression**
Patient reports Post-COVID Depression. Patient reports she did have depression prior to COVID. Patient states that they have had depressed mood, loss of energy, loss of interests/pleasure, thoughts of worthlessness or guilt, trouble concentrating. Patient reports does see a counselor. Reports Depression has worsened.

**Anxiety**
Patient reports Post-COVID Anxiety. Patient reports she did have anxiety prior to COVID. Patient reports racing thoughts, sweating when feeling anxious. Patient takes Trentellix and it is helping with anxiety. Patient states that anxiety has worsened.

COVID-19 Vaccination Screening - Wed April 12, 2023

| Row Name | 1309 |
|---|---|
| COVID-19 Vaccine Screen - Year Round | |
| Have you had the COVID-19 Vaccine? | Yes |

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:

**Outpatient Encounter Medications as of 4/12/2023**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |

| | |
|---|---|
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other week |
| • famotidine (Pepcid) 40 MG tablet | Take 40 mg by mouth daily. |
| • fluticasone (Flonase) 50 MCG/ACT nasal spray | Administer 2 sprays into nostril(s) daily. |
| • hydrOXYzine (Atarax) 25 MG tablet | Take 25 mg by mouth daily as needed for itching. |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. |
| • modafinil (Provigil) 100 MG tablet | Take 200 mg by mouth daily. |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth every 8 (eight) hours as needed. |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • topiramate (Topamax) 50 MG tablet | Take 75 mg by mouth daily. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • valsartan (Diovan) 80 MG tablet | Take 80 mg by mouth daily. |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| • vortioxetine (Trintellix) 10 MG tablet | Take 10 mg by mouth daily. |
| • [DISCONTINUED] SUMAtriptan (Imitrex) 100 MG tablet | Take 100 mg by mouth daily as needed. Can take up to 2 doses within a 24 hour period |

Last reviewed on 4/12/2023 1:51 PM by Poore, Pammela M, NP

Medical History:
Sabrina has a past medical history of Anemia (Unsure), Anxiety, Arthropathy (Unsure), Bronchitis, COVID-19, Depression, Disorder of thyroid (Unsure), Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Cancer in her father; Depression in her mother; Diabetes in her brother and father; Heart disease in her father, maternal grandfather, and sister; Hyperlipidemia in her mother; Hypertension in her father; Migraines in her brother; Pancreatic cancer in her father; Scoliosis in her mother; Stroke in her father and paternal grandfather; Thyroid disease in her daughter.

Sabrina reports that she does not currently use alcohol.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports no history of drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath.
Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for decreased concentration and dysphoric mood. The patient is nervous/anxious.

**Objective**

**Vitals:**

| | 04/12/23 1309 |
|---|---|
| BP: | 128/69 |
| Pulse: | 73 |
| Resp: | 18 |
| Temp: | 98.4 °F (36.9 °C) |
| TempSrc: | Tympanic |
| SpO2: | 94% |
| Weight: | 154 kg (339 lb 9.6 oz) |
| Height: | 5' 5" (1.651 m) |

No LMP recorded.

**MRI of Brain completed 2/24/23 results:**
(full report scanned)
Impression:
Nonspecific signal changes in the cerebral white matter. Most commonly seen as a sequela of chronic small vessel ischemia but are nonspecific and can be seen in other types of vasculopathy, demyelinating/dysmylinating condition, prior infection/inflammation, others. No evidence of acute or recent infarction. No abnormal postcontrast enhancement.

**Brain Check Test 3/7/23 results:**
Brain Check Combined Test Results: 87/200
Individual Test Results:
Trials A: 99/200
Trials B: 94/200
Digit Symbol Substitution: 99/200
Stroop: 99/200
Memory Immediate Recognition: 74/200
Memory Delayed Recognition: 99/200

**Physical Exam**
Constitutional:
Appearance: Normal appearance. She is obese.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.
Abdominal:
General: Bowel sounds are normal.
Palpations: Abdomen is soft.
Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion.
Skin:
General: Skin is warm and dry.
Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
Mental Status: She is alert and oriented to person, place, and time.
Psychiatric:
Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.

PHQ-9 Depression Scale - Wed April 12, 2023

| Row Name | 1319 |
| --- | --- |

Over the last 2 weeks, how often have you been bothered by any of the following problems?

| | |
|---|---|
| Little interest or pleasure in doing things | More than half the days 04/12/23 1319 |
| Feeling down, depressed, or hopeless | More than half the days 04/12/23 1319 |
| PHQ-2 Total Score | 4 04/12/23 1319 |
| Trouble falling or staying asleep, or sleeping too much | Nearly every day 04/12/23 1319 |
| Feeling tired or having little energy | Nearly every day 04/12/23 1319 |
| Poor appetite or overeating | More than half the days 04/12/23 1319 |
| Feeling bad about yourself - or that you are a failure or have let yourself or your family down | More than half the days 04/12/23 1319 |
| Trouble concentrating on things, such as reading the newspaper or watching television | More than half the days 04/12/23 1319 |
| Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual | Not at all 04/12/23 1319 |
| Thoughts that you would be better off dead, or of hurting yourself in some way | Not at all 04/12/23 1319 |
| PHQ-9 Total Score | 16 04/12/23 1319 |
| If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Very difficult 04/12/23 1319 |

GAD-7 Anxiety Scale - Wed April 12, 2023

| Row Name | 1319 |
|---|---|

Over the last 2 weeks, how often have you been bothered by any of the following problems?

| | |
|---|---|
| Feeling nervous, anxious, or on edge | More than half the days 04/12/23 1320 |
| Not being able to stop or control worrying | More than half the days 04/12/23 1320 |
| Worrying too much about different things | More than half the days 04/12/23 1320 |
| Trouble relaxing | Several days 04/12/23 1320 |
| Being so restless that it is hard to sit still | Not at all 04/12/23 1320 |
| Becoming easily annoyed or irritable | More than half the days 04/12/23 1320 |
| Feeling afraid as if something awful might happen | Not at all 04/12/23 1320 |
| GAD-7 Total Score | 9 04/12/23 1320 |

If you checked off any problems on this questionnaire,

| | |
|---|---|
| How difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Very difficult 04/12/23 1320 |

**Assessment**

**Plan**

**Problem List Items Addressed This Visit**

- **Post-COVID syndrome - Primary**
  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero reports POST-COVID symptoms of Fatigue, Headache, Anxiety, Depression, Brain fog and Shortness of Breath on exertion.

  I have spent greater than 40 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**
  Currently taking:
  - Trinrellix 10 mg daily
  - Provigil 200 mg daily

  Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

  Patient to see Tennova Bariatric for follow up 4/24/23 when **comprehensive lab work will be obtained - patient to provide Lab work results.**

  Patient scheduled for follow up visit with PCP 4/17/23 - patient will request referral to Water Physical Therapy in Sevier County.

- **Brain fog**

Continue Speech Therapy with Michaela Johnson at UT.

Encouraged patient to follow up with Dr. Mohammad Hussain, Neurologist 6/6/23 and have Lumbar Puncture once approved by Insurance.

Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

- **Anxiety and depression**
  PHQ-9 Score Today: 16
  GAD-7 Score: Today: 9

  Currently taking:
  - Trintellix 10 mg daily
  - Hydroxyzine 25 mg PRN

  Patient denies any suicidal thoughts or ideation.

  Patient advised to call 91 or go to ED with Mental Health emergencies and/or patient feels there is potential for harm to self or others.

  Patient is seeing Erica Hubbard CPCC Counselor with last visit 01/24/23 and follow up visit scheduled today.

  Patient seeing Carol Lucas, LCSW Counselor at Life Stance Healthy Minds Counseling with last visit on 4/10/23 and follow up scheduled for 4/18/23.

  Encouraged patient to continue taking all medications as prescribed, Do Not stop taking any medications without talking to a Provider, follow up with Carol Lucas and Erica Hubbard as scheduled.

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred*

Return in about 8 weeks (around 6/7/2023).

Post Covid Provider Evaluation on 4/12/2023 *Note shared with patient*

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 128/69 Pulse 73 Temp 98.4 °F (36.9 °C) (Tympanic) Resp 18 Ht 5' 5" (1.651 m) Wt 154 kg (339 lb 9.6 oz) SpO2 94% BMI 56.51 kg/m² BSA 2.66 m² |
| Flowsheets: | COVID-19 Vaccination Screening, Amb Complex Vitals Nav, Anthropometrics, PHQ-9 Depression Scale, GAD-7 Anxiety Scale |

## Orders Placed

None

## Medication Changes

As of 4/12/2023 1:51 PM

None

## Visit Diagnoses

Primary: **Post-COVID syndrome** U09.9
Post-COVID chronic fatigue G93.32, U09.9
Brain fog R41.89
Anxiety and depression F41.9, F32.A

# Job Notification

**Success**

## HP LaserJet Flow MFP M632



The following job has been successfully delivered to the specified destinations or intermediate server.

### Original Job Details

Product Name: HP LaserJet Flow MFP M632
User: tevnan, carol
Date: Jun/8/2023 1:07:36 PM
Scanned Pages: 26

### Destination

| | |
|---|---|
| 2790257 | Success |

### Additional Details

No additional details available.

**Ballad Health**

# Fax

To: Castro

Fax: 279-0257

From: Post Covid Clinic

Date: 6-8-23

Phone:

Pages:

Re: Evande Chandley

Urgent · For Review · Please Comment · Please Reply · Please Recycle

Comments:

Labs for Evande Chandley - 1/24/57

# Guerrero, Sabrina

MRN: 12141403

**Poore, Pammela M, NP**
Nurse Practitioner
Specialty: Nurse Practitioner

Progress Notes
Signed

Encounter Date: 6/9/2023

Patient Name: Guerrero, Sabrina    Today's Date: 6/9/2023
Preferred Name: Sabrina    Date of Encounter: 6/9/2023
Patient MRN / CSN: 12141403 / 10107325834    Appt. Time: 2:00 PM EDT
Patient Age / DOB: 54-year old /    Encounter Provider: Pammela M Poore, NP
PCP: Phillips, Floyd E Jr., MD

Center for Post-Covid Care (CPCC)
Follow - Up

## Subjective

Sabrina Guerrero is a 54-year old who presents for Post Covid Follow Up.
Patient complains of the following Symptoms: Fatigue, Headache, Anxiety, Depression, Brain fog and Shortness of Breath on exertion.

HPI

**Depression**

Patient reports Post-COVID Depression. Patient reports she did have depression prior to COVID but worse Post Covid. Patient reports having depressed mood, loss of energy, loss of interests/pleasure, thoughts of worthlessness or guilt, trouble concentrating. Patient reports does see a counselor, Carol Lucas. Reports Depression has not changed.

**Post-COVID Fatigue**

Patient reports having symptoms of Post-COVID fatigue. Patient does feel tired all throughout the day. Patient reports not being able to complete tasks throughout the day without taking a break in between. Patient states they are able to do activities of daily living with limitations , unable to work and able to do house work with limitations . Patient reports that they do take naps during the day. States that they do snore. Patient does use CPAP and is compliant most of the time. Patient is not exercising but states she is going to start aquatic therapy referred by her PCP, Floyd Phillips, MD. week of 6-12-23 two days per week, drinking 64-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. States she tries to follow the Anti-inflammatory diet but states she could do better. Patient reports the Fatigue has worsened and got teary when talking about it and stated she just can't help it.

**Post-COVID Brain Fog**

Patient reports symptoms of Post-COVID Brain Fog. Patient reports having problems with memory, finding words, inability to focus, reading comprehension, misplacing items, forgetting names of people they should know and losing train of thought in the middle of a conversation. Patient is not exercising but states she is going to start aquatic therapy referred by her PCP,

Floyd Phillips, MD. week of 6-12-23 two days per week, drinking 64-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. States she tries to follow the Anti-inflammatory diet but states she could do better. States that she was discharged from Speech Therapy 4/20/23 due to completed highest level patient was able to and has no further visits. Patient reports Brain Fog continues without improvement.

COVID-19 Vaccination Screening - Fri June 09, 2023

| Row Name | 1411 |
|---|---|
| COVID-19 Vaccine Screen - Year Round | |
| Have you had the COVID-19 Vaccine? | Yes |

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:

**Outpatient Encounter Medications as of 6/9/2023**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. | | |
| • clopidogrel (Plavix) 75 MG tablet | Take 75 mg by mouth daily. | | |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day | | |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other week | | |
| • famotidine (Pepcid) 40 MG tablet | Take 40 mg by mouth daily. | | |

| | |
|---|---|
| • fluticasone (Flonase) 50 MCG/ACT nasal spray | Administer 2 sprays into nostril(s) daily. |
| • hydrOXYzine (Atarax) 25 MG tablet | Take 25 mg by mouth daily as needed for itching. |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. |
| • modafinil (Provigil) 100 MG tablet | Take 200 mg by mouth daily. |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth every 8 (eight) hours as needed. |
| • pantoprazole (Protonix) 20 MG tablet | Take 20 mg by mouth 2 (two) times a day. |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Qulipta 60 MG tablet | Take 60 mg by mouth daily. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • sucralfate (Carafate) 1 g tablet | Take 1 g by mouth daily. |
| • topiramate (Topamax) 50 MG tablet | Take 75 mg by mouth daily. |
| • Ubrelvy 100 MG tablet | Take 100 mg by mouth daily. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • valsartan (Diovan) 80 MG tablet | Take 80 mg by mouth daily. |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| • vortioxetine (Trintellix) 10 MG tablet | Take 10 mg by mouth daily. |
| • [DISCONTINUED] aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. |

Last reviewed on 6/9/2023 3:05 PM by Poore, Pammela M, NP

Medical History:

Sabrina has a past medical history of Anemia (Unsure), Anxiety, Arthropathy (Unsure), Bronchitis, COVID-19, Depression, Disorder of thyroid (Unsure), Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Cancer in her father; Depression in her mother; Diabetes in her brother and father; Heart disease in her father, maternal grandfather, and sister; Hyperlipidemia in her mother; Hypertension in her father; Migraines in her brother; Pancreatic cancer in her father; Scoliosis in her mother; Stroke in her father and paternal grandfather; Thyroid disease in her daughter.

Sabrina reports that she does not currently use alcohol.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports no history of drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath.
Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for decreased concentration and dysphoric mood. The patient is nervous/anxious.

**Objective**

**Vitals:**

| | 06/09/23 1411 | 06/09/23 1450 |
|---|---|---|
| BP: | 140/83 | 128/79 |
| Pulse: | 74 | 72 |
| Resp: | 18 | |
| Temp: | 97.8 °F (36.6 °C) | |
| TempSrc: | Tympanic | |
| SpO2: | 99% | |
| Weight: | 152.4 kg (336 lb) | |
| Height: | 5' 5" (1.651 m) | |

No LMP recorded.

**Physical Exam**
Constitutional:
Appearance: Normal appearance. She is obese.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Eyes:

Pupils: Pupils are equal, round, and reactive to light.

Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds.

Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.

Abdominal:
General: Bowel sounds are normal.
Palpations: Abdomen is soft.

Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion.
Right lower leg: Edema **(1+)** present.
Left lower leg: Edema **(1+)** present.

Skin:
General: Skin is warm and dry.
Capillary Refill: Capillary refill takes less than 2 seconds.

Neurological:
Mental Status: She is alert and oriented to person, place, and time.

Psychiatric:
Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

PHQ-9 Depression Scale - Fri June 09, 2023

| Row Name | 1421 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Little interest or pleasure in doing things | More than half the days 06/09/23 1422 |
| Feeling down, depressed, or hopeless | Several days 06/09/23 1422 |
| PHQ-2 Total Score | 3 06/09/23 1422 |
| Trouble falling or staying asleep, or sleeping too much | Nearly every day 06/09/23 1422 |
| Feeling tired or having little energy | Nearly every day 06/09/23 1422 |
| Poor appetite or overeating | More than half the days 06/09/23 1422 |
| Feeling bad about yourself - or that you are a failure or have let yourself or your family down | Several days 06/09/23 1422 |
| Trouble concentrating on things, such as reading the newspaper or watching television | More than half the days 06/09/23 1422 |

| | |
|---|---|
| Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual | Not at all 06/09/23 1422 |
| Thoughts that you would be better off dead, or of hurting yourself in some way | Not at all 06/09/23 1422 |
| PHQ-9 Total Score | 14 06/09/23 1422 |
| If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Very difficult 06/09/23 1422 |

GAD-7 Anxiety Scale - Fri June 09, 2023

| Row Name | 1422 |
|---|---|
| **Over the last 2 weeks, how often have you been bothered by any of the following problems?** | |
| Feeling nervous, anxious, or on edge | More than half the days 06/09/23 1422 |
| Not being able to stop or control worrying | Several days 06/09/23 1422 |
| Worrying too much about different things | More than half the days 06/09/23 1422 |
| Trouble relaxing | Not at all 06/09/23 1422 |
| Being so restless that it is hard to sit still | Not at all 06/09/23 1422 |
| Becoming easily annoyed or irritable | More than half the days 06/09/23 1422 |
| Feeling afraid as if something awful might happen | Not at all 06/09/23 1422 |
| GAD-7 Total Score | 7 06/09/23 1422 |
| **If you checked off any problems on this questionnaire,** | |
| How difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Very difficult 06/09/23 1422 |

**Assessment**

**Plan**

**Problem List Items Addressed This Visit**

- **Post-COVID syndrome - Primary**

This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

Date of onset of symptoms: 2/7/22
Date of last positive test:2/7/22
Were you hospitalized due to COVID: No
Were you seen by a provider for COVID as an outpatient? PCP
Have you received experimental drugs for COVID treatment?: Yes

Ms. Guerrero reports POST-COVID symptoms of Fatigue, Headache, Anxiety, Depression, Brain fog and Shortness of Breath on exertion.

I have spent greater than 40 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**
  Currently taking:
  - Trinrellix 10 mg daily
  - Provigil 200 mg daily

  Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated and begin Aquatic Therapy, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

  Will obtain recent lab work drawn 4/26/23 at Tennova Bariatric.

- **Depression**
  PHQ-9 Score Today: 14
  GAD-7 Score Today: 7

  Currently taking:
  - Trinrellix 10 mg daily
  - Provigil 200 mg daily

  Patient denies any suicidal thoughts or ideation. Patient advised to call 911, National Suicide Hot Line at 1-800-SUICIDE, or go to ED with Mental Health emergencies and/or patient feels there is potential for harm to self or others.

  Patient sees Carol Lucas Counselor every other week with last visit 6/5/23 and follow up scheduled for 6/20/23.

  Encouraged patient to continue taking all medications as prescribed, Do Not stop taking any medications without speaking with a Provider, and follow up with Carol Lucas Counselor as scheduled.

- **Brain fog**

Patient sees Dr. Mohammad Hussain, Neurologist with last visit on 6/6/23 - follow up visit scheduled for 8/11/23.

Will request recently completed MRI and Lumbar Puncture CFS Lab work ordered by Dr. Mohammad Hussain, Neurologist

Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, begin Aquatic Therapy as scheduled, use CPAP HS, taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Return in about 8 weeks (around 8/4/2023).

*Portions of this chart may have been created with Fluency M-Modal voice recognition software.Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred.*

Post Covid Provider Evaluation on 6/9/2023 *Note shared with patient*

## Additional Documentation

Vitals: BP 128/79 Pulse 72 Temp 97.8 °F (36.6 °C) (Tympanic) Resp 18 Ht 5' 5" (1.651 m) Wt 152.4 kg (336 lb) SpO2 99% BMI 55.91 kg/m² BSA 2.64 m²

Flowsheets: COVID-19 Vaccination Screening, Amb Complex Vitals Nav, Anthropometrics, PHQ-9 Depression Scale, GAD-7 Anxiety Scale

## Orders Placed

None

## Medication Changes

As of 6/9/2023 3:05 PM

None

## Visit Diagnoses

Primary: **Post-COVID syndrome** U09.9
Other depression F32.89
Post-COVID chronic fatigue G93.32, U09.9
Brain fog R41.89

Lincoln/Guerrero 1802

Clinical Review Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| GENTIVA | SABRINA GUERRERO | 12827197 |

| | | | |
|---|---|---|---|
| Report Date: | 07/09/2023 | | |
| Referred By: | ASHLEY MOULTRIE | Claimant DOB: | |
| Referral Date: | 07/03/2023 | Job Title: | SOCIAL WORKER MSW |
| Due Date: | 07/12/2023 | Medical/ Surgical Condition: | Post COVID-19 condition, unspecified |
| Referral Type: | Addendum | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | | LDW: | 02/25/2022 |
| | | DOD: | 02/26/2022 |
| Physical Demands: | | BBD: | 05/28/2022 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

Other Comments: Previous Full File Review was completed on 6/7/23. Additional medicals have been requested and have been added to the file for review. Still needing to know if claim is supported from 01/01/2023 - on going.

Response: The additional medical records support extension of R&Ls from 02/08/2023 through 09/08/2023 as follows, for chronic fatigue:

- Occasional walking and standing
- Lifting, carrying, pushing and pulling up to 10 pounds occasionally
- No climbing ladders
- No working from unprotected heights

Updated records from treating providers (including physical therapy summaries and discharge note) would be useful to determining extent and duration of restrictions and limitations beyond the supported timeframe.

Analysis of Medical Documentation and Support for Responses to Referral Questions:

The attending provider responded to my summary letter indicating no changes or comments (Dr. Hussain letter, 06/07/2023).

Physical therapy notes documented short distance achieved on 6-minute walk test, with breaks (Jan Dela Cruz, PT, DPT, 06/07/2023). Follow-up notes indicated weekly ongoing physical therapy treatment sessions for symptoms of decreased endurance and fatigue, with aquatic therapy exercises to increase range of motion, strength, stability, and improve posture and gait pattern (Ellen Star, PT, 06/16/2023-06/28/2023). Available records indicated 8 weeks of planned treatments.

Aside from chronic fatigue, the physical medicine (post-COVID clinic) notes documented ongoing complaints of brain fog, but did not include a cognitive evaluation such as mini-mental status exam (Pammela Poore, NP, 04/12/2023, 06/09/2023). Physical exam was documented as normal with the exception of mild bilateral lower extremity edema. The plan was for clinical follow-up in 8 weeks.

Neurology physical exam did not document significant abnormalities; a wide-based gait was noted. No mini mental status exam was documented, but she was noted to be alert and oriented with fluent speech. Migraines status was unchanged. The claimant completed neuroimaging and lumbar puncture / laboratory studies, which did not reveal findings of significant acute infectious disease, autoimmune disease, or cancer(Dr. Hussain, 06/06/2023, and laboratory reports). Clopidogrel was added for the chronic small vessel cerebral ischemia.

Updated pulmonary notes did not include significant additional clinical information (Alice Pinya, CFNP, 04/26/2023).

Please see my original report for more details including analysis of previously-available medical records.

All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is: Ellen Starr, PT, 06/28/2023.

Electronically Signed:

Rafael Y. Lefkowitz, MD MPH FACOEM
Board Certified Internal Medicine, Occupational Medicine

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Daily Note:** 06/23/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 4
**Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.

Pt reported," I'm doing pretty good. I wasn't too sore after Monday but my back is sore from driving Mom to Vanderbilt this week."
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene: Grooming, Bathing
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing
**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry
**Pain Location:** low back
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 6 **Previous Findings as of 06/16/2023 - Worst:6 Best:0 Current:6*
**Pain Description:** Dull/Achy
**Pain Location:** R knee
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 6 **Previous Findings as of 06/16/2023 - Worst:6 Best:0 Current:6*
**Pain Description:** Throbbing
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),
**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair, )
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>Ther ex was facilitated in standing and sitting in pool to increase ROM, strength, stability and to improve posture and gait pattern. See Flowsheet | 3 |

*CPT copyright 2022 American Medical Association. All rights reserved.*

Objective Findings

6/14/23
BUE/LE strength 3+/5
Poor endurance

## Assessment



Powered by WebPT

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 06/23/2023

# Daily Note / Billing Sheet

**Assessment/Diagnosis:** Pt is voicing moderate pain and is still exhibiting decreased ROM, strength w/forward flexed head/ neck w/rounded shoulders. Pt was able to complete some LE exercises w/no wall support and tolerated treatment well w/no adverse effects. Pt requires less VC to perform exercises correctly. Pt requires skilled therapy to achieve POC goals.

**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks

**Rehab Potential:** Good

**Patient Problems:**

- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**

1: (4 Weeks) | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | Improved function (LEFS:36) to increase ease with ADLs |

**Long Term Goals:**

1: (8 Weeks) | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | Improved function (LEFS:45) to increase ease with household chores |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:**

Continue per POC as tolerated

Ellen Starr PTA

Ellen Starr
License #5961
*Initiated by Ellen Starr on June 23, 2023 at 11:56 am*

PT, DPT

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Co-Signed by Dr. Jan Paul Dela Cruz, PT, DPT on June 23, 2023 at 4:23 pm*



Powered by WebPT™

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Daily Note:** 06/28/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 5
**Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.

Pt reported," I'm doing alright. I still have some pain. Mostly I am tired all the time since I had Covid."
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene: Grooming, Bathing
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing
**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry
**Pain Location:** low back
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 3 **Previous Findings as of 06/23/2023 - Worst:6 Best:0 Current:6*
**Pain Description:** Dull/Achy
**Pain Location:** R knee
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 3 **Previous Findings as of 06/23/2023 - Worst:6 Best:0 Current:6*
**Pain Description:** Throbbing
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),
**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair, )
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | *Units* |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>Ther ex was facilitated in standing and sitting in pool to increase ROM, strength, stability and to improve posture and gait pattern. See Flowsheet | *3* |

*CPT copyright 2022 American Medical Association. All rights reserved.*

Objective Findings

6/28/23
BUE/LE strength 3+/5
Poor endurance

## Assessment



Powered by WebPT™

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 06/28/2023

**Assessment/Diagnosis:** Pt is voicing decreased pain and continues to exhibit decreased ROM, strength w/slowly improving postural awareness. Pt was able to tolerate increase in reps and the addition of resistance to UE exercises. Pt requires less VC again today to perform exercises correctly. Pt requires skilled therapy to achieve POC goals.

**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks

**Rehab Potential:** Good

**Patient Problems:**

- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**

1: (4 Weeks) | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | Improved function (LEFS:36) to increase ease with ADLs |

**Long Term Goals:**

1: (8 Weeks) | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | Improved function (LEFS:45) to increase ease with household chores |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:**

Continue per POC as tolerated

Ellen Starr PTA

Ellen Starr
License #5961
*Initiated by Ellen Starr on June 28, 2023 at 9:15 am*

, PT, DPT

Dr. Ma. Paz Corazon Alana, PT, DPT
License #2308
*Electronically Co-Signed by Dr. Ma. Paz Corazon Alana, PT, DPT on June 28, 2023 at 12:53 pm*



Powered by WebPT™

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

Claim: 12827197
Claim Type: LTD
Payee Type: EMP

Customer: GENTIVA
Subsidiary: HOSPICE
Location: KINDRED AT HOME
Employee: SABRINA GUERRERO

Policy Number: GF3-890-LF0132-01
Pmt Period: 05/28/23 - 06/27/23
Pmt Date: 06/21/23
Check #: 109938568

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3072.57 | $ 0.00 | $ 0.00 | $ 3072.57 | $ 0.00 | $ 1000.00 | $ 0.00 | $ 0.00 | $ 2072.57 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Offset $ 0.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Deduction $ 0.00

Total Provisions $ 0.00 Total Offsets $ 0.00 Total Deductions $ 0.00

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 3072.57 | Benefit Tax %: 100.00 | Federal Excludable Wages: $ | 0.00 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 3072.57 | | Federal Withholding: $ | 1000.00 |
| State Taxable Wages: $ | 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Guerrero 1809**

ReleasePoint

## Medical Record Overview

**Date:** **June 21, 2023**

**Patient Name:** GUERRERO, SABRINA

**Records From:** Pamela Poore, NP

,
(423) 578-8400

**Request Scope:** From January 25, 2023 to Present

**Chart Range:** 04/12/2023 - 06/09/2023

**RP ID:** 10977767

**Client ID:** 12827197

**Source:** L-CLTLTD

**Req By:** A Moultrie
09-LF0132

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Apr 12 2023 | Jun 9 2023 | 23 | 2 |
| Request Corr. | | | 3 | 25 |
| | | **Total Page Count:** | 26 | |

**Notes From QC:**

**Lincoln/Guerrero 1810**

## 04/12/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care

### Patient Summary as-of Visit

**Problem List** as of 4/12/2023

Problems last reviewed by Poore, Pammela M, NP on 4/12/2023 1351

**Anxiety**

Diagnosis: Anxiety | Noted on: 06/08/2022 | Chronic: No

**Anxiety and depression**

Diagnosis: Anxiety and depression | Noted on: 01/30/2023 | Chronic: No

**Brain fog**

Diagnosis: Brain fog | Noted on: 06/08/2022 | Chronic: No

**Cognitive impairment**

Diagnosis: Cognitive impairment | Noted on: 01/30/2023 | Chronic: No

**Depression**

Diagnosis: Depression | Noted on: 06/08/2022 | Chronic: No

**Memory loss**

Diagnosis: Memory loss | Noted on: 06/08/2022 | Chronic: No

**Poor concentration**

Diagnosis: Poor concentration | Noted on: 06/08/2022 | Chronic: No

**Post-COVID chronic cough**

Diagnosis: Post-COVID chronic cough | Noted on: 07/25/2022 | Chronic: No

**Post-COVID chronic dyspnea**

Diagnosis: Post-COVID chronic dyspnea | Noted on: 06/08/2022 | Chronic: No

**Post-COVID chronic fatigue**

Diagnosis: Post-COVID chronic fatigue | Noted on: 06/08/2022 | Chronic: No

**Post-COVID chronic headache**

Diagnosis: Post-COVID chronic headache | Noted on: 06/08/2022 | Chronic: No

**Post-COVID chronic joint pain**

Diagnosis: Post-COVID chronic joint pain | Noted on: 06/08/2022 | Chronic: No

**Post-COVID chronic muscle pain**

Diagnosis: Post-COVID chronic muscle pain | Noted on: 06/08/2022 | Chronic: No

**Post-COVID syndrome**

Diagnosis: Post-COVID syndrome | Noted on: 06/08/2022 | Chronic: No

**Transient hypotension**

Diagnosis: Transient hypotension | Noted on: 06/08/2022 | Chronic: No

**Allergies** as of 4/12/2023

Allergies last reviewed by Poore, Pammela M, NP on 4/12/2023 1351

## 04/12/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

**Patient Summary as-of Visit (continued)**

**SULFADIAZINE**

Reactions: Hives
Reaction type: Allergy
RxNorm: 10171
Severity: Medium
Noted on: 06/08/2022

**History** as of 4/12/2023

**Medical History** as of 4/12/2023

**Medical last reviewed by Poore, Pammela M, NP on 4/12/2023**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anemia | Unsure | History | Patient |
| Anxiety | — | — | Provider |
| Arthropathy | Unsure | — | Patient |
| Bronchitis | — | — | Provider |
| COVID-19 | — | — | Provider |
| Depression | — | — | Provider |
| Disorder of thyroid | Unsure | Parathyroid | Patient |
| Epstein Barr infection | — | — | Provider |
| Hypertensive disorder | — | — | Provider |
| Iron deficiency | — | — | Provider |
| Malignant neoplasm (HCC) | — | — | Provider |
| OSA on CPAP | — | — | Provider |
| Parathyroid disorder (HCC) | — | Moffit Endocrinology | Provider |

**Surgical History** as of 4/12/2023

**Surgical last reviewed by Poore, Pammela M, NP on 4/12/2023**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| ROUX-EN-Y PROCEDURE | — | 2001 | — | Provider |
| bone spur removal [Other] | — | — | — | Provider |
| CHOLECYSTECTOMY | — | — | — | Provider |
| HERNIA REPAIR | — | — | — | Provider |
| KNEE SURGERY | — | — | — | Provider |
| COLONOSCOPY | — | — | — | Provider |
| BASAL CELL CARCINOMA EXCISION | — | — | — | Provider |

**Progress Notes**

**Progress Notes by Poore, Pammela M, NP at 4/12/2023 1300**

Author: Poore, Pammela M, NP
Service: —
Author Type: Nurse Practitioner
Filed: 4/12/2023 4:47 PM
Encounter Date: 4/12/2023
Status: Signed
Editor: Poore, Pammela M, NP (Nurse Practitioner)

Patient Name: Guerrero, Sabrina Today's Date: 4/12/2023
Preferred Name: Sabrina Date of Encounter: 4/12/2023
Patient MRN / CSN: 12141403 / 10105942390 Appt. Time: 1:00 PM EDT
Patient Age / DOB: 54-year old / Encounter Provider: Pammela M Poore, NP

PCP: Phillips, Floyd E Jr., MD

Center for Post-Covid Care (CPCC)
Follow - Up

**Subjective**

Sabrina Guerrero is a 54-year old who presents for Post Covid Follow Up.
Patient complains of the following Symptoms: Fatigue, Headache, Anxiety, Depression, Brain fog and Shortness of Breath on exertion.

HPI

**Post-COVID Fatigue**

Patient reports having symptoms of Post-COVID fatigue. Patient does feel tired all throughout the day. Patient reports not being able to complete tasks throughout the day without taking a break in between. Patient states they are unable to work and able to do very little household chores and activities of daily living and takes her a long time to complete one task. Patient reports that they do take naps during the day. States that they do snore. Patient does use CPAP and is compliant. Patient is following Anti-Inflammatory Diet, is exercising 5-15 minutes 2 times a week on sitting eliptical, drinking 48-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin D 50,000 UT every other week per PCP, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, Zinc. Patient reports continued fatigue without improvement.

**Post-COVID Brain Fog**

Patient reports symptoms of Post-COVID Brain Fog. Patient reports having problems with memory, finding words, inability to focus, reading comprehension, misplacing items and losing train of thought in the middle of a conversation. Patient continues Speech Therapy at UT with Michaela Johnson. Reports that Speech Therapist informed her that her Therapy has leveled out and plans to discharge her after next visit. Reports that she was seen by Dr. Mohammad Hussain Neurologist for Headaches with last visit 4/4/23. States that Dr. Mohammad Hussain, Neurologist ordered an MRI of Brain and Brain Check test. Reports that MRI showed abnormalities and Dr. Mohammad Hussain has now ordered a Lumbar Puncture to rule out MS which is pending insurance approval. Patient is following Anti-Inflammatory Diet, is exercising 5-15 minutes 2 times a week on sitting eliptical, drinking 48-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin D 50,000 UT every other week per PCP, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, Zinc. Patient reports Brain Fog continues without improvement.

**Depression**

Patient reports Post-COVID Depression. Patient reports she did have depression prior to COVID. Patient states that they have had depressed mood, loss of energy, loss of interests/pleasure, thoughts of worthlessness or guilt, trouble concentrating. Patient reports does see a counselor. Reports Depression has worsened.

**Anxiety**

Patient reports Post-COVID Anxiety. Patient reports she did have anxiety prior to COVID. Patient reports racing thoughts, sweating when feeling anxious. Patient takes Trentellix and it is helping with anxiety. Patient states that anxiety has worsened.

COVID-19 Vaccination Screening - Wed April 12, 2023

| Row Name | 1309 |
|---|---|

**Progress Notes (continued)**

COVID-19 Vaccine Screen - Year Round

Have you had the COVID-19 Vaccine? Yes

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:

**Outpatient Encounter Medications as of 4/12/2023**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. | | |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day | | |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other week | | |
| • famotidine (Pepcid) 40 MG tablet | Take 40 mg by mouth daily. | | |
| • fluticasone (Flonase) 50 MCG/ACT nasal spray | Administer 2 sprays into nostril(s) daily. | | |
| • hydrOXYzine (Atarax) 25 MG tablet | Take 25 mg by mouth daily as needed for itching. | | |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. | | |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. | | |

| | |
|---|---|
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. |
| • modafinil (Provigil) 100 MG tablet | Take 200 mg by mouth daily. |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth every 8 (eight) hours as needed. |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • topiramate (Topamax) 50 MG tablet | Take 75 mg by mouth daily. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • valsartan (Diovan) 80 MG tablet | Take 80 mg by mouth daily. |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| • vortioxetine (Trintellix) 10 MG tablet | Take 10 mg by mouth daily. |
| • [DISCONTINUED] SUMAtriptan (Imitrex) 100 MG tablet | Take 100 mg by mouth daily as needed. Can take up to 2 doses within a 24 hour period |

Last reviewed on 4/12/2023 1:51 PM by Poore, Pammela M, NP

Medical History:
Sabrina has a past medical history of Anemia (Unsure), Anxiety, Arthropathy (Unsure), Bronchitis, COVID-19, Depression, Disorder of thyroid (Unsure), Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Cancer in her father; Depression in her mother; Diabetes in her brother and father; Heart disease in her father, maternal grandfather, and sister; Hyperlipidemia in her mother; Hypertension in her father; Migraines in her brother; Pancreatic cancer in her father; Scoliosis in her mother; Stroke in her father and paternal grandfather; Thyroid disease in her daughter.

Sabrina reports that she does not currently use alcohol.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports no history of drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath.
Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for decreased concentration and dysphoric mood. The patient is nervous/anxious.

**Objective**
**Vitals:**

| | 04/12/23 1309 |
|---|---|
| BP: | 128/69 |
| Pulse: | 73 |
| Resp: | 18 |
| Temp: | 98.4 °F (36.9 °C) |
| TempSrc: | Tympanic |
| SpO2: | 94% |
| Weight: | 154 kg (339 lb 9.6 oz) |
| Height: | 5' 5" (1.651 m) |

No LMP recorded.

**MRI of Brain completed 2/24/23 results:**
(full report scanned)
Impression:
Nonspecific signal changes in the cerebral white matter. Most commonly seen as a sequela of chronic small vessel ischemia but are nonspecific and can be seen in other types of vasculopathy, demyelinating/dysmylinating condition, prior infection/inflammation, others. No evidence of acute or recent infarction. No abnormal postcontrast enhancement.

**Brain Check Test 3/7/23 results:**
Brain Check Combined Test Results: 87/200
Individual Test Results:
Trials A: 99/200
Trials B: 94/200
Digit Symbol Substitution: 99/200
Stroop: 99/200
Memory Immediate Recognition: 74/200
Memory Delayed Recognition: 99/200

**Physical Exam**
Constitutional:
Appearance: Normal appearance. She is obese.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:

**04/12/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)**

**Progress Notes (continued)**

Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds.

Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.

Abdominal:
General: Bowel sounds are normal.
Palpations: Abdomen is soft.

Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion.

Skin:
General: Skin is warm and dry.
Capillary Refill: Capillary refill takes less than 2 seconds.

Neurological:
Mental Status: She is alert and oriented to person, place, and time.

Psychiatric:
Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.

PHQ-9 Depression Scale - Wed April 12, 2023

| Row Name | 1319 |
| --- | --- |
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Little interest or pleasure in doing things | More than half the days 04/12/23 1319 |
| Feeling down, depressed, or hopeless | More than half the days 04/12/23 1319 |
| PHQ-2 Total Score | 4 04/12/23 1319 |
| Trouble falling or staying asleep, or sleeping too much | Nearly every day 04/12/23 1319 |
| Feeling tired or having little energy | Nearly every day 04/12/23 1319 |
| Poor appetite or overeating | More than half the days 04/12/23 1319 |
| Feeling bad about yourself - or that you are a failure or have let yourself or your family down | More than half the days 04/12/23 1319 |
| Trouble concentrating on things, such as reading the newspaper or watching television | More than half the days 04/12/23 1319 |
| Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual | Not at all 04/12/23 1319 |
| Thoughts that you would be better off dead, or of hurting yourself in some way | Not at all 04/12/23 1319 |
| PHQ-9 Total Score | 16 04/12/23 1319 |
| If you checked off any problems, how difficult have these problems made it for you to do your work, | Very difficult 04/12/23 1319 |

**04/12/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)**

**Progress Notes (continued)**

take care of things at home, or get along with other people?

GAD-7 Anxiety Scale - Wed April 12, 2023

| Row Name | 1319 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Feeling nervous, anxious, or on edge | More than half the days 04/12/23 1320 |
| Not being able to stop or control worrying | More than half the days 04/12/23 1320 |
| Worrying too much about different things | More than half the days 04/12/23 1320 |
| Trouble relaxing | Several days 04/12/23 1320 |
| Being so restless that it is hard to sit still | Not at all 04/12/23 1320 |
| Becoming easily annoyed or irritable | More than half the days 04/12/23 1320 |
| Feeling afraid as if something awful might happen | Not at all 04/12/23 1320 |
| GAD-7 Total Score | 9 04/12/23 1320 |
| If you checked off any problems on this questionnaire, | |
| How difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Very difficult 04/12/23 1320 |

**Assessment Plan**

**Problem List Items Addressed This Visit**

- **Post-COVID syndrome - Primary**

  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero reports POST-COVID symptoms of Fatigue, Headache, Anxiety, Depression, Brain fog and Shortness of Breath on exertion.

  I have spent greater than 40 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

  Currently taking:
  - Trinrellix 10 mg daily
  - Provigil 200 mg daily

Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

Patient to see Tennova Bariatric for follow up 4/24/23 when **comprehensive lab work will be obtained - patient to provide Lab work results.**

Patient scheduled for follow up visit with PCP 4/17/23 - patient will request referral to Water Physical Therapy in Sevier County.

- **Brain fog**

  Continue Speech Therapy with Michaela Johnson at UT.

  Encouraged patient to follow up with Dr. Mohammad Hussain, Neurologist 6/6/23 and have Lumbar Puncture once approved by Insurance.

  Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

- **Anxiety and depression**

  PHQ-9 Score Today: 16
  GAD-7 Score: Today: 9

  Currently taking:
  - Trintellix 10 mg daily
  - Hydroxyzine 25 mg PRN

  Patient denies any suicidal thoughts or ideation.

  Patient advised to call 91 or go to ED with Mental Health emergencies and/or patient feels there is potential for harm to self or others.

  Patient is seeing Erica Hubbard CPCC Counselor with last visit 01/24/23 and follow up visit scheduled today.

  Patient seeing Carol Lucas, LCSW Counselor at Life Stance Healthy Minds Counseling with last visit on 4/10/23 and follow up scheduled for 4/18/23.

  Encouraged patient to continue taking all medications as prescribed, Do Not stop taking any medications without talking to a Provider, follow up with Carol Lucas and Erica Hubbard as scheduled.

**04/12/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)**

**Progress Notes (continued)**

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred*

Return in about 8 weeks (around 6/7/2023).

Electronically signed by Poore, Pammela M, NP at 4/12/2023 4:47 PM

**Progress Notes by Jett, Paul L, MD at 4/12/2023 1300**

Author: Jett, Paul L, MD
Filed: 4/21/2023 9:50 AM
Editor: Jett, Paul L, MD (Physician)
Service: —
Encounter Date: 4/12/2023
Author Type: Physician
Status: Signed

Patient was seen independently by Nurse Practitioner unless otherwise noted. I have reviewed chart in full including the asessments and planned treatments. If any changes in care are necessary, these have been communicated to the ordering provider. I was available at the time of the visit either in person or via telephone. I have reviewed the chart and agree with the assessment and plan as written. Paul L Jett, MD.

Electronically signed by Jett, Paul L, MD at 4/21/2023 9:50 AM

**Clinical Notes**

**Assessment & Plan Note**

**Poore, Pammela M, NP at 4/12/2023 1410**

Author: Poore, Pammela M, NP
Filed: 4/12/2023 2:12 PM
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Post-COVID syndrome
Service: —
Encounter Date: 4/12/2023
Author Type: Nurse Practitioner
Status: Written

This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

Date of onset of symptoms: 2/7/22
Date of last positive test:2/7/22
Were you hospitalized due to COVID: No
Were you seen by a provider for COVID as an outpatient? PCP
Have you received experimental drugs for COVID treatment?: Yes

Ms. Guerrero reports POST-COVID symptoms of Fatigue, Headache, Anxiety, Depression, Brain fog and Shortness of Breath on exertion.

I have spent greater than 40 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

Electronically signed by Poore, Pammela M, NP at 4/12/2023 2:12 PM

**Poore, Pammela M, NP at 4/12/2023 1413**

**04/12/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)**

**Clinical Notes (continued)**

Author: Poore, Pammela M, NP Service: — Author Type: Nurse Practitioner
Filed: 4/12/2023 4:43 PM Encounter Date: 4/12/2023 Status: Edited
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Post-COVID chronic fatigue

Currently taking:
- Trinrellix 10 mg daily
- Provigil 200 mg daily

Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

Patient to see Tennova Bariatric for follow up 4/24/23 when **comprehensive lab work will be obtained - patient to provide Lab work results.**

Patient scheduled for follow up visit with PCP 4/17/23 - patient will request referral to Water Physical Therapy in Sevier County.

Electronically signed by Poore, Pammela M, NP at 4/12/2023 4:43 PM

**Poore, Pammela M, NP at 4/12/2023 1444**

Author: Poore, Pammela M, NP Service: — Author Type: Nurse Practitioner
Filed: 4/12/2023 2:50 PM Encounter Date: 4/12/2023 Status: Written
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Brain fog

Continue Speech Therapy with Michaela Johnson at UT.

Encouraged patient to follow up with Dr. Mohammad Hussain, Neurologist 6/6/23 and have Lumbar Puncture once approved by Insurance.

Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Electronically signed by Poore, Pammela M, NP at 4/12/2023 2:50 PM

**Poore, Pammela M, NP at 4/12/2023 1451**

Author: Poore, Pammela M, NP Service: — Author Type: Nurse Practitioner
Filed: 4/12/2023 2:58 PM Encounter Date: 4/12/2023 Status: Edited
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Anxiety and depression

PHQ-9 Score Today: 16
GAD-7 Score: Today: 9

Currently taking:
- Trintellix 10 mg daily

**04/12/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)**

**Clinical Notes (continued)**

- Hydroxyzine 25 mg PRN

Patient denies any suicidal thoughts or ideation.

Patient advised to call 91 or go to ED with Mental Health emergencies and/or patient feels there is potential for harm to self or others.

Patient is seeing Erica Hubbard CPCC Counselor with last visit 01/24/23 and follow up visit scheduled today.

Patient seeing Carol Lucas, LCSW Counselor at Life Stance Healthy Minds Counseling with last visit on 4/10/23 and follow up scheduled for 4/18/23.

Encouraged patient to continue taking all medications as prescribed, Do Not stop taking any medications without talking to a Provider, follow up with Carol Lucas and Erica Hubbard as scheduled.

Electronically signed by Poore, Pammela M, NP at 4/12/2023 2:58 PM

| | | | |
|---|---|---|---|
| BalladHealth | BHMA POST COVID CARE<br>KPT<br>105 West Stone Drive, 6th floor<br>Kingsport TN 37660-3256 | Guerrero, Sabrina<br>MRN: 12141403, DOB:<br>Visit date: 6/9/2023 | Sex: F |

## 06/09/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care

### Patient Summary as-of Visit

**Problem List** as of 6/9/2023

Problems last reviewed by Poore, Pammela M, NP on 6/9/2023 1505

**Anxiety**

Diagnosis: Anxiety | Noted on: 06/08/2022 | Chronic: No

**Anxiety and depression**

Diagnosis: Anxiety and depression | Noted on: 01/30/2023 | Chronic: No

**Brain fog**

Diagnosis: Brain fog | Noted on: 06/08/2022 | Chronic: No

**Cognitive impairment**

Diagnosis: Cognitive impairment | Noted on: 01/30/2023 | Chronic: No

**Depression**

Diagnosis: Depression | Noted on: 06/08/2022 | Chronic: No

**Memory loss**

Diagnosis: Memory loss | Noted on: 06/08/2022 | Chronic: No

**Poor concentration**

Diagnosis: Poor concentration | Noted on: 06/08/2022 | Chronic: No

**Post-COVID chronic cough**

Diagnosis: Post-COVID chronic cough | Noted on: 07/25/2022 | Chronic: No

**Post-COVID chronic dyspnea**

Diagnosis: Post-COVID chronic dyspnea | Noted on: 06/08/2022 | Chronic: No

**Post-COVID chronic fatigue**

Diagnosis: Post-COVID chronic fatigue | Noted on: 06/08/2022 | Chronic: No

**Post-COVID chronic headache**

Diagnosis: Post-COVID chronic headache | Noted on: 06/08/2022 | Chronic: No

**Post-COVID chronic joint pain**

Diagnosis: Post-COVID chronic joint pain | Noted on: 06/08/2022 | Chronic: No

**Post-COVID chronic muscle pain**

Diagnosis: Post-COVID chronic muscle pain | Noted on: 06/08/2022 | Chronic: No

**Post-COVID syndrome**

Diagnosis: Post-COVID syndrome | Noted on: 06/08/2022 | Chronic: No

**Transient hypotension**

Diagnosis: Transient hypotension | Noted on: 06/08/2022 | Chronic: No

**Allergies** as of 6/9/2023

Allergies last reviewed by Poore, Pammela M, NP on 6/9/2023 1505

## 06/09/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)

**Patient Summary as-of Visit (continued)**

**SULFADIAZINE**

Reactions: Hives
Reaction type: Allergy
RxNorm: 10171
Severity: Medium
Noted on: 06/08/2022

**History** as of 6/9/2023

**Medical History** as of 6/9/2023

**Medical last reviewed by Poore, Pammela M, NP on 6/9/2023**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anemia | Unsure | History | Patient |
| Anxiety | — | — | Provider |
| Arthropathy | Unsure | — | Patient |
| Bronchitis | — | — | Provider |
| COVID-19 | — | — | Provider |
| Depression | — | — | Provider |
| Disorder of thyroid | Unsure | Parathyroid | Patient |
| Epstein Barr infection | — | — | Provider |
| Hypertensive disorder | — | — | Provider |
| Iron deficiency | — | — | Provider |
| Malignant neoplasm (HCC) | — | — | Provider |
| OSA on CPAP | — | — | Provider |
| Parathyroid disorder (HCC) | — | Moffit Endocrinology | Provider |

**Surgical History** as of 6/9/2023

**Surgical last reviewed by Poore, Pammela M, NP on 6/9/2023**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| ROUX-EN-Y PROCEDURE | — | 2001 | — | Provider |
| bone spur removal [Other] | — | — | — | Provider |
| CHOLECYSTECTOMY | — | — | — | Provider |
| HERNIA REPAIR | — | — | — | Provider |
| KNEE SURGERY | — | — | — | Provider |
| COLONOSCOPY | — | — | — | Provider |
| BASAL CELL CARCINOMA EXCISION | — | — | — | Provider |

**Progress Notes**

**Progress Notes by Poore, Pammela M, NP at 6/9/2023 1400**

Author: Poore, Pammela M, NP
Service: —
Author Type: Nurse Practitioner
Filed: 6/9/2023 6:07 PM
Encounter Date: 6/9/2023
Status: Signed
Editor: Poore, Pammela M, NP (Nurse Practitioner)

Patient Name: Guerrero, Sabrina    Today's Date: 6/9/2023
Preferred Name: Sabrina    Date of Encounter: 6/9/2023
Patient MRN / CSN: 12141403 / 10107325834    Appt. Time: 2:00 PM EDT
Patient Age / DOB: 54-year old /    Encounter Provider: Pammela M Poore, NP

**06/09/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)**

**Progress Notes (continued)**

PCP: Phillips, Floyd E Jr., MD

Center for Post-Covid Care (CPCC)
Follow - Up

**Subjective**

Sabrina Guerrero is a 54-year old who presents for Post Covid Follow Up.
Patient complains of the following Symptoms: Fatigue, Headache, Anxiety, Depression, Brain fog and Shortness of Breath on exertion.

HPI

**Depression**

Patient reports Post-COVID Depression. Patient reports she did have depression prior to COVID but worse Post Covid. Patient reports having depressed mood, loss of energy, loss of interests/pleasure, thoughts of worthlessness or guilt, trouble concentrating. Patient reports does see a counselor, Carol Lucas. Reports Depression has not changed.

**Post-COVID Fatigue**

Patient reports having symptoms of Post-COVID fatigue. Patient does feel tired all throughout the day. Patient reports not being able to complete tasks throughout the day without taking a break in between. Patient states they are able to do activities of daily living with limitations , unable to work and able to do house work with limitations . Patient reports that they do take naps during the day. States that they do snore. Patient does use CPAP and is compliant most of the time. Patient is not exercising but states she is going to start aquatic therapy referred by her PCP, Floyd Phillips, MD. week of 6-12-23 two days per week, drinking 64-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. States she tries to follow the Anti-inflammatory diet but states she could do better. Patient reports the Fatigue has worsened and got teary when talking about it and stated she just can't help it.

**Post-COVID Brain Fog**

Patient reports symptoms of Post-COVID Brain Fog. Patient reports having problems with memory, finding words, inability to focus, reading comprehension, misplacing items, forgetting names of people they should know and losing train of thought in the middle of a conversation. Patient is not exercising but states she is going to start aquatic therapy referred by her PCP, Floyd Phillips, MD. week of 6-12-23 two days per week, drinking 64-72 oz of water daily, and does take supplements: Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. States she tries to follow the Anti-inflammatory diet but states she could do better. States that she was discharged from Speech Therapy 4/20/23 due to completed highest level patient was able to and has no further visits. Patient reports Brain Fog continues without improvement.

COVID-19 Vaccination Screening - Fri June 09, 2023

| Row Name | 1411 |
|---|---|
| COVID-19 Vaccine Screen - Year Round | |
| Have you had the COVID-19 Vaccine? | Yes |

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC** | 1/25/2021 |

**06/09/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)**

**Progress Notes (continued)**

| Name | Date |
|---|---|
| **(Pfizer)** | |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:

Outpatient Encounter Medications as of 6/9/2023

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. | | |
| • clopidogrel (Plavix) 75 MG tablet | Take 75 mg by mouth daily. | | |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day | | |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other week | | |
| • famotidine (Pepcid) 40 MG tablet | Take 40 mg by mouth daily. | | |
| • fluticasone (Flonase) 50 MCG/ACT nasal spray | Administer 2 sprays into nostril(s) daily. | | |
| • hydrOXYzine (Atarax) 25 MG tablet | Take 25 mg by mouth daily as needed for itching. | | |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. | | |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. | | |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet | | |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. | | |
| • modafinil (Provigil) 100 MG tablet | Take 200 mg by mouth daily. | | |

**06/09/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)**

**Progress Notes (continued)**

| | |
|---|---|
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth every 8 (eight) hours as needed. |
| • pantoprazole (Protonix) 20 MG tablet | Take 20 mg by mouth 2 (two) times a day. |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Qulipta 60 MG tablet | Take 60 mg by mouth daily. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • sucralfate (Carafate) 1 g tablet | Take 1 g by mouth daily. |
| • topiramate (Topamax) 50 MG tablet | Take 75 mg by mouth daily. |
| • Ubrelvy 100 MG tablet | Take 100 mg by mouth daily. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • valsartan (Diovan) 80 MG tablet | Take 80 mg by mouth daily. |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| • vortioxetine (Trintellix) 10 MG tablet | Take 10 mg by mouth daily. |
| • [DISCONTINUED] aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. |

Last reviewed on 6/9/2023 3:05 PM by Poore, Pammela M, NP

Medical History:
Sabrina has a past medical history of Anemia (Unsure), Anxiety, Arthropathy (Unsure), Bronchitis, COVID-19, Depression, Disorder of thyroid (Unsure), Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Cancer in her father; Depression in her mother; Diabetes in her brother and father; Heart disease in her father, maternal grandfather, and sister; Hyperlipidemia in her mother; Hypertension in her father; Migraines in her brother; Pancreatic cancer in her father; Scoliosis in her mother; Stroke in her father and paternal grandfather; Thyroid disease in her daughter.

Sabrina reports that she does not currently use alcohol.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports no history of drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath.
Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for decreased concentration and dysphoric mood. The patient is nervous/anxious.

**Objective**
**Vitals:**

| | 06/09/23 1411 | 06/09/23 1450 |
|---|---|---|
| BP: | 140/83 | 128/79 |
| Pulse: | 74 | 72 |
| Resp: | 18 | |
| Temp: | 97.8 °F (36.6 °C) | |
| TempSrc: | Tympanic | |
| SpO2: | 99% | |
| Weight: | 152.4 kg (336 lb) | |
| Height: | 5' 5" (1.651 m) | |

No LMP recorded.

**Physical Exam**
Constitutional:
Appearance: Normal appearance. She is obese.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.
Abdominal:
General: Bowel sounds are normal.
Palpations: Abdomen is soft.
Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion.
Right lower leg: Edema (1+) present.
Left lower leg: Edema (1+) present.
Skin:
General: Skin is warm and dry.

**06/09/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)**

**Progress Notes (continued)**

Capillary Refill: Capillary refill takes less than 2 seconds.

Neurological:
Mental Status: She is alert and oriented to person, place, and time.

Psychiatric:
Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

PHQ-9 Depression Scale - Fri June 09, 2023

| Row Name | 1421 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Little interest or pleasure in doing things | More than half the days 06/09/23 1422 |
| Feeling down, depressed, or hopeless | Several days 06/09/23 1422 |
| PHQ-2 Total Score | 3 06/09/23 1422 |
| Trouble falling or staying asleep, or sleeping too much | Nearly every day 06/09/23 1422 |
| Feeling tired or having little energy | Nearly every day 06/09/23 1422 |
| Poor appetite or overeating | More than half the days 06/09/23 1422 |
| Feeling bad about yourself - or that you are a failure or have let yourself or your family down | Several days 06/09/23 1422 |
| Trouble concentrating on things, such as reading the newspaper or watching television | More than half the days 06/09/23 1422 |
| Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual | Not at all 06/09/23 1422 |
| Thoughts that you would be better off dead, or of hurting yourself in some way | Not at all 06/09/23 1422 |
| PHQ-9 Total Score | 14 06/09/23 1422 |
| If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Very difficult 06/09/23 1422 |

GAD-7 Anxiety Scale - Fri June 09, 2023

| Row Name | 1422 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Feeling nervous, anxious, or on edge | More than half the days 06/09/23 1422 |
| Not being able to stop or control worrying | Several days 06/09/23 1422 |

| | |
|---|---|
| Worrying too much about different things | More than half the days 06/09/23 1422 |
| Trouble relaxing | Not at all 06/09/23 1422 |
| Being so restless that it is hard to sit still | Not at all 06/09/23 1422 |
| Becoming easily annoyed or irritable | More than half the days 06/09/23 1422 |
| Feeling afraid as if something awful might happen | Not at all 06/09/23 1422 |
| GAD-7 Total Score | 7 06/09/23 1422 |

If you checked off any problems on this questionnaire,

| | |
|---|---|
| How difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Very difficult 06/09/23 1422 |

Assessment Plan

**Problem List Items Addressed This Visit**

- **Post-COVID syndrome - Primary**

  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero reports POST-COVID symptoms of Fatigue, Headache, Anxiety, Depression, Brain fog and Shortness of Breath on exertion.

  I have spent greater than 40 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

  Currently taking:
  - Trinrellix 10 mg daily
  - Provigil 200 mg daily

  Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated and begin Aquatic Therapy, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

  Will obtain recent lab work drawn 4/26/23 at Tennova Bariatric.

- **Depression**

  PHQ-9 Score Today: 14
  GAD-7 Score Today: 7

**Progress Notes (continued)**

Currently taking:
- Trinrellix 10 mg daily
- Provigil 200 mg daily

Patient denies any suicidal thoughts or ideation. Patient advised to call 911, National Suicide Hot Line at 1-800-SUICIDE, or go to ED with Mental Health emergencies and/or patient feels there is potential for harm to self or others.

Patient sees Carol Lucas Counselor every other week with last visit 6/5/23 and follow up scheduled for 6/20/23.

Encouraged patient to continue taking all medications as prescribed, Do Not stop taking any medications without speaking with a Provider, and follow up with Carol Lucas Counselor as scheduled.

- **Brain fog**

Patient sees Dr. Mohammad Hussain, Neurologist with last visit on 6/6/23 - follow up visit scheduled for 8/11/23.

Will request recently completed MRI and Lumbar Puncture CFS Lab work ordered by Dr. Mohammad Hussain, Neurologist

Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, begin Aquatic Therapy as scheduled, use CPAP HS, taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Return in about 8 weeks (around 8/4/2023).

*Portions of this chart may have been created with Fluency M-Modal voice recognition software.Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred.*

Electronically signed by Poore, Pammela M, NP at 6/9/2023 6:07 PM

**Clinical Notes**

**Assessment & Plan Note**

**Poore, Pammela M, NP at 6/9/2023 1515**

Author: Poore, Pammela M, NP    Service: —    Author Type: Nurse Practitioner
Filed: 6/9/2023 3:18 PM    Encounter Date: 6/9/2023    Status: Written
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Post-COVID syndrome

**06/09/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)**

**Clinical Notes (continued)**

This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

Date of onset of symptoms: 2/7/22
Date of last positive test:2/7/22
Were you hospitalized due to COVID: No
Were you seen by a provider for COVID as an outpatient? PCP
Have you received experimental drugs for COVID treatment?: Yes

Ms. Guerrero reports POST-COVID symptoms of Fatigue, Headache, Anxiety, Depression, Brain fog and Shortness of Breath on exertion.

I have spent greater than 40 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

Electronically signed by Poore, Pammela M, NP at 6/9/2023 3:18 PM

**Poore, Pammela M, NP at 6/9/2023 1518**

Author: Poore, Pammela M, NP Service: — Author Type: Nurse Practitioner
Filed: 6/9/2023 5:58 PM Encounter Date: 6/9/2023 Status: Edited
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Post-COVID chronic fatigue

Currently taking:
- Trinrellix 10 mg daily
- Provigil 200 mg daily

Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated and begin Aquatic Therapy, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

Will obtain recent lab work drawn 4/26/23 at Tennova Bariatric.

Electronically signed by Poore, Pammela M, NP at 6/9/2023 5:58 PM

**Poore, Pammela M, NP at 6/9/2023 1526**

Author: Poore, Pammela M, NP Service: — Author Type: Nurse Practitioner
Filed: 6/9/2023 6:03 PM Encounter Date: 6/9/2023 Status: Edited
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Brain fog

Patient sees Dr. Mohammad Hussain, Neurologist with last visit on 6/6/23 - follow up visit scheduled for 8/11/23.

Will request recently completed MRI and Lumbar Puncture CFS Lab work ordered by Dr. Mohammad Hussain, Neurologist

Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue

**06/09/2023 - Post Covid Provider Evaluation in BHMA Center for Post Covid Care (continued)**

**Clinical Notes (continued)**

exercising as tolerated, begin Aquatic Therapy as scheduled, use CPAP HS, taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Electronically signed by Poore, Pammela M, NP at 6/9/2023 6:03 PM

**Poore, Pammela M, NP at 6/9/2023 1536**

Author: Poore, Pammela M, NP    Service: —    Author Type: Nurse Practitioner
Filed: 6/9/2023 3:41 PM    Encounter Date: 6/9/2023    Status: Written
Editor: Poore, Pammela M, NP (Nurse Practitioner)
Related Problem: Depression

PHQ-9 Score Today: 14
GAD-7 Score Today: 7

Currently taking:
- Trinrellix 10 mg daily
- Provigil 200 mg daily

Patient denies any suicidal thoughts or ideation. Patient advised to call 911, National Suicide Hot Line at 1-800-SUICIDE, or go to ED with Mental Health emergencies and/or patient feels there is potential for harm to self or others.

Patient sees Carol Lucas Counselor every other week with last visit 6/5/23 and follow up scheduled for 6/20/23.

Encouraged patient to continue taking all medications as prescribed, Do Not stop taking any medications without speaking with a Provider, and follow up with Carol Lucas Counselor as scheduled.

Electronically signed by Poore, Pammela M, NP at 6/9/2023 3:41 PM

Request Corr.

**ReleasePoint**
**P.O. Box 1390**
**St. Peters, MO 63376**

**POORE, PAM, APRN, FNP-BC**
**BHMA Post-COVID Care**
**ATTN: MEDICAL RECORDS**
**Kingsport, TN 37660**

**Date:** **Jun 20, 2023**
**Patient:** **GUERRERO, SABRINA**
**DOB:**
**RP ID:** **10977767**

**Req By:** **Lincoln Financial Group**

## Request For Medical Information

ReleasePoint has been asked to retrieve medical records for your patient listed above.

Unless otherwise specified below, we are requesting records from all treating physicians, up to and including the last date of treatment, including progress notes, labs, EKG's, and consultations, whether in paper or electronic form.

**Special Requests:**
**Medical Records: Please include medicals from upcoming appointment on 6/9/23. seen by Pamela Poore, NP**

**Record Scope:** **From January 25, 2023 to Present**

**Records should be sent to one of the following:** Check one to indicate method records delivery:

___ **EMAIL records to us:** **charts@releasepoint.com** **with RP# in subject line**

___ **FAX records to us:** **(213) 884-4921**

___ **Records are not available because:** ____________________________________________

Thank you for your cooperation,

Your ReleasePoint Processing Team

Johnrey Panganiban

Phone: (213) 349-9450

RPID: 10977767

**Lincoln/Guerrero 1834**

Request Corr.

DocuSign Envelope ID: BE39E0E3-062E-4818-952A-12B2D5505EE7

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Sabrina Guerrero

Name of legal representative, if applicable (print) Sabrina Guerrero Relationship Self

DocuSigned by:
Sabrina Guerrero
4FC096756D4D4AD

Signature of claimant or legal representative ____ Date: 3/31/2023

Date of Birth: __ ____ Claim Number: 12827197

**A copy of this authorization will be considered as valid as the original.**

Request Corr.

Lincoln Financial Group

**Lincoln Financial Group**
100 Liberty Way
Dover, NH 03820

LincolnFinancial.com

March 16, 2023

To Whom It May Concern,

The Lincoln National Life Insurance company authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

Electronic mail to: charts@releasepoint.com
Secure fax to: (213) 884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Shaun M. Donahue
Assistant Vice President, Clinical Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376



*Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.*

RPID: 10977767

**Lincoln/Guerrero 1836**

# Quality Assurance Report

## Request Information

Report Date: June 21, 2023

**RP ID:** 10977767

Patient Name: GUERRERO, SABRINA

Provider Name: POORE, PAM, APRN, FNP-BC

## Quality Assurance Information

Scope Requested: **From January 25, 2023 to Present**

Special Request:

Medical Records: Please include medicals from upcoming appointment on 6/9/23. seen by Pamela Poore, NP

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

**Lincoln/Guerrero 1837**

## Medical Record Overview

**Date:** **June 20, 2023**

**Patient Name:** GUERRERO, SABRINA

**Records From:** Dr. Mohammad Hussain
657 E. Broadway Blvd., Suite C
Jefferson City, TN 37760
(865) 475-9062

**Request Scope:** From February 25, 2023 to Present

**Chart Range:** 03/07/2023 - 06/06/2023

**RP ID:** 10977765

**Client ID:** 12827197

**Source:** L-CLTLTD

**Req By:** A Moultrie
09-LF0132

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jun 6 2023 | Mar 7 2023 | 29 | 2 |
| Labs/Diagnostics | Apr 28 2023 | Apr 28 2023 | 31 | 31 |
| Other Records | | | 21 | 62 |
| Request Corr. | | | 5 | 83 |

**Total Page Count:** 86

**Notes From QC:**

**Lincoln/Guerrero 1838**

**GUERRERO, Sabrina M (id #170487, dob:**
**Encounter Date: 03/07/2023**

Patient

| | | | |
|---|---|---|---|
| **Name** | GUERRERO, SABRINA (54yo, F) ID# 170487 | **Appt. Date/Time** | 03/07/2023 09:00AM |
| **DOB** | | **Service Dept.** | HS_JC1_MULTI |
| **Provider** | MOHAMMAD I. HUSSAIN, MD | | |
| **Insurance** | Med Primary: BCBS-TN - NETWORK S (PPO)<br>Insurance # : STTS00402622<br>Med Contracts: AMEDISYS HOME HEALTH HOSPICE MORRISTOWN<br>Insurance # :<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

Chief Complaint

Pt here for neuro-cognitive exam, GDS, and PHQ-9 testing. Pt was given instructions and placed in a quiet room under technician supervision. Tests administered via Ipad with Brain Check App.

Patient's Care Team

**Primary Care Provider:** WARD PHILLIPS MD: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (877) 414-6983 NPI: 1942297916

Patient's Pharmacies

**SAM'S CLUB PHARMACY 6572 (ERX): 2920 KNOXVILLE CENTER DRIVE, KNOXVILLE, TN 37924, Ph (865) 637-0643, Fax (865) 637-1803**

Vitals

None recorded.

Allergies

Allergies not reviewed (last reviewed 02/07/2023)

SULFA (SULFONAMIDE ANTIBIOTICS)

Medications

Reviewed Medications

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 11/07/22 | filled |
| **Aplisol 5 tub. unit/0.1 mL intradermal injection solution**<br>Take by intradermal route. Administer Note: Amedysis empolyee-- advised pt to have her right arm checked within 48-72 hours. | 02/17/15 | administered |
| **aspirin** | 02/07/23 | entered |
| **benazepriL 10 mg tablet**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 06/27/22 | filled |
| **benzonatate 100 mg capsule**<br>TAKE 1 TO 2 CAPSULES BY MOUTH THREE TIMES DAILY AS NEEDED | 02/07/22 | filled |
| **benzonatate 200 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 08/08/22 | filled |
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 01/05/23 | filled |

**GUERRERO, Sabrina M (id #170487, dob:**

| | |
|---|---|
| **cefdinir 300 mg capsule**<br>TAKE 2 CAPSULES BY MOUTH ONCE DAILY | 01/19/23 filled |
| **cephALEXin 500 mg capsule** | 08/11/12 filled |
| **Chlo Hist 1 mg-12.5 mg/5 mL oral solution**<br>TAKE 10 ML BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH AND CONGESTION FOR 7 DAYS | 02/16/22 filled |
| **clotrimazole-betamethasone 1 %-0.05 % topical cream** | 01/03/13 filled |
| **dexAMETHasone 4 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY FOR 7 DAYS | 02/16/22 filled |
| **doxycycline hyclate 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY FOR 10 DAYS | 02/16/22 filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 01/20/23 filled |
| **escitalopram 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/27/22 filled |
| **escitalopram 20 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/29/22 filled |
| **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 01/27/23 filled |
| **FeroSuL 325 mg (65 mg iron) tablet**<br>TAKE 1 TABLET BY MOUTH ON MONDAY, WEDNESDAY AND FRIDAY FOR 24 DOSES. TAKE WITH ORANGE JUICE OR VITAMIN C ON AN EMPTY STOMACH. | 11/28/22 filled |
| **fluconazole 150 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 72 HOURS FOR 7 DAYS | 02/16/22 filled |
| **HYDROcodone 5 mg-acetaminophen 500 mg tablet** | 07/11/12 filled |
| **hydrocortisone 2.5 % topical cream**<br>APPLY CREAM TO AFFECTED AREA(S) TWICE DAILY MONDAY-FRIDAY, SKIP WEEKENDS. | 11/14/22 filled |
| **hydrOXYzine HCL 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME | 02/20/23 filled |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/04/23 filled |

**Lincoln/Guerrero 1840**

**GUERRERO, Sabrina M (id #170487, dob:**

| | | |
|---|---|---|
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/15/23 | filled |
| **methylPREDNISolone 4 mg tablets in a dose pack**<br>TAKE BY MOUTH AS DIRECTED ON INSIDE OF PACKAGE | 03/17/22 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 11/22/22 | filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/04/23 | filled |
| **modafiniL 200 mg tablet**<br>TAKE 1 TABLET BY MOUTH IN THE MORNING FOR DAYTIME HYPERSOMNIA | 03/04/23 | filled |
| **mupirocin 2 % topical ointment** | 01/03/13 | filled |
| **Nystop 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY THREE TIMES DAILY, MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED | 05/16/22 | filled |
| **ondansetron HCL 4 mg tablet** | 12/06/22 | filled |
| **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG UNDER THE SKIN ONCE PER WEEK AS DIRECTED | 11/03/22 | filled |
| **Paxlovid 300 mg (150 mg x 2)-100 mg tablets in a dose pack (EUA)**<br>TAKE 3 TABLETS TOGETHER (TWO 150 MG NIRMATRELVIR TABLETS AND ONE 100 MG RITONAVIR TABLET) BY MOUTH TWICE DAILY FOR 5 DAYS. | 02/08/22 | filled |
| **SUMAtriptan 100 mg tablet** | 11/28/22 | filled |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH TWICE DAILY. RINSE MOUTH AFTER USE | 02/24/22 | filled |
| **topiramate 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 30 DAYS | 02/20/23 | filled |
| **topiramate 50 mg tablet** | 01/05/23 | filled |
| **traZODone 50 mg tablet** | 10/25/12 | filled |
| **Trintellix 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/10/23 | filled |
| **Ubrelvy 100 mg tablet**<br>Take by oral route for 30 days. | 02/09/23 | filled |

**GUERRERO, Sabrina M (id #170487, dob:**

**valsartan 80 mg tablet** 02/14/23 filled
TAKE 1 TABLET BY MOUTH EVERY DAY

calcium, vit c, vit d, bariatric multi vit, vit a, vit b12 twice weekly, zinc, probiotic

## Problems

Problems not reviewed (last reviewed 02/07/2023)

- Memory loss care - Onset: 02/07/2023
- Migraine - Onset: 02/07/2023

## Family History

Family History not reviewed (last reviewed 02/07/2023)

| | |
|---|---|
| Brother | - Headache |
| Mother | - Scoliosis deformity of spine |

## Social History

Social History not reviewed (last reviewed 02/07/2023)
**Substance Use**
Do you or have you ever smoked tobacco?: Former smoker
What is your level of alcohol consumption?: None
What is your level of caffeine consumption?: Moderate
**Public Health and Travel**
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No

## Surgical History

Surgical History not reviewed (last reviewed 02/07/2023)
Procedure on foot
Hernia Repair
Gastric bypass for obesity

## GYN History

(not configured)

## Past Medical History

Past Medical History not reviewed (last reviewed 02/07/2023)
Anxiety Disorder: **Y**
Depression: **Y**
Fibromyalgia: **Y**
Headaches: **Y**
Migraines: **Y**
Osteoporosis: **Y**
Sleep Disorder: **Y**
Thyroid Problems: **Y**
Notes: hypertension

## Screening

None recorded.

## HPI

None recorded.

## ROS

None recorded.

## Physical Exam

NeuroCognitive Testing Evaluation
This 53 year old Female was administered a battery of neurocognitive testing on 03/07/2023.

Tests Administered:

Trails A, Trails B, Digit Symbol Substitution, Stroop, Immediate Recognition, Delayed Recognition
The combined test administration time was 10 minutes
Test Results:
Cognitive testing was provided via a battery of cognitive assessments. The pattern of test scores indicate that results are valid.

**GUERRERO, Sabrina M (id #170487, dob:**

A Clinical Report with further description of scores and results is also available.
Overall: Patient tested in the 20th percentile (standard score of 87).
Trails A: Patient tested in the 47th percentile (scaled standard score of 99).
Trails B: Patient tested in the 35th percentile (scaled standard score of 94).
Digit Symbol Substitution: Patient tested in the 47th percentile (scaled standard score of 99).
Stroop: Patient tested in the 46th percentile (scaled standard score of 99).
Immediate Recognition: Patient tested in the 4th percentile (scaled standard score of 74).
Delayed Recognition: Patient tested in the 47th percentile (scaled standard score of 99).
Interpretation of Test Scores:

Examination of individual component tests shows:
Attention – Trails A: unlikely impairment
Mental Flexibility - Trails B: unlikely impairment
Executive Function - Digit Symbol Substitution: unlikely impairment
Executive Function - Stroop: unlikely impairment
Memory - Immediate Recognition: possible impairment
Memory - Delayed Recognition: unlikely impairment

The patient's overall cognitive test performance was in the 20th percentile when compared to individuals of a similar age and gender, suggesting unlikely presence of cognitive impairment.
I would like to discuss following recommendation next visit for cognitive planning:
1. Medication needed for memory at some point.
2. Diet Mediterranean diet with Berries, NUTS and Walnuts as snack.
3. Exercise 10 minutes walking to begin with a goal 20 minutes a day
4. life style adjustment with hobbies including:
a. Bake or cook simple recipes together.
b. Clean around the house. Sweep the patio, wipe the table, fold towels or try other household tasks that help the person feel a sense of accomplishment.
c. Do arts and crafts, such as knitting and painting. Keep patterns and tools simple.
d. Look at books the person used to enjoy.
e. Organize household or office items, particularly if the person used to take pleasure in organizational tasks.
f. Read the newspaper.
g. Play music or sing songs.
h. Tend the garden or visit a botanical garden.
i. Watch family videos.
j. Work on puzzles.
5. Appear patient is in early stage with no deficit in ADLs.
Had difficulty concentrating, decreased memory of recent events, and difficulties managing finances or traveling alone to new locations.
She have trouble completing complex tasks efficiently or accurately and may be in denial about their symptoms.
6. AT present patient is not withdrawing from family or friends because socialization
7. To Improve Executive function should use follow techniques; Emotional Control, Impulse Control, Flexible Thinking, Work Memory, Working memory helps to keep key information in mind. Use memory games or apps like Fit Brains Trainer or Lumosity, or use memory-based team-building games that require to remember something as part of activity–names, colors, favorite things, etc., and then celebrate their success. Self-Monitoring, Planning & prioritizing, Task Initiation, Organization
8. PHQ9 score is 15/ GDS score is 10 reflects moderate depression.

## Procedure Documentation

None recorded.

## Assessment / Plan

**1. Chronic post-COVID-19 syndrome**
Z86.16: Personal history of COVID-19

**2. Mixed cortical and subcortical vascular dementia**
F01.50: Vascular dementia, unspecified severity, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety

**3. Migraine without aura** -
since COVID daily
vary in intensity
fluctuate from side
G43.009: Migraine without aura, not intractable, without status migrainosus

**4. Abnormal gait due to impairment of balance**
R26.89: Other abnormalities of gait and mobility

**5. Minimal cognitive impairment**
R41.89: Other symptoms and signs involving cognitive functions and awareness

**6. Moderate recurrent major depression**

**GUERRERO, Sabrina M (id #170487, dob:**

F33.1: Major depressive disorder, recurrent, moderate

**Discussion Notes**

Interpretation of Test Scores:

Examination of individual component tests shows:
Attention - Trails A: unlikely impairment
Mental Flexibility - Trails B: unlikely impairment
Executive Function - Digit Symbol Substitution: unlikely impairment
Executive Function - Stroop: unlikely impairment
Memory - Immediate Recognition: possible impairment
Memory - Delayed Recognition: unlikely impairment

The patient's overall cognitive test performance was in the 20th percentile when compared to individuals of a similar age and gender, suggesting unlikely presence of cognitive impairment.
I would like to discuss following recommendation next visit for cognitive planning:
1. Medication needed for memory at some point.
2. Diet Mediterranean diet with Berries, NUTS and Walnuts as snack.
3. Exercise 10 minutes walking to begin with a goal 20 minutes a day
4. life style adjustment with hobbies including:
a. Bake or cook simple recipes together.
b. Clean around the house. Sweep the patio, wipe the table, fold towels or try other household tasks that help the person feel a sense of accomplishment.
c. Do arts and crafts, such as knitting and painting. Keep patterns and tools simple.
d. Look at books the person used to enjoy.
e. Organize household or office items, particularly if the person used to take pleasure in organizational tasks.
f. Read the newspaper.
g. Play music or sing songs.
h. Tend the garden or visit a botanical garden.
i. Watch family videos.
j. Work on puzzles.
5. Appear patient is in early stage with no deficit in ADLs.
Had difficulty concentrating, decreased memory of recent events, and difficulties managing finances or traveling alone to new locations.
She have trouble completing complex tasks efficiently or accurately and may be in denial about their symptoms.
6. AT present patient is not withdrawing from family or friends because socialization
7. To Improve Executive function should use follow techniques; Emotional Control, Impulse Control, Flexible Thinking, Work Memory, Working memory helps to keep key information in mind. Use memory games or apps like Fit Brains Trainer or Lumosity, or use memory-based team-building games that require to remember something as part of activity–names, colors, favorite things, etc., and then celebrate their success. Self-Monitoring, Planning & prioritizing, Task Initiation, Organization
8. PHQ9 score is 15/ GDS score is 10 reflects moderate depression.

Return to Office

- Mohammad I. Hussain, MD for ESTABLISHED PATIENT 10 at HS_JC1_MULTI on 04/04/2023 at 10:20 AM

Encounter Sign-Off

Encounter signed-off by Mohammad I. Hussain, MD, 03/28/2023.

Encounter performed and documented by Mohammad I. Hussain, MD
Encounter reviewed & signed by Mohammad I. Hussain, MD on 03/28/2023 at 9:18pm

GUERRERO, Sabrina M (id #170487, dob:

BrainCheck RESULTS & REPORTS (/) TEST TAKERS (/test_takers)

(/) TESTING APP (/take_tests) ADMIN AA ?

< Back (https://app.braincheck.com/)

# Standard Battery

Name: **Sabrina Guerrero** Test Taker ID: **324497** Date: **03/07/2023** Age: **53** Sex: **F**
Completed: **Yes**

[illegible]

**GUERRERO, Sabrina M (id #170487, dob:**

[illegible] PM BrainCheck

Print Report | Copy Summary | Add No

## BRAINCHECK CQ™ REPORT

ASSESSMENT DATE: 03/07/2023

**IDENTIFYING INFORMATION**

**Name:** Sabrina Guerrero **DOB:** **Age**

**NEUROCOGNITIVE ASSESSMENT**

**BRAINCHECK COMBINED TEST RESULTS:**

# 87

STANDARD SCORE RANGE (0-200)




20th Population Percentile , **LOW AV**

Presence of cognitive impairment: **U**

Presence of depression: **MODERATE**

---

**BRAINCHECK INDIVIDUAL TEST RESULTS:**

### ATTENTION

**Trails A**

*[illegible]*




99 /200 Standar

47th Population

Impression: **UN**

### MENTAL FLEXIBILITY

**Trails B**

*[illegible]*




94 /200 Standar

35th Population

Impression: **UN**

### EXECUTIVE FUNCTION

**Digit Symbol Substitution**

*[illegible]*




99 /200 Standar

47th Population

Impression: **UN**

**Stroop**

*[illegible]*



99 /200 Standar

[illegible]

**GUERRERO, Sabrina M (id #170487, dob:**

3/9/23, 5:07 PM BrainCheck

[illegible]



46th Population

Impression: **UN**

MEMORY

**Immediate Recognition**

[illegible]



74 /200 Standar

4th Population F

Impression: **PO**

**Delayed Recognition**

[illegible]



99 /200 Standar

47th Population

Impression: **UN**

## BRAINCHECK CQ™ REPORT

ASSESSMENT DATE: 03/07/2023

**PSYCHOLOGICAL SCALES**

**MOOD SCALE - GDS SHORT FORM**

**03/07/2023**

**Lower is better**

**10**

0 - 15 range

**MOOD SCALE - PHQ-9**

**03/07/2023**

**Lower is better**

**RECOMMENDATIONS**

☐ **Conduct cognitive care planning**

NOTES:

**SIGNATURE**

Signed by: ............................................ Date: ..........................

**Practice:** HealthStar Physicians Neurology

**Address:**

**Phone:**

**GUERRERO, Sabrina M (id #170487, dob:**



**Standard Score:** Score scaled after comparing with the normative population — the same age group and using the sa[illegible] and the standard deviation is 15. Scores above (below) 100 indicate superior (inferior) performance compared to the a[illegible]

**Population Percentile:** Relative rank of Standard Score within the normative population in the same age group and [illegible] [illegible] indicates 70% of test takers performed lower than the current test taker [illegible] population.

**Skipped:** The assessment was skipped intentionally. This is only applicable to the Coordination assessment.

**Timeout:** The assessment was not completed within the time limit, possibly due to the test taker being distracted, [illegible] complete testing. This is only applicable to the Stroop and Trail Making assessments.

**Malingering:** Indicates intentional production of lower performance based on performance on the immediate and dela[illegible]

**Validity:** Indicates whether enough testing is completed to provide a score and whether the score is within the bound[illegible] indicates the test taker was likely distracted or not providing full effort.

**Disclaimer:** BrainCheck Assessment is a computerized cognitive assessment aid. THIS DEVICE IS NOT INTENDED TO [illegible] NOT BE RELIED UPON TO DIAGNOSE ANY SPECIFIC DISEASE OR CONDITION. IT IS AN AID IN THE DIAGNOSIS OF COG[illegible] DIAGNOSTIC DEVICE AND SHOULD BE CONFIRMED BY OTHER TESTING. Nothing in the BrainCheck Assessment, Brai[illegible] should be considered or used as a substitute for medical advice or diagnosis of any disease or condition by a qualified [illegible] Assessment with the intended use population and in the intended use environment. Reference user clinical user guide [illegible]

**GUERRERO, Sabrina M (id #170487, dob:**

**Encounter Date: 04/04/2023**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GUERRERO, SABRINA (54yo, F) ID# 170487 | **Appt. Date/Time** | 04/04/2023 10:20AM |
| **DOB** | | **Service Dept.** | HS_JC1_MULTI |
| **Provider** | MOHAMMAD I. HUSSAIN, MD | | |
| **Insurance** | Med Primary: BCBS-TN - NETWORK S (PPO)<br>Insurance # : STTS00402622<br>Med Contracts: AMEDISYS HOME HEALTH HOSPICE MORRISTOWN<br>Insurance # :<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

## Chief Complaint

- Patient is here for a follow up and test results
- Patient completed MRI on 02/24/2023. Report is in chart
- Patient completed BC on 03/07/2023. Report is in chart
- Patient reports migraine without aura, taking Ubrelvy
- Patient reports Ubrelvy is helping for migraines
- Patient reports abnormal gait due to impairment of balance
- Patient reports minimal cognitive impairment

## Patient's Care Team

**Primary Care Provider:** WARD PHILLIPS MD: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (877) 414-6983 NPI: 1942297916

## Patient's Pharmacies

**SAM'S CLUB PHARMACY 6572 (ERX): 2920 KNOXVILLE CENTER DRIVE, KNOXVILLE, TN 37924, Ph (865) 637-0643, Fax (865) 637-1803**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 5 in 04/04/2023 10:44 am | **Wt:** | 340 lbs With clothes 04/04/2023 10:44 am | **BMI:** | 56.6 04/04/2023 10:44 am |
| **BP:** | 121/66 sitting L arm 04/04/2023 10:45 am | **Pulse:** | 82 bpm regular 04/04/2023 10:45 am | **O2Sat:** | 93% Room Air at Rest 04/04/2023 10:45 am |

## Allergies

Reviewed Allergies

SULFA (SULFONAMIDE ANTIBIOTICS)

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 11/07/22 | filled |
| **Aplisol 5 tub. unit/0.1 mL intradermal injection solution**<br>Take by intradermal route. Administer Note: Amedysis empolyee-- advised pt to have her right arm checked within 48-72 hours. | 02/17/16 | administered |
| **aspirin** | 02/07/23 | entered |
| **benazepril 10 mg tablet**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 06/27/22 | filled |

**GUERRERO, Sabrina M (id #170487, dob:**

| | | |
|---|---|---|
| **benzonatate 100 mg capsule**<br>TAKE 1 TO 2 CAPSULES BY MOUTH THREE TIMES DAILY AS NEEDED | 02/07/22 | filled |
| **benzonatate 200 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 08/08/22 | filled |
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 03/13/23 | filled |
| **cefdinir 300 mg capsule**<br>TAKE 2 CAPSULES BY MOUTH ONCE DAILY | 01/19/23 | filled |
| **cephALEXin 500 mg capsule** | 08/11/12 | filled |
| **Chlo Hist 1 mg-12.5 mg/5 mL oral solution**<br>TAKE 10 ML BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH AND CONGESTION FOR 7 DAYS | 02/16/22 | filled |
| **clotrimazole-betamethasone 1 %-0.05 % topical cream** | 01/03/13 | filled |
| **dexAMETHasone 4 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY FOR 7 DAYS | 02/16/22 | filled |
| **doxycycline hyclate 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY FOR 10 DAYS | 02/16/22 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 01/20/23 | filled |
| **escitalopram 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/27/22 | filled |
| **escitalopram 20 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/29/22 | filled |
| **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 01/27/23 | filled |
| **FeroSuL 325 mg (65 mg iron) tablet**<br>TAKE 1 TABLET BY MOUTH ON MONDAY, WEDNESDAY AND FRIDAY FOR 24 DOSES. TAKE WITH ORANGE JUICE OR VITAMIN C ON AN EMPTY STOMACH. | 11/28/22 | filled |
| **fluconazole 150 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 72 HOURS FOR 7 DAYS | 02/16/22 | filled |
| **HYDROcodone 5 mg-acetaminophen 500 mg tablet** | 07/11/12 | filled |

**GUERRERO, Sabrina M (id #170487, dob:**

| | | |
|---|---|---|
| **hydrocortisone 2.5 % topical cream**<br>APPLY CREAM TO AFFECTED AREA(S) TWICE DAILY MONDAY-FRIDAY, SKIP WEEKENDS. | 11/14/22 | filled |
| **hydrOXYzine HCL 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME | 03/18/23 | filled |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/04/23 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 03/13/23 | filled |
| **methylPREDNISolone 4 mg tablets in a dose pack**<br>TAKE BY MOUTH AS DIRECTED ON INSIDE OF PACKAGE | 03/17/22 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 03/23/23 | filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 03/03/23 | filled |
| **modafiniL 200 mg tablet**<br>TAKE 1 TABLET BY MOUTH IN THE MORNING FOR DAYTIME HYPERSOMNIA | 04/03/23 | filled |
| **mupirocin 2 % topical ointment** | 01/03/13 | filled |
| **Nystop 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY THREE TIMES DAILY, MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED | 05/16/22 | filled |
| **ondansetron HCL 4 mg tablet** | 12/06/22 | filled |
| **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG UNDER THE SKIN ONCE PER WEEK AS DIRECTED | 03/14/23 | filled |
| **Paxlovid 300 mg (150 mg x 2)-100 mg tablets in a dose pack (EUA)**<br>TAKE 3 TABLETS TOGETHER (TWO 150 MG NIRMATRELVIR TABLETS AND ONE 100 MG RITONAVIR TABLET) BY MOUTH TWICE DAILY FOR 5 DAYS. | 02/08/22 | filled |
| **SUMAtriptan 100 mg tablet** | 11/28/22 | filled |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH TWICE DAILY, RINSE MOUTH AFTER USE | 02/24/22 | filled |
| **topiramate 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 30 DAYS | 02/20/23 | filled |

**GUERRERO, Sabrina M (id #170487, dob:**

| | |
|---|---|
| **topiramate 50 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 03/22/23 filled |
| **traZODone 50 mg tablet** | 10/25/12 filled |
| **Trintellix 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/10/23 filled |
| **Ubrelvy 100 mg tablet**<br>Take by oral route for 16 days. | 04/03/23 auth requested |
| **valsartan 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 02/14/23 filled |

calcium, vit c, vit d, bariatric multi vit, vit a, vit b12 twice weekly, zinc, probiotic

## Problems

Reviewed Problems
- Memory loss care - Onset: 02/07/2023
- Migraine - Onset: 02/07/2023

## Family History

Family History not reviewed (last reviewed 02/07/2023)

| | |
|---|---|
| Brother | - Headache |
| Mother | - Scoliosis deformity of spine |

## Social History

Social History not reviewed (last reviewed 02/07/2023)
**Substance Use**
Do you or have you ever smoked tobacco?: Former smoker
What is your level of alcohol consumption?: None
What is your level of caffeine consumption?: Moderate
**Public Health and Travel**
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No

## Surgical History

Surgical History not reviewed (last reviewed 02/07/2023)
- Procedure on foot
- Hernia Repair
- Gastric bypass for obesity

## GYN History

(not configured)

## Past Medical History

Past Medical History not reviewed (last reviewed 02/07/2023)
Anxiety Disorder: **Y**
Depression: **Y**
Fibromyalgia: **Y**
Headaches: **Y**
Migraines: **Y**
Osteoporosis: **Y**
Sleep Disorder: **Y**
Thyroid Problems: **Y**
Notes: hypertension

## Screening

None recorded.

## HPI

**GUERRERO, Sabrina M (id #170487, dob:**

**Headache - Neurology**
Reported by patient.

Location: frontal; in changing locations
Quality: **throbbing/pounding; blinding; steady; dull/aching/boring; pressure**
Severity: pain level 10/10
Duration: more than a week
Onset/Timing: episodes worse recently
Context: caffeine (1-2 carbonated drinks per day)
Alleviating Factors: sleep; medication; darkness
Associated Symptoms: **nausea (); sensitivity to light (); sensitivity to sound (); tingling (); weakness (); confusion (); neck pain (); neck stiffness; depression; anxiety; sleep (); preceded by fatigue**
Other: **under stress at work and at home**
Medical History: missed work due to headache

**Memory Loss**
Reported by patient.

Severity: moderate
Duration: has noted for months
Onset/Timing: gradual onset
Associated Symptoms: **decreased vocabulary; agitation/restlessness; depression; change in personality; sleeping problems**

## ROS

**Neurologic:** Symptoms: **confusion, weakness, headaches, memory loss, muscle twitching,** and **difficulty with gait or walking**

## Physical Exam

AA O x 3
Speech fluent with word finding difficulty
Pupils reactive extraocular eye movements limited.
neck supple decreased ROM.
Symmetrical face
motor tone normal upper extremities
Decrease tone in lower extremities.
Upper extremities 5/5
Lower Extremities 5-/5
upper extremities reflex 3+
Lower extremities unable elicit
FTN normal
HTS difficulty
gait wide base.

## Procedure Documentation

None recorded.

## Assessment / Plan

1. **Magnetic resonance imaging of brain abnormal**
   R90.89: Other abnormal findings on diagnostic imaging of central nervous system
   - LUMBAR PUNCTURE (PROC)
   - AQUAPORIN 4 ANTIBODY (NMO IGG), ELISA

2. **Chronic post-COVID-19 syndrome**
   Z86.16: Personal history of COVID-19

3. **Mixed cortical and subcortical vascular dementia**
   F01.50: Vascular dementia, unspecified severity, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety

4. **Migraine without aura** -
since COVID daily
vary in intensity
fluctuate from side
   G43.009: Migraine without aura, not intractable, without status migrainosus

5. **Abnormal gait due to impairment of balance**
   R26.89: Other abnormalities of gait and mobility

6. **Minimal cognitive impairment**
   R41.89: Other symptoms and signs involving cognitive functions and awareness

7. **Moderate recurrent major depression**

**Lincoln/Guerrero 1853**

**GUERRERO, Sabrina M (id #170487, dob:**

F33.1: Major depressive disorder, recurrent, moderate

**Discussion Notes**

Review MRI Brain:
Nonspecific signal changes in the cerebral white matter. Most commonly seen as a sequela of chronic small vessel ischemia but are nonspecific and can be seen in other types of vasculopathy, demyelinating/dysmyelinating condition, prior infection/inflammation, others. No evidence of acute or recent infarction. No abnormal postcontrast enhancement.
Neurocognitive Assessment:
recommendation next visit for cognitive planning:
1. Medication needed for memory at some point.
2. Diet Mediterranean diet with Berries, NUTS and Walnuts as snack.
3. Exercise 10 minutes walking to begin with a goal 20 minutes a day
4. life style adjustment with hobbies including:
a. Bake or cook simple recipes together.
b. Clean around the house. Sweep the patio, wipe the table, fold towels or try other household tasks that help the person feel a sense of accomplishment.
c. Do arts and crafts, such as knitting and painting. Keep patterns and tools simple.
d. Look at books the person used to enjoy.
e. Organize household or office items, particularly if the person used to take pleasure in organizational tasks.
f. Read the newspaper.
g. Play music or sing songs.
h. Tend the garden or visit a botanical garden.
i. Watch family videos.
j. Work on puzzles.
5. Appear patient is in early stage with no deficit in ADLs.
Had difficulty concentrating, decreased memory of recent events, and difficulties managing finances or traveling alone to new locations.
She have trouble completing complex tasks efficiently or accurately and may be in denial about their symptoms.
6. AT present patient is not withdrawing from family or friends because socialization
7. To Improve Executive function should use follow techniques; Emotional Control, Impulse Control, Flexible Thinking, Work Memory, Working memory helps to keep key information in mind. Use memory games or apps like Fit Brains Trainer or Lumosity, or use memory-based team-building games that require to remember something as part of activity–names, colors, favorite things, etc., and then celebrate their success. Self-Monitoring, Planning & prioritizing, Task Initiation, Organization
8. PHQ9 score is 15/ GDS score is 10 reflects moderate depression.

Return to Office

Patient will return to the office as needed.

Encounter Sign-Off

Encounter signed-off by Mohammad I. Hussain, MD, 04/04/2023.

Encounter performed and documented by Mohammad I. Hussain, MD
Encounter reviewed & signed by Mohammad I. Hussain, MD on 04/04/2023 at 11:22am

GUERRERO, Sabrina M (id #170487, dob:

## Facesheet

### Demographics

| | |
|---|---|
| Patient Name | GUERRERO, SABRINA M |
| Sex | F |
| DOB | |
| Address | |
| City/State/Zip | |
| Home Phone | |
| Mobile Phone | |
| Insurance | Med Primary: BCBS-TN - NETWORK S (PPO)<br>Insurance # : STTS00402622<br>Med Contracts: AMEDISYS HOME HEALTH HOSPICE MORRISTOWN<br>Insurance # :<br>Prescription: check now |
| Patient Privacy | • Information Release Authorization (HIPAA) Form [signed: 04/03/2023 effective: 04/03/2023 expires: 04/02/2024] Information Release Authorization Details: 1. Release Information to: Darwin Guerrero Isabella Guerrero |
| Default Pharmacy | SAM'S CLUB PHARMACY 6572 (ERX)<br>2920 KNOXVILLE CENTER DRIVE<br>KNOXVILLE<br>TN 37924<br>Ph (865) 637-0643<br>Fax (865) 637-1803 |

### Height / Weight / BMI / BP

| | |
|---|---|
| Height | 65 in 06/06/2023 |
| Weight | 336 lbs 0 oz 06/06/2023 |
| BMI | 55.9 06/06/2023 |
| Blood Pressure | 137 / 77 06/06/2023 |

### Problems

- Migraine - Onset: 02/07/2023
- Memory loss care - Onset: 02/07/2023

### Surgical History

Procedure on foot
Hernia Repair
Gastric bypass for obesity

### Medications

**albuterol sulfate HFA 90 mcg/actuation aerosol inhaler** 05/28/23 filled
USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH

**GUERRERO, Sabrina M (id #170487, dob:**

| Medication | Date | Status |
|---|---|---|
| **AplisoL 5 tub. unit/0.1 mL intradermal injection solution**<br>Take by intradermal route. Administer Note: Amedysis empolyee-- advised pt to have her right arm checked within 48-72 hours. | 02/17/16 | administered |
| **aspirin** | 02/07/23 | entered |
| **benazepriL 10 mg tablet**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 06/27/22 | filled |
| **benzonatate 100 mg capsule**<br>TAKE 1 TO 2 CAPSULES BY MOUTH THREE TIMES DAILY AS NEEDED | 02/07/22 | filled |
| **benzonatate 200 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 08/08/22 | filled |
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 06/05/23 | filled |
| **cefdinir 300 mg capsule**<br>TAKE 2 CAPSULES BY MOUTH ONCE DAILY | 01/19/23 | filled |
| **cephALEXin 500 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 05/18/23 | filled |
| **Cerefolin NAC (algal oil) 6 mg-600 mg-2 mg-90.314 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 06/06/23 | prescribed |
| **Chlo Hist 1 mg-12.5 mg/5 mL oral solution**<br>TAKE 10 ML BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH AND CONGESTION FOR 7 DAYS | 02/16/22 | filled |
| **clopidogreL 75 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 06/06/23 | prescribed |
| **clotrimazole-betamethasone 1 %-0.05 % topical cream** | 01/03/13 | filled |
| **dexAMETHasone 4 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY FOR 7 DAYS | 02/16/22 | filled |
| **doxycycline hyclate 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY FOR 10 DAYS | 02/16/22 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 06/05/23 | filled |
| **escitalopram 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/27/22 | filled |

**GUERRERO, Sabrina M (id #170487, dob:**

| | |
|---|---|
| **escitalopram 20 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/29/22 filled |
| **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 04/27/23 filled |
| **FeroSuL 325 mg (65 mg iron) tablet**<br>TAKE 1 TABLET BY MOUTH ON MONDAY, WEDNESDAY AND FRIDAY FOR 24 DOSES. TAKE WITH ORANGE JUICE OR VITAMIN C ON AN EMPTY STOMACH. | 11/28/22 filled |
| **fluconazole 150 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 72 HOURS FOR 7 DAYS | 02/16/22 filled |
| **HYDROcodone 5 mg-acetaminophen 500 mg tablet** | 07/11/12 filled |
| **hydrocortisone 2.5 % topical cream**<br>APPLY CREAM TO AFFECTED AREA(S) TWICE DAILY MONDAY-FRIDAY, SKIP WEEKENDS. | 11/14/22 filled |
| **hydrOXYzine HCL 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME | 05/20/23 filled |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/04/23 filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 06/03/23 filled |
| **methylPREDNISolone 4 mg tablets in a dose pack**<br>TAKE BY MOUTH AS DIRECTED ON INSIDE OF PACKAGE | 03/17/22 filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 03/23/23 filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/10/23 filled |
| **modafiniL 200 mg tablet**<br>TAKE 1 TABLET BY MOUTH IN THE MORNING FOR DAYTIME HYPERSOMNIA | 04/03/23 filled |
| **mupirocin 2 % topical ointment** | 01/03/13 filled |
| **Nyamyc 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY ON THE SKIN THREE TIMES DAILY. MAY USE UP TO 4 GRAMS PER DAY OVER THE ENTIRE BODY AS NEEDED. | 05/16/23 filled |
| **ondansetron HCL 4 mg tablet** | 12/06/22 filled |
| **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG UNDER THE SKIN ONCE PER WEEK AS DIRECTED | 03/14/23 filled |

**Lincoln/Guerrero 1857**

[illegible]

**GUERRERO, Sabrina M (id #170487, dob:**

| | | |
|---|---|---|
| **pantoprazole 20 mg tablet,delayed release**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 05/20/23 | filled |
| **Paxlovid 300 mg (150 mg x 2)-100 mg tablets in a dose pack**<br>TAKE 3 TABLETS TOGETHER (TWO 150 MG NIRMATRELVIR TABLETS AND ONE 100 MG RITONAVIR TABLET) BY MOUTH TWICE DAILY FOR 5 DAYS. | 02/08/22 | filled |
| **Qulipta 60 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 06/06/23 | prescribed |
| **sucralfate 1 gram tablet**<br>TAKE 1 TABLET BY MOUTH 4 TIMES DAILY | 05/20/23 | filled |
| **SUMAtriptan 100 mg tablet** | 11/28/22 | filled |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH TWICE DAILY, RINSE MOUTH AFTER USE | 02/24/22 | filled |
| **topiramate 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 30 DAYS | 02/20/23 | filled |
| **topiramate 50 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 03/22/23 | filled |
| **traZODone 50 mg tablet** | 10/25/12 | filled |
| **Trintellix 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 05/08/23 | filled |
| **Ubrelvy 100 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 05/30/23 | filled |
| **valsartan 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 05/17/23 | filled |

calcium, vit c, vit d, bariatric multi vit, vit a, vit b12 twice weekly, zinc, probiotic

**Vaccines**
None recorded.

**Allergies / Adverse Reactions**

SULFA (SULFONAMIDE ANTIBIOTICS)

**Past Medical History**

Lincoln/Guerrero 1858

[illegible]

**GUERRERO, Sabrina M (id #170487, dob:**

| | | | |
|---|---|---|---|
| Aneurysm | N | Hypothyroidism | N |
| Anxiety Disorder | Y | Kidney Disease | N |
| Arthritis | N | Liver Disease | N |
| Asthma | N | Lupus | N |
| Back Problems | N | MRI | N |
| Bleeding Disorder | N | Migraines | Y |
| COPD | N | Multiple Sclerosis | N |
| Coronary Artery Disease | N | Neck Injury | N |
| Depression | Y | Osteoporosis | Y |
| Diabetes | N | Other | N |
| ECHO 2D | N | PTSD | N |
| Epistaxis | N | Parathyroid disorder | N |
| Fibromyalgia | Y | Parkinsonism | N |
| Head Trauma/Injury | N | Seizures/Epilepsy | N |
| Headaches | Y | Sleep Disorder | Y |
| Heart Attack (MI) | N | Stroke | N |
| Heart Problems | N | Thyroid Problems | Y |
| Hepatitis | N | Tremor disorder | N |
| Hyperparathyroidism | N | Ulcers | N |
| Hyperthyroidism | N | Notes | hypertension |

**GUERRERO, Sabrina M (id #170487, dob:**

**Social History**
**Public Health and Travel**
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Former smoker
What is your level of alcohol consumption?: None
What is your level of caffeine consumption?: Moderate

**Family History**

| | |
|---|---|
| Brother | - Headache |
| Mother | - Scoliosis deformity of spine |

**GYN History**
None recorded.

**Patient History - Other**
None recorded.

**Past Pregnancies**
None recorded.

**Obstetric History**
None recorded.

**Screening**

| | |
|---|---|
| Katz ADL | 02/07/2023 |
| STEADI Fall Risk | 02/07/2023 |
| PHQ-2/PHQ-9 | 02/07/2023 |
| Mini-Cog | 02/07/2023 |

**Lincoln/Guerrero 1860**

**GUERRERO, Sabrina M (id #170487, dob:**

## Encounters and Procedures

Clinical Encounter Summaries

**GUERRERO, Sabrina M (id #170487, dob:**
**Encounter Date: 06/06/2023**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GUERRERO, SABRINA (54yo, F) ID# 170487 | **Appt. Date/Time** | 06/06/2023 09:20AM |
| **DOB** | | **Service Dept.** | HS_JC1_MULTI |
| **Provider** | MOHAMMAD I. HUSSAIN, MD | | |
| **Insurance** | Med Primary: BCBS-TN - NETWORK S (PPO)<br>Insurance # : STTS00402622<br>Med Contracts: AMEDISYS HOME HEALTH HOSPICE MORRISTOWN<br>Insurance # :<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

## Chief Complaint

- Patient is here for a follow up and test results
- Patient is accompanied by her daughter
- Patient reports magnetic resonance imaging of brain abnormal
- Patient reports chronic post-COVID-19 syndrome
- Patient reports mixed cortical and subcortical vascular dementia
- Patient reports migraine without aura
- Patient reports abnormal gait due to impairment of balance
- Patient reports minimal cognitive impairment
- Patient reports moderate recurrent major depression
- Patient reports she has questions about most recent MRI
- Patient reports olfactory hallucination
- Patient reports hallucinations began about 3.5 weeks ago. Patient states hallucination was constant for 1 week and has slowly improved some
- Patient reports smell is based upon a trauma from the past

## Patient's Care Team

**Primary Care Provider:** WARD PHILLIPS MD: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (877) 414-6983 NPI: 1942297916

## Patient's Pharmacies

**SAM'S CLUB PHARMACY 6572 (ERX): 2920 KNOXVILLE CENTER DRIVE, KNOXVILLE, TN 37924, Ph (865) 637-0643, Fax (865) 637-1803**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 5 in 06/06/2023 09:41 am | **Wt:** | 336 lbs With clothes 06/06/2023 09:41 am | **BMI:** | 55.9 06/06/2023 09:41 am |
| **BP:** | 137/77 sitting L arm 06/06/2023 09:43 am | **Pulse:** | 70 bpm regular 06/06/2023 09:43 am | **O2Sat:** | 97% Room Air at Rest 06/06/2023 09:43 am |

## Allergies

Reviewed Allergies

SULFA (SULFONAMIDE ANTIBIOTICS)

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 05/28/23 | filled |
| **Aplisol 5 tub. unit/0.1 mL intradermal injection solution**<br>Take by intradermal route. Administer Note: Amedysis empolyee-- advised pt to have her right arm checked within 48-72 hours. | 02/17/16 | administered |

**Lincoln/Guerrero 1862**

GUERRERO, Sabrina M (id #170487, dob:

| | | |
|---|---|---|
| **aspirin** | 02/07/23 | entered |
| **benazepriL 10 mg tablet**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 06/27/22 | filled |
| **benzonatate 100 mg capsule**<br>TAKE 1 TO 2 CAPSULES BY MOUTH THREE TIMES DAILY AS NEEDED | 02/07/22 | filled |
| **benzonatate 200 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 08/08/22 | filled |
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 06/05/23 | filled |
| **cefdinir 300 mg capsule**<br>TAKE 2 CAPSULES BY MOUTH ONCE DAILY | 01/19/23 | filled |
| **cephALEXin 500 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 05/18/23 | filled |
| **Cerefolin NAC (algal oil) 6 mg-600 mg-2 mg-90.314 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 06/06/23 | prescribed |
| **Chlo Hist 1 mg-12.5 mg/5 mL oral solution**<br>TAKE 10 ML BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH AND CONGESTION FOR 7 DAYS | 02/16/22 | filled |
| **clopidogreL 75 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 06/06/23 | prescribed |
| **clotrimazole-betamethasone 1 %-0.05 % topical cream** | 01/03/13 | filled |
| **dexAMETHasone 4 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY FOR 7 DAYS | 02/16/22 | filled |
| **doxycycline hyclate 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY FOR 10 DAYS | 02/16/22 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 06/05/23 | filled |
| **escitalopram 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/27/22 | filled |
| **escitalopram 20 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 12/29/22 | filled |
| **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 04/27/23 | filled |

**GUERRERO, Sabrina M (id #170487, dob:**

| | | |
|---|---|---|
| **FeroSuL 325 mg (65 mg iron) tablet**<br>TAKE 1 TABLET BY MOUTH ON MONDAY, WEDNESDAY AND FRIDAY FOR 24 DOSES. TAKE WITH ORANGE JUICE OR VITAMIN C ON AN EMPTY STOMACH. | 11/28/22 | filled |
| **fluconazole 150 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 72 HOURS FOR 7 DAYS | 02/16/22 | filled |
| **HYDROcodone 5 mg-acetaminophen 500 mg tablet** | 07/11/12 | filled |
| **hydrocortisone 2.5 % topical cream**<br>APPLY CREAM TO AFFECTED AREA(S) TWICE DAILY MONDAY-FRIDAY, SKIP WEEKENDS. | 11/14/22 | filled |
| **hydrOXYzine HCL 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME | 05/20/23 | filled |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 02/04/23 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 06/03/23 | filled |
| **methylPREDNISolone 4 mg tablets in a dose pack**<br>TAKE BY MOUTH AS DIRECTED ON INSIDE OF PACKAGE | 03/17/22 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 03/23/23 | filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 04/10/23 | filled |
| **modafiniL 200 mg tablet**<br>TAKE 1 TABLET BY MOUTH IN THE MORNING FOR DAYTIME HYPERSOMNIA | 04/03/23 | filled |
| **mupirocin 2 % topical ointment** | 01/03/13 | filled |
| **Nyamyc 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY ON THE SKIN THREE TIMES DAILY, MAY USE UP TO 4 GRAMS PER DAY OVER THE ENTIRE BODY AS NEEDED. | 05/16/23 | filled |
| **ondansetron HCL 4 mg tablet** | 12/06/22 | filled |
| **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG UNDER THE SKIN ONCE PER WEEK AS DIRECTED | 03/14/23 | filled |
| **pantoprazole 20 mg tablet,delayed release**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 05/20/23 | filled |

**GUERRERO, Sabrina M (id #170487, dob:**

| | | |
|---|---|---|
| **Paxlovid 300 mg (150 mg x 2)-100 mg tablets in a dose pack**<br>TAKE 3 TABLETS TOGETHER (TWO 150 MG NIRMATRELVIR TABLETS AND ONE 100 MG RITONAVIR TABLET) BY MOUTH TWICE DAILY FOR 5 DAYS. | 02/08/22 | filled |
| **Qulipta 60 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 06/06/23 | prescribed |
| **sucralfate 1 gram tablet**<br>TAKE 1 TABLET BY MOUTH 4 TIMES DAILY | 05/20/23 | filled |
| **SUMAtriptan 100 mg tablet** | 11/28/22 | filled |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH TWICE DAILY. RINSE MOUTH AFTER USE | 02/24/22 | filled |
| **topiramate 25 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 30 DAYS | 02/20/23 | filled |
| **topiramate 50 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 03/22/23 | filled |
| **traZODone 50 mg tablet** | 10/25/12 | filled |
| **Trintellix 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 05/08/23 | filled |
| **Ubrelvy 100 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 05/30/23 | filled |
| **valsartan 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 05/17/23 | filled |

calcium, vit c, vit d, bariatric multi vit, vit a, vit b12 twice weekly, zinc, probiotic

## Problems

Reviewed Problems
- Memory loss care - Onset: 02/07/2023
- Migraine - Onset: 02/07/2023

## Family History

Reviewed Family History

| | |
|---|---|
| Brother | - Headache |
| Mother | - Scoliosis deformity of spine |

## Social History

Reviewed Social History

**Substance Use**

Do you or have you ever smoked tobacco?: Former smoker
What is your level of alcohol consumption?: None
What is your level of caffeine consumption?: Moderate

**Public Health and Travel**

Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No

**Lincoln/Guerrero 1865**

**GUERRERO, Sabrina M (id #170487, dob:**

## Surgical History

Reviewed Surgical History
- Procedure on foot
- Hernia Repair
- Gastric bypass for obesity

## GYN History

(not configured)

## Past Medical History

Past Medical History not reviewed (last reviewed 02/07/2023)
Anxiety Disorder: **Y**
Depression: **Y**
Fibromyalgia: **Y**
Headaches: **Y**
Migraines: **Y**
Osteoporosis: **Y**
Sleep Disorder: **Y**
Thyroid Problems: **Y**
Notes: hypertension

## Screening

None recorded.

## HPI

**Headache - Neurology**
Reported by patient.

Location: frontal; in changing locations
Quality: **throbbing/pounding**; **blinding**; **steady**; **dull/aching/boring**; **pressure**
Severity: pain level 10/10
Duration: more than a week
Onset/Timing: episodes worse recently
Context: caffeine (1-2 carbonated drinks per day)
Alleviating Factors: sleep; medication; darkness
Associated Symptoms: **nausea ()**; **sensitivity to light ()**; **sensitivity to sound ()**; **tingling ()**; **weakness ()**; **confusion ()**; **neck pain ()**; **neck stiffness**; **depression**; **anxiety**; **sleep ()**; **preceded by fatigue**
Other: **under stress at work and at home**
Medical History: missed work due to headache

**Memory Loss**
Reported by patient.

Severity: moderate
Duration: has noted for months
Onset/Timing: gradual onset
Associated Symptoms: **decreased vocabulary**; **agitation/restlessness**; **depression**; **change in personality**; **sleeping problems**

## ROS

**Neurologic:** Symptoms: **confusion**, **weakness**, **headaches**, **memory loss**, **muscle twitching**, and **difficulty with gait or walking**.

## Physical Exam

AA O x 3
Speech fluent with word finding difficulty
Pupils reactive extraocular eye movements limited.
neck supple decreased ROM.
Symmetrical face
motor tone normal upper extremities
Decrease tone in lower extremities.
Upper extremities 5/5
Lower Extremities 5-/5
upper extremities reflex 3+
Lower extremities unable elicit
FTN normal
HTS difficulty
gait wide base.

## Procedure Documentation

None recorded.

**GUERRERO, Sabrina M (id #170487, dob:**

Assessment / Plan

**1. Magnetic resonance imaging of brain abnormal**
R90.89: Other abnormal findings on diagnostic imaging of central nervous system

**2. Chronic post-COVID-19 syndrome**
Z86.16: Personal history of COVID-19

**3. Mixed cortical and subcortical vascular dementia**
F01.50: Vascular dementia, unspecified severity, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety

**4. Migraine without aura** -
since COVID daily
vary in intensity
fluctuate from side
G43.009: Migraine without aura, not intractable, without status migrainosus
- Qulipta 60 mg tablet - Take 1 tablet(s) every day by oral route for 30 days. Qty: (30) tablet Refills: 2 Pharmacy: SAM'S CLUB PHARMACY 6572

**5. Abnormal gait due to impairment of balance**
R26.89: Other abnormalities of gait and mobility

**6. Minimal cognitive impairment**
R41.89: Other symptoms and signs involving cognitive functions and awareness
- Cerefolin NAC (algal oil) 6 mg-600 mg-2 mg-90.314 mg tablet - Take 1 tablet(s) every day by oral route for 30 days. Qty: (30) tablet Refills: 2 Pharmacy: BRAND DIRECT HEALTH

**7. Moderate recurrent major depression**
F33.1: Major depressive disorder, recurrent, moderate

**8. Cerebral ischemia**
I67.82: Cerebral ischemia
- clopidogrel 75 mg tablet - Take 1 tablet(s) every day by oral route for 30 days. Qty: (30) tablet Refills: 2 Pharmacy: SAM'S CLUB PHARMACY 6572

**Discussion Notes**
Review CSF studies
Negative for immune mediate condition including MS.
Negative for infectious etiology including lyme disease, HSV, Cryptococcal condition.
Paraneoplastic antibodies negative
No other abnormality noted.
this is case of cerebral ischemia and will add plavix.

Return to Office
Patient will return to the office as needed.

Encounter Sign-Off
Encounter signed-off by Mohammad I. Hussain, MD, 06/06/2023.

Encounter performed and documented by Mohammad I. Hussain, MD
Encounter reviewed & signed by Mohammad I. Hussain, MD on 06/06/2023 at 11:13am

**GUERRERO, Sabrina M (id #170487, dob:**



Covenant HEALTH

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown TN 37814-3894

| | | | |
|---|---|---|---|
| Patient | **GUERRERO, SABRINA MICHELLE** | | |
| DOB/Sex | 3/10/1969 Female | Admit | 4/28/2023 |
| CMRN | 1274424 | Disch | |
| MRN | MHHS0000923587 | Admitting | HUSSAIN MOHAMMAD ISLAM MD |
| FIN | 5311800614 | Ordering | HUSSAIN MOHAMMAD ISLAM MD |
| Location | MHHS RAD | Accession | 03-XR-23-113110 |

## *Interventional Radiology*

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER |
|---|---|---|---|
| 03-XR-23-113110 | 4/28/2023 13:17 EDT | IR XR Spinal Interventional Proc | HUSSAIN MOHAMMAD ISLAM MD |

**Reason For Exam**
(IR XR Spinal Interventional Proc) abnormal brain MRI

**Report**
INDICATION: abnormal brain MRI

Fluoroscopy time: 3.4 minutesTECHNIQUE: Lumbar puncture performed under fluoroscopy.

COMPARISON: No relevant recent prior study

FINDINGS: The risks, benefits, and alternatives were explained to the patient including, but not limited to bleeding, infection, CSF leak, and nerve damage. The patient expressed understanding and desired to continue. Signed informed consent was obtained.

Following patient identification and site verification time-out procedure the back was prepped in the usual sterile fashion. 1% lidocaine solution was used to locally anesthetize the skin. Under fluoroscopic guidance, a 22-gauge spinal needle was advanced to the L3-4 space with return of clear, colorless CSF.

Opening pressure measured at twelfthcmH20, with addition of 12.7cm needle, measurement is 24.7cmH2O

Approximately 10 ml of fluid was collected and split over four tubes. The needle was removed. The patient tolerated procedure well without immediate complication.

ESTIMATED BLOOD LOSS: <25 ml

IMPRESSION: Successful lumbar puncture under fluoroscopy as above

***** Final *****

Dictated by: MEADOWS, MICHAEL LEON
Dictated DT/TM: 04/28/2023 3:51 pm
Signed by: MEADOWS, MICHAEL LEONARD MD
Signed (Electronic Signature): 04/28/2023 3:51 pm
Transcribed by: MLM



## Lab Results

[illegible]

**GUERRERO, Sabrina M (id #170487, dob:**



Covenant HEALTH

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex | 3/10/1969 Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director | Dr. Kent M. McGinley | | |

## *Body Fluids-Other Sources*

**CSF**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| IgG Index CSF* | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-1079 | 4/28/2023 13:05 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| IgG Index CSF | 0.44 * | | [<=0.85] | 5/5/2023 19:50 EDT |
| IgG CSF | 3.1 * | mg/dL | [<=8.1] | 5/5/2023 19:50 EDT |
| Albumin CSF | 27.8 * H | mg/dL | [<=27.0] | 5/5/2023 19:50 EDT |
| IgG/Albumin CSF | 0.11 * | | [<=0.21] | 5/5/2023 19:50 EDT |
| Synthesis Rate CSF | 0.0 * | mg/24hr | [<=12] | 5/5/2023 19:50 EDT |
| IgG Serum | 1980 * | mg/dL | [767 -1590] | 5/5/2023 19:50 EDT |
| Albumin Serum | 4460 * f | mg/dL | [3500 -5000] | 5/5/2023 19:50 EDT |
| IgG/Albumin Serum | 0.28 * | | [<=0.48] | 5/5/2023 19:50 EDT |

Result Comments
f1: Albumin Serum

Test Performed by:
Mayo Clinic Laboratories - Rochester Superior Drive
3050 Superior Drive NW, Rochester, MN 55901
Lab Director: William G. Morice M.D. Ph.D.; CLIA# [illegible]

Test Performed by:
Mayo Clinic Laboratories - Rochester Main Campus
200 First Street SW, Rochester, MN 55905
Lab Director: William G. Morice M.D. Ph.D.; CLIA# 24D0404292

Order Comments
01: IgG Index CSF*
Tube #1

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

Report Request ID: 340394963 Page 1 of 1 Print Date/Time: 5/5/2023 20:30 EDT

[illegible]

**GUERRERO, Sabrina M (id #170487, dob:**



Covenant HEALTH

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex: | 3/10/1969 Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | | |

## *Immunology-Serology*

__Autoimmune__

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Multiple Sclerosis Profile | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-1078 | 4/28/2023 13:05 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Kappa Free Light Chain,CSF | 0.0143 f(i) | mg/dL | (<0.1000) | 5/8/2023 11:59 EDT |
| Add'l sample for reflex OCBS | Collected f(i) | | | 5/8/2023 11:59 EDT |

Result Comments

f1: Kappa Free Light Chain, CSF

Negative.
The kappa free light concentration measured in CSF is lower than the threshold associated with multiple sclerosis. Clinical correlation recommended.

---------------------ADDITIONAL INFORMATION-------------------
This test has been modified from the manufacturer's instructions. The performance characteristics were determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

A Mayo Clinic study published in 2016 with 325 patients suggested that a kappa free light chain concentration in CSF greater than or equal to 0.06 mg/dL has 82% clinical sensitivity in the diagnosis of multiple sclerosis (ref 1). A second, larger Mayo Clinic study with 1555 patients published in 2021 showed that a kappa CSF concentration greater than or equal to 0.06 mg/dL had approximately 89% sensitivity. When kappa was greater than or equal to 0.1 mg/dL it had similar sensitivity (87%) to the finding of 2 unique CSF oligoclonal bands (89%) (ref 2).
Given the difference in thresholds based on these studies and highest sensitivity at the threshold of 0.06mg/dL, any CSF kappa free light chain result greater than or equal to

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

GUERRERO, Sabrina M (id #170487, dob:



**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894

| | | | |
|---|---|---|---|
| Patient Name: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN | MHHS0600923597 | Admit | 4/28/2023 |
| FIN | 5311800614 | Disch | 4/28/2023 |
| DOB/Sex | 3/10/1969 Female | Admitting | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director | Dr. Kent M. McGinley | Copy To | HUSSAIN,MOHAMMAD ISLAM MD |

***Immunology-Serology***

__Autoimmune__

Result Comments
f1: Kappa Free Light Chain, CSF
0.06 mg/dL will reflex to oligoclonal banding when the multiple sclerosis profile tests are ordered.
A result less than 0.06 mg/dL is considered negative.
A result between 0.06 and 0.099 mg/dL is considered borderline; look for oligoclonal banding test results.
A result greater than or equal to 0.1 mg/dL is considered positive; look for oligoclonal banding test results.

References:
1.Gurtner KM, Shosha E, Bryant SC, Andreguetto BD, Murray DL, Pittock SJ, et al. CSF free light chain identification of demyelinating disease: comparison with oligoclonal banding and other CSF indexes. Clin Chem Lab Med. 2018;56(7):1071-80.
2.Saadeh RS, Bryant SC, McKeon A, Weinshenker B, Murray DL, Pittock SJ, et al. CSF Kappa Free Light Chains: Cutoff Validation for Diagnosing Multiple Sclerosis. Mayo Clin Proc. 2022; S0025-6196(21)00718-2. doi: 10.1016/j.mayocp.2021.09.014.
f2: Add'l sample for reflex OLIGB

Test Performed By:
Mayo Clinic Laboratories - Rochester Superior Drive
3050 Superior Drive NW, Rochester, MN 55905
Lab Director: William G. Morice M.D. Ph.D.; CLIA# 24D1040592

Order Comments
o1: Multiple Sclerosis Profile
Tube #1

LEGEND c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

[illegible]

**GUERRERO, Sabrina M (id #170487, dob:**



Covenant HEALTH

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MH8180000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800814 | Disch: | 4/28/2023 |
| DOB/Sex: | 3/10/1969 Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | | |

## *Immunology-Serology*

**Autoimmune**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| NMO IgG (Neuromyelitis Optical), CSF | HUSSAIN,MOHAMMAD ISLAM MD | [illegible] | 4/28/2023 [illegible] EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| NMO/AQP4-IgG FACS, CSF | Negative f * | | (Negative) | 5/6/2023 [illegible] EDT |

Result Comments

f1: NMO/AQP4-IgG FACS, CSF
Aquaporin-4 antibody testing is more sensitive in serum than in spinal fluid. Recommend serum testing now if not completed, and repeating in 6 months if clinical suspicion is high. Negative result can occur in the setting of immunosuppression.

-----------------ADDITIONAL INFORMATION-----------------
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

Test Performed by:
Mayo Clinic Laboratories - Rochester Main Campus
200 First Street SW, Rochester, MN 55905
Lab Director: William G. Morice M.D. Ph.D.; CLIA# 24D0404292

Order Comments

C1: NMO IgG (Neuromyelitis Optical), CSF
Type: [illegible]

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, ^=Performing

[illegible]

**GUERRERO, Sabrina M (id #170487, dob:**

5/5/2023 12:31 RRD→18654716631 2/3

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex | 3/10/1969 Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director | Dr. Kent M. McGinley | | |

## *Immunology~Serology*

__Infectious Disease__

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Lyme Panel | HUSSAIN,MOHAMMAD ISLAM MD | 23-118-1079 | 4/28/2023 13:05 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Lyme Infection IgG CSF | Negative * | | (Negative) | 5/5/2023 11:57 EDT |
| Lyme Infection IgG Interp | SEE NOTE * | | | 5/5/2023 11:57 EDT |
| Lyme Infection IgG S | SEE NOTE * | | | 5/5/2023 11:57 EDT |

Result Comments

(1: Lyme Infection IgG Interp
No antibodies to Lyme Borrelia species detected in cerebrospinal fluid. A negative result in a patient with appropriate exposure history and symptoms consistent with neuroinvasive Lyme disease should not be used to exclude infection. If not already performed, testing for antibodies to Lyme Borrelia species in serum should be performed.

-----------------------ADDITIONAL INFORMATION-----------------------
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

(2: Lyme Infection IgG S
CSF screen was negative for IgG-class antibodies to Lyme Borrelia species. Testing for IgG-class antibodies to Borrelia in serum is not indicated and was not performed.

Test Performed by:
Mayo Clinic Laboratories - Rochester Superior Drive
3050 Superior Drive NW, Rochester, MN 55901
Lab Director: William G. Morice M.D. Ph.D.; CLIA# 24D1040592

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

**GUERRERO, Sabrina M (id #170487, dob:**



**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894

| | | | |
|---|---|---|---|
| Patient Name: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0600923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex: | 3/10/1969 Female | Admitting: | HUSSAIN MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | Copy To: | HUSSAIN MOHAMMAD ISLAM MD |

## *Immunology-Serology*

Order Comments
OIs: Lyme Panel
Tube #4

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

[illegible]

GUERRERO, Sabrina M (id #170487, dob:

5/5/2023 10:32 RRD→18654716531 2/3

Covenant HEALTH

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MH9IS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex: | 3/10/1969 Female | Admitting: | HUSSAIN MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | | |

***Immunology-Serology***

**Autoimmune**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Paraneoplastic Autoantibodies, CSF, | HUSSAIN, MOHAMMAD ISLAM MD | 23-118-[illegible] | 4/28/2023 13:05 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| AGNA-1, CSF | Negative f* | | [Negative] | 5/5/2023 10:09 EDT |
| Amphiphysin Ab, CSF | Negative f* | | [Negative] | 5/5/2023 10:09 EDT |
| ANNA-1, CSF | Negative f* | | [Negative] | 5/5/2023 10:09 EDT |
| ANNA-2, CSF | Negative f* | | [Negative] | 5/5/2023 10:09 EDT |
| ANNA-3, CSF | Negative f* | | [Negative] | 5/5/2023 10:09 EDT |
| CRMP-5-IgG, CSF | Negative f* | | [Negative] | 5/5/2023 10:09 EDT |
| PCA-1, CSF | Negative f* | | [Negative] | 5/5/2023 10:09 EDT |
| PCA-Tr, CSF | Negative f* | | [Negative] | 5/5/2023 10:09 EDT |
| PCA-2, CSF | Negative * | | [Negative] | 5/5/2023 10:09 EDT |
| Paraneoplastic Interp, CSF | SEE NOTE * | | | 5/5/2023 10:09 EDT |
| Paraneoplastic IFA Notes, CSF | None. | | | 5/5/2023 10:09 EDT |

Result Comments
f1: AGNA-1, CSF, Amphiphysin Ab, CSF, ANNA-1, CSF, ANNA-2, CSF, ANNA-3, CSF, CRMP-5-IgG, CSF, PCA-1, CSF, PCA-Tr, CSF

--------------------ADDITIONAL INFORMATION--------------------
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

Report Request ID: 340252605 Page 1 of 2 Print Date/Time: 5/5/2023 10:30 EDT

Lincoln/Guerrero 1875

GUERRERO, Sabrina M (id #170487, dob:

z 5/5/2023 10:32 RRD→18654716531 3/3

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894

| | | | |
|---|---|---|---|
| Patient Name: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0600923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex: | 3/10/1969 Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |

*Immunology-Serology*

Autoimmune

Result Comments
f2: PCA-2, CSF

--------------------ADDITIONAL INFORMATION--------------------
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

Test Performed By:
Mayo Clinic Laboratories - Rochester Main Campus
200 First Street SW, Rochester, MN 55905
Lab Director: William G. Morice M.D. Ph.D.; CLIA# [illegible]

f3: Paraneoplastic Interp, CSF
A negative basic paraneoplastic evaluation result does not rule out all clinically relevant antibodies. If indicated, a comprehensive neurological phenotype specific autoimmune/paraneoplastic evaluation (e.g. encephalopathy, movement disorders, myelopathy, or axonal neuropathy) should be considered https://news.mayocliniclabs.com/autoimmune-neurology-evaluation/. These evaluations include screening cell-based assays optimized for detection of recently discovered antibodies.

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

[illegible]

**GUERRERO, Sabrina M (id #170487, dob:**

z 5/4/2023 16:31 RRD→18654716531 2/2

Covenant HEALTH

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MH#S0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex: | 3/10/1969 Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director | Dr. Kent M. McGinley | | |

## *Body Fluids-Other Sources*

CSF

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Myelin Basic Protein CSF | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-1053 | 4/28/2023 13:05 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Myelin Basic Protein CSF. | [illegible] f* | mcg/L | [<=4.0] | 5/3/2023 [illegible] EDT |

Result Comments
f1: Myelin Basic Protein CSF.
Result Interpretation
< or= 4.0 mcg/L Negative
4.1-6.0 mcg/L Weakly Positive
>6.0 mcg/L Positive
This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute, Chantilly, VA. It has not been cleared or approved by the U.S. Food and Drug Administration. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.
Lab test performed by:
Lab Mnemonic: 450723801
Quest Diagnostics Nichols Institute
14225 Newbrook Drive
Chantilly, VA 20151-2228
Patrick W Mason, M.D., Ph.D.,Director of Laboratories

Order Comments
o1: Myelin Basic Protein CSF
Tube #4

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

Report Request ID: 340104985 Page 1 of 1 Print Date/Time: 5/4/2023 16:30 EDT

Lincoln/Guerrero 1877

[illegible]

GUERRERO, Sabrina M (id #170487, dob:

5/4/2023 14:34 RRD→18654716531 2/2

Covenant HEALTH

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MH#S0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex: | 3/10/1969 Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | | |

***Immunology-Serology***

__Autoimmune__

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| ANA Screen with Reflex to Titer | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-0511 | 4/28/2023 10:34 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| ANA Screen | Negative *f1 | | (Negative) | 5/3/2023 11:52 EDT |

Result Comments

f1: ANA Screen
ANA IFA is a first line screen for detecting the presence of up to approximately 150 autoantibodies in various autoimmune diseases. A negative ANA IFA result suggests ANA-associated autoimmune disease is not present at this time, but is not definitive. If there is high clinical suspicion for Sjogren's Syndrome, testing for anti-SS-A/Ro antibody should be considered. Anti-Jo-1 antibody should be considered for clinically suspected inflammatory myopathies.
AC-0: Negative
International Consensus on ANA Patterns
https://doi.org/10.1515/cclm-2018-0052
For additional information, please refer to
http://education.QuestDiagnostics.com/faq/FAQ177
(This link is being provided for informational/
educational purposes only.)
Lab test performed by:
Lab Mnemonic: [illegible]
Quest Diagnostics Nichols Institute
14225 Newbrook Drive
Chantilly, VA 20151-0841
Patrick W Mason, M.D., Ph.D., Director Of Laboratories

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

Report Request ID: 340958342 Page 1 of 1 Print Date/Time: 5/4/2023 14:31 EDT

Lincoln/Guerrero 1878

[illegible]

**GUERRERO, Sabrina M (id #170487, dob:**



Covenant HEALTH

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex | 3/10/1969 Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director | Dr. Kent M. McGiney | | |

### *Bacteriology*

| | | | |
|---|---|---|---|
| Procedure | Cerebrospinal Fluid Culture [†f] | | |
| Source | Cerebrospinal Fluid | Accession: | 03-23-118-1080 |
| Collected Date/Time | 4/28/2023 13:05 EDT | Body Site: | |
| Start Date/Time | 4/28/2023 20:26 EDT | Free Text Source: | |
| Ordering Physician | HUSSAIN,MOHAMMAD ISLAM MD | | |

***AMENDED REPORT***
Amended Report
Verified Date/Time: 5/1/2023 15:06 EDT
No growth at 3 days.

***FINAL REPORT***
Final Report
Verified Date/Time: 4/28/2023 22:42 EDT
No WBCs seen
No organisms seen

Order Comments
01: Cerebrospinal Fluid Culture
Tube #2

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

Report Request ID: 339429353 Page 1 of 1 Print Date/Time: 5/2/2023 14:30 EDT

**Lincoln/Guerrero 1879**

GUERRERO, Sabrina M (id #170487, dob:

5/2/2023 11:46 RBD → 18654716531 2/2

**MORRISTOWN-HAMBLEN HEALTHCARE SYSTEM**
**Department of Pathology**
908 West Fourth North Street
Morristown, TN 37814-3894
Phone: (423) 492-6603
Fax: (423) 492-6601

K. McGinley, MD, Medical Director
I. Burja, MD

| | | | |
|---|---|---|---|
| Patient | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex: | 3/10/1969 Female | Ordering: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |

***Pathology Reports***

| Accession: | Collected Date/Time: | Received Date/Time: | Pathologist: |
|---|---|---|---|
| 03-NG-23-000174 | 4/28/2023 13:05 EDT | 5/1/2023 12:09 EDT | MCGINLEY KENT MICHAEL MD |

**Non-Gyn Pathology Report**

**Diagnosis**

**CEREBROSPINAL FLUID: NEGATIVE FOR MALIGNANCY**

KENT M MCGINLEY, MD
(Electronically signed by)
Verified: 05/02/2023 10:56 AM EDT
KMM/KMM

**Clinical Information**
Abnormal Brain MRI

Pre-operative Diagnosis: Unknown
Post-operative Diagnosis: Unknown

**Specimen Source**
CSF

**Gross Description**
Received is 0.5 cc of clear, colorless fluid. Two cytospin slides are prepared.

KMM/KMM
Performed: 05/02/2023 10:56 AM EDT

**Statement of Adequacy**
ADEQUATE



**Lincoln/Guerrero 1880**

[illegible]

**GUERRERO, Sabrina M (id #170487, dob:**

5/2/2023 07:54 RRD→18654716531 2/3

Covenant HEALTH

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000023597 | Admit: | 4/28/2023 |
| FIN: | 5311800014 | Disch: | 4/28/2023 |
| DOB/Sex: | 3/10/1969 Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | | |

## *Immunology-Serology*

Protein Electrophoresis/Immunofixation

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Monoclonal Protein Study | HUSSAIN, MOHAMMAD ISLAM MD | [illegible] | 4/28/2023 10:34 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Immunofixation Serum | SEE NOTE [illegible] | | | 5/1/2023 21:14 EDT |
| Immunofixation Flag | Negative [illegible] | | (Negative) | 5/1/2023 21:14 EDT |
| Total Protein IFE/PE | [illegible] | g/dL | [illegible] | 5/1/2023 21:14 EDT |
| Albumin IFE/PE | [illegible] | g/dL | [illegible] | 5/1/2023 21:14 EDT |
| Alpha-1 Globulin IFE/PE | [illegible] | g/dL | [illegible] | 5/1/2023 21:14 EDT |
| Alpha-2 Globulin IFE/PE | [illegible] | g/dL | [illegible] | 5/1/2023 21:14 EDT |
| Beta-Globulin IFE/PE | [illegible] | g/dL | [illegible] | 5/1/2023 21:14 EDT |
| Gamma-Globulin IFE/PE | [illegible] | g/dL | [illegible] | 5/1/2023 21:14 EDT |
| A/G Ratio IFE/PE | [illegible] | | | 5/1/2023 21:14 EDT |
| M Spike 1 IFE/PE | Not Reportable [illegible] | | | 5/1/2023 21:14 EDT |
| M Spike 2 IFE/PE | Not Reportable | | | 5/1/2023 21:14 EDT |
| Impression IFE/PE | SEE NOTE [illegible] | | | 5/1/2023 21:14 EDT |

Result Comments
f1: Immunofixation Serum
No monoclonal protein detected.

Reviewed and Interpreted by: Mark Bourgeois, M.D.

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

Report Request ID: 339239406 Page 1 of 2 Print Date/Time: 5/2/2023 07:00 EDT

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894

| | | | |
|---|---|---|---|
| Patient Name: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0600923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex: | 3/10/1969 Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGirley | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |

***Immunology-Serology***

Protein Electrophoresis/Immunofixation

Result Comments
f1: Immunofixation Flag

Test Performed by:
Mayo Clinic Jacksonville Clinical Lab
4500 San Pablo Rd, Jacksonville, FL 32224
Lab Director: Gretchen Johns MD; CLIA# 10D0284040
f2: Impression (PE/IF)
No apparent monoclonal protein on serum electrophoresis.

Reviewed and Interpreted by: Mark Bourgeois, M.D.

Order Comments
o1: Monoclonal Protein Study+
When Immunofixation, Serum and Protein Electrophoresis, Serum are ordered together, cancel and reorder as Monoclonal Protein Study+ per Mayo protocol.

LEGEND c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

[illegible]

**GUERRERO, Sabrina M (id #170487, dob:**



Covenant HEALTH

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MH#IS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800014 | Disch: | 4/28/2023 |
| DOB/Sex: | 3/10/1969 Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director | Dr. Kent M. McGinley | | |

***Immunology-Serology***

**Sensitive Infectious Disease**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| VDRL Qualitative CSF | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-119-1061 | 4/28/2023 13:05 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| VDRL | Negative *f | | (Negative) | 5/1/2023 14:34 EDT |

Result Comments
f1: VDRL

Test Performed by:
Mayo Clinic Jacksonville Clinical Lab
4500 San Pablo Rd, Jacksonville, FL 32224
Lab Director: Gretchen Johns MD; CLIA# 10D0269562

Order Comment
O1: VDRL Qualitative CSF
Tube #2

LEGEND c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

Report Request ID: 339127726 Page 1 of 1 Print Date/Time: 5/1/2023 15:00 EDT

Lincoln/Guerrero 1883

[illegible]

GUERRERO, Sabrina M (id #170487, dob:

z 5/1/2023 13:13 RRD→18654716531 2/2

Covenant HEALTH

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MH#20000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex: | 3/10/1969 Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | | |

***Immunology-Serology***

<u>Sensitive Infectious Disease</u>

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| HSV Molecular Detection CSF+ | HUSSAIN,MOHAMMAD ISLAM MD | 04-23-118-1051 | 4/28/2023 15:05 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| HSV 1 PCR CSF | Negative ^ | | (Negative) | 5/1/2023 11:46 EDT |
| HSV 2 PCR CSF | Negative f1 ^ | | (Negative) | 5/1/2023 11:49 EDT |

Result Comments
f1: HSV 2 PCR CSF

Test Performed By:
Mayo Clinic Jacksonville Clinical Lab
4500 San Pablo Rd, Jacksonville, FL 32224
Lab Director: Gretchen Johns MD; CLIA# 10D0269902

Order Comments
O1: HSV Molecular Detection CSF+
Tube #4

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, ^=Performing



Lincoln/Guerrero 1884

Covenant HEALTH

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MH#IS0000923897 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex: | 3/10/1969 Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | | |

***Bacteriology***

| | | | |
|---|---|---|---|
| Procedure | Cerebrospinal Fluid Culture [f] | | |
| Source | Cerebrospinal Fluid | Accession: | 03-23-118-1060 |
| Collected Date/Time: | 4/28/2023 13:05 EDT | Body Site: | |
| Start Date/Time: | 4/28/2023 20:26 EDT | Free Text Source: | |
| Ordering Physician | HUSSAIN,MOHAMMAD ISLAM MD | | |

***AMENDMENT REPORT***
Amended Report
Verified Date/Time: 5/1/2023 10:06 EDT
No growth at 3 days.

***FINAL REPORT***
Final Report
Verified Date/Time: 4/29/2023 22:42 EDT
No WBCs seen
No organisms seen

Order Comments
#1: Cerebrospinal Fluid Culture
Tube #2

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

Report Request ID: 339002096 Page 1 of 1 Print Date/Time: 5/1/2023 10:31 EDT

[illegible]

GUERRERO, Sabrina M (id #170487, dob:



Covenant HEALTH

Morristown-Hamblen Healthcare System
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MH#S0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex: | 3/10/1969 Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | | |

***Bacteriology***

| | | | |
|---|---|---|---|
| Procedure | Cerebrospinal Fluid Culture | | |
| Source | Cerebrospinal Fluid | Accession: | 03-23-118-1050 |
| Collected Date/Time | 4/28/2023 13:05 EDT | Body Site: | |
| Start Date/Time | 4/28/2023 20:26 EDT | Free Text Source: | |
| Ordering Physician | HUSSAIN,MOHAMMAD ISLAM MD | | |

***AMENDED REPORT***
Amended Report
Verified Date/Time: [illegible] EDT
No growth at 2 days.

***FINAL REPORT***
Final Report
Verified Date/Time: [illegible] EDT
No WBCs seen
No organisms seen

Order Comments
01) Cerebrospinal Fluid [illegible]
Tube #2

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

Covenant HEALTH

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MH#IS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | 4/28/2023 |
| DOB/Sex: | 3/10/1969 Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director | Dr. Kent M. McGinley | | |

## *Bacteriology*

| | | | |
|---|---|---|---|
| Procedure | Cerebrospinal Fluid Culture [a] | | |
| Source: | Cerebrospinal Fluid | Accession: | 03-23-118-1060 |
| Collected Date/Time: | 4/28/2023 13:05 EDT | Body Site: | |
| Start Date/Time: | 4/28/2023 20:26 EDT | Free Text Source: | |
| Ordering Physician: | HUSSAIN,MOHAMMAD ISLAM MD | | |

***AMENDED REPORT***
Amended Report
Verified Date/Time: 4/29/2023 13:15 EDT
No growth at 1 day.

***FINAL REPORT***
Final Report
Verified Date/Time: 4/28/2023 22:42 EDT
No WBCs seen
No organisms seen

Order Comments
a1: Cerebrospinal Fluid Culture
Tube #2

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

[illegible]

**GUERRERO, Sabrina M (id #170487, dob:**

4/28/2023 23:01 | 18654716531 | 2/3

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MH#S0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | |
| DOB/Sex: | 3/10/1969 Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | | |

## *Immunology-Serology*

### Infectious Disease

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Cryptococcal Antigen CSF | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-1077 | 4/28/2023 13:05 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Cryptococcal Ag CSF | Negative * | | (Negative) | 4/28/2023 21:32 EDT |

Order Comments
01: Cryptococcal Antigen CSF
Tube #2

## *Body Fluids-Other Sources*

### CSF

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| CSF Cell Count with Differential | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-1077 | 4/28/2023 13:05 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| WBC CSF | [illegible] | cells/mcL | | 4/28/2023 21:41 EDT |
| RBC CSF | [illegible] | cells/mcL | | 4/28/2023 21:41 EDT |
| Tube Number CSF | 3 * | | | 4/28/2023 21:41 EDT |
| Color CSF | Colorless * | | | 4/28/2023 21:41 EDT |
| Clarity CSF | Clear * | | | 4/28/2023 21:41 EDT |

Order Comments
02: CSF Cell Count with Differential
Tube #3

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

**GUERRERO, Sabrina M (id #170487, dob:**



**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894

| | | | |
|---|---|---|---|
| Patient Name: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | |
| DOB/Sex: | 3/10/1969 Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |

## *Bacteriology*

| | | | |
|---|---|---|---|
| Procedure: | Cerebrospinal Fluid Culture | | |
| Source: | Cerebrospinal Fluid | Accession: | 03-23-118-1050 |
| Collected Date/Time: | 4/28/2023 13:05 EDT | Body Site: | |
| Start Date/Time: | 4/28/2023 20:26 EDT | Free Text Source: | |
| Ordering Physician: | HUSSAIN,MOHAMMAD ISLAM MD | | |

***FINAL REPORT***
Final Report
Verified Date/Time: 4/28/2023 [illegible] EDT

No WBCs seen
No organisms seen

Order Comments
GS: Cerebrospinal Fluid Culture
Tube #3

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

**GUERRERO, Sabrina M (id #170487, dob:**



**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MH#0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | |
| DOB/Sex: | 3/10/1969 Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | | |

## *Body Fluids-Other Sources*

CSF

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Glucose Level, CSF | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-1077 | 4/28/2023 13:05 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Glucose CSF | [illegible] | mg/dL | [40-70] | 4/28/2023 20:31 EDT |

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Protein, CSF | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-1077 | 4/28/2023 13:05 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Protein CSF | **46.0** * ^ | mg/dL | [15.0-45.0] | 4/28/2023 20:31 EDT |

Order Comments
01: Glucose Level, CSF
Tube #1
02: Protein, CSF
Tube #1

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

Covenant HEALTH

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MH#IS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | |
| DOB/Sex: | 3/10/1969 Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director | Dr. Kent M. McGinley | | |

## *Immunology-Serology*

**Autoimmune**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Rheumatoid Factor | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-0516 | 4/28/2023 10:34 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| RF Qnt | <10 | intlUnit/mL | [0-14] | 4/28/2023 16:04 EDT |

Performing Locations
*1: This test was performed at:
FSR Laboratory, Fort Sanders Regional Medical Center, 1901 Clinch Avenue, Knoxville, TN, 37916- , US

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

Report Request ID: 338726144 Page 1 of 1 Print Date/Time: 4/28/2023 16:30 EDT

**Lincoln/Guerrero 1891**

[illegible]

**GUERRERO, Sabrina M (id #170487, dob:**



**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

| | | | |
|---|---|---|---|
| Patient | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MH#IS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | |
| DOB/Sex: | 3/10/1969 Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | | |

## *Hematology*

**Miscellaneous Hematology**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Sed Rate, Automated | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-0515 | 4/28/2023 10:34 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Sed Rate Automated | 18 * | mm/hr | [0-15] | 4/28/2023 11:31 EDT |

## *Coagulation-Thrombosis*

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Fibrinogen Lvl | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-0509 | 4/28/2023 10:34 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Fibrinogen Lvl | 460 * | mg/dL | [200-450] | 4/28/2023 11:30 EDT |

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Prothrombin Time and INR | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-0509 | 4/28/2023 10:34 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Prothrombin Time | [illegible] | seconds | [11.5-15.0] | 4/28/2023 11:30 EDT |
| INR | 1.02 | | [0.80-1.20] | 4/28/2023 11:30 EDT |

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing



**Lincoln/Guerrero 1892**

[illegible]

**GUERRERO, Sabrina M (id #170487, dob:**



**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894

| | | | |
|---|---|---|---|
| Patient Name: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN | MHHS0000923597 | Admit | 4/28/2023 |
| FIN | 5311800614 | Disch | |
| DOB/Sex | 3/10/1969 Female | Admitting | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director | Dr. Kent M. McGinley | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |

## *Coagulation-Thrombosis*

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| PTT (Partial Thromboplastin Time) | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-0509 | 4/28/2023 10:34 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Partial Thromboplastin Time | [illegible] | seconds | (23.5-37.5) | 4/28/2023 [illegible] EDT |

## *Chemistry*

**Routine Chemistry**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| C-Reactive Protein | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-0510 | 4/28/2023 10:34 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| CRP | [illegible] | mg/dL | (0.00-0.50) | 4/28/2023 11:02 EDT |

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Glucose Level | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-0510 | 4/28/2023 10:34 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Glucose Lvl | [illegible] | mg/dL | (70-99) | 4/28/2023 11:03 EDT |

LEGEND c=Corrected (A)=Abnormal !=Critical L=Low H=High f=Result Comment i=interp Data *=Performing

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894

| | | | |
|---|---|---|---|
| Patient Name: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | |
| DOB/Sex: | 3/10/1969 Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | Copy To: | HUSSAIN MOHAMMAD ISLAM MD |

## *Chemistry*

Routine Chemistry

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Protein, Total | HUSSAIN,MOHAMMAD ISLAM MD | [illegible] | 4/28/2023 10:34 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Protein Total | [illegible] | g/dL | [illegible] | 4/28/2023 [illegible] EDT |

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894
Lab Phone: (423) 492-6600

Covenant HEALTH

| | | | |
|---|---|---|---|
| Patient | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MH#S0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | |
| DOB/Sex: | 3/10/1969 Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Location: | MHHS RAD | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | | |

***Hematology***

CBC and Differential

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| Automated Diff | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-0505 | 4/28/2023 10:34 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Neutrophil % Auto | 58.5 | % | [40.0-78.0] | 4/28/2023 10:42 EDT |
| Lymphocyte % Auto | 31.4 | % | [15.0-45.0] | 4/28/2023 10:42 EDT |
| Monocyte % Auto | 6.0 | % | [3.0-14.0] | 4/28/2023 10:42 EDT |
| Eosinophil % Auto | 2.9 | % | [0.0-5.0] | 4/28/2023 10:42 EDT |
| Basophil % Auto | 1.2 | % | [0.0-2.0] | 4/28/2023 10:42 EDT |
| Absolute Neuts | 4.1 | 10x3/uL | [1.5-8.0] | 4/28/2023 10:42 EDT |
| Absolute Lymphs | 2.2 | 10x3/uL | [1.0-4.0] | 4/28/2023 10:42 EDT |
| Absolute Monos | 0.4 | 10x3/uL | [0.3-1.1] | 4/28/2023 10:42 EDT |
| Absolute Eos | 0.2 | 10x3/uL | [0.0-0.6] | 4/28/2023 10:42 EDT |
| Absolute Basos | 0.1 | 10x3/uL | [0.0-0.2] | 4/28/2023 10:42 EDT |

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| CBC w/ Automated Differential | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-0505 | 4/28/2023 10:34 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| WBC | 6.9 | 10x3/uL | [4.4-11.0] | 4/28/2023 10:42 EDT |

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

[illegible]

**GUERRERO, Sabrina M (id #170487, dob:**



**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894

| | | | |
|---|---|---|---|
| Patient Name: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN | MHHS0000923597 | Admit | 4/28/2023 |
| FIN | 5311800814 | Disch: | |
| DOB/Sex | 3/10/1969 Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director | Dr. Kent M. McGinley | Copy To: | HUSSAIN,MOHAMMAD ISLAM MD |

## *Hematology*

**CBC and Differential**

| Orderable Name | Ordering Provider | Accession Number | Collected Date/Time |
|---|---|---|---|
| CBC w/ Automated Differential | HUSSAIN,MOHAMMAD ISLAM MD | 03-23-118-0500 | 4/28/2023 10:34 EDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| RBC | **5.11** H | 10x6/uL | [3.90-4.98] | 4/28/2023 10:42 EDT |
| Hgb | 15.2 | g/dL | [12.0-15.5] | 4/28/2023 10:42 EDT |
| Hct | **46.0** H | % | [35.0-45.0] | 4/28/2023 10:42 EDT |
| MCV | 90.1 | fL | [81.0-99.0] | 4/28/2023 10:42 EDT |
| MCH | 29.7 | pg | [26.0-33.0] | 4/28/2023 10:42 EDT |
| MCHC | **32.9** L | g/dL | [33.0-37.0] | 4/28/2023 10:42 EDT |
| RDW | 13.7 | % | [10.4-14.7] | 4/28/2023 10:42 EDT |
| Platelets | 252 | 10x3/uL | [140-450] | 4/28/2023 10:42 EDT |
| MPV | 9.7 | fL | [6.0-11.3] | 4/28/2023 10:42 EDT |

## *Canceled Laboratory Orders*

Order: **Immunofixation,Serum**
Order Start Date/Time: 4/28/2023 10:34 EDT
Order Status: Canceled Department Status: Canceled Activity Type: General Lab
End-state Date/Time: 4/28/2023 10:57 EDT End-state Reason: Lab Operations Cancel
Order Details: Blood, RT, 4/28/23 10:34:00 AM EDT, by FOWNET, HUSSAIN, MOHAMMAD ISLAM MD, ~INBEAIX

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, ^=Performing

**GUERRERO, Sabrina M (id #170487, dob:**



**Morristown-Hamblen Healthcare System**
908 West Fourth North Street
Morristown, TN 37814-3894

| | | | |
|---|---|---|---|
| Patient Name: | **GUERRERO, SABRINA MICHELLE** | | |
| MRN: | MHHS0000923597 | Admit: | 4/28/2023 |
| FIN: | 5311800614 | Disch: | |
| DOB/Sex: | 3/10/1969 Female | Admitting: | HUSSAIN,MOHAMMAD ISLAM MD |
| Lab Director: | Dr. Kent M. McGinley | Copy To: | HUSSAIN MOHAMMAD ISLAM MD |

***Canceled Laboratory Orders***

Order: **Protein Electrophoresis,Serum+**
Order Start Date/Time: 4/28/2023 10:34 EDT
Order Status: Canceled Department Status: Canceled Activity Type: General Lab
End-state Date/Time: 4/28/2023 10:49 EDT End-state Reason: Lab Operations Cancel
Order Details: Blood, ST, 4/28/23 10:34:00 AM EDT, by FSWEET, HUSSAIN, MOHAMMAD ISLAM MD, 43868417

LEGEND: c=Corrected, (A)=Abnormal, !=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing

GUERRERO, Sabrina M (id #170487, dob:

[illegible]

GUERRERO, Sabrina M (id #170487, dob:

## Imaging Results

GUERRERO, Sabrina M (id #170487, dob:

AMPAR1 IGG AB, QL, IFA, CSF 05/05/2023 (#65040010, 05/05/2023)



Confidential Information

Covenant HEALTH

**Release of Information Department**
1400 Centerpoint Blvd, Suite 172
Knoxville, TN 37932
Phone: (865) 374-5269 Fax: (865) 374-2038

Date/Time: 5/5/2023 8:30:44 PM

Number of Pages (including Cover Page): 2

To/Recipient: HUSSAIN, MOHAMMAD I

Phone Number/FAX: 1 865 471 6531

Comments: N/A ;

[NOTE: No Sensitive information such as *Protected Health Information* in the Subject Line!]

*****************************************************************************

Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the *Recipient* above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Covenant Health at (888) 731-3115 or notify Covenant Health by E-mail at IntegrityCompliance2@covhlth.com and arrange for the return or destruction of these documents. Documents received in error should be returned to Covenant Health – Confidential Information 3003 Lake Brook Boulevard, Suite 102, Knoxville, Tennessee 37909 (ATTN: Integrity Compliance Office)

Confidential Information

Covenant HEALTH

**Release of Information Department**

1400 Centerpoint Blvd, Suite 172
Knoxville, TN 37932
Phone: (865) 374-5269 Fax: (865) 374-2038

Date/Time: 5/8/2023 2:30:57 PM

Number of Pages (including Cover Page): 3

To/Recipient: HUSSAIN, MOHAMMAD I

Phone Number/FAX: 1 865 471 6531

Comments: N/A ;

[NOTE: No Sensitive Information such as *Protected Health Information* in the Subject Line!]

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the *Recipient* above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Covenant Health at (888) 731-3115 or notify Covenant Health by E-mail at IntegrityCompliance2@covhlth.com and arrange for the return or destruction of these documents. Documents received in error should be returned to Covenant Health – Confidential Information 3003 Lake Brook Boulevard, Suite 102, Knoxville, Tennessee 37909 (ATTN: Integrity Compliance Office)

**GUERRERO, Sabrina M (id #170487, dob:**

AQUAPORIN 4 RECEPTOR IGG AB, CSF 05/06/2023 (#65042022, 04/28/2023)

5/6/2023 10:31 RBD→18654716531 1/2

Confidential Information

Covenant HEALTH

**Release of Information Department**

1400 Centerpoint Blvd, Suite 172
Knoxville, TN 37932
Phone: (865) 374-5269 Fax: (865) 374-2038

Date/Time: 5/6/2023 10:31:18 AM

Number of Pages (including Cover Page): 2

To/Recipient: HUSSAIN, MOHAMMAD I

Phone Number/FAX: 1 865 471 6531

Comments: N/A ;

[NOTE: No Sensitive information such as*Protected Health Information*in the Subject Line!]

***********************************************************************

Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the *Recipient*above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Covenant Health at (888) 731-3115 or notify Covenant Health by E-mail at IntegrityCompliance2@covhlth.comand arrange for the return or destruction of these documents. Documents received in error should be returned to Covenant Health – Confidential Information 3003 Lake Brook Boulevard, Suite 102, Knoxville, Tennessee 37909 (ATTN: Integrity Compliance Office)

Confidential Information

Covenant HEALTH

**Release of Information Department**

1400 Centerpoint Blvd, Suite 172
Knoxville, TN 37932
Phone: (865) 374-5269 Fax: (865) 374-2038

Date/Time: 5/5/2023 12:31:28 PM

Number of Pages (including Cover Page): 3

To/Recipient: HUSSAIN, MOHAMMAD I

Phone Number/FAX: 1 865 471 6531

Comments: N/A ;

[NOTE: No Sensitive information such as *Protected Health Information* in the Subject Line!]

Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the *Recipient* above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Covenant Health at (888) 731-3115 or notify Covenant Health by E-mail at IntegrityCompliance2@covhlth.com and arrange for the return or destruction of these documents. Documents received in error should be returned to Covenant Health – Confidential Information 3003 Lake Brook Boulevard, Suite 102, Knoxville, Tennessee 37909 (ATTN: Integrity Compliance Office)

Confidential Information

Covenant HEALTH

**Release of Information Department**
1400 Centerpoint Blvd, Suite 172
Knoxville, TN 37932
Phone: (865) 374-5269 Fax: (865) 374-2038

Date/Time: 5/5/2023 10:32:01 AM

Number of Pages (including Cover Page): 3

To/Recipient: HUSSAIN, MOHAMMAD I

Phone Number/FAX: 1 865 471 6531

Comments: N/A ;

[NOTE: No Sensitive information such as *Protected Health Information* in the Subject Line!]

*******************************************************************************

Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the *Recipient* above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Covenant Health at (888) 731-3115 or notify Covenant Health by E-mail at IntegrityCompliance2@covhlth.com and arrange for the return or destruction of these documents. Documents received in error should be returned to Covenant Health – Confidential Information 3003 Lake Brook Boulevard, Suite 102, Knoxville, Tennessee 37909 (ATTN: Integrity Compliance Office)

GUERRERO, Sabrina M (id #170487, dob:

MYELIN BASIC PROTEIN (MBP), CSF 05/04/2023 (#65015789, 04/28/2023)

5/4/2023 16:31 RRD→18654716531 1/2

Confidential Information

Covenant HEALTH

**Release of Information Department**

1400 Centerpoint Blvd, Suite 172
Knoxville, TN 37932
Phone: (865) 374-5269 Fax: (865) 374-2038

Date/Time: 5/4/2023 4:31:04 PM

Number of Pages (including Cover Page): 2

To/Recipient: HUSSAIN, MOHAMMAD I

Phone Number/FAX: 1 865 471 6531

Comments: N/A ;

[NOTE: No Sensitive Information such as *Protected Health Information* in the Subject Line!]

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the *Recipient* above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Covenant Health at (888) 731-3115 or notify Covenant Health by E-mail at IntegrityCompliance2@covhlth.com and arrange for the return or destruction of these documents. Documents received in error should be returned to Covenant Health – Confidential Information 3003 Lake Brook Boulevard, Suite 102, Knoxville, Tennessee 37909 (ATTN: Integrity Compliance Office)

GUERRERO, Sabrina M (id #170487, dob:

ANA (ANTINUCLEAR ANTIBODIES) SCREEN, IFA, SERUM 05/04/2023 (#65010218, 04/28/2023)



Confidential Information

Covenant HEALTH

**Release of Information Department**

1400 Centerpoint Blvd, Suite 172
Knoxville, TN 37932
Phone: (865) 374-5269 Fax: (865) 374-2038

Date/Time: 5/4/2023 2:34:45 PM

Number of Pages (including Cover Page): 2

To/Recipient: HUSSAIN, MOHAMMAD I

Phone Number/FAX: 1 865 471 6531

Comments: N/A ;

[NOTE: No Sensitive information such as *Protected Health Information* in the Subject Line!]

*****************************************************************************

Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the *Recipient* above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Covenant Health at (888) 731-3115 or notify Covenant Health by E-mail at IntegrityCompliance2@covhlth.com and arrange for the return or destruction of these documents. Documents received in error should be returned to Covenant Health – Confidential Information 3003 Lake Brook Boulevard, Suite 102, Knoxville, Tennessee 37909 (ATTN: Integrity Compliance Office)

GUERRERO, Sabrina M (id #170487, dob:

CULTURE, CSF 05/02/2023 (#64946285, 04/28/2023)

5/2/2023 14:30 RRD→18654716531 1/2

Confidential Information

Covenant HEALTH

**Release of Information Department**

1400 Centerpoint Blvd, Suite 172
Knoxville, TN 37932
Phone: (865) 374-5269 Fax: (865) 374-2038

Date/Time: 5/2/2023 2:30:36 PM

Number of Pages (including Cover Page): 2

To/Recipient: HUSSAIN, MOHAMMAD I

Phone Number/FAX: 1 865 471 6531

Comments: N/A ;

[NOTE: No Sensitive Information such as *Protected Health Information* in the Subject Line!]

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the *Recipient* above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Covenant Health at (888) 731-3115 or notify Covenant Health by E-mail at IntegrityCompliance2@covhlth.com and arrange for the return or destruction of these documents. Documents received in error should be returned to Covenant Health – Confidential Information 3003 Lake Brook Boulevard, Suite 102, Knoxville, Tennessee 37909 (ATTN: Integrity Compliance Office)

GUERRERO, Sabrina M (id #170487, dob:

CULTURE, CSF 05/02/2023 (#64938343, 04/28/2023)

5/2/2023 11:46 RRD→18654716531 1/2

Confidential Information

Covenant HEALTH

**Release of Information Department**

1400 Centerpoint Blvd, Suite 172
Knoxville, TN 37932
Phone: (865) 374-5269 Fax: (865) 374-2038

Date/Time: 5/2/2023 11:46:17 AM

Number of Pages (including Cover Page): 2

To/Recipient: HUSSAIN, MOHAMMAD I

Phone Number/FAX: 1 865 471 6531

Comments: N/A ;

[NOTE: No Sensitive information such as *Protected Health Information* in the Subject Line!]

************************************************************************

Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the *Recipient* above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Covenant Health at (888) 731-3115 or notify Covenant Health by E-mail at IntegrityCompliance2@covhlth.com and arrange for the return or destruction of these documents. Documents received in error should be returned to Covenant Health – Confidential Information 3003 Lake Brook Boulevard, Suite 102, Knoxville, Tennessee 37909 (ATTN: Integrity Compliance Office)

Confidential Information

Covenant HEALTH

**Release of Information Department**

1400 Centerpoint Blvd, Suite 172
Knoxville, TN 37932
Phone: (865) 374-5269 Fax: (865) 374-2038

**Date/Time: 5/2/2023 7:54:18 AM**

**Number of Pages (including Cover Page): 3**

**To/Recipient: HUSSAIN, MOHAMMAD I**

**Phone Number/FAX: 1 865 471 6531**

**Comments: N/A ;**

[NOTE: No Sensitive Information such as *Protected Health Information* in the Subject Line!]

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the *Recipient* above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Covenant Health at (888) 731-3115 or notify Covenant Health by E-mail at IntegrityCompliance2@covhlth.com and arrange for the return or destruction of these documents. Documents received in error should be returned to Covenant Health – Confidential Information 3003 Lake Brook Boulevard, Suite 102, Knoxville, Tennessee 37909 (ATTN: Integrity Compliance Office)

Confidential Information

Covenant HEALTH

**Release of Information Department**
1400 Centerpoint Blvd, Suite 172
Knoxville, TN 37932
Phone: (865) 374-5269 Fax: (865) 374-2038

Date/Time: 5/1/2023 3:01:42 PM

Number of Pages (including Cover Page): 2

To/Recipient: HUSSAIN, MOHAMMAD I

Phone Number/FAX: 1 865 471 6531

Comments: N/A ;

[NOTE: No Sensitive information such as*Protected Health Information*in the Subject Line!]

************************************************************************

Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the *Recipient*above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Covenant Health at (888) 731-3115 or notify Covenant Health by E-mail at IntegrityCompliance2@covhlth.comand arrange for the return or destruction of these documents. Documents received in error should be returned to Covenant Health – Confidential Information 3003 Lake Brook Boulevard, Suite 102, Knoxville, Tennessee 37909 (ATTN: Integrity Compliance Office)

Confidential Information

Covenant HEALTH

**Release of Information Department**
1400 Centerpoint Blvd, Suite 172
Knoxville, TN 37932
Phone: (865) 374-5269 Fax: (865) 374-2038

Date/Time: 5/1/2023 1:13:47 PM

Number of Pages (including Cover Page): 2

To/Recipient: HUSSAIN, MOHAMMAD I

Phone Number/FAX: 1 865 471 6531

Comments: N/A ;

[NOTE: No Sensitive information such as*Protected Health Information*in the Subject Line!]

*****************************************************************************

Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the *Recipient*above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Covenant Health at (888) 731-3115 or notify Covenant Health by E-mail at IntegrityCompliance2@covhlth.comand arrange for the return or destruction of these documents. Documents received in error should be returned to Covenant Health – Confidential Information 3003 Lake Brook Boulevard, Suite 102, Knoxville, Tennessee 37909 (ATTN: Integrity Compliance Office)

Confidential Information

Covenant HEALTH

**Release of Information Department**
1400 Centerpoint Blvd, Suite 172
Knoxville, TN 37932
Phone: (865) 374-5269 Fax: (865) 374-2038

Date/Time: 5/1/2023 10:31:40 AM

Number of Pages (including Cover Page): 2

To/Recipient: HUSSAIN, MOHAMMAD I

Phone Number/FAX: 1 865 471 6531

Comments: N/A ;

[NOTE: No Sensitive Information such as *Protected Health Information* in the Subject Line!]

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the *Recipient* above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Covenant Health at (888) 731-3115 or notify Covenant Health by E-mail at IntegrityCompliance2@covhlth.com and arrange for the return or destruction of these documents. Documents received in error should be returned to Covenant Health – Confidential Information 3003 Lake Brook Boulevard, Suite 102, Knoxville, Tennessee 37909 (ATTN: Integrity Compliance Office)

**GUERRERO, Sabrina M (id #170487, dob:**

BACTERIAL ANTIGEN PANEL, CSF 04/30/2023 (#64888243, 04/28/2023)

4/30/2023 12:30 888→18654716531 1/2

Confidential Information

Covenant HEALTH

**Release of Information Department**
1400 Centerpoint Blvd, Suite 172
Knoxville, TN 37932
Phone: (865) 374-5269 Fax: (865) 374-2038

Date/Time: 4/30/2023 12:30:40 PM

Number of Pages (including Cover Page): 2

To/Recipient: HUSSAIN, MOHAMMAD I

Phone Number/FAX: 1 865 471 6531

Comments: N/A ;

[NOTE: No Sensitive Information such as *Protected Health Information* in the Subject Line!]

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the *Recipient* above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Covenant Health at (888) 731-3115 or notify Covenant Health by E-mail at IntegrityCompliance2@covhlth.com and arrange for the return or destruction of these documents. Documents received in error should be returned to Covenant Health – Confidential Information 3003 Lake Brook Boulevard, Suite 102, Knoxville, Tennessee 37909 (ATTN: Integrity Compliance Office)

Confidential Information

Covenant HEALTH

**Release of Information Department**
1400 Centerpoint Blvd, Suite 172
Knoxville, TN 37932
Phone: (865) 374-5269 Fax: (865) 374-2038

Date/Time: 4/29/2023 2:31:09 PM

Number of Pages (including Cover Page): 2

To/Recipient: HUSSAIN, MOHAMMAD I

Phone Number/FAX: 1 865 471 6531

Comments: N/A ;

[NOTE: No Sensitive information such as*Protected Health Information*in the Subject Line!]

********************************************************************

Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the *Recipient*above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Covenant Health at (888) 731-3115 or notify Covenant Health by E-mail at IntegrityCompliance2@covhlth.comand arrange for the return or destruction of these documents. Documents received in error should be returned to Covenant Health – Confidential Information 3003 Lake Brook Boulevard, Suite 102, Knoxville, Tennessee 37909 (ATTN: Integrity Compliance Office)

**GUERRERO, Sabrina M (id #170487, dob:**

CRYPTOCOCCUS AB, CSF 04/28/2023 (#64883278, 04/28/2023)



Confidential Information

Covenant HEALTH

**Release of Information Department**

1400 Centerpoint Blvd, Suite 172
Knoxville, TN 37932
Phone: (865) 374-5269 Fax: (865) 374-2038

Date/Time: 4/28/2023 11:00:57 PM

Number of Pages (including Cover Page): 3

To/Recipient: HUSSAIN, MOHAMMAD I

Phone Number/FAX: 1 865 471 6531

Comments: N/A ;

[NOTE: No Sensitive Information such as *Protected Health Information* in the Subject Line!]

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the *Recipient* above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Covenant Health at (888) 731-3115 or notify Covenant Health by E-mail at IntegrityCompliance2@covhlth.com and arrange for the return or destruction of these documents. Documents received in error should be returned to Covenant Health – Confidential Information 3003 Lake Brook Boulevard, Suite 102, Knoxville, Tennessee 37909 (ATTN: Integrity Compliance Office)

Confidential Information

Covenant HEALTH

**Release of Information Department**
1400 Centerpoint Blvd, Suite 172
Knoxville, TN 37932
Phone: (865) 374-5269 Fax: (865) 374-2038

Date/Time: 4/28/2023 8:30:55 PM

Number of Pages (including Cover Page): 2

To/Recipient: HUSSAIN, MOHAMMAD I

Phone Number/FAX: 1 865 471 6531

Comments: N/A ;

[NOTE: No Sensitive information such as *Protected Health Information* in the Subject Line!]

************************************************************

Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the *Recipient* above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Covenant Health at (888) 731-3115 or notify Covenant Health by E-mail at IntegrityCompliance2@covhlth.com and arrange for the return or destruction of these documents. Documents received in error should be returned to Covenant Health – Confidential Information 3003 Lake Brook Boulevard, Suite 102, Knoxville, Tennessee 37909 (ATTN: Integrity Compliance Office)

**GUERRERO, Sabrina M (id #170487, dob:**

RF (RHEUMATOID FACTOR), SERUM 04/28/2023 (#64881274, 04/28/2023)

4/28/2023 16:31 1/2

Confidential Information

Covenant HEALTH

**Release of Information Department**

1400 Centerpoint Blvd, Suite 172
Knoxville, TN 37932
Phone: (865) 374-5269 Fax: (865) 374-2038

Date/Time: 4/28/2023 4:31:22 PM

Number of Pages (including Cover Page): 2

To/Recipient: HUSSAIN, MOHAMMAD I

Phone Number/FAX: 1 865 471 6531

Comments: N/A ;

[NOTE: No Sensitive information such as *Protected Health Information* in the Subject Line!]

**************************************************************************

Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the *Recipient* above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Covenant Health at (888) 731-3115 or notify Covenant Health by E-mail at IntegrityCompliance2@covhlth.com and arrange for the return or destruction of these documents. Documents received in error should be returned to Covenant Health – Confidential Information 3003 Lake Brook Boulevard, Suite 102, Knoxville, Tennessee 37909 (ATTN: Integrity Compliance Office)

GUERRERO, Sabrina M (id #170487, dob:

ERYTHROCYTE SEDIMENTATION RATE BY WESTERGREN METHOD 04/28/2023
(#64872274, 04/28/2023)

4/28/2023 12:31 → 18654716531 1/4

Confidential Information

Covenant HEALTH

**Release of Information Department**
1400 Centerpoint Blvd, Suite 172
Knoxville, TN 37932
Phone: (865) 374-5269 Fax: (865) 374-2038

**Date/Time: 4/28/2023 12:31:37 PM**

**Number of Pages (including Cover Page):** 4

**To/Recipient: HUSSAIN, MOHAMMAD I**

**Phone Number/FAX: 1 865 471 6531**

**Comments: N/A ;**

**[NOTE: No Sensitive Information such as *Protected Health Information* in the Subject Line!]**

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the *Recipient* above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Covenant Health at (888) 731-3115 or notify Covenant Health by E-mail at IntegrityCompliance2@covhlth.com and arrange for the return or destruction of these documents. Documents received in error should be returned to Covenant Health – Confidential Information 3003 Lake Brook Boulevard, Suite 102, Knoxville, Tennessee 37909 (ATTN: Integrity Compliance Office)

**Lincoln/Guerrero 1918**

Confidential Information

Covenant HEALTH

**Release of Information Department**

1400 Centerpoint Blvd, Suite 172
Knoxville, TN 37932
Phone: (865) 374-5269 Fax: (865) 374-2038

Date/Time: 4/28/2023 11:44:19 AM

Number of Pages (including Cover Page): 4

To/Recipient: HUSSAIN, MOHAMMAD I

Phone Number/FAX: 1 865 471 6531

Comments: N/A ;

[NOTE: No Sensitive Information such as *Protected Health Information* in the Subject Line!]

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the *Recipient* above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Covenant Health at (888) 731-3115 or notify Covenant Health by E-mail at IntegrityCompliance2@covhlth.com and arrange for the return or destruction of these documents. Documents received in error should be returned to Covenant Health – Confidential Information 3003 Lake Brook Boulevard, Suite 102, Knoxville, Tennessee 37909 (ATTN: Integrity Compliance Office)

Request Corr.

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

**Jefferson City Medical- Dr. Aqueel**
**657 E Broadway Blvd. Ste C**
**ATTN: MEDICAL RECORDS**
**Jefferson City, TN 37760**

Date Jun 9, 2023

**Re: Long Term Disability Benefits**
Claim# 10977765 12827197
Claimant: GUERRERO, SABRINA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: TBQNNY

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From February 25, 2023 to Present**
**All Medical Records Seen by Dr. Mohammad Hussain**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Mario Antonio Abello
Disability Information Specialist
Phone No.: (213) 269-4241
Fax No: (213) 884-4921

RPID: 10977765

Request Corr.

DocuSign Envelope ID: BE39E0E3-062E-4818-952A-12B2D5505EE7

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Sabrina Guerrero

Name of legal representative, if applicable (print) Sabrina Guerrero Relationship Self

Signature of claimant or legal representative [signature] Date: 3/31/2023

Date of Birth: __ ______ Claim Number: 12827197

**A copy of this authorization will be considered as valid as the original.**

Request Corr.

Lincoln Financial Group

Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

LincolnFinancial.com

March 16, 2023

To Whom It May Concern,

The Lincoln National Life Insurance company authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

Electronic mail to: charts@releasepoint.com
Secure fax to: (213) 884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Shaun M. Donahue
Assistant Vice President, Clinical Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

*Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.*



RPID: 10977765

Request Corr.



## Medical Records - CONFIDENTIAL

**FROM:** TN - HEALTHSTAR PHYSICIANS

Sarah P
1400 Dowell Springs Blvd, Suite 340, KNOXVILLE, TN 37909-2456
Phone: (865) 588-1605
Fax: 865-588-1608

**TO:**

**Name: GUERRERO, SABRINA M**

**DOB:**

**Date Range: 02/25/2023 to 06/14/2023**

**This document contains the following records of the patient:**
- **Facesheet**
- **Encounters and Procedures**
- **Imaging Results**
- **Lab Results**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:170487-A-3525]

Confidential Information

Covenant HEALTH

**Release of Information Department**

1400 Centerpoint Blvd, Suite 172
Knoxville, TN 37932
Phone: (865) 374-5269 Fax: (865) 374-2038

Date/Time: 4/28/2023 3:53:21 PM

Number of Pages (including Cover Page): 2

To/Recipient: HUSSAIN, MOHAMMAD I

Phone Number/FAX: 1 865 471 6531

Comments: N/A ;

[NOTE: No Sensitive Information such as *Protected Health Information* in the Subject Line!]

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Confidentiality Notice

This facsimile contains Confidential Protected Health Information that is legally privileged and protected. This information is intended only for the use of the individual or entity named as the *Recipient* above. If you are not the intended recipient of this information or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please immediately notify Covenant Health at (888) 731-3115 or notify Covenant Health by E-mail at IntegrityCompliance2@covhlth.com and arrange for the return or destruction of these documents. Documents received in error should be returned to Covenant Health – Confidential Information 3003 Lake Brook Boulevard, Suite 102, Knoxville, Tennessee 37909 (ATTN: Integrity Compliance Office)

# Quality Assurance Report

**Request Information**

Report Date: June 20, 2023

**RP ID:** 10977765

Patient Name: GUERRERO, SABRINA

Provider Name: Jefferson City Medical- Dr. Aqueel

**Quality Assurance Information**

Scope Requested: **From February 25, 2023 to Present**

Special Request:
All Medical Records Seen by Dr. Mohammad Hussain

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: AJYOR

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Daily Note:** 06/14/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 2
**Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function. Patient reported," I am doing good, I still have pain in my low back and pain is worse in my knees."
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene: Grooming, Bathing
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing
**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry
**Pain Location:** low back
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2 **Previous Findings as of 06/07/2023 - Worst:6 Best:0 Current:0*
**Pain Description:** Dull/Achy
**Pain Location:** R knee
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 4 **Previous Findings as of 06/07/2023 - Worst:6 Best:0 Current:0*
**Pain Description:** Throbbing
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),
**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair, )
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet: Aquatic exercises performed in standing and sitting to improve strength and endurance and tolerance. | 3 |

*CPT copyright 2022 American Medical Association. All rights reserved.*

Objective Findings
6/14/23
BUE/LE strength 3+/5
Poor endurance

## Assessment

**Assessment/Diagnosis:** Patient still presenting with decreased endurance and strength but tolerated aquatic therapy well with no adverse reactions noted. Rest breaks incorporated due to fatigue. Pt did well with balance activities as well as strengthening. Patient required some UE assistance for support during standing activities. Will continue skilled therapy to further progress strength and endurance as to help with ease of daily activities.

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 06/14/2023

# Daily Note / Billing Sheet

**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques.
**Rehab Potential:** Good
**Patient Problems:**
- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**
1: (4 Weeks) | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | Improved function (LEFS:36) to increase ease with ADLs |
**Long Term Goals:**
1: (8 Weeks) | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | Improved function (LEFS:45) to increase ease with household chores |
Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:**
Will continue to progress patient as tolerated with aquatic activities.

Christian Dillard
License #7756
*Initiated by Christian Dillard on June 14, 2023 at 10:24 am*

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Co-Signed by Dr. Jan Paul Dela Cruz, PT, DPT on June 14, 2023 at 11:46 am*


Powered by WebPT™

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Daily Note:** 06/16/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 3
**Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.

Pt reported," I was really sore after last session and I am still very sore all over."

**Before the injury/onset/change of status date, the patient was able to perform the following activities:**

**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation

**Current Functional Limitations:**

**Self Care:** Hygiene: Grooming, Bathing
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing
**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry

**Pain Location:** low back
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 6 **Previous Findings as of 06/14/2023 - Worst:6 Best:0 Current:2*
**Pain Description:** Dull/Achy

**Pain Location:** R knee
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 6 **Previous Findings as of 06/14/2023 - Worst:6 Best:0 Current:4*
**Pain Description:** Throbbing

**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),
**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair, )
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>Ther ex was facilitated in standing in pool to increase ROM, strength, stability and to improve posture and gait pattern. See Flowsheet | 3 |

*CPT copyright 2022 American Medical Association. All rights reserved.*

Objective Findings
6/14/23
BUE/LE strength 3+/5
Poor endurance

## Assessment

**Assessment/Diagnosis:** Pt is voicing increased pain and is exhibiting decreased ROM, strength w/forward flexed head/neck w/ rounded shoulders. Pt was able to tolerate treatment w/incorporated rest breaks well w/no adverse effects. Pt required VC and demonstration to perform exercises correctly. Pt requires skilled therapy to achieve POC goals.


Powered by WebPT™

**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques, pacing w/tasks
**Rehab Potential:** Good
**Patient Problems:**
- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**
1: (4 Weeks) | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | Improved function (LEFS:36) to increase ease with ADLs |

**Long Term Goals:**
1: (8 Weeks) | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | Improved function (LEFS:45) to increase ease with household chores |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:**
Continue per POC as tolerated

Ellen Starr
License #5961
*Initiated by Ellen Starr on June 16, 2023 at 10:33 am*

Dr. Ma. Paz Corazon Alana, PT, DPT
License #2308
*Electronically Co-Signed by Dr. Ma. Paz Corazon Alana, PT, DPT on June 16, 2023 at 10:36 am*

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Sabrina Guerrero

Name of legal representative, if applicable (print) Sabrina Guerrero Relationship Self

DocuSigned by:
4FC096756D4D4AD...

Signature of claimant or legal representative ____________ Date: 6/17/2023

Date of Birth: ____ Claim Number: 12827197

**A copy of this authorization will be considered as valid as the original.**



**Lincoln/Guerrero 1930**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________ Date: ____________

Date of Birth: ____________ Claim Number: 12827197

**A copy of this authorization will be considered as valid as the original.**

## Medical Record Overview

**Date:** **June 16, 2023**

**Patient Name:** GUERRERO, SABRINA

**Records From:** Tennova Bariatric
10800 Parkside Dr., 3rd Floor
Knoxville, TN 37934
(865) 218-7011

**Request Scope:** From January 1, 2023 to Present

**Chart Range:** 04/26/2023 - 04/26/2023

**RP ID:** 10977763

**Client ID:** 12827197

**Source:** L-CLTLTD

**Req By:** A Moultrie
09-LF0132

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Apr 26 2023 | Apr 26 2023 | 2 | 2 |
| Labs/Diagnostics | Apr 26 2023 | Apr 26 2023 | 6 | 4 |
| Request Corr. | | | 3 | 10 |
| Billing | | | 1 | 13 |

**Total Page Count:** 12

**Notes From QC:**

**Lincoln/Guerrero 1932**

sharecare

RELEASEPOINT- SAINT PETERS
PO BOX 1390
ST PETERS MO 63376-0121

18922002
Jun 14 2023 1:10 PM
SABRINA GUERRERO

TN200
Jun 16 2023 5:48 AM

12

**CONFIDENTIAL - MEDICAL RECORDS**

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

**Tennova - Turkey Creek Medical Center**

10820 Parkside Dr
Knoxville, TN 37934-1956
(865) 218-7011

| | | | |
|---|---|---|---|
| **Patient:** | **GUERRERO, SABRINA M** | Adm Date: | 4/26/2023 13:20 EDT |
| MRN: | 331334 | Dch Date: | 4/26/2023 23:59 EDT |
| Account #: | 8968708 | Attending: | SPOO,TAYLOR F NP |
| Service Code: | REF Reference Lab | Primary Care: | PHILLIPS,FLOYD E MD |
| Room #: | Bed #: | DOB/Sex: | Female |

***Facesheets***

| | | | |
|---|---|---|---|
| **Patient:** | **GUERRERO, SABRINA M** | Adm Date: | 4/26/2023 |
| MRN: | 331334 | Attending: | SPOO,TAYLOR F NP |
| Account #: | 8968708 | Primary Care: | PHILLIPS,FLOYD E MD |
| Service Code: | REF Reference Lab | DOB/Sex: | Female |
| Room #: | Bed #: | | |

***Facesheets***

| | | | |
|---|---|---|---|
| **Patient:** | **GUERRERO, SABRINA M** | Adm Date: | 4/26/2023 |
| MRN: | 331334 | Attending: | SPOO,TAYLOR F NP |
| Account #: | 8968708 | Primary Care: | PHILLIPS,FLOYD E MD |
| Service Code: | REF Reference Lab | DOB/Sex: | Female |
| Room #: | Bed #: | | |

## *Hematology*

c = Corrected Results | @ = Abnormal | C = Critical | L = Low | H = High | f = Result Comments | i = Interpretive Data | * = Performing Locations

Collected Date: 4/26/2023 10:35 EDT

| Procedure | Results | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| WBC | 7.3 *1 | x10^3/mcL | [3.7-10.7] | 4/26/2023 13:39 CDT |
| RBC | 4.89 *1 | x10^6/mcL | [3.40-5.30] | 4/26/2023 13:39 CDT |
| Hgb | 15.2 *1 | g/dL | [11.4-15.8] | 4/26/2023 13:39 CDT |
| HCT | 44.1 *1 | % | [34.0-47.0] | 4/26/2023 13:39 CDT |
| MCH | 31 *1 | pg | [26-33] | 4/26/2023 13:39 CDT |
| MCHC | 34 *1 | g/dL | [33-36] | 4/26/2023 13:39 CDT |
| MCV | 90 *1 | fL | [80-97] | 4/26/2023 13:39 CDT |
| Plt Cnt | 268 *1 | x10^3/mcL | [130-400] | 4/26/2023 13:39 CDT |
| MPV | 8.4 *1 | fL | [7.5-11.2] | 4/26/2023 13:39 CDT |
| RDW | 13.4 *1 | % | [11.5-16.0] | 4/26/2023 13:39 CDT |

Performing Locations

```
*1:    This test was performed at:
       TNTC Lab
```

## *Chemistry*

c = Corrected Results | @ = Abnormal | C = Critical | L = Low | H = High | f = Result Comments | i = Interpretive Data | * = Performing Locations

Collected Date: 4/26/2023 10:35 EDT

| Procedure | Results | Units | Reference Range | Verified Date/Time |
|---|---|---|---|---|
| Ferritin | 46.4 *1 | ng/mL | [10.0-291.0] | 4/26/2023 15:07 CDT |
| Magnesium | 2.1 *1 | mg/dL | [1.8-3.3] | 4/26/2023 15:07 CDT |
| Folate Lvl | >20.0 *1 | ng/mL | [5.0-20.0] | 4/26/2023 16:13 EDT |
| PTH Intact | **83.5** H *1 | pg/mL | [18.4-80.1] | 4/26/2023 14:26 CDT |
| Iron | 58 *1 | mcg/dL | [40-175] | 4/26/2023 15:07 CDT |
| IBC Total | 356 *1 | mcg/dL | [250-420] | 4/26/2023 15:07 CDT |
| Iron Saturation | **16** L *1 | % | [20-50] | 4/26/2023 15:07 CDT |
| Vit D 25OH | 78.0 i1 *1 | ng/mL | | 4/26/2023 14:26 CDT |
| Sodium | 140 *1 | mmol/L | [138-146] | 4/26/2023 15:07 CDT |
| Potassium | 4.2 *1 | mmol/L | [3.5-5.2] | 4/26/2023 15:07 CDT |
| Chloride | 112 *1 | mmol/L | [98-114] | 4/26/2023 15:07 CDT |
| Carbon Dioxide | 24 *1 | mmol/L | [22-33] | 4/26/2023 15:07 CDT |
| BUN | 17 *1 | mg/dL | [5-26] | 4/26/2023 15:07 CDT |
| Creatinine | 0.56 i2 *1 | mg/dL | [0.50-1.30] | 4/26/2023 15:07 CDT |
| eGFR | 108 i3 *1 | mL/min/1.73m² | [>=90] | 4/26/2023 15:07 CDT |
| Glucose | 92 *1 | mg/dL | [70-110] | 4/26/2023 15:07 CDT |
| Calcium | 9.0 *1 | mg/dL | [8.5-10.1] | 4/26/2023 15:07 CDT |

| | | | |
|---|---|---|---|
| **Patient:** | **GUERRERO, SABRINA M** | Adm Date: | 4/26/2023 |
| MRN: | 331334 | Attending: | SPOO,TAYLOR F NP |
| Account #: | 8968708 | Primary Care: | PHILLIPS,FLOYD E MD |
| Service Code: | REF Reference Lab | DOB/Sex: | Female |
| Room #: | Bed #: | | |

## *Chemistry*

c = Corrected Results @ = Abnormal C = Critical L = Low H = High f = Result Comments i = Interpretive Data * = Performing Locations

Collected Date: 4/26/2023 10:35 EDT

| **Procedure** | **Results** | **Units** | **Reference Range** | **Verified Date/Time** |
|---|---|---|---|---|
| Anion Gap | **4** L *1 | mmol/L | [5-15] | 4/26/2023 15:07 CDT |
| BUN/Crea Ratio | **30** H *1 | mmol/L | [6-22] | 4/26/2023 15:07 CDT |
| Albumin | 3.7 *1 | g/dL | [3.5-5.0] | 4/26/2023 15:07 CDT |
| Alkaline Phosphatase | **177** H *1 | IntlUnit/L | [50-136] | 4/26/2023 15:07 CDT |
| ALT | 45 *1 | IntlUnit/L | [13-61] | 4/26/2023 15:07 CDT |
| AST | 16 *1 | IntlUnit/L | [15-37] | 4/26/2023 15:07 CDT |
| Bili Total | 0.3 *1 | mg/dL | [0.0-1.2] | 4/26/2023 15:07 CDT |
| Prot Total | 7.3 *1 | g/dL | [6.1-8.6] | 4/26/2023 15:07 CDT |
| Globulin | 3.6 *1 | g/dL | [1.9-3.7] | 4/26/2023 15:07 CDT |
| Albumin/Globulin Ratio | 1.0 *1 | | [1.0-2.5] | 4/26/2023 15:07 CDT |
| Ca Corrected | 9.2 *1 | mg/dL | [8.5-10.1] | 4/26/2023 15:07 CDT |
| Vitamin B12 Lvl | 667 *1 | pg/mL | [246-911] | 4/26/2023 15:07 CDT |

Interpretive Data

i1: Vit D 25OH

| VITAMIN D STATUS | RANGE, ADULT | RANGE, PEDIATRIC |
|---|---|---|
| Deficiency | <20 ng/mL | <15 ng/mL |
| Insufficiency | 20-30 ng/mL | 15-20 ng/mL |
| Sufficiency | 30-100 ng/mL | 20-100 ng/mL |
| Toxicity | >100 ng/mL | >100 ng/mL |

Fluorescein angiography dye may cause falsely elevated vitamin D values.

i2: Creatinine

The GFR normal range may vary by factors including extreme body size, pregnancy, hospital treatment, other ethnicities, etc.

i3: eGFR

CKD is defined by the presence of glomerular filtration rate (GFR) <60 mL for >3 months and/or evidence of kidney damage (eg, structural abnormalities, histologic abnormalities, albuminuria, urinary sediment abnormalities, renal tubular disorders, and/or history of kidney transplantation) for >3months.

This table provides interpretation of specific eGFR values. Creatinine measurements, and therefore eGFR calculations, are affected by very high or very low muscle mass, muscle injury, a diet very high in meat, hepatic cirrhosis, certain drugs, etc.

Stages of CKD:

| Stage | Description | GFR mL/min |
|---|---|---|
| 1 | Kidney damage with normal or increased GFR | 90 |
| 2 | Kidney damage with mild decrease in GFR | 60 to 89 |
| 3 | Moderate decrease in GFR | 30 to 59 |
| 4 | Severe decrease in GFR | 15 to 29 |

| | | | |
|---|---|---|---|
| **Patient:** | **GUERRERO, SABRINA M** | Adm Date: | 4/26/2023 |
| MRN: | 331334 | Attending: | SPOO,TAYLOR F NP |
| Account #: | 8968708 | Primary Care: | PHILLIPS,FLOYD E MD |
| Service Code: | REF Reference Lab | DOB/Sex: | Female |
| Room #: | Bed #: | | |

## *Chemistry*

c = Corrected Results | @ = Abnormal | C = Critical | L = Low | H = High | f = Result Comments | i = Interpretive Data | * = Performing Locations

Interpretive Data

i3: eGFR

5 Kidney failure <15 (or dialysis)

Note: GFR Normal range >60, equation not validated for ages <18 and >70 and pregnant women.

Performing Locations

*1: This test was performed at:
TNTC Lab

## *Reference Tests*

c = Corrected Results | @ = Abnormal | C = Critical | L = Low | H = High | f = Result Comments | i = Interpretive Data | * = Performing Locations

| Orderable Name | Accession Number | Collected Date/Time |
|---|---|---|
| Copper (CQ) | 304-23-116-00716 | 4/26/2023 10:35 EDT |

| **Procedure** | **Result** | **Units** | **Reference Range** | **Verified Date/Time** |
|---|---|---|---|---|
| CopperCQ | 124 [f1] [*1] | mcg/dL | [70-175] | 4/28/2023 15:24 EDT |

Result Comments

f1: CopperCQ

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute Chantilly, VA. It has not been cleared or approved by the U.S. Food and Drug Administration. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

Lab test performed by:
Lab Mnemonic: AMD
Quest Diagnostics Nichols Institute
14225 Newbrook Drive
Chantilly, VA 20151
Patrick W Mason, MD PhD

| Orderable Name | Accession Number | Collected Date/Time |
|---|---|---|
| Vitamin A (CQ) | 304-23-116-00716 | 4/26/2023 10:35 EDT |

| **Procedure** | **Result** | **Units** | **Reference Range** | **Verified Date/Time** |
|---|---|---|---|---|
| VitARetinolCQ | 53 [f2] [*1] | mcg/dL | [38-98] | 5/2/2023 03:30 EDT |

| | | | |
|---|---|---|---|
| **Patient:** | **GUERRERO, SABRINA M** | Adm Date: | 4/26/2023 |
| MRN: | 331334 | Attending: | SPOO,TAYLOR F NP |
| Account #: | 8968708 | Primary Care: | PHILLIPS,FLOYD E MD |
| Service Code: | REF Reference Lab | DOB/Sex: | Female |
| Room #: | Bed #: | | |

## *Reference Tests*

c = Corrected Results   @ = Abnormal   C = Critical   L = Low   H = High   f = Result Comments   i = Interpretive Data   * = Performing Locations

Result Comments

```
f2:    VitARetinolCQ

       Vitamin supplementation within 24 hours prior to
       blood draw may affect the accuracy of the results.

       This test was developed and its analytical performance
       characteristics have been determined by Quest
       Diagnostics Nichols Institute Chantilly, VA. It has
       not been cleared or approved by the U.S. Food and Drug
       Administration. This assay has been validated pursuant
       to the CLIA regulations and is used for clinical
       purposes.

       Lab test performed by:
       Lab Mnemonic: AMD
       Quest Diagnostics Nichols Institute
       14225 Newbrook Drive
       Chantilly, VA 20151
       Patrick W Mason, MD PhD
```

| Orderable Name | Accession Number | Collected Date/Time |
|---|---|---|
| Zinc (CQ) | 304-23-116-00716 | 4/26/2023 10:35 EDT |

| **Procedure** | **Result** | **Units** | **Reference Range** | **Verified Date/Time** |
|---|---|---|---|---|
| ZincCQ | 73 f1 *1 | mcg/dL | [60-130] | 4/28/2023 15:24 EDT |

Result Comments

```
f1:    ZincCQ

       This test was developed and its analytical performance
       characteristics have been determined by Quest
       Diagnostics Nichols Institute Chantilly, VA. It has
       not been cleared or approved by the U.S. Food and Drug
       Administration. This assay has been validated pursuant
       to the CLIA regulations and is used for clinical
       purposes.

       Lab test performed by:
       Lab Mnemonic: AMD
       Quest Diagnostics Nichols Institute
       14225 Newbrook Drive
       Chantilly, VA 20151
       Patrick W Mason, MD PhD
```

| | | | |
|---|---|---|---|
| **Patient:** | **GUERRERO, SABRINA M** | Adm Date: | 4/26/2023 |
| MRN: | 331334 | Attending: | SPOO,TAYLOR F NP |
| Account #: | 8968708 | Primary Care: | PHILLIPS,FLOYD E MD |
| Service Code: | REF Reference Lab | DOB/Sex: | Female |
| Room #: | Bed #: | | |

## *Reference Tests*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| c = Corrected Results | @ = Abnormal | C = Critical | L = Low | H = High | f = Result Comments | i = Interpretive Data | * = Performing Locations |

Performing Locations

```
*1:   This test was performed at:
      TNTC Lab
```



**Lincoln/Guerrero 1940**

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

TENNOVA TURKEY CREEK MEDICAL CENTER
10820 PARKSIDE DR
ATTN: MEDICAL RECORDS
KNOXVILLE, TN 37934

Date: Jun 8, 2023

**Re: Long Term Disability Benefits**
Claim# 10977763 12827197
Claimant: GUERRERO, SABRINA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: TEN023

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From January 1, 2023 to Present**

**Medical Records: This is our 3rd time sending a request for medicals. Please respond and send the medicals for the timeframe requested as soon as possible. Seen by Tennova Bariatric**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Regina Singzon
Disability Information Specialist
Phone No.: (213) 266-5039
Fax No: (213) 884-4921

RPID: 10977763

**Lincoln/Guerrero 1941**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Sabrina Guerrero

Name of legal representative, if applicable (print) Sabrina Guerrero Relationship Self

DocuSigned by: Sabrina Guerrero
4FC086756D4D4AD

Signature of claimant or legal representative ______ Date: 3/31/2023

Date of Birth: ______ Claim Number: 12827197

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

**Lincoln Financial Group**
100 Liberty Way
Dover, NH 03820

LincolnFinancial.com

March 16, 2023

To Whom It May Concern,

The Lincoln National Life Insurance company authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

Electronic mail to: charts@releasepoint.com
Secure fax to: (213) 884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Shaun M. Donahue
Assistant Vice President, Clinical Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376



*Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.*

*** Facesheet - Auth (Verified) ***

Turkey Creek Metro Knoxville Med
10820 Parkside Drive
Knoxville, TN 37934-1956
(865) 218-7011

| Patient Number | I/P – O/P | Adv. Directive | Chart Number |
|---|---|---|---|
| 8968708 | O | U | 000331334 |

| Patient Name & Address | Birthdate | Ethnicity | Preferred Language |
|---|---|---|---|
| GUERRERO SABRINA M | / | NOT HISPANIC OR LAT | E |

| Patient Social Security Number | Age | Sex | Race | Status | Rel |
|---|---|---|---|---|---|
| | 54 | F | W | M | K |

| Privacy Notice Received (Y/N) / Date | History Number |
|---|---|
| N | 000331334 |

| Service | Room & Bed Number |
|---|---|
| REF | |

| Admit Date & Time | Discharge Date & Time |
|---|---|
| 04/26/23 13:20 | 04/26/23 13:20 |

| Patient Employer & Address | In Case of Emergency – Contact 1 | Contact 2 |
|---|---|---|
| AVALON HOSPICE<br>KNOXVILLE TN<br>37921 | GUERRERO DARWIN E<br>6<br>E | GUERRERO ISABELLA<br>NOT LISTED<br>(865)386-3759<br>CHILD |

| Guarantor Name & Address | Guarantor Employer Name & Address | Financial Class | Legal Status |
|---|---|---|---|
| GUERRERO SABRINA M | AVALON HOSPICE<br>KNOXVILLE TN<br>37921 | B | |

Guarantor Social Security Number:

Primary Care Physician: PHILLIPS FLOYD E

| Discharge Status | Last Admit Date |
|---|---|
| | 01/19/23 |

| Payor | Plan | Payor Name/Address/Phone | Name of Insured | Policy # / Group # |
|---|---|---|---|---|
| 530 | 36 | BCBS STATE EMP<br>1 CAMERON HILL CIRCLE<br>SUITE 0002<br>CHATTANOOGA TN 37402<br>(423)755-5600 | GUERRERO SABRINA M<br>18 SE¹F<br>DOB:<br>TAN#: | Policy #: STTS00402622<br>Group #: |
| 0 | 0 | | DOB:<br>TAN#: | Policy #:<br>Group #: |
| 0 | 0 | | DOB:<br>TAN#: | Policy #:<br>Group #: |

**Admitting Diagnosis**

K912

| Admitting Physician | Attending Physician |
|---|---|
| 20905 SPOO TAYLOR F | 20905 SPOO TAYLOR F |

| Discharge Status | | | Isolation Status | |
|---|---|---|---|---|
| Home: | AMA: | Transfer: | MRSA: | VRE: |

**Comments**

PSREF POINT OF SERVICE REFERENCE LAB REGISTRATION PATIENT NOT PRESENTINS VR
FD MSP NOT COMPLETE REF LAB SMC

| Referral Source | Admit By |
|---|---|
| | SMC |

>>>> 8968708 000331334 REF 04/26/23 13:20

** 02178968708 FACE217B ADMISSIONS 04/26/23 000331334 GUERRERO SABRINA M



**Lincoln/Guerrero 1944**

# Quality Assurance Report

## Request Information

Report Date: June 16, 2023

**RP ID:** 10977763

Patient Name: GUERRERO, SABRINA

Provider Name: TENNOVA TURKEY CREEK MEDICAL CENTER

## Quality Assurance Information

Scope Requested: **From January 1, 2023 to Present**

Special Request:

Medical Records: This is our 3rd time sending a request for medicals. Please respond and send the medicals for the timeframe requested as soon as possible. Seen by Tennova Bariatric

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

**Lincoln/Guerrero 1945**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

RECEIVED
MAY 3 1 2023
BY: ...................

| | |
|---|---|
| Date: | May 31, 2023 |
| To: | CYDNEY VANOSDALE<br>TENNOVA BARIATRIC<br>10800 PARKSIDE DR.<br>3RD FLOOR<br>KNOXVILLE TN 37934 |
| Attn: | Medical Records |
| Fax: | (865) 218-7109 |
| From: | Ashley Moultrie<br>Senior Claims Examiner<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Gentiva Health Services, LLC |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

sharecare

Turkey Creek Medical Center
10820 Parkside Dr
Knoxville, TN, 37934-1956

LINCOLN FINANCIAL GROUP
PO BOX 2578
OMAHA, NE, 68172

2023-06-07

RE: Request for Release of Information for Patient: **SABRINA GUERRERO**
Request ID: 18679217

Dear Sir/Madam,

This letter serves as notification there are one or more issues with attempting to complete your release of information request. Please see below for specific information.

1. We can not release records past patient signature date on the authorization.
   Please up date patient signature o authorization to receive the records requested.

Please review the above items and submit any required updated documentation to the address listed in the upper right hand corner.

Thank you,

Sharecare Health Data Services, LLC for
Turkey Creek Medical Center

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 31, 2023

Cydney Vanosdale
Tennova Bariatric
10800 PARKSIDE DR.
3RD FLOOR
KNOXVILLE, TN 37934

RE: Long Term Disability (LTD) Benefits
Gentiva Health Services, LLC
Claim #: 12827197
Claimant: Sabrina Guerrero ✓
Claimant D.O.B.: ✓

Dear Cydney Vanosdale:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

✓ Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2023 through present

We ask that you provide this information by June 7, 2023. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

Any charges associated with the completion of forms must be discussed with your patient and they must agree to payment. Lincoln Financial Group will not be responsible for the charges associated with providing this information as the employee must provide proof of disability at their own expense.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Guerrero allowing the release of information to our company. This authorization specifically allows you to release medical

✓information to us and is valid for two years from the date of Ms. Guerrero's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Moultrie
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380
disabilitydocuments@lfg.com
Attachments: 12827197-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.31.2023

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Sabrina Guerrero

Name of legal representative, if applicable (print) Sabrina Guerrero Relationship Self

Signature of claimant or legal representative [signature] Date: 3/31/2023

Date of Birth: ______ Claim Number: 12827197

**A copy of this authorization will be considered as valid as the original.**

sharecare

LINCOLN FINANCIAL GROUP
PO BOX 2578
OMAHA NE 68172

18679217

SABRINA GUERRERO

TN200
Jun 07 2023 9:50 AM

**CONFIDENTIAL - MEDICAL RECORDS**

5

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

**Lincoln/Guerrero 1951**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, June 12, 2023 4:16:29 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Gentiva Health Services, LLC Claim No. 12827197 Sabrina Guerrero |
| Attachments: | bs2ageovpqtheblthacf_15456537.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 12, 2023

Ms. Sabrina Guerrero

RE: Long Term Disability (LTD) Benefits
Gentiva Health Services, LLC
Claim #: 12827197

Dear Ms. Sabrina Guerrero:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gentiva Health Services, LLC's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On June 7, 2023, we requested medical records from all treating providers. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from March 1, 2023 through present from all treating providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Gentiva Health Services, LLC's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by July 21, 2023, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by

August 20, 2023, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than July 21, 2023 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Moultrie
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380

## Medical Record Overview

**Date:** **June 11, 2023**

**Patient Name:** GUERRERO, SABRINA

**Records From:** Dr. Floyd Phillips
6890 W. Andrew Johnson Hwy
Talbott, TN 37877
(423) 839-2120

**Request Scope:** From May 28, 2022 to Present

**Chart Range:** 05/15/2023 - 05/15/2023

**RP ID:** 10977766

**Client ID:** 12827197

**Source:** L-CLTLTD

**Req By:** A Moultrie
09-LF0132

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | May 15 2023 | May 15 2023 | 15 | 2 |
| Request Corr. | | | 4 | 17 |

**Total Page Count:** 19

**Notes From QC:**

Enclosed are all records supplied by medical facility for requested dates of service

**Lincoln/Guerrero 1955**

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | GUERRERO, SABRINA M (Female) | **DOB:** (53)<br>**Race:** White<br>**Language:** English<br>**Ethnicity:** Not Hispanic or Latino | | **Encounter ID:**<br>**Primary Ins:** | 146469056<br>Blue Cross Blue Shield Tennessee (BCBS TN) * |
| **Location:** | Phillips Healthcare Group, PC (service Location)<br>6890 W. A. J. HWY<br>talbott, TN, 37877-0879<br>(423)839-2120 | **Provider:** | Floyd Edward Phillips, MD | **Servicing Provider:** | Phillips, Floyd |

## Subjective

**Chief Complaint: Cough**

**History of Present Illness - Cough**

**Quality**

**Reported:** productive;, clear, green, brown.

**Duration**

**Reported:** more than 2 months.

**Timing**

**Reported:** continuous.

**Context**

**Reported:** Pt in office today for a cough she has had since having COVID in February. Pt states that she saw her pulmonologist and they recommend changing her BP medication due to a side effect of benazepril is cough. Recommended changing her to losartan, valsartan, or benicar. Pt also wanting to discuss another order for water PT. knh

**Associated Signs and Symptoms**

**Reported:** headache; dyspnea.

**Medication List**

Flonase Allergy Relief 50 mcg/actuation nasal spray,suspension - 1-2 squirt in the nose daily

Pepcid 20 mg tablet - 1-2 tablet by mouth daily

escitalopram 20 mg tablet - 1 tablet by mouth daily

cetirizine 10 mg tablet - 1 tablet by mouth daily

albuterol sulfate HFA 90 mcg/actuation aerosol inhaler - 2 puff inhale every 4-6 hours as needed (PRN); prn cough, wheeze, or SOB

ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule - 1 capsule by mouth 2 times weekly

meloxicam 15 mg tablet - 1 tablet by mouth daily

escitalopram 10 mg tablet - 1 tablet by mouth daily

benazepril 10 mg tablet - 2 tablet by mouth daily

nystatin 100,000 unit/gram topical powder - 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed.

MM-Zyme tablet - TAKE 1 TABLET BY MOUTH ONCE DAILY

cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution - * 1 mL intramuscular once a month

**Allergies**

Sulfa (Sulfonamide Antibiotics) - Active

**Social Hx**

| Tobacco | Usage Status | Last Used | Daily Usage | Packaging | Years | Life History | Cessation Attempts | Last Cessation Rx |
|---|---|---|---|---|---|---|---|---|
| Cigarettes | Former smoker | | | Packs | | | | |

| Alcohol | Usage Status | Last Used | Usage Number | Packaging | Measurement Time |
|---|---|---|---|---|---|
| Beer | Occasional | | | | |

**Medical Hx**
The patient **reports** a history of Hypertension, Vitamin D deficiency, Nasal Allergies, Insomnia, Anemia.

**Surgical Hx**
The patient **reports** a history of Arthroscopy of knee joint, Gastric Bypass, Bone Spur Removal.

**Family Hx**
**Father:** (Alive) reports Cancer, Cholesterol High, Diabetes, Hypertension, MI, Obesity, Stroke.
**Mother:** (Alive) reports Cholesterol High.

**Review of Systems**
**Constitutional - Denied:** Fever, Weight loss, Chills, Weakness, Weight gain,
**Head - reported:** Headaches,
**Denied:** dizziness, Fainting, Head Injury,
**Eyes - Denied:** Blurry Vision, Vision Loss, Eye Pain, Redness, Infections,
**ENT**
**Nose - Denied:** Discharge, Infections, Nosebleeds,
**Mouth - Denied:** Postnasal drip, Hoarseness,
**Ears - Denied:** Discharge, Dizziness, Infections, Pain,
**Respiratory - reported:** Cough, Short of Breath,
**Denied:** Coughing Blood,
**Cardiovascular - reported:** High Blood Pressure, Short of Breath - Exertion,
**Denied:** Chest pain, Palpitations, Leg Pain - Walking, Swelling of legs,
**Gastrointestinal - Denied:** Abdominal pain, Change in stool color, Nausea, Diarrhea, Vomiting, Rectal bleeding, Constipation, Heartburn, Infections,
**Musculoskeletal - Denied:** Weakness, Joint pain,
**Psychiatric - Denied:** Behavioral Change, Disorientation, Memory loss,
**Skin - Denied:** Rashes,
**Neurological - reported:** Headaches,
**Denied:** Fainting, Paralysis, numbness,
**Endocrine - Denied:** Fatigue,
**Hematologic/Lymph - Denied:** Bleeding Easily, Blood Clots,
**Allergic/Immunologic - reported:** Coughing,
**Denied:** Runny Nose, Sneezing,

## Objective

**Vital Signs**
**Blood Pressure:** 112/72 (Left Brachial, Sitting, Large, Normal)
**Pulse:** 72 (Left Radial, REGULAR rhythm, Normal quality, Normal)
**Respirations:** 20 (Normal quality, NORMAL rhythm, Normal)
**Temperature:** 97.9 F (Right Tympanic Membrane, Normal)
**Weight:** 365 lb **Height:** 5' 5" **BMI Flag:** Obese ( 60.7 )

## Physical Exam

**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed.

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

**Eyes**

**External Eye**

The eyelids are without lesions. The sclera is white and the conjunctiva pink.

**ENT**

**Inspection**

External inspection of ears and nose is without scars, lesions or masses

**Otoscopic**

Otoscopic examination of external auditory canals and tympanic membranes is normal; there is a good cone of light.

**Neck**

The neck is supple and the trachea is midline. The thyroid is not enlarged and there are no palpable nodules.

**Respiratory**

**Effort**

The patient is relaxed and breathes without effort. The patient is not cyanotic. There is no acessory muscle use or intercostal retractions.

**Auscultation**

There are no crackles, wheezes, rhonchi, stridor or pleural rubs. There is no bronchophony, egophony, or whispered pectoriloquy.

**Cardiovascular**

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Edema / PVD**

There is no pitting edema of the lower extremities.There are no changes consistent with arterial insufficiency; there are no varicosities or stasis changes. Calves are supple and nontender.

**Lymphatics**

There is no cervical, axillary, epitrochlear or inguinal adenopathy.

**Psychiatric**

**Orientation**

The patient is oriented to time, place and person.

## Assessment

**Diagnosis**

R059 Cough, unspecified

R5382 Chronic fatigue, unspecified

## Plan

**Procedures**

99213 Office O/p Est Low (1 UN)

3074F Syst Bp Lt 130 Mm Hg (1 UN)

3078F Diast Bp < 80 Mm Hg (1 UN)

**Prescribe**

benazepril 10 mg tablet - 2 DAILY for 90 Days (Completed)
albuterol sulfate HFA 90 mcg/actuation aerosol inhaler - prn cough, wheeze, or SOB
Pepcid 20 mg tablet - 1-2 DAILY (Completed)
Flonase Allergy Relief 50 mcg/actuation nasal spray,suspension - 1-2 DAILY (Completed)
valsartan 80 mg tablet - 1 DAILY for 90 Days
benzonatate 200 mg capsule - 1 BID for 30 Days
famotidine 40 mg tablet - 1 DAILY for 90 Days
fluticasone propionate 50 mcg/actuation nasal spray,suspension - 2 DAILY for 90 Days

**Immunization.Hx**

12/4/2017 - influenza, injectable, quadrivalent, contains preservative (Fluzone, Quadrivalent 5.0 mL Multidose Vial) 0.5 mL IM,

**Care Plan**

**Cough, unspecified**

**Chronic Cough**

- Pt has seen a Pulmonologist, and the recommended medication changes were made
- Benazepril changed to Valsartan and cough usually will fade in 2 weeks to a month if due to the ACE-I

**Chronic fatigue, unspecified**

**Note 2**

- Will be ordering water therapy with her PT and follow up after therapy is completed.

**Problem List**

Benign Essential Hypertension (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin D Deficiency (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Post-Gastrointestinal Tract Surgery Malnutrition (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Iron Deficiency Anemia (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

**Rendering Provider Signature**



Signature



**Lincoln/Guerrero 1959**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Patient:** | GUERRERO, SABRINA M (Female) ( | **DOB:** **Race:** **Language:** **Ethnicity:** | (53) White English Not Hispanic or Latino | **Encounter ID:** **Primary Ins:** | 156321857 Blue Cross Blue Shield Tennessee (BCBS TN) * | | |
| **Location:** | Phillips Healthcare Group, PC (service Location) 6890 W. A. J. HWY talbott, TN, 37877-0879 (423)839-2120 | **Provider:** | Floyd Edward Phillips, MD | **Servicing Provider:** | Phillips, Floyd | | |

## Subjective

**Chief Complaint: Sinus Congestion, Fatigue, Abdominal Pain**

**History of Present Illness - Sinus Congestion**

**Location**

**Reported:** bilateral sinuses.

**Quality**

**Reported:** nasal congestion, ; bilateral; rhinorrhea;, yellow, green; postnasal drainage.

**Denied:** facial pain.

**Severity**

**Reported:** moderate; worse since onset.

**Duration**

**Reported:** 7 days.

**Associated Signs and Symptoms**

**Reported:** otalgia; sore throat; cough;, ; with yellow sputum; headaches.

**Denied:** fever.

**History of Present Illness - Fatigue**

**Quality**

**Reported:** tiredness, lack of energy.

**Severity**

**Reported:** stable since onset; limiting normal daily activities.

**Duration**

**Reported:** 10-12 months.

**Timing**

**Reported:** occurring 100% of the time.

**Context**

**Reported:** sleeping 4-8 hours per night, and awakening 3 times per night, taking naps during the day.

**Modifying Factors**

**Reported:** Pt had Covid 02/2022 and is going to post covid clinic. Pt states she has f/u with them next week. Pt states she did see a neurologist and was dx with migraine without aura and amnesia. Pt is needing new referral to a neurologist. Pt states she is also going to UT for speech therapy. cbm

**Associated Signs and Symptoms**

**Reported:** headaches; dyspnea, cognitive impairment.

**Denied:** restful sleep, weakness, night sweats, chest pain.

**History of Present Illness - Abdominal Pain**

**Location**

**Reported:** diffuse.

**Quality**

**Reported:** aching, the following, ; Twisting.

**Severity**

**Reported:** better since onset; interfering with daily activities.

**Duration**

**Reported:** 1-3 months.

**Timing**

**Reported:** intermittent; nocturnal.

**Context**

**Reported:** Pt states she has been seeing Dr. Boyce for this and his office has ordered CT abdomen and pelvis x 2 and was denied by insurance both times. Pt is wanting to discuss with FEP today. cbm

**Modifying Factors**

**Reported:** better after bowel movements.

**Associated Signs and Symptoms**

**Reported:** anorexia; nausea; diarrhea.

**Denied:** dysphagia, vomiting.

## Medication List

hydroxyzine HCl 25 mg tablet - * 1 tablet by mouth daily

sumatriptan 100 mg tablet - TAKE 1 TABLET BY MOUTH AT ONSET OF MIGRAINE. MAY REPEAT IN 2 HOURS AS NEEDED. MAX 2 TABLET IN 24 HOURS

topiramate 50 mg tablet - * 1 tablet by mouth daily

minocycline 100 mg capsule - * 1 capsule by mouth twice a day

benzonatate 200 mg capsule - 1 capsule by mouth twice a day

fluticasone propionate 50 mcg/actuation nasal spray,suspension - 2 puff in the nostrils daily

valsartan 80 mg tablet - 1 tablet by mouth daily

famotidine 40 mg tablet - 1 tablet by mouth daily

albuterol sulfate HFA 90 mcg/actuation aerosol inhaler - 2 puff inhale every 4-6 hours as needed (PRN); prn cough, wheeze, or SOB

escitalopram 20 mg tablet - 1 tablet by mouth daily

cetirizine 10 mg tablet - 1 tablet by mouth daily

ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule - 1 capsule by mouth 2 times weekly

meloxicam 15 mg tablet - 1 tablet by mouth daily

nystatin 100,000 unit/gram topical powder - 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed.

MM-Zyme tablet - TAKE 1 TABLET BY MOUTH ONCE DAILY

cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution - * 1 mL intramuscular once a month

## Allergies

Sulfa (Sulfonamide Antibiotics) - Active

## Social Hx

| Tobacco | Usage Status | Last Used | Daily Usage | Packaging | Years | Life History | Cessation Attempts | Last Cessation Rx |
|---|---|---|---|---|---|---|---|---|
| Cigarettes | Former smoker | | | Packs | | | | |

| Alcohol | Usage Status | Last Used | Usage Number | Packaging | Measurement Time |
|---|---|---|---|---|---|
| Beer | Occasional | | | | |

## Medical Hx

The patient **reports** a history of Hypertension, Vitamin D deficiency, Nasal Allergies, Insomnia, Anemia, Rosacea.

**Surgical Hx**

The patient **reports** a history of Arthroscopy of knee joint, Gastric Bypass, Bone Spur Removal.

**Family Hx**

**Father:** (Alive) reports Cancer, Cholesterol High, Diabetes, Hypertension, MI, Obesity, Stroke.
**Mother:** (Alive) reports Cholesterol High.

**Review of Systems**

**Constitutional - reported:** Fatigue,
**Denied:** Fever, Weight loss, Chills, Weakness, Weight gain,
**Head - reported:** Headaches,
**Denied:** dizziness, Fainting, Head Injury,
**Eyes - Denied:** Blurry Vision, Vision Loss, Eye Pain, Redness, Infections,
**ENT**
**Nose - reported:** Discharge, Nasal Obstruction,
**Denied:** Infections, Nosebleeds,
**Mouth - reported:** Postnasal Drip,
**Denied:** Postnasal drip, Hoarseness,
**Ears - reported:** Pain,
**Denied:** Discharge, Dizziness, Infections,
**Throat Neck - reported:** Tenderness,
**Respiratory - reported:** Cough, Sputum, Short of Breath,
**Denied:** Coughing Blood,
**Cardiovascular - reported:** Short of Breath - Exertion, High Blood Pressure,
**Denied:** Chest pain, Palpitations, Leg Pain - Walking,
**Gastrointestinal - reported:** Abdominal Pain, Nausea, Diarrhea, Decreased Appetite,
**Denied:** Change in stool color, Vomiting, Rectal bleeding, Constipation, Heartburn, Infections,
**Musculoskeletal - Denied:** Weakness, Joint pain,
**Psychiatric - Denied:** Behavioral Change, Disorientation, Memory loss,
**Skin - Denied:** Rashes,
**Neurological - reported:** Headaches,
**Denied:** Fainting, Paralysis, numbness,
**Endocrine - reported:** Fatigue,
**Hematologic/Lymph - Denied:** Bleeding Easily, Blood Clots,
**Allergic/Immunologic - reported:** Stuffy nose, Runny nose, coughing,
**Denied:** Runny Nose, Sneezing,

## Objective

**Vital Signs**

**Blood Pressure:** 110/82 (Left Brachial, Sitting, Large, Normal)
**Pulse:** 84 (Left Radial, REGULAR rhythm, Normal quality, Normal)
**Respirations:** 20 (Normal quality, NORMAL rhythm, Normal)
**Temperature:** 97.5 F (Right Tympanic Membrane, Normal)
**Weight:** 342.2 lb **Height:** 5' 5" **BMI Flag:** Obese ( 56.9 )

**Physical Exam**
**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed.

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

**Eyes**

**External Eye**

The eyelids are without lesions. The sclera is white and the conjunctiva pink.

**ENT**

External inspection of ears and nose is without scars, lesions or masses. Otoscopic examination of external auditory canals and tympanic membranes is normal; there is a good cone of light, Cranial Nerve 8 is intact. The patient responds to whispered voice bilaterally. The nasal mucosa is pink and without discharge. The septum is midline. The turbinates are not enlarged. The buccal mucosa is pink; there is no cyanosis. Dentition is good. The lips are normal color; there are no ulcers, masses or lesions. The mucosa of the oropharynx is moist, The tongue is midline, The pharynx is without exudates. The tonsils are not enlarged.

**Neck**

**Inspection Palpation**

The neck is supple and the trachea is midline. (unreviewed)

**Respiratory**

**Effort**

The patient is relaxed and breathes without effort. The patient is not cyanotic. There is no acessory muscle use or intercostal retractions.

**Auscultation**

There are no crackles, wheezes, rhonchi, stridor or pleural rubs. There is no bronchophony, egophony, or whispered pectoriloquy.

**Cardiovascular**

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Edema / PVD**

There is no pitting edema of the lower extremities.There are no changes consistent with arterial insufficiency; there are no varicosities or stasis changes. Calves are supple and nontender.

**Gastrointestinal**

**General**

The abdomen is soft and nontender; there is no guarding or rigidity. Bowel sounds are normal. There are no palpable masses. Truncal obesity with pannus of abdominal skin over the pelvis to her lap.

**Lymphatics**

**Cervical**

Palpation of the cervical lymph nodes does not reveal any abnormal enlargement or tenderness.

**Psychiatric**

**Orientation**

The patient is oriented to time, place and person.

## Assessment

**Diagnosis**

J00 Acute nasopharyngitis [common cold]
R1030 Lower abdominal pain, unspecified
R5382 Chronic fatigue, unspecified

## Plan

Electronically Signed and Reviewed by PHILLIPS, FLOYD D 01/22/2023 19:32:02

**Procedures**

99214 Office O/p Est Mod (1 UN)
3074F Syst Bp Lt 130 Mm Hg (1 UN)
3079F Diast Bp 80-89 Mm Hg (1 UN)

**Prescribe**

escitalopram 20 mg tablet - 1 DAILY for 90 Days (Completed)
Trintellix 10 mg tablet - 1 DAILY for 30 Days
cefdinir 300 mg capsule - 2 DAILY for 10 Days

**Immunization.Hx**

12/4/2017 - Influenza, injectable, quadrivalent, contains preservative (Fluzone, Quadrivalent 5.0 mL Multidose Vial) 0.5 mL IM,

**Care Plan**

**Acute nasopharyngitis [common cold]**

**Uri**

- Mucinex OTC with increased fluid intake over the next 5 to 7 days
- Topical decongestants for the next 3-5 days only
- Nasal irrigation with saline solution BID or prn for nasal secretions or congestion
- If symptoms persists for more than 10 days, antibiotic therapy maybe warranted
- Follow up if any worsening symptoms or failure to improve

**Lower abdominal pain, unspecified**

**Note 2**

- Pt with diffuse abdominal pain that has been evaluated by her gastric bypass surgery group and they have scheduled a CT of the abdomen and insurance has not approved the study yet. They have referred her to another specialist for her abdominal pain.

**Chronic fatigue, unspecified**

**Fatigue**

- Await evaluation with lab studies drawn today.
- Sleep hygiene and recommendations for 8 hours a day given
- Exercise recommendations given
- Dietary recommendations given
- Follow up after labs return.

**Problem List**

Benign Essential Hypertension (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin D Deficiency (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Post-Gastrointestinal Tract Surgery Malnutrition (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Iron Deficiency Anemia (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

**Rendering Provider Signature**

Signature



**Lincoln/Guerrero 1965**

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | GUERRERO, SABRINA M (Female) | **DOB:** (54)<br>**Race:** White<br>**Language:** English<br>**Ethnicity:** Not Hispanic or Latino | | **Encounter ID:**<br>**Primary Ins:** | 163305715<br>Blue Cross Blue Shield Tennessee (BCBS TN) |
| **Location:** | Phillips Healthcare Group, P.C.<br>6890 W. A. J. HWY<br>talbott, TN, 37877-0879<br>(423)839-2120 | **Provider:** | Floyd Edward Phillips, MD | **Servicing Provider:** | Phillips, Floyd |

## Subjective

**Chief Complaint: Discuss Visit with Dr. Hussain**

54 y/o female presents to discuss OV visit with Dr. Hussain and aquatic therapy referral. Patient states she initially saw Dr. Hussain on 2/24/23. She did have an MRI of the brain since then that we do not have record of. She states there is a space between her brain and skull. She states she also had a lumbar puncture 2-3 weeks ago and is awaiting results of that. She did have recent labs done by her bariatric doctor that showed alkaline phosphate of 177, anion of 4, iron saturation of 16 and BUN/creat ratio of 30. This was done on 4/26/23 and they wanted her to follow up with her PCP. She states her bariatric doctor would also like for her to discuss alternatives to meloxicam for joint pain. Patient states that she would also like aquatic therapy referral.

**History of Present Illness - Discuss Visit with Dr. Hussain**

**Severity**

**Reported:** moderate.

**Duration**

**Reported:** 3 months.

**Timing**

**Reported:** f/u to discuss visit with Dr. Hussain.

**Context**

**Reported:** Pt in office today for f/u to discuss visit with neurologist, Dr. Hussain. Pt states she initially saw Dr. Hussain on 02/24/23 and has seen him another time since then. Pt states she had MRI of brain and was instructed there is space between her brain and skull. Pt states she also had spinal tap 2-3 weeks ago and is awaiting result of this. Pt states Dr. Hussain has discussed testing for MS. Requesting records from Dr. Hussain's office. Pt would also like to discuss aquatic therapy today. cbm

**Medication List**

sucralfate 1 gram tablet - TAKE 1 TABLET BY MOUTH 4 TIMES DAILY
pantoprazole 20 mg tablet,delayed release - TAKE 2 TABLETS BY MOUTH ONCE DAILY
meloxicam 15 mg tablet - 1 tablet by mouth daily
Trintellix 10 mg tablet - 1 tablet by mouth daily
hydroxyzine HCl 25 mg tablet - * 1 tablet by mouth daily
sumatriptan 100 mg tablet - TAKE 1 TABLET BY MOUTH AT ONSET OF MIGRAINE. MAY REPEAT IN 2 HOURS AS NEEDED. MAX 2 TABLET IN 24 HOURS
topiramate 50 mg tablet - * 1 tablet by mouth daily
minocycline 100 mg capsule - * 1 capsule by mouth twice a day
benzonatate 200 mg capsule - 1 capsule by mouth twice a day
valsartan 80 mg tablet - 1 tablet by mouth daily
fluticasone propionate 50 mcg/actuation nasal spray,suspension - 2 puff in the nostrils daily
albuterol sulfate HFA 90 mcg/actuation aerosol inhaler - 2 puff inhale every 4-6 hours as needed (PRN); prn cough,

wheeze, or SOB

famotidine 40 mg tablet - 1 tablet by mouth daily

cetirizine 10 mg tablet - 1 tablet by mouth daily

ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule - 1 capsule by mouth 2 times weekly

nystatin 100,000 unit/gram topical powder - 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed.

MM-Zyme tablet - TAKE 1 TABLET BY MOUTH ONCE DAILY

cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution - * 1 mL intramuscular once a month

**Allergies**

Sulfa (Sulfonamide Antibiotics) - Active

**Social Hx**

| Tobacco | Usage Status | Last Used | Daily Usage | Packaging | Years | Life History | Cessation Attempts | Last Cessation Rx |
|---|---|---|---|---|---|---|---|---|
| Cigarettes | Former smoker | | | Packs | | | | |

| Alcohol | Usage Status | Last Used | Usage Number | Packaging | Measurement Time |
|---|---|---|---|---|---|
| Beer | Occasional | | | | |

**Medical Hx**

The patient **reports** a history of Hypertension, Vitamin D deficiency, Nasal Allergies, Insomnia, Anemia, Rosacea.

**Surgical Hx**

The patient **reports** a history of Arthroscopy of knee joint, Gastric Bypass, Bone Spur Removal.

**Family Hx**

**Father:** (Alive) reports Cancer, Cholesterol High, Diabetes, Hypertension, MI, Obesity, Stroke.
**Mother:** (Alive) reports Cholesterol High.

**Review of Systems**

**Constitutional - reported:** Fatigue,
**Denied:** Fever, Weight loss, Chills, Weakness, Weight gain,
**Head - Denied:** Headaches, dizziness, Fainting, Head Injury,
**Eyes - Denied:** Blurry Vision, Vision Loss, Eye Pain, Redness, Infections,

**ENT**

**Nose - Denied:** Discharge, Infections, Nosebleeds,
**Mouth - Denied:** Postnasal drip, Hoarseness,
**Ears - Denied:** Discharge, Dizziness, Infections, Pain,
**Respiratory - reported:** Short of Breath,
**Denied:** Coughing Blood, Cough,
**Cardiovascular - reported:** High Blood Pressure, Short of Breath - Exertion,
**Denied:** Chest pain, Leg Pain - Walking,
**Gastrointestinal - Denied:** Abdominal pain, Change in stool color, Nausea, Diarrhea, Vomiting, Rectal bleeding, Constipation, Heartburn, Infections,
**Musculoskeletal - Denied:** Weakness, Joint pain,
**Psychiatric - Denied:** Behavioral Change, Disorientation, Memory loss,
**Skin - Denied:** Rashes,
**Neurological - Denied:** Fainting, Paralysis, Headaches, numbness,
**Endocrine - reported:** Fatigue,
**Hematologic/Lymph - Denied:** Bleeding Easily, Blood Clots,

**Allergic/Immunologic - Denied:** Coughing, Runny Nose, Sneezing.

## Objective

### Vital Signs

**Blood Pressure:** 112/68 (Left Brachial, Sitting, Large, Normal)
**Pulse:** 80 (Right Radial, REGULAR rhythm, Normal quality, Normal)
**Respirations:** 20 (Normal quality, NORMAL rhythm, Normal)
**Temperature:** 97.7 F (Right Tympanic Membrane, Normal)
**Weight:** 344 lb **Height:** 5' 5" **BMI Flag:** Obese ( 57.2 )

### Physical Exam

**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed.

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

**Eyes**

**External Eye**

The eyelids are without lesions. The sclera is white and the conjunctiva pink.

**Respiratory**

**Effort**

The patient is relaxed and breathes without effort. The patient is not cyanotic. There is no acessory muscle use or intercostal retractions.

**Auscultation**

There are no crackles, wheezes, rhonchi, stridor or pleural rubs. There is no bronchophony, egophony, or whispered pectoriloquy.

**Cardiovascular**

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Edema / PVD**

There is no pitting edema of the lower extremities.There are no changes consistent with arterial insufficiency; there are no varicosities or stasis changes. Calves are supple and nontender.

**Psychiatric**

**Orientation**

The patient is oriented to time, place and person.

## Assessment

### Diagnosis

R5382 Chronic fatigue, unspecified
B379 Candidiasis, unspecified

## Plan

### Procedures

99214 Office O/p Est Mod (1 UN)
3074F Syst Bp Lt 130 Mm Hg (1 UN)

3078F Diast Bp < 80 Mm Hg (1 UN)

**Prescribe**

nystatin 100,000 unit/gram topical powder - May use up to 4 g/d over entire body as needed.

**Orders**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Ordering Provider** | Phillips, F | **Order Date** | 05/15/2023 11:00 | **Result Status** | Printed | **Result Date** |
| **Facility** | St Lukes & East Tennessee Rehab Center | | | | | |

| Order | Test Name | In Range | Out Range | Result Comment |
|---|---|---|---|---|
| St Lukes & East Tennessee Rehab Center Physical Therapist | Consult | | | |

**Immunization.Hx**

12/4/2017 - influenza, injectable, quadrivalent, contains preservative (Fluzone, Quadrivalent 5.0 mL Multidose Vial) 0.5 mL IM,

**Care Plan**

**Chronic fatigue, unspecified**

**Note 2**

- Will be ordering water therapy with her PT and follow up after therapy is completed.
- Counseling is over half of 30 minute encounter.

**Candidiasis, unspecified**

**Candidiasis - Intertrigonal**

- Use Rx as directed
- Try to keep the affected area clean and dry
- Monitor for any drainage or any increasing erythema
- Follow up if any worsening or lack of improvement with treatment

**Problem List**

Benign Essential Hypertension (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin D Deficiency (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Post-Gastrointestinal Tract Surgery Malnutrition (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Iron Deficiency Anemia (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

**Rendering Provider Signature**

F E Phillips

Signature



**Lincoln/Guerrero 1969**

**Lincoln/Guerrero 1970**

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

PHILLIPS HEALTHCARE GROUP
6890 W ANDREW JOHNSON HWY
MEDICAL RECORDS
TALBOTT, TN 37877

Date: Jun 8, 2023

**Re: Long Term Disability Benefits**
Claim# 10977766 12827197
Claimant: GUERRERO, SABRINA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: HIC140

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From May 28, 2022 to Present**
**Medical Records Seen by Dr. Floyd Phillips**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Regina Singzon
Disability Information Specialist
Phone No.: (213) 266-5039
Fax No: (213) 884-4921

RPID: 10977766

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

## I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Sabrina Guerrero

Name of legal representative, if applicable (print) Sabrina Guerrero Relationship Self

Signature of claimant or legal representative [signature] Date: 3/31/2023

Date of Birth: ______ Claim Number: 12827197

opy of this authorization will be considered as valid as the original.



Lincoln/Guerrero 1972

Lincoln Financial Group

Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

LincolnFinancial.com

March 16, 2023

To Whom It May Concern,

The Lincoln National Life Insurance company authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

Electronic mail to: charts@releasepoint.com
Secure fax to: (213) 884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Shaun M. Donahue
Assistant Vice President, Clinical Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.

## Save Time and Avoid Follow-up Calls
## Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | GUERRERO, SABRINA |
| RP ID: | 10977766 |
| Access Code: | HIC140 |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

RPID: 10977766

Lincoln/Guerrero 1974

# Quality Assurance Report

## Request Information

Report Date: June 11, 2023

**RP ID:** 10977766

Patient Name: GUERRERO, SABRINA

Provider Name: PHILLIPS HEALTHCARE GROUP

## Quality Assurance Information

Scope Requested: **From May 28, 2022 to Present**

Special Request:
Medical Records Seen by Dr. Floyd Phillips

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:
Enclosed are all records supplied by medical facility for requested dates of service

Chart Reviewed By: VAANG

ReleasePoint

## Medical Record Overview

**Date:** **June 12, 2023**

**Patient Name:** GUERRERO, SABRINA

**Records From:** Dr. Mandeep Bakshi
801 E Church St.
Greeneville, TN 37745
(423) 798-8052

**RP ID:** 10977764

**Client ID:** 12827197

**Source:** L-CLTLTD

**Request Scope:** From March 28, 2023 to Present

**Req By:** A Moultrie
09-LF0132

**Chart Range:** 03/27/2023 - 04/26/2023

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Apr 26 2023 | Mar 27 2023 | 4 | 2 |
| Request Corr. | | | 4 | 6 |
| Billing | | | 2 | 10 |

**Total Page Count:** 10

**Notes From QC:**

**Lincoln/Guerrero 1976**

GUERRERO, Sabrina **DOB:** (54 yo F) **Acc No.** 36053 **DOS:** 03/27/2023

COPD No.
Sleep Apnea Yes.
GERD/Heartburn No.
Ulcers No.
Diabetes No.
Thyroid problems Yes.
Hypertension Yes.
Stroke No.
Coronary Artery Disease No
Fibromyalgia Yes.
Arthritis Yes.

**Surgical History**

Denies Past Surgical History

**Family History**

Mother: High Cholesterol
Father: Heart Attack,Heart Disease,Stroke,Hypertension,Diabetes Mellitus,Cancer
Siblings: Heart Disease,Hypertension,High Cholesterol,Diabetes Mellitus

**Social History**

Marital status: Married.
Number of Children: 1.
Occupation: Fulltime,.
Smoking Previous,.
Cigars,Pipes,Chewing Tobacco: Never.
Caffeinated Coffee: none.
Caffeinated Tea: 1-4.
Caffeinated Soft Drink: 1-4.
Alcohol: Rare.
Illegal drug use: Never.

**Allergies**

sulfa

**Hospitalization/Major Diagnostic Procedure**

Denies Past Hospitalization

**Review of Systems**

CONSTITUTIONAL:
Extreme Fatigue YES. Recent Weight loss YES. Recent Weight gain no. Difficulty Sleeping no. Night sweats no. Fever no.
SKIN:
Mole or lesions no. Unusual or Prolonged Rashes no.
EENT:
Change in vision YES. Frequent nosebleed no. Sinus drainage or congestion YES. Allergies YES. Voice changes no. Frequent Sore throat YES. Difficulty swallowing no.

RESPIRATORY:
Shortness of breath YES. Chronic cough no. Asthma no. Lung Disease no. History of

advised her to continue CPAP every night during all sleeping hours.

**4. Hypersomnia due to medical condition**
Refill modafinil tablet, 200 mg, 1 tab(s), orally, once a day (in the morning), 30 day(s), 30, Refills 0
Notes: I have advised her about hypersomnia. Advised her to continue CPAP during all sleeping hours. She has hypersomnia even with CPAP use. Continue modafinil 200 mg daily as this has been beneficial for her.

**Preventive Medicine**

Counseling: Smoking Patient counseled on the dangers of smoking 03/27/2023. Education: Patient given education material Yes.

**Follow Up**

4 Weeks

**History of Present Illness**

Dyspnea:
Ms. Guerrero is here today for follow up of dyspnea status post COVID 02/22. She was treated at home and never admitted to the hospital. She has noted her breathing is improved slowly since having COVID, but she continues to have trouble with breathing with any kind of exertion. She has albuterol to use. She only uses these when she feels extremely short of breath. She continues to have extreme fatigue and brain fog. Her family reports she asks the same questions multiple times. She has occasional wheezing. She does have intermittent coughing. This is worsened by exertion. She was diagnosed with migraines and amnesia. She states she has been very down as she continues to have no energy at all.
Hypersomnia:
She has been started on modafinil 200 mg daily. She does note some improvement in her daytime hypersomnia. She does not nap during the day. She does still feel really tired during the daytime, but the medication helps somewhat.

**Vital Signs**

Wt **342.2**, Ht 65, Temp **96.9**, BP **118/61**, O2 sat **96%**, RR **19**, HR **81**, BMI **56.94**.

**Physical Examination**

GENERAL:
General Appearence: in no acute distress.
HEENT:
Pupils: ERRLA. EOM: intact. Nasal septum: midline. Oral cavity: normal. Nose: normal. Turbinates: pale. Pharynx: normal.
NECK:
Neck: supple. Cervical lymph nodes: normal. ROM: normal. Masses: no. JVD: no.
RESPIRATORY:

GUERRERO, Sabrina **DOB:** (54 yo F) **Acc No.** 36053 **DOS:** 03/27/2023

Pneumonia no. History of Tuberculosis no.

CARDIAC/Pheripneral Vascular Disease:

Chest Pain no. Irregular Heart Rhythm no. Shortness of breath YES. Swelling of Leg,Ankles,Feet no. Cramping in legs w/ walking YES.

GASTROENTEROLOGY:

Change in Appetite no. Heartburn/Reflux no. Stomach Ulcers no. Abdominal pain YES. Nausea/Vomiting no.

URINARY:

Burning with urinating no. Blood in urine no. Frequent urination no. Decreased Urine Stream no. Lack of bladder control no.

ENDOCRINE:

Heat or Cold intolerance YES. Excessive thirst no. Excessive urination no.

MUSCULOSKELETAL:

Arthritis/Joint pain YES. History of Gout no. Back pain YES. Muscle Pain YES.

NEUROLOGIC:

Poor Concentration YES. Frequent Headache YES. Change in memory YES. History of Seizures no. Numbness/Tingling no.

PSYCHIATRIC:

Depression YES. Anxiety YES. Bipolar no. Schizophrenia no. Panic Attack no.

Breath sounds bilaterally: clear to auscultation bilaterally.

HEART:

PMI: normal. Rhythm: regular. Murmurs: no. Heart sounds: normal. Clicks: no.

ABDOMEN:

Masses: no. Exam shows: the abdomen is soft and non-tender.

EXTREMITIES:

Edema: no. Cyanosis: no. Clubbing: no. Pulses: 2+ bilateral.

NEUROLOGICAL:

Sensory: normal. Coordination: normal. Reflexes: 2+ bilaterally. Gait: normal. Cortical functions: alert and oriented x 3. Motor grossly intact/symmetrically: yes.

Alice Pinyan Yutzy

**Electronically signed by Alice Pinyan-Yutzy , DNP on 03/27/2023 at 02:45 PM EDT**

**Sign off status: Completed**

---

**4395Mandeep S. Bakshi, MD**
**801 East Church Street**
**GREENEVILLE, TN 37745-4395**
**Tel: 423-798-8052**
**Fax: 423-798-8055**

---

GUERRERO, Sabrina DOB: (54 yo F) Acc No. 36053 DOS: 04/26/2023

**Past Medical History**

Asthma No.
COPD No.
Sleep Apnea Yes.
GERD/Heartburn No.
Ulcers No.
Diabetes No.
Thyroid problems Yes.
Hypertension Yes.
Stroke No.
Coronary Artery Disease No.
Fibromyalgia Yes.
Arthritis Yes.

**Surgical History**

Denies Past Surgical History

**Family History**

Mother: High Cholesterol
Father: Heart Attack,Heart Disease,Stroke,Hypertension,Diabetes Mellitus,Cancer
Siblings: Heart Disease,Hypertension,High Cholesterol,Diabetes Mellitus

**Social History**

Marital status: Married.
Number of Children: 1.
Occupation: Fulltime,.
Smoking Previous,.
Cigars,Pipes,Chewing Tobacco: Never.
Caffeinated Coffee: none.
Caffeinated Tea: 1-4.
Caffeinated Soft Drink: 1-4.
Alcohol: Rare.
Illegal drug use: Never.

**Allergies**

sulfa

**Hospitalization/Major Diagnostic Procedure**

Denies Past Hospitalization

**Review of Systems**

CONSTITUTIONAL:
Extreme Fatigue YES. Recent Weight loss YES. Recent Weight gain no. Difficulty Sleeping no. Night sweats no. Fever no.
SKIN:
Mole or lesions no. Unusual or Prolonged Rashes no.
EENT:
Change in vision YES. Frequent nosebleed no. Sinus drainage or congestion YES. Allergies YES. Voice changes no. Frequent Sore throat YES. Difficulty swallowing no.

RESPIRATORY:
Shortness of breath YES. Chronic

beneficial for her. I have written her a prescription today. I have advised her to continue CPAP every night during all sleeping hours.

**4. Hypersomnia due to medical condition**
Refill modafinil tablet, 200 mg, 1 tab(s), orally, once a day (in the morning), 30 day(s), 30, Refills 5
Notes: I have advised her about hypersomnia. Advised her to continue CPAP during all sleeping hours. She has hypersomnia even with CPAP use. Continue modafinil 200 mg daily as this has been beneficial for her.

**Preventive Medicine**

Counseling: Smoking Patient counseled on the dangers of smoking 04/26/2023. Education: Patient given education material Yes.

**Follow Up**

6 Months

**History of Present Illness**

Obstructive Sleep Apnea:
Ms Guerrero is here today for follow up for sleep apnea. She continues to use and benefit from the CPAP except when her sinuses flare up. She continues to take modafinial and does well with.

**Vital Signs**

Wt **338.2**, Ht 65, Temp **97.4**, BP **130/87**, O2 sat **94%**, RR **20**, HR **88**, BMI **56.27**.

**Physical Examination**

GENERAL:
General Appearence: in no acute distress.
HEENT:
Pupils: ERRLA. EOM: intact. Nasal septum: midline. Oral cavity: normal. Nose: normal. Turbinates: pale. Pharynx: normal.
NECK:
Neck: supple. Cervical lymph nodes: normal. ROM: normal. Masses: no. JVD: no.
RESPIRATORY:
Breath sounds bilaterally: clear to auscultation bilaterally.
HEART:
PMI: normal. Rhythm: regular. Murmurs: no. Heart sounds: normal. Clicks: no.
ABDOMEN:
Masses: no. Exam shows: the abdomen is soft and non-tender.
EXTREMITIES:
Edema: no. Cyanosis: no. Clubbing: no. Pulses: 2+ bilateral.
NEUROLOGICAL:
Sensory: normal. Coordination: normal. Reflexes: 2+ bilaterally. Gait: normal. Cortical functions: alert and oriented x

GUERRERO, Sabrina **DOB:** (54 yo F) **Acc No.** 36053 **DOS:** 04/26/2023

cough no. Asthma no. Lung Disease no. History of Pneumonia no. History of Tuberculosis no.

CARDIAC/Pheripheral Vascular Disease:

Chest Pain no. Irregular Heart Rhythm no. Shortness of breath YES. Swelling of Leg,Ankles,Feet no. Cramping in legs w/ walking YES.

GASTROENTEROLOGY:

Change in Appetite no. Heartburn/Reflux no. Stomach Ulcers no. Abdominal pain YES. Nausea/Vomiting no.

URINARY:

Burning with urinating no. Blood in urine no. Frequent urination no. Decreased Urine Stream no. Lack of bladder control no.

ENDOCRINE:

Heat or Cold intolerance YES. Excessive thirst no. Excessive urination no.

MUSCULOSKELETAL:

Arthritis/Joint pain YES. History of Gout no. Back pain YES. Muscle Pain YES.

NEUROLOGIC:

Poor Concentration YES. Frequent Headache YES. Change in memory YES. History of Seizures no. Numbness/Tingling no.

PSYCHIATRIC:

Depression YES. Anxiety YES. Bipolar no. Schizophrenia no. Panic Attack no.

3. Motor grossly intact/symmetrically: yes.

Alice Pinyan Yutzy

**Electronically signed by Alice Pinyan-Yutzy , DNP on 04/26/2023 at 02:25 PM EDT**

**Sign off status: Completed**

---

**4395Mandeep S. Bakshi, MD**
**801 East Church Street**
**GREENEVILLE, TN 37745-4395**
**Tel: 423-798-8052**
**Fax: 423-798-8055**

---

East Tennessee Pulmonary & Sleep Medicine

Fax: 423-798-8055

Mandeep S. Bakshi, MD-Alice m. Pinyan, DNP- Shea P. Pitts, FNP

ETPSM

# FAX

Date: 6/12/23

To: Lincoln Financial Group

Fax: 213-884-4921

Re: Guerrero

Priority:

From: East Tennessee Pulmonary & Sleep Medicine

Fax: 423-798-8055

Phone: 423-798-8052

Pages: 9

Important Notice: This message is intended for the use of the individual to which it is addressed and may contain information which is privileged, confidential and exempt form disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me by telephone and return the original message to the address above. If you do not receive all pages please call the office. Thank You

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

**EAST TENNESSE PULMONARY & SLEEP MED**
**801 E Church St**
**ATTN: MEDICAL RECORDS**
**GREENEVILLE, TN 37745-**

Date: Jun 8, 2023

**Re: Long Term Disability Benefits**
Claim# 10977764 12827197
Claimant: GUERRERO, SABRINA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: CCRYCL

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From March 28, 2023 to Present**
**All Medical Records Seen by Dr. Mandeep Bakshi**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Adrian Awa
Disability Information Specialist
Phone No.:
Fax No: (213) 884-4921

RPID: 10977764

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Sabrina Guerrero

Name of legal representative, if applicable (print) Sabrina Guerrero Relationship Self

Signature of claimant or legal representative [DocuSigned by: signature] Date: 3/31/2023

Date of Birth: ________ Claim Number: 12827197

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group

Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

LincolnFinancial.com

March 16, 2023

To Whom It May Concern,

The Lincoln National Life Insurance company authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

Electronic mail to: charts@releasepoint.com
Secure fax to: (213) 884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Shaun M. Donahue
Assistant Vice President, Clinical Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

*Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.*

GUERRERO, Sabrina **DOB:** (54 yo F) **Acc No.** 36053 **DOS:** 04/26/2023

## Guerrero, Sabrina

**54 Y old Female, DOB: 03/10/1969**
**Account Number: 36053**

**Home:**
**Guarantor: Guerrero, Sabrina Insurance: Blue Cross Blue Shield**
**PCP: Edward F Phillips Referring: Edward F Phillips**
**Appointment Facility: 4395Mandeep S. Bakshi, MD**

**04/26/2023** **Progress note: Alice Pinyan, CFNP**

### Current Medications

Taking
- Carafate
- pantoprazole
- Ubrelvy
- Iron
- Trintellix 10 mg tablet 1 tab(s) orally once a day
- valsartan 80 mg tablet 1 tab(s) orally once a day
- Albuterol 90 MCg inhaler 2 puffs QID
- Topiramate 25 mg tablet 1 tab(s) orally 2 times a day, Notes: 75mg now
- benzonatate 100 mg capsule 1 cap(s) orally 3 times a day
- Hyoscyamine
- Ondansetron 4 mg tablet 1 tab(s) orally every 8 hours
- Ozempic (1 mg dose) 4 mg/3 mL solution as directed subcutaneously once a week
- Calcitriol 0.5 mcg capsule 1 cap(s) orally once a day
- cetirizine 10 mg tablet 1 tab(s) orally once a day
- Vitamin D
- minocycline 100 mg capsule 1 cap(s) orally every 12 hours
- meloxicam 15 mg tablet 1 tab(s) orally once a day
- calcium citrate
- Vitamin C
- vitamin A
- Vitamin B-12
- Omega-3 Fish Oil
- Zinc
- hydrOXYzine hydrochloride 25 mg tablet 1 tab(s) orally at bedtime
- modafinil 200 mg tablet 1 tab(s) orally once a day (in the morning)

Not-Taking/PRN
- SUMAtriptan 100 mg tablet 1 tab(s) orally once

Medication List reviewed and reconciled with the patient

### Reason for Appointment

1. 1 month f/u

### Assessments

1. Dyspnea, unspecified - R06.00 (Primary)
2. Cough - R05
3. Obstructive Sleep Apnea (Unspecified) - G47.30
4. Hypersomnia due to medical condition - G47.14

### Treatment

**1. Dyspnea, unspecified**

Notes: I have advised her about the causes of dyspnea. I have advised her that breathing can be worsened by allergies and GERD. I have advised her that obesity can contribute to shortness of breath. I have advised her this is normal. I have advised her that she can continue albuterol as needed for wheezing. Advised her to practice deep breathing exercises.

**2. Cough**

Notes: I have advised her about cough. I advised her that this could be multifactorial. I advised that this could be related to GERD/Allergy problems. I would recommend her to avoid caffeine. I advised her to avoid allergen exposure. She has stopped benazepril with improvement in cough. I have advised her to continue cetirizine 10 mg daily. As she is having difficulty with allergy/sinus symptoms I would send her hydroxyzine 25 mg to use at bedtime. May continue benzonatate as needed for cough. Advised she may use Flonase OTC for allergy symptoms as needed. Advised her she may take famotidine 40 mg daily for GERD symptoms. Continue to sleep elevated. Avoid eating late at night.

**3. Obstructive Sleep Apnea (Unspecified)**

Notes: For obstructive sleep apnea hypopnea syndrome, I explained the pathophysiology of sleep apnea to the patient. I advised the patient regarding long-term consequences untreated sleep apnea with increased risk of stroke, hypertension, heart disease. She has been trying to use the machine every night. She continues to have extreme fatigue. Continue modafinil 200 mg daily as this has been

GUERRERO, Sabrina **DOB:** (54 yo F) **Acc No.** 36053 **DOS:** 03/27/2023

## Guerrero, Sabrina

**54 Y old Female, DOB:**
**Account Number: 36053**

**Home:**
**Guarantor: Guerrero, Sabrina  Insurance: Blue Cross Blue Shield**
**Appointment Facility: 4395Mandeep S. Bakshi, MD**

**03/27/2023**

**Progress note: Alice Pinyan, CFNP**

### Current Medications

Taking
- Ubrelvy
- Iron
- Trintellix 10 mg tablet 1 tab(s) orally once a day
- valsartan 80 mg tablet 1 tab(s) orally once a day
- Albuterol 90 MCg inhaler 2 puffs QID
- Topiramate 25 mg tablet 1 tab(s) orally 2 times a day, Notes: 75mg now
- benzonatate 100 mg capsule 1 cap(s) orally 3 times a day
- Hyoscyamine
- Ondansetron 4 mg tablet 1 tab(s) orally every 8 hours
- Ozempic (1 mg dose) 4 mg/3 mL solution as directed subcutaneously once a week
- Calcitriol 0.5 mcg capsule 1 cap(s) orally once a day
- cetirizine 10 mg tablet 1 tab(s) orally once a day
- Vitamin D
- minocycline 100 mg capsule 1 cap(s) orally every 12 hours
- meloxicam 15 mg tablet 1 tab(s) orally once a day
- calcium citrate
- Vitamin C
- vitamin A
- Vitamin B-12
- Omega-3 Fish Oil
- Zinc
- hydrOXYzine hydrochloride 25 mg tablet 1 tab(s) orally at bedtime
- modafinil 200 mg tablet 1 tab(s) orally once a day (in the morning)

Not-Taking/PRN
- SUMAtriptan 100 mg tablet 1 tab(s) orally once

Medication List reviewed and reconciled with the patient

### Past Medical History

Asthma No.

### Reason for Appointment

1. 1 month f/u

### Assessments

1. Dyspnea, unspecified - R06.00 (Primary)
2. Cough - R05
3. Obstructive Sleep Apnea (Unspecified) - G47.30
4. Hypersomnia due to medical condition - G47.14

### Treatment

**1. Dyspnea, unspecified**

Notes: I have advised her about the causes of dyspnea. I have advised her that breathing can be worsened by allergies and GERD. I have advised her that obesity can contribute to shortness of breath. I have advised her this is normal. I have advised her that she can continue albuterol as needed for wheezing. Advised her to practice deep breathing exercises.

**2. Cough**

Notes: I have advised her about cough. I advised her that this could be multifactorial. I advised that this could be related to GERD/Allergy problems. I would recommend her to avoid caffeine. I advised her to avoid allergen exposure. She has stopped benazepril with improvement in cough. I have advised her to continue cetirizine 10 mg daily. As she is having difficulty with allergy/sinus symptoms I would send her hydroxyzine 25 mg to use at bedtime. May continue benzonatate as needed for cough. Advised she may use Flonase OTC for allergy symptoms as needed. Advised her she may take famotidine 40 mg daily for GERD symptoms. Continue to sleep elevated. Avoid eating late at night.

**3. Obstructive Sleep Apnea (Unspecified)**

Notes: For obstructive sleep apnea hypopnea syndrome, I explained the pathophysiology of sleep apnea to the patient. I advised the patient regarding long-term consequences untreated sleep apnea with increased risk of stroke, hypertension, heart disease. She has been trying to use the machine every night. She continues to have extreme fatigue. Continue modafinil 200 mg daily as this has been beneficial for her. I have written her a prescription today. I have

# Quality Assurance Report

**Request Information**

Report Date: June 12, 2023

**RP ID:** 10977764

Patient Name: GUERRERO, SABRINA

Provider Name: EAST TENNESSE PULMONARY & SLEEP MED

**Quality Assurance Information**

Scope Requested: **From March 28, 2023 to Present**

Special Request:
All Medical Records Seen by Dr. Mandeep Bakshi

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

**Lincoln/Guerrero 1987**

**From:**Moultrie, Ashley
**Sent:**Mon, 12 Jun 2023 20:18:22 +0000
**To:**Sabrina VanCor
**Subject:**LTD claim 12827197

Hi Sabrina,

Just wanted to let you know that I emailed you a notice and proof letter for the medicals that were requested the other day. I have already received 2 of the request. Hopefully the rest will be coming soon. I will be reaching out with an update once all medicals are received.

Thanks,

Ashley Moultrie
Senior Claims Examiner
Claims
GP CLM LTD, Life Waiver

800.291.0112 Office
79204 Extension
603-334-0380 Fax
LincolnFinancial.com

Follow us on:

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

## Plan of Care

| Reminders | | | Provider |
|---|---|---|---|
| Appointments | None recorded. | | |
| Lab | Aquaporin 4 Antibody (Nmo IgG), Elisa | 04/04/2023 | Healthstar Main Lab |
| Referral | None recorded. | | |
| Procedures | Lumbar Puncture (PROC) | 04/04/2023 | |
| Surgeries | None recorded. | | |
| Imaging | None recorded. | | |

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| albuterol sulfate HFA 90 mcg/actuation aerosol inhaler<br>USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | | |
| Aplisol 5 tub. unit/0.1 mL intradermal injection solution<br>Take 0.1 mL by intradermal route. | 02/17/2016 | |
| aspirin | | |
| benazepril 10 mg tablet<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | | |
| benzonatate 100 mg capsule<br>TAKE 1 TO 2 CAPSULES BY MOUTH THREE TIMES DAILY AS NEEDED | | |
| benzonatate 200 mg capsule<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | | |
| calcitriol 0.5 mcg capsule<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | | |
| cefdinir 300 mg capsule<br>TAKE 2 CAPSULES BY MOUTH ONCE DAILY | | |
| cephalexin 500 mg capsule | | |
| Chlo Hist 1 mg-12.5 mg/5 mL oral solution<br>TAKE 10 ML BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH AND CONGESTION FOR 7 DAYS | | |
| clotrimazole-betamethasone 1 %-0.05 % topical cream | | |
| dexamethasone 4 mg tablet<br>TAKE 1 TABLET BY MOUTH TWICE DAILY FOR 7 DAYS | | |
| doxycycline hyclate 100 mg capsule<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY FOR 10 DAYS | | |
| ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | | |
| escitalopram 10 mg tablet<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | | |
| escitalopram 20 mg tablet<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | | |
| famotidine 40 mg tablet<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | | |
| FeroSul 325 mg (65 mg iron) tablet<br>TAKE 1 TABLET BY MOUTH ON MONDAY, WEDNESDAY AND FRIDAY FOR 24 DOSES. TAKE WITH ORANGE JUICE OR VITAMIN C ON AN EMPTY STOMACH. | | |
| fluconazole 150 mg tablet<br>TAKE 1 TABLET BY MOUTH EVERY 72 HOURS FOR 7 DAYS | | |
| hydrocodone 5 mg-acetaminophen 500 mg tablet | | |
| hydrocortisone 2.5 % topical cream<br>APPLY CREAM TO AFFECTED AREA(S) TWICE DAILY MONDAY-FRIDAY, SKIP WEEKENDS. | | |
| hydroxyzine HCl 25 mg tablet<br>TAKE 1 TABLET BY MOUTH AT BEDTIME | | |
| magnesium oxide 400 mg (241.3 mg magnesium) tablet<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | | |
| meloxicam 15 mg tablet<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | | |
| methylprednisolone 4 mg tablets in a dose pack<br>TAKE BY MOUTH AS DIRECTED ON INSIDE OF PACKAGE | | |
| minocycline 100 mg capsule<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | | |
| mm cetirizine 10mg tab<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | | |
| modafinil 200 mg tablet<br>TAKE 1 TABLET BY MOUTH IN THE MORNING FOR DAYTIME HYPERSOMNIA | | |
| mupirocin 2 % topical ointment | | |

## Past Encounters

| Encounter Date | Diagnosis | Provider |
|---|---|---|
| 04/04/2023 | Magnetic Resonance Imaging of Brain Abnormal; Chronic post-COVID-19 Syndrome; Mixed Cortical and Subcortical Vascular Dementia; Migraine without Aura; Abnormal Gait Due to Impairment of Balance; Minimal Cognitive Impairment; Moderate Recurrent Major Depression | Mohammad Islam Hussain, MD: 657 E. Broadway Blvd., Suite C, Jefferson City, TN 37760-4949, Ph. (865) 475-9062 |
| 03/07/2023 | Chronic post-COVID-19 Syndrome; Mixed Cortical and Subcortical Vascular Dementia; Migraine without Aura; Abnormal Gait Due to Impairment of Balance; Minimal Cognitive Impairment; Moderate Recurrent Major Depression | Mohammad Islam Hussain, MD: 657 E. Broadway Blvd., Suite C, Jefferson City, TN 37760-4949, Ph. (865) 475-9062 |

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Female | Ethnicity: | Not Hispanic or Latino |
| DOB: | | Race: | White |
| Preferred language: | English | Marital status: | Married |

Contact: Ph. tel:+

## Care Team Members

Primary Care Provider

Ward Phillips MD 6890 W Andrew Johnson Hwy, Talbott, TN 37877, Ph. tel:+1-423-8392120

Note: Patients are solely responsible for maintaining the privacy and security of all information printed from the Patient Portal.

HEALTHSTAR PHYSICIANS, PC
657 E. BROADWAY BLVD. SUITE C
JEFFERSON CITY, TN 37760-4949
Phone: (865) 475-9062, Fax: (865) 475-9063

Date: 06/06/2023

Dear Sabrina Guerrero,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Mohammad I. Hussain, MD

**Patient Care Summary for Sabrina M Guerrero**

## Most Recent Encounter

06/06/2023 Mohammad Islam Hussain: 657 E. Broadway Blvd., Suite C, Jefferson City, TN 37760-4949, Ph. tel:+1-865-4759062

## Reason for Visit

-Patient is here for a follow up and test results -Patient is accompanied by her daughter -Patient reports magnetic resonance imaging of brain abnormal -Patient reports chronic post-COVID-19 syndrome -Patient reports mixed cortical and subcortical vascular dementia -Patient reports migraine without aura -Patient reports abnormal gait due to impairment of balance -Patient reports minimal cognitive impairment -Patient reports moderate recurrent major depression -Patient reports she has questions about most recent MRI -Patient reports olfactory hallucination -Patient reports hallucinations began about 3.5 weeks ago. Patient states hallucination was constant for 1 week and has slowly improved some -Patient reports smell is based upon a trauma from the past

## Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.

1. Magnetic resonance imaging of brain abnormal
2. Chronic post-COVID-19 syndrome
3. Mixed cortical and subcortical vascular dementia
4. Migraine without aura
   • Qulipta 60 mg tablet
5. Abnormal gait due to impairment of balance
6. Minimal cognitive impairment
   • Cerefolin NAC (algal oil) 6 mg-600 mg-2 mg-90.314 mg tablet
7. Moderate recurrent major depression
8. Cerebral ischemia
   • clopidogrel 75 mg tablet

Discussion Note

Review CSF studies
Negative for immune mediate condition including MS.
Negative for infectious etiology including lyme disease, HSV, Cryptococcal condition.
Paraneoplastic antibodies negative
No other abnormality noted.
this is case of cerebral ischemia and will add plavix.

Patient educational handouts: No information available.

## Plan of Care

| Reminders | | Provider |
|---|---|---|
| Appointments | None recorded. | |
| Lab | None recorded. | |
| Referral | None recorded. | |
| Procedures | None recorded. | |
| Surgeries | None recorded. | |
| Imaging | None recorded. | |

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Physical Therapy Initial Examination

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Visit No.:** 1

**Date of Initial Examination:** 06/07/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

## Subjective

**History of Present Condition/Mechanism of Injury:** Pt with history of COVID in 2022 and later developed Long COVID. Pt had PT in the past but claimed that it only helped some. Pt also is seeing Post-COVID clinic. Pt recently followed up with PCP and d/t persistent chronic fatigue, Pt was recommended to have PT thus the referral.
**Primary Concern/Chief Complaint:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene: Grooming, Bathing
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing
**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry
**Pain Location:** low back
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 0
**Pain Description:** Dull/Achy
**Pain Location:** R knee
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 0
**Pain Description:** Throbbing
**Aggravating Factors:** Standing, Walking
**General Health:** Good
**Occupation/Social History:**
**Is the Patient a current tobacco user OR have they been a user within the last 12 months:** No
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),
**Diagnostic Testing/Imaging:** NA
**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair, )
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.
**Patient Goals:** per Pt, "I want to have better endurance and also lose some weight"

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |
| Inspection | Pt presented to this outpatient clinic ambulatory without any AD. Postural and gait deviations noted. |


Powered by WebPT
Lincoln/Guerrero 1992

**Body Mass Index**

| | |
|---|---|
| Weight | 336 |
| Height | 64.5 |
| Units | lbs/in |
| Index | 56.78 |
| Followup Plan | Nutrition, Lifestyle and BMI education, exercise counseling |

## Outcome Measurement Tools

**Lower Extremity**

Lower Extremity Functional Scale 27/80

## Observation

**Body Type** Endomorph

**Standing Posture** Forward Head, Rounded Shoulders, Increased Thoracic Kyphosis, Decreased Lumbar Lordosis, Posterior Pelvic Tilt, Obesity
Protracted Scapulas

**Gait** Lacks Proper Heel Strike/Toe Off
waddling gait

**6 Minute Walk Test**

| | SpO2% | HR | RR | BORG | Feet |
|---|---|---|---|---|---|
| Rest | 99 | 73 | 22 | _ | _ |
| 1 min. | _ | _ | _ | _ | _ |
| 2 min. | _ | _ | _ | _ | _ |
| 3 min. | 99 | 105 | 28 | _ | 240 |
| 4 min. | _ | _ | _ | _ | _ |
| 5 min. | 98 | 88 | 31 | _ | 340 |
| 6 min. | 98 | 105 | 28 | _ | 400 |

Comments 2 seated rest breaks required

## Range of Motion

There were No AROM limitations noted for BUE/LE major joint.

## Strength

**Comments** BUE/LE grossly graded 3+/5

## Palpation

**Comments**

## Assessment

**Assessment/Diagnosis:** Pt presents with generalized weakness and decreased activity tolerance/endurance, which limit Pt function and mobility. Pt will benefit from skilled PT in order to improve on functional limitations and regain PLOF. Pt was educated on PT POC, showed understanding and agreed and participated in goal setting.

**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.

**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques.

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**

- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**

1: (4 Weeks) | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin
2: (4 Weeks) | Improved activity tolerance as shown with 6 min walk test: 500 ft.
3: (4 Weeks) | Improved function (LEFS:36) to increase ease with ADLs

**Long Term Goals:**

1: (8 Weeks) | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping
2: (8 Weeks) | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft.
3: (8 Weeks) | Improved function (LEFS:45) to increase ease with household chores

## Plan

**Frequency:** 2-3 times a week
**Duration:** 8 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (Strength, Endurance, Stability, include pool ex's), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Activity Modification, Home Safety), Self Care

**Specialties**

Other (pain modalities PRN)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (865)453-9022.

PT, DPT

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Signed by Dr. Jan Paul Dela Cruz, PT, DPT on June 7, 2023 at 11:14 am*

Please sign and return: Fax#: (865)453-9177

I certify the need for these services furnished under this plan of treatment and while under my care.

Physician/Non-Physician Practitioner (NPP) Signature:

______________________________________
F. Phillips, MD

Date:_______________ Time:_______________

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Daily Note:** 06/07/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 1
**Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** Pt c/o decreased endurance with SOB limiting Pt's mobility and function.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance; Volunteering; Caregiving
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Use of an Assistive Device; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** Hygiene: Grooming, Bathing
**Changing & Maintaining Body Position:** Maintaining a Body Position: Remaining Standing
**Mobility: Walking & Moving Around:** Walking; Moving Around: Climbing; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs: Food Preparation, Housekeeping, Laundry
**Pain Location:** low back
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 0
**Pain Description:** Dull/Achy
**Pain Location:** R knee
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 0
**Pain Description:** Throbbing
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Is the Patient a current tobacco user OR have they been a user within the last 12 months:** No
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, Exertional SOB, Abdominal hernia (diastesis) Anemia, UTI, varicose veins, Past history of COVID (2022),
**Complicating/Personal Factors:** Allergies (seasonal), Psycho-Social (anxiety, depression), Surgical History (R knee meniscus repair, Gastric bypass 2001, Bone spur surgery B feet, Surgical hernia repair, )
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
Written provider documentation was obtained confirming that current medications with dosages were verified with the patient or authorized representative.

## Objective

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97162 | PT Evaluation: Moderate Complexity | 1 |

*CPT copyright 2022 American Medical Association. All rights reserved.*

Objective Findings
6/7/23
BUE/LE strength 3+/5
6 minute walk test: 400 ft

## Assessment

**Assessment/Diagnosis:** Pt presents with generalized weakness and decreased activity tolerance/endurance, which limit Pt function and mobility. Pt will benefit from skilled PT in order to improve on functional limitations and regain PLOF. Pt was educated on PT POC, showed understanding and agreed and participated in goal setting.
**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques.
**Rehab Potential:** Good


Powered by WebPT™

# Daily Note / Billing Sheet

**Patient Problems:**

- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**

1: (4 Weeks) | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | Improved function (LEFS:36) to increase ease with ADLs |

**Long Term Goals:**

1: (8 Weeks) | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | Improved function (LEFS:45) to increase ease with household chores |

## Plan

**Instructions:**

Next visit. Thera ex's with emphasis on increasing general strength and activity tolerance/endurance. Include diaphragmatic breathing, posture ex's and pacing with activities.

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Signed by Dr. Jan Paul Dela Cruz, PT, DPT on June 7, 2023 at 11:14 am*



Powered by WebPT™
Lincoln/Guerrero 1996

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Plan of Care

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Phillips, Floyd MD
**Date of Original Eval:** 06/07/2023
**Treatment Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified, M62.81: Muscle weakness (generalized), R26.2: Difficulty in walking, not elsewhere classified

**Date of Plan of Care:** 06/07/2023
**Injury/Onset/Change of Status Date:** 06/07/2023 Chronic
**Diagnosis:** ICD10: R53.82: Chronic fatigue, unspecified
**Visit No.:** 1

## Assessment

**Assessment/Diagnosis:** Pt presents with generalized weakness and decreased activity tolerance/endurance, which limit Pt function and mobility. Pt will benefit from skilled PT in order to improve on functional limitations and regain PLOF. Pt was educated on PT POC, showed understanding and agreed and participated in goal setting.

**Patient Education:** HEP, safety, proper posture, correct body mechanics, joint conservation techniques.

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**
- Generalized weakness
- Decreased activity tolerance/endurance
- Limited Pt mobility and function

**Short Term Goals:**
1: (4 Weeks) | Improved BUE/LE strength to 4-/5 to increase ease with self care including bathing and groomin |
2: (4 Weeks) | Improved activity tolerance as shown with 6 min walk test: 500 ft. |
3: (4 Weeks) | Improved function (LEFS:36) to increase ease with ADLs |

**Long Term Goals:**
1: (8 Weeks) | Improved BUE/LE strength to 4+/5 to increase ease with ADLs including housekeeping |
2: (8 Weeks) | Improved mobility and walking capacity as shown with 6 min walk test: 650 ft. |
3: (8 Weeks) | Improved function (LEFS:45) to increase ease with household chores |

## Plan

**Frequency:** 2-3 times a week
**Duration:** 8 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**
**Procedures**



Powered by WebPT™

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 06/07/2023

# Plan of Care

Therapeutic Exercises (Strength, Endurance, Stability, include pool ex's), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Activity Modification, Home Safety), Self Care

**Specialties**

Other (pain modalities PRN)

Next visit. Thera ex's with emphasis on increasing general strength and activity tolerance/endurance. Include diaphragmatic breathing, posture ex's and pacing with activities.

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (865)453-9022.

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Signed by Dr. Jan Paul Dela Cruz, PT, DPT on June 7, 2023 at 11:14 am*

Please sign and return: Fax#: (865)453-9177

I certify the need for these services furnished under this plan of treatment and while under my care.

Physician/Non-Physician Practitioner (NPP) Signature:

________________________________________
F. Phillips, MD
Date:_______________ Time:_______________



Powered by WebPT™

HEALTHSTAR PHYSICIANS, PC
657 E. BROADWAY BLVD. SUITE C
JEFFERSON CITY, TN 37760-4949
Phone: (865) 475-9062, Fax: (865) 475-9063

Date: 04/04/2023

Dear Sabrina Guerrero,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Mohammad I. Hussain, MD

**Patient Care Summary for Sabrina M Guerrero**

## Most Recent Encounter

04/04/2023 Mohammad Islam Hussain: 657 E. Broadway Blvd., Suite C, Jefferson City, TN 37760-4949, Ph. tel:+1-865-4759062

## Reason for Visit

-Patient is here for a follow up and test results -Patient completed MRI on 02/24/2023. Report is in chart -Patient completed BC on 03/07/2023. Report is in chart -Patient reports migraine without aura, taking Ubrelvy -Patient reports Ubrelvy is helping for migraines -Patient reports abnormal gait due to impairment of balance -Patient reports minimal cognitive impairment

## Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.

1. Magnetic resonance imaging of brain abnormal
• lumbar puncture (PROC)
• aquaporin 4 antibody (nmo IgG), elisa

2. Chronic post-COVID-19 syndrome

3. Mixed cortical and subcortical vascular dementia

4. Migraine without aura

5. Abnormal gait due to impairment of balance

6. Minimal cognitive impairment

7. Moderate recurrent major depression

Discussion Note

Review MRI Brain:
Nonspecific signal changes in the cerebral white matter. Most commonly seen as a sequela of chronic small vessel ischemia but are nonspecific and can be seen in other types of vasculopathy, demyelinating/dysmyelinating condition, prior infection/inflammation, others. No evidence of acute or recent infarction. No abnormal postcontrast enhancement.
Neurocognitive Assessment:
recommendation next visit for cognitive planning:
1. Medication needed for memory at some point.
2. Diet Mediterranean diet with Berries, NUTS and Walnuts as snack.
3. Exercise 10 minutes walking to begin with a goal 20 minutes a day
4. life style adjustment with hobbies including:
a. Bake or cook simple recipes together.
b. Clean around the house. Sweep the patio, wipe the table, fold towels or try other household tasks that help the person feel a sense of accomplishment.
c. Do arts and crafts, such as knitting and painting. Keep patterns and tools simple.
d. Look at books the person used to enjoy.
e. Organize household or office items, particularly if the person used to take pleasure in organizational tasks.
f. Read the newspaper.
g. Play music or sing songs.
h. Tend the garden or visit a botanical garden.
i. Watch family videos.
j. Work on puzzles.
5. Appear patient is in early stage with no deficit in ADLs.
Had difficulty concentrating, decreased memory of recent events, and difficulties managing finances or traveling alone to new locations.
She have trouble completing complex tasks efficiently or accurately and may be in denial about their symptoms.
6. AT present patient is not withdrawing from family or friends because socialization
7. To Improve Executive function should use follow techniques; Emotional Control, Impulse Control, Flexible Thinking, Work Memory, Working memory helps to keep key information in mind. Use memory games or apps like Fit Brains Trainer or Lumosity, or use memory-based team-building games that require to remember something as part of activityâ€"names, colors, favorite things, etc., and then celebrate their success. Self-Monitoring, Planning & prioritizing, Task Initiation, Organization
8. PHQ9 score is 15/ GDS score is 10 reflects moderate depression.

Patient educational handouts: No information available.

HEALTHSTAR PHYSICIANS, PC
657 E. BROADWAY BLVD. SUITE C
JEFFERSON CITY, TN 37760-4949
Phone: (865) 475-9062, Fax: (865) 475-9063

Date: 04/04/2023

Dear Sabrina Guerrero,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Mohammad I. Hussain, MD

**Patient Care Summary for Sabrina M Guerrero**

## Most Recent Encounter

04/04/2023 Mohammad Islam Hussain: 657 E. Broadway Blvd., Suite C, Jefferson City, TN 37760-4949, Ph. tel:+1-865-4759062

## Reason for Visit

-Patient is here for a follow up and test results -Patient completed MRI on 02/24/2023. Report is in chart -Patient completed BC on 03/07/2023. Report is in chart -Patient reports migraine without aura, taking Ubrelvy -Patient reports Ubrelvy is helping for migraines -Patient reports abnormal gait due to impairment of balance -Patient reports minimal cognitive impairment

## Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.

1. Magnetic resonance imaging of brain abnormal
• lumbar puncture (PROC)
• aquaporin 4 antibody (nmo IgG), elisa

2. Chronic post-COVID-19 syndrome

3. Mixed cortical and subcortical vascular dementia

4. Migraine without aura

5. Abnormal gait due to impairment of balance

6. Minimal cognitive impairment

7. Moderate recurrent major depression

Discussion Note

Review MRI Brain:
Nonspecific signal changes in the cerebral white matter. Most commonly seen as a sequela of chronic small vessel ischemia but are nonspecific and can be seen in other types of vasculopathy, demyelinating/dysmyelinating condition, prior infection/inflammation, others. No evidence of acute or recent infarction. No abnormal postcontrast enhancement.
Neurocognitive Assessment:
recommendation next visit for cognitive planning:
1. Medication needed for memory at some point.
2. Diet Mediterranean diet with Berries, NUTS and Walnuts as snack.
3. Exercise 10 minutes walking to begin with a goal 20 minutes a day
4. life style adjustment with hobbies including:
a. Bake or cook simple recipes together.
b. Clean around the house. Sweep the patio, wipe the table, fold towels or try other household tasks that help the person feel a sense of accomplishment.
c. Do arts and crafts, such as knitting and painting. Keep patterns and tools simple.
d. Look at books the person used to enjoy.
e. Organize household or office items, particularly if the person used to take pleasure in organizational tasks.
f. Read the newspaper.
g. Play music or sing songs.
h. Tend the garden or visit a botanical garden.
i. Watch family videos.
j. Work on puzzles.
5. Appear patient is in early stage with no deficit in ADLs.
Had difficulty concentrating, decreased memory of recent events, and difficulties managing finances or traveling alone to new locations.
She have trouble completing complex tasks efficiently or accurately and may be in denial about their symptoms.
6. AT present patient is not withdrawing from family or friends because socialization
7. To Improve Executive function should use follow techniques; Emotional Control, Impulse Control, Flexible Thinking, Work Memory, Working memory helps to keep key information in mind. Use memory games or apps like Fit Brains Trainer or Lumosity, or use memory-based team-building games that require to remember something as part of activityâ€"names, colors, favorite things, etc., and then celebrate their success. Self-Monitoring, Planning & prioritizing, Task Initiation, Organization
8. PHQ9 score is 15/ GDS score is 10 reflects moderate depression.

Patient educational handouts: No information available.

Nystop 100,000 unit/gram topical powder
APPLY POWDER TOPICALLY THREE TIMES DAILY, MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED

ondansetron HCl 4 mg tablet

Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector
INJECT 1MG UNDER THE SKIN ONCE PER WEEK AS DIRECTED

Paxlovid 300 mg (150 mg x 2)-100 mg tablets in a dose pack (EUA)
TAKE 3 TABLETS TOGETHER (TWO 150 MG NIRMATRELVIR TABLETS AND ONE 100 MG RITONAVIR TABLET) BY MOUTH TWICE DAILY FOR 5 DAYS.

sumatriptan 100 mg tablet

Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler
INHALE 2 PUFFS BY MOUTH TWICE DAILY, RINSE MOUTH AFTER USE

topiramate 25 mg tablet
TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 30 DAYS

topiramate 50 mg tablet
TAKE 1 TABLET BY MOUTH ONCE DAILY

trazodone 50 mg tablet

Trintellix 10 mg tablet
TAKE 1 TABLET BY MOUTH ONCE DAILY

Ubrelvy 100 mg tablet
Take by oral route for 16 days. 04/03/2023

valsartan 80 mg tablet
TAKE 1 TABLET BY MOUTH EVERY DAY

Notes: calcium, vit c, vit d, bariatric multi vit, vit a, vit b12 twice weekly, zinc, probiotic

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Pulse | O2 Saturation |
|---|---|---|---|---|---|
| 5 ft 5 in | 340 lbs With clothes | 56.6 kg/m2 | 121/66 mm[Hg] | 82 bpm regular | 93% Room Air at Rest |

## Results

### Lab Results

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| | | Sulfa (Sulfonamide Antibiotics) | | | |

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Migraine | Active | 02/07/2023 | |
| Memory Loss Care | Active | 02/07/2023 | |

## Procedures

| Date | Name | Performed by |
|---|---|---|
| | Procedure on Foot | Information not available |
| | Hernia Repair | Information not available |
| | Gastric Bypass for Obesity | Information not available |

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

None recorded.

## Tobacco Smoking Status

| | |
|---|---|
| Tobacco Smoking Status | Former Smoker |

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| albuterol sulfate HFA 90 mcg/actuation aerosol inhaler<br>USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | | |
| Aplisol 5 tub. unit/0.1 mL intradermal injection solution<br>Take 0.1 mL by intradermal route. | 02/17/2016 | |
| aspirin | | |
| benazepril 10 mg tablet<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | | |
| benzonatate 100 mg capsule<br>TAKE 1 TO 2 CAPSULES BY MOUTH THREE TIMES DAILY AS NEEDED | | |
| benzonatate 200 mg capsule<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | | |
| calcitriol 0.5 mcg capsule<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | | |
| cefdinir 300 mg capsule<br>TAKE 2 CAPSULES BY MOUTH ONCE DAILY | | |
| cephalexin 500 mg capsule<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | | |
| Cerefolin NAC (algal oil) 6 mg-600 mg-2 mg-90.314 mg tablet<br>Take 1 tablet every day by oral route for 30 days. | 06/06/2023 | |
| Chlo Hist 1 mg-12.5 mg/5 mL oral solution<br>TAKE 10 ML BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH AND CONGESTION FOR 7 DAYS | | |
| clopidogrel 75 mg tablet<br>Take 1 tablet every day by oral route for 30 days. | 06/06/2023 | |
| clotrimazole-betamethasone 1 %-0.05 % topical cream | | |
| dexamethasone 4 mg tablet<br>TAKE 1 TABLET BY MOUTH TWICE DAILY FOR 7 DAYS | | |
| doxycycline hyclate 100 mg capsule<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY FOR 10 DAYS | | |
| ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | | |
| escitalopram 10 mg tablet<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | | |
| escitalopram 20 mg tablet<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | | |
| famotidine 40 mg tablet<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | | |
| FeroSul 325 mg (65 mg iron) tablet<br>TAKE 1 TABLET BY MOUTH ON MONDAY, WEDNESDAY AND FRIDAY FOR 24 DOSES. TAKE WITH ORANGE JUICE OR VITAMIN C ON AN EMPTY STOMACH. | | |
| fluconazole 150 mg tablet<br>TAKE 1 TABLET BY MOUTH EVERY 72 HOURS FOR 7 DAYS | | |
| hydrocodone 5 mg-acetaminophen 500 mg tablet | | |
| hydrocortisone 2.5 % topical cream<br>APPLY CREAM TO AFFECTED AREA(S) TWICE DAILY MONDAY-FRIDAY, SKIP WEEKENDS. | | |
| hydroxyzine HCl 25 mg tablet<br>TAKE 1 TABLET BY MOUTH AT BEDTIME | | |
| magnesium oxide 400 mg (241.3 mg magnesium) tablet<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | | |
| meloxicam 15 mg tablet<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | | |
| methylprednisolone 4 mg tablets in a dose pack<br>TAKE BY MOUTH AS DIRECTED ON INSIDE OF PACKAGE | | |
| minocycline 100 mg capsule<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | | |
| mm cetirizine 10mg tab<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | | |
| modafinil 200 mg tablet<br>TAKE 1 TABLET BY MOUTH IN THE MORNING FOR DAYTIME HYPERSOMNIA | | |
| mupirocin 2 % topical ointment | | |
| Nyamyc 100,000 unit/gram topical powder<br>APPLY POWDER TOPICALLY ON THE SKIN THREE TIMES DAILY. MAY USE UP TO 4 GRAMS PER DAY OVER THE ENTIRE BODY AS NEEDED. | | |
| ondansetron HCl 4 mg tablet | | |
| Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector<br>INJECT 1MG UNDER THE SKIN ONCE PER WEEK AS DIRECTED | | |
| pantoprazole 20 mg tablet,delayed release<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | | |
| Paxlovid 300 mg (150 mg x 2)-100 mg tablets in a dose pack<br>TAKE 3 TABLETS TOGETHER (TWO 150 MG NIRMATRELVIR TABLETS AND ONE 100 MG RITONAVIR TABLET) BY MOUTH TWICE DAILY FOR 5 DAYS. | | |
| Qulipta 60 mg tablet<br>Take 1 tablet every day by oral route for 30 days. | 06/06/2023 | |

| | |
|---|---|
| Qulipta 60 mg tablet<br>Take 1 tablet every day by oral route for 30 days. | 06/06/2023 |
| sucralfate 1 gram tablet<br>TAKE 1 TABLET BY MOUTH 4 TIMES DAILY | |
| sumatriptan 100 mg tablet | |
| Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler<br>INHALE 2 PUFFS BY MOUTH TWICE DAILY, RINSE MOUTH AFTER USE | |
| topiramate 25 mg tablet<br>TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 30 DAYS | |
| topiramate 50 mg tablet<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | |
| trazodone 50 mg tablet | |
| Trintellix 10 mg tablet<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | |
| Ubrelvy 100 mg tablet<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | |
| valsartan 80 mg tablet<br>TAKE 1 TABLET BY MOUTH EVERY DAY | |

Notes: calcium, vit c, vit d, bariatric multi vit, vit a, vit b12 twice weekly, zinc, probiotic

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Pulse | O2 Saturation |
|---|---|---|---|---|---|
| 5 ft 5 in | 336 lbs With clothes | 55.9 kg/m2 | 137/77 mm[Hg] | 70 bpm regular | 97% Room Air at Rest |

## Results

### Lab Results

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| | | Sulfa (Sulfonamide Antibiotics) | | | |

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Migraine | Active | 02/07/2023 | |
| Memory Loss Care | Active | 02/07/2023 | |

## Procedures

| Date | Name | Performed by |
|---|---|---|
| | Procedure on Foot | Information not available |
| | Hernia Repair | Information not available |
| | Gastric Bypass for Obesity | Information not available |

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

None recorded.

## Tobacco Smoking Status

| | |
|---|---|
| Tobacco Smoking Status | Former Smoker |

## Past Encounters

| Encounter Date | Diagnosis | Provider |
|---|---|---|
| 06/06/2023 | Magnetic Resonance Imaging of Brain Abnormal; Chronic post-COVID-19 Syndrome; Mixed Cortical and Subcortical Vascular Dementia; Migraine without Aura; Abnormal Gait Due to Impairment of Balance; Minimal Cognitive Impairment; Moderate Recurrent Major Depression; Cerebral Ischemia | Mohammad Islam Hussain, MD: 657 E. Broadway Blvd., Suite C, Jefferson City, TN 37760-4949, Ph. (865) 475-9062 |

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Female | Ethnicity: | Not Hispanic or Latino |
| DOB: | | Race: | White |
| Preferred language: | English | Marital status: | Married |

Contact: Ph. tel:+

## Care Team Members

Primary Care Provider

Ward Phillips MD 6890 W Andrew Johnson Hwy, Talbott, TN 37877, Ph. tel:+1-423-8392120

Lincoln/Guerrero 2003

Clinical Review Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| GENTIVA | SABRINA GUERRERO | 12827197 |

| | | | |
|---|---|---|---|
| Report Date: | 06/07/2023 | | |
| Referred By: | ASHLEY MOULTRIE | Claimant DOB: | |
| Referral Date: | 05/31/2023 | Job Title: | SOCIAL WORKER MSW |
| Due Date: | 06/15/2023 | Medical/ Surgical Condition: | Post COVID-19 condition, unspecified |
| Referral Type: | Standard File Review | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | | LDW: | 02/25/2022 |
| | | DOD: | 02/26/2022 |
| Physical Demands: | | BBD: | 05/28/2022 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

Referral Questions

Question 1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

Response 1.

- Dyspnea on exertion (R06.00)
- Deconditioning (R53.81)
- Migraines (G43.9)
- Chronic fatigue

Question 2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

Response 2.

- History of COVID-19 (U09.9)
- Obstructive sleep apnea (G47.3)
- Morbid obesity (E66)
- Depression
- Anxiety

Assessment of potential impairment related to mental health conditions is outside the scope of this review; disability case manager may consider review by a mental health specialist reviewer.

Question 3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 01/01/2023 to ongoing, and comment on the expected duration.

Response 3. The following restrictions and limitations are supported for migraine headaches from 01/01/2023 through 02/07/2023:

- No more than activities of daily living.

From 02/08/2023 through 04/04/2023 and possibly beyond, pending updated records:

- Occasional walking and standing
- Lifting, carrying, pushing and pulling up to 10 pounds occasionally
- No climbing ladders
- No working from unprotected heights

Records were insufficient to support the medical necessity for restrictions and limitations through the current time and beyond, from a non-mental health/neurocognitive perspective. Updated records from primary care, post-COVID clinic, neurology, and pulmonology would be useful to determining extent and duration of restrictions and limitations beyond the supported timeframe, or possibly support extension of the earlier restrictions.

In terms of potential accommodations, for the migraine headaches, the claimant may also benefit from certain preventive measures related to the claimant's light sensitivity, including allowance for reduced time at a video display terminal if possible, adjustment of flicker frequency on the computer screen, shades, as well as lighting and/or screen filters. In addition, using ergonomically designed chairs and workstation to reduce neck stress may also be helpful. These accommodations are supported by the references (1, 2).

Question 4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

Response 4. The medical records included R&Ls recommended by the claimant's treating mental health provider for mental health/neurocognitive symptoms (Carol Lucas, LCSW, mental health restrictions form, 04/11/2023). Assessment of potential impairment related to mental health conditions is outside the scope of this review; disability case manager may consider review by a mental health specialist reviewer. Please see Analysis.

Question 5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

Response 5. Yes.

Question 6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

Response 6. No such circumstances were identified.

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:

Name: Pammela Poore (post-COVID center) Phone Number: 1 (423) 578 8400 ex -----

Date of call ______, Time ______
Date of call ______, Time ______
Date letter sent to AP

Name: Cydney Vanosdale Phone Number: 1 (865) 218 7011 ex ----- Fax Number: 1-865-218-7109

Date of call ______, Time ______
Date of call ______, Time ______
Date letter sent to AP

Name: Carol Lucas Phone Number: 1 (865) 588 3173 ex ----- Fax Number: 1-865-312-6442

Date of call ______, Time ______

Date of call ______, Time ______
Date letter sent to AP

Name: Arvo Kanna   Phone Number: 1 (423) 613 6379 ex -----   Fax Number: 1-423-613-6380

Date of call ______, Time ______
Date of call ______, Time ______
Date letter sent to AP

Name: Dr. Mohammad Hussain (neurologist)  Phone Number: 1 (865) 471 2760 ex -----
Fax Number: 1-865-471-6531 (confirmed); additional fax: 865-471-6646 (preferred)

Date of call 06/05/2023, Time 12:06.  No answer and unable to leave a message.
Date of call 06/06/2023, Time 09:55.  Left a message with office manager regarding the nature of my call and requesting a callback.
Date letter sent to AP: 06/07/2023

Analysis of Medical Documentation and Support for Responses to Referral Questions:

There were over 450 pages of material available for medical review. This summary focuses on the pertinent chronic and acute conditions leading up to the period in question (from 01/01/2023 and ongoing).  In accordance with CDC recommendations (Reference 3), management of rehabilitation of possible post-COVID/long-haul symptoms would correspond to the nature of the symptoms experienced.

The claimant is a 54 year old woman with a history of COVID-19 infection in February, 2022. The acute COVID symptoms included cough, dyspnea, rhinorrhea, diarrhea, sore throat, and headache; she was treated with Paxlovid, steroids, antibiotics, managed in urgent care and by her primary care physician, with no hospitalization (Pammela Poore, NP, 06/08/2022). Following the acute infection, she reported multiple ongoing symptoms, including dyspnea, headaches, fatigue, chronic joint/muscle pains, depression, anxiety, and memory loss/brain fog (Pammela Poore, NP, 06/08/2022).  In addition, she had completed approximately three months of physical therapy (03/21/2022 – 06/16/2022), where she treated for general muscle weakness (Amber Moore, NP, 03/21/2022).  The recent neurology exam documented a wide-based gait but no other significant functional abnormalities (Dr. Hussain, 02/07/2023).

The claimant was also diagnosed with obstructive sleep apnea, but remained fatigued after starting CPAP treatment in April 2022.  There was no discussion of CPAP usage analysis, which may provide information regarding effectiveness of the therapy (and possible need for adjustments), although she was noted to have been following with her primary care provider regarding CPAP compliance (Dr. Bakshi, pulmonary note, 07/14/2022).  She was started on a stimulant (modafinil) for her daytime sleepiness in November 2022 (Shea Pitts, NP, 11/15/2022).  Subsequent pulmonary notes documented improvement on the modafinil, and although still tired she was not napping during the daytime (most recent

pulmonary note, 03/27/2023). However, psychotherapy notes continued to document fatigue and napping. Of note, chronic fatigue is an important symptom of depression (see discussion below regarding mental health/neurocognitive conditions).

A stress echocardiogram from 05/27/2022 found preserved systolic function (ejection fraction 50-55%), and no evidence for ischemia (procedure report, 05/27/2022).

Pulmonary function testing from April 2022 revealed normal lung volumes, spirometry, and diffusion capacity (pulmonary function testing report, 04/14/2022). Physical examinations consistently documented normal oxygen saturation and normal findings on pulmonary exam. Although the claimant has followed consistently with pulmonary providers, there was no indication of major escalation of care for the dyspnea on exertion and cough since her initial pulmonary evaluation (Dr. Bakshi, 07/14/2022).

The claimant was seen by neurology for chronic headaches, three days per week, 7/10 to 8/10, stabbing pain, and associated with nausea, photophobia and phonophobia. She was diagnosed with migraines, and started on migraine medications (sumatriptan; Dr. Kanna, 11/11/2022). However, she did not take the sumatriptan as it caused significant fatigue. The claimant complained of daily headaches, fluctuating in intensity, so in neurology follow-up she was started on a different type of migraine medication (Ubrelvy; Dr. Hussain, 02/07/2023). An MRI of the brain demonstrated nonspecific changes in cerebral white matter, no acute findings (imaging report, 02/24/2023). Clinical follow up in neurology was anticipated for 03/07/2023 and 04/04/2023, but no additional neurology notes were available for review. Should such records become available, they may be useful to determining extent and duration of restrictions and limitations beyond the supported timeframe, or possibly support extension of the earlier restrictions (depending on medication response). Restrictions and limitations are therefore reasonably supported over a more temporary timeframe to allow for migraine treatment optimization, as outlined in Response 3.

In terms of neurocognitive complaints, the claimant had reported chronic brain fog and cognitive difficulty since her original COVID infection. There were no mini mental status exams or other office-based clinical assessments in the treating physician records. However, she completed a neurocognitive assessment in speech therapy which revealed normal findings in all major domains tested (attention, memory, executive function, language, and visuospatial skills) with only a mild deficit in clock drawing (Michaela Johnson, SLP, 9/27/2022). She continued in speech and language therapy with the goal of improving memory and cognitive performance. As the available records did not indicate significant clinical objective neurocognitive deficits per objective testing, yet documented weekly ongoing treatments (last speech therapy note dated 3/16/2023), assessment of potential neurocognitive impairment is outside the scope of this internal medicine review. In addition, the claimant has comorbid mental health diagnosis. Therefore, disability case manager may consider review by a neuropsychiatrist and/or mental health specialist reviewer.

References:

1. Friedman DI, De Ver Dye T. Migraine and the environment. Headache: The Journal of Head and Face Pain. 2009 Jun;49(6):941-52.

2. Job accommodation network. Migraines. https://askjan.org/disabilities/Migraines.cfm?csSearch=3981781_1 . Accessed 05/01/2023.

3. CDC: "Management of Post-COVID Conditions." https://www.cdc.gov/coronavirus/2019-ncov/hcp/clinical-care/post-covid-management.html. Last updated December 16, 2022.

All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is: Carol Lucas, LCSW, mental health restrictions form, 04/11/2023.

Electronically Signed:

Rafael Y. Lefkowitz, MD MPH FACOEM
Board Certified Internal Medicine, Occupational Medicine

Lincoln
Financial Group®

**To:** **Dr. Mohammad Hussain**
Company:
Fax: 865-471-6646
Phone:

**From:**
Fax:
Phone:

**NOTES:**

Please give this fax to Dr. Hussain for review, comments/edits, and signature. Then fax back.
Thank you!
-Dr. Lefkowitz

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Wednesday, June 7, 2023 6:35:08 AM
**Number of pages including this cover sheet:** 03

Secure fax provided by:
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688

415

Date: 06/07/2023

Dr. Mohammad Hussain
Fax: 865-471-6646

Re: Disability Benefits
Claimant Name: SABRINA GUERRERO
Claimant DOB:
Claim Number: 12827197

Dear Dr. Hussain,

Your patient's disability case manager requested a review of the medical records that were submitted to support disability benefits through Lincoln Financial Group. Attempts were made to reach you by phone on 06/05/2023 and 06/06/2023, but we were not able to connect. Please review this summary of the records submitted and the conclusions on medically necessary activity restrictions and limitations. I was asked to specifically address the period from 01/01/2023 to ongoing, and comment on the expected duration. Assessment of potential impairment related to mental health/neurocognitive conditions is outside the scope of this review.

In summary, the medical records indicate the primary diagnoses of concern are:

- Migraines
- Dyspnea on exertion
- Deconditioning
- Chronic fatigue
- History of COVID-19
- Obstructive sleep apnea
- Morbid obesity

As a result, the following medical restrictions and limitations are supported for migraine headaches from 01/01/2023 through 02/07/2023:

- No more than activities of daily living.

From 02/08/2023 through 04/04/2023 and possibly beyond, pending updated records:

- Occasional walking and standing
- Lifting, carrying, pushing and pulling up to 10 pounds occasionally
- No climbing ladders
- No working from unprotected heights

The clinical information in the records does not preclude performing usual activities which are within the above restrictions and limitations, including activities related to employment. Records were insufficient to support the medical necessity for restrictions and limitations through the current time and beyond, from a non-mental health/neurocognitive perspective. Updated records from primary care, post-COVID clinic, neurology, and pulmonology would be useful to determining extent and duration of restrictions and limitations beyond the supported timeframe, or possibly support extension of the earlier restrictions.

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

Your patient's disability case manager is requesting that within 5 business days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided, and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance.

-Electronically Signed-

Rafael Lefkowitz, M.D., M.P.H.
Board Certified, ABIM, ABPM

✓ No changes/comments, OR
__ With changes/comments as noted above

[signature] 6-7-23

Dr. Hussain Date



PAGE 3/3 * RCVD AT 6/7/2023 3:25:50 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/2 * DNIS:8668411415 * CSID:865 471 6646 * ANI:8654716646 * DURATION (mm-ss):00-54

Your fax has been successfully sent to Dr. Mohammad Hussain at 865-471-6646.

--------------------------------------------------------

Matter: 12827197

--------------------------------------------------------

--------------------------------------------------------

6/7/2023 6:35:32 AM Conversion

[TMPY3J94]

Type: application/vnd.openxmlformats-officedocument.wordprocessingml.document

G3 to TIFF #1: Success [image/g3] (81ms)

Aspose #1: Success [image/tiff] (3795ms)

Field Replacement #1: Success [application/vnd.openxmlformats-officedocument.wordprocessingml.document] (33ms)

Word Automation #1: Microsoft Word is not installed on this server. (23ms)

(VA1PWFAX401:WORKSRV3)

6/7/2023 6:35:41 AM Conversion

Successfully created cover sheet.

Type: application/x-pcl

G3 to TIFF #1: Success [image/g3] (19ms)

Image Optimization #1: Success [image/tiff] (165ms)

PCL6 #1: Success [image/tiff] (960ms)

(VA1PWFAX401:WORKSRV2)

6/7/2023 6:35:44 AM Transmission Record

Sent to 865-471-6646 with remote ID "8654716646"

Result: (0) Success

Page record: 1 - 3

Elapsed time: 01:28 on channel 2

Case 3:24-cv-00305-TAV-JEM Document 13-4 Filed 11/19/24 Page 643 of 998
PageID #: 2078

Date: 06/07/2023

Dr. Mohammad Hussain
Fax: 865-471-6646

Re: Disability Benefits
Claimant Name: SABRINA GUERRERO
Claimant DOB:
Claim Number: 12827197

Dear Dr. Hussain,

Your patient's disability case manager requested a review of the medical records that were submitted to support disability benefits through Lincoln Financial Group. Attempts were made to reach you by phone on 06/05/2023 and 06/06/2023, but we were not able to connect. Please review this summary of the records submitted and the conclusions on medically necessary activity restrictions and limitations. I was asked to specifically address the period from 01/01/2023 to ongoing, and comment on the expected duration. Assessment of potential impairment related to mental health/neurocognitive conditions is outside the scope of this review.

In summary, the medical records indicate the primary diagnoses of concern are:

- Migraines
- Dyspnea on exertion
- Deconditioning
- Chronic fatigue
- History of COVID-19
- Obstructive sleep apnea
- Morbid obesity

As a result, the following medical restrictions and limitations are supported for migraine headaches from 01/01/2023 through 02/07/2023:

- No more than activities of daily living.

From 02/08/2023 through 04/04/2023 and possibly beyond, pending updated records:

- Occasional walking and standing
- Lifting, carrying, pushing and pulling up to 10 pounds occasionally
- No climbing ladders
- No working from unprotected heights

The clinical information in the records does not preclude performing usual activities which are within the above restrictions and limitations, including activities related to employment. Records were insufficient to support the medical necessity for restrictions and limitations through the current time and beyond, from a non-mental health/neurocognitive perspective. Updated records from primary care, post-COVID clinic, neurology, and pulmonology would be useful to determining extent and duration of restrictions and limitations beyond the supported timeframe, or possibly support extension of the earlier restrictions.

Your patient's disability case manager is requesting that within 5 business days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided, and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance.

-Electronically Signed-

Rafael Lefkowitz, M.D., M.P.H.
Board Certified, ABIM, ABPM

__ No changes/comments, OR
__ With changes/comments as noted above

____________ ______
Dr. Hussain Date



Secure Fax provided by Lincoln Financial Group to facilitate information privacy

**Lincoln/Guerrero 2017**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 31, 2023 |
| To: | CYDNEY VANOSDALE<br>TENNOVA BARIATRIC<br>10800 PARKSIDE DR.<br>3RD FLOOR<br>KNOXVILLE TN 37934 |
| Attn: | Medical Records |
| Fax: | (865) 218-7109 |
| From: | Ashley Moultrie<br>Senior Claims Examiner<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Gentiva Health Services, LLC |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 31, 2023

Cydney Vanosdale
Tennova Bariatric
10800 PARKSIDE DR.
3RD FLOOR
KNOXVILLE, TN 37934

RE: Long Term Disability (LTD) Benefits
Gentiva Health Services, LLC
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

Dear Cydney Vanosdale:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2023 through present

We ask that you provide this information by June 7, 2023. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

Any charges associated with the completion of forms must be discussed with your patient and they must agree to payment. Lincoln Financial Group will not be responsible for the charges associated with providing this information as the employee must provide proof of disability at their own expense.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Guerrero allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Ms. Guerrero’s signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Moultrie
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380
disabilitydocuments@lfg.com
Attachments: 12827197-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.31.2023

DocuSign Envelope ID: BE39E0E3-062E-4818-952A-12B2D5505EE7

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Sabrina Guerrero

Name of legal representative, if applicable (print) Sabrina Guerrero Relationship Self

Signature of claimant or legal representative DocuSigned by: Sabrina Guerrero 4FC096756D4D4AD... Date: 3/31/2023

Date of Birth: __ ________ Claim Number: 12827197

**A copy of this authorization will be considered as valid as the original.**



**Lincoln/Guerrero 2021**

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Claim: 12827197
Claim Type: LTD
Payee Type: EMP

Customer: GENTIVA
Subsidiary: HOSPICE
Location: KINDRED AT HOME
Employee: SABRINA GUERRERO

Policy Number: GF3-890-LF0132-01
Pmt Period: 04/28/23 - 05/27/23
Pmt Date: 05/22/23
Check #: 109696465

Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3072.57 | $ 0.00 | $ 0.00 | $ 3072.57 | $ 0.00 | $ 1000.00 | $ 0.00 | $ 0.00 | $ 2072.57 |

Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | Subtotal Provision | $ | 0.00 |

Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | Subtotal Offset | $ | 0.00 |

Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | Subtotal Deduction | $ | 0.00 |

Total Provisions $ 0.00 Total Offsets $ 0.00 Total Deductions $ 0.00

Tax Information For This Payment Only

| | | | |
|---|---|---|---|
| Adjusted Gross Benefit: $ 3072.57 | Benefit Tax %: 100.00 | Federal Excludable Wages: $ | 0.00 |
| OASDI Taxable Wages: $ 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ 3072.57 | | Federal Withholding: $ | 1000.00 |
| State Taxable Wages: $ 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only.
It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Guerrero 2022**

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Claim: 12827197
Claim Type: LTD
Payee Type: EMP

Customer: GENTIVA
Subsidiary: HOSPICE
Location: KINDRED AT HOME
Employee: SABRINA GUERRERO

Policy Number: GF3-890-LF0132-01
Pmt Period: 03/28/23 - 04/27/23
Pmt Date: 04/21/23
Check #: 109463735

Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3072.57 | $ 0.00 | $ 0.00 | $ 3072.57 | $ 0.00 | $ 1000.00 | $ 0.00 | $ 0.00 | $ 2072.57 |

Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Offset $ 0.00

Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Deduction $ 0.00

Total Provisions $ 0.00 Total Offsets $ 0.00 Total Deductions $ 0.00

Tax Information For This Payment Only

| | | | |
|---|---|---|---|
| Adjusted Gross Benefit: $ 3072.57 | Benefit Tax %: 100.00 | Federal Excludable Wages: $ | 0.00 |
| OASDI Taxable Wages: $ 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ 3072.57 | | Federal Withholding: $ | 1000.00 |
| State Taxable Wages: $ 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only.
It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Guerrero 2023**

GUERRERO, Sabrina **DOB:** (53 yo F) **Acc No.** 36053 **DOS:** 11/15/2022

## Guerrero, Sabrina

**53 Y old Female, DOB:**
**Account Number: 36053**

**Home:**
**Guarantor: Guerrero, Sabrina Insurance: Blue Cross Blue Shield**
**Appointment Facility: 4395Mandeep S. Bakshi, MD**

**11/15/2022** **Progress note: Shea Pitts, NP**

### Current Medications

Taking
- valsartan 80 mg tablet 1 tab(s) orally once a day
- Albuterol 90 MCg inhaler 2 puffs QID
- Topiramate 25 mg tablet 1 tab(s) orally 2 times a day
- benzonatate 100 mg capsule 1 cap(s) orally 3 times a day
- Hyoscyamine
- Ondansetron 4 mg tablet 1 tab(s) orally every 8 hours
- Ozempic (1 mg dose) 4 mg/3 mL solution as directed subcutaneously once a week
- Calcitriol 0.5 mcg capsule 1 cap(s) orally once a day
- escitalopram 10 mg tablet 1 tab(s) orally once a day
- cetirizine 10 mg tablet 1 tab(s) orally once a day
- Vitamin D
- minocycline 100 mg capsule 1 cap(s) orally every 12 hours
- meloxicam 15 mg tablet 1 tab(s) orally once a day
- calcium citrate
- Vitamin C
- vitamin A
- Vitamin B-12
- Omega-3 Fish Oil
- Zinc

Medication List reviewed and reconciled with the patient

### Past Medical History

Asthma No.
COPD No.
Sleep Apnea Yes.
GERD/Heartburn No.
Ulcers No.
Diabetes No.
Thyroid problems Yes.
Hypertension Yes.
Stroke No.
Coronary Artery Disease No.

### Reason for Appointment

1. Follow Up

### Assessments

1. Dyspnea, unspecified - R06.00 (Primary)
2. Cough - R05
3. Obstructive Sleep Apnea (Unspecified) - G47.30
4. Hypersomnia due to medical condition - G47.14

### Treatment

**1. Dyspnea, unspecified**

Notes: I have advised her about the causes of dyspnea. I have advised her that breathing can be worsened by allergies and GERD. I have advised her that obesity can contribute to shortness of breath. Previous spirometry 06/22 suggest FEV1 of 100%. I have advised her this is normal. I have advised her that she can continue albuterol as needed for wheezing. Advised her to practice deep breathing exercises.

**2. Cough**

Start hydrOXYzine tablet, hydrochloride 25 mg, 1 tab(s), orally, at bedtime, 30 days, 30, Refills 2

Notes: I have advised her about cough. I advised her that this could be multifactorial. I advised that this could be related to GERD/Allergy problems. I would recommend her to avoid caffeine. I advised her to avoid allergen exposure. She has stopped benazepril with improvement in cough. I have advised her to continue cetirizine 10 mg daily. As she is having difficulty with allergy/sinus symptoms I would send her hydroxyzine 25 mg to use at bedtime. May continue benzonatate as needed for cough. Advised she may use Flonase OTC for allergy symptoms as needed. Advised her she may take famotidine 40 mg daily for GERD symptoms. Continue to sleep elevated. Avoid eating late at night.

**3. Obstructive Sleep Apnea (Unspecified)**

Notes: For obstructive sleep apnea hypopnea syndrome, I explained the pathophysiology of sleep apnea to the patient. I advised the patient regarding long-term consequences untreated sleep apnea with increased risk of stroke, hypertension, heart disease. She has

Fibromyalgia Yes.
Arthritis Yes.

**Surgical History**
Denies Past Surgical History

**Family History**
Mother: High Cholesterol
Father: Heart Attack,Heart Disease,Stroke,Hypertension,Diabetes Mellitus,Cancer
Siblings: Heart Disease,Hypertension,High Cholesterol,Diabetes Mellitus

**Social History**
Marital status: Married.
Number of Children: 1.
Occupation: Fulltime,.
Smoking Previous,.
Cigars,Pipes,Chewing Tobacco: Never.
Caffeinated Coffee: none.
Caffeinated Tea: 1-4.
Caffeinated Soft Drink: 1-4.
Alcohol: Rare.
Illegal drug use: Never.

**Allergies**
sulfa

**Hospitalization/Major Diagnostic Procedure**
Denies Past Hospitalization

started on CPAP in 04/22. She has difficulty with mask fit due to her headaches. I have advised to try Airfit F30i mask to see if this improves her comfort. She continues to have extreme fatigue. She has recently taken Provigil with benefit but her PCP discontinued it. I would start her on modafinil 200 mg daily. I have written her a prescription today 11/15/22. I have advised her to continue CPAP every night.

**4. Hypersomnia due to medical condition**
Start modafinil tablet, 200 mg, 1 tab(s), orally, once a day (in the morning), 30 day(s), 30, Refills 0
Notes: I have advised her about hypersomnia. Advised her to continue CPAP during all sleeping hours. She has previously used modafinil with benefit. I would start her on modafinil 200 mg daily.

**Preventive Medicine**
Counseling: Smoking Patient counseled on the dangers of smoking 11/15/2022. Education: Patient given education material Yes.

**Follow Up**
4 Weeks

**History of Present Illness**
Dyspnea:
Ms. Guerrero is here today for follow up of dyspnea status post COVID 02/22. She was treated at home and never admitted to the hospital. She has noted her breathing is improved slowly since having COVID, but she continues to have trouble with breathing with any kind of exertion. She has albuterol to use. She only uses these when she feels extremely short of breath. She continues to have extreme fatigue and brain fog. Her family reports she asks the same questions multiple times. She has occasional wheezing. She does have intermittent coughing. This is worsened by exertion. The cough is productive of brown/green sputum. She does think this is related to recent congestion she has over the last few days. She has been on a leave of absence since February from work.

**Vital Signs**
Wt **355.8**, Ht 65, Temp **97.4**, BP **120/76**, O2 sat **96%**, RR **18**, HR **71**, BMI **59.20**.

**Physical Examination**
GENERAL:
General Appearence: in no acute distress.
HEENT:
Pupils: ERRLA. EOM: intact. Nasal septum: midline. Oral cavity: normal. Nose: normal. Turbinates: pale. Pharynx: normal.
NECK:
Neck: supple. Cervical lymph nodes: normal. ROM: normal. Masses: no. JVD: no.

RESPIRATORY:

Breath sounds bilaterally: clear to auscultation bilaterally.

HEART:

PMI: normal. Rhythm: regular. Murmurs: no. Heart sounds: normal. Clicks: no.

ABDOMEN:

Masses: no. Exam shows: the abdomen is soft and non-tender.

EXTREMITIES:

Edema: no. Cyanosis: no. Clubbing: no. Pulses: 2+ bilateral.

NEUROLOGICAL:

Sensory: normal. Coordination: normal. Reflexes: 2+ bilaterally. Gait: normal. Cortical functions: alert and oriented x 3. Motor grossly intact/symmetrically: yes.



**Electronically signed by Shea Pitts , FNP on 11/17/2022 at 08:30 AM EST**

**Sign off status: Completed**

**Addendum:**

11/29/2022 03:21 PM Pitts, Shea P > G47.14 Idiopathic Hypersomnia Have tried to get modafinil covered for patient. States this is not approved by her insurance. She continues to have hypersomnia even with CPAP use.This is interfering with patient's daily activities.

---

**4395Mandeep S. Bakshi, MD**
**801 East Church Street**
**GREENEVILLE, TN 37745-4395**
**Tel: 423-798-8052**
**Fax: 423-798-8055**

GUERRERO, Sabrina **DOB:** (54 yo F) **Acc No.** 36053 **DOS:** 03/27/2023

# Guerrero, Sabrina

**54 Y old Female, DOB:**
**Account Number: 36053**

**Home:**
**Guarantor: Guerrero, Sabrina** **Insurance: Blue Cross Blue Shield**
**Appointment Facility: 4395Mandeep S. Bakshi, MD**

**03/27/2023** **Progress note: Alice Pinyan, CFNP**

### Current Medications

Taking

- Ubrelvy
- Iron
- Trintellix 10 mg tablet 1 tab(s) orally once a day
- valsartan 80 mg tablet 1 tab(s) orally once a day
- Albuterol 90 MCg inhaler 2 puffs QID
- Topiramate 25 mg tablet 1 tab(s) orally 2 times a day, Notes: 75mg now
- benzonatate 100 mg capsule 1 cap(s) orally 3 times a day
- Hyoscyamine
- Ondansetron 4 mg tablet 1 tab(s) orally every 8 hours
- Ozempic (1 mg dose) 4 mg/3 mL solution as directed subcutaneously once a week
- Calcitriol 0.5 mcg capsule 1 cap(s) orally once a day
- cetirizine 10 mg tablet 1 tab(s) orally once a day
- Vitamin D
- minocycline 100 mg capsule 1 cap(s) orally every 12 hours
- meloxicam 15 mg tablet 1 tab(s) orally once a day
- calcium citrate
- Vitamin C
- vitamin A
- Vitamin B-12
- Omega-3 Fish Oil
- Zinc
- hydrOXYzine hydrochloride 25 mg tablet 1 tab(s) orally at bedtime
- modafinil 200 mg tablet 1 tab(s) orally once a day (in the morning)

Not-Taking/PRN

- SUMAtriptan 100 mg tablet 1 tab(s) orally once

Medication List reviewed and reconciled with the patient

### Past Medical History

Asthma No.

### Reason for Appointment

1. 1 month f/u

### Assessments

1. Dyspnea, unspecified - R06.00 (Primary)
2. Cough - R05
3. Obstructive Sleep Apnea (Unspecified) - G47.30
4. Hypersomnia due to medical condition - G47.14

### Treatment

**1. Dyspnea, unspecified**

Notes: I have advised her about the causes of dyspnea. I have advised her that breathing can be worsened by allergies and GERD. I have advised her that obesity can contribute to shortness of breath. I have advised her this is normal. I have advised her that she can continue albuterol as needed for wheezing. Advised her to practice deep breathing exercises.

**2. Cough**

Notes: I have advised her about cough. I advised her that this could be multifactorial. I advised that this could be related to GERD/Allergy problems. I would recommend her to avoid caffeine. I advised her to avoid allergen exposure. She has stopped benazepril with improvement in cough. I have advised her to continue cetirizine 10 mg daily. As she is having difficulty with allergy/sinus symptoms I would send her hydroxyzine 25 mg to use at bedtime. May continue benzonatate as needed for cough. Advised she may use Flonase OTC for allergy symptoms as needed. Advised her she may take famotidine 40 mg daily for GERD symptoms. Continue to sleep elevated. Avoid eating late at night.

**3. Obstructive Sleep Apnea (Unspecified)**

Notes: For obstructive sleep apnea hypopnea syndrome, I explained the pathophysiology of sleep apnea to the patient. I advised the patient regarding long-term consequences untreated sleep apnea with increased risk of stroke, hypertension, heart disease. She has been trying to use the machine every night. She continues to have extreme fatigue. Continue modafinil 200 mg daily as this has been beneficial for her. I have written her a prescription today. I have

COPD No.
Sleep Apnea Yes.
GERD/Heartburn No.
Ulcers No.
Diabetes No.
Thyroid problems Yes.
Hypertension Yes.
Stroke No.
Coronary Artery Disease No.
Fibromyalgia Yes.
Arthritis Yes.

### Surgical History

Denies Past Surgical History

### Family History

Mother: High Cholesterol
Father: Heart Attack,Heart Disease,Stroke,Hypertension,Diabetes Mellitus,Cancer
Siblings: Heart Disease,Hypertension,High Cholesterol,Diabetes Mellitus

### Social History

Marital status: Married.
Number of Children: 1.
Occupation: Fulltime,.
Smoking Previous,.
Cigars,Pipes,Chewing Tobacco: Never.
Caffeinated Coffee: none.
Caffeinated Tea: 1-4.
Caffeinated Soft Drink: 1-4.
Alcohol: Rare.
Illegal drug use: Never.

### Allergies

sulfa

### Hospitalization/Major Diagnostic Procedure

Denies Past Hospitalization

### Review of Systems

CONSTITUTIONAL:
Extreme Fatigue YES. Recent Weight loss YES. Recent Weight gain no. Difficulty Sleeping no. Night sweats no. Fever no.
SKIN:
Mole or lesions no. Unusual or Prolonged Rashes no.
EENT:
Change in vision YES. Frequent nosebleed no. Sinus drainage or congestion YES. Allergies YES. Voice changes no. Frequent Sore throat YES. Difficulty swallowing no.

RESPIRATORY:
Shortness of breath YES. Chronic cough no. Asthma no. Lung Disease no. History of

advised her to continue CPAP every night during all sleeping hours.

**4. Hypersomnia due to medical condition**
Refill modafinil tablet, 200 mg, 1 tab(s), orally, once a day (in the morning), 30 day(s), 30, Refills 0
Notes: I have advised her about hypersomnia. Advised her to continue CPAP during all sleeping hours. She has hypersomnia even with CPAP use. Continue modafinil 200 mg daily as this has been beneficial for her.

### Preventive Medicine

Counseling: Smoking Patient counseled on the dangers of smoking 03/27/2023. Education: Patient given education material Yes.

### Follow Up

4 Weeks

### History of Present Illness

Dyspnea:
Ms. Guerrero is here today for follow up of dyspnea status post COVID 02/22. She was treated at home and never admitted to the hospital. She has noted her breathing is improved slowly since having COVID, but she continues to have trouble with breathing with any kind of exertion. She has albuterol to use. She only uses these when she feels extremely short of breath. She continues to have extreme fatigue and brain fog. Her family reports she asks the same questions multiple times. She has occasional wheezing. She does have intermittent coughing. This is worsened by exertion. She was diagnosed with migraines and amnesia. She states she has been very down as she continues to have no energy at all.
Hypersomnia:
She has been started on modafinil 200 mg daily. She does note some improvement in her daytime hypersomnia. She does not nap during the day. She does still feel really tired during the daytime, but the medication helps somewhat.

### Vital Signs

Wt **342.2**, Ht 65, Temp **96.9**, BP **118/61**, O2 sat **96%**, RR **19**, HR **81**, BMI **56.94**.

### Physical Examination

GENERAL:
General Appearence: in no acute distress.
HEENT:
Pupils: ERRLA. EOM: intact. Nasal septum: midline. Oral cavity: normal. Nose: normal. Turbinates: pale. Pharynx: normal.
NECK:
Neck: supple. Cervical lymph nodes: normal. ROM: normal. Masses: no. JVD: no.
RESPIRATORY:

GUERRERO, Sabrina **DOB:** (54 yo F) **Acc No.** 36053 **DOS:** 03/27/2023

Pneumonia no. History of Tuberculosis no.
CARDIAC/Pheripheral Vascular Disease:
Chest Pain no. Irregular Heart Rhythm no. Shortness of breath YES. Swelling of Leg,Ankles,Feet no. Cramping in legs w/ walking YES.
GASTROENTEROLOGY:
Change in Appetite no. Heartburn/Reflux no. Stomach Ulcers no. Abdominal pain YES. Nausea/Vomiting no.
URINARY:
Burning with urinating no. Blood in urine no. Frequent urination no. Decreased Urine Stream no. Lack of bladder control no.
ENDOCRINE:
Heat or Cold intolerance YES. Excessive thirst no. Excessive urination no.
MUSCULOSKELETAL:
Arthritis/Joint pain YES. History of Gout no. Back pain YES. Muscle Pain YES.
NEUROLOGIC:
Poor Concentration YES. Frequent Headache YES. Change in memory YES. History of Seizures no. Numbness/Tingling no.
PSYCHIATRIC:
Depression YES. Anxiety YES. Bipolar no. Schizophrenia no. Panic Attack no.

Breath sounds bilaterally: clear to auscultation bilaterally.
HEART:
PMI: normal. Rhythm: regular. Murmurs: no. Heart sounds: normal. Clicks: no.
ABDOMEN:
Masses: no. Exam shows: the abdomen is soft and non-tender.
EXTREMITIES:
Edema: no. Cyanosis: no. Clubbing: no. Pulses: 2+ bilateral.
NEUROLOGICAL:
Sensory: normal. Coordination: normal. Reflexes: 2+ bilaterally. Gait: normal. Cortical functions: alert and oriented x 3. Motor grossly intact/symmetrically: yes.

Alice Pinyan FNP-BC
Mandeep Bakshi

**Electronically signed by Alice Pinyan-Yutzy , DNP on 03/27/2023 at 02:45 PM EDT**

**Sign off status: Completed**

**4395Mandeep S. Bakshi, MD**
**801 East Church Street**
**GREENEVILLE, TN 37745-4395**
**Tel: 423-798-8052**
**Fax: 423-798-8055**

LifeStance HEALTH

Fax to #: 603-334-0380

Fax From #: 865-312-7520

Date: 4/17/2023

Attn: Medical Records Dept

# Pages: 9

LifeStance HEALTH

**This record which has been disclosed to you is protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of this record unless further disclosure is expressly permitted by the written consent of the individual whose information is being disclosed in this record or, is otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see § 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at §§ 2.12(c)(5) and 2.65;**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | March 31, 2023 |
| To: | CAROL LUCAS<br>LIFE STANCE HEALTH<br>10025 INVESTMENT DR.<br>KNOXVILLE TN 37923 |
| Attn: | Medical Records |
| Fax: | (865) 312-6442 |
| From: | Ashley Moultrie<br>Senior Claims Examiner<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Gentiva Health Services, LLC |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

March 31, 2023

Carol Lucas
Life Stance Health
10025 INVESTMENT DR.
KNOXVILLE, TN 37923

RE: Long Term Disability (LTD) Benefits
Gentiva Health Services, LLC
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

Dear Carol Lucas:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gentiva Health Services, LLC's Group Disability Policy. We are writing in reference to Sabrina Guerrero's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you.

This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by April 7, 2023.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Ashley Moultrie
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380
disabilitydocuments@lfg.com
Attachments: 12827197-REQUEST-PROVIDER-02.27.2023

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | February 27, 2023 |
| To: | SEANNA JONES<br>LIFE STANCE HEALTH<br>10025 INVESTMENT DR.<br>KNOXVILLE TN 37923 |
| Attn: | |
| Fax: | (865) 312-6442 |
| From: | Maureen Brooks<br>LTD Claims Specialist<br>On Behalf Of: Ashley Moultrie<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Gentiva |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 27, 2023

Seanna Jones
Life Stance Health
10025 INVESTMENT DR.
KNOXVILLE, TN 37923

RE: Long Term Disability (LTD) Benefits
Gentiva
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

Dear Seanna Jones:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2022 through present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by March 6, 2023. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Maureen Brooks
LTD Claims Specialist
On Behalf Of: Ashley Moultrie
Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

Return To: Ashley Moultrie

| Sabrina Guerrero | | 12827197 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

To be completed by physician:

1. DATE FIRST TREATED – 8/10/22 by Seanna Jones; 2/8/23 by C. Lucas. F32.1 MDD, moderate F41.4 GAD
DATE LAST TREATED – 4/10/23 F32.1 MDD, Moderate, F41.4 GAD
NEXT OFFICE VISIT – 4/18/23 DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

2) Client experiences anxiety, hypervigilance, irritability, difficulty concentrating, depressed mood, fatigue, oversleeping, anhedonia, brain fog, difficulty comprehending information, difficulty with recall, word finding difficulty. Client should not be involved in work at this time. Additional stress would compound her symptoms. Also, she would not be able to focus to task completion and keep pace with previous workload.

4. RESTRICTIONS IMPOSED FROM ______ TO ______

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?

Continued individual therapy - See therapy notes for treatment plan. Return to work date unknown. Can re-evaluate in 6 months but depending on improvement in physical health, client may not be able to return to work. (Commonly, r/t extreme fatigue likely depression and long-COVID related).

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

Observation of client in session and self report of debilitating symptoms.

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______ TO ______

| | | |
|---|---|---|
| Carol D. Lucas | LCSW, anxiety/trauma | |
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| 10025 Investment Dr. Suite 100 | 865-606-6110 | 865-312-6442 |
| Street Address | Telephone Number | Fax Number |
| Knoxville, TN 37803 | Carol D. Lucas, LCSW | 4/11/23 |
| City, State & Zip Code | Signature | Date |

LifeStance HEALTH

Fax to #: 603-334-0380

Fax From #: 865-312-7520

Date: 4/11/2023

Attn: Medical Records Dept

# Pages: 72

LifeStance HEALTH

**This record which has been disclosed to you is protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of this record unless further disclosure is expressly permitted by the written consent of the individual whose information is being disclosed in this record or, is otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see § 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at §§ 2.12(c)(5) and 2.65;**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | March 31, 2023 |
| To: | CAROL LUCAS<br>LIFE STANCE HEALTH<br>10025 INVESTMENT DR.<br>KNOXVILLE TN 37923 |
| Attn: | Medical Records |
| Fax: | (865) 312-6442 |
| From: | Ashley Moultrie<br>Senior Claims Examiner<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 7 |
| RE: | Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Gentiva Health Services, LLC |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

March 31, 2023

Carol Lucas
Life Stance Health
10025 INVESTMENT DR.
KNOXVILLE, TN 37923

RE: Long Term Disability (LTD) Benefits
Gentiva Health Services, LLC
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

Dear Carol Lucas:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gentiva Health Services, LLC's Group Disability Policy. We are writing in reference to Sabrina Guerrero's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you.

This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by April 7, 2023.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Ashley Moultrie
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380
disabilitydocuments@lfg.com
Attachments: 12827197-REQUEST-PROVIDER-02.27.2023

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | February 27, 2023 |
| To: | SEANNA JONES<br>LIFE STANCE HEALTH<br>10025 INVESTMENT DR.<br>KNOXVILLE TN 37923 |
| Attn: | |
| Fax: | (865) 312-6442 |
| From: | Maureen Brooks<br>LTD Claims Specialist<br>On Behalf Of: Ashley Moultrie<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 5 |
| RE:<br><br>Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Gentiva | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 27, 2023

Seanna Jones
Life Stance Health
10025 INVESTMENT DR.
KNOXVILLE, TN 37923

RE: Long Term Disability (LTD) Benefits
Gentiva
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

Dear Seanna Jones:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2022 through present

- Completion of the Enclosed Forms:

  _X_ Restrictions Form
  ___ Other

We ask that you provide this information by March 6, 2023. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Maureen Brooks
LTD Claims Specialist
On Behalf Of: Ashley Moultrie
Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Ashley Moultrie

| Sabrina Guerrero | | 12827197 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — __________
   **DATE LAST TREATED** — __________
   **NEXT OFFICE VISIT** — __________

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES** __________

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

   __________

4. **RESTRICTIONS IMPOSED FROM** __________ **TO** __________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** __________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

   __________

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** __________ **TO** __________.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

**PATIENT CHART -**
**GUERRERO, SABRINA**

**DOB: AGE: 54 yrs. Acct#: 6881**

**PATIENT CHART -**
**GUERRERO, SABRINA**

**DOB: AGE: 54 yrs. Acct#: 6881**

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 08/10/2022**

**Sabrina Guerrero** Date of Birth:

## Psychiatric Diagnostic Evaluation

**Present at Session:** Patient.

Informed consent for treatment obtained and patient's questions answered.

**Chief Complaint:** Depression, Anxiety, medical concerns, and after affects of Covid, and current t chronic long covid symptoms

**History of Present Illness:** Depressed mood. Feelings of sadness. Feelings of emptiness. Feelings of hopelessness. Anhedonia. Decreased interest in normal activities. Decreased motivation. Insomnia. Agitation. Fatigue/loss of energy. Feelings of worthlessness. Excessive/inappropriate guilt. Difficulty concentrating. Indecisiveness. Recurrent thoughts of death denies Suicidal Ideation currently. Ruminating thoughts. Excessive fear. Persistent worry. Feeling keyed up/on edge. Irritability. Fatigue. Muscle tension. Sleep disturbances.

Sabrina contracted covid in February and still has shortness of breath when walking, extreme fatigue intermittently, and daily headaches which vary in intensity. She reports having "brain fog" so can become argumentative / irritable / defensive with family when they tell her she's repeating self. Sabrina is beginning to observe that physical symptoms make her worried that she is having escalating anxiety. Sabrina has a plan with doctors to work on increasing breathing capacity and fitness but she doubts this can happen in enough time to be ready to work this October.

Sabrina wants help processing and being less distressed by the changes that covid has brought, help decreasing anxiety.

Client reports history of sexual abuse by her father, binge eats, can go between hoarding and cleaning excessively, avoids shopping due to both physical exertion and being overstimulated with anxiety, describes self as morbidly obese, has undergone gastric bypass surgery, was employed recently as a social worker in a hospice setting with high degree of job satisfaction.

Coping skills include learning to address conflict directly and allowing self to feel feelings. She notes she is still uncomfortable being direct with others but makes self do it. When asked about coping with anxiety she believes she has no tools. Sabrina consented to psychoeducation about diaphragm breathing to improve quality of sleep disrupted by anxiety, to decrease anxiety, to retune nervous system over time and help re-wire the intrusive and distorted thought patterns over time.

Sabrina attends a covid support group and overall feels supported. She wonders at times if her husband and daughter get frustrated with her or if anxiety is influencing this perception.
Therapeutic Interventions in Session: CBT, EMDR discussed, Personal Skills, Psychoeducation, Supportive Therapy.
Current Medications and Compliance: Complete multivitamin, probiotic, vitamin A, Zinc, Vitamin C, Omega 3, Vitamin B-12, Aspirin 80mg QD, Meloxicam 15mg QD, Topiramate 25mg BID, Cetirizine 10mg QD, Calcitriol 0.5 QD, Vitamin D2 50,000IU 2x weekly, Escitalopram 20mg QD, Benazepril 20mg QD, Magoxide 400mg QD, Minocycline 100mg BID, Pepcid AC 40mg QD, Ozempic 1mg once weekly

**Past Medical, Psychiatric, Family and Social History**
History Provided: Sabrina Guerrero

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 08/10/2022**

**Sabrina Guerrero** Date of Birth:

Relationship to Patient: Self.

**Behavioral Health History**
Therapy. Chris Overton, LCSW 1998-2001 ?
Medication Management. Floyd Phillips, MD (Current Provider)
Psychological Testing. 1998 uncertain of provider through Vocational rehabilitation
Prior Suicidal or Homicidal Ideation or Attempt: No.
Prior History of Cutting or Self-Harm: No.
Current or Past Legal Issues: No.

Psychosocial History: Strain in relationship with family of origin.
Cultural/Ethnic/Spiritual Considerations/Identities: Strong faith belief
Relationship Status: Married.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Personal Strengths: Seek help when needed
Gender Identity: Female
Sex Assigned at Birth: Female
Sexual Orientation: Heterosexual or Straight

History or Prior Diagnosis:
Patient: Anxiety. Depression. Eating disorder. Obsessive-compulsive disorder. PTSD/Trauma.
Family: ADD/ADHD: Mother. Anxiety: Mother. Child. Bipolar Disorder: Sibling. Depression: Child. Eating Disorder: Mother. OCD: Mother.

**Medical History**
Primary Care Physician: Yes. Name/Phone: Floyd Phillips
Date of Last Physical Exam: 8/8/22.
Date of Last Dental Exam: 6/22.
Date of Last Vision Exam: 2002
Additional Healthcare Providers: Yes. Post Covid Clinic (Pammela Poore, NP) (423) 578-8400, Pulmonologist Dr. Bakshi (423) 798-8052, Cydney Vanosdale, NP with Tennova Bariatric (865) 392-3971, Gregory Moffit, MD Endicrinology Consultants of East TN (865) 637-8812

History or Prior Diagnosis:
Patient: High blood pressure. Thyroid problems.
Family: Cancer: Father. Diabetes: Father. Sibling. Endocrine Disorder: Child. Heart Disease: Father. Sibling. High Blood Pressure: Father. Sibling. Stroke: Father. Thyroid Problems: Child.

Substance Use History:
Alcohol Use: Yes.
Number of Times per Week: 0. Number of Drinks: Rarely like once a year possibly.

Smoking Status: Non-smoker.
Vaping: No.
Others Smoking in the Home: No.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 08/10/2022**

**Sabrina Guerrero** Date of Birth:

Number of Drinks Containing Caffeine on a Typical Day: 5-6 drinks.

Food/Exercise History:
Exercise Frequency: None. Morbidly obese, limited mobility, poor activity tolerance

Educational History:
Highest Education Completed: Graduate degree.
Current Student: No.

Occupational History:
Occupation: Social worker
Employer: Avalon Hospice
Number of Positions in Past 5 Years: One

Military Experience: None.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.

**Mental Status Exam**
Mood: Anxious. Depressed.
Affect: Full and Appropriate.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age. No acute distress.
Gait/Motor Activity: Normal gait and upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent and normal rate, volume and articulation.
Language: Names objects appropriately. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired. Good insight.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 3:00 pm
End time: 3:50 pm
Total time: 50 minutes

Interactive Complexity: No.

**Treatment Plan**

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 08/10/2022**

**Sabrina Guerrero** Date of Birth:

Patient Instructions: Continue individual psychotherapy. Take all meds as prescribed.

Patient has the capacity to benefit from the treatment plan.

Treatment plan collaboratively established and clearly communicated with the patient/g,uardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Reduce frequency/intensity/duration of anxiety symptoms by 75% per self-report or GAD-7 score.
Treatment Model/Interventions: CBT, EMDR discussed, Personal Skills, Psychoeducation, Supportive Therapy.
Anticipated Time Frame to Goal Completion: 6 months

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Reduce frequency/intensity/duration of depression symptoms by 75% per self-report or PHQ-9 score decrease.
Treatment Model/Interventions: CBT, EMDR discussed, Personal Skills, Psychoeducation, Supportive Therapy.
Anticipated Time Frame to Goal Completion: 6 months

Electronically Signed: SEANNA JONES LPC on/at 8/10/2022 4:28:18 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 08/17/2022**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
Sabrina said the family has been moving her daughter back to campus for the past few days and client is physically exhausted. Daughter took her dog with her and Sabrina really misses the companionship of the dog.

Sabrina can get discouraged with the amount of recovery time she needs after she exerts herself. I asked her to consider starting to chart activities she engages in and recovery time so she can have an "external hard drive" to capture the information, less for her to try to hold in her memory, easier to gauge progress in recovery from long covid.

Sabrina found it helpful to consider asking herself each morning why she'd like to stay in bed: is it recovery from exhaustion or is it cocooning/dissociative/depressive?

We considered whether or not she may adjust expectations about upcoming aquatics therapy class.

Sabrina said her husband had affair some time ago and the couple has not worked on this issue together. Sabrina said she is now in survival mode and can't fight for the marriage anymore at this time.

Therapeutic Interventions in Session: CBT, Personal Skills, Supportive Therapy.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: SI/HI not reported.

**Mental Status Exam**
Mood: Anxious. Depressed.
Affect: Full and Appropriate.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Normal gait and upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent and normal rate, volume and articulation.
Language: Names objects appropriately. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 08/17/2022**

**Sabrina Guerrero** Date of Birth:

Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired. Limited insight, provider uncertain if related to long covid cognitive issues or if present prior to acquiring covid.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 1:00 pm
End time: 1:52 pm
Total time: 52 minutes

**Treatment Plan**
Patient Instructions: Continue individual psychotherapy. Take all meds as prescribed.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Reduce frequency/intensity/duration of anxiety symptoms by 75% per self-report or GAD-7 score.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy.
Anticipated Time Frame to Goal Completion: 6 months

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Reduce frequency/intensity/duration of depression symptoms by 75% per self-report or PHQ-9 score decrease.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy.
Anticipated Time Frame to Goal Completion: 6 months

Electronically Signed: SEANNA JONES LPC on/at 8/18/2022 3:37:04 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 09/13/2022**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
Sabrina said she has a referral for speech evaluation toward the end of September as she continues to experience difficulty speaking a word she clearly has in her mind to speak. Client also as a neuro consult on 11/11.

Sabrina so far is expected to return to work on 10/27/22. She believes she is not ready in terms of physical or cognitive abilities. Client processed her mixed emotions and thoughts about this. I reminded client that given her ethical duty to not provide services when she knows she is compromised and Sabrina hadn't thought of this. She said this helps relieve much distress about not working until she knows she is ready.

Sabrina considered adjusting her goals and expectations for example going to the store 2x a week for 2-3 items versus going once for all 6 items, assessing if the following week she can go twice for 4 items each.

We talked about the likelihood of her employer engaging in meaningful ADA accommodations should she return to work on 10/27.

Therapeutic Interventions in Session: CBT, Personal Skills, Supportive Therapy.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: SI/HI not reported.

**Mental Status Exam**
Mood: Anxious. Depressed.
Affect: Full and Appropriate.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Normal gait and upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent and normal rate, volume and articulation.
Language: Names objects appropriately. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 09/13/2022**

**Sabrina Guerrero** Date of Birth:

Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 11:00 am
End time: 11:48 am
Total time: 48 minutes

**Treatment Plan**
Patient Instructions: Continue individual psychotherapy. Take all meds as prescribed.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Impaired occupational functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Reduce frequency/intensity/duration of anxiety symptoms by 75% per self-report or GAD-7 score.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy.
Anticipated Time Frame to Goal Completion: 6 months

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Reduce frequency/intensity/duration of depression symptoms by 75% per self-report or PHQ-9 score decrease.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy.
Anticipated Time Frame to Goal Completion: 6 months

Electronically Signed: SEANNA JONES LPC on/at 9/14/2022 12:44:37 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 09/27/2022**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
Sabrina had her intake to assess speech processing today. She struggled with parts of the assessment such as drawing the clock and other spatial tasks. Sabrina felt frustrated and depressed at this. I offered perspective that it seems as though her brain needs time to re-organize itself as those with a traumatic brain injury experience and Sabrina agreed this made sense.

She spoke with her employer about her ability to perform required duties which was also depressing. Sabrina has no idea when she will be able to function as she used to and the uncertainty of when and if she will improve is depressing and frustrating.

Sabrina identified tasks she is able to do to help her feel some sense of control since she perceives so much of her life to be out of her control. I encouraged her to listen to the brain's signals and back off when necessary, much like people who are trying to recover from a concussion as she said she can feel in her head when she has pushed her processing too far.

Sabrina wanted to talk about how she feels like she is "always negative" when interacting with her support system. She may check in with her daughter to see if that is actually daughter's perception. We developed tools for client to consider using for interactions such as use of goodnewsnetwork.org daily to find something positive that interests her to talk about.

Sabrina found a practice she can engage in that she thinks would be not overstimulating for her brain. She also accepted a coloring sheet from provider that is minimally visually stimulating.

Therapeutic Interventions in Session: CBT, Personal Skills, Supportive Therapy.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: SI/HI not reported.

**Mental Status Exam**
Mood: Anxious. Depressed. Frustrated.
Affect: Full and Appropriate. Tearful.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Normal gait and upright station. No notable abnormal movements or coordination issues.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 09/27/2022**

**Sabrina Guerrero** Date of Birth:

Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 1:00 pm
End time: 1:49 pm
Total time: 49 minutes

**Treatment Plan**
Patient Instructions: Continue individual psychotherapy. Take all meds as prescribed.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Reduce frequency/intensity/duration of anxiety symptoms by 75% per self-report or GAD-7 score.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy.
Anticipated Time Frame to Goal Completion: 6 months

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Reduce frequency/intensity/duration of depression symptoms by 75% per self-report or PHQ-9 score decrease.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy.
Anticipated Time Frame to Goal Completion: 6 months

Electronically Signed: SEANNA JONES LPC on/at 9/27/2022 4:46:42 PM



PAGE 21/72 * RCVD AT 4/11/2023 3:54:45 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/3 * DNIS:6033340380 * CSID:Lifestance * ANI:12066863252 * DURATION (mm-ss):23-17

LifeStance Health
10025 INVESTMENT DRIVE SUITE 100
KNOXVILLE, TN 37932-2664
(865) 588-3173 Fax: (865) 588-3174
Seanna Jones, LPC
Visit Date: 09/27/2022

**Sabrina Guerrero** Date of Birth:

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 10/11/2022**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
Sabrina authorized only the release of a statement and not the release of her counseling notes to the TN Dept of Human Services.

Sabrina has been feeling more depressed recently which she thinks was triggered by having to tell her job that she won't be ready to return to work this October. She felt this was a loss, triggering grief and depression due to her strong professional identity. Client also continues to perceive frustration from family members and perceives that the care she has always provided to them is not reciprocated when she needs more care from them as she recovers from covid. Sabrina reports feeling depressed and frustrated at her physical and cognitive limitations placed on her by long covid.

Sabrina also has anxiety that she won't recover her ability to function to her fullest capacity as she's seen in her profession that some stroke survivors do not recover some functioning.

At times Sabrina experiences feelings she'd be better off dead and denied in session that she would take action.

Sabrina observed recently that there are times when she wonders if she was dreaming or not and asked to talk about this. She will address with her neurologist soon. Sabrina understands that if this dissociation is related to being overwhelmed with grief, depression, exhaustion and stress the dissociation should remit with decrease of those factors.

Sabrina asked for paper and pen to take notes of reminder to ask husband to call in for certain medical appointments, have an educational conversation w/daughter to help daughter reduce her frustrated reactions toward mother, and to address dissociative events with neurologist.

Client said her house looks like an episode of "Hoarders" right now, provider is uncertain about husband's role in this. Sabrina is willing to reflect on her sense of identity for further discussion at follow-up. Client is aware she can request telehealth sessions if she'd like.

Therapeutic Interventions in Session: CBT, Personal Skills, Supportive Therapy.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 10/11/2022**

**Sabrina Guerrero** Date of Birth:

Suicidal or Homicidal Ideation: SI/HI not reported.

**Mental Status Exam**
Mood: Anxious. Depressed. Frustrated.
Affect: Tearful. Full and Appropriate. Tense.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Normal gait and upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 2:00 pm
End time: 2:48 pm
Total time: 48 minutes

**Treatment Plan**
Patient Instructions: Continue individual psychotherapy. Take all meds as prescribed.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Reduce frequency/intensity/duration of anxiety symptoms by 75% per self-report or GAD-7 score.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy.
Anticipated Time Frame to Goal Completion: 6 months

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 10/11/2022**

**Sabrina Guerrero** Date of Birth:

2a. Reduce frequency/intensity/duration of depression symptoms by 75% per self-report or PHQ-9 score decrease.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy.
Anticipated Time Frame to Goal Completion: 6 months

Electronically Signed: SEANNA JONES LPC on/at 10/11/2022 3:16:56 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 10/25/2022**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient. Spouse.

**Modality:** Individual.

**HPI/Session Summary**
Sabrina messaged provider earlier in the day to advise she is bringing her husband to session today. I saw client and husband Darwin for the whole session and started by advising Darwin that this was a surprise to me today and my purpose in agreeing to meet with both of them is not to engage in marriage counseling. Sabrina explained the couple had some conversations recently and one of her takeaways was she'd like provider's help explaining some symptoms especially her brain fog to her husband.

Darwin said if wife is stressed there are things she can relinquish control of that would be helpful. He also said he thinks she's given up and sometimes he doesn't see her trying for example client is a "hoarder" and insists that cleaning happen one way which she can't do so it doesn't get done. At one point client became tearful. Sabrina said it is embarrassing to admit that she can go 4-5 days without bathing.

Darwin was open to learning some tools to help facilitate their communication w/less friction, sent him home with one tool to try. Darwin is not open to participating in individual counseling or marriage counseling (with another provider) although the couple might benefit from marriage counseling.

When provider was certain client had addressed what she intended with spouse I escorted him to the lobby to continue session alone. Sabrina said due to tension in the room her head started pounding. I told her I'd like to introduce her to Light Stream stabilization exercise at follow-up, she is willing to try. I asked if she got what she needed today and if having him in session was helpful or harmful which we discussed.

Sabrina admitted she can be controlling and that she can feel defensive and "like I'm stupid" when she doesn't remember information communicated w/family members. I asked her to look into author Kristin Neff about self compassion. Sabrina agreed to explore her issues with control at follow-up.

Therapeutic Interventions in Session: CBT, Personal Skills, Supportive Therapy.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: SI/HI not reported.

**Mental Status Exam**
Mood: Anxious. Depressed. Frustrated.
Affect: Tearful. Full and Appropriate.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 10/25/2022**

**Sabrina Guerrero** Date of Birth:

General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Normal gait and upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 2:00 pm
End time: 2:52 pm
Total time: 52 minutes

**Treatment Plan**
Patient Instructions: Continue individual psychotherapy. Take all meds as prescribed.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Reduce frequency/intensity/duration of anxiety symptoms by 75% per self-report or GAD-7 score.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy.
Anticipated Time Frame to Goal Completion: 6 months

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Reduce frequency/intensity/duration of depression symptoms by 75% per self-report or PHQ-9 score decrease.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy.
Anticipated Time Frame to Goal Completion: 6 months

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 10/25/2022**

**Sabrina Guerrero** Date of Birth:

Electronically Signed: SEANNA JONES LPC on/at 10/26/2022 2:17:47 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 11/10/2022**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
Sabrina's car battery died yesterday so she moved her appointment today. Today she also had her speech therapy session, originally tried to stagger sessions so she would be fully present for counseling.

Sabrina understands that provider's last day with the agency is 12/31 and that this provider thinks Carol Lucas and client would make a good team.

Sabrina wanted to talk about her depression. She will ask her prescriber if they think an adjustment would be helpful. Client can avoid tasks due to depression and anxiety. Meantime client would like to consider use of EMDR to help decrease her need for control which will help her give up some tasks, improve relationships, improve her living space etc.

Engaged in psychoeducation about EMDR, the Window of Tolerance, dissociation, how processing cannot occur when one is dissociated. Engaged in psychoeducation about client needing to allow her system to access information that she's been blocking if it is related to the material she wants to process.

Father was retired from the CIA, played mind games with her and was sexually inappropriate with her.

Therapeutic Interventions in Session: CBT, Personal Skills, Supportive Therapy, EMDR discussed, psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: SI/HI not reported.

**Mental Status Exam**
Mood: Anxious. Depressed. Frustrated.
Affect: Full and Appropriate.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Normal gait and upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 11/10/2022**

**Sabrina Guerrero** Date of Birth:

Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 1:00 pm
End time: 2:00 pm
Total time: 60 minutes

**Treatment Plan**
Patient Instructions: Continue individual psychotherapy. Take all meds as prescribed.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Reduce frequency/intensity/duration of anxiety symptoms by 75% per self-report or GAD-7 score.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy, EMDR discussed, psychoeducation.
Anticipated Time Frame to Goal Completion: 6 months

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Reduce frequency/intensity/duration of depression symptoms by 75% per self-report or PHQ-9 score decrease.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy, EMDR discussed, psychoeducation.
Anticipated Time Frame to Goal Completion: 6 months

Electronically Signed: SEANNA JONES LPC on/at 11/10/2022 2:10:42 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 11/10/2022**

**Sabrina Guerrero** Date of Birth:

LifeStance Health
10025 INVESTMENT DRIVE SUITE 100
KNOXVILLE, TN 37932-2664
(865) 588-3173 Fax: (865) 588-3174
Seanna Jones, LPC
Visit Date: 11/18/2022

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
Provider apologized for starting session late. Client and husband ended up having an argument regarding his not looking up from phone while she tried to talk about her medication with him. Sabrina was tearful talking about this.

She said she did some researching and reviewed the EMDR resources I gave her but had concerns which we discussed. Sabrina said it was ok to proceed with EMDR and knows she can say no and is in control of the process. Explored differences between the processing she has already engaged in and EMDR processing; completed consent form and DES in session which we reviewed.

Sabrina consented to attempt Calm Place stabilization exercise today and successfully completed this with the buzzers. Buzzers used due to tendency for migraines.

Therapeutic Interventions in Session: CBT, Personal Skills, Supportive Therapy, EMDR discussed, psychoeducation, Calm Place successfully completed.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: SI/HI not reported.

**Mental Status Exam**
Mood: Anxious. Depressed.
Affect: Full and Appropriate. Tearful.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Normal gait and upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 11/18/2022**

**Sabrina Guerrero** Date of Birth:

Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 11:05 am
End time: 12:05 pm
Total time: 60 minutes

**Treatment Plan**
Patient Instructions: Continue individual psychotherapy. Take all meds as prescribed.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Reduce frequency/intensity/duration of anxiety symptoms by 75% per self-report or GAD-7 score.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy, EMDR discussed, psychoeducation, Calm Place successfully completed.
Anticipated Time Frame to Goal Completion: 6 months

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Reduce frequency/intensity/duration of depression symptoms by 75% per self-report or PHQ-9 score decrease.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy, EMDR discussed, psychoeducation, Calm Place successfully completed.
Anticipated Time Frame to Goal Completion: 6 months

Electronically Signed: SEANNA JONES LPC on/at 11/18/2022 12:55:52 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 11/21/2022**

**Sabrina Guerrero** Date of Birth:

# Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
Sabrina has not remembered to try Calm Place this week and said there were times she should have. She agreed to learn Light Stream and found it helpful. We did not have time to complete this exercise but the remainder and the goal was explained, she said it would be okay to offer these 2 if needed during sessions.

Sabrina had low level of awareness regarding her control issues but with conversation included in phase 1 of EMDR she was able to access a memory to target. Phase 1 successfully completed. Psychoeducation about Window of Tolerance given during discussion about her ability to stay in her Window while watching clients' families engage in conflict but hardly ever staying in her Window when her own family engages in conflict. Due to time we ended session.

Sabrina knows to expect completion of phase 3 assessment and what that means, and to start processing in phase 4 at follow-up.

Client has not been able to talk with prescriber about potentially adjusting anti-depressant.

Therapeutic Interventions in Session: CBT, Personal Skills, Supportive Therapy, EMDR phase 1 complete, psychoeducation, Light Stream successfully completed.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: SI/HI not reported.

**Mental Status Exam**
Mood: Anxious. Depressed.
Affect: Full and Appropriate. Tearful.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 11/21/2022**

**Sabrina Guerrero** Date of Birth:

Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 11:00 am
End time: 11:45 am
Total time: 45 minutes

**Treatment Plan**
Patient Instructions: Continue individual psychotherapy. Take all meds as prescribed.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Reduce frequency/intensity/duration of anxiety symptoms by 75% per self-report or GAD-7 score.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy, EMDR phase 1 complete, psychoeducation, Light Stream successfully completed.
Anticipated Time Frame to Goal Completion: 6 months

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Reduce frequency/intensity/duration of depression symptoms by 75% per self-report or PHQ-9 score decrease.
Treatment Model/Interventions: CBT, Personal Skills, Supportive Therapy, EMDR phase 1 complete, psychoeducation, Light Stream successfully completed.
Anticipated Time Frame to Goal Completion: 6 months

Electronically Signed: SEANNA JONES LPC on/at 11/21/2022 12:37:25 PM

LifeStance Health
10025 INVESTMENT DRIVE SUITE 100
KNOXVILLE, TN 37932-2664
(865) 588-3173 Fax: (865) 588-3174
Seanna Jones, LPC
Visit Date: 12/06/2022

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
Sabrina advised she felt tired and stressed from tending to family-related tasks. She briefly processed recently being on the ground and panicking until she figured out how to stand w/out calling EMS.

Sabrina consented to resume EMDR. Phase 3 complete, phase 4 incomplete due to time. Discussed continued processing and encouraged Sabrina to note how it affects cognitive processing. Sabrina felt ok to engage in planned ADL's tonight.

Therapeutic Interventions in Session: CBT, Supportive Therapy, EMDR phase 3 complete, phase 4 incomplete due to time, psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: SI/HI not reported.

**Mental Status Exam**
Mood: Anxious.
Affect: Full and Appropriate. Tearful at end of processing.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 12/06/2022**

**Sabrina Guerrero** Date of Birth:

F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 1:02 pm
End time: 1:55 pm
Total time: 53 minutes

**Treatment Plan**
Patient Instructions: Continue individual psychotherapy. Take all meds as prescribed.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Reduce frequency/intensity/duration of anxiety symptoms by 75% per self-report or GAD-7 score.
Treatment Model/Interventions: CBT, Supportive Therapy, EMDR phase 3 complete, phase 4 incomplete due to time, psychoeducation.
Anticipated Time Frame to Goal Completion: 6 months

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Reduce frequency/intensity/duration of depression symptoms by 75% per self-report or PHQ-9 score decrease.
Treatment Model/Interventions: CBT, Supportive Therapy, EMDR phase 3 complete, phase 4 incomplete due to time, psychoeducation.
Anticipated Time Frame to Goal Completion: 6 months

Electronically Signed: SEANNA JONES LPC on/at 12/6/2022 2:13:20 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 12/16/2022**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
Sabrina said she's been having hernia-like pain recently and is communication w/her doctor. She was embarrassed to say today was the first time she's washed her hair since late November. Client's husband is visiting out of the country from next week until new year which we discussed, client has a plan for how to deal with any difficult emotions around this.

Sabrina said after last session she slept for about a day and a half she was so exhausted. She consented to resume EMDR, SUD=3 or 4 to start. She was surprised by the amount of memories she accessed.

I gave Sabrina the names of two EMDR practitioners at the agency so client can consider continuing her work after I leave 12/31/22.

Therapeutic Interventions in Session: CBT, Supportive Therapy, EMDR phase 4 incomplete due to time, psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: SI/HI not reported.

**Mental Status Exam**
Mood: Anxious. Depressed.
Affect: Full and Appropriate.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 12/16/2022**

**Sabrina Guerrero** Date of Birth:

Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 1:00 pm
End time: 1:53 pm
Total time: 53 minutes

**Treatment Plan**
Patient Instructions: Continue individual psychotherapy. Take all meds as prescribed.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Reduce frequency/intensity/duration of anxiety symptoms by 75% per self-report or GAD-7 score.
Treatment Model/Interventions: CBT, Supportive Therapy, EMDR phase 4 incomplete due to time, psychoeducation.
Anticipated Time Frame to Goal Completion: 6 months

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Reduce frequency/intensity/duration of depression symptoms by 75% per self-report or PHQ-9 score decrease.
Treatment Model/Interventions: CBT, Supportive Therapy, EMDR phase 4 incomplete due to time, psychoeducation.
Anticipated Time Frame to Goal Completion: 6 months

Electronically Signed: SEANNA JONES LPC on/at 12/16/2022 2:42:50 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 12/22/2022**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
Sabrina noticed increased feelings of sadness this week, lost a physician to retirement and understands she will terminate with this provider next week. Sabrina is uncertain of other factors that had her feeling sad other than general stress. Her husband also left this week to go out of the country for the holidays.

Sabrina said after last EMDR session she didn't allow self to rest for a few days and when she did she was in bed most of the day. Client thought last EMDR session was less physically taxing than the prior session.

Sabrina consented to resume EMDR. I asked her to consider saying less between sets, keeping in mind her processing issues potentially related to long covid, to help minimize cognitive activation in case this was aggravating her recovery time between sessions. She knew she could ask to stop if she was getting too tired during processing but she did not.

SUD=4 or 5 to start. Phase 4 incomplete due to time. Sabrina was given names of therapists to consider scheduling with for talk therapy and for EMDR, knows she can see both in a week due to separate issues and treatment modalities but insurance won't pay for both on the same day.

Therapeutic Interventions in Session: CBT, Supportive Therapy, EMDR phase 4 incomplete due to time, psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: SI/HI not reported.

**Mental Status Exam**
Mood: Anxious. Depressed.
Affect: Tense.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 12/22/2022**

**Sabrina Guerrero** Date of Birth:

Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 1:00 pm
End time: 1:52 pm
Total time: 52 minutes

**Treatment Plan**
Patient Instructions: Continue individual psychotherapy. Take all meds as prescribed.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Reduce frequency/intensity/duration of anxiety symptoms by 75% per self-report or GAD-7 score.
Treatment Model/Interventions: CBT, Supportive Therapy, EMDR phase 4 incomplete due to time, psychoeducation.
Anticipated Time Frame to Goal Completion: 6 months

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Reduce frequency/intensity/duration of depression symptoms by 75% per self-report or PHQ-9 score decrease.
Treatment Model/Interventions: CBT, Supportive Therapy, EMDR phase 4 incomplete due to time, psychoeducation.
Anticipated Time Frame to Goal Completion: 6 months

Electronically Signed: SEANNA JONES LPC on/at 12/22/2022 2:54:55 PM

LifeStance Health
10025 INVESTMENT DRIVE SUITE 100
KNOXVILLE, TN 37932-2664
(865) 588-3173 Fax: (865) 588-3174
Seanna Jones, LPC
Visit Date: 12/22/2022

**Sabrina Guerrero** Date of Birth:

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 12/26/2022**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
Sabrina said her daughter reached out to a local professional to get an estimate to help client with "hoarding" and the owner of Bio Solutions told daughter that based upon pictures sent there is perhaps a lot of clutter but not hoarding. Sabrina said they advised they could probably organize the home over about three days. Sabrina said her anxiety skyrocketed at the thought of strangers coming in and removing or organizing.

We talked about the importance of client having ongoing therapeutic support during the process if Sabrina wishes to work with professional organizers, qualifications preferred of the organizers from basic courses in brain-based disorders and mental health issues to licensed mental health professionals. I advised Sabrina that I did not recommend client move forward with this at this time until she finds a therapist she connects with after provider leaves.

Sabrina consented to resume EMDR, SUD=4 or 5 to start. Cognitive interweave offered to assist with plateau of intensity. Phase 4 incomplete due to time. Provider offered client to use her Calm Place stabilization exercise and to dim lights, client accepted and took time to regulate self in order to rejoin family members as planned after session. Sabrina noted she scheduled our last appointment on provider's last day at the agency and she thanked provider for coming in to work today.

Therapeutic Interventions in Session: CBT, Supportive Therapy, EMDR phase 4 incomplete due to time, psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: SI/HI not reported.

**Mental Status Exam**
Mood: Anxious. Depressed.
Affect: Full and Appropriate.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 12/26/2022**

**Sabrina Guerrero** Date of Birth:

Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 1:00 pm
End time: 1:55 pm
Total time: 55 minutes

**Treatment Plan**
Patient Instructions: Continue individual psychotherapy. Take all meds as prescribed.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Reduce frequency/intensity/duration of anxiety symptoms by 75% per self-report or GAD-7 score.
Treatment Model/Interventions: CBT, Supportive Therapy, EMDR phase 4 incomplete due to time, psychoeducation.
Anticipated Time Frame to Goal Completion: 6 months

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Reduce frequency/intensity/duration of depression symptoms by 75% per self-report or PHQ-9 score decrease.
Treatment Model/Interventions: CBT, Supportive Therapy, EMDR phase 4 incomplete due to time, psychoeducation.
Anticipated Time Frame to Goal Completion: 6 months

Electronically Signed: SEANNA JONES LPC on/at 12/26/2022 2:53:06 PM

LifeStance Health
10025 INVESTMENT DRIVE SUITE 100
KNOXVILLE, TN 37932-2664
(865) 588-3173 Fax: (865) 588-3174
Seanna Jones, LPC
Visit Date: 12/26/2022

**Sabrina Guerrero** Date of Birth:

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 12/30/2022**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
Sabrina consented to re-evaluate processing since last session. She has noticed recently that more processing is happening with dreams than when awake, provider normalized this.

Sabrina continues to experience difficulty regulating anxiety. She agreed to spend some time educating provider on client's use of compartmentalization. I engaged in psychoeducation about productive and unproductive use of the tool and client agreed to share her current container system. We began exploring ways to consider making it more secure. Sabrina will need more time to appropriately strengthen current system.

Sabrina was very happy that she was able to wear smaller pants today, provider celebrated with her.

Client sought reassurance that she is not "abnormal." I validated how she survived childhood however she could. I let her know she may experience relief over time by her own validation of how hard Younger Sabrina worked to have her survive childhood and get her to adulthood and see that those skills are less appropriate or necessary as an adult.

Sabrina will consider scheduling with Carol Lucas to continue talk therapy since today is my last day at the agency. I thanked Sabrina for trusting me and allowing me to work with her.

Therapeutic Interventions in Session: CBT, Supportive Therapy, IFS psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: SI/HI not reported.

**Mental Status Exam**
Mood: Anxious. Depressed. Frustrated. Sad.
Affect: Full and Appropriate.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Seanna Jones, LPC**
**Visit Date: 12/30/2022**

**Sabrina Guerrero** Date of Birth:

Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 10:00 am
End time: 10:52 am
Total time: 52 minutes

**Treatment Plan**
Patient Instructions: Continue individual psychotherapy. Take all meds as prescribed.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Reduce frequency/intensity/duration of anxiety symptoms by 75% per self-report or GAD-7 score.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 6 months

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Reduce frequency/intensity/duration of depression symptoms by 75% per self-report or PHQ-9 score decrease.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 6 months

Electronically Signed: SEANNA JONES LPC on/at 12/30/2022 12:38:53 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 02/08/2023**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
53 yo WF. Client (cl) reported to therapist (th) having high anxiety, depression, and fatigue. Depression "spiked over the holidays and in January. Change to Trintellix three weeks ago has helped and decreased better off dead thoughts.
Denied current SI. Difficulty distinguishing between anxiety and depression.
"I've used up all of my resilience." Processed difficulty with continued symptoms form COVID from a year ago this week. continued cough, fatigue, and cognitive effects of brain fog, wordfinding difficulty. Found a FB group where people have posted similar experiences which has helped normalize her experience. "It's better than last year this time." but not where she wants to be. Especially with low energy. Not sure if she will be able to get back to her normal level of functioning. grieving not being who she used to be. "I know I'm not stupid but I feel that way." Has support from medical providers, especially at clinic for post COVID patients. Establishing with a new neurologist.

Stressors are high- Lost sister last April. Did not have a will. Stressful dealing with 2 brothers over sister's estate. M has scoliosis and has started cognitive decline. Cl concerned about B diagnosed with Bipolar taking advantage. Has not worked since COVID. Has worked since she was 11 until this time. Goes to post covid clinic in Kingsport every six weeks. Speech therapy referral from them and will be discharging from that soon. Found out accidentally that H opened a checking account in January without discussing with her. Asked him about it yesterday, and he minimized it.

Plan to meet weekly. Discussed using breathing for calming and relaxation. Educated re ANS and benefit of consistent use of mindfulness activities for mood management.

Therapeutic Interventions in Session: Next: Add acceptance and non-judgment to breathing exercise. treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

PCP prescribes meds. Trintellix

CBT, Supportive Therapy, IFS psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
Changes to PFSH updated below.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 02/08/2023**

**Sabrina Guerrero** Date of Birth:

**Mental Status Exam**
Mood: Anxious. Sad. Frustrated.
Affect: Full and Appropriate.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 11:05 am
End time: 12:10 pm
Total time: 65

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day.
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 02/08/2023**

**Sabrina Guerrero** Date of Birth:

Presenting Problem #2: Depression. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship function. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #3: Trauma history. Chronic.
Severity: Moderate.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: 1 year

Electronically Signed: CAROL LUCAS LCSW on/at 2/10/2023 11:47:55 AM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 03/01/2023**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
53 yo WF. Client (cl) reported to therapist (th), "I'm struggling." Pulmonology yesterday. Exhausted. shortness of breath. "I feel so bad physically it is making me so depressed." Felt like she was not being heard at MD yesterday. I don't feel like myself anymore. I'm not going to do anything to hurt myself. I'm just so overwhelmed." Needs to exercise. No energy. "I used to be the queen of multitasking." Frustrated with difficulty thinking and concentrating to do recipes, ppwk for D's college. Executive functioning is not working. hypervigilant

Multiple additional stressors. B staying with M. She has health issues. Cl noted he manipulates M into caring for him physically and financially. Cl told B he needed to go back home. He ended up going to hospital for physical health issues. Going back to M's after discharge. Cl takes B and M to all MD apts. Dealing with car problems.

MRI recently. "I hate being in closed places." Thoughts about peaceful places to tolerate experience but eventually questioned if she has ever really experienced joy? Felt very traumatic. Thinks she blacked out. "I never want to be in one of those things again." Unsure why it was so triggering for her. Th educated re sensory memory.

Asked H to go with her to get results of MRI. Noted he told her that you would think he had the disease. "That wounded me." Does not go to appointments with her. H will not discuss the checking account he started. H just started second job in the evenings. "He acts like he doesn't care."

Got VM from insurance telling her they may have to pay back some money r/t social security. Financial stress.

Th encouraged cl to consider what she could let someone else do from all of the tasks she is doing. Th provided support via validation and listening.

Therapeutic Interventions in Session: Next: Add acceptance and non-judgment to breathing exercise.
M tell B to move
what off of her plate?
assertiveness/boundaries.
ever experienced joy?
screen OCD. Cannot delegate b/c might not be done right.
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

PCP prescribes meds. Trintellix

CBT, Supportive Therapy, IFS psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 03/01/2023**

**Sabrina Guerrero** Date of Birth:

Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.

**Mental Status Exam**
Mood: Anxious. Frustrated. Depressed.
Affect: Full and Appropriate. Tearful.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 9:06 am
End time: 10:07 am
Total time: 61

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:



PAGE 52/72 * RCVD AT 4/11/2023 3:54:45 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/3 * DNIS:6033340380 * CSID:Lifestance * ANI:12066863252 * DURATION (mm-ss):23-17

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 03/01/2023**

**Sabrina Guerrero** Date of Birth:

1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day.
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #3: Trauma history. Chronic.
Severity: Moderate.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: 1 year

Electronically Signed: CAROL LUCAS LCSW on/at 3/2/2023 2:54:41 PM
Electronically Signed: CAROL LUCAS LCSW on/at 3/2/2023 2:55:02 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 03/01/2023**

**Sabrina Guerrero** Date of Birth:

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 03/07/2023**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
53 yo WF. Client (cl) reported to therapist (th) continued sadness and anxiety.
Neurology appt April 4 to get results of MRI and testing she did there this morning.

Cl processed how she could be functioning well for so long and now feel like she cannot function at all. "I feel like I don't have any resilience yet." "Did COVID cause this? Discussed how COVID has changed her life. Cl also asked about
complicated PTSD and if she was diagnosed with it. Th educated cl re difference in PTSD and complicated PTSD and that assmt can be completed to assess for this.

Stressors continue. B got his car back so no longer has to take him to appts which helps. Argument with him this w/e. Concerned about M who also experiences anxiety. Cl noted having high anxiety this w/e with D's friend who D sent to pick up something from their house. Cl noted she had to put the item on the porch b/c of the condition of the house. Noted she goes from one extreme to the other of being organized and could not tolerate the friend seeing the house as it is. Cl also processed her fear that she has created anxiety for my daughter. "I feel like a failure" (re D's anxiety). "I should have been more aware. Th educated re thought challenges/changes to manage mood.

Th provided education re ANS and benefit of using techniques for calming as needed and relaxation several times/day. Cl agreed to identify relaxation she will use daily.

Feels like a failure for D having anxiety.

Therapeutic Interventions in Session: Next: Add acceptance and non-judgment to breathing exercise.
relaxation. thought challenges.
OCD assmt. PTSD assmt
M tell B to move
what off of her plate?
assertiveness/boundaries.
ever experienced joy?
screen OCD. Cannot delegate b/c might not be done right.
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

PCP prescribes meds. Trintellix

CBT, Supportive Therapy, IFS psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.



PAGE 55/72 * RCVD AT 4/11/2023 3:54:45 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/3 * DNIS:6033340380 * CSID:Lifestance * ANI:12066863252 * DURATION (mm-ss):23-17

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 03/07/2023**

**Sabrina Guerrero** Date of Birth:

Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.

**Mental Status Exam**
Mood: Sad. Anxious.
Affect: Full and Appropriate. Tearful.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 4:08 pm
End time: 5:14 pm
Total time: 66

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day.
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 03/07/2023**

**Sabrina Guerrero** Date of Birth:

1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #3: Trauma history. Chronic.
Severity: Moderate.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: 1 year

Electronically Signed: CAROL LUCAS LCSW on/at 3/7/2023 7:15:22 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 03/14/2023**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

Telehealth visit, informed consent obtained and patient location verified. Home, address on file

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. Client (cl) reported to therapist (th) feeling frustrated. Exhausted.
Car problems. Tried to make a positive spin on it but could not find one. Friday was her birthday. H forgot. Apologized later. Felt hurt.

Talking with D, H about her M possibly moving in with them. D suggested her F do counseling but he did not want to do that. Cl noted she suggested the pay off bills and they go separate ways b/c does not want to see him unhappy. Noted he was vague. "I'm having a hard time focusing to get my words out today." Recognized worsening with anxiety. Cl noted plan to write down what topics she would like to process due to poor memory.

Hurt, spirituality, and relationship with God. I asked God how could he allow the things that have happened to me happen. I felt bad for asking. It leaves all these unsettled things." Noted recognizing impact of free will leading to the things that happened to her. "My mental health is at a low point." Trying to think about one things that can help me feel a moment of peace each day. I know I'm in a dark place but I cannot let it overtake me."

Feels scattered. Anxiety increases. Discussed the importance of not giving herself a hard time for brain not processing information like it used to. Jumps from one thing to another so is overwhelmed and exhausted.

Friends want to come help her get her house organized. I don't know if I can let them do it. Encouraged client to let them know working on related anxiety.

Th shared research on brain imagery showing the benefit of consistency for interventions. Educated re ANS. Add acceptance and non judgement as practice with deep breathing. "I want to be able to forgive myself." Will watch
video on anxiety loop.

Therapeutic Interventions in Session: Next:
watch video?
personification of amydala.
Add acceptance and non-judgment to breathing exercise. relaxation. thought challenges.
OCD assmt. PTSD assmt
M tell B to move
what off of her plate?
assertiveness/boundaries.
ever experienced joy?
screen OCD. Cannot delegate b/c might not be done right.
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.



PAGE 58/72 * RCVD AT 4/11/2023 3:54:45 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/3 * DNIS:6033340380 * CSID:Lifestance * ANI:12066863252 * DURATION (mm-ss):23-17



Case 3:24-cv-00305-TAV-JEM Document 13-4 Filed 11/19/24 Page 724 of 998 PageID #: 2159

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 03/14/2023**

**Sabrina Guerrero** Date of Birth:

PCP prescribes meds. Trintellix

CBT, Supportive Therapy, IFS psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.

**Mental Status Exam**
Mood: Anxious. Frustrated. Sad.
Affect: Full and Appropriate.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 2:07 pm
End time: 3:10 pm
Total time: 63

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 03/14/2023**

**Sabrina Guerrero** Date of Birth:

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day.
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #3: Trauma history. Chronic.
Severity: Moderate.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: 1 year

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 03/14/2023**

**Sabrina Guerrero** Date of Birth:

Electronically Signed: CAROL LUCAS LCSW on/at 3/21/2023 10:38:40 PM

LifeStance Health
10025 INVESTMENT DRIVE SUITE 100
KNOXVILLE, TN 37932-2664
(865) 588-3173 Fax: (865) 588-3174
Carol D Lucas, LCSW
Visit Date: 03/21/2023

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

Telehealth visit, informed consent obtained and patient location verified. Home, address on file

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. Client (cl) reported to therapist (th) feeling overwhelmed. More lethargic than usual. Has a lot of details she has to do for disability. Wants to "sit down and just cry about it, but I've cried to much." "I feel like I'm in a deep dark hole." "I know things don't stay the same. I also know that my brain feels like it doesn't work right. I don't feel like myself." Judging herself for it though she knows she cannot help it. "It makes me sad that I cannot do the things I used to." Realizes it is a loss and grief which she noted processing with former therapist. Fear of not having the abilities she used to have. Cannot read b/c of lack of ability to focus. "I'm frustrated with myself." Multi tasking and high productivity were what she was used to doing. Discussed being unhealthy.

Had appt with UT Speech last week. Discussed basics of physical health to maximize her executive functioning. Also effect of stress on her ability to function. H went to appt with her. Took bills to develop plan for cues to help cl not miss payments. Cl noted expressing appreciation for H for going with her.

Started process of cleaning a room in the house with H and D. Cl wants to look through things. H wants to just throw it away. D is in the middle between them. Discussed each taking an area for which the different approaches are conducive.

Friend suggested cl consider a part time job involving phone calls and letters for grief counselor. "I'm not sure I can do it."

Disability ppwk. SUDS 10. Has to find the original ppwk before she starts this form. Discussed breaking process down into smaller parts rather than looking at it as though she has to finish in one sitting. Make list of where she has searched. Break down process to smaller tasks. Unsure of SUDS rating if breaking down the process. Still feels overwhelming but sees as "more doable." Discussed asking for an extension. Also trying to get copies of record to long term disability company at the same time which adds to her distress.

Talked with friends about her working on anxiety before they come to help her. High distress - 10. "Embarrassing." Has been using breathing but not daily yet. Th encouraged cl for starting the process. Forgot to watch video discussed last week. Will do so this week. Discussed plan for using ERP to treat anxiety which cl will consider.

Therapeutic Interventions in Session: Next:
watch video? In vivo exposure with thought of friends coming to help at her house.
personification of amydala.
Add acceptance and non-judgment to breathing exercise. relaxation. thought challenges.
OCD assmt. PTSD assmt
M tell B to move
what off of her plate?

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 03/21/2023**

**Sabrina Guerrero** Date of Birth:

assertiveness/boundaries.
ever experienced joy?
screen OCD. Cannot delegate b/c might not be done right.
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

PCP prescribes meds. Trintellix

CBT, Supportive Therapy, IFS psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.

**Mental Status Exam**
Mood: Anxious. Depressed.
Affect: Full and Appropriate.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 12:06 pm
End time: 1:07 pm
Total time: 61



PAGE 63/72 * RCVD AT 4/11/2023 3:54:45 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/3 * DNIS:6033340380 * CSID:Lifestance * ANI:12066863252 * DURATION (mm-ss):23-17

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 03/21/2023**

**Sabrina Guerrero** Date of Birth:

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day.
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #3: Trauma history. Chronic.
Severity: Moderate.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.



PAGE 64/72 * RCVD AT 4/11/2023 3:54:45 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/3 * DNIS:6033340380 * CSID:Lifestance * ANI:12066863252 * DURATION (mm-ss):23-17

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 03/21/2023**

**Sabrina Guerrero** Date of Birth:

3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: 1 year

Electronically Signed: CAROL LUCAS LCSW on/at 3/21/2023 6:15:02 PM
Electronically Signed: CAROL LUCAS LCSW on/at 3/21/2023 6:15:18 PM
Electronically Signed: CAROL LUCAS LCSW on/at 3/21/2023 6:15:37 PM

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 04/05/2023**

**Sabrina Guerrero** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. Client (cl) reported to therapist (th) experiencing anxiety and depression. Processed her first visit with neurology to address migraines and memory. Average to low average brain function per testing. Cl noted this is upsetting for her considering her ability she had prior to COVID. STM was noted as low score and other functioning was average. Cl did not talk about the testing showing much lower than her typical functioning which was much higher. Noted feeling stressed during the conversation and unable to absorb all of the information. cognitively and productively. Noted from MRI, it showed changes in white matter. Also looking to r/o MS with spinal tap and blood work. Cl noted he mentioned potentially prescribing namenda or aricept which was alarming to cl.

Noted she received education re long COVID potentially can awaken autoimmune diseases.

Watched video and is considering ERP as intervention.

TMS suggested by neurologist as a potential treatment.

Trintillix has helped not to have better off dead thoughts or suicidal thinking daily. Continuing deep breathing periodically. Encouraged cl to use consistently for most benefit.

Therapeutic Interventions in Session: Next: spinal tap/r/o MS. Scheduled
TMS?
watch video? In vivo exposure with thought of friends coming to help at her house.
personification of amydala.
Add acceptance and non-judgment to breathing exercise. relaxation. thought challenges.
OCD assmt. PTSD assmt
M tell B to move
what off of her plate?
assertiveness/boundaries.
ever experienced joy?
screen OCD. Cannot delegate b/c might not be done right.
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

PCP prescribes meds. Trintellix

CBT, Supportive Therapy, IFS psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 04/05/2023**

**Sabrina Guerrero** Date of Birth:

Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.

**Mental Status Exam**
Mood: Anxious. Sad.
Affect: Dysphoric. Tearful.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 1:20 pm
End time: 2:13 pm
Total time: 53

**Treatment Plan**
Patient Instructions: Continue ind therapy and med mgmt

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day.
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 04/05/2023**

**Sabrina Guerrero** Date of Birth:

1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #2: Depression. Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #3: Trauma history. Chronic.
Severity: Moderate.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.
3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: 1 year

Electronically Signed: CAROL LUCAS LCSW on/at 4/9/2023 9:52:33 PM



PAGE 68/72 * RCVD AT 4/11/2023 3:54:45 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/3 * DNIS:6033340380 * CSID:Lifestance * ANI:12066863252 * DURATION (mm-ss):23-17

LifeStance Health
10025 INVESTMENT DRIVE SUITE 100
KNOXVILLE, TN 37932-2664
(865) 588-3173 Fax: (865) 588-3174
Carol D Lucas, LCSW
Visit Date: 04/10/2023

**Sabrina Guerrero** Date of Birth:

**Psychotherapy Visit**

**Present at Session:** Patient.

Telehealth visit, informed consent obtained and patient location verified. Home, address on file

**Modality:** Individual.

**HPI/Session Summary**
54 yo WF. Client (cl) reported to therapist (th) continued anxiety and depression.
PHQ 9- 15
GAD 7- 9
Low energy, Was able to dust one piece of furniture today. continued brain fog.

Missed going to Easter b/c of a migraine. Disappointed but noted also that her B was going to be there so she was concerned about increased stress seeing him. Also noted high anxiety re other B in VA who is difficult for her to deal with. Processed how to handle and respond to ongoing conversation re their sister's estate. B sent text saying need to get sister's house on the market. Cl noted the process has been mentally exhausting b/c is struggling to get her own responsibilities done. Noted her B has traits like her F. Manipulates and blames her. Not sure if her strong physiological response when she received the latest text from him was due to the similarity to F or if she also reacts to him that way. did not respond b/c was too tired and angry. Wanted to wait until she was thinking more clearly. He tends to respond passive aggressively. I have to find someone to clean out garage and clean off the deck." Also noted he was demanding. Processed what limits she could set and discussed potential benefit of writing out options from her research to send to brothers and to set limit that she has done what she can do toward discovering options. Cl noted anxiety was decreased talking through process. and developing a plan since brain fog has made it difficult for her to think clearly.

Recognizes she is not sleeping all day long. Napping 1/2 hour to two hours now but still feels bad/guilty for napping. To process further in later sessions.

Goes to post COVID clinic on Wednesday. Looking at a potential new procedure to help with cognition and mood. Noted she is unfamiliar with it and will ask in survivor group if anyone is familiar with it. Cl noted that having information helps her lower anxiety. Discussed benefit of knowing what we have access to know but also possibility of reacting compulsively by seeking to understand more than is needed or before something is needed.
not knowing can feed anxiety. Th encouraged cl to check herself for motivation for responses when she is anxious to self monitor for avoidance behaviors and compulsions including cognitive exercises.

Therapeutic Interventions in Session: Next: Screened for OCD?
spinal tap/r/o MS. Scheduled
TMS?
Guilt re naps.
watch video? In vivo exposure with thought of friends coming to help at her house.
personification of amydala.
Add acceptance and non-judgment to breathing exercise. relaxation. thought challenges.
OCD assmt. PTSD assmt
M tell B to move
what off of her plate?



PAGE 69/72 * RCVD AT 4/11/2023 3:54:45 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/3 * DNIS:6033340380 * CSID:Lifestance * ANI:12066863252 * DURATION (mm-ss):23-17

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 04/10/2023**

**Sabrina Guerrero** Date of Birth:

assertiveness/boundaries.
ever experienced joy?
screen OCD. Cannot delegate b/c might not be done right.
treatment plan, people pleaser, confrontation, anxiety, processing, acceptance. organization, assertiveness.

PCP prescribes meds. Trintellix

CBT, Supportive Therapy, IFS psychoeducation.

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: Psychosocial History: Strain in relationship with family of origin.
Current Living Situation/Psychosocial Stressors: Spouse and daughter when not at college
Trauma History: Sexual abuse endorsed.
Added 2/8/23: Sexual abuse started at 11 yo until 16-17 yo.
Smoking Status: Non-smoker
Vaping: No.
Others Smoking in the Home: No.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.

**Mental Status Exam**
Mood: Anxious. Frustrated. Sad.
Affect: Full and Appropriate.
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age.
Gait/Motor Activity: Walks slowly, upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent, normal volume and articulation. Can pause to find her words, at times does not have the word.
Language: Names objects appropriately most of the time. Demonstrates understanding.
Associations: Intact. No loose associations noted.
Thought Process: Logical. Goal directed. Organized.
Memory: Good.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions.
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Focused. Attention span is intact.
Judgment and Insight: Judgment is not impaired.

**Diagnoses**
F32.1 MAJ DEPRESS D/O SINGLE EPIS MOD
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 4:09 pm
End time: 5:13 pm
Total time: 64



PAGE 70/72 * RCVD AT 4/11/2023 3:54:45 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/3 * DNIS:6033340380 * CSID:Lifestance * ANI:12066863252 * DURATION (mm-ss):23-17

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 04/10/2023**

**Sabrina Guerrero** Date of Birth:

**Treatment Plan**
Patient Instructions: Continue ind therapy and med management

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Anxiety. Chronic.
Severity: Moderate
Functional Impact: Emotional dysregulation.
Treatment Goals for Problem #1: Improve ability to regulate nervous system.
Objectives:
1a. Identify stress management plan including 1-3 coping skills for use as needed for calming and 1-3 relaxation techniques for use scheduled x2/day.
1b. Identify physical sensations that indicate hyperarousal of ANS and initiate deep breathing at first sign.
1c. Use mindfulness techniques to stay present. Stretch daily
1d. Identify over what one has and does not have control and use practice of acceptance and non-judgement as needed.
1e. Identify perceived threats and respond to those determined to not be dangerous with relaxed body.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #2: Depression. Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Treatment Goals for Problem #2: Increase feelings of overall well-being.
Objectives:
2a. Keep daily mood log including # hours of sleep and 0-10 rating for motivation, energy level, sadness, anxiety, irritability, happiness, and ability to function.
2b. Identify, challenge, and change maladaptive thinking
2c. Process stressors prn to facilitate healthy problem solving and decision making
2d. Learn and use assertiveness skills to improve expression of emotion/interpersonal relationships and build support. Identify boundaries that need to be set to improve emotional wellbeing and develop a plan for implementation.
2e. Use self-talk for reminders and encouragement of healthy behavioral choices and re-direction of thoughts as needed.
Treatment Model/Interventions: CBT, Supportive Therapy, IFS psychoeducation.
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #3: Trauma history. Chronic.
Severity: Moderate.
Treatment Goals for Problem #3: Decrease impact of trauma history on current functioning
Functional Impact: Impaired relationship functioning. Emotional dysregulation.
Objectives:
3a. Identify ACEs score and use as point for self-compassion, non-judgement, and acceptance
3b. Process trauma experience as needed to identify and change maladaptive patterns in thinking and behavior impacting current functioning
3c. Monitor thinking for cognitive distortions and use thought challenges to change any maladaptive thinking.
3d. Learn and use grounding techniques to decrease sense of overwhelm and stay present in the moment.

**LifeStance Health**
**10025 INVESTMENT DRIVE SUITE 100**
**KNOXVILLE, TN 37932-2664**
**(865) 588-3173 Fax: (865) 588-3174**
**Carol D Lucas, LCSW**
**Visit Date: 04/10/2023**

**Sabrina Guerrero** Date of Birth:

3e. Identify how experiences with family of origin impact current functioning, and any maladaptive thoughts and behaviors from childhood experiences that need to be changed for healthier functioning.
Treatment Model/Interventions: Mindfulness based CBT, Motivational Interviewing, Psychoeducation, Solution Focused Therapy, Supportive Therapy, Trauma-based therapy
Anticipated Time Frame to Goal Completion: 1 year

Electronically Signed: CAROL LUCAS LCSW on/at 4/10/2023 7:54:28 PM



PAGE 72/72 * RCVD AT 4/11/2023 3:54:45 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/3 * DNIS:6033340380 * CSID:Lifestance * ANI:12066863252 * DURATION (mm-ss):23-17

GUERRERO, Sabrina **DOB:** (53 yo F) **Acc No.** 36053 **DOS:** 11/15/2022

# Guerrero, Sabrina

**53 Y old Female, DOB:**
**Account Number: 36053**

**Home:**
**Guarantor: Guerrero, Sabrina** **Insurance: Blue Cross Blue Shield**
**Appointment Facility: 4395Mandeep S. Bakshi, MD**

**11/15/2022** **Progress note: Shea Pitts, NP**

### Current Medications

Taking
- valsartan 80 mg tablet 1 tab(s) orally once a day
- Albuterol 90 MCg inhaler 2 puffs QID
- Topiramate 25 mg tablet 1 tab(s) orally 2 times a day
- benzonatate 100 mg capsule 1 cap(s) orally 3 times a day
- Hyoscyamine
- Ondansetron 4 mg tablet 1 tab(s) orally every 8 hours
- Ozempic (1 mg dose) 4 mg/3 mL solution as directed subcutaneously once a week
- Calcitriol 0.5 mcg capsule 1 cap(s) orally once a day
- escitalopram 10 mg tablet 1 tab(s) orally once a day
- cetirizine 10 mg tablet 1 tab(s) orally once a day
- Vitamin D
- minocycline 100 mg capsule 1 cap(s) orally every 12 hours
- meloxicam 15 mg tablet 1 tab(s) orally once a day
- calcium citrate
- Vitamin C
- vitamin A
- Vitamin B-12
- Omega-3 Fish Oil
- Zinc

Medication List reviewed and reconciled with the patient

### Past Medical History

Asthma No.
COPD No.
Sleep Apnea Yes.
GERD/Heartburn No.
Ulcers No.
Diabetes No.
Thyroid problems Yes.
Hypertension Yes.
Stroke No.
Coronary Artery Disease No.

### Reason for Appointment

1. Follow Up

### Assessments

1. Dyspnea, unspecified - R06.00 (Primary)
2. Cough - R05
3. Obstructive Sleep Apnea (Unspecified) - G47.30
4. Hypersomnia due to medical condition - G47.14

### Treatment

**1. Dyspnea, unspecified**

Notes: I have advised her about the causes of dyspnea. I have advised her that breathing can be worsened by allergies and GERD. I have advised her that obesity can contribute to shortness of breath. Previous spirometry 06/22 suggest FEV1 of 100%. I have advised her this is normal. I have advised her that she can continue albuterol as needed for wheezing. Advised her to practice deep breathing exercises.

**2. Cough**

Start hydrOXYzine tablet, hydrochloride 25 mg, 1 tab(s), orally, at bedtime, 30 days, 30, Refills 2

Notes: I have advised her about cough. I advised her that this could be multifactorial. I advised that this could be related to GERD/Allergy problems. I would recommend her to avoid caffeine. I advised her to avoid allergen exposure. She has stopped benazepril with improvement in cough. I have advised her to continue cetirizine 10 mg daily. As she is having difficulty with allergy/sinus symptoms I would send her hydroxyzine 25 mg to use at bedtime. May continue benzonatate as needed for cough. Advised she may use Flonase OTC for allergy symptoms as needed. Advised her she may take famotidine 40 mg daily for GERD symptoms. Continue to sleep elevated. Avoid eating late at night.

**3. Obstructive Sleep Apnea (Unspecified)**

Notes: For obstructive sleep apnea hypopnea syndrome, I explained the pathophysiology of sleep apnea to the patient. I advised the patient regarding long-term consequences untreated sleep apnea with increased risk of stroke, hypertension, heart disease. She has

Fibromyalgia Yes.
Arthritis Yes.

**Surgical History**
Denies Past Surgical History

**Family History**
Mother: High Cholesterol
Father: Heart Attack,Heart Disease,Stroke,Hypertension,Diabetes Mellitus,Cancer
Siblings: Heart Disease,Hypertension,High Cholesterol,Diabetes Mellitus

**Social History**
Marital status: Married.
Number of Children: 1.
Occupation: Fulltime,.
Smoking Previous,.
Cigars,Pipes,Chewing Tobacco: Never.
Caffeinated Coffee: none.
Caffeinated Tea: 1-4.
Caffeinated Soft Drink: 1-4.
Alcohol: Rare.
Illegal drug use: Never.

**Allergies**
sulfa

**Hospitalization/Major Diagnostic Procedure**
Denies Past Hospitalization

started on CPAP in 04/22. She has difficulty with mask fit due to her headaches. I have advised to try Airfit F30i mask to see if this improves her comfort. She continues to have extreme fatigue. She has recently taken Provigil with benefit but her PCP discontinued it. I would start her on modafinil 200 mg daily. I have written her a prescription today 11/15/22. I have advised her to continue CPAP every night.

**4. Hypersomnia due to medical condition**
Start modafinil tablet, 200 mg, 1 tab(s), orally, once a day (in the morning), 30 day(s), 30, Refills 0
Notes: I have advised her about hypersomnia. Advised her to continue CPAP during all sleeping hours. She has previously used modafinil with benefit. I would start her on modafinil 200 mg daily.

**Preventive Medicine**
Counseling: Smoking Patient counseled on the dangers of smoking 11/15/2022. Education: Patient given education material Yes.

**Follow Up**
4 Weeks

**History of Present Illness**
Dyspnea:
Ms. Guerrero is here today for follow up of dyspnea status post COVID 02/22. She was treated at home and never admitted to the hospital. She has noted her breathing is improved slowly since having COVID, but she continues to have trouble with breathing with any kind of exertion. She has albuterol to use. She only uses these when she feels extremely short of breath. She continues to have extreme fatigue and brain fog. Her family reports she asks the same questions multiple times. She has occasional wheezing. She does have intermittent coughing. This is worsened by exertion. The cough is productive of brown/green sputum. She does think this is related to recent congestion she has over the last few days. She has been on a leave of absence since February from work.

**Vital Signs**
Wt **355.8**, Ht 65, Temp **97.4**, BP **120/76**, O2 sat **96%**, RR **18**, HR **71**, BMI **59.20**.

**Physical Examination**
GENERAL:
General Appearence: in no acute distress.
HEENT:
Pupils: ERRLA. EOM: intact. Nasal septum: midline. Oral cavity: normal. Nose: normal. Turbinates: pale. Pharynx: normal.
NECK:
Neck: supple. Cervical lymph nodes: normal. ROM: normal. Masses: no. JVD: no.

GUERRERO, Sabrina **DOB:** (53 yo F) **Acc No.** 36053 **DOS:** 11/15/2022

RESPIRATORY:
Breath sounds bilaterally: clear to auscultation bilaterally.
HEART:
PMI: normal. Rhythm: regular. Murmurs: no. Heart sounds: normal. Clicks: no.
ABDOMEN:
Masses: no. Exam shows: the abdomen is soft and non-tender.
EXTREMITIES:
Edema: no. Cyanosis: no. Clubbing: no. Pulses: 2+ bilateral.
NEUROLOGICAL:
Sensory: normal. Coordination: normal. Reflexes: 2+ bilaterally. Gait: normal. Cortical functions: alert and oriented x 3. Motor grossly intact/symmetrically: yes.

**Electronically signed by Shea Pitts , FNP on 11/17/2022 at 08:30 AM EST**

**Sign off status: Completed**

**Addendum:**

11/29/2022 03:21 PM Pitts, Shea P > G47.14 Idiopathic Hypersomnia Have tried to get modafinil covered for patient. States this is not approved by her insurance. She continues to have hypersomnia even with CPAP use.This is interfering with patient's daily activities.

---

**4395Mandeep S. Bakshi, MD**
**801 East Church Street**
**GREENEVILLE, TN 37745-4395**
**Tel: 423-798-8052**
**Fax: 423-798-8055**

---

GUERRERO, Sabrina **DOB:** (54 yo F) **Acc No.** 36053 **DOS:** 03/27/2023

## Guerrero, Sabrina

**54 Y old Female, DOB:**
**Account Number: 36053**

**Home:**
**Guarantor: Guerrero, Sabrina** **Insurance: Blue Cross Blue Shield**
**Appointment Facility: 4395Mandeep S. Bakshi, MD**

**03/27/2023** **Progress note: Alice Pinyan, CFNP**

### Current Medications

Taking
- Ubrelvy
- Iron
- Trintellix 10 mg tablet 1 tab(s) orally once a day
- valsartan 80 mg tablet 1 tab(s) orally once a day
- Albuterol 90 MCg inhaler 2 puffs QID
- Topiramate 25 mg tablet 1 tab(s) orally 2 times a day, Notes: 75mg now
- benzonatate 100 mg capsule 1 cap(s) orally 3 times a day
- Hyoscyamine
- Ondansetron 4 mg tablet 1 tab(s) orally every 8 hours
- Ozempic (1 mg dose) 4 mg/3 mL solution as directed subcutaneously once a week
- Calcitriol 0.5 mcg capsule 1 cap(s) orally once a day
- cetirizine 10 mg tablet 1 tab(s) orally once a day
- Vitamin D
- minocycline 100 mg capsule 1 cap(s) orally every 12 hours
- meloxicam 15 mg tablet 1 tab(s) orally once a day
- calcium citrate
- Vitamin C
- vitamin A
- Vitamin B-12
- Omega-3 Fish Oil
- Zinc
- hydrOXYzine hydrochloride 25 mg tablet 1 tab(s) orally at bedtime
- modafinil 200 mg tablet 1 tab(s) orally once a day (in the morning)

Not-Taking/PRN
- SUMAtriptan 100 mg tablet 1 tab(s) orally once

Medication List reviewed and reconciled with the patient

### Past Medical History

Asthma No.

### Reason for Appointment

1. 1 month f/u

### Assessments

1. Dyspnea, unspecified - R06.00 (Primary)
2. Cough - R05
3. Obstructive Sleep Apnea (Unspecified) - G47.30
4. Hypersomnia due to medical condition - G47.14

### Treatment

**1. Dyspnea, unspecified**

Notes: I have advised her about the causes of dyspnea. I have advised her that breathing can be worsened by allergies and GERD. I have advised her that obesity can contribute to shortness of breath. I have advised her this is normal. I have advised her that she can continue albuterol as needed for wheezing. Advised her to practice deep breathing exercises.

**2. Cough**

Notes: I have advised her about cough. I advised her that this could be multifactorial. I advised that this could be related to GERD/Allergy problems. I would recommend her to avoid caffeine. I advised her to avoid allergen exposure. She has stopped benazepril with improvement in cough. I have advised her to continue cetirizine 10 mg daily. As she is having difficulty with allergy/sinus symptoms I would send her hydroxyzine 25 mg to use at bedtime. May continue benzonatate as needed for cough. Advised she may use Flonase OTC for allergy symptoms as needed. Advised her she may take famotidine 40 mg daily for GERD symptoms. Continue to sleep elevated. Avoid eating late at night.

**3. Obstructive Sleep Apnea (Unspecified)**

Notes: For obstructive sleep apnea hypopnea syndrome, I explained the pathophysiology of sleep apnea to the patient. I advised the patient regarding long-term consequences untreated sleep apnea with increased risk of stroke, hypertension, heart disease. She has been trying to use the machine every night. She continues to have extreme fatigue. Continue modafinil 200 mg daily as this has been beneficial for her. I have written her a prescription today. I have

GUERRERO, Sabrina **DOB:** (54 yo F) **Acc No.** 36053 **DOS:** 03/27/2023

COPD No.
Sleep Apnea Yes.
GERD/Heartburn No.
Ulcers No.
Diabetes No.
Thyroid problems Yes.
Hypertension Yes.
Stroke No.
Coronary Artery Disease No.
Fibromyalgia Yes.
Arthritis Yes.

**Surgical History**
Denies Past Surgical History

**Family History**
Mother: High Cholesterol
Father: Heart Attack,Heart Disease,Stroke,Hypertension,Diabetes Mellitus,Cancer
Siblings: Heart Disease,Hypertension,High Cholesterol,Diabetes Mellitus

**Social History**
Marital status: Married.
Number of Children: 1.
Occupation: Fulltime,.
Smoking Previous,.
Cigars,Pipes,Chewing Tobacco: Never.
Caffeinated Coffee: none.
Caffeinated Tea: 1-4.
Caffeinated Soft Drink: 1-4.
Alcohol: Rare.
Illegal drug use: Never.

**Allergies**
sulfa

**Hospitalization/Major Diagnostic Procedure**
Denies Past Hospitalization

**Review of Systems**
CONSTITUTIONAL:
Extreme Fatigue YES. Recent Weight loss YES. Recent Weight gain no. Difficulty Sleeping no. Night sweats no. Fever no.
SKIN:
Mole or lesions no. Unusual or Prolonged Rashes no.
EENT:
Change in vision YES. Frequent nosebleed no. Sinus drainage or congestion YES. Allergies YES. Voice changes no. Frequent Sore throat YES. Difficulty swallowing no.

RESPIRATORY:
Shortness of breath YES. Chronic cough no. Asthma no. Lung Disease no. History of

advised her to continue CPAP every night during all sleeping hours.

**4. Hypersomnia due to medical condition**
Refill modafinil tablet, 200 mg, 1 tab(s), orally, once a day (in the morning), 30 day(s), 30, Refills 0
Notes: I have advised her about hypersomnia. Advised her to continue CPAP during all sleeping hours. She has hypersomnia even with CPAP use. Continue modafinil 200 mg daily as this has been beneficial for her.

**Preventive Medicine**
Counseling: Smoking Patient counseled on the dangers of smoking 03/27/2023. Education: Patient given education material Yes.

**Follow Up**
4 Weeks

**History of Present Illness**
Dyspnea:
Ms. Guerrero is here today for follow up of dyspnea status post COVID 02/22. She was treated at home and never admitted to the hospital. She has noted her breathing is improved slowly since having COVID, but she continues to have trouble with breathing with any kind of exertion. She has albuterol to use. She only uses these when she feels extremely short of breath. She continues to have extreme fatigue and brain fog. Her family reports she asks the same questions multiple times. She has occasional wheezing. She does have intermittent coughing. This is worsened by exertion. She was diagnosed with migraines and amnesia. She states she has been very down as she continues to have no energy at all.
Hypersomnia:
She has been started on modafinil 200 mg daily. She does note some improvement in her daytime hypersomnia. She does not nap during the day. She does still feel really tired during the daytime, but the medication helps somewhat.

**Vital Signs**
Wt **342.2**, Ht 65, Temp **96.9**, BP **118/61**, O2 sat **96%**, RR **19**, HR **81**, BMI **56.94**.

**Physical Examination**
GENERAL:
General Appearence: in no acute distress.
HEENT:
Pupils: ERRLA. EOM: intact. Nasal septum: midline. Oral cavity: normal. Nose: normal. Turbinates: pale. Pharynx: normal.
NECK:
Neck: supple. Cervical lymph nodes: normal. ROM: normal. Masses: no. JVD: no.
RESPIRATORY:

GUERRERO, Sabrina **DOB:** (54 yo F) **Acc No.** 36053 **DOS:** 03/27/2023

Pneumonia no. History of Tuberculosis no.
CARDIAC/Pheripheral Vascular Disease:
Chest Pain no. Irregular Heart Rhythm no. Shortness of breath YES. Swelling of Leg,Ankles,Feet no. Cramping in legs w/ walking YES.
GASTROENTEROLOGY:
Change in Appetite no. Heartburn/Reflux no. Stomach Ulcers no. Abdominal pain YES. Nausea/Vomiting no.
URINARY:
Burning with urinating no. Blood in urine no. Frequent urination no. Decreased Urine Stream no. Lack of bladder control no.
ENDOCRINE:
Heat or Cold intolerance YES. Excessive thirst no. Excessive urination no.
MUSCULOSKELETAL:
Arthritis/Joint pain YES. History of Gout no. Back pain YES. Muscle Pain YES.
NEUROLOGIC:
Poor Concentration YES. Frequent Headache YES. Change in memory YES. History of Seizures no. Numbness/Tingling no.
PSYCHIATRIC:
Depression YES. Anxiety YES. Bipolar no. Schizophrenia no. Panic Attack no.

Breath sounds bilaterally: clear to auscultation bilaterally.
HEART:
PMI: normal. Rhythm: regular. Murmurs: no. Heart sounds: normal. Clicks: no.
ABDOMEN:
Masses: no. Exam shows: the abdomen is soft and non-tender.
EXTREMITIES:
Edema: no. Cyanosis: no. Clubbing: no. Pulses: 2+ bilateral.
NEUROLOGICAL:
Sensory: normal. Coordination: normal. Reflexes: 2+ bilaterally. Gait: normal. Cortical functions: alert and oriented x 3. Motor grossly intact/symmetrically: yes.

Alice Pinyan FNP-BC
Mandeep Bakshi

**Electronically signed by Alice Pinyan-Yutzy , DNP on 03/27/2023 at 02:45 PM EDT**

**Sign off status: Completed**

**4395Mandeep S. Bakshi, MD**
**801 East Church Street**
**GREENEVILLE, TN 37745-4395**
**Tel: 423-798-8052**
**Fax: 423-798-8055**

00000029 LF3808M1 00000413

**Lincoln Financial Group®**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**TREATING MEDICAL PROFESSIONALS**
**(PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: Sabrina Guerrero     CLAIM NUMBER: 12827197

***PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSITC CLINICS FOR THE DATES*** 10/22 ***TO*** Present

**DOCTORS:**

Name Phillips Healthcare  Specialty Primary Care
Address P.O. Box 879  6890 W. A.J. Hwy
City Talbott  State TN  Zip Code 37877
Phone: (423) 839-2100  Fax: (423) 839-2125
Dates Seen ______ to Present

Name East TN Pulmonary  Specialty Pulmonologist
Address 801 E. Church Street
City Greeneville  State TN  Zip Code 37745-4395
Phone: (423) 798-8052  Fax: (423) 798-8055
Dates Seen 7/14/2023 to Present

Name BHMA Center for Post Covid Care  Specialty Post Covid
Address 2204 Pavilion Dr., Suite 110
City Kingsport  State TN  Zip Code 37660
Phone: (423) 224-2369  Fax: (423) 224-2368
Dates Seen 6/8/22 to Present
Pamela Poore, NP

Dr. Mandeep Bakshi, Alice Pinyan FNP-BC
Name Dr. Mohammad Hussai  Specialty Neurology
Address 657 E. Broadway Blvd, Suite C01
City Jefferson City  State TN  Zip Code 37760
Phone (865) 471-2760  Fax (865) 471-6531
Dates Seen 2/7/2023 to ~~Presc~~ Present

**PHARMACIES:**

Name Sam's Club Pharmacy
Address 2920 Knoxville Center Drive
City Knoxville  State TN  Zip Code 37924
Phone: (865) 637-0643  Fax (865) 637-1803
Dates: ______ to Present

Name CVS Pharmacy
Address 718 Winfield Dunn PKwy
City Sevierville  State TN  Zip Code 37876
Phone (865) 453-4175  Fax: (865) 453-0935
Dates: ______ to Present

**HOSPITALS:**

Name Greeneville Community Hospital
Address 1420 Tusculum Blvd
City Greeneville  State TN  Zip Code 37745
Phone: (423) 787-5000  Fax: ______
Dates Confined: N/A to ______

Name Jefferson Memorial Hospital
Address 110 Hospital Dr.
City Jefferson City  State TN  Zip Code 37760
Phone (865) 471-2500  Fax: ______
Dates Confined: N/A to ______

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name Blue Cross Blue Shield of Tennessee  Policy Number Group No 80860
Address 1 Cameron Hill Circle, Suite 0002  Member ID STTS00402622
City Chattanooga  State TN  Zip Code 37402-0002  Dates of Coverage ______ to Present
Phone Number: 1-800-558-6213  Fax Number: ______

***PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.***

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature [signature]  Date 3/31/2023

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Tennova Bariatric Surgery
10800 Parkside Drive, Suite 330
Knoxville, TN 37934
Phone (865) 392-3971 Fax (865) 392-3972

Dr. Gregory Moffitt
Endocrinology Consultants of East Tennessee
1450 Dowell Springs Blvd, Suite 300
Knoxville, TN 37909
Phone (865) 637-8812 Fax (865) 637-8865

Life Stance Health
Seanna Jones, LFP
Carol Lucas, LCSW
> Providors
10025 Investment Dr. # 100
Knoxville, TN 37932
Phone (865) 606-6110 Fax (865) 312-6442

Speech Language Pathology
The University of Tennessee Medical Center
1924 Alcoa Hwy.
Knoxville, TN 37920
Phone (865) 305-9151 Fax (865) 305-6884

Dr. Adam Carrera
Specialty Opthalmology
Tennessee Valley Eye Center
140 Capital Dr., Suite 110
Knoxville, TN 37922
(865) 579-3920 Phone
(865) 579-3963 Fax

Publix Pharmacy
750 Winfield Dunn Pkwy
Suite 100
Sevierville, TN 37876
(865) 280-6271 Phone
(865) 978-6383 Fax

Lincoln/Guerrero 2118

00000029 LF3808M1 00000414

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Louisiana.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Tennessee.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

00000029 LF3808M1 00000415

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return to:** Ashley Moultrie

**EMPLOYEE/CLAIMANT NAME:** Sabrina Guerrero **CLAIM #:** 12827197
**EMPLOYER:** Gentiva **DATE OF BIRTH:**

| Full Name (Last, First, Middle Init.) | Social Security # | Email Address | |
|---|---|---|---|
| Guerrero, Sabrina, M | | | |
| Street Address | City | State | Zip Code |
| | | | |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| | | Married | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |
| Darwin Guerrero | 1 | | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Isabella Guerrero Relationship to you? Daughter Tel

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? Yes - Social Work License and Cosmetology Prior Licensure Kept ongoing

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☒ | ☐ | Social Security (disability or retirement) Pending | $ | | | 8/2022 |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☒ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☒ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Sabrina Guerrero

**DATE:** 3/31/2023 **EMPLOYEE'S SIGNATURE:** Sabrina Guerrero

DP 409

**Lincoln/Guerrero 2120**

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Ashley Moultrie



EMPLOYEE/CLAIMANT NAME: Sabrina Guerrero
CLAIM NO: 12827197 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: Gentiva

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

00000029 LF3808M1 00000416

How long are you able to:
sit Continuous stand 5 to 10 minutes walk 10 minutes or less

How many hours a day do you:
sit 4 to 6 stand 10 minutes or less walk 10 minutes or less

Do you take a nap during the day?
Yes ✓ No ______

If Yes, for how long? 1 to 4 hours At what time of the day? Varies depending on how I feel

How many hours a day do you spend in bed? Varies 10-16

Do you require any assistive devices such as a:
cane Periodically walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car? 2 hours or less

Do you hold a valid driver's license?
Yes ✓ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? 1 hour or less

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
By Phone, Family Stop By, Rare Occassion May See a friend

Do you have children?
Yes ✓ No ______ If Yes, what are their dates of birth 11/28/2002

Do you need help caring for your children?
Yes ______ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ✓ No ______ If Yes, please explain Drive Mother to Doctor's Appointment

How many times a day do you leave the house during the week? Leave home for Medical Appointments
On the weekends? Rarely

How often do you run errands? Rarely

Please describe what errands you most commonly run: Spouse runs errands

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 4*

How often do you get outdoors? Only to let dogs outside and walk to car for appointments

Are you left or right hand dominant? Left ✓ Right ___

Are you able to work in your garden? Yes ___ No ✓

Are you able to work on your house? Yes ___ No ✓

Are you able to wash your car? Yes ___ No ✓

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. Safari, Internet Explorer, Google

If yes, how often per day (hours) do you use the internet? ___ None ✓ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ hours

What do you use these internet sites for? E-mail, Social Media

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. You Tube, Facebook, Instagram, WhatsApp

If yes, how often per day (hours) do you engage in activities? ___ None ✓ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ hours

What do you use these social media sites for? Personal Socialization

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc**. to view information?

List all sites that apply. Mobile Phone

If yes on a computer, how long (hours per day)? ✓ None ___ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ hours

If yes on a phone, how long (hours per day)? ___ None ✓ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ hours

If yes on a IPad or Tablet (hours per day)? ✓ None ___ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ hours

If yes on a E-reader, (hours per day)? ✓ None ___ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ hours

For what reasons, do you use these devices?
Order Groceries, banking, Personal Contact, Email, and pay bills

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? NO

If yes, how many hours per day do you play video games? ✓ None ___ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ hours

If yes, how many days per week do you play? ✓ None ___ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ hours

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Spouse or order online | Spouse, daughter pick up |
| Carrying groceries into the house | Spouse or daughter | |
| Cooking meals | Spouse or I sit in rolling chair to cook | |
| Cleaning after meals | Family (Spouse/Daughter) On Occassion Sit in Rolling Chair | |
| Cleaning bathrooms | Spouse & Daughter | |
| Vacuuming | Spouse and Daughter | |
| Doing the laundry | Myself, Spouse & Daughter | They will bring to me to fold |
| Opening and responding to mail | Myself and Spouse | I have lot mail pile up |

Rare occasion I may if I'm out for Appt.

**Lincoln/Guerrero 2122**

00000029 LF3808M1 00000417

Lincoln Financial Group®

**ACTIVITIES QUESTIONNAIRE**



Managing your finances: Spouse and Myself — Spouse taken over more financial
Balancing your checkbook: N/A I don't balance it
Bathing yourself: Myself 2 to 3 times a week due to exhaustion
Styling your own hair: Myself
Getting dressed: Myself
Going up and down stairs: Myself No more than 3 stairs up or down with hand rail

Have you been confined to a hospital within the last 12 months? Yes ____ No X

If Yes, please provide reason and hospital contact Information: N/A

How often do you travel or take vacation? Once within the last five years

Where do you go? How do you get there (transportation method)? By Car to visit family in North Carolina

Are you able to pursue your hobbies? Yes ____ No X

If Yes, please describe ______

Do you participate in an exercise program? Yes X No ____

If Yes, please describe: Occassionaly will use bands while sitting or Nu Step sitting

Do you do any Volunteer work? Yes ____ No X

If Yes:

- how many hours per day? ______
- how many hours per week? ______
- for whom? ______

Are you working for wages? Yes ____ No X

If Yes, please provide employer's name ______

**Describe in your own words, what prevents you from engaging in any gainful employment.**

Cognitive/Memory/Brainfog - Trouble finding words, Remembering things, repeating same things, asking same questions. Poor activity tolerance, Extreme fatigue, Inability to walk or stand longer than ten minutes. Headaches Daily at times Migraine level w/ inability to concentrate. Shortness of breath with walking and physical exertion.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Get up any time between 5 to 8 Am feed cats and dog, take medicine, Check calendar. for day to see if appointments or things must complete. If its a day for a medical appointment I will take a shower. I will sit in chair floss teeth, stand up brush teeth, sit back down clean face, then get in Shower and bath self wash hair about once a week. Get out of shower, dry self off, sit back down in chair put lotion on face, use blow dryer

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Isabella Guerrero / Darwin Guerrero



00000029 LF3808M1 00000418

To dry body if still damp while sitting. Rest then get dressed.
Drive self to medical appointment such as speech therapy or counseling
appointments. Return home usually take a nap due to fatigue
from drive and appointment in reclining sofa. At times will
take nap in car before coming inside home. I will eat a sandwich
or Bar | Crackers. If I cook I will sit in rolling chair
by stove or sink which is in reach of cabinets and refrigerator.
Majority of day spent resting. I attempt to pace myself if I
exert to much energy it causes exhaustion to worsen.

Name: ~~[handwritten, struck through]~~ Sabrina Guerrero Date: 3/31/23

Signature: [signature]

00000029 LF3808M1 00000419 E

00000029 LF3808M1 00000412

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

Lincoln Financial Group®

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Sabrina Guerrero

Name of legal representative, if applicable (print) ______________ Relationship Self

Signature of claimant or legal representative Sabrina Guerrero

Date of Birth: ______ Claim Number: 12827197 Date: 3/23/23

**A copy of this authorization will be considered as valid as the original**

**Lincoln/Guerrero 2126**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

00000029 LF3808M1 00000411

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Sabrina Guerrero

Name of legal representative, if applicable (print) ____________ Relationship Self

Signature of claimant or legal representative Sabrina Guerrero Date: 3/27/23

Date of Birth: ____ Claim Number: 12827197

**A copy of this authorization will be considered as valid as the original.**

**Lincoln/Guerrero 2127**

**Speech Pathology Follow-Up Visit Entered On: 01/26/2023 12:53 EST**
**Performed On: 01/26/2023 10:00 EST by Johnson SP Path, Michaela J**

**SLP Follow-Up Session Start/Stop**
*Speech FU Session Start Date/Time :* 01/26/2023 10:00 EST
*Speech FU Session Stop Date/Time :* 01/26/2023 10:45 EST
Johnson SP Path, Michaela J - 01/26/2023 12:35 EST

**SLP Referral and Hx**
*SLP Outpatient FU Visit :* Yes
*SLP Medication Change :* No
Johnson SP Path, Michaela J - 01/26/2023 12:35 EST

**Objective Eval**
*SLP Pain Score :* 0
*SLP Pain Score Source :* Patient
Johnson SP Path, Michaela J - 01/26/2023 12:35 EST

**Cognition**
*SLP Level of Alertness :* Awake & Alert
*SLP Orientation :* x 3
*SLP Memory :* Pt with new calendars for the new year; brought 2 options. Discussed pros and cons of each. Pt desires to bring small calendar to her appointments with small notebook. Discussed that daily habit of consolidating it into the larger calendar would be needed
(Comment: since she still wanted that as a primary. Discussed routines. Pt focused on difficulties in creating full day routine; discussed starting "Smaller" routines around bed or morning. Routines aid in creating less to think about given the consistency in tasks and activities which will ultimately aid with memory and fatigue. Pt discussing her feelings re; memory, depressed at feeling as though memory is getting "worse". Discussed that this may be in relation to expectations and taking on more; similiar to discussion with clinic recently per her statement. She is able to physically do more now. She does appear to be managing the larger activities well at this time (and taking on more), but continues to have difficulties with consistently completing smaller tasks/chores. Discussed the improvements she has made and expectations moving forward. Discussed doing some tasks that are meaningful, even if hard. I.e reading. Pt verbalized difficulties with recalling what she had been reading and focusing. Discussed trying to read with audio book. Also discussed creating brief journal or summary of what was read to aid in recall. [Johnson SP Path, Michaela J - 01/26/2023 12:35 EST] )
*SLP Attention :* She reports she feels that it is easier to get overwhelmed by noises in the environment.
Johnson SP Path, Michaela J - 01/26/2023 12:35 EST

**SLP Language**
*SLP Automatic/Social :* Pt reported increase in stutter-like utterances and word finding. Unable to think of correlation to

| | |
|---|---|
| Result Type: | Speech Follow-Up |
| Result Date: | January 26, 2023 10:00 EST |
| Result Status: | Auth (Verified) |
| Result Title: | Speech Pathology Follow-Up Visit |
| Performed By: | Johnson SP Path, Michaela J on January 26, 2023 12:35 EST |
| Verified By: | Johnson SP Path, Michaela J on January 26, 2023 12:35 EST |
| Encounter info: | 22459590003, UTMH, Series Outpatient, 01/01/2023 - |

stress or fatigue overtly. Discussed considering how she was feeling in these instances or outward distractions.
(Comment: Discussed this in relation to cognitive pyramid. [Johnson SP Path, Michaela J - 01/26/2023 12:35 EST] )
Johnson SP Path, Michaela J - 01/26/2023 12:35 EST

**SLP Goals**

*Short Term Goals - Cognitive-Language :* 1) Patient will utilize a Semantic feature analysis (SFA) approach and other strategies to cue herself in response to moments of anomia in structed and spontaneous conversation with no cues in 90% of opportunities (part met; has had increase in these moments, given homework).
2) Patient will use external memory aids and compensatory strategies to recall routine, personal information (including reading/listening to information, conversations) and recent events to improve orientation to time & recall daily events in 9/10 opportunities accuracy (part met, targeting reading, daily habits for smaller tasks that aren't complete consistently).
3) Patient will use internal memory strategies to cue herself for recall of novel information presented verbally or in writing in 9/10 opportunities independently (part met).
4) Patient will use strategies to complete functional executive function tasks with 90% accuracy independently (met).

Johnson SP Path, Michaela J - 01/26/2023 12:35 EST

**Speech Eval Recommendations**

*SLP Frequency Recommendation :* 1 time per week
*SLP Outpt Follow-up Plan :* Next visit scheduled for
*SLP Outpt Follow-up Next Visit :* 01/16/2023 EST

Johnson SP Path, Michaela J - 01/26/2023 12:35 EST

**Inpt./Outpt./TCU Speech Path**

*SP Therapy-IP/OP :* 1

Johnson SP Path, Michaela J - 01/26/2023 12:35 EST

**Completed Action List:**

* Perform by Johnson SP Path, Michaela J on January 26, 2023 12:35 EST
* Sign by Johnson SP Path, Michaela J on January 26, 2023 12:35 EST
* VERIFY by Johnson SP Path, Michaela J on January 26, 2023 12:35 EST

| | |
|---|---|
| Result Type: | Speech Follow-Up |
| Result Date: | January 26, 2023 10:00 EST |
| Result Status: | Auth (Verified) |
| Result Title: | Speech Pathology Follow-Up Visit |
| Performed By: | Johnson SP Path, Michaela J on January 26, 2023 12:35 EST |
| Verified By: | Johnson SP Path, Michaela J on January 26, 2023 12:35 EST |
| Encounter info: | 22459590003, UTMH, Series Outpatient, 01/01/2023 - |

**Speech Pathology Follow-Up Visit Entered On: 02/22/2023 12:31 EST**
**Performed On: 02/22/2023 10:00 EST by Johnson SP Path, Michaela J**

**SLP Follow-Up Session Start/Stop**
*Speech FU Session Start Date/Time :* 02/22/2023 10:00 EST
*Speech FU Session Stop Date/Time :* 02/22/2023 10:50 EST

Johnson SP Path, Michaela J - 02/22/2023 12:14 EST

**SLP Referral and Hx**
*SLP Medication Change :* Yes
*SLP Pertinent Hospital Course :* Sabrina reports taking new migraine medication, Ubrelvy, after seeing new neurologist. He took her off the PRN medication. She reports this has maybe helped a little. She reports sleep has gone "back and forth", partially due to stress. Her brother is currently in the hospital. She reports she slept most of yesterday as she finally had a "day off" from appointments and things to do out of the house. She has gone to the eye doctor who prescribed glasses PRN. She reports she is trying to get better at boundaries and trying to make time for herself given all of her responsibilities.

Johnson SP Path, Michaela J - 02/22/2023 12:14 EST

**Objective Eval**
*SLP Pain Score :* 0
*SLP Pain Score Source :* Patient

Johnson SP Path, Michaela J - 02/22/2023 12:14 EST

**Cognition**
*SLP Level of Alertness :* Awake & Alert
*SLP Memory :* She reports she has realized that some bills have been paid late for the month to month bills resulting in late fee. She has not been marking them on her calander as paid. Discussed new system for on fridge that lists the monthly bills in a checklist
(Comment: with the dates included for being due. Pt homework to make that checklist and bring it with. Discussed writing other bills (the already past due and new misc bills) on a separate paper with boxes next to them to see what they need to pay on, but not clutter up the month to month bill list. Pt able to write down month to month bills based on calendar for example. [Johnson SP Path, Michaela J - 02/22/2023 12:14 EST] )
*SLP Organization :* She reports not being able to focus or complete tasks that have a lot of steps. She reports her head begins hurting when she sits down to do them. Discussed breaking these tasks into smaller pieces/more manageable short tasks (i.e. take less than an hour)
(Comment: Discussed how this would relate to her current projects of FAFSA info/financial assistance for her daughter or taxes. Pt able to give 3 examples of smaller tasks within this project. Discussed writing these on her to-do list vs the larger

| | |
|---|---|
| Result Type: | Speech Follow-Up |
| Result Date: | February 22, 2023 10:00 EST |
| Result Status: | Auth (Verified) |
| Result Title: | Speech Pathology Follow-Up Visit |
| Performed By: | Johnson SP Path, Michaela J on February 22, 2023 12:14 EST |
| Verified By: | Johnson SP Path, Michaela J on February 22, 2023 12:14 EST |
| Encounter info: | 22459590003, UTMH, Series Outpatient, 01/01/2023 - |

task, though she may keep the larger task on her overall running general to-do list. Discussed reasons why this would be beneficial and aid. Also discussed how to reduce distractions within the task (i.e. coversheet to cover up things she is NOT working on right now). [Johnson SP Path, Michaela J - 02/22/2023 12:14 EST] )
*SLP Problem Solving :* Pt reported fustration with math; having to use calculator. Discussed that it is a tool that can take some fatigue away, but discussed how we may work on mental math if desired. Pt demonstrated good insight into how this may change based on fatigue,
(Comment: stress, etc. [Johnson SP Path, Michaela J - 02/22/2023 12:14 EST] )
*Cognition - Other :* Discussed 2 focuses for this time: Breaking things down into smaller tasks & bill checklist.
Johnson SP Path, Michaela J - 02/22/2023 12:14 EST

**SLP Assessment**
*SLP Assessment :* Decreased cognitive language abilities
Johnson SP Path, Michaela J - 02/22/2023 12:14 EST

**SLP Goals**
*Short Term Goals - Cognitive-Language :* 1) Patient will utilize a Semantic feature analysis (SFA) approach and other strategies to cue herself in response to moments of anomia in structed and spontaneous conversation with no cues in 90% of opportunities.
2) Patient will use external memory aids and compensatory strategies to recall routine, personal information (including reading/listening to information, conversations) and recent events to improve orientation to time & recall daily events in 9/10 opportunities accuracy (part met, not recalling bills and smaller events).
3) Patient will use internal memory strategies to cue herself for recall of novel information presented verbally or in writing in 9/10 opportunities independently (met).
4) Patient will use strategies to complete functional executive function tasks with 90% accuracy independently (met). - changed: Patient will recall at least 2 executive function strategies (i.e. one smaller task at a time, reducing distractions, etc) in 2/2 sessions.

Johnson SP Path, Michaela J - 02/22/2023 12:14 EST

**Speech Eval Recommendations**
*SLP Frequency Recommendation :* 1 time per week
*SLP Pat/Fam Education :* Yes
*SLP Outpt Follow-up Plan :* Next visit scheduled for
(Comment: Discussed that she would like her husband to come next session if able to learn more about how he can help support her. [Johnson SP Path, Michaela J - 02/22/2023 12:14 EST] )
*SLP Outpt Follow-up Next Visit :* 03/16/2023 EDT
Johnson SP Path, Michaela J - 02/22/2023 12:14 EST

**Education**
Patient Family Education Grid

| | |
|---|---|
| *Patient Education Topics :* | Other: SLP |
| *Specific Education :* | POC, strategies, cognition |

Result Type: Speech Follow-Up
Result Date: February 22, 2023 10:00 EST
Result Status: Auth (Verified)
Result Title: Speech Pathology Follow-Up Visit
Performed By: Johnson SP Path, Michaela J on February 22, 2023 12:14 EST
Verified By: Johnson SP Path, Michaela J on February 22, 2023 12:14 EST
Encounter info: 22459590003, UTMH, Series Outpatient, 01/01/2023 -

| | |
|---|---|
| *Individuals Taught :* | Patient |
| *Barriers to Learning :* | Cognitive deficit |
| *Teaching Method :* | Explanation |
| *Teaching Evaluation :* | Verbalizes understanding |
| | Johnson SP Path, Michaela J - 02/22/2023 12:14 EST |

**Inpt./Outpt./TCU Speech Path**
*SP Therapy-IP/OP :* 1

Johnson SP Path, Michaela J - 02/22/2023 12:14 EST

**Completed Action List:**
* Perform by Johnson SP Path, Michaela J on February 22, 2023 12:14 EST
* Sign by Johnson SP Path, Michaela J on February 22, 2023 12:14 EST
* VERIFY by Johnson SP Path, Michaela J on February 22, 2023 12:14 EST

| | |
|---|---|
| Result Type: | Speech Follow-Up |
| Result Date: | February 22, 2023 10:00 EST |
| Result Status: | Auth (Verified) |
| Result Title: | Speech Pathology Follow-Up Visit |
| Performed By: | Johnson SP Path, Michaela J on February 22, 2023 12:14 EST |
| Verified By: | Johnson SP Path, Michaela J on February 22, 2023 12:14 EST |
| Encounter info: | 22459590003, UTMH, Series Outpatient, 01/01/2023 - |

**Speech Pathology Follow-Up Visit Entered On: 03/16/2023 11:46 EDT**
**Performed On: 03/16/2023 9:00 EDT by Johnson SP Path, Michaela J**

**SLP Follow-Up Session Start/Stop**
*Speech FU Session Start Date/Time :* 03/16/2023 9:00 EDT
*Speech FU Session Stop Date/Time :* 03/16/2023 9:50 EDT

Johnson SP Path, Michaela J - 03/16/2023 11:34 EDT

**SLP Referral and Hx**
*SLP Outpatient FU Visit :* Yes
*SLP Medication Change :* No
*SLP Pertinent Hospital Course :* Patient arrived with her husband this date. She reported they had not discussed or looked at her therapy work with him. Reviewed prior therapy discussions and strategies with husband.

Johnson SP Path, Michaela J - 03/16/2023 11:34 EDT

**Objective Eval**
*SLP Pain Score :* 0
*SLP Pain Score Source :* Patient

Johnson SP Path, Michaela J - 03/16/2023 11:34 EDT

**Cognition**
*SLP Level of Alertness :* Awake & Alert
*SLP Orientation :* x 3
*SLP Memory :* Patient created bills sheet with reoccuring monthly bills on it. Pt reported she forgot to do a task needed this week and was having trouble remembering all the things on her notes.
(Comment: Reviewed the necessity of visualization (must be seen to be relevent!) and having enough information on the notes. Discussed homework of working with her family to make a "master calander" for the fridge this week. Husband and patient verbalized understanding. Aided patient in creating homework list and encouraged reviewing and adding more detail as needed for better understanding later. [Johnson SP Path, Michaela J - 03/16/2023 11:34 EDT] )
*SLP Attention :* Patient reports providers go to fast sometimes. Discussed self advocating for 1)repetition/clarification 2) written information or 3) a slower pace pending situation. Also discussed self advocation re: other areas of work in her life to let others know
(Comment: she may need some extra help or aid. [Johnson SP Path, Michaela J - 03/16/2023 11:34 EDT] )
*Cognition - Other :* Husband present this date; provided information on cognitive pyramid which was discuss thoroughly with handout. Reviewed prior sessions and discussions as they relate to aiding the patient and things that are helpful for the patient.

Johnson SP Path, Michaela J - 03/16/2023 11:34 EDT

| | |
|---|---|
| Result Type: | Speech Follow-Up |
| Result Date: | March 16, 2023 9:00 EDT |
| Result Status: | Auth (Verified) |
| Result Title: | Speech Pathology Follow-Up Visit |
| Performed By: | Johnson SP Path, Michaela J on March 16, 2023 11:34 EDT |
| Verified By: | Johnson SP Path, Michaela J on March 16, 2023 11:34 EDT |
| Encounter info: | 22459590003, UTMH, Series Outpatient, 01/01/2023 - |

**SLP Language**
*SLP Semantic Other:* Reviewed SFA this date and discussed how this can relate to cognition.

Johnson SP Path, Michaela J - 03/16/2023 11:34 EDT

**SLP Assessment**
*SLP Assessment:* Decreased cognitive language abilities

Johnson SP Path, Michaela J - 03/16/2023 11:34 EDT

**SLP Goals**
*Short Term Goals - Cognitive-Language :* 1) Patient will utilize a Semantic feature analysis (SFA) approach and other strategies to cue herself in response to moments of anomia in structured and spontaneous conversation with no cues in 90% of opportunities.
2) Patient will use external memory aids and compensatory strategies to recall routine, personal information (including reading/listening to information, conversations) and recent events to improve orientation to time & recall daily events in 9/10 opportunities accuracy (part met, not recalling bills and smaller events - working on this).
3) Patient will use internal memory strategies to cue herself for recall of novel information presented verbally or in writing in 9/10 opportunities independently (met).
4) Patient will use strategies to complete functional executive function tasks with 90% accuracy independently (met). - changed: Patient will recall at least 2 executive function strategies (i.e. one smaller task at a time, reducing distractions, etc) in 2/2 sessions (part met).

Johnson SP Path, Michaela J - 03/16/2023 11:34 EDT

**Speech Eval Recommendations**
*SLP Frequency Recommendation :* 1 time per week
*SLP Pat/Fam Education :* Yes

Johnson SP Path, Michaela J - 03/16/2023 11:34 EDT

**Education**
Patient Family Education Grid

| | |
|---|---|
| *Patient Education Topics :* | Other: SLP |
| *Specific Education :* | POC, homework, strategies review, SFA, advocation |
| *Individuals Taught :* | Patient, Spouse |
| *Barriers to Learning :* | Cognitive deficit |
| *Teaching Method :* | Explanation |
| *Teaching Evaluation :* | Verbalizes understanding |

Result Type: Speech Follow-Up
Result Date: March 16, 2023 9:00 EDT
Result Status: Auth (Verified)
Result Title: Speech Pathology Follow-Up Visit
Performed By: Johnson SP Path, Michaela J on March 16, 2023 11:34 EDT
Verified By: Johnson SP Path, Michaela J on March 16, 2023 11:34 EDT
Encounter info: 22459590003, UTMH, Series Outpatient, 01/01/2023 -

| | |
|---|---|
| | Johnson SP Path, Michaela J - 03/16/2023 11:34 EDT |

**Inpt./Outpt./TCU Speech Path**
*SP Therapy-IP/OP :* 1

Johnson SP Path, Michaela J - 03/16/2023 11:34 EDT

**Completed Action List:**
* Perform by Johnson SP Path, Michaela J on March 16, 2023 11:34 EDT
* Sign by Johnson SP Path, Michaela J on March 16, 2023 11:34 EDT
* VERIFY by Johnson SP Path, Michaela J on March 16, 2023 11:34 EDT

| | |
|---|---|
| Result Type: | Speech Follow-Up |
| Result Date: | March 16, 2023 9:00 EDT |
| Result Status: | Auth (Verified) |
| Result Title: | Speech Pathology Follow-Up Visit |
| Performed By: | Johnson SP Path, Michaela J on March 16, 2023 11:34 EDT |
| Verified By: | Johnson SP Path, Michaela J on March 16, 2023 11:34 EDT |
| Encounter info: | 22459590003, UTMH, Series Outpatient, 01/01/2023 - |

**THE UNIVERSITY OF TENNESSEE**
**MEDICAL CENTER**
**1924 Alcoa Highway Knoxville, TN 37920**
**Phone 865-305-9151 Fax 865-305-6884**

SPEECH-LANGUAGE PATHOLOGY

**NAME: Sabrina Guerrero**
**DOB:**
**MR#:** 2245959
**REFERRING PHYSICIAN:** Poore, Pammela NP
**DATE:** 09/27/2022

**SUBJECTIVE:** Mrs. Guerrero arrived with UTMCK outpatient SLP clinic by herself. She arrived a few minutes late with difficulties parking and registering. She reports primary complaints of anomia and memory difficulties. She reports these began after having COVID in February 2022. She reports her symptoms have only slightly improved over time. She currently is not working due to her symptoms (including: headache, fatigue, shortness of breath, memory difficulties, anomia, anxiety, cough, and brain fog). She reports she is seeing medical professionals re: anxiety/depression and her medical needs.

She lives with her husband Darwin and a few pets (cats and dog). She also has a college sophomore at UT who visits intermittently. She worked as a medical social worker in the hospice setting previously, but has been unable to go back to work. She reports she is unable to do part time with her previous job but would be interested in a similar job without as much travelling if she is able to improve (previously travelled to different counties daily). She reports she currently manages her own medications, but occasionally forgets them. She will occasionally set an alarm on her phone if she forgot the day before. She reports she cooks "on a good" with a movable chair. She also does laundry, but doesn't always finish the loads. She reports driving locally but is unable to drive for extended periods of time due to fatigue. Recently a 3.5 hour trip took 8 hours as she had to take a nap on the way back. She currently naps at home, though she has been trying to decrease her naps. She reports her family notices that she repeats herself frequently (questions and information). She currently uses a calendar on her phone which she shares with her daughter. She also tries to write information down, but frequently loses it. She describes herself as disorganized at baseline, though denotes that she was always able to find the information when she needed it despite her desk being "messy". She has been reading information on long COVID and watching TV, but otherwise, does not have hobbies currently.

During the evaluation, Mrs. Guerrero demonstrated increased time required for some tasks, most notably on clock drawing. She was unsure of where the hands went and their appropriate lengths. She erased the hands x1, though they were in the correct spot. Appropriate spacing completed. She also initially selected 3 items on the CLQT design memory (vs 2). She was able to correct when cued to select only two. This evaluation was also limited to immediate recall and working memory, without considerable emphasis on delayed memory which she was reporting difficulties with. Patient reported overall frustration with performance given the relative ease she would have typically experienced. She also denotes difficulties with multitasking, though was able to complete the symbol trails with extra time/thought.

**PAST MEDICAL HISTORY/PAST SURGICAL HISTORY:** Long COVID/post-COVID symptoms

**OBJECTIVE:**
Perceptually, the patient presented with normal vocal quality. The patient's GRBAS score was 1/15, indicating grossly normal voice. Mild breathiness appreciated. Prosodic curves were judged to be normal. Intensity levels and loudness levels were normal in conversational speech.

The patient's oral peripheral mechanism was evaluated prior to the evaluation of his/her speech production, comprehension, and expression. Labial, mandibular and lingual strength, ROM, and sequencing were noted to be grossly WFL.

The patient completed The Speech Handicap Index to assess the patient's perception of the impact of the patient's communication disorder on quality of life. The patient scored themselves a 29/120, indicating a mild impact on their quality of life.

Standardized testing on this date included the Cognitive Linguistic Quick Test (CLQT). Findings were as follows:

**Cognitive Linguistic Quick Test (CLQT)**

| Domain | Score | Severity Rating/Impairment |
|---|---|---|
| Attention | 208/ 215 | Within Functional Limits |
| Memory | 176/185 | Within Functional Limits |
| Executive Function | 32/40 | Within Functional Limits |
| Language | 33/37 | Within Functional Limits |
| Visuospatial Skills | 100/105 | Within Functional Limits |
| Clock Drawing | 11/13 | Mild |

**PATIENT/FAMILY EDUCATION**: Patient educated on plan of care which includes therapy approximately once a week for likely 6-12 weeks focusing on functional strategies for memory, word finding, problem solving, and multitasking. Discussed that the evaluation would be scored and further explained at the next meeting. Pt's questions answered.

**ASSESSMENT:** Mild cognitive-linguistic impairment in the areas of memory and word finding as found by informal measures including the Speech Handicap index which reported a mild impact on quality of life as well as mild processing speed/mild executive function difficulties exhibited via the clock drawing and other informal observations.

**PLAN:**

1) A full report will be sent to the referring provider (Pammela Poore NP)
2) Outpatient SLP services will be initiated for cognitive linguistic deficits.
3) The patient will receive weekly homework or projects to aid in continued maintenance and learning.

**SHORT TERM GOALS:**

1) Patient will utilize a Semantic feature analysis (SFA) approach and other strategies to cue herself in response to moments of anomia in structed and spontaneous conversation with no cues in 90% of opportunities.
2) Patient will use external memory aids and compensatory strategies to recall routine, personal information (including reading/listening to information, conversations) and recent events to improve orientation to time & recall daily events in 910 opportunities accuracy.
3) Patient will use internal memory strategies to cue herself for recall of novel information presented verbally or in writing in 9/10 opportunities independently.
4) Patient will use strategies to complete functional executive function tasks with 90% accuracy independently.

**LONG TERM GOALS:**

1) Client will develop functional, cognitive-linguistic-based skills and utilize compensatory strategies to communicate wants and needs effectively to different conversational partners, maintain safety and

participate socially in functional living environment

2) Patient will demonstrate adequate word-retrieval in conversation, using multi-modality compensatory strategies as needed.
3) Patient will improve ability to manage ADLs using learned strategies and external supports.

Thank you for this kind referral. It was a pleasure and privilege meeting with Sabrina Guerrero. Please do not hesitate to contact me if you have any questions and/or concerns.

Sincerely,

Michaela Johnson, MS, CCC-SLP
Date and time signed: 09/27/2022
Time spent: 1020-1120; 1 hour
Cognitive Performance Evaluation x1

**PHYSICIAN NAME:**

I certify the need for these services furnished under this plan of treatment and while under my care.

Physician Signature and Date

**Speech Pathology Follow-Up Visit Entered On: 10/12/2022 12:49 EDT**
**Performed On: 10/12/2022 10:00 EDT by Johnson SP Path, Michaela J**

**SLP Follow-Up Session Start/Stop**
*Speech FU Session Start Date/Time :* 10/12/2022 10:00 EDT
*Speech FU Session Stop Date/Time :* 10/12/2022 10:45 EDT

Johnson SP Path, Michaela J - 10/12/2022 12:33 EDT

**SLP Referral and Hx**
*SLP Outpatient FU Visit :* Yes
*SLP Medication Change :* No
*SLP Pertinent Hospital Course :* Patient reports going to a downtown restaurant recently and walking, socializing. She reports she had to sleep and was worn out for the next five days.

Johnson SP Path, Michaela J - 10/12/2022 12:33 EDT

**Cognition**
*SLP Level of Alertness :* Awake & Alert
*SLP Orientation :* x3
*SLP Memory :* Completed the multifactorial memory questionnaire re: memory mistakes. Several areas of need were identified including: Bill payments, recalling items when leaving the house, writing organizational structure, meds (lower priority, handling fairly well),
(Comment: & lists/shopping. Pt in agreement with targeting those areas. Discussed using a checklist by the door for attempting to aid in recalling items when leaving the house. Pt reports she always takes her purse, but today she forgot her phone and other days she'll forget things she set aside to bring somewhere. Discussed putting phone, purse, and "additional items" on the list. Discussed also starting to sort bills (as she has a stack that has been present since March) so we can further work towards our goals in that area in the future. Discussed spending 5-10 minutes per day, but to small amounts in order to limit fatigue. Discussed thinking about where she would like to write notes in the future (planner, notebook, or phone). Discussed some options and pros/cons of those options. Discussed considering buying a planner or notebook if desired OR ensuring her phone is with her next week. Notably, pt did report trying new strategy recently with "reminders" on Iphone. Plan to further explore when she has her phone. [Johnson SP Path, Michaela J - 10/12/2022 12:33 EDT] )
*Cognition - Other :* Discussed results from the previous assessment. Discussed the cognitive pyramid as it related to the patient and our POC.

Johnson SP Path, Michaela J - 10/12/2022 12:33 EDT

**SLP Language**
*SLP Automatic/Social :* 1-2 pauses which may have been related to word finding or losing train of thought; pt reports these

| | |
|---|---|
| Result Type: | Speech Follow-Up |
| Result Date: | October 12, 2022 10:00 EDT |
| Result Status: | Auth (Verified) |
| Result Title: | Speech Pathology Follow-Up Visit |
| Performed By: | Johnson SP Path, Michaela J on October 12, 2022 12:33 EDT |
| Verified By: | Johnson SP Path, Michaela J on October 12, 2022 12:33 EDT |
| Encounter info: | 22459590002, UTMH, Series Outpatient, 10/01/2022 - 12/29/2022 |

events as happening "often" per the questionnaire.

Johnson SP Path, Michaela J - 10/12/2022 12:33 EDT

**SLP Assessment**

*SLP Assessment:* Decreased cognitive language abilities

Johnson SP Path, Michaela J - 10/12/2022 12:33 EDT

**SLP Goals**

*Short Term Goals - Cognitive-Language :* 1) Patient will utilize a Semantic feature analysis (SFA) approach and other strategies to cue herself in response to moments of anomia in structed and spontaneous conversation with no cues in 90% of opportunities.
2) Patient will use external memory
(Comment: aids and compensatory strategies to recall routine, personal information (including reading/listening to information, conversations) and recent events to improve orientation to time & recall daily events in 910 opportunities accuracy. 3) Patient will use internal memory strategies to cue herself for recall of novel information presented verbally or in writing in 9/10 opportunities independently. 4) Patient will use strategies to complete functional executive function tasks with 90% accuracy independently. [Johnson SP Path, Michaela J - 10/12/2022 12:33 EDT] )
*SLP Long Term Goals :* Other: 1) Client will develop functional, cognitive-linguistic-based skills and utilize compensatory strategies to communicate wants and needs effectively to different conversational partners, maintain safety and participate socially in functional
(Comment: living environment 2) Patient will demonstrate adequate word-retrieval in conversation, using multi-modality compensatory strategies as needed.3) Patient will improve ability to manage ADLs using learned strategies and external supports. [Johnson SP Path, Michaela J - 10/12/2022 12:33 EDT] )

Johnson SP Path, Michaela J - 10/12/2022 12:33 EDT

**Speech Eval Recommendations**

*SLP Pat/Fam Education :* Yes
*SLP Outpt Follow-up Plan :* Next visit scheduled for
*SLP Outpt Follow-up Next Visit:* 10/19/2022 EDT

Johnson SP Path, Michaela J - 10/12/2022 12:33 EDT

**Education**

Patient Family Education Grid

| | |
|---|---|
| *Patient Education Topics :* | Other: SLP |
| *Specific Education :* | POC, homework (as above) |
| *Individuals Taught :* | Patient (Comment: PT requested information sent to LifeStance. [Johnson SP Path, Michaela J - 10/12/2022 12:33 |

| | |
|---|---|
| Result Type: | Speech Follow-Up |
| Result Date: | October 12, 2022 10:00 EDT |
| Result Status: | Auth (Verified) |
| Result Title: | Speech Pathology Follow-Up Visit |
| Performed By: | Johnson SP Path, Michaela J on October 12, 2022 12:33 EDT |
| Verified By: | Johnson SP Path, Michaela J on October 12, 2022 12:33 EDT |
| Encounter info: | 22459590002, UTMH, Series Outpatient, 10/01/2022 - 12/29/2022 |

| | |
|---|---|
| | EDT] ) |
| *Barriers to Learning :* | None evident |
| *Teaching Method :* | Explanation, Printed materials (Comment: Provided cognitive pyramid and homework sheet (3 items) as discussed above. [Johnson SP Path, Michaela J - 10/12/2022 12:33 EDT] ) |
| *Teaching Evaluation :* | Verbalizes understanding |
| | Johnson SP Path, Michaela J - 10/12/2022 12:33 EDT |

**Inpt./Outpt./TCU Speech Path**
*SP Therapy-IP/OP :* 1

Johnson SP Path, Michaela J - 10/12/2022 12:33 EDT

**Completed Action List:**
* Perform by Johnson SP Path, Michaela J on October 12, 2022 12:33 EDT
* Sign by Johnson SP Path, Michaela J on October 12, 2022 12:33 EDT
* VERIFY by Johnson SP Path, Michaela J on October 12, 2022 12:33 EDT

| | |
|---|---|
| Result Type: | Speech Follow-Up |
| Result Date: | October 12, 2022 10:00 EDT |
| Result Status: | Auth (Verified) |
| Result Title: | Speech Pathology Follow-Up Visit |
| Performed By: | Johnson SP Path, Michaela J on October 12, 2022 12:33 EDT |
| Verified By: | Johnson SP Path, Michaela J on October 12, 2022 12:33 EDT |
| Encounter info: | 22459590002, UTMH, Series Outpatient, 10/01/2022 - 12/29/2022 |

**Speech Pathology Follow-Up Visit Entered On: 10/27/2022 10:44 EDT**
**Performed On: 10/27/2022 10:05 EDT by Johnson SP Path, Michaela J**

**SLP Follow-Up Session Start/Stop**
*Speech FU Session Start Date/Time :* 10/27/2022 10:05 EDT
*Speech FU Session Stop Date/Time :* 10/27/2022 10:40 EDT

Johnson SP Path, Michaela J - 10/27/2022 12:07 EDT

*SLP Pager :* 2004

Johnson SP Path, Michaela J - 10/27/2022 12:18 EDT

**SLP Referral and Hx**
*SLP Outpatient FU Visit :* Yes
*SLP Medication Change :* No
*SLP Pertinent Hospital Course :* Patient reports she is feeling better. She reports her migraines happen most when stressed, though she does have daily headaches. She reports she has been sorting through her bills and mail slowly. She has made progress and found some documents she was supposed to send several months ago for social security.

Johnson SP Path, Michaela J - 10/27/2022 12:07 EDT

**Objective Eval**
*SLP Pain Score :* 0
*SLP Pain Score Source :* Patient

Johnson SP Path, Michaela J - 10/27/2022 12:07 EDT

**Cognition**
*SLP Level of Alertness :* Awake & Alert
*SLP Orientation :* x 3

Johnson SP Path, Michaela J - 10/27/2022 12:07 EDT

*SLP Memory :* Pt brought in a planner she previously used for work. She reported she would like to find a smaller planner for next year.
(Comment: Pt filled out planner for November from phone calendar. She was given homework to fill out Decemeber. Pt demonstrated good organization for filling out calendar, including pertainent information. Discussed writing bill due dates into calender (unless completing upon arrival with one time only bills, then they would go on to-do list). Pt instructed to find these dates while sorting mail. Through discussion, pt reported she wanted to have a "habit list" to help her get her house back in order (i.e. sort mail for 10 minutes). Pt's habit list will go in to-do section with other daily to-dos on a sticky note on the larger calendar. She was encouraged to also write phone notes or other soon discardable notes on sticky notes that are left on the calendar until no longer needed. Pt able to provide at least 1 task that she would include on both lists for now. Pt given homework handout to recall for next week. Pt reported her strategy of purse, phone, etc checklist by the door has

| | |
|---|---|
| Result Type: | Speech Follow-Up |
| Result Date: | October 27, 2022 10:05 EDT |
| Result Status: | Auth (Verified) |
| Result Title: | Speech Pathology Follow-Up Visit |
| Performed By: | Johnson SP Path, Michaela J on October 27, 2022 13:06 EDT |
| Verified By: | Johnson SP Path, Michaela J on October 27, 2022 13:06 EDT |
| Encounter info: | 22459590002, UTMH, Series Outpatient, 10/01/2022 - 12/29/2022 |

worked for the most part, but she still forgets the non everyday items at times. Discussed always putting them in the same place, bonus points for by a regularly seen place/by the door. Patient to at least think about a place this week as she reports her house has "too much stuff" everywhere since this has happened. She is trying to clean it slowly right now. [Johnson SP Path, Michaela J - 10/27/2022 13:06 EDT] )

Johnson SP Path, Michaela J - 10/27/2022 13:06 EDT

**SLP Language**

*SLP Automatic/Social :* Did not target semantic feature analysis.

Johnson SP Path, Michaela J - 10/27/2022 13:06 EDT

**SLP Assessment**

*SLP Assessment :* Decreased cognitive language abilities

Johnson SP Path, Michaela J - 10/27/2022 13:06 EDT

**SLP Goals**

*Short Term Goals - Cognitive-Language :* 1) Patient will utilize a Semantic feature analysis (SFA) approach and other strategies to cue herself in response to moments of anomia in structed and spontaneous conversation with no cues in 90% of opportunities (NT)

2) Patient will use external memory

*SLP Long Term Goals :* Other: 1) Client will develop functional, cognitive-linguistic-based skills and utilize compensatory strategies to communicate wants and needs effectively to different conversational partners, maintain safety and participate socially in functional

Johnson SP Path, Michaela J - 10/27/2022 13:06 EDT

**Speech Eval Recommendations**

*SLP Frequency Recommendation :* 1 time per week

*SLP Pat/Fam Education :* Yes

Johnson SP Path, Michaela J - 10/27/2022 12:07 EDT

**Education**

Patient Family Education Grid

| | |
|---|---|
| *Patient Education Topics :* | Other: SLP |
| *Specific Education :* | POC, homework, strategies |
| *Individuals Taught :* | Patient |
| *Barriers to Learning :* | None evident |
| *Teaching Method :* | Explanation, Printed materials |
| *Teaching Evaluation :* | Needs reinforcement, Verbalizes understanding |
| | Johnson SP Path, |

Result Type: Speech Follow-Up
Result Date: October 27, 2022 10:05 EDT
Result Status: Auth (Verified)
Result Title: Speech Pathology Follow-Up Visit
Performed By: Johnson SP Path, Michaela J on October 27, 2022 13:06 EDT
Verified By: Johnson SP Path, Michaela J on October 27, 2022 13:06 EDT
Encounter info: 22459590002, UTMH, Series Outpatient, 10/01/2022 - 12/29/2022

| | |
|---|---|
| | Michaela J - 10/27/2022 12:07 EDT |

**Inpt./Outpt./TCU Speech Path**
*SP Therapy-IP/OP :* 1

Johnson SP Path, Michaela J - 10/27/2022 12:07 EDT

**Completed Action List:**
* Perform by Johnson SP Path, Michaela J on October 27, 2022 13:06 EDT
* Sign by Johnson SP Path, Michaela J on October 27, 2022 13:06 EDT
* VERIFY by Johnson SP Path, Michaela J on October 27, 2022 13:06 EDT

| | |
|---|---|
| Result Type: | Speech Follow-Up |
| Result Date: | October 27, 2022 10:05 EDT |
| Result Status: | Auth (Verified) |
| Result Title: | Speech Pathology Follow-Up Visit |
| Performed By: | Johnson SP Path, Michaela J on October 27, 2022 13:06 EDT |
| Verified By: | Johnson SP Path, Michaela J on October 27, 2022 13:06 EDT |
| Encounter info: | 22459590002, UTMH, Series Outpatient, 10/01/2022 - 12/29/2022 |

**Speech Pathology Follow-Up Visit Entered On: 11/10/2022 10:58 EST**
**Performed On: 11/10/2022 10:00 EST by Johnson SP Path, Michaela J**

**SLP Follow-Up Session Start/Stop**
*Speech FU Session Start Date/Time :* 11/10/2022 10:00 EST
*Speech FU Session Stop Date/Time :* 11/10/2022 10:35 EST

Johnson SP Path, Michaela J - 11/10/2022 10:43 EST

**SLP Referral and Hx**
*SLP Outpatient FU Visit :* Yes
*SLP Medication Change :* No
*SLP Fall Risk :* Green
*SLP Pertinent Hospital Course :* Patient reported feeling her depression increasing after telling her work she was officially not coming back on the 27th of October. Tearful this date; has been taking her depression medication and working with counselor.

Johnson SP Path, Michaela J - 11/10/2022 10:43 EST

**Objective Eval**
*SLP Pain Score :* 0
*SLP Pain Score Source :* Patient

Johnson SP Path, Michaela J - 11/10/2022 10:43 EST

**Cognition**
*SLP Level of Alertness :* Awake & Alert
*SLP Orientation :* x 3
*SLP Memory :* Patient brought planner with her; december finished and added bills into it. Pt reports she marks pd next to paid bills. She had not written any to-do lists, but had a name written down on the sticky notes.
(Comment: Reported the name could be discarded. Discussed writing more to-do items on paper (such as her bill she felt may be in error). Discussed writing notes from appointments or phone messages, etc down on the daily section. Discussed long term information such as names or places that were recommended on the small notes section on the calendar. Pt currently looking into finding a new planner for the new year. Discussed how this organization will aid and be similar when finding and completing a (new) job. Discussed brain fatigue and potentially finding an adjacent job or work from home job as transitionary that would allow for breaks PRN. Pt notably created section for items she would like to complete daily with charted checklist which included mail, check calendar, devotions, exercise, CPAP use, and medications. Pt had reliably been doing all by exercise and CPAP use. Pt reports the CPAP causes her head to hurt worse. She reports fatigue impacts her exercise; otherwise, she has been doing well at establishing new habits. Pt verbalized good understanding of reasons for establishing healthy habits which aid in reducing overall demands. [Johnson SP Path,

| | |
|---|---|
| Result Type: | Speech Follow-Up |
| Result Date: | November 10, 2022 10:00 EST |
| Result Status: | Auth (Verified) |
| Result Title: | Speech Pathology Follow-Up Visit |
| Performed By: | Johnson SP Path, Michaela J on November 10, 2022 10:43 EST |
| Verified By: | Johnson SP Path, Michaela J on November 10, 2022 10:43 EST |
| Encounter info: | 22459590002, UTMH, Series Outpatient, 10/01/2022 - 12/29/2022 |

Michaela J - 11/10/2022 10:43 EST] )
*SLP Organization :* Patient able to plan for future; however, due to energy levels is not able to progress quickly with changing home enviomment to be more suitable towards cognitive goals. Discussed considering a home organizer; pt reported this has been discussed and she
(Comment: may be ready for that. [Johnson SP Path, Michaela J - 11/10/2022 10:43 EST] )

Johnson SP Path, Michaela J - 11/10/2022 10:43 EST

**SLP Language**
*SLP Automatic/Social :* x2 instances of word finding pauses noted during session.

Johnson SP Path, Michaela J - 11/10/2022 10:43 EST

**SLP Assessment**
*SLP Assessment:* Decreased cognitive language abilities

Johnson SP Path, Michaela J - 11/10/2022 10:43 EST

**SLP Goals**
*Short Term Goals - Cognitive-Language :* Continue goals.

*SLP Long Term Goals :* Other: 1) Client will develop functional, cognitive-linguistic-based skills and utilize compensatory strategies to communicate wants and needs effectively to different conversational partners, maintain safety and participate socially.

Johnson SP Path, Michaela J - 11/10/2022 10:43 EST

**Speech Eval Recommendations**
*SLP Frequency Recommendation :* 1 time per week
*SLP Pat/Fam Education :* Yes
*SLP Outpt Follow-up Plan :* Next visit scheduled for
*SLP Outpt Follow-up Next Visit :* 11/16/2022 EST

Johnson SP Path, Michaela J - 11/10/2022 10:43 EST

**Education**
Patient Family Education Grid

| | |
|---|---|
| *Patient Education Topics :* | Other: SLP |
| *Specific Education :* | Memory strategies, cognitive load. |
| *Individuals Taught :* | Patient |
| *Barriers to Learning :* | None evident |
| *Teaching Method :* | Explanation |
| *Teaching Evaluation :* | Verbalizes understanding |
| | Johnson SP Path, |

Result Type: Speech Follow-Up
Result Date: November 10, 2022 10:00 EST
Result Status: Auth (Verified)
Result Title: Speech Pathology Follow-Up Visit
Performed By: Johnson SP Path, Michaela J on November 10, 2022 10:43 EST
Verified By: Johnson SP Path, Michaela J on November 10, 2022 10:43 EST
Encounter info: 22459590002, UTMH, Series Outpatient, 10/01/2022 - 12/29/2022

| | |
|---|---|
| | Michaela J - 11/10/2022 10:43 EST |

**Inpt./Outpt./TCU Speech Path**
*SP Therapy-IP/OP :* 1

Johnson SP Path, Michaela J - 11/10/2022 10:43 EST

**Completed Action List:**

```
* Perform by Johnson SP Path, Michaela J on November 10, 2022 10:43 EST
* Sign by Johnson SP Path, Michaela J on November 10, 2022 10:43 EST
* VERIFY by Johnson SP Path, Michaela J on November 10, 2022 10:43 EST
```

| | |
|---|---|
| Result Type: | Speech Follow-Up |
| Result Date: | November 10, 2022 10:00 EST |
| Result Status: | Auth (Verified) |
| Result Title: | Speech Pathology Follow-Up Visit |
| Performed By: | Johnson SP Path, Michaela J on November 10, 2022 10:43 EST |
| Verified By: | Johnson SP Path, Michaela J on November 10, 2022 10:43 EST |
| Encounter info: | 22459590002, UTMH, Series Outpatient, 10/01/2022 - 12/29/2022 |

**Speech Pathology Follow-Up Visit Entered On: 11/23/2022 12:27 EST**
**Performed On: 11/23/2022 10:05 EST by Johnson SP Path, Michaela J**

**SLP Follow-Up Session Start/Stop**
*Speech FU Session Start Date/Time :* 11/23/2022 10:05 EST
*Speech FU Session Stop Date/Time :* 11/23/2022 10:45 EST

Johnson SP Path, Michaela J - 11/23/2022 12:10 EST

**SLP Referral and Hx**
*SLP Pertinent Hospital Course :* Patient reports they are going to her mothers appointment after this appointment (mother sitting in on session this date). She reports limited plans for Thanksgiving, has catering coming to reduce stress on her. She reports she has been using her planner, mostly checking it in the morning and night. She reports she forgets to check off her daily habits at times and still forgets to do certain things. Her daily to-do list has become a more long term to-do list. She reports she has taken some notes at the doctors office, but otherwise, does not always write things down immediately during the day. She reports this week she forgot to call someone back at certain time like requested.

Johnson SP Path, Michaela J - 11/23/2022 12:10 EST

**Objective Eval**
*SLP Pain Score :* 0
*SLP Pain Score Source :* Patient

Johnson SP Path, Michaela J - 11/23/2022 12:10 EST

**Cognition**
*SLP Level of Alertness :* Awake & Alert
*SLP Orientation :* x 3
*SLP Memory :* Discussed using alarms for time sensitive information (ie. calling at a specific time). Pt attempted to utilize a "reminders" app; however, it did not appear to work as planned during the session. Instead discussed that a regular alarm on the phone can be
(Comment: labeled if she's used to using that OR setting alarm via google calendar which she already uses and making notifications for specific times prior (i.e. 5 minutes instead of 1 day). Provided note to aid patient in creating that habit.Reworked planner to include more areas of sticking notes. Provided patient extra sticky notes. Added daily to-do list which should be thrown away each day and only focus on tasks desired to do this date. Left her current to-do list as a long term to-do list since it didn't have time frame on it. Moved this to the bottom lower corner as it won't be needed as often. Moved daily habits to its own spot of the main calendar page as she reported that is where she looked the most. Discussed going to the calendar when a phone call comes in and making sure she's bringing it with even during errands. Note created to aid patient in creating that habit. Pt bill system is working per her report. She has forgotten to bring certain items places still. Discussed using note on the front (the night before or day of) to reminder her to bring it - potentially a

| | |
|---|---|
| Result Type: | Speech Follow-Up |
| Result Date: | November 23, 2022 10:05 EST |
| Result Status: | Auth (Verified) |
| Result Title: | Speech Pathology Follow-Up Visit |
| Performed By: | Johnson SP Path, Michaela J on November 23, 2022 12:10 EST |
| Verified By: | Johnson SP Path, Michaela J on November 23, 2022 12:10 EST |
| Encounter info: | 22459590002, UTMH, Series Outpatient, 10/01/2022 - 12/29/2022 |

checklist OR set an alarm day of- if written in paper calendar; and continue using placement strategy. Discussed how these strategies and principles could also be used for potential future work. [Johnson SP Path, Michaela J - 11/23/2022 12:10 EST] )

Johnson SP Path, Michaela J - 11/23/2022 12:10 EST

**Speech Eval Recommendations**

*SLP Frequency Recommendation :* 1 time per week
*SLP Pat/Fam Education :* Yes
*SLP Outpt Follow-up Plan :* Next visit scheduled for
*SLP Outpt Follow-up Next Visit :* 12/08/2022 EST
(Comment: 11AM [Johnson SP Path, Michaela J - 11/23/2022 12:10 EST] )

Johnson SP Path, Michaela J - 11/23/2022 12:10 EST

**Education**

Patient Family Education Grid

| | |
|---|---|
| *Patient Education Topics :* | Other: SLP |
| *Specific Education :* | POC, memory strategies |
| *Individuals Taught :* | Patient |
| *Barriers to Learning :* | Cognitive deficit |
| *Teaching Method :* | Explanation |
| *Teaching Evaluation :* | Verbalizes understanding |
| | Johnson SP Path, Michaela J - 11/23/2022 12:10 EST |

**Inpt./Outpt./TCU Speech Path**

*SP Therapy-IP/OP :* 1

Johnson SP Path, Michaela J - 11/23/2022 12:10 EST

**Completed Action List:**

```
* Perform by Johnson SP Path, Michaela J on November 23, 2022 12:10 EST
* Sign by Johnson SP Path, Michaela J on November 23, 2022 12:10 EST
```

| | |
|---|---|
| Result Type: | Speech Follow-Up |
| Result Date: | November 23, 2022 10:05 EST |
| Result Status: | Auth (Verified) |
| Result Title: | Speech Pathology Follow-Up Visit |
| Performed By: | Johnson SP Path, Michaela J on November 23, 2022 12:10 EST |
| Verified By: | Johnson SP Path, Michaela J on November 23, 2022 12:10 EST |
| Encounter info: | 22459590002, UTMH, Series Outpatient, 10/01/2022 - 12/29/2022 |

* VERIFY by Johnson SP Path, Michaela J on November 23, 2022 12:10 EST

| | |
|---|---|
| Result Type: | Speech Follow-Up |
| Result Date: | November 23, 2022 10:05 EST |
| Result Status: | Auth (Verified) |
| Result Title: | Speech Pathology Follow-Up Visit |
| Performed By: | Johnson SP Path, Michaela J on November 23, 2022 12:10 EST |
| Verified By: | Johnson SP Path, Michaela J on November 23, 2022 12:10 EST |
| Encounter info: | 22459590002, UTMH, Series Outpatient, 10/01/2022 - 12/29/2022 |

**Speech Pathology Follow-Up Visit Entered On: 12/15/2022 11:45 EST**
**Performed On: 12/15/2022 10:10 EST by Johnson SP Path, Michaela J**

**SLP Follow-Up Session Start/Stop**
*Speech FU Session Start Date/Time :* 12/15/2022 10:10 EST
*Speech FU Session Stop Date/Time :* 12/15/2022 10:45 EST

Johnson SP Path, Michaela J - 12/15/2022 11:39 EST

**SLP Referral and Hx**
*SLP Outpatient FU Visit :* Yes
*SLP Medication Change :* No
*SLP Fall Risk :* Green
*SLP Pertinent Hospital Course :* Patient reports that she has been stressed recently; driving her mother and brother to appointments. She reports low energy. She reports having her new CPAP which she has been able to wear more, but also reports that she has been having 3+ pain in her abdomen due to a suspected hernia. She is working on this medically, but was denied a CT recently hindering her progress. She reports it has been up to an 8-9 /10 pain. She reports her nutrition has also been hindered because of this. She has been eating foods that do not set it off as much as possible.

Johnson SP Path, Michaela J - 12/15/2022 11:39 EST

**Objective Eval**
*SLP Pain Score :* 3
*SLP Pain Score Source :* Patient

Johnson SP Path, Michaela J - 12/15/2022 11:39 EST

**Cognition**
*Cognition - Other :* Discussed ongoing goals. Patient reports not feeling certain if she could go back to work in the next year. Discussed that starting with something smaller (a few hours, a few times per week) may be more manageable to start increasing her stamina.
(Comment: Patient brought up the idea of volunteering. Discussed that routines may also aid; pt reports limited routines at this time - partially due to all the appointments for her AND her family. Discussed that even creating some small routines in the morning and at night may be beneficial in self regulation and energy levels. Also discussed that her goals are very dependent on energy levels - rediscussed the cognitive pyramid in relation to sleep, nutrition, etc. Discussed controlling what she could within those areas as much as possible. Pt with questions on activities she could do to help "get her memory back". Discussed that working on specific tasks are going to be the best way to work on things. Even the brain games that are advertised for aiding in memory only work if we're focusing more on the strategies that we use and NOT the actual task (unless its something that you actually want to be better at which is often not the case). (i.e. memorizing numbers gets you better at memorizing numbers). Discussed that writing, reading, or working on mental math (if she wants to improve

| | |
|---|---|
| Result Type: | Speech Follow-Up |
| Result Date: | December 15, 2022 10:10 EST |
| Result Status: | Auth (Verified) |
| Result Title: | Speech Pathology Follow-Up Visit |
| Performed By: | Johnson SP Path, Michaela J on December 15, 2022 11:47 EST |
| Verified By: | Johnson SP Path, Michaela J on December 15, 2022 11:47 EST |
| Encounter info: | 22459590002, UTMH, Series Outpatient, 10/01/2022 - 12/29/2022 |

those areas, would be beneficial). Discussed that practicing memory games can be done, but with emphasis on strategies as written above - likely to find more usefulness in other activities. [Johnson SP Path, Michaela J - 12/15/2022 11:47 EST] )

Johnson SP Path, Michaela J - 12/15/2022 11:47 EST

*SLP Level of Alertness :* Awake & Alert
*SLP Orientation :* x 3

Johnson SP Path, Michaela J - 12/15/2022 11:39 EST

*SLP Memory :* Pt brought her planner with her. She has been reliably using it for appointments, though does report she has double scheduled things a few times (due to not having her book near her at home or being in the middle of driving).
Discussed strategies
(Comment: including calling back when done driving; moving to the book when at home and on the phone OR having it with her more consistently at home. Patient reports for the new year, she wants to try a pocket calander with notebook to write information. She discussed having a large family calendar on her fridge/wall, large planner by her chair (like she currently has), and small one to bring out of the house. Discussed that she may find it redundant or not useful for having both the small and big, but that will depend on how she uses it and what she wants to include. She has not been using the habits list or daily to-dos - too low of energy and stressed. Her long term list was 8+ items, but she reports needing more money before paying some of those items. Discussed that sometimes priorities have to be made in regards to energy. She reports she has been able to complete the things she needs to do in the day without writing it down for the most part.
[Johnson SP Path, Michaela J - 12/15/2022 11:47 EST] )

Johnson SP Path, Michaela J - 12/15/2022 11:47 EST

**SLP Assessment**

*SLP Assessment:* Decreased cognitive language abilities

Johnson SP Path, Michaela J - 12/15/2022 11:47 EST

**SLP Goals**

*Short Term Goals - Cognitive-Language :* Continue goals.

Johnson SP Path, Michaela J - 12/15/2022 11:47 EST

*SLP Long Term Goals :* Other: 1) Client will develop functional, cognitive-linguistic-based skills and utilize compensatory strategies to communicate wants and needs effectively to different conversational partners, maintain safety and participate socially.

Johnson SP Path, Michaela J - 12/15/2022 11:39 EST

**Speech Eval Recommendations**

*SLP Frequency Recommendation :* 1 time per week
*SLP Pat/Fam Education :* Yes
*SLP Outpt Follow-up Plan :* Next visit scheduled for
*SLP Outpt Follow-up Next Visit :* 01/11/2022 EST

Johnson SP Path, Michaela J - 12/15/2022 11:39 EST

**Education**

Patient Family Education Grid

| | |
|---|---|
| *Patient Education Topics :* | Other: SLP |
| *Specific* | POC, cognitive |

| | |
|---|---|
| Result Type: | Speech Follow-Up |
| Result Date: | December 15, 2022 10:10 EST |
| Result Status: | Auth (Verified) |
| Result Title: | Speech Pathology Follow-Up Visit |
| Performed By: | Johnson SP Path, Michaela J on December 15, 2022 11:47 EST |
| Verified By: | Johnson SP Path, Michaela J on December 15, 2022 11:47 EST |
| Encounter info: | 22459590002, UTMH, Series Outpatient, 10/01/2022 - 12/29/2022 |

| | |
|---|---|
| *Education :* | pyramid, homework/program |
| *Individuals Taught :* | Patient |
| *Barriers to Learning :* | Cognitive deficit |
| *Teaching Method :* | Explanation |
| *Teaching Evaluation :* | Verbalizes understanding |
| | Johnson SP Path, Michaela J - 12/15/2022 11:39 EST |

**Inpt./Outpt./TCU Speech Path**
*SP Therapy-IP/OP :* 1

Johnson SP Path, Michaela J - 12/15/2022 11:39 EST

**Completed Action List:**

```
* Perform by Johnson SP Path, Michaela J on December 15, 2022 11:47 EST
* Sign by Johnson SP Path, Michaela J on December 15, 2022 11:47 EST
* VERIFY by Johnson SP Path, Michaela J on December 15, 2022 11:47 EST
```

| | |
|---|---|
| Result Type: | Speech Follow-Up |
| Result Date: | December 15, 2022 10:10 EST |
| Result Status: | Auth (Verified) |
| Result Title: | Speech Pathology Follow-Up Visit |
| Performed By: | Johnson SP Path, Michaela J on December 15, 2022 11:47 EST |
| Verified By: | Johnson SP Path, Michaela J on December 15, 2022 11:47 EST |
| Encounter info: | 22459590002, UTMH, Series Outpatient, 10/01/2022 - 12/29/2022 |

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | March 31, 2023 |
| To: | CAROL LUCAS<br>LIFE STANCE HEALTH<br>10025 INVESTMENT DR.<br>KNOXVILLE TN 37923 |
| Attn: | Medical Records |
| Fax: | (865) 312-6442 |
| From: | Ashley Moultrie<br>Senior Claims Examiner<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Gentiva Health Services, LLC |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

March 31, 2023

Carol Lucas
Life Stance Health
10025 INVESTMENT DR.
KNOXVILLE, TN 37923

RE: Long Term Disability (LTD) Benefits
Gentiva Health Services, LLC
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

Dear Carol Lucas:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gentiva Health Services, LLC's Group Disability Policy. We are writing in reference to Sabrina Guerrero's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you.

This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by April 7, 2023.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Ashley Moultrie
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380
disabilitydocuments@lfg.com
Attachments: 12827197-REQUEST-PROVIDER-02.27.2023

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | February 27, 2023 |
| To: | SEANNA JONES<br>LIFE STANCE HEALTH<br>10025 INVESTMENT DR.<br>KNOXVILLE TN 37923 |
| Attn: | |
| Fax: | (865) 312-6442 |
| From: | Maureen Brooks<br>LTD Claims Specialist<br>On Behalf Of: Ashley Moultrie<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Gentiva |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 27, 2023

Seanna Jones
Life Stance Health
10025 INVESTMENT DR.
KNOXVILLE, TN 37923

RE: Long Term Disability (LTD) Benefits
Gentiva
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

Dear Seanna Jones:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2022 through present

- Completion of the Enclosed Forms:

 X  Restrictions Form
 __  Other

We ask that you provide this information by March 6, 2023. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Maureen Brooks
LTD Claims Specialist
On Behalf Of: Ashley Moultrie
Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Ashley Moultrie

| Sabrina Guerrero | | 12827197 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. DATE FIRST TREATED — ______
   DATE LAST TREATED — ______
   NEXT OFFICE VISIT — ______

   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. RESTRICTIONS IMPOSED FROM ______ TO ______ .

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ______

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______ TO ______ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/Guerrero 2160**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | March 31, 2023 |
| To: | DR. FLOYD PHILLIPS<br>PHILLIPS HEALTHCARE<br>6890 W. ANDREW JOHNSON HWY.<br>TALBOTT TN 37877 |
| Attn: | Medical Records |
| Fax: | (423) 839-2125 |
| From: | Ashley Moultrie<br>Senior Claims Examiner<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Gentiva Health Services, LLC |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

March 31, 2023

Dr. Floyd Phillips
Phillips Healthcare
6890 W. ANDREW JOHNSON HWY.
TALBOTT, TN 37877

RE: Long Term Disability (LTD) Benefits
Gentiva Health Services, LLC
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

Dear Dr. Floyd Phillips:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gentiva Health Services, LLC's Group Disability Policy. We are writing in reference to Sabrina Guerrero's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you.

This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by April 7, 2023.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Ashley Moultrie
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380
disabilitydocuments@lfg.com
Attachments: 12827197-REQUEST-PROVIDER-02.27.2023

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | February 27, 2023 |
| To: | DR. FLOYD PHILLIPS<br>PHILLIPS HEALTHCARE<br>6890 W. ANDREW JOHNSON HWY.<br>TALBOTT TN 37877 |
| Attn: | |
| Fax: | (423) 839-2125 |
| From: | Maureen Brooks<br>LTD Claims Specialist<br>On Behalf Of: Ashley Moultrie<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Gentiva | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 27, 2023

Dr. Floyd Phillips
Phillips Healthcare
6890 W. ANDREW JOHNSON HWY.
TALBOTT, TN 37877

RE: Long Term Disability (LTD) Benefits
Gentiva
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

Dear Dr. Floyd Phillips:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2022 through present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by March 6, 2023. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Maureen Brooks
LTD Claims Specialist
On Behalf Of: Ashley Moultrie
Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Ashley Moultrie

| Sabrina Guerrero | | 12827197 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ________________ ________________________________
   **DATE LAST TREATED** — ________________ ________________________________
   **NEXT OFFICE VISIT** — ________________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

________________________________________________________________
________________________________________________________________
________________________________________________________________
________________________________________________________________

4. **RESTRICTIONS IMPOSED FROM** ________________ **TO** ________________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

________________________________________________________________
________________________________________________________________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

________________________________________________________________
________________________________________________________________

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ______________ **TO** ______________ .

**Lincoln/Guerrero 2166**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/Guerrero 2167**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | March 31, 2023 |
| To: | GREG MOFFITT<br>ENDOCRINOLOGY CONSULTANTS OF EAST TENNES |
| Attn: | Medical Records |
| Fax: | (865) 637-8865 |
| From: | Ashley Moultrie<br>Senior Claims Examiner<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Gentiva Health Services, LLC |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

March 31, 2023

Greg Moffitt
Endocrinology Consultants of East Tennessee

KNOXVILLE, TN

RE: Long Term Disability (LTD) Benefits
Gentiva Health Services, LLC
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

Dear Greg Moffitt:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gentiva Health Services, LLC's Group Disability Policy. We are writing in reference to Sabrina Guerrero's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you.

This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by April 7, 2023.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Ashley Moultrie
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380
disabilitydocuments@lfg.com
Attachments: 12827197-REQUEST-PROVIDER-02.27.2023

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | February 27, 2023 |
| To: | GREG MOFFITT<br>ENDOCRINOLOGY CONSULTANTS OF EAST TENNES |
| Attn: | |
| Fax: | (865) 637-8865 |
| From: | Maureen Brooks<br>LTD Claims Specialist<br>On Behalf Of: Ashley Moultrie<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Gentiva |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 27, 2023

Greg Moffitt
Endocrinology Consultants of East Tennessee

KNOXVILLE, TN

RE: Long Term Disability (LTD) Benefits
Gentiva
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

Dear Greg Moffitt:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2022 through present

- Completion of the Enclosed Forms:

 X  Restrictions Form
 __ Other

We ask that you provide this information by March 6, 2023. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Maureen Brooks
LTD Claims Specialist
On Behalf Of: Ashley Moultrie
Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Ashley Moultrie

| Sabrina Guerrero | | 12827197 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________

   **DATE LAST TREATED** — ____________ ____________________

   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

**Lincoln/Guerrero 2173**

| Provider's Name (Please Print) | Degree ***AND*** Area of Specialty | Social Security or Tax ID Number |
|---|---|---|
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/Guerrero 2174**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________ Date: ________________

Date of Birth: ____________ Claim Number: 12827197

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________ Date: ____________

Date of Birth: ____________ Claim Number: 12827197

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Sabrina Guerrero

Name of legal representative, if applicable (print) Sabrina Guerrero Relationship Self

DocuSigned by: Sabrina Guerrero
4FC096756D4D4AD...

Signature of claimant or legal representative ____________ Date: 3/31/2023

Date of Birth: __ ________ Claim Number: 12827197

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Sabrina Guerrero

Name of legal representative, if applicable (print) Sabrina Guerrero Relationship Self

Signature of claimant or legal representative DocuSigned by: Sabrina Guerrero 4FC096756D4D4AD... Date: 3/31/2023

Date of Birth: ___ ________ Claim Number: 12827197

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Claim: 12827197
Claim Type: LTD
Payee Type: EMP

Customer: GENTIVA
Subsidiary: HOSPICE
Location: KINDRED AT HOME
Employee: SABRINA GUERRERO

Policy Number: GF3-890-LF0132-01
Pmt Period: 02/28/23 - 03/27/23
Pmt Date: 03/21/23
Check #: 109210076

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3072.57 | $ 0.00 | $ 0.00 | $ 3072.57 | $ 0.00 | $ 1000.00 | $ 0.00 | $ 0.00 | $ 2072.57 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Offset $ 0.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Deduction $ 0.00

Total Provisions $ 0.00 Total Offsets $ 0.00 Total Deductions $ 0.00

## Tax Information For This Payment Only

| | | | |
|---|---|---|---|
| Adjusted Gross Benefit: $ | 3072.57 | Benefit Tax %: 100.00 | Federal Excludable Wages: $ 0.00 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ 0.00 |
| Federal Taxable Wages: $ | 3072.57 | | Federal Withholding: $ 1000.00 |
| State Taxable Wages: $ | 0.00 | Employee State: TN | State Withholding: $ 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only.
It is not designed to complete individual tax returns and should not be used for that purpose.

# Guerrero, Sabrina

MRN: 12141403

**Pammela M Poore, NP**
Nurse Practitioner
Specialty: Nurse Practitioner

Progress Notes
Signed

Encounter Date: 6/8/2022

| | | | |
|---|---|---|---|
| Patient Name: | **Guerrero, Sabrina** | Today's Date: | **6/9/2022** |
| Preferred Name: | **Sabrina** | Date of Encounter: | **6/8/2022** |
| Patient MRN / CSN: | **12141403 / 10095696404** | Appt. Time: | **1:00 PM EDT** |
| Patient Age / DOB: | **53-year old /** | Encounter Provider: | **Pammela M Poore, NP** |
| PCP: | **Floyd E Phillips Jr, MD** | | |

Center for Post-Covid Care (CPCC)

Subjective

Sabrina Guerrero is a 53-year old who presents for Post Covid Evaluation.
Patient complains of the following Symptoms: Fatigue, Headache, Anxiety/Irritability, Depression, Shortness of breath, Brain fog, Memory loss, Poor concentration, Blood pressure problems, Joint Pain, and Muscle Weakness

I have reviewed the patient's Post-COVID Care Management Assessment completed on 5/27/22.

Date of onset of symptoms: 2/7/22
Date of last positive test:2/7/22
Were you hospitalized due to COVID: No
Were you seen by a provider for COVID as an outpatient? PCP
Have you received experimental drugs for COVID treatment?: Yes

HPI

Ms. Guerrero states that initial COVID symptoms began 2/7/22 and consisted of Dry Cough, Shortness of Breath, Runny Nose, Diarrhea, Sore Throat, and Headache. Reports that she called PCP Dr. Floyd Phillips and was prescribed Paxlovid and Tessalon Perles. States that over the next week Dry Cough worsened into a constant deep bronchial cough that made it difficult for her to even talk along with all other symptoms worsening. Reports that she decided to go to Urgent Care. Reports that Urgent Care gave her a Steroid Injection and a Antibiotic Injection and was prescribed an Inhaler, Cough Medicine, and Steroid Dose Pak that helped. States that she followed up with PCP NP within the next week or so and was prescribed another Inhaler, Steroid Dose Pak, Antibiotic and wanted to refer to Physical Therapy but patient was to weak. Reports that over the next week or so she felt like Fatigue, Weakness, and Shortness of Breath were getting worse but Cough was improving some. Followed up with PCP NP again and was prescribed another Steroid Dose Pak and was referred to Physical

Therapy. States that initially Physical Therapy was scheduled for three days a week doing 1 - 1.5 hours and it took two days to recover from it every time she went. Physical Therapy was decreased to two day a week and required a $50.00 Co-pay. Reports that she now goes 1 - 2 days a week for 1 -1.5 hours and it still takes her two days to recover every time she goes.

Ms. Guerrero reports that Post-COVID Fatigue continues without improvement. States that Fatigue has made her unable to continue working and has been on Short Term Disability since 3/5/22. Reports that she requires frequent naps that last for several hours and is only able to bathe twice a week due to Fatigue. Reports that she continues to go to Physical Therapy 1 - 2 times a week and it continues to take two days to recover.

Ms. Guerrero reports Post-COVID daily headaches that vary in intensity. Reports that she takes Tylenol for headache if it gets bad enough which relieves headache. States that prior to COVID she only experienced and occasional normal headache.

Ms. Guerrero reports that she had some Anxiety prior to COVID but Post-COVID Anxiety is much worse. States she has been taking Escitalopram 10 mg daily since 2017 which helps some but still continues to feel Anxious/Irritated/Agitated at times.

Ms. Guerrero repots that she had some Depression prior to COVID but has worsened since COVID. Reports that she has been taking Escitalopram 10 mg daily since 2017 which helps with Depression.

Ms Guerrero states Post-COVID Shortness of Breath made it difficult for her to continue working and has been on Short Term Disability since 3/5/22. States that sometimes when becoming Short of Breath she feels a little dizzy and she can feel that her heart rate increases. Reports that she cannot walk around or do chores standing up without becoming Short of Breath. Reports that she has learned to pace herself and walk slowly. States that when in Physical Therapy there are times that she gasps for air and has to stop to use Albuterol and Symbicort to recover. Reports that oxygen saturations never drop below 92 - 97% and has never had home oxygen.

Ms. Guerrero reports that Post-COVID Brain Fog, Memory Loss, and Poor Concentration continue without improvement. Reports that she forgets what she has done, can remember what she needs to do, and has difficulty staying focused. States that family and friends have brought to here attention that she constantly is asking the same questions over and over again, repeats the same things over and over again, and slurs some of her words when speaking.

Ms. Guerrero reports that since COVID her blood pressure seems to fluctuate up and down. Reports that her blood pressure fluctuates anywhere from 118/80 - 140/100 but has dropped as low as 90/80. States that she is currently taking Lotensin 20 mg daily. Patient states that she has started checking her blood pressure prior to taking Lotensin and if blood pressure is on the low side she will not take Lotensin.

Ms. Guerrero reports Chronic Joint Pain of knees, ankles, shoulders, elbows, and neck that worsened with COVID. Reports that Joint Pain comes and goes affecting different areas randomly and she takes Meloxicam and applies ice to effected area to help relieve pain. States that she has taken Meloxicam for Joint Pain since 2011. Patient reports that she has never seen a Rheumatologist for Joint Pain.

Ms. Guerrero states that since COVID she has experienced muscle pain in her Calves and Upper Arms at times. Reports that Muscle Pain feels like a burning sensation. States that sometimes she thinks her Calves may be having a muscle spasm.

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

History Assessed by Care Management - Fri May 27, 2022

| Row Name | 1542 |
|---|---|
| African-American? | No 05/27/22 1546 |
| Latinx? | No 05/27/22 1546 |
| O2 use? | No 05/27/22 1546 |
| BMI | >40 Class 3 Pt reports morbid obesity 05/27/22 1546 |
| Diabetes Mellitus | None 05/27/22 1546 |
| Prior or pre-existing cancer diagnosis? | No 05/27/22 1546 |
| Pre-existing immunocompromise? | No 05/27/22 1546 |
| Immunocompromising medication use? | No 05/27/22 1546 |
| Covid related ICU stay? | No 05/27/22 1546 |
| Covid related mechanical ventilation | No 05/27/22 1546 |
| Pre-existing heart condition? | — H/O: HTN 05/27/22 1546 |
| Pre-existing lung condition | No pt denies any known dz 05/27/22 1546 |
| Post-COVID diagnosis made clinically - no test result | No Tested + : 2/7/2022. Still out on FMLA 05/27/22 1546 |
| Have you had the COVID-19 Vaccine? | Yes Pfizer Rx 05/27/22 1546 |
| First Dose | 01/01/21 05/27/22 1546 |
| Second Dose | 01/25/21 05/27/22 1546 |
| COVID Booster | — Declined booster 05/27/22 1546 |

Symptoms Assessed by Care Management - Fri May 27, 2022

| Row Name | 1546 |
|---|---|
| Do you have a cough? | Yes ! 05/27/22 1548 |
| Is the cough dry or is there sputum? | Dry " I have the Covid cough but it has improved over past 2 weeks now" 05/27/22 1548 |
| Is cough new or pre-existing? | New 05/27/22 1548 |
| Do you have Shortness of Breath? | Yes 05/27/22 1548 |
| Is the SOB exertional and/or even at rest? | Exertional 05/27/22 1548 |
| Is the SOB new or pre-existing? | New 05/27/22 1548 |
| Do you have a fever? | No 05/27/22 1548 |
| Are you experiencing chest pain or tightness? | No 05/27/22 1548 |
| Are you having a fast heart rate (more than usual)? | No 05/27/22 1548 |
| Has the patient seen a cardiologist for the heart rate issues? | No 05/27/22 1548 |
| Have you been diagnosed with blood clots? | No 05/27/22 1548 |

| | |
|---|---|
| Do you have chronic fatigue? | **Yes** 05/27/22 1548 |
| Is the chronic fatigue new or pre-existing? | **New** " I have extreme exhaustion & fatigue now". I used to be very active & working & now I have very little energy to even get up, showered & dressed" 05/27/22 1548 |
| Are you experiencing any unusual pain? | **No** 05/27/22 1548 |
| Are you experiencing loss of taste or smell? | **No** 05/27/22 1548 |
| Are you experiencing any hair loss? | **No** 05/27/22 1548 |

Symptoms Assessed by Care Management - Fri May 27, 2022

| Row Name | 1548 |
|---|---|
| Are you experiencing headaches? | **No** 05/27/22 1551 |
| Are you having difficulty with remembering things or concentrating? | **Yes** ! 05/27/22 1551 |
| Memory, concentration or both? | **both** " This is my # 1 compliant after the fatigue. I can't remember things. My family says I ask the same ?'s over & over & I don't remember asking them. I seem unable to concentrate & I had no issues before Covid with this." 05/27/22 1551 |
| Is memory/concentration issue new or pre-existing? | **New** 05/27/22 1551 |
| Are you feeling down, depressed or hopeless? | **Yes** ! 05/27/22 1551 |
| Have you felt stressed? | **Yes** ! 05/27/22 1557 |
| How many days have you felt this way in the last two weeks? | **10** 05/27/22 1557 |
| Do you feel anxious or nervous? | **Yes** ! 05/27/22 1557 |
| Is the anxious or nervous feeling new or pre-existing? | **Pre-existing** 05/27/22 1557 |
| Is the anxious or nervous feeling better, same or worse? | **worse** " My anxiety level is really high now & I cry easily". " Just don't understand why I don't feel like myself & my PCP doesn't help" 05/27/22 1557 |
| Are you experiencing any difficulty sleeping? | **Yes** ! 05/27/22 1557 |
| Is difficulty sleeping new or pre-existing? | **New** " I just sleep all the time & am still exhausted" 05/27/22 1557 |
| Do you hear voices or sounds that no one else hears? | **No** 05/27/22 1557 |
| Have you wondered if your mind was trying to trick you or if it was not working right? | **Yes** ! " My memory & concentration seems so off" 05/27/22 1557 |
| Have you had rapid changes in mood that are unusual for you? | **No** 05/27/22 1557 |
| Do you have trouble completing daily tasks? | **Yes** ! 05/27/22 1557 |
| Are issues with daily tasks new or pre-existing? | **New** Still on FMLA for work. Still in OP/PT trying to "build up my strength" 05/27/22 1557 |
| Any other unusual symptoms? | **Yes** ! 05/27/22 1557 |

| | |
|---|---|
| List the symptoms | " Sometimes my friends & family say my speech seems slurred" 05/27/22 1557 |
| Further evaluation for Post-Covid Syndrome? | **Yes !** 05/27/22 1557 |
| If your symptoms have resolved, did you have any of the above symptoms 30 days after your COVID diagnosis? | **Yes !** 05/27/22 1557 |
| Approximately how long did the symptoms last? | 91 - 180 days 05/27/22 1557 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:

**Outpatient Encounter Medications as of 6/8/2022**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. | | |
| • benazepril (Lotensin) 20 MG tablet | Take 20 mg by mouth. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • Budesonide-Formoterol Fumarate (SYMBICORT IN) | Inhale into the lungs as needed. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. | | |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day | | |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other day | | |
| • escitalopram (Lexapro) 10 MG tablet | Take 10 mg by mouth. | | |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. | | |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. | | |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet | | |

| | |
|---|---|
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • topiramate (Topamax) 25 MG capsule | Take 25 mg by mouth 2 (two) times a day. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |

Last reviewed on 6/8/2022 1:26 PM by Ashley B Vaughn, RN

Medical History:
Sabrina has a past medical history of Anxiety, Bronchitis, COVID-19, Depression, Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Depression in her mother; Diabetes in her father; Heart disease in her father; Hyperlipidemia in her mother; Hypertension in her father; Pancreatic cancer in her father; Scoliosis in her mother.

Sabrina reports previous alcohol use.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports previous drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath.
Musculoskeletal: Positive for arthralgias and myalgias.
Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for agitation. The patient is nervous/anxious.

Objective

**Vitals:**

| | 06/08/22 1351 | 06/08/22 1400 | 06/08/22 1402 | 06/08/22 1404 |
|---|---|---|---|---|
| BP: | 126/89 | 126/62 | 122/81 | 122/78 |
| Pulse: | 82 | 78 | 85 | **(!) 104** |

| | |
|---|---|
| Resp: | 20 |
| Temp: | 97.8 °F (36.6 °C) |
| TempSrc: | Temporal |
| SpO2: | 100% |
| Weight: | **(!) 166.5 kg (367 lb)** |
| Height: | 5' 5" (1.651 m) |

No LMP recorded.

**Physical Exam**
Constitutional:
Appearance: Normal appearance. She is obese.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.
Abdominal:
Palpations: Abdomen is soft.
Musculoskeletal:
Left lower leg: Edema present.
Comments: **LLE 2+ pitting**
Skin:
General: Skin is warm and dry.
Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
General: No focal deficit present.
Mental Status: She is alert and oriented to person, place, and time.
Psychiatric:
Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

GAD-7 Anxiety Scale - Thu June 09, 2022

| Row Name | 1214 |
|---|---|

Over the last 2 weeks, how often have you been bothered by any of the following problems?

| | |
|---|---|
| Feeling nervous, anxious, or on edge | More than half the days 06/09/22 1215 |
| Not being able to stop or control worrying | More than half the days 06/09/22 1217 |
| Worrying too much about different things | More than half the days 06/09/22 1215 |
| Trouble relaxing | Not at all 06/09/22 1215 |
| Being so restless that it is hard to sit still | Not at all 06/09/22 1215 |
| Becoming easily annoyed or irritable | More than half the days 06/09/22 1215 |
| Feeling afraid as if something awful might happen | Several days 06/09/22 1215 |
| GAD-7 Total Score | 9 06/09/22 1217 |

If you checked off any problems on this questionnaire,

| | |
|---|---|
| How difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Somewhat difficult 06/09/22 1217 |

Assessment

Plan

**Problem List Items Addressed This Visit**

- **Post-COVID syndrome - Primary**

  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero presents to the CPCC today for initial Post-COVID evaluation with continued Post-COVID symptoms of Fatigue, Headache, Anxiety, Depression, Shortness of breath, Brain fog, Memory loss, Poor concentration, Blood pressure problems, muscle weakness(described as burning sensation), increase sleep and irritable/agitated.

  Requested PCP Dr. Floyd Phillips patient records.

  Advised patient that it can take 12 months or more to start seeing some of the symptoms related to COVID-19 subside. I provided patient with information regarding the post-COVID support group. Patient provided information related to potential enrollment in ETSU COVID-19 Research Study under Dr. Jonathan Moorman.

  I have spent greater than 70 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

Ms. Guerrero reports that Post-COVID Fatigue continues without improvement.

Patient PCP referred patient to Physical Therapy that she started on 3/21/22 and continues to go 1 - 2 times per week.

Educated patient related to the benefits of following an Anti-Inflammatory Diet and decreasing sugar intake. Patient currently taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, and Zinc. Encouraged patient to begin taking Probiotic and Omega 3's, drink plenty of water, and continue Physical Therapy. Encourage adequate rest, good sleep hygiene, and fatigue management: planning, pacing, prioritizing, and positioning.

Ordered CBC, CMP, B-12, TSH, T4, Vit D to further evaluate Fatigue.

Relevant Orders

CBC with Differential (Automated or Manual Diff as Indicated)
Comprehensive Metabolic Panel
Vitamin B12 Level
Thyroid Stimulating Hormone (TSH)
Vitamin D,1,25-Dihydroxy Level
T4 Total (Thyroxine)

- **Post-COVID chronic headache**

Ms. Guerrero reports Post-COVID daily headaches that vary in intensity. Reports that she takes Tylenol for headache if it gets bad enough and it helps. States that prior to COVID she only experienced and occasional normal headache.

Encouraged patient to drink plenty of fluids, take OTC pain reliever, rest in quiet darkened room, and apply hot/cold compresses to head and neck to help relieve headaches.

Patient states that she wants to wait to see if headaches get any better and declined Neurology Referral at this time.

Relevant Medications

meloxicam (Mobic) 15 MG tablet
escitalopram (Lexapro) 10 MG tablet
aspirin (Ecotrin) 81 MG EC tablet
topiramate (Topamax) 25 MG capsule

- **Anxiety**

Ms. Guerrero reports that Chronic Anxiety has worsened Post-COVID. States that at times she experiences increased feelings of anxiousness, irritation, and agitation. Reports that her PCP prescribed Escitalopram 10 mg daily for anxiety in 2017 and she continues taking daily which does help with Anxiety.

GAD7 Score 6/8/22: 9

Encouraged Anti-Inflammatory Diet, decrease caffeine and sugar intake, drink eight 8 oz glasses of water daily, avoidance of nicotine and alcohol, try to follow regular sleep regimen, and continue Physical Therapy.
Encouraged patient to reach out to Support Group. Provided Support Group contact information. Informed patient that these symptoms may linger for 12 months or longer.

Patient advised to contact PCP to inform of increased Anxiety/Irritation/Agitation and a possible increase of Escitalopram 10 mg to twice daily.

Will consider referral to Behavioral Health if no improvement at follow up visit.

- **Depression**

Ms. Guerrero reports history of Depression that has worsened since COVID. Reports that she has been taking Escitalopram since 2017 that helps with Depression.

PHQ9 completed 5/27/22: 8

Patient advised to contact PCP to inform of increased Anxiety/Irritation/Agitation and a possible increase of Escitalopram 10 mg to twice daily.

Will consider referral to Behavioral Health if no improvement at follow up visit.

Relevant Medications
escitalopram (Lexapro) 10 MG tablet

- **Post-COVID chronic dyspnea**

Ms. Guerrero reports continued Post-COVID Shortness of Breath that is at times accompanied by dizziness and increased heart rate. Reports that she uses Albuterol and Symbicort Inhalers when she becomes Short of Breath. Patient states that she has not had a Chest XR since diagnosed with COVID.

Ordered Chest XR, PFT's, and referred patient to Pulmonology.

Patient requested to bereferred to Dr. Bakshi Pulmonologist in Greenville, TN. - informed Mae in front office.

Relevant Orders
Spirometry with Bronchodilator
XR Chest 2 View
Ambulatory referral to Pulmonology

- **Brain fog**

Ms. Guerrero reports that Post-COVID Brain Fog continues without improvement.

Educated patient related to benefits of Anti-Inflammatory Diet, drink eight 8 oz glasses of water a day, and continue Physical Therapy. Patient currently taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, and Zinc. Encouraged patient to begin taking Probiotic and Omega 3's. Practice breathing exercises, try to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Will consider Nufola at follow up visit if no improvement.

- **Memory loss**

Ms. Guerrero reports that Post-COVID Memory Loss, continue without improvement.

Encouraged patient to eat a healthy Anti-Inflammatory Diet, practice good sleep regimen, read, do puzzles, and play word games to keep brain active.

Will continue to monitor.

- **Poor concentration**

Ms. Guerrero reports that Post-COVID Poor Concentration continues without improvement.

Encouraged patient to eat a healthy Anti-Inflammatory Diet, practice good sleep regimen, read, do puzzles, and play word games to keep brain active.

Will continue to monitor.

- **Transient hypotension**

Ms. Guerrero reports blood pressure fluctuates up and down since COVID. Reports that she is currently taking Lotensin 20 mg daily to high blood pressure but since COVID there are times that her blood pressure drops down. States that she now checks her blood pressure before taking Lotensin to keep her blood pressure from dropping to low.

Encouraged Patient to inform PCP of blood pressure fluctuations and that some days she is not taking Lotensin. Encouraged to drink plenty of fluid, continue to check her blood pressure prior to taking Lotensin, and randomly check blood pressure throughout the day.

- **Post-COVID chronic joint pain**

Ms. Guerrero reports Chronic Joint Pain that comes and goes randomly in different joints: knees, ankles, shoulders, elbows, and neck. Reports that Joint Pain worsened with COVID.

Patient currently taking Meloxicam and applying ice to effected joint.

Encouraged patient to continue taking Meloxicam and to try alternating cold/heat to affected areas to help with pain.

Ordered Labs: ANA, CRP, RF, Sed Rate, and HLA-B27 to further evaluate Joint Pain.

Relevant Orders
- C-Reactive Protein
- Rheumatoid Factor
- Sedimentation Rate
- HLA-B27 Allele
- Anti-Nuclear Antibody with Reflex Titer if Indicated

- **Post-COVID chronic muscle pain**

Ms. Guerrero reports that she experiences muscle pain in her Calves and Upper Arms at times. States Muscle Pain feels like a burning sensation. Reports that there are times when she thinks her Calves may be having a muscle spasm.

Encouraged patient to alternate applying ice/heat to reduce inflammation and improve blood flow to affected area and to take a warm bath using Epsom Salt to help relieve muscle pain. Educated patient to stretch and gently message the area to help relieve muscle spasm.

Ordered Lab: CMP and CK to further evaluate Muscle Pain.

Relevant Orders
- CK, Total

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred*

Return in about 6 weeks (around 7/20/2022).

Post Covid Provider Evaluation on 6/8/2022

## Additional Documentation

Vitals: BP 122/78 Pulse 104 ! (Abnormal) Temp 97.8 °F (36.6 °C) (Temporal) Resp 20
Ht 5' 5" (1.651 m) Wt 166.5 kg (367 lb) ! (Abnormal) SpO2 100% BMI 61.07 kg/m$^2$
BSA 2.76 m$^2$ More Vitals

| | |
|---|---|
| Flowsheets: | Risk Assessment, COVID-19 Vaccination Screening, Amb Complex Vitals Nav, Anthropometrics, GAD-7 Anxiety Scale |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

Labs
Anti-Nuclear Antibody with Reflex Titer if Indicated
C-Reactive Protein
CBC with Differential (Automated or Manual Diff as Indicated)
CK, Total
Comprehensive Metabolic Panel
HLA-B27 Allele
Rheumatoid Factor
Sedimentation Rate
T4 Total (Thyroxine)
Thyroid Stimulating Hormone (TSH)
Vitamin B12 Level
Vitamin D,1,25-Dihydroxy Level

Imaging
XR Chest 2 View

Other Orders
Ambulatory referral to Pulmonology Pending Review
Spirometry with Bronchodilator

## Other Orders Performed

Ambulatory Referral to CPCC Provider Eval Closed

## Medication Changes

As of 6/8/2022 1:26 PM

None

## Medication List at End of Visit

As of 6/8/2022 1:26 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **ALBUTEROL IN**<br>Inhale 90 mcg into the lungs. - Inhalation<br>Patient-reported medication | | 2/15/2022 | |
| **Ascorbic Acid (vitamin C) 1000 MG tablet**<br>Take 1,000 mg by mouth daily. - Oral<br>Patient-reported medication | | | |

| | Refills | Start Date | End Date |
|---|---|---|---|
| **aspirin (Ecotrin) 81 MG EC tablet**<br>Take 81 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **benazepril (Lotensin) 20 MG tablet**<br>Take 20 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **benzonatate (Tessalon) 100 MG capsule**<br>Take 100 mg by mouth 3 (three) times a day as needed for cough. - Oral<br>Patient-reported medication | | | |
| **Budesonide-Formoterol Fumarate (SYMBICORT IN)**<br>Inhale into the lungs as needed. - Inhalation<br>Patient-reported medication | | | |
| **calcitriol (Rocaltrol) 0.5 MCG capsule**<br>Take 0.5 mcg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **CALCIUM CITRATE PO**<br>Take by mouth. - Oral<br>Patient-reported medication | | | |
| **cetirizine (ZyrTEC) 10 MG tablet**<br>Take 10 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab**<br>Place under the tongue. Every other day - Sublingual<br>Patient-reported medication | | | |
| **ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule**<br>Every other day<br>Patient-reported medication | | | |
| **escitalopram (Lexapro) 10 MG tablet**<br>Take 10 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **Hyoscyamine Sulfate (HYOSCYAMINE PO)**<br>Take 4 mg by mouth. - Oral<br>Patient-reported medication | | | |
| **Magnesium Oxide (MAG-OX PO)**<br>Take 400 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **meloxicam (Mobic) 15 MG tablet**<br>meloxicam 15 mg tablet<br>Patient-reported medication | | 2/15/2022 | |
| **minocycline (Minocin) 100 MG capsule**<br>2 (two) times a day.<br>Patient-reported medication | | | |
| **Multiple Vitamins-Minerals (ZINC PO)**<br>Take 100 mg by mouth daily. - Oral<br>Patient-reported medication | | | |

| | Refills | Start Date | End Date |
|---|---|---|---|
| **ondansetron (Zofran) 4 MG tablet**<br>Take 4 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **Semaglutide (OZEMPIC, 1 MG/DOSE, SC)**<br>Inject under the skin. - Subcutaneous<br>Patient-reported medication | | 2/15/2022 | |
| **topiramate (Topamax) 25 MG capsule**<br>Take 25 mg by mouth 2 (two) times a day. - Oral<br>Patient-reported medication | | | |
| **UNABLE TO FIND**<br>Bari life complete 3 in morning, 3 in evening<br>Patient-reported medication | | | |
| **VITAMIN A PO**<br>Take by mouth daily. 30,000 mcg - Oral<br>Patient-reported medication | | | |

## Visit Diagnoses

Primary: **Post-COVID syndrome** U09.9
Post-COVID chronic fatigue R53.82, U09.9
Post-COVID chronic headache R51.9, U09.9, G89.29
Anxiety F41.9
Other depression F32.89
Post-COVID chronic dyspnea R06.09, U09.9
Brain fog R41.89
Memory loss R41.3
Poor concentration R41.840
Transient hypotension I95.9
Post-COVID chronic joint pain M25.50, U09.9, G89.29
Post-COVID chronic muscle pain M79.10, U09.9, G89.29

# Guerrero, Sabrina

MRN: 12141403

**Post Covid Provider Evaluation** 1/24/2023
BHMA Center for Post Covid Care

Provider: Pammela M Poore, NP (Nurse Practitioner)
Primary diagnosis: Post-COVID syndrome
Reason for Visit: Post Covid Follow Up; Referred by Shari K Rajoo, MD

## Progress Notes

Paul L Jett, MD (Physician) • Physical Medicine and Rehabilitation

Patient was seen independently by Nurse Practitioner unless otherwise noted. I have reviewed chart in full including the asessments and planned treatments. If any changes in care are necessary, these have been communicated to the ordering provider. I was available at the time of the visit either in person or via telephone. I have reviewed the chart and agree with the assessment and plan as written. Paul L Jett, MD.

## Progress Notes

Pammela M Poore, NP (Nurse Practitioner) • Nurse Practitioner

Patient Name: Guerrero, Sabrina Today's Date: 1/30/2023
Preferred Name: Sabrina Date of Encounter: 1/24/2023
Patient MRN / CSN: 12141403 / 10103247493 Appt. Time: 3:15 PM EST
Patient Age / DOB: 53-year old / Encounter Provider: Pammela M Poore, NP
PCP: Floyd E Phillips Jr, MD

Center for Post-Covid Care (CPCC)
Follow - Up

**Subjective**

Sabrina Guerrero is a 53-year old who presents for Post Covid Follow Up.
Patient complains of the following Symptoms: Anxiety/Depression, Fatigue, Headache, Brain Fog, SOB on exertion.

Ms. Guerrero reports Chronic Anxiety/Depression that worsened Post-COVID has worsened. States that she feels like her Brain Fog has made her like a stroke patient which causes increased Depression. Reports that she is unable to enjoy things like reading, watching television, and cooking like she did prior to COVID which decreases her joy. States that her PCP Dr. Floyd Phillips stopped Lexapro and started Trentellix 10 mg daily at last visit on 1/19/23 and she started Trentellix on 1/20/23. Reports that she saw Erica Hubbard CPCC Counselor today for initial visit and will have a follow up visit. States that her Counselor Seanna Jones with Life Stance Healthy Minds Counseling in Knoxville has left her position and she has been rescheduled with new Counselor on 2/8/23. Reports that she has thoughts that it would be better off if she was not here but denies having any plan.

Ms. Guerrero reports Post-COVID Brain Fog has worsened. States that she does not feel like herself any more. States that she is not able to Multi task and do math in her head like she could before COVID. States that now she is unable to remember things, multitask, and find

words when speaking. Reports that she feels sluggish in her Brain. States that she continues going to Speech Therapy at UT Hospital and feels like it is helping her Brain Fog but is stressful. Reports that she has been off the Anti-Inflammatory Diet since the Holidays but is planning to get back on track, is drinking some water, is exercising some, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, Zinc and Ferrous Sulfate. States that she talked to PCP Floyd Phillips about elevated Vitamin D level and was instructed to only take Vitamin D2 50,000 UT once a week versus twice a week.

Ms. Guerrero reports Post-COVID Headache continues without improvement. States that headaches at times are minor and at other times can be severe. Reports that headache intensity waxes and wanes. States that she was prescribed Sumatriptan by Dr. Arvo Kanna Neurologist after being diagnosed with Margarines without Aura and Amnesia. Reports that Sumatriptan makes her very tired/sleepy and she only takes it when Headache gets severe. States that Dr. Arvo Kanna is leaving and she has been scheduled to see new Neurologist Dr. Mohammad Hussain with Heath Star Physicians on 2/20/23.

Ms. Guerrero reports Post-COVID Fatigue continues without improvement. Reports that she feels that Depression adds to Fatigue level. States that she continues taking Ferrous Sulfate to help increase low iron levels. States that Dr. Bakshi Pulmonology prescribed Provigil two months ago to help with Fatigue. Reports that she can not tell if Provigil is helping Fatigue or not. States that she is compliant with CPAP every night. Reports that she has been off the Anti-Inflammatory Diet since the Holidays but is planning to get back on track, is drinking some water, is exercising some, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, Zinc and Ferrous Sulfate. States that she talked to PCP Floyd Phillips about elevated Vitamin D level and was instructed to only take Vitamin D2 50,000 UT once a week versus twice a week.

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:

**Outpatient Encounter Medications as of 1/24/2023**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |

| | |
|---|---|
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. |
| • CALCIUM CITRATE PO | Take by mouth. |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other day |
| • famotidine (Pepcid) 40 MG tablet | Take 40 mg by mouth daily. |
| • hydrOXYzine (Atarax) 25 MG tablet | Take 25 mg by mouth daily as needed for itching. |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. |
| • modafinil (Provigil) 100 MG tablet | Take 200 mg by mouth daily. |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth every 8 (eight) hours as needed. |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • SUMAtriptan (Imitrex) 100 MG tablet | Take 100 mg by mouth daily as needed. Can take up to 2 doses within a 24 hour period |
| • topiramate (Topamax) 50 MG tablet | Take 75 mg by mouth daily. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • valsartan (Diovan) 80 MG tablet | Take 80 mg by mouth daily. |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| • vortioxetine (Trintellix) 10 MG tablet | Take 10 mg by mouth daily. |

- [DISCONTINUED] escitalopram (Lexapro) 20 MG tablet — Take 20 mg by mouth daily.

Last reviewed on 1/24/2023 4:06 PM by Pammela M Poore, NP

Medical History:
Sabrina has a past medical history of Anxiety, Bronchitis, COVID-19, Depression, Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Depression in her mother; Diabetes in her father; Heart disease in her father; Hyperlipidemia in her mother; Hypertension in her father; Pancreatic cancer in her father; Scoliosis in her mother.

Sabrina reports that she does not currently use alcohol.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports that she does not currently use drugs.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath **(with exertion)**.
Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for decreased concentration and dysphoric mood. The patient is nervous/anxious.

**Objective**

**Vitals:**

| | 01/24/23 1535 |
|---|---|
| BP: | 137/66 |
| Pulse: | 73 |
| Resp: | 18 |
| Temp: | 97.4 °F (36.3 °C) |
| TempSrc: | Oral |
| SpO2: | 97% |
| Weight: | 155.6 kg (343 lb) |
| Height: | 5' 5" (1.651 m) |

No LMP recorded.

**Physical Exam**
Constitutional:
Appearance: Normal appearance. She is obese.
HENT:
Head: Normocephalic and atraumatic.

Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.

Eyes:
Pupils: Pupils are equal, round, and reactive to light.

Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds.

Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.

Abdominal:
General: Bowel sounds are normal.
Palpations: Abdomen is soft.

Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion.

Skin:
General: Skin is warm and dry.
Capillary Refill: Capillary refill takes less than 2 seconds.

Neurological:
Mental Status: She is alert and oriented to person, place, and time.

Psychiatric:
Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal.

**Assessment**

**Plan**

**Problem List Items Addressed This Visit**

- **Post-COVID syndrome - Primary**

This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

Date of onset of symptoms: 2/7/22
Date of last positive test:2/7/22
Were you hospitalized due to COVID: No
Were you seen by a provider for COVID as an outpatient? PCP
Have you received experimental drugs for COVID treatment?: Yes

Ms. Guerrero reports Post-COVID symptoms of Anxiety/Depression, Fatigue, Headache, Brain Fog, SOB on exertion.

I have spent greater than 60 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**
  Currently taking:
  Provigil 200 mg daily

  Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, using CPAP HS, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, Zinc, and Ferrous Sulfate. Encouraged to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

  Lab Work ordered: Vitamin D, and Iron TIBC.

  Relevant Orders
  Vitamin D,1,25-Dihydroxy Level
  Iron and TIBC
- **Post-COVID chronic headache**
  Currently taking:
  - Imitrex 100 mg daily PRN

  Patient is scheduled to see New Dr. Mohammad Hussain Neurologist with Health Star Physicians 2/30/23.

  Encouraged patient to take all medications as prescribed, follow up with New Neurologist on 2/30/23, drink plenty of fluids, take OTC pain reliever, rest in quiet darkened room, and apply hot/cold compresses to head and neck to help relieve headaches.

  Relevant Medications
  vortioxetine (Trintellix) 10 MG tablet
  SUMAtriptan (Imitrex) 100 MG tablet
- **Cognitive impairment**

Encouraged patient to get back to following Anti-Inflammatory Diet, drinking eight 8 oz glasses of water a day, start walking as tolerated, and continue taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, Zinc and Ferrous Sulfate. Encourage patient to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Encouraged patient to continue Speech Therapy with Michaela Johnson at UT Medical Center. .

- **Anxiety and depression**
  PHQ-9 Score Today: 15
  GAD-7 Score Today: 7

  Currently taking:
  - Trintellix 10 mg daily
  - Hydroxyzine 25 mg PRN

  Patient denies any suicidal thoughts or ideation. Patient advised to call 911 or go to ED with Mental Health emergencies and/or patient feels there is potential for harm to self or others.

  Patient is seeing Erica Hubbard CPCC Counselor with last visit 01/24/23 and follow up visit scheduled on 3/8/23.

  Patient is scheduled with New Counselor a Life Stance Healthy Minds Counseling on 2/8/23.

  Encouraged patient to continue taking all medications as prescribed, Do Not stop taking any medications without talking to a Provider, follow up with Erica Hubbard 3/8/23 and New Counselor on 2/8/23.

  Relevant Medications
  vortioxetine (Trintellix) 10 MG tablet
  hydrOXYzine (Atarax) 25 MG tablet
  modafinil (Provigil) 100 MG tablet

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred*

Return in about 6 weeks (around 3/7/2023).

## Instructions

Return in about 6 weeks (around 3/7/2023).

After Visit Summary (AVS) (Printed 1/24/2023)

## Additional Documentation

Vitals: BP 137/66 Pulse 73 Temp 97.4 °F (36.3 °C) (Oral) Resp 18 Ht 5' 5" (1.651 m) Wt 155.6 kg (343 lb) SpO2 97% BMI 57.08 kg/m² BSA 2.67 m²

Flowsheets: COVID-19 Vaccination Screening, Amb Complex Vitals Nav, Anthropometrics, PHQ-9 Depression Scale, GAD-7 Anxiety Scale

## External Documents

Post Covid Provider Evaluation on 1/24/2023

## Communications

Letter sent to Floyd E Phillips Jr., MD Sent 1/30/2023

Chart Routed to Paul L Jett, MD

## Media

From this encounter

Confirmation of Email Address - Electronic signature on 1/23/2023 9:21 PM - E-signed

## Encounter Status

Signed by Pammela M Poore, NP on 1/30/23 at 20:55

## IP CLN Destination Communication History

Coordination has not been started for this encounter.

## IP CLN Durable Medical Equipment Communication History

Coordination has not been started for this encounter.

## IP CLN Dialysis / Infusion Communication History

Coordination has not been started for this encounter.

## IP CLN Home Medical Care Communication History

Coordination has not been started for this encounter.

## Orders Placed

**Vitamin D,1,25-Dihydroxy Level** (Resulted 1/25/2023, Abnormal)

Iron and TIBC (Resulted 1/31/2023)

## Medication Changes

As of 1/24/2023 4:06 PM

None

## Medication List at End of Visit

As of 1/24/2023 4:06 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **ALBUTEROL IN**<br>Inhale 90 mcg into the lungs. - Inhalation<br>Patient-reported medication | | 2/15/2022 | |
| **Ascorbic Acid (vitamin C) 1000 MG tablet**<br>Take 1,000 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **aspirin (Ecotrin) 81 MG EC tablet**<br>Take 81 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **benzonatate (Tessalon) 100 MG capsule**<br>Take 100 mg by mouth 3 (three) times a day as needed for cough. - Oral<br>Patient-reported medication | | | |
| **calcitriol (Rocaltrol) 0.5 MCG capsule**<br>Take 0.5 mcg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **CALCIUM CITRATE PO**<br>Take by mouth. - Oral<br>Patient-reported medication | | | |
| **cetirizine (ZyrTEC) 10 MG tablet**<br>Take 10 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab**<br>Place under the tongue. Every other day - Sublingual<br>Patient-reported medication | | | |
| **ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule**<br>Every other day<br>Patient-reported medication | | | |
| **famotidine (Pepcid) 40 MG tablet**<br>Take 40 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **hydrOXYzine (Atarax) 25 MG tablet**<br>Take 25 mg by mouth daily as needed for itching. - Oral<br>Patient-reported medication | | | |
| **Hyoscyamine Sulfate (HYOSCYAMINE PO)**<br>Take 4 mg by mouth. - Oral<br>Patient-reported medication | | | |
| **Magnesium Oxide (MAG-OX PO)**<br>Take 400 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **meloxicam (Mobic) 15 MG tablet**<br>meloxicam 15 mg tablet<br>Patient-reported medication | | 2/15/2022 | |
| **minocycline (Minocin) 100 MG capsule** | | | |

| | Refills | Start Date | End Date |
|---|---|---|---|
| 2 (two) times a day.<br>Patient-reported medication | | | |
| **modafinil (Provigil) 100 MG tablet**<br>Take 200 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **Multiple Vitamins-Minerals (ZINC PO)**<br>Take 100 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **Omega-3 1000 MG Cap**<br>Take 1,000 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **ondansetron (Zofran) 4 MG tablet**<br>Take 4 mg by mouth every 8 (eight) hours as needed. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **Probiotic Product (PROBIOTIC PO)**<br>Take 1 capsule by mouth. - Oral<br>Patient-reported medication | | | |
| **Semaglutide (OZEMPIC, 1 MG/DOSE, SC)**<br>Inject under the skin. - Subcutaneous<br>Patient-reported medication | | 2/15/2022 | |
| **SUMAtriptan (Imitrex) 100 MG tablet**<br>Take 100 mg by mouth daily as needed. Can take up to 2 doses within a 24 hour period - Oral<br>Patient-reported medication | | 11/28/2022 | |
| **topiramate (Topamax) 50 MG tablet**<br>Take 75 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **UNABLE TO FIND**<br>Bari life complete 3 in morning, 3 in evening<br>Patient-reported medication | | | |
| **valsartan (Diovan) 80 MG tablet**<br>Take 80 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **VITAMIN A PO**<br>Take by mouth daily. 30,000 mcg - Oral<br>Patient-reported medication | | | |
| **vortioxetine (Trintellix) 10 MG tablet**<br>Take 10 mg by mouth daily. - Oral<br>Patient-reported medication | | 1/23/2023 | |

## Visit Diagnoses

Primary: **Post-COVID syndrome** U09.9
Anxiety and depression F41.9, F32.A
Post-COVID chronic headache R51.9, U09.9, G89.29
Post-COVID chronic fatigue G93.32, U09.9
Cognitive impairment R41.89

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 137/66 Pulse 73 Temp 97.4 °F (36.3 °C) (Oral) Resp 18 Ht 5' 5" (1.651 m) Wt 155.6 kg (343 lb) SpO2 97% BMI 57.08 kg/m² BSA 2.67 m² |
| Flowsheets: | COVID-19 Vaccination Screening, Amb Complex Vitals Nav, Anthropometrics, PHQ-9 Depression Scale, GAD-7 Anxiety Scale |

## External Documents

Post Covid Provider Evaluation on 1/24/2023

## Iron and TIBC: Patient Communication

Released Seen

# Results

Iron and TIBC (Order 279302534)

## Iron and TIBC

Order: 279302534

Status: Final result Visible to patient: Yes (seen)

Next appt: 04/12/2023 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)

Dx: Post-COVID chronic fatigue

| Component | Ref Range & Units | 1/31/23 1408 | 11/1/22 1710 |
|---|---|---|---|
| % Saturation | 14 - 50 % | 27 | 13 ✓ R |
| IBC | 250 - 400 | 386 | |
| Iron | 37 - 170 ug/dL | 106 | 73 R |
| Transferrin | 206 - 381 mg/dL | 259 | |
| Resulting Agency | | GCHE CLINICAL LAB | IPCH CLINICAL LAB |

Specimen Collected: 01/31/23 14:08 Last Resulted: 01/31/23 15:28

Order Details View Encounter Lab and Collection Details Routing Result History

R=Reference range differs from displayed range

### Result Care Coordination

Patient Communication

Released Seen

## Order Entry Questions

Release to MyChart Immediate

## Additional Information

| Specimen ID | Type | Source | Comment | Bill Type | Client ID |
|---|---|---|---|---|---|
| GE23-031C0191 | Blood | | | Third-Party | |

| Specimen Date Taken | Specimen Time Taken | Specimen Received Date | Specimen Received Time | Result Date | Result Time |
|---|---|---|---|---|---|
| Jan 31, 2023 | 2:08 PM | Jan 31, 2023 | 2:35 PM | Jan 31, 2023 | 3:28 PM |

## Lab Information

Lab

GCHE CLINICAL LAB

## All Reviewers List

Pammela M Poore, NP on 2/6/2023 12:54

## Encounter

View Encounter

## Result Information

| Flag: | Status: Final result | Provider Status: |
|---|---|---|
| Normal | (Collected: 1/31/2023 14:08) | Reviewed |

## View SmartLink Info

Iron and TIBC (Order #279302534) on 1/31/23

# Guerrero, Sabrina

MRN: 12141403

**Post Covid Provider Evaluation** 7/20/2022
BHMA Center for Post Covid Care

Provider: Pammela M Poore, NP (Nurse Practitioner)
Primary diagnosis: Post-COVID syndrome
Reason for Visit: Post Covid Follow Up; Referred by Shari K Rajoo, MD

## Progress Notes

Pammela M Poore, NP (Nurse Practitioner) • Nurse Practitioner

Patient Name: Guerrero, Sabrina Today's Date: 7/25/2022
Preferred Name: Sabrina Date of Encounter: 7/20/2022
Patient MRN / CSN: 12141403 / 10095897466 Appt. Time: 3:45 PM EDT
Patient Age / DOB: 53-year old / Encounter Provider: Pammela M Poore, NP
PCP: Floyd E Phillips Jr, MD

Center for Post-Covid Care (CPCC)
Follow - Up

**Subjective**

Sabrina Guerrero is a 53-year old that presents for 6 week Post Covid Follow Up. Ms. Guerrero initially tested positive for COVID and symptoms began on 2/7/22. Over the course of two weeks she was prescribed Paxlovid, Steroid Injection, Antibiotic Injection, Tessalon Perles, Inhaler, Cough Medicine, and a Steroid Dose Pak. In the following weeks she was prescribed another Inhaler, two Steroid Dose Paks, Antibiotics, and was referred to Physical Therapy. Patient went to Physical Therapy two times a week through the end of June 2022 when she could no longer go due to insurance purposes. States that PCP is going to try to re-refer her to Physical Therapy.

Ms. Guerrero reports continued Post-COVID symptoms of: Fatigue, Headache, Joint pain, Anxiety, Depression, Activity Intolerance, Palpitations, Shortness of breath, Cough, Brain fog, Memory loss, Poor concentration, Dizziness and Weakness. Ms. Guerrero reports that Fatigue continues without improvement. Reports that she stays tired all the time. States that she has not being doing well at following the Anti-Inflammatory Diet, but is drinking increased water intake, and taking Supplements. Reports that Headaches continue to occur at random times on a daily basis and last 30 minutes to several hours. States that she takes Tylenol and at times it helps to relieve headache. Reports that she bought a COLD CAP to see if it would help with pain. Reports that Chronic Joint Pain of neck, shoulders, elbows, and ankles worsened after COVID and randomly comes and goes without improvement. States that she takes Meloxicam, applies cold/hot compresses, and goes to Physical Therapy which helps with Joint Pain. Ms. Guerrero reports that Chronic Anxiety and Depression that worsened Post-COVID has improved some. States that she was seen by Dr. Philips PCP and informed that Anxiety and Depression had not improved and he increased Escitalopram to 20 mg daily which has helped. States that she has not done will following Anti-Inflammatory Diet and plans to start doing better. Reports that Shortness of Breath continues without improvement and is at times

accompanied by dizziness and increased heart rate. States that she stopped using Symbicort Inhaler per Dr. Bakshi but continues to use Albuterol Inhaler to help when she becomes short of breath. Reports that Non-Productive Cough continues without improvement. States that she continues to take Tessalon Perles for cough which helps.
Ms. Guerrero reports continued Post-COVID Brain Fog, Memory Loss, and Poor Concentration that continues without improvement. States that she has trouble finding words, loses her place in a conversation, and has difficulty focusing. States that she has not been doing well at following Anti-Inflammatory Diet and states that she is going to try to do better.

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:
**Outpatient Encounter Medications as of 7/20/2022**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. | | |
| • benazepril (Lotensin) 20 MG tablet | Take 20 mg by mouth. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. | | |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day | | |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other day | | |
| • escitalopram (Lexapro) 10 MG tablet | Take 20 mg by mouth daily. | | |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. | | |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. | | |

| | |
|---|---|
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth. |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • topiramate (Topamax) 25 MG capsule | Take 25 mg by mouth 2 (two) times a day. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| • [DISCONTINUED] Budesonide-Formoterol Fumarate (SYMBICORT IN) | Inhale into the lungs as needed. |

Last reviewed on 7/20/2022 4:06 PM by Ashley B Vaughn, RN

Medical History:
Sabrina has a past medical history of Anxiety, Bronchitis, COVID-19, Depression, Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Depression in her mother; Diabetes in her father; Heart disease in her father; Hyperlipidemia in her mother; Hypertension in her father; Pancreatic cancer in her father; Scoliosis in her mother.

Sabrina reports previous alcohol use.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports previous drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for cough and shortness of breath.
Cardiovascular: Positive for palpitations.
Musculoskeletal: Positive for arthralgias.
Neurological: Positive for dizziness, weakness and headaches.
Psychiatric/Behavioral: Positive for decreased concentration. The patient is nervous/anxious.

**Objective**

**Vitals:**

| | 07/20/22 1559 |
|---|---|
| BP: | 132/87 |
| Pulse: | 93 |
| Resp: | 19 |
| Temp: | 98.3 °F (36.8 °C) |
| TempSrc: | Temporal |
| SpO2: | 97% |
| Weight: | **(!) 164.2 kg (362 lb)** |
| Height: | 5' 5" (1.651 m) |

No LMP recorded.

**Physical Exam**
Constitutional:
Appearance: Normal appearance. She is obese.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.
Abdominal:
Palpations: Abdomen is soft.
Musculoskeletal:
Cervical back: Normal range of motion.
Left lower leg: Edema present.
Comments: **LLE 2 + edema**
Skin:
General: Skin is warm and dry.
Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
Mental Status: She is alert and oriented to person, place, and time.
Psychiatric:
Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal.

**Assessment**

**Plan**

**Problem List Items Addressed This Visit**

- **Post-COVID syndrome - Primary**

  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero presents to the CPCC today reporting continued Post-COVID symptoms of Fatigue, Headache, Joint pain, Anxiety, Depression, Activity Intolerance, Palpitations, Shortness of breath, Cough, Brain fog, Memory loss, Poor concentration, Dizziness and Weakness.

  I have spent greater than 50 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

  Ms. Guerrero reports that Fatigue continues without improvement.

  Lab work orderd 06/08/22 results:

  TSH, T 4, B-12, Unremarkable

  CMP - mildly elevated BUN 24, Na 145, Chloride 107, ALT 134 - Alk Phos elevated 159.5.30. Hgb 16.2. Hct 19.1

  CBC - mildly elevated RBC 5.30. Hgb 16.2. Hct 19.1

  Vitamin D elevated 93.8 -encouraged patient to inform Endocrinologist and inquire if any changes are needed for prescribed Vitamin D dose.

  Re-educated patient related to the benefits of following an Anti-Inflammatory Diet and decreasing sugar intake. Encouraged Patient to continuje taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc, and drinking plenty of water. Encourage adequate rest, good sleep hygiene, and fatigue

management: planning, pacing, prioritizing, and positioning.

Patient report that PCP plans to re-refer patient to Physical Therapy.

- **Post-COVID chronic headache**
  Headaches continue to occur at random times on a daily basis and last 30 minutes to several hours.

  Encouraged patient to continue to take Tylenol to relieve headaches and apply Cold Cap to relieve headache pain. Encouraged patient to drink plenty of fluids, rest in quiet darkened room, and apply hot/cold compresses to head and neck to help relieve headaches.

  Patient declines Neurology Referral at this time. States that she wants to try Cold Cap to see if it will help.

- **Anxiety**
  Ms. Guerrero reports that Chronic Anxiety that worsened Post-COVID has improved some.

  Escitalopram Increased to 20 mg daily per PCP.

  Encouraged continuation of Anti-Inflammatory Diet, decreased caffeine and sugar intake, drinking eight 8 oz glasses of water daily, avoidance of nicotine and alcohol, try to follow regular sleep regimen.

  Referral to Behavioral Health placed.

  Relevant Orders
  Ambulatory referral to Behavioral Health

- **Depression**
  Ms. Guerrero reports that Chronic Depression that worsened Post-COVID has improved some.

  Escitalopram Increased to 20 mg daily per PCP.

  Encouraged continuation of Anti-Inflammatory Diet, decreased caffeine and sugar intake, drinking eight 8 oz glasses of water daily, avoidance of nicotine and alcohol, try to follow regular sleep regimen.

  Referral to Behavioral Health placed.

  Relevant Orders

Ambulatory referral to Behavioral Health

- **Post-COVID chronic dyspnea**

  Ms. Guerrero reports Shortness of Breath continues without improvement and is at times accompanied by dizziness and increased heart rate.

  Chest XR 6/8/22 ordered completed 6/16/22 results: Detail limited due to patient factors. No definite signs of acute cardiopulmonary disease.

  PFT ordered 6/8/22 not completed. Patient states that she had PFT completed in May 2022 at Jefferson Memorial Hospital.

  Referred patient to Pulmonology. Patient saw Dr. Bakshi Pulmonologist on 7/14/22. Patient reports that Dr. Bakshi informed her that PFT's from May 2022 looked good, and Chest XR completed 6/16/22 showed some scarring. Dr. Bakshi instructed patient to do Breathing exercises daily, use CPAP every night, Stop Symbicort Inhaler related to increased heart rate, request that PCP stop Benazepril and change to blood pressure medication that does not have coughing as a side effect, Continue Albuterol as needed, take Tessalon Perles twice a day, take Cetirizine and Flonase 1 - 2 times a day, lose weight, and take Pepcid 20 mg 1 - 2 times a day.

  Educated patient related to Pursed Lip Breathing exercises. Encouraged patient to do breathing exercises 5 - 10 minutes a day to help increase lung capacity and improve Lung function.

  Patient has follow up visit with Dr. Bakshi Pulmonologist 10/13/22.

- **Brain fog**

  Ms. Guerrero reports continued Post-COVID Brain Fog that continues without improvement.

  Re-educated patient related to benefits of Anti-Inflammatory Diet, drink eight 8 oz glasses of water a day. Encourage patient to continue taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, and Zinc. Encouraged patient to begin taking Probiotic and Omega 3's. Practice breathing exercises, try to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

  Patient declined prescription for Nufola at this time. States that she wants to do better at following Anti-Inflammatory Diet first.

  Will consider Nufola at follow up visit if not improvement.

- **Memory loss**

Ms. Guerrero reports continued Post-COVID Memory Loss that continues without improvement.

Re-educated patient to benefits of Anti-Inflammatory Diet, practice good sleep regimen, read, do puzzles, and play word games to keep brain active.

- **Poor concentration**
  Ms. Guerrero reports continued Post-COVID Poor Concentration that continues without improvement.

  Re-educated patient to benefits of Anti-Inflammatory Diet, practice good sleep regimen, read, do puzzles, and play word games to keep brain active.

- **Post-COVID chronic joint pain**
  Chronic Joint Pain of neck, shoulders, elbows, and ankles worsened after COVID and randomly comes and goes without improvement.

  Lab work ordered and drawn 6/8/22:
  ANA, HLA-B27, Sed Rate, RF, CRP unremarkable

  Encouraged patiet to continue taking Meloxicam and to try alternating cold/heat to affected areas to help with pain.

- **Post-COVID chronic cough**
  Non-Productive Cough continues without improvement.

  Pulmonologist was seen on 7/14/22 and informed patient to contact PCP and inform to stop Benazepril and change blood pressure medication to one without Coughing as a listed side effect. Patient to follow up with PCP 8/8/22.

  Encouraged patient that persistent cough after COVID could take time to resolve.

  Encouraged patient to continue Tessalon Perles and obtain OTC Guaifenesin to help with cough.

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these*

*substitutions have occurred*

Return in about 6 weeks (around 8/31/2022) for Telemed.

## Instructions

Return in about 6 weeks (around 8/31/2022) for Telemed.

After Visit Summary (AVS) (Printed 7/20/2022)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 132/87 Pulse 93 Temp 98.3 °F (36.8 °C) (Temporal) Resp 19 Ht 5' 5" (1.651 m) Wt **164.2 kg (362 lb)** ! (Abnormal) SpO2 97% BMI 60.24 kg/m² BSA 2.74 m² |
| Flowsheets: | COVID-19 Vaccination Screening, Amb Complex Vitals Nav, Anthropometrics |

## Communications

Letter sent to Floyd E Phillips Jr., MD
Sent 7/25/2022

## Media

From this encounter

Confirmation of Email Address - Electronic signature on 7/13/2022 11:20 AM - E-signed

## Encounter Status

Signed by Pammela M Poore, NP on 7/25/22 at 23:13

## IP CLN Destination Communication History

Coordination has not been started for this encounter.

## IP CLN Durable Medical Equipment Communication History

Coordination has not been started for this encounter.

## IP CLN Dialysis / Infusion Communication History

Coordination has not been started for this encounter.

## IP CLN Home Medical Care Communication History

Coordination has not been started for this encounter.

## Orders Placed

Ambulatory referral to Behavioral Health Closed

## Medication Changes

As of 7/20/2022 4:06 PM

None

## Medication List at End of Visit

As of 7/20/2022 4:06 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **ALBUTEROL IN**<br>Inhale 90 mcg into the lungs. - Inhalation<br>Patient-reported medication | | 2/15/2022 | |
| **Ascorbic Acid (vitamin C) 1000 MG tablet**<br>Take 1,000 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **aspirin (Ecotrin) 81 MG EC tablet**<br>Take 81 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **benazepril (Lotensin) 20 MG tablet**<br>Take 20 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | 9/6/2022 |
| **benzonatate (Tessalon) 100 MG capsule**<br>Take 100 mg by mouth 3 (three) times a day as needed for cough. - Oral<br>Patient-reported medication | | | |
| **calcitriol (Rocaltrol) 0.5 MCG capsule**<br>Take 0.5 mcg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **CALCIUM CITRATE PO**<br>Take by mouth. - Oral<br>Patient-reported medication | | | |
| **cetirizine (ZyrTEC) 10 MG tablet**<br>Take 10 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab**<br>Place under the tongue. Every other day - Sublingual<br>Patient-reported medication | | | |
| **ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule**<br>Every other day<br>Patient-reported medication | | | |
| **escitalopram (Lexapro) 20 MG tablet**<br>Take 20 mg by mouth daily. - Oral<br>Patient-reported medication | | 2/15/2022 | 1/24/2023 |
| **Hyoscyamine Sulfate (HYOSCYAMINE PO)**<br>Take 4 mg by mouth. - Oral<br>Patient-reported medication | | | |
| **Magnesium Oxide (MAG-OX PO)**<br>Take 400 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **meloxicam (Mobic) 15 MG tablet** | | 2/15/2022 | |

| | Refills | Start Date | End Date |
|---|---|---|---|
| meloxicam 15 mg tablet<br>Patient-reported medication | | | |
| **minocycline (Minocin) 100 MG capsule**<br>2 (two) times a day.<br>Patient-reported medication | | | |
| **Multiple Vitamins-Minerals (ZINC PO)**<br>Take 100 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **Omega-3 1000 MG Cap**<br>Take 1,000 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **ondansetron (Zofran) 4 MG tablet**<br>Take 4 mg by mouth every 8 (eight) hours as needed. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **Probiotic Product (PROBIOTIC PO)**<br>Take 1 capsule by mouth. - Oral<br>Patient-reported medication | | | |
| **Semaglutide (OZEMPIC, 1 MG/DOSE, SC)**<br>Inject under the skin. - Subcutaneous<br>Patient-reported medication | | 2/15/2022 | |
| **topiramate (Topamax) 50 MG tablet**<br>Take 75 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **UNABLE TO FIND**<br>Bari life complete 3 in morning, 3 in evening<br>Patient-reported medication | | | |
| **VITAMIN A PO**<br>Take by mouth daily. 30,000 mcg - Oral<br>Patient-reported medication | | | |

## Visit Diagnoses

Primary: **Post-COVID syndrome** U09.9
Anxiety F41.9
Other depression F32.89
Post-COVID chronic dyspnea R06.09, U09.9
Post-COVID chronic fatigue R53.82, U09.9
Brain fog R41.89
Poor concentration R41.840
Post-COVID chronic joint pain M25.50, U09.9, G89.29
Post-COVID chronic cough R05.3, U09.9
Post-COVID chronic headache R51.9, U09.9, G89.29
Memory loss R41.3

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 132/87 Pulse 93 Temp 98.3 °F (36.8 °C) (Temporal) Resp 19 Ht 5' 5" (1.651 m)<br>Wt **164.2 kg (362 lb)** ! (Abnormal) SpO2 97% BMI 60.24 kg/m² BSA 2.74 m² |
| Flowsheets: | COVID-19 Vaccination Screening, Amb Complex Vitals Nav, Anthropometrics |

# Guerrero, Sabrina

MRN: 12141403

**Post Covid Provider Evaluation** 11/1/2022
BHMA Center for Post Covid Care

Provider: Pammela M Poore, NP (Nurse Practitioner)
Primary diagnosis: Post-COVID syndrome
Reason for Visit: Post Covid Follow Up; Referred by Shari K Rajoo, MD

## Progress Notes

Pammela M Poore, NP (Nurse Practitioner) • Nurse Practitioner

Patient Name: Guerrero, Sabrina Today's Date: 11/2/2022
Preferred Name: Sabrina Date of Encounter: 11/1/2022
Patient MRN / CSN: 12141403 / 10099042914 Appt. Time: 1:00 PM EDT
Patient Age / DOB: 53-year old / Encounter Provider: Pammela M Poore, NP
PCP: Floyd E Phillips Jr, MD

Center for Post-Covid Care (CPCC)
Follow - Up

**Subjective**

Sabrina Guerrero is a 53-year old who presents for Post Covid Follow Up.
Patient complains of the following Symptoms: Fatigue, Headache, Brain Fog, and Shortness of Breath (mostly on exertion).

Ms. Guerrero reports Post-COVID Fatigue has improved on some days. States that when she gets to feeling better and tries to add more tasks in the day it takes her 3 - 5 days to recover back to baseline. Reports that she is trying to pace herself and take breaks. States that she is trying to stop taking naps but still has to take a nap on some days. Reports that she still is unable to complete tasks without taking breaks. States that she is following Anti-Inflammatory Diet the best that she can, drinking increased amount of water, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Reports that she does exercise moving arms and legs 3 times per week.

Ms. Guerrero reports Post-COVID Headaches have not improved. States that she has some kind of headache every day. Reports that some days are worse than others. States that stress makes headaches become worse and there are days that when she wakes with a pounding Headache. Reports that she also wakes up in the middle of the night wearing CPAP with a pounding Headache and thinks it could be related to CPAP use. States that she is scheduled to see Dr. Kanna Neurologist with Tennova on 11/11/22 for Headaches. Reports that when she gets a Headache she sometimes takes Tylenol which does not really help, tries to relax/rest, closes her eyes, sometimes uses a cold cap, and creates a very calm quite environment which helps at times depending on intensity of Headache. States that she has made an appointment to have vision check at Baptist Eye 12/8/22.

Ms. Guerrero reports Post-COVID Brain Fog has improved some. State that her family reports

that her Brain Fog has not improved. Reports that she continues to have memory issues, has to write stuff down to keep up with things, has difficulty finding words, and loses her train of thought during conversations. States that she is unable to multi-task which was unusual for her Pre-COVID. Reports that she is following Anti-Inflammatory Diet the best that she can, drinking increased amount of water, and taking Zinc, Omega 3's, B12, Probiotic, Magnesium, Vitamin A, Vitamin C, Calcium and Multivitamin. States that she continues to go to Speech Therapy at UT Medical Center with Michaela Johnson with follow visit scheduled for next week.

Ms. Guerrero reports Post-COVID Shortness of Breath has not improved. States that she only becomes Short of Breath with activity/exertion. Reports that doing chores such as putting laundry in to wash, hanging up clothes, or sweeping the floor causes increased Shortness of Breath. States that she tries to walk at a leisurely pace so that she does not become Short of Breath. Reports that when she becomes Short of Breath she uses Albuterol Inhaler, sits down to rest, and usually recovers within 30 minutes. States that she continues to see Dr. Bakshi Pulmonologist and has her doing breathing exercises daily.

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:
**Outpatient Encounter Medications as of 11/1/2022**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. | | |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day | | |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other day | | |

| | |
|---|---|
| • escitalopram (Lexapro) 20 MG tablet | Take 20 mg by mouth daily. |
| • famotidine (Pepcid) 40 MG tablet | Take 40 mg by mouth daily. |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth every 8 (eight) hours as needed. |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • topiramate (Topamax) 50 MG tablet | Take 50 mg by mouth daily. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • valsartan (Diovan) 80 MG tablet | Take 80 mg by mouth daily. |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |

Last reviewed on 11/1/2022 1:53 PM by Pammela M Poore, NP

Medical History:
Sabrina has a past medical history of Anxiety, Bronchitis, COVID-19, Depression, Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Depression in her mother; Diabetes in her father; Heart disease in her father; Hyperlipidemia in her mother; Hypertension in her father; Pancreatic cancer in her father; Scoliosis in her mother.

Sabrina reports previous alcohol use.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports previous drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath **(on exertion)**.

Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for decreased concentration.

**Objective**

**Vitals:**

| | |
|---|---|
| | 11/01/22 1313 |
| BP: | 134/85 |
| Pulse: | 77 |
| Resp: | 18 |
| Temp: | 97.3 °F (36.3 °C) |
| TempSrc: | Oral |
| SpO2: | 96% |
| Weight: | **(!) 161 kg (355 lb)** |
| Height: | 5' 5" (1.651 m) |

No LMP recorded.

**Physical Exam**
Constitutional:
Appearance: Normal appearance. She is obese.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal.
Comments: **Decreased breath sounds**
Abdominal:
General: Bowel sounds are normal.
Palpations: Abdomen is soft.
Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion.
Skin:
General: Skin is warm and dry.
Capillary Refill: Capillary refill takes 2 to 3 seconds.
Neurological:
General: No focal deficit present.
Mental Status: She is alert and oriented to person, place, and time.

Psychiatric:
Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.

PHQ-9 Depression Scale - Tue November 01, 2022

| Row Name | 1329 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Little interest or pleasure in doing things | Several days 11/01/22 1331 |
| Feeling down, depressed, or hopeless | Several days 11/01/22 1331 |
| PHQ-2 Total Score | 2 11/01/22 1331 |
| Trouble falling or staying asleep, or sleeping too much | More than half the days 11/01/22 1331 |
| Feeling tired or having little energy | More than half the days 11/01/22 1331 |
| Poor appetite or overeating | Several days 11/01/22 1331 |
| Feeling bad about yourself - or that you are a failure or have let yourself or your family down | Several days 11/01/22 1331 |
| Trouble concentrating on things, such as reading the newspaper or watching television | Several days 11/01/22 1331 |
| Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual | Not at all 11/01/22 1331 |
| Thoughts that you would be better off dead, or of hurting yourself in some way | Not at all 11/01/22 1331 |
| PHQ-9 Total Score | 9 11/01/22 1331 |
| If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Somewhat difficult 11/01/22 1331 |

**Assessment**

**Plan**

## Problem List Items Addressed This Visit

- **Post-COVID syndrome - Primary**
  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero reports continued Post-COVID symptoms of Fatigue, Headache, Brain Fog, and Shortness of Breath (mostly on exertion).

  I have spent greater than 40 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**
  Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue exercising as tolerated, and taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Encouraged to continue breathing exercises, try to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

  Patient declines Physical Therapy for strengthening and endurance at this time. Will consider Physical Therapy after she finishes Speech Therapy.

  Lab Work ordered: TSH, Free T 3, Total T 4, B12, CBC, CMP, Vitamin D, Iron TIBC, and Ferritin to further evaluate Fatigue.

  Relevant Orders
  *Thyroid Stimulating Hormone (TSH) (Completed)*
  *T3, Free (Completed)*
  *T4 Total (Thyroxine) (Completed)*
  *Vitamin B12 Level (Completed)*
  *CBC with Differential (Automated or Manual Diff as Indicated) (Completed)*
  *Comprehensive Metabolic Panel (Completed)*
  Vitamin D,1,25-Dihydroxy Level
  *Iron and TIBC (Completed)*
  *Ferritin (Completed)*

- **Post-COVID chronic headache**
  Encouraged patient to drink plenty of fluids, continue to take OTC pain reliever, rest in quiet darkened room, applying Cold Cap to head, and try to avoid stress to help relieve headaches.

  Patient was referred to Neurology for Headaches via CPCC and is scheduled to see Dr. Arvo Kanna Neurologist with Tennova on 11/11/22.

  Scheduled for Vision Check at Baptist Eye Surgeons on 12/8/22.

- **Post-COVID chronic dyspnea**

Patient currently using Albuterol 90 mcg PRN, Zyrtec 10 mg, and CPAP HS.

Encouraged patient to continue taking all medications as prescribed. Continue breathing exercises to improve lung function.

Follow up appointment with Dr. Bakshi Pulmonologist scheduled for 11/08/22.

- **Brain fog**
  Encourage patient to continue Anti-Inflammatory Diet, drinking eight 8 oz glasses of water a day, start walking as tolerated, and continue taking Zinc, Omega 3's, B12, Probiotic, Magnesium, Vitamin A, Vitamin C, Calcium and Multivitamin. Encourage patient to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

  Continue Speech Therapy with Michaela Johnson at UT Medical Center.

**Results for orders placed or performed in visit on 11/01/22**

**Thyroid Stimulating Hormone (TSH)**

| Result | Value | Ref Range |
|---|---|---|
| TSH | 2.73 | 0.36 - 3.70 uIU/mL |
| Comment: | High serum biotin levels will interfere with this test causing artifactually low results. This may occur with high dose supplementation/therapy. If results do not correlate with other clinical and laboratory findings, biotin interference should be considered. Repeat testing at least 72 hours after discontinuing biotin is recommended. | |

**T3, Free**

| Result | Value | Ref Range |
|---|---|---|
| Free T3 (Triiodothyronine) | 2.9 | 2.3 - 4.2 pg/mL |
| Comment: | High serum biotin levels will interfere with this test causing artifactually low results. This may occur with high dose supplementation/therapy. If results do not correlate with other clinical and laboratory findings, biotin interference should be considered. Repeat testing at least 72 hours after discontinuing biotin is recommended. | |

**T4 Total (Thyroxine)**

| Result | Value | Ref Range |
|---|---|---|
| T4, Total | 8.5 | 5.5 - 11.0 ug/dL |

**Vitamin B12 Level**

| Result | Value | Ref Range |
|---|---|---|
| Vitamin B12 | 832 | 193 - 986 pg/mL |
| Comment: | High serum biotin levels will interfere with this test causing artifactually low results. This may occur with high dose supplementation/therapy. If results do not correlate with other clinical and laboratory findings, biotin interference should be considered. Repeat testing at least 72 hours after discontinuing biotin is recommended. | |

**CBC with Differential (Automated or Manual Diff as Indicated)**

| Result | Value | Ref Range |
|---|---|---|
| WBC | 10.1 | 3.5 - 10.5 K/uL |
| RBC | 5.51 (H) | 3.90 - 5.10 M/uL |
| Hemoglobin | 16.6 (H) | 12.4 - 15.2 g/dL |
| Hematocrit | 49.3 (H) | 36.0 - 46.0 % |
| MCV | 89.5 | 80.0 - 100.0 fL |
| MCH | 30.1 | 26.0 - 34.0 pg |
| MCHC | 33.6 | 31.0 - 37.0 g/dL |
| RDW | 14.1 | 12.0 - 15.0 % |
| Platelet Count | 262 | 150 - 450 K/uL |
| MPV | 8.7 | 7.4 - 10.4 fL |
| Neutrophils % | 65 | 45 - 75 % |
| Lymphocytes % | 26 | 20 - 50 % |
| Monocytes % | 6 | 0 - 8 % |
| Eosinophils % | 3 | 0 - 5 % |
| Basophils % | 1 | 0 - 2 % |
| nRBC | 0 | /100 WBC |
| Neutrophils # | 6.5 | 1.5 - 7.0 K/uL |
| Lymphocytes # | 2.6 | 0.8 - 4.0 K/uL |
| Monocytes # | 0.6 | 0.0 - 0.9 K/uL |
| Eosinophils # | 0.3 | 0.0 - 0.6 K/uL |
| Basophils # | 0.1 | 0.0 - 0.2 K/uL |
| nRBC # | 0.0 | % /100 WBCs |

**Comprehensive Metabolic Panel**

| Result | Value | Ref Range |
|---|---|---|
| Sodium | 141 | 136 - 145 mmol/L |
| Potassium | 3.8 | 3.5 - 5.1 mmol/L |
| Chloride | 113 (H) | 98 - 107 mmol/L |
| CO2 | 17 (L) | 22 - 32 mmol/L |
| Anion Gap | 11 | 5 - 15 mmol/L |
| BUN | 17 | 7 - 18 mg/dL |
| Creatinine | 0.57 (L) | 0.60 - 1.10 mg/dL |
| Glucose | 71 | 70 - 99 mg/dL |
| Calcium | 9.2 | 8.5 - 10.6 mg/dL |
| Albumin | 3.7 | 3.4 - 5.0 g/dL |
| Total Protein | 8.2 | 6.4 - 8.2 g/dL |
| Alkaline Phosphatase | 167 (H) | 45 - 117 U/L |
| ALT | 48 | 13 - 59 U/L |
| AST | 16 | 15 - 37 U/L |
| Bilirubin, Total | 0.2 | 0.2 - 1.0 mg/dL |
| BUN Creatinine Ratio | 30 | Ratio |
| Calcium (Corrected For Albumin) | 9.4 | 8.5 - 10.6 mg/dL |
| Calculated Osmolality | 281 | 266 - 293 mOsm/L |
| eGFR Non-African American | 106 | >=60 ml/min/SA |
| eGFR African American | 123 | >=60 ml/min/SA |

Comment:

eGFR Interpretative Data:
Expected Reference Interval: >= 60 mL/min/1.73 square meters
Value is based on the CKD-EPI equation

CKD stages: I:>90 II:60-89 III:30-59 IV:15-29 V:<15
Estimated GFR (eGFR) calculated using the CKD-EPI equation. Results should be interpreted

with caution in situations that predispose to inaccuracies of the eGFR, including non-steady state creatinine (acute kidney injury), extremes of muscle mass/body size, high protein diets/supplement use, dialysis, loss of extracellular fluid, drugs interfering with renal tubular secretion (eg cimetidine, trimethoprim) or gut creatinase activity (antibiotics),and analytic interferences related to altered metabolites (glucose, ketones, bilirubin) or drugs. This equation has been validated using predominantly US/European black and white populations; accuracy in other races/ethnicities is not well defined.

**Iron and TIBC**

| Result | Value | Ref Range |
|---|---|---|
| Iron | 73 | 50 - 175 ug/dL |
| % Saturation | 13 (L) | 20 - 50 % |
| TIBC | 554 (H) | 250 - 450 ug/dL |

**Ferritin**

| Result | Value | Ref Range |
|---|---|---|
| Ferritin | 47 | 8-388 ng/mL ng/mL |

Comment: High serum biotin levels will interfere with this test causing artifactually low results. This may occur with high dose supplementation/therapy. If results do not correlate with other clinical and laboratory findings, biotin interference should be considered. Repeat testing at least 72 hours after discontinuing biotin is recommended.

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred*

Return in about 8 weeks (around 12/27/2022).

## Instructions

Return in about 8 weeks (around 12/27/2022).

After Visit Summary (AVS) (Printed 11/1/2022)

## Additional Documentation

Vitals: BP 134/85 Pulse 77 Temp 97.3 °F (36.3 °C) (Oral) Resp 18 Ht 5' 5" (1.651 m) Wt **161 kg (355 lb)** ! (Abnormal) SpO2 96% BMI 59.08 kg/m² BSA 2.72 m²

Flowsheets: COVID-19 Vaccination Screening, Amb Complex Vitals Nav, Anthropometrics, PHQ-9 Depression Scale, GAD-7 Anxiety Scale

## External Documents

Post Covid Provider Evaluation on 11/1/2022

## Communications

Letter sent to Floyd E Phillips Jr., MD
Sent 11/2/2022

## Media

From this encounter

Orders - Scan on 12/14/2022 8:44 PM
Orders - Scan on 12/14/2022 8:44 PM
Confirmation of Email Address - Electronic signature on 10/31/2022 4:17 PM - E-signed

## Encounter Status

Signed by Pammela M Poore, NP on 11/2/22 at 21:06

## IP CLN Destination Communication History

Coordination has not been started for this encounter.

## IP CLN Durable Medical Equipment Communication History

Coordination has not been started for this encounter.

## IP CLN Dialysis / Infusion Communication History

Coordination has not been started for this encounter.

## IP CLN Home Medical Care Communication History

Coordination has not been started for this encounter.

## Orders Placed

**CBC with Differential (Automated or Manual Diff as Indicated)** (Resulted 11/1/2022, Abnormal)
**Comprehensive Metabolic Panel** (Resulted 11/1/2022, Abnormal)
**Iron and TIBC** (Resulted 11/1/2022, Abnormal)
**Vitamin D,1,25-Dihydroxy Level** (Resulted 11/1/2022, Abnormal)
Ferritin (Resulted 11/1/2022)
T3, Free (Resulted 11/1/2022)
T4 Total (Thyroxine) (Resulted 11/1/2022)
Thyroid Stimulating Hormone (TSH) (Resulted 11/1/2022)
Vitamin B12 Level (Resulted 11/1/2022)

## Medication Changes

As of 11/1/2022 1:53 PM

None

## Medication List at End of Visit

As of 11/1/2022 1:53 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **ALBUTEROL IN**<br>Inhale 90 mcg into the lungs. - Inhalation<br>Patient-reported medication | | 2/15/2022 | |
| **Ascorbic Acid (vitamin C) 1000 MG tablet**<br>Take 1,000 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **aspirin (Ecotrin) 81 MG EC tablet**<br>Take 81 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **benzonatate (Tessalon) 100 MG capsule**<br>Take 100 mg by mouth 3 (three) times a day as needed for cough. - Oral<br>Patient-reported medication | | | |
| **calcitriol (Rocaltrol) 0.5 MCG capsule**<br>Take 0.5 mcg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **CALCIUM CITRATE PO**<br>Take by mouth. - Oral<br>Patient-reported medication | | | |
| **cetirizine (ZyrTEC) 10 MG tablet**<br>Take 10 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab**<br>Place under the tongue. Every other day - Sublingual<br>Patient-reported medication | | | |
| **ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule**<br>Every other day<br>Patient-reported medication | | | |
| **escitalopram (Lexapro) 20 MG tablet**<br>Take 20 mg by mouth daily. - Oral<br>Patient-reported medication | | 2/15/2022 | 1/24/2023 |
| **famotidine (Pepcid) 40 MG tablet**<br>Take 40 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **Hyoscyamine Sulfate (HYOSCYAMINE PO)**<br>Take 4 mg by mouth. - Oral<br>Patient-reported medication | | | |
| **Magnesium Oxide (MAG-OX PO)**<br>Take 400 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **meloxicam (Mobic) 15 MG tablet**<br>meloxicam 15 mg tablet<br>Patient-reported medication | | 2/15/2022 | |
| **minocycline (Minocin) 100 MG capsule** | | | |

| | Refills | Start Date | End Date |
|---|---|---|---|
| 2 (two) times a day.<br>Patient-reported medication | | | |
| **Multiple Vitamins-Minerals (ZINC PO)**<br>Take 100 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **Omega-3 1000 MG Cap**<br>Take 1,000 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **ondansetron (Zofran) 4 MG tablet**<br>Take 4 mg by mouth every 8 (eight) hours as needed. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **Probiotic Product (PROBIOTIC PO)**<br>Take 1 capsule by mouth. - Oral<br>Patient-reported medication | | | |
| **Semaglutide (OZEMPIC, 1 MG/DOSE, SC)**<br>Inject under the skin. - Subcutaneous<br>Patient-reported medication | | 2/15/2022 | |
| **topiramate (Topamax) 50 MG tablet**<br>Take 75 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **UNABLE TO FIND**<br>Bari life complete 3 in morning, 3 in evening<br>Patient-reported medication | | | |
| **valsartan (Diovan) 80 MG tablet**<br>Take 80 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **VITAMIN A PO**<br>Take by mouth daily. 30,000 mcg - Oral<br>Patient-reported medication | | | |

## Visit Diagnoses

Primary: **Post-COVID syndrome** U09.9
Post-COVID chronic fatigue G93.32, U09.9
Brain fog R41.89
Post-COVID chronic dyspnea R06.09, U09.9
Post-COVID chronic headache R51.9, U09.9, G89.29

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 134/85 Pulse 77 Temp 97.3 °F (36.3 °C) (Oral) Resp 18 Ht 5' 5" (1.651 m)<br>Wt 161 **kg (355 lb)** ❗ (Abnormal) SpO2 96% BMI 59.08 kg/m² BSA 2.72 m² |
| Flowsheets: | COVID-19 Vaccination Screening, Amb Complex Vitals Nav, Anthropometrics, PHQ-9 Depression Scale, GAD-7 Anxiety Scale |

## External Documents

Post Covid Provider Evaluation on 11/1/2022

# Guerrero, Sabrina

MRN: 12141403

**Post Covid Provider Evaluation** 9/6/2022
BHMA Center for Post Covid Care

Provider: Pammela M Poore, NP (Nurse Practitioner)
Primary diagnosis: Post-COVID syndrome
Reason for Visit: Post Covid Follow Up

## Progress Notes

Pammela M Poore, NP (Nurse Practitioner) • Nurse Practitioner

Patient Name: Guerrero, Sabrina Today's Date: 9/6/2022
Preferred Name: Sabrina Date of Encounter: 9/6/2022
Patient MRN / CSN: 12141403 / 10097456991 Appt. Time: 1:00 PM EDT
Patient Age / DOB: 53-year old / Encounter Provider: Pammela M Poore, NP
PCP: Floyd E Phillips Jr, MD

Center for Post-Covid Care (CPCC)
Follow - Up/Telemed

**Subjective**

Sabrina Guerrero is a 53-year old who presents for Post Covid Follow Up.
Patient complains of the following Symptoms: Fatigue, Headache, Shortness of Breath, Brain Fog, Memory loss, Anxiety, Depression, and Cough.

Ms. Guerrero reports that Post-COVID Fatigue has improved some but continues to experience extreme Fatigue with any activity. States that she is not taking naps as often and when she does they are not as long. Reports that she does try to pace out her activities and allow herself rest periods when available. States that her fatigue has decreased her quality of life as she is not able to function and perform task like she previously did. Reports that PCP ordered Water Therapy and she called to start Aquatic Therapy but the facility has had problems with the pool and they are in the process of getting it fixed. States that she is going to call Pro Therapy today to see if she could start Aquatic Therapy there. Reports that she is exercising five days a week using a chair that moves her arms and legs. States that she is following Anti-Inflammatory Diet to the best of her ability, taking supplements, trying to drink increased amount of water, and eating less sugar.

Ms. Guerrero reports that Post-COVID Headaches continue without improvement. States that Headaches continue to randomly occur daily lasting 30 minutes to several hours. Reports that she sometimes takes Tylenol which relives Headache occasionally. States that she tries not to take to much Tylenol. Reports that she has been using Cold Cap to help relieve headaches but it has not helped much. States that she does not remember the last time she had her vision/eyes checked.

Ms. Guerrero reports that Post-COVID Shortness of Breath with any activity continues without improvement. States that she checks oxygen saturation when Short of Breath and it is usually

around 92% - 93%. Reports that she continues to use CPAP at night and Albuterol Inhaler which does help Shortness of Breath.

Ms. Guerrero reports that Post-COVID Brain Fog/Memory Loss continues without improvement. States that she is following Anti-Inflammatory Diet to the best of her ability, trying to drink increased amount of water, taking supplements, reading, and exercising five days a week using exercise chair that moves her arms and legs. Reports that her husband and daughter tell her that she continues to have trouble finding words, forgetting what she is talking about, and has difficulty focusing.

Ms. Guerrero repots that Chronic Anxiety and Depression that worsened Post-COVID has improved some since she started seeing Counselor Seana Jones at Life Stance Health Tennessee via Behavorial Health. States that she started seeing Seana Jones 8/10/22 and had a second visit on 8/17/22. Reports that she plans to continue seeing Seana Jones twice a month if she can. States that she continues to take Escitalopram 20 mg daily.

COVID-19 Vaccination Screening - Tue September 06, 2022

| Row Name | 1004 |
|---|---|
| COVID-19 Vaccine Screen - Year Round | |
| Have you had the COVID-19 Vaccine? | Yes |

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:
**Outpatient Encounter Medications as of 9/6/2022**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |

| | |
|---|---|
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other day |
| • escitalopram (Lexapro) 20 MG tablet | Take 20 mg by mouth daily. |
| • famotidine (Pepcid) 40 MG tablet | Take 40 mg by mouth daily. |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth every 8 (eight) hours as needed. |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • topiramate (Topamax) 50 MG tablet | Take 50 mg by mouth daily. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • valsartan (Diovan) 80 MG tablet | Take 80 mg by mouth daily. |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| • [DISCONTINUED] benazepril (Lotensin) 20 MG tablet | Take 20 mg by mouth. |

Last reviewed on 9/6/2022 1:12 PM by Pammela M Poore, NP

Medical History:
Sabrina has a past medical history of Anxiety, Bronchitis, COVID-19, Depression, Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Depression in her mother;

Diabetes in her father; Heart disease in her father; Hyperlipidemia in her mother; Hypertension in her father; Pancreatic cancer in her father; Scoliosis in her mother.

Sabrina reports previous alcohol use.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports previous drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath.
Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for decreased concentration.

**Objective**

**There were no vitals filed for this visit.**
No LMP recorded.

Physical Exam

Telemedicine

**Assessment**

**Plan**

**Problem List Items Addressed This Visit**

- **Post-COVID syndrome - Primary**
  This patient has been seen within the Center for Post-COVID Care via telemedicine, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  The patient was offered telemedicine as an option for care delivery and consented to this option.

I examined the patient remotely with the observations listed above in the history and physical exam. I spent 30 minutes in record review, assessment, evaluation and management of this patient via telehealth. Time Start: 1:30 Time End: 2:00 This involved communicating with the clinical team, evaluating the patient; and making decisions on management.

This consultation was provided via telemedicine using two-way, real-time interactive telecommunication technology between the patient and the physician. The interactive telecommunication technology was facilitated via audio only.
Patient location: home.
Provider location: Palliative Care CPCC Office Kingsport, TN
Other participants present with provider, with patient's verbal consent: None
Other participants present with patient: none
Platform Used: Telephone
Patient could not participate in two way audio and video due to: Patient preferred and requested audio only

*Due to the Covid-19 pandemic and the declaration of emergency status by the federal government, certain laws and regulations regarding telemedicine have been relaxed and this visit conforms to the new rules, with the consent of the patient.*

I have spent 30 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**
  Ms. Guerrero reports that Post-COVID Fatigue has improved some but continues to experience extreme Fatigue with any activity.

  Encouraged patient to call Pro Therapy and begin Aquatic Therapy, continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Practice breathing exercises, try to follow good sleep regimen, and practice fatigue management: planning, pacing, prioritizing, and positioning.

  Will obtain TSH, T 4, B-12, CBC, CMP, Vit D, and Iron at follow up visit if not further improvement.

- **Post-COVID chronic headache**
  Ms. Guerrero reports that Post-COVID Headaches continue without improvement.

  Currently taking Tylenol and using Cold Cap.

  Referred Patient to Neurology to further evaluate Headaches.

  Relevant Orders
  Ambulatory referral to Neurology

- **Anxiety**

Ms. Guerrero repots that Chronic Anxiety that worsened Post-COVID has improved some.

Currently taking Escitalopram 20 mg daily.

Has Follow up visit scheduled with Counselor Seana Jones 9/13/22.

Encouraged patient to continue taking all medications as prescribed, keeping scheduled appointment with Counselor Seana Jones, following Anti-Inflammatory Diet, decreased caffeine and sugar intake, trying to drink 4 16 oz bottles of water a day, avoiding alcohol/nicotine, and following a regular sleep regimen.

- **Depression**
  Ms. Guerrero repots that Chronic Depression that worsened Post-COVID has improved some.

  Currently taking Escitalopram 20 mg daily.

  Has Follow up visit scheduled with Counselor Seana Jones 9/13/22.

  Encouraged patient to continue taking all medications as prescribed, keeping scheduled appointment with Counselor Seana Jones, following Anti-Inflammatory Diet, decreased caffeine and sugar intake, trying to drink 4 16 oz bottles of water a day, avoiding alcohol/nicotine, and following a regular sleep regimen.

- **Post-COVID chronic dyspnea**
  Ms. Guerrero reports that Post-COVID Shortness of Breath with any activity continues without improvement.

  Patient currently using Albuterol 90 mcg PRN, Zyrtec 10 mg, and CPAP HS.

  Encouraged patient to continue taking all medications as prescribed. Continue breathing exercises to improve lung function.

  Follow up appointment with Dr. Bakshi Pulmonologist scheduled for 10/13/22.

- **Brain fog**
  Ms. Guerrero reports that Post-COVID Brain Fog/Memory Loss continues without improvement.

  Encouraged patient to continue Anti-Inflammatory Diet, trying to drink eight 8 oz glasses of water a day, continue taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc. Practice breathing exercises, try to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

  Referred Patient to Speech Therapy to help with Brain Fog.

Relevant Orders

Ambulatory referral to Speech Therapy

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred*

Return in about 8 weeks (around 11/1/2022).

## Instructions

Return in about 8 weeks (around 11/1/2022).

## Additional Documentation

Flowsheets: COVID-19 Vaccination Screening

## Communications

Letter sent to Floyd E Phillips Jr., MD
Sent 9/6/2022

Summary of care document sent to William D Arnold, MD
Sent 1/24/2023

## Encounter Status

Signed by Pammela M Poore, NP on 9/6/22 at 17:07

## IP CLN Destination Communication History

Coordination has not been started for this encounter.

## IP CLN Durable Medical Equipment Communication History

Coordination has not been started for this encounter.

## IP CLN Dialysis / Infusion Communication History

Coordination has not been started for this encounter.

## IP CLN Home Medical Care Communication History

Coordination has not been started for this encounter.

## Orders Placed

Ambulatory referral to Neurology Authorized
Ambulatory referral to Speech Therapy Closed

## Medication Changes

As of 9/6/2022 1:12 PM

None

## Medication List at End of Visit

As of 9/6/2022 1:12 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **ALBUTEROL IN**<br>Inhale 90 mcg into the lungs. - Inhalation<br>Patient-reported medication | | 2/15/2022 | |
| **Ascorbic Acid (vitamin C) 1000 MG tablet**<br>Take 1,000 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **aspirin (Ecotrin) 81 MG EC tablet**<br>Take 81 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **benzonatate (Tessalon) 100 MG capsule**<br>Take 100 mg by mouth 3 (three) times a day as needed for cough. - Oral<br>Patient-reported medication | | | |
| **calcitriol (Rocaltrol) 0.5 MCG capsule**<br>Take 0.5 mcg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **CALCIUM CITRATE PO**<br>Take by mouth. - Oral<br>Patient-reported medication | | | |
| **cetirizine (ZyrTEC) 10 MG tablet**<br>Take 10 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab**<br>Place under the tongue. Every other day - Sublingual<br>Patient-reported medication | | | |
| **ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule**<br>Every other day<br>Patient-reported medication | | | |
| **escitalopram (Lexapro) 20 MG tablet**<br>Take 20 mg by mouth daily. - Oral<br>Patient-reported medication | | 2/15/2022 | 1/24/2023 |
| **famotidine (Pepcid) 40 MG tablet**<br>Take 40 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **Hyoscyamine Sulfate (HYOSCYAMINE PO)**<br>Take 4 mg by mouth. - Oral<br>Patient-reported medication | | | |
| **Magnesium Oxide (MAG-OX PO)**<br>Take 400 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **meloxicam (Mobic) 15 MG tablet** | | 2/15/2022 | |

| | Refills | Start Date | End Date |
|---|---|---|---|
| meloxicam 15 mg tablet<br>Patient-reported medication | | | |
| **minocycline (Minocin) 100 MG capsule**<br>2 (two) times a day.<br>Patient-reported medication | | | |
| **Multiple Vitamins-Minerals (ZINC PO)**<br>Take 100 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **Omega-3 1000 MG Cap**<br>Take 1,000 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **ondansetron (Zofran) 4 MG tablet**<br>Take 4 mg by mouth every 8 (eight) hours as needed. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **Probiotic Product (PROBIOTIC PO)**<br>Take 1 capsule by mouth. - Oral<br>Patient-reported medication | | | |
| **Semaglutide (OZEMPIC, 1 MG/DOSE, SC)**<br>Inject under the skin. - Subcutaneous<br>Patient-reported medication | | 2/15/2022 | |
| **topiramate (Topamax) 50 MG tablet**<br>Take 75 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| UNABLE TO FIND<br>Bari life complete 3 in morning, 3 in evening<br>Patient-reported medication | | | |
| **valsartan (Diovan) 80 MG tablet**<br>Take 80 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| VITAMIN A PO<br>Take by mouth daily. 30,000 mcg - Oral<br>Patient-reported medication | | | |

## Visit Diagnoses

Primary: **Post-COVID syndrome** U09.9
Post-COVID chronic fatigue R53.82, U09.9
Post-COVID chronic headache R51.9, U09.9, G89.29
Post-COVID chronic dyspnea R06.09, U09.9
Brain fog R41.89
Anxiety F41.9
Other depression F32.89

## Additional Documentation

Flowsheets: COVID-19 Vaccination Screening

# Sharecare - HDS

## Fax Cover Sheet

| | |
|---|---|
| Subject | Sharecare EDelivery |
| To | 16033340380 |
| From | |
| Date | 2023-03-14 13:43:48 EDT |

The information contained in this facsimile transmission is privileged and confidential and is intended only for the use of the recipient listed above. If you are neither the intended recipient or the employee or agent of the intended recipient responsible for the delivery of this information, you are hereby notified that the disclosure, copying, use or distribution of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone to arrange for the return of the transmitted documents to us or to verify their destruction. Please contact us to verify receipt of this Fax or to report problems with the transmission.

The contents of this facsimile include confidential health information which is protected by the HIPAA Privacy Rule. You, the recipient, are obligated to maintain this information in a safe, secure and confidential manner. Re-disclosure without additional consent or authorization of the individual or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain the confidentiality of this information could subject you to penalties under Federal and/or State law.

sharecare

LINCOLN FINANCIAL GROUP
PO Box 2578
Omaha NE 68103-2578

15762327

SABRINA GUERRERO

TN200
Mar 14 2023 1:43 PM

7

**CONFIDENTIAL - MEDICAL RECORDS**

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | March 10, 2023 |
| To: | CYDNEY VANOSDALE<br>TENNOVA BARIATRIC<br>10800 PARKSIDE DR.<br>3RD FLOOR<br>KNOXVILLE TN 37934 |
| Attn: | Medical Records |
| Fax: | (865) 218-7109 |
| From: | Brittany Haertjens<br>Specialist, Group Claims<br>On Behalf Of: Ashley Moultrie<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Gentiva |

RECEIVED MAR 13 2023 BY:

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

March 10, 2023

Cydney Vanosdale
Tennova Bariatric
10800 PARKSIDE DR.
3RD FLOOR
KNOXVILLE, TN 37934

RE: Long Term Disability (LTD) Benefits
Gentiva
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

Dear Cydney Vanosdale:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2022 through present

- Completion of the Enclosed Forms:

  X Restrictions Form
  ___ Other

We ask that you provide this information by March 22, 2023. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Guerrero allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Guerrero's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brittany Haertjens
Specialist, Group Claims
On Behalf Of: Ashley Moultrie
Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form
12827197-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Ashley Moultrie

| Sabrina Guerrero | | 12827197 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ________
   **DATE LAST TREATED** — ________
   **NEXT OFFICE VISIT** — ________
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally, sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally, sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**
4. **RESTRICTIONS IMPOSED FROM** ________ **TO** ________.
5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________
6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**
7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ________ **TO** ________.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Sabrina Guerrero

Name of legal representative, if applicable (print) ______________ Relationship Self

Signature of claimant or legal representative Sabrina Guerrero Date 6/8/22

Date of Birth: ______ Claim Number: 12827197

**A copy of this authorization will be considered as valid as the original.**

sharecare

Turkey Creek Medical Center
10820 Parkside Dr
Knoxville, TN, 37934-1956

LINCOLN FINANCIAL GROUP
PO Box 2578
Omaha, NE, 68103-2578

2023-03-14

RE: Request for Release of Information for Patient: **SABRINA GUERRERO**
Request ID: 15762327

Dear Sir/Madam,

This letter serves as notification there are one or more issues with attempting to complete your release of information request. Please see below for specific information.

1. We do not release for the clinic/address records are being requested from, please mail your request directly to their address via mail.

Please review the above items and submit any required updated documentation to the address listed in the upper right hand corner.

Thank you,

Sharecare Health Data Services, LLC for
Turkey Creek Medical Center

GUERRERO, Sabrina **DOB:** (53 yo F) **Acc No.** 36053 **DOS:** 02/28/2023

# Guerrero, Sabrina

53 Y old Female, DOB:
Account Number: 36053

Home:
Guarantor: Guerrero, Sabrina Insurance: Blue Cross Blue Shield
Appointment Facility: 4395Mandeep S. Bakshi, MD

02/28/2023 Progress note: Alice Pinyan, CFNP

### Current Medications

Taking
- Ubrelvy
- modafinil 200 mg tablet 1 tab(s) orally once a day (in the morning)
- Iron
- Trintellix 10 mg tablet 1 tab(s) orally once a day
- valsartan 80 mg tablet 1 tab(s) orally once a day
- Albuterol 90 MCg inhaler 2 puffs QID
- Topiramate 25 mg tablet 1 tab(s) orally 2 times a day, Notes: 75mg now
- benzonatate 100 mg capsule 1 cap(s) orally 3 times a day
- Hyoscyamine
- Ondansetron 4 mg tablet 1 tab(s) orally every 8 hours
- Ozempic (1 mg dose) 4 mg/3 mL solution as directed subcutaneously once a week
- Calcitriol 0.5 mcg capsule 1 cap(s) orally once a day
- cetirizine 10 mg tablet 1 tab(s) orally once a day
- Vitamin D
- minocycline 100 mg capsule 1 cap(s) orally every 12 hours
- meloxicam 15 mg tablet 1 tab(s) orally once a day
- calcium citrate
- Vitamin C
- vitamin A
- Vitamin B-12
- Omega-3 Fish Oil
- Zinc
- hydrOXYzine hydrochloride 25 mg tablet 1 tab(s) orally at bedtime

Not-Taking/PRN
- SUMAtriptan 100 mg tablet 1 tab(s) orally once

Medication List reviewed and reconciled with the patient

### Past Medical History

Asthma No.

### Reason for Appointment

1. Followup

### Assessments

1. Dyspnea, unspecified - R06.00 (Primary)
2. Cough - R05
3. Obstructive Sleep Apnea (Unspecified) - G47.30
4. Hypersomnia due to medical condition - G47.14

### Treatment

**1. Dyspnea, unspecified**

Notes: I have advised her about the causes of dyspnea. I have advised her that breathing can be worsened by allergies and GERD. I have advised her that obesity can contribute to shortness of breath. Previous spirometry 06/22 suggest FEV1 of 100%. I have advised her this is normal. I have advised her that she can continue albuterol as needed for wheezing. Advised her to practice deep breathing exercises.

**2. Cough**

Notes: I have advised her about cough. I advised her that this could be multifactorial. I advised that this could be related to GERD/Allergy problems. I would recommend her to avoid caffeine. I advised her to avoid allergen exposure. She has stopped benazepril with improvement in cough. I have advised her to continue cetirizine 10 mg daily. As she is having difficulty with allergy/sinus symptoms I would send her hydroxyzine 25 mg to use at bedtime. May continue benzonatate as needed for cough. Advised she may use Flonase OTC for allergy symptoms as needed. Advised her she may take famotidine 40 mg daily for GERD symptoms. Continue to sleep elevated. Avoid eating late at night.

**3. Obstructive Sleep Apnea (Unspecified)**

Notes: For obstructive sleep apnea hypopnea syndrome, I explained the pathophysiology of sleep apnea to the patient. I advised the patient regarding long-term consequences untreated sleep apnea with increased risk of stroke, hypertension, heart disease. She has started on CPAP in 04/22. She has changed masks with improvement in CPAP use. She has been trying to use the machine

GUERRERO, Sabrina **DOB:** (53 yo F) **Acc No.** 36053 **DOS:** 02/28/2023

COPD No.
Sleep Apnea Yes.
GERD/Heartburn No.
Ulcers No.
Diabetes No.
Thyroid problems Yes.
Hypertension Yes.
Stroke No.
Coronary Artery Disease No.
Fibromyalgia Yes.
Arthritis Yes.

### Surgical History

Denies Past Surgical History

### Family History

Mother: High Cholesterol
Father: Heart Attack,Heart Disease,Stroke,Hypertension,Diabetes Mellitus,Cancer
Siblings: Heart Disease,Hypertension,High Cholesterol,Diabetes Mellitus
Non-Contributory

### Social History

Marital status: Married.
Number of Children: 1.
Occupation: Fulltime,.
Smoking Previous,.
Cigars,Pipes,Chewing Tobacco: Never.
Caffeinated Coffee: none.
Caffeinated Tea: 1-4.
Caffeinated Soft Drink: 1-4.
Alcohol: Rare.
Illegal drug use: Never.

### Allergies

sulfa

### Hospitalization/Major Diagnostic Procedure

Denies Past Hospitalization

every night. She continues to have extreme fatigue. Continue modafinil 200 mg daily as this has been beneficial for her. I have written her a prescription today 01/31/23. I have advised her to continue CPAP every night during all sleeping hours.

**4. Hypersomnia due to medical condition**

Refill modafinil tablet, 200 mg, 1 tab(s), orally, once a day (in the morning), 30 day(s), 30, Refills 0
Notes: I have advised her about hypersomnia. Advised her to continue CPAP during all sleeping hours. She has hypersomnia even with CPAP use. Continue modafinil 200 mg daily as this has been beneficial for her.

### Preventive Medicine

Counseling: Smoking Patient counseled on the dangers of smoking 02/28/2023. Education: Patient given education material Yes.

### Follow Up

4 Weeks

### History of Present Illness

Dyspnea:

Ms. Guerrero is here today for follow up of dyspnea status post COVID 02/22. She was treated at home and never admitted to the hospital. She has noted her breathing is improved slowly since having COVID, but she continues to have trouble with breathing with any kind of exertion. She has albuterol to use. She only uses these when she feels extremely short of breath. She continues to have extreme fatigue and brain fog. Her family reports she asks the same questions multiple times. She has occasional wheezing. She does have intermittent coughing. This is worsened by exertion. She was diagnosed with migraines and amnesia. She states she has been very down as she continues to have no energy at all.

Hypersomnia:

She has been started on modafinil 200 mg daily. She does note some improvement in her daytime hypersomnia. She does not nap during the day. She does still feel really tired during the daytime, but the medication helps somewhat.

### Vital Signs

Wt **338.8**, Ht 65, Temp **97.4**, BP **124/80**, O2 sat **98**, RR **18**, HR **82**, BMI **56.37**.

### Physical Examination

GENERAL:

General Appearence: in no acute distress.

HEENT:

Pupils: ERRLA. EOM: intact. Nasal septum: midline. Oral cavity: normal. Nose: normal. Turbinates: pale. Pharynx: normal.

NECK:

Neck: supple. Cervical lymph nodes: normal. ROM: normal.

Masses: no. JVD: no.

RESPIRATORY:

Breath sounds bilaterally: clear to auscultation bilaterally.

HEART:

PMI: normal. Rhythm: regular. Murmurs: no. Heart sounds: normal. Clicks: no.

ABDOMEN:

Masses: no. Exam shows: the abdomen is soft and non-tender.

EXTREMITIES:

Edema: no. Cyanosis: no. Clubbing: no. Pulses: 2+ bilateral.

NEUROLOGICAL:

Sensory: normal. Coordination: normal. Reflexes: 2+ bilaterally. Gait: normal. Cortical functions: alert and oriented x 3. Motor grossly intact/symmetrically: yes.

Alice Pinyan FNP-BC

Mandeep Bakshi

**Electronically signed by Alice Pinyan , DNP on 02/28/2023 at 03:11 PM EST**

**Sign off status: Completed**

4395Mandeep S. Bakshi, MD
801 East Church Street
GREENEVILLE, TN 37745-4395
Tel: 423-798-8052
Fax: 423-798-8055

GUERRERO, Sabrina **DOB:** (53 yo F) **Acc No.** 36053 **DOS:** 01/31/2023

**Guerrero, Sabrina**
53 Y old Female, DOB:
Account Number: 36053

Home:
Guarantor: Guerrero, Sabrina Insurance: Blue Cross Blue Shield
Appointment Facility: 4395Mandeep S. Bakshi, MD

01/31/2023 Progress note: Shea Pitts, NP

### Current Medications

Taking
- Iron
- Trintellix 10 mg tablet 1 tab(s) orally once a day
- SUMAtriptan 100 mg tablet 1 tab(s) orally once
- hydrOXYzine hydrochloride 25 mg tablet 1 tab(s) orally at bedtime
- valsartan 80 mg tablet 1 tab(s) orally once a day
- Albuterol 90 MCg inhaler 2 puffs QID
- Topiramate 25 mg tablet 1 tab(s) orally 2 times a day, Notes: 75mg
- benzonatate 100 mg capsule 1 cap(s) orally 3 times a day
- Hyoscyamine
- Ondansetron 4 mg tablet 1 tab(s) orally every 8 hours
- Ozempic (1 mg dose) 4 mg/3 mL solution as directed subcutaneously once a week
- Calcitriol 0.5 mcg capsule 1 cap(s) orally once a day
- cetirizine 10 mg tablet 1 tab(s) orally once a day
- Vitamin D
- minocycline 100 mg capsule 1 cap(s) orally every 12 hours
- meloxicam 15 mg tablet 1 tab(s) orally once a day
- calcium citrate
- Vitamin C
- vitamin A
- Vitamin B-12
- Omega-3 Fish Oil
- Zinc
- modafinil 200 mg tablet 1 tab(s) orally once a day (in the morning)

Medication List reviewed and reconciled with the patient

### Past Medical History

Asthma No.
COPD No.
Sleep Apnea Yes.

### Reason for Appointment

1. Follow up

### Assessments

1. Dyspnea, unspecified - R06.00 (Primary)
2. Cough - R05
3. Obstructive Sleep Apnea (Unspecified) - G47.30
4. Hypersomnia due to medical condition - G47.14

### Treatment

**1. Dyspnea, unspecified**

Notes: I have advised her about the causes of dyspnea. I have advised her that breathing can be worsened by allergies and GERD. I have advised her that obesity can contribute to shortness of breath. Previous spirometry 06/22 suggest FEV1 of 100%. I have advised her this is normal. I have advised her that she can continue albuterol as needed for wheezing. Advised her to practice deep breathing exercises.

**2. Cough**

Refill hydrOXYzine tablet, hydrochloride 25 mg, 1 tab(s), orally, at bedtime, 30 days, 30, Refills 4

Notes: I have advised her about cough. I advised her that this could be multifactorial. I advised that this could be related to GERD/Allergy problems. I would recommend her to avoid caffeine. I advised her to avoid allergen exposure. She has stopped benazepril with improvement in cough. I have advised her to continue cetirizine 10 mg daily. As she is having difficulty with allergy/sinus symptoms I would send her hydroxyzine 25 mg to use at bedtime. May continue benzonatate as needed for cough. Advised she may use Flonase OTC for allergy symptoms as needed. Advised her she may take famotidine 40 mg daily for GERD symptoms. Continue to sleep elevated. Avoid eating late at night.

**3. Obstructive Sleep Apnea (Unspecified)**

Notes: For obstructive sleep apnea hypopnea syndrome, I explained the pathophysiology of sleep apnea to the patient. I advised the patient regarding long-term consequences untreated sleep apnea with increased risk of stroke, hypertension, heart disease. She has

GUERRERO, Sabrina **DOB:** (53 yo F) **Acc No.** 36053 **DOS:** 01/31/2023

GERD/Heartburn No.
Ulcers No.
Diabetes No.
Thyroid problems Yes.
Hypertension Yes.
Stroke No.
Coronary Artery Disease No.
Fibromyalgia Yes.
Arthritis Yes.

**Surgical History**

Denies Past Surgical History

**Family History**

Mother: High Cholesterol
Father: Heart Attack,Heart Disease,Stroke,Hypertension,Diabetes Mellitus,Cancer
Siblings: Heart Disease,Hypertension,High Cholesterol,Diabetes Mellitus
Non-Contributory

**Social History**

Marital status: Married.
Number of Children: 1.
Occupation: Fulltime,.
Smoking Previous,.
Cigars,Pipes,Chewing Tobacco: Never.
Caffeinated Coffee: none.
Caffeinated Tea: 1-4.
Caffeinated Soft Drink: 1-4.
Alcohol: Rare.
Illegal drug use: Never.

**Allergies**

sulfa

**Hospitalization/Major Diagnostic Procedure**

Denies Past Hospitalization

started on CPAP in 04/22. She has changed masks with improvement in CPAP use. She has been trying to use the machine every night. She continues to have extreme fatigue. Continue modafinil 200 mg daily as this has been beneficial for her. I have written her a prescription today 01/31/23. I have advised her to continue CPAP every night during all sleeping hours.

**4. Hypersomnia due to medical condition**

Refill modafinil tablet, 200 mg, 1 tab(s), orally, once a day (in the morning), 30 day(s), 30, Refills 0
Notes: I have advised her about hypersomnia. Advised her to continue CPAP during all sleeping hours. She has hypersomnia even with CPAP use. Continue modafinil 200 mg daily as this has been beneficial for her. Refill this today 1/31/23.

**Preventive Medicine**

Counseling: Smoking Patient counseled on the dangers of smoking 01/31/2023. Education: Patient given education material Yes.

**Follow Up**

4 Weeks

**History of Present Illness**

Dyspnea:

Ms. Guerrero is here today for follow up of dyspnea status post COVID 02/22. She was treated at home and never admitted to the hospital. She has noted her breathing is improved slowly since having COVID, but she continues to have trouble with breathing with any kind of exertion. She has albuterol to use. She only uses these when she feels extremely short of breath. She continues to have extreme fatigue and brain fog. Her family reports she asks the same questions multiple times. She has occasional wheezing. She does have intermittent coughing. This is worsened by exertion. She was diagnosed with migraines and amnesia.

Hypersomnia:

She has been started on modafinil 200 mg daily. She does note some improvement in her daytime hypersomnia. She does not nap during the day. She does still feel really tired during the daytime, but the medication helps somewhat.

**Vital Signs**

Wt **345.4**, Ht 65, Temp **97.5**, BP **129/84**, O2 sat **97**, RR **18**, HR **75**, BMI **57.47**.

**Physical Examination**

GENERAL:

General Appearence: in no acute distress.

HEENT:

Pupils: ERRLA. EOM: intact. Nasal septum: midline. Oral cavity: normal. Nose: normal. Turbinates: pale. Pharynx: normal.

NECK:

Neck: supple. Cervical lymph nodes: normal. ROM: normal. Masses: no. JVD: no.

RESPIRATORY:

Breath sounds bilaterally: clear to auscultation bilaterally.

HEART:

PMI: normal. Rhythm: regular. Murmurs: no. Heart sounds: normal. Clicks: no.

ABDOMEN:

Masses: no. Exam shows: the abdomen is soft and non-tender.

EXTREMITIES:

Edema: no. Cyanosis: no. Clubbing: no. Pulses: 2+ bilateral.

NEUROLOGICAL:

Sensory: normal. Coordination: normal. Reflexes: 2+ bilaterally. Gait: normal. Cortical functions: alert and oriented x 3. Motor grossly intact/symmetrically: yes.

**Electronically signed by Shea Pitts , FNP on 01/31/2023 at 01:20 PM EST**

**Sign off status: Completed**

**4395Mandeep S. Bakshi, MD**
**801 East Church Street**
**GREENEVILLE, TN 37745-4395**
**Tel: 423-798-8052**
**Fax: 423-798-8055**

GUERRERO, Sabrina **DOB:** (53 yo F) **Acc No.** 36053 **DOS:** 12/29/2022

# Guerrero, Sabrina

53 Y old Female, DOB:
Account Number: 36053

Home:
Guarantor: Guerrero, Sabrina Insurance: Blue Cross Blue Shield
Appointment Facility: 4395Mandeep S. Bakshi, MD

12/29/2022 Progress note: Shea Pitts, NP

### Current Medications

Taking

- SUMAtriptan 100 mg tablet 1 tab(s) orally once
- hydrOXYzine hydrochloride 25 mg tablet 1 tab(s) orally at bedtime
- valsartan 80 mg tablet 1 tab(s) orally once a day
- Albuterol 90 MCg inhaler 2 puffs QID
- Topiramate 25 mg tablet 1 tab(s) orally 2 times a day
- benzonatate 100 mg capsule 1 cap(s) orally 3 times a day
- Hyoscyamine
- Ondansetron 4 mg tablet 1 tab(s) orally every 8 hours
- Ozempic (1 mg dose) 4 mg/3 mL solution as directed subcutaneously once a week
- Calcitriol 0.5 mcg capsule 1 cap(s) orally once a day
- escitalopram 10 mg tablet 1 tab(s) orally once a day
- cetirizine 10 mg tablet 1 tab(s) orally once a day
- Vitamin D
- minocycline 100 mg capsule 1 cap(s) orally every 12 hours
- meloxicam 15 mg tablet 1 tab(s) orally once a day
- calcium citrate
- Vitamin C
- vitamin A
- Vitamin B-12
- Omega-3 Fish Oil
- Zinc
- modafinil 200 mg tablet 1 tab(s) orally once a day (in the morning)

### Past Medical History

Asthma No.
COPD No.
Sleep Apnea Yes.
GERD/Heartburn No.
Ulcers No.
Diabetes No.

### Reason for Appointment

1. Follow Up

### Assessments

1. Dyspnea, unspecified - R06.00 (Primary)
2. Cough - R05
3. Obstructive Sleep Apnea (Unspecified) - G47.30
4. Hypersomnia due to medical condition - G47.14

### Treatment

**1. Dyspnea, unspecified**

Notes: I have advised her about the causes of dyspnea. I have advised her that breathing can be worsened by allergies and GERD. I have advised her that obesity can contribute to shortness of breath. Previous spirometry 06/22 suggest FEV1 of 100%. I have advised her this is normal. I have advised her that she can continue albuterol as needed for wheezing. Advised her to practice deep breathing exercises.

**2. Cough**

Notes: I have advised her about cough. I advised her that this could be multifactorial. I advised that this could be related to GERD/Allergy problems. I would recommend her to avoid caffeine. I advised her to avoid allergen exposure. She has stopped benazepril with improvement in cough. I have advised her to continue cetirizine 10 mg daily. As she is having difficulty with allergy/sinus symptoms I would send her hydroxyzine 25 mg to use at bedtime. May continue benzonatate as needed for cough. Advised she may use Flonase OTC for allergy symptoms as needed. Advised her she may take famotidine 40 mg daily for GERD symptoms. Continue to sleep elevated. Avoid eating late at night.

**3. Obstructive Sleep Apnea (Unspecified)**

Notes: For obstructive sleep apnea hypopnea syndrome, I explained the pathophysiology of sleep apnea to the patient. I advised the patient regarding long-term consequences untreated sleep apnea with increased risk of stroke, hypertension, heart disease. She has started on CPAP in 04/22. She has changed masks with improvement in CPAP use. She has been trying to use the machine

GUERRERO, Sabrina **DOB:** (53 yo F) **Acc No.** 36053 **DOS:** 12/29/2022

Thyroid problems Yes.
Hypertension Yes.
Stroke No.
Coronary Artery Disease No.
Fibromyalgia Yes.
Arthritis Yes.

### Surgical History

No Surgical History documented.

### Family History

Mother: High Cholesterol
Father: Heart Attack,Heart Disease,Stroke,Hypertension,Diabetes Mellitus,Cancer
Siblings: Heart Disease,Hypertension,High Cholesterol,Diabetes Mellitus

### Social History

Marital status: Married.
Number of Children: 1.
Occupation: Fulltime,.
Smoking Previous,.
Cigars,Pipes,Chewing Tobacco: Never.
Caffeinated Coffee: none.
Caffeinated Tea: 1-4.
Caffeinated Soft Drink: 1-4.
Alcohol: Rare.
Illegal drug use: Never.

### Allergies

sulfa

### Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

every night. She continues to have extreme fatigue. Continue modafinil 200 mg daily as this has been beneficial for her. I have written her a prescription today 12/29/22. I have advised her to continue CPAP every night during all sleeping hours.

**4. Hypersomnia due to medical condition**

Notes: I have advised her about hypersomnia. Advised her to continue CPAP during all sleeping hours. She has hypersomnia even with CPAP use. Continue modafinil 200 mg daily as this has been beneficial for her. Refill this today 12/29/22.

### Follow Up

4 Weeks

### History of Present Illness

Dyspnea:

Ms. Guerrero is here today for follow up of dyspnea status post COVID 02/22. She was treated at home and never admitted to the hospital. She has noted her breathing is improved slowly since having COVID, but she continues to have trouble with breathing with any kind of exertion. She has albuterol to use. She only uses these when she feels extremely short of breath. She continues to have extreme fatigue and brain fog. Her family reports she asks the same questions multiple times. She has occasional wheezing. She does have intermittent coughing. This is worsened by exertion. The cough is productive of brown/green sputum. She does think this is related to recent congestion she has over the last few days. She has been on a leave of absence since February from work. She has been seen by neurology since last visit. She was diagnosed with migraines and amnesia.

Hypersomnia:

She has been started on modafinil 200 mg daily. She does note some improvement in her daytime hypersomnia. She does not nap during the day. She does still feel really tired during the daytime.

### Vital Signs

Wt **348.6**, Ht 65, Temp **97.2**, BP **129/104**, O2 sat **98%**, RR **18**, HR **68**, BMI **58.00**.

### Physical Examination

GENERAL:

General Appearence: in no acute distress.

HEENT:

Pupils: ERRLA. EOM: intact. Nasal septum: midline. Oral cavity: normal. Nose: normal. Turbinates: pale. Pharynx: normal.

NECK:

Neck: supple. Cervical lymph nodes: normal. ROM: normal. Masses: no. JVD: no.

RESPIRATORY:

Breath sounds bilaterally: clear to auscultation bilaterally.

HEART:

PMI: normal. Rhythm: regular. Murmurs: no. Heart sounds: normal. Clicks: no.

ABDOMEN:

Masses: no. Exam shows: the abdomen is soft and non-tender.

EXTREMITIES:

Edema: no. Cyanosis: no. Clubbing: no. Pulses: 2+ bilateral.

NEUROLOGICAL:

Sensory: normal. Coordination: normal. Reflexes: 2+ bilaterally. Gait: normal. Cortical functions: alert and oriented x 3. Motor grossly intact/symmetrically: yes.

**Electronically signed by Shea Pitts , FNP on 12/29/2022 at 02:15 PM EST**

**Sign off status: Completed**

**4395Mandeep S. Bakshi, MD**
**801 East Church Street**
**GREENEVILLE, TN 37745-4395**
**Tel: 423-798-8052**
**Fax: 423-798-8055**

GUERRERO, Sabrina **DOB:** (53 yo F) **Acc No.** 36053 **DOS:** 07/14/2022

## Guerrero, Sabrina

53 Y old Female, DOB:
Account Number: 36053

Home:
Guarantor: Guerrero, Sabrina Insurance: Blue Cross Blue Shield
Appointment Facility: 4395Mandeep S. Bakshi, MD

07/14/2022 Mandeep S. Bakshi, M.D.

### Current Medications

Taking

- Albuterol 90 MCg inhaler 2 puffs QID
- Symbicort 160 mcg-4.5 mcg/inh aerosol 2 puff(s) inhaled 2 times a day
- Topiramate 25 mg tablet 1 tab(s) orally 2 times a day
- benzonatate 100 mg capsule 1 cap(s) orally 3 times a day
- Hyoscyamine
- Ondansetron 4 mg tablet 1 tab(s) orally every 8 hours
- Ozempic (1 mg dose) 4 mg/3 mL solution as directed subcutaneously once a week
- Calcitriol 0.5 mcg capsule 1 cap(s) orally once a day
- escitalopram 10 mg tablet 1 tab(s) orally once a day
- cetirizine 10 mg tablet 1 tab(s) orally once a day
- Vitamin D
- minocycline 100 mg capsule 1 cap(s) orally every 12 hours
- meloxicam 15 mg tablet 1 tab(s) orally once a day
- calcium citrate
- Vitamin C
- vitamin A
- Vitamin B-12
- Omega-3 Fish Oil
- Zinc

Medication List reviewed and reconciled with the patient

### Past Medical History

Asthma No.
COPD No.
Sleep Apnea Yes.
GERD/Heartburn No.
Ulcers No.
Diabetes No.
Thyroid problems Yes.
Hypertension Yes.
Stroke No.
Coronary Artery Disease No.

### Reason for Appointment

1. NP referred for Post Covid chronic dyspnea

### Assessments

1. Dyspnea, unspecified - R06.00 (Primary)
2. Cough - R05
3. Obstructive Sleep Apnea (Unspecified) - G47.30

### Treatment

**1. Dyspnea, unspecified**

Notes: I have advised her about the causes of dyspnea. I have advised her that breathing can be worsened by allergies and GERD. I have advised her that obesity can contribute to shortness of breath. Previous spirometry 06/22 suggest FEV1 of 100%. I have advised her this is normal. I have advised her to stop Symbicort. I have advised her that she can continue albuterol as needed for wheezing. Advised her to practice deep breathing exercises.

**2. Cough**

Notes: I have advised her about cough. I advised her that this could be multifactorial. I advised that this could be related to GERD/Allergy problems. I would recommend her to avoid caffeine. I advised her to avoid allergen exposure. I have advised her to stop benazepril. She will discuss this with her PCP. I have advised her to continue cetirizine 10 mg daily. May continue benzonatate as needed for cough. Advised she may use Flonase OTC for allergy symptoms as needed. Advised her she may take famotidine 40 mg daily for GERD symptoms. Continue to sleep elevated. Avoid eating late at night.

**3. Obstructive Sleep Apnea (Unspecified)**

Notes: For obstructive sleep apnea hypopnea syndrome, I explained the pathophysiology of sleep apnea to the patient. I advised the patient regarding long-term consequences untreated sleep apnea with increased risk of stroke, hypertension, heart disease. She has started on CPAP in 04/22. She is doing well with CPAP and has followed with her PCP for compliance. She continues to have extreme fatigue. I have advised her we may consider medications for daytime hypersomnia at a next visit. I have advised her to continue

GUERRERO, Sabrina **DOB:** (53 yo F) **Acc No.** 36053 **DOS:** 07/14/2022

Fibromyalgia Yes.
Arthritis Yes.

### Surgical History
Denies Past Surgical History

### Family History
Mother: High Cholesterol
Father: Heart Attack,Heart Disease,Stroke,Hypertension,Diabetes Mellitus,Cancer
Siblings: Heart Disease,Hypertension,High Cholesterol,Diabetes Mellitus
Non-Contributory

### Social History
Marital status: Married.
Number of Children: 1.
Occupation: Fulltime,.
Smoking Previous,.
Cigars,Pipes,Chewing Tobacco: Never.
Caffeinated Coffee: none.
Caffeinated Tea: 1-4.
Caffeinated Soft Drink: 1-4.
Alcohol: Rare.
Illegal drug use: Never.

### Allergies
sulfa

### Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems
CONSTITUTIONAL:
Extreme Fatigue YES. Recent Weight loss YES. Recent Weight gain no. Difficulty Sleeping no. Night sweats no. Fever no.
SKIN:
Mole or lesions no. Unusual or Prolonged Rashes no.
EENT:
Change in vision YES. Frequent nosebleed no. Sinus drainage or congestion YES. Allergies YES. Voice changes no. Frequent Sore throat YES. Difficulty swallowing no.

RESPIRATORY:
Shortness of breath YES. Chronic cough no. Asthma no. Lung Disease no. History of Pneumonia no. History of Tuberculosis no.
CARDIAC/Pheripheral Vascular Disease:
Chest Pain no. Irregular Heart Rhythm no. Shortness of breath YES. Swelling of Leg,Ankles,Feet no. Cramping in legs w/ walking YES.

CPAP every night. Advised her to bring the machine or a download at next visit.

### Procedures
CXR:
suggested Detail limited due to patient factors. No definite signs of acute cardiopulmonary disease.

### Preventive Medicine
Counseling: Smoking Patient counseled on the dangers of smoking 07/14/2022. Education: Patient given education material Yes.

### Follow Up
2-3 Months

### History of Present Illness
Dyspnea:
Ms. Guerrero is here today to establish care for dyspnea status post COVID 02/22. She was treated at home and never admitted to the hospital. She has noted her breathing is improved slowly since having COVID, but she continues to have trouble with breathing with any kind of exertion. She reports her oxygen saturation, chest x-ray, and PFT have all been okay. She has completed physical therapy. She was given Symbicort and albuterol, but she has been using them sparingly due to cost. She only uses these when she feels extremely short of breath. She does not improvement with the inhaler. She has undergone home sleep study and was started on CPAP machine 04/22. The post-COVID center in Kingsport wanted her to see pulmonology and referred her to our office. She continues to have extreme fatigue and brain fog. Her family reports she asks the same questions multiple times. She has occasional wheezing. She does have intermittent coughing. This is worsened by exertion. The cough is productive of brown/green sputum. She does think this is related to recent congestion she has over the last few days. She has been on a leave of absence since February from work.

### Vital Signs
Wt **364.8**, Ht **65**, Temp **97.1**, BP **118/86**, O2 sat **96%**, RR **19**, HR **84**, BMI **60.70**.

### Physical Examination
GENERAL:
General Appearence: in no acute distress.
HEENT:
Pupils: ERRLA. EOM: intact. Nasal septum: midline. Oral cavity: normal. Nose: normal. Turbinates: pale. Pharynx: normal.
NECK:
Neck: supple. Cervical lymph nodes: normal. ROM: normal. Masses: no. JVD: no.
RESPIRATORY:
Breath sounds bilaterally: clear to auscultation bilaterally.

GUERRERO, Sabrina **DOB:** (53 yo F) **Acc No.** 36053 **DOS:** 07/14/2022

GASTROENTEROLOGY:
Change in Appetite no. Heartburn/Reflux no. Stomach Ulcers no. Abdominal pain YES. Nausea/Vomiting no.
URINARY:
Burning with urinating no. Blood in urine no. Frequent urination no. Decreased Urine Stream no. Lack of bladder control no.
ENDOCRINE:
Heat or Cold intolerance YES. Excessive thirst no. Excessive urination no.
MUSCULOSKELETAL:
Arthritis/Joint pain YES. History of Gout no. Back pain YES. Muscle Pain YES.
NEUROLOGIC:
Poor Concentration YES. Frequent Headache YES. Change in memory YES. History of Seizures no. Numbness/Tingling no.
PSYCHIATRIC:
Depression YES. Anxiety YES. Bipolar no. Schizophrenia no. Panic Attack no.

HEART:
PMI: normal. Rhythm: regular. Murmurs: no. Heart sounds: normal. Clicks: no.
ABDOMEN:
Masses: no. Exam shows: the abdomen is soft and non-tender.
EXTREMITIES:
Edema: no. Cyanosis: no. Clubbing: no. Pulses: 2+ bilateral.
NEUROLOGICAL:
Sensory: normal. Coordination: normal. Reflexes: 2+ bilaterally. Gait: normal. Cortical functions: alert and oriented x 3. Motor grossly intact/symmetrically: yes.

**Electronically signed by Mandeep Bakshi , MD on 07/14/2022 at 04:29 PM EDT**

**Sign off status: Completed**

4395Mandeep S. Bakshi, MD
801 East Church Street
GREENEVILLE, TN 37745-4395
Tel: 423-798-8052
Fax: 423-798-8055

| Ordering Provider | MOHAMMAD HUSSAIN | Performing facility | HEALTHSTAR PHYSICIANS MAGNETIC RESONANCE IMAGING |
|---|---|---|---|
| Reported Date | 02/24/2023 12:00 | Accession ID | |
| Performed Date | 02/24/2023 10:15 | | |

HEALTHSTAR PHYSICIANS
420 West Morris Boulevard; Suite 400H
Morristown, TN 37813
Phone:(423) 586-4545

NAME: GUERRERO, SABRINA M
DOB:
GENDER: F
ACCT#: 170487
DATE OF EXAM: 02/24/2023
PHYSICIAN: HUSSAIN, MOHAMMAD

DIAGNOSIS: ABNORMAL GAIT DUE TO IMPAIRMENT OF BALANCE

EXAM: MRI Brain; with and without contrast

TECHNIQUE: Multiplanar multisequence MR imaging of the brain performed per protocol. 11 mL ProHance.

COMPARISON: No available relevant recent prior imaging study.

FINDINGS:

ACUTE ISCHEMIA: None detected.

VISUALIZED UPPER CERVICAL SPINE: Normal cervical cord.
PITUITARY AND PINEAL REGIONS: Appear unremarkable.

VASCULAR SYSTEM: Normal flow voids in visualized vessels.
VISUALIZED PARANASAL SINUSES: Clear.
VISUALIZED ORBITS: Unremarkable.

EXTRAAXIAL SPACES/BASAL CISTERNS/VENTRICLES: Normal in size and morphology for age.
CEREBRUM/CEREBELLUM/BRAINSTEM: There are a few scattered foci of nonspecific signal changes in the cerebral white matter. No hemorrhage, mass, mass-effect or midline shift.

No abnormal postcontrast enhancement.

IMPRESSION: Nonspecific signal changes in the cerebral white matter. Most commonly seen as a sequela of chronic small vessel ischemia but are nonspecific and can be seen in other types of vasculopathy, demyelinating/dysmyelinating condition, prior infection/inflammation, others. No evidence of acute or recent infarction. No abnormal postcontrast enhancement.

Jason B. Deen M.D.
Electronic Signature
Date Signed: Feb 24 2023 12:00PM

DD: 2/24/23/DT: 02/24/2023

Name: GUERRERO, SABRINA M
ABNORMAL GAIT DUE TO IMPAIRMENT OF BALANCE
bun 15 crea 0.7 gfr 87.5 2/17/23

prohance 11 ml

## Patient

| | | | |
|---|---|---|---|
| **Name** | GUERRERO, SABRINA (53yo, F) ID# 170487 | **Appt. Date/Time** | 02/07/2023 12:40PM |
| **DOB** | | **Service Dept.** | HS_JC1_MULTI |
| **Provider** | MOHAMMAD I. HUSSAIN, MD | | |
| **Insurance** | Med Primary: BCBS-TN - NETWORK S (PPO)<br>Insurance # : STTS00402622<br>Med Contracts: AMEDISYS HOME HEALTH HOSPICE MORRISTOWN<br>Insurance # :<br>Prescription: CVS\|CAREMARK - Member is eligible. | | |

## Chief Complaint

- New patient referred by Pamela Poore with the post covid clinic
- Patient is being seen for post covid headaches
- Patient was sent to Dr. Kanna for one visit
- Patient was diagnosised with migraines by dr. kana
- Patient is getting a migraine daily since covid
- Patient had covid 2/7/2022
- Patient reports memory loss since covid
- Patient reports has trouble finding words since covid.
- Patient has been going to a speech therapist.
- Dr. kana gave patient sumatriptan but is not taking it unless needed due to causing increased fatigue

## Patient's Care Team

**Primary Care Provider:** WARD PHILLIPS MD: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 83 2120, Fax (877) 414-6983 NPI: 1942297916

## Patient's Pharmacies

**SAM'S CLUB PHARMACY 6572 (ERX): 2920 KNOXVILLE CENTER DRIVE, KNOXVILLE, TN 37924, Ph (865) 637-0 Fax (865) 637-1803**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 5 in 02/07/2023 01:24 pm | **Wt:** | 343 lbs 02/07/2023 01:24 pm | **BMI:** | 57.1 02/07/2023 01:24 pm |
| **BP:** | 113/69 02/07/2023 01:28 pm | **Pulse:** | 71 bpm 02/07/2023 01:27 pm | **O2Sat:** | 99% 02/07/2023 01:28 pm |

## Allergies

Reviewed Allergies

**SULFA (SULFONAMIDE ANTIBIOTICS)**

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 11/07/22 | filled |
| **AplisoL 5 tub. unit/0.1 mL intradermal injection solution**<br>Take by intradermal route. Administer Note: Amedysis empolyee-- advised pt to have her right arm checked within 48-72 hours. | 02/17/16 | :9- admini 343, |
| **aspirin** | 02/07/23 | enterec |
| **benazepriL 10 mg tablet**<br>TAKE 2 TABLETS BY MOUTH ONCE DAILY | 06/27/22 | filled |
| **benzonatate 100 mg capsule**<br>TAKE 1 TO 2 CAPSULES BY MOUTH THREE TIMES DAILY AS NEEDED | 02/07/22 | filled |
| **benzonatate 200 mg capsule** | 08/08/22 | filled |

**Lincoln/Guerrero 2265**

TAKE 1 CAPSULE BY MOUTH TWICE DAILY

**calcitrioL 0.5 mcg capsule** 01/05/23 filled
TAKE 1 CAPSULE BY MOUTH ONCE DAILY

**cefdinir 300 mg capsule** 01/19/23 filled
TAKE 2 CAPSULES BY MOUTH ONCE DAILY

**cephALEXin 500 mg capsule** 08/11/12 filled

**Chlo Hist 1 mg-12.5 mg/5 mL oral solution** 02/16/22 filled
TAKE 10 ML BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH AND CONGESTION FOR 7 DAYS

**clotrimazole-betamethasone 1 %-0.05 % topical cream** 01/03/13 filled

**dexAMETHasone 4 mg tablet** 02/16/22 filled
TAKE 1 TABLET BY MOUTH TWICE DAILY FOR 7 DAYS

**doxycycline hyclate 100 mg capsule** 02/16/22 filled
TAKE 1 CAPSULE BY MOUTH TWICE DAILY FOR 10 DAYS

**ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule** 01/20/23 filled
TAKE 1 CAPSULE BY MOUTH TWICE A WEEK

**escitalopram 10 mg tablet** 04/27/22 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY

**escitalopram 20 mg tablet** 12/29/22 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY

**famotidine 40 mg tablet** 01/27/23 filled
TAKE ONE TABLET BY MOUTH ONE TIME DAILY

**FeroSuL 325 mg (65 mg iron) tablet** 11/28/22 filled
TAKE 1 TABLET BY MOUTH ON MONDAY, WEDNESDAY AND FRIDAY FOR 24 DOSES. TAKE WITH ORANGE JUICE OR VITAMIN C ON AN EMPTY STOMACH.

**fluconazole 150 mg tablet** 02/16/22 filled
TAKE 1 TABLET BY MOUTH EVERY 72 HOURS FOR 7 DAYS

**HYDROcodone 5 mg-acetaminophen 500 mg tablet** 07/11/12 filled

**hydrocortisone 2.5 % topical cream** 11/14/22 filled
APPLY CREAM TO AFFECTED AREA(S) TWICE DAILY MONDAY-FRIDAY, SKIP WEEKENDS.

**hydrOXYzine HCL 25 mg tablet** 01/24/23 filled
TAKE 1 TABLET BY MOUTH AT BEDTIME

**magnesium oxide 400 mg (241.3 mg magnesium) tablet** 11/08/22 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY

**meloxicam 15 mg tablet** 12/09/22 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY

**methylPREDNISolone 4 mg tablets in a dose pack** 03/17/22 filled

TAKE BY MOUTH AS DIRECTED ON INSIDE OF PACKAGE

**minocycline 100 mg capsule** — 11/22/2[illegible] filled
TAKE 1 CAPSULE BY MOUTH TWICE DAILY

**MM CETIRIZINE 10MG TAB** — 01/05/23 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY

**modafiniL 200 mg tablet** — 02/02/23 filled
TAKE 1 TABLET BY MOUTH IN THE MORNING FOR DAYTIME HYPERSOMNIA

**mupirocin 2 % topical ointment** — 01/03/13 filled

**Nystop 100,000 unit/gram topical powder** — 05/16/22 filled
APPLY POWDER TOPICALLY THREE TIMES DAILY, MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED

**ondansetron HCL 4 mg tablet** — 12/06/22 filled

**Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector** — 11/03/22 filled
INJECT 1MG UNDER THE SKIN ONCE PER WEEK AS DIRECTED

**Paxlovid 300 mg (150 mg x 2)-100 mg tablets in a dose pack (EUA)** — 02/08/2[illegible] filled
TAKE 3 TABLETS TOGETHER (TWO 150 MG NIRMATRELVIR TABLETS AND ONE 100 MG RITONAVIR TABLET) BY MOUTH TWICE DAILY FOR 5 DAYS.

**SUMAtriptan 100 mg tablet** — 11/28/22 filled

**Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler** — 02/24/2[illegible] filled
INHALE 2 PUFFS BY MOUTH TWICE DAILY, RINSE MOUTH AFTER USE

**topiramate 25 mg tablet** — 01/23/23 filled
TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 30 DAYS

**topiramate 50 mg tablet** — 01/05/23 filled

**traZODone 50 mg tablet** — 10/25/12 filled

**Trintellix 10 mg tablet** — 02/06/23 filled

**Ubrelvy 100 mg tablet** — 02/07/23 prescribed
Take 1 tablet(s) every day by oral route for 30 days.

**valsartan 80 mg tablet** — 11/08/2[illegible] filled
TAKE 1 TABLET BY MOUTH EVERY DAY

calcium, vit c, vit d, bariatric multi vit, vit a, vit b12 twice weekly, zinc, probiotic

## Problems

Reviewed Problems
- Memory loss care - Onset: 02/07/2023
- Migraine - Onset: 02/07/2023

## Family History

Reviewed Family History

| | |
|---|---|
| Brother | - Headache |
| Mother | - Scoliosis deformity of spine |

## Social History

Reviewed Social History
**Substance Use**
Do you or have you ever smoked tobacco?: Former smoker
What is your level of alcohol consumption?: None
What is your level of caffeine consumption?: Moderate
**Public Health and Travel**
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that cas ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-1 that person was ill?: No

## Surgical History

Reviewed Surgical History
- Procedure on foot
- Hernia Repair
- Gastric bypass for obesity

## GYN History

(not configured)

## Past Medical History

Reviewed Past Medical History
Anxiety Disorder: **Y**
Depression: **Y**
Fibromyalgia: **Y**
Headaches: **Y**
Migraines: **Y**
Osteoporosis: **Y**
Sleep Disorder: **Y**
Thyroid Problems: **Y**
Notes: hypertension

## Screening

| Name | Score | Notes |
|---|---|---|
| PHQ-2/PHQ-9 | Not scored | |
| Mini-Cog | Not scored | |
| STEADI Fall Risk | Not scored | |
| Katz ADL | Not scored | |

## HPI

**Headache - Neurology**
Reported by patient.

Location: frontal; in changing locations
Quality: **throbbing/pounding**; **blinding**; **steady**; **dull/aching/boring**; **pressure**
Severity: pain level 10/10
Duration: more than a week
Onset/Timing: episodes worse recently
Context: caffeine (1-2 carbonated drinks per day)
Alleviating Factors: sleep; medication; darkness
Associated Symptoms: **nausea ()**; **sensitivity to light ()**; **sensitivity to sound ()**; **tingling ()**; **weakness ()**; **confu** **neck pain ()**; **neck stiffness**; **depression**; **anxiety**; **sleep ()**; **preceded by fatigue**
Other: **under stress at work and at home**
Medical History: missed work due to headache

**Memory Loss**
Reported by patient.

Severity: moderate
Duration: has noted for months
Onset/Timing: gradual onset
Associated Symptoms: **decreased vocabulary**; **agitation/restlessness**; **depression**; **change in pers ality**; **s** **problems**

## ROS

**Lincoln/Guerrero 2268**

**Neurologic:** Symptoms: **confusion**, **weakness**, **headaches**, **memory loss**, **muscle twitching**, and **difficulty walking**.

## Physical Exam

AA O x 3
Speech fluent with word finding difficulty
Pupils reactive extraocular eye movements limited.
neck supple decreased ROM.
Symmetrical face
motor tone normal upper extremities
Decrease tone in lower extremities.
Upper extremities 5/5
Lower Extremities 5-/5
upper extremities reflex 3+
Lower extremities unable elicit
FTN normal
HTS difficulty
gait wide base.

## Procedure Documentation

None recorded.

## Assessment / Plan

**1. Chronic post-COVID-19 syndrome**
Z86.16: Personal history of COVID-19

**2. Migraine without aura** -
since COVID daily
vary in intensity
fluctuate from side
G43.009: Migraine without aura, not intractable, without status migrainosus

- Ubrelvy 100 mg tablet - Take 1 tablet(s) every day by oral route for 30 days. Qty: (30) tablet Refills: SAM'S CLUB PHARMACY 6572

**3. Abnormal gait due to impairment of balance**
R26.89: Other abnormalities of gait and mobility

- MRI, BRAIN + BRAIN STEM, W/WO CONTRAST
  Height (ft.): 5 ft 5 in Weight (lbs): 343

**4. Minimal cognitive impairment**
R41.89: Other symptoms and signs involving cognitive functions and awareness

- NEUROCOGNITIVE ASSESSMENT*

**Discussion Notes**
Referred by Pamela Poore with the post covid clinic
Post covid headaches by description it is migraine like daily effecting memory as well , also has trouble finding wor covid., patient has been going to a speech therapist.
Use to take sumatriptan but is not taking it unless needed due to causing increased fatigue.
I would like to check MRI Brain, Neurocognitive assessment.
Would like to start on CGRP antagonist.

## Return to Office

- HUSSAIN_EMG_NCS for Brain Check at HS_JC1_MULTI on 03/07/2023 at 09:00 AM
- Mohammad I. Hussain, MD for ESTABLISHED PATIENT 10 at HS_JC1_MULTI on 04/04/2023 at 10:20

## Encounter Sign-Off

Encounter signed-off by Mohammad I. Hussain, MD, 02/07/2023.

Encounter performed and documented by Mohammad I. Hussain, MD
Encounter reviewed & signed by Mohammad I. Hussain, MD on 02/07/2023 at 2:21pm

Screening: PHQ-2/PHQ-9 Mini-Cog STEADI Fall Risk Katz ADL

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | March 10, 2023 |
| To: | CYDNEY VANOSDALE<br>TENNOVA BARIATRIC<br>10800 PARKSIDE DR.<br>3RD FLOOR<br>KNOXVILLE TN 37934 |
| Attn: | Medical Records |
| Fax: | (865) 218-7109 |
| From: | Brittany Haertjens<br>Specialist, Group Claims<br>On Behalf Of: Ashley Moultrie<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 6 |
| RE: | Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Gentiva |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

March 10, 2023

Cydney Vanosdale
Tennova Bariatric
10800 PARKSIDE DR.
3RD FLOOR
KNOXVILLE, TN 37934

RE: Long Term Disability (LTD) Benefits
Gentiva
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

Dear Cydney Vanosdale:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2022 through present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by March 22, 2023. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Guerrero allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Guerrero's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brittany Haertjens
Specialist, Group Claims
On Behalf Of: Ashley Moultrie
Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form
12827197-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Ashley Moultrie

| Sabrina Guerrero | | 12827197 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ______________________

**DATE LAST TREATED** — ____________ ______________________

**NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.

☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.

☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.

☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
**2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ **.**

**Lincoln/Guerrero 2273**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

PAGE 10/20 * RCVD AT 6/28/2022 4:56:03 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:6033340380 * CSID: * ANI:18655845967 * DURATION (mm-ss):08-36

06/28/2022 4:56:05 PM -0400 FAXCOM

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand that** authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Sabrina Guerrero

Name of legal representative, if applicable (print) ____________ Relationship Self

Signature of claimant or legal representative [signature] Date: 6/8/22

Date of Birth: ____________ Claim Number: 12827197

**A copy of this authorization will be considered as valid as the original.**

PAGE 10 OF 20

**East Tennessee Pulmonary and Sleep Medicine**
Mandeep S. Bakshi, MD * Alice Pinyan, FNP-BC * Shea P. Pitts, NP
801 E. Church Street
Greeneville, Tennessee 37745
Telephone: 423.798.8052 Fax: 423.798.8055

March 6, 2023

To: Lincoln Financial Services
PO Box 2578
Omaha, NE 68172
c/o Ashley Moultrie

Fax No: 603.334.0380

Re: Sabrina Guerrero
DOB:

Our office has received a request to provide medical records for the patient listed above. Please be advised that our office requires a of $10.00 fee to fill out paper work. Medical records will be faxed or mailed to you once payment has been received.

Please make checks payable to:
East Tennessee Pulmonary and Sleep Medicine
Our tax ID number: 320150047

To pay by credit card please call: 423.798.8052
Records will be sent upon receipt of payment.

Sincerely,

Stephanie Holt

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

00001182 LFPA3VD1 00004741

February 28, 2023

Dr. Mandeep Bakshi
East Tennessee Pulmonary and Sleep Medicine
801 E CHURCH ST.
GREENEVILLE, TN 37745

RE: Long Term Disability (LTD) Benefits
Gentiva
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

Dear Dr. Mandeep Bakshi:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2022 through present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by March 6, 2023. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Ashley Moultrie

| Sabrina Guerrero | | 12827197 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

00001182 LFPA3VD1 00004742

1. **DATE FIRST TREATED** — ________
   **DATE LAST TREATED** — ________
   **NEXT OFFICE VISIT** — ________
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ________ **TO** ________

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ________ **TO** ________.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

00001182 LFPA3VD1 00004743 E

# Sharecare - HDS

## Fax Cover Sheet

| | |
|---|---|
| Subject | Sharecare EDelivery |
| To | 16033340380 |
| From | |
| Date | 2023-03-02 08:01:42 EST |

The information contained in this facsimile transmission is privileged and confidential and is intended only for the use of the recipient listed above. If you are neither the intended recipient or the employee or agent of the intended recipient responsible for the delivery of this information, you are hereby notified that the disclosure, copying, use or distribution of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone to arrange for the return of the transmitted documents to us or to verify their destruction. Please contact us to verify receipt of this Fax or to report problems with the transmission.

The contents of this facsimile include confidential health information which is protected by the HIPAA Privacy Rule. You, the recipient, are obligated to maintain this information in a safe, secure and confidential manner. Re-disclosure without additional consent or authorization of the individual or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain the confidentiality of this information could subject you to penalties under Federal and/or State law.

sharecare

LINCOLN FINANCIAL GROUP
PO Box 2578
Omaha NE 68103-2578

15464944

SABRINA GUERRERO

TN200
Mar 02 2023 8:01 AM

6

**CONFIDENTIAL - MEDICAL RECORDS**

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

Lincoln Financial Group®

RECEIVED
FEB 27 2023
BY: ..................

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | February 27, 2023 |
| To: | CYDNEY VANOSDALE<br>TENNOVA BARIATRIC<br>10800 PARKSIDE DR.<br>3RD FLOOR<br>KNOXVILLE TN 37934 |
| Attn: | |
| Fax: | (865) 218-7109 |
| From: | Maureen Brooks<br>LTD Claims Specialist<br>On Behalf Of: Ashley Moultrie<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Gentiva |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 27, 2023

Cydney Vanosdale
Tennova Bariatric
10800 PARKSIDE DR.
3RD FLOOR
KNOXVILLE, TN 37934

RE: Long Term Disability (LTD) Benefits
Gentiva
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

Dear Cydney Vanosdale:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2022 through present

- Completion of the Enclosed Forms:

  X Restrictions Form
  ___ Other

We ask that you provide this information by March 6, 2023. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Maureen Brooks
LTD Claims Specialist
On Behalf Of: Ashley Moultrie
Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Ashley Moultrie

| Sabrina Guerrero | | 12827197 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ______
   **DATE LAST TREATED** — ______
   **NEXT OFFICE VISIT** — ______ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly
- ☐ **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.**
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ______ **TO** ______.
5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ______
6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**
7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ______ **TO** ______.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

sharecare

Turkey Creek Medical Center
10820 Parkside Dr
Knoxville, TN, 37934-1956

LINCOLN FINANCIAL GROUP
PO Box 2578
Omaha, NE, 68103-2578

2023-03-02

RE: Request for Release of Information for Patient: **SABRINA GUERRERO**
Request ID: 15464944

Dear Sir/Madam,

This letter serves as notification there are one or more issues with attempting to complete your release of information request. Please see below for specific information.

1. Please provide a completed, HIPAA compliant AUTHORIZATION. [45 CFR 164.508]

Please review the above items and submit any required updated documentation to the address listed in the upper right hand corner.

Thank you,

Sharecare Health Data Services, LLC for
Turkey Creek Medical Center



PAGE 8/8 * RCVD AT 3/2/2023 8:02:19 AM [Eastern Standard Time] * SVR:VA1PWFAX301/0 * DNIS:6033340380 * CSID:18582441606 * ANI:18582441606 * DURATION (mm-ss):18-08

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | February 27, 2023 |
| To: | SEANNA JONES<br>LIFE STANCE HEALTH<br>10025 INVESTMENT DR.<br>KNOXVILLE TN 37923 |
| Attn: | |
| Fax: | (865) 312-6442 |
| From: | Maureen Brooks<br>LTD Claims Specialist<br>On Behalf Of: Ashley Moultrie<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 5 |
| RE:<br><br>Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Gentiva | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 27, 2023

Seanna Jones
Life Stance Health
10025 INVESTMENT DR.
KNOXVILLE, TN 37923

RE: Long Term Disability (LTD) Benefits
Gentiva
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

Dear Seanna Jones:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2022 through present

- Completion of the Enclosed Forms:

  _X_ Restrictions Form
  ___ Other

We ask that you provide this information by March 6, 2023. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Maureen Brooks
LTD Claims Specialist
On Behalf Of: Ashley Moultrie
Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Ashley Moultrie

| Sabrina Guerrero | | 12827197 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________________
   **DATE LAST TREATED** — ____________ ____________________________
   **NEXT OFFICE VISIT** — ____________
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** __________ **TO** __________ **.**

**Lincoln/Guerrero 2291**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/Guerrero 2292**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | February 27, 2023 |
| To: | ARVO KANNA<br>TENNOVA NEUROLOGY - NEWPORT<br>434 4TH ST SUITE 201<br>NEWPORT TN |
| Attn: | |
| Fax: | (423) 613-6380 |
| From: | Maureen Brooks<br>LTD Claims Specialist<br>On Behalf Of: Ashley Moultrie<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Gentiva |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 27, 2023

Arvo Kanna
Tennova Neurology - Newport
434 4TH ST SUITE 201
NEWPORT, TN

RE: Long Term Disability (LTD) Benefits
Gentiva
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

Dear Arvo Kanna:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2022 through present

- Completion of the Enclosed Forms:

 X Restrictions Form
 __ Other

We ask that you provide this information by March 6, 2023. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Maureen Brooks
LTD Claims Specialist
On Behalf Of: Ashley Moultrie
Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Ashley Moultrie

| Sabrina Guerrero | | 12827197 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________

   **DATE LAST TREATED** — ____________ ____________________

   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ **.**

**Lincoln/Guerrero 2296**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/Guerrero 2297**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | February 27, 2023 |
| To: | DR. FLOYD PHILLIPS<br>PHILLIPS HEALTHCARE<br>6890 W. ANDREW JOHNSON HWY.<br>TALBOTT TN 37877 |
| Attn: | |
| Fax: | (423) 839-2125 |
| From: | Maureen Brooks<br>LTD Claims Specialist<br>On Behalf Of: Ashley Moultrie<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Gentiva |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 27, 2023

Dr. Floyd Phillips
Phillips Healthcare
6890 W. ANDREW JOHNSON HWY.
TALBOTT, TN 37877

RE: Long Term Disability (LTD) Benefits
Gentiva
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

Dear Dr. Floyd Phillips:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2022 through present

- Completion of the Enclosed Forms:

  _X_ Restrictions Form
  ___ Other

We ask that you provide this information by March 6, 2023. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Maureen Brooks
LTD Claims Specialist
On Behalf Of: Ashley Moultrie
Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Ashley Moultrie

| Sabrina Guerrero | | 12827197 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ______________________
   **DATE LAST TREATED** — ____________ ______________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

______________________________________________

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

______________________________________________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

______________________________________________

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ **.**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/Guerrero 2302**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | February 27, 2023 |
| To: | CYDNEY VANOSDALE<br>TENNOVA BARIATRIC<br>10800 PARKSIDE DR.<br>3RD FLOOR<br>KNOXVILLE TN 37934 |
| Attn: | |
| Fax: | (865) 218-7109 |
| From: | Maureen Brooks<br>LTD Claims Specialist<br>On Behalf Of: Ashley Moultrie<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Gentiva |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 27, 2023

Cydney Vanosdale
Tennova Bariatric
10800 PARKSIDE DR.
3RD FLOOR
KNOXVILLE, TN 37934

RE: Long Term Disability (LTD) Benefits
Gentiva
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

Dear Cydney Vanosdale:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2022 through present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by March 6, 2023. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Maureen Brooks
LTD Claims Specialist
On Behalf Of: Ashley Moultrie
Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Ashley Moultrie

| Sabrina Guerrero | | 12827197 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________
   **DATE LAST TREATED** — ____________
   **NEXT OFFICE VISIT** — ____________
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

**Lincoln/Guerrero 2306**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/Guerrero 2307**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | February 27, 2023 |
| To: | GREG MOFFITT<br>ENDOCRINOLOGY CONSULTANTS OF EAST TENNES |
| Attn: | |
| Fax: | (865) 637-8865 |
| From: | Maureen Brooks<br>LTD Claims Specialist<br>On Behalf Of: Ashley Moultrie<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Gentiva |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 27, 2023

Greg Moffitt
Endocrinology Consultants of East Tennessee

KNOXVILLE, TN

RE: Long Term Disability (LTD) Benefits
Gentiva
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

Dear Greg Moffitt:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2022 through present

- Completion of the Enclosed Forms:

 X  Restrictions Form
 __  Other

We ask that you provide this information by March 6, 2023. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Maureen Brooks
LTD Claims Specialist
On Behalf Of: Ashley Moultrie
Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Ashley Moultrie

| Sabrina Guerrero | | 12827197 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ______________________

   **DATE LAST TREATED** — ____________ ______________________

   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

   ______________________________________________

   ______________________________________________

   ______________________________________________

   ______________________________________________

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

   ______________________________________________

   ______________________________________________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

   ______________________________________________

   ______________________________________________

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ **.**

**Lincoln/Guerrero 2311**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/Guerrero 2312**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

DR. MANDEEP BAKSHI
EAST TENNESSEE PULMONARY AND SLEEP MEDIC
801 E CHURCH ST.
GREENEVILLE TN 37745

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 28, 2023

Dr. Mandeep Bakshi
East Tennessee Pulmonary and Sleep Medicine
801 E CHURCH ST.
GREENEVILLE, TN 37745

RE: Long Term Disability (LTD) Benefits
Gentiva
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

Dear Dr. Mandeep Bakshi:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2022 through present
- Completion of the Enclosed Forms:

_X_ Restrictions Form
__ Other

We ask that you provide this information by March 6, 2023. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Maureen Brooks
LTD Claims Specialist
On Behalf Of: Ashley Moultrie
Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Ashley Moultrie

| Sabrina Guerrero | | 12827197 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ________________________

   **DATE LAST TREATED** — ____________ ________________________

   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ **.**

**Lincoln/Guerrero 2316**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/Guerrero 2317**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. SABRINA GUERRERO

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

February 28, 2023

Ms. Sabrina Guerrero

RE: Long Term Disability (LTD) Benefits
Gentiva
Claim #: 12827197

Dear Ms. Sabrina Guerrero:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Gentiva's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On February 27, 2023, we requested medical records from Dr. Jones, Dr. Kanna, Dr. Phillips, Dr. Vanosdale, Dr. Moffitt, and Dr. Bakshi. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from July 1, 2022 through present from all treating providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by April 12, 2023:

_X_ LTD Forms - Standard
___ Other

On February 27, 2023, we attempted to contact you at However, we were unable to reach you and a message was left requesting a return call.

We need to speak with you about your disability claim. Please call us by April 12, 2023 at the

number listed below so that we can discuss your claim. If you do not contact us by this date, your disability benefits may be suspended.

Gentiva's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by April 12, 2023, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by May 12, 2023, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than April 12, 2023 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Maureen Brooks
LTD Claims Specialist
On Behalf Of: Ashley Moultrie
Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380

Attachments: LTD Forms - Standard

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ________________________________________

Name of legal representative, if applicable (print) ____________________________________ Relationship _____________________

Signature of claimant or legal representative __________________________________________ Date: _______________________

Date of Birth: ____________________ Claim Number: 12827197

**A copy of this authorization will be considered as valid as the original.**

**Lincoln/Guerrero 2321**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ____________________ Relationship __________

Signature of claimant or legal representative ______________________________

Date of Birth: __________ Claim Number: 12827197 Date: ____________________

**A copy of this authorization will be considered as valid as the original**

**Lincoln/Guerrero 2322**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**TREATING MEDICAL PROFESSIONALS**
**(PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: Sabrina Guerrero CLAIM NUMBER: 12827197

***PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSITC CLINICS FOR THE DATES _________ TO _________***

**DOCTORS:**

Name ________________________ Specialty ___________
Address __________________________________________
City ____________________ State _____ Zip Code _______
Phone:____________________ Fax: __________________
Dates Seen _________________ to ____________________

Name ________________________ Specialty ___________
Address __________________________________________
City ____________________ State _____ Zip Code _______
Phone:____________________ Fax: __________________
Dates Seen _________________ to ____________________

Name ________________________ Specialty ___________
Address __________________________________________
City ____________________ State _____ Zip Code _______
Phone:____________________ Fax: __________________
Dates Seen _________________ to ____________________

Name ________________________ Specialty ___________
Address __________________________________________
City ____________________ State _____ Zip Code _______
Phone:____________________ Fax: __________________
Dates Seen _________________ to ____________________

**PHARMACIES:**

Name ____________________________________________
Address __________________________________________
City ____________________ State _____ Zip Code _______
Phone:____________________ Fax: __________________
Dates: ____________________ to ____________________

Name ____________________________________________
Address __________________________________________
City ____________________ State _____ Zip Code _______
Phone:____________________ Fax: __________________
Dates: ____________________ to ____________________

**HOSPITALS:**

Name ____________________________________________
Address __________________________________________
City ____________________ State _____ Zip Code _______
Phone:____________________ Fax: __________________
Dates Confined: _____________ to ____________________

Name ____________________________________________
Address __________________________________________
City ____________________ State _____ Zip Code _______
Phone:____________________ Fax: __________________
Dates Confined: _____________ to ____________________

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name ____________________________________________
Address __________________________________________
City ____________________ State _____ Zip Code _______
Phone Number: ____________________________________

Policy Number ____________________________________
Member ID _______________________________________
Dates of Coverage ________________ to ______________
Fax Number: ______________________________________

***PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.***

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature ______________________________ Date ______________

## FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Louisiana.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Tennessee.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

# CLAIMANT SUPPLEMENTARY STATEMENT

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return to:** Ashley Moultrie

**EMPLOYEE/CLAIMANT NAME:** Sabrina Guerrero **CLAIM #:** 12827197
**EMPLOYER:** Gentiva **DATE OF BIRTH:** ________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ________

**DATE:** ________ **EMPLOYEE'S SIGNATURE:** ________

DP 409

**Lincoln/Guerrero 2325**

# ACTIVITIES QUESTIONNAIRE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Ashley Moultrie



EMPLOYEE/CLAIMANT NAME: Sabrina Guerrero

CLAIM NO: 12827197 DATE OF BIRTH: ____________

EMPLOYER/SPONSOR: Gentiva

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes ____________ No ____________

If Yes, for how long? ____________ At what time of the day? ____________

How many hours a day do you spend in bed? ____________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car? ____________

Do you hold a valid driver's license?

Yes ____________ No ____________

If No, please explain: ________________________________________

If Yes, how long are you able to drive a car? ____________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________________________________________

Do you have children?

Yes ________ No ________ If Yes, what are their dates of birth ____________________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ________ No ________ If Yes, please explain ____________________

How many times a day do you leave the house during the week? ____________

On the weekends? ____________

How often do you run errands? ____________________

Please describe what errands you most commonly run: ____________________

________________________________________

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left _______ Right _______

Are you able to work in your garden? Yes _______ No _______

Are you able to work on your house? Yes _______ No _______

Are you able to wash your car? Yes _______ No _______

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. ______________________________

If yes, how often per day (hours) do you use the internet? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these internet sites for? ______________________________

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. ______________________________

If yes, how often per day (hours) do you engage in activities? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these social media sites for? ______________________________

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc**. to view information?

List all sites that apply. ______________________________

| | | | | | |
|---|---|---|---|---|---|
| If yes on a computer, how long (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a phone, how long (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a IPad or Tablet (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a E-reader, (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |

For what reasons, do you use these devices?

______________________________________________________________

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? ______________________________

| | | | | | |
|---|---|---|---|---|---|
| If yes, how many hours per day do you play video games? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes, how many days per week do you play? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | __________ | __________ |
| Carrying groceries into the house | __________ | __________ |
| Cooking meals | __________ | __________ |
| Cleaning after meals | __________ | __________ |
| Cleaning bathrooms | __________ | __________ |
| Vacuuming | __________ | __________ |
| Doing the laundry | __________ | __________ |
| Opening and responding to mail | __________ | __________ |

**Lincoln/Guerrero 2327**

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*


Managing your finances ____________ ____________

Balancing your checkbook ____________ ____________

Bathing yourself ____________ ____________

Styling your own hair ____________ ____________

Getting dressed ____________ ____________

Going up and down stairs ____________ ____________

Have you been confined to a hospital within the last 12 months? Yes _______ No _______

If Yes, please provide reason and hospital contact Information: ____________

____________

____________

How often do you travel or take vacation? ____________

Where do you go? How do you get there (transportation method)? ____________

____________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ____________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ____________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? ________

how many hours per week? ________

for whom? ____________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ____________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

____________

____________

____________

____________

____________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

____________

____________

____________

____________

____________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________

**Lincoln/Guerrero 2328**

Name: ______________________ Date: ______________________

Signature: ______________________

# Medical Records - CONFIDENTIAL

**FROM:** TN - CHS14 Tennessee

Sonya W
434 4th St Ste 201, NEWPORT, TN 37821-3736
Phone: (423) 613-1660
Fax: (423) 613-1661

**TO:** LINCOLN FINACIAL GROUP: LIBERTY MUTUAL

PO BOX 7207, LONDON, KY 40742
Phone: (800) 291-0112
Fax: (603) 334-0380

**Attention: Maureen**

**Name: GUERRERO, SABRINA M**

**DOB:**

**Date Range: 02/01/2018 to 02/27/2023**

**This document contains the following records of the patient:**
- **Encounters and Procedures**

**Note:** Requested Records, Pt has only seen Dr. Kanna for one visit. Unable to complete restrictions form due to provider no longer being with the practice. Dr. Kanna left January 17,2023. Pt will need to find another Neurologist

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation.
[ID:1389974-A-4694]

## Encounters and Procedures

Clinical Encounter Summaries

**(Last amended by Arvo Kanna, MD on 11/27/2022 at 1:09pm)**

| Patient | | | |
|---|---|---|---|
| **Name** | GUERRERO, SABRINA (53yo, F) ID# 1389974 | **Appt. Date/Time** | 11/11/2022 09:30AM |
| **DOB** | | **Service Dept.** | TPS_TENNOVA NEUROLOGY NEWPORT |
| **Provider** | ARVO KANNA, MD | | |
| **Insurance** | Med Primary: BCBS-TN - NETWORK S<br>Insurance # : STTS00402622<br>Policy/Group # : 80860<br>Employer Name : AMEDYSIS<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

## Chief Complaint

**Transition of Care Encounter**
New Patient

Brain fog, memory deficits and daily headaches

## Patient's Care Team

**Referring Provider:** STEPHEN BOYCE MD: 10810 PARKSIDE DR STE 305, KNOXVILLE, TN 37934, Ph (865) 392-3971, Fax (865) 392-3972 NPI: 1093822553
**Primary Care Provider:** FLOYD E PHILLIPS MD: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1942297916
**Referring Provider:** AMBER M MOORE FNP: 6890 W ANDREW JOHNSON HWY, TALBOTT, TN 37877, Ph (423) 839-2120, Fax (423) 839-2125 NPI: 1396184222

## Patient's Pharmacies

**SAM'S CLUB PHARMACY 6572 (ERX): 2920 KNOXVILLE CENTER DRIVE, KNOXVILLE, TN 37924, Ph (865) 637-0643, Fax (865) 637-1803**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Wt:** | 346 lbs With clothes 11/11/2022 10:17 am | **BP:** | 110/80 sitting R arm 11/11/2022 10:17 am | **BP Cuff Size:** | adult 11/11/2022 10:17 am |
| **Pulse:** | 70 bpm regular 11/11/2022 10:17 am | **RR:** | 16 11/11/2022 10:17 am | **O2Sat:** | 98% Room Air at Rest 11/11/2022 10:17 am |
| **Ht:** | 5 ft 5 in 11/11/2022 10:16 am | **BMI:** | 57.6 11/11/2022 10:17 am | | |

## Allergies

Reviewed Allergies

**SULFA (SULFONAMIDE ANTIBIOTICS)**: Hives

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>USE 2 PUFFS BY MOUTH EVERY 4-6 HOURS AS NEEDED COUGH, WHEEZE, OR SHORTNESS OF BREATH | 11/07/22 | filled |
| **B12 5,000 mcg-100 mcg sublingual lozenge**<br>Place by sublingual route. | 02/22/21 | entered |
| **Bariatric Multivitamins** | 02/06/20 | entered |
| **benzonatate 200 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 08/08/22 | filled |
| **calcitrioL 0.5 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 11/08/22 | filled |
| **Chlo Hist 1 mg-12.5 mg/5 mL oral solution**<br>TAKE 10 ML BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH AND CONGESTION FOR 7 DAYS | 02/16/22 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE A WEEK | 10/20/22 | filled |
| **escitalopram 20 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 10/20/22 | filled |
| **famotidine 40 mg tablet**<br>TAKE ONE TABLET BY MOUTH ONE TIME DAILY | 08/12/22 | filled |
| **hyoscyamine 0.125 mg sublingual tablet**<br>Place as needed by sublingual route for 30 days. | 03/06/18 | filled |
| **Imitrex 100 mg tablet**<br>Take by mouth, one tablet, preferably at migraine onset. Maximum 2 doses of Imitrex in 24 hrs at least 2 hrs apart | 11/27/22 | prescribed |
| **magnesium oxide 400 mg (241.3 mg magnesium) tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 07/13/22 | filled |
| **meloxicam 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 10/01/22 | filled |
| **minocycline 100 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH TWICE DAILY | 10/01/22 | filled |
| **MM CETIRIZINE 10MG TAB**<br>TAKE 1 TABLET BY MOUTH ONCE DAILY | 09/19/22 | filled |
| **Nystop 100,000 unit/gram topical powder**<br>APPLY POWDER TOPICALLY THREE TIMES DAILY, MAY USE UP TO 4 GRAMS PER DAY OVER ENTIRE BODY AS NEEDED | 05/16/22 | filled |

| | | |
|---|---|---|
| **ondansetron HCL 4 mg tablet**<br>Dissolve on tongue 1 tab every 4 hrs OR 2 tabs every 8 hrs, for nausea/vomiting. Max 5 tabs in 24 hrs. | 11/27/22 | prescribed |
| **Ozempic 1 mg/dose (4 mg/3 mL) subcutaneous pen injector**<br>INJECT 1MG UNDER THE SKIN ONCE PER WEEK AS DIRECTED | 11/03/22 | filled |
| **topiramate 25 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 30 days. | 10/01/22 | filled |
| **traZODone 50 mg tablet**<br>Take as needed by oral route for 90 days. | 09/26/16 | filled |
| **valsartan 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 11/08/22 | filled |
| **Vitamin D**<br>**Internal Note:** pt unsure if D2 or D3 | 02/22/21 | entered |

pro biotic, bio clear

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt | Route | Site | NDC | Lot # | Mfr | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19 (SARS-COV-2) vaccine, unspecified | 01/23/21 | | | | | | | | | | employer |

## Problems

Reviewed Problems

- Obesity - Onset: 11/27/2022
- Morbid obesity - Onset: 08/14/2019
- Anemia - Onset: 08/14/2019
- Chronic depression - Onset: 08/14/2019
- Obstructive sleep apnea syndrome - Onset: 07/12/2021 - Not on CPAP therapy
- Migraine without aura - Onset: 11/27/2022
- Hypertensive disorder - Onset: 08/14/2019 - on rx
- Gastroesophageal reflux disease
- Hernia of abdominal cavity - Onset: 02/06/2020
- Fatigue - Onset: 08/14/2019
- Amnesia - Onset: 11/27/2022
- Dyspnea - Etiology unclear; by clinical description and course, not completely convincing for active cardiac disease presently; may still be secondary to her obesity and reduced functional capacity
- Chest pain - Etiology unclear; by clinical description and course, not convincing for active cardiac disease presently; ECG (7/7/2021) showed sinus rhythm at a rate of 91 bpm with normal intervals, leftward axis, and mild nonspecific T wave changes; no prior ECG available for comparison
- Nausea and vomiting - Onset: 08/14/2019
- Nausea - Onset: 11/27/2022
- Diarrhea
- Abdominal pain
- Prediabetes - Onset: 07/12/2021 - Last HbA1c reportedly was 5.9; placed on Ozempic by PCP
- Family history of Cardiovascular disease - Onset: 07/12/2021 - Reported family history of heart disease in both parents

## Family History

Reviewed Family History

| | |
|---|---|
| Mother | - Heart disease |
| Father | - Diabetes mellitus |
| | - Heart disease |
| | - Malignant neoplastic disease |

## Social History

Reviewed Social History

**Advanced Directive**
Do you have an advanced directive?: No
Do you have a medical power of attorney?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Former smoker (Notes: quit 2008)
How much tobacco do you smoke?: None
When did you quit smoking?: 16+ years since last cigarette
Do you or have you ever used any other forms of tobacco or nicotine?: No
Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes
Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 11/11/2022
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: Occasional
Do you use any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: no
What is your level of caffeine consumption?: Occasional
**Activities of Daily Living**
Are you able to care for yourself?: Yes
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: No
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: No
Do you have difficulty doing errands alone?: No
**Diet and Exercise**
What type of diet are you following?: Regular
What is your exercise level?: None
**Marriage and Sexuality**
What is your relationship status?: Married
How many children do you have?: 1
**Public Health and Travel**
Have you recently traveled abroad?: No
**Other**
Education: Post Graduate
Live alone or with others?: with others
Marital status: Married
General stress level: Medium
**Gender Identity and LGBTQ Identity**
First name used: Sabrina

## Surgical History

Reviewed Surgical History
- Hernia repair
- Colonoscopy (surg) - 06/10/2019
- Repair of meniscus - 01/01/2011 - RT knee
- Gallbladder Surgery - 01/01/2001
- Gastric Bypass - 01/01/2001 - RNY

## Obstetric History

Obstetric History not reviewed (last reviewed 09/13/2016)

## Past Medical History

Reviewed Past Medical History
Allergies: **Y**
Anemia: **Y**
Arthritis: **Y**
Depression: **Y**
Headaches: **Y**
High Blood Pressure: **Y**
Hypertension: **Y**
Sleep Disorder: **Y**

## Screening

None recorded.

## HPI

The patient is here for evaluation of post-COVID brain fog, memory deficits and daily headaches. She says the headaches began after COVID in March 2022. Recently she has had 3 severe headache days per week at about 7-8 out of 10 with a stabbing pain, right more than left. She gets associated photophobia, phonophobia,, nausea, but denies osmophobia or emesis. She typically tries Tylenol and lies quietly in a dark room and puts ice on her head. Mild headache occurs other days of the week at a severity of 1 or 2 out of 10 and can be bilateral. The patient has sometimes had numbness and tingling on her face but it is noted she recently started topiramate. She tells me she sleeps a lot, her sleep is not always restful, but she been using a CPAP machine for sleep apnea except when she has a severe headache. She says that she had COVID starting on 2/7/2022, apparently the

omicron variant. I note that she has used over-the-counter medications for migraine and in late April 2022 she started topiramate but she otherwise has apparently not used any prescription medications for migraine abortive therapy or prevention. She denies having memory loss or significant headaches or brain fog before her COVID infection.
PAST MEDICAL HISTORY: The patient has a history of hypertension, prediabetes with hemoglobin A1c 5.9%, started Ozempic and is on topiramate, has had obstructive sleep apnea syndrome, GERD, severe obesity, fatigue, chronic depression, iron deficiency anemia, and abdominal pain. Vitamin D deficiency, intermittent diarrhea, osteoarthritis, asthma. She has had other vitamin and mineral deficiencies apparently since gastric bypass surgery, treated.
FAMILY HISTORY was noted and has been completed using the online form, which I reviewed. Apparently negative for migraine or dementia. Father died age 83 and had cancer, diabetes, heart disease, hypertension. Mother has osteoporosis and history of depression. Brother has had depression, diabetes, heart disease. Paternal grandfather had stroke. Maternal grandmother had heart disease and osteoporosis. Daughter has had depression and thyroid disease.
PAST SURGICAL HISTORY: Roux-en-Y gastric bypass 2001. Peak preoperative weight 430 pounds, nadir postoperatively 260 pounds. Surgery done by David Dyer, MD at Centennial Medical Center in Nashville, TN. Patient had bone spur removal, meniscus tear repair in her knee, abdominal hernia repair. Laparoscopic lysis of adhesions 3/9/2020 and repair of incarcerated incisional hernia.
SOCIAL HISTORY: Smoked cigarettes for about 25 years and apparently quit about 10 yrs ago. No regular exercise. No alcohol use. She drinks 2 or 3 sodas a day, using Coke Zero or Diet Dr. Pepper. She drinks 1 to 2 glasses of iced sweet tea per day. PCP is Floyd Ward at Philips Healthcare in Talbott, TN. Bariatric surgery clinic follow-up has been ongoing, recently by Cydney Vanosdale, NP. The pt lives in .

## ROS

Patient reports **exercise intolerance** but reports no fever, no chills, no night sweats, no significant weight gain, no significant weight loss, normal appetite, and no sleep disturbances: insomnia. She reports **visual changes** but reports no dry eyes, no irritation, no pain in the eyes, no floaters, no sensitivity to light (photophobia), no seeing double (diplopia), and no discharge. She reports **nose/sinus problems** but reports no difficulty smelling and no frequent nosebleeds. She reports **sore throat** but reports no difficulty swallowing (dysphagia), no anterior neck pain/tenderness, no snoring, and no change in voice. She reports **shortness of breath when walking** but reports no chest pain, no arm pain on exertion, no shortness of breath when lying down, no palpitations, no known heart murmur, no lightheadedness, no calf or jaw pain, and no ankle edema. She reports **cough, wheezing, and sleep apnea** but reports no nasal congestion, no runny nose, no sinus pressure, no frequent sneezing, no shortness of breath, no sputum production, and no coughing up blood. She reports **frequent diarrhea** but reports no nausea, no vomiting, not vomiting blood, normal appetite, no constipation, no dyspepsia/reflux, no heartburn, no early satiety, complete emptying of stool, no bloating, able to restrain bowel movement, no bowel urgency, and no blood in stool/on toilet paper. She reports **muscle aches, arthralgias/joint pain, back pain, and swelling in the extremities** but reports no muscle weakness, no muscle cramps, and no difficulty walking. She reports **dry skin** but reports no itching, no abnormal mole, no jaundice, no rashes, no hives, no discoloration, no excessive facial or body hair (hirsutism), no hair thinning, no growths / lesions, and no excessive sweating. She reports **numbness, tingling, frequent or severe headaches, memory lapses or changes, and difficulty finding desired words** but reports no loss of consciousness, no slurred speech, no weakness, no tremors, no seizures, no dizziness, and no loss of balance or falls. She reports **depression, anxiety, and sleep disturbances** but reports no irritability, no panic attacks, feeling safe in relationship, no paranoia, and no thoughts about suicide. She reports no difficulty hearing, no ear pain, no vertigo, and no ringing in the ears (tinnitus). She reports no dry mouth, no unusual taste of foods, no mouth ulcers, no bleeding gums, no oral abnormalities, and no teeth problems. She reports no pain during urination, no incontinence, no difficulty urinating, no hematuria, no increased frequency, no feelings of urgency, no flank pain, and no urinary tract infections. She reports independent. She reports no fatigue, no cold intolerance, no heat intolerance, and no unusual body odor. She reports no bruising, no swollen glands, no clotting problems, and no bleeding disorders.

## Physical Exam

GENERAL EXAM:
Constitutional: The patient is a well-developed, severely obese, middle-aged white female in no acute distress, neatly groomed and casually dressed. Able to provide a good history.
Eyes: No conjunctival injection.
Fundi have flat optic discs and no peridiskal lesion is seen. I do not recall being able to visualize venous pulsations. The cup-to-disk ratios appear normal (about 0.3 to 0.4).
Neck: Carotid bruits, none. No supraclavicular bruits.
Oropharynx: Size reduced.
Mucosa normal.
Tongue, normal.
Tympanic membranes: not checked.
Heart: Rate regular.
Murmur none.
Lungs: Clear.
Extremities: No cyanosis. Trace pitting edema at ankles. Radial pulses are equal. Limbs are warm and dry.
Back: Dorsal kyphosis.
Musculoskeletal exam: See gait and motor exams below.
NEUROLOGICAL EXAM:
Mental Status: Alertness and orientation x 3, normal.
Attention span is adequate but concentration is reduced.
Speech and language are normal.
Remote memory, normal.
Working memory, normal.

Insight and judgment are normal.
Affect is appropriate.
Fund of knowledge is normal.
Ability to follow commands is good.
Cranial Nerves:
2-Visual fields are full.
3,4,6-Pupils equal, round and reactive to light. Ocular motility intact.
5-Sensation to cold temp normal. Jaw motor function normal.
7-Facial symmetry, strength normal.
8-Hearing to soft conversational speech normal.
9-Phonation normal. Soft palate elevates midline.
11-Shoulder shrug strength normal.
12-Tongue is midline and moves well. Articulation is normal.
Motor: Strength is 5/5 in upper limbs, 4/5 at hip flexors, and otherwise 5/5 in lower limbs. No abnormal movements.
Muscle bulk is grossly normal. Muscle tone: Appropriate in all 4 limbs.
Sensory: Light touch normal.
Cold temperature is mildly reduced at the distal feet and vibratory sense is mildly reduced at great toes and ankles but normal at distal fingers. Parietal signs absent on DSS.
Cerebellar: Finger-nose-finger normal.
Heel-to-shin with limited excursion, but without ataxia. Rapid alternating movements are somewhat slowed.
Dominant hand on right as I recall.
Gait: Widened stance and moderately slowed walk, due to body habitus. Romberg testing is negative.
DTRs: 1.4 in upper limbs, and trace at knees, and 0/4 at ankles. Plantar responses are flexor.

## Assessment / Plan

**1. Migraine without aura** -
Post COVID-19. Topiramate may decrease headaches somewhat. Dose could be increased, if tolerated. Topiramate can cause paresthesia, including in limbs and face, I told her. It can also increase the tendency for loose stool or diarrhea.
PLAN:
1. Trial or sumatriptan (Imitrex) 100 mg tablets. If those fail, use rizatriptan (Maxalt) 10 mg, or eletriptan (Relpax) 40 mg, with same dose pattern.
2. If triptans fail then use CGRP blockers such as Ubrelvy 100 mg or Nurtec ODT 75 mg, watching for drug interactions which may affect the doses that should be prescribed.
3. Beta-blocker therapy with propranolol probably not a good idea if history of wheezing, although atenolol, a beta-1 specific drug could be tried instead. A tricyclic antidepressant such as amitriptyline could also be tried for preventive therapy but would increase GERD symptoms so I would not suggest its use.
4. If topiramate does not succeed adequately in migraine prevention, or the patient does not tolerate it at an adequate dose, then a CGRP blocker for preventive therapy would be indicated, such as Aimovig, Emgality, or Ajovy, given the migraine frequency of about 12-13 migraines per month.
5. Read the book, "Heal Your Headache," by David Buchholz, MD, who was a neurologist at Johns Hopkins University. It should help to find out what migraine triggers she should consider.
6. Also she should quickly taper off all soft drinks (even those without sugar), and get off the sweet tea.
7. Learn to drink water. Can drink herbal tea (no calories), and also put frozen fruit pieces in A1-2 quart container of water (probably to drink within 24 hrs) to give the water a little bit of flavor, if needed.

G43.009: Migraine without aura, not intractable, without status migrainosus

- Imitrex 100 mg tablet - To be submitted on or around 11/27/2022 Take by mouth, one tablet, preferably at migraine onset. Maximum 2 doses of Imitrex in 24 hrs at least 2 hrs apart Qty: (9) tablet Refills: 1 Pharmacy: SAM'S CLUB PHARMACY 6572 Note to Pharmacy: Call BEFORE 1/15/23, for new script. Use generic formulation.

**2. Amnesia** -
Post COVID-19. Perhaps this resulted from increased inflammation and decreased sleep, since March 2022. I suggested she review the lectures on Long Covid (Long Covid Story Short), and also the protocol suggested for Long Covid Rx, on the FLCCC.net website. We had a significant discussion about the implications of inflammation, and how it can be treated. She will continue to use her CPAP machine.

R41.3: Other amnesia

**3. Obesity** -
Post Roux-en-Y gastric bypass 2001. Still followed at the bariatric surgery clinic. She is on several supplements to prevent vitamin and mineral deficiencies. She has hypertension and insulin resistance. No coronary artery disease has been found by cardiology work-ups.

E66.9: Obesity, unspecified

**4. Nausea** -
Associated with migraines. Has used ondansetron in the past.
PLAN: We will prescribe ondansetron 4 mg tablets as needed.
The patient was instructed regarding the above.
Thank you for this consultation.

R11.0: Nausea

- ondansetron HCl 4 mg tablet - To be submitted on or around 11/27/2022 Dissolve on tongue 1 tab every 4 hrs OR 2 tabs every 8 hrs, for nausea/vomiting. Max 5 tabs in 24 hrs. Qty: (30) tablet Refills: 3 Pharmacy: SAM'S CLUB PHARMACY 6572

Return to Office

- CYDNEY VANOSDALE, NP for +TH Education (CDE Schedule)30 at TPS_TENNOVA BARIATRIC SURGERY on 12/07/2022 at 11:00 AM
- to see CYDNEY VANOSDALE, NP for Annual Visit 30 at TPS_TENNOVA BARIATRIC SURGERY on or around 04/27/2023

Amendment Sign-Off

Encounter signed-off by Arvo Kanna, MD, 11/27/2022.

Encounter performed and documented by Arvo Kanna, MD
Encounter reviewed & signed by Arvo Kanna, MD on 11/27/2022 at 12:46pm
Amendment closed by Arvo Kanna, MD on 11/27/2022 at 1:09pm

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Claim: 12827197
Claim Type: LTD
Payee Type: EMP

Customer: GENTIVA
Subsidiary: HOSPICE
Location: KINDRED AT HOME
Employee: SABRINA GUERRERO

Policy Number: GF3-890-LF0132-01
Pmt Period: 01/28/23 - 02/27/23
Pmt Date: 02/21/23
Check #: 108987594

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3072.57 | $ 0.00 | $ 0.00 | $ 3072.57 | $ 0.00 | $ 1000.00 | $ 0.00 | $ 0.00 | $ 2072.57 |

Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | Subtotal Provision | | | $ 0.00 |

Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | Subtotal Offset | | | $ 0.00 |

Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| | | | | Subtotal Deduction | | | $ 0.00 |

Total Provisions $ 0.00 Total Offsets $ 0.00 Total Deductions $ 0.00

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: $ | 3072.57 | Benefit Tax %: 100.00 | Federal Excludable Wages: $ | 0.00 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ | 3072.57 | | Federal Withholding: $ | 1000.00 |
| State Taxable Wages: $ | 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Guerrero 2340**

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

Claim: 12827197
Claim Type: LTD
Payee Type: EMP

Customer: GENTIVA HEALTH SERVICES, LLC
Subsidiary: HOSPICE
Location: KINDRED AT HOME
Employee: SABRINA GUERRERO

Policy Number: GF3-890-LF0132-01
Pmt Period: 12/28/22 - 01/27/23
Pmt Date: 01/23/23
Check #: 108758318

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3072.57 | $ 0.00 | $ 0.00 | $ 3072.57 | $ 0.00 | $ 1000.00 | $ 0.00 | $ 0.00 | $ 2072.57 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Offset $ 0.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Deduction $ 0.00

Total Provisions $ 0.00 Total Offsets $ 0.00 Total Deductions $ 0.00

## Tax Information For This Payment Only

| | | | |
|---|---|---|---|
| Adjusted Gross Benefit: $ 3072.57 | Benefit Tax %: 100.00 | Federal Excludable Wages: $ | 0.00 |
| OASDI Taxable Wages: $ 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ 3072.57 | | Federal Withholding: $ | 1000.00 |
| State Taxable Wages: $ 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Guerrero 2341**

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Ashley Moultrie

EMPLOYEE/CLAIMANT NAME: Sabrina Guerrero
CLAIM NO: 12827197
EMPLOYER/SPONSOR: Kindred At Home DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 09/01/2022 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Phillips Healthcare Group PC
Specialty: Primary Care Floyd Edward "Ward" Phillips Jr
Address: 6890 W. Andrew Johnson Hwy
Talbott, TN 37877
Telephone No.: (423) 839-2120 Fax No.: (423) 839-2125

Name: East Tennessee Pulmonary + Sleep Medicine PLLC
Specialty: Pulmonary Dr. Bakshi and Shea Pitts FNP
Address: 801 E. Church Street
Greeneville, TN 37745
Telephone No.: (423) 798-8052 Fax No.: ( )

Name: UT Medical Center Rehabilitation Services
Specialty: Speech-Language Pathology
Address: 1924 Alcoa Highway, Box 52
Knoxville, TN 37920
Telephone No.: (865) 305-9150 Fax No.: (865) 305-6884

Name: Ballad Health Center for Post Covid Care
Specialty: Long Covid Pammela Poore
Address: 2204 Pavillion Drive, Suite 110
Kingsport, TN
Telephone No.: (423) 224-2369 Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Blue Cross Blue Shield of Tennessee
Specialty:
Address: 1 Cameron Hill Circle Suite 0002
Chattanooga, TN 37402-0002
Telephone No.: 800 558-6213 Fax No.: ( )

Name: Optum Behavorial Health Benefits
Specialty:
Address: P.O. Box 30760
Salt Lake City, UT 84130-0760
Telephone No.: 855 457-3486 Fax No.: ( )

**PHARMACY(S):**

Name: Sam's Club Pharmacy
Specialty: Pharmacy
Address: 2920 Knoxville Center Drive
Knoxville, TN
Telephone No.: (865) 637-2582 Fax No.: ( )

Name: CVS Pharmacy
Specialty: Pharmacy
Address: 718 Winfield Dunn PKWY
Sevierville, TN 37876
Telephone No.: (865) 453-4175 Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Sabrina Guerrero DATE: 1/5/2023

Lincoln/Guerrero 2342

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Ashley Moultrie

EMPLOYEE/CLAIMANT NAME: Sabrina Guerrero
CLAIM NO: 12827197
EMPLOYER/SPONSOR: Kindred At Home DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 09/01/2022 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Tennova Neurology - Arvo Kanna, MD
Specialty: Neurologist
Address: 434 4th St., Suite 201
Newport, TN 37821
Telephone No. : (423) 613-6379 Fax No. : ( )

Name: Greg Moffitt, MD
Specialty: Endocrinology Consultants of East TN
Address: 1450 Dowell Springs Blvd, Suite 300
Knoxville, TN 37909
Telephone No. : (865) 637-8812 Fax No. : (865) 637-8865

Name: LifeStance Health
Specialty: Counseling Seanna Jones
Address: 10025 Investment Drive, Suite 100
Knoxville, TN 37932
Telephone No. : (865) 606-6110 Fax No. : (865) 312-6442
(865) 588-3173

Name: Tennova Bariatric
Specialty: Bariatric & Surgery
Address: 10800 Parkside Drive, Suite 320
Knoxville, TN 37934
Telephone No. : (865) 392-3971 Fax No. : ( )

**MEDICAL INSURANCE CARRIER(S):**

Name:
Specialty:
Address:
Telephone No. : ( ) Fax No. : ( )

Name:
Specialty:
Address:
Telephone No. : ( ) Fax No. : ( )

**PHARMACY(S):**

Name: Publix Pharmacy
Specialty: Pharmacy
Address: 750 Winfield Dunn Pkwy, Ste 100
Sevierville, TN 37876
Telephone No. : (865) 280-6271 Fax No. : ( )

Name:
Specialty:
Address:
Telephone No. : ( ) Fax No. : ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Sabrina Guerrero DATE: 1/5/2023

**Lincoln/Guerrero 2343**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Sabrina Guerrero

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative Sabrina Guerrero Date: 1/5/2023

Date of Birth: ______________ Claim Number: 12827197

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Claim: 12827197
Claim Type: LTD
Payee Type: EMP

Customer: KINDRED AT HOME
Subsidiary: HOSPICE
Location: KINDRED AT HOME
Employee: SABRINA GUERRERO

Policy Number: GF3-890-LF0132-01
Pmt Period: 11/28/22 - 12/27/22
Pmt Date: 12/21/22
Check #: 108516729

Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3072.57 | $ 0.00 | $ 0.00 | $ 3072.57 | $ 0.00 | $ 1000.00 | $ 0.00 | $ 0.00 | $ 2072.57 |

Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Offset $ 0.00

Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Deduction $ 0.00

Total Provisions $ 0.00    Total Offsets $ 0.00    Total Deductions $ 0.00

Tax Information For This Payment Only

| | | | |
|---|---|---|---|
| Adjusted Gross Benefit: $ | 3072.57 | Benefit Tax %: 100.00 | Federal Excludable Wages: $ 0.00 |
| OASDI Taxable Wages: $ | 0.00 | | OASDI Withholding: $ 0.00 |
| Medicare Taxable Wages: $ | 0.00 | | Medicare Withholding: $ 0.00 |
| Federal Taxable Wages: $ | 3072.57 | | Federal Withholding: $ 1000.00 |
| State Taxable Wages: $ | 0.00 | Employee State: TN | State Withholding: $ 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Guerrero 2345**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. SABRINA GUERRERO

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

December 9, 2022

Ms. Sabrina Guerrero

RE: Long Term Disability (LTD) Benefits
Kindred At Home
Claim #: 12827197

Dear Ms. Sabrina Guerrero:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Kindred At Home's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are in need of additional information so that we may evaluate your continued eligibility for benefits. Please complete the forms indicated below and return them in the envelope provided by January 7, 2023:

- Completion of the Enclosed Forms:

  X Authorization - Medical
  X Claimant Information Form
  __ Other

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Brandy Pelletier
LTD Technical Specialist
On Behalf Of: Ashley Moultrie
Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380

Attachments: Authorization - Medical
Claimant Information Form

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________ Date: ________________

Date of Birth: ____________ Claim Number: 12827197

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Ashley Moultrie

EMPLOYEE/CLAIMANT NAME: Sabrina Guerrero
CLAIM NO: 12827197
EMPLOYER/SPONSOR: Kindred At Home DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 09/01/2022 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ________ **DATE:** ________

**Lincoln/Guerrero 2349**

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Lincoln Financial Group®
Lincoln National Life Insurance Company

Claim: 12827197
Claim Type: LTD
Payee Type: EMP

Customer: KINDRED AT HOME
Subsidiary: HOSPICE
Location: KINDRED AT HOME
Employee: SABRINA GUERRERO

Policy Number: GF3-890-LF0132-01
Pmt Period: 10/28/22 - 11/27/22
Pmt Date: 11/30/22
Check #: 108353659

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 1744.00 | $ 0.00 | $ 0.00 | $ 1744.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 1744.00 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Offset $ 0.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Deduction $ 0.00

Total Provisions $ 0.00 Total Offsets $ 0.00 Total Deductions $ 0.00

MEMO:SSET REFUND

## Tax Information For This Payment Only

| | | | |
|---|---|---|---|
| Adjusted Gross Benefit: $ 1744.00 | Benefit Tax %: 100.00 | Federal Excludable Wages: $ | 0.00 |
| OASDI Taxable Wages: $ 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ 1744.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Guerrero 2350**

**SSET Refund Worksheet**

**Claimant name:** Sabrina Guerrero

**Customer:** Kindred At Home

**Claim #** 12827197

| **Refund info** | **check from** | **check thru** | **SSET withheld** | |
|---|---|---|---|---|
| | 10/28/2022 | 11/27/2022 | $ 1,744.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | $ 1,744.00 | : Total |

| | | | |
|---|---|---|---|
| **Payment Specialist** | Jessica Keefer | **Date** | 11/30/2022 |

Lincoln/Guerrero 2351

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

Claim: 12827197
Claim Type: LTD
Payee Type: EMP

Customer: KINDRED AT HOME
Subsidiary: HOSPICE
Location: KINDRED AT HOME
Employee: SABRINA GUERRERO

Policy Number: GF3-890-LF0132-01
Pmt Period: 10/28/22 - 11/27/22
Pmt Date: 11/21/22
Check #: 108277255

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3072.57 | $ 0.00 | $ 1744.00 | $ 1328.57 | $ 0.00 | $ 1000.00 | $ 0.00 | $ 0.00 | $ 328.57 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY OFF | 10/28/22 | 11/27/22 | $ 1744.00 | | | | |

Subtotal Offset $ 1744.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Deduction $ 0.00

Total Provisions $ 0.00 Total Offsets $ 1744.00 Total Deductions $ 0.00

## Tax Information For This Payment Only

| | | | | |
|---|---|---|---|---|
| Adjusted Gross Benefit: | $ 1328.57 | Benefit Tax %: 100.00 | Federal Excludable Wages: | $ 0.00 |
| OASDI Taxable Wages: | $ 0.00 | | OASDI Withholding: | $ 0.00 |
| Medicare Taxable Wages: | $ 0.00 | | Medicare Withholding: | $ 0.00 |
| Federal Taxable Wages: | $ 1328.57 | | Federal Withholding: | $ 1000.00 |
| State Taxable Wages: | $ 0.00 | Employee State: TN | State Withholding: | $ 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

**Lincoln/Guerrero 2352**

Social Security Online

# Benefit Calculators

Benefit Calculators

## Quick Calculator Benefit Estimates

October 31, 2022

### Retirement

At right is the information you provided. Below that are estimated benefit amounts for retirement at 3 different ages, including your normal (or full) retirement age (67). We assume you will work every year up to the year in which you begin receiving benefits.

As shown in the table, you can receive a monthly benefit starting at age 62 and 1 month that would be reduced for life due to early retirement. If you choose to delay the start of benefits to a higher age, you can then receive a larger monthly benefit for the rest of your life.

For example, if you start taking benefits at age 62 and 1 month, you will receive $1,374 per month for the rest of your life. But if you wait until age 67 to start receiving benefits, you will get $2,049 for the rest of your life. So by waiting until age 67, you can then receive $675 more per month than if you started lower monthly benefits at 62 and 1 month. Remember, these estimated figures are in today's dollars.

Social Security benefits are the foundation on which to build a financially secure retirement. Savings and pensions also are key components of your retirement plan.

**Information you submitted**

| | |
|---|---|
| Date of birth: | |
| Current earnings: **$61,451.00** | |
| Benefit in **year-2022** dollars | |

**Retirement Benefit Estimates**

| Retirement age | Monthly benefit amount [1] |
|---|---|
| 62 and 1 month in 2031 | $1,374.00 |
| 67 in 2036 | $2,049.00 |
| 70 in 2039 | $2,605.00 |

[1] Assumes no future increases in prices or earnings.

We have calculated your benefits by making certain assumptions about your past earnings. Please look at these earnings to see if they appear reasonable to you. You can change them and see the effect on your benefit estimates!

See the earnings we used

### Disability/Survivor

For disability and survivors estimates, we assumed that you became disabled or died **today**. We did not use future earnings in calculating those estimates.

| Disability | Monthly benefit amount |
|---|---|
| You | $1,744.00 |

Your spouse and children may also qualify for benefits.

| Survivors | Monthly benefit amount |
|---|---|
| Your child | $1,319.00 |
| Your spouse caring for your child | $1,319.00 |
| Your spouse at normal retirement age | $1,759.00 |
| Family maximum | $3,046.70 |

Privacy Policy | Website Policies & Other Important Information | Site Map

Lincoln/Guerrero 2353

Lincoln Financial Group®
*Lincoln National Life Insurance Company*

GROUPBENEFITS - CLAIMS
13830 BALLANTYNE CORP PL #400
CHARLOTTE, NC 28277-0000
1-(800) 291-0112

Claim: 12827197
Claim Type: LTD
Payee Type: EMP

Customer: KINDRED AT HOME
Subsidiary: HOSPICE
Location: KINDRED AT HOME
Employee: SABRINA GUERRERO

Policy Number: GF3-890-LF0132-01
Pmt Period: 09/28/22 - 10/27/22
Pmt Date: 10/21/22
Check #: 108041683

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 3072.57 | $ 0.00 | $ 0.00 | $ 3072.57 | $ 0.00 | $ 1000.00 | $ 0.00 | $ 0.00 | $ 2072.57 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Offset $ 0.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Deduction $ 0.00

Total Provisions $ 0.00 Total Offsets $ 0.00 Total Deductions $ 0.00

## Tax Information For This Payment Only

| | | | |
|---|---|---|---|
| Adjusted Gross Benefit: $ 3072.57 | Benefit Tax %: 100.00 | Federal Excludable Wages: $ | 0.00 |
| OASDI Taxable Wages: $ 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ 3072.57 | | Federal Withholding: $ | 1000.00 |
| State Taxable Wages: $ 0.00 | Employee State: TN | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

# Billing Statement:

**Invoice Date: 09/02/2022** **Invoice #: 717384-1875**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Aug 1 2022 and Aug 31 2022**

**L-CLTLTD** **Bill Code: LIBSFU**

| RP # / Cust ID | Patient Name / Provider Name | Status | Date / Req By | RP Fee | Med Fee | Rush | QC Amt / Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 9563532<br>12827197 | GUERRERO, SABRINA<br>EAST TENNESSE PULMONARY & SLE... | Complete | 07/22/22<br>A Moultrie | $ 9.00 | $ 20.00 | $ 0.00 | $ 0.00<br>7 | **$ 29.00** |
| 9563531<br>12827197 | GUERRERO, SABRINA<br>ST. LUKE'S THERAPY | Complete | 07/22/22<br>A Moultrie | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>26 | **$ 9.00** |
| 9563534<br>12827197 | GUERRERO, SABRINA<br>PHILLIPS HEALTHCARE GROUP | Complete | 07/22/22<br>A Moultrie | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>9 | **$ 9.00** |
| 9563535<br>12827197 | GUERRERO, SABRINA<br>Poore, Pammela | Complete | 07/22/22<br>A Moultrie | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>51 | **$ 9.00** |
| 9563533<br>12827197 | GUERRERO, SABRINA<br>TENNOVA TURKEY CREEK MEDICAL ... | Complete | 07/22/22<br>A Moultrie | $ 9.00 | $ 45.00 | $ 0.00 | $ 0.00<br>42 | **$ 54.00** |

**ReleasePoint**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Total Amount Due: $ 110.00**

**Tax ID: 95-2843455**

**Lincoln/Guerrero 2355**

## Clinical Review Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| KINDRED AT HOME | SABRINA GUERRERO | 12827197 |

| | | | |
|---|---|---|---|
| **Report Date:** | 09/08/2022 | | |
| **Referred By:** | ASHLEY MOULTRIE | **Claimant DOB:** | |
| **Referral Date:** | 08/24/2022 | **Job Title:** | SOCIAL WORKER MSW |
| **Due Date:** | 09/08/2022 | **Medical/ Surgical Condition:** | post covid-19 |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 02/25/2022 |
| | | **DOD:** | 02/26/2022 |
| **Physical Demands:** | | **BBD:** | 05/28/2022 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

| | |
|---|---|
| Obesity, | E66 |
| Fatigue, | R53.83 |
| History of Covid-19, | Z86.16 |

2. If applicable please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s).

| | |
|---|---|
| Anxiety, | F41.9 |
| Headache disorder, | R51.9 |
| Reported Memory loss, | R41.3 |
| Reported Shortness of breath, | R06.02 |

3. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from sedentary to light, and comment on the expected duration.

From the LDW to the last medical record (07/25/2022) and beyond, the claimant's supported impairment are equal ADLs. These R&Ls should be revaluated three months after the last medical records.

See the analysis section for further explanation.

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

Yes regarding the identified restrictions from 2/7/22 – 6/20/22 in the form signed by Dr. Phillips on 6/7/22.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

Yes, medical management seems to be appropriate now that the claimant has also been referred to a mental health specialist.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

The claimant had trouble affording breathing medications

There was one note that suggested her medical insurance had been creating obstacles to continuation of physical therapy. Another note stated that the claimant was having trouble affording her copayments to continue physical therapy.

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:

**Name: Dr. Mandeep Bakshi   Phone Number: 1 (423) 798 8052 ex -----**

Date of call ______, Time ______
Date of call ______, Time ______
Date letter sent to AP

**Name: St. Luke's Therapy Services   Phone Number: 1 (865) 453 9022 ex -----   Fax Number: 8654539177**

Date of call ______, Time ______
Date of call ______, Time ______
Date letter sent to AP

**Name: Dr. Floyd Phillips   Phone Number: 1 (423) 839 2120 ex -----   Fax Number: 4238392125**

Date of call ______, Time ______
Date of call ______, Time ______
Date letter sent to AP

**Name: Cydeny Vanossdale   Phone Number: 1 (865) 218 7011 ex -----   Fax Number: 8652187109**

Date of call ______, Time ______
Date of call ______, Time ______

Date letter sent to AP

**Name: Pammela Poore   Phone Number: 1 (423) 578 8400 ex -----**

Date of call ______, Time ______
Date of call ______, Time ______
Date letter sent to AP

**Additional Questions**

Please explain whether or not the information in the records provide medical evidence to support working a part-time schedule of EE has a lot of comorbid that she is treating for now and it seems that her covid symptoms would not affect her from being able to work except for the brain fog.

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

*History*

The claimant has a past medical history that includes anxiety, bronchitis, depression, Mononucleosis infection, high blood pressure, low iron levels, sleep apnea, fibromyalgia, and a parathyroid disorder.

The claimant initially developed COVID symptoms on 02/07/2022. She was never hospitalized with COVID but did experience illness that required multiple medications to keep her symptoms under control. She has had difficulty recovering from COVID and began attending a specialized clinic for people with complications of COVID. Her residual symptoms include shortness of breath, joint pains, headaches, chronic cough, brain fog (poor concentration and memory loss), worsened anxiety, and worsened depression. Specialized heart testing (stress test) did not demonstrate heart disease. The physician referred her for physical therapy, which she continued through the end of June 2022 and discontinued due to insurance issues. The physical therapy was helping reduce joint pain.

06/07/2022 LFG restrictions form

The claimant's internal medicine physician wrote that the claimant was unable to perform all job functions from 02/07/2022 through 06/20/2022. The internist wrote that fatigue and shortness of breath supported these restrictions.

06/08/2022 family practice progress note

The claimant stated that her fatigue caused her to take frequent naps. She also said that she would need to days to recover after every physical therapy session. The claimant also stated she was only able to bathe twice per week due to fatigue. Other symptoms included brain fog, memory loss, and poor concentration that had not improved.
The claimant's blood was 100% saturated with oxygen. The physical exam revealed swelling in the legs, but no other abnormal findings.

06/16/2022 chest x-ray

No signs of new disease onset

06/16/2022 physical therapy note

The claimant complaint of fatigue and commented that it took days to recover. The therapist did not specify what the claimant had difficulty recovering from, but the context of the note indicates it was prolonged recovery from physical activity.

The examiner wrote that the claimant was experiencing decreased endurance and muscular weakness.

07/14/2022 pulmonology initial consultation
The claimant stated that her breathing had improved slowly since being diagnosed with COVID. She continued to experience problems with physical exertion. The breathing medications weren't helping much, and she was using them sparingly due to cost. The pulmonologist advised the claimant that obesity may contribute to shortness of breath. The pulmonologist also commented that parts the recent pulmonary function test looked normal. The pulmonologist suggested that the chronic cough may be partially attributed to heartburn and allergies The claimant was advised to take heartburn and allergy medications. The claimant was experiencing extreme fatigue even though she had been complaint with her CPAP machine for sleep apnea. Regarding fatigue, the pulmonologist commented, "I have advised her we may consider medication for daytime hypersomnia (sleepiness) at a next visit.
The claimant's blood was 96% saturated with oxygen. The physical exam didn't reveal any abnormal findings.
A follow-up visit was scheduled for 2-3 months.

07/25/2022 family practice note
The examiner wrote that the claimant's post-COVID symptoms included fatigue, headache, joint pain, decreased endurance, shortness of breath, cough, brain fog, memory loss, poor concentration, dizziness, and weakness. The claimant complained of constant fatigue and random daily headaches lasting 30 minutes to several hours. Tylenol helped the headaches. The anxiety and depression that had worsened after COVID was slightly improved after increasing the dose of antidepressants. The claimant also reported memory loss, poor concentration, difficulty finding words, and difficulty focusing.
There were no abnormalities present on exam. The claimant oxygen concentration in her blood was 97%, which is within a normal range. At 5'5 and 362 pounds, her BMI was 60.2. A BMI of 30 and above is classified as obese.
The records document post-COVID chronic fatigue, post-COVID chronic headaches, post-COVID chronic joint pain, with symptoms including poor concentration, memory loss, chronic cough, anxiety, and depression. The examiner wrote a referral to the behavioral health specialist, but there is no reference to escalation of care to a psychiatrist, and no reference to referral for cognitive testing or neurological evaluation for reported memory issues. Otherwise, the record indicates that she reported "not doing well" with a recommended anti-inflammatory diet but "plans to start doing better."

*Analysis*

The referral information from Lincoln Financial indicates the claimant's last day at work was 02/25/2022, and the time period in question is the LDW through current time and beyond. The medical records closest to the last day worked indicate that the claimant stopped working as her symptoms of COVID-19 progressed. Subsequent records indicate the course of the medical condition has been a slow recovery. The records indicate she is being seen at a clinic for post covid conditions, but it should be noted that there are currently no widely accepted diagnostic criteria for "post covid conditions" aka "long covid." This condition is currently a focus of intense research, but there are ongoing challenges from many studies having significant limitations in methods and conflicting results. It is also not clear whether symptoms following covid infection are unique to covid-19 or if there is overlap with the recovery from other illnesses or chronic conditions. As of the most recent medical record (07/25/2022), the claimant was still reporting fatigue, headache, joint pain, decreased endurance, shortness of breath, cough, brain fog, memory loss, poor concentration, dizziness, daily headaches, and weakness. The 7/25/22 note by a nurse practitioner with the "Center for Post-Covid Care" indicate an antidepressant medication had recently increased by her primary care physician

The reference in the entry of 06/08/2022 in the family practice records to the claimant limiting bathing due to fatigue was consistent with a significant level of impairment. This and the numerous symptoms listed in the 07/25/2022 family practice note are consistent with significant R&Ls.

As a consequence of the above, from the LDW through the last available medical record on 07/25/2022, thereis a basis upon which to conclude that the claimant's supported impairment was less than ADLs.

The records indicate that the claimant's symptoms have begun to improve. She has been instructed by her pulmonologist to try a new regimen to help reduce her cough. Her pulmonologist also plans to address her chronic fatigue with medication, if needed. On 07/25/2022, the claimant was referred to a mental health counsellor to help evaluate and treat her reported symptoms of forgetfulness decreased concentration, anxiety, and depression. I agree with the pulmonologist that the claimant's severe obesity is contributing to her reported shortness of breath.

The above R&Ls are likely to continue to improve within 3 months from 07/25/2022, the most recent relevant entry in the medical records. By this time, the claimant will have undergone further evaluation and treatment, if necessary. The mental health counselor will also have a chance to increase the claimant's well-being during this time period.

As a consequence, there is a medical basis upon which to conclude that R&Ls during the time period of 02/25/2022 to 07/25/2022 and beyond of not more than ADLs are supported. In view of the nature and course of the medical condition as of 07/25/2022, it is not likely that there will be a change in R&Ls in less than three months.

Additional clinical information regarding the claimant's medical condition, particularly information regarding memory and concentration during the time period of the three months following 07/25/2022 could be helpful. Medical records likely to contain such information would include mental health / psychiatric medical records, neurology records, neuropsychological testing results, and updated primary care and any additional specialty records .

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:**

07/25/2022 family practice note

**Electronically Signed:**
Gregory Schwaid, DO, MPH, FAOCOPM
Florida medical license OS12172
Board certified in occupational & environmental medicine
Board certified in general preventive medicine

**From:**Sabrina VanCor <
**Sent:**Mon, 22 Aug 2022 11:03:17 -0400
**To:**Moultrie, Ashley
**Subject:**Additional provider

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good morning,

I've recently started seeing a mental health counselor and uncertain if you need to add her on my list. Her name is Seanna Jones and she is at LifeStance Health. Their address is 10025 Investment Drive, Knoxville, TN 37932-2664. Their phone number is (865) 588-3173. Thank you and have a great day!

Sabrina Guerrero

ReleasePoint

## Medical Record Overview

**Date:** **August 17, 2022**

**Patient Name:** GUERRERO, SABRINA

**Records From:** Cydney Vanosdale
10800 Parkside Dr., 3rd Floor
Knoxville, TN 37934
(865) 218-7011

**Request Scope:** From May 4, 2022 to Present

**Chart Range:** 05/27/2022 - 05/27/2022

**RP ID:** 9563533

**Client ID:** 12827197

**Source:** L-CLTLTD

**Req By:** A Moultrie
09-LF0132
Ashley.Moultrie@lfg.com

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | May 27 2022 | May 27 2022 | 38 | 2 |
| Request Corr. | | | 4 | 40 |
| | | **Total Page Count:** | 42 | |

**Notes From QC:**

Used admit date to keep the records intact

**Lincoln/Guerrero 2362**

**Tennova - Jefferson Memorial Hospital**

110 Hospital Drive
Jefferson City, TN 37760-
(865) 471-2500

| | | | |
|---|---|---|---|
| **Patient:** | **GUERRERO, SABRINA M** | Adm Date: | 5/27/2022 08:07 EDT |
| MRN: | 331334 | Dch Date: | 5/27/2022 23:59 EDT |
| Account #: | 4404619 | Attending: | PHILLIPS,FLOYD E MD |
| Service Code: | RAD OP Imaging Only | Primary Care: | PHILLIPS,FLOYD E MD |
| Room #: | Bed #: | DOB/Sex: | Female |

***Facesheets***

*** Facesheet - Auth (Verified) ***

**Jefferson County Memorial**
**110 Hospital Drive**
**Jefferson City, TN 37760-5281**
**(865) 471-2500**

| Patient Number | I/P – O/P | Adv. Directive | Chart Number |
|---|---|---|---|
| 4404619 | O | U | 000331334 |

**Patient Name & Address**
GUERRERO SABRINA M

| Birthdate | Ethnicity | Preferred Language |
|---|---|---|
| / | NOT HISPANIC OR LAT | E |

| Patient Social Security Number | Age | Sex | Race | Status | Rel |
|---|---|---|---|---|---|
| | 53 | F | W | M | K |

| Privacy Notice Received (Y/N) / Date | History Number |
|---|---|
| Y 05/27/22 | 000331334 |

| Service | Room & Bed Number |
|---|---|
| RAD | / |

| Admit Date & Time | Discharge Date & Time |
|---|---|
| 05/27/22 08:07 | 05/27/22 08:07 |

| Patient Employer & Address | In Case of Emergency – Contact 1 | Contact 2 |
|---|---|---|
| AVALON HOSPICE<br>305 CALVARY DR<br>MORRISTOWN TN<br>37813 | GUERRERO DARWIN E<br>SPOUSE | GUERRERO ISABELLA<br>NOT LISTED<br>(<br>CHILD |

| Guarantor Name & Address | Guarantor Employer Name & Address | Financial Class | Legal Status |
|---|---|---|---|
| GUERRERO SABRINA M<br>(<br>SELF | AVALON HOSPICE<br>305 CALVARY DR<br>MORRISTOWN TN<br>37813 | B | |

**Guarantor Social Security Number**

**Primary Care Physician**
PHILLIPS FLOYD E

| Discharge Status | Last Admit Date |
|---|---|
| | 05/27/22 |

| Payor | Plan | Payor Name/Address/Phone | Name of Insured | Policy # / Group # |
|---|---|---|---|---|
| 530 | 2 | BCBS PREFERRED<br>1 CAMERON HILL CIRCLE<br>SUITE 0002<br>CHATTANOOGA TN 374020000<br>(800)924-7141 | GUERRERO SABRINA M<br>18 SELF<br>DOB:<br>TAN#: | Policy #: IEO689400940988<br>Group #: 715989410 |
| 530 | 4 | BCBS SELECT<br>1 CAMERON HILL CIRCLE<br>SUITE 0002<br>CHATTANOOGA TN 374020000<br>(423)755-5600 | GUERRERO DARWIN<br>01 SPOUSE<br>DOB:<br>TAN#: | Policy #: STTS00402622<br>Group #: 80860 |
| 0 | 0 | | DOB:<br>TAN#: | Policy #:<br>Group #: |

**Admitting Diagnosis**
SHORTNESS OF BREATH

| Admitting Physician | Attending Physician |
|---|---|
| 1999 PHILLIPS FLOYD E | 1999 PHILLIPS FLOYD E |

| Discharge Status | | | Isolation Status | |
|---|---|---|---|---|
| Home: | AMA: | Transfer: | MRSA: | VRE: |

**Comments**
BENEFITS

| Referral Source | Admit By |
|---|---|
| | SPE |

\>>>> 4404619 000331334 RAD 05/27/22 08:07

** 02214404619 FACE221B ADMISSIONS 05/27/22 000331334 GUERRERO SABRINA M

| | | | |
|---|---|---|---|
| **Patient:** | **GUERRERO, SABRINA M** | Adm Date: | 5/27/2022 |
| MRN: | 331334 | Attending: | PHILLIPS,FLOYD E MD |
| Account #: | 4404619 | Primary Care: | PHILLIPS,FLOYD E MD |
| Service Code: | RAD OP Imaging Only | DOB/Sex: | Female |
| Room #: | Bed #: | | |

***Echocardiograms***

**Jefferson Memorial Hospital**

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE + Stress echo report

| | | | |
|---|---|---|---|
| **Name:** | GUERRERO SABRINA M | | |
| **MRN:** | 00331334 | | |
| **Date of birth:** | | **Age:** | 53 year(s) |
| **Gender:** | Female | **BMI:** | 63.24 kg/m² |
| **Weight:** | 172.37 kg | **BSA:** | 2.6 m² |
| **Height:** | 165.1 cm | | |

**Procedure Staff**

| | |
|---|---|
| **Referring Physician:** | Floyd Phillips |
| **Sonographer:** | Juliann Blackburn, RCS |
| **Interpreting physician:** | Hong Tjoa, MD |

## Procedure Information

| | |
|---|---|
| **Exam date time:** | 5/27/2022 8:44 AM |
| **Procedure type:** | Echo |
| **Proc. sub type:** | TTE procedure: NI Echo TTE 2D Stress W Cont W Mont.<br>Stress procedure |
| **Patient status:** | Routine |
| **Blood pressure:** | 111 / 77 mmHg |
| **HR:** | 81 bpm |

| | |
|---|---|
| **Accession no:** | 3002214700135 |
| **FIN Number:** | 4404619 |
| **Study location:** | Jefferson City |
| **Technical quality:** | Good visualization. |

## Reason for Study

shortness of breath

Electronically signed by Hong Tjoa, MD (Interpreting physician) on 6/1/2022 at 6:21 PM

**Jefferson Memorial Hospital**

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE + Stress echo report

## Left Ventricle

| | | | |
|---|---|---|---|
| Diastolic dimension: | 6.96 cm **(3.8 - 5.6 cm)** | Systolic dimension: | 4.83 cm **(2.2 - 3.5 cm)** |
| 2D septum diastolic: | 1.03 cm **(0.6 - 0.9 cm)** | FS Normal Range (30-45%): | 31 % |
| 2D post wall diastolic: | 1.06 cm **(0.6 - 0.9 cm)** | | |
| LV mass (ASE formula): | 336.78 g **(67 - 162 g)** | | |
| LV mass index: | 129.61 g/m² **(43 - 95 g/m²)** | | |
| RWT: | 0.3 | | |

**LV M-Mode**

**LV Ejection Fraction**

| | | | |
|---|---|---|---|
| LVEDV Teichholz: | 337 ml **(46 - 106 ml)** | LVESV Teichholz: | 113 ml **(14 - 42 ml)** |
| LVEDVI Teichholz: | 129.69 ml/m² **(29 - 61 ml/m²)** | LVESVI Teichholz: | 43.49 ml/m² **(8 - 24 ml/m²)** |
| EF Teichholz: | 66 % | | |

**LV 3D/Strain**

## Right Ventricle

| | |
|---|---|
| Diastolic dimension: Normal Range (2.7-3.4cm): | 1.65 cm |

## Left Atrium

| | | | |
|---|---|---|---|
| **LA diameter (2D) Normal Range (2.0-4.0cm):** | 3 cm | **LA/Aorta (2D):** | 1.07 |

## Aorta/Great Vessels

| | |
|---|---|
| **Aortic root (2D):** | 2.8 cm |

**Jefferson Memorial Hospital**

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE + Stress echo report

## Rest

**ECG:**

Showed normal sinus rhythm at a rate of 80 bpm with normal intervals, leftward axis, early anterior R wave transition, and possible low voltage QRS complexes in the precordial leads.

| | |
|---|---|
| **Standing HR:** | 81 bpm |
| **Standing BP:** | 111 / 77 mmHg |

## Stress

| | | | |
|---|---|---|---|
| Peak HR: | 152 bpm | HR/BP product: | 17784 |
| Peak BP: | 117 / 76 mmHg | | |
| Predicted HR: | 167 bpm | | |
| % of predicted HR: | 91 | | |
| Test duration: | 6.43 min | | |

## Stress Interpretation

ECG conclusion:
1. This test is negative for ischemia with dobutamine infusion to a peak dose of 20 mcg/g/min and obtaining a peak heart rate of 156 bpm (93% of the maximum predicted heart rate).
2. Appropriate heart rate response with blunted BP response.
3. Arrhythmias: Rare isolated PVC.
4. Symptoms: No chest pain or shortness of breath reported.

Echocardiographic data:
The baseline echocardiographic images appear to show normal aortic root size, normal chamber sizes, and normal LV wall thickness. Preserved biventricular systolic function with an LVEF in the range of 50 to 55%. No obvious LV regional wall motion abnormalities identified. Structurally intact interatrial and interventricular septum by 2D appearance. No intracardiac shunts readily detected by color-flow Doppler interrogation. No intracavitary masses or thrombi seen. No clinically significant structural valvular disease detected. Trivial MR and TR may be present by Doppler assessment. No clinically significant pericardial effusion seen. At low-dose dobutamine infusion (10 mcg/kg/min), improved contractility is seen in all LV segments. With increasing dobutamine infusion to a peak dose of 20 mcg/kg/min and obtaining a peak heart rate of 156 bpm (93% of the maximum predicted heart rate), there is further improvement in contractility in all LV segments with augmentation of the left ventricular ejection fraction. No new ischemic LV wall motion abnormalities seen in any LV segment. Study is also completed with injection of IV contrast (Definity) for LV opacification and endocardial border definition without complications.

Impression: There is no obvious echocardiographic evidence of myocardial ischemia with dobutamine infusion to a peak dose of 20 mcg/kg/min and obtaining a peak heart rate of 156 bpm (86% of the maximum predicted heart rate). The baseline echocardiographic data are as described above. Study also completed with injection of IV echo contrast (Definity) without complications. Patient deemed at low CV risk based on the results.

*** Echocardiogram - Auth (Verified) ***

**Jefferson Memorial Hospital**

Tennova Healthcare

110 Hospital Dr.
Jefferson City, TN 37760
Phone: (865) 471-2500

Status:Finalized

# TTE + Stress echo report

**Results**

| | |
|---|---|
| **Global LVEF (rest):** | Normal (LVEF >50%) |
| **Global LVEF (stress):** | Hyperkinetic (LVEF >70%) |
| **ECG:** | With increasing dobutamine infusion to a peak dose of 20 mcg/kg/min and obtaining a peak heart rate of 156 bpm, no new convincingly diagnostic ischemic ST segment changes are seen during stress or in recovery. Besides rare isolated PVC, no other clinically significant rhythm disturbances detected. |

Electronically signed by Hong Tjoa, MD (Interpreting physician) on 6/1/2022 at 6:21 PM

| | | | |
|---|---|---|---|
| **Patient:** | **GUERRERO, SABRINA M** | Adm Date: | 5/27/2022 |
| MRN: | 331334 | Attending: | PHILLIPS,FLOYD E MD |
| Account #: | 4404619 | Primary Care: | PHILLIPS,FLOYD E MD |
| Service Code: | RAD OP Imaging Only | DOB/Sex: | Female |
| Room #: | Bed #: | | |

## ***Exercise Stress Tests***