* Stress Test - Auth (Verified) *




EXHIBIT

3, part 3

* Stress Test - Auth (Verified) *






EXHIBIT
3, part 3

Lincoln/Guerrero 2372

* Stress Test - Auth (Verified) *



* Stress Test - Auth (Verified) *



* Stress Test - Auth (Verified) *



* Stress Test - Auth (Verified) *



* Stress Test - Auth (Verified) *



* Stress Test - Auth (Verified) *



*** Stress Test - Auth (Verified) ***



* Stress Test - Auth (Verified) *



* Stress Test - Auth (Verified) *

331334
GUERRERO sABRINA
Acquired:5/27/2022 9:05:35 AM

Female
DOB
Pharmacology

# EVENT PRINT
**Exercise Stage 7**
ST measurement based on J+60 ms

Dobutamine

Exercise: 06:22
Stage 7: 00:22

HR:152 BP:117/76 Speed:-- Grade:--




ATROPINE 0.25MG

Speed: 25 mm/s Limb: 10 mm/mV Chest: 10 mm/mV F S 60~ 0.05-150 Hz

Device: Jefferson Memorial Hospital

Page 1 of 1

201 REORDER M1708A

* Stress Test - Auth (Verified) *



*** Stress Test - Auth (Verified) ***



* Stress Test - Auth (Verified) *



* Stress Test - Auth (Verified) *



* Stress Test - Auth (Verified) *



* Stress Test - Auth (Verified) *



* Stress Test - Auth (Verified) *



* Stress Test - Auth (Verified) *



* Stress Test - Auth (Verified) *



* Stress Test - Auth (Verified) *

