* Stress Test - Auth (Verified) *






EXHIBIT
3, part 4

Lincoln/Guerrero 2392

* Stress Test - Auth (Verified) *

331334
GUERRERO sABRINA
Start:5/27/2022 8:54:54 AM

Female
DOB:
Pharmacology

# PATIENT DATA

ST measurement based on J+60 ms

Dobutamine

## Patient Information

| | |
|---|---|
| **Patient ID:** | 331334 |
| **Last Name:** | GUERRERO |
| **First Name:** | sABRINA |
| **Additional Name:** | |
| **Alternate ID:** | |
| **Date Of Birth:** | |
| **Age:** | 53 years |
| **Target HR:** | 141 BPM |
| **Gender:** | Female |
| **Race:** | |
| **Height:** | 65 In |
| **Weight:** | 375 Lb |
| **BMI:** | 62.5 |

## History

| | |
|---|---|
| **Smoker:** | Unknown |
| **Prior Cath:** | Unknown |
| **Prior PCI:** | Unknown |
| **History of MI:** | Unknown |
| **Heart Failure:** | Unknown |
| **Prior CABG:** | Unknown |
| **Prior Heart Valve Surgery:** | Unknown |
| **Diabetic:** | Unknown |
| **Angina:** | Unknown |
| **Family History of CV Disease:** | Unknown |
| **History Notes:** | |

## Physician

| | |
|---|---|
| **Attending Physician:** | nATHAN |
| **Referring Physician:** | PHILLIPS |
| **Operator ID:** | |
| **Nurse Name:** | S MORGAN RN |
| **Nuclear Tech Name:** | |
| **Echo Tech Name:** | Juliann Rich, RCS |

## Order

| | |
|---|---|
| **Encounter ID:** | |
| **Order Number:** | |
| **Account Number:** | 4404619 |
| **Address:** | |
| **Home Telephone:** | |
| **Work Telephone:** | |

## Custom Fields

## Indication

## Medications/Dosages/Frequency

## Notes

[5/27/2022 8:57 AM]DENISES CP OR SOB
[5/27/2022 9:05 AM]OBTAINING IMAGES

[5/27/2022 9:11 AM]TOL WELL, DENISES CP OR DYSPNEA

Device: Jefferson Memorial Hospital

Unconfirmed Report

201 REORDER M1708A

* Stress Test - Auth (Verified) *

331334
GUERRERO sABRINA
Start5/27/2022 8:54:54 AM

Female
DOB
Pharmacology

# SUMMARY REPORT

ST measurement based on J+60 ms

Dobutamine

| Summary | |
|---|---|
| Exercise Time: | 06:26 |
| Max Speed: | 0.0MPH |
| Max Grade: | 0.0% |
| Leads with 0.1 mV ST: | |
| PVCs: | 0 |
| FAI%: | 13.5 |
| Duke Score: | --- |
| Angina: | |

| Max Values | | | |
|---|---|---|---|
| METs: | 1.00 | | Exe 00:00 |
| HR: | 156 | BPM | Exe 06:45 |
| %Target: | 110 | | |
| SBP: | 142/51 | mmHg | Exe 07:14 |
| DBP: | 109/82 | mmHg | Exe 15:04 |
| HR*BP: | 22152 | BPM * mmHg | Exe 07:14 |
| SpO2: | 100 | % | Exe 04:33 |

| Reference Values | |
|---|---|
| Reference HR: | --- |
| Reference BP (Sys/Dia): | / |
| Reference | |

| Max ST and ST Changes from Reference | | | | |
|---|---|---|---|---|
| ST elevation: | 0.08 | mV | inaVR | Exe 06:24 |
| ST depression: | -0.10 | mV | inI | Exe 06:28 |
| ST elevation change: | 0.08 | mV | inaVR | Exe 06:24 |
| ST depression change: | -0.10 | mV | inI | Exe 06:28 |
| ST/HR Index: | 1.37 | uV/bpm | inI | Exe 06:28 |

**Reason for End**

**Symptoms**

**Narrative Summary**

93% MPHR

Signed: Date:

Device: Jefferson Memorial Hospital

Unconfirmed Report

REORDER M1708A

331334
GUERRERO sABRINA
Start:5/27/2022 8:54:54 AM

Female
DOB
Pharmacology

# SUMMARY TABLE

ST measurement based on J+60 ms

Dobutamine

STAGE SUMMARY (ST Unit: mV)

| Phase Time | Speed (MPH) | Grade (%) | Max HR (BPM) | BP (mmHg) | METs | HR*BP | SpO2 | I | II | III | aVR | aVL | aVF | V1 | V2 | V3 | V4 | V5 | V6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre Exercise 01:59 | 0.0 | 0.0 | -- | --/-- | 1.00 | -- | 98 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Start Exe 00:00 | 0.0 | 0.0 | 85 | 111/77 | 1.00 | 9102 | 98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 |
| Exe Stage 1 01:00 | 0.0 | 0.0 | 85 | 117/76 | 1.00 | 9711 | 98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 |
| Exe Stage 2 02:00 | 0.0 | 0.0 | 83 | 117/76 | 1.00 | 9711 | 98 | 0.00 | -0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 |
| Exe Stage 3 03:00 | 0.0 | 0.0 | 91 | 117/76 | 1.00 | 10413 | 98 | -0.02 | -0.02 | 0.00 | 0.02 | -0.01 | -0.01 | 0.02 | 0.00 | 0.00 | -0.01 | 0.00 | -0.01 |
| Exe Stage 4 04:00 | 0.0 | 0.0 | 115 | 117/76 | 1.00 | 13455 | 98 | -0.03 | -0.04 | 0.00 | 0.04 | -0.02 | -0.02 | 0.01 | 0.00 | -0.01 | -0.01 | -0.01 | -0.01 |
| Exe Stage 5 05:00 | 0.0 | 0.0 | 145 | 117/76 | 1.00 | 16965 | 100 | -0.07 | -0.06 | 0.01 | 0.07 | -0.05 | -0.02 | 0.03 | -0.01 | -0.01 | -0.02 | -0.03 | -0.02 |
| Exe Stage 6 06:00 | 0.0 | 0.0 | 145 | 117/76 | 1.00 | 16965 | 100 | -0.08 | -0.06 | 0.02 | 0.07 | -0.05 | -0.01 | 0.03 | -0.01 | 0.01 | 0.00 | -0.02 | 0.01 |
| Exe Stage 7 06:26 | 0.0 | 0.0 | 152 | 117/76 | 1.00 | 17784 | 100 | -0.10 | -0.08 | 0.02 | 0.08 | -0.05 | -0.02 | 0.02 | -0.02 | 0.00 | -0.01 | 0.00 | -0.02 |
| Rec Stage 1 12:39 | 0.0 | 0.0 | 156 | --/-- | 1.00 | -- | 100 | -0.05 | -0.05 | 0.00 | 0.05 | -0.01 | -0.03 | 0.01 | -0.02 | 0.00 | -0.02 | -0.03 | 0.01 |

Device: Jefferson Memorial Hospital

Unconfirmed Report

201 REORDER M1708A

* Stress Test - Auth (Verified) *



* Stress Test - Auth (Verified) *



| | | | |
|---|---|---|---|
| **Patient:** | **GUERRERO, SABRINA M** | Adm Date: | 5/27/2022 |
| MRN: | 331334 | Attending: | PHILLIPS,FLOYD E MD |
| Account #: | 4404619 | Primary Care: | PHILLIPS,FLOYD E MD |
| Service Code: | RAD OP Imaging Only | DOB/Sex: | Female |
| Room #: | Bed #: | | |

## *Non-Invasive Cardiology*

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 300-22-147-00135 | 5/27/2022 09:16 EDT | NI Echo TTE 2D Stress W Cont W Mont. | PHILLIPS,FLOYD E MD | 53 years |

**Reason for Exam**
(NI Echo TTE 2D Stress W Cont W Mont.) SHORTNESS OF BREATH

**Report**

| | | | | | |
|---|---|---|---|---|---|
| Name: | GUERRERO SABRINA M | | | Procedure Staff | |
| MRN: | 00331334 | | | Referring Physician: | Floyd Phillips |
| Date of birth: | | Age: | 53 year(s) | Sonographer: | Juliann Blackburn, RCS |
| Gender: | Female | BMI: | 63.24 kg/m\S\2 | Interpreting physician: | Hong Tjoa, MD |
| Weight: | 172.37 kg | BSA: | 2.6 m\S\2 | | |
| Height: | 165.1 cm | | | | |

Procedure Information

| | | | |
|---|---|---|---|
| Exam date time: | 5/27/2022 8:44 AM | | |
| Procedure type: | Echo | | |
| Proc. sub type: | TTE procedure: NI Echo TTE 2D Stress W Cont W Mont.<br>Stress procedure | | |
| Patient status: | Routine | Accession no: | 3002214700135 |
| Blood pressure: | 111 / 77 mmHg | FIN Number: | 4404619 |
| HR: | 81 bpm | Study location: | Jefferson City |
| | | Technical quality: | Good visualization |

Reason for Study
shortness of breath

Electronically signed by Hong Tjoa, MD (Interpreting physician) on 6/1/2022 at 6:21 PM

Left Ventricle

| | | | |
|---|---|---|---|
| Diastolic dimension: | 6.96 cm<br>(3.8 - 5.6 cm) | Systolic dimension: | 4.83 cm<br>(2.2 - 3.5 cm) |
| 2D septum diastolic: | 1.03 cm<br>(0.6 - 0.9 cm) | FS Normal Range (30-45%): | 31 % |
| 2D post wall diastolic: | 1.06 cm<br>(0.6 - 0.9 cm) | | |
| LV mass (ASE formula): | 336.78 g<br>(67 - 162 g) | | |
| LV mass index: | 129.61 g/m\S\2 | | |

| | | | |
|---|---|---|---|
| **Patient:** | **GUERRERO, SABRINA M** | Adm Date: | 5/27/2022 |
| MRN: | 331334 | Attending: | PHILLIPS,FLOYD E MD |
| Account #: | 4404619 | Primary Care: | PHILLIPS,FLOYD E MD |
| Service Code: | RAD OP Imaging Only | DOB/Sex: | Female |
| Room #: | Bed #: | | |

## *Non-Invasive Cardiology*

**Report**

(43 - 95 g/m\S\2)
RWT: 0.3
LV M-Mode
LV Ejection Fraction
LVEDV Teichholz: 337 ml (46 - 106 ml)
LVESV Teichholz: 113 ml (14 - 42 ml)
LVEDVI Teichholz: 129.69 ml/m\S\2 (29 - 61 ml/m\S\2)
LVESVI Teichholz: 43.49 ml/m\S\2 (8 - 24 ml/m\S\2)
EF Teichholz: 66 %
LV 3D/Strain
Right Ventricle
Diastolic dimension: 1.65 cm
Normal Range (2.7-3.4cm):

Left Atrium
LA diameter (2D) 3 cm
LA/Aorta (2D): 1.07
Normal Range (2.0-4.0cm):

Aorta/Great Vessels
Aortic root (2D): 2.8 cm

Rest
ECG:
Showed normal sinus rhythm at a rate of 80 bpm with normal intervals, leftward axis, early anterior R wave transition, and possible low voltage QRS complexes in the precordial leads.
Standing HR: 81 bpm
Standing BP: 111 / 77 mmHg

Stress
Peak HR: 152 bpm
HR/BP product: 17784
Peak BP: 117 / 76 mmHg
Predicted HR: 167 bpm
% of predicted HR: 91
Test duration: 6.43 min

Stress Interpretation
ECG conclusion:
1. This test is negative for ischemia with dobutamine infusion to a peak dose of 20 mcg/g/min and obtaining a peak heart rate of
156 bpm (93% of the maximum predicted heart rate).

**Patient:** **GUERRERO, SABRINA M**
MRN: 331334
Account #: 4404619
Service Code: RAD OP Imaging Only
Room #: Bed #:

Adm Date: 5/27/2022
Attending: PHILLIPS,FLOYD E MD
Primary Care: PHILLIPS,FLOYD E MD
DOB/Sex: Female

## *Non-Invasive Cardiology*

**Report**

2. Appropriate heart rate response with blunted BP response.
3. Arrhythmias: Rare isolated PVC.
4. Symptoms: No chest pain or shortness of breath reported.

Echocardiographic data:
The baseline echocardiographic images appear to show normal aortic root size, normal chamber sizes, and normal LV wall
thickness. Preserved biventricular systolic function with an LVEF in the range of 50 to 55%. No obvious LV regional wall motion
abnormalities identified. Structurally intact interatrial and interventricular septum by 2D appearance. No intracardiac shunts
readily detected by color-flow Doppler interrogation. No intracavitary masses or thrombi seen. No clinically significant structural
valvular disease detected. Trivial MR and TR may be present by Doppler assessment. No clinically significant pericardial effusion
seen. At low-dose dobutamine infusion (10 mcg/kg/min), improved contractility is seen in all LV segments. With increasing dobutamine infusion to a peak dose of 20 mcg/kg/min and obtaining a peak heart rate of 156 bpm (93% of the maximum predicted heart rate), there is further improvement in contractility in all LV segments with augmentation of the left ventricular
ejection fraction. No new ischemic LV wall motion abnormalities seen in any LV segment. Study is also completed with injection
of IV contrast (Definity) for LV opacification and endocardial border definition without complications.

Impression: There is no obvious echocardiographic evidence of myocardial ischemia with dobutamine infusion to a peak dose of
20 mcg/kg/min and obtaining a peak heart rate of 156 bpm (86% of the maximum predicted heart rate). The baseline echocardiographic data are as described above. Study also completed with injection of IV echo contrast (Definity) without complications. Patient deemed at low CV risk based on the results.
Results
Global LVEF (rest): Normal (LVEF >50%)
Global LVEF (stress): Hyperkinetic (LVEF >70%)
ECG: With increasing dobutamine infusion to a peak dose of 20 mcg/kg/min and obtaining a peak heart rate of
156 bpm, no new convincingly diagnostic ischemic ST segment changes are seen during stress or in recovery. Besides rare isolated PVC, no other clinically significant rhythm disturbances detected.

Electronically signed by Hong Tjoa, MD (Interpreting physician) on 6/1/2022 at 6:21 PM

***** Final *****

Signed by: Tjoa, Hong I MD
Signed (Electronic Signature): 06/01/2022 06:21 pm EDT



**Lincoln/Guerrero 2400**

Re[redacted]

sharecare

RELEASEPOINT- SAINT PETERS
PO BOX 1390
ST PETERS MO 63376-0121

11085239
Aug 11 2022 10:14 AM
SABRINA GUERRERO

TN200
Aug 16 2022 1:10 AM

42

**CONFIDENTIAL - MEDICAL RECORDS**

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

**TENNOVA TURKEY CREEK MEDICAL CENTER**
**10820 PARKSIDE DR**
**ATTN: MEDICAL RECORDS**
**KNOXVILLE, TN 37934**

Date: Aug 9, 2022

**Re: Long Term Disability Benefits**
Claim# 9563533 12827197
Claimant: GUERRERO, SABRINA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: TEN023

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From May 4, 2022 to Present**
**Please provide all records within the time frame requested of May 4, 2022 to Present to include records from Cydney Vanosdale.**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Jesus Garcia
Disability Information Specialist
Phone No.: (213) 266-7863
Fax No: (213) 884-4921

RPID: 9563533

**Lincoln/Guerrero 2402**

**RPid #9563533**

All portions of this form *must* be completed to constitute a valid authorization for release of health information under the Health Insurance Portability and Accountability Act (HIPAA) privacy regulations. If any field is left blank, the authorization will be considered defective.

*R 0 I*

GUERRERO, SABRINA

I authorize the use and disclosure of health information about me as described below:

Facility Authorized to Release my Health Information
TENNOVA TURKEY CREEK MEDICAL CENTER

| Address | City | State | Zip | Telephone Number |
|---|---|---|---|---|
| 10820 PARKSIDE DR, KNOXVILLE, TN 37934 | | | | |

Lincoln Financial Group c/o ReleasePoint, Inc.

PO Box 1390, St. Peters, MO 63376

☐ Discharge Summary ☐ History and Physical ☐ Consultation(s) ☐ Progress Notes ☐ Emergency Room Record
☐ Operative Note(s) ☐ Imaging/X-Ray Films ☐ X-Ray Reports ☐ Lab ☐ Pathology Report
X Other *(specify)* all PHI, excluding x-ray films ☐ Entire Record ☐ Fetal Heart Monitor Strips

From (date): 05/04/2022 To (date): Present Account Number:
From (date): To (date): Account Number:

☐ Treatment/Consultation ☐ At Request of Patient ☐ Research ☐ Marketing ☐ Billing or Claims Payment
☐ At Request of Employer X Other Claims - Disability Insurance

"Health Information" identifies you (the patient) by name, and includes other demographic information about you. "Health Information" may include, but is not limited to: medical records, X-Ray films, slides, tracings, strips, etc.

I hereby discharge the releasing facility, its agents and employees from any and all liabilities, responsibilities, damages, and claims which might arise from the release of information authorized herein, ***to include alcohol, drug abuse, communicable disease including HIV status, and/or psychiatric diagnoses*** compiled during my visit, encounter or hospitalization, or make copies thereof in accordance with the policies of this facility.

Protected Health Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and is no longer protected by this privacy rule. If research-related Health Information is used or disclosed for continued research purposes, an expiration date or event does not apply.

This authorization will automatically *expire 60 days* after the date of signature below (except as indicated below), unless an earlier date is specified, or at the conclusion of a specified event. I understand that I have a right to revoke this authorization at any time, in writing, as stated in the Notice of Privacy Practices, except where the facility has already made disclosures in reliance upon my prior authorization.

Treatment, payment, enrollment or eligibility for benefits may not be conditioned on obtaining an authorization if the HIPAA prohibits such conditioning. If conditioning is permitted, refusal to sign the authorization may result in denial of care or coverage.

NOTICE TO RECEIVING AGENCY OR INDIVIDUAL: This information is to be treated in accordance with (HIPAA) privacy regulations.

Sabrina Guerrero

Relationship to Patient / Authority to Act on Patient's Behalf: Self

Interpreter, if Utilized

Witness's Signature

Date: 8/5/22 Time: 9:04 AM

Expiration Date or Event

☐ **Signature validated against driver's license or signature in Medical Record. There may be a charge for copying Medical Records.*
☐ Electronic copy requested.

Authorization to Use and Disclose
Protected Health Information
HIM-1401GHMS
(Revised 11/10, 02/12, 05/14, 08/14, 04/15)

Page 1 of 1

Patient Label

RPID: 9563533

**Lincoln/Guerrero 2403**

Lincoln Financial Group®

**Lincoln Financial Group**
100 Liberty Way
Dover, NH 03820

LincolnFinancial.com

P.O. Box 7207
London, KY 40742-7207

P.O. Box 2578
Omaha, NE 68172

March 4, 2022

To Whom It May Concern,

The Lincoln National Life Insurance company authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

Electronic mail to: charts@releasepoint.com
Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Shaun M Donahue, CSSC
Assistant Vice President, Clinical Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376



*Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.*

# Quality Assurance Report

## Request Information

Report Date: August 17, 2022

**RP ID:** 9563533

Patient Name: GUERRERO, SABRINA

Provider Name: TENNOVA TURKEY CREEK MEDICAL CENTER

## Quality Assurance Information

Scope Requested: **From May 4, 2022 to Present**

Special Request:

Please provide all records within the time frame requested of May 4, 2022 to Present to include records from Cydney Vanosdale.

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Used admit date to keep the records intact

Chart Reviewed By: AAYAA

## Medical Record Overview

**Date:** **August 4, 2022**

**Patient Name:** GUERRERO, SABRINA

**Records From:** Dr. Mandeep Bakshi
801 E Church St.
Greeneville, TN 37745
(423) 798-8052

**Request Scope:** From January 1, 2022 to Present

**Chart Range:** 07/14/2022 - 07/14/2022

**RP ID:** 9563532

**Client ID:** 12827197

**Source:** L-CLTLTD

**Req By:** A Moultrie
09-LF0132
Ashley.Moultrie@lfg.com

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jul 14 2022 | Jul 14 2022 | 3 | 2 |
| Request Corr. | | | 4 | 5 |

**Total Page Count:** 7

**Notes From QC:**

**Lincoln/Guerrero 2406**

GUERRERO, Sabrina **DOB:** (53 yo F) **Acc No.** 36053 **DOS:** 07/14/2022

**Guerrero, Sabrina**
**53 Y old Female, DOB:**
**Account Number: 36053**
**Home:**
**Guarantor: Guerrero, Sabrina Insurance: Blue Cross Blue Shield**
**Appointment Facility: 4395Mandeep S. Bakshi, MD**

**07/14/2022** **Mandeep S. Bakshi, M.D.**

**Current Medications**

Taking
- Albuterol 90 MCg inhaler 2 puffs QID
- Symbicort 160 mcg-4.5 mcg/inh aerosol 2 puff(s) inhaled 2 times a day
- Topiramate 25 mg tablet 1 tab(s) orally 2 times a day
- benzonatate 100 mg capsule 1 cap(s) orally 3 times a day
- Hyoscyamine
- Ondansetron 4 mg tablet 1 tab(s) orally every 8 hours
- Ozempic (1 mg dose) 4 mg/3 mL solution as directed subcutaneously once a week
- Calcitriol 0.5 mcg capsule 1 cap(s) orally once a day
- escitalopram 10 mg tablet 1 tab(s) orally once a day
- cetirizine 10 mg tablet 1 tab(s) orally once a day
- Vitamin D
- minocycline 100 mg capsule 1 cap(s) orally every 12 hours
- meloxicam 15 mg tablet 1 tab(s) orally once a day
- calcium citrate
- Vitamin C
- vitamin A
- Vitamin B-12
- Omega-3 Fish Oil
- Zinc

Medication List reviewed and reconciled with the patient

**Past Medical History**

Asthma No.
COPD No.
Sleep Apnea Yes.
GERD/Heartburn No.
Ulcers No.
Diabetes No.
Thyroid problems Yes.
Hypertension Yes.
Stroke No.
Coronary Artery Disease No.

**Reason for Appointment**

1. NP referred for Post Covid chronic dyspnea

**Assessments**

1. Dyspnea, unspecified - R06.00 (Primary)
2. Cough - R05
3. Obstructive Sleep Apnea (Unspecified) - G47.30

**Treatment**

**1. Dyspnea, unspecified**
Notes: I have advised her about the causes of dyspnea. I have advised her that breathing can be worsened by allergies and GERD. I have advised her that obesity can contribute to shortness of breath. Previous spirometry 06/22 suggest FEV1 of 100%. I have advised her this is normal. I have advised her to stop Symbicort. I have advised her that she can continue albuterol as needed for wheezing. Advised her to practice deep breathing exercises.

**2. Cough**
Notes: I have advised her about cough. I advised her that this could be multifactorial. I advised that this could be related to GERD/Allergy problems. I would recommend her to avoid caffeine. I advised her to avoid allergen exposure. I have advised her to stop benazepril. She will discuss this with her PCP. I have advised her to continue cetirizine 10 mg daily. May continue benzonatate as needed for cough. Advised she may use Flonase OTC for allergy symptoms as needed. Advised her she may take famotidine 40 mg daily for GERD symptoms. Continue to sleep elevated. Avoid eating late at night.

**3. Obstructive Sleep Apnea (Unspecified)**
Notes: For obstructive sleep apnea hypopnea syndrome, I explained the pathophysiology of sleep apnea to the patient. I advised the patient regarding long-term consequences untreated sleep apnea with increased risk of stroke, hypertension, heart disease. She has started on CPAP in 04/22. She is doing well with CPAP and has followed with her PCP for compliance. She continues to have extreme fatigue. I have advised her we may consider medications for daytime hypersomnia at a next visit. I have advised her to continue

GUERRERO, Sabrina **DOB:** (53 yo F) **Acc No.** 36053 **DOS:** 07/14/2022

Fibromyalgia Yes.
Arthritis Yes.

**Surgical History**

Denies Past Surgical History

**Family History**

Mother: High Cholesterol
Father: Heart Attack,Heart Disease,Stroke,Hypertension,Diabetes Mellitus,Cancer
Siblings: Heart Disease,Hypertension,High Cholesterol,Diabetes Mellitus
Non-Contributory

**Social History**

Marital status: Married.
Number of Children: 1.
Occupation: Fulltime,.
Smoking Previous,.
Cigars,Pipes,Chewing Tobacco: Never.
Caffeinated Coffee: none.
Caffeinated Tea: 1-4.
Caffeinated Soft Drink: 1-4.
Alcohol: Rare.
Illegal drug use: Never.

**Allergies**

sulfa

**Hospitalization/Major Diagnostic Procedure**

Denies Past Hospitalization

**Review of Systems**

CONSTITUTIONAL:
Extreme Fatigue YES. Recent Weight loss YES. Recent Weight gain no. Difficulty Sleeping no. Night sweats no. Fever no.
SKIN:
Mole or lesions no. Unusual or Prolonged Rashes no.
EENT:
Change in vision YES. Frequent nosebleed no. Sinus drainage or congestion YES. Allergies YES. Voice changes no. Frequent Sore throat YES. Difficulty swallowing no.

RESPIRATORY:
Shortness of breath YES. Chronic cough no. Asthma no. Lung Disease no. History of Pneumonia no. History of Tuberculosis no.
CARDIAC/Pheripheral Vascular Disease:
Chest Pain no. Irregular Heart Rhythm no. Shortness of breath YES. Swelling of Leg,Ankles,Feet no. Cramping in legs w/ walking YES.

CPAP every night. Advised her to bring the machine or a download at next visit.

**Procedures**

CXR:
suggested Detail limited due to patient factors. No definite signs of acute cardiopulmonary disease.

**Preventive Medicine**

Counseling: Smoking Patient counseled on the dangers of smoking 07/14/2022. Education: Patient given education material Yes.

**Follow Up**

2-3 Months

**History of Present Illness**

Dyspnea:
Ms. Guerrero is here today to establish care for dyspnea status post COVID 02/22. She was treated at home and never admitted to the hospital. She has noted her breathing is improved slowly since having COVID, but she continues to have trouble with breathing with any kind of exertion. She reports her oxygen saturation, chest x-ray, and PFT have all been okay. She has completed physical therapy. She was given Symbicort and albuterol, but she has been using them sparingly due to cost. She only uses these when she feels extremely short of breath. She does not improvement with the inhaler. She has undergone home sleep study and was started on CPAP machine 04/22. The post-COVID center in Kingsport wanted her to see pulmonology and referred her to our office. She continues to have extreme fatigue and brain fog. Her family reports she asks the same questions multiple times. She has occasional wheezing. She does have intermittent coughing. This is worsened by exertion. The cough is productive of brown/green sputum. She does think this is related to recent congestion she has over the last few days. She has been on a leave of absence since February from work.

**Vital Signs**

Wt **364.8**, Ht **65**, Temp **97.1**, BP **118/86**, O2 sat **96%**, RR **19**, HR **84**, BMI **60.70**.

**Physical Examination**

GENERAL:
General Appearence: in no acute distress.
HEENT:
Pupils: ERRLA. EOM: intact. Nasal septum: midline. Oral cavity: normal. Nose: normal. Turbinates: pale. Pharynx: normal.
NECK:
Neck: supple. Cervical lymph nodes: normal. ROM: normal. Masses: no. JVD: no.
RESPIRATORY:
Breath sounds bilaterally: clear to auscultation bilaterally.

**GUERRERO, Sabrina DOB: (53 yo F) Acc No. 36053 DOS: 07/14/2022**

GASTROENTEROLOGY:
Change in Appetite no. Heartburn/Reflux no. Stomach Ulcers no. Abdominal pain YES. Nausea/Vomiting no.
URINARY:
Burning with urinating no. Blood in urine no. Frequent urination no. Decreased Urine Stream no. Lack of bladder control no.
ENDOCRINE:
Heat or Cold intolerance YES. Excessive thirst no. Excessive urination no.
MUSCULOSKELETAL:
Arthritis/Joint pain YES. History of Gout no. Back pain YES. Muscle Pain YES.
NEUROLOGIC:
Poor Concentration YES. Frequent Headache YES. Change in memory YES. History of Seizures no. Numbness/Tingling no.
PSYCHIATRIC:
Depression YES. Anxiety YES. Bipolar no. Schizophrenia no. Panic Attack no.

HEART:
PMI: normal. Rhythm: regular. Murmurs: no. Heart sounds: normal. Clicks: no.
ABDOMEN:
Masses: no. Exam shows: the abdomen is soft and non-tender.
EXTREMITIES:
Edema: no. Cyanosis: no. Clubbing: no. Pulses: 2+ bilateral.
NEUROLOGICAL:
Sensory: normal. Coordination: normal. Reflexes: 2+ bilaterally. Gait: normal. Cortical functions: alert and oriented x 3. Motor grossly intact/symmetrically: yes.

Mandeep Bakshi

**Electronically signed by Mandeep Bakshi , MD on 07/14/2022 at 04:29 PM EDT**

**Sign off status: Completed**

**4395Mandeep S. Bakshi, MD**
**801 East Church Street**
**GREENEVILLE, TN 37745-4395**
**Tel: 423-798-8052**
**Fax: 423-798-8055**

Request Corr.

MANDEEP S BAKSHI, MD * ALICE M PINYAN, DNP * SHEA P PITTS, FNP

# FAX

East TN Pulmonary & Sleep Medicine** 801 E. Church Street Greeneville, TN 37745

DATE: 8/4/22

TO: Jesus Garcia

FAX: 213 884-4921

RE: Claim # 9563532

FROM: East TN Pulmonary & Sleep Medicine

FAX: 423.798.8055

PHONE: 423.798.8052

PAGES: 7 including cover

NOTE:

COMMENTS:

Important Notice: *This message is intended for the use of the individual to which it is addressed and may contain information which is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me by telephone and return the original message to the address above. If you do not receive all pages, please call the office. Thank You*

Lincoln/Guerrero 2410

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

**EAST TENNESSE PULMONARY & SLEEP MED**
**801 E Church St**
**ATTN: MEDICAL RECORDS**
**GREENEVILLE, TN 37745-**

Date: Jul 27, 2022

**Re: Long Term Disability Benefits**
Claim# 9563532 12827197
Claimant: GUERRERO, SABRINA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: CCRYCL

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From January 1, 2022 to Present**

**Please provide all records within the time frame requested of Janaury 1, 2022 to Present to include records from Dr. Mandeep Bakshi**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Jesus Garcia
Disability Information Specialist
Phone No.: (213) 266-7863
Fax No: (213) 884-4921

RPID: 9563532

**Lincoln/Guerrero 2411**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Sabrina Guerrero

Name of legal representative, if applicable (print) ________________ Relationship Self

Signature of claimant or legal representative [signature] Date: 6/8/22

Date of Birth: ________ Claim Number: 12827197

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

**Lincoln Financial Group**
100 Liberty Way
Dover, NH 03820

LincolnFinancial.com

P.O. Box 7207
London, KY 40742-7207

P.O. Box 2578
Omaha, NE 68172

March 4, 2022

To Whom It May Concern,

The Lincoln National Life Insurance company authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

Electronic mail to: charts@releasepoint.com
Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Shaun M Donahue, CSSC
Assistant Vice President, Clinical Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376



*Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.*

RPID: 9563532

# Quality Assurance Report

## Request Information

Report Date: August 4, 2022

**RP ID:** 9563532

Patient Name: GUERRERO, SABRINA

Provider Name: EAST TENNESSE PULMONARY & SLEEP MED

## Quality Assurance Information

Scope Requested: **From January 1, 2022 to Present**

Special Request:

Please provide all records within the time frame requested of Janaury 1, 2022 to Present to include records from Dr. Mandeep Bakshi

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: GBAND

**Lincoln/Guerrero 2414**

**East Tennessee Pulmonary and Sleep Medicine**
Mandeep S. Bakshi, MD * Alice Pinyan, FNP-BC * Shea P. Pitts, NP
801 E. Church Street
Greeneville, Tennessee 37745
Telephone: 423.798.8052 Fax: 423.798.8055

August 2, 2022

To: Jesus Garcia
Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St Peters, MO 63376

Fax No: 213 884-4921

Re: Sabrina Guerrero
DOB:

Our office has received a request to provide medical records for the patient listed above. Please be advised that our office requires a of $20.00 fee for copying records. Medical records will be faxed or mailed to you once payment has been received.

Please make checks payable to:
East Tennessee Pulmonary and Sleep Medicine
Our tax ID number: 320150047

To pay by credit card please call: 423.798.8052
Records will be sent upon receipt of payment.

Sincerely,

Stephanie Holt

**East Tennessee Pulmonary and Sleep Medicine**
Mandeep S. Bakshi, MD * Alice Pinyan, FNP-BC * Shea P. Pitts, NP
801 E. Church Street
Greeneville, Tennessee 37745
Telephone: 423.798.8052 Fax: 423.798.8055

August 2, 2022

To: Jesus Garcia
Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St Peters, MO 63376

Fax No: 213 884-4921

Re: Sabrina Guerrero
DOB:

Our office has received a request to provide medical records for the patient listed above. Please be advised that our office requires a of $20.00 fee for copying records. Medical records will be faxed or mailed to you once payment has been received.

Please make checks payable to:
East Tennessee Pulmonary and Sleep Medicine
Our tax ID number: 320150047

To pay by credit card please call: 423.798.8052
Records will be sent upon receipt of payment.

Sincerely,

Stephanie Holt

**Lincoln/Guerrero 2416**

ReleasePoint

## Medical Record Overview

**Date:** **August 3, 2022**

**Patient Name:** GUERRERO, SABRINA

**Records From:** Dr. Phillips Floyd
6890 W Andrew Johnson Hwy
Talbott, TN 37877
(423) 839-2120

**Request Scope:** From May 10, 2022 to Present

**Chart Range:** 05/27/2022 - 05/27/2022

**RP ID:** 9563534

**Client ID:** 12827197

**Source:** L-CLTLTD

**Req By:** A Moultrie
09-LF0132
Ashley.Moultrie@lfg.com

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| EKG/Cardiology | May 27 2022 | May 27 2022 | 4 | 2 |
| Other Records | | | 1 | 6 |
| Request Corr. | | | 4 | 7 |
| | | **Total Page Count:** | 9 | |

**Notes From QC:**

**Lincoln/Guerrero 2417**

**Tennova - Jefferson Memorial Hospital**

110 Hospital Drive
Jefferson City, TN 37760-

(865) 471-2500

**Patient:** **GUERRERO, SABRINA M**
**MRN:** 331334
Account #: 4404619
Adm Date: 6/27/2022
Primary Care: PHILLIPS,FLOYD E MD

Location: TNJM RAD
Attending: PHILLIPS,FLOYD E MD
DOB/Sex: Female
Service Code: RAD OP Imaging Only

Copy to: PHILLIPS,FLOYD E MD

## *Non-Invasive Cardiology*

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 300-22-147-00135 | 5/27/2022 09:16 EDT | NI Echo TTE 2D Stress W Cont W Mont. | PHILLIPS,FLOYD E MD | 53 years |

**Reason for Exam**
(NI Echo TTE 2D Stress W Cont W Mont.) SHORTNESS OF BREATH

**Report**

Name: GUERRERO SABRINA M
MRN: 00331334
Date of birth: Age: 53 year(s)
Gender: Female BMI: 63.24 kg/m\S\2
Weight: 172.37 kg BSA: 2.6 m\S\2
Height: 165.1 cm

Procedure Staff
Referring Physician: Floyd Phillips
Sonographer: Juliann Blackburn, RCS
Interpreting physician: Hong Tjoa, MD

Procedure Information
Exam date time: 5/27/2022 8:44 AM
Procedure type: Echo
Proc. sub type: TTE procedure: NI Echo TTE 2D Stress W Cont W Mont
Stress procedure
Patient status: Routine
Blood pressure: 111 / 77 mmHg
HR: 81 bpm

Accession no: 30022147 00135
FIN Number: 4404619
Study location: Jefferson City
Technical quality: Good visualization

Reason for Study
shortness of breath

Electronically signed by Hong Tjoa, MD (Interpreting physician) on 6/1/2022 at 5:21 PM

Left Ventricle
Diastolic dimension: 6.96 cm Systolic dimension: 4.83 cm



**Lincoln/Guerrero 2418**

6/1/2022 17:21 (615)628-6002 Community Health Systems

**Patient:** GUERRERO, SABRINA M
**MRN:** 331334
**Account #:** 4404619
**Adm Date:** 5/27/2022
**Primary Care:** PHILLIPS,FLOYD E MD

**Location:** TNJM RAD
**Attending:** PHILLIPS,FLOYD E MD
**DOB/Sex:** emale
**Service Code:** RAD OP-Imaging Only

**Copy to:** PHILLIPS,FLOYD E MD

## *Non-Invasive Cardiology*

**Report**

2D septum diastolic: 1.03 cm (3.8 - 5.6 cm)

FS Normal Range (30-45%): 31 % (2.2 - 3.5 cm)

2D post wall diastolic: 1.06 cm (0.6 - 0.9 cm)

LV mass (ASE formula): 336.78 g (0.6 - 0.9 cm)

LV mass index: 129.61 g/m\S\2 (67 - 162 g)

RWT: 0.3 (43 - 95 g/m\S\2)

LV M-Mode

LV Ejection Fraction

LVEDV Teichholz: 337 ml

LVESV Teichholz: 113 ml

LVEDVI Teichholz: 129.69 ml/m\S\2 (46 - 106 ml)

LVESVI Teichholz: 43.49 ml/m\S\2 (14 - 42 ml)

EF Teichholz: 66 % (29 - 61 ml/m\S\2) (8 - 24 ml/m\S\2)

LV 3D/Strain

Right Ventricle

Diastolic dimension: 1.65 cm

Normal Range (2.7-3.4cm):

Left Atrium

LA diameter (2D): 3 cm

LA/Aorta (2D): 1.07

Normal Range (2.0-4.0cm):

Aorta/Great Vessels

Aortic root (2D): 2.8 cm

Rest

ECG:

Showed normal sinus rhythm at a rate of 80 bpm with normal intervals, leftward axis, early anterior R wave transition, and possible low voltage QRS complexes in the precordial leads.

Standing HR: 81 bpm

Standing BP: 111 / 77 mmHg

**Patient:** GUERRERO, SABRINA M
**MRN:** 331334
Account #: 4404619
Adm Date: 5/27/2022
Primary Care: PHILLIPS,FLOYD E MD

Location: TNJM RAD
Attending: PHILLIPS,FLOYD E MD
DOB/Sex: emale
Service Code: RAD OP Imaging Only

Copy to: PHILLIPS,FLOYD E MD

## *Non-Invasive Cardiology*

**Report**
**Stress**

| | |
|---|---|
| Peak HR: | 152 bpm |
| Peak BP: | 117 / 76 mmHg |
| Predicted HR: | 167 bpm |
| % of predicted HR: | 91 |
| Test duration: | 6.43 min |

HR/BP product: 17784

Stress Interpretation
ECG conclusion:
1. This test is negative for ischemia with dobutamine infusion to a peak dose of 20 mcg/kg/min and obtaining a peak heart rate of
156 bpm (93% of the maximum predicted heart rate).
2. Appropriate heart rate response with blunted BP response.
3. Arrhythmias: Rare isolated PVC.
4. Symptoms: No chest pain or shortness of breath reported.

Echocardiographic data:
The baseline echocardiographic images appear to show normal aortic root size, normal chamber sizes, and normal LV wall
thickness. Preserved biventricular systolic function with an LVEF in the range of 50 to 55%. No obvious LV regional wall motion
abnormalities identified. Structurally intact interatrial and interventricular septum by 2D appearance. No intracardiac shunts
readily detected by color-flow Doppler interrogation. No intracavitary masses or thrombi seen. No clinically significant structural
valvular disease detected. Trivial MR and TR may be present by Doppler assessment. No clinically significant pericardial effusion
seen. At low-dose dobutamine infusion (10 mcg/kg/min), improved contractility is seen in all LV segments. With increasing
dobutamine infusion to a peak dose of 20 mcg/kg/min and obtaining a peak heart rate of 156 bpm (93% of the maximum
predicted heart rate), there is further improvement in contractility in all LV segments with augmentation of the left ventricular
ejection fraction. No new ischemic LV wall motion abnormalities seen in any LV segment. Study is also completed with injection
of IV contrast (Definity) for LV opacification and endocardial border definition without complications.

Impression: There is no obvious echocardiographic evidence of myocardial ischemia with dobutamine infusion to a peak dose of
20 mcg/kg/min and obtaining a peak heart rate of 156 bpm (86% of the maximum predicted heart rate). The baseline
echocardiographic data are as described above. Study also completed with injection of IV echo contrast (Definity) without
complications. Patient deemed at low CV risk based on the results.
Results
Global LVEF (rest): Normal (LVEF >50%)
Global LVEF (stress): Hyperkinetic (LVEF >70%)

**Patient:** GUERRERO, SABRINA M
**MRN:** 331334
**Account #:** 4404619
**Adm Date:** 5/27/2022
**Primary Care:** PHILLIPS,FLOYD E MD

**Location:** TNJM RAD
**Attending:** PHILLIPS,FLOYD E MD
**DOB/Sex:** Female
**Service Code:** RAD OP Imaging Only

**Copy to:** PHILLIPS,FLOYD E MD

## Non-Invasive Cardiology

**Report**
ECG: With increasing dobutamine infusion to a peak dose of 2_ mcg/kg/min and obtaining a peak heart rate of 156 bpm, no new convincingly diagnostic ischemic ST segment changes are seen during stress or in recovery. Besides rare isolated PVC, no other clinically significant rhythm disturbances detected.

Electronically signed by Hong Tjoa, MD (Interpreting physician) on 6/1/2022 at 5:21 PM

***** Final *****

Signed by: Tjoa, Hong I MD
Signed (Electronic Signature): 06/01/2022 06:21 pm EDT

# Tennova Healthcare

| | |
|---|---|
| **LaFollette Medical Center**<br>923 East Central Avenue<br>LaFollette, TN 37766<br>Phone: 423-907-1466 | **Jefferson Memorial Hospital**<br>110 Hospital Drive<br>Jefferson City, TN 37760<br>Phone: 865-471-2437 |
| **Newport Medical Center**<br>435 Second Street<br>Newport, TN 37821<br>Phone: 423-625-2210 | **North Knoxville Medical Center**<br>7565 Dannaher Drive<br>Powell, TN 37849<br>Phone: 865-859-1301 |
| **Turkey Creek Medical Center**<br>10820 Parkside Drive<br>Knoxville, TN 37934<br>Phone: 865-218-7087 | |

**To:** PHILLIPS, FLOYD E MD

**Fax Number:** 1 877 414 6983

**Pages:** 5

**Date/Time:** 06/01/2022 17:21:30

**Confidentiality Notice** The documents accompanying this transmission contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been filled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of the contents of these documents, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

When applicable Federal law 42 CFR Part 2 prohibits unauthorized disclosure of these records.

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

PHILLIPS HEALTHCARE GROUP
6890 W ANDREW JOHNSON HWY
MEDICAL RECORDS
TALBOTT, TN 37877

Date: Aug 3, 2022

Re: Long Term Disability Benefits
Claim# 9563534 12827197
Claimant: GUERRERO, SABRINA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: HIC340

Dear: Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From May 10, 2022 to Present**
**Please provide all records within the time frame requested of May 10, 2022 to Present to include records from Dr. Phillips Floyd.**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Irish Siena Galvez
Disability Information Specialist
Phone No.: (213) 266-7863
Fax No: (213) 884-4921

RPID: 9563534

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Sabrina Guerrero

Name of legal representative, if applicable (print) ______________ Relationship Self

Signature of claimant or legal representative [signature] Date 6/8/22

Date of Birth: ______ Claim Number: 12827197

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2020



PAGE 10/20 * RCVD AT 6/28/2022 4:56:03 PM [Eastern Daylight Time] * SVR:VA1PWFAX4014/1 * DNIS:6033340380 * CSID: * ANI:8655845697 * DURATION (mm-ss):08-35

Lincoln Financial Group®

Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

LincolnFinancial.com

P.O. Box 7207
London, KY 40742-7207

P.O. Box 2578
Omaha, NE 68172

March 4, 2022

To Whom It May Concern,

The Lincoln National Life Insurance company authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

Electronic mail to: charts@releasepoint.com
Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Shaun M Donahue, CSSC
Assistant Vice President, Clinical Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.

# Save Time and Avoid Follow-up Calls
# Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | GUERRERO, SABRINA |
| RP ID: | 9563534 |
| Access Code: | HIC140 |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

RPID: 9563534

Lincoln/Guerrero 2426

# Quality Assurance Report

## Request Information

Report Date: August 3, 2022

**RP ID:** 9563534

Patient Name: GUERRERO, SABRINA

Provider Name: PHILLIPS HEALTHCARE GROUP

## Quality Assurance Information

Scope Requested: **From May 10, 2022 to Present**

Special Request:

Please provide all records within the time frame requested of May 10, 2022 to Present to include records from Dr. Phillips Floyd.

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: CPIAO

**Lincoln/Guerrero 2427**

## Medical Record Overview

**Date:** **August 2, 2022**

**Patient Name:** GUERRERO, SABRINA

**Records From:** St. Luke's Therapy Services
1014 Middle Creek Rd., #2
Sevierville, TN 37862
(865) 453-9022

**Request Scope:** From May 11, 2022 to July 1, 2022

**Chart Range:** 05/12/2022 - 06/16/2022

**RP ID:** 9563531

**Client ID:** 12827197

**Source:** L-CLTLTD

**Req By:** A Moultrie
09-LF0132
Ashley.Moultrie@lfg.com

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | May 12 2022 | Jun 16 2022 | 25 | 2 |
| Billing | | | 1 | 27 |
| | | **Total Page Count:** | 26 | |

**Notes From QC:**

**Lincoln/Guerrero 2428**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Secondary Insurance Name:** Blue Cross Blue Shield

**Date of Daily Note:** 05/12/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 10
**Primary Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** muscle weakness

Patient states she feels okay but has increased muscle fatigue and gets extremely tired after any activity and has to take an hour or take nap/rest

**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs
**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 2 **Previous Findings as of 05/10/2022 - Worst:4 Best:0 Current:3*
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Is the Patient a current tobacco user OR have they been a user within the last 12 months:** No
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

**Precautions** Patient needs head elevated if supine due to breathing problem
HTN

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet completed for ROM, strength, endurance and mobility with incorporation of diaphragmatic breathing ex<br>Head of mat elevated for mat ex<br><br>Rest breaks throughout and cues for proper breathing and pacing | 4 |

*CPT copyright 2021 American Medical Association. All rights reserved.*

Objective Findings
Strength B UE 4/5, BLE 4+/5 (5/12/2022)
Oxygen saturation 96-98% "but goes down when I start walking", HR 97-126 bpm

## Assessment

**Assessment/Diagnosis:** Patient tolerated treatment well today with no adverse reactions noted. Patient continues to be limited with decreased functional endurance with ADLs. Patient O2monitored throughout treatment and remained WNL.
**Patient Education:** HEP, pacing with ADLs, safety
**Rehab Potential:** Good
**Patient Problems:**


Powered by WebPT

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 05/12/2022

## Daily Note / Billing Sheet

- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**
1: (4 Weeks) | 75% | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Goal Met | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |

**Long Term Goals:**
1: (8 Weeks) | 50% | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | 75% | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Goal Met | Patient will be able to ambulate 160 feet without a rest break for gait stability. |

## Plan

**Instructions:** Progressing Patient Next Visit
Progress patient as tolerated in order to improve functional endurance with ADLs.




Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Signed by Dr. Jan Paul Dela Cruz, PT, DPT on May 12, 2022 at 12:00 pm*



Powered by WebPT

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177

# Discharge Note

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Physician Name:** A. Moore, FNP
**Date of Last Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)

**Date of Discharge Note:** 06/22/2022
**Injury/Onset Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 14

**Guerrero, Sabrina M. has been discharged from our care for the following reasons:**
Pt has failed to return for therapy since last session dated 6/16/2022. D/C Pt at this time. Referring MD was informed of Pt D/C.

Please see the last progress report or notes above for the patient's most recent status. Thank you for the opportunity to assist you in the rehabilitation of this patient. If you have any questions or concerns, please feel free to contact me at (865)453-9022.

Ben Christopher, PT

Ben Christopher
License #6305
*Document created on July 13, 2022 12:49 pm*



Powered by WebPT

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Physical Therapy Recertification Note

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)

**Date of Recertification:** 05/12/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 10

## Subjective

**History of Present Condition/Mechanism of Injury:** Patient presented to this outpatient clinic without assistive device. Patient has a Dx of muscle weakness that started February 2022 after the patient had COVID. Patient has had no previous treatment. Pt was then referred to this outpatient therapy clinic for evaluation and further treatment.
**Current Complaints / Gains:** muscle weakness

Patient states she feels okay but has increased muscle fatigue and gets extremely tired after any activity and has to take an hour or take nap/rest
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs
**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 2 **Previous Findings as of 05/10/2022 - Worst:4 Best:0 Current:3*
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**General Health:** Good
**Occupation/Social History:**
**Is the Patient a current tobacco user OR have they been a user within the last 12 months:** No
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |
| Inspection | Patient presented to this outpatient clinic without assistive device. |

**Body Mass Index**

| | |
|---|---|
| Weight | 380 |
| Height | 65 |
| Units | lbs/in |
| Index | 63.23 |

### Outcome Measurement Tools

**Previous Findings as of 03/21/2022*

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Physical Therapy Recertification Note

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 05/12/2022

**Lower Extremity**

| | | |
|---|---|---|
| Lower Extremity Functional Scale | 26/80 | *36* |

**Observation**

**Standing Posture** Forward Head, Rounded Shoulders

**Range of Motion** **Previous Findings as of 03/21/2022*

| | | |
|---|---|---|
| **Comments** | bilateral upper extremities WNL | *bilateral upper extremities WNL* |
| | bilateral lower extremities WNL | *bilateral lower extremities WNL* |

**Strength** **Previous Findings as of 03/21/2022*

| | | |
|---|---|---|
| **Comments** | bilateral upper extremities grossly 4/5 | *bilateral upper extremities grossly 4/5* |
| | bilateral lower extremities grossly 4+/5 | *bilateral lower extremities grossly 4/5* |

**Palpation**

**Comments** Grade 1 tenderness right medial knee

## Assessment

**Assessment/Diagnosis:** Patient tolerated treatment well today with no adverse reactions noted. Patient continues to be limited with decreased functional endurance with ADLs. Patient O2monitored throughout treatment and remained WNL.
**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.
**Patient Education:** HEP, pacing with ADLs, safety
**Rehab Potential:** Good
**Patient Problems:**
- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**
1: (4 Weeks) | 75% | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Goal Met | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |
**Long Term Goals:**
1: (8 Weeks) | 50% | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | 75% | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Goal Met | Patient will be able to ambulate 160 feet without a rest break for gait stability. |
**Summary/Recommendations:** Pt continues to progress towards goals set but has not met max rehab potential. Continue and progress present PT POC.

## Plan

**Frequency:** 3 times a week
**Duration:** 8 weeks
**Treatment to be provided:**



Powered by WebPT™

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Physical Therapy Recertification Note

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 05/12/2022

## Procedures

Therapeutic Exercises (ROM, Strength), Gait Training, Manual Therapy (Soft Tissue Mobilization, Myofascial Release, prn), Patient Education (Home Exercise Program, Home Safety), Self Care

## Specialties

Other (modalities prn)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (865)453-9022.

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Signed by Dr. Jan Paul Dela Cruz, PT, DPT on May 12, 2022 at 11:59 am*

Please sign and return: Fax#: (865)453-9177

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows_________________
_____________________________________________

Physician Signature_____________________________
A. Moore, FNP

Date:_______________ Time:_______________



Powered by WebPT

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

## Plan of Care

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)

**Date of Plan of Care:** 05/12/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 10

### Assessment

**Assessment/Diagnosis:** Patient tolerated treatment well today with no adverse reactions noted. Patient continues to be limited with decreased functional endurance with ADLs. Patient O2monitored throughout treatment and remained WNL.
**Patient Education:** HEP, pacing with ADLs, safety
**Rehab Potential:** Good
**Short Term Goals:**
1: (4 Weeks) | 75% | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Goal Met | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |
**Long Term Goals:**
1: (8 Weeks) | 50% | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | 75% | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Goal Met | Patient will be able to ambulate 160 feet without a rest break for gait stability. |
**Summary/Recommendations:** Pt continues to progress towards goals set but has not met max rehab potential. Continue and progress present PT POC.

### Plan

**Frequency:** 3 times a week
**Duration:** 8 weeks
**Treatment to be provided:**
**Procedures**

Therapeutic Exercises (ROM, Strength), Gait Training, Manual Therapy (Soft Tissue Mobilization, Myofascial Release, prn), Patient Education (Home Exercise Program, Home Safety), Self Care

**Specialties**

Other (modalities prn)
Progress patient as tolerated in order to improve functional endurance with ADLs.

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (865)453-9022.



Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Signed by Dr. Jan Paul Dela Cruz, PT, DPT on May 12, 2022 at 11:59 am*

Please sign and return: Fax#: (865)453-9177

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows_________________
_____________________________________________

Physician Signature_____________________________
A. Moore, FNP

Date:_______________ Time:_______________


Powered by WebPT

**Patient Outcomes** **Report Date: 5/12/2022**

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | **Getting into or out of a car** | No Difficulty | **4** | (0 to 4) |
| | **Walking 2 blocks** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |
| | **Walking a mile** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |
| | **Going up or down 10 stairs (about 1 flight of stairs))** | Quite a Bit of Difficulty | **1** | (0 to 4) |
| | **Standing for 1 hour** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |
| | **Sitting for 1 hour** | No Difficulty | **4** | (0 to 4) |
| | **Running on even ground** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |
| | **Running on uneven ground** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |
| | **Making sharp turns while running fast** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |
| | **Hopping** | Extreme Difficulty or Unable to Perform Activity | **0** | (0 to 4) |
| | **Rolling over in bed** | Moderate Difficulty | **2** | (0 to 4) |

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN, 37862-2939
P: (865)453-9022
F: (865)453-9177
www.sltsevier.com

## FLOWSHEET

**Patient:** Guerrero, Sabrina M.

**Date:** 05/26/2022 **Start Date:** 03/21/2022
**Physician:** A. Moore, FNP (1396184222)
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)

**Location: gym**

**ambulation on indoor track**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-26 | 3 laps | | | | | | | 1:1 w/Assistant *JH* |

*2022-05-26: with 1.5 ankle wts on*

**Sit to stand**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-26 | 2/10 | | | | | | | 1:1 w/Assistant *JH* |

*2022-05-26: hi lo bed...no UE support*

**bridges**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-26 | 2/10 | | | | | | | 1:1 w/Assistant *JH* |

**ambulation in ll bars- sidestepping**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-26 | 1.5/4 laps | | | | | | | 1:1 w/Assistant *JH* |

**ambulation forwards/backwards**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-26 | 1.5/4 laps | | | | | | | 1:1 w/Assistant *JH* |

**SAQ**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-26 | 1.5/2/10 | | | | | | | 1:1 w/Assistant *JH* |

**hip abd**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-26 | 1.5/1/15 | | | | | | | 1:1 w/Assistant *JH* |

**SLR assisted**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-26 | 1.5/1/15 | | | | | | | 1:1 w/Assistant *JH* |

**lumbar spine low trunk rotation**

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN, 37862-2939
P: (865)453-9022
F: (865)453-9177
www.sltsevier.com

## FLOWSHEET

**Patient:** Guerrero, Sabrina M.

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-26 | 2/10 | | | | | | | 1:1 w/Assistant *JH* |

**Multihip**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-26 | 1.5/1/15 | | | | | | | 1:1 w/Assistant *JH* |

**NuStep**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-26 | L5 | 10 | | | | | | 1:1 w/Assistant *JH* |

**BLE theraband exercises**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-26 | blue/1/15 | | | | | | | 1:1 w/Assistant *JH* |

**BUE theraband exercises**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-26 | blue/1/15 | | | | | | | 1:1 w/Assistant *JH* |

**LAQ**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-26 | 1.5/2/10 | | | | | | | 1:1 w/Assistant *JH* |

**quad sets**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-26 | 2/10 | | | | | | | 1:1 w/Assistant *JH* |

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN, 37862-2939
P: (865)453-9022
F: (865)453-9177
www.sltsevier.com

# FLOWSHEET

**Patient:** Guerrero, Sabrina M.

**Date:** 05/20/2022 **Start Date:** 03/21/2022
**Physician:** A. Moore, FNP (1396184222)
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)

**Location: gym**

**ambulation on indoor track**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-20 | 3 lap | | | | | | | 1:1 w/Assistant *CD* |

**Sit to stand**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-20 | 2/10 | | | | | | | 1:1 w/Assistant *CD* |

**bridges**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-20 | 2/10 | 5 sec hold | | | | | | 1:1 w/Assistant *CD* |

**ambulation in ll bars- sidestepping**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-20 | 1.5lbs AW/4 laps | | | | | | | 1:1 w/Therapist *CD* |

**ambulation forwards/backwards**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-20 | 1.5lbs AW/4 laps | | | | | | | 1:1 w/Therapist *CD* |

**SAQ**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-20 | 1.5lbs AW/2/10 | | | | | | | 1:1 w/Therapist *CD* |

**Trunk extension seated with ball**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-20 | 1/15 | | | | | | | 1:1 w/Therapist *CD* |

**hip abd**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-20 | 1.5lbs AW/1/15 | | | | | | | 1:1 w/Therapist *CD* |

**SLR assisted**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-20 | 1.5lbs AW/2/10 | | | | | | | 1:1 w/Therapist *CD* |

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN, 37862-2939
P: (865)453-9022
F: (865)453-9177
www.sltsevier.com

## FLOWSHEET

**Patient:** Guerrero, Sabrina M.

**lumbar spine low trunk rotation**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-20 | 2/10 | | | | | | | 1:1 w/Therapist *CD* |

**lumbar spine single knee to chest**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-20 | 1/15 | | | | | | | 1:1 w/Therapist *CD* |

**Multihip**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-20 | 1.5lbs AW/1/15 | | | | | | | 1:1 w/Therapist *CD* |

**NuStep**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-20 | L4 | 20 | | | | | | 1:1 w/Therapist *CD* |

**BLE theraband exercises**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-20 | blue/1/15 | | | | | | | 1:1 w/Therapist *CD* |

**BUE theraband exercises**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-20 | blue/1/15 | | | | | | | 1:1 w/Therapist *CD* |

**Dynadisc (ankle AROM all planes)**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-20 | | | | | | | | 1:1 w/Therapist *CD* |

**LAQ**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-20 | 1.5lbs/2/10 | | | | | | | 1:1 w/Therapist *CD* |

**quad sets**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-20 | 2/10 | | | | | | | 1:1 w/Therapist *CD* |

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN, 37862-2939
P: (865)453-9022
F: (865)453-9177
www.sltsevier.com

## FLOWSHEET

**Patient:** Guerrero, Sabrina M.

**Date:** 05/12/2022 **Start Date:** 03/21/2022
**Physician:** A. Moore, FNP (1396184222)
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)

**Location: gym**

**ambulation on indoor track**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-12 | 2 lap | | | | | | | 1:1 w/Assistant *CC* |

**Sit to stand**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-12 | 2/10 | | | | | | | 1:1 w/Assistant *CC* |

**bridges**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-12 | 2/10 | 5 sec hold | | | | | | 1:1 w/Assistant *CC* |

**ambulation in ll bars- sidestepping**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-12 | 1.5lbs AW/4 laps | | | | | | | 1:1 w/Therapist *CC* |

**ambulation forwards/backwards**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-12 | 1.5lbs AW/4 laps | | | | | | | 1:1 w/Therapist *CC* |

**SAQ**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-12 | 1.5lbs AW/2/10 | | | | | | | 1:1 w/Therapist *CC* |

**Trunk extension seated with ball**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-12 | 1/15 | | | | | | | 1:1 w/Therapist *CC* |

**hip abd**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-12 | 1.5lbs AW/1/15 | | | | | | | 1:1 w/Therapist *CC* |

**SLR assisted**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-12 | 1.5lbs AW/2/10 | | | | | | | 1:1 w/Therapist *CC* |

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN, 37862-2939
P: (865)453-9022
F: (865)453-9177
www.sltsevier.com

## FLOWSHEET

**Patient:** Guerrero, Sabrina M.

*2022-05-12: no assist*

**lumbar spine low trunk rotation**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-12 | 2/10 | | | | | | | 1:1 w/Therapist *CC* |

**lumbar spine single knee to chest**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-12 | 1/15 | | | | | | | 1:1 w/Therapist *CC* |

**Multihip**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-12 | 1.5lbs AW/1/15 | | | | | | | 1:1 w/Therapist *CC* |

**NuStep**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-12 | L3 | 12 | | | | | | 1:1 w/Therapist *CC* |

**BLE theraband exercises**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-12 | blue/1/15 | | | | | | | 1:1 w/Therapist *CC* |

**BUE theraband exercises**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-12 | blue/1/15 | | | | | | | 1:1 w/Therapist *CC* |

**Dynadisc (ankle AROM all planes)**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-12 | | | | | | | | 1:1 w/Therapist *CC* |

**LAQ**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-12 | 1.5lbs/2/10 | | | | | | | 1:1 w/Therapist *CC* |

**quad sets**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-05-12 | 2/10 | | | | | | | 1:1 w/Therapist *CC* |

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Secondary Insurance Name:** Blue Cross Blue Shield

**Date of Daily Note:** 05/20/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 11
**Primary Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** muscle weakness

Patient states she feels okay but blood pressure has been running low this week.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs
**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 2 **Previous Findings as of 05/12/2022 - Worst:4 Best:0 Current:2*
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

**Precautions** Patient needs head elevated if supine due to breathing problem
HTN

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet<br>Completed for ROM, strength, endurance and mobility with incorporation of diaphragmatic breathing ex with head of mat elevated (during mat ex's). Rest breaks throughout and cues for proper breathing and pacing. Applied CP to B knees post exercises | 4 |

*CPT copyright 2021 American Medical Association. All rights reserved.*

Objective Findings: Strength B UE 4/5, BLE 4+/5 (5/20/2022)
Oxygen saturation 96-98% "but goes down when I start walking", HR 97-126 bpm

## Assessment

**Assessment/Diagnosis:** Patient did well with treatment today with no adverse reaction with activities. Patients endurance continues to be low requiring increased rest breaks due to fatigue. Patient asked about aquatic therapy and was educated on benefits of increasing endurance and improving standing tolerance in aquatic therapy. Will continue to improve endurance as well as strength.
**Patient Education:** HEP, pacing with ADLs, safety
**Rehab Potential:** Good
**Patient Problems:**



Powered by WebPT

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 05/20/2022

## Daily Note / Billing Sheet

- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**

1: (4 Weeks) | 75% | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Goal Met | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |

**Long Term Goals:**

1: (8 Weeks) | 50% | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | 75% | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Goal Met | Patient will be able to ambulate 160 feet without a rest break for gait stability. |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
Progress patient as tolerated in order to improve functional endurance with ADLs.

Christian Dillard
License #7756
*Initiated by Christian Dillard on May 20, 2022 at 10:37 am*

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Co-Signed by Dr. Jan Paul Dela Cruz, PT, DPT on May 20, 2022 at 3:17 pm*



Powered by WebPT

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Secondary Insurance Name:** Blue Cross Blue Shield

**Date of Daily Note:** 05/26/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 12
**Primary Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** muscle weakness

Pt reported, I am feeling okay. My BP has been off some, I am on medicine. I am feeling a little better. I need to work on my breathing more. I do need a nap in the car after I have therapy. I still have to sit to cook or wash dishes.

**Before the injury/onset/change of status date, the patient was able to perform the following activities:**

**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance

**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs

**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles

**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation

**Current Functional Limitations:**

**Self Care:** IADLs

**Mobility: Walking & Moving Around:** IADLs

**Pain Location:** right knee

**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 2 **Previous Findings as of 05/20/2022 - Worst:4 Best:0 Current:2*

**Pain Description:** Intermittent

**Pain Follow-up Plan:** PT POC and follow-up with MD

**Aggravating Factors:** Standing, Walking

**Occupation/Social History:**

**Home Health Care:** No

**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, breathing problem, anemia, UTI, varicose veins

**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)

**Mental Status/Cognitive Function Appears Impaired?** No

**Current Medications:** Prescription (see eDoc)

## Objective

**Precautions** Patient needs head elevated if supine due to breathing problem
HTN

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet<br>Completed for ROM, strength, endurance and mobility with incorporation of diaphragmatic breathing ex with head of mat elevated (during mat ex's). Rest breaks throughout and cues for proper breathing and pacing.<br><br>Applied CP to B knees post exercises | 4 |

*CPT copyright 2021 American Medical Association. All rights reserved.*

Objective Findings: Strength B UE 4/5, BLE 4+/5 (5/26/2022)
Oxygen saturation 98% "but goes down when I start walking", HR 95-101 bpm

## Assessment

**Assessment/Diagnosis:** Pt with ms weakness, decreased endurance that limits pt full function. Pt is making gains with PT as she is able to complete laps on track with no seated rest break but does have to stand after a lap and half. Pt also has increased resistance with Nustep from 1 to 4. Cues for breathing

**Patient Education:** HEP, proper breathing, pacing with tasks, safety, posture

**Rehab Potential:** Good



Powered by WebPT

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 05/26/2022

# Daily Note / Billing Sheet

**Patient Problems:**
- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**
1: (4 Weeks) | 75% | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Goal Met | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |

**Long Term Goals:**
1: (8 Weeks) | 50% | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | 75% | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Goal Met | Patient will be able to ambulate 160 feet without a rest break for gait stability. |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
Progress patient as tolerated in order to improve functional endurance with ADLs.

Jen Hurst, PTA

Jennifer Hurst
License #4270
*Initiated by Jennifer Hurst on May 26, 2022 at 10:09 am*

PT, DPT

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Co-Signed by Dr. Jan Paul Dela Cruz, PT, DPT on May 26, 2022 at 12:55 pm*



Powered by WebPT

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Secondary Insurance Name:** Blue Cross Blue Shield

**Date of Daily Note:** 06/02/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 13
**Primary Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** muscle weakness

Pt reported, I am feeling okay. BP was 120/81 when arrived in clinic."

**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs
**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 2 **Previous Findings as of 05/26/2022 - Worst:4 Best:0 Current:2*
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

**Precautions** Patient needs head elevated if supine due to breathing problem
HTN

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet<br>Completed for ROM, strength, endurance and mobility with incorporation of diaphragmatic breathing ex with head of mat elevated (during mat ex's). Rest breaks throughout and cues for proper breathing and pacing.<br><br>Applied CP to B knees post exercises | 4 |

*CPT copyright 2021 American Medical Association. All rights reserved.*

Objective Findings: Strength B UE 4/5, BLE 4+/5 (6/2/2022)
Oxygen saturation 98% "but goes down when I start walking", HR 95-101 bpm

## Assessment

**Assessment/Diagnosis:** Patient continues to exhibit weakness and decreased endurance with activities. She completed all exercises today with 1 seated rest break after performing laps but did not require any other seated rest break through out treatment. Verbal cues given for breathing. Will continue to improve patients endurance and strength to further improve ADLs.
**Patient Education:** HEP, proper breathing, pacing with tasks, safety, posture
**Rehab Potential:** Good
**Patient Problems:**



Powered by WebPT

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 06/02/2022

## Daily Note / Billing Sheet

- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**
1: (4 Weeks) | 75% | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Goal Met | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |
**Long Term Goals:**
1: (8 Weeks) | 50% | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | 75% | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Goal Met | Patient will be able to ambulate 160 feet without a rest break for gait stability. |
Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
Progress patient as tolerated in order to improve functional endurance with ADLs.

Christian Dillard
License #7756
*Initiated by Christian Dillard on June 2, 2022 at 12:05 pm*

, PT , DPT

Dr. Ma. Paz Corazon Alana, PT, DPT
License #2308
*Electronically Co-Signed by Dr. Ma. Paz Corazon Alana, PT, DPT on June 2, 2022 at 2:26 pm*



Powered by WebPT

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Secondary Insurance Name:** Blue Cross Blue Shield

**Date of Daily Note:** 06/16/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 14
**Primary Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** muscle weakness

Pt reported, I am feeling tired still. I do things but it does take me a few days to recover. I did go to the Covid clinic last week.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs
**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 2 **Previous Findings as of 06/02/2022 - Worst:4 Best:0 Current:2*
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Obesity, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

**Precautions** Patient needs head elevated if supine due to breathing problem
HTN

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet<br>Completed for ROM, strength, endurance and mobility with incorporation of diaphragmatic breathing ex with head of mat elevated (during mat ex's). Rest breaks throughout and cues for proper breathing and pacing.<br><br>Applied CP to B knees post exercises | 4 |

*CPT copyright 2021 American Medical Association. All rights reserved.*

Objective Findings
Strength B UE 4/5, BLE 4+/5 (6/16/2022)
Oxygen saturation 97-99%, HR 86-101

## Assessment

**Assessment/Diagnosis:** Pt with decreased endurance with ms weakness. Pt able to complete mat ex with some rest breaks. VC's for posture and breathing. Cont PT to further improve to set goals.
**Patient Education:** posture, HEP, breathing during tasks, body mechanics, safety
**Rehab Potential:** Good
**Patient Problems:**



Powered by WebPT

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 06/16/2022

## Daily Note / Billing Sheet

- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**

1: (4 Weeks) | 75% | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Goal Met | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |

**Long Term Goals:**

1: (8 Weeks) | 50% | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | 75% | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Goal Met | Patient will be able to ambulate 160 feet without a rest break for gait stability. |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:**

Progress patient as tolerated in order to improve functional endurance with ADLs.

Jennifer Hurst
License #4270
*Initiated by Jennifer Hurst on June 16, 2022 at 9:26 am*

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Co-Signed by Dr. Jan Paul Dela Cruz, PT, DPT on June 17, 2022 at 8:16 am*



Powered by WebPT

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN, 37862-2939
P: (865)453-9022
F: (865)453-9177
www.sltsevier.com

## FLOWSHEET

**Patient:** Guerrero, Sabrina M.

**Date:** 06/16/2022 **Start Date:** 03/21/2022
**Physician:** A. Moore, FNP (1396184222)
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)

**Location: gym**

**ambulation on indoor track**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-06-16 | 2 | | | | | | | 1:1 w/Assistant *JH* |

**Sit to stand**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-06-16 | 1/15 | | | | | | | 1:1 w/Assistant *JH* |

**bridges**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-06-16 | 2/10 | | | | | | | 1:1 w/Assistant *JH* |

**ambulation in ll bars- sidestepping**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-06-16 | 1.5/4 | | | | | | | 1:1 w/Assistant *JH* |

**ambulation forwards/backwards**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-06-16 | 1.5/4 | | | | | | | 1:1 w/Assistant *JH* |

**SAQ**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-06-16 | 1.5/1/15 | | | | | | | 1:1 w/Assistant *JH* |

**hip abd**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-06-16 | 1.5/1/15 | | | | | | | 1:1 w/Assistant *JH* |

**SLR assisted**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-06-16 | 1.5/1/15 | | | | | | | 1:1 w/Assistant *JH* |

**Multihip**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-06-16 | 1.5/1/15 | | | | | | | 1:1 w/Assistant *JH* |

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN, 37862-2939
P: (865)453-9022
F: (865)453-9177
www.sltsevier.com

## FLOWSHEET

**Patient:** Guerrero, Sabrina M.

**NuStep**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-06-16 | L5 | 10 | | | | | | 1:1 w/Assistant *JH* |

**BLE theraband exercises**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-06-16 | blue/1/15 | | | | | | | 1:1 w/Assistant *JH* |

**BUE theraband exercises**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-06-16 | blue/1/15 | | | | | | | 1:1 w/Assistant *JH* |

**LAQ**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-06-16 | 1.5/2/10 | | | | | | | 1:1 w/Assistant *JH* |

**quad sets**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2022-06-16 | 2/10 | | | | | | | 1:1 w/Assistant *JH* |

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN, 37862-2939
P: (865)453-9022
F: (865)453-9177
www.sltsevier.com

## FLOWSHEET

**Patient:** Guerrero, Sabrina M.

**Date:** 06/02/2022 **Start Date:** 03/21/2022
**Physician:** A. Moore, FNP (1396184222)
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)

**Location: gym**

Billing

# Patient Outcomes

**Report Date: 5/12/2022**

**Sabrina Michelle Guerrero** **26 OF 80**

| | | | |
|---|---|---|---|
| **Patient ID:** | 9889090 | **Questionnaire Type:** | Follow Up |
| **Case Key:** | 43087250 | **Area:** | Lower Extremity |
| **Visit Date:** | 5/12/2022 | **Clinician:** | Dela Cruz, Jan Paul |
| **Entry Date:** | 5/12/2022 | **Clinic:** | St. Luke's Therapy Services of Sevierville |
| **ICD Code:** | M6281 - Muscle weakness (generalized) | **Referral Source:** | Moore, Amber |
| **Gender:** | F | | PPO |
| **Date of Birth:** | | **Litigation:** | No |
| | | **Direct Access:** | No |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | **Pain Level** | 2 | **2** | (0 to 10) |
| | **Satisfaction** | Very Satisfied | **1** | (1 to 4) |
| | **Functional Improvement** | Fair | **3** | (1 to 4) |
| | **Goals Met** | Partially Met | **3** | (1 to 4) |
| | **Any of your usual work, housework, or school activities** | Quite a Bit of Difficulty | **1** | (0 to 4) |
| | **Your usual hobbies, re creational or sporting activities** | Quite a Bit of Difficulty | **1** | (0 to 4) |
| | **Getting into or out of the bath** | Quite a Bit of Difficulty | **1** | (0 to 4) |
| | **Walking between rooms** | Moderate Difficulty | **2** | (0 to 4) |
| | **Putting on your shoes or socks** | Moderate Difficulty | **2** | (0 to 4) |
| | **Squatting** | Quite a Bit of Difficulty | **1** | (0 to 4) |
| | **Lifting an object, like a bag of groceries from the floor** | A Little Bit of Difficulty | **3** | (0 to 4) |
| | **Performing light activities around your home** | A Little Bit of Difficulty | **3** | (0 to 4) |
| | **Performing heavy activities around your home** | Quite a Bit of Difficulty | **1** | (0 to 4) |

# Quality Assurance Report

## Request Information

Report Date: August 2, 2022

**RP ID:** 9563531

Patient Name: GUERRERO, SABRINA

Provider Name: ST. LUKE'S THERAPY

## Quality Assurance Information

Scope Requested: **From May 11, 2022 to July 1, 2022**

Special Request:

Please provide all records within the time frame requested of May 11, 2022 to July 1, 2022 to include records from St. Luke's Therapy Services.

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

**Lincoln/Guerrero 2455**

## Medical Record Overview

**Date:** **July 26, 2022**

**Patient Name:** GUERRERO, SABRINA

**Records From:** Pammela Poore

, TN
(423) 578-8400

**Request Scope:** From June 9, 2022 to Present

**Chart Range:** 06/08/2022 - 07/20/2022

**RP ID:** 9563535

**Client ID:** 12827197

**Source:** L-CLTLTD

**Req By:** A Moultrie
09-LF0132
Ashley.Moultrie@lfg.com

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jun 8 2022 | Jul 20 2022 | 27 | 2 |
| Labs/Diagnostics | Jun 8 2022 | Jun 8 2022 | 19 | 29 |
| Request Corr. | | | 5 | 48 |

**Total Page Count:** 51

**Notes From QC:**

**Lincoln/Guerrero 2456**

# Guerrero, Sabrina

MRN: 12141403

Pammela M Poore, NP
Nurse Practitioner
Specialty: Nurse Practitioner

Progress Notes
Signed

Encounter Date: 7/20/2022

Patient Name: Guerrero, Sabrina Today's Date: 7/25/2022
Preferred Name: Sabrina Date of Encounter: 7/20/2022
Patient MRN / CSN: 12141403 / 10095897466 Appt. Time: 3:45 PM EDT
Patient Age / DOB: 53-year old / Encounter Provider: Pammela M Poore, NP
PCP: Floyd E Phillips Jr, MD

Center for Post-Covid Care (CPCC)
Follow - Up

**Subjective**

Sabrina Guerrero is a 53-year old that presents for 6 week Post Covid Follow Up. Ms. Guerrero initially tested positive for COVID and symptoms began on 2/7/22. Over the course of two weeks she was prescribed Paxlovid, Steroid Injection, Antibiotic Injection, Tessalon Perles, Inhaler, Cough Medicine, and a Steroid Dose Pak. In the following weeks she was prescribed another Inhaler, two Steroid Dose Paks, Antibiotics, and was referred to Physical Therapy. Patient went to Physical Therapy two times a week through the end of June 2022 when she could no longer go due to insurance purposes. States that PCP is going to try to re-refer her to Physical Therapy.

Ms. Guerrero reports continued Post-COVID symptoms of: Fatigue, Headache, Joint pain, Anxiety, Depression, Activity Intolerance, Palpitations, Shortness of breath, Cough, Brain fog, Memory loss, Poor concentration, Dizziness and Weakness. Ms. Guerrero reports that Fatigue continues without improvement. Reports that she stays tired all the time. States that she has not being doing well at following the Anti-Inflammatory Diet, but is drinking increased water intake, and taking Supplements. Reports that Headaches continue to occur at random times on a daily basis and last 30 minutes to several hours. States that she takes Tylenol and at times it helps to relieve headache. Reports that she bought a COLD CAP to see if it would help with pain. Reports that Chronic Joint Pain of neck, shoulders, elbows, and ankles worsened after COVID and randomly comes and goes without improvement. States that she takes Meloxicam, applies cold/hot compresses, and goes to Physical Therapy which helps with Joint Pain. Ms. Guerrero reports that Chronic Anxiety and Depression that worsened Post-COVID has improved some. States that she was seen by Dr. Philips PCP and informed that Anxiety and Depression had not improved and he increased Escitalopram to 20 mg daily which has helped. States that she has not done will following Anti-Inflammatory Diet and plans to start doing better. Reports that Shortness of Breath continues without improvement and is at times accompanied by dizziness and increased heart rate. States that she stopped using Symbicort Inhaler per Dr. Bakshi but continues to use Albuterol Inhaler to help when she becomes short of breath. Reports that Non-Productive Cough continues without improvement. States that she continues to take Tessalon Perles for cough which helps.

Ms. Guerrero reports continued Post-COVID Brain Fog, Memory Loss, and Poor Concentration that continues without improvement. States that she has trouble finding words, loses her place in a conversation, and has difficulty focusing. States that she has not been doing well at following Anti-Inflammatory Diet and states that she is going to try to do better.

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:

**Outpatient Encounter Medications as of 7/20/2022**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. | | |
| • benazepril (Lotensin) 20 MG tablet | Take 20 mg by mouth. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. | | |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day | | |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other day | | |
| • escitalopram (Lexapro) 10 MG tablet | Take 20 mg by mouth daily. | | |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. | | |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. | | |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet | | |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. | | |

| | |
|---|---|
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth. |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • topiramate (Topamax) 25 MG capsule | Take 25 mg by mouth 2 (two) times a day. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| • [DISCONTINUED] Budesonide-Formoterol Fumarate (SYMBICORT IN) | Inhale into the lungs as needed. |

Last reviewed on 7/20/2022 4:06 PM by Ashley B Vaughn, RN

Medical History:
Sabrina has a past medical history of Anxiety, Bronchitis, COVID-19, Depression, Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Depression in her mother; Diabetes in her father; Heart disease in her father; Hyperlipidemia in her mother; Hypertension in her father; Pancreatic cancer in her father; Scoliosis in her mother.

Sabrina reports previous alcohol use.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports previous drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for cough and shortness of breath.
Cardiovascular: Positive for palpitations.
Musculoskeletal: Positive for arthralgias.
Neurological: Positive for dizziness, weakness and headaches.
Psychiatric/Behavioral: Positive for decreased concentration. The patient is nervous/anxious.

**Objective**

**Vitals:**

| | |
|---|---|
| | 07/20/22 1559 |
| BP: | **132/87** |
| Pulse: | 93 |
| Resp: | 19 |
| Temp: | 98.3 °F (36.8 °C) |
| TempSrc: | Temporal |
| SpO2: | 97% |
| Weight: | **(!) 164.2 kg (362 lb)** |
| Height: | 5' 5" (1.651 m) |

No LMP recorded.

Physical Exam

Constitutional:
  Appearance: Normal appearance. She is obese.
HENT:
  Head: Normocephalic and atraumatic.
  Nose: Nose normal.
  Mouth/Throat:
  Mouth: Mucous membranes are moist.
Eyes:
  Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Pulses: Normal pulses.
  Heart sounds: Normal heart sounds.
Pulmonary:
  Effort: Pulmonary effort is normal.
  Breath sounds: Normal breath sounds.
Abdominal:
  Palpations: Abdomen is soft.
Musculoskeletal:
  Cervical back: Normal range of motion.
  Left lower leg: Edema present.
  Comments: **LLE 2 + edema**
Skin:
  General: Skin is warm and dry.
  Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
  Mental Status: She is alert and oriented to person, place, and time.
Psychiatric:
  Attention and Perception: Attention normal.
  Mood and Affect: Mood normal.
  Speech: Speech normal.
  Behavior: Behavior normal.

**Assessment**

**Plan**

**Problem List Items Addressed This Visit**

- **Post-COVID syndrome - Primary**

  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero presents to the CPCC today reporting continued Post-COVID symptoms of Fatigue, Headache, Joint pain, Anxiety, Depression, Activity Intolerance, Palpitations, Shortness of breath, Cough, Brain fog, Memory loss, Poor concentration, Dizziness and Weakness.

  I have spent greater than 50 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

  Ms. Guerrero reports that Fatigue continues without improvement.

  Lab work orderd 06/08/22 results:

  TSH, T 4, B-12, Unremarkable

  CMP - mildly elevated BUN 24, Na 145, Chloride 107, ALT 134 - Alk Phos elevated 159.5.30. Hgb 16.2. Hct 19.1

  CBC - mildly elevated RBC 5.30. Hgb 16.2. Hct 19.1

  Vitamin D elevated 93.8 -encouraged patient to inform Endocrinologist and inquire if any changes are needed for prescribed Vitamin D dose.

  Re-educated patient related to the benefits of following an Anti-Inflammatory Diet and decreasing sugar intake. Encouraged Patient to continuje taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc, and drinking plenty of water. Encourage adequate rest, good sleep hygiene, and fatigue management: planning, pacing, prioritizing, and positioning.

  Patient report that PCP plans to re-refer patient to Physical Therapy.

- **Post-COVID chronic headache**

  Headaches continue to occur at random times on a daily basis and last 30 minutes to several hours.

  Encouraged patient to continue to take Tylenol to relieve headaches and apply Cold Cap to relieve headache pain. Encouraged patient to drink plenty of fluids, rest in quiet darkened room, and apply hot/cold compresses to head and neck to help relieve headaches.

  Patient declines Neurology Referral at this time. States that she wants to try Cold Cap to see if it will help.

- **Anxiety**

  Ms. Guerrero reports that Chronic Anxiety that worsened Post-COVID has improved some.

  Escitalopram Increased to 20 mg daily per PCP.

  Encouraged continuation of Anti-Inflammatory Diet, decreased caffeine and sugar intake, drinking eight 8 oz glasses of water daily, avoidance of nicotine and alcohol, try to follow regular sleep regimen.

  Referral to Behavioral Health placed.

  Relevant Orders
  Ambulatory referral to Behavioral Health

- **Depression**

  Ms. Guerrero reports that Chronic Depression that worsened Post-COVID has improved some.

  Escitalopram Increased to 20 mg daily per PCP.

  Encouraged continuation of Anti-Inflammatory Diet, decreased caffeine and sugar intake, drinking eight 8 oz glasses of water daily, avoidance of nicotine and alcohol, try to follow regular sleep regimen.

  Referral to Behavioral Health placed.

  Relevant Orders
  Ambulatory referral to Behavioral Health

- **Post-COVID chronic dyspnea**

  Ms. Guerrero reports Shortness of Breath continues without improvement and is at times accompanied by dizziness and increased heart rate.

  Chest XR 6/8/22 ordered completed 6/16/22 results: Detail limited due to patient factors. No definite signs of acute cardiopulmonary disease.

PFT ordered 6/8/22 not completed. Patient states that she had PFT completed in May 2022 at Jefferson Memorial Hospital.

Referred patient to Pulmonology. Patient saw Dr. Bakshi Pulmonologist on 7/14/22. Patient reports that Dr. Bakshi informed her that PFT's from May 2022 looked good, and Chest XR completed 6/16/22 showed some scarring. Dr. Bakshi instructed patient to do Breathing exercises daily, use CPAP every night, Stop Symbicort Inhaler related to increased heart rate, request that PCP stop Benazepril and change to blood pressure medication that does not have coughing as a side effect, Continue Albuterol as needed, take Tessalon Perles twice a day, take Cetirizine and Flonase 1 - 2 times a day, lose weight, and take Pepcid 20 mg 1 - 2 times a day.

Educated patient related to Pursed Lip Breathing exercises. Encouraged patient to do breathing exercises 5 - 10 minutes a day to help increase lung capacity and improve Lung function.

Patient has follow up visit with Dr. Bakshi Pulmonologist 10/13/22.

- **Brain fog**

Ms. Guerrero reports continued Post-COVID Brain Fog that continues without improvement.

Re-educated patient related to benefits of Anti-Inflammatory Diet, drink eight 8 oz glasses of water a day. Encourage patient to continue taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, and Zinc. Encouraged patient to begin taking Probiotic and Omega 3's. Practice breathing exercises, try to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Patient declined prescription for Nufola at this time. States that she wants to do better at following Anti-Inflammatory Diet first.

Will consider Nufola at follow up visit if not improvement.

- **Memory loss**

Ms. Guerrero reports continued Post-COVID Memory Loss that continues without improvement.

Re-educated patient to benefits of Anti-Inflammatory Diet, practice good sleep regimen, read, do puzzles, and play word games to keep brain active.

- **Poor concentration**

Ms. Guerrero reports continued Post-COVID Poor Concentration that continues without improvement.

Re-educated patient to benefits of Anti-Inflammatory Diet, practice good sleep regimen, read, do puzzles, and play word games to keep brain active.

- **Post-COVID chronic joint pain**

Chronic Joint Pain of neck, shoulders, elbows, and ankles worsened after COVID and randomly comes and goes without improvement.

Lab work ordered and drawn 6/8/22:
ANA, HLA-B27, Sed Rate, RF, CRP unremarkable

Encouraged patiet to continue taking Meloxicam and to try alternating cold/heat to affected areas to help with pain.

- **Post-COVID chronic cough**

Non-Productive Cough continues without improvement.

Pulmonologist was seen on 7/14/22 and informed patient to contact PCP and inform to stop Benazepril and change blood pressure medication to one without Coughing as a listed side effect. Patient to follow up with PCP 8/8/22.

Encouraged patient that persistent cough after COVID could take time to resolve.

Encouraged patient to continue Tessalon Perles and obtain OTC Guaifenesin to help with cough.

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred*

Return in about 6 weeks (around 8/31/2022) for Telemed.

Post Covid Provider Evaluation on 7/20/2022

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 132/87 Pulse 93 Temp 98.3 °F (36.8 °C) (Temporal) Resp 19 Ht 5' 5" (1.651 m) Wt 164.2 kg (362 lb) ❗ (Abnormal) SpO2 97% BMI 60.24 kg/m² BSA 2.74 m² |
| Flowsheets: | COVID-19 Vaccination Screening, Amb Complex Vitals Nav, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

Ambulatory referral to Behavioral Health New Request

## Medication Changes

As of 7/20/2022 4:06 PM

None

## Medication List at End of Visit

As of 7/20/2022 4:06 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| ALBUTEROL IN<br>Inhale 90 mcg into the lungs. - Inhalation<br>Patient-reported medication | | 2/15/2022 | |
| Ascorbic Acid (vitamin C) 1000 MG tablet<br>Take 1,000 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| aspirin (Ecotrin) 81 MG EC tablet<br>Take 81 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| benazepril (Lotensin) 20 MG tablet<br>Take 20 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| benzonatate (Tessalon) 100 MG capsule<br>Take 100 mg by mouth 3 (three) times a day as needed for cough. - Oral<br>Patient-reported medication | | | |
| calcitriol (Rocaltrol) 0.5 MCG capsule<br>Take 0.5 mcg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| CALCIUM CITRATE PO<br>Take by mouth. - Oral<br>Patient-reported medication | | | |
| cetirizine (ZyrTEC) 10 MG tablet<br>Take 10 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab<br>Place under the tongue. Every other day - Sublingual<br>Patient-reported medication | | | |

| | Refills | Start Date | End Date |
|---|---|---|---|
| **ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule**<br>Every other day<br>Patient-reported medication | | | |
| **escitalopram (Lexapro) 10 MG tablet**<br>Take 20 mg by mouth daily. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **Hyoscyamine Sulfate (HYOSCYAMINE PO)**<br>Take 4 mg by mouth. - Oral<br>Patient-reported medication | | | |
| **Magnesium Oxide (MAG-OX PO)**<br>Take 400 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **meloxicam (Mobic) 15 MG tablet**<br>meloxicam 15 mg tablet<br>Patient-reported medication | | 2/15/2022 | |
| **minocycline (Minocin) 100 MG capsule**<br>2 (two) times a day.<br>Patient-reported medication | | | |
| **Multiple Vitamins-Minerals (ZINC PO)**<br>Take 100 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **Omega-3 1000 MG Cap**<br>Take 1,000 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **ondansetron (Zofran) 4 MG tablet**<br>Take 4 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **Probiotic Product (PROBIOTIC PO)**<br>Take 1 capsule by mouth. - Oral<br>Patient-reported medication | | | |
| **Semaglutide (OZEMPIC, 1 MG/DOSE, SC)**<br>Inject under the skin. - Subcutaneous<br>Patient-reported medication | | 2/15/2022 | |
| **topiramate (Topamax) 25 MG capsule**<br>Take 25 mg by mouth 2 (two) times a day. - Oral<br>Patient-reported medication | | | |
| **UNABLE TO FIND**<br>Bari life complete 3 in morning, 3 in evening<br>Patient-reported medication | | | |
| **VITAMIN A PO**<br>Take by mouth daily. 30,000 mcg - Oral<br>Patient-reported medication | | | |

## Visit Diagnoses

Primary: **Post-COVID syndrome** U09.9

Anxiety F41.9
Other depression F32.89
Post-COVID chronic dyspnea R06.09, U09.9
Post-COVID chronic fatigue R53.82, U09.9
Brain fog R41.89
Poor concentration R41.840
Post-COVID chronic joint pain M25.50, U09.9, G89.29
Post-COVID chronic cough R05.3, U09.9
Post-COVID chronic headache R51.9, U09.9, G89.29
Memory loss R41.3

# Guerrero, Sabrina

MRN: 12141403

**Post Covid Provider Evaluation** 6/8/2022
BHMA Spine and Rehabilitation

Provider: Pammela M Poore, NP (Nurse Practitioner)
Primary diagnosis: Post-COVID syndrome
Reason for Visit: Post Covid Evaluation; Referred by Shari K Rajoo, MD

## Progress Notes

Paul L Jett, MD (Physician) • Physical Medicine and Rehabilitation

Patient was seen independently by Nurse Practitioner unless otherwise noted. I have reviewed chart in full including the asessments and planned treatments. If any changes in care are necessary, these have been communicated to the ordering provider. I was available at the time of the visit either in person or via telephone. I have reviewed the chart and agree with the assessment and plan as written. Paul L Jett, MD.

## Progress Notes

Pammela M Poore, NP (Nurse Practitioner) • Nurse Practitioner

| | | | |
|---|---|---|---|
| Patient Name: | **Guerrero, Sabrina** | Today's Date: | **6/9/2022** |
| Preferred Name: | **Sabrina** | Date of Encounter: | **6/8/2022** |
| Patient MRN / CSN: | **12141403 / 10095696404** | Appt. Time: | **1:00 PM EDT** |
| Patient Age / DOB: | **53-year old /** | Encounter Provider: | **Pammela M Poore, NP** |
| PCP: | **Floyd E Phillips Jr, MD** | | |

Center for Post-Covid Care (CPCC)

**Subjective**

Sabrina Guerrero is a 53-year old who presents for Post Covid Evaluation.
Patient complains of the following Symptoms: Fatigue, Headache, Anxiety/Irritability, Depression, Shortness of breath, Brain fog, Memory loss, Poor concentration, Blood pressure problems, Joint Pain, and Muscle Weakness

I have reviewed the patient's Post-COVID Care Management Assessment completed on 5/27/22.

Date of onset of symptoms: 2/7/22
Date of last positive test:2/7/22
Were you hospitalized due to COVID: No
Were you seen by a provider for COVID as an outpatient? PCP
Have you received experimental drugs for COVID treatment?: Yes

HPI

Ms. Guerrero states that initial COVID symptoms began 2/7/22 and consisted of Dry Cough, Shortness of Breath, Runny Nose, Diarrhea, Sore Throat, and Headache. Reports that she called PCP Dr. Floyd Phillips and was prescribed Paxlovid and Tessalon Perles. States that over the next week Dry Cough worsened into a constant deep bronchial cough that made it difficult for her to even talk along with all other symptoms worsening. Reports that she decided to go to Urgent Care. Reports that Urgent Care gave her a Steroid Injection and a Antibiotic Injection and was prescribed an Inhaler, Cough Medicine, and Steroid Dose Pak that helped. States that she followed up with PCP NP within the next week or so and was prescribed another Inhaler, Steroid Dose Pak, Antibiotic and wanted to refer to Physical Therapy but patient was to weak. Reports that over the next week or so she felt like Fatigue, Weakness, and Shortness of Breath were getting worse but Cough was improving some. Followed up with PCP NP again and was prescribed another Steroid Dose Pak and was referred to Physical Therapy. States that initially Physical Therapy was scheduled for three days a week doing 1 - 1.5 hours and it took two days to recover from it every time she went. Physical Therapy was decreased to two day a week and required a $50.00 Co-pay. Reports that she now goes 1 - 2 days a week for 1 -1.5 hours and it still takes her two days to recover every time she goes.

Ms. Guerrero reports that Post-COVID Fatigue continues without improvement. States that Fatigue has made her unable to continue working and has been on Short Term Disability since 3/5/22. Reports that she requires frequent naps that last for several hours and is only able to bathe twice a week due to Fatigue. Reports that she continues to go to Physical Therapy 1 - 2 times a week and it continues to take two days to recover.

Ms. Guerrero reports Post-COVID daily headaches that vary in intensity. Reports that she takes Tylenol for headache if it gets bad enough which relieves headache. States that prior to COVID she only experienced and occasional normal headache.

Ms. Guerrero reports that she had some Anxiety prior to COVID but Post-COVID Anxiety is much worse. States she has been taking Escitalopram 10 mg daily since 2017 which helps some but still continues to feel Anxious/Irritated/Agitated at times.

Ms. Guerrero repots that she had some Depression prior to COVID but has worsened since COVID. Reports that she has been taking Escitalopram 10 mg daily since 2017 which helps with Depression.

Ms Guerrero states Post-COVID Shortness of Breath made it difficult for her to continue working and has been on Short Term Disability since 3/5/22. States that sometimes when becoming Short of Breath she feels a little dizzy and she can feel that her heart rate increases. Reports that she cannot walk around or do chores standing up without becoming Short of Breath. Reports that she has learned to pace herself and walk slowly. States that when in Physical Therapy there are times that she gasps for air and has to stop to use Albuterol and Symbicort to recover. Reports that oxygen saturations never drop below 92 - 97% and has never had home oxygen.

Ms. Guerrero reports that Post-COVID Brain Fog, Memory Loss, and Poor Concentration continue without improvement. Reports that she forgets what she has done, can remember what she needs to do, and has difficulty staying focused. States that family and friends have brought to here attention that she constantly is asking the same questions over and over again, repeats the same things over and over again, and slurs some of her words when speaking.

Ms. Guerrero reports that since COVID her blood pressure seems to fluctuate up and down. Reports that her blood pressure fluctuates anywhere from 118/80 - 140/100 but has dropped as low as 90/80. States that she is currently taking Lotensin 20 mg daily. Patient states that

she has started checking her blood pressure prior to taking Lotensin and if blood pressure is on the low side she will not take Lotensin.

Ms. Guerrero reports Chronic Joint Pain of knees, ankles, shoulders, elbows, and neck that worsened with COVID. Reports that Joint Pain comes and goes affecting different areas randomly and she takes Meloxicam and applies ice to effected area to help relieve pain. States that she has taken Meloxicam for Joint Pain since 2011. Patient reports that she has never seen a Rheumatologist for Joint Pain.

Ms. Guerrero states that since COVID she has experienced muscle pain in her Calves and Upper Arms at times. Reports that Muscle Pain feels like a burning sensation. States that sometimes she thinks her Calves may be having a muscle spasm.

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

History Assessed by Care Management - Fri May 27, 2022

| Row Name | 1542 |
|---|---|
| African-American? | No 05/27/22 1546 |
| Latinx? | No 05/27/22 1546 |
| O2 use? | No 05/27/22 1546 |
| BMI | >40 Class 3 Pt reports morbid obesity 05/27/22 1546 |
| Diabetes Mellitus | None 05/27/22 1546 |
| Prior or pre-existing cancer diagnosis? | No 05/27/22 1546 |
| Pre-existing immunocompromise? | No 05/27/22 1546 |
| Immunocompromising medication use? | No 05/27/22 1546 |
| Covid related ICU stay? | No 05/27/22 1546 |
| Covid related mechanical ventilation | No 05/27/22 1546 |
| Pre-existing heart condition? | — H/O: HTN 05/27/22 1546 |
| Pre-existing lung condition | No pt denies any known dz 05/27/22 1546 |
| Post-COVID diagnosis made clinically - no test result | No Tested + : 2/7/2022. Still out on FMLA 05/27/22 1546 |
| Have you had the COVID-19 Vaccine? | Yes Pfizer Rx 05/27/22 1546 |
| First Dose | 01/01/21 05/27/22 1546 |
| Second Dose | 01/25/21 05/27/22 1546 |
| COVID Booster | — Declined booster 05/27/22 1546 |

Symptoms Assessed by Care Management - Fri May 27, 2022

| Row Name | 1546 |
|---|---|
| Do you have a cough? | Yes ! 05/27/22 1548 |

| | |
|---|---|
| Is the cough dry or is there sputum? | Dry " I have the Covid cough but it has improved over past 2 weeks now" 05/27/22 1548 |
| Is cough new or pre-existing? | New 05/27/22 1548 |
| Do you have Shortness of Breath? | Yes 05/27/22 1548 |
| Is the SOB exertional and/or even at rest? | Exertional 05/27/22 1548 |
| Is the SOB new or pre-existing? | New 05/27/22 1548 |
| Do you have a fever? | No 05/27/22 1548 |
| Are you experiencing chest pain or tightness? | No 05/27/22 1548 |
| Are you having a fast heart rate (more than usual)? | No 05/27/22 1548 |
| Has the patient seen a cardiologist for the heart rate issues? | No 05/27/22 1548 |
| Have you been diagnosed with blood clots? | No 05/27/22 1548 |
| Do you have chronic fatigue? | Yes 05/27/22 1548 |
| Is the chronic fatigue new or pre-existing? | New " I have extreme exhaustion & fatigue now". I used to be very active & working & now I have very little energy to even get up, showered & dressed" 05/27/22 1548 |
| Are you experiencing any unusual pain? | No 05/27/22 1548 |
| Are you experiencing loss of taste or smell? | No 05/27/22 1548 |
| Are you experiencing any hair loss? | No 05/27/22 1548 |

Symptoms Assessed by Care Management - Fri May 27, 2022

| Row Name | 1548 |
|---|---|
| Are you experiencing headaches? | No 05/27/22 1551 |
| Are you having difficulty with remembering things or concentrating? | **Yes !** 05/27/22 1551 |
| Memory, concentration or both? | both " This is my # 1 compliant after the fatigue. I can't remember things. My family says I ask the same ?'s over & over & I don't remember asking them. I seem unable to concentrate & I had no issues before Covid with this." 05/27/22 1551 |
| Is memory/concentration issue new or pre-existing? | New 05/27/22 1551 |
| Are you feeling down, depressed or hopeless? | **Yes !** 05/27/22 1551 |
| Have you felt stressed? | **Yes !** 05/27/22 1557 |
| How many days have you felt this way in the last two weeks? | 10 05/27/22 1557 |
| Do you feel anxious or nervous? | **Yes !** 05/27/22 1557 |
| Is the anxious or nervous feeling new or pre-existing? | Pre-existing 05/27/22 1557 |
| Is the anxious or nervous feeling better, same or worse? | worse " My anxiety level is really high now & I cry easily". " Just don't understand why I don't feel like myself & my PCP doesn't help" 05/27/22 1557 |

| | |
|---|---|
| Are you experiencing any difficulty sleeping? | **Yes** ! 05/27/22 1557 |
| Is difficulty sleeping new or pre-existing? | New " I just sleep all the time & am still exhausted" 05/27/22 1557 |
| Do you hear voices or sounds that no one else hears? | No 05/27/22 1557 |
| Have you wondered if your mind was trying to trick you or if it was not working right? | **Yes** ! " My memory & concentration seems so off" 05/27/22 1557 |
| Have you had rapid changes in mood that are unusual for you? | No 05/27/22 1557 |
| Do you have trouble completing daily tasks? | **Yes** ! 05/27/22 1557 |
| Are issues with daily tasks new or pre-existing? | New Still on FMLA for work. Still in OP/PT trying to "build up my strength" 05/27/22 1557 |
| Any other unusual symptoms? | **Yes** ! 05/27/22 1557 |
| List the symptoms | " Sometimes my friends & family say my speech seems slurred" 05/27/22 1557 |
| Further evaluation for Post-Covid Syndrome? | **Yes** ! 05/27/22 1557 |
| If your symptoms have resolved, did you have any of the above symptoms 30 days after your COVID diagnosis? | **Yes** ! 05/27/22 1557 |
| Approximately how long did the symptoms last? | 91 - 180 days 05/27/22 1557 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:

**Outpatient Encounter Medications as of 6/8/2022**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. | | |
| • benazepril (Lotensin) 20 MG tablet | Take 20 mg by mouth. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • Budesonide-Formoterol Fumarate (SYMBICORT IN) | Inhale into the lungs as needed. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |

| | |
|---|---|
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other day |
| • escitalopram (Lexapro) 10 MG tablet | Take 10 mg by mouth. |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • topiramate (Topamax) 25 MG capsule | Take 25 mg by mouth 2 (two) times a day. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |

Last reviewed on 6/8/2022 1:26 PM by Ashley B Vaughn, RN

Medical History:
Sabrina has a past medical history of Anxiety, Bronchitis, COVID-19, Depression, Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Depression in her mother; Diabetes in her father; Heart disease in her father; Hyperlipidemia in her mother; Hypertension in her father; Pancreatic cancer in her father; Scoliosis in her mother.

Sabrina reports previous alcohol use.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports previous drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath.
Musculoskeletal: Positive for arthralgias and myalgias.

Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for agitation. The patient is nervous/anxious.

**Objective**

**Vitals:**

| | | | | |
|---|---|---|---|---|
| | 06/08/22 1351 | 06/08/22 1400 | 06/08/22 1402 | 06/08/22 1404 |
| BP: | 126/89 | 126/62 | 122/81 | 122/78 |
| Pulse: | 82 | 78 | 85 | (!) **104** |
| Resp: | 20 | | | |
| Temp: | 97.8 °F (36.6 °C) | | | |
| TempSrc: | Temporal | | | |
| SpO2: | 100% | | | |
| Weight: | (!) **166.5 kg (367 lb)** | | | |
| Height: | 5' 5" (1.651 m) | | | |

No LMP recorded.

Physical Exam
Constitutional:
Appearance: Normal appearance. She is obese.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.
Abdominal:
Palpations: Abdomen is soft.
Musculoskeletal:
Left lower leg: Edema present.
Comments: **LLE 2+ pitting**
Skin:
General: Skin is warm and dry.
Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
General: No focal deficit present.
Mental Status: She is alert and oriented to person, place, and time.
Psychiatric:

Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

GAD-7 Anxiety Scale - Thu June 09, 2022

| Row Name | 1214 |
| --- | --- |
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Feeling nervous, anxious, or on edge | More than half the days 06/09/22 1215 |
| Not being able to stop or control worrying | More than half the days 06/09/22 1217 |
| Worrying too much about different things | More than half the days 06/09/22 1215 |
| Trouble relaxing | Not at all 06/09/22 1215 |
| Being so restless that it is hard to sit still | Not at all 06/09/22 1215 |
| Becoming easily annoyed or irritable | More than half the days 06/09/22 1215 |
| Feeling afraid as if something awful might happen | Several days 06/09/22 1215 |
| GAD-7 Total Score | 9 06/09/22 1217 |
| If you checked off any problems on this questionnaire, | |
| How difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Somewhat difficult 06/09/22 1217 |

**Assessment**

**Plan**

**Problem List Items Addressed This Visit**

- **Post-COVID syndrome - Primary**

  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero presents to the CPCC today for initial Post-COVID evaluation with continued Post-COVID symptoms of Fatigue, Headache, Anxiety, Depression,

Shortness of breath, Brain fog, Memory loss, Poor concentration, Blood pressure problems, muscle weakness(described as burning sensation), increase sleep and irritable/agitated.

Requested PCP Dr. Floyd Phillips patient records.

Advised patient that it can take 12 months or more to start seeing some of the symptoms related to COVID-19 subside. I provided patient with information regarding the post-COVID support group. Patient provided information related to potential enrollment in ETSU COVID-19 Research Study under Dr. Jonathan Moorman.

I have spent greater than 70 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

Ms. Guerrero reports that Post-COVID Fatigue continues without improvement.

Patient PCP referred patient to Physical Therapy that she started on 3/21/22 and continues to go 1 - 2 times per week.

Educated patient related to the benefits of following an Anti-inflammatory Diet and decreasing sugar intake. Patient currently taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, and Zinc. Encouraged patient to begin taking Probiotic and Omega 3's, drink plenty of water, and continue Physical Therapy. Encourage adequate rest, good sleep hygiene, and fatigue management: planning, pacing, prioritizing, and positioning.

Ordered CBC, CMP, B-12, TSH, T4, Vit D to further evaluate Fatigue.

Relevant Orders
CBC with Differential (Automated or Manual Diff as Indicated)
Comprehensive Metabolic Panel
Vitamin B12 Level
Thyroid Stimulating Hormone (TSH)
Vitamin D,1,25-Dihydroxy Level
T4 Total (Thyroxine)

- **Post-COVID chronic headache**

Ms. Guerrero reports Post-COVID daily headaches that vary in intensity. Reports that she takes Tylenol for headache if it gets bad enough and it helps. States that prior to COVID she only experienced and occasional normal headache.

Encouraged patient to drink plenty of fluids, take OTC pain reliever, rest in quiet darkened room, and apply hot/cold compresses to head and neck to help relieve headaches.

Patient states that she wants to wait to see if headaches get any better and declined Neurology Referral at this time.

Relevant Medications
- meloxicam (Mobic) 15 MG tablet
- escitalopram (Lexapro) 10 MG tablet
- aspirin (Ecotrin) 81 MG EC tablet
- topiramate (Topamax) 25 MG capsule

- **Anxiety**

Ms. Guerrero reports that Chronic Anxiety has worsened Post-COVID. States that at times she experiences increased feelings of anxiousness, irritation, and agitation. Reports that her PCP prescribed Escitalopram 10 mg daily for anxiety in 2017 and she continues taking daily which does help with Anxiety.

GAD7 Score 6/8/22: 9

Encouraged Anti-Inflammatory Diet, decrease caffeine and sugar intake, drink eight 8 oz glasses of water daily, avoidance of nicotine and alcohol, try to follow regular sleep regimen, and continue Physical Therapy.
Encouraged patient to reach out to Support Group. Provided Support Group contact information. Informed patient that these symptoms may linger for 12 months or longer.

Patient advised to contact PCP to inform of increased Anxiety/Irritation/Agitation and a possible increase of Escitalopram 10 mg to twice daily.

Will consider referral to Behavioral Health if no improvement at follow up visit.

- **Depression**

Ms. Guerrero reports history of Depression that has worsened since COVID. Reports that she has been taking Escitalopram since 2017 that helps with Depression.

PHQ9 completed 5/27/22: 8

Patient advised to contact PCP to inform of increased Anxiety/Irritation/Agitation and a possible increase of Escitalopram 10 mg to twice daily.

Will consider referral to Behavioral Health if no improvement at follow up visit.

Relevant Medications
escitalopram (Lexapro) 10 MG tablet

- **Post-COVID chronic dyspnea**

Ms. Guerrero reports continued Post-COVID Shortness of Breath that is at times accompanied by dizziness and increased heart rate. Reports that she uses Albuterol and Symbicort Inhalers when she becomes Short of Breath. Patient states that she has not had a Chest XR since diagnosed with COVID.

Ordered Chest XR, PFT's, and referred patient to Pulmonology.

Patient requested to bereferred to Dr. Bakshi Pulmonologist in Greenville, TN. - informed Mae in front office.

Relevant Orders
Spirometry with Bronchodilator
XR Chest 2 View
Ambulatory referral to Pulmonology

- **Brain fog**

Ms. Guerrero reports that Post-COVID Brain Fog continues without improvement.

Educated patient related to benefits of Anti-Inflammatory Diet, drink eight 8 oz glasses of water a day, and continue Physical Therapy. Patient currently taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, and Zinc. Encouraged patient to begin taking Probiotic and Omega 3's. Practice breathing exercises, try to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Will consider Nufola at follow up visit if no improvement.

- **Memory loss**

Ms. Guerrero reports that Post-COVID Memory Loss, continue without improvement.

Encouraged patient to eat a healthy Anti-Inflammatory Diet, practice good sleep regimen, read, do puzzles, and play word games to keep brain active.

Will continue to monitor.

- **Poor concentration**

Ms. Guerrero reports that Post-COVID Poor Concentration continues without improvement.

Encouraged patient to eat a healthy Anti-Inflammatory Diet, practice good sleep regimen, read, do puzzles, and play word games to keep brain active.

Will continue to monitor.

- **Transient hypotension**

Ms. Guerrero reports blood pressure fluctuates up and down since COVID. Reports that she is currently taking Lotensin 20 mg daily to high blood pressure but since COVID there are times that her blood pressure drops down. States that she now checks her blood pressure before taking Lotensin to keep her blood pressure from dropping to low.

Encouraged Patient to inform PCP of blood pressure fluctuations and that some days she is not taking Lotensin. Encouraged to drink plenty of fluid, continue to check her blood pressure prior to taking Lotensin, and randomly check blood pressure throughout the day.

- **Post-COVID chronic joint pain**

Ms. Guerrero reports Chronic Joint Pain that comes and goes randomly in different joints: knees, ankles, shoulders, elbows, and neck. Reports that Joint Pain worsened with COVID.

Patient currently taking Meloxicam and applying ice to effected joint.

Encouraged patient to continue taking Meloxicam and to try alternating cold/heat to affected areas to help with pain.

Ordered Labs: ANA, CRP, RF, Sed Rate, and HLA-B27 to further evaluate Joint Pain.

Relevant Orders
- C-Reactive Protein
- Rheumatoid Factor
- Sedimentation Rate
- HLA-B27 Allele
- Anti-Nuclear Antibody with Reflex Titer if Indicated

- **Post-COVID chronic muscle pain**

Ms. Guerrero reports that she experiences muscle pain in her Calves and Upper Arms at times. States Muscle Pain feels like a burning sensation. Reports that there are times when she thinks her Calves may be having a muscle spasm.

Encouraged patient to alternate applying ice/heat to reduce inflammation and improve blood flow to affected area and to take a warm bath using Epsom Salt to help relieve muscle pain. Educated patient to stretch and gently message the area to help relieve muscle spasm.

Ordered Lab: CMP and CK to further evaluate Muscle Pain.

Relevant Orders
CK, Total

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred*

Return in about 6 weeks (around 7/20/2022).

## Instructions

Return in about 6 weeks (around 7/20/2022).

After Visit Summary (AVS) (Printed 6/8/2022)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 122/78 Pulse 104 ! (Abnormal) Temp 97.8 °F (36.6 °C) (Temporal) Resp 20 Ht 5' 5" (1.651 m) Wt 166.5 kg (367 lb) ! (Abnormal) SpO2 100% BMI 61.07 kg/m² BSA 2.76 m² More Vitals |
| Flowsheets: | Risk Assessment, COVID-19 Vaccination Screening, Amb Complex Vitals Nav, Anthropometrics, GAD-7 Anxiety Scale |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Communications

Chart Routed to Paul L Jett, MD
Chart Routed to Paul L Jett, MD
Chart Routed to Paul L Jett, MD
Chart Routed to Paul L Jett, MD
Chart Routed to Paul L Jett, MD
Letter sent to Floyd E Phillips Jr., MD Sent 6/9/2022

## Media

From this encounter

Outside Records - Scan on 6/9/2022 12:19 PM: PCP Floyd Phillips records
Medical Records Release - Scan on 6/8/2022 4:09 PM

## Medication List at End of Visit

As of 6/8/2022 1:26 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| ALBUTEROL IN<br>Inhale 90 mcg into the lungs. - Inhalation<br>Patient-reported medication | | 2/15/2022 | |
| Ascorbic Acid (vitamin C) 1000 MG tablet<br>Take 1,000 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| aspirin (Ecotrin) 81 MG EC tablet<br>Take 81 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| benazepril (Lotensin) 20 MG tablet<br>Take 20 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| benzonatate (Tessalon) 100 MG capsule<br>Take 100 mg by mouth 3 (three) times a day as needed for cough. - Oral<br>Patient-reported medication | | | |
| Budesonide-Formoterol Fumarate (SYMBICORT IN)<br>Inhale into the lungs as needed. - Inhalation<br>Patient-reported medication | | | 7/20/2022 |
| calcitriol (Rocaltrol) 0.5 MCG capsule<br>Take 0.5 mcg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| CALCIUM CITRATE PO<br>Take by mouth. - Oral<br>Patient-reported medication | | | |
| cetirizine (ZyrTEC) 10 MG tablet<br>Take 10 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab<br>Place under the tongue. Every other day - Sublingual<br>Patient-reported medication | | | |
| ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule<br>Every other day<br>Patient-reported medication | | | |
| escitalopram (Lexapro) 10 MG tablet<br>Take 20 mg by mouth daily. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| Hyoscyamine Sulfate (HYOSCYAMINE PO)<br>Take 4 mg by mouth. - Oral<br>Patient-reported medication | | | |
| Magnesium Oxide (MAG-OX PO)<br>Take 400 mg by mouth daily. - Oral | | | |

| | Refills | Start Date | End Date |
|---|---|---|---|
| Patient-reported medication | | | |
| meloxicam (Mobic) 15 MG tablet<br>meloxicam 15 mg tablet<br>Patient-reported medication | | 2/15/2022 | |
| minocycline (Minocin) 100 MG capsule<br>2 (two) times a day.<br>Patient-reported medication | | | |
| Multiple Vitamins-Minerals (ZINC PO)<br>Take 100 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| ondansetron (Zofran) 4 MG tablet<br>Take 4 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| Semaglutide (OZEMPIC, 1 MG/DOSE, SC)<br>Inject under the skin. - Subcutaneous<br>Patient-reported medication | | 2/15/2022 | |
| topiramate (Topamax) 25 MG capsule<br>Take 25 mg by mouth 2 (two) times a day. - Oral<br>Patient-reported medication | | | |
| UNABLE TO FIND<br>Bari life complete 3 in morning, 3 in evening<br>Patient-reported medication | | | |
| VITAMIN A PO<br>Take by mouth daily. 30,000 mcg - Oral<br>Patient-reported medication | | | |

## Visit Diagnoses

Primary: Post-COVID syndrome U09.9
Post-COVID chronic fatigue R53.82, U09.9
Post-COVID chronic headache R51.9, U09.9, G89.29
Anxiety F41.9
Other depression F32.89
Post-COVID chronic dyspnea R06.09, U09.9
Brain fog R41.89
Memory loss R41.3
Poor concentration R41.840
Transient hypotension I95.9
Post-COVID chronic joint pain M25.50, U09.9, G89.29
Post-COVID chronic muscle pain M79.10, U09.9, G89.29

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 122/78 Pulse 104 ! (Abnormal) Temp 97.8 °F (36.6 °C) (Temporal) Resp 20<br>Ht 5' 5" (1.651 m) Wt 166.5 kg (367 lb) ! (Abnormal) SpO2 100% BMI 61.07 kg/m²<br>BSA 2.76 m² More Vitals |
| Flowsheets: | Risk Assessment, COVID-19 Vaccination Screening, Amb Complex Vitals Nav, Anthropometrics, GAD-7 Anxiety Scale |

Encounter Info: Case Request Report

## Encounter Status

Signed by Pammela M Poore, NP on 6/9/22 at 14:33

## IP CLN Destination Communication History

Coordination has not been started for this encounter.

## IP CLN Durable Medical Equipment Communication History

Coordination has not been started for this encounter.

## IP CLN Dialysis / Infusion Communication History

Coordination has not been started for this encounter.

## IP CLN Home Medical Care Communication History

Coordination has not been started for this encounter.

## Orders Placed

Labs

**CBC with Differential (Automated or Manual Diff as Indicated)** (Resulted 6/8/2022, Abnormal)
**Comprehensive Metabolic Panel** (Resulted 6/8/2022, Abnormal)
**Vitamin D,1,25-Dihydroxy Level** (Resulted 6/8/2022, Abnormal)
Anti-Nuclear Antibody with Reflex Titer if Indicated (Resulted 6/8/2022)
C-Reactive Protein (Resulted 6/8/2022)
CK, Total (Resulted 6/8/2022)
HLA-B27 Allele (Resulted 6/8/2022)
Rheumatoid Factor (Resulted 6/8/2022)
Sedimentation Rate (Resulted 6/8/2022)
T4 Total (Thyroxine) (Resulted 6/8/2022)
Thyroid Stimulating Hormone (TSH) (Resulted 6/8/2022)
Vitamin B12 Level (Resulted 6/8/2022)

Imaging
XR Chest 2 View (Resulted 6/16/2022)

Other Orders
Ambulatory referral to Pulmonology Closed
Spirometry with Bronchodilator

## Other Orders Performed

Ambulatory Referral to CPCC Provider Eval Closed

## Medication Changes

As of 6/8/2022 1:26 PM

None

## Anti-Nuclear Antibody with Reflex Titer if Indicated: Patient Communication

Released | Seen

# Results

Anti-Nuclear Antibody with Reflex Titer if Indicated (Order 257398362)

### Anti-Nuclear Antibody with Reflex Titer if Indicated

Order: 257398362

Status: Final result Visible to patient: Yes (seen)

Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)

Dx: Post-COVID chronic joint pain

| Component | 1 mo ago |
|---|---|
| Antinuclear Antibodies, IFA | Negative |

Comment:

Negative <1:80
Borderline 1:80
Positive >1:80

ICAP nomenclature: AC-0
For more information about Hep-2 cell patterns use
ANApatterns.org, the official website for the International
Consensus on Antinuclear Antibody (ANA) Patterns (ICAP).

Resulting Agency LABCORP

### Narrative

Performed by: LabCorp

Performed at: 01 - Labcorp Burlington
1447 York Court, Burlington, NC 272153361
Lab Director: Sanjai Nagendra MD, Phone: 8007624344

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details | View Encounter | Lab and Collection Details | Routing | Result History

### Result Care Coordination

Patient Communication

Released | Seen

## Other Results from 6/8/2022

### C-Reactive Protein

Order: 257376198

Status: Final result Visible to patient: Yes (seen)

Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)

Dx: Post-COVID chronic joint pain

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| C-Reactive Protein, Quant | 0 - 10 mg/L | 6 |
| Resulting Agency | | LABCORP |

Narrative

Performed by: LabCorp

```
Performed at:  01 - Labcorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: Sanjai Nagendra MD, Phone:  8007624344
```

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details  View Encounter  Lab and Collection Details  Routing  Result History

Result Care Coordination

Patient Communication

Released  Seen

## Rheumatoid Factor

Order: 257376199

Status: **Final result** Visible to patient: **Yes (seen)**

Next appt: **08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)**

Dx: **Post-COVID chronic joint pain**

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| **RA Factor** | <14.0 IU/mL | <10.0 |
| Resulting Agency | | LABCORP |

**Narrative** Performed by: LabCorp

```
Performed at:  01 - Labcorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: Sanjai Nagendra MD, Phone:  8007624344
```

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details  View Encounter  Lab and Collection Details  Routing  Result History

Result Care Coordination

Patient Communication

Released  Seen

## Sedimentation Rate

Order: 257376200

Status: **Final result** Visible to patient: **Yes (seen)**

Next appt: **08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)**

Dx: **Post-COVID chronic joint pain**

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| **Sed Rate (ESR)** | 0 - 40 mm/hr | 32 |
| Resulting Agency | | LABCORP |

**Narrative** Performed by: LabCorp

```
Performed at:  01 - Labcorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: Sanjai Nagendra MD, Phone:  8007624344
```

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details | View Encounter | Lab and Collection Details | Routing | Result History

Result Care Coordination

Patient Communication

Released | Seen

CBC with Differential (Automated or Manual Diff as Indicated) Order: 257376201

Status: Final result Visible to patient: Yes (seen)

Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)

Dx: Post-COVID chronic fatigue

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| WBC | 3.4 - 10.8 x10E3/uL | 8.8 |
| RBC | 3.77 - 5.28 x10E6/uL | 5.30 ^ |
| Hemoglobin | 11.1 - 15.9 g/dL | 16.2 ^ |
| Hematocrit | 34.0 - 46.6 % | 49.1 ^ |
| MCV | 79 - 97 fL | 93 |
| MCH | 26.6 - 33.0 pg | 30.6 |
| MCHC | 31.5 - 35.7 g/dL | 33.0 |
| RDW | 11.7 - 15.4 % | 13.1 |
| Platelet Count | 150 - 450 x10E3/uL | 271 |
| Neutrophils % | Not Estab. % | 59 |
| Lymphocytes % | Not Estab. % | 32 |
| Monocytes % | Not Estab. % | 6 |
| Eosinophils % | Not Estab. % | 2 |
| Basophils % | Not Estab. % | 1 |
| Neutrophils # | 1.4 - 7.0 x10E3/uL | 5.2 |
| Lymphocytes # | 0.7 - 3.1 x10E3/uL | 2.8 |
| Monocytes # | 0.1 - 0.9 x10E3/uL | 0.6 |
| Eosinophils # | 0.0 - 0.4 x10E3/uL | 0.2 |
| Basophils # | 0.0 - 0.2 x10E3/uL | 0.1 |
| Immature Granulocytes % | Not Estab. % | 0 |
| Immature Grans # | 0.0 - 0.1 x10E3/uL | 0.0 |
| Resulting Agency | | LABCORP |

Narrative | Performed by: LabCorp

```
Performed at:  01 - Labcorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: Sanjai Nagendra MD, Phone:  8007624344
```

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details | View Encounter | Lab and Collection Details | Routing | Result History

Result Care Coordination

Patient Communication

Released Seen

## Comprehensive Metabolic Panel

Order: 257376202

Status: Final result Visible to patient: Yes (seen)

Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)

Dx: Post-COVID chronic fatigue

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| Glucose | 65 - 99 mg/dL | 93 |
| BUN | 6 - 24 mg/dL | 14 |
| Creatinine | 0.57 - 1.00 mg/dL | 0.58 |
| EGFR | >59 mL/min/1.73 | 108 |
| BUN Creatinine Ratio | 9 - 23 | 24 ^ |
| Sodium | 134 - 144 mmol/L | 145 ^ |
| Potassium | 3.5 - 5.2 mmol/L | 4.3 |
| Chloride | 96 - 106 mmol/L | 107 ^ |
| Carbon Dioxide, Total | 20 - 29 mmol/L | 20 |
| Calcium | 8.7 - 10.2 mg/dL | 9.3 |
| Protein, Total | 6.0 - 8.5 g/dL | 7.3 |
| Albumin | 3.8 - 4.9 g/dL | 4.3 |
| Globulin | 1.5 - 4.5 g/dL | 3.0 |
| A/G Ratio | 1.2 - 2.2 | 1.4 |
| Bilirubin, Total | 0.0 - 1.2 mg/dL | <0.2 |
| Alkaline Phosphatase | 44 - 121 IU/L | 159 ^ |
| AST/SGOT | 0 - 40 IU/L | 13 |
| ALT/SGPT | 0 - 32 IU/L | 34 ^ |
| Resulting Agency | | LABCORP |

Narrative

Performed by: LabCorp

Performed at: 01 - Labcorp Burlington
1447 York Court, Burlington, NC 272153361
Lab Director: Sanjai Nagendra MD, Phone: 8007624344

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details View Encounter Lab and Collection Details Routing Result History

Result Care Coordination

Patient Communication

Released Seen

## Vitamin B12 Level

Order: 257376203

Status: Final result Visible to patient: Yes (seen)
Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)
Dx: Post-COVID chronic fatigue

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| Vitamin B12 | 232 - 1,245 pg/mL | 660 |
| Resulting Agency | | LABCORP |

Narrative — Performed by: LabCorp

```
Performed at:  01 - Labcorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: Sanjai Nagendra MD, Phone:  8007624344
```

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details View Encounter Lab and Collection Details Routing Result History

Result Care Coordination

Patient Communication

Released Seen

## Thyroid Stimulating Hormone (TSH)

Order: 257376204

Status: Final result Visible to patient: Yes (seen)
Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)
Dx: Post-COVID chronic fatigue

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| Thyroid Stimulating Hormone | 0.450 - 4.500 uIU/mL | 2.130 |
| Resulting Agency | | LABCORP |

Narrative — Performed by: LabCorp

```
Performed at:  01 - Labcorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: Sanjai Nagendra MD, Phone:  8007624344
```

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details View Encounter Lab and Collection Details Routing Result History

Result Care Coordination

Patient Communication

Released Seen

## HLA-B27 Allele

Order: 257376205

Status: Final result Visible to patient: Yes (seen)
Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)
Dx: Post-COVID chronic joint pain

| Component | 1 mo ago |
|---|---|
| HLA B27 Allele | Negative |

Comment: HLA-B*27 Negative
B27 allele interpretation for all loci based on IMGT/HLA
database version 3.44
This test was developed and its performance characteristics
determined by LabCorp. It has not been cleared or approved
by the Food and Drug Administration.
HLA Lab CLIA ID Number 34D0954530
This test was performed using PCR (Polymerase Chain Reaction)/SSOP
(Sequence Specific Oligonucleotide Probes) technique. SBT (Sequence
Based Typing) and/or SSP (Sequence Specific Primers) may be used as
supplemental methods when necessary. Please contact HLA Customer
Service at 1-800-533-1037 if you have any questions.
Director of HLA Laboratory
Dr George C Maha, PhD

Resulting Agency LABCORP SHELL 02

**Narrative** Performed by: LabCorp

Performed at: 02 - Labcorp Burlington DNA
1440 York Court, Burlington, NC 272153361
Lab Director: George Maha PhD, Phone: 8007423944

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details View Encounter Lab and Collection Details Routing Result History

**Result Care Coordination**

Patient Communication

Released Seen

## Vitamin D,1,25-Dihydroxy Level

Order: 257376206

Status: Final result Visible to patient: Yes (seen)

Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)

Dx: Post-COVID chronic fatigue

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| Calcitriol(1, 25 DI-OH VIT D) | 24.8 - 81.5 pg/mL | 93.8 ^ |

Comment: **Please note reference interval change**

Resulting Agency LABCORP

**Narrative** Performed by: LabCorp

Performed at: 01 - Labcorp Burlington
1447 York Court, Burlington, NC 272153361
Lab Director: Sanjai Nagendra MD, Phone: 8007624344

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details View Encounter Lab and Collection Details Routing Result History

**Result Care Coordination**

Patient Communication

Released | Seen

## T4 Total (Thyroxine)

Order: 257398360

Status: Final result Visible to patient: Yes (seen)

Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)

Dx: Post-COVID chronic fatigue

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| T4 | 4.5 - 12.0 ug/dL | 7.7 |
| Resulting Agency | | LABCORP |

Narrative

Performed by: LabCorp

```
Performed at:  01 - Labcorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: Sanjai Nagendra MD, Phone:  8007624344
```

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details View Encounter Lab and Collection Details Routing Result History

Result Care Coordination

Patient Communication

Released | Seen

## CK, Total

Order: 257398361

Status: Final result Visible to patient: Yes (seen)

Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)

Dx: Post-COVID chronic muscle pain

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| Creatine Kinase, Total, Serum | 32 - 182 U/L | 44 |
| Resulting Agency | | LABCORP |

Narrative

Performed by: LabCorp

```
Performed at:  01 - Labcorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: Sanjai Nagendra MD, Phone:  8007624344
```

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details View Encounter Lab and Collection Details Routing Result History

Result Care Coordination

Patient Communication

Released | Seen

## Additional Information

| Specimen ID | Type | Source | Comment | Bill Type | Client ID |
|---|---|---|---|---|---|
| 15904536630 | Blood | | | Third-Party | 41675145 |

| Specimen Date Taken | Specimen Time Taken | Specimen Received Date | Specimen Received Time | Result Date | Result Time |
|---|---|---|---|---|---|
| Jun 8, 2022 | 4:30 PM | Jun 8, 2022 | 12:00 AM | Jun 15, 2022 | 12:35 PM |

## Lab Information

Lab
LABCORP

## All Reviewers List

Pammela M Poore, NP on 6/22/2022 14:46

## Encounter

View Encounter

## Result Information

Status: Final result (Collected: 6/8/2022 16:30)

Provider Status: Reviewed

## View SmartLink Info

Anti-Nuclear Antibody with Reflex Titer if Indicated (Order #257398362) on 6/8/22

## Resulting Agency

Lab: LabCorp

Name: LABCORP

Valid Date Range: 01/15/20 10:48 - Present

## CK, Total: Patient Communication

Released Seen

# Results

CK, Total (Order 257398361)

### CK, Total

Order: 257398361

Status: Final result Visible to patient: **Yes (seen)**

Next appt: **08/31/2022 at 01:00 PM** in **Post Covid Care (Pammela M Poore, NP)**

Dx: **Post-COVID chronic muscle pain**

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| Creatine Kinase, Total, Serum | 32 - 182 U/L | 44 |
| Resulting Agency | | LABCORP |

**Narrative**

Performed by: LabCorp

```
Performed at:  01 - Labcorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: Sanjai Nagendra MD, Phone:  8007624344
```

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details View Encounter Lab and Collection Details Routing Result History

**Result Care Coordination**

Patient Communication

Released Seen

## Other Results from 6/8/2022

### C-Reactive Protein

Order: 257376198

Status: Final result Visible to patient: **Yes (seen)**

Next appt: **08/31/2022 at 01:00 PM** in **Post Covid Care (Pammela M Poore, NP)**

Dx: **Post-COVID chronic joint pain**

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| C-Reactive Protein, Quant | 0 - 10 mg/L | 6 |
| Resulting Agency | | LABCORP |

**Narrative**

Performed by: LabCorp

```
Performed at:  01 - Labcorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: Sanjai Nagendra MD, Phone:  8007624344
```

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details View Encounter Lab and Collection Details Routing Result History

**Result Care Coordination**

Patient Communication

Released | Seen

## Rheumatoid Factor

Order: 257376199

Status: Final result Visible to patient: Yes (seen)

Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)

Dx: Post-COVID chronic joint pain

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| RA Factor | <14.0 IU/mL | <10.0 |
| Resulting Agency | | LABCORP |

Narrative — Performed by: LabCorp

```
Performed at:  01 - Labcorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: Sanjai Nagendra MD, Phone:  8007624344
```

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details | View Encounter | Lab and Collection Details | Routing | Result History

Result Care Coordination

Patient Communication

Released | Seen

## Sedimentation Rate

Order: 257376200

Status: Final result Visible to patient: Yes (seen)

Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)

Dx: Post-COVID chronic joint pain

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| Sed Rate (ESR) | 0 - 40 mm/hr | 32 |
| Resulting Agency | | LABCORP |

Narrative — Performed by: LabCorp

```
Performed at:  01 - Labcorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: Sanjai Nagendra MD, Phone:  8007624344
```

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details | View Encounter | Lab and Collection Details | Routing | Result History

Result Care Coordination

Patient Communication

Released | Seen

## CBC with Differential (Automated or Manual Diff as Indicated)

Order: 257376201

Status: Final result   Visible to patient: **Yes (seen)**

Next appt: **08/31/2022 at 01:00 PM** in **Post Covid Care (Pammela M Poore, NP)**

Dx: Post-COVID chronic fatigue

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| WBC | 3.4 - 10.8 x10E3/uL | 8.8 |
| RBC | 3.77 - 5.28 x10E6/uL | 5.30 ^ |
| Hemoglobin | 11.1 - 15.9 g/dL | 16.2 ^ |
| Hematocrit | 34.0 - 46.6 % | 49.1 ^ |
| MCV | 79 - 97 fL | 93 |
| MCH | 26.6 - 33.0 pg | 30.6 |
| MCHC | 31.5 - 35.7 g/dL | 33.0 |
| RDW | 11.7 - 15.4 % | 13.1 |
| Platelet Count | 150 - 450 x10E3/uL | 271 |
| Neutrophils % | Not Estab. % | 59 |
| Lymphocytes % | Not Estab. % | 32 |
| Monocytes % | Not Estab. % | 6 |
| Eosinophils % | Not Estab. % | 2 |
| Basophils % | Not Estab. % | 1 |
| Neutrophils # | 1.4 - 7.0 x10E3/uL | 5.2 |
| Lymphocytes # | 0.7 - 3.1 x10E3/uL | 2.8 |
| Monocytes # | 0.1 - 0.9 x10E3/uL | 0.6 |
| Eosinophils # | 0.0 - 0.4 x10E3/uL | 0.2 |
| Basophils # | 0.0 - 0.2 x10E3/uL | 0.1 |
| Immature Granulocytes % | Not Estab. % | 0 |
| Immature Grans # | 0.0 - 0.1 x10E3/uL | 0.0 |
| Resulting Agency | | LABCORP |

Narrative

Performed by: LabCorp

```
Performed at:  01 - Labcorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: Sanjai Nagendra MD, Phone:  8007624344
```

Specimen Collected: 06/08/22 16:30     Last Resulted: 06/15/22 12:35

Order Details   View Encounter   Lab and Collection Details   Routing   Result History

Result Care Coordination

Patient Communication

Released     Seen

## Comprehensive Metabolic Panel

Order: 257376202

Status: Final result Visible to patient: Yes (seen)
Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)
Dx: Post-COVID chronic fatigue

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| Glucose | 65 - 99 mg/dL | 93 |
| BUN | 6 - 24 mg/dL | 14 |
| Creatinine | 0.57 - 1.00 mg/dL | 0.58 |
| EGFR | >59 mL/min/1.73 | 108 |
| BUN Creatinine Ratio | 9 - 23 | 24 ^ |
| Sodium | 134 - 144 mmol/L | 145 ^ |
| Potassium | 3.5 - 5.2 mmol/L | 4.3 |
| Chloride | 96 - 106 mmol/L | 107 ^ |
| Carbon Dioxide, Total | 20 - 29 mmol/L | 20 |
| Calcium | 8.7 - 10.2 mg/dL | 9.3 |
| Protein, Total | 6.0 - 8.5 g/dL | 7.3 |
| Albumin | 3.8 - 4.9 g/dL | 4.3 |
| Globulin | 1.5 - 4.5 g/dL | 3.0 |
| A/G Ratio | 1.2 - 2.2 | 1.4 |
| Bilirubin, Total | 0.0 - 1.2 mg/dL | <0.2 |
| Alkaline Phosphatase | 44 - 121 IU/L | 159 ^ |
| AST/SGOT | 0 - 40 IU/L | 13 |
| ALT/SGPT | 0 - 32 IU/L | 34 ^ |
| Resulting Agency | | LABCORP |

Narrative — Performed by: LabCorp

Performed at: 01 - Labcorp Burlington
1447 York Court, Burlington, NC 272153361
Lab Director: Sanjai Nagendra MD, Phone: 8007624344

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details View Encounter Lab and Collection Details Routing Result History

Result Care Coordination

Patient Communication

Released Seen

Vitamin B12 Level — Order: 257376203

Status: Final result Visible to patient: Yes (seen)
Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)
Dx: Post-COVID chronic fatigue

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| Vitamin B12 | 232 - 1,245 pg/mL | 860 |
| Resulting Agency | | LABCORP |

Narrative

Performed by: LabCorp

Performed at: 01 - Labcorp Burlington
1447 York Court, Burlington, NC 272153361
Lab Director: Sanjai Nagendra MD, Phone: 8007624344

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details View Encounter Lab and Collection Details Routing Result History

Result Care Coordination

Patient Communication

Released Seen

## Thyroid Stimulating Hormone (TSH)

Order: 257376204

Status: Final result Visible to patient: Yes (seen)

Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)

Dx: Post-COVID chronic fatigue

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| Thyroid Stimulating Hormone | 0.450 - 4.500 uIU/mL | 2.130 |
| Resulting Agency | | LABCORP |

Narrative

Performed by: LabCorp

Performed at: 01 - Labcorp Burlington
1447 York Court, Burlington, NC 272153361
Lab Director: Sanjai Nagendra MD, Phone: 8007624344

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details View Encounter Lab and Collection Details Routing Result History

Result Care Coordination

Patient Communication

Released Seen

## HLA-B27 Allele

Order: 257376205

Status: Final result Visible to patient: Yes (seen)

Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)

Dx: Post-COVID chronic joint pain

| Component | 1 mo ago |
|---|---|
| HLA B27 Allele | Negative |

Comment: HLA-B*27 Negative
B27 allele interpretation for all loci based on IMGT/HLA database version 3.44
This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration.

HLA Lab CLIA ID Number 34D0954530
This test was performed using PCR (Polymerase Chain Reaction)/SSOP (Sequence Specific Oligonucleotide Probes) technique. SBT (Sequence Based Typing) and/or SSP (Sequence Specific Primers) may be used as supplemental methods when necessary. Please contact HLA Customer Service at 1-800-533-1037 if you have any questions.
Director of HLA Laboratory
Dr George C Maha, PhD

Resulting Agency LABCORP SHELL 02

Narrative — Performed by: LabCorp

Performed at: 02 - Labcorp Burlington DNA
1440 York Court, Burlington, NC 272153361
Lab Director: George Maha PhD, Phone: 8007423944

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details | View Encounter | Lab and Collection Details | Routing | Result History

Result Care Coordination

Patient Communication

Released Seen

## Vitamin D,1,25-Dihydroxy Level

Order: 257376206

Status: Final result Visible to patient: Yes (seen)

Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)

Dx: Post-COVID chronic fatigue

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| Calcitriol(1, 25 DI-OH VIT D) | 24.8 - 81.5 pg/mL | 93.8 ^ |

Comment: **Please note reference interval change**

Resulting Agency LABCORP

Narrative — Performed by: LabCorp

Performed at: 01 - Labcorp Burlington
1447 York Court, Burlington, NC 272153361
Lab Director: Sanjai Nagendra MD, Phone: 8007624344

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details | View Encounter | Lab and Collection Details | Routing | Result History

Result Care Coordination

Patient Communication

Released Seen

## T4 Total (Thyroxine)

Order: 257398360

Status: Final result   Visible to patient: Yes (seen)
Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)
Dx: Post-COVID chronic fatigue

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| T4 | 4.5 - 12.0 ug/dL | 7.7 |
| Resulting Agency | | LABCORP |

Narrative — Performed by: LabCorp

```
Performed at:  01 - Labcorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: Sanjai Nagendra MD, Phone:  8007624344
```

Specimen Collected: 06/08/22 16:30   Last Resulted: 06/15/22 12:35

Order Details   View Encounter   Lab and Collection Details   Routing   Result History

Result Care Coordination

Patient Communication

Released   Seen

## Anti-Nuclear Antibody with Reflex Titer if Indicated

Order: 257398362

Status: Final result   Visible to patient: Yes (seen)
Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)
Dx: Post-COVID chronic joint pain

| Component | 1 mo ago |
|---|---|
| Antinuclear Antibodies, IFA | Negative |

Comment:

```
                 Negative    &lt;1:80
              Borderline  1:80
              Positive    &gt;1:80
ICAP nomenclature: AC-0
For more information about Hep-2 cell patterns use
ANApatterns.org, the official website for the International
Consensus on Antinuclear Antibody (ANA) Patterns (ICAP).
```

Resulting Agency   LABCORP

Narrative — Performed by: LabCorp

```
Performed at:  01 - Labcorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: Sanjai Nagendra MD, Phone:  8007624344
```

Specimen Collected: 06/08/22 16:30   Last Resulted: 06/15/22 12:35

Order Details   View Encounter   Lab and Collection Details   Routing   Result History

Result Care Coordination

Patient Communication

Released   Seen

## Additional Information

| Specimen ID | Type | Source | Comment | Bill Type | Client ID |
|---|---|---|---|---|---|
| 15904536630 | Blood | | | Third-Party | 41675145 |

| Specimen Date Taken | Specimen Time Taken | Specimen Received Date | Specimen Received Time | Result Date | Result Time |
|---|---|---|---|---|---|
| Jun 8, 2022 | 4:30 PM | Jun 8, 2022 | 12:00 AM | Jun 15, 2022 | 12:35 PM |

### Lab Information

Lab
LABCORP

### All Reviewers List

Pammela M Poore, NP on 6/22/2022 14:46

### Encounter

View Encounter

### Result Information

Status: Final result (Collected: 6/8/2022 16:30)

Provider Status: Reviewed

### View SmartLink Info

CK, Total (Order #257398361) on 6/8/22

## Resulting Agency

Lab: LabCorp
Name: LABCORP
Valid Date Range: 01/15/20 10:48 - Present

BalladHealth
It's your story. We're listening.

Paul L. Jett, M.D., MBA, FAAPMR, CIME

Pammela Poore, FNP-BC

Rochelle Holtzclaw, FNP-BC

BHMA Center for Post Covid Care
2202 N. John B Dennis Highway, Suite 110
Kingsport, TN 37660
Phone: 423-224-2369
Fax: 423-578-8403

# Fax

To: Release point
From: P. Poore, NP
Fax: 213-884-4921
Date: 7-26-22
Phone: 800-999-9589
Pages:
Re: Disability claim for Sabrina Guerrero

Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

Comments:

Confidentiality Notice: The information contained in this fax and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privleged. If any reader of this communication is not the intended recipient, unathorized use, disclosure, or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return fax, and delete the original message and all copies from your system. You may also contact the system privacy officer at 423-408-7324 or compliancequestions@balladhealth.org

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

Poore, Pammela
2202 John B Dennis hwy ste 110
ATTN: MEDICAL RECORDS
Kingsport, TN 37660

Date: Jul 23, 2022

**Re: Long Term Disability Benefits**
Claim# 9563535 12827197
Claimant: GUERRERO, SABRINA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: POO219

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From June 9, 2022 to Present**

**Please provide all records within the time frame requested of June 9, 2022 to Present to include records from Pammela Poore.**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Jude Juego
Disability Information Specialist
Phone No.: (213) 266-5034
Fax No: (213) 884-4921

RPID: 9563535

Request Corr.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Sabrina Guerrero

Name of legal representative, if applicable (print) ____________ Relationship Self

Signature of claimant or legal representative [signature] Date: 6/8/22

Date of Birth: ____________ Claim Number: 12827197

A copy of this authorization will be considered as valid as the original.

Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

LincolnFinancial.com

P.O. Box 7207
London, KY 40742-7207

P.O. Box 2578
Omaha, NE 68172

March 4, 2022

To Whom It May Concern,

The Lincoln National Life Insurance company authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

Electronic mail to: charts@releasepoint.com
Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Shaun M Donahue, CSSC
Assistant Vice President, Clinical Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

*Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.*

# Save Time and Avoid Follow-up Calls
# Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | GUERRERO, SABRINA |
| RP ID: | 9563535 |
| Access Code: | POO219 |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

RPID: 9563535

Request Corr.

# Quality Assurance Report

## Request Information

Report Date: July 26, 2022

**RP ID:** 9563535

Patient Name: GUERRERO, SABRINA

Provider Name: Poore, Pammela

## Quality Assurance Information

Scope Requested: **From June 9, 2022 to Present**

Special Request:

Please provide all records within the time frame requested of June 9, 2022 to Present to include records from Pammela Poore.

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

**Lincoln/Guerrero 2508**

ReleasePoint

## Medical Record Overview

**Date:** **July 26, 2022**

**Patient Name:** GUERRERO, SABRINA

**Records From:** Pammela Poore

, TN
(423) 578-8400

**Request Scope:** From June 9, 2022 to Present

**Chart Range:** 06/08/2022 - 07/20/2022

**RP ID:** 9563535

**Client ID:** 12827197

**Source:** L-CLTLTD

**Req By:** A Moultrie
09-LF0132
Ashley.Moultrie@lfg.com

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jun 8 2022 | Jul 20 2022 | 27 | 2 |
| Labs/Diagnostics | Jun 8 2022 | Jun 8 2022 | 19 | 29 |
| Request Corr. | | | 5 | 48 |

**Total Page Count:** 51

**Notes From QC:**

**Lincoln/Guerrero 2509**

# Guerrero, Sabrina

MRN: 12141403

Pammela M Poore, NP
Nurse Practitioner
Specialty: Nurse Practitioner

Progress Notes
Signed

Encounter Date: 7/20/2022

Patient Name: Guerrero, Sabrina Today's Date: 7/25/2022
Preferred Name: Sabrina Date of Encounter: 7/20/2022
Patient MRN / CSN: 12141403 / 10095897466 Appt. Time: 3:45 PM EDT
Patient Age / DOB: 53-year old / Encounter Provider: Pammela M Poore, NP
PCP: Floyd E Phillips Jr, MD

Center for Post-Covid Care (CPCC)
Follow - Up

**Subjective**

Sabrina Guerrero is a 53-year old that presents for 6 week Post Covid Follow Up. Ms. Guerrero initially tested positive for COVID and symptoms began on 2/7/22. Over the course of two weeks she was prescribed Paxlovid, Steroid Injection, Antibiotic Injection, Tessalon Perles, Inhaler, Cough Medicine, and a Steroid Dose Pak. In the following weeks she was prescribed another Inhaler, two Steroid Dose Paks, Antibiotics, and was referred to Physical Therapy. Patient went to Physical Therapy two times a week through the end of June 2022 when she could no longer go due to insurance purposes. States that PCP is going to try to re-refer her to Physical Therapy.

Ms. Guerrero reports continued Post-COVID symptoms of: Fatigue, Headache, Joint pain, Anxiety, Depression, Activity Intolerance, Palpitations, Shortness of breath, Cough, Brain fog, Memory loss, Poor concentration, Dizziness and Weakness. Ms. Guerrero reports that Fatigue continues without improvement. Reports that she stays tired all the time. States that she has not being doing well at following the Anti-Inflammatory Diet, but is drinking increased water intake, and taking Supplements. Reports that Headaches continue to occur at random times on a daily basis and last 30 minutes to several hours. States that she takes Tylenol and at times it helps to relieve headache. Reports that she bought a COLD CAP to see if it would help with pain. Reports that Chronic Joint Pain of neck, shoulders, elbows, and ankles worsened after COVID and randomly comes and goes without improvement. States that she takes Meloxicam, applies cold/hot compresses, and goes to Physical Therapy which helps with Joint Pain. Ms. Guerrero reports that Chronic Anxiety and Depression that worsened Post-COVID has improved some. States that she was seen by Dr. Philips PCP and informed that Anxiety and Depression had not improved and he increased Escitalopram to 20 mg daily which has helped. States that she has not done will following Anti-Inflammatory Diet and plans to start doing better. Reports that Shortness of Breath continues without improvement and is at times accompanied by dizziness and increased heart rate. States that she stopped using Symbicort Inhaler per Dr. Bakshi but continues to use Albuterol Inhaler to help when she becomes short of breath. Reports that Non-Productive Cough continues without improvement. States that she continues to take Tessalon Perles for cough which helps.

Ms. Guerrero reports continued Post-COVID Brain Fog, Memory Loss, and Poor Concentration that continues without improvement. States that she has trouble finding words, loses her place in a conversation, and has difficulty focusing. States that she has not been doing well at following Anti-Inflammatory Diet and states that she is going to try to do better.

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:

**Outpatient Encounter Medications as of 7/20/2022**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. | | |
| • benazepril (Lotensin) 20 MG tablet | Take 20 mg by mouth. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. | | |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day | | |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other day | | |
| • escitalopram (Lexapro) 10 MG tablet | Take 20 mg by mouth daily. | | |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. | | |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. | | |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet | | |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. | | |

| | |
|---|---|
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. |
| • Omega-3 1000 MG Cap | Take 1,000 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth. |
| • Probiotic Product (PROBIOTIC PO) | Take 1 capsule by mouth. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • topiramate (Topamax) 25 MG capsule | Take 25 mg by mouth 2 (two) times a day. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |
| • [DISCONTINUED] Budesonide-Formoterol Fumarate (SYMBICORT IN) | Inhale into the lungs as needed. |

Last reviewed on 7/20/2022 4:06 PM by Ashley B Vaughn, RN

Medical History:
Sabrina has a past medical history of Anxiety, Bronchitis, COVID-19, Depression, Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Depression in her mother; Diabetes in her father; Heart disease in her father; Hyperlipidemia in her mother; Hypertension in her father; Pancreatic cancer in her father; Scoliosis in her mother.

Sabrina reports previous alcohol use.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports previous drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for cough and shortness of breath.
Cardiovascular: Positive for palpitations.
Musculoskeletal: Positive for arthralgias.
Neurological: Positive for dizziness, weakness and headaches.
Psychiatric/Behavioral: Positive for decreased concentration. The patient is nervous/anxious.

**Objective**

**Vitals:**

| | 07/20/22 1559 |
|---|---|
| BP: | **132/87** |
| Pulse: | 93 |
| Resp: | 19 |
| Temp: | 98.3 °F (36.8 °C) |
| TempSrc: | Temporal |
| SpO2: | 97% |
| Weight: | **(!) 164.2 kg (362 lb)** |
| Height: | 5' 5" (1.651 m) |

No LMP recorded.

**Physical Exam**

Constitutional:
  Appearance: Normal appearance. She is obese.
HENT:
  Head: Normocephalic and atraumatic.
  Nose: Nose normal.
  Mouth/Throat:
  Mouth: Mucous membranes are moist.
Eyes:
  Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Pulses: Normal pulses.
  Heart sounds: Normal heart sounds.
Pulmonary:
  Effort: Pulmonary effort is normal.
  Breath sounds: Normal breath sounds.
Abdominal:
  Palpations: Abdomen is soft.
Musculoskeletal:
  Cervical back: Normal range of motion.
  Left lower leg: Edema present.
  Comments: **LLE 2 + edema**
Skin:
  General: Skin is warm and dry.
  Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
  Mental Status: She is alert and oriented to person, place, and time.
Psychiatric:
  Attention and Perception: Attention normal.
  Mood and Affect: Mood normal.
  Speech: Speech normal.
  Behavior: Behavior normal.

**Assessment**

**Plan**

**Problem List Items Addressed This Visit**

- **Post-COVID syndrome - Primary**

  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero presents to the CPCC today reporting continued Post-COVID symptoms of Fatigue, Headache, Joint pain, Anxiety, Depression, Activity Intolerance, Palpitations, Shortness of breath, Cough, Brain fog, Memory loss, Poor concentration, Dizziness and Weakness.

  I have spent greater than 50 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

  Ms. Guerrero reports that Fatigue continues without improvement.

  Lab work orderd 06/08/22 results:

  TSH, T 4, B-12, Unremarkable

  CMP - mildly elevated BUN 24, Na 145, Chloride 107, ALT 134 - Alk Phos elevated 159.5.30. Hgb 16.2. Hct 19.1

  CBC - mildly elevated RBC 5.30. Hgb 16.2. Hct 19.1

  Vitamin D elevated 93.8 -encouraged patient to inform Endocrinologist and inquire if any changes are needed for prescribed Vitamin D dose.

  Re-educated patient related to the benefits of following an Anti-Inflammatory Diet and decreasing sugar intake. Encouraged Patient to continuje taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, Probiotic, Omega 3's, and Zinc, and drinking plenty of water. Encourage adequate rest, good sleep hygiene, and fatigue management: planning, pacing, prioritizing, and positioning.

  Patient report that PCP plans to re-refer patient to Physical Therapy.

- **Post-COVID chronic headache**

Headaches continue to occur at random times on a daily basis and last 30 minutes to several hours.

Encouraged patient to continue to take Tylenol to relieve headaches and apply Cold Cap to relieve headache pain. Encouraged patient to drink plenty of fluids, rest in quiet darkened room, and apply hot/cold compresses to head and neck to help relieve headaches.

Patient declines Neurology Referral at this time. States that she wants to try Cold Cap to see if it will help.

- **Anxiety**

Ms. Guerrero reports that Chronic Anxiety that worsened Post-COVID has improved some.

Escitalopram Increased to 20 mg daily per PCP.

Encouraged continuation of Anti-Inflammatory Diet, decreased caffeine and sugar intake, drinking eight 8 oz glasses of water daily, avoidance of nicotine and alcohol, try to follow regular sleep regimen.

Referral to Behavioral Health placed.

Relevant Orders
Ambulatory referral to Behavioral Health

- **Depression**

Ms. Guerrero reports that Chronic Depression that worsened Post-COVID has improved some.

Escitalopram Increased to 20 mg daily per PCP.

Encouraged continuation of Anti-Inflammatory Diet, decreased caffeine and sugar intake, drinking eight 8 oz glasses of water daily, avoidance of nicotine and alcohol, try to follow regular sleep regimen.

Referral to Behavioral Health placed.

Relevant Orders
Ambulatory referral to Behavioral Health

- **Post-COVID chronic dyspnea**

Ms. Guerrero reports Shortness of Breath continues without improvement and is at times accompanied by dizziness and increased heart rate.

Chest XR 6/8/22 ordered completed 6/16/22 results: Detail limited due to patient factors. No definite signs of acute cardiopulmonary disease.

PFT ordered 6/8/22 not completed. Patient states that she had PFT completed in May 2022 at Jefferson Memorial Hospital.

Referred patient to Pulmonology. Patient saw Dr. Bakshi Pulmonologist on 7/14/22. Patient reports that Dr. Bakshi informed her that PFT's from May 2022 looked good, and Chest XR completed 6/16/22 showed some scarring. Dr. Bakshi instructed patient to do Breathing exercises daily, use CPAP every night, Stop Symbicort Inhaler related to increased heart rate, request that PCP stop Benazepril and change to blood pressure medication that does not have coughing as a side effect, Continue Albuterol as needed, take Tessalon Perles twice a day, take Cetirizine and Flonase 1 - 2 times a day, lose weight, and take Pepcid 20 mg 1 - 2 times a day.

Educated patient related to Pursed Lip Breathing exercises. Encouraged patient to do breathing exercises 5 - 10 minutes a day to help increase lung capacity and improve Lung function.

Patient has follow up visit with Dr. Bakshi Pulmonologist 10/13/22.

- **Brain fog**

Ms. Guerrero reports continued Post-COVID Brain Fog that continues without improvement.

Re-educated patient related to benefits of Anti-Inflammatory Diet, drink eight 8 oz glasses of water a day. Encourage patient to continue taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, and Zinc. Encouraged patient to begin taking Probiotic and Omega 3's. Practice breathing exercises, try to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Patient declined prescription for Nufola at this time. States that she wants to do better at following Anti-Inflammatory Diet first.

Will consider Nufola at follow up visit if not improvement.

- **Memory loss**

Ms. Guerrero reports continued Post-COVID Memory Loss that continues without improvement.

Re-educated patient to benefits of Anti-Inflammatory Diet, practice good sleep regimen, read, do puzzles, and play word games to keep brain active.

- **Poor concentration**

Ms. Guerrero reports continued Post-COVID Poor Concentration that continues without improvement.

Re-educated patient to benefits of Anti-Inflammatory Diet, practice good sleep regimen, read, do puzzles, and play word games to keep brain active.

- **Post-COVID chronic joint pain**

  Chronic Joint Pain of neck, shoulders, elbows, and ankles worsened after COVID and randomly comes and goes without improvement.

  Lab work ordered and drawn 6/8/22:
  ANA, HLA-B27, Sed Rate, RF, CRP unremarkable

  Encouraged patiet to continue taking Meloxicam and to try alternating cold/heat to affected areas to help with pain.

- **Post-COVID chronic cough**

  Non-Productive Cough continues without improvement.

  Pulmonologist was seen on 7/14/22 and informed patient to contact PCP and inform to stop Benazepril and change blood pressure medication to one without Coughing as a listed side effect. Patient to follow up with PCP 8/8/22.

  Encouraged patient that persistent cough after COVID could take time to resolve.

  Encouraged patient to continue Tessalon Perles and obtain OTC Guaifenesin to help with cough.

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred*

Return in about 6 weeks (around 8/31/2022) for Telemed.

Post Covid Provider Evaluation on 7/20/2022

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 132/87 Pulse 93 Temp 98.3 °F (36.8 °C) (Temporal) Resp 19 Ht 5' 5" (1.651 m) Wt 164.2 kg (362 lb) ! (Abnormal) SpO2 97% BMI 60.24 kg/m² BSA 2.74 m² |
| Flowsheets: | COVID-19 Vaccination Screening, Amb Complex Vitals Nav, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

Ambulatory referral to Behavioral Health New Request

## Medication Changes

As of 7/20/2022 4:06 PM

None

## Medication List at End of Visit

As of 7/20/2022 4:06 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **ALBUTEROL IN**<br>Inhale 90 mcg into the lungs. - Inhalation<br>Patient-reported medication | | 2/15/2022 | |
| **Ascorbic Acid (vitamin C) 1000 MG tablet**<br>Take 1,000 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **aspirin (Ecotrin) 81 MG EC tablet**<br>Take 81 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **benazepril (Lotensin) 20 MG tablet**<br>Take 20 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **benzonatate (Tessalon) 100 MG capsule**<br>Take 100 mg by mouth 3 (three) times a day as needed for cough. - Oral<br>Patient-reported medication | | | |
| **calcitriol (Rocaltrol) 0.5 MCG capsule**<br>Take 0.5 mcg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **CALCIUM CITRATE PO**<br>Take by mouth. - Oral<br>Patient-reported medication | | | |
| **cetirizine (ZyrTEC) 10 MG tablet**<br>Take 10 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab**<br>Place under the tongue. Every other day - Sublingual<br>Patient-reported medication | | | |

| | Refills | Start Date | End Date |
|---|---|---|---|
| **ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule**<br>Every other day<br>Patient-reported medication | | | |
| **escitalopram (Lexapro) 10 MG tablet**<br>Take 20 mg by mouth daily. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **Hyoscyamine Sulfate (HYOSCYAMINE PO)**<br>Take 4 mg by mouth. - Oral<br>Patient-reported medication | | | |
| **Magnesium Oxide (MAG-OX PO)**<br>Take 400 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **meloxicam (Mobic) 15 MG tablet**<br>meloxicam 15 mg tablet<br>Patient-reported medication | | 2/15/2022 | |
| **minocycline (Minocin) 100 MG capsule**<br>2 (two) times a day.<br>Patient-reported medication | | | |
| **Multiple Vitamins-Minerals (ZINC PO)**<br>Take 100 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **Omega-3 1000 MG Cap**<br>Take 1,000 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **ondansetron (Zofran) 4 MG tablet**<br>Take 4 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **Probiotic Product (PROBIOTIC PO)**<br>Take 1 capsule by mouth. - Oral<br>Patient-reported medication | | | |
| **Semaglutide (OZEMPIC, 1 MG/DOSE, SC)**<br>Inject under the skin. - Subcutaneous<br>Patient-reported medication | | 2/15/2022 | |
| **topiramate (Topamax) 25 MG capsule**<br>Take 25 mg by mouth 2 (two) times a day. - Oral<br>Patient-reported medication | | | |
| **UNABLE TO FIND**<br>Bari life complete 3 in morning, 3 in evening<br>Patient-reported medication | | | |
| **VITAMIN A PO**<br>Take by mouth daily. 30,000 mcg - Oral<br>Patient-reported medication | | | |

## Visit Diagnoses

Primary: **Post-COVID syndrome** U09.9

Anxiety F41.9
Other depression F32.89
Post-COVID chronic dyspnea R06.09, U09.9
Post-COVID chronic fatigue R53.82, U09.9
Brain fog R41.89
Poor concentration R41.840
Post-COVID chronic joint pain M25.50, U09.9, G89.29
Post-COVID chronic cough R05.3, U09.9
Post-COVID chronic headache R51.9, U09.9, G89.29
Memory loss R41.3

# Guerrero, Sabrina

MRN: 12141403

**Post Covid Provider Evaluation** 6/8/2022
BHMA Spine and Rehabilitation

Provider: Pammela M Poore, NP (Nurse Practitioner)
Primary diagnosis: Post-COVID syndrome
Reason for Visit: Post Covid Evaluation; Referred by Shari K Rajoo, MD

## Progress Notes

Paul L Jett, MD (Physician) • Physical Medicine and Rehabilitation

Patient was seen independently by Nurse Practitioner unless otherwise noted. I have reviewed chart in full including the asessments and planned treatments. If any changes in care are necessary, these have been communicated to the ordering provider. I was available at the time of the visit either in person or via telephone. I have reviewed the chart and agree with the assessment and plan as written. Paul L Jett, MD.

## Progress Notes

Pammela M Poore, NP (Nurse Practitioner) • Nurse Practitioner

| | | | |
|---|---|---|---|
| Patient Name: | **Guerrero, Sabrina** | Today's Date: | **6/9/2022** |
| Preferred Name: | **Sabrina** | Date of Encounter: | **6/8/2022** |
| Patient MRN / CSN: | **12141403 / 10095696404** | Appt. Time: | **1:00 PM EDT** |
| Patient Age / DOB: | **53-year old /** | Encounter Provider: | **Pammela M Poore, NP** |
| PCP: | **Floyd E Phillips Jr, MD** | | |

Center for Post-Covid Care (CPCC)

**Subjective**

Sabrina Guerrero is a 53-year old who presents for Post Covid Evaluation.
Patient complains of the following Symptoms: Fatigue, Headache, Anxiety/Irritability, Depression, Shortness of breath, Brain fog, Memory loss, Poor concentration, Blood pressure problems, Joint Pain, and Muscle Weakness

I have reviewed the patient's Post-COVID Care Management Assessment completed on 5/27/22.

Date of onset of symptoms: 2/7/22
Date of last positive test:2/7/22
Were you hospitalized due to COVID: No
Were you seen by a provider for COVID as an outpatient? PCP
Have you received experimental drugs for COVID treatment?: Yes

HPI

Ms. Guerrero states that initial COVID symptoms began 2/7/22 and consisted of Dry Cough, Shortness of Breath, Runny Nose, Diarrhea, Sore Throat, and Headache. Reports that she called PCP Dr. Floyd Phillips and was prescribed Paxlovid and Tessalon Perles. States that over the next week Dry Cough worsened into a constant deep bronchial cough that made it difficult for her to even talk along with all other symptoms worsening. Reports that she decided to go to Urgent Care. Reports that Urgent Care gave her a Steroid Injection and a Antibiotic Injection and was prescribed an Inhaler, Cough Medicine, and Steroid Dose Pak that helped. States that she followed up with PCP NP within the next week or so and was prescribed another Inhaler, Steroid Dose Pak, Antibiotic and wanted to refer to Physical Therapy but patient was to weak. Reports that over the next week or so she felt like Fatigue, Weakness, and Shortness of Breath were getting worse but Cough was improving some. Followed up with PCP NP again and was prescribed another Steroid Dose Pak and was referred to Physical Therapy. States that initially Physical Therapy was scheduled for three days a week doing 1 - 1.5 hours and it took two days to recover from it every time she went. Physical Therapy was decreased to two day a week and required a $50.00 Co-pay. Reports that she now goes 1 - 2 days a week for 1 -1.5 hours and it still takes her two days to recover every time she goes.

Ms. Guerrero reports that Post-COVID Fatigue continues without improvement. States that Fatigue has made her unable to continue working and has been on Short Term Disability since 3/5/22. Reports that she requires frequent naps that last for several hours and is only able to bathe twice a week due to Fatigue. Reports that she continues to go to Physical Therapy 1 - 2 times a week and it continues to take two days to recover.

Ms. Guerrero reports Post-COVID daily headaches that vary in intensity. Reports that she takes Tylenol for headache if it gets bad enough which relieves headache. States that prior to COVID she only experienced and occasional normal headache.

Ms. Guerrero reports that she had some Anxiety prior to COVID but Post-COVID Anxiety is much worse. States she has been taking Escitalopram 10 mg daily since 2017 which helps some but still continues to feel Anxious/Irritated/Agitated at times.

Ms. Guerrero repots that she had some Depression prior to COVID but has worsened since COVID. Reports that she has been taking Escitalopram 10 mg daily since 2017 which helps with Depression.

Ms Guerrero states Post-COVID Shortness of Breath made it difficult for her to continue working and has been on Short Term Disability since 3/5/22. States that sometimes when becoming Short of Breath she feels a little dizzy and she can feel that her heart rate increases. Reports that she cannot walk around or do chores standing up without becoming Short of Breath. Reports that she has learned to pace herself and walk slowly. States that when in Physical Therapy there are times that she gasps for air and has to stop to use Albuterol and Symbicort to recover. Reports that oxygen saturations never drop below 92 - 97% and has never had home oxygen.

Ms. Guerrero reports that Post-COVID Brain Fog, Memory Loss, and Poor Concentration continue without improvement. Reports that she forgets what she has done, can remember what she needs to do, and has difficulty staying focused. States that family and friends have brought to here attention that she constantly is asking the same questions over and over again, repeats the same things over and over again, and slurs some of her words when speaking.

Ms. Guerrero reports that since COVID her blood pressure seems to fluctuate up and down. Reports that her blood pressure fluctuates anywhere from 118/80 - 140/100 but has dropped as low as 90/80. States that she is currently taking Lotensin 20 mg daily. Patient states that

she has started checking her blood pressure prior to taking Lotensin and if blood pressure is on the low side she will not take Lotensin.

Ms. Guerrero reports Chronic Joint Pain of knees, ankles, shoulders, elbows, and neck that worsened with COVID. Reports that Joint Pain comes and goes affecting different areas randomly and she takes Meloxicam and applies ice to effected area to help relieve pain. States that she has taken Meloxicam for Joint Pain since 2011. Patient reports that she has never seen a Rheumatologist for Joint Pain.

Ms. Guerrero states that since COVID she has experienced muscle pain in her Calves and Upper Arms at times. Reports that Muscle Pain feels like a burning sensation. States that sometimes she thinks her Calves may be having a muscle spasm.

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

History Assessed by Care Management - Fri May 27, 2022

| Row Name | 1542 |
|---|---|
| African-American? | No 05/27/22 1546 |
| Latinx? | No 05/27/22 1546 |
| O2 use? | No 05/27/22 1546 |
| BMI | >40 Class 3 🖹 Pt reports morbid obesity 05/27/22 1546 |
| Diabetes Mellitus | None 05/27/22 1546 |
| Prior or pre-existing cancer diagnosis? | No 05/27/22 1546 |
| Pre-existing immunocompromise? | No 05/27/22 1546 |
| Immunocompromising medication use? | No 05/27/22 1546 |
| Covid related ICU stay? | No 05/27/22 1546 |
| Covid related mechanical ventilation | No 05/27/22 1546 |
| Pre-existing heart condition? | — 🖹 H/O: HTN 05/27/22 1546 |
| Pre-existing lung condition | No 🖹 pt denies any known dz 05/27/22 1546 |
| Post-COVID diagnosis made clinically - no test result | No 🖹 Tested + : 2/7/2022. Still out on FMLA 05/27/22 1546 |
| Have you had the COVID-19 Vaccine? | Yes 🖹 Pfizer Rx 05/27/22 1546 |
| First Dose | 01/01/21 05/27/22 1546 |
| Second Dose | 01/25/21 05/27/22 1546 |
| COVID Booster | — 🖹 Declined booster 05/27/22 1546 |

Symptoms Assessed by Care Management - Fri May 27, 2022

| Row Name | 1546 |
|---|---|
| Do you have a cough? | Yes ! 05/27/22 1548 |

| | |
|---|---|
| Is the cough dry or is there sputum? | Dry " I have the Covid cough but it has improved over past 2 weeks now" 05/27/22 1548 |
| Is cough new or pre-existing? | New 05/27/22 1548 |
| Do you have Shortness of Breath? | Yes 05/27/22 1548 |
| Is the SOB exertional and/or even at rest? | Exertional 05/27/22 1548 |
| Is the SOB new or pre-existing? | New 05/27/22 1548 |
| Do you have a fever? | No 05/27/22 1548 |
| Are you experiencing chest pain or tightness? | No 05/27/22 1548 |
| Are you having a fast heart rate (more than usual)? | No 05/27/22 1548 |
| Has the patient seen a cardiologist for the heart rate issues? | No 05/27/22 1548 |
| Have you been diagnosed with blood clots? | No 05/27/22 1548 |
| Do you have chronic fatigue? | Yes 05/27/22 1548 |
| Is the chronic fatigue new or pre-existing? | New " I have extreme exhaustion & fatigue now". I used to be very active & working & now I have very little energy to even get up, showered & dressed" 05/27/22 1548 |
| Are you experiencing any unusual pain? | No 05/27/22 1548 |
| Are you experiencing loss of taste or smell? | No 05/27/22 1548 |
| Are you experiencing any hair loss? | No 05/27/22 1548 |

Symptoms Assessed by Care Management - Fri May 27, 2022

| Row Name | 1548 |
|---|---|
| Are you experiencing headaches? | No 05/27/22 1551 |
| Are you having difficulty with remembering things or concentrating? | **Yes !** 05/27/22 1551 |
| Memory, concentration or both? | both " This is my # 1 compliant after the fatigue. I can't remember things. My family says I ask the same ?'s over & over & I don't remember asking them. I seem unable to concentrate & I had no issues before Covid with this." 05/27/22 1551 |
| Is memory/concentration issue new or pre-existing? | New 05/27/22 1551 |
| Are you feeling down, depressed or hopeless? | **Yes !** 05/27/22 1551 |
| Have you felt stressed? | **Yes !** 05/27/22 1557 |
| How many days have you felt this way in the last two weeks? | 10 05/27/22 1557 |
| Do you feel anxious or nervous? | **Yes !** 05/27/22 1557 |
| Is the anxious or nervous feeling new or pre-existing? | Pre-existing 05/27/22 1557 |
| Is the anxious or nervous feeling better, same or worse? | worse " My anxiety level is really high now & I cry easily". " Just don't understand why I don't feel like myself & my PCP doesn't help" 05/27/22 1557 |

| | |
|---|---|
| Are you experiencing any difficulty sleeping? | **Yes** ! 05/27/22 1557 |
| Is difficulty sleeping new or pre-existing? | New " I just sleep all the time & am still exhausted" 05/27/22 1557 |
| Do you hear voices or sounds that no one else hears? | No 05/27/22 1557 |
| Have you wondered if your mind was trying to trick you or if it was not working right? | **Yes** ! " My memory & concentration seems so off" 05/27/22 1557 |
| Have you had rapid changes in mood that are unusual for you? | No 05/27/22 1557 |
| Do you have trouble completing daily tasks? | **Yes** ! 05/27/22 1557 |
| Are issues with daily tasks new or pre-existing? | New Still on FMLA for work. Still in OP/PT trying to "build up my strength" 05/27/22 1557 |
| Any other unusual symptoms? | **Yes** ! 05/27/22 1557 |
| List the symptoms | " Sometimes my friends & family say my speech seems slurred" 05/27/22 1557 |
| Further evaluation for Post-Covid Syndrome? | **Yes** ! 05/27/22 1557 |
| If your symptoms have resolved, did you have any of the above symptoms 30 days after your COVID diagnosis? | **Yes** ! 05/27/22 1557 |
| Approximately how long did the symptoms last? | 91 - 180 days 05/27/22 1557 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:

**Outpatient Encounter Medications as of 6/8/2022**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. | | |
| • benazepril (Lotensin) 20 MG tablet | Take 20 mg by mouth. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • Budesonide-Formoterol Fumarate (SYMBICORT IN) | Inhale into the lungs as needed. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |

| | |
|---|---|
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other day |
| • escitalopram (Lexapro) 10 MG tablet | Take 10 mg by mouth. |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet |
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • topiramate (Topamax) 25 MG capsule | Take 25 mg by mouth 2 (two) times a day. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |

Last reviewed on 6/8/2022 1:26 PM by Ashley B Vaughn, RN

Medical History:
Sabrina has a past medical history of Anxiety, Bronchitis, COVID-19, Depression, Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Depression in her mother; Diabetes in her father; Heart disease in her father; Hyperlipidemia in her mother; Hypertension in her father; Pancreatic cancer in her father; Scoliosis in her mother.

Sabrina reports previous alcohol use.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports previous drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath.
Musculoskeletal: Positive for arthralgias and myalgias.

Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for agitation. The patient is nervous/anxious.

**Objective**

Vitals:

| | 06/08/22 1351 | 06/08/22 1400 | 06/08/22 1402 | 06/08/22 1404 |
|---|---|---|---|---|
| BP: | 126/89 | 126/62 | 122/81 | 122/78 |
| Pulse: | 82 | 78 | 85 | (!) **104** |
| Resp: | 20 | | | |
| Temp: | 97.8 °F (36.6 °C) | | | |
| TempSrc: | Temporal | | | |
| SpO2: | 100% | | | |
| Weight: | (!) **166.5 kg (367 lb)** | | | |
| Height: | 5' 5" (1.651 m) | | | |

No LMP recorded.

**Physical Exam**
Constitutional:
Appearance: Normal appearance. She is obese.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.
Abdominal:
Palpations: Abdomen is soft.
Musculoskeletal:
Left lower leg: Edema present.
Comments: **LLE 2+ pitting**
Skin:
General: Skin is warm and dry.
Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
General: No focal deficit present.
Mental Status: She is alert and oriented to person, place, and time.
Psychiatric:

Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

GAD-7 Anxiety Scale - Thu June 09, 2022

| Row Name | 1214 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Feeling nervous, anxious, or on edge | More than half the days 06/09/22 1215 |
| Not being able to stop or control worrying | More than half the days 06/09/22 1217 |
| Worrying too much about different things | More than half the days 06/09/22 1215 |
| Trouble relaxing | Not at all 06/09/22 1215 |
| Being so restless that it is hard to sit still | Not at all 06/09/22 1215 |
| Becoming easily annoyed or irritable | More than half the days 06/09/22 1215 |
| Feeling afraid as if something awful might happen | Several days 06/09/22 1215 |
| GAD-7 Total Score | 9 06/09/22 1217 |
| If you checked off any problems on this questionnaire, | |
| How difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Somewhat difficult 06/09/22 1217 |

**Assessment**

**Plan**

**Problem List Items Addressed This Visit**

- **Post-COVID syndrome - Primary**

  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero presents to the CPCC today for initial Post-COVID evaluation with continued Post-COVID symptoms of Fatigue, Headache, Anxiety, Depression,

Shortness of breath, Brain fog, Memory loss, Poor concentration, Blood pressure problems, muscle weakness(described as burning sensation), increase sleep and irritable/agitated.

Requested PCP Dr. Floyd Phillips patient records.

Advised patient that it can take 12 months or more to start seeing some of the symptoms related to COVID-19 subside. I provided patient with information regarding the post-COVID support group. Patient provided information related to potential enrollment in ETSU COVID-19 Research Study under Dr. Jonathan Moorman.

I have spent greater than 70 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

Ms. Guerrero reports that Post-COVID Fatigue continues without improvement.

Patient PCP referred patient to Physical Therapy that she started on 3/21/22 and continues to go 1 - 2 times per week.

Educated patient related to the benefits of following an Anti-inflammatory Diet and decreasing sugar intake. Patient currently taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, and Zinc. Encouraged patient to begin taking Probiotic and Omega 3's, drink plenty of water, and continue Physical Therapy. Encourage adequate rest, good sleep hygiene, and fatigue management: planning, pacing, prioritizing, and positioning.

Ordered CBC, CMP, B-12, TSH, T4, Vit D to further evaluate Fatigue.

Relevant Orders

CBC with Differential (Automated or Manual Diff as Indicated)
Comprehensive Metabolic Panel
Vitamin B12 Level
Thyroid Stimulating Hormone (TSH)
Vitamin D,1,25-Dihydroxy Level
T4 Total (Thyroxine)

- **Post-COVID chronic headache**

Ms. Guerrero reports Post-COVID daily headaches that vary in intensity. Reports that she takes Tylenol for headache if it gets bad enough and it helps. States that prior to COVID she only experienced and occasional normal headache.

Encouraged patient to drink plenty of fluids, take OTC pain reliever, rest in quiet darkened room, and apply hot/cold compresses to head and neck to help relieve headaches.

Patient states that she wants to wait to see if headaches get any better and declined Neurology Referral at this time.

Relevant Medications
- meloxicam (Mobic) 15 MG tablet
- escitalopram (Lexapro) 10 MG tablet
- aspirin (Ecotrin) 81 MG EC tablet
- topiramate (Topamax) 25 MG capsule

- **Anxiety**

Ms. Guerrero reports that Chronic Anxiety has worsened Post-COVID. States that at times she experiences increased feelings of anxiousness, irritation, and agitation. Reports that her PCP prescribed Escitalopram 10 mg daily for anxiety in 2017 and she continues taking daily which does help with Anxiety.

GAD7 Score 6/8/22: 9

Encouraged Anti-Inflammatory Diet, decrease caffeine and sugar intake, drink eight 8 oz glasses of water daily, avoidance of nicotine and alcohol, try to follow regular sleep regimen, and continue Physical Therapy.
Encouraged patient to reach out to Support Group. Provided Support Group contact information. Informed patient that these symptoms may linger for 12 months or longer.

Patient advised to contact PCP to inform of increased Anxiety/Irritation/Agitation and a possible increase of Escitalopram 10 mg to twice daily.

Will consider referral to Behavioral Health if no improvement at follow up visit.

- **Depression**

Ms. Guerrero reports history of Depression that has worsened since COVID. Reports that she has been taking Escitalopram since 2017 that helps with Depression.

PHQ9 completed 5/27/22: 8

Patient advised to contact PCP to inform of increased Anxiety/Irritation/Agitation and a possible increase of Escitalopram 10 mg to twice daily.

Will consider referral to Behavioral Health if no improvement at follow up visit.

Relevant Medications
escitalopram (Lexapro) 10 MG tablet

- **Post-COVID chronic dyspnea**

Ms. Guerrero reports continued Post-COVID Shortness of Breath that is at times accompanied by dizziness and increased heart rate. Reports that she uses Albuterol and Symbicort Inhalers when she becomes Short of Breath. Patient states that she has not had a Chest XR since diagnosed with COVID.

Ordered Chest XR, PFT's, and referred patient to Pulmonology.

Patient requested to bereferred to Dr. Bakshi Pulmonologist in Greenville, TN. - informed Mae in front office.

Relevant Orders
Spirometry with Bronchodilator
XR Chest 2 View
Ambulatory referral to Pulmonology

- **Brain fog**

Ms. Guerrero reports that Post-COVID Brain Fog continues without improvement.

Educated patient related to benefits of Anti-Inflammatory Diet, drink eight 8 oz glasses of water a day, and continue Physical Therapy. Patient currently taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, and Zinc. Encouraged patient to begin taking Probiotic and Omega 3's. Practice breathing exercises, try to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Will consider Nufola at follow up visit if no improvement.

- **Memory loss**

Ms. Guerrero reports that Post-COVID Memory Loss, continue without improvement.

Encouraged patient to eat a healthy Anti-Inflammatory Diet, practice good sleep regimen, read, do puzzles, and play word games to keep brain active.

Will continue to monitor.

- **Poor concentration**

Ms. Guerrero reports that Post-COVID Poor Concentration continues without improvement.

Encouraged patient to eat a healthy Anti-Inflammatory Diet, practice good sleep regimen, read, do puzzles, and play word games to keep brain active.

Will continue to monitor.

- **Transient hypotension**

Ms. Guerrero reports blood pressure fluctuates up and down since COVID. Reports that she is currently taking Lotensin 20 mg daily to high blood pressure but since COVID there are times that her blood pressure drops down. States that she now checks her blood pressure before taking Lotensin to keep her blood pressure from dropping to low.

Encouraged Patient to inform PCP of blood pressure fluctuations and that some days she is not taking Lotensin. Encouraged to drink plenty of fluid, continue to check her blood pressure prior to taking Lotensin, and randomly check blood pressure throughout the day.

- **Post-COVID chronic joint pain**

Ms. Guerrero reports Chronic Joint Pain that comes and goes randomly in different joints: knees, ankles, shoulders, elbows, and neck. Reports that Joint Pain worsened with COVID.

Patient currently taking Meloxicam and applying ice to effected joint.

Encouraged patient to continue taking Meloxicam and to try alternating cold/heat to affected areas to help with pain.

Ordered Labs: ANA, CRP, RF, Sed Rate, and HLA-B27 to further evaluate Joint Pain.

Relevant Orders
  C-Reactive Protein
  Rheumatoid Factor
  Sedimentation Rate
  HLA-B27 Allele
  Anti-Nuclear Antibody with Reflex Titer if Indicated

- **Post-COVID chronic muscle pain**

Ms. Guerrero reports that she experiences muscle pain in her Calves and Upper Arms at times. States Muscle Pain feels like a burning sensation. Reports that there are times when she thinks her Calves may be having a muscle spasm.

Encouraged patient to alternate applying ice/heat to reduce inflammation and improve blood flow to affected area and to take a warm bath using Epsom Salt to help relieve muscle pain. Educated patient to stretch and gently message the area to help relieve muscle spasm.

Ordered Lab: CMP and CK to further evaluate Muscle Pain.

Relevant Orders
CK, Total

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred*

Return in about 6 weeks (around 7/20/2022).

## Instructions

Return in about 6 weeks (around 7/20/2022).

After Visit Summary (AVS) (Printed 6/8/2022)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 122/78 Pulse 104 ! (Abnormal) Temp 97.8 °F (36.6 °C) (Temporal) Resp 20<br>Ht 5' 5" (1.651 m) Wt 166.5 kg (367 lb) ! (Abnormal) SpO2 100% BMI 61.07 kg/m²<br>BSA 2.76 m² More Vitals |
| Flowsheets: | Risk Assessment, COVID-19 Vaccination Screening, Amb Complex Vitals Nav, Anthropometrics, GAD-7 Anxiety Scale |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Communications

Chart Routed to Paul L Jett, MD
Chart Routed to Paul L Jett, MD
Chart Routed to Paul L Jett, MD
Chart Routed to Paul L Jett, MD
Chart Routed to Paul L Jett, MD
Letter sent to Floyd E Phillips Jr., MD Sent 6/9/2022

## Media

From this encounter

Outside Records - Scan on 6/9/2022 12:19 PM: PCP Floyd Phillips records
Medical Records Release - Scan on 6/8/2022 4:09 PM

## Medication List at End of Visit

As of 6/8/2022 1:26 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| ALBUTEROL IN<br>Inhale 90 mcg into the lungs. - Inhalation<br>Patient-reported medication | | 2/15/2022 | |
| **Ascorbic Acid (vitamin C) 1000 MG tablet**<br>Take 1,000 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **aspirin (Ecotrin) 81 MG EC tablet**<br>Take 81 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **benazepril (Lotensin) 20 MG tablet**<br>Take 20 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **benzonatate (Tessalon) 100 MG capsule**<br>Take 100 mg by mouth 3 (three) times a day as needed for cough. - Oral<br>Patient-reported medication | | | |
| **Budesonide-Formoterol Fumarate (SYMBICORT IN)**<br>Inhale into the lungs as needed. - Inhalation<br>Patient-reported medication | | | 7/20/2022 |
| **calcitriol (Rocaltrol) 0.5 MCG capsule**<br>Take 0.5 mcg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| CALCIUM CITRATE PO<br>Take by mouth. - Oral<br>Patient-reported medication | | | |
| **cetirizine (ZyrTEC) 10 MG tablet**<br>Take 10 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab<br>Place under the tongue. Every other day - Sublingual<br>Patient-reported medication | | | |
| **ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule**<br>Every other day<br>Patient-reported medication | | | |
| **escitalopram (Lexapro) 10 MG tablet**<br>Take 20 mg by mouth daily. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **Hyoscyamine Sulfate (HYOSCYAMINE PO)**<br>Take 4 mg by mouth. - Oral<br>Patient-reported medication | | | |
| Magnesium Oxide (MAG-OX PO)<br>Take 400 mg by mouth daily. - Oral | | | |

| | Refills | Start Date | End Date |
|---|---|---|---|
| Patient-reported medication | | | |
| **meloxicam (Mobic) 15 MG tablet**<br>meloxicam 15 mg tablet<br>Patient-reported medication | | 2/15/2022 | |
| **minocycline (Minocin) 100 MG capsule**<br>2 (two) times a day.<br>Patient-reported medication | | | |
| **Multiple Vitamins-Minerals (ZINC PO)**<br>Take 100 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **ondansetron (Zofran) 4 MG tablet**<br>Take 4 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **Semaglutide (OZEMPIC, 1 MG/DOSE, SC)**<br>Inject under the skin. - Subcutaneous<br>Patient-reported medication | | 2/15/2022 | |
| **topiramate (Topamax) 25 MG capsule**<br>Take 25 mg by mouth 2 (two) times a day. - Oral<br>Patient-reported medication | | | |
| **UNABLE TO FIND**<br>Bari life complete 3 in morning, 3 in evening<br>Patient-reported medication | | | |
| **VITAMIN A PO**<br>Take by mouth daily. 30,000 mcg - Oral<br>Patient-reported medication | | | |

## Visit Diagnoses

Primary: **Post-COVID syndrome** U09.9
**Post-COVID chronic fatigue** R53.82, U09.9
**Post-COVID chronic headache** R51.9, U09.9, G89.29
**Anxiety** F41.9
**Other depression** F32.89
**Post-COVID chronic dyspnea** R06.09, U09.9
**Brain fog** R41.89
**Memory loss** R41.3
**Poor concentration** R41.840
**Transient hypotension** I95.9
**Post-COVID chronic joint pain** M25.50, U09.9, G89.29
**Post-COVID chronic muscle pain** M79.10, U09.9, G89.29

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 122/78 Pulse 104 ! (Abnormal) Temp 97.8 °F (36.6 °C) (Temporal) Resp 20<br>Ht 5' 5" (1.651 m) Wt 166.5 kg (367 lb) ! (Abnormal) SpO2 100% BMI 61.07 kg/m²<br>BSA 2.76 m² More Vitals |
| Flowsheets: | Risk Assessment, COVID-19 Vaccination Screening, Amb Complex Vitals Nav, Anthropometrics, GAD-7 Anxiety Scale |

Encounter Info: Case Request Report

## Encounter Status

Signed by Pammela M Poore, NP on 6/9/22 at 14:33

## IP CLN Destination Communication History

Coordination has not been started for this encounter.

## IP CLN Durable Medical Equipment Communication History

Coordination has not been started for this encounter.

## IP CLN Dialysis / Infusion Communication History

Coordination has not been started for this encounter.

## IP CLN Home Medical Care Communication History

Coordination has not been started for this encounter.

## Orders Placed

Labs
CBC with Differential (Automated or Manual Diff as Indicated) (Resulted 6/8/2022, Abnormal)
Comprehensive Metabolic Panel (Resulted 6/8/2022, Abnormal)
Vitamin D,1,25-Dihydroxy Level (Resulted 6/8/2022, Abnormal)
Anti-Nuclear Antibody with Reflex Titer if Indicated (Resulted 6/8/2022)
C-Reactive Protein (Resulted 6/8/2022)
CK, Total (Resulted 6/8/2022)
HLA-B27 Allele (Resulted 6/8/2022)
Rheumatoid Factor (Resulted 6/8/2022)
Sedimentation Rate (Resulted 6/8/2022)
T4 Total (Thyroxine) (Resulted 6/8/2022)
Thyroid Stimulating Hormone (TSH) (Resulted 6/8/2022)
Vitamin B12 Level (Resulted 6/8/2022)

Imaging
XR Chest 2 View (Resulted 6/16/2022)

Other Orders
Ambulatory referral to Pulmonology Closed
Spirometry with Bronchodilator

## Other Orders Performed

Ambulatory Referral to CPCC Provider Eval Closed

## Medication Changes

As of 6/8/2022 1:26 PM

None

## Anti-Nuclear Antibody with Reflex Titer if Indicated: Patient Communication

Released | Seen

# Results

Anti-Nuclear Antibody with Reflex Titer if Indicated (Order 257398362)

### Anti-Nuclear Antibody with Reflex Titer if Indicated

Order: 257398362

Status: Final result Visible to patient: Yes (seen)
Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)
Dx: Post-COVID chronic joint pain

| Component | 1 mo ago |
|---|---|
| Antinuclear Antibodies, IFA | Negative |

Comment:

```
                    Negative    <1:80
                    Borderline   1:80
                    Positive    >1:80
ICAP nomenclature: AC-0
For more information about Hep-2 cell patterns use
ANApatterns.org, the official website for the International
Consensus on Antinuclear Antibody (ANA) Patterns (ICAP).
```

Resulting Agency LABCORP

**Narrative**

Performed by: LabCorp

```
Performed at:  01 - Labcorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: Sanjai Nagendra MD, Phone:  8007624344
```

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details | View Encounter | Lab and Collection Details | Routing | Result History

### Result Care Coordination

Patient Communication

Released | Seen

## Other Results from 6/8/2022

### C-Reactive Protein

Order: 257376198

Status: Final result Visible to patient: Yes (seen)
Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)
Dx: Post-COVID chronic joint pain

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| C-Reactive Protein, Quant | 0 - 10 mg/L | 6 |
| Resulting Agency | | LABCORP |

Narrative Performed by: LabCorp

Performed at: 01 - Labcorp Burlington
1447 York Court, Burlington, NC 272153361
Lab Director: Sanjai Nagendra MD, Phone: 8007624344

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details View Encounter Lab and Collection Details Routing Result History

Result Care Coordination

Patient Communication

Released Seen

## Rheumatoid Factor

Order: 257376199

Status: Final result Visible to patient: Yes (seen)

Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)

Dx: Post-COVID chronic joint pain

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| RA Factor | <14.0 IU/mL | <10.0 |
| Resulting Agency | | LABCORP |

Narrative Performed by: LabCorp

Performed at: 01 - Labcorp Burlington
1447 York Court, Burlington, NC 272153361
Lab Director: Sanjai Nagendra MD, Phone: 8007624344

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details View Encounter Lab and Collection Details Routing Result History

Result Care Coordination

Patient Communication

Released Seen

## Sedimentation Rate

Order: 257376200

Status: Final result Visible to patient: Yes (seen)

Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)

Dx: Post-COVID chronic joint pain

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| Sed Rate (ESR) | 0 - 40 mm/hr | 32 |
| Resulting Agency | | LABCORP |

Narrative Performed by: LabCorp

Performed at: 01 - Labcorp Burlington
1447 York Court, Burlington, NC 272153361
Lab Director: Sanjai Nagendra MD, Phone: 8007624344

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details View Encounter Lab and Collection Details Routing Result History

Result Care Coordination

Patient Communication

Released Seen

## CBC with Differential (Automated or Manual Diff as Indicated)

Order: 257376201

Status: Final result Visible to patient: Yes (seen)

Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)

Dx: Post-COVID chronic fatigue

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| WBC | 3.4 - 10.8 x10E3/uL | 8.8 |
| RBC | 3.77 - 5.28 x10E6/uL | 5.30 ^ |
| Hemoglobin | 11.1 - 15.9 g/dL | 16.2 ^ |
| Hematocrit | 34.0 - 46.6 % | 49.1 ^ |
| MCV | 79 - 97 fL | 93 |
| MCH | 26.6 - 33.0 pg | 30.6 |
| MCHC | 31.5 - 35.7 g/dL | 33.0 |
| RDW | 11.7 - 15.4 % | 13.1 |
| Platelet Count | 150 - 450 x10E3/uL | 271 |
| Neutrophils % | Not Estab. % | 59 |
| Lymphocytes % | Not Estab. % | 32 |
| Monocytes % | Not Estab. % | 6 |
| Eosinophils % | Not Estab. % | 2 |
| Basophils % | Not Estab. % | 1 |
| Neutrophils # | 1.4 - 7.0 x10E3/uL | 5.2 |
| Lymphocytes # | 0.7 - 3.1 x10E3/uL | 2.8 |
| Monocytes # | 0.1 - 0.9 x10E3/uL | 0.6 |
| Eosinophils # | 0.0 - 0.4 x10E3/uL | 0.2 |
| Basophils # | 0.0 - 0.2 x10E3/uL | 0.1 |
| Immature Granulocytes % | Not Estab. % | 0 |
| Immature Grans # | 0.0 - 0.1 x10E3/uL | 0.0 |
| Resulting Agency | | LABCORP |

Narrative

Performed by: LabCorp

```
Performed at:  01 - Labcorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: Sanjai Nagendra MD, Phone:  8007624344
```

Specimen Collected: 06/08/22 16:30

Last Resulted: 06/15/22 12:35

Order Details View Encounter Lab and Collection Details Routing Result History

Result Care Coordination

Patient Communication

Released — Seen

## Comprehensive Metabolic Panel

Order: 257376202

Status: Final result Visible to patient: Yes (seen)

Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)

Dx: Post-COVID chronic fatigue

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| Glucose | 65 - 99 mg/dL | 93 |
| BUN | 6 - 24 mg/dL | 14 |
| Creatinine | 0.57 - 1.00 mg/dL | 0.58 |
| EGFR | >59 mL/min/1.73 | 108 |
| BUN Creatinine Ratio | 9 - 23 | 24 ^ |
| Sodium | 134 - 144 mmol/L | 145 ^ |
| Potassium | 3.5 - 5.2 mmol/L | 4.3 |
| Chloride | 96 - 106 mmol/L | 107 ^ |
| Carbon Dioxide, Total | 20 - 29 mmol/L | 20 |
| Calcium | 8.7 - 10.2 mg/dL | 9.3 |
| Protein, Total | 6.0 - 8.5 g/dL | 7.3 |
| Albumin | 3.8 - 4.9 g/dL | 4.3 |
| Globulin | 1.5 - 4.5 g/dL | 3.0 |
| A/G Ratio | 1.2 - 2.2 | 1.4 |
| Bilirubin, Total | 0.0 - 1.2 mg/dL | <0.2 |
| Alkaline Phosphatase | 44 - 121 IU/L | 159 ^ |
| AST/SGOT | 0 - 40 IU/L | 13 |
| ALT/SGPT | 0 - 32 IU/L | 34 ^ |
| Resulting Agency | | LABCORP |

Narrative — Performed by: LabCorp

Performed at: 01 - Labcorp Burlington
1447 York Court, Burlington, NC 272153361
Lab Director: Sanjai Nagendra MD, Phone: 8007624344

Specimen Collected: 06/08/22 16:30 — Last Resulted: 06/15/22 12:35

Order Details | View Encounter | Lab and Collection Details | Routing | Result History

Result Care Coordination

Patient Communication

Released — Seen

## Vitamin B12 Level

Order: 257376203

Status: Final result   Visible to patient: Yes (seen)
Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)
Dx: Post-COVID chronic fatigue

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| Vitamin B12 | 232 - 1,245 pg/mL | 660 |
| Resulting Agency | | LABCORP |

Narrative    Performed by: LabCorp

```
Performed at:  01 - Labcorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: Sanjai Nagendra MD, Phone:  8007624344
```

Specimen Collected: 06/08/22 16:30    Last Resulted: 06/15/22 12:35

Order Details   View Encounter   Lab and Collection Details   Routing   Result History

Result Care Coordination

Patient Communication

Released    Seen

## Thyroid Stimulating Hormone (TSH)

Order: 257376204

Status: Final result   Visible to patient: Yes (seen)
Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)
Dx: Post-COVID chronic fatigue

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| Thyroid Stimulating Hormone | 0.450 - 4.500 uIU/mL | 2.130 |
| Resulting Agency | | LABCORP |

Narrative    Performed by: LabCorp

```
Performed at:  01 - Labcorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: Sanjai Nagendra MD, Phone:  8007624344
```

Specimen Collected: 06/08/22 16:30    Last Resulted: 06/15/22 12:35

Order Details   View Encounter   Lab and Collection Details   Routing   Result History

Result Care Coordination

Patient Communication

Released    Seen

## HLA-B27 Allele

Order: 257376205

Status: Final result   Visible to patient: Yes (seen)
Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)
Dx: Post-COVID chronic joint pain

| Component | 1 mo ago |
|---|---|
| HLA B27 Allele | Negative |

Comment: HLA-B*27 Negative
B27 allele interpretation for all loci based on IMGT/HLA
database version 3.44
This test was developed and its performance characteristics
determined by LabCorp. It has not been cleared or approved
by the Food and Drug Administration.
HLA Lab CLIA ID Number 34D0954530
This test was performed using PCR (Polymerase Chain Reaction)/SSOP
(Sequence Specific Oligonucleotide Probes) technique. SBT (Sequence
Based Typing) and/or SSP (Sequence Specific Primers) may be used as
supplemental methods when necessary. Please contact HLA Customer
Service at 1-800-533-1037 if you have any questions.
Director of HLA Laboratory
Dr George C Maha, PhD

Resulting Agency LABCORP SHELL 02

**Narrative** Performed by: LabCorp

Performed at: 02 - Labcorp Burlington DNA
1440 York Court, Burlington, NC 272153361
Lab Director: George Maha PhD, Phone: 8007423944

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details View Encounter Lab and Collection Details Routing Result History

**Result Care Coordination**

Patient Communication

Released Seen

## Vitamin D,1,25-Dihydroxy Level

Order: 257376206

Status: Final result Visible to patient: Yes (seen)

Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)

Dx: Post-COVID chronic fatigue

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| Calcitriol(1, 25 DI-OH VIT D) | 24.8 - 81.5 pg/mL | 93.8 ^ |

Comment: **Please note reference interval change**

Resulting Agency LABCORP

**Narrative** Performed by: LabCorp

Performed at: 01 - Labcorp Burlington
1447 York Court, Burlington, NC 272153361
Lab Director: Sanjai Nagendra MD, Phone: 8007624344

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details View Encounter Lab and Collection Details Routing Result History

**Result Care Coordination**

Patient Communication

Released | Seen

## T4 Total (Thyroxine)

Order: 257398360

Status: Final result Visible to patient: Yes (seen)

Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)

Dx: Post-COVID chronic fatigue

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| T4 | 4.5 - 12.0 ug/dL | 7.7 |
| Resulting Agency | | LABCORP |

Narrative — Performed by: LabCorp

```
Performed at:  01 - Labcorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: Sanjai Nagendra MD, Phone:  8007624344
```

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details | View Encounter | Lab and Collection Details | Routing | Result History

Result Care Coordination

Patient Communication

Released | Seen

## CK, Total

Order: 257398361

Status: Final result Visible to patient: Yes (seen)

Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)

Dx: Post-COVID chronic muscle pain

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| Creatine Kinase, Total, Serum | 32 - 182 U/L | 44 |
| Resulting Agency | | LABCORP |

Narrative — Performed by: LabCorp

```
Performed at:  01 - Labcorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: Sanjai Nagendra MD, Phone:  8007624344
```

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details | View Encounter | Lab and Collection Details | Routing | Result History

Result Care Coordination

Patient Communication

Released | Seen

## Additional Information

| Specimen ID | Type | Source | Comment | Bill Type | Client ID |
|---|---|---|---|---|---|
| 15904536630 | Blood | | | Third-Party | 41675145 |

| Specimen Date Taken | Specimen Time Taken | Specimen Received Date | Specimen Received Time | Result Date | Result Time |
|---|---|---|---|---|---|
| Jun 8, 2022 | 4:30 PM | Jun 8, 2022 | 12:00 AM | Jun 15, 2022 | 12:35 PM |

## Lab Information

Lab
LABCORP

## All Reviewers List

Pammela M Poore, NP on 6/22/2022 14:46

## Encounter

View Encounter

## Result Information

Status: Final result (Collected: 6/8/2022 16:30)

Provider Status: Reviewed

## View SmartLink Info

Anti-Nuclear Antibody with Reflex Titer if Indicated (Order #257398362) on 6/8/22

## Resulting Agency

Lab: LabCorp
Name: LABCORP
Valid Date Range: 01/15/20 10:48 - Present

## CK, Total: Patient Communication

Released | Seen

# Results

CK, Total (Order 257398361)

### CK, Total

Order: 257398361

Status: Final result Visible to patient: **Yes (seen)**

Next appt: **08/31/2022 at 01:00 PM** in **Post Covid Care (Pammela M Poore, NP)**

Dx: **Post-COVID chronic muscle pain**

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| Creatine Kinase, Total, Serum | 32 - 182 U/L | 44 |
| Resulting Agency | | LABCORP |

**Narrative**

Performed by: LabCorp

```
Performed at:  01 - Labcorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: Sanjai Nagendra MD, Phone:  8007624344
```

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details | View Encounter | Lab and Collection Details | Routing | Result History

**Result Care Coordination**

Patient Communication

Released | Seen

## Other Results from 6/8/2022

### C-Reactive Protein

Order: 257376198

Status: Final result Visible to patient: **Yes (seen)**

Next appt: **08/31/2022 at 01:00 PM** in **Post Covid Care (Pammela M Poore, NP)**

Dx: **Post-COVID chronic joint pain**

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| C-Reactive Protein, Quant | 0 - 10 mg/L | 6 |
| Resulting Agency | | LABCORP |

**Narrative**

Performed by: LabCorp

```
Performed at:  01 - Labcorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: Sanjai Nagendra MD, Phone:  8007624344
```

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details | View Encounter | Lab and Collection Details | Routing | Result History

**Result Care Coordination**

Patient Communication

Released | Seen

## Rheumatoid Factor

Order: 257376199

Status: Final result Visible to patient: Yes (seen)

Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)

Dx: Post-COVID chronic joint pain

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| RA Factor | <14.0 IU/mL | <10.0 |
| Resulting Agency | | LABCORP |

Narrative

Performed by: LabCorp

Performed at: 01 - Labcorp Burlington
1447 York Court, Burlington, NC 272153361
Lab Director: Sanjai Nagendra MD, Phone: 8007624344

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details View Encounter Lab and Collection Details Routing Result History

Result Care Coordination

Patient Communication

Released | Seen

## Sedimentation Rate

Order: 257376200

Status: Final result Visible to patient: Yes (seen)

Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)

Dx: Post-COVID chronic joint pain

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| Sed Rate (ESR) | 0 - 40 mm/hr | 32 |
| Resulting Agency | | LABCORP |

Narrative

Performed by: LabCorp

Performed at: 01 - Labcorp Burlington
1447 York Court, Burlington, NC 272153361
Lab Director: Sanjai Nagendra MD, Phone: 8007624344

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details View Encounter Lab and Collection Details Routing Result History

Result Care Coordination

Patient Communication

Released | Seen

## CBC with Differential (Automated or Manual Diff as Indicated)

Order: 257376201

Status: Final result Visible to patient: Yes (seen)

Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)

Dx: Post-COVID chronic fatigue

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| WBC | 3.4 - 10.8 x10E3/uL | 8.8 |
| RBC | 3.77 - 5.28 x10E6/uL | 5.30 ^ |
| Hemoglobin | 11.1 - 15.9 g/dL | 16.2 ^ |
| Hematocrit | 34.0 - 46.6 % | 49.1 ^ |
| MCV | 79 - 97 fL | 93 |
| MCH | 26.6 - 33.0 pg | 30.6 |
| MCHC | 31.5 - 35.7 g/dL | 33.0 |
| RDW | 11.7 - 15.4 % | 13.1 |
| Platelet Count | 150 - 450 x10E3/uL | 271 |
| Neutrophils % | Not Estab. % | 59 |
| Lymphocytes % | Not Estab. % | 32 |
| Monocytes % | Not Estab. % | 6 |
| Eosinophils % | Not Estab. % | 2 |
| Basophils % | Not Estab. % | 1 |
| Neutrophils # | 1.4 - 7.0 x10E3/uL | 5.2 |
| Lymphocytes # | 0.7 - 3.1 x10E3/uL | 2.8 |
| Monocytes # | 0.1 - 0.9 x10E3/uL | 0.6 |
| Eosinophils # | 0.0 - 0.4 x10E3/uL | 0.2 |
| Basophils # | 0.0 - 0.2 x10E3/uL | 0.1 |
| Immature Granulocytes % | Not Estab. % | 0 |
| Immature Grans # | 0.0 - 0.1 x10E3/uL | 0.0 |
| Resulting Agency | | LABCORP |

Narrative

Performed by: LabCorp

```
Performed at:  01 - Labcorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: Sanjai Nagendra MD, Phone:  8007624344
```

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details View Encounter Lab and Collection Details Routing Result History

Result Care Coordination

Patient Communication

Released Seen

## Comprehensive Metabolic Panel

Order: 257376202

Status: Final result Visible to patient: Yes (seen)
Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)
Dx: Post-COVID chronic fatigue

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| Glucose | 65 - 99 mg/dL | 93 |
| BUN | 6 - 24 mg/dL | 14 |
| Creatinine | 0.57 - 1.00 mg/dL | 0.58 |
| EGFR | >59 mL/min/1.73 | 108 |
| BUN Creatinine Ratio | 9 - 23 | 24 ^ |
| Sodium | 134 - 144 mmol/L | 145 ^ |
| Potassium | 3.5 - 5.2 mmol/L | 4.3 |
| Chloride | 96 - 106 mmol/L | 107 ^ |
| Carbon Dioxide, Total | 20 - 29 mmol/L | 20 |
| Calcium | 8.7 - 10.2 mg/dL | 9.3 |
| Protein, Total | 6.0 - 8.5 g/dL | 7.3 |
| Albumin | 3.8 - 4.9 g/dL | 4.3 |
| Globulin | 1.5 - 4.5 g/dL | 3.0 |
| A/G Ratio | 1.2 - 2.2 | 1.4 |
| Bilirubin, Total | 0.0 - 1.2 mg/dL | <0.2 |
| Alkaline Phosphatase | 44 - 121 IU/L | 159 ^ |
| AST/SGOT | 0 - 40 IU/L | 13 |
| ALT/SGPT | 0 - 32 IU/L | 34 ^ |
| Resulting Agency | | LABCORP |

Narrative

Performed by: LabCorp

```
Performed at:  01 - Labcorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: Sanjai Nagendra MD, Phone:  8007624344
```

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details View Encounter Lab and Collection Details Routing Result History

Result Care Coordination

Patient Communication

Released Seen

## Vitamin B12 Level

Order: 257376203

Status: Final result Visible to patient: Yes (seen)
Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)
Dx: Post-COVID chronic fatigue

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| Vitamin B12 | 232 - 1,245 pg/mL | 860 |
| Resulting Agency | | LABCORP |

Narrative

Performed by: LabCorp

Performed at: 01 - Labcorp Burlington
1447 York Court, Burlington, NC 272153361
Lab Director: Sanjai Nagendra MD, Phone: 8007624344

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details View Encounter Lab and Collection Details Routing Result History

Result Care Coordination

Patient Communication

Released Seen

## Thyroid Stimulating Hormone (TSH)

Order: 257376204

Status: Final result Visible to patient: Yes (seen)

Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)

Dx: Post-COVID chronic fatigue

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| Thyroid Stimulating Hormone | 0.450 - 4.500 uIU/mL | 2.130 |
| Resulting Agency | | LABCORP |

Narrative

Performed by: LabCorp

Performed at: 01 - Labcorp Burlington
1447 York Court, Burlington, NC 272153361
Lab Director: Sanjai Nagendra MD, Phone: 8007624344

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details View Encounter Lab and Collection Details Routing Result History

Result Care Coordination

Patient Communication

Released Seen

## HLA-B27 Allele

Order: 257376205

Status: Final result Visible to patient: Yes (seen)

Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)

Dx: Post-COVID chronic joint pain

| Component | 1 mo ago |
|---|---|
| HLA B27 Allele | Negative |

Comment: HLA-B*27 Negative
B27 allele interpretation for all loci based on IMGT/HLA database version 3.44
This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration.

HLA Lab CLIA ID Number 34D0954530
This test was performed using PCR (Polymerase Chain Reaction)/SSOP (Sequence Specific Oligonucleotide Probes) technique. SBT (Sequence Based Typing) and/or SSP (Sequence Specific Primers) may be used as supplemental methods when necessary. Please contact HLA Customer Service at 1-800-533-1037 if you have any questions.
Director of HLA Laboratory
Dr George C Maha, PhD

Resulting Agency LABCORP SHELL 02

Narrative Performed by: LabCorp

Performed at: 02 - Labcorp Burlington DNA
1440 York Court, Burlington, NC 272153361
Lab Director: George Maha PhD, Phone: 8007423944

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details View Encounter Lab and Collection Details Routing Result History

Result Care Coordination

Patient Communication

Released Seen

## Vitamin D,1,25-Dihydroxy Level

Order: 257376206

Status: Final result Visible to patient: Yes (seen)

Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)

Dx: Post-COVID chronic fatigue

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| Calcitriol(1, 25 DI-OH VIT D) | 24.8 - 81.5 pg/mL | 93.8 ^ |

Comment: **Please note reference interval change**

Resulting Agency LABCORP

Narrative Performed by: LabCorp

Performed at: 01 - Labcorp Burlington
1447 York Court, Burlington, NC 272153361
Lab Director: Sanjai Nagendra MD, Phone: 8007624344

Specimen Collected: 06/08/22 16:30 Last Resulted: 06/15/22 12:35

Order Details View Encounter Lab and Collection Details Routing Result History

Result Care Coordination

Patient Communication

Released Seen

## T4 Total (Thyroxine)

Order: 257398360

Status: Final result Visible to patient: Yes (seen)
Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)
Dx: Post-COVID chronic fatigue

| Component | Ref Range & Units | 1 mo ago |
|---|---|---|
| T4 | 4.5 - 12.0 ug/dL | 7.7 |
| Resulting Agency | | LABCORP |

Narrative — Performed by: LabCorp

```
Performed at:  01 - Labcorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: Sanjai Nagendra MD, Phone:  8007624344
```

Specimen Collected: 06/08/22 16:30    Last Resulted: 06/15/22 12:35

Order Details   View Encounter   Lab and Collection Details   Routing   Result History

Result Care Coordination

Patient Communication

Released    Seen

## Anti-Nuclear Antibody with Reflex Titer if Indicated

Order: 257398362

Status: Final result Visible to patient: Yes (seen)
Next appt: 08/31/2022 at 01:00 PM in Post Covid Care (Pammela M Poore, NP)
Dx: Post-COVID chronic joint pain

| Component | 1 mo ago |
|---|---|
| Antinuclear Antibodies, IFA | Negative |

Comment:

```
Negative    <1:80
Borderline   1:80
Positive    >1:80
ICAP nomenclature: AC-0
For more information about Hep-2 cell patterns use
ANApatterns.org, the official website for the International
Consensus on Antinuclear Antibody (ANA) Patterns (ICAP).
```

Resulting Agency LABCORP

Narrative — Performed by: LabCorp

```
Performed at:  01 - Labcorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: Sanjai Nagendra MD, Phone:  8007624344
```

Specimen Collected: 06/08/22 16:30    Last Resulted: 06/15/22 12:35

Order Details   View Encounter   Lab and Collection Details   Routing   Result History

Result Care Coordination

Patient Communication

Released    Seen

## Additional Information

| Specimen ID | Type | Source | Comment | Bill Type | Client ID |
|---|---|---|---|---|---|
| 15904536630 | Blood | | | Third-Party | 41675145 |

| Specimen Date Taken | Specimen Time Taken | Specimen Received Date | Specimen Received Time | Result Date | Result Time |
|---|---|---|---|---|---|
| Jun 8, 2022 | 4:30 PM | Jun 8, 2022 | 12:00 AM | Jun 15, 2022 | 12:35 PM |

### Lab Information

Lab
LABCORP

### All Reviewers List

Pammela M Poore, NP on 6/22/2022 14:46

### Encounter

View Encounter

### Result Information

Status: Final result (Collected: 6/8/2022 16:30)
Provider Status: Reviewed

### View SmartLink Info

CK, Total (Order #257398361) on 6/8/22

Guerrero, Sabrina (MRN: 12141403) DOB: 3/10/1969

Resulting Agency

Lab: LabCorp

Name: LABCORP

Valid Date Range: 01/15/20 10:48 - Present

BalladHealth

It's your story. We're listening.

BHMA Center for Post Covid Care
2202 N. John B Dennis Highway, Suite 110
Kingsport, TN 37660
Phone: 423-224-2369
Fax: 423-578-8403

Paul L. Jett, M.D., MBA, FAAPMR, CIME

Pammela Poore, FNP-BC

Rochelle Holtzclaw, FNP-BC

# Fax

To: Release point  From: P. Poore, NP

Fax: 213-884-4921  Date: 7-26-22

Phone: 800-999-9589  Pages:

Re: Disability claim for Sabrina Guerrero

Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

Comments:

Confidentiality Notice: The information contained in this fax and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure, or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return fax, and delete the original message and all copies from your system. You may also contact the system privacy officer at 423-408-7324 or compliancequestions@balladhealth.org

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Lincoln Financial Group

Poore, Pammela
2202 John B Dennis hwy ste 110
ATTN: MEDICAL RECORDS
Kingsport, TN 37660

Date: Jul 23, 2022

**Re: Long Term Disability Benefits**
Claim# 9563535 12827197
Claimant: GUERRERO, SABRINA
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: POO219

Dear Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From June 9, 2022 to Present**

Please provide all records within the time frame requested of June 9, 2022 to Present to include records from Pammela Poore.

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Jude Juego
Disability Information Specialist
Phone No.: (213) 266-5034
Fax No: (213) 884-4921

RPID: 9563535

Request Corr.

PAGE 10/20 * RCVD AT 6/28/2022 4:56:03 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:8003340380 * CSID: * ANI:18658845967 * DURATION (mm-ss):08-36

06/28/2022 4:56:05 PM -0400 FAXCOM

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

- My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- Job duties, earnings, personnel records and other work related information and federal and state tax returns.
- Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Sabrina Guerrero

Name of legal representative, if applicable (print) ________ Relationship Self

Signature of claimant or legal representative [signature] Date: 6/8/22

Date of Birth: _/ ___/___ Claim Number: 12827197

**A copy of this authorization will be considered as valid as the original.**

PAGE 10 OF 20



Request Corr.

Lincoln Financial Group®

Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

LincolnFinancial.com

P.O. Box 7207
London, KY 40742-7207

P.O. Box 2578
Omaha, NE 68172

March 4, 2022

To Whom It May Concern,

The Lincoln National Life Insurance company authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:

Electronic mail to: charts@releasepoint.com
Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Shaun M Donahue, CSSC
Assistant Vice President, Clinical Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376



*Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.*

RPID: 9563535

Request Corr.

# Save Time and Avoid Follow-up Calls
# Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | GUERRERO, SABRINA |
| RP ID: | 9563535 |
| Access Code: | POO219 |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

RPID: 9563535

Request Corr.

# Quality Assurance Report

## Request Information

Report Date: July 26, 2022

**RP ID:** 9563535

Patient Name: GUERRERO, SABRINA

Provider Name: Poore, Pammela

## Quality Assurance Information

Scope Requested: **From June 9, 2022 to Present**

Special Request:

Please provide all records within the time frame requested of June 9, 2022 to Present to include records from Pammela Poore.

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

**Lincoln/Guerrero 2561**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, July 22, 2022 3:37:06 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Kindred At Home Claim No. 12827197 Sabrina Guerrero |
| Attachments: | 0grjs4wtit7snb6eywxf_13201564.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 22, 2022

Ms. Sabrina Guerrero

RE: Long Term Disability (LTD) Benefits
Kindred At Home
Claim #: 12827197

Dear Ms. Sabrina Guerrero:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Kindred At Home's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On July 22, 2022, we requested medical records from Dr. Poore, Dr. Bakshi, Dr. Vanosdale, Dr. Floyd, and St. Luke's Therapy Services. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from June 9, 2022 through present from Dr. Poore, January 1, 2022 through present from Dr. Bakshi, May 4, 2022 through present from Dr. Vanosdale, May 10, 2022 through present from Dr. Floyd, and May 11, 2022 through July 1, 2022 from St. Luke's Therapy Services

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Kindred At Home's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by September 4, 2022, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information

by October 4, 2022, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than September 4, 2022 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Moultrie
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380

Brown & Brown INSURANCE®
ABSENCE SERVICES GROUP

# Facsimile Transmittal Sheet

**TO:**
Liberty Mutual

**FROM:**
Customer Resource Center

**FAX NUMBER:**

| | |
|---|---|
| MO | 603-334-0366 |
| NC | 603-334-0380 |
| AZ | 603-422-0119 |

(12827197)

**DATE:**
7/7/2022

☐ URGENT ☒ FOR REVIEW ☐ PLEASE REPLY

**NOTES/COMMENTS:**

Sincerely,

Customer Resource Center

The information transmitted in this facsimile is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you have received this information in error, please notify the sender at Brown & Brown Absence Services Group at 1-877-261-1947 immediately and destroy all copies of this facsimile transaction. Thank you.

Brown & Brown INSURANCE®
ABSENCE SERVICES GROUP

Brown & Brown Absence Services Group, LLC
300 N Beach Street
Daytona Beach, FL 32114
P: (877) 261-1947 | F: (877) 899-1329
bbabsence.com

July 7, 2022

LTD Claims Examiner
Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

**RE: Sabrina Guerrero**
**LTD: 12827197**

Dear :

Please be advised that we filed Sabrina Guerrero's *Initial application* with the Social Security Administration (SSA) today.

We will continue to keep you updated regarding the status of this claim. If you have any questions, please feel free to contact us toll-free at 866-692-9031 or via email at status@bbabsence.com. Thank you.

Sincerely,

Customer Resource Center
Brown & Brown Absence Services Group

Brown & Brown INSURANCE®
ABSENCE SERVICES GROUP

## AUTHORIZATION FOR RELEASE OF LONG-TERM DISABILITY FILE

I hereby authorize Lincoln Financial Group to release all information from my long-term disability file to Brown & Brown Absence Services Group at 300 N Beach Street, Daytona Beach, FL 32114, (877) 261-1947; (877) 899-1329 (fax).

The information disclosed will be used solely for my claim for disability benefits under Title II of the Social Security Act.

This authorization shall include the release of my complete file.

A photocopy or fax of this release shall have the same authority and effect as the original.

X Sabrina Guerrero
Sabrina Guerrero

SSN: 4

X Jun 22, 2022
Date

| | |
|---|---|
| **From:** | DoNotReply@lfg.com |
| **Sent:** | Fri, 1 Jul 2022 17:56:36 +0000 |
| **To:** | kindredathomebenefits@benefitfocus.com |
| **Subject:** | GUERRERO, SABRINA, Claim #12827197, Status AP |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim has a date of disability of 2/26/2022. This claim is approved through 5/27/2024. This indicates an extension of benefits. The case manager for this claim is Ashley Moultrie. The claim number is 12827197.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Kechele Gentry



EMPLOYEE/CLAIMANT NAME: Sabrina Guerrero

CLAIM NO: 12827197 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Kindred At Home

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit continuous stand 5 to 10 min walk 10 min or less

How many hours a day do you:

sit ~~continuous~~/4hrs stand 10 min or less walk 10 min or less

Do you take a nap during the day?

Yes ✓ No ______

If Yes, for how long? 2 to 4 hours At what time of the day? Varies between 10 to 4 depending on how I feel

How many hours a day do you spend in bed? 16 hrs

Do you require any assistive devices such as a:

cane ✓ Periodically walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? 2 hours

Do you hold a valid driver's license?

Yes ✓ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? 1 hour

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes ✓ No ______ If Yes, what are their dates of birth 11/28/2002

Do you need help caring for your children?

Yes ______ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? I do not leave the house daily I leave for physical therapy 2 x's weekly

On the weekends? Rarely

How often do you run errands? Rarely

Please describe what errands you most commonly run: Spouse runs errands

**Lincoln/Guerrero 2569**

Lincoln Financial Group®



How often do you get outdoors? When I let the dog outside or walk to car for appointments
Are you left or right hand dominant? Left ✓ Right ___
Are you able to work in your garden? Yes ___ No ✓
Are you able to work on your house? Yes ___ No ✓
Are you able to wash your car? Yes ___ No ✓

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. Safari, Google, Internet Explorer

If yes, how often per day (hours) do you use the internet? ___ None ✓ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ hours

What do you use these internet sites for? E-Mail, Social Media

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. YouTube, Facebook, Instagram

If yes, how often per day (hours) do you engage in activities? ___ None ✓ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ hours

What do you use these social media sites for? Personal Contact, Socialization

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc**. to view information?

List all sites that apply. Mobile Phone

| | | | | | |
|---|---|---|---|---|---|
| If yes on a computer, how long (hours per day)? | ✓ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |
| If yes on a phone, how long (hours per day)? | ___ None | ✓ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |
| If yes on a IPad or Tablet (hours per day)? | ✓ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |
| If yes on a E-reader, (hours per day)? | ✓ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |

For what reasons, do you use these devices?
Email, Personal Contact, Socialization, Order Groceries/Food, banking, Pay bills

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? NO

| | | | | | |
|---|---|---|---|---|---|
| If yes, how many hours per day do you play video games? | ✓ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |
| If yes, how many days per week do you play? | ✓ None | ___ 0-1 hours | ___ 2-3 hours | ___ 3-4 hours | ___ 5+ hours |

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | Online by me or in person by Spouse | Spouse Picks up groceries |
| Carrying groceries into the house | Spouse or Daughter | |
| Cooking meals | I cook sitting in chair | |
| Cleaning after meals | Family (Spouse + Daughter clean after meals) | |
| Cleaning bathrooms | Spouse + Daughter | |
| Vacuuming | Spouse or Daughter | |
| Doing the laundry | Myself, Spouse + Daughter | (Spouse + Daughter bring clothes from dryer for) |
| Opening and responding to mail | Myself | |

**Lincoln/Guerrero 2570**

Lincoln Financial Group®



Managing your finances: Myself + Spouse – Spouse Physically Goes to bank

Balancing your checkbook: N/A

Bathing yourself: Myself (2x's weekly due to Exhaustion)

Styling your own hair: Wash her once weekly and let it dry by itself

Getting dressed: Myself

Going up and down stairs: Myself – No more than 3 Stairs/steps

Have you been confined to a hospital within the last 12 months? Yes ______ No X

If Yes, please provide reason and hospital contact Information: N/A

How often do you travel or take vacation? Once in five years

Where do you go? How do you get there (transportation method)? To visit family in North Carolina by car

Are you able to pursue your hobbies? Yes ______ No X

If Yes, please describe ______

Do you participate in an exercise program? Yes X No ______

If Yes, please describe Physical Therapy 2x's a week.

Do you do any Volunteer work? Yes ______ No X

If Yes:

how many hours per day? ______

how many hours per week? ______

for whom? ______

Are you working for wages? Yes ______ No X

If Yes, please provide employer's name ______

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

Debilitating fatigue, inability to walk distances or stand for longer than 10 minutes. Brain fog and current short-term memory loss. Shortness of breath with activity and physical ~~[illegible]~~ exertion.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Get up around 6 to 7:30AM go to bathroom feed cats, take medication, and back to bed/rest. If its a day I go to physical therapy. I floss my teeth while sitting in a chair in the bathroom, then stand up and brush my teeth, sit back down clean my face, get in the shower (one of two 2x's a week), then dry off sit in chair rest get dressed, + go to over →

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Isabella Guerrero

**Lincoln/Guerrero 2571**

Physical therapy. Drive 15 to 20 minutes one to 2X's a week to physical
therapy and drive back home. Some days most days returning from
Physical therapy I take a nap in my car before going into
My home due to exhaustion. The rest of the day is spent on
the reclining sofa resting/napping. I cook 2 to 3 times a week
and do that in the evening while sitting. The majority of my
day is spent sleeping.

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

---

Name: Sabrina Guerrero Date: 6/8/2022

Signature: Sabrina Guerrero

**Lincoln/Guerrero 2573**

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Kechele Gentry

EMPLOYEE/CLAIMANT NAME: Sabrina Guerrero
CLAIM NO: 12827197
EMPLOYER/SPONSOR: Kindred At Home DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 02/26/2022 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Phillips Healthcare
Specialty: Primary Care
Address: P.O. Box 879 6890 W.A.J. Hwy
Talbott, TN 37877
Telephone No.: (423) 839-2100 Fax No.: (423) 839-2125

Name: St. Luke's Therapy Services
Specialty: Rehab Therapy
Address: 1014 Middle Creek Rd. #2
Sevierville, TN 37862
Telephone No.: (865) 453-9022 Fax No.: (865) 453-9177

Name: Jefferson Memorial Hospital
Specialty: Hospital/Testing
Address: 110 Hospital Drive
Jefferson City, TN 37760
Telephone No.: (865) 471-2500 Fax No.: ( )

Name: Ballad Health Spine & Rehabilitation
Specialty: Post Covid Clinic
Address: 6 Sheridan Square, Suite 100
Kingsport, TN 37660
Telephone No.: (423) 392-4908 Fax No.: (423) 392-4910

over →

**MEDICAL INSURANCE CARRIER(S):**

Name: Blue Cross Blue Shield (Till 6/30/22)
Specialty: Primary Insurance
Address:
Telephone No.: (833) 697-2609 Fax No.: ( )

Name: Blue Cross Blue Shield TN (secondary)
Specialty: Secondary till 6/30/22 Then Primary
Address:
Telephone No.: (800) 558-6213 Fax No.: ( )

**PHARMACY(S):**

Name: Sam's Club Pharmacy
Specialty: Pharmacy
Address: 2920 Knoxville Center Dr.
Knoxville TN 37924
Telephone No.: (865) 637-0643 Fax No.: (865) 637-1803

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**Lincoln/Guerrero 2574**

Greeneville Community Hospital (Hospital/Testing)
1420 Tusculum Blvd, Greeneville TN
37744
(423) 787-5000

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Sabrina Guerrero

Name of legal representative, if applicable (print) ________ Relationship Self

Signature of claimant or legal representative [signature] Date: 6/8/22

Date of Birth: ________ Claim Number: 12827197

**A copy of this authorization will be considered as valid as the original.**

SIGNATURE: Sabrina Guerrero DATE: 6/27/2022

Lincoln/Guerrero 2577

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return to:** Kechele Gentry

**EMPLOYEE/CLAIMANT NAME:** Sabrina Guerrero **CLAIM #:** 12827197
**EMPLOYER:** Kindred At Home **DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.)<br>Guerrero, Sabrina, M | Social Security # | Email Address |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status<br>Married |
| Spouse's Full Name and Date of Birth<br>Darwin Guerrero 8/10/1963 | Number of Children<br>1 | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Darwin Guerrero Relationship to you? Spouse Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?
NO

Do you hold a professional license? If yes, for what purpose?
Yes Licensed Social Worker Licensed Cosmetologist

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.
NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.
NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.
NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☒ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☒ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Sabrina Guerrero

**DATE:** 6/8/22 **EMPLOYEE'S SIGNATURE:** Sabrina Guerrero

**Lincoln/Guerrero 2578**

# Family Information Questionnaire

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return to:** Kechele Gentry

EMPLOYEE/CLAIMANT NAME: Sabrina Guerrero
CLAIM NO: 12827197
EMPLOYER/SPONSOR: Kindred At Home DATE OF BIRTH: _(

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ✓ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: Darwin Guerrero DOB: / /

Do you have children or dependents*? Yes ✓ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| Isabella Guerrero | \| \| | | NO | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ✓
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to The Lincoln National Life Insurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Sabrina Guerrero Date: 6/8/2022

**Lincoln/Guerrero 2579**

## TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

EMPLOYEE/CLAIMANT NAME: Sabrina Guerrero
CLAIM NO: 12827197
EMPLOYER/SPONSOR: Kindred At Home DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: 12th Check if earned: ☐ GED ☒ HS Diploma

Vocational Training: Cosmetology Certificate Program completed: Yes

Associates Degree: Associates Science College: number of years: 5yrs

Bachelor's Degree: BA /BS Major: BSSW Graduate School: MA ☐ MS ☒ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): Licensed Advanced Practice Social Work

Are you currently attending any classes: ☐ Y ☒ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: N/A

Primary language spoken: English Other language(s) spoken fluently: N/A

Additional Skills, Hobbies & Volunteer Work N/A

Did you serve in the Armed Forces? ☐ Y ☒ N From: N/A To: N/A

Branch of Service: N/A Specialty: N/A

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: Avalon Hospice Department: Social Services From: 9/2016 To: Present
   Job Title(s): Medical Social Worker
   Supervisory Experience ☐ Y ☒ N
   Tasks/Duties/Physical Requirements (please be specific): Drive to Patients location for visits, Documentation of visits, Assessments, Referrals, Utilization Work Tablet, Scanning Documents, Faxing, Phone Calls, Educate Patient + Families

2. Company: Amedisys Hospice Department: Social Services From: 3/2012 To: 8/2016
   Job Title(s): Medical Social Worker
   Supervisory Experience ☐ Y ☒ N
   Tasks/Duties (please be specific): Patient Assessments + Visits, Documentation of visits, Community Referrals, Family + Patient education

3. Company: Caris Healthcare Department: Social Services From: 10/2010 To: 3/2012

Job Title(s): Medical Social Worker

Supervisory Experience ☐ Y ☒ N

Tasks/Duties (please be specific): Patient Visits, Assessments & Documentation, Community Resource Referrals, family Education, Bereavement Counseling, Bereavement Groups, Community Educat"

4. Company: Life Care Center Jefferson City Department: Social Services From: 10/2003 To: 10/2010

Job Title(s): Director of Social Services

Supervisory Experience ☒ Y ☐ N

Tasks/Duties (please be specific): Evaluate Residents for MDS assessments, document in resident charts, Discharge Planning, Family education, Family & Resident meetings, Mental Health Referrals, & Psychosocial Assessments

5. Company: ______ Department: ______ From: ______ To: ______

Job Title(s): ______

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ______

**Computer Utilization:**

Computer Training/Courses, Certifications: ______

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☒ | ☒ | Graphics Software | ☐ | ☐ |
| Internet | ☒ | ☒ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☒ | ☒ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☒ | ☒ | Project Management | ☐ | ☐ |
| Database | ☒ | ☒ | Other: ______ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☒ 3+ hours → Tablet When working

How much time is spent daily on your home computer? ☒ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☒ Yes ☐ No If yes, WPM (words per minute) ______

(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: Sabrinavancor@yahoo.com Work: ______

SIGNATURE: [signature] PHONE NO: (816) 654-1795

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

Lincoln Financial Group®

# REIMBURSEMENT AGREEMENT

**Claimant:** Sabrina Guerrero **Date of Birth:**

**Employer:** Kindred At Home **Policy/Plan Sponsor No.:** 09-LF0132

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:** Sabrina Guerrero **DATE:** 6/27/2022

**EMPLOYEE'S PRINTED NAME:** Sabrina Guerrero

***Please retain a copy for your records or one can be provided upon request.***

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380
www.LincolnFinancial.com

Lincoln Financial Group®

# DISABILITY PAYMENT OPTIONS

Insurer: Disability and Life Claims
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

(Herein Referred to as "we" and "us")

Policy Number: 09-LF0132 Claim No. 12827197

Disability Date: February 26, 2022

Issued To: Kindred At Home

Address: ____________________

Claimant: Sabrina Guerrero

Address: ____________________

The policy under which you are covered provides that Disability benefits will be offset by Social Security Disability Benefits for you and your family. Lincoln Financial Group offers assistance to apply for Social Security Benefits or you can apply on your own or with your own legal representative. Once a Social Security Application is made, Lincoln Financial Group will monitor the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

We understand that the Social Security Administration has not yet made a decision concerning your benefits. Until the Social Security Administration makes a decision, your Disability benefits can be handled in one of two ways:

☒ 1. We can estimate the amount of Social Security benefits you and your spouse and family will receive and reduce your monthly policy benefit by this amount. If Social Security benefits are estimated, the monthly policy benefit will be adjusted when we receive:
(a) proof of the amount awarded by Social Security; or,
(b) written request is submitted to remove the estimate with the understanding an overpayment may result if Social Security Benefits are awarded, or
(c) proof that Social Security benefits have been denied and all appeals have been exhausted.
If your Social Security application is denied, the amount estimated will be returned to you in a lump sum within 30 days of our receipt of the final Social Security determination. If Social Security awards benefits which exceed our estimate, then we will have overpaid benefits to you and you will need to repay the overpayment.

☐ 2. We can pay you a monthly benefit with no reduction for estimated Social Security benefits until Social Security makes a decision. If Social Security does award benefits, this will result in an overpayment by us. You must supply us with a copy of the Social Security decision and repay any overpayment. In addition, if Social Security makes an award, we will reduce your future monthly policy benefits by the amount of Social Security benefits you and your spouse and family receive, according to the policy provisions.

Under either of the above approaches, if you do not repay an overpayment within 60 days of our notification or otherwise make acceptable repayment arrangements, we may offset the amount of the overpayment against any current or future benefits payable to you and take any other actions necessary to recover the overpayment. Please indicate which approach you want to use by checking box #1 or box #2 and signing this form. If you make no selection, we will use approach #2. If you have any questions, please contact us.

The The Lincoln National Life Insurance Company reserves all rights under the contract.

Sabrina Guerrero
(Insured) (Witness)

(Address) (Address)

6/27/2022
(Date) (Date)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Form **W-4S**

Department of the Treasury
Internal Revenue Service

## Request for Federal Income Tax Withholding From Sick Pay

▶ **Give this form to the third-party payer of your sick pay.**
▶ **Go to *www.irs.gov/FormW4S* for the latest information.**

OMB No. 1545-0074

**2022**

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Sabrina M | Guerrero | |

Home address (number and street or rural route)

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . . . $ 1,000.00

Employee's signature ▶ Sabrina Guerrero Date ▶ 6/27/22

**Separate here and give the top part of this form to the payer. Keep the lower part for your records.**

**Worksheet** (Keep for your records. Do not send to the IRS.)

| | | | |
|---|---|---|---|
| 1 | Enter amount of adjusted gross income that you expect in 2022 . . . . . . . . . . . . . . | 1 | 100,000 |
| 2 | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2022 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 12,950 |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 47,050 |
| 4 | Tax. Figure your tax on line 3 by using the **2022** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2021 Instructions for Form 1040 . . . . . . . | 4 | 4,807.50 + 22% |
| 5 | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . | 5 | -0- |
| 6 | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | 4,807.50 + 22% |
| 7 | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2022 or paid or to be paid with 2022 estimated tax payments . . . | 7 | 0 |
| 8 | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | 4,807.50 + 22% |
| 9 | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | 6 |
| 10 | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . | 10 | 977.525 |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the IRS.

*(continued on back)*

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2022, the standard deduction amounts are:

| **Filing Status** | **Standard Deduction** |
|---|---|
| Married filing jointly or qualifying widow(er) | $25,900* |
| Head of household | $19,400* |
| Single or Married filing separately | $12,950* |

* If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional standard deduction for the elderly or blind.*** An additional standard deduction of $1,400 is allowed for a married individual (filing jointly or separately) or a qualifying widow(er) who is 65 or older or blind, $2,800 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,800 is allowed on a joint return. If both spouses are 65 or older **and** blind, an additional $5,600 is allowed on a joint return. Additional standard deductions are also allowed on your separate return for your spouse who is 65 or older and/or blind if your spouse has no gross income and can't be claimed as a dependent by another taxpayer. An additional $1,750 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,500 if 65 or older **and** blind. See the 2022 Estimated Tax Worksheet—Line 2 Standard Deduction Worksheet in Pub. 505.

***Limited standard deduction for dependents.*** If you are a dependent of another person, your standard deduction is the greater of (a) $1,150 or (b) your earned income plus $400 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual. For exceptions, see Pub. 519, U.S. Tax Guide for Aliens.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax credit and credit for other dependents, higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See the Tax Credits table in Pub. 505 for more information.

### Line 7—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2022 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2022 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $10,275 | **$0 + 10%** | **$0** |
| 10,275 | 41,775 | **1,027.50 + 12%** | **10,275** |
| 41,775 | 89,075 | **4,807.50 + 22%** | **41,775** |
| 89,075 | 170,050 | **15,213.50 + 24%** | **89,075** |
| 170,050 | 215,950 | **34,647.50 + 32%** | **170,050** |
| 215,950 | 539,900 | **49,335.50 + 35%** | **215,950** |
| 539,900 | and greater | **162,718 + 37%** | **539,900** |

### Schedule Z—Head of household

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $14,650 | **$0 + 10%** | **$0** |
| 14,650 | 55,900 | **1,465 + 12%** | **14,650** |
| 55,900 | 89,050 | **6,415 + 22%** | **55,900** |
| 89,050 | 170,050 | **13,708 + 24%** | **89,050** |
| 170,050 | 215,950 | **33,148 + 32%** | **170,050** |
| 215,950 | 539,900 | **47,836 + 35%** | **215,950** |
| 539,900 | and greater | **161,218.50 + 37%** | **539,900** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $20,550 | **$0 + 10%** | **$0** |
| 20,550 | 83,550 | **2,055 + 12%** | **20,550** |
| 83,550 | 178,150 | **9,615 + 22%** | **83,550** |
| 178,150 | 340,100 | **30,427 + 24%** | **178,150** |
| 340,100 | 431,900 | **69,295 + 32%** | **340,100** |
| 431,900 | 647,850 | **98,671 + 35%** | **431,900** |
| 647,850 | and greater | **174,253.50 + 37%** | **647,850** |

### Schedule Y-2—Married filing separately

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $10,275 | **$0 + 10%** | **$0** |
| 10,275 | 41,775 | **1,027.50 + 12%** | **10,275** |
| 41,775 | 89,075 | **4,807.50 + 22%** | **41,775** |
| 89,075 | 170,050 | **15,213.50 + 24%** | **89,075** |
| 170,050 | 215,950 | **34,647.50 + 32%** | **170,050** |
| 215,950 | 323,925 | **49,335.50 + 35%** | **215,950** |
| 323,925 | and greater | **87,126.75 + 37%** | **323,925** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions

information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy

# Fax

| | | | |
|---|---|---|---|
| To: | | From: | fax |
| Fax: | 16033340380 | Fax: | |
| Company: | | Voice: | |

Date: June 28, 2022

Subject:

Comments:

---

This fax originated from a Biscom FAXCOM® Fax Server. Secure Document Delivery - Everytime. Visit us at www.biscom.com

Lincoln Financial Group
*THE LINCOLN NATIONAL LIFE INSURANCE COMPANY*
*DISABILITY AND LIFE CLAIMS*
*PO BOX 2578*
*OMAHA, NE 68172-9688*

001157 LFPU9UD1 000000

MS. SABRINA GUERRERO

Claim# 12827197

Attn: Ashley Moultrie
(603) 334-0380

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Kechele Gentry



EMPLOYEE/CLAIMANT NAME: Sabrina Guerrero
CLAIM NO: 12827197 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: Kindred At Home

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:
sit continuous stand 5 to 10 min walk 10 min or less

How many hours a day do you:
sit ~~continuous~~/4hrs stand 10 min or less walk 10 min or less

Do you take a nap during the day?
Yes ✓ No ______

If Yes, for how long? 2 to 4 hours At what time of the day? Varies between 10 to 4 depending on how I feel

How many hours a day do you spend in bed? 16 hrs

Do you require any assistive devices such as a:
cane ✓ Periodically walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? 2 hours

Do you hold a valid driver's license?
Yes ✓ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? 1 hour

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?
Yes ✓ No ______ If Yes, what are their dates of birth , ,

Do you need help caring for your children?
Yes ______ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? I do not leave the house daily
On the weekends? Rarely I leave for physical therapy 2 x's weekly

How often do you run errands? Rarely

Please describe what errands you most commonly run: Spouse runs errands

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? When I let the dog outside or walk to car for appointments

Are you left or right hand dominant? Left ✓ Right ___

Are you able to work in your garden? Yes ___ No ✓

Are you able to work on your house? Yes ___ No ✓

Are you able to wash your car? Yes ___ No ✓

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. Safari, Google, Internet Explorer

If yes, how often per day (hours) do you use the internet? ___ None ✓ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ hours

What do you use these internet sites for? E-Mail, Social Media

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. YouTube, Facebook, Instagram

If yes, how often per day (hours) do you engage in activities? ___ None ✓ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ hours

What do you use these social media sites for? Personal Contact, Socialization

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc.** to view information?

List all sites that apply. Mobile Phone

If yes on a computer, how long (hours per day)? ✓ None ___ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ hours

If yes on a phone, how long (hours per day)? ___ None ✓ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ hours

If yes on a IPad or Tablet (hours per day)? ✓ None ___ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ hours

If yes on a E-reader, (hours per day)? ✓ None ___ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ hours

For what reasons, do you use these devices?

Email, Personal Contact, Socialization, Order Groceries/Food, banking, Pay bills

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? NO

If yes, how many hours per day do you play video games? ✓ None ___ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ hours

If yes, how many days per week do you play? ✓ None ___ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ hours

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Online by me or in person by Spouse | Spouse Picks up groceries |
| Carrying groceries into the house | Spouse or Daughter | |
| Cooking meals | I cook sitting in chair | |
| Cleaning after meals | Family (Spouse + Daughter clean after meals) | |
| Cleaning bathrooms | Spouse + Daughter | |
| Vacuuming | Spouse or Daughter | |
| Doing the laundry | Myself, Spouse + Daughter | (Spouse + Daughter will bring clothes from dryer for [illegible]) |
| Opening and responding to mail | Myself | |

**Lincoln/Guerrero 2590**

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*

*page 3 of 3*

Managing your finances: Myself + Spouse - Spouse Physically Goes to bank

Balancing your checkbook: N/A

Bathing yourself: Myself (2x's weekly due to Exhaustion)

Styling your own hair: Wash her once weekly and let it dry by itself

Getting dressed: Myself

Going up and down stairs: Myself - No more than 3 Stairs/steps

Have you been confined to a hospital within the last 12 months? Yes ____ No X

If Yes, please provide reason and hospital contact Information: N/A

How often do you travel or take vacation? Once in five years

Where do you go? How do you get there (transportation method)? To visit family in North Carolina by car

Are you able to pursue your hobbies? Yes ____ No X

If Yes, please describe ____

Do you participate in an exercise program? Yes X No ____

If Yes, please describe: Physical Therapy 2x's aweek.

Do you do any Volunteer work? Yes ____ No X

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes ____ No X

If Yes, please provide employer's name ____

**Describe in your own words, what prevents you from engaging in any gainful employment.**

Debilitating fatigue, inability to walk distances or stand for longer than 10 minutes. Brain fog and current short-term memory loss. Shortness of breath with activity and physical ~~labor~~ exertion.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Get up around 6 to 7:30Am go to bathroom feed cats take medication, and back to bedrest. If its a day I go to physical therapy I floss my teeth while sitting in a chair in the bathroom, then stand up and brush my teeth, sit back down clean my face, get in the shower (one of two 2x's a week), then dry off sit in chair rest get dressed, + go to — over →

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

[illegible]

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Isabella Guerrero [illegible]

**Lincoln/Guerrero 2591**

Physical therapy. Drive 15 to 20 minutes one to 2X's a week to physical therapy and drive back home. Some days most days returning from physical therapy I take a nap in my car before going into my home due to exhaustion. The rest of the day is spent on the reclining sofa resting/napping. I cook 2 to 3 times a week and do that in the evening while sitting. The majority of my day is spent sleeping.

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Sabrina Guerrero Date: 6/8/2022

Signature: Sabrina Guerrero

**Lincoln/Guerrero 2593**

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Kechele Gentry

EMPLOYEE/CLAIMANT NAME: Sabrina Guerrero
CLAIM NO: 12827197
EMPLOYER/SPONSOR: Kindred At Home DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 02/26/2022 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Phillips Healthcare
Specialty: Primary Care
Address: P.O. Box 879 6890 W.A.J. Hwy
Talbott, TN 37877
Telephone No.: (423) 839-2100 Fax No.: (423) 839-2125

Name: St. Luke's Therapy Services
Specialty: Rehab Therapy
Address: 1014 Middle Creek Rd. #2
Sevierville, TN 37862
Telephone No.: (865) 453-9022 Fax No.: (865) 453-9177

Name: Jefferson Memorial Hospital
Specialty: Hospital/Testing
Address: 110 Hospital Drive
Jefferson City, TN 37760
Telephone No.: (865) 471-2500 Fax No.: ( )

Name: Ballad Health Spine & Rehabilitation
Specialty: Post Covid Clinic
Address: 6 Sheridan Square, Suite 100
Kingsport, TN 37660
Telephone No.: (423) 392-4908 Fax No.: (423) 392-4910

over →

**MEDICAL INSURANCE CARRIER(S):**

Name: Blue Cross Blue Shield (Till 6/30/22)
Specialty: Primary Insurance
Address:
Telephone No.: (833) 697-2500 Fax No.: ( )

Name: Blue Cross Blue Shield TN (Secondary)
Specialty: Secondary till 6/30/22 Then Primary
Address:
Telephone No.: (800) 558-6213 Fax No.: ( )

**PHARMACY(S):**

Name: Sam's Club Pharmacy
Specialty: Pharmacy
Address: 2920 Knoxville Center Dr.
Knoxville TN 37924
Telephone No. (865) 637-0643 Fax No.: (865) 637-1803

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

Greeneville Community Hospital (Hospital/Testing)
1420 Tusculum Blvd, Greeneville TN
(423) 787-5000 37745

SIGNATURE: ____________ DATE: 6/27/2022

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return to:** Kechele Gentry

**EMPLOYEE/CLAIMANT NAME:** Sabrina Guerrero **CLAIM #:** 12827197
**EMPLOYER:** Kindred At Home **DATE OF BIRTH:**

Full Name (Last, First, Middle Int.) Guerrero, Sabrina, M | Social Security # | Email Address

Street Address | City | State | Zip Code

Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status Married

Spouse's Full Name and Date of Birth Darwin Guerrero 9/10/1963 | Number of Children 1 | Dates of Birth of Children

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Darwin Guerrero Relationship to you? Spouse Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? Yes Licensed Social Worker Licensed Cosmetologist

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☒ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☒ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Sabrina Guerrero

**DATE:** 6/8/22 **EMPLOYEE'S SIGNATURE:** Sabrina Guerrero



**Lincoln/Guerrero 2597**

# Family Information Questionnaire

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return to:** Kechele Gentry

EMPLOYEE/CLAIMANT NAME: Sabrina Guerrero
CLAIM NO: 12827197
EMPLOYER/SPONSOR: Kindred At Home DATE OF BIRTH:

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ✓ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: Darwin Guerrero DOB:

Do you have children or dependents*? Yes ✓ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| Isabella Guerrero | | | NO | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ____ No: ✓
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to The Lincoln National Life Insurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Sabrina Guerrero Date: 6/8/2022



**Lincoln/Guerrero 2598**

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

EMPLOYEE/CLAIMANT NAME: Sabrina Guerrero
CLAIM NO: 12827197
EMPLOYER/SPONSOR: Kindred At Home DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: 12th Check if earned: ☐ GED ☒ HS Diploma

Vocational Training: Cosmotology Certificate Program completed: Yes

Associates Degree: Associates Science College: number of years: 5yrs

Bachelor's Degree: BA /BS Major: BSSW Graduate School: MA ☐ MS ☒ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): Licensed Advanced Practice Social Work

Are you currently attending any classes: ☐ Y ☒ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: N/A

Primary language spoken: English Other language(s) spoken fluently: N/A

Additional Skills, Hobbies & Volunteer Work N/A

Did you serve in the Armed Forces? ☐ Y ☒ N From: N/A To: N/A

Branch of Service: N/A Specialty: N/A

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: Avalon Hospice Department: Social Services From: 9/2016 To: Present
   Job Title(s): Medical Social Worker
   Supervisory Experience ☐ Y ☒ N
   Tasks/Duties/Physical Requirements (please be specific): Drive to Patients location for visits, Documentation of visits, Assessments, Referrals, Utilization Work Tablet, Scanning Documents, Faxing, Phone Calls, Educate Patient + Families

2. Company: Amedisys Hospice Department: Social Services From: 3/2012 To: 8/2016
   Job Title(s): Medical Social Worker
   Supervisory Experience ☐ Y ☒ N
   Tasks/Duties (please be specific): Patient Assessments + Visits, Documentation of visits, Community Referrals, Family + Patient education

3. Company: Caris Healthcare Department: Social Services From: 10/2010 To: 3/2012
Job Title(s): Medical Social Worker
Supervisory Experience ☐ Y ☒ N
Tasks/Duties (please be specific): Patient Visits, Assessments & Documentation, Community Resource Referrals, family Education Bereavement Counseling, Bereavement Groups, Community Education

4. Company: Life Care Center Jefferson City Department: Social Services From: 10/2003 To: 10/2010
Job Title(s): Director of Social Services
Supervisory Experience ☒ Y ☐ N
Tasks/Duties (please be specific): Evaluate Residents for MDS assessments, documentation resident charts, Discharge Planning, Family education, Family + Resident meetings, Mental Health Referrals, + Psychosocial Assess needs

5. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

**Computer Utilization:**

Computer Training/Courses, Certifications: ______

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☒ | ☒ | Graphics Software | ☐ | ☐ |
| Internet | ☒ | ☒ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☒ | ☒ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☒ | ☒ | Project Management | ☐ | ☐ |
| Database | ☒ | ☒ | Other: ______ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☒ 3+ hours → Tablet when working

How much time is spent daily on your home computer? ☒ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☒ Yes ☐ No If yes, WPM (words per minute) ______
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: Sabrinavancor@yahoo... Work: ______

SIGNATURE: Sabrina Skinner PHONE NO: (865) 654-1795

Lincoln Financial Group®

**REIMBURSEMENT AGREEMENT**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Claimant:** Sabrina Guerrero **Date of Birth:**

**Employer:** Kindred At Home **Policy/Plan Sponsor No.:** 09-LF0132

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:** Sabrina Guerrero **DATE:** 6/27/2022

**EMPLOYEE'S PRINTED NAME:** Sabrina Guerrero

***Please retain a copy for your records or one can be provided upon request.***

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380
www.LincolnFinancial.com

# DISABILITY PAYMENT OPTIONS

Insurer: Disability and Life Claims
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

(Herein Referred to as "we" and "us")

Policy Number: 09-LF0132 Claim No. 12827197 Disability Date: February 26, 2022

Issued To: Kindred At Home Address: ______

Claimant: Sabrina Guerrero Address: ______

The policy under which you are covered provides that Disability benefits will be offset by Social Security Disability Benefits for you and your family. Lincoln Financial Group offers assistance to apply for Social Security Benefits or you can apply on your own or with your own legal representative. Once a Social Security Application is made, Lincoln Financial Group will monitor the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

We understand that the Social Security Administration has not yet made a decision concerning your benefits. Until the Social Security Administration makes a decision, your Disability benefits can be handled in one of two ways:

☒ 1. We can estimate the amount of Social Security benefits you and your spouse and family will receive and reduce your monthly policy benefit by this amount. If Social Security benefits are estimated, the monthly policy benefit will be adjusted when we receive:
   (a) proof of the amount awarded by Social Security; or,
   (b) written request is submitted to remove the estimate with the understanding an overpayment may result if Social Security Benefits are awarded, or
   (c) proof that Social Security benefits have been denied and all appeals have been exhausted.

   If your Social Security application is denied, the amount estimated will be returned to you in a lump sum within 30 days of our receipt of the final Social Security determination. If Social Security awards benefits which exceed our estimate, then we will have overpaid benefits to you and you will need to repay the overpayment.

☐ 2. We can pay you a monthly benefit with no reduction for estimated Social Security benefits until Social Security makes a decision. If Social Security does award benefits, this will result in an overpayment by us. You must supply us with a copy of the Social Security decision and repay any overpayment. In addition, if Social Security makes an award, we will reduce your future monthly policy benefits by the amount of Social Security benefits you and your spouse and family receive, according to the policy provisions.

Under either of the above approaches, if you do not repay an overpayment within 60 days of our notification or otherwise make acceptable repayment arrangements, we may offset the amount of the overpayment against any current or future benefits payable to you and take any other actions necessary to recover the overpayment. Please indicate which approach you want to use by checking box #1 or box #2 and signing this form. If you make no selection, we will use approach #2. If you have any questions, please contact us.

The The Lincoln National Life Insurance Company reserves all rights under the contract.

Sabrina Guerrero
(Insured) (Witness)

(Address) (Address)

6/27/2022
(Date) (Date)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

GLC-01767





**Lincoln/Guerrero 2603**

Form **W-4S**
Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

▶ **Give this form to the third-party payer of your sick pay.**
▶ **Go to *www.irs.gov/FormW4S* for the latest information.**

OMB No. 1545-0074
**2022**

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Sabrina M | Guerrero | |

Home address (number and street or rural route)

Claim or identification number (if any)

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) $ 1,000.00

Employee's signature ▶ Sabrina Guerrero Date ▶ 6/27/22

**Separate here and give the top part of this form to the payer. Keep the lower part for your records.**

**Worksheet** (Keep for your records. Do not send to the IRS.)

| | | | |
|---|---|---|---|
| 1 | Enter amount of adjusted gross income that you expect in 2022 | 1 | 100,000 |
| 2 | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2022 | 2 | 12,950 |
| 3 | Subtract line 2 from line 1 | 3 | 47,050 |
| 4 | Tax. Figure your tax on line 3 by using the **2022** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2021 Instructions for Form 1040 | 4 | 4,807.50 + 22% |
| 5 | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) | 5 | 0 |
| 6 | Subtract line 5 from line 4 | 6 | 4,807.50 + 22% |
| 7 | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2022 or paid or to be paid with 2022 estimated tax payments | 7 | 0 |
| 8 | Subtract line 7 from line 6 | 8 | 4,807.50 + 22% |
| 9 | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply | 9 | 6 |
| 10 | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above | 10 | 977.525 |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S is not valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the IRS.

*(continued on back)*





**Lincoln/Guerrero 2604**

PAGE 20/20 * RCVD AT 6/28/2022 4:56:03 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:6033340380 * CSID: * ANI:18655845967 * DURATION (mm-ss):08-36

06/28/2022 4:56:05 PM -0400 FAXCOM



**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2022, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) | $25,900* |
| Head of household | $19,400* |
| Single or Married filing separately | $12,950* |

* If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents*, later.

***Additional standard deduction for the elderly or blind.*** An additional standard deduction of $1,400 is allowed for a married individual (filing jointly or separately) or a qualifying widow(er) who is 65 or older or blind, $2,800 if 65 or older and blind. If both spouses are 65 or older or blind, an additional $2,800 is allowed on a joint return. If both spouses are 65 or older and blind, an additional $5,600 is allowed on a joint return. Additional standard deductions are also allowed on your separate return for your spouse who is 65 or older and/or blind if your spouse has no gross income and can't be claimed as a dependent by another taxpayer. An additional $1,750 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,500 if 65 or older and blind. See the 2022 Estimated Tax Worksheet—Line 2 Standard Deduction Worksheet in Pub. 505.

***Limited standard deduction for dependents.*** If you are a dependent of another person, your standard deduction is the greater of (a) $1,150 or (b) your earned income plus $400 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual. For exceptions, see Pub. 519, U.S. Tax Guide for Aliens.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax credit and credit for other dependents, higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See the Tax Credits table in Pub. 505 for more information.

### Line 7—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2022 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2022 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $10,275 | **$0 + 10%** | **$0** |
| 10,275 | 41,775 | **1,027.50 + 12%** | **10,275** |
| 41,775 | 89,075 | **4,807.50 + 22%** | **41,775** |
| 89,075 | 170,050 | **15,213.50 + 24%** | **89,075** |
| 170,050 | 215,950 | **34,647.50 + 32%** | **170,050** |
| 215,950 | 539,900 | **49,335.50 + 35%** | **215,950** |
| 539,900 | and greater | **162,718 + 37%** | **539,900** |

### Schedule Z—Head of household

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $14,650 | **$0 + 10%** | **$0** |
| 14,650 | 55,900 | **1,465 + 12%** | **14,650** |
| 55,900 | 89,050 | **6,415 + 22%** | **55,900** |
| 89,050 | 170,050 | **13,708 + 24%** | **89,050** |
| 170,050 | 215,950 | **33,148 + 32%** | **170,050** |
| 215,950 | 539,900 | **47,836 + 35%** | **215,950** |
| 539,900 | and greater | **161,218.50 + 37%** | **539,900** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $20,550 | **$0 + 10%** | **$0** |
| 20,550 | 83,550 | **2,055 + 12%** | **20,550** |
| 83,550 | 178,150 | **9,615 + 22%** | **83,550** |
| 178,150 | 340,100 | **30,427 + 24%** | **178,150** |
| 340,100 | 431,900 | **69,295 + 32%** | **340,100** |
| 431,900 | 647,850 | **98,671 + 35%** | **431,900** |
| 647,850 | and greater | **174,253.50 + 37%** | **647,850** |

### Schedule Y-2—Married filing separately

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $10,275 | **$0 + 10%** | **$0** |
| 10,275 | 41,775 | **1,027.50 + 12%** | **10,275** |
| 41,775 | 89,075 | **4,807.50 + 22%** | **41,775** |
| 89,075 | 170,050 | **15,213.50 + 24%** | **89,075** |
| 170,050 | 215,950 | **34,647.50 + 32%** | **170,050** |
| 215,950 | 323,925 | **49,335.50 + 35%** | **215,950** |
| 323,925 | and greater | **87,126.75 + 37%** | **323,925** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the

information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

PAGE 20 OF 20

**Lincoln/Guerrero 2605**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Sabrina Guerrero

Name of legal representative, if applicable (print) ____________ Relationship Self

Signature of claimant or legal representative Sabrina Guerrero Date: 6/8/22

Date of Birth: ____ Claim Number: 12827197

**A copy of this authorization will be considered as valid as the original.**





**Lincoln/Guerrero 2606**

# Guerrero, Sabrina

MRN: 12141403

**Pammela M Poore, NP**
Nurse Practitioner
Specialty: Nurse Practitioner

Progress Notes
Signed

Encounter Date: 6/8/2022

| | | | |
|---|---|---|---|
| Patient Name: | **Guerrero, Sabrina** | Today's Date: | **6/9/2022** |
| Preferred Name: | **Sabrina** | Date of Encounter: | **6/8/2022** |
| Patient MRN / CSN: | **12141403 / 10095696404** | Appt. Time: | **1:00 PM EDT** |
| Patient Age / DOB: | **53-year old /** | Encounter Provider: | **Pammela M Poore, NP** |
| PCP: | **Floyd E Phillips Jr, MD** | | |

Center for Post-Covid Care (CPCC)

Subjective

Sabrina Guerrero is a 53-year old who presents for Post Covid Evaluation.
Patient complains of the following Symptoms: Fatigue, Headache, Anxiety/Irritability, Depression, Shortness of breath, Brain fog, Memory loss, Poor concentration, Blood pressure problems, Joint Pain, and Muscle Weakness

I have reviewed the patient's Post-COVID Care Management Assessment completed on 5/27/22.

Date of onset of symptoms: 2/7/22
Date of last positive test:2/7/22
Were you hospitalized due to COVID: No
Were you seen by a provider for COVID as an outpatient? PCP
Have you received experimental drugs for COVID treatment?: Yes

HPI

Ms. Guerrero states that initial COVID symptoms began 2/7/22 and consisted of Dry Cough, Shortness of Breath, Runny Nose, Diarrhea, Sore Throat, and Headache. Reports that she called PCP Dr. Floyd Phillips and was prescribed Paxlovid and Tessalon Perles. States that over the next week Dry Cough worsened into a constant deep bronchial cough that made it difficult for her to even talk along with all other symptoms worsening. Reports that she decided to go to Urgent Care. Reports that Urgent Care gave her a Steroid Injection and a Antibiotic Injection and was prescribed an Inhaler, Cough Medicine, and Steroid Dose Pak that helped. States that she followed up with PCP NP within the next week or so and was prescribed another Inhaler, Steroid Dose Pak, Antibiotic and wanted to refer to Physical Therapy but patient was to weak. Reports that over the next week or so she felt like Fatigue, Weakness, and Shortness of Breath were getting worse but Cough was improving some. Followed up with PCP NP again and was prescribed another Steroid Dose Pak and was referred to Physical

Therapy. States that initially Physical Therapy was scheduled for three days a week doing 1 - 1.5 hours and it took two days to recover from it every time she went. Physical Therapy was decreased to two day a week and required a $50.00 Co-pay. Reports that she now goes 1 - 2 days a week for 1 -1.5 hours and it still takes her two days to recover every time she goes.

Ms. Guerrero reports that Post-COVID Fatigue continues without improvement. States that Fatigue has made her unable to continue working and has been on Short Term Disability since 3/5/22. Reports that she requires frequent naps that last for several hours and is only able to bathe twice a week due to Fatigue. Reports that she continues to go to Physical Therapy 1 - 2 times a week and it continues to take two days to recover.

Ms. Guerrero reports Post-COVID daily headaches that vary in intensity. Reports that she takes Tylenol for headache if it gets bad enough which relieves headache. States that prior to COVID she only experienced and occasional normal headache.

Ms. Guerrero reports that she had some Anxiety prior to COVID but Post-COVID Anxiety is much worse. States she has been taking Escitalopram 10 mg daily since 2017 which helps some but still continues to feel Anxious/Irritated/Agitated at times.

Ms. Guerrero repots that she had some Depression prior to COVID but has worsened since COVID. Reports that she has been taking Escitalopram 10 mg daily since 2017 which helps with Depression.

Ms Guerrero states Post-COVID Shortness of Breath made it difficult for her to continue working and has been on Short Term Disability since 3/5/22. States that sometimes when becoming Short of Breath she feels a little dizzy and she can feel that her heart rate increases. Reports that she cannot walk around or do chores standing up without becoming Short of Breath. Reports that she has learned to pace herself and walk slowly. States that when in Physical Therapy there are times that she gasps for air and has to stop to use Albuterol and Symbicort to recover. Reports that oxygen saturations never drop below 92 - 97% and has never had home oxygen.

Ms. Guerrero reports that Post-COVID Brain Fog, Memory Loss, and Poor Concentration continue without improvement. Reports that she forgets what she has done, can remember what she needs to do, and has difficulty staying focused. States that family and friends have brought to here attention that she constantly is asking the same questions over and over again, repeats the same things over and over again, and slurs some of her words when speaking.

Ms. Guerrero reports that since COVID her blood pressure seems to fluctuate up and down. Reports that her blood pressure fluctuates anywhere from 118/80 - 140/100 but has dropped as low as 90/80. States that she is currently taking Lotensin 20 mg daily. Patient states that she has started checking her blood pressure prior to taking Lotensin and if blood pressure is on the low side she will not take Lotensin.

Ms. Guerrero reports Chronic Joint Pain of knees, ankles, shoulders, elbows, and neck that worsened with COVID. Reports that Joint Pain comes and goes affecting different areas randomly and she takes Meloxicam and applies ice to effected area to help relieve pain. States that she has taken Meloxicam for Joint Pain since 2011. Patient reports that she has never seen a Rheumatologist for Joint Pain.

Ms. Guerrero states that since COVID she has experienced muscle pain in her Calves and Upper Arms at times. Reports that Muscle Pain feels like a burning sensation. States that sometimes she thinks her Calves may be having a muscle spasm.

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

History Assessed by Care Management - Fri May 27, 2022

| Row Name | 1542 |
|---|---|
| African-American? | No 05/27/22 1546 |
| Latinx? | No 05/27/22 1546 |
| O2 use? | No 05/27/22 1546 |
| BMI | >40 Class 3 Pt reports morbid obesity 05/27/22 1546 |
| Diabetes Mellitus | None 05/27/22 1546 |
| Prior or pre-existing cancer diagnosis? | No 05/27/22 1546 |
| Pre-existing immunocompromise? | No 05/27/22 1546 |
| Immunocompromising medication use? | No 05/27/22 1546 |
| Covid related ICU stay? | No 05/27/22 1546 |
| Covid related mechanical ventilation | No 05/27/22 1546 |
| Pre-existing heart condition? | — H/O: HTN 05/27/22 1546 |
| Pre-existing lung condition | No pt denies any known dz 05/27/22 1546 |
| Post-COVID diagnosis made clinically - no test result | No Tested + : 2/7/2022. Still out on FMLA 05/27/22 1546 |
| Have you had the COVID-19 Vaccine? | Yes Pfizer Rx 05/27/22 1546 |
| First Dose | 01/01/21 05/27/22 1546 |
| Second Dose | 01/25/21 05/27/22 1546 |
| COVID Booster | — Declined booster 05/27/22 1546 |

Symptoms Assessed by Care Management - Fri May 27, 2022

| Row Name | 1546 |
|---|---|
| Do you have a cough? | Yes ! 05/27/22 1548 |
| Is the cough dry or is there sputum? | Dry " I have the Covid cough but it has improved over past 2 weeks now" 05/27/22 1548 |
| Is cough new or pre-existing? | New 05/27/22 1548 |
| Do you have Shortness of Breath? | Yes 05/27/22 1548 |
| Is the SOB exertional and/or even at rest? | Exertional 05/27/22 1548 |
| Is the SOB new or pre-existing? | New 05/27/22 1548 |
| Do you have a fever? | No 05/27/22 1548 |
| Are you experiencing chest pain or tightness? | No 05/27/22 1548 |
| Are you having a fast heart rate (more than usual)? | No 05/27/22 1548 |
| Has the patient seen a cardiologist for the heart rate issues? | No 05/27/22 1548 |
| Have you been diagnosed with blood clots? | No 05/27/22 1548 |

| | |
|---|---|
| Do you have chronic fatigue? | **Yes** 05/27/22 1548 |
| Is the chronic fatigue new or pre-existing? | **New** " I have extreme exhaustion & fatigue now". I used to be very active & working & now I have very little energy to even get up, showered & dressed" 05/27/22 1548 |
| Are you experiencing any unusual pain? | **No** 05/27/22 1548 |
| Are you experiencing loss of taste or smell? | **No** 05/27/22 1548 |
| Are you experiencing any hair loss? | **No** 05/27/22 1548 |

Symptoms Assessed by Care Management - Fri May 27, 2022

| Row Name | 1548 |
|---|---|
| Are you experiencing headaches? | **No** 05/27/22 1551 |
| Are you having difficulty with remembering things or concentrating? | **Yes** ! 05/27/22 1551 |
| Memory, concentration or both? | **both** " This is my # 1 compliant after the fatigue. I can't remember things. My family says I ask the same ?'s over & over & I don't remember asking them. I seem unable to concentrate & I had no issues before Covid with this." 05/27/22 1551 |
| Is memory/concentration issue new or pre-existing? | **New** 05/27/22 1551 |
| Are you feeling down, depressed or hopeless? | **Yes** ! 05/27/22 1551 |
| Have you felt stressed? | **Yes** ! 05/27/22 1557 |
| How many days have you felt this way in the last two weeks? | **10** 05/27/22 1557 |
| Do you feel anxious or nervous? | **Yes** ! 05/27/22 1557 |
| Is the anxious or nervous feeling new or pre-existing? | **Pre-existing** 05/27/22 1557 |
| Is the anxious or nervous feeling better, same or worse? | **worse** " My anxiety level is really high now & I cry easily". " Just don't understand why I don't feel like myself & my PCP doesn't help" 05/27/22 1557 |
| Are you experiencing any difficulty sleeping? | **Yes** ! 05/27/22 1557 |
| Is difficulty sleeping new or pre-existing? | **New** " I just sleep all the time & am still exhausted" 05/27/22 1557 |
| Do you hear voices or sounds that no one else hears? | **No** 05/27/22 1557 |
| Have you wondered if your mind was trying to trick you or if it was not working right? | **Yes** ! " My memory & concentration seems so off" 05/27/22 1557 |
| Have you had rapid changes in mood that are unusual for you? | **No** 05/27/22 1557 |
| Do you have trouble completing daily tasks? | **Yes** ! 05/27/22 1557 |
| Are issues with daily tasks new or pre-existing? | **New** Still on FMLA for work. Still in OP/PT trying to "build up my strength" 05/27/22 1557 |
| Any other unusual symptoms? | **Yes** ! 05/27/22 1557 |

| | |
|---|---|
| List the symptoms | " Sometimes my friends & family say my speech seems slurred" 05/27/22 1557 |
| Further evaluation for Post-Covid Syndrome? | **Yes** ! 05/27/22 1557 |
| If your symptoms have resolved, did you have any of the above symptoms 30 days after your COVID diagnosis? | **Yes** ! 05/27/22 1557 |
| Approximately how long did the symptoms last? | 91 - 180 days 05/27/22 1557 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:

**Outpatient Encounter Medications as of 6/8/2022**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. | | |
| • benazepril (Lotensin) 20 MG tablet | Take 20 mg by mouth. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • Budesonide-Formoterol Fumarate (SYMBICORT IN) | Inhale into the lungs as needed. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. | | |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day | | |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other day | | |
| • escitalopram (Lexapro) 10 MG tablet | Take 10 mg by mouth. | | |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. | | |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. | | |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet | | |

| | |
|---|---|
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • topiramate (Topamax) 25 MG capsule | Take 25 mg by mouth 2 (two) times a day. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |

Last reviewed on 6/8/2022 1:26 PM by Ashley B Vaughn, RN

Medical History:
Sabrina has a past medical history of Anxiety, Bronchitis, COVID-19, Depression, Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Depression in her mother; Diabetes in her father; Heart disease in her father; Hyperlipidemia in her mother; Hypertension in her father; Pancreatic cancer in her father; Scoliosis in her mother.

Sabrina reports previous alcohol use.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports previous drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath.
Musculoskeletal: Positive for arthralgias and myalgias.
Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for agitation. The patient is nervous/anxious.

Objective

**Vitals:**

| | 06/08/22 1351 | 06/08/22 1400 | 06/08/22 1402 | 06/08/22 1404 |
|---|---|---|---|---|
| BP: | 126/89 | 126/62 | 122/81 | 122/78 |
| Pulse: | 82 | 78 | 85 | **(!) 104** |

| | |
|---|---|
| Resp: | 20 |
| Temp: | 97.8 °F (36.6 °C) |
| TempSrc: | Temporal |
| SpO2: | 100% |
| Weight: | **(!) 166.5 kg (367 lb)** |
| Height: | 5' 5" (1.651 m) |

No LMP recorded.

**Physical Exam**
Constitutional:
Appearance: Normal appearance. She is obese.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.
Abdominal:
Palpations: Abdomen is soft.
Musculoskeletal:
Left lower leg: Edema present.
Comments: **LLE 2+ pitting**
Skin:
General: Skin is warm and dry.
Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
General: No focal deficit present.
Mental Status: She is alert and oriented to person, place, and time.
Psychiatric:
Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

GAD-7 Anxiety Scale - Thu June 09, 2022

| Row Name | 1214 |
|---|---|

Over the last 2 weeks, how often have you been bothered by any of the following problems?

| | |
|---|---|
| Feeling nervous, anxious, or on edge | More than half the days 06/09/22 1215 |
| Not being able to stop or control worrying | More than half the days 06/09/22 1217 |
| Worrying too much about different things | More than half the days 06/09/22 1215 |
| Trouble relaxing | Not at all 06/09/22 1215 |
| Being so restless that it is hard to sit still | Not at all 06/09/22 1215 |
| Becoming easily annoyed or irritable | More than half the days 06/09/22 1215 |
| Feeling afraid as if something awful might happen | Several days 06/09/22 1215 |
| GAD-7 Total Score | 9 06/09/22 1217 |

If you checked off any problems on this questionnaire,

| | |
|---|---|
| How difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Somewhat difficult 06/09/22 1217 |

Assessment

Plan

**Problem List Items Addressed This Visit**

- **Post-COVID syndrome - Primary**

  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero presents to the CPCC today for initial Post-COVID evaluation with continued Post-COVID symptoms of Fatigue, Headache, Anxiety, Depression, Shortness of breath, Brain fog, Memory loss, Poor concentration, Blood pressure problems, muscle weakness(described as burning sensation), increase sleep and irritable/agitated.

  Requested PCP Dr. Floyd Phillips patient records.

  Advised patient that it can take 12 months or more to start seeing some of the symptoms related to COVID-19 subside. I provided patient with information regarding the post-COVID support group. Patient provided information related to potential enrollment in ETSU COVID-19 Research Study under Dr. Jonathan Moorman.

  I have spent greater than 70 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

Ms. Guerrero reports that Post-COVID Fatigue continues without improvement.

Patient PCP referred patient to Physical Therapy that she started on 3/21/22 and continues to go 1 - 2 times per week.

Educated patient related to the benefits of following an Anti-Inflammatory Diet and decreasing sugar intake. Patient currently taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, and Zinc. Encouraged patient to begin taking Probiotic and Omega 3's, drink plenty of water, and continue Physical Therapy. Encourage adequate rest, good sleep hygiene, and fatigue management: planning, pacing, prioritizing, and positioning.

Ordered CBC, CMP, B-12, TSH, T4, Vit D to further evaluate Fatigue.

Relevant Orders

CBC with Differential (Automated or Manual Diff as Indicated)
Comprehensive Metabolic Panel
Vitamin B12 Level
Thyroid Stimulating Hormone (TSH)
Vitamin D,1,25-Dihydroxy Level
T4 Total (Thyroxine)

- **Post-COVID chronic headache**

Ms. Guerrero reports Post-COVID daily headaches that vary in intensity. Reports that she takes Tylenol for headache if it gets bad enough and it helps. States that prior to COVID she only experienced and occasional normal headache.

Encouraged patient to drink plenty of fluids, take OTC pain reliever, rest in quiet darkened room, and apply hot/cold compresses to head and neck to help relieve headaches.

Patient states that she wants to wait to see if headaches get any better and declined Neurology Referral at this time.

Relevant Medications

meloxicam (Mobic) 15 MG tablet
escitalopram (Lexapro) 10 MG tablet
aspirin (Ecotrin) 81 MG EC tablet
topiramate (Topamax) 25 MG capsule

- **Anxiety**

Ms. Guerrero reports that Chronic Anxiety has worsened Post-COVID. States that at times she experiences increased feelings of anxiousness, irritation, and agitation. Reports that her PCP prescribed Escitalopram 10 mg daily for anxiety in 2017 and she continues taking daily which does help with Anxiety.

GAD7 Score 6/8/22: 9

Encouraged Anti-Inflammatory Diet, decrease caffeine and sugar intake, drink eight 8 oz glasses of water daily, avoidance of nicotine and alcohol, try to follow regular sleep regimen, and continue Physical Therapy.
Encouraged patient to reach out to Support Group. Provided Support Group contact information. Informed patient that these symptoms may linger for 12 months or longer.

Patient advised to contact PCP to inform of increased Anxiety/Irritation/Agitation and a possible increase of Escitalopram 10 mg to twice daily.

Will consider referral to Behavioral Health if no improvement at follow up visit.

- **Depression**

Ms. Guerrero reports history of Depression that has worsened since COVID. Reports that she has been taking Escitalopram since 2017 that helps with Depression.

PHQ9 completed 5/27/22: 8

Patient advised to contact PCP to inform of increased Anxiety/Irritation/Agitation and a possible increase of Escitalopram 10 mg to twice daily.

Will consider referral to Behavioral Health if no improvement at follow up visit.

Relevant Medications
escitalopram (Lexapro) 10 MG tablet

- **Post-COVID chronic dyspnea**

Ms. Guerrero reports continued Post-COVID Shortness of Breath that is at times accompanied by dizziness and increased heart rate. Reports that she uses Albuterol and Symbicort Inhalers when she becomes Short of Breath. Patient states that she has not had a Chest XR since diagnosed with COVID.

Ordered Chest XR, PFT's, and referred patient to Pulmonology.

Patient requested to bereferred to Dr. Bakshi Pulmonologist in Greenville, TN. - informed Mae in front office.

Relevant Orders
Spirometry with Bronchodilator
XR Chest 2 View
Ambulatory referral to Pulmonology

- **Brain fog**

Ms. Guerrero reports that Post-COVID Brain Fog continues without improvement.

Educated patient related to benefits of Anti-Inflammatory Diet, drink eight 8 oz glasses of water a day, and continue Physical Therapy. Patient currently taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, and Zinc. Encouraged patient to begin taking Probiotic and Omega 3's. Practice breathing exercises, try to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Will consider Nufola at follow up visit if no improvement.

- **Memory loss**

Ms. Guerrero reports that Post-COVID Memory Loss, continue without improvement.

Encouraged patient to eat a healthy Anti-Inflammatory Diet, practice good sleep regimen, read, do puzzles, and play word games to keep brain active.

Will continue to monitor.

- **Poor concentration**

Ms. Guerrero reports that Post-COVID Poor Concentration continues without improvement.

Encouraged patient to eat a healthy Anti-Inflammatory Diet, practice good sleep regimen, read, do puzzles, and play word games to keep brain active.

Will continue to monitor.

- **Transient hypotension**

Ms. Guerrero reports blood pressure fluctuates up and down since COVID. Reports that she is currently taking Lotensin 20 mg daily to high blood pressure but since COVID there are times that her blood pressure drops down. States that she now checks her blood pressure before taking Lotensin to keep her blood pressure from dropping to low.

Encouraged Patient to inform PCP of blood pressure fluctuations and that some days she is not taking Lotensin. Encouraged to drink plenty of fluid, continue to check her blood pressure prior to taking Lotensin, and randomly check blood pressure throughout the day.

- **Post-COVID chronic joint pain**

Ms. Guerrero reports Chronic Joint Pain that comes and goes randomly in different joints: knees, ankles, shoulders, elbows, and neck. Reports that Joint Pain worsened with COVID.

Patient currently taking Meloxicam and applying ice to effected joint.

Encouraged patient to continue taking Meloxicam and to try alternating cold/heat to affected areas to help with pain.

Ordered Labs: ANA, CRP, RF, Sed Rate, and HLA-B27 to further evaluate Joint Pain.

Relevant Orders
- C-Reactive Protein
- Rheumatoid Factor
- Sedimentation Rate
- HLA-B27 Allele
- Anti-Nuclear Antibody with Reflex Titer if Indicated

- **Post-COVID chronic muscle pain**

Ms. Guerrero reports that she experiences muscle pain in her Calves and Upper Arms at times. States Muscle Pain feels like a burning sensation. Reports that there are times when she thinks her Calves may be having a muscle spasm.

Encouraged patient to alternate applying ice/heat to reduce inflammation and improve blood flow to affected area and to take a warm bath using Epsom Salt to help relieve muscle pain. Educated patient to stretch and gently message the area to help relieve muscle spasm.

Ordered Lab: CMP and CK to further evaluate Muscle Pain.

Relevant Orders
- CK, Total

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred*

Return in about 6 weeks (around 7/20/2022).

Post Covid Provider Evaluation on 6/8/2022

## Additional Documentation

Vitals: BP 122/78 Pulse 104 ! (Abnormal) Temp 97.8 °F (36.6 °C) (Temporal) Resp 20
Ht 5' 5" (1.651 m) Wt 166.5 kg (367 lb) ! (Abnormal) SpO2 100% BMI 61.07 kg/m²
BSA 2.76 m² More Vitals

| | |
|---|---|
| Flowsheets: | Risk Assessment, COVID-19 Vaccination Screening, Amb Complex Vitals Nav, Anthropometrics, GAD-7 Anxiety Scale |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

Labs
Anti-Nuclear Antibody with Reflex Titer if Indicated
C-Reactive Protein
CBC with Differential (Automated or Manual Diff as Indicated)
CK, Total
Comprehensive Metabolic Panel
HLA-B27 Allele
Rheumatoid Factor
Sedimentation Rate
T4 Total (Thyroxine)
Thyroid Stimulating Hormone (TSH)
Vitamin B12 Level
Vitamin D,1,25-Dihydroxy Level

Imaging
XR Chest 2 View

Other Orders
Ambulatory referral to Pulmonology Pending Review
Spirometry with Bronchodilator

## Other Orders Performed

Ambulatory Referral to CPCC Provider Eval Closed

## Medication Changes

As of 6/8/2022 1:26 PM

None

## Medication List at End of Visit

As of 6/8/2022 1:26 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **ALBUTEROL IN**<br>Inhale 90 mcg into the lungs. - Inhalation<br>Patient-reported medication | | 2/15/2022 | |
| **Ascorbic Acid (vitamin C) 1000 MG tablet**<br>Take 1,000 mg by mouth daily. - Oral<br>Patient-reported medication | | | |

| | Refills | Start Date | End Date |
|---|---|---|---|
| **aspirin (Ecotrin) 81 MG EC tablet**<br>Take 81 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **benazepril (Lotensin) 20 MG tablet**<br>Take 20 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **benzonatate (Tessalon) 100 MG capsule**<br>Take 100 mg by mouth 3 (three) times a day as needed for cough. - Oral<br>Patient-reported medication | | | |
| **Budesonide-Formoterol Fumarate (SYMBICORT IN)**<br>Inhale into the lungs as needed. - Inhalation<br>Patient-reported medication | | | |
| **calcitriol (Rocaltrol) 0.5 MCG capsule**<br>Take 0.5 mcg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **CALCIUM CITRATE PO**<br>Take by mouth. - Oral<br>Patient-reported medication | | | |
| **cetirizine (ZyrTEC) 10 MG tablet**<br>Take 10 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab**<br>Place under the tongue. Every other day - Sublingual<br>Patient-reported medication | | | |
| **ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule**<br>Every other day<br>Patient-reported medication | | | |
| **escitalopram (Lexapro) 10 MG tablet**<br>Take 10 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **Hyoscyamine Sulfate (HYOSCYAMINE PO)**<br>Take 4 mg by mouth. - Oral<br>Patient-reported medication | | | |
| **Magnesium Oxide (MAG-OX PO)**<br>Take 400 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **meloxicam (Mobic) 15 MG tablet**<br>meloxicam 15 mg tablet<br>Patient-reported medication | | 2/15/2022 | |
| **minocycline (Minocin) 100 MG capsule**<br>2 (two) times a day.<br>Patient-reported medication | | | |
| **Multiple Vitamins-Minerals (ZINC PO)**<br>Take 100 mg by mouth daily. - Oral<br>Patient-reported medication | | | |

| | Refills | Start Date | End Date |
|---|---|---|---|
| **ondansetron (Zofran) 4 MG tablet**<br>Take 4 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **Semaglutide (OZEMPIC, 1 MG/DOSE, SC)**<br>Inject under the skin. - Subcutaneous<br>Patient-reported medication | | 2/15/2022 | |
| **topiramate (Topamax) 25 MG capsule**<br>Take 25 mg by mouth 2 (two) times a day. - Oral<br>Patient-reported medication | | | |
| **UNABLE TO FIND**<br>Bari life complete 3 in morning, 3 in evening<br>Patient-reported medication | | | |
| **VITAMIN A PO**<br>Take by mouth daily. 30,000 mcg - Oral<br>Patient-reported medication | | | |

## Visit Diagnoses

Primary: **Post-COVID syndrome** U09.9
Post-COVID chronic fatigue R53.82, U09.9
Post-COVID chronic headache R51.9, U09.9, G89.29
Anxiety F41.9
Other depression F32.89
Post-COVID chronic dyspnea R06.09, U09.9
Brain fog R41.89
Memory loss R41.3
Poor concentration R41.840
Transient hypotension I95.9
Post-COVID chronic joint pain M25.50, U09.9, G89.29
Post-COVID chronic muscle pain M79.10, U09.9, G89.29

# Guerrero, Sabrina

MRN: 12141403

**Pammela M Poore, NP**
Nurse Practitioner
Specialty: Nurse Practitioner

Progress Notes
Signed

Encounter Date: 6/8/2022

| | | | |
|---|---|---|---|
| Patient Name: | **Guerrero, Sabrina** | Today's Date: | **6/9/2022** |
| Preferred Name: | **Sabrina** | Date of Encounter: | **6/8/2022** |
| Patient MRN / CSN: | **12141403 / 10095696404** | Appt. Time: | **1:00 PM EDT** |
| Patient Age / DOB: | **53-year old /** | Encounter Provider: | **Pammela M Poore, NP** |
| PCP: | **Floyd E Phillips Jr, MD** | | |

Center for Post-Covid Care (CPCC)

Subjective

Sabrina Guerrero is a 53-year old who presents for Post Covid Evaluation.
Patient complains of the following Symptoms: Fatigue, Headache, Anxiety/Irritability, Depression, Shortness of breath, Brain fog, Memory loss, Poor concentration, Blood pressure problems, Joint Pain, and Muscle Weakness

I have reviewed the patient's Post-COVID Care Management Assessment completed on 5/27/22.

Date of onset of symptoms: 2/7/22
Date of last positive test:2/7/22
Were you hospitalized due to COVID: No
Were you seen by a provider for COVID as an outpatient? PCP
Have you received experimental drugs for COVID treatment?: Yes

HPI

Ms. Guerrero states that initial COVID symptoms began 2/7/22 and consisted of Dry Cough, Shortness of Breath, Runny Nose, Diarrhea, Sore Throat, and Headache. Reports that she called PCP Dr. Floyd Phillips and was prescribed Paxlovid and Tessalon Perles. States that over the next week Dry Cough worsened into a constant deep bronchial cough that made it difficult for her to even talk along with all other symptoms worsening. Reports that she decided to go to Urgent Care. Reports that Urgent Care gave her a Steroid Injection and a Antibiotic Injection and was prescribed an Inhaler, Cough Medicine, and Steroid Dose Pak that helped. States that she followed up with PCP NP within the next week or so and was prescribed another Inhaler, Steroid Dose Pak, Antibiotic and wanted to refer to Physical Therapy but patient was to weak. Reports that over the next week or so she felt like Fatigue, Weakness, and Shortness of Breath were getting worse but Cough was improving some. Followed up with PCP NP again and was prescribed another Steroid Dose Pak and was referred to Physical

Therapy. States that initially Physical Therapy was scheduled for three days a week doing 1 - 1.5 hours and it took two days to recover from it every time she went. Physical Therapy was decreased to two day a week and required a $50.00 Co-pay. Reports that she now goes 1 - 2 days a week for 1 -1.5 hours and it still takes her two days to recover every time she goes.

Ms. Guerrero reports that Post-COVID Fatigue continues without improvement. States that Fatigue has made her unable to continue working and has been on Short Term Disability since 3/5/22. Reports that she requires frequent naps that last for several hours and is only able to bathe twice a week due to Fatigue. Reports that she continues to go to Physical Therapy 1 - 2 times a week and it continues to take two days to recover.

Ms. Guerrero reports Post-COVID daily headaches that vary in intensity. Reports that she takes Tylenol for headache if it gets bad enough which relieves headache. States that prior to COVID she only experienced and occasional normal headache.

Ms. Guerrero reports that she had some Anxiety prior to COVID but Post-COVID Anxiety is much worse. States she has been taking Escitalopram 10 mg daily since 2017 which helps some but still continues to feel Anxious/Irritated/Agitated at times.

Ms. Guerrero repots that she had some Depression prior to COVID but has worsened since COVID. Reports that she has been taking Escitalopram 10 mg daily since 2017 which helps with Depression.

Ms Guerrero states Post-COVID Shortness of Breath made it difficult for her to continue working and has been on Short Term Disability since 3/5/22. States that sometimes when becoming Short of Breath she feels a little dizzy and she can feel that her heart rate increases. Reports that she cannot walk around or do chores standing up without becoming Short of Breath. Reports that she has learned to pace herself and walk slowly. States that when in Physical Therapy there are times that she gasps for air and has to stop to use Albuterol and Symbicort to recover. Reports that oxygen saturations never drop below 92 - 97% and has never had home oxygen.

Ms. Guerrero reports that Post-COVID Brain Fog, Memory Loss, and Poor Concentration continue without improvement. Reports that she forgets what she has done, can remember what she needs to do, and has difficulty staying focused. States that family and friends have brought to here attention that she constantly is asking the same questions over and over again, repeats the same things over and over again, and slurs some of her words when speaking.

Ms. Guerrero reports that since COVID her blood pressure seems to fluctuate up and down. Reports that her blood pressure fluctuates anywhere from 118/80 - 140/100 but has dropped as low as 90/80. States that she is currently taking Lotensin 20 mg daily. Patient states that she has started checking her blood pressure prior to taking Lotensin and if blood pressure is on the low side she will not take Lotensin.

Ms. Guerrero reports Chronic Joint Pain of knees, ankles, shoulders, elbows, and neck that worsened with COVID. Reports that Joint Pain comes and goes affecting different areas randomly and she takes Meloxicam and applies ice to effected area to help relieve pain. States that she has taken Meloxicam for Joint Pain since 2011. Patient reports that she has never seen a Rheumatologist for Joint Pain.

Ms. Guerrero states that since COVID she has experienced muscle pain in her Calves and Upper Arms at times. Reports that Muscle Pain feels like a burning sensation. States that sometimes she thinks her Calves may be having a muscle spasm.

**Covid Vaccine on file:**

| Name | Date |
|---|---|
| **COVID 19 MRNA VACC (Pfizer)** | 1/25/2021 |
| **COVID 19 MRNA VACC (Pfizer)** | 1/2/2021 |

History Assessed by Care Management - Fri May 27, 2022

| Row Name | 1542 |
|---|---|
| African-American? | No 05/27/22 1546 |
| Latinx? | No 05/27/22 1546 |
| O2 use? | No 05/27/22 1546 |
| BMI | >40 Class 3 Pt reports morbid obesity 05/27/22 1546 |
| Diabetes Mellitus | None 05/27/22 1546 |
| Prior or pre-existing cancer diagnosis? | No 05/27/22 1546 |
| Pre-existing immunocompromise? | No 05/27/22 1546 |
| Immunocompromising medication use? | No 05/27/22 1546 |
| Covid related ICU stay? | No 05/27/22 1546 |
| Covid related mechanical ventilation | No 05/27/22 1546 |
| Pre-existing heart condition? | — H/O: HTN 05/27/22 1546 |
| Pre-existing lung condition | No pt denies any known dz 05/27/22 1546 |
| Post-COVID diagnosis made clinically - no test result | No Tested + : 2/7/2022. Still out on FMLA 05/27/22 1546 |
| Have you had the COVID-19 Vaccine? | Yes Pfizer Rx 05/27/22 1546 |
| First Dose | 01/01/21 05/27/22 1546 |
| Second Dose | 01/25/21 05/27/22 1546 |
| COVID Booster | — Declined booster 05/27/22 1546 |

Symptoms Assessed by Care Management - Fri May 27, 2022

| Row Name | 1546 |
|---|---|
| Do you have a cough? | Yes ! 05/27/22 1548 |
| Is the cough dry or is there sputum? | Dry " I have the Covid cough but it has improved over past 2 weeks now" 05/27/22 1548 |
| Is cough new or pre-existing? | New 05/27/22 1548 |
| Do you have Shortness of Breath? | Yes 05/27/22 1548 |
| Is the SOB exertional and/or even at rest? | Exertional 05/27/22 1548 |
| Is the SOB new or pre-existing? | New 05/27/22 1548 |
| Do you have a fever? | No 05/27/22 1548 |
| Are you experiencing chest pain or tightness? | No 05/27/22 1548 |
| Are you having a fast heart rate (more than usual)? | No 05/27/22 1548 |
| Has the patient seen a cardiologist for the heart rate issues? | No 05/27/22 1548 |
| Have you been diagnosed with blood clots? | No 05/27/22 1548 |

| | |
|---|---|
| Do you have chronic fatigue? | **Yes** 05/27/22 1548 |
| Is the chronic fatigue new or pre-existing? | **New** " I have extreme exhaustion & fatigue now". I used to be very active & working & now I have very little energy to even get up, showered & dressed" 05/27/22 1548 |
| Are you experiencing any unusual pain? | **No** 05/27/22 1548 |
| Are you experiencing loss of taste or smell? | **No** 05/27/22 1548 |
| Are you experiencing any hair loss? | **No** 05/27/22 1548 |

Symptoms Assessed by Care Management - Fri May 27, 2022

| Row Name | 1548 |
|---|---|
| Are you experiencing headaches? | **No** 05/27/22 1551 |
| Are you having difficulty with remembering things or concentrating? | **Yes** ! 05/27/22 1551 |
| Memory, concentration or both? | **both** " This is my # 1 compliant after the fatigue. I can't remember things. My family says I ask the same ?'s over & over & I don't remember asking them. I seem unable to concentrate & I had no issues before Covid with this." 05/27/22 1551 |
| Is memory/concentration issue new or pre-existing? | **New** 05/27/22 1551 |
| Are you feeling down, depressed or hopeless? | **Yes** ! 05/27/22 1551 |
| Have you felt stressed? | **Yes** ! 05/27/22 1557 |
| How many days have you felt this way in the last two weeks? | **10** 05/27/22 1557 |
| Do you feel anxious or nervous? | **Yes** ! 05/27/22 1557 |
| Is the anxious or nervous feeling new or pre-existing? | **Pre-existing** 05/27/22 1557 |
| Is the anxious or nervous feeling better, same or worse? | **worse** " My anxiety level is really high now & I cry easily". " Just don't understand why I don't feel like myself & my PCP doesn't help" 05/27/22 1557 |
| Are you experiencing any difficulty sleeping? | **Yes** ! 05/27/22 1557 |
| Is difficulty sleeping new or pre-existing? | **New** " I just sleep all the time & am still exhausted" 05/27/22 1557 |
| Do you hear voices or sounds that no one else hears? | **No** 05/27/22 1557 |
| Have you wondered if your mind was trying to trick you or if it was not working right? | **Yes** ! " My memory & concentration seems so off" 05/27/22 1557 |
| Have you had rapid changes in mood that are unusual for you? | **No** 05/27/22 1557 |
| Do you have trouble completing daily tasks? | **Yes** ! 05/27/22 1557 |
| Are issues with daily tasks new or pre-existing? | **New** Still on FMLA for work. Still in OP/PT trying to "build up my strength" 05/27/22 1557 |
| Any other unusual symptoms? | **Yes** ! 05/27/22 1557 |

| | |
|---|---|
| List the symptoms | " Sometimes my friends & family say my speech seems slurred" 05/27/22 1557 |
| Further evaluation for Post-Covid Syndrome? | **Yes** ! 05/27/22 1557 |
| If your symptoms have resolved, did you have any of the above symptoms 30 days after your COVID diagnosis? | **Yes** ! 05/27/22 1557 |
| Approximately how long did the symptoms last? | 91 - 180 days 05/27/22 1557 |

Allergies:
Sabrina is allergic to sulfadiazine.

Medications:
**Outpatient Encounter Medications as of 6/8/2022**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ALBUTEROL IN | Inhale 90 mcg into the lungs. | | |
| • Ascorbic Acid (vitamin C) 1000 MG tablet | Take 1,000 mg by mouth daily. | | |
| • aspirin (Ecotrin) 81 MG EC tablet | Take 81 mg by mouth. | | |
| • benazepril (Lotensin) 20 MG tablet | Take 20 mg by mouth. | | |
| • benzonatate (Tessalon) 100 MG capsule | Take 100 mg by mouth 3 (three) times a day as needed for cough. | | |
| • Budesonide-Formoterol Fumarate (SYMBICORT IN) | Inhale into the lungs as needed. | | |
| • calcitriol (Rocaltrol) 0.5 MCG capsule | Take 0.5 mcg by mouth. | | |
| • CALCIUM CITRATE PO | Take by mouth. | | |
| • cetirizine (ZyrTEC) 10 MG tablet | Take 10 mg by mouth. | | |
| • Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab | Place under the tongue. Every other day | | |
| • ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule | Every other day | | |
| • escitalopram (Lexapro) 10 MG tablet | Take 10 mg by mouth. | | |
| • Hyoscyamine Sulfate (HYOSCYAMINE PO) | Take 4 mg by mouth. | | |
| • Magnesium Oxide (MAG-OX PO) | Take 400 mg by mouth daily. | | |
| • meloxicam (Mobic) 15 MG tablet | meloxicam 15 mg tablet | | |

| | |
|---|---|
| • minocycline (Minocin) 100 MG capsule | 2 (two) times a day. |
| • Multiple Vitamins-Minerals (ZINC PO) | Take 100 mg by mouth daily. |
| • ondansetron (Zofran) 4 MG tablet | Take 4 mg by mouth. |
| • Semaglutide (OZEMPIC, 1 MG/DOSE, SC) | Inject under the skin. |
| • topiramate (Topamax) 25 MG capsule | Take 25 mg by mouth 2 (two) times a day. |
| • UNABLE TO FIND | Bari life complete 3 in morning, 3 in evening |
| • VITAMIN A PO | Take by mouth daily. 30,000 mcg |

Last reviewed on 6/8/2022 1:26 PM by Ashley B Vaughn, RN

Medical History:
Sabrina has a past medical history of Anxiety, Bronchitis, COVID-19, Depression, Epstein Barr infection, Hypertensive disorder, Iron deficiency, Malignant neoplasm (HCC), OSA on CPAP, and Parathyroid disorder (HCC).
This patient has a past surgical history that includes Roux-en-y procedure (2001); bone spur removal; Cholecystectomy; Hernia repair; Knee surgery; Colonoscopy; and Excision basal cell carcinoma.
Patient's family history includes Anxiety disorder in her mother; Depression in her mother; Diabetes in her father; Heart disease in her father; Hyperlipidemia in her mother; Hypertension in her father; Pancreatic cancer in her father; Scoliosis in her mother.

Sabrina reports previous alcohol use.
Patient reports that she has quit smoking. She has never used smokeless tobacco.
This patient reports previous drug use.

Review of Systems
Constitutional: Positive for fatigue.
Respiratory: Positive for shortness of breath.
Musculoskeletal: Positive for arthralgias and myalgias.
Neurological: Positive for headaches.
Psychiatric/Behavioral: Positive for agitation. The patient is nervous/anxious.

Objective

**Vitals:**

| | 06/08/22 1351 | 06/08/22 1400 | 06/08/22 1402 | 06/08/22 1404 |
|---|---|---|---|---|
| BP: | 126/89 | 126/62 | 122/81 | 122/78 |
| Pulse: | 82 | 78 | 85 | **(!) 104** |

| | |
|---|---|
| Resp: | 20 |
| Temp: | 97.8 °F (36.6 °C) |
| TempSrc: | Temporal |
| SpO2: | 100% |
| Weight: | **(!) 166.5 kg (367 lb)** |
| Height: | 5' 5" (1.651 m) |

No LMP recorded.

**Physical Exam**
Constitutional:
Appearance: Normal appearance. She is obese.
HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Heart sounds: Normal heart sounds.
Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.
Abdominal:
Palpations: Abdomen is soft.
Musculoskeletal:
Left lower leg: Edema present.
Comments: **LLE 2+ pitting**
Skin:
General: Skin is warm and dry.
Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
General: No focal deficit present.
Mental Status: She is alert and oriented to person, place, and time.
Psychiatric:
Attention and Perception: Attention normal.
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

GAD-7 Anxiety Scale - Thu June 09, 2022

| Row Name | 1214 |
|---|---|

Over the last 2 weeks, how often have you been bothered by any of the following problems?

| | |
|---|---|
| Feeling nervous, anxious, or on edge | More than half the days 06/09/22 1215 |
| Not being able to stop or control worrying | More than half the days 06/09/22 1217 |
| Worrying too much about different things | More than half the days 06/09/22 1215 |
| Trouble relaxing | Not at all 06/09/22 1215 |
| Being so restless that it is hard to sit still | Not at all 06/09/22 1215 |
| Becoming easily annoyed or irritable | More than half the days 06/09/22 1215 |
| Feeling afraid as if something awful might happen | Several days 06/09/22 1215 |
| GAD-7 Total Score | 9 06/09/22 1217 |

If you checked off any problems on this questionnaire,

| | |
|---|---|
| How difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Somewhat difficult 06/09/22 1217 |

Assessment

Plan

**Problem List Items Addressed This Visit**

- **Post-COVID syndrome - Primary**

  This patient has been seen within the Center for Post-COVID Care, focusing on Post-COVID syndrome, a specialty service of Ballad Health.

  Date of onset of symptoms: 2/7/22
  Date of last positive test:2/7/22
  Were you hospitalized due to COVID: No
  Were you seen by a provider for COVID as an outpatient? PCP
  Have you received experimental drugs for COVID treatment?: Yes

  Ms. Guerrero presents to the CPCC today for initial Post-COVID evaluation with continued Post-COVID symptoms of Fatigue, Headache, Anxiety, Depression, Shortness of breath, Brain fog, Memory loss, Poor concentration, Blood pressure problems, muscle weakness(described as burning sensation), increase sleep and irritable/agitated.

  Requested PCP Dr. Floyd Phillips patient records.

  Advised patient that it can take 12 months or more to start seeing some of the symptoms related to COVID-19 subside. I provided patient with information regarding the post-COVID support group. Patient provided information related to potential enrollment in ETSU COVID-19 Research Study under Dr. Jonathan Moorman.

  I have spent greater than 70 minutes with patient today of which 50% or greater has been spent counseling and coordinating care.

- **Post-COVID chronic fatigue**

Ms. Guerrero reports that Post-COVID Fatigue continues without improvement.

Patient PCP referred patient to Physical Therapy that she started on 3/21/22 and continues to go 1 - 2 times per week.

Educated patient related to the benefits of following an Anti-Inflammatory Diet and decreasing sugar intake. Patient currently taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, and Zinc. Encouraged patient to begin taking Probiotic and Omega 3's, drink plenty of water, and continue Physical Therapy. Encourage adequate rest, good sleep hygiene, and fatigue management: planning, pacing, prioritizing, and positioning.

Ordered CBC, CMP, B-12, TSH, T4, Vit D to further evaluate Fatigue.

Relevant Orders

CBC with Differential (Automated or Manual Diff as Indicated)
Comprehensive Metabolic Panel
Vitamin B12 Level
Thyroid Stimulating Hormone (TSH)
Vitamin D,1,25-Dihydroxy Level
T4 Total (Thyroxine)

- **Post-COVID chronic headache**

Ms. Guerrero reports Post-COVID daily headaches that vary in intensity. Reports that she takes Tylenol for headache if it gets bad enough and it helps. States that prior to COVID she only experienced and occasional normal headache.

Encouraged patient to drink plenty of fluids, take OTC pain reliever, rest in quiet darkened room, and apply hot/cold compresses to head and neck to help relieve headaches.

Patient states that she wants to wait to see if headaches get any better and declined Neurology Referral at this time.

Relevant Medications

meloxicam (Mobic) 15 MG tablet
escitalopram (Lexapro) 10 MG tablet
aspirin (Ecotrin) 81 MG EC tablet
topiramate (Topamax) 25 MG capsule

- **Anxiety**

Ms. Guerrero reports that Chronic Anxiety has worsened Post-COVID. States that at times she experiences increased feelings of anxiousness, irritation, and agitation. Reports that her PCP prescribed Escitalopram 10 mg daily for anxiety in 2017 and she continues taking daily which does help with Anxiety.

GAD7 Score 6/8/22: 9

Encouraged Anti-Inflammatory Diet, decrease caffeine and sugar intake, drink eight 8 oz glasses of water daily, avoidance of nicotine and alcohol, try to follow regular sleep regimen, and continue Physical Therapy.
Encouraged patient to reach out to Support Group. Provided Support Group contact information. Informed patient that these symptoms may linger for 12 months or longer.

Patient advised to contact PCP to inform of increased Anxiety/Irritation/Agitation and a possible increase of Escitalopram 10 mg to twice daily.

Will consider referral to Behavioral Health if no improvement at follow up visit.

- **Depression**

Ms. Guerrero reports history of Depression that has worsened since COVID. Reports that she has been taking Escitalopram since 2017 that helps with Depression.

PHQ9 completed 5/27/22: 8

Patient advised to contact PCP to inform of increased Anxiety/Irritation/Agitation and a possible increase of Escitalopram 10 mg to twice daily.

Will consider referral to Behavioral Health if no improvement at follow up visit.

Relevant Medications
escitalopram (Lexapro) 10 MG tablet

- **Post-COVID chronic dyspnea**

Ms. Guerrero reports continued Post-COVID Shortness of Breath that is at times accompanied by dizziness and increased heart rate. Reports that she uses Albuterol and Symbicort Inhalers when she becomes Short of Breath. Patient states that she has not had a Chest XR since diagnosed with COVID.

Ordered Chest XR, PFT's, and referred patient to Pulmonology.

Patient requested to bereferred to Dr. Bakshi Pulmonologist in Greenville, TN. - informed Mae in front office.

Relevant Orders
Spirometry with Bronchodilator
XR Chest 2 View
Ambulatory referral to Pulmonology

- **Brain fog**

Ms. Guerrero reports that Post-COVID Brain Fog continues without improvement.

Educated patient related to benefits of Anti-Inflammatory Diet, drink eight 8 oz glasses of water a day, and continue Physical Therapy. Patient currently taking Calcium, Vitamin C, Vitamin A, B-12, Multivitamin, Magnesium, and Zinc. Encouraged patient to begin taking Probiotic and Omega 3's. Practice breathing exercises, try to follow good sleep regimen, read, do puzzles, and word searches to keep brain active.

Will consider Nufola at follow up visit if no improvement.

- **Memory loss**

  Ms. Guerrero reports that Post-COVID Memory Loss, continue without improvement.

  Encouraged patient to eat a healthy Anti-Inflammatory Diet, practice good sleep regimen, read, do puzzles, and play word games to keep brain active.

  Will continue to monitor.

- **Poor concentration**

  Ms. Guerrero reports that Post-COVID Poor Concentration continues without improvement.

  Encouraged patient to eat a healthy Anti-Inflammatory Diet, practice good sleep regimen, read, do puzzles, and play word games to keep brain active.

  Will continue to monitor.

- **Transient hypotension**

  Ms. Guerrero reports blood pressure fluctuates up and down since COVID. Reports that she is currently taking Lotensin 20 mg daily to high blood pressure but since COVID there are times that her blood pressure drops down. States that she now checks her blood pressure before taking Lotensin to keep her blood pressure from dropping to low.

  Encouraged Patient to inform PCP of blood pressure fluctuations and that some days she is not taking Lotensin. Encouraged to drink plenty of fluid, continue to check her blood pressure prior to taking Lotensin, and randomly check blood pressure throughout the day.

- **Post-COVID chronic joint pain**

Ms. Guerrero reports Chronic Joint Pain that comes and goes randomly in different joints: knees, ankles, shoulders, elbows, and neck. Reports that Joint Pain worsened with COVID.

Patient currently taking Meloxicam and applying ice to effected joint.

Encouraged patient to continue taking Meloxicam and to try alternating cold/heat to affected areas to help with pain.

Ordered Labs: ANA, CRP, RF, Sed Rate, and HLA-B27 to further evaluate Joint Pain.

Relevant Orders
- C-Reactive Protein
- Rheumatoid Factor
- Sedimentation Rate
- HLA-B27 Allele
- Anti-Nuclear Antibody with Reflex Titer if Indicated

- **Post-COVID chronic muscle pain**

Ms. Guerrero reports that she experiences muscle pain in her Calves and Upper Arms at times. States Muscle Pain feels like a burning sensation. Reports that there are times when she thinks her Calves may be having a muscle spasm.

Encouraged patient to alternate applying ice/heat to reduce inflammation and improve blood flow to affected area and to take a warm bath using Epsom Salt to help relieve muscle pain. Educated patient to stretch and gently message the area to help relieve muscle spasm.

Ordered Lab: CMP and CK to further evaluate Muscle Pain.

Relevant Orders
- CK, Total

*Portions of this chart may have been created with Fluency M-Modal voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software, and may have been missed even after my proofreading. Please read the chart carefully and recognize, using context, where these substitutions have occurred*

Return in about 6 weeks (around 7/20/2022).

Post Covid Provider Evaluation on 6/8/2022

## Additional Documentation

Vitals: BP 122/78 Pulse 104 ! (Abnormal) Temp 97.8 °F (36.6 °C) (Temporal) Resp 20
Ht 5' 5" (1.651 m) Wt 166.5 kg (367 lb) ! (Abnormal) SpO2 100% BMI 61.07 kg/m²
BSA 2.76 m² More Vitals

| | |
|---|---|
| Flowsheets: | Risk Assessment, COVID-19 Vaccination Screening, Amb Complex Vitals Nav, Anthropometrics, GAD-7 Anxiety Scale |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

Labs
Anti-Nuclear Antibody with Reflex Titer if Indicated
C-Reactive Protein
CBC with Differential (Automated or Manual Diff as Indicated)
CK, Total
Comprehensive Metabolic Panel
HLA-B27 Allele
Rheumatoid Factor
Sedimentation Rate
T4 Total (Thyroxine)
Thyroid Stimulating Hormone (TSH)
Vitamin B12 Level
Vitamin D,1,25-Dihydroxy Level

Imaging
XR Chest 2 View

Other Orders
Ambulatory referral to Pulmonology Pending Review
Spirometry with Bronchodilator

## Other Orders Performed

Ambulatory Referral to CPCC Provider Eval Closed

## Medication Changes

As of 6/8/2022 1:26 PM

None

## Medication List at End of Visit

As of 6/8/2022 1:26 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **ALBUTEROL IN**<br>Inhale 90 mcg into the lungs. - Inhalation<br>Patient-reported medication | | 2/15/2022 | |
| **Ascorbic Acid (vitamin C) 1000 MG tablet**<br>Take 1,000 mg by mouth daily. - Oral<br>Patient-reported medication | | | |

| | Refills | Start Date | End Date |
|---|---|---|---|
| **aspirin (Ecotrin) 81 MG EC tablet**<br>Take 81 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **benazepril (Lotensin) 20 MG tablet**<br>Take 20 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **benzonatate (Tessalon) 100 MG capsule**<br>Take 100 mg by mouth 3 (three) times a day as needed for cough. - Oral<br>Patient-reported medication | | | |
| **Budesonide-Formoterol Fumarate (SYMBICORT IN)**<br>Inhale into the lungs as needed. - Inhalation<br>Patient-reported medication | | | |
| **calcitriol (Rocaltrol) 0.5 MCG capsule**<br>Take 0.5 mcg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **CALCIUM CITRATE PO**<br>Take by mouth. - Oral<br>Patient-reported medication | | | |
| **cetirizine (ZyrTEC) 10 MG tablet**<br>Take 10 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **Cyanocobalamin (Vitamin B-12) 1000 MCG SL Tab**<br>Place under the tongue. Every other day - Sublingual<br>Patient-reported medication | | | |
| **ergocalciferol (Vitamin D2) 1.25 MG (50000 UT) capsule**<br>Every other day<br>Patient-reported medication | | | |
| **escitalopram (Lexapro) 10 MG tablet**<br>Take 10 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **Hyoscyamine Sulfate (HYOSCYAMINE PO)**<br>Take 4 mg by mouth. - Oral<br>Patient-reported medication | | | |
| **Magnesium Oxide (MAG-OX PO)**<br>Take 400 mg by mouth daily. - Oral<br>Patient-reported medication | | | |
| **meloxicam (Mobic) 15 MG tablet**<br>meloxicam 15 mg tablet<br>Patient-reported medication | | 2/15/2022 | |
| **minocycline (Minocin) 100 MG capsule**<br>2 (two) times a day.<br>Patient-reported medication | | | |
| **Multiple Vitamins-Minerals (ZINC PO)**<br>Take 100 mg by mouth daily. - Oral<br>Patient-reported medication | | | |

| | Refills | Start Date | End Date |
|---|---|---|---|
| **ondansetron (Zofran) 4 MG tablet**<br>Take 4 mg by mouth. - Oral<br>Patient-reported medication | | 2/15/2022 | |
| **Semaglutide (OZEMPIC, 1 MG/DOSE, SC)**<br>Inject under the skin. - Subcutaneous<br>Patient-reported medication | | 2/15/2022 | |
| **topiramate (Topamax) 25 MG capsule**<br>Take 25 mg by mouth 2 (two) times a day. - Oral<br>Patient-reported medication | | | |
| **UNABLE TO FIND**<br>Bari life complete 3 in morning, 3 in evening<br>Patient-reported medication | | | |
| **VITAMIN A PO**<br>Take by mouth daily. 30,000 mcg - Oral<br>Patient-reported medication | | | |

## Visit Diagnoses

Primary: **Post-COVID syndrome** U09.9
Post-COVID chronic fatigue R53.82, U09.9
Post-COVID chronic headache R51.9, U09.9, G89.29
Anxiety F41.9
Other depression F32.89
Post-COVID chronic dyspnea R06.09, U09.9
Brain fog R41.89
Memory loss R41.3
Poor concentration R41.840
Transient hypotension I95.9
Post-COVID chronic joint pain M25.50, U09.9, G89.29
Post-COVID chronic muscle pain M79.10, U09.9, G89.29

## Initial Payment Set up Worksheet

**DOB** ___

**LTD Claim #** 12827197 **Work State:** TN

**Associated Claims** 12532598 Type STD ____ Type ____

**Benefit End date of associated claims** 5/27/2022

**LTD Benefit begin date** 5/28/2022 **DOD** 2/26/2022 **AGE** 52

**Max Benefit date** 3/9/2036 > of SSNRA age 67 or to age 65 (but not < 5 yrs)

**Does policy include COLA provision** No **Eligibility intended** ____

**Sources used to verify BME amount**

| |
|---|
| Eligbility: $61,451.34 /12= $5120.95 monthly |

**BME amount** $5,120.95 **Benefit percentage** 60.00 %

**Gross modal benefit** $3,072.57

**Benefit Begin date** 5/28/2022

**Approved thru date** 5/27/2024 24 months own occupation

**Offset Entered**

| Type | Amount |
|---|---|
| | |
| | |
| | |

**Deductions entered** **Effective:** ____ **Through** ____

| Type | Amount | Type | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Tax Withholding** **Federal** ____ **State** NA

**Completed by:** **Ryan LeMire** **Approved by:** ____

12827197-PAYMENTS-BENEFIT CALCULATION-06.15.2022.xlsx

**Lincoln/Guerrero 2637**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. SABRINA GUERRERO

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 16, 2022

Ms. Sabrina Guerrero

RE: Long Term Disability (LTD) Benefits
Kindred At Home
Claim #: 12827197

Dear Ms. Sabrina Guerrero:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Kindred At Home's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Moultrie
Senior Claims Examiner
Phone No.: (800) 291-0112 Ext. 79204
Secure Fax No.: (603) 334-0380

**From:** DoNotReply@lfg.com
**Sent:** Thu, 9 Jun 2022 16:13:53 +0000
**To:** kindredathomebenefits@benefitfocus.com
**Subject:** GUERRERO, SABRINA, Claim #12827197, Status AP

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 2/26/2022. The claim has been approved through 5/26/2024. The case manager for this claim is Kechele Gentry. The claim number is 12827197.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 17, 2022

Jefferson Memorial Hospital
110 HOSPITAL DRIVE
JEFFERSON CITY, TN 37760

RE: Long Term Disability (LTD) Benefits
Kindred At Home
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.I

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 26, 2022 through present
- Completion of the Enclosed Forms:

X Restrictions Form
__ Other

We ask that you provide this information by May 31, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kechele Gentry
Claims Examiner
Phone No.: (800) 291-0112 Ext. 59670
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

Return To: Keshele Gentry

| Sabrina Guerrero | | 12827197 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

**To be completed by physician:**

1. DATE FIRST TREATED – 02.07.22
   DATE LAST TREATED – 05.09.22
   NEXT OFFICE VISIT – not scheduled @ this time    DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES
2. For physical diagnoses, check the box that indicate what your patient is capable of performing a consistently on a full-time basis:

N/A
- ☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally, sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally, sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally, sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) AND frequency (SEE KEY). 2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.
   unable to perform all job functions
4. RESTRICTIONS IMPOSED FROM 02.07.22 TO 06.20.2-
5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?
   physical therapy
6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
   fatigue, dyspnea
7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______ TO ______

| | | |
|---|---|---|
| F.E. Phillips, Jr., M.D. | M.D. Internal Medicine | 41-3244155 |
| Provider's Name (Please Print) | Degree AND Area of Specialty | Social Security or Tax ID Number |
| 6890 West A.J. Hwy. | 423.839.2120 | 423.839.2125 |
| Street Address | Telephone Number | Fax Number |
| Talbott, TN 37877 | FE Phillips Jr. | 06.07.22 |
| City, State & Zip Code | Signature | Date |

GUERRERO, SABRINA M 331334
4396001

*Pulmonary Function Test Report - Auth (Verified)*

Tennova Healthcare

# Pulmonary Function Report

**Jefferson Memorial Hospital**
**110 Hospital Drive**
**Jefferson City, TN 37760** **Phone: (865) 471-2331**

*Patient*

| | | |
|---|---|---|
| Name: Sabrina M. Guerrero | ID: 4396001 | Test date/time: 4/14/2022 1:58:14 PM |
| Height at test: 65 in | | |
| Weight at test: 382 lb | Sex: F | Birthdate: 10-Mar-69 Age at test: 53 |
| BMI at test: 63.7 | Smoking history (pk-yrs): 1 | Ethnic group: W |
| Physician: H.F. Nadrous, MD, FCCP, M.D. | Estimated Lung Age: 54 | Technician: System Administrator |
| ICD-9: ( ) | | Referring Physician: Floyd E. Phillips, M.D. |

## Spirometry

**Pre Bronchodilator**

| | | Actual | Predicted | % Pred | CI Range | | | |
|---|---|---|---|---|---|---|---|---|
| FVC | L | 3.06 | 3.22 | 95 | 2.41 | 4.03 | N | |
| $FEV_1$ | L | 2.62 | 2.63 | 100 | 1.99 | 3.27 | N | |
| $FEV_1$ / FVC | % | 86 | 80 | 108 | 71 | ---- | N | |
| $FEF_{25-75}$ [ISO] | L/s | 3.17 | 2.75 | 115 | 1.36 | 4.14 | | |
| PEFR | L/s | 4.60 | 6.03 | 76 | 3.18 | 8.88 | | |
| FET | sec | 6.92 | ---- | ---- | ---- | ---- | | |

## Plethysmography

**Pre Bronchodilator**

| | | Actual | Predicted | % Pred | CI Range | | | |
|---|---|---|---|---|---|---|---|---|
| TLC | L | 4.65 | 5.11 | 91 | 4.05 | 6.17 | N | |
| VC | L | 3.22 | 3.22 | 100 | 2.41 | 4.03 | | |
| RV | L | 1.43 | 1.89 | 76 | 1.12 | 2.66 | N | |
| RV/TLC | % | 31 | 36 | 86 | 26 | ---- | N | |
| FRC | L | 1.74 | 2.92 | 60 | 1.86 | 3.98 | A | m |
| ERV | L | 0.31 | 1.03 | 30 | ---- | 2.09 | | |
| Raw | cmH2O/L/s | 1.99 | 1.70 | 117 | 0.60 | 2.80 | | |
| sGaw | L/s/cmH2O/L | 0.21 | 0.26 | 81 | 0.11 | 0.40 | | |




## Diffusing Capacity

**Pre Bronchodilator**

| | | Actual | Predicted | % Pred | CI Range | | | |
|---|---|---|---|---|---|---|---|---|
| DLCO | mL/min/mmHg | 24.06 | 24.40 | 99 | 14.92 | 33.88 | | |
| DLCO [Hb] | mL/min/mmHg | 24.06 | 24.40 | 99 | 14.92 | 33.88 | N | |
| VA [BTPS] | L | 5.15 | 5.11 | 101 | 5.11 | 5.11 | | |

**Physician Interp:**

Physician Signature:

H F Nadrous, MD FCCP

PF Reference: Spirometry (3-6): Eigen/Bieter. (6-7): GLI & Knudson(6-95): Lung Volumes: Crapo; DLCO: Cotes
Calibration Date: 4/14/2022 Calibration Data: Temp: 18°C PBar: 733mmHg BTPS: 1.127
Patient: Guerrero, Sabrina M. Test Date: 4/14/2022 Page: 1 of 1

**Tennova - Jefferson Memorial Hospital**

110 Hospital Drive
Jefferson City, TN 37760-

(865) 471-2500

**Patient:** GUERRERO, SABRINA M
MRN: 331334
Account #: 4404619
Adm Date: 5/27/2022
Primary Care: PHILLIPS,FLOYD E MD

Location: TNJM RAD
Attending: PHILLIPS,FLOYD E MD
DOB/Sex: Female
Service Code: RAD OP Imaging Only

Copy to: PHILLIPS,FLOYD E MD

## *Non-Invasive Cardiology*

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 300-22-147-00135 | 5/27/2022 09:16 EDT | NI Echo TTE 2D Stress W Cont W Mont. | PHILLIPS,FLOYD E MD | 53 years |

**Reason for Exam**
(NI Echo TTE 2D Stress W Cont W Mont.) SHORTNESS OF BREATH

**Report**
Name: GUERRERO SABRINA M
MRN: 00331334
Date of birth:
Gender: Female
Weight: 172.37 kg
Height: 165.1 cm
Age: 53 year(s)
BMI: 63.24 kg/m\S\2
BSA: 2.6 m\S\2

Procedure Staff
Referring Physician: Floyd Phillips
Sonographer: Juliann Blackburn, RCS
Interpreting physician: Hong Tjoa, MD

Procedure Information
Exam date time: 5/27/2022 8:44 AM
Procedure type: Echo
Proc. sub type: TTE procedure: NI Echo TTE 2D Stress W Cont W Mont.
Stress procedure
Patient status: Routine
Blood pressure: 111 / 77 mmHg
HR: 81 bpm

Accession no: 30022147000135
FIN Number: 4404619
Study location: Jefferson City
Technical quality: Good visualization

Reason for Study
shortness of breath

Electronically signed by Hong Tjoa, MD (Interpreting physician) on 6/1/2022 at 5:21 PM

Left Ventricle
Diastolic dimension: 6.96 cm
Systolic dimension: 4.83 cm

Patient: GUERRERO, SABRINA M
MRN: 331334
Account #: 4404619
Adm Date: 5/27/2022
Primary Care: PHILLIPS,FLOYD E MD

Location: TNJM RAD
Attending: PHILLIPS,FLOYD E MD
DOB/Sex: [redacted] Female
Service Code: RAD OP Imaging Only

Copy to: PHILLIPS,FLOYD E MD

## Non-Invasive Cardiology

**Report**

2D septum diastolic: 1.03 cm (3.8 - 5.6 cm)
FS Normal Range (30-45%): 31 % (2.2 - 3.5 cm)

2D post wall diastolic: 1.06 cm (0.6 - 0.9 cm)
LV mass (ASE formula): 336.78 g (0.6 - 0.9 cm)
LV mass index: 129.61 g/m\S\2 (67 - 162 g)
RWT: 0.3 (43 - 95 g/m\S\2)
LV M-Mode
LV Ejection Fraction
LVEDV Teichholz: 337 ml (46 - 106 ml)
LVESV Teichholz: 113 ml (14 - 42 ml)
LVEDVI Teichholz: 129.69 ml/m\S\2 (29 - 61 ml/m\S\2)
LVESVI Teichholz: 43.49 ml/m\S\2 (8 - 24 ml/m\S\2)
EF Teichholz: 66 %
LV 3D/Strain
Right Ventricle
Diastolic dimension: 1.65 cm
Normal Range (2.7-3.4cm):

Left Atrium
LA diameter (2D): 3 cm
LA/Aorta (2D): 1.07
Normal Range (2.0-4.0cm):

Aorta/Great Vessels
Aortic root (2D): 2.8 cm

Rest
ECG:
Showed normal sinus rhythm at a rate of 80 bpm with normal intervals, leftward axis, early anterior R wave transition, and possible low voltage QRS complexes in the precordial leads.
Standing HR: 81 bpm
Standing BP: 111 / 77 mmHg

**Patient:** GUERRERO, SABRINA M
**MRN:** 331334
**Account #:** 4404619
**Adm Date:** 5/27/2022
**Primary Care:** PHILLIPS,FLOYD E MD

**Location:** TNJM RAD
**Attending:** PHILLIPS,FLOYD E MD
**DOB/Sex:** Female
**Service Code:** RAD OP Imaging Only

**Copy to:** PHILLIPS,FLOYD E MD

## Non-Invasive Cardiology

**Report**
Stress

| | | | |
|---|---|---|---|
| Peak HR: | 152 bpm | HR/BP product: | 17784 |
| Peak BP: | 117 / 76 mmHg | | |
| Predicted HR: | 167 bpm | | |
| % of predicted HR: | 91 | | |
| Test duration: | 6:43 min | | |

Stress Interpretation
ECG conclusion:
1. This test is negative for ischemia with dobutamine infusion to a peak dose of 20 mcg/kg/min and obtaining a peak heart rate of
156 bpm (93% of the maximum predicted heart rate).
2. Appropriate heart rate response with blunted BP response.
3. Arrhythmias: Rare isolated PVC.
4. Symptoms: No chest pain or shortness of breath reported.

Echocardiographic data:
The baseline echocardiographic images appear to show normal aortic root size, normal chamber sizes, and normal LV wall
thickness. Preserved biventricular systolic function with an LVEF in the range of 50 to 55%. No obvious LV regional wall motion
abnormalities identified. Structurally intact interatrial and interventricular septum by 2D appearance. No intracardiac shunts
readily detected by color-flow Doppler interrogation. No intracavitary masses or thrombi seen. No clinically significant structural
valvular disease detected. Trivial MR and TR may be present by Doppler assessment. No clinically significant pericardial effusion
seen. At low-dose dobutamine infusion (10 mcg/kg/min), improved contractility is seen in all LV segments. With increasing
dobutamine infusion to a peak dose of 20 mcg/kg/min and obtaining a peak heart rate of 156 bpm (93% of the maximum
predicted heart rate), there is further improvement in contractility in all LV segments with augmentation of the left ventricular
ejection fraction. No new ischemic LV wall motion abnormalities seen in any LV segment. Study is also completed with injection
of IV contrast (Definity) for LV opacification and endocardial border definition without complications.

Impression: There is no obvious echocardiographic evidence of myocardial ischemia with dobutamine infusion to a peak dose of
20 mcg/kg/min and obtaining a peak heart rate of 156 bpm (86% of the maximum predicted heart rate). The baseline
echocardiographic data are as described above. Study also completed with injection of IV echo contrast (Definity) without
complications. Patient deemed at low CV risk based on the results.
Results
Global LVEF (rest): Normal (LVEF >50%)
Global LVEF (stress): Hyperkinetic (LVEF >70%)

Patient: GUERRERO, SABRINA M
MRN: 331334
Account #: 4404619
Adm Date: 5/27/2022
Primary Care: PHILLIPS,FLOYD E MD

Location: TNJM RAD
Attending: PHILLIPS FLOYD E MD
DOB/Sex: 3 | Female
Service Code: RAD OP Imaging Only

Copy to: PHILLIPS FLOYD E MD

## Non-Invasive Cardiology

**Report**
ECG: With increasing dobutamine infusion to a peak dose of 20 mcg/kg/min and obtaining a peak heart rate of 156 bpm, no new convincingly diagnostic ischemic ST segment changes are seen during stress or in recovery. Besides rare isolated PVC, no other clinically significant rhythm disturbances detected.

Electronically signed by Hong Tjoa, MD (Interpreting physician) on 6/1/2022 at 6:21 PM

***** Final *****

Signed by: Tjoa, Hong I MD
Signed (Electronic Signature): 06/01/2022 06:21 pm EDT

GUERRERO, SABRINA M ( ) #HF110836966 Encounter DOS: 03/17/2022

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | GUERRERO, SABRINA M (Female) | **DOB:** | (53) | **Encounter ID:** | 137975375 |
| | | **Race:** | White | **Primary Ins:** | Blue Cross Blue Shield Tennessee (BCBS TN) * |
| | | **Language:** | English | | |
| | | **Ethnicity:** | Not Hispanic or Latino | | |
| **Location:** | Phillips Healthcare Group, PC (service Location)<br>6890 W. A. J. HWY<br>TALBOTT, TN, 37877-0879<br>(423)839-2120 | **Provider:** | Amber M Moore, FNP | | |

## Subjective

**Chief Complaint: SOB- cough, low energy**

**History of Present Illness - SOB- cough, low energy**

**Context**

**Reported:** Pt in office today to f/u after covid. She continues to have SOB and low energy. She states she had to stop 3 times going into RoTech to pick up CPAP yesterday. She states she gasps to breath when she is up walking around. She states that the resp therapist told her prior to covid that her o2 sats dip into the 80s when sleeping. Pulse ox in office 98 when sitting. Pt is going to PT on Monday jrk

**Medication List**

- Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler - 2 puff inhale twice a day; Rinse mouth after each use.
- Paxlovid (EUA) 300 mg (150 mg x 2)-100 mg tablet - tablet by mouth twice a day; 2 nirmatrelvir tabs and 1 ritonavir tab BID for 5 days
- benzonatate 100 mg capsule - 1-2 capsule by mouth three times a day as needed (PRN)
- ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule - 1 capsule by mouth 2 times weekly
- meloxicam 15 mg tablet - 1 tablet by mouth daily
- fluconazole 150 mg tablet - 1 tablet by mouth daily
- escitalopram 10 mg tablet - 1 tablet by mouth daily
- fluconazole 150 mg tablet - 1 tablet by mouth daily
- benazepril 10 mg tablet - 2 tablet by mouth daily
- nystatin 100,000 unit/gram topical powder - 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed.
- minocycline 100 mg capsule - 1 capsule by mouth twice a day
- cetirizine 10 mg tablet - 1 tablet by mouth daily
- nystatin 100,000 unit/gram topical powder - * 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed.
- MM-Zyme tablet - TAKE 1 TABLET BY MOUTH ONCE DAILY
- cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution - * 1 mL intramuscular once a month

**Allergies**

Sulfa (Sulfonamide Antibiotics) - Active

**Review of Systems**

**Respiratory - reported:** SOB, low energy, cough

## Objective

**Vital Signs**

Electronically Signed and Reviewed by MOORE, AMBER 03/21/2022 00:16:15

**Blood Pressure:** 122/80 (Left Brachial, Sitting, Standard, Normal)
**Pulse:** 82 (Left Radial, REGULAR rhythm, Normal quality, Normal)
**Respirations:** 18 (Normal quality, NORMAL rhythm, Normal) **Pulse Ox:** 98 % (RoomAir)
**Temperature:** 98.1 F (Right Tympanic Membrane, Normal)
**Weight:** 380 lb **Height:** 5' 5" **BMI Flag:** Obese ( 63.2 )

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed.

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

**Eyes**

**Pupils Other**

The pupils are equal, round and react to light and accommodation.

**ENT**

**Otoscopic**

Otoscopic examination of external auditory canals and tympanic membranes is normal; there is a good cone of light.

**Nose**

Upon inspection, the nasal mucosa is erythematous, edematous bilaterally. There is clear nasal discharge bilaterally. There is an obstruction to breathing related to edema on both sides of the nose.

**Mouth**

The buccal mucosa is pink; there is no cyanosis. Dentition is good. The lips are normal color; there are no ulcers, masses or lesions.

**Throat**

The tongue is normal color; there are no ulcers, masses, fissures or abnormal papillae

The floor of the mouth is of normal color and without ulcers, masses or lesions (unreviewed)

Examination of the pharynx reveals post-nasal discharge, erythema located diffusely

The tonsils are normal size without inflammation, exudate or lesions.

**Neck**

The neck is supple and the trachea is midline. The thyroid is not enlarged and there are no palpable nodules.

**Respiratory**

**Auscultation**

**Adventitious Sounds:** There are no crackles, wheezes, rhonchi, stridor or pleural rubs.

**Cardiovascular**

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Lymphatics**

**Cervical**

Palpation of the cervical lymph nodes does not reveal any abnormal enlargement or tenderness.

## Assessment

**Diagnosis**

J069 Acute upper respiratory infection, unspecified
Z8616 Personal history of COVID-19
E6601 Morbid (severe) obesity due to excess calories

Electronically Signed and Reviewed by MOORE, AMBER 03/21/2022 00:16:15

## Plan

**Procedures**
99214 Office O/p Est Mod (1 UN)

**Prescribe**
nystatin 100,000 unit/gram topical powder - May use up to 4 g/d over entire body as needed. (Completed)
minocycline 100 mg capsule - 1 BID for 90 Days (Completed)
fluconazole 150 mg tablet - 1 DAILY for 3 Days (Completed)
fluconazole 150 mg tablet - 1 DAILY for 7 Days (Completed)
benzonatate 100 mg capsule - 1-2 TID as needed (PRN) for 10 Days (Completed)
Paxlovid (EUA) 300 mg (150 mg x 2)-100 mg tablet - 2 nirmatrelvir tabs and 1 ritonavir tab BID for 5 days (Completed)
albuterol sulfate HFA 90 mcg/actuation aerosol inhaler - prn cough, wheeze, or SOB
cefdinir 300 mg capsule - 2 DAILY for 10 Days
Medrol (Pak) 4 mg tablets in a dose pack - take as directed in the packet

**Follow-Up**
Follow-Up (3 Weeks) with MOORE, AMBER

**Care Plan**
**Uri**

- Over the counter medication use discussed.
- Follow up if symptoms worsen or are not improving on antibiotics

**Personal history of COVID-19**
**Counseling 30 Minutes**

- Counseling was over half of a 30 minute encounter
- Still coughing a lot and weak and fatigued from covid.
- Likely secondary bacterial URI from lingering covid s/s.

**Morbid (severe) obesity due to excess calories**
**Weight Loss Plan**

- Calorie tracking and dietary education discussed with the patient with individual caloric goal
- Exercise goal of 30-40 minutes everyday reaching target heart rate during exercise
- Follow up for monthly for weight checks, exercise monitoring and re-evaluation.
- Counseling over 1/2 of 25 minute pt encounter

**Patient Instructions**
**Colds And The Flu**
**Please Visit:** http://familydoctor.org/familydoctor/en/diseases-conditions/colds-and-the-flu.printerview.all.html

**Problem List**
Benign Essential Hypertension (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin D Deficiency (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

Electronically Signed and Reviewed by MOORE, AMBER 03/21/2022 00:16:15



PAGE 12/21 * RCVD AT 6/7/2022 4:22:35 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/3 * DNIS:6033340380 * CSID:4238391809 * ANI:4238391809 * DURATION (mm-ss):08-49

Post-Gastrointestinal Tract Surgery Malnutrition (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Iron Deficiency Anemia (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

**Rendering Provider Signature**

Amber Moore FNP-BC
Signature

Electronically Signed and Reviewed by MOORE, AMBER 03/21/2022 00:16:15

GUERRERO, SABRINA M ( #HF110836966 Encounter DOS: 04/06/2022

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | GUERRERO, SABRINA M (Female) | **DOB:** (53)<br>**Race:** White<br>**Language:** English<br>**Ethnicity:** Not Hispanic or Latino | | **Encounter ID:**<br>**Primary Ins:** | 139180425<br>Blue Cross Blue Shield Tennessee (BCBS TN) * |
| **Location:** | Phillips Healthcare Group, PC (service Location)<br>6890 W. A. J. HWY<br>TALBOTT, TN, 37877-0879<br>(423)839-2120 | **Provider:** | Floyd Edward Phillips, MD | **Servicing Provider:** | Phillips, Floyd |

## Subjective

**Chief Complaint: Shortness Of Breath, Swelling**
**History of Present Illness - Shortness Of Breath**

**Quality**

**Reported:** rapid shallow breathing; wheezing; exertional.

**Denied:** dyspnea at rest.

**Severity**

**Reported:** intermittent.

**Duration**

**Reported:** more than 1 month.

**Context**

**Reported:** Pt in office today for dyspnea with exertion since February. States that she tested positive for COVID on 2/7/22 and has had dyspnea since. Pt states that her O2 at home has been in the 90's. Pt also has had a non-productive cough. States that she has started physical therapy and has had 2 sessions. Also having pain in her right calf. knh

**Associated Signs and Symptoms**

**Reported:** cough; ; non-productive; calf pain, ; right.

**Denied:** chest pain.

**History of Present Illness - Swelling**

**Location**

**Reported:** foot, ; bilateral.

**Severity**

**Reported:** moderate.

**Duration**

**Reported:** less than 1 week.

**Context**

**Reported:** Pt in office today for swelling in both feet that started Friday/Saturday. Pt states that she has had shortness of breath but that has been going on since COVID. knh

**Associated Signs and Symptoms**

**Reported:** dyspnea.

**Denied:** pain, skin changes.

**Medication List**

cefdinir 300 mg capsule - 2 capsule by mouth daily

Medrol (Pak) 4 mg tablets in a dose pack - 6 tablet by mouth as directed; take as directed in the packet

albuterol sulfate HFA 90 mcg/actuation aerosol inhaler - 2 puff inhale every 4-6 hours as needed (PRN); prn cough, wheeze, or SOB

Electronically Signed and Reviewed by PHILLIPS, FLOYD 04/12/2022 11:35:02

Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler - 2 puff Inhale twice a day; Rinse mouth after each use.
ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule - 1 capsule by mouth 2 times weekly
meloxicam 15 mg tablet - 1 tablet by mouth daily
escitalopram 10 mg tablet - 1 tablet by mouth daily
nystatin 100,000 unit/gram topical powder - 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed.
benazepril 10 mg tablet - 2 tablet by mouth daily
cetirizine 10 mg tablet - 1 tablet by mouth daily
MM-Zyme tablet - TAKE 1 TABLET BY MOUTH ONCE DAILY
cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution - * 1 mL intramuscular once a month

**Allergies**
Sulfa (Sulfonamide Antibiotics) - Active

**Social Hx**
**Tobacco:** Cigarettes (Former smoker)
**Alcohol:** Beer (Occasional)

**Medical Hx**
The patient **reports** a history of Hypertension, Vitamin D deficiency, Nasal Allergies, Insomnia, Anemia.

**Surgical Hx**
The patient **reports** a history of Arthroscopy of knee joint, Gastric Bypass, Bone Spur Removal.

**Family Hx**
**Father:** (Alive) reports Cancer, Cholesterol High, Diabetes, Hypertension, MI, Obesity, Stroke.
**Mother:** (Alive) reports Cholesterol High.

**Review of Systems**
**Constitutional - Denied:** Fever, Weight loss, Chills, Weakness, Weight gain,
**Head - Denied:** Headaches, dizziness, Fainting, Head Injury,
**Eyes - Denied:** Blurry Vision, Vision Loss, Eye Pain, Redness, Infections,
**ENT**
**Nose - Denied:** Discharge, Infections, Nosebleeds,
**Mouth - Denied:** Postnasal drip, Hoarseness,
**Ears - Denied:** Discharge, Dizziness, Infections, Pain,
**Respiratory - reported:** Cough, Short of Breath, Wheezing,
**Denied:** Coughing Blood,
**Cardiovascular - reported:** Short of Breath - Exertion, Edema,
**Denied:** Chest pain, High Blood Pressure, Palpitations, Leg Pain - Walking,
**Gastrointestinal - Denied:** Abdominal pain, Change in stool color, Nausea, Diarrhea, Vomiting, Rectal bleeding, Constipation, Heartburn, Infections,
**Musculoskeletal - Denied:** Weakness, Joint pain,
**Psychiatric - Denied:** Behavioral Change, Disorientation, Memory loss.
**Skin - Denied:** Rashes,
**Neurological - Denied:** Fainting, Paralysis, Headaches, numbness,
**Endocrine - Denied:** Fatigue,
**Hematologic/Lymph - Denied:** Bleeding Easily, Blood Clots,
**Allergic/Immunologic - Denied:** Coughing, Runny Nose, Sneezing,

Electronically Signed and Reviewed by PHILLIPS, FLOYD 04/12/2022 11:35:02

GUERRERO, SABRINA M ( #HF110836966 Encounter DOS: 04/06/2022

## Objective

### Vital Signs

**Blood Pressure:** 120/84 (Left Brachial, Sitting, Standard, Normal)
**Pulse:** 90 (Left Radial, REGULAR rhythm, Normal quality, Normal)
**Respirations:** 24 (Normal quality, NORMAL rhythm, High) **Pulse Ox:** 98 % (RoomAir)
**Temperature:** 97.9 F (Right Tympanic Membrane, Normal)
**Weight:** 383 lb **Height:** 5' 5" **BMI Flag:** Obese ( 63.7 )

### Physical Exam

**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed.

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

**Eyes**

**External Eye**

The eyelids are without lesions. The sclera is white and the conjunctiva pink.

**Respiratory**

**Effort**

The patient is relaxed and breathes without effort. The patient is not cyanotic. There is no acessory muscle use or intercostal retractions.

**Auscultation**

There are no crackles, wheezes, rhonchi, stridor or pleural rubs. There is no bronchophony, egophony, or whispered pectoriloquy.

**Cardiovascular**

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Edema / PVD**

There is no pitting edema of the lower extremities.There are no changes consistent with arterial insufficiency; there are no varicosities or stasis changes. Calves are supple and nontender.

**Psychiatric**

**Orientation**

The patient is oriented to time, place and person.

## Assessment

### Diagnosis

R0602 Shortness of breath
R600 Localized edema

## Plan

### Procedures

99214 Office O/p Est Mod (1 UN)
3074F Syst Bp Lt 130 Mm Hg (1 UN)
3079F Diast Bp 80-89 Mm Hg (1 UN)

Electronically Signed and Reviewed by PHILLIPS, FLOYD 04/12/2022 11:35:02



PAGE 16/21 * RCVD AT 6/7/2022 4:22:35 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/3 * DNIS:6033340380 * CSID:4238391809 * ANI:4238391809 * DURATION (mm-ss):08-49

GUERRERO, SABRINA M ( #HF110836966 Encounter DOS: 04/06/2022

**Prescribe**

cefdinir 300 mg capsule - 2 DAILY for 10 Days (Completed)

Medrol (Pak) 4 mg tablets in a dose pack - take as directed in the packet (Completed)

**Immunization.Hx**

12/4/2017 - influenza, injectable, quadrivalent, contains preservative (Fluzone, Quadrivalent 5.0 mL Multidose Vial) 0.5 mL IM,

**Care Plan**

**Shortness of breath**

**Short Of Breath**

- Patient is about a month COVID and is experiencing post-COVID shortness of breath.
- We discussed PFT's for evaluation for residual from her Covid infection
- Will need graduated rehab plan to increase pulmonary reserve and cardiopulmonary conditioning.

**Localized edema**

**Edema**

- Pt with minimal swelling and will follow up after recommending TED hose and foot elevation

**Problem List**

Benign Essential Hypertension (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

Vitamin D Deficiency (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

Post-Gastrointestinal Tract Surgery Malnutrition (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

Iron Deficiency Anemia (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by PHILLIPS, FLOYD 04/12/2022 11:35:02



PAGE 17/21 * RCVD AT 6/7/2022 4:22:35 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/3 * DNIS:6033340380 * CSID:4238391809 * ANI:4238391809 * DURATION (mm-ss):08-49

GUERRERO, SABRINA M ( ) #HF110836966 Encounter DOS: 05/09/2022

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | GUERRERO, SABRINA M (Female) | **DOB:**<br>**Race:**<br>**Language:**<br>**Ethnicity:** | (53)<br>White<br>English<br>Not Hispanic or Latino | **Encounter ID:**<br>**Primary Ins:** | 141130966<br>Blue Cross Blue Shield Tennessee (BCBS TN) * |
| **Location:** | Phillips Healthcare Group, PC (service Location)<br>6890 W. A. J. HWY<br>TALBOTT, TN, 37877-0879<br>(423)839-2120 | **Provider:** | Floyd Edward Phillips, MD | **Servicing Provider:** | Phillips, Floyd |

## Subjective

**Chief Complaint: Follow Up Covid-19**

**History of Present Illness - Follow Up Covid-19**

**Severity**

**Reported:** moderate.

**Duration**

**Reported:** 3 months.

**Timing**

**Reported:** f/u Covid-19.

**Context**

**Reported:** Pt in office today for f/u on Covid-19 diagnosis from 02/07/22. Pt c/o fatigue and dyspnea with activity. Pt states she is currently doing PT 2x/week. Pt states she is just exhausted all the time. cbm

**Modifying Factors**

**Reported:** PT.

**Associated Signs and Symptoms**

**Reported:** fatigue, dyspnea with activity.

**Medication List**

- cetirizine 10 mg tablet - 1 tablet by mouth daily
- albuterol sulfate HFA 90 mcg/actuation aerosol inhaler - 2 puff inhale every 4-6 hours as needed (PRN); prn cough, wheeze, or SOB
- Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler - 2 puff inhale twice a day; Rinse mouth after each use.
- ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule - 1 capsule by mouth 2 times weekly
- meloxicam 15 mg tablet - 1 tablet by mouth daily
- escitalopram 10 mg tablet - 1 tablet by mouth daily
- benazepril 10 mg tablet - 2 tablet by mouth daily
- nystatin 100,000 unit/gram topical powder - 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed.
- MM-Zyme tablet - TAKE 1 TABLET BY MOUTH ONCE DAILY
- cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution - * 1 mL intramuscular once a month

**Allergies**

Sulfa (Sulfonamide Antibiotics) - Active

**Social Hx**

**Tobacco:** Cigarettes (Former smoker)

**Alcohol:** Beer (Occasional)

Electronically Signed and Reviewed by PHILLIPS, FLOYD 05/09/2022 16:11:06

GUERRERO, SABRINA M ( #HF110836966 Encounter DOS: 05/09/2022

**Medical Hx**

The patient **reports** a history of Hypertension, Vitamin D deficiency, Nasal Allergies, Insomnia, Anemia.

**Surgical Hx**

The patient **reports** a history of Arthroscopy of knee joint, Gastric Bypass, Bone Spur Removal.

**Family Hx**

**Father:** (Alive) reports Cancer, Cholesterol High, Diabetes, Hypertension, MI, Obesity, Stroke.
**Mother:** (Alive) reports Cholesterol High.

**Review of Systems**

**Constitutional - reported:** Fatigue,
**Denied:** Fever, Weight loss, Chills, Weakness, Weight gain,
**Head - Denied:** Headaches, dizziness, Fainting, Head Injury,
**Eyes - Denied:** Blurry Vision, Vision Loss, Eye Pain, Redness, Infections,

**ENT**

**Nose - Denied:** Discharge, Infections, Nosebleeds,
**Mouth - Denied:** Postnasal drip, Hoarseness,
**Ears - Denied:** Discharge, Dizziness, Infections, Pain,
**Respiratory - reported:** Short of Breath,
**Denied:** Coughing Blood, Cough,
**Cardiovascular - reported:** Short of Breath - Exertion, High Blood Pressure,
**Denied:** Chest pain, Palpitations, Leg Pain - Walking,
**Gastrointestinal - Denied:** Abdominal pain, Change in stool color, Nausea, Diarrhea, Vomiting, Rectal bleeding, Constipation, Heartburn, Infections,
**Musculoskeletal - Denied:** Weakness, Joint pain,
**Psychiatric - Denied:** Behavioral Change, Disorientation, Memory loss,
**Skin - Denied:** Rashes,
**Neurological - Denied:** Fainting, Paralysis, Headaches, numbness,
**Endocrine - reported:** Fatigue,
**Hematologic/Lymph - Denied:** Bleeding Easily, Blood Clots,
**Allergic/Immunologic - Denied:** Coughing, Runny Nose, Sneezing,

## Objective

**Vital Signs**

**Blood Pressure:** 118/78 (Left Brachial, Sitting, Large, Normal)
**Pulse:** 96 (Left Radial, REGULAR rhythm, Normal quality, Normal)
**Respirations:** 20 (Normal quality, NORMAL rhythm, Normal) **Pulse Ox:** 97 % (RoomAir)
**Temperature:** 97.5 F (Right Tympanic Membrane, Normal)
**Weight:** 375.6 lb **Height:** 5' 5" **BMI Flag:** Obese ( 62.5 )

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed.

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

Electronically Signed and Reviewed by PHILLIPS, FLOYD 05/09/2022 16:11:06

GUERRERO, SABRINA M (             ) #HF110836966 Encounter DOS: 05/09/2022

**Eyes**

**External Eye**

The eyelids are without lesions. The sclera is white and the conjunctiva pink.

**Respiratory**

**Effort**

The patient is relaxed and breathes without effort. The patient is not cyanotic. There is no acessory muscle use or intercostal retractions.

**Auscultation**

There are no crackles, wheezes, rhonchi, stridor or pleural rubs. There is no bronchophony, egophony, or whispered pectoriloquy.

**Cardiovascular**

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Edema / PVD**

There is no pitting edema of the lower extremities.There are no changes consistent with arterial insufficiency; there are no varicosities or stasis changes. Calves are supple and nontender.

**Psychiatric**

**Orientation**

The patient is oriented to time, place and person.

## Assessment

**Diagnosis**

G4733 Obstructive sleep apnea (adult) (pediatric)
R0602 Shortness of breath
R5383 Other fatigue

## Plan

**Procedures**

99214 Office O/p Est Mod (1 UN)
3074F Syst Bp Lt 130 Mm Hg (1 UN)
3078F Diast Bp < 80 Mm Hg (1 UN)

**Orders**

**Ordering Provider** Phillips, F **Order Date** 05/09/2022 16:08 **Result Status** Printed **Result Date**
**Facility** Jefferson Memorial Hosptial

| Order | Test Name | In Range | Out Range | Result Comment |
| --- | --- | --- | --- | --- |
| Jefferson Memorial Hosptial | Cardiovascular Consult | | | |

**Immunization.Hx**

12/4/2017 - Influenza, injectable, quadrivalent, contains preservative (Fluzone, Quadrivalent 5.0 mL Multidose Vial) 0.5 mL IM,

**Care Plan**

**Obstructive sleep apnea (adult) (pediatric)**

**Cpap Compliance**

Electronically Signed and Reviewed by PHILLIPS, FLOYD 05/09/2022 16:11:06



PAGE 20/21 * RCVD AT 6/7/2022 4:22:35 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/3 * DNIS:6033340380 * CSID:4238391809 * ANI:4238391809 * DURATION (mm-ss):08-49

Usage of CPAP is greater than or equal to 4 hrs a night on at least 70% of nights during a consecutive 30 day period in the first 3 months of usage of CPAP device.

**Obstructive Sleep Apnea**

- Encouraged consistent use every night
- Replace mask/nasal pillows and tubing at least every 6 months
- F/U if problems with equipment or if daytime sleepiness or fatigue increases

**Shortness of breath**

**Note 2**

- Will get Stress ECHO to look for any cardiac involvement from her Covid infection

**Problem List**

Benign Essential Hypertension (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin D Deficiency (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Post-Gastrointestinal Tract Surgery Malnutrition (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Iron Deficiency Anemia (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

Electronically Signed and Reviewed by PHILLIPS, FLOYD 05/09/2022 16:11:06

**Rendering Provider Signature**

FE Phillips

Signature

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. SABRINA GUERRERO

**Lincoln/Guerrero 2662**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

June 9, 2022

Ms. Sabrina Guerrero

RE: Long Term Disability (LTD) Benefits
Kindred At Home
Claim #: 12827197

Dear Ms. Sabrina Guerrero:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Kindred At Home's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

> ***"Disability"*** *or* ***"Disabled"****, with respect to Long Term Disability, means:*
>
> i. *if the Covered Person is eligible for the 24 Month Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> ***"Material and Substantial Duties"****, with respect to Long Term Disability, means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

***"Own Occupation"****, with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's*

*occupation as it is normally performed in the national economy.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is February 26, 2022 and your benefits begin on May 28, 2022. Benefit payment will be sent under separate cover.

Although you may currently meet the definition of disability, The Lincoln National Life Insurance Company also has a staff specialized in Vocational Rehabilitation to assist in attaining skills and resources needed for a successful return to employment, if needed.

The Long Term Disability Policy provides financial incentives for participation in a Vocational Rehabilitation Program. In addition, failure to comply with a program, or program planning, could result in reduction or termination of benefits. The policy contains a Rehab Incentive provision as outlined below:

> ***Rehabilitation Incentive Benefit***
> *Liberty will pay an increased Monthly Benefit while a Covered Person is fully participating in a Rehabilitation Program. Liberty must first approve the Rehabilitation Program in writing before a Covered Person can be considered for this benefit. If Liberty does not approve a Rehabilitation Program, the regular Disability benefit will be payable provided the Covered Person is Disabled under the terms of this policy. To be eligible for a Rehabilitation Incentive Benefit, the Covered Person must:*
> 1. *be Disabled and receiving benefits under this policy; and*
> 2. *be fully participating in a Rehabilitation Program approved by Liberty.*

If it is determined that you would be an appropriate candidate for Vocational Rehabilitation services you will be contacted. In addition, if you would like more information regarding our services, please contact me.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

In addition to your Long Term Disability (LTD) benefit, you may qualify for additional benefits from the Social Security Administration.

There are a number of advantages for you if you are approved for Social Security Disability benefits. These advantages include:

- Increased Social Security Retirement benefits
- Cost of Living Adjustment (COLA) increases
- Expedited Medicare coverage
- Dependent and Spousal benefits
- Return to Work incentives

Under the terms of your employer's LTD Policy you are required to apply for Social Security Disability benefits, and it is important that you begin this process at this time. Please initiate your application by either calling the Social Security Administration (SSA) toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office and provide us with proof of application by July 6, 2022. One of our Social Security Specialists will reach out to you to discuss the Social Security application process.

If you do not complete that application and provide proof of the application, your LTD payments may be reduced as we may estimate the monthly Social Security Disability benefit for which you and your dependents may be eligible.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We ask that you complete the forms indicated below and return them to our office by July 6, 2022.

X Activities Questionnaire Form
X Authorization - Medical
X Claimant Supplementary Statement
X Family Information Questionnaire
X Training Education Experience
X Reimbursement Agreement Form
X Disability Payment Option Form
X W-4S 2022
__ Other

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid The Lincoln National Life Insurance Company has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kechele Gentry
Claims Examiner
Phone No.: (800) 291-0112 Ext. 59670
Secure Fax No.: (603) 334-0380

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Supplementary Statement
Family Information Questionnaire
Training Education Experience
Reimbursement Agreement Form
Disability Payment Option Form
W-4S 2022

# ACTIVITIES QUESTIONNAIRE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Kechele Gentry ____________________



EMPLOYEE/CLAIMANT NAME: Sabrina Guerrero ____________________

CLAIM NO: 12827197 ____________ DATE OF BIRTH: ____________

EMPLOYER/SPONSOR: Kindred At Home ____________________

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes ____________ No ____________

If Yes, for how long? ____________ At what time of the day? ____________

How many hours a day do you spend in bed? ____________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car? ____________

Do you hold a valid driver's license?

Yes ____________ No ____________

If No, please explain: ____________________

If Yes, how long are you able to drive a car? ____________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

____________________

Do you have children?

Yes ________ No ________ If Yes, what are their dates of birth ____________________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ________ No ________ If Yes, please explain ____________________

How many times a day do you leave the house during the week? ____________

On the weekends? ____________

How often do you run errands? ____________________

Please describe what errands you most commonly run: ____________________

____________________

How often do you get outdoors? ______________________________

| | | |
|---|---|---|
| Are you left or right hand dominant? | Left _____ | Right _____ |
| Are you able to work in your garden? | Yes _____ | No _____ |
| Are you able to work on your house? | Yes _____ | No _____ |
| Are you able to wash your car? | Yes _____ | No _____ |

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. ______________________________

If yes, how often per day (hours) do you use the internet? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these internet sites for? ______________________________

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. ______________________________

If yes, how often per day (hours) do you engage in activities? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these social media sites for? ______________________________

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc**. to view information?

List all sites that apply. ______________________________

| | | | | | |
|---|---|---|---|---|---|
| If yes on a computer, how long (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a phone, how long (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a IPad or Tablet (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a E-reader, (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |

For what reasons, do you use these devices?

______________________________________________________________

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? ______________________________

| | | | | | |
|---|---|---|---|---|---|
| If yes, how many hours per day do you play video games? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes, how many days per week do you play? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | __________ | __________ |
| Carrying groceries into the house | __________ | __________ |
| Cooking meals | __________ | __________ |
| Cleaning after meals | __________ | __________ |
| Cleaning bathrooms | __________ | __________ |
| Vacuuming | __________ | __________ |
| Doing the laundry | __________ | __________ |
| Opening and responding to mail | __________ | __________ |

**Lincoln/Guerrero 2668**

Lincoln Financial Group®

Managing your finances ____________________ ____________________

Balancing your checkbook ____________________ ____________________

Bathing yourself ____________________ ____________________

Styling your own hair ____________________ ____________________

Getting dressed ____________________ ____________________

Going up and down stairs ____________________ ____________________

Have you been confined to a hospital within the last 12 months? Yes _______ No _______

If Yes, please provide reason and hospital contact Information: ____________________________________

How often do you travel or take vacation? ____________________________________

Where do you go? How do you get there (transportation method)? ____________________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ____________________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ____________________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ____________________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ____________________________________

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

**Lincoln/Guerrero 2669**

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

---

Name: ______________________________ Date: ______________________________

Signature: ____________________________

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ____________________

Signature of claimant or legal representative ______________________________ Date: ____________________

Date of Birth: ____________ Claim Number: 12827197

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return to:** Kechele Gentry

**EMPLOYEE/CLAIMANT NAME:** Sabrina Guerrero **CLAIM #:** 12827197
**EMPLOYER:** Kindred At Home **DATE OF BIRTH:** ____

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Workers' Compensation | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Other income/money/benefit (describe) ____ | ____ | ____ | ____ | ____ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____

**DATE:** ____ **EMPLOYEE'S SIGNATURE:** ____

DP 409

**Lincoln/Guerrero 2672**

# Family Information Questionnaire

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return to:** Kechele Gentry

EMPLOYEE/CLAIMANT NAME: Sabrina Guerrero
CLAIM NO: 12827197
EMPLOYER/SPONSOR: Kindred At Home DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ______________ DOB: ________

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to The Lincoln National Life Insurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________________ Date: ________________

**Lincoln/Guerrero 2673**

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

EMPLOYEE/CLAIMANT NAME: Sabrina Guerrero
CLAIM NO: 12827197
EMPLOYER/SPONSOR: Kindred At Home DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ______ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ______ College: number of years: ______

Bachelor's Degree: BA /BS Major: ______ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Primary language spoken: ______ Other language(s) spoken fluently: ______

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☐ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ______

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

3. Company: ______________________ Department: ______________________ From: _________ To: _______

Job Title(s): ____________________________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ____________________________________________________________

____________________________________________________________

4. Company: ______________________ Department: ______________________ From: _________ To: _______

Job Title(s): ____________________________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ____________________________________________________________

____________________________________________________________

5. Company: ______________________ Department: ______________________ From: _________ To: _______

Job Title(s): ____________________________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ____________________________________________________________

____________________________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________________________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | | | |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: ____________ | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ________________

(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________________ Work: ____________________

**SIGNATURE:** ______________________ **PHONE NO: (    )** ______________________

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# REIMBURSEMENT AGREEMENT

**Claimant:** Sabrina Guerrero **Date of Birth:** ________

**Employer:** Kindred At Home **Policy/Plan Sponsor No.:** 09-LF0132

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:**_________________________________ **DATE:**_________________________

**EMPLOYEE'S PRINTED NAME:** Sabrina Guerrero

***Please retain a copy for your records or one can be provided upon request.***

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380
www.LincolnFinancial.com

# DISABILITY PAYMENT OPTIONS

Insurer: Disability and Life Claims
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

(Herein Referred to as "we" and "us")

Policy Number: 09-LF0132 Claim No. 12827197

Disability Date: February 26, 2022

Issued To: Kindred At Home

Address: ______________________

Claimant: Sabrina Guerrero

Address: ______________________

The policy under which you are covered provides that Disability benefits will be offset by Social Security Disability Benefits for you and your family. Lincoln Financial Group offers assistance to apply for Social Security Benefits or you can apply on your own or with your own legal representative. Once a Social Security Application is made, Lincoln Financial Group will monitor the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

We understand that the Social Security Administration has not yet made a decision concerning your benefits. Until the Social Security Administration makes a decision, your Disability benefits can be handled in one of two ways:

☐ 1. We can estimate the amount of Social Security benefits you and your spouse and family will receive and reduce your monthly policy benefit by this amount. If Social Security benefits are estimated, the monthly policy benefit will be adjusted when we receive:
(a) proof of the amount awarded by Social Security; or,
(b) written request is submitted to remove the estimate with the understanding an overpayment may result if Social Security Benefits are awarded, or
(c) proof that Social Security benefits have been denied and all appeals have been exhausted.
If your Social Security application is denied, the amount estimated will be returned to you in a lump sum within 30 days of our receipt of the final Social Security determination. If Social Security awards benefits which exceed our estimate, then we will have overpaid benefits to you and you will need to repay the overpayment.

☐ 2. We can pay you a monthly benefit with no reduction for estimated Social Security benefits until Social Security makes a decision. If Social Security does award benefits, this will result in an overpayment by us. You must supply us with a copy of the Social Security decision and repay any overpayment. In addition, if Social Security makes an award, we will reduce your future monthly policy benefits by the amount of Social Security benefits you and your spouse and family receive, according to the policy provisions.

Under either of the above approaches, if you do not repay an overpayment within 60 days of our notification or otherwise make acceptable repayment arrangements, we may offset the amount of the overpayment against any current or future benefits payable to you and take any other actions necessary to recover the overpayment. Please indicate which approach you want to use by checking box #1 or box #2 and signing this form. If you make no selection, we will use approach #2. If you have any questions, please contact us.

The The Lincoln National Life Insurance Company reserves all rights under the contract.

______________________ (Insured)

______________________ (Witness)

______________________ (Address)

______________________ (Address)

______________________ (Date)

______________________ (Date)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Form **W-4S**

Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

▶ **Give this form to the third-party payer of your sick pay.**
▶ **Go to *www.irs.gov/FormW4S* for the latest information.**

OMB No. 1545-0074

**2022**

| Your first name and middle initial | Last name | **Your social security number** |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

| | |
|---|---|
| Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |

Employee's signature ▶ Date ▶

----------------------------**Separate here and give the top part of this form to the payer. Keep the lower part for your records.** ----------------------------------

**Worksheet** (Keep for your records. Do not send to the IRS.)

| | | | |
|---|---|---|---|
| **1** | Enter amount of adjusted gross income that you expect in 2022 . . . . . . . . . . . . . . . . | **1** | |
| **2** | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2022 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Tax. Figure your tax on line 3 by using the **2022** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2021 Instructions for Form 1040 . . . . . . . | **4** | |
| **5** | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . | **5** | |
| **6** | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| **7** | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2022 or paid or to be paid with 2022 estimated tax payments . . . | **7** | |
| **8** | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| **9** | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| **10** | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . | **10** | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the IRS.

*(continued on back)*

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2022, the standard deduction amounts are:

| **Filing Status** | **Standard Deduction** |
|---|---|
| Married filing jointly or qualifying widow(er) | $25,900* |
| Head of household | $19,400* |
| Single or Married filing separately | $12,950* |

* If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional standard deduction for the elderly or blind.*** An additional standard deduction of $1,400 is allowed for a married individual (filing jointly or separately) or a qualifying widow(er) who is 65 or older or blind, $2,800 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,800 is allowed on a joint return. If both spouses are 65 or older **and** blind, an additional $5,600 is allowed on a joint return. Additional standard deductions are also allowed on your separate return for your spouse who is 65 or older and/or blind if your spouse has no gross income and can't be claimed as a dependent by another taxpayer. An additional $1,750 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,500 if 65 or older **and** blind. See the 2022 Estimated Tax Worksheet—Line 2 Standard Deduction Worksheet in Pub. 505.

***Limited standard deduction for dependents.*** If you are a dependent of another person, your standard deduction is the greater of (a) $1,150 or (b) your earned income plus $400 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual. For exceptions, see Pub. 519, U.S. Tax Guide for Aliens.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax credit and credit for other dependents, higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See the Tax Credits table in Pub. 505 for more information.

### Line 7—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2022 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2022 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $10,275 | **$0 + 10%** | **$0** |
| 10,275 | 41,775 | **1,027.50 + 12%** | **10,275** |
| 41,775 | 89,075 | **4,807.50 + 22%** | **41,775** |
| 89,075 | 170,050 | **15,213.50 + 24%** | **89,075** |
| 170,050 | 215,950 | **34,647.50 + 32%** | **170,050** |
| 215,950 | 539,900 | **49,335.50 + 35%** | **215,950** |
| 539,900 | and greater | **162,718 + 37%** | **539,900** |

### Schedule Z—Head of household

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $14,650 | **$0 + 10%** | **$0** |
| 14,650 | 55,900 | **1,465 + 12%** | **14,650** |
| 55,900 | 89,050 | **6,415 + 22%** | **55,900** |
| 89,050 | 170,050 | **13,708 + 24%** | **89,050** |
| 170,050 | 215,950 | **33,148 + 32%** | **170,050** |
| 215,950 | 539,900 | **47,836 + 35%** | **215,950** |
| 539,900 | and greater | **161,218.50 + 37%** | **539,900** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $20,550 | **$0 + 10%** | **$0** |
| 20,550 | 83,550 | **2,055 + 12%** | **20,550** |
| 83,550 | 178,150 | **9,615 + 22%** | **83,550** |
| 178,150 | 340,100 | **30,427 + 24%** | **178,150** |
| 340,100 | 431,900 | **69,295 + 32%** | **340,100** |
| 431,900 | 647,850 | **98,671 + 35%** | **431,900** |
| 647,850 | and greater | **174,253.50 + 37%** | **647,850** |

### Schedule Y-2—Married filing separately

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $10,275 | **$0 + 10%** | **$0** |
| 10,275 | 41,775 | **1,027.50 + 12%** | **10,275** |
| 41,775 | 89,075 | **4,807.50 + 22%** | **41,775** |
| 89,075 | 170,050 | **15,213.50 + 24%** | **89,075** |
| 170,050 | 215,950 | **34,647.50 + 32%** | **170,050** |
| 215,950 | 323,925 | **49,335.50 + 35%** | **215,950** |
| 323,925 | and greater | **87,126.75 + 37%** | **323,925** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

**Lincoln/Guerrero 2680**

Date: June 6, 2022

Subject: **Nursing Memorandum**

**Claim#:** 12827197

**Claimant:** Guerrero, Sabrina

**Clinical Assessment:**

This morbidly obese EE is being treated for post-acute COVID 19 by Dr. Cruz, PT, DPT (physical therapy) and Dr. Phillips, Jr. MD (internal medicine). This claim has been previously reviewed by MDS on 4/25/22. Please see previous MDS review in associated STD claim 12532598 for additional information and pertinent comorbid diagnoses. ONVS dated 5/9/22 with Dr. Phillips indicates the EE continues to have fatigue and shortness of breath with activity. She is currently attending physical therapy twice a week. She reports she is exhausted all the time. The EE is noted to have a normal exam in office. She is referred for a stress echo (heart imaging) to check for cardiac involvement and is encouraged to continue with CPAP (nighttime breathing machine for sleep apnea) usage. Physical therapy notes dated 5/10/22 with Dr. Cruz indicates the EE reports feeling weak and having to take breaks often when doing activities of daily living. She has pain in the right knee that is aggravated with standing and walking along with noted difficulty breathing when laying flat. A restrictions form dated 5/20/22 from Dr. Phillips indicates the EE is unable to perform all job functions through 6/20/22 due to fatigue and shortness of breath. Based on the medical available for review with indication of continued physical therapy, fatigue, ongoing shortness of breath and referral for ongoing work up NDC finds that R&LS of no more than activities of daily living is reasonable and supported through 6/20/22. Should RTW not occur NDC recommends CS obtain updated medical from Dr. Phillips and physical therapy to include plan of care, assessments, updated diagnostics, therapy notes, ERTW and R&LS. CS updated. NDC removed from assignment.

Carolynn, S., BSN, RN

Nurse Disability Consultant, Lincoln Financial Group

sharecare

LINCOLN NATIONAL LIFE INSURANCE
COMPANY
PO BOX 2578
OMAHA NE 68172

9081097

SABRINA GUERRERO

TN200
May 19 2022 12:55 PM

**CONFIDENTIAL - MEDICAL RECORDS**

6

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 16, 2022 |
| To: | TENNOVA BARIATRIC<br>RECEIVED MAY 16 2022 BY: |
| Attn: | Medical Records |
| Fax: | (865) 218-7109 |
| From: | Kechele Gentry<br>Claims Examiner<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Kindred At Home |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 16, 2022

Tennova Bariatric

RE: Long Term Disability (LTD) Benefits
Kindred At Home
Claim #: 12827197 ✓
Claimant: Sabrina Guerrero
Claimant D.O.B.: ✓

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

✓ • Office treatment notes, test results, prescription histories, and treatment plans from May 4, 2022 through present

• Completion of the Enclosed Forms:

_X_ Restrictions Form
___ Other

We ask that you provide this information by May 23, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kechele Gentry
Claims Examiner
Phone No.: (800) 291-0112 Ext. 59670
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334 0360

# Restrictions Form

Return To: Kechele Gentry

Sabrina Guerrero — Employee /Claimant Name ✓ | Date of Birth ✓ | 12827197 — Claim Number

To be completed by physician:

1. DATE FIRST TREATED –
   DATE LAST TREATED –
   NEXT OFFICE VISIT –
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES
2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally, sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.
4. RESTRICTIONS IMPOSED FROM ______ TO ______.
5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ______
6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______ TO ______.

Lincoln/Guerrero 2686

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree AND Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

Lincoln/Guerrero 2687

sharecare

Turkey Creek Medical Center
10820 Parkside Dr
Knoxville, TN, 37934-1956

LINCOLN NATIONAL LIFE INSURANCE COMPANY
PO BOX 2578
OMAHA, NE, 68172

2022-05-19

RE: Request for Release of Information for Patient: **SABRINA GUERRERO**
Request ID: 9081097

Dear Sir/Madam,

This letter serves as notification there are one or more issues with attempting to complete your release of information request. Please see below for specific information.

1. Please provide a completed, HIPAA compliant AUTHORIZATION. [45 CFR 164.508]

Please review the above items and submit any required updated documentation to the address listed in the upper right hand corner.

Thank you,

Sharecare Health Data Services, LLC for
Turkey Creek Medical Center



**Lincoln/Guerrero 2688**

# * Final Report *

UNIVERSITY OF TENNESSEE MEDICAL CENTER AND PHYSICIAN OFFICES
1924 Alcoa Highway ** Knoxville, TN 37920
(865) 305-9000

## URGENT CARE OFFICE VISIT NOTE

**Patient Information**
**Patient Name:** GUERRERO, SABRINA
**DOB:**
**MRN:** 2245959
**FIN:** 2375009

**Primary Care Physician**
Phillips JR (Talbott, TN), Floyd Edward

**Chief Complaint**
Tested for covid on 2/7 Postive result on 2/8. Still with cough, congestion, Nausea, diarrhea, and fatigue.

**Date of Service**
02/15/2022

**History of Present Illness**
Very pleasant 52-year-old female presents to the clinic for evaluation of cough, congestion, fatigue, nausea and occasional diarrhea. Patient states she has tested positive for Covid on the eighth. Patient said her symptoms began on 4 February with fever, chills, body aches, cough, congestion, fatigue, nausea and diarrhea. Patient states she is greater than 24 hours without fever and the last time she had chills was yesterday. Patient does endorse occasional wheeze and shortness of breath with activity. Patient states that while her some of her symptoms have resolved she is continuing to have a constant cough and shortness of breath. Patient has tried Tessalon Perles 100 mg which has not helped.

**Review of Systems**
* if + in front of ROS= positive today, if no + then negative.
Constitutional: [ +fevers, +chills, sweats, weight loss, changes in appetite]
Eye: [ loss of vision, double vision, blurry vision]
ENMT: [ ear pain, +nasal congestion, +sinus congestion, sore throat]
Respiratory: [ +shortness of breath, +cough, +wheezing]
Cardiovascular: [ chest pain, palpitations, edema]
Gastrointestinal: [+nausea, vomiting, +diarrhea, constipation, abdominal pain]
Genitourinary: [ hematuria, dysuria, frequency, hesitancy]
Hema/Lymph: [ bruising, bleeding, swollen lymph glands]
Endocrine: [excessive thirst, excessive hunger, changes to skin, hair, or nails]
Musculoskeletal: [ back pain, neck pain, joint pain, muscle pain, decreased range of motion, weakness]
Integumentary: [ rash, pruritus, skin lesions]
Neurologic: [ headaches, loss of consciousness, dizziness, memory loss, confusion]
Psychiatric: [ anxiety, suicidal ideation, depression]

**Physical Exam**
**Vital Signs**
Temperature Tympanic: 97.9 DegF Pulse Rate: 97 bpm Respiratory Rate: 16 rpm SpO2: 98 % Admission Weight lbs: 372 lb Dosing Weight: 169.09 kg

**Past Medical History/Problem List**
*HTN (hypertension)
*Obesity

**Medications**
Inpatient
No active inpatient medications
Home
Albuterol (Eqv-ProAir HFA) 90 mcg/inh inhalation aerosol, 2 puff, INHALATION, Q6H
aspirin 81 mg oral enteric coated tablet, 81 mg= 1 tab, PO, Q DAY
benazepril 20 mg oral tablet, 20 mg= 1 tab, PO, Q DAY
calcitriol 0.5 mcg oral capsule, 0.5 mcg= 1 CAP, PO, Q DAY
cetirizine 10 mg oral tablet, 10 mg= 1 tab, PO, Q DAY
chlophedianol-dexbrompheniramine 12.5 mg-1 mg/5 mL oral liquid, 10 mL, PO, Q6H PRN, PRN
dexamethasone 4 mg oral tablet, 4 mg= 1 tab, PO, BID
Diflucan 150 mg oral tablet, 150 mg= 1 tab, PO, Q72H
doxycycline hyclate 100 mg oral capsule, 100 mg= 1 CAP, PO, BID
Lexapro 10 mg oral tablet, 10 mg= 1 tab, PO, Q DAY
magnesium oxide 400 mg oral tablet, 400 mg= 1 tab, PO, Q DAY
meloxicam 15 mg oral tablet, 15 mg= 1 tab, PO, Q DAY
ondansetron 4 mg oral tablet, 4 mg, PO, Q6H PRN, PRN
Ozempic (1 mg dose), SUBCUTANEOUS, Q WEEK
Vitamin D3 50 mcg (2000 intl units) oral tablet, PO, Q DAY

**Allergies**
sulfADIAZINE

Gen: Alert, ill appearing
HEENT: nose, mouth, and throat clear, trachea midline.
Chest: CTAB, normal WOB, constant cough
CV: rrr , S1/S2
Abd: soft, nontender, nondistended
Ext: MAEW. Ambulatory.
Neuro/psych: normal mood and affect
Lymph: No cervical or supraclavicular lymphadenopathy

**Assessment/Plan**

1. Acute bronchitis due to COVID-19 virus
 1 g Rocephin and 8 mg of Decadron IM given in clinic, risks and benefits discussed with patient who wishes to proceed with injections. Patient states she is not diabetic but has been taking Ozempic as prescribed by her endocrinologist. I will begin patient on doxycycline hyclate 1 cap p.o. twice daily for 10 days. Decadron 4 mg 1 tab p.o. twice daily for 7 days. Albuterol HFA 1 to 2 puffs every 4-6 hours as needed for shortness of breath and wheeze. Clos hist cough syrup 5 to 10 mL p.o. every 6 hours as needed for cough. Diflucan per patient request 150 mg every 72 hours x3 doses. Patient states she gets frequent yeast infections especially with antibiotics. Advised patient to continue OTC medications for symptom management, increase fluids to maintain p.o. hydration and rest. I did suggest patient not return to work for the rest of this week, patient agreeable and states she has to be cleared to return by occupational health. Advised patient if symptoms persist or worsen to return to clinic or go to emergency department. Patient verbalized understanding was escorted from clinic with no further questions or needs at this time.

2. Cough
 See #1

3. SOB (shortness of breath)
 See #1

**Orders Associated with This Visit**

albuterol 2 puff INHALATION
cefTRIAXone 1 g IM
chlophedianol-dexbrompheniramine 10 mL PO
dexamethasone 8 mg IM
dexamethasone 1 tab 4 mg PO
doxycycline 1 CAP 100 mg PO
fluconazole 1 tab 150 mg PO
Office Visit Level 3 Est 99213

**Instructions to Medical Records:**

END REQUEST

**Signature Line**

Electronically Signed By: Williams NP AMB, Kristy L 02/15/2022 20:18 EST
Authenticated By: Williams NP AMB, Kristy L 02/15/2022 20:18 EST

| | |
|---|---|
| Result Type: | Amb Urgent Care Note |
| Result Date: | February 15, 2022 20:18 EST |
| Result Status: | Auth (Verified) |
| Result Title: | Urgent Care Office Visit Note |
| Performed By: | Williams NP AMB, Kristy L on February 15, 2022 20:18 EST |
| Verified By: | Williams NP AMB, Kristy L on February 15, 2022 20:18 EST |
| Encounter info: | A00002375009, AMB UT Urgent Care Sevierville, Clinic, 02/15/2022 - 02/15/2022 |

**Guerrero, Sabrina** DOB:
Patient ID: Age: **53**
Specimen ID: **123-462-1241-0** Sex: **Female**

## Patient Report

Account Number: **41027710**
Ordering Physician: **C VANOSDALE**

labcorp

Ordered Items: **CBC/Diff Ambiguous Default; Comp. Metabolic Panel (14); Iron and TIBC; Folate (Folic Acid), Serum; Vitamin A, Serum; Vitamin D, 25-Hydroxy; Vitamin B12; Magnesium; Copper, Serum or Plasma; Zinc, Plasma or Serum; Ferritin; PTH, Intact; Ambig Abbrev CMP14 Default; Venipuncture**

Date Collected: **05/03/2022** Date Received: **05/03/2022** Date Reported: **05/13/2022** Fasting: **No**

## CBC/Diff Ambiguous Default

| Test | Current Result and Flag | | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|---|
| WBC [01] | 9.3 | | | x10E3/uL | 3.4-10.8 |
| RBC [01] | 5.02 | | | x10E6/uL | 3.77-5.28 |
| Hemoglobin [01] | 15.1 | | | g/dL | 11.1-15.9 |
| Hematocrit [01] | 45.5 | | | % | 34.0-46.6 |
| MCV [01] | 91 | | | fL | 79-97 |
| MCH [01] | 30.1 | | | pg | 26.6-33.0 |
| MCHC [01] | 33.2 | | | g/dL | 31.5-35.7 |
| RDW [01] | 13.9 | | | % | 11.7-15.4 |
| Platelets [01] | 277 | | | x10E3/uL | 150-450 |
| Neutrophils [01] | 64 | | | % | Not Estab. |
| Lymphs [01] | 26 | | | % | Not Estab. |
| Monocytes [01] | 6 | | | % | Not Estab. |
| Eos [01] | 3 | | | % | Not Estab. |
| Basos [01] | 1 | | | % | Not Estab. |
| Neutrophils (Absolute) [01] | 5.9 | | | x10E3/uL | 1.4-7.0 |
| Lymphs (Absolute) [01] | 2.4 | | | x10E3/uL | 0.7-3.1 |
| Monocytes(Absolute) [01] | 0.6 | | | x10E3/uL | 0.1-0.9 |
| Eos (Absolute) [01] | 0.3 | | | x10E3/uL | 0.0-0.4 |
| Baso (Absolute) [01] | 0.1 | | | x10E3/uL | 0.0-0.2 |
| Immature Granulocytes [01] | 0 | | | % | Not Estab. |
| Immature Grans (Abs) [01] | 0.0 | | | x10E3/uL | 0.0-0.1 |
| NRBC [01] | 0 | | | % | 0 - 0 |

## Comp. Metabolic Panel (14)

| Test | Current Result and Flag | | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|---|
| ▲ **Glucose** [01] | **102** | **High** | | mg/dL | 65-99 |
| BUN [01] | 15 | | | mg/dL | 6-24 |
| Creatinine [01] | 0.64 | | | mg/dL | 0.57-1.00 |
| eGFR | 106 | | | mL/min/1.73 | >59 |
| BUN/Creatinine Ratio | 23 | | | | 9-23 |
| Sodium [01] | 141 | | | mmol/L | 134-144 |
| Potassium [01] | 4.2 | | | mmol/L | 3.5-5.2 |
| Chloride [01] | 102 | | | mmol/L | 96-106 |
| Carbon Dioxide, Total [01] | 22 | | | mmol/L | 20-29 |
| Calcium [01] | 9.3 | | | mg/dL | 8.7-10.2 |
| Protein, Total [01] | 6.7 | | | g/dL | 6.0-8.5 |
| Albumin [01] | 4.0 | | | g/dL | 3.8-4.9 |



©2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 877-914-9705

**Lincoln/Guerrero 2692**

## Comp. Metabolic Panel (14) (Cont.)

| | Test | Current Result and Flag | | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|---|---|
| | Globulin, Total | 2.7 | | | g/dL | 1.5-4.5 |
| | A/G Ratio | 1.5 | | | | 1.2-2.2 |
| | Bilirubin, Total [01] | 0.2 | | | mg/dL | 0.0-1.2 |
| ▲ | **Alkaline Phosphatase** [01] | **158** | **High** | | IU/L | 44-121 |
| | AST (SGOT) [01] | 16 | | | IU/L | 0-40 |
| | ALT (SGPT) [01] | 30 | | | IU/L | 0-32 |

## Iron and TIBC

| | Test | Current Result and Flag | | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|---|---|
| | Iron Bind.Cap.(TIBC) | 355 | | | ug/dL | 250-450 |
| | UIBC [01] | 313 | | | ug/dL | 131-425 |
| | Iron [01] | 42 | | | ug/dL | 27-159 |
| ▼ | **Iron Saturation** | **12** | **Low** | | % | 15-55 |

## Folate (Folic Acid), Serum

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| Folate (Folic Acid), Serum [01] | 17.4 | | ng/mL | >3.0 |
| Note: [01] | | | | |

A serum folate concentration of less than 3.1 ng/mL is
considered to represent clinical deficiency.

## Vitamin A, Serum

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| Vitamin A [02] | 47.8 | | ug/dL | 20.1-62.0 |

Reference intervals for vitamin A determined from LabCorp internal
studies. Individuals with vitamin A less than 20 ug/dL are considered
vitamin A deficient and those with serum concentrations less than
10 ug/dL are considered severely deficient.
This test was developed and its performance characteristics
determined by LabCorp. It has not been cleared or approved
by the Food and Drug Administration.

## Vitamin D, 25-Hydroxy

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| Vitamin D, 25-Hydroxy [01] | 69.8 | | ng/mL | 30.0-100.0 |

Vitamin D deficiency has been defined by the Institute of
Medicine and an Endocrine Society practice guideline as a
level of serum 25-OH vitamin D less than 20 ng/mL (1,2).
The Endocrine Society went on to further define vitamin D
insufficiency as a level between 21 and 29 ng/mL (2).

1. IOM (Institute of Medicine). 2010. Dietary reference
   intakes for calcium and D. Washington DC: The
   National Academies Press.
2. Holick MF, Binkley NC, Bischoff-Ferrari HA, et al.
   Evaluation, treatment, and prevention of vitamin D
   deficiency: an Endocrine Society clinical practice
   guideline. JCEM. 2011 Jul; 96(7):1911-30.



©2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 877-914-9705

**Lincoln/Guerrero 2693**

## Vitamin B12

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| Vitamin B12 [01] | 771 | | pg/mL | 232-1245 |

## Magnesium

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| Magnesium [01] | 2.1 | | mg/dL | 1.6-2.3 |

## Copper, Serum or Plasma

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| Copper, Serum or Plasma [A, 02] | 126 | | ug/dL | 80-158 |

Detection Limit = 5

## Zinc, Plasma or Serum

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| Zinc, Plasma or Serum [A, 02] | 62 | | ug/dL | 44-115 |

Detection Limit = 5

## Ferritin

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| Ferritin [01] | 49 | | ng/mL | 15-150 |

## PTH, Intact

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| PTH, Intact [01] | 56 | | pg/mL | 15-65 |

## Ambig Abbrev CMP14 Default

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| Ambig Abbrev CMP14 Default [01] | | | | |

A hand-written panel/profile was received from your office. In accordance with the LabCorp Ambiguous Test Code Policy dated July 2003, we have completed your order by using the closest currently or formerly recognized AMA panel. We have assigned Comprehensive Metabolic Panel (14), Test Code #322000 to this request. If this is not the testing you wished to receive on this specimen, please contact the LabCorp Client Inquiry/Technical Services Department to clarify the test order. We appreciate your business.

**Disclaimer**
The Previous Result is listed for the most recent test performed by Labcorp in the past 5 years where there is sufficient patient demographic data to match the result to the patient. Results from certain tests are excluded from the Previous Result display.

**Icon Legend**
▲ Out of Reference Range ■ Critical or Alert

**Comments**
A: This test was developed and its performance characteristics determined by Labcorp. It has not been cleared or approved by the Food and Drug Administration.



©2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00
This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 877-914-9705

**Performing Labs**
01: TNLCA - Labcorp Knoxville 1924 Alcoa Hwy Box 108, Knoxville, TN, 37920-1511 Dir: Lisa D Duncan, MD
02: BN - Labcorp Burlington 1447 York Court, Burlington, NC, 27215-3361 Dir: Sanjai Nagendra, MD
For Inquiries, the physician may contact Branch: 865-305-9705 Lab: 877-914-9705

Patient Details
**Guerrero, Sabrina**

Phone:
Date of Birth:
Age: **53**
Sex: **Female**
Patient ID:
Alternate Patient ID:

Physician Details
**C VANOSDALE**
**Tennova Bariatric Surgery**
**10810 Parkside Dr Plaza 1 #305, Knoxville, TN, 37934**

Phone**: 865-392-3971**
Account Number: **41027710**
Physician ID:
NPI: **1487002432**

Specimen Details
Specimen ID: **123-462-1241-0**
Control ID: **45032554900**
Alternate Control Number:
Date Collected: **05/03/2022 1446 Local**
Date Received: **05/03/2022 0000 ET**
Date Entered: **05/03/2022 1533 ET**
Date Reported: **05/13/2022 0507 ET**
Rte: **00**



©2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 877-914-9705

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 16, 2022 |
| To: | PHILLIPS HEALTHCARE |
| Attn: | Medical Records |
| Fax: | (423) 839-2125 |
| From: | Kechele Gentry<br>Claims Examiner<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Kindred At Home |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 16, 2022

Phillips Healthcare

RE: Long Term Disability (LTD) Benefits
Kindred At Home
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 7, 2022 through present

- Completion of the Enclosed Forms:

  X Restrictions Form
  ___ Other

We ask that you provide this information by May 23, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kechele Gentry
Claims Examiner
Phone No.: (800) 291-0112 Ext. 59670
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

Return To: Kechele Gentry

| Sabrina Guerrero | | 12827197 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

**To be completed by physician:**

1. DATE FIRST TREATED – 02.07.22
   DATE LAST TREATED – 05.09.22
   NEXT OFFICE VISIT – not scheduled at this time

   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

N/A

- ☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*. 2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   unable to perform all job functions

4. RESTRICTIONS IMPOSED FROM 02.07.22 TO 06.20.22

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ______

   physical therapy

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

   fatigue, dyspnea

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ________ TO ________.

| | | |
|---|---|---|
| F.E. Phillips, Jr. MD | M.D. Internal Medicine | 47-3264155 |
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| 6890 West A.J. Hwy | 423.839.2120 | 423.839.2125 |
| Street Address | Telephone Number | Fax Number |
| Talbott, TN 37877 | FE Phillips | 05.20.22 |
| City, State & Zip Code | Signature | Date |

**PHILLIPS HEALTHCARE GROUP, PC** **04/06/2022**

**Patient:** GUERRERO, SABRINA M (Female)

**DOB:** (53)
**Previous First Name:**
**Previous Last Name:**
**Race:** White
**Language:** English
**Ethnicity:** Not Hispanic or Latino
**Sexual Orientation:**
**Gender Identity:**

**Encounter ID:** 040622-139180425
**Primary Ins:** Blue Cross Blue Shield Tennessee (BCBS TN) *

**Location:** PHILLIPS HEALTHCARE GROUP, PC (Service Location)
6890 W. A. J. HWY
Talbott,TN 37877-0879
(423)839-2120 Ext:0

**Provider:** Floyd Edward Phillips, MD

**Referring:**
**Servicing Provider:** Phillips, Floyd

## Subjective

### Chief Complaint: Shortness Of Breath, Swelling

### History of Present Illness - Shortness Of Breath

**Quality**

**Reported:** rapid shallow breathing; wheezing; exertional.
**Denied:** dyspnea at rest.

**Severity**

**Reported:** intermittent.

**Duration**

**Reported:** more than 1 month.

**Context**

**Reported:** Pt in office today for dyspnea with exertion since February. States that she tested positive for COVID on 2/7/22 and has had dyspnea since. Pt states that her O2 at home has been in the 90's. Pt also has had a non-productive cough. States that she has started physical therapy and has had 2 sessions. Also having pain in her right calf. knh

**Associated Signs and Symptoms**

**Reported:** cough; ; non-productive; calf pain, ; right.
**Denied:** chest pain.

### History of Present Illness - Swelling

**Location**

**Reported:** foot, ; bilateral.

**Severity**

**Reported:** moderate.

**Duration**

**Reported:** less than 1 week.

**Context**

**Reported:** Pt in office today for swelling in both feet that started Friday/Saturday. Pt states that she has had shortness of breath but that has been going on since COVID. knh

**Associated Signs and Symptoms**

**Reported:** dyspnea.
**Denied:** pain, skin changes.

## Medication History:

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 03/17/2022 | cefdinir 300 mg capsule | 2 capsule by mouth daily | 20 | 0 | Active |
| 03/17/2022 | Medrol (Pak) 4 mg tablets in a dose pack | 6 tablet by mouth as directed; take as directed in the packet | 1 | 0 | Active |
| 03/17/2022 | albuterol sulfate HFA 90 mcg/actuation aerosol inhaler | 2 puff inhale every 4-6 hours as needed (PRN); prn cough, wheeze, or SOB | 1 | 5 | Active |
| 02/24/2022 | Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler | 2 puff inhale twice a day; Rinse mouth after each use. | 1 | 2 | Active |
| 01/28/2022 | ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule | 1 capsule by mouth 2 times weekly | 9 | 11 | Active |
| 12/17/2021 | meloxicam 15 mg tablet | 1 tablet by mouth daily | 30 | 11 | Active |
| 12/10/2021 | escitalopram 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 11/04/2021 | nystatin 100,000 unit/gram topical powder | 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed. | 90 | 5 | Active |
| 11/04/2021 | benazepril 10 mg tablet | 2 tablet by mouth daily | 180 | 1 | Active |
| 04/15/2021 | cetirizine 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 12/31/2018 | MM-Zyme tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 3 | Active |
| 07/03/2017 | cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution | 1 mL intramuscular once a month | 3 | 11 | Active |

## Allergies:

| Allergen | Severity | Adverse Reactions | Onset Date | Type | Source | Status |
|---|---|---|---|---|---|---|
| Sulfa (Sulfonamide Antibiotics) | Mild | | | Allergy to Substance | Patient | Active |

## Social History:

| Tobacco | Usage Status | Last Used | Daily Usage | Packaging | Years | Life History | Cessation Attempts | Last Cessation Rx |
|---|---|---|---|---|---|---|---|---|
| Cigarettes | Former smoker | | | Packs | | | | |

| Alcohol | Usage Status | Last Used | Usage Number | Packaging | Measurement Time |
|---|---|---|---|---|---|
| Beer | Occasional | | | | |

## Medical History:

**Positive History**

| Condition | Physician | Hospitalization | Hosp Date | Hospital |
|---|---|---|---|---|
| Hypertension | | | | |
| Vitamin D deficiency | | | | |
| Nasal Allergies | | | | |
| Insomnia | | | | |
| Anemia | | | | |

## Surgical History:

**Positive History**

| Condition | Physician | Hospitalization | Hosp Date | Hospital |
|---|---|---|---|---|

**Arthroscopy of knee joint**

**Gastric Bypass, Bone Spur Removal**

## Immunization History:

| Vaccine | Brand Name | Dose | Date Given | Route | Site | Initials |
|---|---|---|---|---|---|---|
| Fluzone, Quadrivalent 5.0 mL Multidose Vial | Sanofi | 0.5 mL | 12/4/2017 | IM | RD | akm |

## Family History:

| Type | Sex | Status | Age | Name | Negative History | Positive History | Onset Date | Positive Comment | Negative Comment |
|---|---|---|---|---|---|---|---|---|---|
| Father | M | Alive | | | | Cancer<br>Cholesterol High<br>Diabetes<br>Hypertension<br>MI<br>Obesity<br>Stroke | | | |
| Mother | F | Alive | | | | Cholesterol High | | | |

## Review of Systems:

**Constitutional**
**Denied:** Fever. Weight loss. Chills. Weakness. Weight gain.

**Head**
**Denied:** Headaches. dizziness. Fainting. Head Injury.

**Eyes**
**Denied:** Blurry Vision. Vision Loss. Eye Pain. Redness. Infections.

**ENT**

**Nose**
**Denied:** Discharge. Infections. Nosebleeds.

**Mouth**
**Denied:** Postnasal drip. Hoarseness.

**Ears**
**Denied:** Discharge. Dizziness. Infections. Pain.

**Respiratory**
**Reported:** Cough. Short of Breath. Wheezing.
**Denied:** Coughing Blood.

**Cardiovascular**
**Reported:** Short of Breath - Exertion. Edema.
**Denied:** Chest pain. High Blood Pressure. Palpitations. Leg Pain - Walking.

**Gastrointestinal**
**Denied:** Abdominal pain. Change in stool color. Nausea. Diarrhea. Vomiting. Rectal bleeding. Constipation. Heartburn. Infections.

**Musculoskeletal**
**Denied:** Weakness. Joint pain.

**Psychiatric**
**Denied:** Behavioral Change. Disorientation. Memory loss.

**Skin**
**Denied:** Rashes.

**Neurological**
**Denied:** Fainting. Paralysis. Headaches. numbness.

**Endocrine**
**Denied:** Fatigue.

**Hematologic/Lymph**
**Denied:** Bleeding Easily. Blood Clots.

**Allergic/Immunologic**
**Denied:** Coughing. Runny Nose. Sneezing.

## Objective

### Vital Signs:

**Blood Pressure**

| Artery | Body Side | Position | Pressure | Flag |
|---|---|---|---|---|
| Brachial | Left | Sitting | 120/84 | Normal |

**Pulse**

| Artery | Body Side | Rhythm | Quality | Pulse Rate | Flag |
|---|---|---|---|---|---|
| Radial | Left | Regular | Normal | 90 | Normal |

**Respirations**

| Rate | Quality | Rhythm | Pulse Ox | Air | Inhaled $O_2$ Concentration | Method | Peak Flow | Flag |
|---|---|---|---|---|---|---|---|---|
| 24/min | Normal | NORMAL | 98% | Room Air | | | | High |

**Temperature**

| Method | Temperature F | Flag |
|---|---|---|
| Right Tympanic Membrane | 97.9 | Normal |

**Height, Weight, BMI and Measurements**

| Height | Weight | BMI | Flag | Head | Neck | Waist |
|---|---|---|---|---|---|---|
| 5' 5" | 383 (lb) | 63.7 | Obese | | | |

### Physical Exam:

**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed.

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

**Eyes**

**External Eye**

The eyelids are without lesions. The sclera is white and the conjunctiva pink.

**Respiratory**

**Effort**

The patient is relaxed and breathes without effort. The patient is not cyanotic. There is no acessory muscle use or intercostal retractions.

**Auscultation**

There are no crackles, wheezes, rhonchi, stridor or pleural rubs. There is no bronchophony, egophony, or whispered pectoriloquy.

**Cardiovascular**

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Edema / PVD**

There is no pitting edema of the lower extremities.There are no changes consistent with arterial insufficiency; there are no varicosities or stasis changes. Calves are supple and nontender.

**Psychiatric**

**Orientation**

The patient is oriented to time, place and person.

## Assessment

**Diagnosis:**

| Description | Code | Problem | Comment |
|---|---|---|---|
| Shortness Of Breath | R0602 | | |
| Localized Edema | R600 | | |

## Plan

**Procedure Coding:**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Mod | 99214 | 1 UN | | |
| Syst Bp Lt 130 Mm Hg | 3074F | 1 UN | | |
| Diast Bp 80-89 Mm Hg | 3079F | 1 UN | | |

**Prescribe:**

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 04/12/2022 | cefdinir 300 mg capsule | 2 capsule by mouth daily | 20 | 0 | Completed |
| 04/12/2022 | Medrol (Pak) 4 mg tablets in a dose pack | 6 tablet by mouth as directed; take as directed in the packet | 1 | 0 | Completed |

**Care Plan:**

**Shortness of breath**

**Short Of Breath**

- Patient is about a month COVID and is experiencing post-COVID shortness of breath.
- We discussed PFTâ??s for evaluation for residual from her Covid Infection
- Will need graduated rehab plan to increase pulmonary reserve and cardiopulmonary conditioning.

**Localized edema**

**Edema**

- Pt with minimal swelling and will follow up after recommending TED hose and foot elevation

**Problem List:**

| Description | Diagnosis | Onset Date | Resolution | Provider | Type | Status |
|---|---|---|---|---|---|---|
| Benign Essential Hypertension (disorder) | 1201005 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |
| Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) | 267517008 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |
| Vitamin D Deficiency (disorder) | 34713006 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |
| Post-Gastrointestinal Tract Surgery Malnutrition (disorder) | 197484002 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |
| Iron Deficiency Anemia (disorder) | 87522002 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |

**PHILLIPS HEALTHCARE GROUP, PC** **05/09/2022**

**Patient:** GUERRERO, SABRINA M (Female)

(

**DOB:** (53)
**Previous First Name:**
**Previous Last Name:**
**Race:** White
**Language:** English
**Ethnicity:** Not Hispanic or Latino
**Sexual Orientation:**
**Gender Identity:**

**Encounter ID:** 050922-141130966
**Primary Ins:** Blue Cross Blue Shield Tennessee (BCBS TN) *

**Location:** PHILLIPS HEALTHCARE GROUP, PC (Service Location)
6890 W. A. J. HWY
Talbott,TN 37877-0879
(423)839-2120 Ext:0

**Provider:** Floyd Edward Phillips, MD

**Referring:**
**Servicing Provider:** Phillips, Floyd

# Subjective

### Chief Complaint: Follow Up Covid-19

### History of Present Illness - Follow Up Covid-19

**Severity**

Reported: moderate.

**Duration**

Reported: 3 months.

**Timing**

Reported: f/u Covid-19.

**Context**

Reported: Pt in office today for f/u on Covid-19 diagnosis from 02/07/22. Pt c/o fatigue and dyspnea with activity. Pt states she is currently doing PT 2x/week. Pt states she is just exhausted all the time. cbm

**Modifying Factors**

Reported: PT.

**Associated Signs and Symptoms**

Reported: fatigue, dyspnea with activity.

### Medication History:

| Date | Medication | Sig | # | Refill | Status |
|---|---|---|---|---|---|
| 04/27/2022 | cetirizine 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 03/17/2022 | albuterol sulfate HFA 90 mcg/actuation aerosol inhaler | 2 puff inhale every 4-6 hours as needed (PRN); prn cough, wheeze, or SOB | 1 | 5 | Active |
| 02/24/2022 | Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler | 2 puff inhale twice a day; Rinse mouth after each use. | 1 | 2 | Active |
| 01/28/2022 | ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule | 1 capsule by mouth 2 times weekly | 9 | 11 | Active |
| 12/17/2021 | meloxicam 15 mg tablet | 1 tablet by mouth daily | 30 | 11 | Active |
| 12/10/2021 | escitalopram 10 mg tablet | 1 tablet by mouth daily | 90 | 4 | Active |
| 11/04/2021 | benazepril 10 mg tablet | 2 tablet by mouth daily | 180 | 1 | Active |
| 11/04/2021 | nystatin 100,000 unit/gram topical powder | 1 application on the skin three times a day; May use up to 4 g/d over entire body as | 90 | 5 | Active |

| | | | | | |
|---|---|---|---|---|---|
| | | needed. | | | |
| 12/31/2018 | MM-Zyme tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 | 3 | Active |
| 07/03/2017 | cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution | * 1 mL intramuscular once a month | 3 | 11 | Active |

## Allergies:

| Allergen | Severity | Adverse Reactions | Onset Date | Type | Source | Status |
|---|---|---|---|---|---|---|
| Sulfa (Sulfonamide Antibiotics) | Mild | | | Allergy to Substance | Patient | Active |

## Social History:

| Tobacco | Usage Status | Last Used | Daily Usage | Packaging | Years | Life History | Cessation Attempts | Last Cessation Rx |
|---|---|---|---|---|---|---|---|---|
| Cigarettes | Former smoker | | | Packs | | | | |

| Alcohol | Usage Status | Last Used | Usage Number | Packaging | Measurement Time |
|---|---|---|---|---|---|
| Beer | Occasional | | | | |

## Medical History:

**Positive History**

| Condition | Physician | Hospitalization | Hosp Date | Hospital |
|---|---|---|---|---|
| **Hypertension** | | | | |
| **Vitamin D deficiency** | | | | |
| **Nasal Allergies** | | | | |
| **Insomnia** | | | | |
| **Anemia** | | | | |

## Surgical History:

**Positive History**

| Condition | Physician | Hospitalization | Hosp Date | Hospital |
|---|---|---|---|---|
| **Arthroscopy of knee joint** | | | | |
| **Gastric Bypass, Bone Spur Removal** | | | | |

## Immunization History:

| Vaccine | Brand Name | Dose | Date Given | Route | Site | Initials |
|---|---|---|---|---|---|---|
| Fluzone, Quadrivalent 5.0 mL Multidose Vial | Sanofi | 0.5 mL | 12/4/2017 | IM | RD | akm |

## Family History:

| Type | Sex | Status | Age | Name | Negative History | Positive History | Onset Date | Positive Comment | Negative Comment |
|---|---|---|---|---|---|---|---|---|---|
| Father | M | Alive | | | | Cancer<br>Cholesterol High<br>Diabetes<br>Hypertension<br>MI<br>Obesity<br>Stroke | | | |
| Mother | F | Alive | | | | Cholesterol High | | | |

**Review of Systems:**

**Constitutional**
**Reported:** Fatigue.
**Denied:** Fever. Weight loss. Chills. Weakness. Weight gain.

**Head**
**Denied:** Headaches. dizziness. Fainting. Head Injury.

**Eyes**
**Denied:** Blurry Vision. Vision Loss. Eye Pain. Redness. Infections.

**ENT**

**Nose**
**Denied:** Discharge. Infections. Nosebleeds.

**Mouth**
**Denied:** Postnasal drip. Hoarseness.

**Ears**
**Denied:** Discharge. Dizziness. Infections. Pain.

**Respiratory**
**Reported:** Short of Breath.
**Denied:** Coughing Blood. Cough.

**Cardiovascular**
**Reported:** Short of Breath - Exertion. High Blood Pressure.
**Denied:** Chest pain. Palpitations. Leg Pain - Walking.

**Gastrointestinal**
**Denied:** Abdominal pain. Change in stool color. Nausea. Diarrhea. Vomiting. Rectal bleeding. Constipation. Heartburn. Infections.

**Musculoskeletal**
**Denied:** Weakness. Joint pain.

**Psychiatric**
**Denied:** Behavioral Change. Disorientation. Memory loss.

**Skin**
**Denied:** Rashes.

**Neurological**
**Denied:** Fainting. Paralysis. Headaches. numbness.

**Endocrine**
**Reported:** Fatigue.

**Hematologic/Lymph**
**Denied:** Bleeding Easily. Blood Clots.

**Allergic/Immunologic**
**Denied:** Coughing. Runny Nose. Sneezing.

## Objective

**Vital Signs:**

**Blood Pressure**

| Artery | Body Side | Position | Pressure | Flag |
|---|---|---|---|---|
| Brachial | Left | Sitting | 118/78 | Normal |

**Pulse**

| Artery | Body Side | Rhythm | Quality | Pulse Rate | Flag |
|---|---|---|---|---|---|
| Radial | Left | Regular | Normal | 96 | Normal |

**Respirations**

| Rate | Quality | Rhythm | Pulse Ox | Air | Inhaled $O_2$ Concentration | Method | Peak Flow | Flag |
|---|---|---|---|---|---|---|---|---|
| 20/min | Normal | NORMAL | 97% | Room Air | | | | Normal |

**Temperature**

| Method | Temperature F | Flag |
|---|---|---|
| Right Tympanic Membrane | 97.5 | Normal |

**Height, Weight, BMI and Measurements**

| Height | Weight | BMI | Flag | Head | Neck | Waist |
|---|---|---|---|---|---|---|
| 5' 5" | 375.6 (lb) | 62.5 | Obese | | | |

**Physical Exam:**

**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed.

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

**Eyes**

**External Eye**

The eyelids are without lesions. The sclera is white and the conjunctiva pink.

**Respiratory**

**Effort**

The patient is relaxed and breathes without effort. The patient is not cyanotic. There is no acessory muscle use or intercostal retractions.

**Auscultation**

There are no crackles, wheezes, rhonchi, stridor or pleural rubs. There is no bronchophony, egophony, or whispered pectoriloquy.

**Cardiovascular**

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Edema / PVD**

There is no pitting edema of the lower extremities.There are no changes consistent with arterial insufficiency; there are no varicosities or stasis changes. Calves are supple and nontender.

**Psychiatric**

**Orientation**

The patient is oriented to time, place and person.

## Assessment

**Diagnosis:**

| Description | Code | Problem | Comment |
|---|---|---|---|
| Obstructive Sleep Apnea (adult) (pediatric) | G4733 | | |
| Shortness Of Breath | R0602 | | |
| Other Fatigue | R5383 | | |

## Plan

**Procedure Coding:**

| Description | Code | Units | Modifiers | Comments |
|---|---|---|---|---|
| Office O/p Est Mod | 99214 | 1 UN | | |
| Syst Bp Lt 130 Mm Hg | 3074F | 1 UN | | |
| Diast Bp < 80 Mm Hg | 3078F | 1 UN | | |

**Orders:**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Ordering Provider** | Phillips, F | **Order Date** | 05/09/2022 16:08 | **Result Status** | Open | **Result Date** |
| **Facility** | Jefferson Memorial Hosptial | | | | | |

| Order | Test Name | Result: In Range | Result: Out Range | Result Comment |
|---|---|---|---|---|
| Jefferson Memorial Hosptial Cardiovascular | | | | |
| | Consult | | | |

**Care Plan:**

**Obstructive sleep apnea (adult) (pediatric)**

**Cpap Compliance**

Usage of CPAP is greater than or equal to 4 hrs a night on at least 70% of nights during a consecutive 30 day period in the first 3 months of usage of CPAP device.

**Obstructive Sleep Apnea**

- Encouraged consistent use every night
- Replace mask/nasal pillows and tubing at least every 6 months
- F/U if problems with equipment or if daytime sleepiness or fatigue increases

**Shortness of breath**

**Note 2**

- Will get Stress ECHO to look for any cardiac involvement from her Covid infection

**Problem List:**

| Description | Diagnosis | Onset Date | Resolution | Provider | Type | Status |
|---|---|---|---|---|---|---|
| Benign Essential Hypertension (disorder) | 1201005 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |
| Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) | 267517008 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |
| Vitamin D Deficiency (disorder) | 34713006 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |
| Post-Gastrointestinal Tract Surgery Malnutrition (disorder) | 197484002 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |
| Iron Deficiency Anemia (disorder) | 87522002 | 06/29/2016 | | Phillips, Floyd | Chronic | Active |

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 17, 2022 |
| To: | UT URGENT CARE |
| Attn: | Medical Records |
| Fax: | (865) 428-8046 |
| From: | Kechele Gentry<br>Claims Examiner<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Kindred At Home |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 17, 2022

Ut Urgent Care

RE: Long Term Disability (LTD) Benefits
Kindred At Home
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 26, 2022 through present

- Completion of the Enclosed Forms:

  X Attending Physician's Statement
  __ Other

We ask that you provide this information by May 24, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kechele Gentry
Claims Examiner
Phone No.: (800) 291-0112 Ext. 59670
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Attending Physician's Statement

**Return To:** Kechele Gentry

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Sabrina | | Guerrero | 12827197 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**: 

Primary ICD diagnosis Description: 

Secondary ICD Diagnosis Code: 

Secondary ICD Diagnosis Description: 

**Pregnancy**

First Treated: ____ /____ /_______

Estimated Delivery: ____ /____ /_______

Date of Delivery: ____ /____ /_______

☐ Vaginal ☐ C-Section

Symptoms: 

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings): 

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances: 

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| ____/____/_____ | ____/____/_____ | ____/____/_____ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| ____/____/_____ | ____/____/_____ | ____/____/_____ |

Dates hospital confined: ____/____/____ to ____/____/_____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | _____ | Standing | _____ | Crouching | _____ | Overhead | _____ |
| 6-10 lbs. | _____ | Walking | _____ | Crawling | _____ | Desk Level | _____ |
| 11-25 lbs. | _____ | Sitting | _____ | Grasping | _____ | Below Waist | _____ |
| 26-50 lbs. | _____ | Balancing | _____ | Climbing | _____ | | |
| 51-100 lbs. | _____ | Stooping | _____ | Pushing | _____ | | |
| 100 + lbs. | _____ | Kneeling | _____ | Pulling | _____ | | |
| | | Fingering | _____ | Bending | _____ | | |

What job modifications would allow the patient to return to work?

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

Describe the patients prognosis for recovery

## 7. Physician's Information

Name

Street Address

City State Zip Code

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence _____ /_____ /___________

Dressing _____/ _____ /___________

Transferring _____/ _____ /___________

Bathing _____/ _____ /___________

Toileting _____/ _____ /___________

Eating _____/ _____ /___________

Date patient experienced loss of
Cognitive Functioning: _____ / _____ / _______

Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

_____ / _____ / _____ to _____ / _____ / _____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

Phone Number Fax Number

**Signature** **Date** ___/___/___

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

MAY 16 2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 16, 2022 |
| To: | UT URGENT CARE ← This is not our facility — we are: UT Medical Center, 1924 Alcoa Hwy U-110, Knoxville, TN 37920 |
| Attn: | Medical Records |
| Fax: | (865) 305-8889 |
| From: | Kechele Gentry<br>Claims Examiner<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Kindred At Home |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 16, 2022

Ut Urgent Care

RE: Long Term Disability (LTD) Benefits
Kindred At Home
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 26, 2022 through present

- Completion of the Enclosed Forms:

  X Restrictions Form
  ___ Other

We ask that you provide this information by May 23, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kechele Gentry
Claims Examiner
Phone No.: (800) 291-0112 Ext. 59670
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

Return To: Kechele Gentry

| Sabrina Guerrero | | 12827197 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

**To be completed by physician:**

1. DATE FIRST TREATED – ______
   DATE LAST TREATED – ______
   NEXT OFFICE VISIT – ______
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES ______

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) AND frequency (SEE KEY).
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

______

4. RESTRICTIONS IMPOSED FROM ______ TO ______.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ______

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

______

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______ TO ______.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree AND Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

**From:** DoNotReply@lfg.com
**Sent:** Tue, 17 May 2022 15:19:07 +0000
**To:** kindredathomebenefits@benefitfocus.com
**Subject:** GUERRERO, SABRINA, Claim #12827197, Status PE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim number is 12827197.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**From:** DoNotReply@lfg.com
**Sent:** Tue, 17 May 2022 15:22:42 +0000
**To:** kindredathomebenefits@benefitfocus.com
**Subject:** GUERRERO, SABRINA, Claim #12532598, Status CL

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 2/26/2022. The claim has been approved through 5/27/2022. As of 5/28/2022 this claim is closed. The case manager for this claim is Kechele Gentry. The claim number is 12532598.

If you have further questions, please call Lincoln Financial Group at (800) 291-0112.

**From:** DoNotReply@lfg.com
**Sent:** Tue, 17 May 2022 15:18:50 +0000
**To:** kindredathomebenefits@benefitfocus.com
**Subject:** GUERRERO, SABRINA, Claim #12532598, Status CL

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/26/2022. This claim is approved through 5/27/2022. This indicates an extension of benefits. The case manager for this claim is Kechele Gentry. The claim number is 12532598.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

JEFFERSON MEMORIAL HOSPITAL
110 HOSPITAL DRIVE
JEFFERSON CITY TN 37760

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 17, 2022

Jefferson Memorial Hospital
110 HOSPITAL DRIVE
JEFFERSON CITY, TN 37760

RE: Long Term Disability (LTD) Benefits
Kindred At Home
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 26, 2022 through present

- Completion of the Enclosed Forms:

X Restrictions Form
__ Other

We ask that you provide this information by May 31, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kechele Gentry
Claims Examiner
Phone No.: (800) 291-0112 Ext. 59670
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Kechele Gentry

| Sabrina Guerrero | | 12827197 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ______________________________
   **DATE LAST TREATED** — ____________ ______________________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ **.**

**Lincoln/Guerrero 2729**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/Guerrero 2730**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 16, 2022 |
| To: | TENNOVA BARIATRIC |
| Attn: | Medical Records |
| Fax: | (865) 218-7109 |
| From: | Kechele Gentry<br>Claims Examiner<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Kindred At Home |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 16, 2022

Tennova Bariatric

RE: Long Term Disability (LTD) Benefits
Kindred At Home
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 4, 2022 through present

- Completion of the Enclosed Forms:

  _X_ Restrictions Form
  ___ Other

We ask that you provide this information by May 23, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kechele Gentry
Claims Examiner
Phone No.: (800) 291-0112 Ext. 59670
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Kechele Gentry

| Sabrina Guerrero | | 12827197 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ______________________________

   **DATE LAST TREATED** — ____________ ______________________________

   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** __________ **TO** __________ .

**Lincoln/Guerrero 2734**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 16, 2022 |
| To: | UT URGENT CARE |
| Attn: | Medical Records |
| Fax: | (865) 305-8889 |
| From: | Kechele Gentry<br>Claims Examiner<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Kindred At Home | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 16, 2022

Ut Urgent Care

RE: Long Term Disability (LTD) Benefits
Kindred At Home
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 26, 2022 through present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by May 23, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kechele Gentry
Claims Examiner
Phone No.: (800) 291-0112 Ext. 59670
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Kechele Gentry

| Sabrina Guerrero | | 12827197 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ______________________

   **DATE LAST TREATED** — ____________ ______________________

   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

______________________________________________

______________________________________________

______________________________________________

______________________________________________

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

______________________________________________

______________________________________________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

______________________________________________

______________________________________________

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ **.**

**Lincoln/Guerrero 2739**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/Guerrero 2740**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 16, 2022 |
| To: | PHILLIPS HEALTHCARE |
| Attn: | Medical Records |
| Fax: | (423) 839-2125 |
| From: | Kechele Gentry<br>Claims Examiner<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Kindred At Home |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 16, 2022

Phillips Healthcare

RE: Long Term Disability (LTD) Benefits
Kindred At Home
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 7, 2022 through present

- Completion of the Enclosed Forms:

  _X_ Restrictions Form
  ___ Other

We ask that you provide this information by May 23, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kechele Gentry
Claims Examiner
Phone No.: (800) 291-0112 Ext. 59670
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Kechele Gentry

| Sabrina Guerrero | | 12827197 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________
   **DATE LAST TREATED** — ____________
   **NEXT OFFICE VISIT** — ____________
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

**Lincoln/Guerrero 2744**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/Guerrero 2745**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | May 16, 2022 |
| To: | ST. LUKE'S THERAPY SERVICES |
| Attn: | Medical Records |
| Fax: | (865) 453-9177 |
| From: | Kechele Gentry<br>Claims Examiner<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 12827197<br>Claimant: Sabrina Guerrero<br><br>Kindred At Home |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 16, 2022

St. Luke's Therapy Services

RE: Long Term Disability (LTD) Benefits
Kindred At Home
Claim #: 12827197
Claimant: Sabrina Guerrero
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 11, 2022 through present

- Completion of the Enclosed Forms:

  _X_ Restrictions Form
  ___ Other

We ask that you provide this information by May 23, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kechele Gentry
Claims Examiner
Phone No.: (800) 291-0112 Ext. 59670
Secure Fax No.: (603) 334-0380

Attachments: Restrictions Form

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

**Return To:** Kechele Gentry

| Sabrina Guerrero | | 12827197 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ______________________________

   **DATE LAST TREATED** — ____________ ______________________________

   **NEXT OFFICE VISIT** — ____________

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.

☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.

☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.

☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ **.**

**Lincoln/Guerrero 2749**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/Guerrero 2750**

# GROUP DISABILITY INCOME POLICY

**Sponsor:** **Gentiva Health Services, LLC**

**Policy Number:** **GF3-890-LF0132-01**

**Effective Date:** **January 1, 2020**

**Governing Jurisdiction** is **Georgia** and subject to the laws of that State.

**Premiums** are due and payable monthly on the first day of each month.

**Policy Anniversaries** shall occur each January 1st beginning in 2021.

Lincoln Life Assurance Company of Boston (hereinafter referred to as Lincoln) agrees to pay benefits provided by this policy in accordance with its provisions. This policy provides Long Term Disability coverage.

**PLEASE READ THIS POLICY CAREFULLY FOR FULL DETAILS.**

This policy is a legal contract and is issued in consideration of the Application of the Sponsor, a copy of which is attached, and of the payment of premiums by the Sponsor.

For purposes of this policy, the Sponsor acts on its own behalf or as the Covered Person's agent. Under no circumstances will the Sponsor be deemed the agent of Lincoln.

This policy is delivered in and governed by the laws of the governing jurisdiction.

The following pages including any amendments, riders or endorsements are a part of this policy.

Signed at Lincoln's Home Office, 100 Liberty Way, Suite 100, Dover, New Hampshire 03820-4695

**"NOTICE: The laws of the State of Georgia prohibit insurers from unfairly discriminating against any person based upon his or her status as a victim of family violence".**

Secretary

President

<u>**TABLE OF CONTENTS**</u>

**SECTION 1.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **SCHEDULE OF BENEFITS**

**SECTION 2.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **DEFINITIONS**

**SECTION 3.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **ELIGIBILITY AND EFFECTIVE DATES**

**SECTION 4.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **DISABILITY INCOME BENEFITS**

**SECTION 5.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **EXCLUSIONS**

**SECTION 6.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TERMINATION PROVISIONS**

**SECTION 7.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **GENERAL PROVISIONS**

**SECTION 8.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **PREMIUMS**

**SECTION 9.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **APPLICATION**

## SECTION 1 - SCHEDULE OF BENEFITS

**ELIGIBILITY REQUIREMENTS FOR INSURANCE BENEFITS**

**Minimum Hourly Requirement:**

Employees working a minimum of 30 regularly scheduled hours per week

**Long Term Disability Benefits:**

Class 1: All full-time Employees with 1 or more years of service

Class 2: All full-time Employees with less than 1 year of service

**Note:** This policy does not cover the following Employees: Temporary and Seasonal Employees, and Employees who are not legal residents working in the United States.

**Eligibility Waiting Period:**

Applicable to Class 1

1. If the Covered Person is employed by the Sponsor on the policy effective date - 12 months of continuous, Active Employment

2. If the Covered Person begins employment for the Sponsor after the policy effective date - 12 months of continuous, Active Employment

Applicable to Class 2

1. If the Covered Person is employed by the Sponsor on the policy effective date - 30 days of continuous, Active Employment

2. If the Covered Person begins employment for the Sponsor after the policy effective date - 30 days of continuous, Active Employment

**Employee Contributions Required:**

Applicable to Class 1

No

Applicable to Class 2

Yes

# SECTION 1 - SCHEDULE OF BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE**

**Elimination Period:**

The greater of:

a. the end of the Covered Person's Short Term Disability Benefits; or

b. 90 days.

**Amount of Insurance:**

60.00% of Basic Monthly Earnings not to exceed a Maximum Monthly Benefit of $10,000.00 less Other Income Benefits and Other Income Earnings as outlined in Section 4.

**Maximum Basic Monthly Earnings on which the Benefit is Based:**

| | |
|---|---|
| Applicable to Class 1: | $16,666.67 |
| Applicable to Class 2: | 16666.67 |

**Own Occupation Duration:**

24 Month Own Occupation

**LONG TERM DISABILITY COVERAGE** (Continued)

**Minimum Monthly Benefit:**

The Minimum Monthly Benefit is $100.00 or 10.00% of the Covered Person's Gross Monthly Benefit, whichever is greater.

**Maximum Benefit Period:**

| Age at Disability | Maximum Benefit Period |
|---|---|
| Less than age 60 | Greater of SSNRA* or to age 65 (but not less than 5 years) |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 and over | 12 months |

* SSNRA means the Social Security Normal Retirement Age as figured by the 1983 amendment to the Social Security Act and any subsequent amendments and provides:

| Year of Birth | Normal Retirement Age |
|---|---|
| Before 1938 | 65 |
| 1938 | 65 and 2 months |
| 1939 | 65 and 4 months |
| 1940 | 65 and 6 months |
| 1941 | 65 and 8 months |
| 1942 | 65 and 10 months |
| 1943-1954 | 66 |
| 1955 | 66 and 2 months |
| 1956 | 66 and 4 months |
| 1957 | 66 and 6 months |
| 1958 | 66 and 8 months |
| 1959 | 66 and 10 months |
| 1960 and after | 67 |

## SECTION 2 - DEFINITIONS

In this section Lincoln defines some basic terms needed to understand this policy. The male pronoun whenever used in this policy includes the female.

**"Active Employment"** means the Employee must be actively at work for the Sponsor:

1. on a full-time basis and paid regular earnings;

2. for at least the minimum number of hours shown in the Schedule of Benefits; and either perform such work:

   a. at the Sponsor's usual place of business; or
   b. at a location to which the Sponsor's business requires the Employee to travel.

An Employee will be considered actively at work if he was actually at work on the day immediately preceding:

1. a weekend (except where one or both of these days are scheduled work days);
2. holidays (except when the holiday is a scheduled work day);
3. paid vacations;
4. any non-scheduled work day;
5. an excused leave of absence (except medical leave for the Covered Person's own disabling condition and lay-off); and
6. an emergency leave of absence (except emergency medical leave for the Covered Person's own disabling condition).

**"Administrative Office"** means Lincoln Life Assurance Company of Boston, 100 Liberty Way, Suite 100, Dover, New Hampshire 03820-4695.

**"Annual Enrollment Period"** or **"Enrollment Period"** means the period before each policy anniversary so designated by the Sponsor and Lincoln during which an Employee may enroll for coverage under this policy.

## SECTION 2 - DEFINITIONS
(Continued)

**"Any Occupation"** means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.

**"Application"** is the document designated in Section 9; it is attached to and is made a part of this policy.

**"Appropriate Available Treatment"** means care or services which are:

1. generally acknowledged by Physicians to cure, correct, limit, treat or manage the disabling condition;
2. accessible within the Covered Person's geographical region;
3. provided by a Physician who is licensed and qualified in a discipline suitable to treat the disabling Injury or Sickness;
4. in accordance with generally accepted medical standards of practice.

**"Basic Monthly Earnings"** means the Covered Person's monthly rate of earnings from the Sponsor in effect immediately prior to the date Disability or Partial Disability begins. However, such earnings will not include bonuses, commissions, overtime pay and extra compensation.

**"Consumer Price Index"** means the government publication "The Consumer Price Index for Urban Wage Earners and Clerical Workers" provided monthly by the U.S. Department of Labor, or its successor or in the event of no successor a similar Index of comparable purpose chosen by Lincoln.

**"Covered Person"** means an Employee insured under this policy.

**"Disability"** or **"Disabled"** means:

1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:

   i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and

   ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:

   **"Disability"** or **"Disabled"** means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.

**"Disability Benefits under a Retirement Plan"** means money which:

1. is payable under a Retirement Plan due to Disability as defined in that plan; and

2. does not reduce the amount of money which would have been paid as retirement benefits at the normal retirement age under the plan if the Disability had not occurred. (If the payment does cause such a reduction, it will be deemed a Retirement Benefit as defined in this policy.)

**"Domestic Partner"** means an unmarried person of the same or opposite sex with whom the Covered Person shares a committed relationship, are jointly responsible for each other's welfare and financial obligations, at least 18 years of age and mentally competent to consent to a contract, not related by blood to a degree that could prohibit legal marriage in the state where they legally reside, maintain the same residence(s) and are not married to or legally separated from anyone else. A Domestic Partner certification must be completed and filed with the Sponsor before the partner can be designated as an Eligible Survivor.

**"Eligibility Date"** means the date an Employee becomes eligible for insurance under this policy. Eligibility Requirements are shown in the Schedule of Benefits.

**"Eligible Survivor"** means the Covered Person's spouse or Domestic Partner, if living, otherwise the Covered Person's children under age 26.

**"Eligibility Waiting Period"** means the continuous length of time an Employee must be in Active Employment in an eligible class to reach his Eligibility Date.

**"Elimination Period"** means a period of consecutive days of Disability or Partial Disability for which no benefit is payable. The Elimination Period is shown in the Schedule of Benefits and begins on the first day of Disability.

If the Covered Person returns to work for any thirty or fewer days during the Elimination Period and cannot continue, Lincoln will count only those days the Covered Person is Disabled or Partially Disabled to satisfy the Elimination Period.

**"Employee"** means a person in Active Employment with the Sponsor.

**"Enrollment Form"** is the document completed by the Covered Person, if required, when enrolling for coverage. This form must be satisfactory to Lincoln.

**"Evidence of Insurability"** means a statement of proof of an Employee's medical history upon which acceptance for insurance will be determined by Lincoln.

**"Extended Treatment Plan"** means continued care that is consistent with the American Psychiatric Association's standard principles of Treatment, and is in lieu of confinement in a Hospital or Institution. It must be approved in writing by a Physician.

**"Family and Medical Leave"** means a leave of absence for the birth, adoption or foster care of a child, or for the care of the Covered Person's child, spouse or parent or for the Covered Person's own serious health condition as those terms are defined by the Federal Family and Medical Leave Act of 1993 (FMLA) and any amendments, or by applicable state law.

**"Family Status Change"** means any one of the following events that may occur:

1. the Employee's marriage or divorce;
2. the Employee's filing or rescinding of a Domestic Partner certification;
3. the birth of a child to the Employee;
4. the adoption of a child by the Employee;
5. the death of the Employee's spouse or Domestic Partner or child;
6. the commencement or termination of employment of the Employee's spouse or Domestic Partner;
7. the change from part-time employment to full-time employment by the Employee or the Employee's spouse or Domestic Partner;
8. the change from full-time employment to part-time employment by the Employee or the Employee's spouse or Domestic Partner;
9. the taking of unpaid leave of absence by the Employee or the Employee's spouse or Domestic Partner.

**"Gross Monthly Benefit"** means the Covered Person's Monthly Benefit before any reduction for Other Income Benefits and Other Income Earnings.

**"Hospital"** or **"Institution"** means a facility licensed to provide Treatment for the condition causing the Covered Person's Disability.

**"Indexed Basic Monthly Earnings"** means the Covered Person's Basic Monthly Earnings in effect just prior to the date Disability or Partial Disability began adjusted on the first anniversary of benefit payments and each anniversary thereafter.

**"Initial Enrollment Period"** means one of the following periods during which an Employee may first enroll for coverage under this policy:

1. for an Employee who is eligible for insurance on the policy effective date, a period before the policy effective date set by the Sponsor and Lincoln.

2. for an Employee who becomes eligible for insurance after the policy effective date, the period which ends 30 days after his Eligibility Date.

**"Injury"** means bodily impairment resulting directly from an accident and independently of all other causes. For the purpose of determining benefits under this policy:

1. any Disability which begins more than 60 days after an Injury will be considered a Sickness; and

2. any Injury which occurs before the Covered Person is covered under this policy, but which accounts for a medical condition that arises while the Covered Person is covered under this policy will be treated as a Sickness.

**"Last Monthly Benefit"** means the gross Monthly Benefit payable to the Covered Person prior to his death without any reduction for earnings received from employment.

**"Material and Substantial Duties"** means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.

**"Mental Illness"** means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness. If the DSM is discontinued, Lincoln will use the replacement chosen or published by the American Psychiatric Association.

**"Monthly Benefit"** means the monthly amount payable by Lincoln to the Disabled or Partially Disabled Covered Person.

**"Non-Verifiable Symptoms"** means the Covered Person's subjective complaints to a Physician which cannot be diagnosed using tests, procedures or clinical examinations typically accepted in the practice of medicine. Such symptoms may include, but are not limited to, dizziness, fatigue, headache, loss of energy, numbness, pain, ringing in the ear, and stiffness.

**"Own Occupation"** means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Lincoln will consider the Covered Person's occupation as it is normally performed in the national economy.

**"Partial Disability" or "Partially Disabled"** means the Covered Person, as a result of Injury or Sickness, is able to:

1. perform one or more, but not all, of the Material and Substantial Duties of his Own Occupation or Any Occupation on an Active Employment or a part-time basis; or

2. perform all of the Material and Substantial Duties of his Own Occupation or Any Occupation on a part-time basis; and

3. earn between 20.00% and 80.00% of his Basic Monthly Earnings.

**"Physician"** means a person who:

1. is licensed to practice medicine and is practicing within the terms of his license; or

2. is a licensed practitioner of the healing arts in a category specifically favored under the health insurance laws of the state where the Treatment is received and is practicing within the terms of his license.

It does not include a Covered Person, any family member or domestic partner.

**"Proof"** means the evidence in support of a claim for benefits and includes, but is not limited to, the following:

1. a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;

2. an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and

3. the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.

Proof must be submitted in a form or format satisfactory to Lincoln.

**"Regular Attendance"** means the Covered Person's personal visits to a Physician which are medically necessary according to generally accepted medical standards to effectively manage and treat the Covered Person's Disability or Partial Disability.

**"Retirement Benefit under a Retirement Plan"** means money which:

1. is payable under a Retirement Plan either in a lump sum or in the form of periodic payments;

2. does not represent contributions made by an Employee (payments which represent Employee contributions are deemed to be received over the Employee's expected remaining life regardless of when such payments are actually received); and

3. is payable upon:

   a. early or normal retirement; or
   b. Disability, if the payment does reduce the amount of money which would have been paid under the plan at the normal retirement age.

## SECTION 2 - DEFINITIONS
(Continued)

**"Retirement Plan"** means a plan which provides retirement benefits to Employees and which is not funded wholly by Employee contributions. The term shall not include a profit-sharing plan, informal salary continuation plan, registered retirement savings plan, stock ownership plan, 401(K) or a non-qualified plan of deferred compensation.

**"Schedule of Benefits"** means the section of this policy which shows, among other things, the Eligibility Requirements, Eligibility Waiting Period, Elimination Period, Amount of Insurance, Minimum Benefit, and Maximum Benefit Period.

**"Sickness"** means illness, disease, pregnancy or complications of pregnancy.

**"Sponsor"** means the entity to whom this policy is issued.

**"Sponsor's Retirement Plan"** is deemed to include any Retirement Plan:

1. which is part of any Federal, State, Municipal or Association retirement system; or

2. for which the Employee is eligible as a result of employment with the Sponsor.

**"Substance Abuse"** means alcohol and/or drug abuse, addiction or dependency.

**"Treatment"** means consulting, receiving care or services provided by or under the direction of a Physician including diagnostic measures, being prescribed drugs and/or medicines, whether the Covered Person chooses to take them or not, and taking drugs and/or medicines.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES

**Eligibility Requirements for Insurance Benefits**

The eligibility requirements for insurance benefits are shown in the Schedule of Benefits.

**Eligibility Date for Insurance Benefits**

An Employee in an eligible class will qualify for insurance on the later of:

1. this policy's effective date; or

2. the day after the Employee completes the Eligibility Waiting Period shown in the Schedule of Benefits.

**Initial Enrollment Period**

During the Initial Enrollment Period an Employee can enroll in any one coverage or coverage option shown in the Schedule of Benefits. If he does not choose any coverage or coverage option, he will not be enrolled for any coverage. If an Employee's Initial Enrollment Period takes place during or after the Annual Enrollment Period, but before the policy anniversary his coverage option will apply for (a) the rest of the policy year in which he first becomes eligible; and (b) the next policy year.

Applicable to Long Term Disability Class 1:

**Annual Enrollment Period**

During each Annual Enrollment Period, a Covered Person may keep his coverage at the same level or make one of the following changes in coverage for the next policy year:

1. a decrease in coverage;

2. an increase in coverage without Evidence of Insurability subject to the Pre-Existing Condition Exclusion defined herein.

Applicable to Long Term Disability Class 2:

**Annual Enrollment Period**

During each Annual Enrollment Period, a Covered Person may keep his coverage at the same level or make one of the following changes in coverage for the next policy year:

1. a decrease in coverage;

2. an increase in coverage subject to Evidence of Insurability and the Pre-Existing Condition Exclusion defined herein.

If a Covered Person fails to enroll for a change in his coverage option during any Annual Enrollment Period he will continue to be insured for the same coverage option during the next policy year and no change in that coverage can be made during the next policy year, unless the Covered Person experiences a Family Status Change.

Applicable To Long Term Disability Class 1:

**Family Status Change**

When an Employee experiences a Family Status Change, he may keep his coverage at the same level or make one of the following changes in coverage:

1. a decrease in coverage;

2. an increase in coverage without Evidence of Insurability subject to the Pre-Existing Condition Exclusion defined herein.

Applicable To Long Term Disability Class 2:

**Family Status Change**

When an Employee experiences a Family Status Change, he may keep his coverage at the same level or make one of the following changes in coverage:

1. a decrease in coverage;

2. an increase in coverage subject to Evidence of Insurability and the Pre-Existing Condition Exclusion defined herein.

The Covered Person must apply for the change in coverage within 31 Days of the date of the Family Status Change. Such changes in coverage must be due to or consistent with the reason that the change in coverage was permitted. A change in coverage is consistent with a Family Status Change only if it is necessary or appropriate as the result of the Family Status Change.

**Effective Date of Insurance**

Insurance will be effective at 12:01 A.M. Standard Time in the governing jurisdiction on the day determined as follows, but only if the Employee's application or enrollment for insurance is made with Lincoln through the Sponsor in a form or format satisfactory to Lincoln.

1. For Coverage Applied for During Initial Enrollment Periods:

   a. an Employee will be insured for non-contributory coverage on his Eligibility Date.
   b. an Employee will be insured for contributory coverage on the date the Employee makes application for insurance if he enrolls on or before the 30th day after his Eligibility Date; or

   c. an Employee who does not enroll for contributory coverage on or before the 30th day after his Eligibility Date, or terminated his insurance while continuing to be eligible may not enroll for contributory coverage until the next Annual Enrollment Period or following a Family Status Change.

**Effective Date of Insurance** (Continued)

Applicable to Long Term Disability Class 1:

2. For Contributory Coverage Applied for During Annual Enrollment Periods

   An Employee will be insured for the selected contributory coverage on the first day of the next policy anniversary.

3. For Coverage Applied for Due to a Family Status Change

   An Employee will be insured for the selected coverage on the later of the following dates, provided he applies or enrolls for the change in coverage before the end of the 31st Day following the Family Status Change:

   a. the date of the Family Status Change;
   b. the date the Employee applies or enrolls for the change in coverage.

Applicable to Long Term Disability Class 2:

2. For Contributory Coverage Applied for During Annual Enrollment Periods

   An Employee will be insured for the selected contributory coverage on the later of these dates:

   a. the first day of the next policy anniversary; or
   b. the date Lincoln gives its approval, if the Employee:

      i. increases his coverage option; or
      ii. terminated his insurance while continuing to be eligible.

   In the case of i. and ii. above, the Employee must submit an application and Evidence of Insurability to Lincoln for approval. This will be at the Employee's expense.

3. For Coverage Applied for Due to a Family Status Change

   An Employee will be insured for the selected coverage on the later of the following dates, provided he applies or enrolls for the change in coverage before the end of the 31st Day following the Family Status Change:

   a. the date of the Family Status Change;
   b. the date the Employee applies or enrolls for the change in coverage; or
   c. the date Lincoln gives its approval, if the Employee:

      i. increases his coverage option; or
      ii terminated his insurance while continuing to be eligible.

   In the case of i. and ii. above, the Employee must submit an application and Evidence of Insurability to Lincoln for approval. This will be at the Employee's expense.

**Delayed Effective Date for Insurance**

The effective date of any initial, increased or additional insurance will be delayed for an individual if he is not in Active Employment because of Injury or Sickness. The initial, increased or additional insurance will begin on the date the individual returns to Active Employment.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Family and Medical Leave**

An Employee's coverage may be continued under this policy for an approved family or medical leave of absence for up to 12 weeks following the date coverage would have terminated, subject to the following:

1. the authorized leave is in writing;

2. the required premium is paid;

3. the Covered Person's benefit level, or the amount of earnings upon which the Covered Person's benefit may be based, will be that in effect on the date before said leave begins; and

4. continuation of coverage will cease immediately if any one of the following events should occur:

   a. the Covered Person returns to work;
   b. this group insurance policy terminates;
   c. the Covered Person is no longer in an eligible class;
   d. nonpayment of premium when due by the Sponsor or the Covered Person;
   e. the Covered Person's employment terminates.

**Rehire Terms**

If a former Employee is re-hired by the Sponsor within 90 days of his termination date, all past periods of Active Employment with the Sponsor will be used in determining the re-hired Employee's Eligibility Date. If a former Employee is re-hired by the Sponsor more than 90 days after his termination date, he is considered to be a new Employee when determining his Eligibility Date.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Transfer Provision**

In order to prevent loss of coverage for an individual because of transfer of insurance carriers, this policy will provide coverage for certain individuals as follows:

**Failure to be In Active Employment Due to Injury or Sickness:**

Subject to premium payments, this policy will cover individuals who:

1. at the time of transfer are covered under the prior carrier's policy; and

2. are not in Active Employment due to Injury or Sickness on the effective date of this policy.

Benefits will be determined based on the lesser of:

1. the amount of the Disability benefit that would have been payable under the prior policy and subject to any applicable policy limitations; or

2. the amount of Disability benefits payable under this policy. If benefits are payable under the prior policy for the Disability, no benefits are payable under this policy.

**Disability Due to a Pre-Existing Condition**

If an individual was insured under the prior carrier's policy at the time of transfer and was in Active Employment and insured under this policy on its effective date, benefits may be payable for a Disability due to a Pre-Existing Condition.

If the individual can satisfy this policy's Pre-Existing Condition Exclusion, the benefit will be determined according to this policy.

If the individual cannot satisfy this policy's Pre-Existing Condition Exclusion, then:

1. Lincoln will apply the Pre-Existing Condition Exclusion of the prior carrier's policy and;

2. if the individual would have satisfied the prior carrier's pre-existing condition exclusion, giving consideration towards continuous time coverage under this policy; and the prior carrier's policy, the benefit will be determined according to this policy. However, the Maximum Monthly Benefit amount payable under this policy shall not exceed the maximum monthly benefit payable under the prior carrier's policy.

No benefit will be paid if the individual cannot satisfy the Pre-Existing Condition Exclusions of either policy.

# SECTION 4 - DISABILITY INCOME BENEFITS

## LONG TERM DISABILITY COVERAGE

### Disability Benefit

When Lincoln receives Proof that a Covered Person is Disabled due to Injury or Sickness and requires the Regular Attendance of a Physician, Lincoln will pay the Covered Person a Monthly Benefit after the end of the Elimination Period, subject to any other provisions of this policy. The benefit will be paid for the period of Disability if the Covered Person gives to Lincoln Proof of continued:

1. Disability;

2. Regular Attendance of a Physician; and

3. Appropriate Available Treatment.

The Proof must be given upon Lincoln's request and at the Covered Person's expense. In determining whether the Covered Person is Disabled, Lincoln will not consider employment factors including, but not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.

For purposes of determining Disability, the Injury must occur and Disability must begin while the Employee is insured for this coverage.

The Monthly Benefit will not:

1. exceed the Covered Person's Amount of Insurance; or

2. be paid for longer than the Maximum Benefit Period.

The Amount of Insurance and the Maximum Benefit Period are shown in the Schedule of Benefits.

### Amount of Disability Monthly Benefit

To figure the amount of Monthly Benefit:

1. Take the lesser of:

   a. the Covered Person's Basic Monthly Earnings multiplied by the benefit percentage shown in the Schedule of Benefits; or

   b. the Maximum Monthly Benefit shown in the Schedule of Benefits; and then

2. Deduct Other Income Benefits and Other Income Earnings, (shown in the Other Income Benefits and Other Income Earnings provision of this policy), from this amount.

The Monthly Benefit payable will not be less than the Minimum Monthly Benefit shown in the Schedule of Benefits. However, if an overpayment is due to Lincoln, the Minimum Monthly Benefit otherwise payable under this provision will be applied toward satisfying the overpayment.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Partial Disability**

When Lincoln receives Proof that a Covered Person is Partially Disabled and has experienced a loss of earnings due to Injury or Sickness and requires the Regular Attendance of a Physician, he may be eligible to receive a Monthly Benefit, subject to any other provisions of this policy. To be eligible to receive Partial Disability benefits, the Covered Person may be employed in his Own Occupation or another occupation, must satisfy the Elimination Period and must be earning between 20.00% and 80.00% of his Basic Monthly Earnings.

A Monthly Benefit will be paid for the period of Partial Disability if the Covered Person gives to Lincoln Proof of continued:

1. Partial Disability;
2. Regular Attendance of a Physician; and
3. Appropriate Available Treatment.

The Proof must be given upon Lincoln's request and at the Covered Person's expense. In determining whether the Covered Person is Partially Disabled, Lincoln will not consider employment factors including, but not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.

For purposes of determining Partial Disability, the Injury must occur and Partial Disability must begin while the Employee is insured for this coverage.

**Proportionate Loss Monthly Calculation with Work Incentive Benefit**

For the first 24 Months, the work incentive benefit will be an amount equal to the Covered Person's Basic Monthly Earnings multiplied by the benefit percentage shown in the Schedule of Benefits, without any reductions from earnings. The work incentive benefit will only be reduced, if the Monthly Benefit payable plus any earnings exceed 100% of the Covered Person's Basic Monthly Earnings. If the combined total is more, the Monthly Benefit will be reduced by the excess amount so that the Monthly Benefit plus the Covered Person's earnings does not exceed 100% of his Basic Monthly Earnings.

Thereafter, to figure the Amount of Monthly Benefit the formula (A divided by B) x C will be used.

A = The Covered Person's Basic Monthly Earnings minus the Covered Person's earnings received while he is Partially Disabled. This figure represents the amount of lost earnings.

B = The Covered Person's Basic Monthly Earnings.

C = The Monthly Benefit as figured in the Disability provision of this policy plus the Covered Person's earnings received while he is Partially Disabled, (but, not including adjustments under the Cost of Living Adjustment Benefit, if included).

**LONG TERM DISABILITY COVERAGE** (Continued)

**Partial Disability** (Continued)

**Proportionate Loss Monthly Calculation with Work Incentive Benefit** (Continued)

On the first anniversary of benefit payments and each anniversary thereafter, for the purpose of calculating the benefit, the term "Basic Monthly Earnings" is:

1. replaced by "Indexed Basic Monthly Earnings"; and

2. increased annually by 7.00%, or the current annual percentage increase in the Consumer Price Index, whichever is less.

The Monthly Benefit payable will not be less than the Minimum Monthly Benefit shown in the Schedule of Benefits. However, if an overpayment is due to Lincoln, the Minimum Monthly Benefit otherwise payable under this provision will be applied toward satisfying the overpayment.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Mental Illness and/or Substance Abuse and/or Non-Verifiable Symptoms Limitation**

The benefit for Disability due to Mental Illness and/or Substance Abuse and/or Non-Verifiable Symptoms will not exceed a combined period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.

If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the combined period of 24 months, the Monthly Benefit will be paid during the confinement.

If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a combined period of 36 months.

In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Rehabilitation Incentive Benefit**

Lincoln will pay an increased Monthly Benefit while a Covered Person is fully participating in a Rehabilitation Program. Lincoln must first approve the Rehabilitation Program in writing before a Covered Person can be considered for this benefit. If Lincoln does not approve a Rehabilitation Program, the regular Disability benefit will be payable provided the Covered Person is Disabled under the terms of this policy. To be eligible for a Rehabilitation Incentive Benefit, the Covered Person must:

1. be Disabled and receiving benefits under this policy; and
2. be fully participating in a Rehabilitation Program approved by Lincoln.

**Increased Monthly Benefit**

If the Covered Person is eligible for a Rehabilitation Incentive Benefit, the benefit percentage shown in the Schedule of Benefits, will be increased by 10.00%. The increased benefit will begin on the first day of the month after Lincoln receives written Proof of the Covered Person's full participation in the Rehabilitation Program.

**Disability Benefits Termination**

If the Covered Person, at any time, declines to fully participate in an approved Rehabilitation Program recommended by Lincoln, his Disability benefits will terminate on the first day of the month following the Covered Person's declination to fully participate in the approved Rehabilitation Program. If Lincoln recommends rehabilitation, no benefit will be paid from the date recommendation is made until Lincoln receives the Covered Person's written agreement to fully participate in the Rehabilitation Program.

**Discontinuation of the Rehabilitation Incentive Benefit**

The Rehabilitation Incentive Benefit will cease:

1. when the Covered Person is no longer fully participating in a Rehabilitation Program approved by Lincoln;
2. in accordance with the provision[s] entitled "Discontinuation of the Long Term Disability Benefit"; or
3. when the Rehabilitation Program ends.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Rehabilitation Incentive Benefit** (Continued)

For the purpose of this provision, **"Rehabilitation Program"** means a comprehensive individually tailored, goal oriented program to return a Disabled Covered Person to gainful employment. The services offered may include, but are not limited to, the following:

1. physical therapy;
2. occupational therapy;
3. work hardening programs;
4. functional capacity evaluations;
5. psychological and vocational counseling;
6. rehabilitative employment; and
7. vocational rehabilitation services.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Three Month Survivor Benefit**

Lincoln will pay a lump sum benefit to the Eligible Survivor when Proof is received that a Covered Person died:

1. after Disability had continued for 180 or more consecutive days; and

2. while receiving a Monthly Benefit.

The lump sum benefit will be an amount equal to three times the Covered Person's Last Monthly Benefit.

If the survivor benefit is payable to the Covered Person's children, payment will be made in equal shares to the children, including step children and legally adopted children. However, if any of said children are minors or incapacitated, payment will be made on their behalf to the court appointed guardian of the children's property. This payment will be valid and effective against all claims by others representing or claiming to represent the children.

If there is no Eligible Survivor, the benefit is payable to the estate.

If an overpayment is due to Lincoln at the time of a Covered Person's death, the benefit payable under this provision will be applied toward satisfying the overpayment.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Workplace Modification Benefit**

If a Covered Person is Disabled or Partially Disabled and receiving a benefit from Lincoln, a benefit may be payable to the Sponsor as part of the Covered Person's benefit for modifications to the workplace to accommodate the Covered Person's return to work or to assist the Covered Person in remaining at work.

Lincoln will reimburse the Sponsor for up to 100% of reasonable costs the Sponsor incurs for the modification, up to the greater of:

1. $1,000.00; or
2. the equivalent of 2 months of the Covered Person's Monthly Benefit.

To qualify for this benefit:

1. the Disability or Partial Disability must prevent the Covered Person from performing some or all of the Material and Substantial Duties of his occupation; and
2. any proposed modifications must be approved in writing and signed by the Covered Person, the Sponsor and Lincoln; and
3. the Sponsor must agree to make the modifications to the workplace to reasonably accommodate the Covered Person's return to work or to assist the Covered Person in remaining at work.

The Sponsor's costs for the approved modifications will be reimbursed after:

1. the proposed modifications have been made; and
2. written proof of the expenses incurred by the Sponsor has been provided to Lincoln; and
3. Lincoln has received proof that the Covered Person has returned to and/or remains at work.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Other Income Benefits and Other Income Earnings**

**Other Income Benefits** means:

1. The amount for which the Covered Person is eligible under:

   a. Workers' or Workmen's Compensation Laws;
   b. Occupational Disease Law;
   c. Title 46, United States Code Section 688 (The Jones Act);
   d. any work loss provision in mandatory "No-Fault" auto insurance;
   e. Railroad Retirement Act;
   f. any governmental compulsory benefit act or law; or
   g. any other act or law of like intent.

2. The amount of any Disability benefits which the Covered Person is eligible to receive under:
   a. any other group insurance policy of the Sponsor;
   b. any governmental retirement system as a result of his employment with the Sponsor; or
   c. any individual insurance policy where the premium is wholly or partially paid by the Sponsor. However, Lincoln will only reduce the Monthly Benefit if the Covered Person's Monthly Benefit under this policy, plus any benefits that the Covered Person is eligible to receive under such individual insurance plan exceed 100% of the Covered Person's Basic Monthly Earnings. If this sum exceeds 100% of Basic Monthly Earnings, the Covered Person's Monthly Benefit under this policy will be reduced by such excess amount.

3. The amount of benefits the Covered Person receives under the Sponsor's Retirement Plan as follows:

   a. the amount of any Disability Benefits under a Retirement Plan, or Retirement Benefits under a Retirement Plan the Covered Person voluntarily elects to receive as retirement payment under the Sponsor's Retirement Plan; and
   b. the amount the Covered Person receives as retirement payments when he reaches the later of age 62, or normal retirement age as defined in the Sponsor's plan.

4. The amount of Disability and/or Retirement Benefits under the United States Social Security Act, the Canada Pension Plan, the Quebec Pension Plan, or any similar plan or act, which the Covered Person received or is eligible to receive.

5. Any amount the Covered Person receives from any unemployment benefits.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Other Income Benefits and Other Income Earnings** (Continued)

**Other Income Earnings** means:

1. the amount of earnings the Covered Person earns or receives from any form of employment including severance; and

2. any amount the Covered Person receives from any formal or informal sick leave or salary continuation plan(s).

Other Income Benefits, except retirement benefits, must be payable as a result of the same Disability for which Lincoln pays a benefit. The sum of Other Income Benefits and Other Income Earnings will be deducted in accordance with the provisions of this policy.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Estimation of Benefits**

Lincoln will reduce the Covered Person's Disability or Partial Disability benefits by the amount of Other Income Benefits that we estimate are payable to the Covered Person.

The Covered Person's Disability benefit will not be reduced by the estimated amount of Other Income Benefits if the Covered Person:

1. provides satisfactory proof of application for Other Income Benefits;

2. signs a reimbursement agreement under which, in part, the Covered Person agrees to repay Lincoln for any overpayment resulting from the award or receipt of Other Income Benefits;

3. if applicable, provides satisfactory proof that all appeals for Other Income Benefits have been made on a timely basis to the highest administrative level unless Lincoln determines that further appeals are not likely to succeed; and

4. if applicable, submits satisfactory proof that Other Income Benefits have been denied at the highest administrative level unless Lincoln determines that further appeals are not likely to succeed.

Lincoln will not estimate or reduce for any benefits under the Sponsor's pension or retirement benefit plan according to applicable law, until the Covered Person actually receives them.

In the event that Lincoln overestimates the amount payable to the Covered Person from any plans referred to in the Other Income Benefits and Other Income Earnings provision of this policy, Lincoln will reimburse the Covered Person for such amount upon receipt of written proof of the amount of Other Income Benefits awarded (whether by compromise, settlement, award or judgement) or denied (after appeal through the highest administrative level).

**Social Security Assistance**

Lincoln may help a Covered Person in applying for Social Security Disability Income Benefits. In order to be eligible for assistance the Covered Person must be receiving a Monthly Benefit from Lincoln. Such assistance will be provided only if Lincoln determines that assistance would be beneficial.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Lump Sum Payments**

Other Income Benefits from a compromise, settlement, award or judgement which are paid to the Covered Person in a lump sum and are meant to compensate the Covered Person for any one or more of the following:

1. loss of past or future wages;
2. impaired earnings capacity;
3. lessened ability to compete in the open labor market;
4. any degree of permanent impairment; and
5. any degree of loss of bodily function or capacity;

will be prorated on a monthly basis as follows:

1. over the period of time such benefits would have been paid if not in a lump sum; or

2. if such period of time cannot be determined, the lesser of:

   a. the remainder of the Maximum Benefit Period; or
   b. 5 years.

**Cost of Living Freeze**

After the first deduction for each of the Other Income Benefits, the Monthly Benefit will not be further reduced due to any cost of living increases payable under the Other Income Benefits and Other Income Earnings provision of this policy. This provision does not apply to increases received from any form of employment.

**Prorated Benefits**

For any period for which a Long Term Disability benefit is payable that does not extend through a full month, the benefit will be paid on a prorated basis. The rate will be 1/30th for each day for such period of Disability.

**Discontinuation of the Long Term Disability Benefit**

The Monthly Benefit will cease on the earliest of:

1. the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;

2. the date the Covered Person fails to cooperate in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due;

**LONG TERM DISABILITY COVERAGE** (Continued)

**Discontinuation of the Long Term Disability Benefit** (Continued)

The Monthly Benefit will cease on the earliest of: (Continued)

3. the date the Covered Person refuses to be examined or evaluated at reasonable intervals;

4. the date the Covered Person refuses to receive Appropriate Available Treatment;

5. the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and Substantial Duties of the job;

6. the date the Covered Person is able to work in his Own Occupation on a part-time basis, but chooses not to;

7. on the first day of the month following the date the Covered Person refuses to fully participate in a Rehabilitation Program recommended by Lincoln according to the individually written Rehabilitation Program;

8. the date the Covered Person's current Partial Disability earnings exceed 80.00% of his Indexed Basic Monthly Earnings;

   Because the Covered Person's current earnings may fluctuate, Lincoln will average earnings over three consecutive months rather than immediately terminating his benefit once 80.00% of Indexed Basic Monthly Earnings has been exceeded.

9. the date the Covered Person is no longer Disabled according to this policy;

10. the end of the Maximum Benefit Period; or

11. the date the Covered Person dies.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Successive Periods of Disability**

With respect to this policy, **"Successive Periods of Disability"** means a Disability which is related or due to the same cause(s) as a prior Disability for which a Monthly Benefit was payable.

A Successive Period of Disability will be treated as part of the prior Disability if, after receiving Disability benefits under this policy, a Covered Person:

1. returns to his Own Occupation on an Active Employment basis for less than six continuous months; and

2. performs all the Material and Substantial Duties of his Own Occupation.

To qualify for a Successive Periods of Disability benefit, the Covered Person must experience more than a 20% loss of Basic Monthly Earnings.

Benefit payments will be subject to the terms of this policy for the prior Disability.

If a Covered Person returns to his Own Occupation on an Active Employment basis for six continuous months or more, the Successive Period of Disability will be treated as a new period of Disability. The Covered Person must complete another Elimination Period.

If a Covered Person becomes eligible for coverage under any other group long term disability coverage, this Successive Period of Disability provision will cease to apply to that Covered Person.

# SECTION 5 - EXCLUSIONS

## GENERAL EXCLUSIONS

This policy will not cover any Disability due to:

1. war, declared or undeclared, or any act of war;

2. intentionally self-inflicted injuries, while sane or insane;

3. active Participation in a Riot;

4. the committing of or attempting to commit a felony or misdemeanor;

Applicable to Long Term Disability:

5. cosmetic surgery unless such surgery is in connection with an Injury or Sickness sustained while you are covered under this plan; or

6. a gender change, including, but not limited to, any operation, drug therapy or any other procedure related to a gender change.

No benefit will be payable during any period of incarceration.

With respect to this provision, **Participation** shall include promoting, inciting, conspiring to promote or incite, aiding, abetting, and all forms of taking part in, but shall not include actions taken in defense of public or private property, or actions taken in defense of the Covered Person, if such actions of defense are not taken against persons seeking to maintain or restore law and order including, but not limited to police officers and fire fighters.

With respect to this provision, **Riot** shall include all forms of public violence, disorder or disturbance of the public peace, by three or more persons assembled together, whether or not acting with a common intent and whether or not damage to persons or property or unlawful act or acts is the intent or the consequence of such disorder.

### LONG TERM DISABILITY COVERAGE

**Pre-Existing Condition Exclusion**

This policy will not cover any Disability or Partial Disability:

1. which is caused or contributed to by, or results from, a Pre-Existing Condition; and

2. which begins in the first 12 months immediately after the Covered Person's effective date of coverage.

**"Pre-Existing Condition"** means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Person's effective date of coverage.

## SECTION 6 - TERMINATION PROVISIONS

**Termination of a Covered Person's Insurance**

A Covered Person will cease to be insured on the earliest of the following dates:

1. the date this policy terminates, but without prejudice to any claim originating prior to the time of termination;

2. the date the Covered Person is no longer in an eligible class;

3. the date the Covered Person's class is no longer included for insurance;

4. the last day for which any required Employee contribution has been made;

5. the date employment terminates. Cessation of Active Employment will be deemed termination of employment, except the insurance will be continued for an Employee absent due to Disability during:

   a. the Elimination Period; and
   b. any period during which premium is being waived.

6. the date the Covered Person ceases active work due to a labor dispute, including any strike, work slowdown, or lockout.

Lincoln reserves the right to review and terminate all classes insured under this policy if any class(es) cease(s) to be covered.

**Policy Termination**

1. Termination of this policy under any conditions will not prejudice any claim which occurs while this policy is in force.

2. If the Sponsor fails to pay any premium within the grace period, this policy will terminate at 12:00 midnight Standard Time on the last day of the grace period. The Sponsor may terminate this policy by advance written notice delivered to Lincoln at least 31 days prior to the termination date. This policy will not terminate during any period for which premium has been paid. The Sponsor will be liable to Lincoln for all premiums due and unpaid for the full period for which this policy is in force.

3. Lincoln may terminate this policy on any premium due date by giving written notice to the Sponsor at least 60 days in advance if:

   a. the number of Employees insured is fewer than 10; or

   b. less than 100.00% of all the Employees eligible for any non-contributory insurance are insured for it; or

   c. less than 0.00% of all the Employees eligible for any contributory insurance are insured for it; or

   d. the Sponsor fails:

      i. to furnish promptly any information which Lincoln may reasonably require; or
      ii. to perform any other obligations pertaining to this policy.

4. Lincoln may terminate this policy or any coverage(s) afforded hereunder and for any class of covered Employees on any premium due date after it has been in force for 12 months. Lincoln will provide written notice of such termination to the Sponsor at least 60 days before the termination is effective.

5. Termination may take effect on an earlier date if agreed to by the Sponsor and Lincoln.

## SECTION 6 - TERMINATION PROVISIONS
(Continued)

**LONG TERM DISABILITY COVERAGE**

**Conversion Privilege**

When a Covered Person's employment terminates with the Sponsor and he is no longer insured under this policy, he may be eligible to convert and become insured under Lincoln's Group Disability Conversion Policy subject to Evidence of Insurability.

**Eligibility for Group Disability Conversion Insurance**

To be eligible to purchase group disability conversion insurance, the Covered Person:

1. must have been insured under this policy for 12 consecutive months immediately prior to termination of his employment. The time insured under this policy as well as the one it replaced, if any, will be considered in determining the Covered Person's eligibility to convert to Lincoln's Group Disability Conversion Policy; and

2. the Covered Person must apply for the group disability conversion insurance and submit the first quarterly premium to Lincoln within 31 days after termination of coverage under this policy due to termination of employment.

**Benefits Available under the Group Disability Conversion Policy**

If a Covered Person is eligible to convert to Lincoln's Group Disability Conversion Policy, the Disability benefits and amount of Disability coverage he will be eligible to receive will be determined by Lincoln in accordance with its established underwriting guidelines. The Disability benefits and amount of Disability coverage may not be the same as he was eligible to receive under this policy.

**Ineligibility for Group Disability Conversion Insurance**

An individual may be ineligible for this Conversion Privilege if:

1. his coverage under this policy ceases for any of the following reasons:

   a. this policy terminates;
   b. this policy is amended to exclude from coverage the class of Employees to which the individual belongs;
   c. the individual no longer belongs to a class of Employees eligible for coverage under this policy;
   d. the individual retires (when an individual receives payment from any employer's Retirement Policy as recognition of past services or has concluded his working career);
   e. the individual failed to pay any required premiums, when due;

2. he is or becomes eligible for long term disability coverage under another group policy within 31 days after termination of employment;
3. he is Disabled or Partially Disabled under the terms of this policy;
4. he recovers from a Disability and does not return to work for the Sponsor;
5. he is not in Active Employment due to an Injury, Sickness or Mental Illness; or
6. he is on a Leave of Absence.

# SECTION 7 - GENERAL PROVISIONS

**Assignment**

No assignment of any present or future right or benefit under this policy will be allowed.

**Complete Contract - Policy Changes**

1. This policy is the entire contract. It consists of:

   a. all of the pages; and
   b. the attached signed Application of the Sponsor; and
   c. if contributory each Employee's signed application for insurance.

2. This policy may be changed in whole or in part. Only an officer of Lincoln can approve a change. The approval must be in writing and endorsed on or attached to this policy.

3. No other person, including an agent, may change this policy or waive any part of it.

**Conformity with State Statutes**

Any provision of this policy which, on its effective date, is in conflict with the statutes of the governing jurisdiction of this policy is hereby amended to conform to the minimum requirements of such statute.

**Employee's Certificate**

Lincoln will provide a Certificate to the Sponsor for delivery to Covered Persons. It will state:

1. the name of the insurance company and the policy number;
2. a description of the insurance provided;
3. the method used to determine the amount of benefits;
4. to whom benefits are payable;
5. limitations or reductions that may apply;
6. the circumstances under which insurance terminates; and
7. the rights of the Covered Person upon termination of this policy.

If the terms of a Certificate and this policy differ, this policy will govern.

**Examination**

Lincoln, at its own expense, may have the right and opportunity to have a Covered Person, whose Injury or Sickness is the basis of a claim, examined or evaluated at reasonable intervals deemed necessary by Lincoln. This right may be used as often as reasonably required.

**Furnishing of Information - Access to Records**

1. The Sponsor will furnish at regular intervals to Lincoln:

   a. information relative to Employees:

      i. who qualify to become insured;
      ii. whose amounts of insurance change; and/or
      iii. whose insurance terminates.

   b. any other information about this policy that may be reasonably required.

   The Sponsor's records which, in the opinion of Lincoln, have a bearing on the insurance will be opened for inspection at any reasonable time.

2. Clerical error or omission will not:

   a. deprive an Employee of insurance;
   b. affect an Employee's Amount of Insurance; or
   c. effect or continue an Employee's insurance which otherwise would not be in force.

**Interpretation of the Policy**

Lincoln shall possess the authority, in its sole discretion, to construe the terms of this policy and to determine benefit eligibility hereunder. Lincoln's decisions regarding construction of the terms of this policy and benefit eligibility shall be conclusive and binding.

**Incontestability**

The validity of this policy shall not be contested, except for non-payment of premiums, after it has been in force for two years from the date of issue. The validity of this policy shall not be contested on the basis of a statement made relating to insurability by any person covered under this policy after such insurance has been in force for two years during such person's lifetime, and shall not be contested unless the statement is contained in a written instrument signed by the person making such statement.

**Legal Proceedings**

A claimant or the claimant's authorized representative cannot start any legal action:

1. until 60 days after Proof of claim has been given; or

2. more than one year after the time Proof of claim is required.

**Misstatement of Age**

If a Covered Person's age has been misstated, an equitable adjustment will be made in the premium. If the amount of the benefit is dependent upon an Employee's age, the amount of the benefit will be the amount an Employee would have been entitled to if his correct age were known.

A refund of premium will not be made for a period more than 12 months before the date Lincoln is advised of the error.

**Notice and Proof of Claim**

1. **Notice**

   a. Notice of claim must be given to Lincoln within 30 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.

   b. When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 10 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.

2. **Proof**

   a. Satisfactory Proof of loss must be given to Lincoln no later than 90 days after the end of the Elimination Period.

   b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.

   c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 30 days of the request for such Proof.

Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.

**Payment of Claims**

The benefit is payable to the Covered Person. But, if a benefit is payable to a Covered Person's estate, a Covered Person who is a minor, or who is not competent, Lincoln has the right to pay up to $2,000 to any of the Covered Person's relatives or any other person whom Lincoln considers entitled thereto by reason of having incurred expense for the maintenance, medical attendance or burial of the Covered Person. If Lincoln in good faith pays the benefit in such a manner, any such payment shall fulfill Lincoln's responsibility for the amount paid.

**Right of Recovery**

Lincoln has the right to recover any overpayment of benefits caused by, but not limited to, fraud, any error made by Lincoln in processing a claim, or the Covered Person's receipt of any Other Income Benefits. Lincoln may recover an overpayment by, but not limited to, the following:

1. requesting a lump sum payment of the overpaid amount;
2. reducing any benefits payable under this policy;
3. taking any appropriate collection activity available including any legal action needed; and
4. placing a lien, if not prohibited by law, in the amount of the overpayment on the proceeds of any Other Income Benefits, whether on a periodic or lump sum basis.

It is required that full reimbursement be made to Lincoln.

**Statements**

In the absence of fraud, all statements made in any application are considered representations and not warranties (absolute guarantees). No representation by:

1. the Sponsor in applying for this policy will make it void unless the representation is contained in the signed Application; or
2. any Employee in enrolling for insurance under this policy will be used to reduce or deny a claim unless a copy of the Enrollment Form, signed by the Employee if required, is or has been given to the Employee.

**Reimbursement**

When a Covered Person's Injury appears to be someone else's fault, and recovery for personal injury is sought from a third party, by or on behalf of a person for whom Lincoln has paid disability income benefits, Lincoln may require reimbursement from the Covered Person for these benefits if the following procedures are followed:

1. The person asserting the claim shall provide notice to Lincoln by certified mail, unless some other form of notice is agreed to by Lincoln. Such notice shall be provided no later than 10 days before the completion of any settlement or commencement of any trial, unless a shorter period is agreed to by Lincoln. It shall also include a request for information regarding the existence of any claim and an itemization of payments for which Lincoln seeks reimbursement.

2. Once Lincoln gets notice from the claimant as described above, Lincoln then must provide notice to the claimant, including a specific itemization of payments for which reimbursement is being sought. This notice shall be provided by certified mail or another form agreed to by the designated recipient.

Such reimbursement is limited to the amount allocated to disability damages in the settlement documents or the judgment and only if the amount of the recovery by the injured party exceeds the sum of all economic and non economic losses, exclusive of the losses for which reimbursement is sought. Lincoln also must pay a prorata share of the attorney's fees and litigation expenses. If the claimant says that the settlement doesn't exceed the economic and non economic losses, Lincoln is entitled to seek a declaratory judgment from a Georgian court to determine to what extent it may share in the settlement. If the court determines that the claimant is not fully compensated, Lincoln will not be entitled to any reimbursement.

**Workers' Compensation**

This policy and the coverages provided are not in lieu of, nor will they affect any requirements for coverage under any Workers' Compensation Law or other similar law.

## SECTION 8 - PREMIUMS

**Premium Rates**

Lincoln has set the premiums that apply to the coverage(s) provided under this policy. Those premiums are shown in a notice given to the Sponsor with or prior to delivery of this policy.

A change in the initial premium rate(s) will not take effect within the first 36 months except that Lincoln may change premium rates at any time for reasons which affect the risk assumed, including those reasons shown below:

1. a change occurs in the policy design;
2. a division, subsidiary or Associated Company is added to or deleted from this policy;
3. when the number of Covered Persons changes by 15.00% or more from the number insured on this policy's effective date; or
4. a change in existing law which affects this policy.

No premium may be changed unless Lincoln notifies the Sponsor at least 60 days in advance. Premium changes may take effect on an earlier date when both Lincoln and the Sponsor agree.

**Payment of Premiums**

1. All premiums due under this policy, including adjustments, if any, are payable by the Sponsor on or before their due dates at Lincoln's Administrative Office, or to Lincoln's agent. The due dates are specified on the first page of this policy.
2. All payments made to or by Lincoln shall be in United States dollars.
3. If premiums are payable on a monthly basis, premiums for additional or increased insurance becoming effective during a policy month will be charged from the next premium due date.
4. The premium charge for insurance terminated during a policy month will cease at the end of the policy month in which such insurance terminates. This manner of charging premium is for accounting purposes only. It will not extend insurance coverage beyond a date it would have otherwise terminated as shown in the "Termination of a Covered Person's Insurance" provision of this policy.
5. If premiums are payable on other than a monthly basis, premiums for additional, increased, reduced or terminated insurance will cause a prorated adjustment on the next premium due date.
6. Except for fraud and premium adjustments, refunds of premiums or charges will be made only for:
    1. the current policy year; and
    2. the immediately preceding policy year.

## SECTION 8 - PREMIUMS
(Continued)

**Grace Period**

This is the 31 days following a premium due date, other than the first, during which premium payment may be made. During the grace period this policy shall continue in force, unless the Sponsor has given Lincoln written notice 31 days in advance of discontinuance of this policy.

**Waiver of Premium**

Premium payments for a Covered Person are waived during any period for which benefits are payable. If coverage is to be continued, premium payments must be resumed following a period during which they were waived.

# AMENDMENT NO. 1

It is agreed the following changes are hereby made to this policy: GF3-890-LF0132-01

| Changes | Additions | Deletions |
| --- | --- | --- |
| Updated Other Income Benefits and Other Income Earnings and Estimation of Benefits in Section 4 | Form ADOP-LTD-20<br>Form ADOP-LTD-24 R (1) | Form ADOP-LTD-22 |

The effective date of this change is January 1, 2020.

The changes will only apply to Disabilities or Partial Disabilities which start on or after the effective date of this change.

This policy's terms and provisions will apply other than as stated in this amendment.

Dated this 7th day of June, 2021.

Issued to and Accepted by:

Gentiva Health Services, LLC
**Sponsor**

By ______________________________
**Signature and Title of Officer**

**Lincoln Life Assurance Company of Boston**

Officer of the Company

**JOB DESCRIPTION FOR:**
Revision Date 5/14/2014

# SOCIAL WORKER (MSW)

**PRIMARY FUNCTION**
The Social Worker (MSW) is that member of the interdisciplinary team whose primary function is to provide psychosocial support to the patient/family unit based on an assessment that identifies the needs, goals, interventions and services indicated accordance with the established plan of care and to utilize professional training and personal judgment in monitoring the psychosocial assessment process

**JOB RESPONSIBILITIES**

- This is a safety-sensitive position
- Performs psychosocial assessments, case management, education and ongoing evaluation of patients and families.
- Completes comprehensive psychosocial assessments within 5 days. Maintains an appropriate clinical record, completing documentation by the next business day.
- Develops a written plan of care to provide information and direction to other interdisciplinary team members regarding the provision of social work services.
- Participates in the team decision to admit and/or discharge patients to hospice services.
- Assists with discharge planning by coordinating and ensuring that the plan is followed.
- Provides social work expertise regarding changes to the patient's level of care.
- Documents all findings, needs, problems, measurable goals, plans, interventions, and patient responses in the clinical record.
- Communicates plans and changes to the physician and other members of the interdisciplinary team through the care plan, coordination notes, and participation in IDG meetings.
- Provides casework/evaluation and service management of patients requiring information about, or monitoring of:
  - Family relationships;
  - Meaning of illness to the patient and his/her family
  - Cultural and spiritual attitudes in relationship to illness;
  - Long Term Care Planning – including process for placement;
  - Advanced care planning expertise.
- Monitors safety of patient environment, including following reporting policy regarding possible abuse/neglect and suicide, ability of patient and family to adjust to the care of the patient in the home; and the financial impact of patient's illness upon the family.
- Demonstrates teamwork and effective communication to accomplish patient, team and Curo goals.
- Shares areas of expertise and initiates interdisciplinary referrals including community outreach regarding end of life care issues.
- Educates team members and patient's families about community resources and how to access them appropriately.
- May negotiate and represent patients/families regarding community resources.

- Represents patients/families in request for benevolent funds from Curo Foundation
- Participates in training and in-service education and leads training modules relating to SW role in hospice process. This includes training/mentoring of newly hired social workers to include orientation, policy standards and process review.
- Assists in the development, implementation, and evaluation of the ongoing quality improvement process.
- Acts as the field placement supervisor for social work students including the day-to-day supervision, evaluation, project management and communication/coordination with the university's field placement coordinator.
- Supervises Social Workers with a Bachelor's degree per state and Curo policy.
- May participate in the on-call rotation to deal with admissions, deaths and crises management.
- Performs other activities as assigned
- Consistently promotes company's core values
- Completes required Curo annual training.
- This is a safety-sensitive position.

**QUALIFICATIONS**

- To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skill, and/or ability required.
- Education: Master's Degree in Social Work from a CSWE School. A degree in Human Services/Social Services may be considered.
- Experience: One year experience as a Social Worker in a healthcare and/or hospice setting is required; three to five years preferred.
- Licenses, Certifications and/or Registration
    - Licensure as required by the state in which the hospice is located
    - CPR Certification
    - Current automobile insurance and valid driver's license
- Equipment/Tools/Work-Aids: Must be able to operate computer, facsimile equipment, copier and cell phone/beeper. Must have and maintain transportation to be used for work.
- Specialized Knowledge and Skills: Knowledge of terminally ill patients and their families along with understanding of hospice and the psychosocial dynamics of illness, loss, and death; ability to apply knowledge of the special needs of hospice patient and families; knowledge of roles of all disciplines providing hospice services; knowledge of community resources; good oral and written communication skills; documentation management.
- Personal Traits, Qualities and Aptitudes: Sensitivity to the impact of life and death issues face by individuals with terminal illness; tact in dealing with these patients and their families; ability to support others at a time of crisis; ability to cope with the stress of repeated loss. Must be able to demonstrate flexibility by performing a variety of tasks, often changing from one to another of a different nature without loss of efficiency or composure. Communicate effectively with people of all socioeconomic backgrounds. Responsible functioning in the work place, maturity, cooperation, flexibility, tact in dealing with co-workers and all member of the hospice team.
- Working Conditions: Patients homes and/or institutional setting and automobile travel. Potential exposure to infections, communicable diseases, odors, blood, excreta and hazardous maters.

**PHYSICAL DEMANDS**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be requested by individuals with disabilities to allow them to perform the essential functions.

- The ability to work in a constant state of alertness and safe manner
- Exchange information and communicate verbally and by written word
- Must be able to read, write, and comprehend English
- Demonstrate active listening skills

- Specific vision abilities include close vision, distance vision, depth perception, and ability to adjust focus
- Ambulate on rough surfaces and climb stairs
- Endure long periods of driving
- Stand, walk and/or sit for extended periods of time
- Lift or move up to 25 lbs
- The ability to work in a constant state of alertness and safe manner.

**STANDARDS**

- Maintains high standards of integrity and business ethics.
- Abides by company rules, policies and procedures, and applicable laws and regulations.
- Conducts self in an honest, ethical manner
- Reports promptly any suspected violation of compliance standards via the open door policy.

**DIRECTIONS RECEIVED:**

Reports to the Director of Operations.

_____________________________ _____________________________

Employee Signature Date

From: LFGNotifications@LFG.com
Sent: Monday, May 16, 2022 2:09:32 PM
To: ;
CC:
BCC:
Subject: [Send Secure]Kindred At Home Claim No. 12827197 Sabrina Guerrero
Attachments: ew3gaz21ftnkgisj2qiu_12761343.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 16, 2022

Ms. Sabrina Guerrero

RE: Long Term Disability (LTD) and Short Term Disability (STD) Benefits
Kindred At Home
Claim #: 12827197 and 12532598

Dear Ms. Sabrina Guerrero:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Kindred At Home's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since March 12, 2022. Should your disability continue through the maximum benefit date, STD benefits are payable through May 27, 2022.

I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of the STD benefit period, we will be reviewing your claim for consideration under Kindred At Home's LTD Policy. Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the STD Plan and may require that we request additional information prior to making a claim determination.

Kindred At Home’s LTD Policy requires that you provide proof of disability in order to receive benefits. The Policy requires that you provide proof of disability as follows:

***Notice and Proof of Claim***

1. ***Notice***
    a. *Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based, if that is possible. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*
    b. *When written notice of claim is applicable and has been received by*

*Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

2. ***Proof***
   a. *Proof of loss must be given to Liberty no later than 180 days after the end of the Elimination Period.*
   b. *Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than 18 months from the date Disability or Partial Disability, when applicable, begins.*

   c. *Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

*Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

***"Proof"*** *means the evidence in support of a claim for benefits and includes, but is not limited to, the following:*

1. *a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;*
2. *an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and*
3. *the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.*

*Proof must be submitted in a form or format satisfactory to Liberty.*

On May 16, 2022, we requested medical records from Jefferson Memorial Hospital, Phillips Health, St. Luke's Therapy Services, Tennova Bariatric, and UT Urgent Care. To date, we have not received all of the information necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from February 26, 2022 through present.

To assist us with our review, please complete the following forms and return them by the due date indicated below:

X Activities Questionnaire Form
X Authorization - Medical
X Claimant Information Form
X Claimant Supplementary Statement
X Family Information Questionnaire
X Training Education Experience
X Reimbursement Agreement Form
X Disability Payment Option Form
X W-4S 2022
__ Other

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.

Kindred At Home's LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than June 29, 2022.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kechele Gentry
Claims Examiner
Phone No.: (800) 291-0112 Ext. 59670
Secure Fax No.: (603) 334-0380

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
Training Education Experience
Reimbursement Agreement Form
Disability Payment Option Form
W-4S 2022

# ACTIVITIES QUESTIONNAIRE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Kechele Gentry ______________________



EMPLOYEE/CLAIMANT NAME: Sabrina Guerrero ______________________

CLAIM NO: 12827197 ______________ DATE OF BIRTH: ______________

EMPLOYER/SPONSOR: Kindred At Home ______________________

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ______________ stand ______________ walk ______________

How many hours a day do you:

sit ______________ stand ______________ walk ______________

Do you take a nap during the day?

Yes ______________ No ______________

If Yes, for how long? ______________ At what time of the day? ______________

How many hours a day do you spend in bed? ______________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car? ______________

Do you hold a valid driver's license?

Yes ______________ No ______________

If No, please explain: ______________________________

If Yes, how long are you able to drive a car? ______________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______________________________

Do you have children?

Yes ________ No ________ If Yes, what are their dates of birth ______________________

______________________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ________ No ________ If Yes, please explain ______________________

How many times a day do you leave the house during the week? ______________

On the weekends? ______________

How often do you run errands? ______________________

Please describe what errands you most commonly run: ______________________

______________________________

Lincoln Financial Group®

How often do you get outdoors? ____________________

| | | |
|---|---|---|
| Are you left or right hand dominant? | Left ______ | Right ______ |
| Are you able to work in your garden? | Yes ______ | No ______ |
| Are you able to work on your house? | Yes ______ | No ______ |
| Are you able to wash your car? | Yes ______ | No ______ |

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. ____________________

If yes, how often per day (hours) do you use the internet? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these internet sites for? ____________________

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. ____________________

If yes, how often per day (hours) do you engage in activities? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

What do you use these social media sites for? ____________________

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc**. to view information?

List all sites that apply. ____________________

| | | | | | |
|---|---|---|---|---|---|
| If yes on a computer, how long (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a phone, how long (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a IPad or Tablet (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes on a E-reader, (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |

For what reasons, do you use these devices?

____________________

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? ____________________

| | | | | | |
|---|---|---|---|---|---|
| If yes, how many hours per day do you play video games? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |
| If yes, how many days per week do you play? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____ 3-4 hours | ____ 5+ hours |

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | ______ | ______ |
| Carrying groceries into the house | ______ | ______ |
| Cooking meals | ______ | ______ |
| Cleaning after meals | ______ | ______ |
| Cleaning bathrooms | ______ | ______ |
| Vacuuming | ______ | ______ |
| Doing the laundry | ______ | ______ |
| Opening and responding to mail | ______ | ______ |

**Lincoln/Guerrero 2807**

Lincoln Financial Group®

Managing your finances ____________________ ____________________
Balancing your checkbook ____________________ ____________________
Bathing yourself ____________________ ____________________
Styling your own hair ____________________ ____________________
Getting dressed ____________________ ____________________
Going up and down stairs ____________________ ____________________

Have you been confined to a hospital within the last 12 months? Yes _______ No _______
If Yes, please provide reason and hospital contact Information: ______________________________

How often do you travel or take vacation? ______________________________
Where do you go? How do you get there (transportation method)? ______________________________

Are you able to pursue your hobbies? Yes _______ No _______
If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______
If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:
- how many hours per day? __________
- how many hours per week? __________
- for whom? ______________________________

Are you working for wages? Yes _______ No _______
If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

**Lincoln/Guerrero 2808**

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

---

Name: ________________________________ Date: ________________________________

Signature: ____________________________

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________ Date: ____________

Date of Birth: ____________ Claim Number: 12827197

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Kechele Gentry

EMPLOYEE/CLAIMANT NAME: Sabrina Guerrero
CLAIM NO: 12827197
EMPLOYER/SPONSOR: Kindred At Home DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 02/26/2022 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**Lincoln/Guerrero 2811**

**SIGNATURE:** ______________________________________ **DATE:** ___________________________________

**Lincoln/Guerrero 2812**

# CLAIMANT SUPPLEMENTARY STATEMENT

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return to:** Kechele Gentry

**EMPLOYEE/CLAIMANT NAME:** Sabrina Guerrero **CLAIM #:** 12827197
**EMPLOYER:** Kindred At Home **DATE OF BIRTH:** __________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________

**DATE:** ______________ **EMPLOYEE'S SIGNATURE:** ______________________

DP 409

**Lincoln/Guerrero 2813**

# Family Information Questionnaire

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

Lincoln Financial Group®

**Return to:** Kechele Gentry

EMPLOYEE/CLAIMANT NAME: Sabrina Guerrero
CLAIM NO: 12827197
EMPLOYER/SPONSOR: Kindred At Home DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ____________ DOB: ________

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to The Lincoln National Life Insurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________ Date: ____________

**Lincoln/Guerrero 2814**

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

EMPLOYEE/CLAIMANT NAME: Sabrina Guerrero

CLAIM NO: 12827197

EMPLOYER/SPONSOR: Kindred At Home DATE OF BIRTH: ________________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ____________________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________________ Certificate Program completed: ____________________

Associates Degree: ____________________ College: number of years: ____________________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ____________________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________________

List any other Training or Classes Attended or Plan to Attend: ____________________

Primary language spoken: ____________________ Other language(s) spoken fluently: ____________________

Additional Skills, Hobbies & Volunteer Work ____________________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________________ Specialty: ____________________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ____________________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________________

3. Company: ______________________ Department: ______________________ From: __________ To: _______

Job Title(s): ________________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ________________________________________________

________________________________________________

4. Company: ______________________ Department: ______________________ From: __________ To: _______

Job Title(s): ________________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ________________________________________________

________________________________________________

5. Company: ______________________ Department: ______________________ From: __________ To: _______

Job Title(s): ________________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ________________________________________________

________________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ________________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ________________

(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________________ Work: ______________________

**SIGNATURE:** ______________________ **PHONE NO: (   )** ______________________

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

Lincoln Financial Group®

# REIMBURSEMENT AGREEMENT

**Claimant:** Sabrina Guerrero **Date of Birth:** ________

**Employer:** Kindred At Home **Policy/Plan Sponsor No.:** 09-LF0132

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:**________________________________ **DATE:**________________________

**EMPLOYEE'S PRINTED NAME:** Sabrina Guerrero

***Please retain a copy for your records or one can be provided upon request.***

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380
www.LincolnFinancial.com

# DISABILITY PAYMENT OPTIONS

Insurer: Disability and Life Claims
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

(Herein Referred to as "we" and "us")

Policy Number: 09-LF0132 Claim No. 12827197

Disability Date: February 26, 2022

Issued To: Kindred At Home

Address: ______________________

Claimant: Sabrina Guerrero

Address: ______________________

The policy under which you are covered provides that Disability benefits will be offset by Social Security Disability Benefits for you and your family. Lincoln Financial Group offers assistance to apply for Social Security Benefits or you can apply on your own or with your own legal representative. Once a Social Security Application is made, Lincoln Financial Group will monitor the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

We understand that the Social Security Administration has not yet made a decision concerning your benefits. Until the Social Security Administration makes a decision, your Disability benefits can be handled in one of two ways:

☐ 1. We can estimate the amount of Social Security benefits you and your spouse and family will receive and reduce your monthly policy benefit by this amount. If Social Security benefits are estimated, the monthly policy benefit will be adjusted when we receive:
   (a) proof of the amount awarded by Social Security; or,
   (b) written request is submitted to remove the estimate with the understanding an overpayment may result if Social Security Benefits are awarded, or
   (c) proof that Social Security benefits have been denied and all appeals have been exhausted.
   If your Social Security application is denied, the amount estimated will be returned to you in a lump sum within 30 days of our receipt of the final Social Security determination. If Social Security awards benefits which exceed our estimate, then we will have overpaid benefits to you and you will need to repay the overpayment.

☐ 2. We can pay you a monthly benefit with no reduction for estimated Social Security benefits until Social Security makes a decision. If Social Security does award benefits, this will result in an overpayment by us. You must supply us with a copy of the Social Security decision and repay any overpayment. In addition, if Social Security makes an award, we will reduce your future monthly policy benefits by the amount of Social Security benefits you and your spouse and family receive, according to the policy provisions.

Under either of the above approaches, if you do not repay an overpayment within 60 days of our notification or otherwise make acceptable repayment arrangements, we may offset the amount of the overpayment against any current or future benefits payable to you and take any other actions necessary to recover the overpayment. Please indicate which approach you want to use by checking box #1 or box #2 and signing this form. If you make no selection, we will use approach #2. If you have any questions, please contact us.

The The Lincoln National Life Insurance Company reserves all rights under the contract.

| | |
|---|---|
| (Insured) | (Witness) |
| (Address) | (Address) |
| (Date) | (Date) |

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Form **W-4S**

Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

▶ **Give this form to the third-party payer of your sick pay.**
▶ **Go to *www.irs.gov/FormW4S* for the latest information.**

OMB No. 1545-0074

**2022**

| Your first name and middle initial | Last name | **Your social security number** |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

| | |
|---|---|
| Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . . . . . | $ |

Employee's signature ▶ Date ▶

----------------------------**Separate here and give the top part of this form to the payer. Keep the lower part for your records.** ----------------------------------

**Worksheet** (Keep for your records. Do not send to the IRS.)

| | | | |
|---|---|---|---|
| **1** | Enter amount of adjusted gross income that you expect in 2022 . . . . . . . . . . . . . . . . | **1** | |
| **2** | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2022 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Tax. Figure your tax on line 3 by using the **2022** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2021 Instructions for Form 1040 . . . . . . . | **4** | |
| **5** | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . | **5** | |
| **6** | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| **7** | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2022 or paid or to be paid with 2022 estimated tax payments . . . | **7** | |
| **8** | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| **9** | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| **10** | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . | **10** | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the IRS.

*(continued on back)*

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2022, the standard deduction amounts are:

| **Filing Status** | **Standard Deduction** |
|---|---|
| Married filing jointly or qualifying widow(er) | $25,900* |
| Head of household | $19,400* |
| Single or Married filing separately | $12,950* |

* If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional standard deduction for the elderly or blind.*** An additional standard deduction of $1,400 is allowed for a married individual (filing jointly or separately) or a qualifying widow(er) who is 65 or older or blind, $2,800 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,800 is allowed on a joint return. If both spouses are 65 or older **and** blind, an additional $5,600 is allowed on a joint return. Additional standard deductions are also allowed on your separate return for your spouse who is 65 or older and/or blind if your spouse has no gross income and can't be claimed as a dependent by another taxpayer. An additional $1,750 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,500 if 65 or older **and** blind. See the 2022 Estimated Tax Worksheet—Line 2 Standard Deduction Worksheet in Pub. 505.

***Limited standard deduction for dependents.*** If you are a dependent of another person, your standard deduction is the greater of (a) $1,150 or (b) your earned income plus $400 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual. For exceptions, see Pub. 519, U.S. Tax Guide for Aliens.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax credit and credit for other dependents, higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See the Tax Credits table in Pub. 505 for more information.

### Line 7—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2022 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2022 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $10,275 | **$0 + 10%** | **$0** |
| 10,275 | 41,775 | **1,027.50 + 12%** | **10,275** |
| 41,775 | 89,075 | **4,807.50 + 22%** | **41,775** |
| 89,075 | 170,050 | **15,213.50 + 24%** | **89,075** |
| 170,050 | 215,950 | **34,647.50 + 32%** | **170,050** |
| 215,950 | 539,900 | **49,335.50 + 35%** | **215,950** |
| 539,900 | and greater | **162,718 + 37%** | **539,900** |

### Schedule Z—Head of household

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $14,650 | **$0 + 10%** | **$0** |
| 14,650 | 55,900 | **1,465 + 12%** | **14,650** |
| 55,900 | 89,050 | **6,415 + 22%** | **55,900** |
| 89,050 | 170,050 | **13,708 + 24%** | **89,050** |
| 170,050 | 215,950 | **33,148 + 32%** | **170,050** |
| 215,950 | 539,900 | **47,836 + 35%** | **215,950** |
| 539,900 | and greater | **161,218.50 + 37%** | **539,900** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $20,550 | **$0 + 10%** | **$0** |
| 20,550 | 83,550 | **2,055 + 12%** | **20,550** |
| 83,550 | 178,150 | **9,615 + 22%** | **83,550** |
| 178,150 | 340,100 | **30,427 + 24%** | **178,150** |
| 340,100 | 431,900 | **69,295 + 32%** | **340,100** |
| 431,900 | 647,850 | **98,671 + 35%** | **431,900** |
| 647,850 | and greater | **174,253.50 + 37%** | **647,850** |

### Schedule Y-2—Married filing separately

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $10,275 | **$0 + 10%** | **$0** |
| 10,275 | 41,775 | **1,027.50 + 12%** | **10,275** |
| 41,775 | 89,075 | **4,807.50 + 22%** | **41,775** |
| 89,075 | 170,050 | **15,213.50 + 24%** | **89,075** |
| 170,050 | 215,950 | **34,647.50 + 32%** | **170,050** |
| 215,950 | 323,925 | **49,335.50 + 35%** | **215,950** |
| 323,925 | and greater | **87,126.75 + 37%** | **323,925** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

**Lincoln/Guerrero 2821**

**Guerrero, Sabrina**
Patient ID:
Specimen ID: **123-462-1241-0**

DOB:
Age: **53**
Sex: **Female**

**Patient Report**
Account Number: **41027710**
Ordering Physician: **C VANOSDALE**

labcorp

Ordered Items: **CBC/Diff Ambiguous Default; Comp. Metabolic Panel (14); Iron and TIBC; Folate (Folic Acid), Serum; Vitamin A, Serum; Vitamin D, 25-Hydroxy; Vitamin B12; Magnesium; Copper, Serum or Plasma; Zinc, Plasma or Serum; Ferritin; PTH, Intact; Ambig Abbrev CMP14 Default; Venipuncture**

Date Collected: **05/03/2022** Date Received: **05/03/2022** Date Reported: **05/13/2022** Fasting: **No**

## CBC/Diff Ambiguous Default

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| WBC [01] | 9.3 | | x10E3/uL | 3.4-10.8 |
| RBC [01] | 5.02 | | x10E6/uL | 3.77-5.28 |
| Hemoglobin [01] | 15.1 | | g/dL | 11.1-15.9 |
| Hematocrit [01] | 45.5 | | % | 34.0-46.6 |
| MCV [01] | 91 | | fL | 79-97 |
| MCH [01] | 30.1 | | pg | 26.6-33.0 |
| MCHC [01] | 33.2 | | g/dL | 31.5-35.7 |
| RDW [01] | 13.9 | | % | 11.7-15.4 |
| Platelets [01] | 277 | | x10E3/uL | 150-450 |
| Neutrophils [01] | 64 | | % | Not Estab. |
| Lymphs [01] | 26 | | % | Not Estab. |
| Monocytes [01] | 6 | | % | Not Estab. |
| Eos [01] | 3 | | % | Not Estab. |
| Basos [01] | 1 | | % | Not Estab. |
| Neutrophils (Absolute) [01] | 5.9 | | x10E3/uL | 1.4-7.0 |
| Lymphs (Absolute) [01] | 2.4 | | x10E3/uL | 0.7-3.1 |
| Monocytes(Absolute) [01] | 0.6 | | x10E3/uL | 0.1-0.9 |
| Eos (Absolute) [01] | 0.3 | | x10E3/uL | 0.0-0.4 |
| Baso (Absolute) [01] | 0.1 | | x10E3/uL | 0.0-0.2 |
| Immature Granulocytes [01] | 0 | | % | Not Estab. |
| Immature Grans (Abs) [01] | 0.0 | | x10E3/uL | 0.0-0.1 |
| NRBC [01] | 0 | | % | 0 - 0 |

## Comp. Metabolic Panel (14)

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| ▲ **Glucose** [01] | **102 High** | | mg/dL | 65-99 |
| BUN [01] | 15 | | mg/dL | 6-24 |
| Creatinine [01] | 0.64 | | mg/dL | 0.57-1.00 |
| eGFR | 106 | | mL/min/1.73 | >59 |
| BUN/Creatinine Ratio | 23 | | | 9-23 |
| Sodium [01] | 141 | | mmol/L | 134-144 |
| Potassium [01] | 4.2 | | mmol/L | 3.5-5.2 |
| Chloride [01] | 102 | | mmol/L | 96-106 |
| Carbon Dioxide, Total [01] | 22 | | mmol/L | 20-29 |
| Calcium [01] | 9.3 | | mg/dL | 8.7-10.2 |
| Protein, Total [01] | 6.7 | | g/dL | 6.0-8.5 |
| Albumin [01] | 4.0 | | g/dL | 3.8-4.9 |



©2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 877-914-9705

## Comp. Metabolic Panel (14) (Cont.)

| | Test | Current Result and Flag | | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|---|---|
| | Globulin, Total | 2.7 | | | g/dL | 1.5-4.5 |
| | A/G Ratio | 1.5 | | | | 1.2-2.2 |
| | Bilirubin, Total [01] | 0.2 | | | mg/dL | 0.0-1.2 |
| ▲ | **Alkaline Phosphatase** [01] | **158** | **High** | | IU/L | 44-121 |
| | AST (SGOT) [01] | 16 | | | IU/L | 0-40 |
| | ALT (SGPT) [01] | 30 | | | IU/L | 0-32 |

## Iron and TIBC

| | Test | Current Result and Flag | | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|---|---|
| | Iron Bind.Cap.(TIBC) | 355 | | | ug/dL | 250-450 |
| | UIBC [01] | 313 | | | ug/dL | 131-425 |
| | Iron [01] | 42 | | | ug/dL | 27-159 |
| ▼ | **Iron Saturation** | **12** | **Low** | | % | 15-55 |

## Folate (Folic Acid), Serum

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| Folate (Folic Acid), Serum [01] | 17.4 | | ng/mL | >3.0 |
| Note: [01] | | | | |

```
A serum folate concentration of less than 3.1 ng/mL is
considered to represent clinical deficiency.
```

## Vitamin A, Serum

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| Vitamin A [02] | 47.8 | | ug/dL | 20.1-62.0 |

```
Reference intervals for vitamin A determined from LabCorp internal
studies. Individuals with vitamin A less than 20 ug/dL are considered
vitamin A deficient and those with serum concentrations less than
10 ug/dL are considered severely deficient.
This test was developed and its performance characteristics
determined by LabCorp. It has not been cleared or approved
by the Food and Drug Administration.
```

## Vitamin D, 25-Hydroxy

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| Vitamin D, 25-Hydroxy [01] | 69.8 | | ng/mL | 30.0-100.0 |

```
Vitamin D deficiency has been defined by the Institute of
Medicine and an Endocrine Society practice guideline as a
level of serum 25-OH vitamin D less than 20 ng/mL (1,2).
The Endocrine Society went on to further define vitamin D
insufficiency as a level between 21 and 29 ng/mL (2).
1. IOM (Institute of Medicine). 2010. Dietary reference
   intakes for calcium and D. Washington DC: The
   National Academies Press.
2. Holick MF, Binkley NC, Bischoff-Ferrari HA, et al.
   Evaluation, treatment, and prevention of vitamin D
   deficiency: an Endocrine Society clinical practice
   guideline. JCEM. 2011 Jul; 96(7):1911-30.
```



©2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 877-914-9705

## Vitamin B12

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| Vitamin B12 [01] | 771 | | pg/mL | 232-1245 |

## Magnesium

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| Magnesium [01] | 2.1 | | mg/dL | 1.6-2.3 |

## Copper, Serum or Plasma

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| Copper, Serum or Plasma [A, 02] | 126 | | ug/dL | 80-158 |

Detection Limit = 5

## Zinc, Plasma or Serum

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| Zinc, Plasma or Serum [A, 02] | 62 | | ug/dL | 44-115 |

Detection Limit = 5

## Ferritin

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| Ferritin [01] | 49 | | ng/mL | 15-150 |

## PTH, Intact

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| PTH, Intact [01] | 56 | | pg/mL | 15-65 |

## Ambig Abbrev CMP14 Default

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| Ambig Abbrev CMP14 Default [01] | | | | |

A hand-written panel/profile was received from your office. In accordance with the LabCorp Ambiguous Test Code Policy dated July 2003, we have completed your order by using the closest currently or formerly recognized AMA panel. We have assigned Comprehensive Metabolic Panel (14), Test Code #322000 to this request. If this is not the testing you wished to receive on this specimen, please contact the LabCorp Client Inquiry/Technical Services Department to clarify the test order. We appreciate your business.

**Disclaimer**
The Previous Result is listed for the most recent test performed by Labcorp in the past 5 years where there is sufficient patient demographic data to match the result to the patient. Results from certain tests are excluded from the Previous Result display.

**Icon Legend**
▲ Out of Reference Range ■ Critical or Alert

**Comments**
A: This test was developed and its performance characteristics determined by Labcorp. It has not been cleared or approved by the Food and Drug Administration.



©2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00
This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 877-914-9705

**Performing Labs**
01: TNLCA - Labcorp Knoxville 1924 Alcoa Hwy Box 108, Knoxville, TN, 37920-1511 Dir: Lisa D Duncan, MD
02: BN - Labcorp Burlington 1447 York Court, Burlington, NC, 27215-3361 Dir: Sanjai Nagendra, MD
For Inquiries, the physician may contact Branch: 865-305-9705 Lab: 877-914-9705

Patient Details
**Guerrero, Sabrina**

Phone:
Date of Birth:
Age: **53**
Sex: **Female**
Patient ID:
Alternate Patient ID:

Physician Details
**C VANOSDALE**
**Tennova Bariatric Surgery**
**10810 Parkside Dr Plaza 1 #305, Knoxville, TN, 37934**

Phone**: 865-392-3971**
Account Number: **41027710**
Physician ID:
NPI: **1487002432**

Specimen Details
Specimen ID: **123-462-1241-0**
Control ID: **45032554900**
Alternate Control Number:
Date Collected: **05/03/2022 1446 Local**
Date Received: **05/03/2022 0000 ET**
Date Entered: **05/03/2022 1533 ET**
Date Reported: **05/13/2022 0507 ET**
Rte: **00**



©2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 877-914-9705

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | GUERRERO, SABRINA<br>M(Female) | **DOB :**<br>**Race:**<br>**Language:**<br>**Ethnicity:** | (53)<br>White<br>English<br>Not Hispanic or Latino | **Encounter ID:**<br>**Primary Ins:** | 141130966<br>Blue Cross Blue Shield Tennessee (BCBS TN) * |
| **Location:** | Phillips Healthcare Group, PC (service Location)<br>6890 W. A. J. HWY<br>TALBOTT, TN, 37877-0879<br>(423)839-2120 | **Provider:** | Floyd Edward Phillips, MD | **Servicing Provider:** | Phillips, Floyd |

## Subjective

**Chief Complaint: Follow Up Covid-19**

**History of Present Illness - Follow Up Covid-19**

**Severity**

**Reported:** moderate.

**Duration**

**Reported:** 3 months.

**Timing**

**Reported:** f/u Covid-19.

**Context**

**Reported:** Pt in office today for f/u on Covid-19 diagnosis from 02/07/22. Pt c/o fatigue and dyspnea with activity. Pt states she is currently doing PT 2x/week. Pt states she is just exhausted all the time. cbm

**Modifying Factors**

**Reported:** PT.

**Associated Signs and Symptoms**

**Reported:** fatigue, dyspnea with activity.

**Medication List**

cetirizine 10 mg tablet - 1 tablet by mouth daily

albuterol sulfate HFA 90 mcg/actuation aerosol inhaler - 2 puff inhale every 4-6 hours as needed (PRN); prn cough, wheeze, or SOB

Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler - 2 puff inhale twice a day; Rinse mouth after each use.

ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule - 1 capsule by mouth 2 times weekly

meloxicam 15 mg tablet - 1 tablet by mouth daily

escitalopram 10 mg tablet - 1 tablet by mouth daily

benazepril 10 mg tablet - 2 tablet by mouth daily

nystatin 100,000 unit/gram topical powder - 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed.

MM-Zyme tablet - TAKE 1 TABLET BY MOUTH ONCE DAILY

cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution - * 1 mL intramuscular once a month

**Allergies**

Sulfa (Sulfonamide Antibiotics) - Active

**Social Hx**

**Tobacco:** Cigarettes (Former smoker)

**Alcohol:** Beer (Occasional)

Electronically Signed and Reviewed by PHILLIPS, FLOYD 05/09/2022 16:11:06

**Medical Hx**

The patient **reports** a history of Hypertension, Vitamin D deficiency, Nasal Allergies, Insomnia, Anemia.

**Surgical Hx**

The patient **reports** a history of Arthroscopy of knee joint, Gastric Bypass, Bone Spur Removal.

**Family Hx**

**Father:** (Alive) reports Cancer, Cholesterol High, Diabetes, Hypertension, MI, Obesity, Stroke.
**Mother:** (Alive) reports Cholesterol High.

**Review of Systems**

**Constitutional - reported:** Fatigue,
**Denied:** Fever, Weight loss, Chills, Weakness, Weight gain,
**Head - Denied:** Headaches, dizziness, Fainting, Head Injury,
**Eyes - Denied:** Blurry Vision, Vision Loss, Eye Pain, Redness, Infections,

**ENT**

**Nose - Denied:** Discharge, Infections, Nosebleeds,
**Mouth - Denied:** Postnasal drip, Hoarseness,
**Ears - Denied:** Discharge, Dizziness, Infections, Pain,
**Respiratory - reported:** Short of Breath,
**Denied:** Coughing Blood, Cough,
**Cardiovascular - reported:** Short of Breath - Exertion, High Blood Pressure,
**Denied:** Chest pain, Palpitations, Leg Pain - Walking,
**Gastrointestinal - Denied:** Abdominal pain, Change in stool color, Nausea, Diarrhea, Vomiting, Rectal bleeding, Constipation, Heartburn, Infections,
**Musculoskeletal - Denied:** Weakness, Joint pain,
**Psychiatric - Denied:** Behavioral Change, Disorientation, Memory loss,
**Skin - Denied:** Rashes,
**Neurological - Denied:** Fainting, Paralysis, Headaches, numbness,
**Endocrine - reported:** Fatigue,
**Hematologic/Lymph - Denied:** Bleeding Easily, Blood Clots,
**Allergic/Immunologic - Denied:** Coughing, Runny Nose, Sneezing,

## Objective

**Vital Signs**

**Blood Pressure:** 118/78 (Left Brachial, Sitting, Large, Normal)
**Pulse:** 96 (Left Radial, REGULAR rhythm, Normal quality, Normal)
**Respirations:** 20 (Normal quality, NORMAL rhythm, Normal) **Pulse Ox:** 97 % (RoomAir)
**Temperature:** 97.5 F (Right Tympanic Membrane, Normal)
**Weight:** 375.6 lb **Height:** 5' 5" **BMI Flag:** Obese ( 62.5 )

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed.

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

Electronically Signed and Reviewed by PHILLIPS, FLOYD 05/09/2022 16:11:06

**Eyes**

**External Eye**

The eyelids are without lesions. The sclera is white and the conjunctiva pink.

**Respiratory**

**Effort**

The patient is relaxed and breathes without effort. The patient is not cyanotic. There is no acessory muscle use or intercostal retractions.

**Auscultation**

There are no crackles, wheezes, rhonchi, stridor or pleural rubs. There is no bronchophony, egophony, or whispered pectoriloquy.

**Cardiovascular**

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Edema / PVD**

There is no pitting edema of the lower extremities.There are no changes consistent with arterial insufficiency; there are no varicosities or stasis changes. Calves are supple and nontender.

**Psychiatric**

**Orientation**

The patient is oriented to time, place and person.

## Assessment

**Diagnosis**

G4733 Obstructive sleep apnea (adult) (pediatric)
R0602 Shortness of breath
R5383 Other fatigue

## Plan

**Procedures**

99214 Office O/p Est Mod (1 UN)
3074F Syst Bp Lt 130 Mm Hg (1 UN)
3078F Diast Bp < 80 Mm Hg (1 UN)

**Orders**

**Ordering Provider** Phillips, F **Order Date** 05/09/2022 16:08 **Result Status** Printed **Result Date**
**Facility** Jefferson Memorial Hosptial

| Order | Test Name | In Range | Out Range | Result Comment |
|---|---|---|---|---|
| Jefferson Memorial Hosptial Cardiovascular | Consult | | | |

**Immunization.Hx**

12/4/2017 - influenza, injectable, quadrivalent, contains preservative (Fluzone, Quadrivalent 5.0 mL Multidose Vial) 0.5 mL IM,

**Care Plan**

**Obstructive sleep apnea (adult) (pediatric)**

**Cpap Compliance**

Electronically Signed and Reviewed by PHILLIPS, FLOYD 05/09/2022 16:11:06

Usage of CPAP is greater than or equal to 4 hrs a night on at least 70% of nights during a consecutive 30 day period in the first 3 months of usage of CPAP device.

**Obstructive Sleep Apnea**

- Encouraged consistent use every night
- Replace mask/nasal pillows and tubing at least every 6 months
- F/U if problems with equipment or if daytime sleepiness or fatigue increases

**Shortness of breath**

**Note 2**

- Will get Stress ECHO to look for any cardiac involvement from her Covid infection

**Problem List**

Benign Essential Hypertension (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin D Deficiency (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Post-Gastrointestinal Tract Surgery Malnutrition (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Iron Deficiency Anemia (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

Electronically Signed and Reviewed by PHILLIPS, FLOYD 05/09/2022 16:11:06

**Rendering Provider Signature**

Signature

St. Luke's Therapy Services of Sevierville
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Secondary Insurance Name:** Blue Cross Blue Shield

**Date of Daily Note:** 05/10/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 9
**Primary Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** muscle weakness
Patient states she is doing okay just weak and have to take breaks often when doing ADLs.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs
**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 3 **Previous Findings as of 05/03/2022 - Worst:4 Best:0 Current:4*
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

**Precautions** Patient needs head elevated if supine due to breathing problem
HTN

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 4 |

See Flowsheet completed for ROM, strength, endurance and mobility with incorporation of diaphragmatic breathing ex
Head of mat elevated for mat ex

Rest breaks throughout and cues for proper breathing and pacing
CPT copyright 2021 American Medical Association All rights reserved

Objective Findings

ROM bilateral upper extremities WNL, bilateral lower extremities WNL
Strength bilateral upper extremities grossly 4/5, bilateral lower extremities grossly 4/5 (5/10/2022)
Oxygen saturation 95-98% "but goes down when I start walking", HR 97-126 bpm

## Assessment

**Assessment/Diagnosis:** Patient tolerated treatment well today with no adverse reactions noted. Patient was able to perform sit to stand x10 with no BUE support or rest break. Patient O2 and HR monitored throughout treatment and remained WNL. Patient will continue to benefit from skilled therapy in order to achieve therapy goals.
**Patient Education:** HEP, safety, pacing with ADLs.
**Rehab Potential:** Good
**Patient Problems:**

Powered by WebPT

# Daily Note / Billing Sheet

- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**
1: (4 Weeks) | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |

**Long Term Goals:**
1: (8 Weeks) | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Patient will be able to ambulate 160 feet without a rest break for gait stability. |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC

Christina Noel Caughron

Christina Noel Caughron
License #7028
*Initiated by Christina Noel Caughron on May 10, 2022 at 11:52 am*

PT, DPT

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Co-Signed by Dr. Jan Paul Dela Cruz, PT, DPT on May 10, 2022 at 11:57 am*

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Secondary Insurance Name:** Blue Cross Blue Shield

**Date of Daily Note:** 05/03/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 8
**Primary Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** muscle weakness
Pt reported, "I am still feeling very fatigued constantly, my energy level is very low."
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs
**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 4 **Previous Findings as of 04/26/2022 - Worst:4 Best:0 Current:4*
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

**Precautions** Patient needs head elevated if supine due to breathing problem
HTN

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet completed for ROM, strength, endurance and mobility with incorporation of diaphragmatic breathing ex<br>Head of mat elevated for mat ex<br><br>Rest breaks throughout and cues for proper breathing and pacing | 4 |

CPT copyright 2021 American Medical Association All rights reserved

**Objective Findings**
ROM bilateral upper extremities WNL, bilateral lower extremities WNL
Strength bilateral upper extremities grossly 4/5, bilateral lower extremities grossly 4/5 (5/2/2022)
Oxygen saturation 95-98% "but goes down when I start walking", HR 97-126 bpm

## Assessment

**Assessment/Diagnosis:** Patient tolerated progression in standing this visit with no adverse reactions noted. Patient continues to require frequent rest breaks throughout treatment due to increased fatigue. O2 monitored throughout treatment ranging from 95-98%, Hr 97-126 bpm. Patient will continue to benefit from skilled therapy in order to improve functional endurance and activity tolerance with ADLs.
**Patient Education:** HEP, pacing with ADLs, proper breathing techniques
**Rehab Potential:** Good
**Patient Problems:**

Powered by WebPT™

St. Luke's Therapy Services of Sevierville
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

Patient Name: Guerrero, Sabrina M.
Date of Birth:
Document Date: 05/03/2022

- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**
1: (4 Weeks) | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |

**Long Term Goals:**
1: (8 Weeks) | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Patient will be able to ambulate 160 feet without a rest break for gait stability. |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC

Christina Noel Caughron

Christina Noel Caughron
License #7028
*Initiated by Christina Noel Caughron on May 3, 2022 at 9:59 am*

PT, DPT

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Co-Signed by Dr. Jan Paul Dela Cruz, PT, DPT on May 3, 2022 at 10:36 am*

Powered by WebPT™

St. Luke's Therapy Services of Sevierville
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Secondary Insurance Name:** Blue Cross Blue Shield

**Date of Daily Note:** 04/26/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 7
**Primary Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** muscle weakness
Pt reported, "I am still feeling very fatigued constantly, my energy level is very low."
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs
**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 4 **Previous Findings as of 04/21/2022 - Worst:4 Best:0 Current:0*
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

**Precautions** Patient needs head elevated if supine due to breathing problem
HTN

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet completed for ROM, strength, endurance and mobility with incorporation of diaphragmatic breathing ex<br>Head of mat elevated for mat ex<br><br>Rest breaks throughout and cues for proper breathing and pacing | 4 |

CPT copyright 2021 American Medical Association. All rights reserved

Objective Findings
ROM bilateral upper extremities WNL, bilateral lower extremities WNL
Strength bilateral upper extremities grossly 4/5, bilateral lower extremities grossly 4/5 (4/26/2022)
Oxygen saturation 96-99% "but goes down when I start walking", HR 97 bpm

## Assessment

**Assessment/Diagnosis:** Patient did well with treatment session, though requiring increased rest breaks and VC for breathing techniques. She continues to become easily fatigued. Patient will require further PT to further improve endurance and strength to help improve ADLs.
**Patient Education:** Posture, body mechanics, pacing with tasks, HEP, proper breathing
**Rehab Potential:** Good
**Patient Problems:**

St. Luke's Therapy Services of Sevierville
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 04/26/2022

# Daily Note / Billing Sheet

- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**
1: (4 Weeks) | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |

**Long Term Goals:**
1: (8 Weeks) | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Patient will be able to ambulate 160 feet without a rest break for gait stability. |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC

Christian Dillard
License #7756
*Initiated by Christian Dillard on April 26, 2022 at 11:45 am*

, PT , DPT

Dr. Ma. Paz Corazon Alana, PT, DPT
License #2308
*Electronically Co-Signed by Dr. Ma. Paz Corazon Alana, PT, DPT on April 26, 2022 at 1:34 pm*

Powered by WebPT

St. Luke's Therapy Services of Sevierville
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Secondary Insurance Name:** Blue Cross Blue Shield

**Date of Daily Note:** 04/21/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 6
**Primary Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** muscle weakness
Pt reported, "I am still feeling tired and exhausted, I can't get my energy level to go up."
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs
**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 0 **Previous Findings as of 04/14/2022 - Worst:4 Best:0 Current:0*
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

**Precautions** Patient needs head elevated if supine due to breathing problem
HTN

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet completed for ROM, strength, endurance and mobility with incorporation of diaphragmatic breathing ex<br>Head of mat elevated for mat ex<br><br>Rest breaks throughout and cues for proper breathing and pacing | 4 |

CPT copyright 2021 American Medical Association. All rights reserved

Objective Findings
ROM bilateral upper extremities WNL, bilateral lower extremities WNL
Strength bilateral upper extremities grossly 4/5, bilateral lower extremities grossly 4/5 (4/21/2022)
Oxygen saturation 96-99% "but goes down when I start walking", HR 97 bpm

## Assessment

**Assessment/Diagnosis:** Pt with generalized weakness with decreased stamina with decreased tolerance to functional mobility. Pt will require to continue with PT tx as indicated to achieve max rehab potential.
**Patient Education:** Posture, body mechanics, pacing with tasks, HEP, proper breathing
**Rehab Potential:** Good
**Patient Problems:**
- Decreased Functional Strength

St. Luke's Therapy Services of Sevierville
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

## Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 04/21/2022

- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**
1: (4 Weeks) | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |

**Long Term Goals:**
1: (8 Weeks) | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Patient will be able to ambulate 160 feet without a rest break for gait stability. |

### Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC

, PT, DPT

Dr. Ma. Paz Corazon Alana, PT, DPT
License #2308
*Electronically Signed by Dr. Ma. Paz Corazon Alana, PT, DPT on April 21, 2022 at 11:46 am*

Powered by WebPT

St. Luke's Therapy Services of Sevierville
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Secondary Insurance Name:** Blue Cross Blue Shield

**Date of Daily Note:** 04/14/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 5
**Primary Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** muscle weakness
Pt reported, I am feeling tired today, I was at UT hospital with my daughter for a surgery. I did have a hard time walking from the parking garage to the front of the hospital. I did have to take a few rest breaks.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs
**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 0 **Previous Findings as of 04/12/2022 - Worst:4 Best:0 Current:0*
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

**Precautions** Patient needs head elevated if supine due to breathing problem
HTN

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet completed for ROM, strength, endurance and mobility with incorporation of diaphragmatic breathing ex<br>Head of mat elevated for mat ex<br><br>Rest breaks throughout and cues for proper breathing and pacing | 4 |

CPT copyright 2021 American Medical Association. All rights reserved.

Objective Findings
ROM bilateral upper extremities WNL, bilateral lower extremities WNL
Strength bilateral upper extremities grossly 4/5, bilateral lower extremities grossly 4/5 (4/12/2022)
Oxygen saturation 95-96%, HR 97 bpm

## Assessment

**Assessment/Diagnosis:** General ms weakness with decreased stamina and endurance that affects tp tolerance to ADL's. Pt did need several rest breaks and cues for proper breathing. Pt completed PT session with no adverse reaction.
**Patient Education:** Posture, body mechanics, pacing with tasks, HEP, proper breathing
**Rehab Potential:** Good
**Patient Problems:**

Powered by WebPT

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 04/14/2022

- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**
1: (4 Weeks) | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |

**Long Term Goals:**
1: (8 Weeks) | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Patient will be able to ambulate 160 feet without a rest break for gait stability. |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC

Jen Hurst, PTA

Jennifer Hurst
License #4270
*Initiated by Jennifer Hurst on April 14, 2022 at 11:53 am*

PT, DPT

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Co-Signed by Dr. Jan Paul Dela Cruz, PT, DPT on April 14, 2022 at 11:58 am*

Powered by WebPT

**From:** DoNotReply@lfg.com
**Sent:** Tue, 26 Apr 2022 15:54:22 +0000
**To:** kindredathomebenefits@benefitfocus.com
**Subject:** GUERRERO, SABRINA, Claim #12532598, Status AP

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/26/2022. This claim is approved through 5/16/2022. This indicates an extension of benefits. The case manager for this claim is Jordyn Harris. The claim number is 12532598.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (866) 213-2937.

Lincoln Financial Group®

Date: April 25, 2022

Subject: **Nursing Memorandum**

***Claim#:*** 12532598

***Claimant:*** Guerrero, Sabrina

***Clinical Assessment:*** Per S1 EE OOW due to COVID-19 infection with DOD 2/26/22. EE initially tested positive for COVID-19 on 2/7/22. EE continued to have persistent weakness, fatigue, and shortness of breath following COVID-19 infection and was referred to Pulmonology. EE then started PT on 3/21/22 with plans to continue for approximately 8 weeks. EE was evaluated per Dr. Floyd Phillips, MD (Pulmonology) on 4/6/22, at which time AP ordered PFT (pulmonary function testing) and noted EE may possibly need pulmonary rehab. AP also prescribed Cefdinir (antibiotic) and Prednisone (oral steroid for inflammation.) PFT was completed on 4/14/22, but full report/interpretation is not on file.

R&L's of no activities greater than those of daily living are supported ongoing through 8 weeks from initiation of PT on 3/21/22, or 5/16/22, for EE with persistent post-COVID syndrome including weakness, fatigue, and shortness of breath, as well as notable impacting comorbids of morbid obesity and high blood pressure, to allow time for medications and PT to be effective, and to allow time for further F/U with PCP and Pulmonology. If EE unable to RTW after 5/16/22 recommend CS obtain updated records from PCP, Pulmonology, and PT office, as well as R&L's forms, and refer back for NDC review. CS notified. No further NDC activity needed.

**Primary Impairing Condition:** Post-COVID syndrome (ICD-10 U09.9)

**Secondary Impairing Condition:** none identified

**Contributing conditions/comorbids:** Morbid obesity, high blood pressure, depression, insomnia, anemia, Vitamin D deficiency

Crystal C., *BSN*, *RN*

Nurse Disability Consultant, Lincoln Financial Group

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, April 19, 2022 8:19:21 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Kindred At Home Claim No. 12532598 Sabrina Guerrero |
| Attachments: | jdcfhvet2qfncupbmdyx_12583886.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (302) 397-3579

April 19, 2022

Ms. Sabrina Guerrero

RE: Short Term Disability (STD) Benefits
Kindred At Home
Claim #: 12532598

Dear Ms. Sabrina Guerrero:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under Kindred At Home's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are in the process of reviewing your claim. To assist us in evaluating your eligibility for benefits we have referred your file for a medical review and assessment by a medical professional.

We anticipate a response from the reviewing medical professional by April 28, 2022. If there is an unexpected delay in receiving a response we will contact you. Otherwise, we will proceed with our review of your claim once the response is received. We regret any inconveniences this delay may cause, however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jordyn Harris
Disability & Leave Case Manager I
Phone No.: (800) 291-0112 Ext. 69490
Secure Fax No.: (302) 397-3579

# Facsimile transmittal

To: **WHOM IT MAY CONCERN**

From: **SABRINA GUERRERO** Date:4/18/2022

Re: **ID# 12532603** Pages:16

Cc: **CLAIM# 12532598**

☒ Urgent ☒ For review ☐ Please comment ☐ Please reply ☐ Please recycle

---

Confidential

**Lincoln/Guerrero 2844**

St. Luke's T herapy Services of Sevierville
1014 Middle C reek Rd
Sevierville, TN 37 8 6 2-29 39
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Physical Therapy Initial Examination

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Visit No.:** 1

**Date of Initial Examination:** 03/21/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)

## Subjective

**History of Present Condition/Mechanism of Injury:** Patient presented to this outpatient clinic without assistive device. Patient has a Dx of muscle weakness that started February 2022 after the patient had COVID. Patient has had no previous treatment. Pt was then referred to this outpatient therapy clinic for evaluation and further treatment.
**Primary Concern/Chief Complaint:** muscle weakness
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs
**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 0
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**General Health:** Good
**Occupation/Social History:**
**Is the Patient a current tobacco user OR have they been a user within the last 12 months:** No
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)
**Patient Goals:** to get stronger

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |
| Inspection | Patient presented to this outpatient clinic without assistive device. |

**Body Mass Index**

| | |
|---|---|
| Weight | 380 |
| Height | 65 |
| Units | lbs/in |
| Index | 63.23 |

### Outcome Measurement Tools

**Lower Extremity**

| | |
|---|---|
| Lower Extremity Functional Scale | 36/80 |

Powered by WebPT

St. Luke's T herapy Services of Sevierville
1014 Middle C reek Rd
Sevierville, TN 37 8 6 2-29 39
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Physical Therapy Initial Examination

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 03/21/2022

**Observation**

**Standing Posture** Forward Head, Rounded Shoulders

**Range of Motion**

**Comments** bilateral upper extremities WNL
bilateral lower extremities WNL

**Strength**

**Comments** bilateral upper extremities grossly 4/5
bilateral lower extremities grossly 4/5

**Special Tests**

**Ligament Integrity Knee**

| | Right | Left |
|---|---|---|
| Valgus Stress at 0 Knee Flex | Negative | Negative |
| Valgus Stress at 30 Knee Flex | Negative | Negative |
| Varus Stress at 0 Knee Flex | Negative | Negative |
| Varus Stress at 30 Knee Flex | Negative | Negative |
| Anterior Drawer | Negative | Negative |
| Posterior Drawer | Negative | Negative |

**Palpation**

**Comments** Grade 1 tenderness right medial knee

## Assessment

**Assessment/Diagnosis:** Pt presents with pain and weakness of bilateral upper extremities and bilateral lower extremities which limit Pt function. Pt will benefit from skilled PT in order to improve on functional limitations and regain PLOF. Pt was educated on PT POC, showed understanding and agreed and participated in goal setting.

**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.

**Patient Education:** PT eval completed. Pt was educated on PT POC, showed understanding, and agreed. Pt was given written instructions with illustrations for a home exercise program and showed understanding. Pt was instructed in CP/MHP application for pain management.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**

- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**

1: (4 Weeks) | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities.
2: (4 Weeks) | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities.
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability

**Long Term Goals:**

1: (8 Weeks) | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities.
2: (8 Weeks) | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities.

Powered by WebPT

3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs
4: (8 Weeks) | Patient will be able to ambulate 160 feet without a rest break for gait stability.

## Plan

**Frequency:** 3 times a week
**Duration:** 8 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (ROM, Strength), Gait Training, Manual Therapy (Soft Tissue Mobilization, Myofascial Release, prn), Patient Education (Home Exercise Program, Home Safety), Self Care

**Specialties**

Other (modalities prn)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (865)453-9022.

Please sign and return: Fax#: (865)453-9177

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________
________________________________

Ben Christopher, PT

Ben Christopher
License #6305
*Electronically Signed by Ben Christopher on March 21, 2022 at 4:44 pm*

Physician Signature________________________
A. Moore, FNP
Date:______________ Time:______________

**St. Luke's T herapy Services of Sevierville**
1014 Middle C reek Rd
Sevierville, TN 37 8 6 2-29 39
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Plan of Care

**Patient Name:** Guerrero Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)

**Date of Plan of Care:** 03/21/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 1

## Assessment

**Assessment/Diagnosis:** Pt presents with pain and weakness of bilateral upper extremities and bilateral lower extremities which limit Pt function. Pt will benefit from skilled PT in order to improve on functional limitations and regain PLOF. Pt was educated on PT POC, showed understanding and agreed and participated in goal setting.
**Patient Education:** PT eval completed. Pt was educated on PT POC, showed understanding, and agreed. Pt was given written instructions with illustrations for a home exercise program and showed understanding. Pt was instructed in CP/MHP application for pain management.
**Rehab Potential:** Good
**Contraindications to Therapy:** None
**Patient Problems:**
- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**
1: (4 Weeks) | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |

**Long Term Goals:**
1: (8 Weeks) | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Patient will be able to ambulate 160 feet without a rest break for gait stability. |

## Plan

**Frequency:** 3 times a week
**Duration:** 8 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**
**Procedures**

Powered by WebPT

**St. Luke's T herapy Services of Sevierville**
1014 Middle C reek Rd
Sevierville, TN 37 8 6 2-29 39
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 03/21/2022

# Plan of Care

Therapeutic Exercises (ROM, Strength), Gait Training, Manual Therapy (Soft Tissue Mobilization, Myofascial Release, prn), Patient Education (Home Exercise Program, Home Safety), Self Care

**Specialties**
Other (modalities prn)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (865)453-9022.

Ben Christopher, PT

Ben Christopher
License #6305
*Electronically Signed by Ben Christopher on March 21, 2022 at 4:44 pm*

Please sign and return: Fax#: (865)453-9177

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows_______________
_______________________________________

Physician Signature___________________________
A. Moore, FNP
Date:______________ Time:______________

Powered by WebPT

St. Luke's T herapy Services of Sevierville
1014 Middle C reek Rd
Sevierville, TN 37 8 6 2-29 39
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Secondary Insurance Name:** Blue Cross Blue Shield

**Date of Daily Note:** 03/21/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 1
**Primary Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** muscle weakness
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs
**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 0
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Is the Patient a current tobacco user OR have they been a user within the last 12 months:** No
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

**Precautions** Patient needs head elevated if supine due to breathing problem
HTN

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97162 | PT Evaluation: Moderate Complexity | 1 |

CPT copyright 2021 American Medical Association All rights reserved

Objective Findings

ROM bilateral upper extremities WNL, bilateral lower extremities WNL
Strength bilateral upper extremities grossly 4/5, bilateral lower extremities grossly 4/5
Lower Extremity Functional Scale 36/80
Oxygen saturation 97%, HR 77 bpm

Pt presents with pain and weakness of bilateral upper extremities and bilateral lower extremities which limit Pt function. Pt will benefit from skilled PT in order to improve on functional limitations and regain PLOF. Pt was educated on PT POC, showed understanding and agreed and participated in goal setting.

## Assessment

**Assessment/Diagnosis:** Pt presents with pain and weakness of bilateral upper extremities and bilateral lower extremities which limit Pt function. Pt will benefit from skilled PT in order to improve on functional limitations and regain PLOF. Pt was educated on PT POC, showed understanding and agreed and participated in goal setting.

St. Luke's T herapy Services of Sevierville
1014 Middle C reek Rd
Sevierville, TN 37 8 6 2-29 39
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 03/21/2022

# Daily Note / Billing Sheet

**Patient Education:** PT eval completed. Pt was educated on PT POC, showed understanding, and agreed. Pt was given written instructions with illustrations for a home exercise program and showed understanding. Pt was instructed in CP/MHP application for pain management.

**Rehab Potential:** Good

**Patient Problems:**

- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**

1: (4 Weeks) | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |

**Long Term Goals:**

1: (8 Weeks) | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Patient will be able to ambulate 160 feet without a rest break for gait stability. |

## Plan

**Instructions:** Progressing Patient Next Visit

Ben Christopher, PT

Ben Christopher
License #6305
*Electronically Signed by Ben Christopher on March 21, 2022 at 4:44 pm*

WebPT

**Lincoln/Guerrero 2851**

St. Luke's T herapy Services of Sevierville
1014 Middle C reek Rd
Sevierville, TN 37 8 6 2-29 39
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Secondary Insurance Name:** Blue Cross Blue Shield

**Date of Daily Note:** 03/28/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 2
**Primary Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** muscle weakness

Pt reported, "I haven't had any energy since I had Covid. I devveloped bronchitis after that so I wheeze a lot. I don't have any pain." (0/10)

**Before the injury/onset/change of status date, the patient was able to perform the following activities:**

**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation

**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs

**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 0 **Previous Findings as of 03/21/2022 - Worst:4 Best:0 Current:0*
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

**Precautions** Patient needs head elevated if supine due to breathing problem
HTN

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet | 4 |

CPT copyright 2021 American Medical Association. All rights reserved.

Objective Findings

ROM bilateral upper extremities WNL, bilateral lower extremities WNL
Strength bilateral upper extremities grossly 4/5, bilateral lower extremities grossly 4/5
Lower Extremity Functional Scale 36/80
Oxygen saturation 97%, HR 77 bpm

## Assessment

**Assessment/Diagnosis:** Pt is voicing no pain today but is voicing weakness and SOB. Pt was able to tolerate treatment w/no adverse effects. Pt did require several rest breaks d/t fatigue and weakness. Pt requires skilled therapy to achieve POC goals.
**Patient Education:** HEP, safety, body mechanics, breathing exercises
**Rehab Potential:** Good
**Patient Problems:**
- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

Powered by WebPT

St. Luke's T herapy Services of Sevierville
1014 Middle C reek Rd
Sevierville, TN 37 8 6 2-29 39
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 03/28/2022

# Daily Note / Billing Sheet

**Short Term Goals:**
1: (4 Weeks) | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |

**Long Term Goals:**
1: (8 Weeks) | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Patient will be able to ambulate 160 feet without a rest break for gait stability. |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC

Ellen Starr PTA

Ellen Starr
License #5961
*Initiated by Ellen Starr on March 28, 2022 at 10:49 am*

Ben Christopher, PT

Ben Christopher
License #6305
*Electronically Co-Signed by Ben Christopher on March 28, 2022 at 1:52 pm*

WebPT

St. Luke's Therapy Services of Sevierville
1014 Middle C reek Rd
Sevierville, TN 37 8 6 2-29 39
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Secondary Insurance Name:** Blue Cross Blue Shield

**Date of Daily Note:** 04/06/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 3
**Primary Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** muscle weakness
Pt reported, I am not having pain but just get tired. I do a little and feel like I have worked for an hour. I know it will take time.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs, Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation: Recreation
**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs
**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 0 **Previous Findings as of 03/28/2022 - Worst:4 Best:0 Current:0*
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

**Precautions** Patient needs head elevated if supine due to breathing problem
HTN

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet completed for ROM, strength, endurance and mobility<br>Head of mat elevated for mat ex<br><br>Rest breaks throughout and cues for proper breathing and pacing | 4 |

CPT copyright 2021 American Medical Association. All rights reserved.

Objective Findings
ROM bilateral upper extremities WNL, bilateral lower extremities WNL
Strength bilateral upper extremities grossly 4/5, bilateral lower extremities grossly 4/5 (4/6/2022)
Lower Extremity Functional Scale 36/80
Oxygen saturation 97%, HR 77 bpm

## Assessment

**Assessment/Diagnosis:** Pt with general ms weakness, decreased endurance with SOB that limits pt full function and mobility. Pt completed PT session with rest breaks and cues for posture and breathing.
**Patient Education:** body mechanics, proper breathing, safety, HEP, posture
**Rehab Potential:** Good
**Patient Problems:**
- Decreased Functional Strength

Powered by WebPT

**St. Luke's Therapy Services of Sevierville**
1014 Middle C reek Rd
Sevierville, TN 37 8 6 2-29 39
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 04/06/2022

## Daily Note / Billing Sheet

- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**
1: (4 Weeks) | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |

**Long Term Goals:**
1: (8 Weeks) | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Patient will be able to ambulate 160 feet without a rest break for gait stability. |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

### Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC

Jen Hurst, PTA

Jennifer Hurst
License #4270
*Initiated by Jennifer Hurst on April 6, 2022 at 11:49 am*

PT, DPT

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Co-Signed by Dr. Jan Paul Dela Cruz, PT, DPT on April 6, 2022 at 12:41 pm*

powered by WebPT

St. Luke's Therapy Services of Sevierville
1014 Middle C reek Rd
Sevierville, TN 37 8 6 2-29 39
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Secondary Insurance Name:** Blue Cross Blue Shield

**Date of Daily Note:** 04/12/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Visit No.:** 4
**Primary Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** muscle weakness
Pt reported, "I get short of breath easy but my O2 sats are good."
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs; Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs
**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 0 *Previous Findings as of 04/06/2022 - Worst 4 Best 0 Current 0*
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

**Precautions** Patient needs head elevated if supine due to breathing problem
HTN

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP 97110 | Therapeutic Exercise<br>See Flowsheet completed for ROM, strength, endurance and mobility with incorporation of diaphragmatic breathing ex<br>Head of mat elevated for mat ex<br>Rest breaks throughout and cues for proper breathing and pacing | 4 |

CPT copyright 2021 American Medical Association. All rights reserved.

Objective Findings: ROM bilateral upper extremities WNL, bilateral lower extremities WNL
Strength bilateral upper extremities grossly 4/5, bilateral lower extremities grossly 4/5 (4/12/2022)
Lower Extremity Functional Scale 36/80
Oxygen saturation 97%, HR 77 bpm

## Assessment

**Assessment/Diagnosis:** Pt presents with general ms weakness, decreased endurance with dyspnea that limits pt full function and mobility. Pt completed and tolerated PT session with ample rest breaks and cues for posture and breathing.
**Patient Education:** body mechanics, proper breathing, safety, HEP, posture
**Rehab Potential:** Good
**Patient Problems:**

Powered by WebPT

St. Luke's Therapy Services of Sevierville
1014 Middle C reek Rd
Sevierville, TN 37 8 6 2-29 39
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Document Date:** 04/12/2022

## Daily Note / Billing Sheet

- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**

1: (4 Weeks) | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |

**Long Term Goals:**

1: (8 Weeks) | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Patient will be able to ambulate 160 feet without a rest break for gait stability. |

## Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC

PT, DPT

Dr. Ma. Paz Corazon Alana, PT, DPT
License #2308
*Electronically Signed by Dr. Ma. Paz Corazon Alana, PT, DPT on April 12, 2022 at 9:43 am*

WebPT

**St. Luke's Therapy Services of Sevierville**
1014 Middle Creek Rd
Sevierville, TN 37862-2939
Phone: (865)453-9022
Fax: (865)453-9177
www.sltsevier.com

# Daily Note / Billing Sheet

**Patient Name:** Guerrero, Sabrina M.
**Date of Birth:**
**Referring Physician(s):** Moore, Amber FNP
**Date of Original Eval:** 03/21/2022
**Treatment Diagnosis:** ICD10: M62.81: Muscle weakness (generalized)
**Secondary Insurance Name:** Blue Cross Blue Shield

**Date of Daily Note:** 04/14/2022
**Injury/Onset/Change of Status Date:** 03/21/2022
**Diagnosis:** ICD10: M62.81 Muscle weakness (generalized)
**Visit No.:** 5
**Primary Insurance Name:** Blue Cross Blue Shield

## Subjective

**Current Complaints / Gains:** muscle weakness
Pt reported, I am feeling tired today, I was at UT hospital with my daughter for a surgery. I did have a hard time walking from the parking garage to the front of the hospital. I did have to take a few rest breaks.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Self Care:** Hygiene; Sleep; IADLs; Household Chores; Drive Community Distance
**Changing & Maintaining Body Position:** Maintaining a Body Position; Transfers; IADLs
**Mobility: Walking & Moving Around:** IADLs; Walking; Moving Around; Moving Around in Different Locations; Negotiate Obstacles
**Carrying, Moving & Handling Objects:** IADLs, Hand & Arm Use; Fine Hand Use; Moving Objects with Lower Extremities; Community Integration/Access; Work/Vocation/Occupation; Recreation
**Current Functional Limitations:**
**Self Care:** IADLs
**Mobility: Walking & Moving Around:** IADLs
**Pain Location:** right knee
**Pain Scale: Worst:** 4 **Best:** 0 **Current:** 0 **Previous Findings as of 04/12/2022 - Worst:4 Best:0 Current:0*
**Pain Description:** Intermittent
**Pain Follow-up Plan:** PT POC and follow-up with MD
**Aggravating Factors:** Standing, Walking
**Occupation/Social History:**
**Home Health Care:** No
**Medical History:** Fibromyalgia, High Blood Pressure, Osteoarthritis, breathing problem, anemia, UTI, varicose veins
**Complicating/Personal Factors:** Psycho-Social (anxiety, depression), Surgical History (right knee meniscus repair)
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (see eDoc)

## Objective

**Precautions** Patient needs head elevated if supine due to breathing problem
HTN

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>See Flowsheet completed for ROM, strength, endurance and mobility with incorporation of diaphragmatic breathing ex<br>Head of mat elevated for mat ex<br><br>Rest breaks throughout and cues for proper breathing and pacing | 4 |

CPT copyright 2021 American Medical Association. All rights reserved.

Objective Findings
ROM bilateral upper extremities WNL, bilateral lower extremities WNL
Strength bilateral upper extremities grossly 4/5, bilateral lower extremities grossly 4/5 (4/12/2022)
Oxygen saturation 95-96%, HR 97 bpm

## Assessment

**Assessment/Diagnosis:** General ms weakness with decreased stamina and endurance that affects tp tolerance to ADL's. Pt did need several rest breaks and cues for proper breathing. Pt completed PT session with no adverse reaction.
**Patient Education:** Posture, body mechanics, pacing with tasks, HEP, proper breathing
**Rehab Potential:** Good
**Patient Problems:**

Powered by WebPT

# Daily Note / Billing Sheet

- Decreased Functional Strength
- Lower Extremity Functional Scale
- Decreased gait

**Short Term Goals:**

1: (4 Weeks) | Increase strength bilateral upper extremities to 4+/5 for ease with ADLs/activities. |
2: (4 Weeks) | Increase strength bilateral lower extremities to 4+/5 for ease with ADLs/activities. |
3: (4 Weeks) | Improved function (LEFS: 46/80) to increase ease with ADLs |
4: (4 Weeks) | Patient will be able to ascend and descend 4 steps with one handrail for gait stability. |

**Long Term Goals:**

1: (8 Weeks) | Increase strength bilateral upper extremities to 5/5 for ease with ADLs/activities. |
2: (8 Weeks) | Increase strength bilateral lower extremities to 5/5 for ease with ADLs/activities. |
3: (8 Weeks) | Improved function (LEFS: 56/80) to increase ease with ADLs |
4: (8 Weeks) | Patient will be able to ambulate 160 feet without a rest break for gait stability. |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
Continue per POC

Jen Hurst, PTA

Jennifer Hurst
License #4270
*Initiated by Jennifer Hurst on April 14, 2022 at 11:53 am*

PT, DPT

Dr. Jan Paul Dela Cruz, PT, DPT
License #9538
*Electronically Co-Signed by Dr. Jan Paul Dela Cruz, PT, DPT on April 14, 2022 at 11:58 am*

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (302) 397-3579

**Return To:** Jordyn Harris

EMPLOYEE/CLAIMANT NAME: Sabrina Guerrero
CLAIM NO: 12532598
EMPLOYER/SPONSOR: Kindred At Home DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 03/17/2022 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Phillips Healthcare (Floyd E. Phillips MD, Amber Moore, FNP)
Specialty: Primary Care
Address: P.O. Box 879, 6890 W. A.J. Hwy
Talbott, TN 37877
Telephone No.: (423) 839-2100 Fax No.: (423) 839-2125

Name: St. Luke's Therapy Services
Specialty:
Address: 1014 Middle Creek Rd. #2
Sevierville, TN 37862
Telephone No.: (865) 453-9022 Fax No.: (865) 453-9177

Name: Jefferson Memorial Hospital
Specialty: Hospital | Testing
Address: 110 Hospital Drive
Jefferson City, TN 37760
Telephone No.: (865) 471-2500 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Blue Cross Blue Shield (Primary)
Specialty: Primary Insurance
Address:
Telephone No.: ( ) Fax No.: ( )

Name: Blue Cross Blue Shield TN (Secondary)
Specialty: Secondary Insurance
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: ~~Sam's Club Pharmacy~~ Error
Specialty: ~~Pharmacy~~
Address: ~~8435 Walbrook Dr.~~ 2920 Knoxville
Telephone No.: ( ) Fax No.: ( )

Name: Sam's Club Pharmacy
Specialty: Pharmacy
Address: 2920 Knoxville Center Drive
Knoxville, TN 37924
Telephone No.: (865) 637-0643 Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**Lincoln/Guerrero 2860**

SIGNATURE: Sabrina Guerrero DATE: 4/15/2022

Lincoln/Guerrero 2861

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (302) 397-3579

**Return To:** Jordyn Harris

EMPLOYEE/CLAIMANT NAME: Sabrina Guerrero
CLAIM NO: 12532598
EMPLOYER/SPONSOR: Kindred At Home DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 03/17/2022 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Phillips Healthcare (Floyd E. Phillips MD / Amber Moore, FNP)
Specialty: Primary Care
Address: P.O. Box 879, 6890 W. A.J. Hwy Talbott, TN 37877
Telephone No.: (423) 839-2100 Fax No.: (423) 839-2125

Name: St. Luke's Therapy Services
Specialty:
Address: 1014 Middle Creek Rd. #2 Sevierville, TN 37862
Telephone No.: (865) 453-9022 Fax No.: (865) 453-9177

Name: Jefferson Memorial Hospital
Specialty: Hospital Testing
Address: 110 Hospital Drive Jefferson City, TN 37760
Telephone No.: (865) 471-2500 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Blue Cross Blue Shield (Primary)
Specialty: Primary Insurance
Address:
Telephone No.: ( ) Fax No.: ( )

Name: Blue Cross Blue Shield TN (Secondary)
Specialty: Secondary Insurance
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: ~~Sam's Club Pharmacy~~ Error
Specialty: ~~Pharmacy~~
Address: ~~8435 Westbrook Dr.~~ 2920 Knoxville
Telephone No.: ( ) Fax No.: ( )

Name: Sam's Club Pharmacy
Specialty: Pharmacy
Address: 2920 Knoxville Center Drive Knoxville, TN 37924
Telephone No.: (865) 637-0643 Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Sabrina Guerrero DATE: 4/15/2022

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, April 13, 2022 8:19:57 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Kindred At Home Claim No. 12532598 Sabrina Guerrero |
| Attachments: | tupctfyroffoeesyzfzt_12556094.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (302) 397-3579

April 13, 2022

Ms. Sabrina Guerrero

RE: Short Term Disability (STD) Benefits
Kindred At Home
Claim #: 12532598

Dear Ms. Sabrina Guerrero:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under Kindred At Home's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

To be eligible to receive benefits, the Plan requires that you provide proof of disability in order to receive benefits. However, there are currently no medical providers on file, so we are unable to request your medical records which are needed to evaluate your claim eligibility.

To assist us with our investigation, please complete the enclosed Claimant Information Form and provide us the full names, addresses, and telephone numbers of all medical providers, you are currently treating with for this condition.

Additionally, please contact each of your medical providers and request that they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from March 17, 2022 through present.

Kindred At Home's STD Plan requires that you provide proof of disability in order to receive benefits. This proof must be provided by May 27, 2022. Without the information specified above,

we will be unable to evaluate your claim eligibility and your disability benefits may be closed.

Kindred At Home's STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than May 27, 2022 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jordyn Harris
Disability & Leave Case Manager I
Phone No.: (800) 291-0112 Ext. 69490
Secure Fax No.: (302) 397-3579

Attachments: Claimant Information Form

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (302) 397-3579

**Return To:** Jordyn Harris

EMPLOYEE/CLAIMANT NAME: Sabrina Guerrero
CLAIM NO: 12532598
EMPLOYER/SPONSOR: Kindred At Home DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 03/17/2022 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**Lincoln/Guerrero 2867**

**SIGNATURE:** ______________________________________ **DATE:** ___________________________________

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | GUERRERO, SABRINA M(Female) | **DOB :** **Race:** **Language:** **Ethnicity:** | (53) White English Not Hispanic or Latino | **Encounter ID:** **Primary Ins:** | 139180425 Blue Cross Blue Shield Tennessee (BCBS TN) * |
| **Location:** | Phillips Healthcare Group, PC (service Location) 6890 W. A. J. HWY TALBOTT, TN, 37877-0879 (423)839-2120 | **Provider:** | Floyd Edward Phillips, MD | **Servicing Provider:** | Phillips, Floyd |

## Subjective

**Chief Complaint: Shortness Of Breath, Swelling**
**History of Present Illness - Shortness Of Breath**

**Quality**

**Reported:** rapid shallow breathing; wheezing; exertional.

**Denied:** dyspnea at rest.

**Severity**

**Reported:** intermittent.

**Duration**

**Reported:** more than 1 month.

**Context**

**Reported:** Pt in office today for dyspnea with exertion since February. States that she tested positive for COVID on 2/7/22 and has had dyspnea since. Pt states that her O2 at home has been in the 90's. Pt also has had a non-productive cough. States that she has started physical therapy and has had 2 sessions. Also having pain in her right calf. knh

**Associated Signs and Symptoms**

**Reported:** cough; ; non-productive; calf pain, ; right.

**Denied:** chest pain.

**History of Present Illness - Swelling**

**Location**

**Reported:** foot, ; bilateral.

**Severity**

**Reported:** moderate.

**Duration**

**Reported:** less than 1 week.

**Context**

**Reported:** Pt in office today for swelling in both feet that started Friday/Saturday. Pt states that she has had shortness of breath but that has been going on since COVID. knh

**Associated Signs and Symptoms**

**Reported:** dyspnea.

**Denied:** pain, skin changes.

**Medication List**

cefdinir 300 mg capsule - 2 capsule by mouth daily

Medrol (Pak) 4 mg tablets in a dose pack - 6 tablet by mouth as directed; take as directed in the packet

albuterol sulfate HFA 90 mcg/actuation aerosol inhaler - 2 puff inhale every 4-6 hours as needed (PRN), prn cough, wheeze, or SOB

Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler - 2 puff inhale twice a day; Rinse mouth after each use.

Electronically Signed and Reviewed by PHILLIPS, FLOYD 04/12/2022 11:35:02

ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule - 1 capsule by mouth 2 times weekly
meloxicam 15 mg tablet - 1 tablet by mouth daily
escitalopram 10 mg tablet - 1 tablet by mouth daily
nystatin 100,000 unit/gram topical powder - 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed.
benazepril 10 mg tablet - 2 tablet by mouth daily
cetirizine 10 mg tablet - 1 tablet by mouth daily
MM-Zyme tablet - TAKE 1 TABLET BY MOUTH ONCE DAILY
cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution - * 1 mL intramuscular once a month

**Allergies**
Sulfa (Sulfonamide Antibiotics) - Active

**Social Hx**
**Tobacco:** Cigarettes (Former smoker)
**Alcohol:** Beer (Occasional)

**Medical Hx**
The patient **reports** a history of Hypertension, Vitamin D deficiency, Nasal Allergies, Insomnia, Anemia

**Surgical Hx**
The patient **reports** a history of Arthroscopy of knee joint, Gastric Bypass, Bone Spur Removal.

**Family Hx**
**Father:** (Alive) reports Cancer, Cholesterol High, Diabetes, Hypertension, MI, Obesity, Stroke.
**Mother:** (Alive) reports Cholesterol High.

**Review of Systems**
**Constitutional - Denied:** Fever, Weight loss, Chills, Weakness, Weight gain,
**Head - Denied:** Headaches, dizziness, Fainting, Head Injury,
**Eyes - Denied:** Blurry Vision, Vision Loss, Eye Pain, Redness, Infections,
**ENT**
**Nose - Denied:** Discharge, Infections, Nosebleeds,
**Mouth - Denied:** Postnasal drip, Hoarseness,
**Ears - Denied:** Discharge, Dizziness, Infections, Pain,
**Respiratory - reported:** Cough, Short of Breath, Wheezing,
**Denied:** Coughing Blood,
**Cardiovascular - reported:** Short of Breath - Exertion, Edema,
**Denied:** Chest pain, High Blood Pressure, Palpitations, Leg Pain - Walking,
**Gastrointestinal - Denied:** Abdominal pain, Change in stool color, Nausea, Diarrhea, Vomiting, Rectal bleeding, Constipation, Heartburn, Infections,
**Musculoskeletal - Denied:** Weakness, Joint pain,
**Psychiatric - Denied:** Behavioral Change, Disorientation, Memory loss,
**Skin - Denied:** Rashes,
**Neurological - Denied:** Fainting, Paralysis, Headaches, numbness,
**Endocrine - Denied:** Fatigue,
**Hematologic/Lymph - Denied:** Bleeding Easily, Blood Clots,
**Allergic/Immunologic - Denied:** Coughing, Runny Nose, Sneezing,

## Objective

Electronically Signed and Reviewed by PHILLIPS, FLOYD 04/12/2022 11:35:02

**Vital Signs**

**Blood Pressure:** 120/84 (Left Brachial, Sitting, Standard, Normal)

**Pulse:** 90 (Left Radial, REGULAR rhythm, Normal quality, Normal)

**Respirations:** 24 (Normal quality, NORMAL rhythm, High) **Pulse Ox:** 98 % (RoomAir)

**Temperature:** 97.9 F (Right Tympanic Membrane, Normal)

**Weight:** 383 lb **Height:** 5' 5" **BMI Flag:** Obese ( 63.7 )

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed.

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

**Eyes**

**External Eye**

The eyelids are without lesions. The sclera is white and the conjunctiva pink.

**Respiratory**

**Effort**

The patient is relaxed and breathes without effort. The patient is not cyanotic. There is no acessory muscle use or intercostal retractions.

**Auscultation**

There are no crackles, wheezes, rhonchi, stridor or pleural rubs. There is no bronchophony, egophony, or whispered pectoriloquy.

**Cardiovascular**

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Edema / PVD**

There is no pitting edema of the lower extremities.There are no changes consistent with arterial insufficiency; there are no varicosities or stasis changes. Calves are supple and nontender.

**Psychiatric**

**Orientation**

The patient is oriented to time, place and person.

## Assessment

**Diagnosis**

R0602 Shortness of breath

R600 Localized edema

## Plan

**Procedures**

99214 Office O/p Est Mod (1 UN)

3074F Syst Bp Lt 130 Mm Hg (1 UN)

3079F Diast Bp 80-89 Mm Hg (1 UN)

**Prescribe**

Electronically Signed and Reviewed by PHILLIPS, FLOYD 04/12/2022 11:35:02

cefdinir 300 mg capsule - 2 DAILY for 10 Days (Completed)
Medrol (Pak) 4 mg tablets in a dose pack - take as directed in the packet (Completed)

**Immunization.Hx**

12/4/2017 - influenza, injectable, quadrivalent, contains preservative (Fluzone, Quadrivalent 5.0 mL Multidose Vial) 0.5 mL IM,

**Care Plan**

**Shortness of breath**

**Short Of Breath**

- Patient is about a month COVID and is experiencing post-COVID shortness of breath.
- We discussed PFT's for evaluation for residual from her Covid infection
- Will need graduated rehab plan to increase pulmonary reserve and cardiopulmonary conditioning.

**Localized edema**

**Edema**

- Pt with minimal swelling and will follow up after recommending TED hose and foot elevation

**Problem List**

Benign Essential Hypertension (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin D Deficiency (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Post-Gastrointestinal Tract Surgery Malnutrition (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Iron Deficiency Anemia (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

Electronically Signed and Reviewed by PHILLIPS, FLOYD 04/12/2022 11:35:02

**Rendering Provider Signature**

FE Phillips

Signature

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (302) 397-3579

**Return To:** Jordyn Harris

EMPLOYEE/CLAIMANT NAME: Sabrina Guerrero
CLAIM NO: 12532598
EMPLOYER/SPONSOR: Kindred At Home DATE OF BIRTH: ______

**CHECK ONE:** ☒ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ______
**ADDRESS:** ______ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request The Lincoln National Life Insurance Company, to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by The Lincoln National Life Insurance Company to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☒ **Checking** ☐ **Savings** **BANK NAME:** Knoxville TVA Employees Credit Unio

**9 DIGIT ABA ROUTING NUMBER:** ______ **BANK ADDRESS:** 4118 Asheville Hwy

**YOUR ACCOUNT NUMBER:** 0 ______ **CITY:** Knoxville **STATE:** TN **ZIP:** 37914

**BANK PHONE:** ( 865) 544-5400

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☒ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☒ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to The Lincoln National Life Insurance Company or BANK. Any such notification to The Lincoln National Life Insurance Company shall be effective only with respect to entries initiated by The Lincoln National Life Insurance Company after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ______ Date: ______

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

DP481 DD APLICATION 01/10

**Lincoln/Guerrero 2873**

DocuSign Envelope ID: F6B4A677-B5F8-4C60-9034-56CBDE7C1407

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (302) 397-3579

The Lincoln National Life Insurance Company is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account. Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application.

**How soon can my direct deposits begin?**
Direct deposit accounts are active as soon as they are entered into the system. Please allow 3-5 days for processing.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time The Lincoln National Life Insurance Company will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

The Lincoln National Life Insurance Company

Group Benefits

**Lincoln/Guerrero 2874**

# DIRECT DEPOSIT APPLICATION

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (302) 397-3579

**Return To:** Jordyn Harris

EMPLOYEE/CLAIMANT NAME: Sabrina Guerrero
CLAIM NO: 12532598
EMPLOYER/SPONSOR: Kindred At Home DATE OF BIRTH: ____________

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER: ( ) ____________**
**ADDRESS:** ____________ **CITY:** ____________ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request The Lincoln National Life Insurance Company, to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by The Lincoln National Life Insurance Company to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ____________

**9 DIGIT ABA ROUTING NUMBER:** ____________ **BANK ADDRESS:** ____________

**YOUR ACCOUNT NUMBER:** ____________ **CITY:** ________ **STATE:** ______ **ZIP:** ______

**BANK PHONE: ( )** ____________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to The Lincoln National Life Insurance Company or BANK. Any such notification to The Lincoln National Life Insurance Company shall be effective only with respect to entries initiated by The Lincoln National Life Insurance Company after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ______________________ Date: ______________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

DP481 DD APLICATION 01/10

**Lincoln/Guerrero 2875**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (302) 397-3579

The Lincoln National Life Insurance Company is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account. Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application.

**How soon can my direct deposits begin?**
Direct deposit accounts are active as soon as they are entered into the system. Please allow 3-5 days for processing.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time The Lincoln National Life Insurance Company will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

The Lincoln National Life Insurance Company

Group Benefits

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, March 29, 2022 8:49:59 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Kindred At Home Claim No. 12532598 Sabrina Guerrero |
| Attachments: | nvasafhuj8uhm9mfxupe_12456296.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (302) 397-3579

March 29, 2022

Ms. Sabrina Guerrero

RE: Short Term Disability (STD) Benefits
Kindred At Home
Claim #: 12532598

Dear Ms. Sabrina Guerrero:

We recieved the form below, but there is no signature. I will send you another e signature document or you may print, sign and return the one below.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jordyn Harris
Disability & Leave Case Manager I
Phone No.: (800) 291-0112 Ext. 59541
Secure Fax No.: (302) 397-3579

Attachments: 12532598-EMPLOYEE/CLAIMANT-03.28.2022

DocuSign Envelope ID: 1602894E-890D-4241-9314-D6B06B491898

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (302) 397-3579

**Return To:** Jordyn Harris

EMPLOYEE/CLAIMANT NAME: Sabrina Guerrero
CLAIM NO: 12532598
EMPLOYER/SPONSOR: Kindred At Home    DATE OF BIRTH: ______

**CHECK ONE:** ☒ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( 5 ) ______
**ADDRESS:** ______ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request The Lincoln National Life Insurance Company, to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by The Lincoln National Life Insurance Company to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☒ **Checking** ☐ **Savings**    **BANK NAME:** Knoxville TVA Employee Credit Union

**9 DIGIT ABA ROUTING NUMBER:** ______ 7 ______    **BANK ADDRESS:** 301 Wall Avenue

**YOUR ACCOUNT NUMBER:** ______    **CITY:** Knoxville **STATE:** TN **ZIP:** 37901

**BANK PHONE:** ( 865) 544-5400

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☒ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☒ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to The Lincoln National Life Insurance Company or BANK. Any such notification to The Lincoln National Life Insurance Company shall be effective only with respect to entries initiated by The Lincoln National Life Insurance Company after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ______________________    Date: ______________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

DP481 DD APLICATION 01/10

**Lincoln/Guerrero 2879**

DocuSign Envelope ID: 1602894E-890D-4241-9314-D6B06B491898

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (302) 397-3579

The Lincoln National Life Insurance Company is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application.

**How soon can my direct deposits begin?**
Direct deposit accounts are active as soon as they are entered into the system. Please allow 3-5 days for processing.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time The Lincoln National Life Insurance Company will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

The Lincoln National Life Insurance Company

Group Benefits

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (302) 397-3579

**Return To:** Jordyn Harris

EMPLOYEE/CLAIMANT NAME: Sabrina Guerrero
CLAIM NO: 12532598
EMPLOYER/SPONSOR: Kindred At Home DATE OF BIRTH: ____________

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ____________
**ADDRESS:** ____________ **CITY:** ____________ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request The Lincoln National Life Insurance Company, to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by The Lincoln National Life Insurance Company to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ____________

**9 DIGIT ABA ROUTING NUMBER:** ____________ **BANK ADDRESS:** ____________

**YOUR ACCOUNT NUMBER:** ____________ **CITY:** ________ **STATE:** ______ **ZIP:** ______

**BANK PHONE:** ( ) ____________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to The Lincoln National Life Insurance Company or BANK. Any such notification to The Lincoln National Life Insurance Company shall be effective only with respect to entries initiated by The Lincoln National Life Insurance Company after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ____________________ Date: ____________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

DP481 DD APLICATION 01/10

**Lincoln/Guerrero 2881**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (302) 397-3579

The Lincoln National Life Insurance Company is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account. Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application.

**How soon can my direct deposits begin?**
Direct deposit accounts are active as soon as they are entered into the system. Please allow 3-5 days for processing.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time The Lincoln National Life Insurance Company will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

The Lincoln National Life Insurance Company

Group Benefits

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (302) 397-3579

**Return To:** Jordyn Harris

EMPLOYEE/CLAIMANT NAME: Sabrina Guerrero
CLAIM NO: 12532598
EMPLOYER/SPONSOR: Kindred At Home DATE OF BIRTH: ______

**CHECK ONE:** [X] **New** [ ] **Change**
**YOUR TELEPHONE NUMBER:** ( ) ______
**ADDRESS:** ______ **CITY:** ______ **STATE:** ______ **ZIP:** 3 4

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request The Lincoln National Life Insurance Company, to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by The Lincoln National Life Insurance Company to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** [X] **Checking** [ ] **Savings** **BANK NAME:** Knoxville TVA Employee Credit Union

**9 DIGIT ABA ROUTING NUMBER:** ______ **BANK ADDRESS:** 301 Wall Avenue

**YOUR ACCOUNT NUMBER:** 5 **CITY:** Knoxville **STATE:** TN **ZIP:** 37901

**BANK PHONE:** (865) 544-5400

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** [ ] **YES** [X] **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** [ ] **YES** [X] **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to The Lincoln National Life Insurance Company or BANK. Any such notification to The Lincoln National Life Insurance Company shall be effective only with respect to entries initiated by The Lincoln National Life Insurance Company after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ______ Date: ______

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

DP481 DD APLICATION 01/10

**Lincoln/Guerrero 2883**

DocuSign Envelope ID: 1602894E-890D-4241-9314-D6B06B491898

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (302) 397-3579

The Lincoln National Life Insurance Company is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application.

**How soon can my direct deposits begin?**
Direct deposit accounts are active as soon as they are entered into the system. Please allow 3-5 days for processing.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time The Lincoln National Life Insurance Company will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

The Lincoln National Life Insurance Company

Group Benefits

**From:** DoNotReply@lfg.com
**Sent:** Wed, 23 Mar 2022 16:00:10 +0000
**To:** kindredathomebenefits@benefitfocus.com
**Subject:** GUERRERO, SABRINA, Claim #12532598, Status AP

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 2/26/2022. This claim is approved through 4/9/2022. This indicates an extension of benefits. The case manager for this claim is Jordyn Harris. The claim number is 12532598.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (866) 213-2937.

SabrinaVancor@yahoo.com

# Phillips Healthcare Group, PC


**6890 W. Andrew Johnson Hwy, Talbott, TN 37877**

**Phone: 423-839-2120 Fax: 423-839-2125 Alt. Fax: 877-414-6983**

**F. Edward Phillips Jr., MD   Lucinda Hicks, NP   Amber Moore, FNP-BC   Amy Epling, FNP-C**


**Date:** 3.21.22

**To:** Lincoln Financial **Fax:** 800-694-6312

**From:** PHG **Pages (including cover sheet:** ______

**Regarding:**
Sabrina Guerrero's last visit

**Message:**

______________________________

______________________________

______________________________

______________________________

**Thank You!**

**Important Notice!**


This facsimile may contain privelaged and confidential information intended only for the use of the specified individual or entity noted above. If you are not the intended recipient or agent responsible for delivering this transmission to the intended individual or entity, you are hereby notified that any consideration, copying or dissemination of this communication is strictly prohibited. If you have received this facsimile in error, please notify our office as soon as possible by telephone to arrange for the return of this original document.

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | GUERRERO, SABRINA M(Female) NCOR@YAHOO.COM | **DOB :** **Race:** **Language:** **Ethnicity:** | (53) White English Not Hispanic or Latino | **Encounter ID:** **Primary Ins:** | 137975375 Blue Cross Blue Shield Tennessee (BCBS TN) * |
| **Location:** | Phillips Healthcare Group, PC (service Location) 6890 W. A. J. HWY TALBOTT, TN, 37877-0879 (423)839-2120 | **Provider:** | Amber M Moore, FNP | | |

## Subjective

**Chief Complaint: SOB- cough, low energy**
**History of Present Illness - SOB- cough, low energy**

**Context**

**Reported:** Pt in office today to f/u after covid. She continues to have SOB and low energy. She states she had to stop 3 times going into RoTech to pick up CPAP yesterday. She states she gasps to breath when she is up walking around. She states that the resp therapist told her prior to covid that her o2 sats dip into the 80s when sleeping. Pulse ox in office 98 when sitting. Pt is going to PT on Monday jrk

**Medication List**

Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler - 2 puff inhale twice a day; Rinse mouth after each use.
Paxlovid (EUA) 300 mg (150 mg x 2)-100 mg tablet - tablet by mouth twice a day; 2 nirmatrelvir tabs and 1 ritonavir tab BID for 5 days
benzonatate 100 mg capsule - 1-2 capsule by mouth three times a day as needed (PRN)
ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule - 1 capsule by mouth 2 times weekly
meloxicam 15 mg tablet - 1 tablet by mouth daily
fluconazole 150 mg tablet - 1 tablet by mouth daily
escitalopram 10 mg tablet - 1 tablet by mouth daily
fluconazole 150 mg tablet - 1 tablet by mouth daily
benazepril 10 mg tablet - 2 tablet by mouth daily
nystatin 100,000 unit/gram topical powder - 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed.
minocycline 100 mg capsule - 1 capsule by mouth twice a day
cetirizine 10 mg tablet - 1 tablet by mouth daily
nystatin 100,000 unit/gram topical powder - * 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed.
MM-Zyme tablet - TAKE 1 TABLET BY MOUTH ONCE DAILY
cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution - * 1 mL intramuscular once a month

**Allergies**

Sulfa (Sulfonamide Antibiotics) - Active

**Review of Systems**

**Respiratory - reported:** SOB, low energy, cough

## Objective

**Vital Signs**

**Blood Pressure:** 122/80 (Left Brachial, Sitting, Standard, Normal)



Electronically Signed and Reviewed by MOORE, AMBER 03/21/2022 00:16:15

**Pulse:** 82 (Left Radial, REGULAR rhythm, Normal quality, Normal)
**Respirations:** 18 (Normal quality, NORMAL rhythm, Normal) **Pulse Ox:** 98 % (RoomAir)
**Temperature:** 98.1 F (Right Tympanic Membrane, Normal)
**Weight:** 380 lb **Height:** 5' 5" **BMI Flag:** Obese ( 63.2 )

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed.

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

**Eyes**

**Pupils Other**

The pupils are equal, round and react to light and accommodation.

**ENT**

**Otoscopic**

Otoscopic examination of external auditory canals and tympanic membranes is normal; there is a good cone of light.

**Nose**

Upon inspection, the nasal mucosa is erythematous, edematous bilaterally. There is clear nasal discharge bilaterally. There is an obstruction to breathing related to edema on both sides of the nose.

**Mouth**

The buccal mucosa is pink; there is no cyanosis. Dentition is good. The lips are normal color; there are no ulcers, masses or lesions.

**Throat**

The tongue is normal color; there are no ulcers, masses, fissures or abnormal papillae

The floor of the mouth is of normal color and without ulcers, masses or lesions (unreviewed)

Examination of the pharynx reveals post-nasal discharge, erythema located diffusely

The tonsils are normal size without inflammation, exudate or lesions.

**Neck**

The neck is supple and the trachea is midline. The thyroid is not enlarged and there are no palpable nodules.

**Respiratory**

**Auscultation**

**Adventitious Sounds:** There are no crackles, wheezes, rhonchi, stridor or pleural rubs.

**Cardiovascular**

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Lymphatics**

**Cervical**

Palpation of the cervical lymph nodes does not reveal any abnormal enlargement or tenderness.

## Assessment

**Diagnosis**

J069 Acute upper respiratory infection, unspecified
Z8616 Personal history of COVID-19
E6601 Morbid (severe) obesity due to excess calories

Electronically Signed and Reviewed by MOORE, AMBER 03/21/2022 00:16:15

## Plan

**Procedures**
99214 Office O/p Est Mod (1 UN)

**Prescribe**
nystatin 100,000 unit/gram topical powder - May use up to 4 g/d over entire body as needed. (Completed)
minocycline 100 mg capsule - 1 BID for 90 Days (Completed)
fluconazole 150 mg tablet - 1 DAILY for 3 Days (Completed)
fluconazole 150 mg tablet - 1 DAILY for 7 Days (Completed)
benzonatate 100 mg capsule - 1-2 TID as needed (PRN) for 10 Days (Completed)
Paxlovid (EUA) 300 mg (150 mg x 2)-100 mg tablet - 2 nirmatrelvir tabs and 1 ritonavir tab BID for 5 days (Completed)
albuterol sulfate HFA 90 mcg/actuation aerosol inhaler - prn cough, wheeze, or SOB
cefdinir 300 mg capsule - 2 DAILY for 10 Days
Medrol (Pak) 4 mg tablets in a dose pack - take as directed in the packet

**Follow-Up**
Follow-Up (3 Weeks) with MOORE, AMBER

**Care Plan**
**Uri**

- Over the counter medication use discussed.
- Follow up if symptoms worsen or are not improving on antibiotics

**Personal history of COVID-19**
**Counseling 30 Minutes**

- Counseling was over half of a 30 minute encounter
- Still coughing a lot and weak and fatigued from covid.
- Likely secondary bacterial URI from lingering covid s/s.

**Morbid (severe) obesity due to excess calories**
**Weight Loss Plan**

- Calorie tracking and dietary education discussed with the patient with individual caloric goal
- Exercise goal of 30-40 minutes everyday reaching target heart rate during exercise
- Follow up for monthly for weight checks, exercise monitoring and re-evaluation.
- Counseling over 1/2 of 25 minute pt encounter

**Patient Instructions**
**Colds And The Flu**
**Please Visit:** http://familydoctor.org/familydoctor/en/diseases-conditions/colds-and-the-flu.printerview.all.html

**Problem List**
Benign Essential Hypertension (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin D Deficiency (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

Electronically Signed and Reviewed by MOORE, AMBER 03/21/2022 00:16:15

Post-Gastrointestinal Tract Surgery Malnutrition (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Iron Deficiency Anemia (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

**Rendering Provider Signature**

Amber Moore FNP-BC

Signature

Electronically Signed and Reviewed by MOORE, AMBER 03/21/2022 00:16:15

TRANSMISSION VERIFICATION REPORT

TIME : 03/21/2022 09:58
NAME : PHILLIPS HEALTHCARE
FAX : 4238391809
TEL : 4238392120
SER.# : U63274M6J379548

| | |
|---|---|
| DATE,TIME | 03/21 09:56 |
| FAX NO./NAME | 18006946312 |
| DURATION | 00:01:30 |
| PAGE(S) | 05 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |

**Lincoln/Guerrero 2891**

**From:** DoNotReply@lfg.com
**Sent:** Fri, 18 Mar 2022 15:35:02 +0000
**To:** kindredathomebenefits@benefitfocus.com
**Subject:** GUERRERO, SABRINA, Claim #12532598, Status AP

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 2/26/2022. The claim has been approved through 3/21/2022. The case manager for this claim is Jordyn Harris. The claim number is 12532598.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (866) 213-2937.

FAXED

Lincoln Financial Group®

**Certification of Health Care Provider for Employee's Serious Health Condition Family and Medical Leave Act (FMLA)**

Leave Services
P.O. Box 8700,
Dover, NH 03821-8700
Fax: 800-594-6612

## SECTION I: TO BE COMPLETED BY PATIENT/EMPLOYEE

**INSTRUCTIONS TO THE EMPLOYEE:** Please complete Section I before providing this form to your health care provider. The FMLA permits an employer to require that you submit a medical certification to support a request for FMLA leave. Failure to timely provide a complete and sufficient medical form will result in a denial of your FMLA Request.

**Company Name:** Avalon Hospice

**Employee Name:** Sabrina Guerrero **Leave ID#:** 1253250

**Employee Date of Birth:** **Employee Phone:**

**Employee Job Title:** Medical Social Worker

**Employee Regular Work Schedule: Shift Begin Time:** 8AM **Shift End Time:** 5PM

**Regular Days Worked:** ☐Sunday ☒Monday ☒Tuesday ☒Wednesday ☒Thursday ☒Friday ☐Saturday

**Work Schedule Comments:** ____________________

Note: If you need a part time or a consistent reduced work schedule, it is your responsibility to provide this information to your employer in order for them to plan accordingly.

**Leave Begin Date:** 2/28/2022 **Leave End Date:** Tentatively 3/21/22

**Medical Release:** I authorize the release and verification of medical information in order to process this FMLA request.

**Signature of Patient/Employee:** Sabrina Guerrero Date: 2/25/2022

## SECTION II: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

**INSTRUCTIONS TO THE HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. Please answer all questions so a determination for FMLA coverage can be made.

**For residents of California, do not disclose the underlying diagnosis unless you have received consent from the patient.**

**The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic Information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.**

Employee Name: Sabrina Guerrero Leave ID#: 12532598

## SECTION II CONTINUED: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

1. **MEDICAL FACTS:** *This may include symptoms, diagnosis or any regimen of continuing treatment, such as the use of specialized equipment.*

(1A) **Other than residents of CA**, describe the patient's medical facts (symptoms/diagnosis) related to the serious health condition:
Covid, Shortness of breath, Cough, fever - tested positive 2-7-2022.

(1B) Approximate Date condition commenced: 2-7-2022 Probable duration of condition: 3-21-2022

If the medical condition is **pregnancy**, provide the expected delivery date: ____

2. **TREATMENT:** This includes examinations to determine if a serious health condition exists, evaluations of the condition and actual treatment by or under the supervision of a qualified health care provider.

(2A) Was the patient seen within 7 days of the requested leave begin date? ☒ YES ☐ NO

(2B) Was medication, other than over-the-counter medication, prescribed? ☒ YES ☐ NO

(2C) Will the patient need to have treatment visits at least twice per year due to the condition? ☐ YES ☒ NO

(2D) Was the patient admitted for an overnight stay in a hospital, hospice, or medical care facility? ☐ YES ☒ NO

If yes: Admission Date: ____ Discharge Date: ____

(2E) Was the patient referred to another health care provider(s) for evaluation or treatment? ☐ YES ☒ NO

If yes, Provider Name: ____

Provider Specialty: ____

Provider Phone Number: (____) ____

Describe the nature of the treatment: ____

3. **ABSENCE FROM WORK:** Please refer to the list of the patient's job description if one has been provided. If one has not been provided, please answer this question based on the patient's own description of his/her job function.

(3A) Is the patient unable to perform any of his/her job functions due to his/her serious health condition? ☐ YES ☒ NO

If yes, identify the job functions patient is unable to perform:
Pt has weakness, Shortness of breath, Cough

(3B) Is it medically necessary for patient to be absent from work? ☒ YES ☐ NO

If yes, specify the appropriate reason(s) below. **Select ALL that apply.**

☒ Due to Incapacity (The employee may need time off work due to experiencing episodic flare-ups)

☐ Due to Treatment/Visits (The employee may need time off to attend appointments)

Employee Name: Sabrina Guerrero Leave ID#:



PAGE 2/10 * RCVD AT 3/16/2022 8:18:46 AM [Eastern Daylight Time] * SVR:VA1PFWFAX401/2 * DNIS:6033340380 * CSID:4238391809 * ANI:14238391809 * DURATION (mm-ss):03-59

Lincoln/Guerrero 2894

**SECTION II CONTINUED: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER**

**4. LEAVE DATES/FREQUENCY: For an extension of a leave**, there should be no gap in time from the end date shown on page 1 and begin date provided.

**(4A)** Will the patient be incapacitated and absent from work for a single continuous period of time? ☒ YES ☐ NO

**If yes:** Leave Begin Date: 2-28-2022 Leave End Date: 3-21-2022

**(4B)** Will the patient need recurring absences taken at separate periods of time? ☐ YES ☒ NO

**If yes:** Leave Begin Date: ________ Leave End Date: ________

**Frequency:** Based on your medical knowledge, experience and examination of the patient, please estimate frequency. If unsure, a reasonable range should be provided. Terms such as "n/a", "unknown", "undetermined" or "as needed" are not acceptable.

i. Frequency for Incapacity:

a) Number of episodes: N/A per ☐ Week OR ☐ Month and

b) How many hours, days or weeks per episode?

N/A Hour(s) ______ Day(s) ______ Week(s)

ii. Frequency for Treatment/Visits:

Number of Appointments: N/A per ☐ Week OR ☐ Month

**(4C)** Is it medically necessary for the employee to work a part-time or a consistent reduced work schedule due to the patient's health condition? ☐ YES ☒ NO

**If yes**, specify below, including time and duration for the reduced work schedule. (Example: Cannot work more than 5 hours a day for one month)

pt unable to work at this time until she gets her strength back and cough subsides.

I certify that the information provided in this Certification of Health Care Provider form (Section II) is accurate to the best of my knowledge.

Signature of Provider: Amber Moore FNP-BC Date: 2.28.22

Print Provider Name: Amber Moore FNP-BC Phone: (423) 839-2120

Provider Medical Specialty: Int Med / Family

Medical Credentials (Example: MD, DO, *DC): FNP Fax: (423) 839-2125

*IF the medical credential is listed as "DC", please confirm if x-rays have been taken for the patient's condition. ☐ YES ☐ NO

Please FAX the completed Certification of Health Care Provider form to Lincoln Financial Group. Retain a copy of the form AND the successful fax confirmation report for your records. If you wish to mail or contact Lincoln Financial Group, the information is provided at the top of page one.

Form Updated October 2015 Page 3 of 3

pg. 1 Authorization-Standard-2020

Sabrina Guerrero
Claimant Name (Print)

Sabrina Guerrero
Claimant Signature

12532598
Claim Number:

Date of Birth

2/25/2022
Date

DP 432 (rev 12/18)

* * * Communication Result Report ( Mar. 1. 2022 4:54PM ) * * *

Date/Time: Mar. 1. 2022 4:39PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 4016 | Memory TX | 18884434212 | P. 5 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 2) Busy
E. 3) No answer
E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

Lincoln Financial Group

Certification of Health Care Provider for Employee's Serious Health Condition Family and Medical Leave Act (FMLA)

SECTION I: TO BE COMPLETED BY PATIENT/EMPLOYEE

Company Name: Avalon Hospice

Employee Name: Sabrina Guerrero Lincoln #: 12532598

Employee Date of Birth: 3/10/1969 Employee Phone: 865.654-795

Employee Job Title: Medical Social Worker

Employee Regular Work Schedule: Shift Begin Time: 8AM Shift End Time: 5PM

Leave Begin Date: 2/28/2022 Leave End Date: 3/21/22

Signature of Patient/Employee: Sabrina Guerrero Date: 2/25/2022

SECTION II: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

Form Updated October 2015 Page 1 of 3

GUERRERO, SABRINA ( #HF110836966 Encounter DOS: 02/24/2022

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | GUERRERO, SABRINA M(Female) | **DOB :** (52) **Race:** **Language:** **Ethnicity:** | White English Not Hispanic or Latino | **Encounter ID:** **Primary Ins:** | 136636675 Blue Cross Blue Shield Tennessee (BCBS TN) * |
| **Location:** | Phillips Healthcare Group, PC (service Location) 6890 W. A. J. HWY TALBOTT, TN, 37877-0879 (423)839-2120 | **Provider:** | Amber M Moore, FNP | | |

## Subjective

**Chief Complaint: covid f/u**

**History of Present Illness - covid f/u**

**Context**

**Reported:** Pt in office today for a covid f/u. She ran a fever over the weekend. She states she feels tired to her core and she can't bounce out of it. She states that she wanted to start seeing pts but it took her 2 hours to get ready this am. She wants to discuss maybe doing PT because she gets so winded and lightheaded. She continues to have a dry cough. She states she has drainage in nose and in throat but she isn't bringing anything up when she coughs. Pt states she finished her sterlod this am. She 's currently doing doxycycline 100 mg BID Chlohist solution as needed q 6 hrs and albuterol inhaler 2 puffs q 6 hrs as needed. If you think PT is a good idea she would like to go to St Lukes in Sevierville jrk

**Medication List**

- Paxlovid (EUA) 300 mg (150 mg x 2)-100 mg tablet - tablet by mouth twice a day; 2 nirmatrelvir tabs and 1 ritonavir tab BID for 5 days
- benzonatate 100 mg capsule - 1-2 capsule by mouth three times a day as needed (PRN)
- ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule - 1 capsule by mouth 2 times weekly
- meloxicam 15 mg tablet - 1 tablet by mouth daily
- fluconazole 150 mg tablet - 1 tablet by mouth daily
- escitalopram 10 mg tablet - 1 tablet by mouth daily
- fluconazole 150 mg tablet - 1 tablet by mouth daily
- benazepril 10 mg tablet - 2 tablet by mouth daily
- nystatin 100,000 unit/gram topical powder - 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed.
- minocycline 100 mg capsule - 1 capsule by mouth twice a day
- cetirizine 10 mg tablet - 1 tablet by mouth daily
- nystatin 100,000 unit/gram topical powder - * 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed.
- MM-Zyme tablet - TAKE 1 TABLET BY MOUTH ONCE DAILY
- cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution - * 1 mL intramuscular once a month

**Allergies**

Sulfa (Sulfonamide Antibiotics) - Active

**Review of Systems**

**Respiratory - reported:** cough, fatigues, SOB

## Objective

**Vital Signs**



Electronically Signed and Reviewed by MOORE, AMBER 02/24/2022 14:10:52

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 03/07/2022 14:05:35

## Assessment

**Diagnosis**



Electroni

Electror

GUERRERO, SABRINA ( #HF110836966 Encounter DOS: 02/24/2022

J1282 Pneumonia due to coronavirus disease 2019
U099 Post COVID-19 condition, unspecified

## Plan

**Procedures**
99213 Office O/p Est Low (1 UN)

**Prescribe**
Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler - Rinse mouth after each use.

**Follow-Up**
Follow-Up (2 Weeks) with MOORE, AMBER

**Care Plan**
**Pneumonia due to coronavirus disease 2019**
**Note 1**

- Complete doxycycline and steroids
- Add symbicort
- Rest
- F/u in 2-3 weeks for recheck to see if ready to be released back to work.

**Problem List**
Benign Essential Hypertension (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin D Deficiency (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Post-Gastrointestinal Tract Surgery Malnutrition (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Iron Deficiency Anemia (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

Electronically Signed and Reviewed by MOORE, AMBER 02/24/2022 14:10:52

**Rendering Provider Signature**

Amber Moore FNP-BC
Signature

**Cosigner Signature**

F E Phillips
Signature

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 03/07/2022 14:05:35

**Patient:** GUERRERO, SABRINA M(Female)
**DOB :** (52)
**Race:** White
**Language:** English
**Ethnicity:** Not Hispanic or Latino
**Encounter ID:** 135502854
**Primary Ins:** Blue Cross Blue Shield Tennessee (BCBS TN) *

**Location:** Phillips Healthcare Group, PC (service Location) 6890 W. A. J. HWY TALBOTT, TN, 37877-0879 (423)839-2120
**Provider:** Amber M Moore, FNP

## Subjective

**Chief Complaint: cough, sore throat, drainage, sob, ear pain, diarrhea**
**History of Present Illness - cough, sore throat, drainage, sob, ear pain, diarrhea**

**Context**

**Reported:** Pt In office today with a fever of 102.7 on Friday eve. She has a cough, sore throat, drainage, SOB, ear pain, diarrhea. Pt has taken mucinex for sx. jrk

**Medication List**

ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule - 1 capsule by mouth 2 times weekly
meloxicam 15 mg tablet - 1 tablet by mouth daily
fluconazole 150 mg tablet - 1 tablet by mouth daily
escitalopram 10 mg tablet - 1 tablet by mouth daily
fluconazole 150 mg tablet - 1 tablet by mouth daily
nystatin 100,000 unit/gram topical powder - 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed.
benazepril 10 mg tablet - 2 tablet by mouth daily
minocycline 100 mg capsule - 1 capsule by mouth twice a day
cetirizine 10 mg tablet - 1 tablet by mouth daily
nystatin 100,000 unit/gram topical powder - * 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed.
MM-Zyme tablet - TAKE 1 TABLET BY MOUTH ONCE DAILY
cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution - * 1 mL intramuscular once a month

**Allergies**

Sulfa (Sulfonamide Antibiotics) - Active

**Review of Systems**

**Respiratory - reported:** sore throat, cough, fever, diarrhea, ear pain, SOB

## Objective

**Vital Signs**

**Blood Pressure:** 122/80 (Left Brachial, Sitting, Standard, Normal)
**Pulse:** 84 (Left Radial, REGULAR rhythm, Normal quality, Normal)
**Respirations:** 22 (Normal quality, NORMAL rhythm, High) **Pulse Ox:** 95 % (RoomAir)
**Temperature:** 98.2 F (Right Tympanic Membrane, Normal)
**Weight:** 375 lb **Height:** 5' 5" **BMI Flag:** Obese ( 62.4 )

Electronically Signed and Reviewed by MOORE, AMBER 02/07/2022 08:39:25

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 15:26:16



PAGE 6/10 * RCVD AT 3/16/2022 8:18:46 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/2 * DNIS:6033340380 * CSID:4238391809 * ANI:14238391809 * DURATION (mm-ss):03-59

Electronically Signed and Reviewed by MOORE, AMBER 02/07/2022 08:39:25

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed.

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

**Eyes**

**Pupils Other**

The pupils are equal, round and react to light and accommodation.

**ENT**

**Otoscopic**

Otoscopic examination of external auditory canals and tympanic membranes is normal; there is a good cone of light.

**Nose**

Upon Inspection, the nasal mucosa is erythematous, edematous bilaterally. There is clear nasal discharge bilaterally. There is an obstruction to breathing related to edema on both sides of the nose.

**Mouth**

The buccal mucosa is pink; there is no cyanosis. Dentition is good. The lips are normal color; there are no ulcers, masses or lesions.

**Throat**

The tongue is normal color; there are no ulcers, masses, fissures or abnormal papillae

The floor of the mouth is of normal color and without ulcers, masses or lesions (unreviewed)

Examination of the pharynx reveals post-nasal discharge, erythema located diffusely

The tonsils are normal size without inflammation, exudate or lesions.

**Neck**

The neck is supple and the trachea is midline. The thyroid is not enlarged and there are no palpable nodules.

**Respiratory**

**Auscultation**

**Adventitious Sounds:** There are no crackles, wheezes, rhonchi, stridor or pleural rubs.

**Cardiovascular**

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Lymphatics**

**Cervical**

Palpation of the cervical lymph nodes does not reveal any abnormal enlargement or tenderness.

## Assessment

**Diagnosis**

R059 Cough, unspecified

J069 Acute upper respiratory infection, unspecified

## Plan

**Procedures**

99213 Office O/p Est Low (1 UN)

87804 Influenza Assay W/optic (1 UN)

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 15:26:16

GUERRERO, SABRINA ( #HF110836966 Encounter DOS: 02/07/2022

87804 Influenza Assay W/optic (1 UN)

**Prescribe**

benzonatate 100 mg capsule - 1-2 TID as needed (PRN) for 10 Days

**Orders**

**Ordering Provider** Epling, A **Order Date** 02/07/2022 08:14 **Result Status** Created **Result Date** 02/07/2022

**Facility** PHILLIPS HEALTHCARE GROUP, PC (Service Location)

| Order | Test Name | In Range | Out Range | Result Comment |
|---|---|---|---|---|
| **87804 Influenza Assay W/optic** | | | | |
| | **87804 Influenza Assay W/optic** | NORMAL | | neg |

**Ordering Provider** Epling, A **Order Date** 02/07/2022 08:13 **Result Status** Order Complete **Result Date** 02/07/2022

**Facility**

| Order | Test Name | In Range | Out Range | Result Comment |
|---|---|---|---|---|
| **COVID19 SARS-COV-2 by RT-PCR** | | | | |
| | **COVID19 SARS-COV-2 by RT-PCR** | | | |

**Care Plan**

**Uri**

- Mucinex OTC with increased fluid intake over the next 5 to 7 days
- Topical decongestants for the next 3-5 days only
- Nasal irrigation with saline solution BID or prn for nasal secretions or congestion
- If symptoms persists for more than 10 days, antibiotic therapy maybe warranted
- Follow up if any worsening symptoms or failure to improve

**Uri**

- Mucinex OTC with increased fluid intake over the next 5 to 7 days
- Topical decongestants for the next 3-5 days only
- Nasal irrigation with saline solution BID or prn for nasal secretions or congestion
- If symptoms persists for more than 10 days, antibiotic therapy maybe warranted
- Follow up if any worsening symptoms or failure to improve

**ENT : URI - Acute**

**Overview**

An acute upper respiratory infection (URI), also known as the common cold, is an immunological response to a viral exposure. Symptoms include nasal congestion, rhinorrhea, sneezing, cough, sore throat, low grade fever, headache and malaise and are self limiting. Caused by over 200 different viruses, incubation period can be between 24-72 hours and is transmitted through direct contact, indirect contact and droplet exposure. Children are more affected than adults with 6-10 episodes per year for preschool-aged, 12 episodes per yr for kindergarten-aged and 7 episodes per year for school aged children. Although adults average 2-3 episodes per year, acute URIs will account for 40% lost time at work. Diagnosis is clinical and laboratory testing is used to rule out specific etiology. The mainstay of treatment is symptomatic care and transmission prevention.

**Management**

NSAIDs can decrease the discomfort of fever, headache, ear pain, sore throat, malaise and muscle and joint pain and have been encouraged. A decongestant has been recommended to decrease edema, facilitate drainage and increase airflow providing the patient with short term relief. Topical decongestants should be limited to 3 days due to rebound congestion. An expectorant can thin mucus secretions and has been advised to decrease nasal congestion and cough. For supportive care, this patient has been encouraged to increase fluids and hydration. This patient has been educated on the appropriate and inappropriate use of antibiotics. Colored nasal discharge is not an indications for antibiotics as it can be normal and self-limiting. Studies have shown that the risk of unfavorable effects from antibiotic use outweigh the limited effect antibiotics have on acute URIs. Infection control measures including frequent hand washing and covering a cough have been recommended to decrease transmission.



Electronically Signed and Reviewed by MOORE, AMBER 02/07/2022 08:39:25

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 15:26:16



Lincoln/Guerrero 2900

GUERRERO, SABRINA ( #HF110836966 Encounter DOS: 02/07/2022

**Patient Instructions**

**Colds And The Flu**

**Please Visit:** http://familydoctor.org/familydoctor/en/diseases-conditions/colds-and-the-flu.printerview.all.html

**Colds And The Flu**

**Please Visit:** http://familydoctor.org/familydoctor/en/diseases-conditions/colds-and-the-flu.printerview.all.html

**Problem List**

Benign Essential Hypertension (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin D Deficiency (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Post-Gastrointestinal Tract Surgery Malnutrition (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Iron Deficiency Anemia (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

Electronically Signed and Reviewed by MOORE, AMBER 02/07/2022 08:39:25

**Rendering Provider Signature**

Amber Moore FNP-BC

Signature

**Cosigner Signature**

F E Phillips

Signature

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 15:26:16





Lincoln/Guerrero 2901

AEL - PML

| Patient Name | | | | | Specimen Number |
|---|---|---|---|---|---|
| GUERRERO, SABRINA M | | | | | HF110836966 |

| Account Number | Patient ID | Control Number | Date and Time Collected | Date Reported | Sex | Date of Birth |
|---|---|---|---|---|---|---|
| 2142 | HF110836966 | 52643442 | 02/07/2022 08:13 | 02/07/2022 10:48 | F | |

| Physician Name |
|---|
| EPLING, AMY |

| Tests Ordered |
|---|
| COVID19 SARS-COV-2 |

| TESTS | IN RANGE | OUT RANGE | FLAG | UNITS | REFERENCE | STATUS |
|---|---|---|---|---|---|---|
| **COVID19 SARS-COV-2** | | | | | | |
| **COVID19 (SARS-CoV-2)** | | **Positive A** | **Alpha abnormal** | | Negative | F |
| Source | Nasopharyngeal Swab | | | | | F |

F - Final results

03/15/2022 13:54

Page 1 of 1

FAXED

Lincoln Financial Group®

**Certification of Health Care Provider for Employee's Serious Health Condition Family and Medical Leave Act (FMLA)**

Leave Services
P.O. Box 8700,
Dover, NH 03821-8700
Fax: 800-694-6312

## SECTION I: TO BE COMPLETED BY PATIENT/EMPLOYEE

**INSTRUCTIONS TO THE EMPLOYEE:** Please complete Section I before providing this form to your health care provider. The FMLA permits an employer to require that you submit a medical certification to support a request for FMLA leave. Failure to timely provide a complete and sufficient medical form will result in a denial of your FMLA Request.

**Company Name:** Avalon Hospice

**Employee Name:** Sabrina Guerrero **Leave ID#:** 125325

**Employee Date of Birth:** **Employee Phone:** [illegible]

**Employee Job Title:** Medical Social Worker

**Employee Regular Work Schedule: Shift Begin Time:** 8AM **Shift End Time:** 5PM

**Regular Days Worked:** ☐ Sunday ☒ Monday ☒ Tuesday ☒ Wednesday ☒ Thursday ☒ Friday ☐ Saturday

**Work Schedule Comments:** ______

**Note:** If you need a part time or a consistent reduced work schedule, it is your responsibility to provide this information to your employer in order for them to plan accordingly.

**Leave Begin Date:** 2/28/2022 **Leave End Date:** Tentatively 3/21/22

**Medical Release:** I authorize the release and verification of medical information in order to process this FMLA request.

**Signature of Patient/Employee:** Sabrina Guerrero **Date:** 2/25/2022

## SECTION II: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

**INSTRUCTIONS TO THE HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. Please answer all questions so a determination for FMLA coverage can be made.

**For residents of California, do not disclose the underlying diagnosis unless you have received consent from the patient.**

**The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic Information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.**

**Employee Name:** Sabrina Guerrero **Leave ID#:** 12532598

## SECTION II CONTINUED: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

1. **MEDICAL FACTS:** *This may include symptoms, diagnosis or any regimen of continuing treatment, such as the use of specialized equipment.*

(1A) **Other than residents of CA**, describe the patient's medical facts (symptoms/diagnosis) related to the serious health condition:
Covid, Shortness of breath, Cough, fever - tested positive 2-7-2022.

(1B) Approximate Date condition commenced: 2-7-2022 Probable duration of condition: 3-21-2022

If the medical condition is **pregnancy**, provide the expected delivery date: ______

2. **TREATMENT:** This includes examinations to determine if a serious health condition exists, evaluations of the condition and actual treatment by or under the supervision of a qualified health care provider.

(2A) Was the patient seen within 7 days of the requested leave begin date? ☒ YES ☐ NO

(2B) Was medication, other than over-the-counter medication, prescribed? ☒ YES ☐ NO

(2C) Will the patient need to have treatment visits at least twice per year due to the condition? ☐ YES ☒ NO

(2D) Was the patient admitted for an overnight stay in a hospital, hospice, or medical care facility? ☐ YES ☒ NO

**If yes:** Admission Date: ______ Discharge Date: ______

(2E) Was the patient referred to another health care provider(s) for evaluation or treatment? ☐ YES ☒ NO

**If yes,** Provider Name: ______

Provider Specialty: ______

Provider Phone Number: (____) ______

Describe the nature of the treatment: ______

3. **ABSENCE FROM WORK:** Please refer to the list of the patient's job description if one has been provided. If one has not been provided, please answer this question based on the patient's own description of his/her job function.

(3A) Is the patient unable to perform any of his/her job functions due to his/her serious health condition? ☐ YES ☒ NO

**If yes**, identify the job functions patient is unable to perform:
Pt has weakness, Shortness of breath, Cough

(3B) Is it medically necessary for patient to be absent from work? ☒ YES ☐ NO

**If yes,** specify the appropriate reason(s) below. **Select ALL that apply.**

☒ Due to Incapacity (The employee may need time off work due to experiencing episodic flare-ups)

☐ Due to Treatment/Visits (The employee may need time off to attend appointments)

**Employee Name:** Sabrina Guerrero **Leave ID#:**



PAGE 2/15 * RCVD AT 3/16/2022 8:12:54 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:8006946312 * CSID:4238391809 * ANI:4238391809 * DURATION (mm-ss):05-32

Batch: 008054545, Audit Trail: 008054545 7, Printed by: LICHA3, 3/16/2022 4:29 PM

**Lincoln/Guerrero 2904**

## SECTION II CONTINUED: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

**4. LEAVE DATES/FREQUENCY: For an extension of a leave, there should be no gap in time from the end date shown on page 1 and begin date provided.**

(4A) Will the patient be incapacitated and absent from work for a single continuous period of time? ☒ YES ☐ NO

If yes: Leave Begin Date: 2-28-2022 Leave End Date: 3-21 2022

(4B) Will the patient need recurring absences taken at separate periods of time? ☐ YES ☒ NO

If yes: Leave Begin Date: ______ Leave End Date: ______

**Frequency:** Based on your medical knowledge, experience and examination of the patient, please estimate a frequency. If unsure, a reasonable range should be provided. Terms such as "n/a", "unknown", "undetermined" or "as needed" are not acceptable.

i. Frequency for Incapacity:

a) Number of episodes: N/A per ☐ Week OR ☐ Month and

b) How many hours, days or weeks per episode?

N/A Hour(s) ______ Day(s) ______ Week(s)

ii. Frequency for Treatment/Visits:

Number of Appointments: N/A per ☐ Week OR ☐ Month

(4C) Is it medically necessary for the employee to work a part-time or a consistent reduced work schedule due to the patient's health condition? ☐ YES ☒ NO

If yes, specify below, including time and duration for the reduced work schedule. (Example: Cannot work more than 5 hours a day for one month)

pt unable to work at this time until she gets her strength back and cough subsides.

I certify that the information provided in this Certification of Health Care Provider form (Section II) is accurate to the best of my knowledge.

Signature of Provider: Amber Moore FNP-BC Date: 2.28.22

Print Provider Name: Amber Moore FNP-BC Phone: (423) 839-2120

Provider Medical Specialty: Int Med / Family

Medical Credentials (Example: MD, DO, *DC): FNP Fax: (423) 839-2125

*IF the medical credential is listed as "DC", please confirm if x-rays have been taken for the patient's condition. ☐ YES ☐ NO

Please FAX the completed Certification of Health Care Provider form to Lincoln Financial Group. Retain a copy of the form AND the successful fax confirmation report for your records. If you wish to mail or contact Lincoln Financial Group, the information is provided at the top of page one.

Lincoln Financial Group®

Disability and Life Claims
PO Box 2378
Omaha, NE 68172-9688
Phone: 800-291-0112
Secure Fax: 888-443-4212

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

*My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records, other work related information and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be redisclosed as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written notice to the Company in the Lincoln Financial Group companies to which I have submitted a claim, except when action has been taken in reliance on this authorization, or when other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the health care services available to me are not dependent on if I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** will be in force for 24 months from the date of signature, except if state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Sabrina Guerrero

Name of legal representative, if applicable (print) ______________ Relationship Self

Signature of claimant or legal representative [signature] Date: 2/25/22

Date of Birt Claim Number: 12532598

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

EMPLOYEE NAME Sabrina Guerrero CLAIM NO: 12532598
EMPLOYER/SPONSOR/CUSTOMER NAME Avalon Hospice Care
Return to: 800-694-6212 Fax

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Lincoln Financial Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**
2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.
3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Lincoln Financial Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Lincoln Financial Group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Lincoln Financial Group receiving notice of revocation.

Sabrina Guerrero
Claimant Name (Print)

[signature]
Claimant Signature

12532598
Claim Number:

Date of Birth

2/2/2022
Date

DP 432 (rev 12/18)

PAGE 5/15 * RCVD AT 3/16/2022 8:12:54 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:8006946312 * CSID:4238391809 * ANI:4238391809 * DURATION (mm-ss):05-32

Batch: 008054545, Audit Trail: 008054545 10, Printed by: LICHA3, 3/16/2022 4:29 PM

P. 1

* * * Communication Result Report ( Mar. 1. 2022 4:49PM ) * * *

Date/Time: Mar. 1. 2022 4:38PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 4015 | Memory TX | 18006946312 | P. 5 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 2) Busy
E. 3) No answer
E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

Lincoln Financial Group

**Certification of Health Care Provider for Employee's Serious Health Condition Family and Medical Leave Act (FMLA)**

**SECTION I: TO BE COMPLETED BY PATIENT/EMPLOYEE**

**INSTRUCTIONS TO THE EMPLOYEE:** [illegible]

Company Name: Avalon Hospice

Employee Name: Sabrina Guerrero

Leave ID#: 12532598

Employee Date of Birth: [illegible] Employee Phone: [illegible]

Employee Job Title: Medical Social Worker

Employee Regular Work Schedule: Shift Begin Time 8AM Shift End Time 5PM

Regular Days Worked: ☐ Sunday ☒ Monday ☒ Tuesday ☒ Wednesday ☒ Thursday ☒ Friday ☐ Saturday

Work Schedule Comments:

Note: If you need a part-time or a modified reduced work schedule, it is your responsibility to provide this information to your employer in order for them to plan accordingly.

Leave Begin Date: 2/28/2022 Leave End Date: Tentatively 3/21/22

Medical Release: I authorize the release and verification of medical information in order to process this FMLA request.

Signature of Patient/Employee: [signature] Date: 2/25/2022

**SECTION II: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER**

**INSTRUCTIONS TO THE HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. [illegible] to a determination for FMLA coverage can be made.

For residents of California, do not disclose the underlying diagnosis unless you have received consent from the patient.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Form Updated October 2015 Page 1 of 3

P. 1

* * * Communication Result Report ( Mar. 1. 2022 4:54PM ) * * *

1)
2)

Date/Time: Mar. 1. 2022 4:39PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 4016 | Memory TX | 18884434212 | P. 5 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 2) Busy
E. 3) No answer
E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

Lincoln Financial Group

Certification of Health Care Provider for Employee's Serious Health Condition Family and Medical Leave Act (FMLA)

SECTION I: TO BE COMPLETED BY PATIENT/EMPLOYEE

INSTRUCTIONS TO THE EMPLOYEE: Please complete Section I before providing this form to your health care provider. The FMLA permits an employer to require that you submit a medical certification to support a request for FMLA leave. Failure to timely provide a complete and sufficient medical form will result in a denial of your FMLA Request.

Company Name: Avalon Hospice

Employee Name: [illegible] ...errero 12532598

Employee Date of Birth: [illegible] Employee File [illegible]

Employee Job Title: Medical Social Worker

Employee Regular Work Schedule: Shift Begin Time: 8AM Shift End Time: 5PM

Regular Days Worked: [illegible]

Work Schedule Comments:

Note: If you work a part time or a non-standard (rotated) work schedule, it is your responsibility to provide this information to your employer in order for them to plan accordingly.

Leave Begin Date: 2/28/2022 Leave End Date: Tentatively 3/21/22

Medical Release: I authorize the release and verification of medical information in order to process this FMLA request.

Signature of Patient/Employee: [signature] Date: 2/26/2022

SECTION II: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

INSTRUCTIONS TO THE HEALTH CARE PROVIDER: Your patient has requested leave under the FMLA. Please answer all questions so a determination for FMLA coverage can be made.

For residents of California, do not disclose the underlying diagnosis unless you have received consent from the patient.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Form Updated October 2015 Page 1 of 5

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | GUERRERO, SABRINA M(Female) | **DOB :** (52) **Race:** **Language:** **Ethnicity:** | White English Not Hispanic or Latino | **Encounter ID:** **Primary Ins:** | 136636675 Blue Cross Blue Shield Tennessee (BCBS TN) * |
| **Location:** | Phillips Healthcare Group, PC (service Location) 6890 W. A. J. HWY TALBOTT, TN, 37877-0879 (423)839-2120 | **Provider:** | Amber M Moore, FNP | | |

## Subjective

**Chief Complaint: covid f/u**
**History of Present Illness - covid f/u**

**Context**

**Reported:** Pt in office today for a covid f/u. She ran a fever over the weekend. She states she feels tired to her core and she can't bounce out of it. She states that she wanted to start seeing pts but it took her 2 hours to get ready this am. She wants to discuss maybe doing PT because she gets so winded and lightheaded. She continues to have a dry cough. She states she has drainage in nose and in throat but she isnt bringing anything up when she coughs. Pt states she finished her steriod this am. She is currently doing doxycycline 100 mg BID Chlohist solution as needed q 6 hrs and albuterol inhaler 2 puffs q 6 hrs as needed. If you think PT is a good idea she would like to go to St Lukes in Sevierville jrk

**Medication List**

- Paxlovid (EUA) 300 mg (150 mg x 2)-100 mg tablet - tablet by mouth twice a day; 2 nirmatrelvir tabs and 1 ritonavir tab BID for 5 days
- benzonatate 100 mg capsule - 1-2 capsule by mouth three times a day as needed (PRN)
- ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule - 1 capsule by mouth 2 times weekly
- meloxicam 15 mg tablet - 1 tablet by mouth daily
- fluconazole 150 mg tablet - 1 tablet by mouth daily
- escitalopram 10 mg tablet - 1 tablet by mouth daily
- fluconazole 150 mg tablet - 1 tablet by mouth daily
- benazepril 10 mg tablet - 2 tablet by mouth daily
- nystatin 100,000 unit/gram topical powder - 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed.
- minocycline 100 mg capsule - 1 capsule by mouth twice a day
- cetirizine 10 mg tablet - 1 tablet by mouth daily
- nystatin 100,000 unit/gram topical powder - * 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed.
- MM-Zyme tablet - TAKE 1 TABLET BY MOUTH ONCE DAILY
- cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution - * 1 mL intramuscular once a month

**Allergies**

Sulfa (Sulfonamide Antibiotics) - Active

**Review of Systems**

**Respiratory - reported:** cough, fatigues, SOB

## Objective

**Vital Signs**



Electronically Signed and Reviewed by MOORE, AMBER 02/24/2022 14:10:52

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 03/07/2022 14:05:35

PAGE 8/15 * RCVD AT 3/16/2022 8:12:54 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:8006946312 * CSID:4238391809 * ANI:4238391809 * DURATION (mm-ss):05-32

Batch: 008054545, Audit Trail: 008054545 13, Printed by: LICHA3, 3/16/2022 4:29 PM

**Blood Pressure:** 124/80 (Left Brachial, Sitting, Standard, Normal)
**Pulse:** 80 (Left Radial, REGULAR rhythm, Normal quality, Normal)
**Respirations:** 16 (Normal quality, NORMAL rhythm, Normal) **Pulse Ox**: 96 % (RoomAir)
**Temperature:** 97.8 F (Right Tympanic Membrane, Normal)
**Weight:** 378 lb **Height:** 5' 5" **BMI Flag:** Obese ( 62.9 )

**Physical Exam**
**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed.
**Nutrition:** The patient is obese

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

**ENT**

**Otoscopic**

Otoscopic examination of external auditory canals and tympanic membranes is normal; there is a good cone of light.

**Nose**

Upon inspection, the nasal mucosa is erythematous bilaterally There is watery, clear nasal discharge bilaterally

**Throat**

Examination of the pharynx reveals post-nasal discharge located diffusely

**Respiratory**

The patient is relaxed and breathes without effort. The patient is not cyanotic and does not use the accessory muscles of respiration. The AP diameter of the chest is normal. The chest expands symmetrically upon inspiration. Upon palpation of the chest wall there is no tenderness or masses. Tactile fremitus is normal and symmetrical. The lungs are clear to percussion. There are no crackles, wheezes, rhonchi, stridor or pleural rubs.

**Effort**

The patient is relaxed and breathes without effort. The patient is not cyanotic. There is no acessory muscle use or intercostal retractions.

**Auscultation**

There are no crackles, wheezes, rhonchi, stridor or pleural rubs. There is no bronchophony, egophony, or whispered pectoriloquy.

**Cardiovascular**

Upon palpation of the chest wall there are no heaves, lifts, or thrills. The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs. There is no pitting edema of the lower extremities. There are no bruits. The peripheral artery pulses are 2+ brisk.

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Lymphatics**

**Cervical**

Palpation of the cervical lymph nodes does not reveal any abnormal enlargement or tenderness.

**Psychiatric**

**Orientation**

The patient is oriented to time, place and person.

**Mood Personality**

The patient's mood is neutral and the affect appropriate.

## Assessment

**Diagnosis**



Electronically Signed and Reviewed by MOORE, AMBER 02/24/2022 14:10:52

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 03/07/2022 14:05:35

PAGE 9/15 * RCVD AT 3/16/2022 8:12:54 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:8006946312 * CSID:4238391809 * ANI:4238391809 * DURATION (mm-ss):05-32

Batch: 008054545, Audit Trail: 008054545 14, Printed by: LICHA3, 3/16/2022 4:29 PM

GUERRERO, SABRINA ( #HF110836966 Encounter DOS: 02/24/2022

J1282 Pneumonia due to coronavirus disease 2019
U099 Post COVID-19 condition, unspecified

## Plan

**Procedures**
99213 Office O/p Est Low (1 UN)

**Prescribe**
Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler - Rinse mouth after each use.

**Follow-Up**
Follow-Up (2 Weeks) with MOORE, AMBER

**Care Plan**
**Pneumonia due to coronavirus disease 2019**
**Note 1**

- Complete doxycycline and steroids
- Add symbicort
- Rest
- F/u in 2-3 weeks for recheck to see if ready to be released back to work.

**Problem List**
Benign Essential Hypertension (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin D Deficiency (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Post-Gastrointestinal Tract Surgery Malnutrition (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Iron Deficiency Anemia (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

**Rendering Provider Signature**

Amber Moore FNP-BC
Signature

**Cosigner Signature**

F E Phillips
Signature

Electronically Signed and Reviewed by MOORE, AMBER 02/24/2022 14:10:52

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 03/07/2022 14:05:35



PAGE 10/15 * RCVD AT 3/16/2022 8:12:54 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:8006946312 * CSID:4238391809 * ANI:4238391809 * DURATION (mm-ss):05-32

Batch: 008054545, Audit Trail: 008054545 15, Printed by: LICHA3, 3/16/2022 4:30 PM

**Lincoln/Guerrero 2912**

GUERRERO, SABRINA ( #HF110836966 Encounter DOS: 02/07/2022

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | GUERRERO, SABRINA M(Female) | **DOB :** **Race:** **Language:** **Ethnicity:** | (52) White English Not Hispanic or Latino | **Encounter ID:** **Primary Ins:** | 135502854 Blue Cross Blue Shield Tennessee (BCBS TN) * |
| **Location:** | Phillips Healthcare Group, PC (service Location) 6890 W. A. J. HWY TALBOTT, TN, 37877-0879 (423)839-2120 | **Provider:** | Amber M Moore, FNP | | |

## Subjective

**Chief Complaint: cough, sore throat, drainage, sob, ear pain, diarrhea**

**History of Present Illness - cough, sore throat, drainage, sob, ear pain, diarrhea**

**Context**

**Reported:** Pt in office today with a fever of 102.7 on Friday eve. She has a cough, sore throat, drainage, SOB, ear pain, diarrhea. Pt has taken mucinex for sx. jrk

**Medication List**

ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule - 1 capsule by mouth 2 times weekly

meloxicam 15 mg tablet - 1 tablet by mouth daily

fluconazole 150 mg tablet - 1 tablet by mouth daily

escitalopram 10 mg tablet - 1 tablet by mouth daily

fluconazole 150 mg tablet - 1 tablet by mouth daily

nystatin 100,000 unit/gram topical powder - 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed.

benazepril 10 mg tablet - 2 tablet by mouth daily

minocycline 100 mg capsule - 1 capsule by mouth twice a day

cetirizine 10 mg tablet - 1 tablet by mouth daily

nystatin 100,000 unit/gram topical powder - * 1 application on the skin three times a day; May use up to 4 g/d over entire body as needed.

MM-Zyme tablet - TAKE 1 TABLET BY MOUTH ONCE DAILY

cyanocobalamin (vit B-12) 1,000 mcg/mL injection solution - * 1 mL intramuscular once a month

**Allergies**

Sulfa (Sulfonamide Antibiotics) - Active

**Review of Systems**

**Respiratory - reported:** sore throat, cough, fever, diarrhea, ear pain, SOB

## Objective

**Vital Signs**

**Blood Pressure:** 122/80 (Left Brachial, Sitting, Standard, Normal)

**Pulse:** 84 (Left Radial, REGULAR rhythm, Normal quality, Normal)

**Respirations:** 22 (Normal quality, NORMAL rhythm, High) **Pulse Ox:** 95 % (RoomAir)

**Temperature:** 98.2 F (Right Tympanic Membrane, Normal)

**Weight:** 375 lb **Height:** 5' 5" **BMI Flag:** Obese ( 62.4 )

Electronically Signed and Reviewed by MOORE, AMBER 02/07/2022 08:39:25

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 15:26:16

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well nourished and well groomed.

**Head**

**Inspection**

The skull is normocephalic, the head is atraumatic and without masses

**Eyes**

**Pupils Other**

The pupils are equal, round and react to light and accommodation.

**ENT**

**Otoscopic**

Otoscopic examination of external auditory canals and tympanic membranes is normal; there is a good cone of light.

**Nose**

Upon inspection, the nasal mucosa is erythematous, edematous bilaterally. There is clear nasal discharge bilaterally. There is an obstruction to breathing related to edema on both sides of the nose.

**Mouth**

The buccal mucosa is pink; there is no cyanosis. Dentition is good. The lips are normal color; there are no ulcers, masses or lesions.

**Throat**

The tongue is normal color; there are no ulcers, masses, fissures or abnormal papillae

The floor of the mouth is of normal color and without ulcers, masses or lesions (unreviewed)

Examination of the pharynx reveals post-nasal discharge, erythema located diffusely

The tonsils are normal size without inflammation, exudate or lesions.

**Neck**

The neck is supple and the trachea is midline. The thyroid is not enlarged and there are no palpable nodules.

**Respiratory**

**Auscultation**

**Adventitious Sounds:** There are no crackles, wheezes, rhonchi, stridor or pleural rubs.

**Cardiovascular**

**Heart Auscultation**

The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Lymphatics**

**Cervical**

Palpation of the cervical lymph nodes does not reveal any abnormal enlargement or tenderness.

## Assessment

**Diagnosis**

R059 Cough, unspecified

J069 Acute upper respiratory infection, unspecified

## Plan

**Procedures**

99213 Office O/p Est Low (1 UN)

87804 Influenza Assay W/optic (1 UN)

Electronically Signed and Reviewed by MOORE, AMBER 02/07/2022 08:39:25

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 15:26:16

87804 Influenza Assay W/optic (1 UN)

**Prescribe**

benzonatate 100 mg capsule - 1-2 TID as needed (PRN) for 10 Days

**Orders**

**Ordering Provider** Epling, A **Order Date** 02/07/2022 08:14 **Result Status** Created **Result Date** 02/07/2022
**Facility** PHILLIPS HEALTHCARE GROUP, PC (Service Location)

| Order | Test Name | In Range | Out Range | Result Comment |
|---|---|---|---|---|
| **87804 Influenza Assay W/optic** | | | | |
| | **87804 Influenza Assay W/optic** | NORMAL | | neg |

**Ordering Provider** Epling, A **Order Date** 02/07/2022 08:13 **Result Status** Order Complete **Result Date** 02/07/2022
**Facility**

| Order | Test Name | In Range | Out Range | Result Comment |
|---|---|---|---|---|
| **COVID19 SARS-COV-2 by RT-PCR** | | | | |
| | **COVID19 SARS-COV-2 by RT-PCR** | | | |

**Care Plan**

**Uri**

- Mucinex OTC with increased fluid intake over the next 5 to 7 days
- Topical decongestants for the next 3-5 days only
- Nasal irrigation with saline solution BID or prn for nasal secretions or congestion
- If symptoms persists for more than 10 days, antibiotic therapy maybe warranted
- Follow up if any worsening symptoms or failure to improve

**Uri**

- Mucinex OTC with increased fluid intake over the next 5 to 7 days
- Topical decongestants for the next 3-5 days only
- Nasal irrigation with saline solution BID or prn for nasal secretions or congestion
- If symptoms persists for more than 10 days, antibiotic therapy maybe warranted
- Follow up if any worsening symptoms or failure to improve

**ENT : URI - Acute**

**Overview**

An acute upper respiratory infection (URI), also known as the common cold, is an immunological response to a viral exposure. Symptoms include nasal congestion, rhinorrhea, sneezing, cough, sore throat, low grade fever, headache and malaise and are self limiting. Caused by over 200 different viruses, incubation period can be between 24-72 hours and is transmitted through direct contact, indirect contact and droplet exposure. Children are more affected than adults with 6-10 episodes per year for preschool-aged, 12 episodes per yr for kindergarten-aged and 7 episodes per year for school aged children. Although adults average 2-3 episodes per year, acute URIs will account for 40% lost time at work. Diagnosis is clinical and laboratory testing is used to rule out specific etiology. The mainstay of treatment is symptomatic care and transmission prevention.

**Management**

NSAIDs can decrease the discomfort of fever, headache, ear pain, sore throat. malaise and muscle and joint pain and have been encouraged. A decongestant has been recommended to decrease edema, facilitate drainage and increase airflow providing the patient with short term relief. Topical decongestants should be limited to 3 days due to rebound congestion. An expectorant can thin mucus secretions and has been advised to decrease nasal congestion and cough. For supportive care, this patient has been encouraged to increase fluids and hydration. This patient has been educated on the appropriate and inappropriate use of antibiotics. Colored nasal discharge is not an indications for antibiotics as it can be normal and self-limiting. Studies have shown that the risk of unfavorable effects from antibiotic use outweigh the limited effect antibiotics have on acute URIs. Infection control measures including frequent hand washing and covering a cough have been recommended to decrease transmission.



Electronically Signed and Reviewed by MOORE, AMBER 02/07/2022 08:39:25

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 15:26:16

**Patient Instructions**

**Colds And The Flu**

**Please Visit:** http://familydoctor.org/familydoctor/en/diseases-conditions/colds-and-the-flu.printerview.all.html

**Colds And The Flu**

**Please Visit:** http://familydoctor.org/familydoctor/en/diseases-conditions/colds-and-the-flu.printerview.all.html

**Problem List**

Benign Essential Hypertension (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin B12 Deficiency Anemia Due To Dietary Causes (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Vitamin D Deficiency (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Post-Gastrointestinal Tract Surgery Malnutrition (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)
Iron Deficiency Anemia (disorder) (Onset: 06/29/2016 - Active, Type: Chronic)

**Rendering Provider Signature**

Signature

**Cosigner Signature**

Signature

Electronically Signed and Reviewed by MOORE, AMBER 02/07/2022 08:39:25

Electronically Cosigned and Reviewed by PHILLIPS, FLOYD 02/10/2022 15:26:16



PAGE 14/15 * RCVD AT 3/16/2022 8:12:54 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:8006946312 * CSID:4238391809 * ANI:4238391809 * DURATION (mm-ss):05-32

Batch: 008054545, Audit Trail: 008054545 19, Printed by: LICHA3, 3/16/2022 4:30 PM

AEL - PML

| Patient Name | | | | Specimen Number |
|---|---|---|---|---|
| GUERRERO, SABRINA M | | | | HF110836966 |

| Account Number | Patient ID | Control Number | Date and Time Collected | Date Reported | Sex | Date of Birth |
|---|---|---|---|---|---|---|
| 2142 | HF110836966 | 52643442 | 02/07 2022 08:13 | 02/07/2022 20:48 | F | ( |

Physician Name: EPLING, AMY

Tests Ordered: COVID19 SARS-COV-2

| TESTS | IN RANGE | OUT RANGE | FLAG | UNITS | REFERENCE | STATUS |
|---|---|---|---|---|---|---|
| **COVID19 SARS-COV-2** | | | | | | |
| **COVID19 (SARS-CoV-2)** | | **Positive A** | **Alpha abnormal** | | Negative | F |
| Source | Nasopharyngeal Swab | | | | | F |

F - Final results

03/15/2022 13:54

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4405

| | |
|---|---|
| Date: | March 1, 2022 |
| To: | DR. AMBER MOORE |
| Attn: | Medical Records |
| Fax: | (877) 414-6983 |
| From: | Jade Randolph<br>Disability Claims Examiner II<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 12532598<br>Claimant: Sabrina Guerrero<br><br>Kindred At Home |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4405

March 1, 2022

Dr. Amber Moore

RE: Short Term Disability (STD) Benefits
Kindred At Home
Claim #: 12532598
Claimant: Sabrina Guerrero
Claimant D.O.B.:

Dear Dr. Amber Moore:

We are the Disability Claim Administrator for your patient, Sabrina Guerrero.

To evaluate Ms. Guerrero's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2022 through the present

- Completion of the Enclosed Forms:

  X Attending Physician's Statement
  X Medical Records

We ask that you provide this information by March 8, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jade Randolph
Disability Claims Examiner II
Phone No.: (800) 291-0112 Ext. 14152
Secure Fax No.: (603) 334-0380

Attachments: Attending Physician's Statement

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4405

**Return To:** Jade Randolph

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Sabrina | | Guerrero | 12532598 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**: ____

Primary ICD diagnosis Description: ____

Secondary ICD Diagnosis Code: ____

Secondary ICD Diagnosis Description: ____

**Pregnancy**

| First Treated | Estimated Delivery | Date of Delivery |
|---|---|---|
| ____/____/______ | ____/____/______ | ____/____/______ |

☐ Vaginal ☐ C-Section

Symptoms: ____

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings): ____

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances: ____

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

Dates hospital confined: ____/____/____ to ____/____/____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4405

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|---|
| 1-5 lbs. | _____ | Standing | _____ | Crouching | _____ | | Overhead | _____ |
| 6-10 lbs. | _____ | Walking | _____ | Crawling | _____ | | Desk Level | _____ |
| 11-25 lbs. | _____ | Sitting | _____ | Grasping | _____ | | Below Waist | _____ |
| 26-50 lbs. | _____ | Balancing | _____ | Climbing | _____ | | | |
| 51-100 lbs. | _____ | Stooping | _____ | Pushing | _____ | | | |
| 100 + lbs. | _____ | Kneeling | _____ | Pulling | _____ | | | |
| | | Fingering | _____ | Bending | _____ | | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence _____ /_____ /___________

Dressing _____/ _____ /___________

Transferring _____/ _____ /___________

Bathing _____/ _____ /___________

Toileting _____/ _____ /___________

Eating _____/ _____ /___________

Date patient experienced loss of

Cognitive Functioning: _____ / _____ / _______

Describe ongoing treatment frequency

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

____ / ____ / ____ to ____ / ____ / ____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City

State

Zip Code

Phone Number

Fax Number

**Signature**

___/___/___

**Date**

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, March 1, 2022 6:33:05 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Kindred At Home Claim No. 12532598 Sabrina Guerrero |
| Attachments: | kctwxbnqzflkw3euhql3_12276380.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4405

March 1, 2022

Ms. Sabrina Guerrero

RE: Short Term Disability (STD) Benefits
Kindred At Home
Claim #: 12532598

Dear Ms. Sabrina Guerrero:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under Kindred At Home's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On March 1, 2022, we requested medical records from Dr. Moore. This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from February 1, 2022 through the present from Dr. Moore

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Kindred At Home's STD Plan requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than April 14, 2022 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jade Randolph
Disability Claims Examiner II
Phone No.: (800) 291-0112 Ext. 14152
Secure Fax No.: (603) 285-4405

**From:** DoNotReply@lfg.com
**Sent:** Mon, 28 Feb 2022 16:49:28 +0000
**To:** kindredathomebenefits@benefitfocus.com
**Subject:** GUERRERO, SABRINA, Claim #12532598, Status PE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim number is 12532598.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.