**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| SABRINA GUERRERO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. |
| | § | 3:24-cv-00305-TAV-JEM |
| THE LINCOLN NATIONAL LIFE | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

**STIPULATION TO ADJUST DEADLINES IN SCHEDULING ORDER BY 30 DAYS**

**COME NOW** the parties, Plaintiff Sabrina Guerrero and Defendant The Lincoln National Life Insurance Company, by and through their attorneys, and pursuant to paragraph 7 of the Court's September 5, 2024, Scheduling Order (Doc. 11), stipulate that the deadlines set forth in said Scheduling Order be adjusted by thirty (30) days, such that the deadlines are adjusted as follows:

| Deadline | Prior | Current |
|---|---|---|
| Discovery | December 17, 2024 | January 16, 2025 |
| Motion for Judgment on the Record and accompanying Brief | January 16, 2025 | February 15, 2025 |
| Response Brief | February 5, 2025 | March 17, 2025 |

| | | |
|---|---|---|
| Reply Brief | February 12, 2025 | March 14, 2025 |

Dated this 16th day of December, 2024.

Respectfully submitted and so stipulated:

BY: */s/ D. Seth Holliday*
D. SETH HOLLIDAY, ESQ.
GA Bar No. 426951
**MCMAHAN LAW FIRM, LLC**
700 S. Thornton Avenue
P.O. Box 1607
Dalton, Georgia 30722
(706) 217-6118
sholliday@mcmahanfirm.com
*Attorney for Plaintiff*

BY: */s/ Iwana Rademaekers (with express permission)*
IWANA RADEMAEKERS, ESQ.
Texas Bar # 16452560
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com
*Attorney for Defendant*