**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| SABRINA GUERRERO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. |
| | § | 3:24-cv-00305-TAV-JEM |
| THE LINCOLN NATIONAL LIFE | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION TO ADJUST DEADLINES IN SCHEDULING ORDER BY 18 DAYS

**COME NOW** the parties, Plaintiff Sabrina Guerrero and Defendant The Lincoln National Life Insurance Company, by and through their attorneys, and pursuant to the Court's September 5, 2024, Scheduling Order (Doc. 11), respectfully request that the deadlines set forth in said Scheduling Order be adjusted by eighteen (18) days, such that the deadlines are adjusted as indicated in the following table and state as follows:

1. On September 5, 2024, the Court issued a Scheduling Order (Doc. 11) establishing deadlines to govern this ERISA long-term disability matter.
2. The Plaintiff has propounded discovery and the Defendant has answered.
3. The parties are still discussing some of the issues regarding the conflict of interest discovery propounded by Plaintiff and answered by Defendant.

4. The parties have entered into settlement discussions.
5. On December 17, 2024, the parties filed a Stipulation to Adjust Deadlines in Scheduling Order by 30 Days (Doc. 14) pursuant to paragraph 7 of the Court's September 5, 2024, Scheduling Order (Doc. 11), which extended the deadlines by thirty (30) days.
6. The parties seek the additional requested adjustment to finish their discussions regarding discovery and potential resolution of this matter.
7. The parties hereby request the following adjustments to the Scheduling Order:

| Deadline | Prior | Requested |
|---|---|---|
| Discovery | January 16, 2025 | February 3, 2025 |
| Motion for Judgment on the Record and accompanying Brief | February 15, 2025 | March 5, 2025 |
| Response Brief | March 17, 2025 | April 4, 2025 |
| Reply Brief | March 24, 2025 [*sic*][1] | April 11, 2025 |

8. The adjustment sought is not requested for the purposes of delay and neither party will be prejudiced by the Court's granting of such request.

[1] The Joint Stipulation had mistakenly required the Reply Brief due on March 14, 2025, instead of March 24, 2025.

**WHEREFORE**, the parties respectfully request that the Court grant their joint motion and adjust the deadlines in the Scheduling Order consistent with the dates set forth in the table at paragraph 7 of this motion.

Dated this 14th day of January, 2025.

Respectfully submitted:

BY: *<u>/s/ D. Seth Holliday</u>*
D. SETH HOLLIDAY, ESQ.
**MCMAHAN LAW FIRM, LLC**
700 S. Thornton Avenue
P.O. Box 1607
Dalton, Georgia 30722
(706) 217-6118
sholliday@mcmahanfirm.com
*Attorney for Plaintiff*

BY: *<u>/s/ Iwana Rademaekers (with express permission)</u>*
IWANA RADEMAEKERS, ESQ.
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2025, a copy of the foregoing Joint Motion to Adjust Deadlines in the Scheduling Order was filed electronically with the United States District Court for the Eastern District of Tennessee. Notice will be sent to the parties by operation of the Court's electronic filing system.

*/s/ D. Seth Holliday*
D. Seth Holliday
Counsel for Plaintiff