**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| SABRINA GUERRERO,<br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.<br>3:24-cv-00305-TAV-JEM |

**ORDER GRANTING JOINT MOTION TO ADJUST DEADLINES IN SCHEDULING ORDER BY 18 DAYS**

This matter comes before the Court upon the parties' Joint Motion to Adjust Deadlines in Scheduling Order by 18 Days. Upon consideration of the Joint Motion, it is hereby ORDERED that:

1. The Joint Motion is Granted; and
2. The following deadlines shall govern this matter: discovery ends on February 3, 2025, the parties shall file their motions for judgment on the records and accompanying briefs by March 5, 2025, the parties shall file their response briefs by April 4, 2025, and the parties shall file their reply briefs by April 11, 2025.

This _____ day of ___________, 2025

________________________________
Hon. Thomas A Varlan
United States District Judge