UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| SABRINA GUERRERO,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.: 3:24-CV-305-TAV-JEM |

**ORDER**

This matter is before the Court on the parties' Joint Motion to Adjust Deadlines in Scheduling Order by 18 Days [Doc. 15]. In support of their motion, the parties state that the requested adjustment would allow them time to continue their discussions regarding discovery issues and settlement. For the reasons explained below, the parties' joint motion [Doc. 15] is **GRANTED in part** and **DENIED in part**.

Paragraph 7 of the scheduling order in this case provides that "[b]y written stipulation[,] . . . the parties may adjust the deadlines set forth above, provided that *no extension greater than thirty (30) days* of any particular deadline will be permitted except by permission of the Court" [Doc. 11 ¶ 7 (emphasis added)]. On December 17, 2024, the parties filed a stipulation to adjust the deadlines in the scheduling order by 30 days [Doc. 14]. In the parties' stipulation, however, they adjusted the deadline to file response briefs to the motions for Judgment on the Record from February 5, 2025, to March 17, 2025, and

the deadline to file replies to the opposing party's response briefs from February 12, 2025, to March 24, 2025 [*Id.*].[1] Both of these extensions are greater than 30 days.[2]

To correct these improper extensions, the Court will **GRANT** the parties' motion [Doc. 15] as to the proposed deadlines for discovery and the parties' motions for Judgment on the Record and **DENY** the parties' motion as to the proposed deadlines for the parties' response and reply briefs. Accordingly, the parties shall have up to and including **February 3, 2025**, to complete discovery, and they shall have up to and including **March 5, 2025**, to file their respective motions for Judgment on the Record, with supporting memorandum of law and citations to the ERISA record. Additionally, the parties shall have up to and including **March 25, 2025**, to file their responses to the motions for Judgment on the Record, and they shall have up to and including **April 1, 2025**, to file a reply to the opposing party's response, if they so choose.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

[1] The parties' stipulation [Doc. 14] provided the extended deadline date of March 14, 2025, but the parties corrected this date in the instant motion, stating that their stipulation "mistakenly required the Reply Brief due on March 14, 2025, instead of March 24, 2025" [Doc. 15, p. 2 n.1].

[2] The parties' adjustments also gave the parties 30 days to file response briefs to the motions for Judgment on the Record as opposed to the 20 days set forth by the scheduling order [Doc. 11 ¶ 6(c)].