**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **SABRINA GUERRERO,** | ) |
| | ) CIVIL ACTION NO. 3:24-cv-00305-TAV-JEM |
| Plaintiff, | ) |
| | ) |
| v. | ) Judge Thomas A. Varlan |
| | ) |
| **THE LINCOLN NATIONAL LIFE** | ) |
| **INSURANCE COMPANY,** | ) Magistrate Judge Jill E. McCook |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Sabrina Guerreo and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 20th day of February 2025.

Respectfully submitted,

**MCMAHAN LAW FIRM, LLC**

/s/ D. Seth Holliday
D. Seth Holliday
700 S. Thornton Avenue
P.O. Box 1607
Dalton, GA 30722
PH: (706) 217-6118
Email: Sholliday@mcmahanfirm.com

ATTORNEY FOR PLAINTIFF

**- AND -**

**LAW OFFICES OF IWANA RADEMAKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT